1

MARK GORTON (SBN 99312)
**BOUTIN JONES INC.**
555 Capitol Mall, Fifteenth Floor
Sacramento, CA 95814
Telephone: (916) 321-4444
Email: mgorton@boutinjones.com

HARRIET A. STEINER (SBN 109436)
**BEST BEST & KRIEGER LLP**
500 Capitol Mall, Suite 1700
Sacramento, CA 95814
Telephone: 916.325.4000
Email: harriet.steiner@bbklaw.com

PHIL POGLEDICH (SBN 197110)
County Counsel
ERIC MAY (SBN 245770)
Senior Deputy County Counsel
**COUNTY OF YOLO**
625 Court Street, Room 201
Woodland, CA 95695
(530) 666-8172
Email: eric.may@yolocounty.org

*Attorney for Creditor and Party-in-Interest*
*VALLEY CLEAN ENERGY ALLIANCE*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re

PG&E CORPORATION
-and-
PACIFIC GAS AND ELECTRIC
COMPANY,
                     Debtors.

☐ Affects PG&E Corporation

☐ Affects Pacific Gas and Electric Company

☑ Affects both Debtors.

\* All papers shall be filed in the Lead Case
No. 19-30088 DM

Case Nos. 19-30088 DM (Lead Case)
                  19-30089 DM
Chapter 11
Jointly Administered

**DECLARATION OF MITCH SEARS IN
SUPPORT OF VALLEY CLEAN ENERGY
ALLIANCE'S STATEMENT REGARDING
CASE RESOLUTION CONTINGENCY
PROCESS**

Date:          April 7, 2020
Time:          10:00 a.m.
Courtroom:   17
Judge:         Hon. Dennis Montali

1   I, Mitch Sears, state as follows:

2       1.      I provide this declaration in support of *Valley Clean Energy Alliance's Statement*
3   *Concerning the Case Resolution Contingency Process*.

4       2.      I am the interim general manager of Valley Clean Energy Alliance ("VCE"). VCE is
5   a joint powers authority whose members are the County of Yolo, the City of Davis, the City of
6   Woodland and the City of Winters. VCE is a community choice aggregator for the Yolo County
7   region in the Pacific Gas and Electric Company ("PG&E") service territory.

8       3.      VCE made a proposal to PG&E to acquire the PG&E's Yolo County electric
9   distribution system so that VCE members can own and operate an integrated publically owned
10  electric utility. Similar proposals have been made by South San Joaquin Irrigation District
11  ("SSJID"), the City and County of San Francisco and Nevada Irrigation District ("NID"). The
12  regions represented by these entities are essentially the Counties of San Francisco, Yolo and parts of
13  San Joaquin, Nevada, Placer, Sutter and Yuba.

14      4.      VCE, SSJID, San Francisco and NID jointly sent a letter to the President and
15  Commissioners of the California Public Utilities Commission ("CPUC") on December 13, 2019, a
16  true and correct copy of which is attached as **Exhibit 1**. Included with that letter were copies of each
17  of our respective proposals to PG&E for acquisition of the distribution systems in our respective
18  regions. True and correct copies of those letters are included in **Exhibit 1**.

19      5.      Our letter of December 13, 2019 highlighted the role local government acquisition
20  could play in achieving the priorities of providing safe, reliable electric service at reasonable rates to
21  our constituents.

22      6.      By letter dated March 26, 2020, the Executive Director of the CPUC, Alice Stebbins,
23  responded to our letter of December 13, 2019. A true and correct copy of the Executive Director's
24  letter is attached as **Exhibit 2**. Ms. Stebbins acknowledged the CPUC shares our priorities.

25      7.      I have personal knowledge of the facts stated in this declaration and if called as a
26  witness, could and would competently testify to these facts.

27  / / /

28  / / /

1    I declare under penalty of perjury that the foregoing is true and correct.

2    Executed on April 3, 2020.

3

4

5                                                    _____
                                                            MITCH SEARS
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 1

Exhibit 1

   

December 13, 2019


President Marybel Batjer
Commissioner Martha Guzman Aceves
Commissioner Liane M. Randolph
Commissioner Clifford Rechtschaffen
Commissioner Genevieve Shiroma

California Public Utilities Commission
505 Van Ness Avenue
San Francisco, CA 94102

**RE:** **Offers by local government entities to acquire certain Pacific Gas and Electric ("PG&E") distribution assets**

President Batjer and Commissioners:

We write as Northern California local public entities seeking safe, reliable electric service at reasonable rates, and would like to highlight for the Commission the role local government acquisitions of PG&E's facilities can play in achieving these essential goals. In a recent letter to the Mayors and Boards of Supervisors of 22 cities and counties, President Batjer agreed that these same objectives are the Commission's main long-term priority, and recognized the need for bold solutions to address these urgent issues.

The Commission is currently considering two proposed plans of reorganization in its proceeding, I.19-09-016. We all strongly support fair and adequate compensation of wildfire victims, however, neither of the plans addresses the recurring systemic problems with PG&E's corporate structure and culture that have resulted in devastating wildfires, disastrous power shut-offs, repeated bankruptcies, multiple felony convictions, escalating costs, and loss of public trust. Bigger change is needed, and the Commission should be engaging stakeholders in proposals, like ours, that move California in that direction.

Page 1 of 5

Letter to Commissioners regarding
local government entities' offers to PG&E
December 13, 2019

Each of our communities has recently made credible offers to acquire PG&E distribution assets in order to provide publicly owned utility service to our constituents (see attachment). Local governments have the right to provide utility service and are well-equipped and properly incentivized to provide safe, reliable service to their communities. The Governor himself has recognized the urgent need for better alternatives to PG&E and encouraged offers to PG&E in order to foster competition and different approaches to restructuring PG&E.[1] As the Commission considers the fundamental changes that must be made to PG&E, the Commission should consider our proposals as part of the solution to resolve PG&E's bankruptcy and begin improving utility service to customers.

## Why our communities are seeking to provide local publicly owned utility service

Local entities are on the front lines in responding to investor owned utility failures. In PG&E's case, these failures include emergencies caused by explosions, fires, and power shutoffs, as well as longer term failures such as the consistent and large rate increases, slow progress in addressing climate change, and unresponsiveness to community needs and objectives. Each of our communities has determined that acquiring PG&E's facilities and assuming local electric distribution service is a viable and superior alternative to PG&E. While our proposals differ in their details, we share a commitment to our local constituents that cannot be matched by PG&E.

## Benefits of local publicly owned utility service

Publicly owned utility service has a long history in California. Existing law provides a strong statutory framework for the formation and regulation of publicly owned utilities, and there are many examples throughout the State of successful formation, expansion, and operation of publicly owned utilities.

Electric service provided by local governments focused on their jurisdictions results in safer, more affordable, and more reliable service for their constituents. As public agencies, publicly owned utilities are structured to provide accountability and transparency to their local customers. Publicly owned utilities are subject to the Brown Act and other open meeting laws, as well as the Public Records Act. These requirements ensure: (i) transparency in decision making, operations, and rates; and (ii) accountability to customers to provide safe, reliable, affordable service. Publicly owned utilities answer to their local communities, not to corporate boards, holding companies, or shareholders. For this and other reasons, publicly owned utilities have better reliability than investor owned utilities.[2]

---

[1] https://www.sfgate.com/bayarea/article/Governor-Newsom-PG-E-California-breakup-14538847.php (cites to statements made by California Governor Gavin Newsom about alternatives to PG&E. Governor Newsom encouraged San Francisco's offer to PG&E and is quoted as stating, "I back more competition. … I am very specifically encouraging others to come into this space and to make some bids. We want to create a competitive space — and all of it with an eye on different approaches."); https://medium.com/@CAgovernor/governor-gavin-newsom-outlines-roadmap-for-wildfires-communities-and-utility-c9d886dee571 (Governor Newsom called for total and permanent transformation of PG&E's culture and governance and said the state would step in if parties fail to achieve this transformation.)

[2] *See* Benefits of Public Power, pgs. 16-17, available at https://www.publicpower.org/system/files/documents/municipalization-benefits_of_public_power.pdf (discussing POUs' reliability).

Letter to Commissioners regarding
local government entities' offers to PG&E
December 13, 2019

In addition, publicly owned utilities provide rate affordability and stability.[3] The incentives of publicly owned utilities are better aligned since their "shareholders" are the public they serve. Publicly owned utilities do not pay dividends or exorbitant management salaries and bonuses. They also have access to lower cost, tax-efficient financing. These significant cost savings can be used to reduce rates and complete much-needed upgrades to PG&E's electric distribution system.

Publicly owned utilities also focus on policies that are in line with community priorities. For example, many local communities have renewable energy and/or greenhouse gas emissions reductions goals that exceed State mandates. These local efforts complement and support State initiatives, making these communities valuable partners in achieving the State's ambitious climate goals.

Further, publicly owned utilities provide support for jobs and economic development. They rely on highly skilled union workforces and provide stable career opportunities. Publicly owned utilities generally have a long and productive history of working with unionized workers because they are part of the communities they serve. It is our intent to continue to build on that strong foundation.

## Our proposals benefit PG&E and its ratepayers

The local publicly owned utility model could provide positive outcomes for both PG&E and its remaining customers, and would transition seamlessly into existing electric grid operations. The size of PG&E's service territory would be reduced along with its service obligations. This alone would be beneficial as PG&E has repeatedly demonstrated that its service territory is too large and its service obligations too broad for PG&E to manage reliably, safely, and cost effectively.[4] Breaking up PG&E into smaller service territories would not "balkanize" the electric grid as some have claimed. Distribution grids are by their nature local, each with distinct characteristics and needs. Local governance and accountability is better positioned to plan for and implement modernization of these local distribution grids. At PG&E, local grid maintenance and modernization needs compete for funding and attention with other priorities such as wildfire risk mitigation.

Moreover, the California Independent System Operator ("CAISO") operates most of the regional electric transmission grid in California and oversees the grid interconnections with all distribution providers within its area, including publicly owned utilities. The CAISO and investor owned utilities already have in place tariffs and processes to provide for operational integrity of interconnected systems owned or managed by diverse entities. This is an existing,

---

[3] *Id.* at pgs. 20-21.
[4] See, e.g. http://docs.cpuc.ca.gov/PublishedDocs/Efile/G000/M252/K547/252547055.PDF (questions asked by the California Public Utilities Commission in I. 15-08-019, pp. 11-12); https://www.sfgate.com/bayarea/article/Governor-Newsom-PG-E-California-breakup-14538847.php# ("Newsom said at a conference in San Francisco Tuesday that California residents would benefit from PG&E breaking into smaller pieces."); https://www.cpuc.ca.gov/uploadedFiles/CPUC_Public_Website/Content/About_Us/Organization/Commissioners/Michael_J._Picker/PresidentPickerCommentsonPGESafetyCultureandEnforcementTheory.pdf ("The question may not be whether PG&E is too big to fail, but instead, 'is the company too big to succeed?'").

Letter to Commissioners regarding
local government entities' offers to PG&E
December 13, 2019

well-established system and there is no reason to believe that CAISO could not continue to operate the grid in the same safe and reliable manner.

In addition, our proposals would not burden other ratepayers, but would instead provide immediate, tangible benefits to PG&E in the form of additional cash that PG&E could put towards important, pressing uses, such as funding wildfire claims, stabilizing rates for PG&E's remaining ratepayers, and reducing the need for PG&E to incur even more debt that could compromise PG&E's ability to provide safe and reliable service to its customers. Any gain on sale from these transactions could be allocated by the Commission to benefit ratepayers.

Local governments have the right to provide electric service under Cal. Const. Art. XI, sec. 9. They also have the right to take property by eminent domain, under Art. I, sec. 19, if they choose to do so. However, we believe that working collaboratively with the Commission, PG&E, and other parties, and completing our proposed transactions through the bankruptcy process would provide significant benefits to PG&E, its customers, and other stakeholders. Our acquisition proposals can be implemented efficiently under existing law through PG&E's ongoing bankruptcy case, and on a timeline consistent with the June 30, 2020 deadline for PG&E to exit bankruptcy and participate in the Wildfire Fund established by AB 1054.

### Our offers to PG&E are consistent with other proposals for public ownership of PG&E

While local publicly owned utility service has a long and successful history, not all local governments have the ability or desire to provide such service. Additionally, most publicly owned utilities will continue to receive transmission and gas service from PG&E. This means that local publicly owned utility service is not the only means of addressing the challenge of comprehensively restructuring PG&E, and can be a complementary piece in a broader suite of solutions.

Besides our offers to PG&E, at least two other specific proposals for replacing PG&E have also been raised publicly: (i) a larger publicly owned utility serving all of PG&E's service area, and (ii) a customer owned utility or electric cooperative.[5] Converting PG&E into a large public entity would have all the benefits discussed above. A customer owned utility or cooperative, while not a public entity, would not have shareholders and could be required to operate with transparency and accountability that is lacking in investor owned utilities. The specifics of a customer owned utility or electric cooperative would need to be developed, particularly its governance, regulation, and financing capability.

Neither of these proposals would preclude, nor would they be inconsistent with, the formation or expansion of local publicly owned utilities. But creating a new, service-territory-wide utility may take some time and extend beyond the existing bankruptcy timeline. Our acquisition proposals can move forward quickly, provide cash to PG&E, and begin improving service to our customers immediately.

As President Batjer acknowledged in her letter, California must have a future that is fundamentally different from the current circumstances of repeated catastrophic wildfires and continuing power shut-offs. The only way to achieve that future is through true transformation

---

[5] https://www.sfchronicle.com/politics/article/California-senator-Scott-Wiener-to-propose-14829647.php; https://www.kqed.org/news/11784972/22-mayors-want-pge-to-become-a-customer-owned-co-op

Exhibit 1
Page 5 of 62

Letter to Commissioners regarding
local government entities' offers to PG&E
December 13, 2019

of electric utility service. Resolving PG&E's bankruptcy case through the types of plans
currently under review would not transform PG&E into a company that is effectively managed to
provide safe and reliable service at reasonable rates. The Commission must do more to ensure
adequate service in Northern California. Our communities should be and are prepared to be a
part of the Commission's efforts to realize its vision for the future.

Respectfully submitted,

CITY AND COUNTY OF SAN FRANCISCO

By: __/s/ *Harlan L. Kelly, Jr.*____
     Harlan L. Kelly, Jr.,
     General Manager
     San Francisco Public Utilities Commission

NEVADA IRRIGATION DISTRICT

By: __/s/ *Remleh Scherzinger*____
     Remleh Scherzinger
     General Manager

SOUTH SAN JOAQUIN IRRIGATION DISTRICT

By: __/s/ *Peter M. Rietkirk*____
     Peter M. Rietkirk
     General Manager

VALLEY CLEAN ENERGY

By: __/s/ *Mitch Sears*____
     Mitch Sears
     Interim General Manager

cc: Service Lists I. 19-09-016, I. 15-08-019

Exhibit 1
Case: 19-30088   Doc# 6624-1   Filed: 04/03/20   Entered: 04/03/20 18:03 Page 6 of 9 of 62



# NEVADA IRRIGATION DISTRICT

1036 W. Main Street, Grass Valley, CA 95945-5424
(530) 273-6185 ~ Fax: (530) 477-2646 ~ www.nidwater.com

**NID**

**RECEIVED**

**FILED**

November 6, 2019

NOV 12 2019

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

NOV 12 2019

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Case #
19-30088

William Johnson
Chief Executive Officer and President
PG&E Corporation
77 Beal St., P.O. Box 770000
San Francisco, CA 94177

Andrew Vesey
Chief Executive Officer and President
PG&E Corporation
77 Beal St., P.O. Box 770000
San Francisco, CA 94177

**Re: Nevada Irrigation District's Notice of Intent for the Purchase and Sale of Electric Distribution Assets in Portions of Nevada, Placer and Yuba Counties**

Dear Messrs. Johnson and Vesey,

The Nevada Irrigation District is a diversified water resource district in the foothills of Northern California's Sierra Nevada Mountains. NID is a publically owned utility, governed by an elected Board of Directors representing five Divisions within its approximate 287,000-acre boundary. The District provides treated water to approximately 19,500 customers and raw water to approximately 5,500 customers in Nevada, Placer, and Yuba Counties. The Nevada Irrigation District operates recreation facilities at the District's storage reservoirs and utilizes its water supply resources to generate approximately 82.2MW of hydroelectric power for the benefit of its customer base. NID employs 219 regular, full-time employees and is headquartered at an 18-acre site located in Grass Valley, CA.

Founded under the Irrigation District Power Act of 1919, the Nevada Irrigation District is uniquely situated to engage in its latent powers and provide retail electric service to local communities under its jurisdiction provided by California Water Code section 22115 et seq.

**Background**

Since 1921, Nevada Irrigation District has been reliably supporting the communities of Placer, Nevada and Yuba Counties with a consistent and reliable supply of water through its diverse network of 475 of open ditch canals and 400 miles of treated water pipelines. Since the 1960s, NID has supported the California electrical grid in providing approximately 82.2 MW of hydroelectric and solar power through Power Purchase Agreements with PG&E.

NID began its assessment and review of PG&E's local distribution system after holding a Community Choice Aggregation (CCA) meeting with interested members of the community in August 2018. NID began to advance its analysis and feasibility of the potential acquisition of the distribution system and associated assets within its District boundary in September 2018.

In light of the recent events and news surrounding the Pacific Gas and Electric Company bankruptcy, rate increases, PG&E's discretionary Public Safety Power Shutoff (PSPS) events, and at the request of the local community, Nevada Irrigation District has decided to earnestly explore options for providing sustainable and resilient electric distribution service to the local community as identified in Exhibit A.

Based upon the initial analysis and subsequent review and approval from its Governing Board of Directors, the Nevada Irrigation District is pleased to submit this non-binding Notice of Intent (NOI).

This proposal to add a retail electric utility service to NID's existing business lines is directly in-line with and complementary to the District's existing water, hydroelectric, and recreation service deliveries. Specifically, Nevada Irrigation District believes it can offer electrical services which:

- Enhance services to and reducing future financial impacts for our customers
- Integrate existing District business line functions into the fabric of the communities they serve
- Develop and manage resources in a self-determining manner with local control
- Will provide the highest level of service at the lowest possible cost without impacting the quality of service (best value)

In addition to the benefits provided locally to nearly 85,000 electric customers in the Sierra Nevada foothills within the three counties. NID believes this offer is in line with PG&E's risk evaluation of the region. NID stands ready to assume the liability and risk of the local Retail System Assets of the territory described in Exhibit A. NID believes this offer to be a valuable component of PG&E's long-term risk assessment and a benefit to the Debtor and shareholders.

## Assets to be Sold

The assets to be sold include all of PG&E's retail electric system assets used and useful in the provision of service, operation, and maintenance, of distributed electric service, including without limitation, all, real property, assets, fixtures, appurtenances, rolling stock, and equipment, located in, or of service to, the area depicted in Exhibit A.

NID has identified a number of substations to be included in the sale and believes that areas of physical separation of the system would be technically feasible. NID has evaluated the area based on publically available data and welcomes discussion with

2

PG&E regarding mutually agreeable separation parameters which meet reliability and safety standards for all customers.

## Acquisition Price

The Proposed Acquisition Price for the Retail System to PG&E is three hundred million one hundred ninety-six thousand nine hundred dollars ($300,196,900) upon closing of the sale. NID has analyzed PG&E's assets and believes this valuation is an attractive valuation given the age of assets evaluated, correction of deferred maintenance necessary immediately upon sale, and for the reduction of liability and risk associated with assets located in the foothills of the Sierra Nevada Mountains.

## Conditions Precedent

As a matter of course, in preparing a reasonable valuation of the assets as well as assessment through expert consultation and technical advisors, the Nevada Irrigation District has a number of Conditions Precedent, which must be satisfied prior to the closing of the sale. These Conditions include:

- LAFCo Approvals
- Necessary Voter Approvals
- CPUC Approval
- Bankruptcy Court Authorization
- Financing
- Environmental Review
- Non-Bypassable Charges

## Due Diligence

The Nevada Irrigation District and its consultants have developed this Notice of Intent using publically available information. Access to the non-publically available information of the assets and records relating to those assets from PG&E is required for NID to perform adequate due diligence. NID has retained expert consultants who have assisted in the past 18 months in evaluating the assets to be acquired.

## Non-Binding

This Notice of Intent represents the Nevada Irrigation District's interest in purchasing PG&E's retail system assets. This NOI shall be assignable and does not constitute an offer, agreement, or commitment to consummate any of the transactions contemplated herein.

3

## Closing

The Nevada Irrigation District welcomes and appreciates your consideration of this non-binding Notice of Intent. NID is encouraged by the local community and other regional governance support it has received in advance of providing this proposal. We believe there are significant benefits for both the local community and PG&E shareholders.

The NID executive team, Board members, legal, and financial advisors are eagerly standing by and await your earnest review and consideration of this proposal. Working diligently together, we believe we can parallel with the anticipated bankruptcy timeline process in advance of the June 30, 2020 reorganization deadline.

All correspondence associated with this proposal can be directed to me, Remleh Scherzinger, at Nevada Irrigation District General Manager, 1036 West Main St., Grass Valley, CA 95945, or at scherzinger@nidwater.com / 530-273-6185.

Respectfully,

Remleh Scherzinger, M.B.A., S.D.A., P.E.
General Manager, Nevada Irrigation District
Chief Executive Officer, Nevada Irrigation District Municipal Finance Authority

cc.     Nevada Irrigation District Board of Directors
        Jason Wells, PG&E Corporation Chief Financial Officer
        Janet Loduca, PG&E Corporation Senior Vice President and General Counsel
        Honorable Judge Dennis Montali, U.S. District Justice
        Honorable Judge William Alsup, U.S. District Justice
        Honorable Judge Randall Newsome, JAMS Mediator and Arbitrator
        Governor Gavin Newsom, State of California

Attachments:
        Exhibit A:     Logical Service Area

4



LEGEND

All Other Systems
AUBURN
BELL
BRUNSWICK
FLINT
GRASS VALLEY
HALSEY
HIGGINS
LINCOLN
NARROWS
PENRYN a
PENRYN b
PLACER
SHADY GLEN
SMARTSVILLE
WEIMAR
WISE
NID Service Area
Proposed NID Power Area
PGE Owned Parcels
Other Substations
Substations
RR Commission Lands Boundary
County Boundary

| NEVADA IRRIGATION DISTRICT | | LOGICAL SERVICE AREA | |
| --- | --- | --- | --- |
| NEVADA COUNTY – PLACER COUNTY GRASS VALLEY, CALIFORNIA | Drawn By: D. HUNT   Date: 11/5/2019   Scale: NO SCALE | EXHIBIT 'A' |



**VALLEY**
CLEAN ENERGY

**October 18, 2019**

William Johnson
Chief Executive Officer and President
PG&E Corporation
77 Beale Street, P.O. Box 770000
San Francisco, CA 94177

Andrew Vesey
Chief Executive Officer and President
Pacific Gas and Electric Company
77 Beale Street, P. O. Box 770000
San Francisco, CA 94177

**Re:    Valley Clean Energy's Indication of Interest in the Acquisition of Electric Distribution and Transmission Assets in Yolo County**

Dear Messrs. Johnson and Vesey,

Valley Clean Energy is a joint powers authority formed by Yolo County and the Cities of Davis and Woodland that currently serves as a Community Choice Aggregator for its members' residents and businesses. The cities of Winters and West Sacramento are associate members of Valley Clean Energy. Therefore, all of the cities in Yolo County and Yolo County are now members of Valley Clean Energy. Valley Clean Energy began its current analysis and review of local distribution system ownership and control soon after PG&E's Chapter 11 bankruptcy cases were filed in January 2019. Valley Clean Energy's review focuses on the feasibility of potential acquisition of electric utility distribution assets serving Yolo County held by Pacific Gas and Electric Company ("PG&E" and collectively with PG&E Corporation, the "Debtors") in connection with Debtors' Chapter 11 bankruptcy cases. We write to inform you that Valley Clean Energy and its member agencies have concluded their initial analysis and based on that analysis, Valley Clean Energy has prepared this acquisition proposal.

Accordingly, we are pleased to submit this non-binding Indication of Interest ("IOI") to purchase substantially all of PG&E's electric distribution assets, and appurtenant facilities needed to provide retail electric delivery service to all electricity customers in the incorporated and unincorporated areas of Yolo County (such assets collectively, as further described below, the "Targeted Assets" and such transaction, the "Proposed Transaction").

Subject to the terms and conditions described herein, Valley Clean Energy is prepared to engage immediately with Debtors and stakeholders to facilitate the negotiation, documentation, execution, and bankruptcy court approval of our Proposed Transaction that we believe will be mutually beneficial for the Valley Clean Energy constituents, the Debtors, and bankruptcy creditors, customers, and other stakeholders.

## 1. Rationale for the Proposed Transaction

Valley Clean Energy is strongly positioned to acquire the Targeted Assets and provide enhanced value to the Debtors and their stakeholders. For many decades, Valley Clean Energy's member agencies have successfully delivered essential utility services including water, sewer, storm-water, and refuse collection to their residents. Beginning in June 2018, Valley Clean Energy CCA has successfully and reliably performed full power supply services for electric customers in Woodland, Davis, and the unincorporated areas of Yolo County.

Yolo County and the City of Davis have been contemplating investment and public acquisition in the local electric distribution systems for decades. These efforts have taken various forms. Investment in local electric distribution facilities has been and remains an important objective for Valley Clean Energy's member agencies to ensure reasonable and safe access to electric distribution facilities and services, and to secure service for new customers. Given Valley Clean Energy's and its member agencies' ability to access lower-cost funding sources and with no obligation to provide equity returns or to recover income taxes, Valley Clean Energy's constituents will be able to achieve their long-held goal of providing cost-effective electric distribution service to all customers in Yolo County, while simultaneously providing enhanced value to Debtors and their stakeholders through the Proposed Transaction.

Valley Clean Energy has closely followed the Debtors' bankruptcy cases and believes that, through the Proposed Transaction, it can assist PG&E in further enhancing realized value for stakeholders by providing a significant cash infusion to Debtors. Valley Clean Energy can, with the Debtors' cooperation, consummate the Proposed Transaction expeditiously to facilitate the Debtors' timely emergence from bankruptcy, consistent with the Debtors' articulated goals and timetable. Importantly, the Proposed

Transaction reflects a significant premium value contribution for the Targeted Assets that would be available to the Debtors and their stakeholders. Valley Clean Energy is also open to negotiations with competing bankruptcy plans of reorganization under the terms set forth in this IOI.

Valley Clean Energy also believes that the Proposed Transaction would provide meaningful benefits to Yolo County residents including: (i) stable and competitive electric rates; (ii) enhanced focus on local needs; (iii) increased ability to achieve the Valley Clean Energy's aggressive climate action goals; and (iv) additional beneficial long-term career and business opportunities for local residents and businesses. Additionally, Valley Clean Energy believes that other PG&E customers will benefit from PG&E's ability to provide a more focused effort on management of a smaller, more manageable service territory as it emerges from bankruptcy.

## 2.    Targeted Assets

The Targeted Assets would include substantially all of PG&E's distribution assets, 230/115 kV transformers, and 115 kV transmission lines located within the incorporated and unincorporated areas of Yolo County and certain other ancillary assets needed to properly service customers in Yolo County, as described more particularly in Attachment A.

Given the geography of Yolo County within PG&E's overall service territory, Valley Clean Energy contemplates that a physical separation of the Targeted Assets can be accomplished in a straightforward manner. Valley Clean Energy and its engineering and technical advisors have evaluated various separation scenarios and welcomes further discussion with PG&E regarding the disposition of specific assets and the development of a mutually acceptable separation plan that maximizes reliability and efficiency for both Yolo County customers and PG&E's remaining customers.

## 3.    Purchase Price

Valley Clean Energy is pleased to submit an indicative purchase price for the Targeted Assets of $300 million to be paid in cash upon the closing of the Proposed Transaction. Based on Valley Clean Energy's key assumptions described below, this indicative

purchase price represents a substantial multiple of estimated year end 2019 rate base and 2019 earning for the Targeted Assets. Valley Clean Energy believes that this indicative purchase price represents an attractive premium valuation that reflects the unique circumstances of, and expedited timing resulting from, the Debtors' Chapter 11 bankruptcy case.

In addition, and in connection with the Proposed Transaction and taking into account the indicative purchase price for the Targeted Assets, Valley Clean Energy is interested in discussing an arrangement to implement and "buy down" any non-bypassable charge obligations that may be applicable to Valley Clean Energy's customers in exchange for a full release of those obligations, subject to the approval of the California Public Utilities Commission ("CPUC"). Resolution of such non-bypassable charges could also be accomplished through the acceptance of proposal(s) made by Sonoma Clean Energy on behalf of itself and other Community Choice Aggregation entities, including Valley Clean Energy, related to the buy-out and/or stabilization of PCIA charges. Valley Clean Energy believes that such an arrangement could significantly increase the sources of cash available to PG&E in connection with the Proposed Transaction.

## 4. Key Assumptions

Based on analysis of the Targeted Assets conducted by Valley Clean Energy's expert valuation, engineering, and technical advisors, Valley Clean Energy used several valuation methodologies to reasonably value the Targeted Assets. Valley Clean Energy's proposal and indicative purchase price are based upon, and subject to, a number of key assumptions including:

- Debt-Free Purchase: The Targeted Assets would be acquired free of any debt associated with the Debtors.
- Bankruptcy Matters and Timing:
  - o The Proposed Transaction would be undertaken as an asset sale in connection with a confirmed plan of reorganization of the Debtors in the Chapter 11 bankruptcy cases. As an alternative, Valley Clean Energy would also consider a Bankruptcy Code Section 363 sale if the Debtors prefer.
  - o Valley Clean Energy will not assume or otherwise be responsible for the liabilities of the Debtors arising prior to the closing of the Proposed Transaction, other than the Debtors' executory obligations under

604 2nd Street Davis, CA 95616 | 530-446-2750 | info@valleycleanenergy.org | **valleycleanenergy.org**

executive contracts that Valley Clean Energy elects for the Debtors to assume and assign to Valley Clean Energy in connection with the bankruptcy cases and for which the Debtors would be responsible for any cure costs.

o Valley Clean Energy will obtain taxable bond financing acceptable to Valley Clean Energy for the Proposed Transaction, as described below.

o The Debtors' Plan of Reorganization will be confirmed by the bankruptcy court no later than June 30, 2020, and the Proposed Transaction will close as soon as all required regulatory approvals are obtained and the bond financing has closed or closes in conjunction with the close of the Proposed Transaction.

Valley Clean Energy's key assumptions, including its expert advisors' estimation of the physical condition and age of the Targeted Assets included in rate base, are based on publicly available information. As a result, these key assumptions and resulting indicative valuation are subject to refinement based on further comprehensive due diligence, including an analysis of non-public information that the Debtors would need to provide.

## 5. Financing

Financing for the Proposed Transaction is expected to include issuance of municipal power revenue bonds by Valley Clean Energy. Valley Clean Energy is confident in its ability to execute such financing based on the revenues from the Targeted Assets, as the municipal capital markets regularly absorb transactions of this size and Valley Clean Energy's member agencies and its various departments have successfully issued revenue bonds or similar types of    financing for their other utility infrastructure needs.

## 6. Transaction Documentation

The Proposed Transaction will be conditioned on the negotiation of mutually agreeable definitive documentation between PG&E and Valley Clean Energy, including an asset purchase agreement that contains reasonable and customary terms for acquisitions of electric utility systems and a transition services agreement to ensure the continuous provision of safe and reliable electrical service to Yolo County residents. Valley Clean

Energy and PG&E would work together to identify an appropriate transition period and scope of transition services prior to closing of the Proposed Transaction and Valley Clean Energy would endeavor to condense the scope and length of transition services.

We also anticipate that the separation of the Targeted Assets may require certain ancillary agreements between Valley Clean Energy and PG&E, including, for example, coordination, shared facilities, and customary utility border agreements that the parties would need to negotiate and execute in connection with the closing of the Proposed Transaction.

## 7.    Employees

Valley Clean Energy intends to recruit willing PG&E employees who currently operate and maintain the Targeted Assets. Valley Clean Energy believes it can offer stable careers with appealing wages and benefits that will be attractive to PG&E employees. We would seek your cooperation in the recruitment process to hire appropriate personnel to operate the system, while avoiding any disruption across the balance of the PG&E system. Yolo County and the cities have a long history of working productively with their unionized workforce and intend to honor the successor provisions of PG&E's collective bargaining agreements and to comply with the provisions of Public Utilities Code section 854.2 (AB 1054) related to the transition of covered employees in effect at the time of the close of the Proposed Transaction.

## 8.    Transaction Conditions

Entering into definitive documentation for the Proposed Transaction is conditioned upon completion of the following matters to Valley Clean Energy's satisfaction: (i) Valley Clean Energy's comprehensive business and legal due diligence reviews, which will require the assistance of the Debtors; (ii) the parties' negotiation of definitive documentation and ancillary agreements; and (iii) the attainment of Valley Clean Energy's requisite internal approvals described below. In addition, the Proposed Transaction would be subject to customary and usual closing conditions, including, without limitation, receipt of a bankruptcy court order approving the Proposed Transaction that is acceptable to Valley Clean Energy and required regulatory approvals.

a)      Internal Approvals

As referenced above, the proposal contained in the IOI has the support of the Valley Clean Energy's Board of Directors and the governing bodies of the County of Yolo and the cities within Yolo County whose territory is included in the acquisition. Entering into definitive documentation for the Proposed Transaction would require the approval of the Valley Clean Energy Board of Directors, which can be sought expeditiously once definitive agreements are finalized.

b)      Regulatory Approvals

We anticipate that the Proposed Transaction will require the following regulatory approvals or clearances: (i) CPUC approval under Section 851 of the California Public Utilities Code, (ii) Federal Energy Regulatory Commission approval under Section 203 of the Federal Power Act, along with certain ancillary approvals and (iii) compliance with the California Environmental Quality Act ("CEQA"). We anticipate that these regulatory filings would be coordinated with the bankruptcy court's schedule to allow for filing as soon as practicable in connection with the Debtors' plan of reorganization and that all required regulatory approvals and clearances would be timely received upon prior to the receipt of all regulatory approvals required for the Debtors' Plan of reorganization.

## 9.      Due Diligence

Valley Clean Energy and its team of advisors have created this proposal using information sourced from public filings, including FERC, Securities Exchange Commission, and other regulatory filings and investor presentations. Access to non-public information and cooperation from the Debtors is necessary for Valley Clean Energy to finalize valuation assumptions. If it would be helpful to PG&E to expedite the diligence conformation process, Valley Clean Energy is willing to provide a comprehensive list of the due diligence information that would be required for Valley Clean Energy to complete its due diligence process to move forward with the Proposed Transaction.

Valley Clean Energy has retained multiple expert advisors that have assisted Valley Clean Energy in conduction its initial due diligence and submitting this IOI, including:

- MRW & Associates, LLC: financial feasibility advisor
- NewGen Strategies and Solutions, LLC: asset appraisal advisor

## 10.    Non-Binding

This IOI represents a general statement of Valley Clean Energy's interest in purchasing the Targeted Assets and does not create any legally binding obligation on Valley Clean Energy or any of its officials, representatives, agencies, members, political subdivisions, affiliates or their respective advisors. Unless and until the parties have, among other things, completed comprehensive due diligence, negotiated definitive transaction documentation for the Proposed Transaction, obtained necessary internal approvals, executed definite transaction documentation for the Proposed Transaction, and obtained a bankruptcy court order authorizing the Proposed Transaction, neither Valley Clean Energy nor the Debtors shall be under any legal obligation of any kind whatsoever as to the Proposed Transaction by virtue of this IOI. Valley Clean Energy does not commit to any definite course of action as to the Proposed Transaction prior to completing any required CEQA compliance.

## 11.    Next Steps

Valley Clean Energy appreciates your earnest consideration of this non-binding proposal. We welcome the opportunity to discuss this proposal, together with the significant benefits that it would provide, with appropriate representatives of the Debtors. After reviewing the proposed plan, we may follow up with the Debtors to provide additional analysis demonstrating how the Proposed Transaction would enhance and could be coordinated with a proposed bankruptcy plan.

We have a full team, including outside legal, financial, and engineering advisors and senior Valley Clean Energy representatives, engaged and standing ready to complete Valley Clean Energy's comprehensive due diligence and to work expeditiously towards definite documentation, with the assistance of PG&E, subject to the terms and conditions described above. As noted above, with the Debtors' prompt engagement, Valley Clean Energy believes that it can complete its outstanding work in a timeframe consistent with the Proposed Transaction being approved in parallel with PG&E's

anticipated reorganization plan confirmation process, and ahead of the June 30, 2020 legislative deadline.

Any inquiries with respect to this IOI can be directed to Mitch Sears, Valley Clean Energy General Manager, 604 2nd St, Davis, CA 95616, mitch.sears@valleycleanenergy.org, Tel: (530) 446-2750.

Very truly yours,

Tom Stallard, Chair
Valley Clean Energy Board of Directors

cc.    VCE Board of Directors
       Mitch Sears, VCE General Manager
       Jason Wells, PG&E Corporation Chief Financial Officer
       Janet Loduca, PG&E Corporation Senior Vice President and General Counsel
       City Councils and Board of Supervisors of the VCE member agencies

Attachment: A.    Targeted Assets

## Attachment A:    Targeted Assets

This Attachment A provides an overview / description of the assets Valley Clean Energy proposes to purchase from PG&E. The description provided herein is not intended to be the comprehensive list of assets to be purchased that would be included in a final purchase and sale agreement. Subject to due diligence and further discussions with PG&E, some assets described here may not be included, and other assets may need to be added to a binding pricing and a final purchase and sale agreement.

Broadly, Valley Clean Energy is proposing to purchase substantially all of PG&E's transmission and distribution assets that are necessary for Valley Clean Energy to provide safe and reliable retail electric distribution service to all electricity customers in Yolo County.

These assets are currently anticipated to include:
   i.    All PG&E <u>distribution assets</u> within Yolo County, including distribution-level substations, metering, customer-level interconnection, and related facilities, as needed for operational control.
   ii.   PG&E's 115 kV <u>transmission assets</u> within Yolo County, and PG&E's 230 kV to 115 kV transformers, as needed for operational control.

Valley Clean Energy's proposal also includes related assets, materials, records, spare parts, equipment, and other items, as required for safe and reliable service to customers and safe and reliable operation of the assets above, including:
   a.   Other systems and equipment such as meters, relays, SCADA, transformers, rolling stock, telecommunication and control center equipment, and spares; support systems, standards, AMR facilities, distribution system model data, system maps and diagrams, records, and all similar items required to operate the assets.
   b.   All PG&E's reliability, safety, operation, maintenance, and capital improvement records related to and or for the assets that are purchased.
   c.   PG&E's operating and maintenance facilities (for communications, SCADA, security, control, and emergency response), service yards, warehouse(s); customer service and call center, and other facilities; all as located in Yolo County, and as necessary for safe and reliable operation and maintenance of the assets described above.

d.  PG&E's customer service, metering, and billing records, including program and service agreements, dispute notices, outstanding complaints, and similar customer-related information for Yolo County electric customers.
e.  PG&E-owned land, easements, rights-of-way, lease agreements, and other land-related agreements (or appropriate new lease or other agreements between Yolo County and PG&E) necessary for safe and reliable operation and maintenance of the assets described above.
f.  PG&E-owned streetlights and similar unmetered facilities in Yolo County.

VCE's proposal <u>excludes</u> all land and facilities related to PG&E's natural gas operations and services.

Exhibit 1
Page 26



OFFICE OF THE MAYOR
SAN FRANCISCO

OFFICE OF THE CITY ATTORNEY
SAN FRANCISCO

LONDON N. BREED
MAYOR

DENNIS J. HERRERA
CITY ATTORNEY

September 6, 2019

William Johnson
Chief Executive Officer and President
PG&E Corporation
77 Beale Street, P.O. Box 770000
San Francisco, CA 94177

Andrew Vesey
Chief Executive Officer and President
Pacific Gas and Electric Company
77 Beale Street, P.O. Box 770000
San Francisco, CA 94177

  Re: San Francisco's Indication of Interest in the Acquisition of Electric
     Distribution and Transmission Assets

Dear Messrs. Johnson and Vesey,

As you know, the City and County of San Francisco (the "City") initiated intensive work
beginning in January 2019 to determine the feasibility of a potential acquisition of electric
utility assets serving San Francisco held by Pacific Gas and Electric Company ("PG&E" and
collectively with PG&E Corporation, the "Debtors") in connection with the Debtors' Chapter 11
bankruptcy cases. We write to inform you that, after investing additional substantial resources
since delivering our letter dated March 14, 2019 to PG&E Corporation (attached as Attachment
A), the City and its advisors have concluded their initial analysis of a potential transaction.
Based on that analysis, the City has prepared this acquisition proposal.

Accordingly, we are pleased to submit this non-binding indication of interest ("IOI") to purchase
substantially all of PG&E's electric distribution and transmission assets needed to provide retail
electric service to all electricity customers in San Francisco (such assets collectively, as further
described below, the "Targeted Assets" and such transaction, the "Proposed Transaction"). We
submit this IOI with the support of the San Francisco Board of Supervisors (the "Board of
Supervisors") and the San Francisco Public Utilities Commission (the "SFPUC").

Subject to the terms and conditions described herein, the City is prepared to engage
immediately with the Debtors and its stakeholders to facilitate the negotiation, documentation,
execution and bankruptcy court approval of an acquisition transaction that we believe will be
mutually beneficial for the City's constituents, the Debtors and their creditors, customers and
other stakeholders.

## 1. Rationale for the Proposed Transaction

The City is uniquely positioned to acquire the Targeted Assets and provide enhanced value to
the Debtors and their stakeholders. For over a century, the City has owned and operated its
Hetch Hetchy Power municipal retail electric utility, including its own electric generation,

1 DR. CARLTON B. GOODLETT PLACE, ROOM 200
SAN FRANCISCO, CALIFORNIA 94102-4681
TELEPHONE: (415) 554-6141

Exhibit 1

Case: 19-30088 Doc# 6624-1 Filed: 04/03/20 Entered: 04/03/20 18:03:58 Page 24 of 96  27
          of 62

transmission and distribution facilities. Hetch Hetchy Power and CleanPowerSF (San Francisco's Community Choice Aggregation program) supply nearly 80% of San Francisco's electricity needs. The SFPUC, through Hetch Hetchy Power and CleanPowerSF, has a long track record of providing safe, reliable, affordable and sustainable electric service.

More recently, investment in distribution facilities has become an important initiative for the SFPUC to ensure reasonable access to electric distribution services for its customers, and to secure service for new Hetch Hetchy Power customers. Given the City's overlapping footprint with the Targeted Assets, the ability to integrate the Targeted Assets with the Hetch Hetchy Power infrastructure, the City's ability to access low-cost sources of financing and with no obligation to provide a return on equity capital or recover income taxes in its rate structure, the City believes that it will be able to achieve its long-held goal of providing cost-effective electric distribution service to all customers in San Francisco, while providing substantial value to the Debtors and their stakeholders.

The City has closely followed the Debtors' bankruptcy cases and believes that, through the Proposed Transaction, the City can assist PG&E in maximizing value for its stakeholders by providing a significant cash infusion to the Debtors. The City can, with the Debtors' cooperation, consummate the Proposed Transaction expeditiously to facilitate the Debtors' timely emergence from bankruptcy, consistent with the Debtors' articulated goals and timetable. Importantly, the Proposed Transaction reflects a premium valuation for the Targeted Assets due to the unique circumstances of the Debtors' chapter 11 bankruptcy cases, and would result in significant cash consideration that would be available to the Debtors and their stakeholders. The City has also analyzed the potential impacts of the Proposed Transaction on PG&E's remaining customers; we believe such impacts, if any, would be modest and can be mitigated in a way that is fair to all customers. The City will continue paying its fair share of systemwide costs.

The City also believes that the Proposed Transaction would provide meaningful benefits to the City and its residents, including: (i) stable and competitive rates for customers throughout San Francisco, (ii) enhanced focus on local needs, (iii) increased ability to achieve the City's aggressive climate action goals as well as other important local policy objectives and (iv) additional attractive long-term career and business opportunities for local residents and businesses.

## 2. Targeted Assets

The Targeted Assets would include substantially all of PG&E's distribution assets, 230/115 kV transformers and 115 kV transmission lines located within the City limits and certain other assets that are needed to properly service customers in San Francisco as described more particularly in Attachment B.

Given the unique geography of San Francisco within PG&E's overall service territory, the City contemplates that a physical separation of the Targeted Assets can be accomplished in a straightforward manner. The City and its engineering and technical advisors have evaluated various separation scenarios and the City welcomes a discussion with PG&E regarding the disposition of specific assets and the development of a mutually acceptable separation plan that maximizes reliability and efficiency for both San Francisco customers and PG&E's remaining customers.

## 3. Purchase Price

The City is pleased to submit an indicative purchase price for the Targeted Assets of $2.5 billion to be paid in cash upon the closing of the Proposed Transaction. Based on the City's key assumptions described below, this indicative purchase price represents a 2.5x multiple of

estimated year end 2019 rate base and more than a 35x multiple of estimated 2019 earnings for the Targeted Assets. The City believes that this indicative purchase price represents a very attractive premium valuation compared to recent electric utility transactions that reflects the unique circumstances of, and expedited timing resulting from, the Debtors' Chapter 11 bankruptcy cases.

In addition, in connection with the Proposed Transaction and taking into account the indicative purchase price for the Targeted Assets, the City is interested in discussing an arrangement to implement a "buy down" of any non-bypassable charge obligations[1] that may be applicable to the City's customers in exchange for a full release of those obligations, subject to the approval of the California Public Utilities Commission ("CPUC"). The City believes that such an arrangement would significantly increase the sources of cash available to PG&E in connection with the Proposed Transaction.

## 4.    Key Assumptions

Based on an in-depth asset-by-asset analysis of the Targeted Assets conducted by the City's expert valuation, engineering and technical advisors, the City used several valuation methodologies to assess the value of the Targeted Assets. The City's proposal and the indicative purchase price are based upon, and are subject to, a number of assumptions, including the following key assumptions:

- Debt-Free Purchase: The Targeted Assets would be acquired free of any debt associated with the Debtors.

- Rate Structure:

    o  Rate base for the Targeted Assets totaling $1.00 billion as of December 31, 2019

    o  Authorized capitalization structure that includes 47% long-term debt, or $470 million, as of December 31, 2019

    o  Net income contribution totaling $53 million for 2019.

- Bankruptcy Matters and Timing:

    o  The Proposed Transaction would be undertaken as an asset sale in connection with a confirmed plan of reorganization of the Debtors in their Chapter 11 bankruptcy cases. As an alternative, the City would also consider a Bankruptcy Code Section 363 sale if the Debtors prefer.

    o  The City will not assume or otherwise be responsible for liabilities of the Debtors arising prior to the closing of the Proposed Transaction, other than the Debtors' executory obligations under executory contracts that the City elects for the Debtors to assume and assign to the City in connection with the bankruptcy cases and for which the Debtors would be responsible for any cure costs.

    o  The Debtors' Plan of Reorganization will be confirmed by the bankruptcy court no later than June 30, 2020, and the Proposed Transaction will close as soon as all required regulatory approvals are obtained.

---

[1] For example, charges such as the Power Charge Indifference Adjustment (PCIA), DWR Bond Charge, New System Generation Charge (NSGC), Competition Transition Charge (CTC) and new non-bypassable charges that may arise from state legislation, but only to the extent applicable to the City's customers under CPUC rules and regulations implementing those charges.

The City's key assumptions, including its expert advisors' estimations of the physical condition and age of the Targeted Assets included in rate base, are based on publicly available information. As a result, these key assumptions and the resulting indicative valuation are subject to refinement based on further comprehensive due diligence, including an analysis of non-public information that the Debtors would provide.

## 5.    Financing

Financing for the Proposed Transaction is expected to include the issuance of municipal power revenue bonds by the SFPUC. The SFPUC's credit is well established by its issuance of power revenue bonds in 2015. The SFPUC's Power Enterprise, which includes Hetch Hetchy Power, currently maintains "AA" and "AA-" credit ratings from S&P Global Ratings and Fitch Ratings, respectively. In June 2018, San Francisco voters approved an amendment to the City's charter authorizing the Board of Supervisors to approve selling power revenue bonds for purposes that include financing the acquisition of electric transmission and distribution facilities such as contemplated in the Proposed Transaction. The City anticipates that the SFPUC's Power Enterprise would be expanded to include the Targeted Assets in connection with the Proposed Acquisition.

The City has worked closely with its buy-side financial advisor, Jefferies LLC ("Jefferies"), to evaluate financing structures. The City is confident in its ability to execute the financing based on the revenues from the Targeted Assets, as the municipal capital markets regularly absorb transactions of this size and the City and its various departments are frequent issuers.

## 6.    Transaction Documentation

The Proposed Transaction will be conditioned on the negotiation of mutually agreeable definitive documentation between PG&E and the City, including an asset purchase agreement that contains reasonable and customary terms for acquisitions of electric utility systems and a transition services agreement to ensure the continuous provision of safe and reliable electrical service to San Francisco. The City and PG&E would work together to identify an appropriate transition period and scope of transition services prior to the closing of the Proposed Transaction and the City would endeavor to reduce the scope and length of transition services.

We also anticipate that separation of the Targeted Assets may require certain ancillary agreements between the City and PG&E, including, for example, coordination, shared facilities and customary utility border agreements that the parties would need to negotiate and execute in connection with the closing of the Proposed Transaction.

## 7.    Employees

The City intends to recruit willing PG&E employees who currently operate and maintain the Targeted Assets. The City believes it can offer stable careers with appealing wages and benefits that will be attractive to PG&E employees. We would seek your cooperation in the recruitment process to ensure appropriate personnel to operate the system, while avoiding any disruption across the balance of the PG&E system. The City has a long history of working productively with its unionized workforce and intends to honor the successor provisions of PG&E's collective bargaining agreements.

## 8.    Transaction Conditions

Entering into definitive documentation for the Proposed Transaction is conditioned upon the following matters, to the City's satisfaction: (i) the City's completion of comprehensive business and legal due diligence, which will require the assistance of the Debtors, (ii) the parties' negotiation of definitive documentation and ancillary agreements, and (iii) the receipt of the

City's requisite internal approvals described below. In addition, the Proposed Transaction would be subject to customary closing conditions, including, without limitation, receipt of a bankruptcy court order approving the Proposed Transaction that is acceptable to the City and required regulatory approvals.

### a. Internal Approvals

As referenced above, the proposal contained in this IOI has the support of the Board of Supervisors and the SFPUC. Entering into definitive documentation for the Proposed Transaction would require the approval of the Board of Supervisors and the SFPUC, which can be sought expeditiously once the definitive agreements are finalized.

### b. Regulatory Approvals

We anticipate that the Proposed Transaction will require the following regulatory approvals or clearances: (i) CPUC approval under Section 851 of the California Public Utilities Code, (ii) Federal Energy Regulatory Commission approval under Section 203 of the Federal Power Act, along with certain ancillary approvals, and (iii) compliance with the California Environmental Quality Act ("CEQA"). We anticipate that the regulatory filings would be coordinated with the bankruptcy court's schedule to allow for filing as soon as practicable in connection with the Debtors' plan of reorganization and that all required regulatory approvals and clearances would be received upon or prior to the receipt of all regulatory approvals required for the Debtors' plan of reorganization.

## 9. Due Diligence

The City and its team of advisors have created this proposal using information sourced from public filings, including FERC, Securities Exchange Commission and other regulatory filings and investor presentations. Access to non-public information and cooperation from the Debtors would be required for the City to expeditiously complete its comprehensive business and legal due diligence and finalize its valuation assumptions. If it would be helpful to PG&E to expedite the diligence confirmation process, the City is willing to provide a comprehensive list of the due diligence information that would be required for the City to complete its due diligence process to move forward with the Proposed Transaction.

The City has retained multiple expert advisors that have assisted the City in conducting its initial due diligence and submitting this IOI, including:

- Jefferies: buy-side financial advisor
- MRW & Associates, LLC: financial feasibility advisor
- NewGen Strategies and Solutions, LLC: asset appraisal advisor
- Advisian / Siemens Industry, Inc.: engineering advisor
- Flynn Resource Consultants Inc.: technical and regulatory advisor
- Morgan, Lewis & Bockius LLP: transaction legal counsel
- Orrick Herrington & Sutcliffe LLP: bond legal counsel

## 10. Non-Binding

This IOI represents a general statement of the City's interest in purchasing the Targeted Assets and does not create any legally binding obligations on the City or any of its officials, representatives, agencies, political subdivisions, affiliates or their respective advisors. Unless and until the parties have, among other things, completed comprehensive due diligence, negotiated definitive transaction documentation for the Proposed Transaction, obtained

Exhibit 1

necessary internal approvals, executed definitive transaction documentation for the Proposed Transaction and obtained a bankruptcy court order authorizing the Proposed Transaction, neither the City nor the Debtors shall be under any legal obligation of any kind whatsoever as to the Proposed Transaction by virtue of this IOI. The City does not commit to any definite course of action as to the Proposed Transaction prior to completing any required CEQA compliance.

## 11.    Next Steps

The City appreciates your earnest consideration of this non-binding proposal. We welcome the opportunity to discuss this proposal, together with the significant benefits that it would provide, with appropriate representatives of the Debtors. As you know, we have a meeting scheduled with Mr. Johnson on September 26 to discuss various matters, including the City's interest in the Proposed Transaction. We understand that the Debtors will be filing a proposed plan of reorganization in short order. After reviewing the proposed plan, we may follow up with the Debtors to provide additional analysis demonstrating how the Proposed Transaction would enhance and could be coordinated with the proposed plan.

We have a full team, including outside legal, financial and engineering advisors and senior City representatives, engaged and standing ready to complete the City's comprehensive due diligence and work expeditiously towards definitive documentation, with the assistance of PG&E, subject to the terms and conditions described above. As noted above, with the Debtors' prompt engagement, the City believes that it can complete its outstanding work in a timeframe consistent with the Proposed Transaction being approved in parallel with PG&E's anticipated plan confirmation process, and ahead of the June 30, 2020 legislative deadline.

Any inquiries with respect to this IOI can be directed to Sean Elsbernd (415-554-6603), Chief of Staff to Mayor Breed, or to the following contacts at Jefferies: Scott Beicke (212-336-7479), Americas Co-Head of Power, Utilities and Infrastructure, or Simon Wirecki (310-575-5251), Western Regional Head for Municipal Finance.

Very truly yours,

London N. Breed
Mayor

Dennis J. Herrera
City Attorney

cc. All members Board of Supervisors
     All SFPUC Commissioners
     Harlan L. Kelly Jr., SFPUC General Manager
     Ben Rosenfield, City Controller
     Scott Beicke, Jefferies Americas Co-Head of Power, Utilities and Infrastructure
     Simon Wirecki, Jefferies Western Regional Head for Municipal Finance

     Jason Wells, PG&E Corporation Chief Financial Officer
     Janet Loduca, PG&E Corporation Senior Vice President and General Counsel

Attachments: A.    Letter to PG&E Corporation dated March 14, 2019
             B.    Targeted Assets

Attachment A

Letter to PG&E Corporation dated March 14, 2019

OFFICE OF THE MAYOR
SAN FRANCISCO

LONDON N. BREED
MAYOR



OFFICE OF THE CITY ATTORNEY
SAN FRANCISCO

DENNIS J. HERRERA
CITY ATTORNEY

March 14, 2019

VIA ELECTRONIC MAIL AND USPS

John R. Simon
Interim Chief Executive Officer
PG&E Corporation
77 Beale Street, P.O. Box 770000
San Francisco, CA 94177

Jason P. Wells
Senior Vice-President and Chief Financial Officer
PG&E Corporation
77 Beale Street, P.O. Box 770000
San Francisco, CA 94177

Dear Mr. Simon and Mr. Wells,

The City and County of San Francisco (the "City") has initiated work to evaluate the cost and feasibility of acquiring PG&E's electric distribution facilities that serve San Francisco. While you have probably heard public reports about this effort, we write you directly to underscore the seriousness of our purpose and facilitate lines of communication going forward.

The analysis the City is undertaking will enable us to make an initial determination whether such an acquisition is feasible, including whether it would benefit City taxpayers and electric customers, produce a fair price to PG&E for these assets, and advantage PG&E's employees and its ratepayers outside of San Francisco. We will work with the City's Board of Supervisors and Public Utilities Commission to evaluate these factors. If we determine the acquisition is feasible, we intend for the City to make a formal offer to PG&E within the coming months as part of the bankruptcy process.

Please contact us if you would like to discuss this matter.

Very truly yours,

London N. Breed, Mayor

Dennis J. Herrera, City Attorney

cc:     Janet C. Loduca, Senior Vice-President and Interim General Counsel, PG&E Corporation
        Members, Board of Supervisors
        Members, Public Utilities Commission
        Harlan Kelly, General Manager, Public Utilities Commission

1 DR. CARLTON B. GOODLETT PLACE, ROOM 200
SAN FRANCISCO, CALIFORNIA 94102-4681
TELEPHONE: (415)554-6141

Exhibit 1

Attachment B

Targeted Assets

Exhibit 1
Case: 19-30088   Doc# 6624-1   Filed: 04/03/20   Entered: 04/03/20 18:03:08   Page 32 of 35
of 62

## Attachment B
## Targeted Assets

This Attachment B provides an overview description of the assets the City proposes to purchase from PG&E. The description provided here is not intended to be the comprehensive list of assets to be purchased that would be included in a final purchase and sale agreement. Subject to due diligence and discussions with PG&E, some assets described here may not be included, and other assets may be added to a binding pricing and a final purchase and sale agreement.

Broadly, the City is proposing to purchase substantially all of PG&E's transmission and distribution assets that are necessary for the City to provide safe and reliable retail electric service to all electricity customers in San Francisco.

These assets are currently anticipated to include:

    i.   All of PG&E's <u>distribution assets</u> within San Francisco, including distribution-level substations, metering, customer-level interconnections, and related facilities, as needed for operational control.

    ii.   PG&E's 115 kV <u>transmission assets</u> within San Francisco, and PG&E's 230 kV to 115 kV transformers, as needed for operational control. (This excludes PG&E's 230 kV transmission lines, and 230 kV busses at a) the Embarcadero Substation, b) Martin Substation and c) Potrero Substation.).

    iii.   A portion of the Martin substation or interconnections to the Martin substation to enable the City to control all 115 kV and 12 kV power flows from Martin into San Francisco, and a lease agreement for a portion of the Martin substation in which City equipment is located, as needed for operational control.

    iv.   An option to purchase the open bay position planned at PG&E's proposed Egbert Switching Station, as needed for operational control.

The City's proposal also includes related assets, materials, records and other items, as required for safe and reliable service to customers and safe and reliable operation of the assets above, including:

    a.   Other systems and equipment such as meters, relays, SCADA, transformers, rolling stock, telecommunication and control center equipment, and spares; support systems, standards, AMR facilities,

distribution system model data, system maps and diagrams, records, and all similar items required to operate the assets.

b. All of PG&E's reliability, safety, operating, maintenance and capital improvement records for the assets that are purchased.

c. PG&E's operating and maintenance facilities (for communications, SCADA, security, control and emergency response), service yards, warehouses; ; customer service and call center; and other facilities; all as located in San Francisco, and as necessary for safe and reliable operation and maintenance of the assets described above.

d. PG&E's customer service, metering and billing records, including program and service agreements, dispute notices, outstanding complaints, and similar customer-related information.

e. PG&E-owned land, easements, rights-of-way, lease agreements, and other land-related agreements (or appropriate new lease or other agreements between San Francisco and PG&E) necessary for safe and reliable operation and maintenance of the assets described above.

f. PG&E-owned streetlights and similar unmetered facilities in San Francisco.

The City's proposal excludes all PG&E land and facilities related to its "General Office" operations in San Francisco, i.e., those facilities related to PG&E's San Francisco headquarters, and excludes all land and facilities related to PG&E's natural gas operations and services.[1]

**Asset Purchase Alternatives**

While not incorporated into the City's indicative price proposal, the City is open to discussing alternative permutations of the asset grouping described above, such as (but not limited to):

- Purchase of all of the high-voltage transmission assets in San Francisco, including the high-voltage lines excluded above;
- Modifications of the interconnections at the Martin substation allowing for PG&E to maintain ownership of many of the assets at the Martin substation, to ensure reliability and/or accelerate transfer of customers from PG&E to the City;

---

[1] PG&E has gas and electric facilities (materials, service vehicles, construction equipment, etc.) co-located at 18th and Harrison Street and related blocks. This proposal assumes mutually-acceptable arrangements to allow the City to utilize this facility.

Targeted Assets                    Attachment B-2
                                                                    Exhibit 1
Case: 19-30088    Doc# 6624-1    Filed: 04/03/20    Entered: 04/03/20 18:03:06    Page 34 of 37
                                      of 62

- Other alternatives that would add value, accelerate transfer, and/or ensure continued safe and reliable service for both PG&E's and the City's customers.



**SOUTH SAN JOAQUIN
IRRIGATION DISTRICT**

**FOR IMMEDIATE RELEASE**
Media Contact: Peter Rietkerk, General Manager
Office: 209-249-4645
Cell: 209-679-8005
www.ssjid.com

September 3, 2019

## SSJID Renews $116M Offer to Acquire PG&E Assets

MANTECA, Calif. -- The South San Joaquin Irrigation District (SSJID) has submitted an offer to buy electric assets from Pacific Gas & Electric (PG&E) in the utility company's ongoing federal bankruptcy proceeding.

The $116 million offer would provide additional cash to creditors and other claimants who expect to suffer losses in the PG&E bankruptcy. SSJID's offer is part of a new phase of the irrigation district's 15-year effort to provide locally owned retail electric service. SSJID's renewed offer is similar to what the district proposed and PG&E rejected in 2016. SSJID has recently validated that the offer still represents fair market value for PG&E's property.

After PG&E rejected SSJID's 2016 purchase offer, the irrigation district filed a court action to acquire PG&E's local electric grid through exercise of SSJID's eminent domain powers. PG&E and SSJID currently have two active court cases that are in limbo due to PG&E's bankruptcy. The court cases are just two examples of PG&E's ongoing opposition to SSJID's efforts.

"Our offer creates a path toward resolving ongoing litigation between SSJID and PG&E, provides capital to support PG&E and help it fund payment of creditors and wildfire claims in the bankruptcy, and advances SSJID's decades-long project," said Peter Rietkerk, SSJID's general manager. "We look forward to the opportunity to negotiate in good faith with PG&E and work with other claimants involved in the bankruptcy case."

Since 2004, SSJID has sought to provide safe and reliable retail electric service in a transparent, responsive and accountable manner, at a 15% cost savings over PG&E, to the approximately 40,000 electrical customers in and around the communities of Manteca, Ripon and Escalon. Recently, these communities renewed their support for SSJID's project in a joint letter to Gov. Gavin Newsom.

# # #

*The South San Joaquin Irrigation District (SSJID) was established in 1909 and is headquartered in Manteca. SSJID provides agricultural irrigation water to about 56,000 acres surrounding Escalon, Ripon and Manteca, and wholesale drinking water to more than 193,000 residents in Manteca, Lathrop, Tracy and, in the future, Escalon. SSJID, along with Oakdale Irrigation*

*District, owns and operates the Tri-Dam Project, a series of storage reservoirs and generation facilities that produce zero-carbon hydropower in the Stanislaus River watershed. Learn more at www.ssjid.com.*

# EXHIBIT 2

# PUBLIC UTILITIES COMMISSION
505 VAN NESS AVENUE
SAN FRANCISCO, CA 94102-3298



March 26, 2020

Remleh Scherzinger
General Manager
Nevada Irrigation District
1036 West Main Street
Grass Valley, CA 95945

Mitch Sears
Interim General Manager
Valley Clean Energy
604 2nd Street
Davis, CA 95616

Harlan L. Kelly, Jr.
General Manager
San Francisco Public Utilities Commission
City and County of San Francisco
1 Dr. Carlton Goodlett Place, Room 200
San Francisco, CA 94102

Peter M. Riekirk
General Manager
South San Joaquin Irrigation District
P.O. Box 747
Ripon, CA 95366

Dear Leaders of Northern California Local Public Entities,

Thank you for your December 13, 2019 letter to the California Public Utilities Commission (CPUC) highlighting the role local government acquisitions of Pacific Gas and Electric Company's (PG&E) facilities can play in achieving the priorities of providing safe, reliable electric service at reasonable rates. I am writing to you in my role as the Executive Director of the CPUC, on behalf of President Batjer and the Commissioners, and I want to assure you that the CPUC shares your priorities.

As President Batjer stated in her November 4, 2019 letter, she is open to bold solutions to provide safe and reliable service to Northern California electric utility customers. You identify in your letter that each of your communities has made offers to acquire PG&E's distribution assets in order to provide publicly-owned utility service to your constituents, and you encourage the CPUC to consider this approach as part of the solution to resolve PG&E's bankruptcy.

Exhibit 2
Page 2 of 2

Case: 19-30088    Doc# 6624-1    Filed: 04/03/20    Entered: 04/03/20 18:03:08    Page 2 of 42
of 62

Leaders of Northern California Local Public Entities
March 25, 2020
Page 2

As you are aware, in the PG&E Bankruptcy proceeding (I.19-09-016), the CPUC is considering the ratemaking and other implications of a proposed plan of reorganization for resolution of the voluntary case filed by PG&E under Chapter 11 of the Bankruptcy Code in the U.S. Bankruptcy Court in San Francisco. Questions about whether all or part of PG&E's service territory could be reconstituted as a publicly-owned utility are within the scope of the CPUC's PG&E Safety Culture proceeding (I.15-08-019), so that is the appropriate proceeding for addressing the issue.

We sincerely appreciate the participation of your respective entities as formal parties in the PG&E Bankruptcy proceeding and other proceedings before the Commission. Your engagement provides an important perspective for the CPUC as it resolves PG&E's bankruptcy. I am available to answer any further questions you may have. Please contact me at Alice.Stebbins@cpuc.ca.gov.

Sincerely,

*Alice Stebbins*

Alice Stebbins
Executive Director

**CERTIFICATE OF SERVICE**

I am employed in the County of Sacramento; my business address is 555 Capitol Mall, Suite 1500, Sacramento, California 95814. I am over the age of eighteen years and not a party to the foregoing action.

On April 3, 2020, I served the within:

(1)    **VALLEY CLEAN ENERGY ALLIANCE'S STATEMENT REGARDING CASE RESOLUTION CONTINGENCY PROCESS**

(2)    **DECLARATION OF MITCH SEARS IN SUPPORT OF VALLEY CLEAN ENERGY ALLIANCE'S STATEMENT REGARDING CASE RESOLUTION CONTINGENCY PROCESS**

[X] **(by e-mail transmission)** on all parties listed on the attached **Exhibit A**, based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I sent the document(s) to the person(s) at the e-mail address(es) as set forth on the attached service list, **Exhibit A**.

[X] **(by mail)** on all parties listed on the attached **Exhibit B** in said action by regular, first class United States mail, postage fully pre-paid, by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At Boutin Jones Inc., mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business, in a United States mailbox in the City of Sacramento, California.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on April 3, 2020, at Sacramento, California.

_____*/s/ Carmelia V. Domingo*_____
CARMELIA V. DOMINGO

1080654.1

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Mirna Trettevik, including Other Fire Victim Tort Claimants | ADLER LAW GROUP, APLC | Attn: E. Elliot Adler, Esq., Geoffrey E. Marr, Esq., & Omeed Latifi, Esq. | 402 West Broadway, Ste. 860 | | San Diego | CA | 92101 | | 619-531-8700 | 619-342-9600 | EAdler@TheAdlerFirm.com; gemarr59@hotmail.com; bzummer@TheAdlerFirm.com; olatifi@theadlerfirm.com |
| Counsel for for Mirna Trettevik, including other Firdom Tort Claimants | ADLER LAW GROUP, APLC | Attn: E. Elliot Adler, Geoffrey E. Marr, Brittany S. Zummer, Omeed Latifi | 402 West Broadway | Suite 860 | San Diego | CA | 92101 | | 619-531-8700 | 619-342-9600 | EAdler@TheAdlerFirm.com; gemarr59@hotmail.com; bzummer@TheAdlerFirm.com; olatifi@theadlerfirm.com |
| Counsel to ADVENTIST HEALTHSYSTEM/WEST, a California non-profit religious corporation | ADVENTIST HEALTH SYSTEM/WEST | ATTN: ROBERT L. LAYTON | ONE Adventist Health Way | | Roseville | CA | 95661 | | 916-406-1577 | | laytonrl@ah.org; |
| Counsel to TRANSWESTERN PIPELINE COMPANY, LLC | AKERMAN LLP | Attn: EVELINA GENTRY | 601 West Fifth Street, Suite 300 | | Los Angeles | CA | 90071 | | 213-688-9500 | 213-627-6342 | evelina.gentry@akerman.com |
| Counsel to TRANSWESTERN PIPELINE COMPANY, LLC | AKERMAN LLP | Attn: JOHN E. MITCHELL and YELENA ARCHIYAN | 2001 Ross Avenue, Suite 3600 | | Dallas | TX | 75201 | | 214-720-4300 | 214-981-9339 | yelena.archiyan@akerman.com; john.mitchell@akerman.com |
| Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company | Akin Gump Strauss Hauer & Feld LLP | Attn: Ashley Vinson Crawford | 580 California Street | Suite 1500 | San Francisco | CA | 94104 | | 415-765-9500 | 415-765-9501 | avcrawford@akingump.com |
| Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company | Akin Gump Strauss Hauer & Feld LLP | Attn: Michael S. Stamer, Ira S. Dizengoff, David H. Botter | One Bryant Park | | New York | NY | 10036 | | 212-872-1000 | 212-872-1002 | mstamer@akingump.com; idizengoff@akingump.com; dbotter@akingump.com |
| Counsel to Agajanian, Inc., Counsel to Bennett Lane Winery LLC | ANDREWS & THORNTON | Attn: Anne Andrews, Sean T. Higgins, and John C. Thornton | 4701 Von Karman Ave | Suite 300 | Newport Beach | CA | 92660 | | 949-748-1000 | 949-315-3540 | shiggins@andrewsthornton.com; jct@andrewsthornton.com; aa@andrewsthornton.com |
| Counsel for BOKF, NA, solely in its capacity as Indenture Trustee | ARENT FOX LLP | Attn: Andrew L. Silfen, Beth M. Brownstein, Jordana L. Renert | 1301 Avenue of the Americas | 42nd Floor | New York | NY | 10019 | | 212-484-3900 | 212-484-3990 | Andrew.Silfen@arentfox.com; Beth.Brownstein@arentfox.com; Jordana.Renert@arentfox.com |
| Counsel for BOKF, NA, solely in its capacity as Indenture Trustee | Arent Fox LLP | Attn: Andy S. Kong and Christopher K.S. Wong | 555 West Fifth Street | 48th Floor | Los Angeles | CA | 90013-1065 | | 213-629-7400 | 213-629-7401 | andy.kong@arentfox.com; christopher.wong@arentfox.com |
| Counsel for BOKF, NA, solely in its capacity as Indenture Trustee | ARENT FOX LLP | Attn: Aram Ordubegian | 555 West Fifth Street | 48th Floor | Los Angeles | CA | 90013-1065 | | 213-629-7400 | 213-629-7401 | Aram.Ordubegian@arentfox.com |
| Counsel for AT&T | Arnold & Porter Kaye Scholer LLP | Attn: Brian Lohan, Esq. | 250 West 55th Street | | New York | NY | 10019 | | 212-836-8000 | 212-836-8689 | brian.lohan@arnoldporter.com |
| Counsel for AT&T | AT&T | Attn: James W. Grudus, Esq. | One AT&T Way, Room 3A115 | | Bedminster | NJ | 07921 | | 908-234-3318 | 832-213-0157 | jg5786@att.com |
| Counsel to California State Agencies | Attorney General of California | Attn: XAVIER BECERRA, DANETTE VALDEZ, and ANNADEL ALMENDRAS | 455 Golden Gate Avenue | Suite 11000 | San Francisco | CA | 94102-7004 | | 415-510-3367 | 415-703-5480 | Danette.Valdez@doj.ca.gov; Annadel.Almendras@doj.ca.gov |
| Counsel to California State Agencies | Attorney General of California | Attn: XAVIER BECERRA, MARGARITA PADILLA, and JAMES POTTER | 1515 Clay Street, 20th Floor | P.O. Box 70550 | Oakland | CA | 94612-0550 | | 510-879-0815 | 510-622-2270 | James.Potter@doj.ca.gov; Margarita.Padilla@doj.ca.gov |
| Counsel to California State Agencies | Attorney General of California | Attn: XAVIER BECERRA, MARGARITA PADILLA, and JAMES POTTER | 300 South Spring Street | Suite 1702 | Los Angeles | CA | 90013 | | 213-269-6326 | 213-897-2802 | James.Potter@doj.ca.gov |
| Special Bankruptcy Counsel for Certain Fire Date Plaintiffs Claimants | BAILEY AND ROMERO LAW FIRM | Attn: MARTHA E. ROMERO | 12518 Beverly Boulevard | | Whittier | CA | 90601 | | 562-889-0182 | | marthaeromerolaw@gmail.com |
| Counsel for Official Committee of Tort Claimants | BAKER & HOSTETLER, LLP | Attn: Eric E. Sagerman, Lauren T. Attard | 11601 Wilshire Blvd. | Suite 1400 | Los Angeles | CA | 90025-0509 | | 310-442-2875 | 310-820-8859 | esagerman@bakerlaw.com; lattard@bakerlaw.com |
| Counsel for Official Committee of Tort Claimants | BAKER & HOSTETLER LLP | Attn: Robert A. Julian, Cecily A. Dumas | 600 Montgomery Street | Suite 3100 | San Francisco | CA | 94111 | | 415-659-2600 | 415-659-2601 | rjulian@bakerlaw.com; cdumas@bakerlaw.com |
| Counsel for Phillips and Jordan | Baker, Donelson, Bearman, Caldwell & Berkowitz, PC | Attn: John H. Rowland | 211 Commerce Street | Suite 800 | Nashville | TN | 37201 | | 615-726-5544 | 615-744-5544 | jrowland@bakerdonelson.com |
| Counsel for Phillips and Jordan, Inc., Counsel for AP.TIM, Counsel for TTR Substations, Inc., Counsel for Snelson Companies, Inc., URENCO Limited and Louisiana Energy Services, LLC | Baker, Donelson, Bearman, Caldwell & Berkowitz, PC | Attn: Lacey E. Rochester, Jan M. Hayden | 201 St. Charles Avenue, Suite 3600 | | New Orleans | LA | 70170 | | 504-566-5292; 504-566-5200 | 504-636-4000 | lrochester@bakerdonelson.com; jhayden@bakerdonelson.com |
| Counsel to Campos EPC, LLC | Ballard Spahr LLP | Attn: Brian D. Huben | 2029 Century Park East | Suite 800 | Los Angeles | CA | 90067-2909 | | 424-204-4353 | 424-204-4350 | hubenb@ballardspahr.com |
| Counsel for Realty Income Corp., Counsel for Delivery Hydrovac | BALLARD SPAHR LLP | Attn: Brian D. Huben, Esq. Attn: Craig Solomon Ganz, Michael S. Myers | 2029 Century Park East 1 East Washington Street | Suite 800 Suite 2300 | Los Angeles Phoenix | CA AZ | 90067-2909 85004-2555 | | 424-204-4400 | 424-204-4350 | hubenb@ballardspahr.com; ganzc@ballardspahr.com; myersms@ballardspahr.com |

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| UPICO Limited and Louisiana Energy Services, LLC | Ballard Spahr LLP | Attn: Matthew G. Summers | 919 North Market Street | 11th Floor | Wilmington | DE | 19801 | | 302-252-4428 | 410-361-8930 | summersm@ballardspahr.com |
| Counsel to Realty Income Corporation | BALLARD SPAHR LLP | Attn: Stacy H. Rubin | One Summerlin | 1980 Festival Plaza Drive, Suite 900 | Las Vegas | NV | 89135-2958 | | 302-471-7000 | | rubins@ballardspahr.com |
| Counsel to Campos EPC, LLC | BALLARD SPAHR LLP | Attn: Theodore J. Hartl, Esq. | 1225 17th Street | Suite 2300 | Denver | CO | 80202 | | 646-655-2464 | 303-296-3956 | hartlt@ballardspahr.com |
| Counsel for Bank of America, N.A. | Bank of America | Attn: John McCusker | Mail Code: NY1-100-21-01 | One Bryant Park | New York | NY | 10036 | | 214-521-3605 | | John.mccusker@baml.com |
| Counsel for Creditors | Baron & Budd, P.C. | Attn: Scott Summy, John Fiske | 3102 Oak Lawn Avenue #1100 | | Dallas | TX | 75219 | | | | ssummy@baronbudd.com jfiske@baronbudd.com |
| Counsel to Majesti Mak Bagorio, et al., creditors and plaintiffs in Bagorio, et al. v. PG&E Corporation, et al., case number CNC-19-554581 | BAUM HEDLUND ARISTEI & GOLDMAN, PC | Attn: Ronald L.M. Goldman, Diane Marget Moore | 10940 Wilshire Boulevard, 17th Floor | | Los Angeles | CA | 90024 | | 310-207-3233 | 310-820-7444 | rgoldman@baumhedlundlaw.com dmargetmoore@baumhedlundlaw.com |
| Counsel for Dan Clarke | BELVEDERE LEGAL, PC | Attn: Matthew D. Metzger | 1777 Borel Place | Suite 314 | San Mateo | CA | 94402 | | 415-513-5980 | 415-513-5985 | belvederelegalecf@gmail.com |
| Counsel for Infosys Limited, Counsel for ACRT, Inc. | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | Attn: Kevin M. Capuzzi, Michael J. Barrie | 222 Delaware Avenue | Suite 801 | Wilmington | DE | 19801 | | 302-442-7010 | 302-442-7012 | kcapuzzi@beneschlaw.com mbarrie@beneschlaw.com |
| Counsel for Infosys Limited, Counsel for ACRT, Inc. | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | Attn: Krista M. Enns | 555 California Street | Suite 4925 | San Francisco | CA | 94104 | | 415-659-7924 | 312-767-9192 | kenns@beneschlaw.com |
| Counsel for Nationwide Entities | Berger Kahn, a Law Corporation | Attn: Craig S. Simon | 1 Park Plaza, Suite 340 | | Irvine | CA | 92614 | | 949-474-1880 | 949-313-5029 | csimon@bergerkahn.com |
| Counsel for Subrogation Insurers | Berger Kahn, a Law Corporation | Attn: Craig S. Simon | 1 Park Plaza, Suite 340 | | Irvine | CA | 92614 | | 949-474-1880 | 949-313-5029 | csimon@bergerkahn.com |
| Counsel for Valley Clean Energy Alliance | BEST BEST & KRIEGER LLP | Attn: Harriet Steiner | 500 Capitol Mall | Suite 1700 | Sacramento | CA | 95814 | | 916-325-4000 | 916-325-4010 | harriet.steiner@bbklaw.com |
| Counsel to Creditor Recology Inc. | BIALSON, BERGEN & SCHWAB | Attn: Lawrence M. Schwab, Esq. and Kenneth T. Law, Esq. | 633 Menlo Ave., Suite 100 | | Menlo Park | CA | 94025 | | 650-857-9500 | 650-494-2738 | Klaw@bbslaw.com |
| Counsel for ChargePoint, Inc., Counsel to Armdatrx Consulting, Inc. | BINDER & MALTER, LLP | Attn: Michael W. Malter, Robert G. Harris, Heinz Binder | 2775 Park Avenue | | Santa Clara | CA | 95050 | | 408-295-1700 | 408-295-1531 | Michael@bindermalter.com Rob@bindermalter.com Heinz@bindermalter.com |
| Counsel to Creditor American Construction and Supply, Inc. | BLOOMFIELD LAW GROUP, INC., P.C. | Attn: Neil J. Bloomfield | 901 E St., Suite 100 | | San Rafael | CA | 94901 | | | | bklargecare@bglaw.com |
| Counsel for Creditor and Party-in-Interest Sandy Clean Power Authority | Boutin Jones Inc. | Attn: Mark Gorton | 555 Capital Mall | Suite 1500 | Sacramento | CA | 95814 | | | | mgorton@boutinjones.com |
| Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company | Braunhagey & Borden LLP | Attn: J. Noah Hagey, Jeffrey M. Theodore, David H. Kwasniewski, Andrew Levine | 351 California Street | Tenth Floor | San Francisco | CA | 94104 | | 415-599-0210 | 415-276-1808 | hagey@braunhagey.com theodore@braunhagey.com kwasniewski@braunhagey.com levine@braunhagey.com |
| Counsel to unsecured asbestos personal injury creditor Everett Freeman Waiting, Jr. | BRAYTON-PURCELL LLP | Attn: Alan R. Brayton, Esq. and Bryn G. Leitch, Esq. | 222 Rush Landing Road | P.O. Box 6169 | Novato | CA | 94948-6169 | | 415-898-1555 | 415-898-1247 | bletsch@braytonlaw.com |
| Counsel for MDR Inc. (dba Accu-Bore Directional Drilling), Veteran Power, Inc. | Brothers Smith LLP | Attn: Mark V. Isola | 2033 N. Main Street | Suite 720 | Walnut Creek | CA | 94596 | | 925-944-9700 | 925-944-9701 | misola@brotherssmithlaw.com |
| Counsel to Frase Enterprises, Inc. dba Kortick Manufacturing Company | Brunetti Rougeau LLP | Attn: Gregory A. Rougeau | 235 Montgomery Street | Suite 410 | San Francisco | CA | 94104 | | 415-992-8940 | 415-992-8915 | grougeau@brlawsf.com |
| Counsel for Oracle America, Inc. | Buchalter, A Professional Corporation | Attn: Valerie Bantner Peo, Shawn M. Christianson | 55 Second Street | 17th Floor | San Francisco | CA | 94105-3493 | | 415-227-0900 | 415-227-0770 | schristianson@buchalter.com vbantnerpeo@buchalter.com |
| California Public Utilities Commission | California Public Utilities Commission | Attn: Arocles Aguilar, Geoffrey Dhyrmoyde, and Candace Morey | 505 Van Ness Avenue | | San Francisco | CA | 94102 | | 415-703-2015 | 415-703-2262 | arocles.aguilar@cpuc.ca.gov geoffrey.dhyrmoyde@cpuc.ca.gov candace.morey@cpuc.ca.gov |
| Counsel to Certain Victims From the Camp Fire and 17 North Bay Fires | CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP | Attn: David S. Casey, Jr., Jeremy Robinson, P. Camille Guerra, and James M. Davis | 110 Laurel Street | | San Diego | CA | 92101 | | 619-238-1811 | 619-544-9232 | dcasey@cglaw.com jrobinson@cglaw.com camille@cglaw.com jdavis@cglaw.com |
| Counsel to Chevron Products Company, a division of Chevron U.S.A. Inc. | CHEVRON PRODUCTS COMPANY, A DIVISION OF CHEVRON U.S.A. INC. | Attn: Melanie Cruz, M. Armstrong | 6001 Bollinger Canyon Road | 72110 | San Ramon | CA | 94583 | | | | melaniecruz@chevron.com marmstrong@chevron.com |
| Counsel to Liberty Mutual Insurance Company | Choate, Hall & Stewart LLP | Attn: Douglas R. Gooding | Two International Place | | Boston | MA | 02110 | | 617-248-5277 | 617-502-5277 | dgooding@choate.com |
| Counsel to Liberty Mutual Insurance Company | Choate, Hall & Stewart LLP | Attn: Johnathan D. Marshall | Two International Place | | Boston | MA | 02110 | | 617-248-4799 | 617-502-4799 | jmarshall@choate.com |
| Counsel to Solon | CKR Law, LLP | Attn: Kristine Takvoryan | 1800 Century Park East, 14th Floor | | Los Angeles | CA | 90067 | | 310-400-1110 | 310-400-0202 | ktakvoryan@ckrlaw.com |

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to XL Insurance America, Inc., Admirals Companies, Inc., Safeway Inc., Catlin Specialty Insurance Company, David W. Maehl, Rhonda J. Maehl, Starr Surplus Lines Insurance Company, Chubb Custom Insurance Company, Federal Insurance Company of Arizona (GUNDA), Markel Bermuda Limited, Ashford Hundred Hospitality Trust, Inc. | Clausen Miller P.C. | Attn: Michael W. Goodin | 17901 Von Karman Avenue | Suite 650 | Irvine | CA | 92614 | | 949-260-3100 | 949-260-3190 | mgoodin@clausen.com |
| Counsel for BlueMountain Capital Management, LLC | Cleary Gottlieb Steen & Hamilton LLP | Attn: Lisa Schweitzer | One Liberty Plaza | | New York | NY | 10006 | | 212-225-2000 | 212-225-3999 | lschweitzer@cgsh.com |
| Counsel to Western Electricity Coordinating Council | COHNE KINGHORN, P.C. | Attn: George Hofmann | 111 East Broadway, 11th Floor | | Salt Lake City | UT | 84111 | | 801-363-4300 | 801-363-4378 | ghofmann@cohnekinghorn.com |
| Counsel for Office of Unemployment Compensation Tax Services | Commonwealth of Pennsylvania | Department of Labor and Industry | Collections Support Unit | 651 Boas Street, Room 702 | Harrisburg | PA | 17121 | | 717-787-7627 | 717-787-7671 | ra-li-ucts-bankrupt@state.pa.us |
| Counsel for Gowan Construction Company Inc., Calaveras Telephone Company, Kerman Telephone Co., Pinnacles Telephone Co., The Ponderosa Telephone Co., Sierra Telephone Company, Inc., Volcano Telephone Company and SiscTelecom | Cooper, White & Cooper LLP | Attn: Peter C. Califano | 201 California Street, 17th Floor | | San Francisco | CA | 94111 | | 415-433-1900 | 415-433-5530 | pcalifano@cwclaw.com |
| Counsel for Fire Victim Creditors | COREY, LUZAICH, DE GHETALDI & RIDDLE LLP | Attn: Dario de Ghetaldi, Amanda L. Riddle, Steven M. Berki, Sumble Manzoor | 700 El Camino Real | PO Box 669 | Millbrae | CA | 94030-0669 | | 650-871-5666 | 850-871-4144 | deg@coreylaw.com alr@coreylaw.com smb@coreylaw.com sm@coreylaw.com |
| Individual Plaintiffs Executive Committee appointed by the California Superior Court in the North Bay Fire Cases, Judicial Council Coordination Proceeding Number 4955, Pursuant to the terms of the Court's Case Management Order No. 1 | Cotchett, Pitre & Mccarthy, LLP | Attn: Frank M. Pitre, Alison E. Cordova | San Francisco Airport Office Center | 840 Malcolm Road, Suite 200 | Burlingame | CA | 94010 | | 650-697-6000 | 650-697-0577 | fpitre@cpmlegal.com acordova@cpmlegal.com |
| Attorney for County of Sonoma | County of Sonoma | Attn: Tambra Curtis | County Administration Center | 575 Administration Drive, Room 105A | Santa Rosa | CA | 95403 | | 707-565-2421 | 530-666-8279 | Tambra.curtis@sonoma-county.org |
| Counsel for Valley Clean Energy Alliance | COUNTY OF YOLO | Attn: Eric May | 625 Court Street | Room 201 | Woodland | CA | 95695 | | 530-666-8278 | | eric.may@yolocounty.org |
| Counsel to Liberty Mutual Insurance Company | Cozen O'Connor | Attn: Fulton Smith, III | 101 Montgomery Street | Suite 1400 | San Francisco | CA | 94101 | | 415-644-0914 | 415-644-0978 | fsmith@cozen.com |
| Counsel to Liberty Mutual Insurance Company | Cozen O'Connor | Attn: Mark E. Felger | 1201 North Market Street | Suite 1001 | Wilmington | DE | 19801 | | 302-295-2087 | 302-295-2013 | mfelger@cozen.com |
| Counsel for Creditors and Parties-in-Interest | Crowell & Moring LLP | Attn: Mark D. Plevin | Three Embarcadero Center, 26th Floor | | San Francisco | CA | 94111 | | 415-986-2800 | 415-986-2827 | mplevin@crowell.com |
| NERT | Crowell & Moring LLP | Attn: Monique D. Almy | 1001 Pennsylvania Avenue, N.W. | | Washington | DC | 20004 | | 415-986-2827 | 202-628-5116 | malmy@crowell.com |
| Counsel to Renaissance Reinsurance LTD. | Crowell & Moring LLP | Attn: Tacie H. Yoon | 1001 Pennsylvania Ave., N.W. | | Washington | DC | 20004 | | 202-624-2500 | 202-628-5116 | tyoon@crowell.com |
| Counsel for Creditors and Parties-in-Interest NERT | Crowell & Moring LLP | Attn: Thomas F. Koegel | 3 Embarcadero Center | 26th Floor | San Francisco | CA | 94111 | | 415-986-2800 | 202-624-2935 | tkoegel@crowell.com |
| Counsel for Fire Victim Creditors | DANKO MEREDITH | Attn: Michael S. Danko, Kristine K. Meredith, Shawn R. Miller | 333 Twin Dolphin Drive | Suite 145 | Redwood Shores | CA | 94065 | | 650-453-3600 | 650-394-8672 | mdanko@dankolaw.com kmeredith@dankolaw.com smiller@dankolaw.com |
| Counsel for Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility and for the agent under the Debtors' proposed debtor in possession financing facility, Counsel for Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility | Davis Polk & Wardwell LLP | Attn: Andrew D. Yaphe | 1600 El Camino Real | | Menlo Park | CA | 94025 | | 650-752-2000 | 650-752-2111 | andrew.yaphe@davispolk.com |
| Creditor | Davis Polk & Wardwell LLP | Attn: Eli J. Vonnegut, David Schiff, Timothy Graulich | 450 Lexington Avenue | | New York | NY | 10017 | | 212-450-4331 | 212-701-5331 | eli.vonnegut@davispolk.com david.schiff@davispolk.com timothy.graulich@davispolk.com |
| Creditor and Counsel to Debra Grassgreen | Debra Grassgreen | Attn: Karl Knight | 1339 Pearl Street | Suite 201 | Napa | CA | 94558 | | | | dgrassgreen@gmail.com |
| Counsel for State Farm Mutual Automobile Insurance Company and its affiliates | Dechert LLP | Attn: Allan S. Brilliant, Shmuel Vasser, Alaina R. Heine | 1095 Avenue of the Americas | | New York | NY | 10036 | | 212-698-3500 | 415-698-3599 | allan.brilliant@dechert.com shmuel.vasser@dechert.com alaina.heine@dechert.com |
| Counsel for State Farm Mutual Automobile Insurance Company and its affiliates | Dechert LLP | Attn: Rebecca Weissman | One Bush Street | Suite 1600 | San Francisco | CA | 94104 | | 415-262-4500 | 415-262-4555 | rebecca.weissman@dechert.com |

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel for Capital Power Corporation and Halton I Wind Project LP | Dentons US LLP | Attn: John A. Moe, II | 601 S. Figueroa Street | Suite 2500 | Los Angeles | CA | 90017-5704 | | 213-623-9300 | 213-623-9924 | john.moe@dentons.com |
| Counsel for Capital Power Corporation and Halton I Wind Project LP | Dentons US LLP | Attn: Lauren Macksoud | 1221 Avenue of the Americas | | New York | NY | 10020-1089 | | 212-768-5347 | | lauren.macksoud@dentons.com |
| Counsel to Southwoke Company LLC, Travelers Insurace | Dentons US LLP | Attn: Michael A. Isaacs, Esq. | One Market Plaza, Spear Tower, 24th Floor | | San Francisco | CA | 94105 | | 415-356-4614 | 415-267-4198 | michael.isaacs@dentons.com |
| Counsel for Capital Power Corporation and Halton I Wind Project LP | Dentons US LLP | Attn: Oscar N. Pinkas | 1221 Avenue of the Americas | | New York | NY | 10020-1089 | | 212-768-6701 | | oscar.pinkas@dentons.com |
| Counsel for Travelers Insurance | Dentons US LLP | Attn: Peter D. Wolfson | 1221 Avenue of the Americas | | New York | NY | 10020 | | 212-768-6800 | 212-768-6700 | peter.wolfson@dentons.com |
| Counsel to Southwoke Company LLC | Dentons US LLP | Attn: Samuel R. Maizel, Esq. | 601 S. Figueroa Street | Suite 2500 | Los Angeles | CA | 90017-5704 | | 213-623-9300 | 213-623-9924 | samuel.maizel@dentons.com |
| Counsel for Ad Hoc Group of Subrogation Claim Holders | Diemer & Wei, LLP | Attn: Kathryn S. Diemer | 100 West San Fernando Street | Suite 555 | San Jose | CA | 95113 | | 408-971-6270 | 408-971-6271 | kdiemer@diemerwei.com |
| Counsel to the Ad Hoc Committee of Unsecured Tort Claimant Creditors | DLA PIPER LLP (US) | Attn: Eric Goldberg, David Riley | 2000 Avenue of the Stars | Suite 400 North Tower | Los Angeles | CA | 90067-4704 | | 310-595-3000 | 310-595-3300 | david.riley@dlapiper.com; eric.goldberg@dlapiper.com |
| Counsel for the Ad Hoc Committee of Unsecured Tort Claimant Creditors | DLA PIPER LLP (US) | Attn: Joshua D. Morse | 555 Mission Street | Suite 2400 | San Francisco | CA | 94105-2933 | | 415-836-2500 | 415-836-2501 | joshua.morse@dlapiper.com |
| Counsel for Lisa Delaine Allain, Thomas Atkinson, Christina Pett Control, Inc., Luis Alias, Adam Balogh, Brian Bolton, Sharon Brind and Heather Blowers | DREYER BABICH BUCCOLA WOOD CAMPORA, LLP | Attn: Steven M. Campora | 20 Bicentennial Circle | | Sacramento | CA | 95826 | | 916-379-3500 | 916-379-3599 | scampora@dbbwc.com |
| Counsel for Honeywell International Inc. and Elster American Meter Company, LLC | Dykema Gossett LLP | Attn: Gregory K. Jones | 333 South Grand Avenue, Suite 2100 | | Los Angeles | CA | 90071 | | 213-457-1800 | 213-457-1850 | gjones@dykema.com |
| Counsel for East Bay Community Energy Authority | East Bay Community Energy Authority | Attn: Leah S. Goldberg | 1111 Broadway | 3rd Floor | Oakland | CA | 94607 | | 510-838-5266 | | lgoldberg@ebce.org. |
| Counsel for EDP Renewables North America LLC, Rising Tree Wind Farm II LLC, and Arlington Wild Power Project LLC | EDP Renewables North America LLC | Attn: Randy Sawyer | 808 Travis | Suite 700 | Houston | TX | 77002 | | 713-265-0350 | 713-265-0365 | Leslie.Freiman@edpr.com Randy.Sawyer@edpr.com |
| Counsel for Creditor and Party-in-Interest Sonoma Clean Power Authority | Engel Law, P.C. | Attn: G. Larry Engel | 12116 Horseshoe Lane | | Nevada City | CA | 94123 | | | | larry@engeladvice.com |
| Information Agent for the Official Committee of Unsecured Creditors, and the Official Committee of Tort Claimants | Epiq Corporate Restructuring, LLC | Attn: PG&E UCC and PG&E TCC | 777 Third Avenue, 12th Floor | | New York | NY | 10017 | | 646-282-2500 | | sgarabato@epiqglobal.com |
| Federal Energy Regulatory Commission | Federal Energy Regulatory Commission | Attn: General Counsel | 888 First St NE | | Washington | DC | 20426 | | | | |
| Counsel to California State Agencies | FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUZZI LLP | Attn: STEVEN H. FELDERSTEIN and PAUL J. PASCUZZI | 500 Capitol Mall, Suite 2250 | | Sacramento | CA | 95814 | | 916-329-7400 | 916-329-7435 | sfelderstein@ffwplaw.com ppascuzzi@ffwplaw.com |
| Counsel to The Olontite Company | Firestone Hayes LLP | Attn: Stephen D. Finestone | 456 Montgomery St. | 20th Fl. | San Francisco | CA | 94104 | | 415-421-2624 | 415-398-2820 | sfinestone@fhlawllp.com |
| Agurico, MCE Corporation, Nor-Cal Pipeline Services, and Roebbelen Contracting, Inc. | Firestone Hayes LLP | Attn: Stephen D. Finestone, Jennifer C. Hayes | 456 Montgomery St. | 20th Floor | San Francisco | CA | 94104 | | 415-421-2624; 415-616-0466; 415-481-5481 | | sfinestone@fhlawllp.com jhayes@fhlawllp.com nwitham@fhlawllp.com |
| Counsel for Michels Corporation | FOLEY & LARDNER LLP | Attn: Erika L. Morabito, Brittany J. Nelson | 3000 K Street, NW, Suite 600 | | Washington | DC | 20007-5109 | | 202-672-5300 | 202-672-5399 | emorabito@foley.com bnelson@foley.com |
| Counsel for Michels Corporation | FOLEY & LARDNER LLP | Attn: Victor A. Vilaplana | 3579 Valley Centre Drive, Suite 300 | | San Diego | CA | 92130 | | 858-847-6759 | 858-792-6773 | vavilaplana@foley.com |
| Counsel for BOKF, NA, solely in its capacity as Indenture Trustee | FREDERIC DORWART, LAWYERS PLLC | Attn: Samuel S. Ory | 124 East Fourth Street | | Tulsa | OK | 74103-5010 | | 918-583-9922 | 918-583-8251 | sory@fdlaw.com |
| Counsel for Itron, Inc. | GELLERT SCALI BUSENKELL & BROWN, LLC | Attn: Michael Busenkell | 1201 N. Orange St. | Suite 300 | Wilmington | DE | 19801 | | 302-425-5800 | 302-425-5814 | mbusenkell@gsbblaw.com |
| Counsel for Fire Victim Creditors | GIBBS LAW GROUP | Attn: Eric Gibbs, Dylan Hughes | 505 14th Street, Suite 1110 | | Oakland | CA | 94612 | | 510-350-9700 | 510-350-9701 | ehg@classlawgroup.com dsh@classlawgroup.com |
| Counsel to the Ad Hoc Committee of Holders of Trade Claims | GIBSON, DUNN & CRUTCHER LLP | Attn: David M. Feldman and Matthew K. Kelsey | 200 Park Avenue | | New York | NY | 10166-0193 | | 212-351-4000 | 212-351-4035 | dfeldman@gibsondunn.com mkelsey@gibsondunn.com |
| Counsel for Topaz Solar Farms LLC | Gibson, Dunn & Crutcher LLP | Attn: Jeffrey C. Krause | 333 South Grand Avenue | | Los Angeles | CA | 90071-3197 | | 213-229-7000 | 213-229-7520 | jkrause@gibsondunn.com |
| Counsel to the Ad Hoc Committee of Holders of Trade Claims | GIBSON, DUNN & CRUTCHER LLP | Attn: Matthew D. McGill | 1050 Connecticut Avenue, N.W. | | Washington | DC | 20036-5306 | | 202-955-8500 | 202-467-0539 | mmcgill@gibsondunn.com |
| Counsel for Topaz Solar Farms LLC | Gibson, Dunn & Crutcher LLP | Attn: Michael A. Rosenthal, Alan Moskowitz | 200 Park Avenue | | New York | NY | 10166-0193 | | 212-351-4000 | 212-351-4035 | Mrosenthal@gibsondunn.com Amoskowitz@gibsondunn.com |
| Counsel to the Ad Hoc Committee of Holders of Trade Claims | GIBSON, DUNN & CRUTCHER LLP | Attn: Michael S. Neumeister and Michelle Choi | 333 South Grand Avenue | | Los Angeles | CA | 90071-3197 | | 213-229-7000 | 213-229-7520 | mneumeister@gibsondunn.com mchoi@gibsondunn.com |
| Counsel for Cardno, Inc. | Greenberg Traurig, LLP | Attn: Diane Vuocolo | 1717 Arch Street | Suite 400 | Philadelphia | PA | 19103 | | 215-988-7800 | 215-717-5230 | vuocolod@gtlaw.com |
| Attorneys for HercRentals | GREENBERG TRAURIG, LLP | Attn: Howard J. Steinberg | 1840 Century Park East | Suite 1900 | Los Angeles | CA | 90067-2121 | | 310-586-7700 | 310-586-7800 | steinbergh@gtlaw.com |

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel for Ruby Pipeline, L.L.C., Cardno, Inc. | GREENBERG TRAURIG, LLP | Attn: Michael Hogue | 4 Embarcadero Center | Suite 3000 | San Francisco | CA | 94111 | | 415-655-1300 | 415-707-2010 | hoguem@gtlaw.com |
| Counsel for City and County of San Francisco, including all of its agencies, departments, or instrumentalities | Greene Radovsky Maloney Share & Hennigh LLP | Attn: Edward J. Tredinnick | One Front Street | Suite 3200 | San Francisco | CA | 94111 | | 415-981-1400 | 415-777-4961 | etredinnick@greeneradovsky.com |
| Counsel for San Francisco Herring Association, Counsel for Dan Clarke, Counsel for Alda and Raphy Rodriguez, Counsel for Todd and Adelina Medove, Counsel for Dennis Caselli, Counsel for Sac and Cathy Dorrance, Counsel for Laura Hart, Counsel for Minh and Gurdon Merchant | GROSS & KLEIN LLP | Attn: Stuart G. Gross | The Embarcadero | Pier 9 Suite 100 | San Francisco | CA | 94111 | | 415-671-4628 | 415-480-6688 | sgross@grosskleinlaw.com |
| | | | | | | | | | | | mgrotefeld@ghlaw-llp.com |
| Counsel for Nationwide Entities | Grotefeld Hoffmann | Attn: Mark S. Grotefeld, Maura Walsh Ochoa, Waylon J. Pickett | 700 Larkspur Landing Circle, Suite 280 | | Larkspur | CA | 94939 | | 415-344-9670 | 415-989-2802 | mochoa@ghlaw-llp.com |
| Counsel to Creditors | | | | | | | | | | | wpickett@ghlaw-llp.com |
| KARIN ROBERDS and ANITA FREEMAN | HALLISEY AND JOHNSON PC | Attn: Jeremiah F. Hallisay, Esq. | 465 California St., Ste. 405 | | San Francisco | CA | 94104 | | 415-433-5300 | 415-230-5792 | jfhallisey@gmail.com |
| Attorneys for HercRentals | HercRentals | Attn: Sharon Petrosino, Esq. | 27500 Riverview Center Blvd. | | Bonita Springs | FL | 34134 | | 239-301-1126 | 239-301-1109 | Sharon.petrosino@hercrentals.com |
| Counsel for Toivent USA, LLC | Hinckley, Allen & Snyder LLP | Attn: Jennifer V. Doran | 28 State Street | | Boston | MA | 02109 | | 617-345-9000 | 617-345-9020 | jdoran@hinckleyallen.com |
| COUNSEL FOR PARTIES-IN-INTEREST EVOLTA, LP AND HUMMINGBIRD ENERGY STORAGE, LLC | HOGAN LOVELLS US LLP | Attn Erin N Brady | 1999 Avenue of the Stars | Suite 1400 | Los Angeles | CA | 90067 | | 310-785-4600 | 310-785-4601 | erin.brady@hoganlovells.com |
| COUNSEL FOR PARTIES-IN-INTEREST EVYVTA, LP AND HUMMINGBIRD ENERGY STORAGE, LLC | HOGAN LOVELLS US LLP | Attn M Hampton Foushee | 875 Third Avenue | | New York | NY | 10022 | | 212-918-3000 | 212-918-3100 | hampton.foushee@hoganlovells.com |
| Counsel for McKinsey & Company, Inc. U.S. | HOGAN LOVELLS US LLP | Attn: Bennett L. Spiegel | 1999 Avenue of the Stars | Suite 1400 | Los Angeles | CA | 90067 | | 310-785-4600 | 310-785-4601 | bennett.spiegel@hoganlovells.com |
| | | | | | | | | | | | alex.sher@hoganlovells.com |
| Counsel for McKinsey & Company, Inc. U.S. | HOGAN LOVELLS US LLP | Attn: Peter A. Ivanick, Alex M. Sher | 875 Third Avenue | | New York | NY | 10022 | | 212-918-3000 | 212-918-3100 | peter.ivanick@hoganlovells.com |
| Counsel to Diablo Winds, LLC | HOLLAND & HART LLP | Attn: Risa Lynn Wolf-Smith | 555 Seventeenth Street, Suite 3200 | | Denver | CO | 80201-8749 | | 303-295-8011 | 303-295-8261 | rwolf@hollandhart.com |
| Counsel for Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company as Indenture Trustees for certain bondholders | Holland & Knight LLP | Attn: Robert J. Labate, David I. Holtzman | 50 California Street | Suite 2800 | San Francisco | CA | 94111 | | 415-743-6900 | 415-743-6910 | robert.labate@hklaw.com |
| | | | | | | | | | | | david.holtzman@hklaw.com |
| Counsel for Interested Party The City of Oakland | Hopkins & Carley, a law Corporation | Attn: Jay M. Ross, Monique D. Jewett-Brewster | 70 South First Street | | San Jose | CA | 95113 | | 408-286-9800 | 408-998-4790 | mjb@hopkinscarley.com |
| | | | | | | | | | | | jross@hopkinscarley.com |
| Counsel to Hyundai Corporation USA | Hughes Hubbard & Reed LLP | Attn: Kathryn A. Coleman | One Battery Park Plaza | | New York | NY | 10004 | | 212-837-6000 | 212-422-4726 | katie.coleman@hugheshubbard.com |
| Counsel to K. Hovnanian California Region, Inc.; K. Hovnanian Enterprises, Inc.; K. Hovnanian Homes, LLC; K. Hovnanian at Village Center, LLC; K. Hovnanian at Westshore, LLC; K. Hovnanian Companies of California, Inc.; K. Hovnanian Homes Northern California, Inc.; K. Hovnanian Hotels of Northern California, Inc.; K. Hovnanian Homes, Inc.; K. Hovnanian Meadow Village; Mountain House, LLC; K. Hovnanian's Aspen at Union Village, LLC and Meritage Homes of California, Inc. | HUGUENIN KAHN LLP | Attn: Edward R. Huguenin, Esq. and James L. Bothwell, Esq. | 3001 Lava Ridge Court, Suite 300 | | Roseville | CA | 95661 | | 916-367-7098 | 916-367-7491 | ehuguenin@hugueninkahn.com |
| | | | | | | | | | | | jbothwell@hugueninkahn.com |
| Counsel for DTE Stockton, LLC; Mt. Poso Cogeneration Company, LLC f/k/a Mt. Poso Cogeneration Company, L.P., Potrero Hills Energy Producers, LLC, Sunshine Gas Producers, LLC-Woodland Biomass Power, LLC f/k/a Woodland Biomass Power, Ltd. | HUNTON ANDREWS KURTH LLP | Attn: Kevin M. Eckhardt | 50 California Street | Suite 1700 | San Francisco | CA | 94111 | | 415-975-3700 | 415-975-3701 | keckhardt@huntonak.com |
| Counsel for DTE Stockton, LLC; Mt. Poso Cogeneration Company, LLC f/k/a Mt. Poso Cogeneration Company, L.P., Potrero Hills Energy Producers, LLC, Sunshine Gas Producers, LLC-Woodland Biomass Power, LLC f/k/a Woodland Biomass Power, Ltd. | HUNTON ANDREWS KURTH LLP | Attn: Peter S. Partee, Sr. | 200 Park Avenue | 53rd Floor | New York | NY | 10166 | | 212-309-1000 | 212-309-1100 | ppartee@huntonak.com |

Case: 19-30088 Doc# 4703/02 Filed: 11/14/19 Entered: 11/14/19 Page 49 of 62

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to International Business Machines Corp. | IBM Corporation | Attn: Marie-Josee Dube | 275 Viger East | | Montreal | QC | H2X 3R7 | Canada | 514-964-0694 | 845-491-5032 | mjdube@ca.ibm.com |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | | Philadelphia | PA | 19104-5016 | | 800-973-0424 | 855-235-6787 | |
| Counsel for BlueMountain Capital Management, LLP | Irell & Manella LLP | Attn: Craig Varnen, Andrew J. Strabone | 1800 Avenue of the Stars | Suite 900 | Los Angeles | CA | 90067-4276 | | 310-277-1010 | 310-203-7199 | cvarnen@irell.com; astrabone@irell.com |
| Counsel for The Davey Tree Expert Company | Irell & Manella LLP | Attn: Jeffrey M. Reisner, Kerri A. Lyman | 840 Newport Center Drive | Suite 400 | Newport Beach | CA | 92660 | | 949-760-5242 | 949-760-5200 | jreisner@irell.com; klyman@irell.com |
| Counsel for BlueMountain Capital Management, LLC | Irell & Manella LLP | Attn: Michael H. Strub, Jr. | 840 Newport Center Drive | Suite 400 | Newport Beach | CA | 92660-6324 | | 949-760-0991 | 949-760-5200 | mstrub@irell.com |
| Counsel to Iron Mountain Information Management, LLC | Iron Mountain Information Management, LLC | Attn: Joseph Corrigan | One Federal Street | | Boston | MA | 02110 | | 617-535-4744 | 617-451-0409 | Bankruptcy2@ironmountain.com |
| Interested Party CHZM HILL Engineers, Inc. | Jacobs Engineering | Attn: Robert Albery | Associate General Counsel | 9191 South Jamaica Street | Englewood | CO | 80112 | | 720-286-2242 | | robert.albery@jacobs.com |
| Interested Party Jane Luciano | Jane Luciano | | 9000 Crow Canyon Road | Suite 5 #168 | Danville | CA | 94506 | | 925-216-6030 | | jane-luciano@comcast.net |
| Counsel for Nationwide Entities | Jang & Associates, LLP | Attn: Alan J. Jang | 1766 Lacassie Ave., Suite 200 | | Walnut Creek | CA | 94596 | | 925-937-1400 | 925-937-1414 | ajang@janglit.com |
| Counsel to Sodexo, Inc. | JD Thompson Law | Attn: Judy D. Thompson, Esq. | P.O. Box 33127 | | Charlotte | NC | 28233 | | 828-749-1865 | | jet@jdthompsonlaw.com |
| Counsel for Peter Ouborg, Mizuho Bank, Ltd. | Jeffer Mangles Butler & Mitchell LLP | Attn: Robert B. Kaplan, Bennett G. Young | Two Embarcadero Center | 5th Floor | San Francisco | CA | 94111 | | 415-398-6000 | 415-398-6000 | rbk@jmbm.com; byoung@jmbm.com |
| Counsel for Itron, Inc. | JENKINS MULLIGAN & GABRIEL LLP | Attn: Larry W. Gabriel | 2160 Oxnard Street | Suite 500 | Woodland Hills | CA | 91367 | | 818-827-9147 | 818-827-9099 | lgabriel@bg.law |
| Interested Party John A. Vos A | John A. Vos | | 1430 Lincoln Avenue | | San Rafael | CA | 94901 | | 415-485-5330 | | |
| Counsel for A&I Electric Cable Corporation | JORDAN, HOLZER & ORTIZ, PC | Attn: Antonio Ortiz, Shelby A Jordan | 500 N. Shoreline | Suite 900 | Corpus Christi | TX | 78401 | | 361-884-5678 | 361-888-5555 | aortiz@jhwclaw.com; sjordan@jhwclaw.com; ecf@jhwclaw.com |
| Counsel for The Art 1 Group, Inc. | Joseph A. Eisenberg P.C. | Attn: Joseph A. Eisenberg | 2976 E. State Street | Suite 120 – No. 111 | Eagle | ID | 83616 | | | | JAE1900@yahoo.com |
| Counsel to Citibank, N.A. | KEESAL, YOUNG & LOGAN A Professional Corporation | Attn: PETER R. BOUTIN | 450 Pacific Avenue | | San Francisco | CA | 94133 | | 415-398-6000 | 415-981-0136 | peter.boutin@kyl.com; tkeller@klklllp.com |
| Counsel to Debtor | Keller Benvenutti Kim LLP | Attn: Tobias S. Keller, Jane Kim | 650 California Street | Suite 1900 | San Francisco | CA | 94108 | | 415-496-6723 | 650-636-9251 | jkim@klklllp.com |
| Counsel for Kompagas SLO LLC and Tata Consultancy Services | Kelley Drye & Warren LLP | Attn: Benjamin D. Feder | 101 Park Avenue | | New York | NY | 10178 | | 212-808-7800 | 212-808-7897 | KDWBankruptcyDepartment@kelleydrye.com; bfeder@kelleydrye.com |
| Counsel to Oldcastle Infrastructure, Inc. f/k/a Oldcastle Precast, Inc. and Affiliates | KILPATRICK TOWNSEND & STOCKTON LLP | Attn: Benjamin M. Kleinman, Esq. | Two Embarcadero Center, Suite 1900 | | San Francisco | CA | 94111 | | 415-576-0200 | 415-576-0300 | bkleinman@kilpatricktownsend.com |
| Counsel to Oldcastle Infrastructure, Inc. f/k/a Oldcastle Precast, Inc. and Affiliates | KILPATRICK TOWNSEND & STOCKTON LLP | Attn: Paul M. Rosenblatt, Esq. | 1100 Peachtree Street, NE, Suite 2800 | | Atlanta | GA | 30309-4530 | | 404-815-6500 | 404-815-6555 | prosenblatt@kilpatricktownsend.com |
| Counsel for Ruby Pipeline, L.L.C. | Kinder Morgan, Inc. | Attn: Mark A. Minich | Two North Nevada | | Colorado Springs | CO | 80903 | | 719-520-4416 | | Mark_Minich@kindermorgan.com |
| Counsel for Ruby Pipeline, L.L.C. | Kinder Morgan, Inc. | Attn: Mosby Perrow | 1001 Louisiana | Suite 1000 | Houston | TX | 77002 | | 713-420-6547 | | mosby_perrow@kindermorgan.com |
| Counsel for Calpine Corporation | Kirkland & Ellis LLP | Attn: Aparna Yenamandra | 601 Lexington Avenue | | New York | NY | 10022 | | 212-446-4800 | 212-446-4900 | aparna.yenamandra@kirkland.com |
| Counsel for Calpine Corporation | Kirkland & Ellis LLP | Attn: David R. Seligman, P.C. | 300 North LaSalle | | Chicago | IL | 60654 | | 312-862-2000 | 312-862-2200 | david.seligman@kirkland.com; marc.kieselstein@kirkland.com |
| Counsel for the Federal Monitor | Kirkland & Ellis LLP | Attn: Marc Kieselstein, P.C. Attn: Mark McKane, P.C., Michael P. Esser | 300 North LaSalle | | Chicago | IL | 60654 | | 312-862-2000 | 312-862-2200 | mark.mckane@kirkland.com |
| Counsel for Calpine Corporation | Kirkland & Ellis LLP | Attn: R. Alexander Pilmer | 555 California Street | | San Francisco | CA | 94104 | | 415-439-1400 | 415-439-1500 | michael.esser@kirkland.com; alexander.pilmer@kirkland.com |
| Counsel for the Federal Monitor | Kirkland & Ellis LLP | Attn: Stephen E. Hessler, P.C. | 555 California Street | | San Francisco | CA | 94104 | | 415-439-1400 | 415-439-1500 | stephen.hessler@kirkland.com |
| Counsel for The Church of Jesus Christ of Latter-day Saints | Kirton McConkie | Attn: Jeremy C. Sink | 601 Lexington Avenue | | New York | NY | 10022 | | 212-446-4800 | 212-446-4900 | |
| Counsel for the Federal Monitor | Kirton McConkie | Attn: Jeremy C. Sink | 36 South State | Suite 1900 | Salt Lake City | UT | 84111 | | 801-239-3157 | 801-321-4893 | jsink@kmclaw.com; kklee@ktbslaw.com |
| Counsel for NextEra Energy Inc. et al. | Klee, Tuchin, Bogdanoff & Stern LLP | Attn: Kenneth N. Klee, David M. Stern, Samuel M. Kidder | 1999 Avenue of the Stars | Thirty-Ninth Floor | Los Angeles | CA | 90067 | | 310-407-4000 | 310-407-9090 | dstern@ktbslaw.com; skidder@ktbslaw.com |
| Counsel for Kings River Water Association | Klein, Denatale, Goldner, Cooper, Rosenlieb & Kimball, LLP | Attn: Hagop T. Bedoyan | 5260 N. Palm Avenue, Suite 205 | | Fresno | CA | 93704 | | 559-438-4374 | 661-326-0418 | hbedoyan@kleinlaw.com; ecf@kleinlaw.com |
| Counsel to PG&E Holdco Group | KRAMER LEVIN NAFTALIS & FRANKEL LLP | Attn: Amy Caton and Megan Wasson | 1177 Avenue of the Americas | | New York | NY | 10036 | | 212-715-9100 | 650-715-8000 | acaton@kramerlevin.com; mwasson@kramerlevin.com |

Case: 19-30088   Doc#: 6624-1   Filed: 04/03/20   Entered: 04/03/20 18:03:00   Page 51 of 62

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Public Employees Retirement Association of New Mexico | LABATON SUCHAROW LLP | Attn: Thomas A. Dubbs, Louis Gottlieb, Carol C. Villegas & Jeffrey A. Dubbin | 140 Broadway | | New York | NY | 10005 | | 212-907-0700 | 212-818-0477 | tdubbs@labaton.com; lgottlieb@labaton.com; cvillegas@labaton.com; jdubbin@labaton.com |
| Counsel to County of San Luis Obispo | LAMB & KAWAKAMI LLP | Attn: Kevin J. Lamb, Michael K. Slattery, Thomas G. Kelch | 333 South Grand Avenue | Suite 4200 | Los Angeles | CA | 90071 | | 213-630-5500 | 213-630-5555 | klamb@lkfirm.com; mslattery@lkfirm.com; tkelch@lkfirm.com |
| Counsel for Sonoma County Treasurer & Tax Collector, Counsel for the County of Placer | Lamb and Kawakami LLP | Attn: Barry S. Glaser | 333 South Grand Avenue | 42nd Floor | Los Angeles | CA | 90071 | | 213-630-5500 | 213-630-5555 | bglaser@lkfirm.com |
| Counsel for Pacific Mobile Structures, Inc. | LANE POWELL PC | Attn: Brad T. Summers | 601 SW Second Avenue | Suite 2100 | Portland | OR | 97204 | | 503-778-2100 | 503-778-2200 | summerst@lanepowell.com |
| Counsel to Dynegy Marketing and Trade, LLC | Latham & Watkins LLP | Attn: Adam E. Malatesta | 355 S. Grand Avenue, Suite 100 | | Los Angeles | CA | 90071-1560 | | 213-485-1234 | 213-891-8763 | adam.malatesta@lw.com |
| Counsel for Crockett Cogeneration, Middle River Power, LLC, and MRP San Joaquin Energy, LLC | Latham & Watkins LLP | Attn: Amy C. Quartarolo | 355 South Grand Avenue | Suite 100 | Los Angeles | CA | 90071-1560 | | 213-485-1234 | 231-891-8763 | amy.quartarolo@lw.com |
| Counsel to Dynegy Marketing and Trade, LLC | Latham & Watkins LLP | Attn: Caroline A. Reckler, Andrew M. Parlen | 885 Third Avenue | | New York | NY | 10022-4834 | | 212-906-1200 | 212-751-4864 | caroline.reckler@lw.com; andrew.parlen@lw.com |
| Counsel for Crockett Cogeneration, Middle River Power, LLC, and MRP San Joaquin Energy, LLC | Latham & Watkins LLP | Attn: Christopher Harris, Andrew M. Parlen | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | christopher.harris@lw.com; andrew.parlen@lw.com |
| Unsecured Creditor | Laurie A. Deuschel | Attn: Laurie A. Deuschel | 5120 Second Street | | Rocklin | CA | 95677 | | 916-289-3532 | | ldeuschel@hotmail.com |
| Counsel to Jesus Mendoza | Law Office of Daren M. Schlecter | Attn: Daren M. Schlecter, Esq. | 1925 Century Park East, Suite 830 | | Los Angeles | CA | 90067 | | 310-553-5747 | 310-553-5487 | daren@schlecterlaw.com |
| Counsel for Ruby Pipeline, L.L.C. | LAW OFFICE OF PATRICIA WILLIAMS PREWITT | Attn: Patricia Williams Prewitt | 10953 Vista Lake Ct. | | Navasota | TX | 77868 | | 936-825-8705 | | pwp@pattiprewittlaw.com |
| Infected Party | Law Office of Richard L. Antognini | Attn: Richard L. Antognini | 2036 Nevada City Highway, Suite 636 | | Grass Valley | CA | 95945-7700 | | 916-295-4896 | | rlalawyer@yahoo.com |
| Counsel to Attrack | Law Office of Steven M. Olson | Attn: Steven M. Olson, Esq. & Jacob M. Faircloth, Esq. | 50 Old Courthouse Square, Suite 401 | | Santa Rosa | CA | 95404 | | 707-575-1800 | 707-575-1867 | smo@smolsonlaw.com |
| Counsel for LEWIS & TIBBITTS, INC., Counsel for GILLESON | LAW OFFICE OF WAYNE A. SILVER | Attn: Wayne A. Silver | 643 Bair Island Road | Suite 403 | Redwood City | CA | 94063 | | 650-282-5970 | 650-282-5980 | ws@waynesilverlaw.com |
| Counsel to Creditors GER HOSPITALITY, LLC and RICHARD W. CARPENETI | LAW OFFICES OF FRANCIS O. SCARPULLA | Attn: Francis O. Scarpulla and Patrick B. Clayton | 456 Montgomery Street, 17th Floor | | San Francisco | CA | 94104 | | 415-788-7210 | 415-788-0706 | fos@scarpullalaw.com; pbc@scarpullalaw.com |
| Counsel for W. Bradley Electric, Inc. | Law Offices of James Shepherd | Attn: James A. Shepherd | 3000 Citrus Circle | Suite 204 | Walnut Creek | CA | 94598 | | 925-954-7554 | 925-281-2341 | jim@jsheplaw.com |
| Counsel to Ruckman-Leal Creditors, Counsel to Michael Marroquin | Law Offices of Leonard K. Welsh | Attn: Leonard K. Welsh, Esq. | 4550 California Avenue, Second Floor | | Bakersfield | CA | 93309 | | 661-328-5328 | | lwelsh@lkwelshlaw.com |
| Creator and Counsel to Debra Grassgreen | Law Offices of Thomas J. Brandi | Attn: Thomas J. Brandi | 345 Pine Street | 3rd Floor | San Francisco | CA | 94104 | | 415-989-1800 | | tjb@brandilaw.com |
| Interested Party, CH2M HILL Engineers, Inc. | Lesnick Prince & Pappas LLP | Attn: Matthew A. Lesnick, Christopher E. Prince | 315 W. Ninth St., Suite 705 | | Los Angeles | CA | 90015 | | 213-493-6496 | 310-396-0963 | matt@lesnickprince.com; cprince@lesnickprince.com |
| Counsel for California Independent System Operator | Levene, Neale, Bender, Yoo & Brill L.L.P. | Attn: David L. Neale | 10250 Constellation Blvd., Suite 1700 | | Los Angeles | CA | 90067 | | 310-229-1234 | 310-229-1244 | DLN@LNBYB.COM |
| Counsel to Global Diving & Salvage, Inc. and Trans Management, Inc. | LEVENE, NEALE, BENDER, YOO & BRILL L.L.P. | Attn: Eve H. Karasik | 10250 Constellation Blvd., Suite 1700 | | Los Angeles | CA | 90067 | | 310-229-1234 | 310-229-1244 | EHK@LNBYB.COM |
| | Lewis Brisbois Bisgaard & Smith LLP | Attn: Lovee D. Sarenas, Scott Lee, Amy L. Goldman | 633 West 5th Street, Suite 4000 | | Los Angeles | CA | 90071 | | 213-250-1800 | 213-250-7900 | Lovee.Sarenas@lewisbrisbois.com; Amy.Goldman@lewisbrisbois.com; Scott.Lee@lewisbrisbois.com |
| Counsel to Harris County | Linebarger Goggan Blair & Sampson, LLP | Attn: John D. Dillman | PO Box 3064 | | Houston | TX | 77253-3064 | | 713-844-3400 | 713-844-3503 | houston_bankruptcy@publicans.com |
| Counsel to California Insurance Guarantee Association | Locke Lord LLP | Attn: Aaron Smith | 111 South Wacker Drive, Suite 4100 | | Chicago | IL | 60606 | | 312-443-0700 | 312-443-0336 | asmith@lockelord.com |
| Counsel for International Brotherhood of Electrical Workers Local Union 1245 | Locke Lord LLP | Attn: Bradley C. Knapp | 601 Poydras Street | Suite 2660 | New Orleans | LA | 70130 | | 504-558-5210 | 504-910-6847 | bknapp@lockelord.com |
| Counsel to Quanta Energy Services LLC | Locke Lord LLP | Attn: Elizabeth M. Guffy | JPMorgan Chase Tower | 600 Travis, Suite 2800 | Houston | TX | 77002 | | 713-226-1200 | 713-223-3717 | eguffy@lockelord.com |
| Counsel to California Insurance Guarantee Association | Locke Lord LLP | Attn: Lindsey E. Kress | 101 Montgomery Street | Suite 1950 | San Francisco | CA | 94104 | | 415-318-8810 | 415-676-5816 | lkress@lockelord.com |
| Counsel for International Brotherhood of Electrical Workers Local Union 1245 | Locke Lord LLP | Attn: Meagan S. Tom | 101 Montgomery Street | Suite 1950 | San Francisco | CA | 94104 | | 415-318-8810 | 415-676-5816 | meagan.tom@lockelord.com |
| Counsel for International Brotherhood of Electrical Workers Local Union 1245 | Locke Lord LLP | Attn: W. Steven Bryant | 600 Congress Street | Suite 2200 | Austin | TX | 78701 | | 512-305-4700 | 512-305-4800 | sbryant@lockelord.com |

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Quanta Energy Services LLC | Locke Lord LLP | Attn: Xiyi Fu and Kinga L. Wright | 101 Montgomery Street, Suite 1950 | | San Francisco | CA | 94104 | | 415-318-8810 | 415-676-5816 | jackie.fu@lockelord.com; kinga.wright@lockelord.com |
| Counsel for California Power Exchange Corporation | LOEB & LOEB LLP | Attn: Marc S. Cohen, Alicia Clough | 10100 Santa Monica Blvd | Suite 2200 | Los Angeles | CA | 90067 | | 310-282-2000 | | mscohen@loeb.com; aclough@loeb.com |
| Counsel to Public Employees Retirement Association of New Mexico | LOWENSTEIN SANDLER LLP | Attn: Michael S. Etkin, Andrew Behlmann | One Lowenstein Drive | | Roseland | NJ | 070068 | | 973-597-2500 | 973-597-2333 | metkin@lowenstein.com; abehlmann@lowenstein.com |
| Interested Party | Macdonald J Fernandez LLP | Attn: Iain A. Macdonald | 221 Sansome Street | Third Floor | San Francisco | CA | 94104-2323 | | 415-362-0449 | 415-394-5544 | imac@macfern.com |
| Counsel to BARBARA ZELMER and ROBERT ZEBER | Manuel Corrales, Jr., Esquire | | 17140 Bernardo Center Drive, Suite 358 | | San Diego | CA | 92128 | | 858-521-0634 | 858-521-0633 | mannycorrales@yahoo.com |
| Counsel to Aegion Corporation and its subsidiary entities: Corrpro Companies, Inc., Insituform Technologies, LLC and Fibrwrap Construction Services, Inc. | MARGULIES FAITH, LLP | ATTN: CRAIG G. MARGULIES | 16030 VENTURA BOULEVARD | SUTIE 470 | ENCINO | CA | 91436 | | 818-705-2777 | 818-705-3777 | Craig@MarguliesFaithLaw.com |
| Counsel to SLF Fire Victim Claimants | MARSHACK HAYS LLP | Attn: RICHARD A. MARSHACK, DAVID A. WOOD, LAILA MASUD | 870 Roosevelt | | Irvine | CA | 92620 | | 949-333-7777 | 949-333-7778 | rmarshack@marshackhays.com; dwood@marshackhays.com; lmasud@marshackhays.com |
| Counsel for Ghost Ship Warehouse Plaintiffs' Executive Committee | MARY ALEXANDER & ASSOCIATES, P.C. | Attn: Mary E. Alexander | 44 Montgomery Street, Suite 1303 | | San Francisco | CA | 94104 | | 415-433-4440 | 415-433-5440 | malexander@maryalexanderlaw.com |
| Counsel to BMP Paribas | MAYER BROWN LLP | Attn: Brian Trust, Joaquin C de Baca | 1221 Avenue of the Americas | | New York | NY | 10020 | | 212-506-2500 | 212-262-1910 | btrust@mayerbrown.com; jcdebaca@mayerbrown.com |
| Counsel to BNP Paribas | MAYER BROWN LLP | Attn: Cristina A. Henriquez | Two Palo Alto Square, Suite 300 | 3000 El Camino Real | Palo Alto | CA | 94306-2112 | | 650-331-2000 | 650-331-2060 | chenriquez@mayerbrown.com |
| Counsel for A.J. Excavation Inc. | McCormick Barstow LLP | Attn: Daniel L. Emerzian, H. Annie Duong | Counsel for A.J. Excavation Inc. | 7647 North Fresno Street | Fresno | CA | 93720 | | 559-433-1300 | 559-433-2300 | Annie.Duong@mccormickbarstow.com; demerzian@mccormickbarstow.com |
| Counsel for Philip Verwey d/b/a Philip Verwey Farms | McCormick Barstow LLP | Attn: H. Annie Duong | Counsel for Philip Verwey d/b/a Philip Verwey Farms | 7647 North Fresno Street | Fresno | CA | 93720 | | 559-433-1300 | 559-433-2300 | Annie.Duong@mccormickbarstow.com |
| Counsel to Davey Tree Expert Company, Davey Tree Surgery Company, and Davey Resource Group, Inc. | MCDERMOTT WILL & EMERY LLP | Attn: Jeffrey M. Reisner and Kerri A. Lyman | 2049 Century Park East, Suite 3200 | | Los Angeles | CA | 90067-3206 | | 310-277-4110 | 310-277-4730 | jreisner@mwe.com; klyman@mwe.com |
| Counsel to Winners Industry Co., Ltd. | McKool Smith, P.C. | Attn: James M. Smith | One Bryant Park, 47th Floor | | New York | NY | 10036 | | 212-402-9400 | 212-402-9444 | jsmith@mckoolsmith.com |
| Counsel to Public Employees Retirement Association of New Mexico | MICHELSON LAW GROUP | Attn: Randy Michelson | 220 Montgomery Street | Suite 2100 | San Francisco | CA | 94104 | | 415-512-8600 | 415-512-8601 | randy.michelson@michelsonlawgroup.com |
| Counsel for the Official Committee of Unsecured Creditors | Milbank LLP | Attn: Dennis F. Dunne, Samuel A. Khalil | 55 Hudson Yards | | New York | NY | 10001-2163 | | 212-530-5000 | 212-530-5219 | ddunne@milbank.com; skhalil@milbank.com |
| Counsel for the Official Committee of Unsecured Creditors | Milbank LLP | Attn: Gregory A. Bray, Thomas R. Kreller | 2029 Century Park East, 33rd Floor | | Los Angeles | CA | 90067 | | 424-386-4000 | 213-629-5063 | GBray@milbank.com; TKreller@milbank.com |
| Counsel for Marin Clean Energy | Mintz Levin Cohn Ferris Glovsky and Popeo, P.C. | Attn: Abigail V. O'Brient, Andrew B. Levin | 2029 Century Park East | Suite 3100 | Los Angeles | CA | 90067 | | 310-586-3200 | 310-586-3200 | avobrient@mintz.com; ablevin@mintz.com |
| Counsel to Creditor EH Engineering, LLC | Mirman, Bubman & Nahmias, LLP | Attn: Alan I. Nahmias | 21860 Burbank Boulevard | Suite 360 | Woodland Hills | CA | 91367 | | 818-995-2555 | 818-451-4620 | anahmias@mbnlawyers.com |
| Counsel to NEARON SUNSET, LLC | MONTEE & ASSOCIATES | Attn: Kevin P. Montee | 12504 Hewell Ave. | Suite 149 | Walnut Creek | CA | 94596 | | 925-979-5579 | 925-955-1648 | kmontee@monteeassociates.com |
| Counsel to Quest Diagnostics Health & Wellness LLC d/b/a Quest Diagnostics | Morris James LLP | Attn: Brett D. Fallon, Esq. | 500 Delaware Avenue, Suite 1500 | P.O. Box 2306 | Wilmington | DE | 19899-2306 | | 302-888-6888 | 302-571-1750 | bfallon@morrisjames.com |
| Counsel for Exponent, Inc. | Newmeyer & Dillion LLP | Attn: James J. Ficenec, Joshua B. Bevitz | 1333 N. California Blvd | Suite 600 | Walnut Creek | CA | 94596 | | 925-988-3200 | 925-988-3290 | James.Ficenec@ndlf.com; Joshua.Bevitz@ndlf.com |
| Counsel for CALIFORNIA SELF-INSURERS' SECURITY FUND | NIXON PEABODY LLP | Attn: MAXIMILIAN A. FERULLO | 55 West 46th Street | | New York | NY | 10036 | | 212-940-3000 | 212-940-3111 | mferullo@nixonpeabody.com |
| Counsel for CALIFORNIA SELF-INSURERS' SECURITY FUND | NIXON PEABODY LLP | Attn: RICHARD C. PEDONE | Exchange Place | 53 State Street | Boston | MA | 02109 | | 617-345-1000 | 617-345-1300 | rpedone@nixonpeabody.com |
| Counsel for CALIFORNIA SELF-INSURERS' SECURITY FUND | NIXON PEABODY LLP | Attn: WILLIAM S. USA | One Embarcadero Center | 32nd Floor | San Francisco | CA | 94111 | | 415-984-8200 | 415-984-8300 | wilsa@nixonpeabody.com |

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel for Michael Vaira, Marie Dierssen, Catherine McClure, Tonia Hanson, Deirdre Cochrane, Denise Stooksberry, John Stooksberry, Bryan Sullivan, Sara Hill, Isaiah Vera, Michael Wigren, Joel Batts, Annaleisa Batts, Claudia Bigtra, Andres Bigtra, Roger Martinez, Candice Sera, Gretchen Franklin, Christopher Franklin, Paul Bowen, Kelly Jones, Tami Coleman, Cecil Mejia, Linda Schooling, Jennifer Makin, Barbara Cross, Benjamin Hernandez, Irma Enriquez, Constantina Howard, Leroy Howard, Edward Delongfield, Brenda Howell, Lynda Howell, Arthur Coker, Sally Thorp, Paradise Moose Lodge, Nancy Seals | Northern California Law Group, PC | Attn: Joseph Feist | 2611 Esplanade | | Chico | CA | 95973 | | 530-433-0233 | 530-345-2103 | info@norcallawgroup.net joe@norcallawgroup.net |
| Counsel to ADVENTIST HEALTHSYSTEM/WEST, a California non-profit religious corporation | NORTON ROSE FULBRIGHT US LLP | ATTN: DAVID A. ROSENZWEIG | 1301 Avenue of the Americas, Floor 2945 | | New York | NY | 10019-6022 | | 212-318-3035 | 212-318-3400 | david.rosenzweig@nortonrosefulbright.com |
| Counsel for NextEra Energy Inc., NextEra Energy Partners, L.P. | NORTON ROSE FULBRIGHT US LLP | Attn: Howard Seife, Andrew Rosenblatt, Christy Rivera | 1301 Avenue of the Americas | | New York | NY | 10019-6022 | | 212-408-5100 | 212-541-5369 | howard.seife@nortonrosefulbright.com andrew.rosenblatt@nortonrosefulbright.com christy.rivera@nortonrosefulbright.com |
| Counsel to ADVENTIST HEALTHSYSTEM/WEST, a California non-profit religious corporation | NORTON ROSE FULBRIGHT US LLP | ATTN: REBECCA J. WINTHROP | 555 South Flower Street, Forty-First Floor | | Los Angeles | CA | 90071 | | 213-892-9346 | 213-892-9494 | rebecca.winthrop@nortonrosefulbright.com |
| Counsel for Creditors Public Entities Impacted by the Wildfires | Nuti Hart LLP | Attn: Gregory C. Nuti, Christopher H. Hart, Kimberly S. Fineman | 411 30th Street | Suite 408 | Oakland | CA | 94609-3311 | | 510-506-7152 | | kfineman@nutihart.com gnuti@nutihart.com chart@nutihart.com |
| Counsel to Department of Finance for the State of California and Governor Gavin Newsom | O'MELVENY & MYERS LLP | Attn: Jacob T. Beiswenger | 400 South Hope Street | | Los Angeles | CA | 90071-2899 | | 213-430-6000 | 213-430-6407 | jbeiswenger@omm.com |
| Counsel to Department of Finance for the State of California and Governor Gavin Newsom | O'MELVENY & MYERS LLP | Attn: John J. Rapisardi, Nancy A. Mitchell and Daniel S. Shamah | 7 Times Square | | New York | NY | 10036 | | 212-326-2000 | 213-326-2061 | jrapisardi@omm.com nmitchell@omm.com dshamah@omm.com |
| Counsel to Department of Finance for the State of California and Governor Gavin Newsom | O'MELVENY & MYERS LLP | Attn: Peter Friedman | 1625 Eye Street, NW | | Washington | DC | 20006 | | 202-383-5300 | 202-383-5414 | pfriedman@omm.com |
| Counsel to Linda Dighton, Nancy Oliver, Grant Smalley, John Randall Dighton, Teddy Oliver and Rigred Kelly | O'Brien & Zehnder, Office of the California Attorney General | Attn: Jason Borg | 9401 E. Stockton Blvd. | Suite 225 | Elk Grove | CA | 95624 | | 916-714-8200 | 916-714-8201 | jborg@jasonborglaw.com |
| Office of the California Attorney General | Office of the United States Attorney General | Attn: Bankruptcy Dept | P.O. Box 944255 | | Sacramento | CA | 94244-2550 | | 916-445-9555 | 916-323-5341 | bankruptcy@coag.gov |
| Office of the United States Attorney for the Northern District of California | Office of the United States Attorney for the Northern District of California | Attn: Bankruptcy Unit | Federal Courthouse | 450 Golden Gate Avenue | San Francisco | CA | 94102 | | 415-436-7200 | 415-436-7234 | |
| Office of the United States Trustee | Office of the United States Trustee | Attn: James L. Snyder, Esq. & Timothy Laffredo, Esq., Marta E. Villacorta | 450 Golden Gate Ave | Suite 05-0153 | San Francisco | CA | 94102 | | 415-705-3333 | 415-705-3367 | James.L.Snyder@usdoj.gov timothy.s.laffredo@usdoj.gov Marta.Villacorta@usdoj.gov |
| Counsel to Creditor Lien Holder | OLES MORRISON RINKER & BAKER LLP | Attn: Liam K. Malone | 492 Ninth Street, Suite 220 | | Oakland | CA | 94607 | | 510-903-2001 | | malone@oles.com |
| Counsel for EDP Renewables North America LLC, RioBravo Tree Farm II LLC, and Arlington Wind Power Project LLC | Orrick, Herrington & Sutcliffe LLP | Attn: Debra Felder | 1152 15th Street, NW | | Washington | DC | 20005 | | 202-339-8567 | 202-339-8500 | dfelder@orrick.com |
| Counsel for EDP Renewables North America LLC, RioBravo Tree Farm II LLC, and Arlington Wind Power Project LLC | ORRICK, HERRINGTON & SUTCLIFFE LLP | Attn: Douglas S. Mintz | Columbia Center | 1152 15th Street, N.W. | Washington | DC | 20005-1706 | | 202-339-8518 | 202-339-8500 | dmintz@orrick.com |
| Counsel to Centerbridge Partners, L.P. | Orrick, Herrington & Sutcliffe LLP | Attn: Lorraine McGowen | 51 West 52nd Street | | New York | NY | 10019 | | 212-506-5114 | 212-506-5151 | lmcgowen@orrick.com |
| Counsel for EDP Renewables North America LLC, RioBravo Tree Farm II LLC, and Arlington Wind Power Project LLC | ORRICK, HERRINGTON & SUTCLIFFE LLP | Attn: Marc A. Levinson | 400 Capitol Mall, Suite 3000 | | Sacramento | CA | 95814-4497 | | 916-329-4910 | 916-329-4900 | malevinson@orrick.com |
| Counsel for EDP Renewables North America LLC, RioBravo Tree Farm II LLC, and Arlington Wind Power Project LLC | Orrick, Herrington & Sutcliffe LLP | Attn: Thomas C. Mitchell | The Orrick Building | 405 Howard Street | San Francisco | CA | 94105 | | 415-773-5732 | 415-773-5759 | tcmitchell@orrick.com |

Case 3:24-cv-06624   Document 104   Filed 04/03/20   Page 53 of 62

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel for The Baupost Group, L.L.C., as the general partner and investment manager for certain entities | Pachulski Stang Ziehl & Jones LLP | Attn: Isaac M. Pachulski, Debra I. Grassgreen, Gabriel I. Glazer, John W. Lucas | 150 California Street | 15th Floor | San Francisco | CA | 94111 | | 415-263-7000 | 415-263-7010 | jlucas@pszjlaw.com; ajglazer@pszjlaw.com; dgrassgreen@pszjlaw.com; ipachulski@pszjlaw.com |
| Counsel for TRC Companies, Inc. | Pachulski Stang Ziehl & Jones LLP | Attn: John D. Fiero | 150 California Street | 15th Floor | San Francisco | CA | 94111 | | 415-263-7000 | 415-263-7010 | jfiero@pszjlaw.com |
| Counsel to Southwire Company LLC | Parker, Hudson, Rainer & Dobbs, LLP | Attn: Bryan E. Bates, Esq. | 303 Peachtree St., NE, Suite 5300 | | Atlanta | GA | 30308 | | 404-420-4333 | 404-522-8409 | bbates@phrd.com |
| Counsel to Southwire Company, LLC | Parker, Hudson, Rainer & Dobbs, LLP | Attn: Bryan E. Bates, Esq. | 303 Peachtree Street, Suite 3600 | | Atlanta | GA | 30308 | | 404-420-4333 | 404-522-8409 | bbates@phrd.com |
| Counsel for Yuba County Water Agency | Parkinson Phinney | Attn: Thomas R. Phinney | 3600 American River Drive | Suite 145 | Sacramento | CA | 95864 | | | | tom@parkinsonphinney.com |
| Counsel to California Public Utilities Commission | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Alan W. Kornberg, Brian S. Hermann, Walter R. Rieman, Sean A. Mitchell, Neal P. Donnelly | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3209 212-373-3000 | 212-492-0209 212-757-3990 | akornberg@paulweiss.com; bhermann@paulweiss.com; wrieman@paulweiss.com; smitchell@paulweiss.com; ndonnelly@paulweiss.com |
| Counsel to Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | Attn: Andrew Wong | Office of the General Counsel | 1200 K Street, N.W. | Washington | DC | 20005-4026 | | 202-326-4020 3448 | 202-326-4112 | wong.andrea@pbgc.gov; efile@pbgc.gov |
| Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | Attn: Courtney L. Morgan | Office of the General Counsel | 1200 K Street, N.W. | Washington | DC | 20005-4026 | | 202-326-4020 ext. 3738 | 202-326-4112 | morgan.courtney@pbgc.gov; efile@pbgc.gov |
| Counsel for Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | Attn: Daniel Robertson | Office of the General Counsel | 1200 K Street, N.W. | Washington | DC | 20005-4026 | | 202-326-4020 | 202-326-4112 | robertson.daniel@pbgc.gov; efile@pbgc.gov |
| Counsel for Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | Attn: Melissa T. Ngo | Office of the General Counsel | 1200 K Street N.W. | Washington | DC | 20005-4026 | | 202-326-4020, ext. 3019 | 202-326-4112 | ngo.melissa@pbgc.gov; efile@pbgc.gov |
| Counsel for Puget Sound Energy, Inc. | Perkins Coie, LLP | Attn: Alan D. Smith | 1201 Third Avenue | Suite 4900 | Seattle | WA | 98101-3099 | | 206-359-8000 | 206-359-9000 | ADSmith@perkinscoie.com |
| Debtors | PG&E Corporation | Attn: President or General Counsel | 77 Beale Street | P.O. Box 77000 | San Francisco | CA | 94177 | | | | |
| Counsel for California Independent System Operator | Pierce Atwood LLP | Attn: Keith J. Cunningham | Merrill's Wharf | 254 Commercial Street | Portland | ME | 04101 | | 207-791-1187 | 207-791-1350 | kcunningham@PierceAtwood.com |
| Counsel for Bank of America, N.A. | Pillsbury Winthrop Shaw Pittman LLP | Attn: Dania Slim | 324 Royal Palm Way | Suite 2200 | Palm Beach | FL | 33480 | | 561-232-3300 | | dania.slim@pillsburylaw.com |
| Counsel to Chevron Products Company, a division of Chevron U.S.A. Inc. | Pillsbury Winthrop Shaw Pittman LLP | Attn: Hugh M. Ray, III | 909 Fannin | Suite 2000 | Houston | TX | 77010 | | 713-276-7600 | 713-276-7673 | hugh.ray@pillsburylaw.com |
| Counsel for Bank of America, N.A. | Pillsbury Winthrop Shaw Pittman LLP | Attn: Leo T. Crowley | 1540 Broadway | | New York | NY | 10036 | | 212-858-1000 | | leo.crowley@pillsburylaw.com |
| Counsel to Chevron Products Company, a division of Chevron U.S.A. Inc. | Pillsbury Winthrop Shaw Pittman LLP | Attn: M. David Minnick | Four Embarcadero Center | 22nd Floor | San Francisco | CA | 94126-5998 | | 415-983-1000 | | dminnick@pillsburylaw.com |
| Counsel for Ghost Ship Warehouse Plaintiffs' Executive Committee | Pillsbury Winthrop Shaw Pittman LLP | Attn: Philip S. Warden | Four Embarcadero Center | 22nd Floor | San Francisco | CA | 94111-5998 | | 415-983-1000 | 415-983-1200 | philip.warden@pillsburylaw.com |
| Litigated Party Placer County Office of the Treasurer for Mark Pullido, Counsel for Donna Weber, Mount Veeder Springs LLC, Counsel for Mount Veeder Springs LLC | PINO & ASSOCIATES / Placer County Office of the | Attn: Estela O. Pino | 1520 Eureka Road, Suite 101 / 2976 Richardson Drive | | Roseville / Auburn | CA / CA | 95661 / 95603 | | 916-641-2288 / 530-889-4129 | 916-641-1888 / 530-889-4123 | epino@epinolaw.com |
| Counsel to DIGNITY HEALTH and ITS AFFILIATES | PMRK LAW | Attn: Peter P. Meringolo | 201 Spear Street | Suite 1100 | San Francisco | CA | 94105 | | 415-496-3045 | 415-496-3091 | peter@pmrklaw.com |
| Counsel to DIGNITY HEALTH and ITS AFFILIATES | Polsinelli LLP | Attn: Lindsi M. Weber | One East Washington St., Suite 1200 | | Phoenix | AZ | 85004-2568 | | 602-650-2064 | | lweber@polsinelli.com |
| Counsel to DIGNITY HEALTH and ITS AFFILIATES | Polsinelli LLP | Attn: Randye B. Soref | 2049 Century Park East, Suite 2900 | | Los Angeles | CA | 90067 | | 310-556-1801 | 310-556-1802 | rsoref@polsinelli.com |
| Claims Agent | Prime Clerk LLC | Attn: Herb Baer | 830 3rd Ave Fl 9 | | New York | NY | 10022 | | 212-257-5450 | 212-257-5452 | serviceqa@primeclerk.com; pgeteam@PrimeClerk.com |
| Counsel for Agile Sourcing Partners, Inc. | Procopio, Cory, Hargreaves & Savitch LLP | Attn: Gerald P. Kennedy, Esq. | 525 B Street, Suite 2200 | | San Diego | CA | 92101 | | 619-238-1900 | 619-235-0398 | gerald.kennedy@procopio.com |
| Counsel for Ad Hoc Group of Institutional Par Bondholders of Pacific Gas and Electric Co. | Proskauer Rose LLP | Attn: Martin J. Bienenstock, Brian S. Rosen, Maja Zerjal | Eleven Times Square | | New York | NY | 10036-8299 | | 212-969-3000 | 212-969-2900 | mbienenstock@proskauer.com; brosen@proskauer.com; mzerjal@proskauer.com |
| Counsel for Ad Hoc Group of Institutional Par Bondholders of Pacific Gas and Electric Co. | Proskauer Rose LLP | Attn: Michael A. Firestein, Lary Alan Rappaport, Steve Y. Ma | 2029 Century Park East | Suite 2400 | Los Angeles | CA | 90067-3010 | | 310-557-2900 | 310-557-2193 | mfirestein@proskauer.com; lrappaport@proskauer.com; sma@proskauer.com |
| Interested Party Provencher & Flatt | Provencher & Flatt, LLP | Attn: Douglas b. Provencher | 823 Sonoma Avenue | | Santa Rosa | CA | 95404 | | 707-284-2380 | 707-284-2387 | dbp@provlaw.com |
| Interested Party Pryor Cashman LLP | Pryor Cashman LLP | Attn: Ronald S. Beacher | 7 Times Square | | New York | NY | 10036 | | 212-421-4100 | 212-326-0806 | rbeacher@pryorcashman.com |

Case: 19-30088    Doc# 6634-1    Filed: 04/03/20    Entered: 04/03/20 18:03:54    Page 10 of 62

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Canyon Capital Advisors LLC | QUINN EMANUEL URQUHART & SULLIVAN, LLP | Attn: Bennett Murphy | 865 South Figueroa Street | 10th Floor | Los Angeles | CA | 90017-2543 | | 213-443-3000 | 213-443-3100 | bennettmurphy@quinnemanuel.com |
| Counsel for the County of Santa Clara Department of Tax and Collections | RAINES FELDMAN LLP | Attn: Jacquelyn H. Choi | 1800 Avenue of the Stars | 12th Floor | Los Angeles | CA | 90067 | | 310-440-4100 | 310-691-1367 | jchoi@raineslaw.com |
| Counsel for AECOM Technical Services, Inc., Kiewter and Associates, Inc., JAN X-Ray Services, Inc., In... Counsel for Kiewer and Associates, Inc. and JAN X-Ray Services, Inc., AECOM Technical Services, Inc., Counsel for Parsons Environment & Infrastructure, Inc. | Reed Smith LLP | Attn: Christopher O. Rivas, Marsha A. Houston | 355 South Grand Avenue, Suite 2900 | | Los Angeles | CA | 90071-1514 | | 213-457-8000 | 213-457-8080 | crivas@reedsmith.com mhouston@reedsmith.com |
| Counsel for Creditors Nevada Irrigation District, Counsel for Attorneys for Creditors Lodi Gas Storage, L.L.P. Wild Goose, LLC | Reed Smith LLP | Attn: Jonathan R. Doolittle | 101 Second Street | Suite 1800 | San Francisco | CA | 94105 | | 415-543-8400 | 415-391-8269 | jdoolittle@reedsmith.com |
| Counsel for Parsons Environment & Infrastructure, Inc. | Reed Smith LLP | Attn: Marsha A. Houston | 355 South Grand Avenue, Suite 2900 | | Los Angeles | CA | 90071-1514 | | 213-457-8000 | 213-457-8080 | mhouston@reedsmith.com |
| Counsel for Creditors Nevada Irrigation District, Counsel for Attorneys for Creditors Lodi Gas Storage, L.L.P. Wild Goose, LLC | Reed Smith LLP | Attn: Monique B. Howery | 10 S. Wacker Drive | 40th Floor | Chicago | IL | 60606 | | 312-207-2417 | 312-207-6400 | mhowery@reedsmith.com |
| Counsel for Lodi Gas Storage, L.L.P. Wild Goose, LLC | Reed Smith LLP | Attn: Peter Munoz | 101 Second Street | Suite 1800 | San Francisco | CA | 94105-3659 | | 415-543-8700 | 415-391-8269 | pmunoz@reedsmith.com |
| Counsel for Bank of New York Mellon | Reed Smith LLP | Attn: Robert P. Simons | 225 Fifth Avenue | Suite 1200 | Pittsburgh | PA | 15222 | | 412-288-3131 | 412-288-3063 | rsimons@reedsmith.com |
| Counsel to Creditor City of American Canyon | REEDER LAW CORPORATION | ATTN: DAVID M. REEDER | 1875 CENTURY PARK EAST, STE. 700 | | LOS ANGELES | CA | 90067 | | 310-774-4060 | 310-295-2290 | david@reederlaw.com |
| Counsel for Matthew E. Gerspacher and Abigail N. Gerspacher (Davis) | Reimer Law, PC | Attn: Nicole B. Reimer | 313 Walnut Street | Ste 120 | Chico | CA | 95973 | | 530-898-1111 | 530-898-1118 | nbreimer.esq@gmail.com john@jtrlaw1.com |
| Counsel to Richards Law Firm Claimants | Richards Law Firm | Attn: John T. Richards, Evan Willis | 101 W. Broadway | Suite 1950 | San Diego | CA | 92101 | | 619-237-9800 | 619-238-9914 | evan@jtrlaw1.com |
| Counsel for Pivot Interiors, Inc. | RIMON, P.C. | Attn: Lillian G. Stenfeldt | One Embarcadero Center | Suite 400 | San Francisco | CA | 94111 | | 415-915-5192 | 415-683-5472 | lillian.stenfeldt@rimonlaw.com |
| Counsel for Pivot Interiors, Inc. | RIMON, P.C. | Attn: Phillip K. Wang | One Embarcadero Center | Suite 400 | San Francisco | CA | 94111 | | 415-968-2002 | | phillip.wang@rimonlaw.com |
| Special Bankruptcy Counsel for Certain Fire Damage Plaintiffs/Claimants Relating to the Tubbs Bay Fire Litigation of October 2017 and the Camp Fire Litigation | Ringstad & Sanders LLP | Attn: Nanette D. Sanders | 4343 Von Karman Avenue | Suite 300 | Newport Beach | CA | 92660 | | 949-851-7450 | 949-851-6926 | nanette@ringstadlaw.com |
| Counsel to Interested Party in Fremont Bank | ROBERTSON & LEWIS | Attn: Wm. Thomas Lewis, Esq. | Post Office Box 1257 | | Gilroy | CA | 95021-1257 | | 408-294-3600 | | |
| Counsel to the Official Committee of Tort Claimants appointed by the California Superior Court in the Fourth Bay Fire Cases, Judicial Council Coordination Proceeding Number 4955, Pursuant to the terms of the Court's Case Management Order No. 1 | Robins Cloud LLP | Attn: Bill Robins, III, Robert Bryson and Daniel Turek, Esq. | 650 California Street | Site 450 | Santa Monica | CA | 90401 | | 310-929-4200 | | robins@robinscloud.com rbryson@robinscloud.com |
| Counsel to Ruckman-Leal Creditors, Counsel to Mikel Marroquin | Rodrigues & Associates | Attn: Joseph Whittington, Esq. and Daniel Turek, Esq. | 2020 Eye Street | | Bakersfield | CA | 93301 | | | 310-566-5900 | |
| Counsel to CREATIVE CEILINGS, INC. | ROPERS, MAJESKI, KOHN & BENTLEY | Attn: STEVEN G. POLARD | 445 South Figueroa Street, Suite 3000 | | Los Angeles | CA | 90071 | | 213-312-2000 | 213-312-2001 | steven.polard@rmkb.com |
| Counsel for ELLIOTT MANAGEMENT CORPORATION, on behalf of itself and certain funds and accounts managed, advised, or sub-advised by it | ROPES & GRAY LLP | Attn: Gregg M. Galardi, Keith H. Wofford, Daniel G. Egan | 1211 Avenue of the Americas | | New York | NY | 10036-8704 | | 212-596-9000 | 212-596-9090 | gregg.galardi@ropesgray.com keith.wofford@ropesgray.com daniel.egan@ropesgray.com |
| Counsel for The Baupost Group L.L.C., as the managing general partner and/or investment manager for certain entities | Ropes & Gray LLP | Attn: Matthew M. Roose, Mark I. Bane | 1211 Avenue of the Americas | | New York | NY | 10036-8704 | | 212-596-9000 | 212-596-9090 | mark.bane@ropesgray.com matthew.roose@ropesgray.com |
| Counsel for The Baupost Group L.L.C., as the managing general partner and/or investment manager for certain entities | Ropes & Gray LLP | Attn: Peter L. Welsh, Joshua Y. Sturm, & Patricia I. Chen | Prudential Tower | 800 Boylston Street | Boston | MA | 02199-3600 | | 617-951-7000 | 617-951-7777 | peter.welsh@ropesgray.com joshua.sturm@ropesgray.com patricia.chen@ropesgray.com |
| Counsel for ELLIOTT MANAGEMENT CORPORATION, on behalf of itself and certain funds and accounts managed, advised, or sub-advised by it | ROPES & GRAY LLP | Attn: Stephen Moeller-Sally, Matthew L. McGinnis | Prudential Tower, 800 Boylston Street | | Boston | MA | 02199-3600 | | 617-951-7000 | 617-951-7777 | ssally@ropesgray.com matthew.mcginnis@ropesgray.com |
| Counsel for Creditor ABB, INC. | RUTAN & TUCKER, LLP | Attn: Roger F. Friedman, Philip J. Blanchard | 611 Anton Boulevard | Suite 1400 | Costa Mesa | CA | 92626-1931 | | 714-641-5100 | 714-546-9035 | rfriedman@rutan.com pblanchard@rutan.com |

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel for City and County of San Francisco, including all of its agencies, departments, or instrumentalities | San Francisco City Attorney's Office | Attn: Owen Clements | 1390 Market Street | 7th Floor | San Francisco | CA | 94102 | | 415-554-3944 | 415-437-4644 | Owen.Clements@sfcityatty.org, Catheryn.Daly@sfcityatty.org |
| Counsel for International Business Machines Corp. | Satterlee Stephens LLP | Attn: Christopher R. Belmonte, Esq., Pamela A. Bosswick, Esq. | 230 Park Avenue | | New York | NY | 10169 | | 212-818-9200 | 212-818-9606 | cbelmonte@ssbb.com, pbosswick@ssbb.com |
| COUNSEL TO MARIE VALENCIA, BRANDEE GOLDRICK, KRISTAL DAVIS-SOLIN, ASHLEY DELAMAN, BARBARA MORRIS, MARY HAINES | SAVAGE, LAMB & LUNDE, PC | ATTN: E. RYAN LAMB | 1550 Humboldt Road, Suite 4 | | CHICO | CA | 95928 | | 530-592-3861 | 530-592-3865 | erlamblaw@gmail.com |
| Counsel to Compass Lexecon, LLC | SCHNADER HARRISON SEGAL & LEWIS LLP | Attn: George H. Kalikman | 650 California Street | 19th Floor | San Francisco | CA | 94108-2736 | | 415-364-6734 | | gkalikman@schnader.com |
| Counsel to HDI Global Specialty SE, Munich Re, and Liberty Specialty Markets | SEVERSON & WERSON | Attn: Duane M. Geck, Donald H. Cram, Bernard J. Kornberg | One Embarcadero Center, Suite 2600 | | San Francisco | CA | 94111 | | 415-398-3344 | | dmg@severson.com, dhc@severson.com, bjk@severson.com |
| Counsel for Turner Construction Company | Seyfarth Shaw LLP | Attn: M. Ryan Pinkston | 560 Mission Street | Suite 3100 | San Francisco | CA | 94105 | | 415-397-2823 | 415-397-8549 | rpinkston@seyfarth.com |
| Counsel to Agua Caliente Solar, LLC, Clearway Energy Group LLC, Clearway Energy, Inc., MC Shiloh IV Holdings LLC, NRG Energy, Inc., Solar Partners II LLC, Solar Partners VIII LLC, and Texas Dorm Power, Inc. | Shearman & Sterling LLP | Attn: C. Luckey McDowell | 1100 Louisiana | Suite 3300 | Houston | TX | 77002 | | 713-354-4875 | | luckey.mcdowell@shearman.com |
| Counsel to Agua Caliente Solar, LLC, Clearway Energy Group LLC, Clearway Energy, Inc., MC Shiloh IV Holdings LLC, NRG Energy, Inc., Solar Partners II LLC, Solar Partners VIII LLC, and Texas Dorm Power, Inc. | Shearman & Sterling LLP | Attn: Daniel Laguardia | 535 Mission Street 25th Floor | | San Francisco | CA | 94105 | | 415-616-1114 | | daniel.laguardia@shearman.com |
| Counsel for East Bay Community Energy Authority | Shemanolaw | Attn: David B. Shemano | 1801 Century Park East | Suite 1600 | Los Angeles | CA | 90067 | | 310-492-5033 | | dshemano@shemanolaw.com |
| Counsel to Ormat Technolgies Inc. | Sheppard, Mullin, Richter & Hampton LLP | Attn: Michael M. Lauter, Esq. | Four Embarcadero Center | 17th Floor | San Francisco | CA | 94111 | | 415-434-9100 | 415-434-3947 | mlauter@sheppardmullin.com, olatz@sheppardmullin.com |
| Counsel for PG&E Holdco Group | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP | Attn: ORI KATZ, MICHAEL M. LAUTER, and SHADI FARZAN | Four Embarcadero Center, 17th Floor | | San Francisco | CA | 94111-4109 | | 415-434-9100 | 415-434-3947 | mlauter@sheppardmullin.com, sfarzan@sheppardmullin.com |
| Counsel to Gartner, Inc. | SHIPMAN & GOODWIN LLP | Attn: ERIC GOLDSTEIN | One Constitution Plaza | | Hartford | CT | 06103- | | 860-251-5000 | 860-251-5218 | egoldstein@goodwin.com |
| Attorneys for Cushman & Wakefield, Inc. | Shulman Hodges & Bastian LLP | Attn: Leonard M. Shulman, Melissa Davis Lowe | 100 Spectrum Center Drive | Suite 600 | Irvine | CA | 92618 | | 949-340-3400 | | lshulman@shbllp.com, mlowe@shbllp.com |
| Counsel to Simon Property Group, Inc. | Simon Property Group, Inc. | Attn: Catherine M. Martin, Esq. | 225 West Washington Street | | Indianapolis | IN | 46204 | | 317-685-7263 | 317-263-7901 | cmartin@simon.com |
| Counsel to the Board of PG&E Corporation and Pacific Gas and Electric Company and Certain Current and Former Independent Directors | SIMPSON THACHER & BARTLETT LLP | Attn: Jonathan Sanders | 2475 Hanover Street | | Palo Alto | CA | 94304 | | 650-251-5000 | 650-252-5002 | jsanders@stblaw.com, michael.torkin@stblaw.com |
| Counsel to the Board of PG&E Corporation and Pacific Gas and Electric Company and Certain Current and Former Independent Directors | SIMPSON THACHER & BARTLETT LLP | Attn: Michael H. Torkin, Nicholas Goldin, Kathrine A. McLendon, Jamie J. Fell | 425 Lexington Avenue | | New York | NY | 10017 | | 212-455-2000 | 212-455-2502 | ngoldin@stblaw.com, kmclendon@stblaw.com, jamie.fell@stblaw.com |
| Counsel to the Ad Hoc Committee of Unsecured Tort Claimant Creditors and the Singleton Law Firm Victim Claimants | SINGLETON LAW FIRM, APC | Attn: Gerald Singleton & John C. Lemon | 450 A Street, 5th Floor | | San Diego | CA | 92101 | | 619-771-3473 | 619-255-1515 | gerald@slffirm.com, john@slffirm.com |
| Counsel to Atlantica Yield plc and Mojave Solar LLC | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | Attn: Amy S. Park | 525 University Avenue | | Palo Alto | CA | 94301 | | 650-470-4500 | 650-470-4570 | Amy.Park@skadden.com |
| Counsel to Atlantica Yield plc and Mojave Solar LLC | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | Attn: J. Eric Ivester | Four Times Square | | New York | NY | 10036 | | 212-735-3882 | 917-777-3882 | Eric.Ivester@skadden.com, mbreslauer@swsslaw.com |
| Counsel to Righetti Ranch, LP and Righetti HOAC | Solomon Ward Seidenwurm & Smith, LLP | Attn: Michael D. Breslauer | 401 B Street, Suite 1200 | | San Diego | CA | 92101 | | 619-231-0303 | 619-231-4755 | mbreslauer@swsslaw.com, wyoner@swsslaw.com |
| Counsel for Southern California Edison Company | Southern California Edison Company | Attn: Julia A. Mosel, Patricia A. Cirucci | 2244 Walnut Grove Avenue | 3rd Floor | Rosemead | CA | 91770 | | 626-302-6789 | 626-302-6873 | Julia.Mosel@sce.com, patricia.cirucci@sce.com |
| Counsel for Garcia and Associates | St. James Law, P.C. | Attn: Michael St. James | 22 Battery Street | Suite 888 | San Francisco | CA | 94111 | | 415-391-7566 | 415-391-7568 | Ecf@stjames-law.com |
| Interested Parties Director of Industrial Relations and Office of Self-Insurance Plans, California Department of Industrial Relations | State of California, Department of Industrial Relations | Attn: John Cumming | OFFICE OF THE DIRECTOR PO Box 281 | 455 Golden Gate Avenue, Suite 9516 | San Francisco | CA | 94102 | | 415-486-2038 | 510-622-3265 | jcumming@dir.ca.gov |
| Individual 2015 Butte Fire Victim Creditor | Steve Christopher | | | | Atlaville | CA | 95221 | | 209-910-6992 | | sc2104271@gmail.com |

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Alliant Global Corporate & Specialty | Stevens & Lee, P.C. | Attn: Constantine D. Pourakis | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | | 212-537-0409 | 610-371-1237 | cp@stevenslee.com |
| Counsel to Alliant Global Corporate & Specialty | Stevens & Lee, P.C. | Attn: Leonard P. Goldberger | 620 Freedom Business Center | Suite 200 | King of Prussia | PA | 19406 | | 610-205-6046 | 610-371-7376 | lpg@stevenslee.com |
| Counsel for Liberty Mutual Life Insurance Company | Stewart Sokol & Larkin LLC | Attn: Jan D. Sokol, Esq., Kevin M. Coles, Esq. | 2300 SW First Avenue, Suite 200 | | Portland | OR | 97201 | | 503-221-0699 | 503-223-5706 | jdsokol@lawssl.com, kcoles@lawssl.com |
| Counsel for Tanforan Industrial Park, LLC | STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP | Attn: Dana M. Andreoli | 235 Pine Street | 15th Floor | San Francisco | CA | 94111 | | 415-421-3400 | 415-421-2234 | dandreoli@steyerlaw.com |
| Counsel for Tanforan Industrial Park, LLC | STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP | Attn: Jeffrey H. Lowenthal | 235 Pine Street | 15th Floor | San Francisco | CA | 94104 | | 415-421-3400 | 415-421-2234 | jlowenthal@steyerlaw.com |
| Counsel for Tanforan Industrial Park, LLC | STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP | Attn: Stacey C. Quan | 235 Pine Street | | San Francisco | CA | 94104 | | 415-421-3400 | 415-421-2234 | squan@steyerlaw.com |
| Counsel to The Okonite Company | STITES & HARBISON PLLC | Attn: Elizabeth Lee Thompson | 250 West Main Street | Suite 2300 | Lexington | KY | 40507-1758 | | 859-226-2300 | 859-253-9144 | ethompson@stites.com |
| Counsel to Avangrid Renewables, LLC, Klondike Wind Power III LLC, and Shiloh I Wind Project LLC, Enel Green Power North America, Inc., et al. and Enel X, Counsel for Gill Ranch Storage, LLC, Counsel for Dynamics, Inc., et al., Counsel for FTP Power LLC, et al. | Stoel Rives LLP | Attn: Andrew H. Morton, Jennifer N. Slocum | 600 University Street, Suite 3600 | | Seattle | WA | 98101 | | 206-624-0900 | 206-386-7500 | andrew.morton@stoel.com, jennifer.slocum@stoel.com |
| Counsel for Gill Ranch Storage, LLC, Counsel for Dynamics, Inc., et al., Counsel for FTP Power LLC et al. | STOEL RIVES LLP | Attn: David B. Levant | 101 S. Capitol Boulevard | Suite 1900 | Boise | ID | 83702 | | 208-389-9000 | 208-389-9040 | david.levant@stoel.com |
| Counsel to Avangrid Renewables, LLC, Klondike Wind Power III LLC, and Shiloh I Wind Project LLC, Enel Green Power North America, Inc., et al. and Enel X, Counsel for Gill Ranch Storage, LLC, Counsel for Dynamics, Inc., et al., Counsel for FTP Power LLC, et al. | Stoel Rives LLP | Attn: Oren Buchanan Haker | 760 SW Ninth, Suite 3000 | | Portland | OR | 97205 | | 503-294-9338 | 503-220-2480 | oren.haker@stoel.com |
| | STOEL RIVES LLP | Attn: Sunny S. Sarkis | 500 Capitol Mall | Suite 1600 | Sacramento | CA | 98514 | | 916-447-0700 | 916-447-4781 | sunny.sarkis@stoel.com |
| | STRADLING YOCCA CARLSON & RAUTH, P.C. | ATTN: PAUL R. GLASSMAN | 100 Wilshire Boulevard, 4th Floor | | Santa Monica | CA | 90401 | | 424-214-7000 | 424-288-5537 | pglassman@sycr.com |
| Counsel to South San Joaquin Irrigation District | STROOCK & STROOCK & LAVAN LLP | Attn: David W. Moon | 2029 Century Park East | | Los Angeles | CA | 90067-3086 | | 310-556-5800 | 310-556-5959 | dmoon@stroock.com |
| Counsel for Mizuho Bank, Ltd. Counsel for JPMorgan Chase Bank, N.A., as DIP Administrative Agent | Stroock & Stroock & Lavan LLP | Attn: Frank A. Merola | 2029 Century Park East | | Los Angeles | CA | 90067-3086 | | 310-556-5800 | 310-556-5959 | fmerola@stroock.com |
| Counsel for JPMorgan Chase Bank, N.A., as DIP Administrative Agent | Stroock & Stroock & Lavan LLP | Attn: Kristopher M. Hansen, Erez E. Gilad, Matthew G. Garofalo | 180 Maiden Lane | | New York | NY | 10038-4982 | | 212-806-5400 | 212-806-6006 | khansen@stroock.com egilad@stroock.com mgarofalo@stroock.com |
| Counsel for Creditors | STROOCK & STROOCK & LAVAN LLP | Attn: Mark A. Speiser, Kenneth Pasquale, Sherry J. Millman, Harold A. Olsen | 180 Maiden Lane | | New York | NY | 10038-4982 | | 212-806-5400 | 212-806-6006 | mspeiser@stroock.com kpasquale@stroock.com smillman@stroock.com holsen@stroock.com |
| Public Entities Impacted by the Wildfires | Stutzman, Bromberg, Esserman & Plifka, P.C. | Attn: Sander L. Esserman, Cliff I. Taylor | 2323 Bryan Street | Suite 2200 | Dallas | TX | 5201-2689 | | 214-969-4910 | | esserman@sbep-law.com taylor@sbep-law.com |
| Counsel for Project Management, Inc. | Synergy Project Management, Inc. | c/o Law Office of Ivan C. Jen | 1017 Andy Circle | | Sacramento | CA | 95838 | | 415-504-2706 | | ivan@icjenlaw.com |
| Counsel for BrightView Enterprise Solutions, LLC, Counsel for Granite Construction Incorporated, BrightView Landscape Services, Inc. | Taylor English Duma LLP | Attn: John W. Mills, III | 1600 Parkwood Circle | Suite 200 | Atlanta | GA | 30339 | | 770-434-6868 | 770-434-7376 | jmills@taylorenglish.com |
| Counsel for The Davey Tree Expert Company | The Davey Tree Expert Company | Attn: Erika J. Schoenberger, General Counsel | 1500 N. Mantua Street | | Kent | OH | 44240 | | 330-673-9511 Ext 8549 | | Erika.Schoenberger@davey.com |

Case: 19-30088 Doc# 6524 Filed: 04/03/20 Entered: 04/03/20 Page 57 of 62

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to International Church of the Foursquare Gospel | The Law Office of Joseph West | Attn: Joseph West Esq. | 575 E. Locust Ave., Suite 120 | | Fresno | CA | 93720 | | 310-478-0890 | 866-624-0763 | josephwest@westlawfirmofcalifornia.com |
| Counsel to The Regents of the University of California | The Regents of the University of California | Attn: Rhonda Stewart Goldstein | Office of the General Counsel | 1111 Franklin Street, 8th Floor | Oakland | CA | 94607-5200 | | 510-987-9800 | 510-987-9757 | rhonda.goldstein@ucop.edu |
| Counsel to Compass Lexecon, LLC | TOGUT, SEGAL & SEGAL LLP | Attn: Albert Togut, Kyle J. Ortiz, Amy M. Oden, Amanda C. Glaubach | One Penn Plaza | Suite 3335 | New York | NY | 10119 | | 212-594-5000 | 212-967-4258 | altogut@teamtogut.com kortiz@teamtogut.com aoden@teamtogut.com aglaubach@teamtogut.com |
| Counsel for Valero Refining Company-California | Trodella & Lapping LLP | Attn: Richard A. Lapping | 540 Pacific Avenue | | San Francisco | CA | 94133 | | 415-399-1015 | 415-651-9004 | Rich@Trodellalapping.com |
| Counsel for Consolidated Edison Development Inc. | TROUTMAN SANDERS LLP | Attn: Gabriel Ozel | 11682 El Camino Real, Suite 400 | | San Diego | CA | 92130-2092 | | 858-509-6000 | 858-509-6040 | gabriel.ozel@troutman.com |
| Counsel for Southern Power Company | TROUTMAN SANDERS LLP | Attn: Harris B. Winsberg, Esq., Matthew G. Roberts, Esq. | 600 Peachtree St. NE | Suite 3000 | Atlanta | GA | 30308 | | 404-885-3348 / 404-885-3000 | 404-885-3900 | harris.winsberg@troutman.com matthew.roberts2@troutman.com |
| Counsel for Consolidated Edison Development Inc. | Troutman Sanders LLP | Attn: Hugh M. McDonald | 875 Third Avenue | | New York | NY | 10022 | | 212-704-6000 | 212-704-6288 | hugh.mcdonald@troutman.com |
| Counsel to Southern Power Company, Consolidated Edison Development, Inc. | TROUTMAN SANDERS LLP | Attn: Marcus T. Hall, Katherine L. Malone | 3 Embarcadero Center | Suite 800 | San Francisco | CA | 94111 | | 415-477-5700 | 415-477-5710 | marcus.hall@troutman.com katherine.malone@troutman.com |
| Counsel to the Federal Energy Regulatory Commission | U.S. Department of Justice, Civil Division | Attn: Joseph H. Hunt, Ruth A. Harvey, Kirk Manhardt, Matthew Troy, Marc S. Sacks, Shane Huang, Michael S. Tye, Rodney A. Morris | 11001 Street, NW | | Washington | DC | 20530 | | 202-616-0341 | 202-514-9163 | shane.huang@usdoj.gov michael.tye@usdoj.gov Rodney.Morris2@usdoj.gov |
| Counsel to the Federal Energy Regulatory Commission | U.S. Department of Justice, Civil Division | Attn: Joseph H. Hunt, Ruth A. Harvey, Kirk Manhardt, Matthew Troy, Marc S. Sacks, Shane Huang, Michael S. Tye, Rodney A. Morris | P.O. Box 875 | Ben Franklin Station | Washington | DC | 20044-0875 | | 202-616-0341; 202-305-2419; 202-305-1759 | 202-514-9163 | shane.huang@usdoj.gov michael.tye@usdoj.gov Rodney.Morris2@usdoj.gov |
| Nuclear Regulatory Commission | U.S. Nuclear Regulatory Commission | Attn: General Counsel | U.S. NRC Region IV | 1600 E. Lamar Blvd. | Arlington | TX | 76011 | | 817-860-8100 | | |
| Nuclear Regulatory Commission | U.S. Nuclear Regulatory Commission | Attn: General Counsel | | STOP 15D0 | Washington | DC | 20555-0001 | | 301-415-7000 | | |
| Protected Party | Union Pacific Railroad Company | Attn: Tonya W. Conley, Lila L. Howe | 1400 Douglas Street | | Omaha | NE | 68179 | | 402-544-3015 | | bankruptcynotices@up.com |
| US Securities and Exchange Commission | US Securities and Exchange Commission | Attn: Jina Choi, Regional Director | San Francisco Regional Office | 44 Montgomery Street, Suite 2800 | San Francisco | CA | 94104 | | 415-705-2500 | | sanfrancisco@sec.gov |
| US Securities and Exchange Commission | US Securities and Exchange Commission | Attn: Office of General Counsel | 100 F St. NE MS 6041B | | Washington | DC | 20549 | | 202-551-5100 | | secbankruptcy@sec.gov |
| Counsel for Interstate Fire & Casualty Company | Vedder Price (CA), LLP | Attn: Scott H. Olson | 275 Battery Street, Suite 2464 | | San Francisco | CA | 94111 | | 415-749-9513 | | solson@vedderprice.com |
| Counsel for Vertiv Corporation, Nuance Communications, Inc. | Vorys, Sater, Seymour and Pease LLP | Attn: Tiffany Strelow Cobb, Esq. | 52 East Gay Street | | Columbus | OH | 43215 | | 614-464-8322 | 614-719-4663 | tscobb@vorys.com |
| Counsel to Public Employees Retirement Association of New Mexico | WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK, LLP | Attn: James M. Wagstaffe & Frank Busch | 100 Pine Street | Suite 725 | San Francisco | CA | 94111 | | 415-357-8900 | 415-371-0500 | wagstaffe@wvbrlaw.com busch@wvbrlaw.com |
| Individual Plaintiffs Executive Committee appointed by the California Superior Court in the North Bay Fire Cases, Judicial Council Coordination Proceeding Number 4955, Pursuant to the terms of the Court's Case Management Order No. 1 | Walkup Melodia Kelly & Schoenberger | Attn: Michael A. Kelly, Khaldoun A. Baghdadi, Max Schuver | 650 California Street | 26th Floor | San Francisco | CA | 94108 | | 415-981-7210 | 415-391-6956 | mkelly@walkuplawoffice.com kbaghdadi@walkuplawoffice.com mschuver@walkuplawoffice.com |
| Counsel for Aera Energy LLC, Midway Sunset Cogeneration Company | Walter Wilhelm Law Group a Professional Corporation | Attn: Riley C. Walter, Michael L. Wilhelm | 205 E. River Park Circle | Suite 410 | Fresno | CA | 93720 | | 559-435-9800 | 559-435-9868 | rileywalter@W2LG.com Mwilhelm@W2LG.com |
| Counsel to Debtor | Weil, Gotshal & Manges LLP | Attn: Stephen Karotkin, Jessica Liou, Matthew Goren | 767 Fifth Avenue | | New York | NY | 10153-0119 | | 212-310-8000 | 212-310-8007 | stephen.karotkin@weil.com matthew.goren@weil.com jessica.liou@weil.com |
| Counsel for Engineers and Scientists of California, Local 20, IFPTE; Counsel for SEIU United Service Workers - West | Weinberg Roger & Rosenfeld | Attn: Emily P. Rich | 1001 Marina Village Parkway | Suite 200 | Alameda | CA | 94501-1091 | | 510-337-1001 | 510-337-1023 | bankruptcycourtnotices@unioncounsel.net erich@unioncounsel.net tmraingruy@unioncounsel.net cgray@unioncounsel.net |
| Counsel to Southwire Company, LLC | WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN | Attn: Julie E. Oelsner | 400 Capitol Mall, 11th Floor | | Sacramento | CA | 95814 | | 916-558-6000 | 916-446-1611 | joelsner@weintraub.com |

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Michael G. Kasolas, Claims Representative | Wendel Rosen LLP | Attn: Mark S. Bostick, Lisa Lenherr | 1111 Broadway | 24th Floor | Oakland | CA | 94607 | | 510-834-6600 | 510-834-1928 | mbostick@wendel.com; llenherr@wendel.com |
| Counsel for Sempra Energy, San Diego Gas & Electric Company, and Southern California Gas Company | White & Case LLP | Attn: J Christopher Shore | 1221 Avenue of the Americas | | New York | NY | 10020-1095 | | 212-819-8200 | 212-354-8113 | cshore@whitecase.com |
| Counsel for Sempra Energy, San Diego Gas & Electric Company, and Southern California Gas Company | White & Case LLP | Attn: Roberto J. Kampfner | 555 South Flower Street | Suite 2700 | Los Angeles | CA | 90071 | | 213-620-7700 | 213-452-2329 | rkampfner@whitecase.com |
| Counsel for Sempra Energy, San Diego Gas & Electric Company, and Southern California Gas Company | White & Case LLP | Attn: Thomas E Lauria, Matthew C. Brown | Southeast Financial Center | 200 South Biscayne Boulevard, Suite 4900 | Miami | FL | 33131-2352 | | 305-371-2700 | 305-385-5744 | tlauria@whitecase.com; mbrown@whitecase.com |
| Counsel for Ballard Marine Construction, Inc. | Williams Kastner | Attn: Todd W. Blischke | 601 Union Street | Suite 4100 | Seattle | WA | 98101-2380 | | 206-628-6623 | | TBlischke@williamskastner.com |
| Counsel for Ad Hoc Group of Subrogation Claim Holders | Willkie Farr & Gallagher LLP | Attn: Matthew A. Feldman, Joseph G. Minias, Daniel I. Forman | 787 Seventh Avenue | | New York | NY | 10019-6099 | | 212-728-8000 | 212-728-8111 | mfeldman@willkie.com; jminias@willkie.com; dforman@willkie.com |
| Interested Party ICE NGX Canada Inc. | WILMER CUTLER PICKERING HALE & DORR LLP | Attn: Chris Johnstone | 950 PAGE MILL ROAD | | PALO ALTO | CA | 94304 | | | | CHRIS.JOHNSTONE@WILMERHALE.COM |
| Counsel for Macquarie Energy LLC, Counsel for California Efficiency + Demand Management Council, Counsel for Cypress Energy Partners, L.P., Tulsa Inspection Resources – PUC, LLC, Tulsa Inspection Resources, LLC, CF Inspection Management, LLC, and Cypress Energy Management – TIR, LLC, Counsel for Peninsula Clean Energy Authority, Counsel to the City of San Jose, CA | Winston & Strawn LLP | Attn: David Neier | 200 Park Avenue | 40th Floor | New York | NY | 10166-4193 | | 212-294-6700 | 212-294-4700 | dneier@winston.com |
| Counsel to the City of San Jose, CA | WINSTON & STRAWN LLP | Attn: Jennifer MacHin Cecil | 101 California Street | 35th Floor | San Francisco | CA | 94111-5840 | | 415-591-1000 | 415-591-1400 | Jcecil@winston.com |
| Counsel for California Efficiency + Demand Management Council, Counsel for Cypress Energy Partners, L.P., Tulsa Inspection Resources – PUC, LLC, Tulsa Inspection Resources, LLC, CF Inspection Management, LLC, and Cypress Energy Management – TIR, LLC, Counsel for Peninsula Clean Energy Authority | WINSTON & STRAWN LLP | Attn: Justin E. Rawlins | 333 S. Grand Avenue | 38th Floor | Los Angeles | CA | 90071-1543 | | 213-615-1700 | 213-615-1750 | jrawlins@winston.com |
| Counsel for Macquarie Energy LLC | Winston & Strawn LLP | Attn: Michael A. Yuffee | 1700 K Street, N.W. | | Washington | DC | 20006-3817 | | 202-282-5000 | 202-282-5100 | myuffee@winston.com |
| Counsel for Hoffman Southwest Corp. dba Professional Pipeline Services | WINTHROP COUCHOT GOLUBOW HOLLANDER, LLP | Attn: Richard H. Golubow | 1301 Dove Street | Suite 500 | Newport Beach | CA | 92660 | | 949-720-4100 | 949-720-4111 | rgolubow@wcghlaw.com |
| Counsel for Liberty Mutual Life Insurance Company | Wolkin Curran, LLP | Attn: James D. Curran, Esq. | 111 Maiden Lane, 6th Floor | | San Francisco | CA | 94108 | | 415-982-9390 | 415-982-4328 | jcurran@wolkincurran.com |
| Counsel for Ballard Marine Construction, Inc. | Worley Law, P.C. | Attn: Kirsten A. Worley | 1572 Second Avenue | | San Diego | CA | 92101 | | 619-550-1004 | | kw@lawcorp.com |
| Counsel to Plaintiffs Santiago Gatto and Ambalia Tial | Young Ward & Lothert, A Professional Law Corporation | Attn: Scott Ward, Esq. | 995 Morning Star Dr., Suite C | | Sonora | CA | 95370-5192 | | 209-536-2750 | 209-536-2752 | info@youngwardlothert.com |

Exhibit B – Service List by Mail Only

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| Counsel for Ballard Marin Construction, Inc. | William Kastner | Attn: Todd W. Blischke<br>601 Union Street<br>Suite 4100<br>Seattle, WA 98101-2380 |
| Counsel for Official Committee of Tort Claimants | Baker& Hostetler, LLP | Attn: Eric Sagerman, Esq. and Cecily Dumas, Esq.<br>11601 Wilshire Boulevard<br>Suite 1400<br>Los Angeles, CA 90025-0509 |
|  | Davis Polk & Wardwell LLP | Attn: Andrew D. Yaphe<br>55 Hudson Yards<br>New York, NY 10001-2163 |
| Counsel for the Official Committee of Unsecured Creditors | Milbank LLP | Attn: Dennis F. Dunne, Samuel A. Khalil<br>55 Hudson Yards<br>New York, NY 10001-2163 |
| Official Committee of Unsecured Creditors | Milbank LLP | Attn: Paul S. Aronzon, Esq., Gregory A. Bray, Esq., and Thomas  R. Kreller, Esq.<br>2029 Century Park East, 33rd Floor<br>Los Angeles, CA 90067 |
| Office of the United States Trustee | Office of the United States Trustee | Attn: James L. Snyder, Esq. & Timothy Lafreddi, Esq.,<br>450 Golden Gate Ave Suite 05-0153<br>San Francisco CA 94102 |
| Administrative Agent Under the Debtors' Debtor-in- Possession Financing Facility | Stroock  &  Stroock  & Lavan  LLP | Attn: Frank A. Merola, Esq.<br>2029 Century Park East<br>Los Angeles, CA 90067-3086 |
| Administrative Agent Under the Debtors' Debtor-in- Possession Financing Facility | Stroock  &  Stroock  & Lavan  LLP | Attn: Kristopher M. Hansen, Esq., Erez E. Gilad, Esq., and Matthew G. Garofalo, Esq.<br>180 Maiden Lane<br>New  York, NY 10038-4982 |
| Counsel for the collateral Agent Under the Debtors' Debtor-in-Possession Financing Facility | Davis Polk & Wardwell LLP | Attn: Eli J. Vonnegut, Esq., David Schiff, Esq., and Timothy Graulich, Esq.<br>450 Lexington Avenue<br>New York, NY 10017 |
| Counsel to the California Public Utilities Commission | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Alan W. Kornberg, Esq., Brian S. Hermann, Esq., Walter R. Rieman, Esq., Sean A. Mitchell, Esq., and Neal P. Donnelly, Esq.<br>1285 Avenue of the Americas<br>New York, NY 10019-6064 |

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| Debtors | PG&E Corporation | Attn: Janet Loduca, Esq.<br>c/o PG&E Corporation and Pacific Gas and Electric Company<br>P.O. Box 770000<br>77 Beale Street<br>San Francisco, CA 94105 |
| Proposed Attorneys for Debtors | Weil, Gotshal & Manges LLP | Attn: Stephen Karotkin, Esq., Jessica Liou, Esq., and Matthew Goren, Esq.<br>767 Fifth Avenue<br>New York, NY 10153 |
| Proposed Attorneys for Debtors | Keller & Benvenutti LLP | Attn: Tobias Keller, Esq. and Jane Kim, Esq.<br>650 California Street, Suite 1900<br>San Francisco, CA 94108 |
| Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company | Akin Gump Strauss Hauer & Feld LLP | Attn: David P. Simmons<br>1999 Avenue of the Stars<br>Suite 600<br>Los Angeles, CA 90067 |
| Federal Energy Regulatory Commission | Federal Energy Regulatory Commission | Attn: General Counsel<br>888 First St NE<br>Washington DC 20426 |
| Counsel for City and County of San Francisco, including all of its agencies, departments, or instrumentalities | Greene Radovsky Maloney Share & Hennigh LLP | Attn: Edward J. Tredinnick<br>Four Embarcadero Center Suite 4000<br>San Francisco CA 94111-4106 |
| Counsel for DTE Stockton, LLC, Mt. Poso Congeneration Company, LLC f/k/a Mt. Poso Congeneration Company, L.P., Potrero Hills Energy Producers, LLC, Sunshine Gas Producers, LLC Woodland Biomass Power, LLC f/k/a Woodland Biomass Power Ltd. | Greene Radovsky Maloney Share & Hennigh LLP | Attn: Kevin S. Eckhardt<br>50 California Street<br>Suite 1700<br>San Francisco, CA 94111 |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation<br>2970 Market St<br>Philadelphia PA 19104-5016 |
| Interested Party John A. Vos | John A. Vos | 1430 Lincoln Avenue<br>San Rafael, CA 94901 |

1017521.3

# Exhibit B – Service List by Mail Only

| DESCRIPTION | NAME | ADDRESS |
| --- | --- | --- |
| Counsel for Philip Verwey d/b/a Philip Verwey Farms | McCormick Barstow LLP | Attn: H. Annie Duong<br>Counsel for Philip Verwey d/b/a Philip Verwey Farms<br>7647 North Fresno Street<br>Fresno CA 93720 |
| Office of the United States Attorney for the Northern District of California | Office of the United States Attorney for the Northern District of California | Attn: Bankruptcy Unit<br>Federal Courthouse<br>450 Golden Gate Avenue<br>San Francisco CA 94102 |
| Interested Party Placer County Office of the Treasurer-Tax Collector | Placer County Office of the Treasurer-Tax Collector | Attn: Robert Kanngiesser<br>2976 Richardson Drive<br>Auburn CA 95603 |
| Counsel for City and County of San Francisco, including all of its agencies, departments, or instrumentalities | San Francisco City Attorney's Office | Attn: Owen Clements<br>1390 Market Street<br>7th Floor<br>San Francisco CA 94102 |
| U.S. Bankruptcy Court Northern District of CA | U.S. Bankruptcy Court Northern District of CA | Attn: Honorable Dennis Montali<br>PG&E Corp. Chambers Copy<br>450 Golden Gate Ave, 18th Floor<br>San Francisco CA 94102 |
| Nuclear Regulatory Commission | U.S. Nuclear Regulatory Commission | Attn: General Counsel<br>U.S. NRC Region IV<br>1600 E. Lamar Blvd.<br>Arlington TX 76011 |
| Nuclear Regulatory Commission | | Attn: General Counsel<br>Washington, DC 20555-0001 |
| Counsel for the United States Department of Energy | United States Department of Justice – Civil Division | Attn: Danielle A. Pham, Esq.<br>1100 L Street, N.W.<br>Room 10030<br>Washington, DC 20530 |
| Counsel for the United States Department of Energy | United States Department of Justice – Civil Division | Attn: Danielle A. Pham<br>1100 L Street, N.W.<br>Room 10030<br>Washington, DC 20530 |
| Interested Party | Union Pacific Railroad Company | Attn: Tonya W. Conley, Lila L. Howe<br>1400 Douglas Street<br>STOP 1580<br>Omaha, NE 68179 |