EDWARD J. TREDINNICK (#84033)
GREENE RADOVSKY MALONEY
   SHARE & HENNIGH LLP
Four Embarcadero Center, Suite 4000
San Francisco, California 94111-4106
Telephone: (415) 981-1400
Facsimile: (415) 777-4961
E-mail: etredinnick@greeneradovsky.com

Attorneys for Creditor,
City and County of San Francisco

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>-and-<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtors,<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No.: 19-30088-DM<br><br>Chapter 11<br><br>**JOINDER OF THE CITY AND COUNTY OF SAN FRANCISCO TO THE STATEMENT OF VALLEY CLEAN ENERGY ALLIANCE REGARDING CASE RESOLUTION CONTINGENCY PROCESS**<br><br>DATE: April 7, 2020<br>TIME: 10:00 am<br>PLACE: Courtroom 17<br>          450 Golden Gate Avenue, 16th Fl.<br>          San Francisco, California<br>JUDGE: Hon. Dennis Montali<br><br>RELATED DOCKET NOS: 6398, 6624__ |

      The City and County of San Francisco (**"San Francisco"**) in the above-captioned chapter 11 cases of Pacific Gas and Electric Company (the **"Utility"**) and PG&E Corporation (**"PG&E"** and, together with the Utility, the **"Debtors"**), hereby joins, as further described herein, in the Valley Clean Energy Alliance's Statement Regarding Case Resolution Contingency Process (the **"VCE**

GREENE RADOVSKY
MALONEY SHARE &
HENNIGH LLP
FOUR EMBARCADERO
CTR, SUITE 4000
SAN FRANCISCO, CA
94111

566326

1

Case: 19-30088   Doc# 6626   Filed: 04/04/20   Entered: 04/04/20 11:15:51   Page 1 of 3

**Statement**") [Dkt No. 6624].

## JOINDER

San Francisco is interested in the issues raised in the VCE Statement as a municipality that has expressed an interest in acquiring portions of PG&E's distribution system and wishes to continue with those discussions with PG&E, or any successor entity, under either a reorganization plan that is confirmed by this court or pursuant to the Case Resolution Contingency Plan, if it becomes necessary.

San Francisco specifically supports the VCE Statement in its support for the opportunity for local acquisition and control in connection with any Bidding Procedures and Sale Process that is adopted under the Case Resolution Contingency Plan. San Francisco shares VCE's concern that any procedure not discriminate against public acquisition. As previously detailed in filings in this Court as well as correspondence with PG&E, the sale of components of PG&E's distribution system, such as the portions that San Francisco has indicated an interest in acquiring, would result in several billion dollars in much needed capital being made available to PG&E that would both enhance the value of any overall sale and facilitate safe reliable operations in the future.

## CONCLUSION

For the reasons stated herein, San Francisco joins the VCE Statement.

Respectfully submitted,

Dated: April 4, 2020

GREENE RADOVSKY MALONEY
SHARE & HENNIGH LLP

By: /s/ Edward Tredinnick
Edward J. Tredinnick
Attorneys for Creditor,
City and County of San Francisco

GREENE RADOVSKY
MALONEY SHARE &
HENNIGH LLP
FOUR EMBARCADERO
CTR, SUITE 4000
SAN FRANCISCO, CA
94111

## CERTIFICATE OF SERVICE

I hereby certify that the attached document was properly filed on April 4, 2020 with ECF/CM system of the United States Bankruptcy Court for the Northern District of California and that a Notification of Electronic Filing of this document was sent via the ECF/CM noticing system to all ECF Registered Participants in this case.

Dated: April 4, 2020

/s/Edward Tredinnick
Edward J. Tredinnick

GREENE RADOVSKY
MALONEY SHARE &
HENNIGH LLP
FOUR EMBARCADERO
CTR, SUITE 4000
SAN FRANCISCO, CA
94111

566326

3