| | |
|---|---|
| 1 | Paul R. Glassman (SBN 76536) |
| | STRADLING YOCCA CARLSON & RAUTH, P.C. |
| 2 | 10100 N. Santa Monica Boulevard, Suite 1400 |
| | Los Angeles, CA 90067 |
| 3 | Telephone: (424) 214-7000 |
| | Facsimile: (424) 214-7010 |
| 4 | Email: pglassman@sycr.com |
| 5 | Mia S. Brown (SBN 242268) |
| | General Counsel |
| 6 | SOUTH SAN JOAQUIN IRRIGATION DISTRICT |
| | 11011 E. Highway 120 |
| 7 | Manteca, CA 95336 |
| | Telephone: (209) 249-4600 |
| 8 | Facsimile: (209) 249-4692 |
| | Email: mbrown@ssjid.com |

Attorneys for Creditor and Party-In-Interest,
South San Joaquin Irrigation District

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In Re:**<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19 - 30088 (DM)<br><br>Chapter 11<br><br>Lead Case<br><br>Jointly Administered<br><br>**JOINDER OF SOUTH SAN JOAQUIN IRRIGATION DISTRICT TO VALLEY CLEAN ENERGY ALLIANCE'S STATEMENT REGARDING CASE RESOLUTION CONTINGENCY PROCESS [Dkt No. 6624]**<br><br>Date: April 7, 2020<br>Time: 10:00 a.m.<br>Place: United States Bankruptcy Court<br>450 Golden Gate Ave., 16th Flr, Crt. 17<br>San Francisco, CA<br>Judge: Hon. Dennis Montali |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
LOS ANGELES

South San Joaquin Irrigation District (the "District") hereby joins in *Valley Clean Energy Alliance's Statement Regarding Case Resolution Contingency Process* (Dkt. 6624) (the "VCE Statement").[1] As explained in the VCE Statement, the *Case Resolution Contingency Process* ("CRC Process") follows through on the Governor's expressed support for public action, including for the state to step in to restructure Pacific Gas and Electric Company ("PG&E" or the "Utility").

The District has long pursued acquisition of certain assets for the retail sale of electricity (the "Property") from PG&E, either through a consensual transaction or by exercise of the District's eminent domain power pursuant to California law. The District is an irrigation district organized and existing under Division 11 of the Water Code of the State of California. The District provides water for irrigation and domestic use and also generates solar and hydropower electricity for sale to PG&E pursuant to certain prepetition contracts. Additionally, for several years the District has sought to provide retail electric service to approximately 40,000 customers in the District's service area.

The public benefits of the District acquiring the Property include providing safe and reliable electric service at reduced rates, local control of and responsibility for the system, and stimulating the local economy through reduced rates. These goals and priorities are shared by other Northern California local public entities, including Valley Clean Energy Alliance ("VCE"), the City and County of San Francisco ("San Francisco"),[2] and Nevada Irrigation District, as well as the California Public Utilities Commission. *See* Exhibits 1 and 2 to Declaration of Mitch Sears in support of the VCE Statement.

Years before these bankruptcy cases were filed, the District offered to acquire the Property from PG&E, which declined. The District then sought to acquire the Property by filing an eminent domain proceeding, and PG&E filed a related action. So, the District and PG&E are party to two proceedings pending in the California Court of Appeals, Third Appellate District ("State Court Proceedings") that relate to the Property.

---

[1] The VCE Statement in its entirety is incorporated in this Joinder by this reference.
[2] San Francisco filed a joinder in the VCE Statement (Dkt. 6626) ("San Francisco Joinder").

-1-

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
LOS ANGELES

After the bankruptcy filings, the District renewed its earlier offer to acquire the Property from PG&E; this offer was rejected. The District filed a *Motion of South San Joaquin Irrigation District for Relief from the Automatic Stay to Permit Proceedings in Non-Bankruptcy Forum to Continue* (Dkt. No. 6078) (the "Motion") to allow the State Court Proceedings to continue. PG&E and PG&E Corporation (together with PG&E, the "Debtors") and the District agreed upon a stipulation resolving the Motion, and the Court lifted the stay of the State Court Proceedings as set forth in its *Order Approving Stipulation Between Debtors And South San Joaquin Irrigation District For Relief From The Automatic Stay* (Dkt. 6390), which was entered on March 20, 2020.

The District's pursuit of the Property is entirely consistent with the potential acquisition and public control of PG&E assets in connection with the Bidding Procedures[3] and Sale Process contemplated by the CRC Process. Accordingly, like VCE and San Francisco, the District supports working with the State of California, a party backed by the State of California, or any other party who would promote and advance the opportunity for local acquisition and control of PG&E assets.

Finally, the District agrees with VCE and San Francisco that any procedure governing the acquisition of PG&E assets should not discriminate against public acquisition or against local acquisition and control.[4] The District reserves all of its rights, including its rights to raise substantive objections to plan provisions at the appropriate time.

DATED: April 5, 2020

STRADLING YOCCA CARLSON & RAUTH A PROFESSIONAL CORPORATION

By: /s/ *Paul R. Glassman*
Paul R. Glassman
Attorneys for Creditor and Party-in-Interest
South San Joaquin Irrigation District

---

[3] Capitalized terms that are not defined herein have the meanings set forth in the *Debtors' Motion Pursuant to 11 U.S.C. §§ 105 and 363 and Fed. R. Bankr. P. 9019 for Entry of an Order (I) Approving Case Resolution Contingency Process and (II) Granting Related Relief* (Dkt. 6398).

[4] VCE Statement at p. 2, line 20 and p. 3, lines 9-10; San Francisco Joinder at p. 2, lines 9-10.

-2-

# CERTIFICATE OF SERVICE

I hereby certify that the attached document was properly filed on April 5, 2020 with the ECF/CM system of the United States Bankruptcy Court for the Northern District of California and that a Notification of Electronic Filing of this document was sent via the ECF/CM noticing system to all ECF Registered Participants in this case.

Dated: April 5, 2020

*/s/ Paul R. Glassman*
Paul R. Glassman

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
LOS ANGELES