| | |
|---|---|
| WEIL, GOTSHAL & MANGES LLP<br>Stephen Karotkin (*pro hac vice*)<br>(stephen.karotkin@weil.com)<br>Ray C. Schrock, P.C. (*pro hac vice*)<br>(ray.schrock@weil.com)<br>Jessica Liou (*pro hac vice*)<br>(jessica.liou@weil.com)<br>Matthew Goren (*pro hac vice*)<br>(matthew.goren@weil.com)<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>Tel: 212 310 8000<br>Fax: 212 310 8007<br><br>KELLER BENVENUTTI KIM LLP<br>Tobias S. Keller (SBN 151445)<br>(tkeller@kbkllp.com)<br>Jane Kim (SBN 298192)<br>(jkim@kbkllp.com)<br>650 California Street, Suite 1900<br>San Francisco, CA 94108<br>Tel: 415 496 6723<br>Fax: 650 636 9251 | JONES DAY<br>Bruce S. Bennett (SBN 105430)<br>Joshua M. Mester (SBN 194783)<br>James O. Johnston (SBN 167330)<br>555 South Flower Street<br>Fiftieth Floor<br>Los Angeles, CA 90071-2300<br>Telephone: (213) 489-3939<br>Facsimile: (213) 243-2539<br>E-mail: bbennett@jonesday.com<br>jmester@jonesday.com<br>jjohnston@jonesday.com<br><br>*Attorneys for the Shareholder Proponents* |

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>    - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                                **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION OF STEPHEN KAROTKIN IN SUPPORT OF DEBTORS' AND SHAREHOLDER PROPONENTS' MOTION PURSUANT TO 11 U.S.C. §§ 105(a) AND 107(b) AND FED. R. BANKR. P. 9018 FOR ENTRY OF AN ORDER AUTHORIZING THE SEALING OF THE DEBTORS' AND SHAREHOLDER PROPONENTS' OBJECTION TO MOTION OF THE AD HOC COMMITTEE OF SENIOR UNSECURED NOTEHOLDERS FOR ENFORCEMENT OF THE NOTEHOLDER RSA**<br><br>[No Hearing Requested] |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

1  I, Stephen Karotkin, pursuant to 11 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. I am a member of the firm Weil, Gotshal & Manges LLP, which serves as legal advisors to PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and debtors in possession (collectively, "**PG&E**" or the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"). I am authorized to submit this Declaration on behalf of the Debtors. The facts set forth in this Declaration are based upon my personal knowledge, my review of relevant documents, and information provided to me by the Debtors' other employees or the Debtors' legal, restructuring, and financial advisors. If called upon to testify, I would testify to the facts set forth in this Declaration.

2. This Declaration is submitted in support of the *Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a) and 107(b) and Fed. R. Bankr. P. 9018 for Entry of an Order Authorizing the Sealing of the Debtors' and Shareholder Proponents' Objection to Motion of the Ad Hoc Committee of Senior Unsecured Noteholders for Enforcement of the Noteholder RSA* (the "**Sealing Motion**"), filed concurrently herewith, which seeks entry of an order (i) (i) authorizing the Debtors and the Shareholder Proponents to file under seal their *Objection To Motion Of The Ad Hoc Committee Of Senior Unsecured Noteholders For Enforcement Of The Noteholder* RSA (the "**Objection**"), and (ii) directing that the Objection remain under seal and confidential and not be made available to anyone except as set forth in the Sealing Motion.

3. On April 1, 2020, the Ad Hoc Committee of Senior Unsecured Noteholders (the "**Ad Hoc Committee**") filed under seal its *Motion For Enforcement Of The Noteholder RSA And Noteholder RSA Letter Agreement* [ECF 6592] (the "**RSA Relief Motion**"). Pursuant to the RSA Relief Motion, the Ad Hoc Committee seeks and order permitting it and its members to take certain actions regarding the Debtors' pending motion to approve the Case Resolution Contingency Process. The Ad Hoc Committee contends that it was compelled to seek to file the RSA Relief Motion under seal to avoid accusations that the Ad Hoc Committee violated the Noteholder RSA.

4. The Debtors and the Shareholder Proponents object to the relief sought in the RSA Relief Motion. Because the RSA Relief Motion is currently sealed, the Debtors and the Shareholder Proponents request authority to file the Objection under seal so that the Court may consider the Objection.

5. Accordingly, the Debtors respectfully request this Court to issue an order allowing the Debtors to file the Objection under seal.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury, that the foregoing is true and correct.

Dated: April 5, 2020

Respectfully submitted,

By: /s/ Stephen Karotkin
Stephen Karotkin