**EXHIBIT A**

Baker & Hostetler LLP
Attorneys at Law
San Francisco

| | |
|---|---|
| Robert A. Julian (SBN 88469)<br>Cecily A. Dumas (SBN 111449)<br>BAKER & HOSTETLER LLP<br>Transamerica Pyramid Center<br>600 Montgomery Street, Suite 3100<br>San Francisco, CA 94111-2806<br>Telephone: 415.659.2600<br>Facsimile: 415.659.2601<br>Email: rjulian@bakerlaw.com<br>Email: cdumas@bakerlaw.com | Elizabeth A. Green (*pro hac vice*)<br>BAKER & HOSTETLER LLP<br>200 South Orange Avenue, Suite 2300<br>Orlando, FL 32801<br>Telephone: 407.649.4036<br>Facsimile: 407.841.0168<br>Email: egreen@bakerlaw.com |

Eric E. Sagerman (SBN 155496)
David J. Richardson (SBN 168592)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: esagerman@bakerlaw.com
Email: drichardson@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel for Official Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>    -and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                           **Debtors.**<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>■ Affects both Debtors<br><br>*\*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**ORDER GRANTING OFFICIAL COMMITTEE OF TORT CLAIMANTS' MOTION FOR ENTRY OF AN ORDER DIRECTING SUPPLEMENTAL DISCLOSURE IN THE FORM OF A LETTER FROM THE TCC** |

Upon the Motion for Order Directing Supplemental Disclosure in the Form of a Letter from the TCC (the "**Motion**"), dated April 6, 2020, filed by the Official Committee of Tort Claimants (the "**TCC**"), appointed in the chapter 11 cases of PG&E Corporation and Pacific Gas and Electric Company (collectively, the "**Debtors**"), for entry of an order directing supplemental disclosure in the form of a letter from the TCC (the "**Letter**"), and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found and determined that notice of the Motion was reasonable and sufficient, and it appearing that no other or further notice need be provided; and this Court having reviewed the Motion and held a hearing to consider the Motion; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is appropriate under the circumstances; and upon the record of all of the proceedings had on the Motion before this Court, and after due deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT**:

1. The Motion is granted;

2. The Solicitation Agent shall cause the Letter attached hereto as **Exhibit A** to be mailed to all Fire Victim Claimants by April 10, 2019 or as soon as reasonably practicable thereafter.

3. [The TCC may direct the Prime Clerk LLC, as Solicitation Agent to send a supplemental report to Fire Victim Claimants on May 1, 2020 that states whether the Debtors fixed the problems identified in the Letter and if so, stating the resolution. / The Court sets a hearing on April 29, 2020 at __:00 a.m. to approve the content of a supplemental letter to go out to Fire Victim Claimants on May 1, 2020.]

\*\* END OF ORDER \*\*