Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA 94111-2806
Telephone:    415.659.2600
Facsimile:    415.659.2601
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
David J. Richardson (SBN 168592)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone:    310.820.8800
Facsimile:    310.820.8859
Email: esagerman@bakerlaw.com
Email: drichardson@bakerlaw.com
Email: lattard@bakerlaw.com

Elizabeth A. Green (*pro hac vice*)
BAKER & HOSTETLER LLP
200 South Orange Avenue, Suite 2300
Orlando, FL 32801
Telephone:    407.649.4036
Facsimile:    407.841.0168
Email: egreen@bakerlaw.com

*Counsel for Official Committee of Tort Claimants*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION**<br>-and-<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>　　　　　　　　　　Debtors.<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br>**DECLARATION OF ROBERT A. JULIAN IN SUPPORT OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS' MOTION FOR ORDER DIRECTING SUPPLEMENTAL DISCLOSURE IN THE FORM OF A LETTER FROM THE TCC**<br>[Related Dkt. Nos. 6340, 6353, 6448, 6483] |

I, Robert A. Julian, hereby declare:

1. I am a member in good standing of the bar of California and I am admitted to practice in the United States Bankruptcy Court in the Northern District of California. I am a partner at Baker Hostetler LLP, attorneys of record for The Official Committee of Tort Claimants (the "**TCC**"). I have personal knowledge of the facts stated herein and I could and would competently and truthfully testify to those facts if called as witness.

2. This Declaration is submitted in support of the TCC's motion ("**Motion**") for entry of an order directing supplemental disclosure in the form of a letter from the TCC, filed contemporaneously herewith. Any words capitalized herein but not defined herein have the meaning attributed to them in the Motion.

3. A copy of the transcript from the hearing held by this Court on March 25, 2020 is attached hereto as **Exhibit A**.

4. As discussed on the record at the March 25 hearing, the TCC has been involved in mediation on a number of disputes with the Debtor and the Shareholder Plan Proponents regarding the RSA and the current Plan. The mediation has been ongoing for several weeks, and included the subject matter of the TCC's Proposed Letter to victims, including but not limited to the following three issues that I discussed on the record on March 25: the lack of a registration rights agreement, the potential devaluation of the $6.75 billion of stock promised to the Fire Victim Trust, and the uncertainty whether the Fire Victim Trust will be funded with stock and cash before August 29, 2020, in accordance with the TCC RSA.

5. On March 27, 2020, counsel for the Debtors and the Shareholder Plan Proponents and counsel for the TCC and TCC representatives met for the last time to discuss mediation issues. The parties are now at an impasse on the issues and disputes.

6. Now that the mediation is at an impasse, the TCC can advise the victims of the TCC's the major issues with the Debtors' Plan.

7. Accordingly, the TCC believes that it needs to express its views publicly on the Plan and provide the Fire Victim Claimants with the information provided in the Proposed Letter.

8. Given that the TCC believes these issues are critical to a Fire Victim Claimant's vote, and because the Ballots and Solicitation Packages have already been distributed to victims, the TCC is asking that this Motion be heard on an expedited basis. The TCC is requesting that the Motion be heard on Tuesday, April 7, 2020.

I declare under the penalty of perjury under the laws of the United Sates that the foregoing is true and correct and that this declaration was executed on the 3rd day of April, 2020.

By: */s/ Robert A. Julian*
      Robert A. Julian