**EXHIBIT A**

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1          UNITED STATES BANKRUPTCY COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3                     -oOo-

4    In Re:                        ) Case No. 19-30088
                                   ) Chapter 11
5    PG&E CORPORATION AND PACIFIC  )
     GAS AND ELECTRIC COMPANY      ) San Francisco, California
6                                  ) Monday, March 25, 2020
                        Debtors.   ) 10:00 AM
7    _____ )
                                   STATUS CONFERENCE
8
                    TRANSCRIPT OF PROCEEDINGS
9        BEFORE HONORABLE DENNIS MONTALI (TELEPHONICALLY)
                 UNITED STATES BANKRUPTCY JUDGE
10
     APPEARANCES (TELEPHONIC):
11   For the Debtors:              STEPHEN KAROTKIN, ESQ.
                                   Weil, Gotshal & Manges LLP
12                                 767 Fifth Avenue
                                   New York, NY 10153
13                                 (212) 310-8000

14   For the Official Committee    ELIZABETH A. GREEN, ESQ.
     of Tort Claimants:            Baker & Hostetler LLP
15                                 200 S. Orange Avenue
                                   Suite 2300
16                                 Orlando, FL 32801
                                   (407) 649-4000
17
                                   ROBERT A. JULIAN, ESQ.
18                                 Baker & Hostetler LLP
                                   600 Montgomery Street
19                                 Suite 3100
                                   San Francisco, CA 94111
20                                 (415) 659-2600

21   For the Official Committee    GREGORY A. BRAY, ESQ.
     of Unsecured Creditors:       Milbank LLP
22                                 2029 Century Park East
                                   33rd Floor
23                                 Los Angeles, CA 90067
                                   (424) 386-4000

24

25

eScribers
(973) 406-2250 | operations@escribers.net | www.escribers.net

| | | |
|---|---|---|
| 1 | For the Ad Hoc Committee | MICHAEL S. STAMER, ESQ. |
| | of Senior Unsecured | Akin Gump Strauss Hauer & Feld LLP |
| 2 | Noteholders: | One Bryant Park |
| | | New York, NY 10036 |
| 3 | | (212) 872-1000 |
| 4 | For PG&E Shareholders: | BRUCE BENNETT, ESQ. |
| | | Jones Day |
| 5 | | 555 South Flower Street |
| | | Fiftieth Floor |
| 6 | | Los Angeles, CA 90071 |
| | | (213) 489-3939 |
| 7 | | |
| | Also Present: | WILLIAM B. ABRAMS, Individual and |
| 8 | | Tubbs Fire victim |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | Court Recorder: | LORENA PARADA/ANKEY THOMAS |
| 21 | Transcriber: | CLARA RUBIN |
| | | eScribers, LLC |
| 22 | | 7227 N. 16th Street |
| | | Suite #207 |
| 23 | | Phoenix, AZ 85020 |
| | | (973)406-2250 |
| 24 | | |
| 25 | Proceedings recorded by electronic sound recording; transcript provided by transcription service. | |

eScribers
(973) | operations@escribers.net | www.escribers.net

PG&E Corp. and Pacific Gas and Electric Co.

SAN FRANCISCO, CALIFORNIA, MARCH 25, 2020, 10:05 AM

-oOo-

1

2

3    (Call to order of the Court.)

4        THE CLERK:  Court is now in session, the Honorable

5  Dennis Montali presiding.  Matter of PG&E Corporation.

6        Your Honor, are you on the call?

7        THE COURTCALL OPERATOR:  Madame Clerk, he hasn't got

8  over yet.

9        THE CLERK:  Okay.

10    (Pause.)

11        THE COURTCALL OPERATOR:  And Your Honor has joined.

12        THE CLERK:  Thank you, Operator.

13        THE COURT:  I'm here.  Go ahead.

14        THE CLERK:  Matter of PG&E Corporation.

15        THE COURT:  Good morning, everyone.  This is Judge

16  Montali.  Thank you for your patience.  We've been having a

17  little technical problems today.

18        Mr. Karotkin, are you on the call?

19        Operator, is Mr. Karotkin on the call?

20        THE COURTCALL OPERATOR:  One moment, Your Honor,

21  please.

22        I apologize, Your Honor.  I am not seeing him.

23        Yes, yes, he is, Your Honor.  I apologize.  He is on.

24        THE COURT:  Okay.  Mr. Karotkin, can you hear me?

25        MR. KAROTKIN:  I can hear you.  Can you hear me?

eScribers
(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corp. and Pacific Gas and Electric Co.

1    THE COURT:  Yeah.  Sure.

2    And, Ms. Parada, are you hearing me over the audio

3    system in the courtroom?

4    THE CLERK:  Yes, Your Honor.  It's a little --

5    THE COURT:  Okay.

6    THE CLERK:  -- faint, but I can hear you.

7    THE COURT:  Okay.  Mr. Karotkin, we're having some

8    technical issues, and I'm not going to -- apologize to everyone

9    for the delay.  But anyway, I'm ready to go if you are.

10   Take --

11   MR. KAROTKIN:  Yes, sir.  Yes, sir, thank you very

12   much, and thank you for having this status conference.  As I'm

13   sure you noted, all of the matters on calendar that were

14   scheduled for today have either been adjourned or resolved.  We

15   wanted to raise with you and the people on the phone one what I

16   would hope to be a relatively minor issue.

17   Yesterday, we filed with the court a proposed short

18   supplement to the disclosure statement to reflect two recent

19   events and two recent motions.

20   THE COURT:  Yeah, I've reviewed that.  I've reviewed

21   that and I'm ready to -- I'm ready to go on that.

22   MR. KAROTKIN:  Okay, so -- I mean, I think that

23   it's -- we tried to make it just purely factual.  In light of

24   that, in speaking with the TCC this morning, they requested one

25   change.  I sent something to Ms. Green a little while ago; I

PG&E Corp. and Pacific Gas and Electric Co.

1    don't know whether she received it and had a chance to review

2    it to address one concern they have raised.  If she's on the

3    phone, perhaps she could respond as to whether the proposed

4    change we made addresses her concern.

5            THE COURT:  Let me call on her in a moment.  I have

6    two quick questions; one --

7            MR. KAROTKIN:  Sure.

8            THE COURT:  -- one is, what is the status of the

9    projections?  They weren't attached when you filed --

10           MR. KAROTKIN:  Right.  Yeah.  The projection is being

11   finalized as we speak and should be ready in the next --

12   probably in the next hour.  Again, we're merely modifying, as I

13   understand it, the prior projections to reflect these two

14   motions and the economic effect of these two motions.  So

15   again, it should be purely factual and maybe some other cleanup

16   items, but nothing, again -- again, these are the debtors'

17   projections -- nothing that should be at all controversial.

18           THE COURT:  So what happens if after this hearing --

19   if I sign an order approving the supplement?  Are you ready to

20   get out the mass mailing?  Is that going to happen in the next

21   few days?

22           MR. KAROTKIN:  Yes, sir.  I did want to elaborate on

23   that.  Prime Clerk is processing -- preparing all of the

24   solicitation packages, including burning CDs, and all the other

25   materials.  I believe that the form of disclosure statement

escribers
(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corp. and Pacific Gas and Electric Co.

1   that has already been approved has already been either burned

2   or copied.  This would be added as a supplement.  This

3   particular document that we're asking you to approve today,

4   this lengthy document, would be included as a separate

5   supplement and included in each of the solicitation packages

6   going to about, I'm told, 250,000 (phonetic) creditors and

7   shareholders.

8           So it is -- it would be ready to go --

9           THE COURT:  Okay.

10          MR. KAROTKIN:  -- with the package.

11          THE COURT:  My other question is, although it's a

12  little more voluminous, what is the reason why the case-

13  resolution contingency process, which I believe is nine pages,

14  couldn't be included as part of the supplement?

15          MR. KAROTKIN:  The entire motion?

16          THE COURT:  Well, no, the process, what you call the

17  case process.  It's nine pages long.  It's the procedure that

18  was worked out between the debtors and the governor's office.

19  And (indiscernible).  It is lengthy.  I mean, I counted nine

20  pages -- I'm sorry, seven pages.

21          MR. KAROTKIN:  We do have a link to the motion that

22  people can go to, Your Honor.  I thought that -- in our view,

23  if that process occurs, it would only occur if the plan is not

24  confirmed.  We didn't think it was necessarily that material to

25  voting on the plan, so therefore, we didn't include it.  We

escribers
(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corp. and Pacific Gas and Electric Co.

1   thought it might be a lot of additional information,

2   particularly as there were concerns about the length of the

3   disclosure statement.  We thought that would be a lot of

4   additional information, that it would be better just to have

5   that as a link that people could look at the motion.

6           THE COURT:  Okay.  I just -- my question wasn't put

7   out there to tell you to do it.  And I wanted to hear your

8   thinking on the subject.  And you said it.  I understand.

9           MR. KAROTKIN:  Okay.

10          THE COURT:  Ms. Green, are you on the call?

11          MS. GREEN:  I am, Your Honor.  I don't have an email

12  from Mr. Karotkin.  I looked and I don't have one.

13          MR. KAROTKIN:  Okay, I'm sorry.  I'm trying to send it

14  to egreen@baker.com.

15          MS. GREEN:  It's bakerlaw.com.

16          MR. KAROTKIN:  Okay.  I can -- I'm sorry.  I

17  apologize.  It didn't bounce back, so I thought you had it.  I

18  can read you the sentence that we would add after the

19  description of the plea agreement, if that helps.

20          MS. GREEN:  Okay.

21          MR. KAROTKIN:  Or else I can send it to -- I can

22  send -- or else, I can just send it to you again, if that's

23  easier.

24          THE COURT:  So why don't you read --

25          MS. GREEN:  I think we can just do that.

eScribers
(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corp. and Pacific Gas and Electric Co.

1    THE COURT:  I can -- just read it to her.  This is all
2  after the plea agreement, after the (indiscernible) attorney --
3  district attorney plea agreement discussion?

4    MR. KAROTKIN:  Yes.  It's on page 8, right before the
5  paragraph that begins with the word "Claimant (indiscernible)".

6    THE COURT:  Okay.

7    MR. KAROTKIN:  I would add, "The debtors believe the
8  plan is clear that the fine and penalty set forth above is a
9  fire victims claim to be paid from the fire victim trust.  The
10  tort claimants committee has advised the debtors that they
11  disagree and assert that such fine and penalty is not to be
12  paid from the fire victim trust."

13    THE COURT:  So, Mr. Karotkin, that means that there's
14  a four million dollar (indiscernible) units subject to some
15  resolution, a court decision, or something in the future.  Is
16  that --

17    MR. KAROTKIN:  Correct.  Yes, sir.

18    THE COURT:  Okay.  Ms. Green?

19    MR. KAROTKIN:  And again, this is for --

20    MS. GREEN:  Your Honor --

21    MR. KAROTKIN:  I'm sorry.

22    MS. GREEN:  Your Honor, that's acceptable to the TCC.

23    THE COURT:  Okay.  Mr. Karotkin, I'm satisfied.  In a
24  perfect world, which we're not in this week, I might have asked
25  to have that process described, but I understand your

escribers
(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corp. and Pacific Gas and Electric Co.

1    explanation.  And you kind of put me in a spot.  You tell me

2    you're trying to keep it short, so you didn't put some of the

3    phrases in there I may want.  So you win that one.

4         Let's go down my short list of principal counsel and

5    hear -- if anybody wants to be heard, I will call it off the

6    short list and then ask if anyone else wants to be heard.

7    Anyone from the official creditors' committee?  Mr. Bray or

8    anyone else, do you wish to be heard?

9         MR. BRAY:  Your Honor, Gregory Bray, Millbank, on

10   behalf of the committee.

11        We don't have any objection to the supplemental

12   disclosure statements going out.

13        THE COURT:  Okay.  Ms. Green, you already responded.

14   Did you want to add anything else, be heard at all?

15        MS. GREEN:  Other than we reserve rights related to

16   the Exhibit A, which is not what's been provided.

17        THE COURT:  Ah.  Mr. Bennett?

18        MR. JULIAN:  Your Honor, Robert Julian for the TCC.  I

19   do have a point to make.

20        THE COURT:  Yes, sir.  Go ahead.

21        MR. JULIAN:  Thank you, Your Honor.  It's Robert

22   Julian, BakerHostetler, for the tort committee.

23        Your Honor, we are now -- we don't have any further

24   changes with respect to this supplemental disclosure statement.

25   We think supplemental disclosure statements are good.  And in

PG&E Corp. and Pacific Gas and Electric Co.

1   fact, I want to advise you that we will be requesting the

2   debtors to issue another supplemental disclosure statement when

3   new facts come out about resolution of a pending matter between

4   the debtors and equity and the TCC that is now in front of

5   Judge Randall Newsome as a mediation.  We believe these issues

6   should be resolved in the next few days.  And the resolution

7   should be noticed out in supplemental disclosures to the

8   victims so they can vote.

9           Your Honor, those issues impact the value of the 6.75

10  billion dollars of stock that the victims trust is to receive

11  under the plan for the victims.  And the victims need to know

12  these facts in order to vote on the plan.

13          Your Honor, the issues being mediated that impact the

14  value of the 6.75 billion dollars of stock include the

15  following three issues:  one, what will be the terms of the

16  stock registration agreement that states who can sell the stock

17  and when and in what amounts after plan confirmation.  Your

18  Honor, that registration agreement is not yet negotiated.  We

19  anticipate it'd be negotiated very quickly.  And the terms of

20  that must be given to the victims to determine the vote.

21          The second issue is will the 6.75 billion dollars of

22  stock -- that's 6.75 billion dollars of value upon issuance,

23  under current market conditions that are impacting the value of

24  the utility companies and their stock.

25          And the third issue is when will the stock and cash be

PG&E Corp. and Pacific Gas and Electric Co.

1    issued and funded so that the victims can make an informed

2    choice.

3         Your Honor, we just wanted to update you on what we

4    would be requesting in the very near future so that victims can

5    evaluate the plan and vote.

6         MR. KAROTKIN:  Your Honor, can I respond to that

7    briefly?  It's Mr. Karotkin.

8         THE COURT:  Yes, please.  Yes.

9         MR. KAROTKIN:  This is news to us.  As to what Mr.

10   Julian's requesting for further disclosure, we believe that

11   there is adequate disclosure currently in the disclosure

12   statement, with respect to all of those issues.  And to the

13   extent people believe additional disclosure is required, then

14   Mr. Julian can bring it before the Court.

15        THE COURT:  If Mr. Julian persuades me to authorize

16   further disclosure, that'd be another mailing to hundreds of

17   thousands of people, I figure, right, or at least the class of

18   fire claimants?

19        MR. KAROTKIN:  Yes.  And I feel that there's more than

20   adequate disclosure in the disclosure statement as to the value

21   of the stock and that there's no certainty in the value of the

22   stock.

23        THE COURT:  By the way, Mr. -- excuse me -- Mr.

24   Karotkin, this is slightly after -- what is the status of the

25   disclosure -- I mean, the claims procedure for the class

PG&E Corp. and Pacific Gas and Electric Co.

1  plaintiffs -- I mean -- I'm sorry, I'm losing my concentration

2  here -- the securities claims?  We're in that notice period

3  now, right?

4        MR. KAROTKIN:  During the period, the claimants, they

5  have the ability to file claims.

6        THE COURT:  Right.  So the --

7        UNIDENTIFIED SPEAKER:  Your Honor --

8        THE COURT:  -- it remains to be seen whether there's

9  going to have to be some further disclosure to whatever that

10  group is.  So -- okay.  I just need to refresh my -- I've got a

11  lot on my mind, like everyone else.

12        MR. KAROTKIN:  Yes.

13        THE COURT:  Mr. Julian, did you want to be heard,

14  respond?

15        MR. JULIAN:  Your Honor, the only point I would tell

16  you, as an officer of the court, is we are being inundated with

17  questions from victims that this disclosure statement does not

18  answer, because of the coronavirus -- is causing these impacts

19  real-time.  And this is a unique circumstance in the history of

20  bankruptcy, as you know.  The value of the utility is changing

21  as we speak.  And I hope it comes back so that this is not an

22  issue when May 15th, the last day of voting, comes up.  But we

23  are not raising this issue now without a lot of thought.  We

24  couldn't raise these issues before.  The registration agreement

25  we've been pleading to have negotiated so that people can know

escribers
(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corp. and Pacific Gas and Electric Co.

1    that -- they need to know will the trustee be able to liquidate

2    all the stock for the fire victims in the first six months, or

3    will they be barred by that registration agreement, from giving

4    them until after fire season.  Very important issues, Your

5    Honor.

6              THE COURT:  Okay.

7              MR. JULIAN:  The debtor is -- the debtor understands

8    the issue.

9              THE COURT:  Mr. Julian, I understand.

10             MR. JULIAN:  And we will --

11             THE COURT:  It's the process --

12             MR. JULIAN:  -- we will -- Your Honor, we will make a

13   motion after the issues are resolved under the good auspices of

14   Judge Newsome, who's helping us resolve these three issues.

15   Thank you, Your Honor.

16             THE COURT:  Mr. Julian, I'll just make this comment

17   and then I don't think we need to dwell on it.  Today, from

18   what you describe, there's nothing to disclose because there's

19   nothing resolved on these issues; they're in mediation.

20             If tomorrow or the next day or the next day or someday

21   in the future there's a resolution, you'll have to decide then

22   what to do.  In other words, I can't -- I appreciate your

23   giving me the heads-up, but I don't regard it as an action

24   item; it's a heads-up.  And my sense is if the mediation is

25   unsuccessful, there'd be other questions also.

escribers
(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corp. and Pacific Gas and Electric Co.

1      So let's just leave it at that.  And like everybody

2  else, we're all dealing with the craziness of this world

3  tragedy.  And I'll try to accommodate everyone by expediting

4  hearings if and when I need to do it.

5      Let me go back down to my list.  Mr. Bennett, are you

6  on the call for the shareholders?  Do you want to be heard at

7  all on the supplement?

8      MR. BENNETT:  I am, Your Honor.  No need for me to be

9  heard on the supplement.  We are in accord with the debtors'

10  position on it and we think it is appropriate.  And we agree

11  wholeheartedly --

12      THE COURT:  Okay.

13      MR. BENNETT:  -- with Your Honor's disposition of Mr.

14  Julian's effort to raise an additional extraneous issue.  Thank

15  you.

16      THE COURT:  Okay, thank you.  Rather than -- I've got

17  a long list of persons on the call.  I will ask you all just to

18  speak -- don't talk if somebody else is talking.  Is there

19  anyone else on the call that wishes to be heard on the debtors'

20  proposed supplement to the disclosure statement?  And you need

21  to make -- state your name when you first speak.

22      MR. STAMER:  Your Honor, this is Mike Stamer from Akin

23  Gump on behalf of the ad hoc noteholder group.  Your Honor, can

24  you hear me?  And may I say --

25      THE COURT:  Yeah, I can --

(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corp. and Pacific Gas and Electric Co.

1    MR. STAMER:  -- a few words?

2    THE COURT:  Yes, sir.

3    MR. STAMER:  Thanks, Your Honor, and good morning.

4    Your Honor, the ad hoc noteholder group does not have

5    an issue, per se, with the supplemental disclosure statement.

6    Your Honor, members of our group have reached out to the

7    company to discuss the issue I'm about to raise, and have been

8    unable to connect.  It's our hope that we'll be able to resolve

9    this with the company; if not, we may need to come back to Your

10   Honor.

11   Your Honor, the noteholders are party to a

12   restructuring support agreement.  We support the plan.  And we

13   have every intention of living up to our obligations in the

14   RSA.  We had a concern, Your Honor, that the case resolution

15   contingency process motion goes well beyond what is

16   contemplated in the RSA.  And specifically, Your Honor, it

17   contemplates a sale process that does not guarantee the

18   recovery, the specific economic recovery that the noteholders

19   negotiated for and that the company, in accordance, had agreed

20   to in the RSA.

21   In addition, Your Honor, as you know, the noteholders

22   are one of the largest economic stakeholders here.  And if, in

23   fact, a sale process is triggered, there's none, or at least

24   insufficient provisions relating to our involvement in what

25   that sale process is going to look like.

escribers
(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corp. and Pacific Gas and Electric Co.

1    So again, we all got on the phone on relatively short

2  notice.  We're not objecting in any way to the supplemental

3  disclosure.  We just wanted to bring this issue to the Court's

4  attention.  Our hope is we'll be able to work it out with the

5  company; if not, Your Honor, I'm sure you'll be hearing from

6  us.

7    THE COURT:  Mr. Stamer, thank you for the comment.

8  Let me respond this way.  And then I'm reminded, myself, by

9  hearing you talk, that I want to ask if anyone on the call from

10 the governor's office wishes to be heard.

11   But by my calculation, the motion for approval of the

12 process is coming up, and I would hope at that hearing, you,

13 Mr. Stamer, or anyone else can simply flag any open issues at

14 that point.  And I'll see what the debtor wants to do and we'll

15 figure out what next to do.

16   So I kind of put your thing in the category, as Mr.

17 Julian's, as a heads-up about something that might need some

18 action in the near future.  But who knows.

19   MR. BRAY:  And, Your Honor, this is Gregory Bray, Your

20 Honor.  I'll join in.  I only understand our agreement to be

21 with respect to the disclosure statement right now.  The

22 committee also -- we're going through the process.  We will

23 undoubtedly have comments and try to work them out.  But since

24 some of the issues come up, I will (indiscernible) go through

25 all that (indiscernible).  We are, of course, reserving our

PG&E Corp. and Pacific Gas and Electric Co.

1  rights on the substance of the motion itself.

2       THE COURT:  Yeah.  Okay.  Do we have counsel for the

3  governor on the phone, wishes to be heard -- and do you wish to

4  be heard today?

5       Maybe not.  All right, anyone else wish to be heard?

6       MR. ABRAMS:  Your Honor, Bill Abrams to be heard.

7       THE COURT:  Yes, sir.

8       MR. ABRAMS:  Thank you.  Similar to Mr. Julian's

9  point, just very concerned that we're asking for a vote and

10  we're sending out a disclosure statement and the registration

11  rights agreement, and the trust agreement has not been

12  finalized.  Knowing when any payment, stock aside, is going to

13  be issued, and understanding priority order associated with the

14  stock, especially given that there is no range of settlement

15  that's provided in the disclosure, it's particularly important.

16  And so issuing a supplemental later after votes have already

17  been submitted is way too late in the process.

18       I just want to emphasize that understanding when and

19  how much is really important.  There have been statements from

20  PG&E indicating that there's going to be (indiscernible) by

21  other investors, that there is an exit from bankruptcy.  And

22  victims need to understand what are the implications for them

23  and their priority in terms of payment, especially as they're

24  rebuilding their homes and their lives and they're reliant upon

25  that money.

escribers
(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corp. and Pacific Gas and Electric Co.

1    THE COURT:  I appreciate your comment, Mr. Abrams, and

2  we'll put it on the same list.  But there's nothing to disclose

3  this morning, and I don't think it would be constructive -- it

4  would be destructive, in my view -- to slow down what must move

5  in terms of the disclosure process.  And indeed, if there is

6  something else that others can persuade me has to take

7  (phonetic) for further disclosure, or if you persuade me,

8  whoever persuades me, I'll figure out, with help from everyone

9  else, what to do about it.  But it's not something to do today.

10   So again, I'm going to conclude the hearing, unless

11  anyone else wishes to be heard.

12   MR. KAROTKIN:  Yes, sir.

13   THE COURT:  Do you have anything to say about that,

14  Mr. Karotkin?

15   MR. KAROTKIN:  Your Honor, yeah.  Just one last thing

16  from you.  Just so -- first of all, I don't want to belabor

17  things.  Mr. Stamer indicated he reached out to the debtors.  I

18  don't have any recollection of Mr. Stamer or anyone in his firm

19  reaching out to me about the motion we filed with respect to

20  the governor.  So just so the record's clear.

21   Also, one other thing.  In the exhibits to the

22  supplemental disclosure statement, we will attach this

23  objection (indiscernible), just so there's no misunderstanding.

24   MR. ABRAMS:  So on this matter --

25   THE COURT:  Who's that?  Who was that last speaker?

PG&E Corp. and Pacific Gas and Electric Co.

1    MR. ABRAMS: Sorry. Will Abrams again. Just wanted

2 to clarify that we're working (indiscernible). But will the

3 disclosure package be sent and the votes be solicited before

4 the trust agreement and the registration rights agreement are

5 resolved and before a supplemental is sent, or are we waiting

6 for the supplemental on those issues, before --

7    THE COURT: They're not -- Mr. Abrams, we are not

8 waiting -- Mr. Karotkin explained a few minutes ago, as soon as

9 I approve this supplement -- I mean, it's not instantly, but he

10 will submit it; I will to sign an order, it'll be docketed, and

11 Prime Clerk will be rolling. My recollection is that long

12 before we were dealing with the virus problem and civilization

13 stopping, there was a target date to have Prime Clerk begin the

14 dissemination by the end of this month. And I think what Mr.

15 Karotkin said is that's still on track.

16    And, Mr. Abrams, if some point in the future there's

17 need to interrupt that process for further disclosure, that's a

18 problem what we'll all be dealing with. But it's not a today

19 problem.

20    Now, hold on. For everyone on the call, I want to

21 give you a brief comment on something that I -- I need to take

22 a minute and look at something on my computer so I can make an

23 intelligent statement, which is what I'm supposed to do.

24    Yes. I'm holding an order that was submitted in

25 respect to -- yes, the debtors and the TCC have submitted a

PG&E Corp. and Pacific Gas and Electric Co.

1   stipulation dealing with the standing of the TCC to prosecute

2   certain claims. And there has been an objection interposed by

3   the securities claimants, and that is -- I'm not going to sign

4   that order, for the time being. It's on our calendar for

5   next -- for April 7th, and I'm just going to deal with it at

6   that point. And so if you're looking for an order on that,

7   it's not going to happen. And that'll be on the calendar.

8   And in case anyone on the call -- yeah, you all know,

9   everything else that was on today's calendar has been either

10   resolved or continued. And so I will anticipate another call

11   in this matter and format on the 7th. There's no reason to

12   believe that things are going to be different. We are

13   exploring, only exploring, the possibility of figuring out a

14   way to have some kind of streaming participation by people,

15   other than these phone conferences. At the moment, we simply

16   can't promise anything at this point.

17   So with that, I'm going to wish you all good health

18   and good wishes. And thank you for your time. And, Mr.

19   Karotkin, I'll look forward to seeing the change on the

20   supplement that you and Ms. Green discussed. And if you get an

21   order uploaded today, you'll get an order signed today.

22   MR. KAROTKIN: Very well. Thank you, sir.

23   THE COURT: Thank you, everyone. Thank you, everyone,

24   as well.

25   UNIDENTIFIED SPEAKER: Thank you, Your Honor.

escribers
(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corp. and Pacific Gas and Electric Co.

1          MR. KAROTKIN:  Thank you.

2          UNIDENTIFIED SPEAKER:  Thank you, Judge.

3          THE COURT:  Thank you, Operator.  We'll conclude the

4     call.

5          THE COURTCALL OPERATOR:  Thank you, Your Honor.

6       (Whereupon these proceedings were concluded at 10:31 AM)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25


(973) 406-2250 | operations@escribers.net | www.escribers.net

1               C E R T I F I C A T I O N

2

3    I, Clara Rubin, certify that the foregoing transcript is a true

4    and accurate record of the proceedings.

5

6

7

8

9

10

11    _____

12    /s/ CLARA RUBIN

13

14    eScribers

15    7227 N. 16th Street, Suite #207

16    Phoenix, AZ 85020

17

18    Date:  March 26, 2020

19

20

21

22

23

24

25

(973) 406-2250 | operations@escribers.net | www.escribers.net

## A

**ability (1)**
12:5
**able (3)**
13:1;15:8;16:4
**above (1)**
8:8
**Abrams (9)**
17:6,6,8;18:1,24;
19:1,1,7,16
**acceptable (1)**
8:22
**accommodate (1)**
14:3
**accord (1)**
14:9
**accordance (1)**
15:19
**action (2)**
13:23;16:18
**ad (2)**
14:23;15:4
**add (3)**
7:18;8:7;9:14
**added (1)**
6:2
**addition (1)**
15:21
**additional (4)**
7:1,4;11:13;14:14
**address (1)**
5:2
**addresses (1)**
5:4
**adequate (2)**
11:11,20
**adjourned (1)**
4:14
**advise (1)**
10:1
**advised (1)**
8:10
**Again (9)**
5:12,15,16,16;7:22;
8:19;16:1;18:10;19:1
**ago (2)**
4:25;19:8
**agree (1)**
14:10
**agreed (1)**
15:19
**agreement (13)**
7:19;8:2,3;10:16,18;
12:24;13:3;15:12;
16:20;17:11,11;19:4,4
**Ah (1)**
9:17
**ahead (2)**
3:13;9:20
**Akin (1)**
14:22

**although (1)**
6:11
**amounts (1)**
10:17
**anticipate (2)**
10:19;20:10
**apologize (4)**
3:22,23;4:8;7:17
**appreciate (2)**
13:22;18:1
**appropriate (1)**
14:10
**approval (1)**
16:11
**approve (2)**
6:3;19:9
**approved (1)**
6:1
**approving (1)**
5:19
**April (1)**
20:5
**aside (1)**
17:12
**assert (1)**
8:11
**associated (1)**
17:13
**attach (1)**
18:22
**attached (1)**
5:9
**attention (1)**
16:4
**attorney (2)**
8:2,3
**audio (1)**
4:2
**auspices (1)**
13:13
**authorize (1)**
11:15

## B

**back (4)**
7:17;12:21;14:5;
15:9
**BakerHostetler (1)**
9:22
**bakerlawcom (1)**
7:15
**bankruptcy (2)**
12:20;17:21
**barred (1)**
13:3
**begin (1)**
19:13
**begins (1)**
8:5
**behalf (2)**
9:10;14:23
**belabor (1)**

18:16
**Bennett (4)**
9:17;14:5,8,13
**better (1)**
7:4
**beyond (1)**
15:15
**Bill (1)**
17:6
**billion (4)**
10:10,14,21,22
**bounce (1)**
7:17
**Bray (5)**
9:7,9,9;16:19,19
**brief (1)**
19:21
**briefly (1)**
11:7
**bring (2)**
11:14;16:3
**burned (1)**
6:1
**burning (1)**
5:24

## C

**calculation (1)**
16:11
**calendar (4)**
4:13;20:4,7,9
**CALIFORNIA (1)**
3:1
**Call (16)**
3:3,6,18,19;5:5,6:16;
7:10;9:5;14:6,17,19;
16:9;19:20;20:8,10;
21:4
**can (24)**
3:24,25,25;4:6;6:22;
7:16,18,21,21,22,25;
8:1;10:8,16;11:1,4,6,
14;12:25;14:23,25;
16:13;18:6;19:22
**case (3)**
6:17;15:14;20:8
**case- (1)**
6:12
**cash (1)**
10:25
**category (1)**
16:16
**causing (1)**
12:18
**CDs (1)**
5:24
**certain (1)**
20:2
**certainty (1)**
11:21
**chance (1)**
5:1

**change (3)**
4:25;5:4;20:19
**changes (1)**
9:24
**changing (1)**
12:20
**choice (1)**
11:2
**circumstance (1)**
12:19
**civilization (1)**
19:12
**claim (1)**
8:9
**Claimant (1)**
8:5
**claimants (4)**
8:10;11:18;12:4;
20:3
**claims (4)**
11:25;12:2,5;20:2
**clarify (1)**
19:2
**class (2)**
11:17,25
**cleanup (1)**
5:15
**clear (2)**
8:8;18:20
**CLERK (10)**
3:4,7,9,12,14;4:4,6;
5:23;19:11,13
**coming (1)**
16:12
**comment (4)**
13:16;16:7;18:1;
19:21
**comments (1)**
16:23
**committee (5)**
8:10;9:7,10,22;16:22
**companies (1)**
10:24
**company (4)**
15:7,9,19;16:5
**computer (1)**
19:22
**concentration (1)**
12:1
**concern (3)**
5:2,4;15:14
**concerned (1)**
17:9
**concerns (1)**
7:2
**conclude (2)**
18:10;21:3
**concluded (1)**
21:6
**conditions (1)**
10:23
**conference (1)**
4:12

**conferences (1)**
20:15
**confirmation (1)**
10:17
**confirmed (1)**
6:24
**connect (1)**
15:8
**constructive (1)**
18:3
**contemplated (1)**
15:16
**contemplates (1)**
15:17
**contingency (2)**
6:13;15:15
**continued (1)**
20:10
**controversial (1)**
5:17
**copied (1)**
6:2
**coronavirus (1)**
12:18
**Corporation (2)**
3:5,14
**counsel (2)**
9:4;17:2
**counted (1)**
6:19
**course (1)**
16:25
**Court (53)**
3:3,4,13,15,24;4:1,5,
7,17,20;5:5,8,18;6:9,
11,16;7:6,10,24;8:1,6,
13,15,18,23;9:13,17,
20;11:8,14,15,23;12:6,
8,13,16;13:6,9,11,16;
14:12,16,25;15:2;16:7;
17:2,7;18:1,13,25;
19:7;20:23;21:3
**COURTCALL (4)**
3:7,11,20;21:5
**courtroom (1)**
4:3
**Court's (1)**
16:3
**craziness (1)**
14:2
**creditors (1)**
6:6
**creditors' (1)**
9:7
**current (1)**
10:23
**currently (1)**
11:11

## D

**date (1)**
19:13

Case: 19-30088    Doc# 6637-1    Filed: 04/06/20    Entered: 04/06/20 07:39:07    Page 24
of 28

**day (3)**
12:22;13:20,20
**days (2)**
5:21;10:6
**deal (1)**
20:5
**dealing (4)**
14:2;19:12,18;20:1
**debtor (3)**
13:7,7;16:14
**debtors (7)**
6:18;8:7,10;10:2,4;
18:17;19:25
**debtors' (3)**
5:16;14:9,19
**decide (1)**
13:21
**decision (1)**
8:15
**delay (1)**
4:9
**Dennis (1)**
3:5
**describe (1)**
13:18
**described (1)**
8:25
**description (1)**
7:19
**destructive (1)**
18:4
**determine (1)**
10:20
**different (1)**
20:12
**disagree (1)**
8:11
**disclose (2)**
13:18;18:2
**disclosure (28)**
4:18;5:25;7:3;9:12,
24,25;10:2;11:10,11,
11,13,16,20,20,25;
12:9;17:14;20:15:5;
16:3,21;17:10,15;18:5,
7,22;19:3,17
**disclosures (1)**
10:7
**discuss (1)**
15:7
**discussed (1)**
20:20
**discussion (1)**
8:3
**disposition (1)**
14:13
**dissemination (1)**
19:14
**district (1)**
8:3
**docketed (1)**
19:10
**document (2)**

6:3,4
**dollar (1)**
8:14
**dollars (4)**
10:10,14,21,22
**down (3)**
9:4;14:5;18:4
**During (1)**
12:4
**dwell (1)**
13:17

**E**

**easier (1)**
7:23
**economic (3)**
5:14;15:18,22
**effect (1)**
5:14
**effort (1)**
14:14
**egreen@bakercom (1)**
7:14
**either (3)**
4:14;6:1;20:9
**elaborate (1)**
5:22
**else (15)**
7:21,22;9:6,8,14;
12:11;14:2,18,19;
16:13;17:5;18:6,9,11;
20:9
**email (1)**
7:11
**emphasize (1)**
17:18
**end (1)**
19:14
**entire (1)**
6:15
**equity (1)**
10:4
**especially (2)**
17:14,23
**evaluate (1)**
11:5
**events (1)**
4:19
**everybody (1)**
14:1
**everyone (8)**
3:15;4:8;12:11;14:3;
18:8;19:20;20:23,23
**excuse (1)**
11:23
**Exhibit (1)**
9:16
**exhibits (1)**
18:21
**exit (1)**
17:21
**expediting (1)**

14:3
**explained (1)**
19:8
**explanation (1)**
9:1
**exploring (2)**
20:13,13
**extent (1)**
11:13
**extraneous (1)**
14:14

**F**

**fact (2)**
10:1;15:23
**facts (2)**
10:3,12
**factual (2)**
4:23;5:15
**faint (1)**
4:6
**feel (1)**
11:19
**few (4)**
5:21;10:6;15:1;19:8
**figure (3)**
11:17;16:15;18:8
**figuring (1)**
20:13
**file (1)**
12:5
**filed (3)**
4:17;5:9;18:19
**finalized (2)**
5:11;17:12
**fine (2)**
8:8,11
**fire (6)**
8:9,9,12;11:18;13:2,
4
**firm (1)**
18:18
**first (3)**
13:2;14:21;18:16
**flag (1)**
16:13
**following (1)**
10:15
**form (1)**
5:25
**format (1)**
20:11
**forth (1)**
8:8
**forward (1)**
20:19
**four (1)**
8:14
**FRANCISCO (1)**
3:1
**front (1)**
10:4

**funded (1)**
11:1
**further (6)**
9:23;11:10,16;12:9;
18:7;19:17
**future (5)**
8:15;11:4;13:21;
16:18;19:16

**G**

**given (2)**
10:20;17:14
**giving (2)**
13:3,23
**goes (1)**
15:15
**Good (6)**
3:15;9:25;13:13;
15:3;20:17,18
**governor (2)**
17:3;18:20
**governor's (2)**
6:18;16:10
**Green (12)**
4:25;7:10,11,15,20,
25;8:18,20,22;9:13,15;
20:20
**Gregory (2)**
9:9;16:19
**group (4)**
12:10;14:23;15:4,6
**guarantee (1)**
15:17
**Gump (1)**
14:23

**H**

**happen (2)**
5:20;20:7
**happens (1)**
5:18
**heads-up (3)**
13:23,24;16:17
**health (1)**
20:17
**hear (7)**
3:24,25,25;4:6;7:7;
9:5;14:24
**heard (14)**
9:5,6,8,14;12:13;
14:6,9,19;16:10;17:3,4,
5,6;18:11
**hearing (6)**
4:2;5:18;16:5,9,12;
18:10
**hearings (1)**
14:4
**help (1)**
18:8
**helping (1)**
13:14

**helps (1)**
7:19
**history (1)**
12:19
**hoc (2)**
14:23;15:4
**hold (1)**
19:20
**holding (1)**
19:24
**homes (1)**
17:24
**Honor (42)**
3:6,11,20,22,23;4:4;
6:22;7:11;8:20,22;9:9,
18,21,23;10:9,13,18;
11:3,6;12:7,15;13:5,12,
15;14:8,22,23;15:3,4,6,
10,11,14,16,21;16:5,
19,20;17:6;18:15;
20:25;21:5
**Honorable (1)**
3:4
**Honor's (1)**
14:13
**hope (5)**
4:16;12:21;15:8;
16:4,12
**hour (1)**
5:12
**hundreds (1)**
11:16

**I**

**impact (2)**
10:9,13
**impacting (1)**
10:23
**impacts (1)**
12:18
**implications (1)**
17:22
**important (3)**
13:4;17:15,19
**include (2)**
6:25;10:14
**included (3)**
6:4,5,14
**including (1)**
5:24
**indeed (1)**
18:5
**indicated (1)**
18:17
**indicating (1)**
17:20
**indiscernible (9)**
6:19;8:2,5,14;16:24,
25;17:20;18:23;19:2
**information (2)**
7:1,4
**informed (1)**

Case: 19-30088    Doc# 6637-1    Filed: 04/06/20    Entered: 04/06/20 07:39:07    Page 25
of 28

11:1
**instantly (1)**
19:9
**insufficient (1)**
15:24
**intelligent (1)**
19:23
**intention (1)**
15:13
**interposed (1)**
20:2
**interrupt (1)**
19:17
**inundated (1)**
12:16
**investors (1)**
17:21
**involvement (1)**
15:24
**issuance (1)**
10:22
**issue (11)**
4:16;10:2,21,25;
12:22,23;13:8;14:14;
15:5,7;16:3
**issued (2)**
11:1;17:13
**issues (14)**
4:8;10:5,9,13,15;
11:12;12:24;13:4,13,
14,19;16:13,24;19:6
**issuing (1)**
17:16
**item (1)**
13:24
**items (1)**
5:16

**J**

**join (1)**
16:20
**joined (1)**
3:11
**Judge (4)**
3:15;10:5;13:14;
21:2
**Julian (13)**
9:18,18,21,22;11:14,
15;12:13,15;13:7,9,10,
12,16
**Julian's (4)**
11:10;14:14;16:17;
17:8

**K**

**Karotkin (40)**
3:18,19,24,25;4:7,11,
22;5:7,10,22;6:10,15,
21;7:9,12,13,16,21,23;
7,13,17,19,21,23;11:6,
7,9,19,24;12:4,12;

18:12,14,15;19:8,15;
20:19,22;21:1
**keep (1)**
9:2
**kind (3)**
9:1;16:16;20:14
**Knowing (1)**
17:12
**knows (1)**
16:18

**L**

**largest (1)**
15:22
**last (3)**
12:22;18:15,25
**late (1)**
17:17
**later (1)**
17:16
**least (2)**
11:17;15:23
**leave (1)**
14:1
**length (1)**
7:2
**lengthy (2)**
6:4,19
**light (1)**
4:23
**link (2)**
6:21;7:5
**liquidate (1)**
13:1
**list (5)**
9:4,6;14:5,17;18:2
**little (4)**
3:17;4:4,25;6:12
**lives (1)**
17:24
**living (1)**
15:13
**long (3)**
6:17;14:17;19:11
**look (4)**
7:5;15:25;19:22;
20:19
**looked (1)**
7:12
**looking (1)**
20:6
**losing (1)**
12:1
**lot (4)**
7:1,3;12:11,23

**M**

**Madame (1)**
3:7
**mailing (2)**
5:20;11:16

**MARCH (1)**
3:1
**market (1)**
10:23
**mass (1)**
5:20
**material (1)**
6:24
**materials (1)**
5:25
**Matter (5)**
3:5,14;10:3;18:24;
20:11
**matters (1)**
4:13
**may (4)**
9:3;12:22;14:24;
15:9
**maybe (2)**
5:15;17:5
**mean (5)**
4:22;6:19;11:25;
12:1;19:9
**means (1)**
8:13
**mediated (1)**
10:13
**mediation (3)**
10:5;13:19,24
**members (1)**
15:6
**merely (1)**
5:12
**might (3)**
7:1;8:24;16:17
**Mike (1)**
14:22
**Millbank (1)**
9:9
**million (1)**
8:14
**mind (1)**
12:11
**minor (1)**
4:16
**minute (1)**
19:22
**minutes (1)**
19:8
**misunderstanding (1)**
18:23
**modifying (1)**
5:12
**moment (3)**
3:20;5:5;20:15
**money (1)**
17:25
**Montali (2)**
3:5,16
**month (1)**
19:14
**months (1)**
13:2

**more (2)**
6:12;11:19
**morning (4)**
3:15;4:24;15:3;18:3
**motion (8)**
6:15,21;7:5;13:13;
15:15;16:11;17:1;
18:19
**motions (3)**
4:19;5:14,14
**move (1)**
18:4
**much (2)**
4:12;17:19
**must (2)**
10:20;18:4
**myself (1)**
16:8

**N**

**name (1)**
14:21
**near (2)**
11:4;16:18
**necessarily (1)**
6:24
**need (12)**
10:11;12:10;13:1,17;
14:4,8,20;15:9;16:17;
17:22;19:17,21
**negotiated (4)**
10:18,19;12:25;
15:19
**new (1)**
10:3
**news (1)**
11:9
**Newsome (2)**
10:5;13:14
**next (8)**
5:11,12,20;10:6;
13:20,20;16:15;20:5
**nine (3)**
6:13,17,19
**none (1)**
15:23
**noted (1)**
4:13
**noteholder (2)**
14:23;15:4
**noteholders (3)**
15:11,18,21
**notice (2)**
12:2;16:2
**noticed (1)**
10:7

**O**

**objecting (1)**
16:2
**objection (3)**

9:11;18:23;20:2
**obligations (1)**
15:13
**occur (1)**
6:23
**occurs (1)**
6:23
**off (1)**
9:5
**office (2)**
6:18;16:10
**officer (1)**
12:16
**official (1)**
9:7
**One (12)**
3:20;4:15,24;5:2,6,8;
7:12;9:3;10:15;15:22;
18:15,21
**only (4)**
6:23;12:15;16:20;
20:13
**oOo- (1)**
3:2
**open (1)**
16:13
**OPERATOR (7)**
3:7,11,12,19,20;21:3,
5
**order (10)**
3:3;5:19;10:12;
17:13;19:10,24;20:4,6,
21,21
**others (1)**
18:6
**out (12)**
5:20;6:18;7:7;9:12;
10:3,7;15:6;16:4,15,
23;17:10;18:8,17,19;
20:13
**over (2)**
3:8;4:2

**P**

**package (2)**
6:10;19:3
**packages (2)**
5:24;6:5
**page (1)**
8:4
**pages (4)**
6:13,17,20,20
**paid (2)**
8:9,12
**Parada (1)**
4:2
**paragraph (1)**
8:5
**part (1)**
6:14
**participation (1)**
20:14

Case: 19-30088    Doc# 6637-1    Filed: 04/06/20    Entered: 04/06/20 07:39:07    Page 26
of 28

**particular (1)**
6:3
**particularly (2)**
7:2;17:15
**party (1)**
15:11
**patience (1)**
3:16
**Pause (1)**
3:10
**payment (2)**
17:12,23
**penalty (2)**
8:8,11
**pending (1)**
10:3
**people (7)**
4:15;6:22;7:5;11:13,
17;12:25;20:14
**per (1)**
15:5
**perfect (1)**
8:24
**perhaps (1)**
5:3
**period (2)**
12:2,4
**persons (1)**
14:17
**persuade (2)**
18:6,7
**persuades (2)**
11:15;18:8
**PG&E (3)**
3:5,14;17:20
**phone (5)**
4:15;5:3;16:1;17:3;
20:15
**phonetic (2)**
6:6;18:7
**phrases (1)**
9:3
**plaintiffs (1)**
12:1
**plan (8)**
6:23,25;8:8;10:11,
12,17;11:5;15:12
**plea (3)**
7:19;8:2,3
**pleading (1)**
12:25
**please (2)**
3:21;11:8
**point (7)**
9:19;12:15;16:14;
17:9;19:16;20:6,16
**position (1)**
14:10
**possibility (1)**
20:13
**preparing (1)**
5:23
**presiding (1)**

3:5
**Prime (3)**
5:23;19:11,13
**principal (1)**
9:4
**prior (1)**
5:13
**priority (2)**
17:13,23
**probably (1)**
5:12
**problem (3)**
19:12,18,19
**problems (1)**
3:17
**procedure (2)**
6:17;11:25
**proceedings (1)**
21:6
**process (15)**
6:13,16,17,23;8:25;
13:11;15:15,17,23,25;
16:12,22;17:17;18:5;
19:17
**processing (1)**
5:23
**projection (1)**
5:10
**projections (3)**
5:9,13,17
**promise (1)**
20:16
**proposed (3)**
4:17;5:3;14:20
**prosecute (1)**
20:1
**provided (2)**
9:16;17:15
**provisions (1)**
15:24
**purely (2)**
4:23;5:15
**put (5)**
7:6;9:1,2;16:16;18:2

**Q**

**quick (1)**
5:6
**quickly (1)**
10:19

**R**

**raise (4)**
4:15;12:24;14:14;
15:7
**raised (1)**
5:2
**raising (1)**
12:23
**Randall (1)**
10:5

**range (1)**
17:14
**Rather (1)**
14:16
**reached (2)**
15:6;18:17
**reaching (1)**
18:19
**read (3)**
7:18,24;8:1
**ready (5)**
4:9,21,21;5:11,19;
6:8
**really (1)**
17:19
**real-time (1)**
12:19
**reason (2)**
6:12;20:11
**rebuilding (1)**
17:24
**receive (1)**
10:10
**received (1)**
5:1
**recent (2)**
4:18,19
**recollection (2)**
18:18;19:11
**record's (1)**
18:20
**recovery (2)**
15:18,18
**reflect (2)**
4:18;5:13
**refresh (1)**
12:10
**regard (1)**
13:23
**registration (6)**
10:16,18;12:24;13:3;
17:10;19:4
**related (1)**
9:15
**relating (1)**
15:24
**relatively (2)**
4:16;16:1
**reliant (1)**
17:24
**remains (1)**
12:8
**reminded (1)**
16:8
**requested (1)**
4:24
**requesting (3)**
10:1;11:4,10
**required (2)**
11:13
**reserve (1)**
9:15
**reserving (1)**

16:25
**resolution (6)**
6:13;8:15;10:3,6;
13:21;15:14
**resolve (2)**
13:14;15:8
**resolved (6)**
4:14;10:6;13:13,19;
19:5;20:10
**respect (5)**
9:24;11:12;16:21;
18:19;19:25
**respond (4)**
5:3;11:6;12:14;16:8
**responded (1)**
9:13
**restructuring (1)**
15:12
**review (1)**
5:1
**reviewed (2)**
4:20,20
**Right (7)**
5:10;8:4;11:17;12:3,
6;16:21;17:5
**rights (4)**
9:15;17:1,11;19:4
**Robert (2)**
9:18,21
**rolling (1)**
19:11
**RSA (3)**
15:14,16,20

**S**

**sale (3)**
15:17,23,25
**same (1)**
18:2
**SAN (1)**
3:1
**satisfied (1)**
8:23
**scheduled (1)**
4:14
**se (1)**
15:5
**season (1)**
13:4
**second (1)**
10:21
**securities (2)**
12:2;20:3
**seeing (2)**
3:22;20:19
**sell (1)**
10:16
**send (4)**
7:13,21,22,22
**sending (1)**
17:10
**sense (1)**

13:24
**sent (3)**
4:25;19:3,5
**sentence (1)**
7:18
**separate (1)**
6:4
**session (1)**
3:4
**set (1)**
8:8
**settlement (1)**
17:14
**seven (1)**
6:20
**shareholders (2)**
6:7;14:6
**short (5)**
4:17;9:2,4,6;16:1
**sign (3)**
5:19;19:10;20:3
**signed (1)**
20:21
**Similar (1)**
17:8
**simply (2)**
16:13;20:15
**six (1)**
13:2
**slightly (1)**
11:24
**slow (1)**
18:4
**solicitation (2)**
5:24;6:5
**solicited (1)**
19:3
**somebody (1)**
14:18
**someday (1)**
13:20
**soon (1)**
19:8
**sorry (6)**
6:20;7:13,16;8:21;
12:1;19:1
**speak (4)**
5:11;12:21;14:18,21
**SPEAKER (4)**
12:7;18:25;20:25;
21:2
**speaking (1)**
4:24
**specific (1)**
15:18
**specifically (1)**
15:16
**spot (1)**
9:1
**stakeholders (1)**
15:22
**Stamer (8)**
14:22,22;15:1,3;

Min-U-Script®

Case: 19-30088    Doc# 6637-1    Filed: 04/06/20    Entered: 04/06/20 07:39:07    Page 27
of 28

16:7,13;18:17,18
**standing (1)**
20:1
**state (1)**
14:21
**statement (14)**
4:18;5:25;7:3;9:24;
10:2;11:12,20;12:17;
14:20;15:5;16:21;
17:10;18:22;19:23
**statements (3)**
9:12,25;17:19
**states (1)**
10:16
**status (3)**
4:12;5:8;11:24
**still (1)**
19:15
**stipulation (1)**
20:1
**stock (12)**
10:10,14,16,16,22,
24,25;11:21,22;13:2;
17:12,14
**stopping (1)**
19:13
**streaming (1)**
20:14
**subject (2)**
7:8;8:14
**submit (1)**
19:10
**submitted (3)**
17:17;19:24,25
**substance (1)**
17:1
**supplement (10)**
4:18;5:19;6:2,5,14;
14:7,9,20;19:9;20:20
**supplemental (11)**
9:11,24,25;10:2,7;
15:5;16:2;17:16;18:22;
19:5,6
**support (2)**
15:12,12
**supposed (1)**
19:23
**Sure (4)**
4:1,13;5:7;16:5
**system (1)**
4:3

### T

**talk (2)**
14:18;16:9
**talking (1)**
14:18
**target (1)**
19:13
**TCC (6)**
4:24;8:22;9:18;10:4;
19:25;20:1

**technical (2)**
3:17;4:8
**terms (4)**
10:15,19;17:23;18:5
**Thanks (1)**
15:3
**that'd (1)**
11:16
**that'll (1)**
20:7
**there'd (1)**
13:25
**therefore (1)**
6:25
**thinking (1)**
7:8
**third (1)**
10:25
**thought (5)**
6:22;7:1,3,17;12:23
**thousands (1)**
11:17
**three (2)**
10:15;13:14
**today (9)**
3:17;4:14;6:3;13:17;
17:4;18:9;19:18;20:21,
21
**today's (1)**
20:9
**told (1)**
6:6
**tomorrow (1)**
13:20
**tort (2)**
8:10;9:22
**track (1)**
19:15
**tragedy (1)**
14:3
**tried (1)**
4:23
**triggered (1)**
15:23
**trust (5)**
8:9,12;10:10;17:11;
19:4
**trustee (1)**
13:1
**try (2)**
14:3;16:23
**trying (2)**
7:13;9:2
**two (5)**
4:18,19;5:6,13,14

### U

**unable (1)**
15:8
**under (3)**
10:11,23;13:13
**understands (1)**

13:7
**undoubtedly (1)**
16:23
**UNIDENTIFIED (3)**
12:7;20:25;21:2
**unique (1)**
12:19
**units (1)**
8:14
**unless (1)**
18:10
**unsuccessful (1)**
13:25
**up (4)**
12:22;15:13;16:12,
24
**update (1)**
11:3
**uploaded (1)**
20:21
**upon (2)**
10:22;17:24
**utility (2)**
10:24;12:20

### V

**value (7)**
10:9,14,22,23;11:20,
21;12:20
**victim (2)**
8:9,12
**victims (11)**
8:9;10:8,10,11,11,
20;11:1,4;12:17;13:2;
17:22
**view (2)**
6:22;18:4
**virus (1)**
19:12
**voluminous (1)**
6:12
**vote (5)**
10:8,12,20;11:5;17:9
**votes (2)**
17:16;19:3
**voting (2)**
6:25;12:22

### W

**waiting (2)**
19:5,8
**wants (3)**
9:5,6;16:14
**way (5)**
11:23;16:2,8;17:17;
20:14
**week (1)**
8:24
**weren't (1)**
5:9
**what's (1)**

9:16
**Whereupon (1)**
21:6
**wholeheartedly (1)**
14:11
**who's (2)**
13:14;18:25
**win (1)**
9:3
**wish (4)**
9:8;17:3,5;20:17
**wishes (5)**
14:19;16:10;17:3;
18:11;20:18
**without (1)**
12:23
**word (1)**
8:5
**words (2)**
13:22;15:1
**work (2)**
16:4,23
**worked (1)**
6:18
**working (1)**
19:2
**world (2)**
8:24;14:2

### Y

**Yesterday (1)**
4:17

### 1

**10:31 (1)**
21:6
**15th (1)**
12:22

### 2

**2020 (1)**
3:1
**25 (1)**
3:1
**250,000 (1)**
6:6

### 6

**6.75 (4)**
10:9,14,21,22

### 7

**7th (2)**
20:5,11

### 8

**8 (1)**

8:4

Case: 19-30088    Doc# 6637-1    Filed: 04/06/20    Entered: 04/06/20 07:39:07    Page 28
of 28