| | |
|---|---|
| Robert A. Julian (SBN 88469) <br> Cecily A. Dumas (SBN 111449) <br> BAKER & HOSTETLER LLP <br> Transamerica Pyramid Center <br> 600 Montgomery Street, Suite 3100 <br> San Francisco, CA 94111-2806 <br> Telephone: 415.659.2600 <br> Facsimile: 415.659.2601 <br> Email: rjulian@bakerlaw.com <br> Email: cdumas@bakerlaw.com | Elizabeth A. Green (*pro hac vice*) <br> BAKER & HOSTETLER LLP <br> 200 South Orange Avenue, Suite 2300 <br> Orlando, FL 32801 <br> Telephone: 407.649.4036 <br> Facsimile: 407.841.0168 <br> Email: egreen@bakerlaw.com |

Eric E. Sagerman (SBN 155496)
David J. Richardson (SBN 168592)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: esagerman@bakerlaw.com
Email: drichardson@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel for Official Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** <br> **PG&E CORPORATION** <br>   -and- <br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br>   **Debtors** <br><br> ☐ Affects PG& E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ■ Affects both Debtors <br><br> *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) <br><br> (Jointly Administered) <br><br> **DECLARATION OF LAUREN ATTARD IN SUPPORT OF THE MOTION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS FOR AN ORDER SHORTENING TIME FOR HEARING ON MOTION FOR ENTRY OF AN ORDER DIRECTING SUPPLEMENTAL DISCLOSURE IN THE FORM OF A LETTER FROM THE TCC** <br><br> [Related Dkt. Nos. 6340, 6353, 6448, 6483] |

I, Lauren T. Attard, hereby declare:

1. I am a member in good standing of the bar of California and I am admitted to practice in the United States Bankruptcy Court in the Northern District of California. I am an attorney at Baker Hostetler LLP, attorneys of record for The Official Committee of Tort Claimants (the "**TCC**"). I have personal knowledge of the facts stated herein and I could and would competently and truthfully testify to those facts if called as witness.

2. I submit this declaration in support of the TCC's motion to shorten time ("**Motion to Shorten Time**") for the hearing on the motion for entry of an order directing a supplemental disclosure in the form of a letter from the TCC ("**Motion**"), filed contemporaneously herewith. All capitalized terms used but not defined herein have the meaning attributed to them in the Motion.

3. On March 24, 2020, the Debtors filed their notice of proposed supplemental disclosure [Dkt. No. 6450]. The Court held a hearing the next day, and approved the supplemental disclosure that same day, March 25, 2020 [Dkt. No. 6483].

4. The TCC did not receive an advance copy of the supplemental disclosure, and provided comments directly to the Debtors. The TCC did not oppose holding a hearing on the supplemental disclosure on 24-hours' notice.

5. Victims are currently able to submit their votes on the Debtors' Plan.

6. On Friday, April 3, 2020, I sent Mr. Karotkin, counsel for the Debtors, an email asking whether the Debtors would consent to the Motion to Shorten Time. Mr. Karotkin asked to see the Proposed Letter first, and I sent it to him. I also sent him a copy of the Motion. In a conversation with Mr. Karotkin, Robert Julian, and Elizabeth Green, Mr. Karotkin declined to consent to the Motion to Shorten Time.

7. The TCC planned to file the Motion on Friday, April 3, 2020. The TCC was requested to delay the filing of the Motion until today in order to permit discussions to take place on Friday, April 3, 2020, and over the weekend, which have occurred.

2

I declare under the penalty of perjury under the laws of the United Sates that the foregoing is true and correct and that this declaration was executed on the 6th day of April, 2020.

                                                */s/ Lauren T. Attard*
                                                Lauren T. Attard