**Exhibit C**

**CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES**

| Category of Timekeeper | BLENDED HOURLY RATE | |
|---|---|---|
| | Billed by timekeepers in New York, excluding bankruptcy[1] | Billed in this Application |
| Partner | $1,217.00 | $1,417.00 |
| Counsel | $984.00 | $1,117.00 |
| Senior Associate (7 years or more since first admission) | $922.00 | $1,024.00 |
| Mid-level Associate (4-6 years since first admission) | $829.00 | $961.00 |
| Junior Associate (0-3 years since first admission) | $607.00 | $735.00 |
| Paralegal | $312.00 | $352.00 |
| Other | $301.00 | $370.00 |
| **All timekeepers aggregated** | **$819.00** | **$1,015.00** |

---

[1] In accordance with the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases, effective November 1, 2013*, preceding year is a rolling 12 months year ending February 29, 2020; blended rates reflect work performed in preceding year in Weil's New York office in which timekeepers collectively billed at least 10% of the hours to the case during the application period, excluding all data from bankruptcy law matters.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119