**Exhibit D**

| Period | Fees Budgeted Under DIP budget | Actual Fees and Expenses Sought |
|---|---|---|
| October 2019 | $3,500,000 | $2,853,424.82 |
| November 2019 | $3,500,000 | $2,604,162.62 |
| December 2019 | $3,500,000 | $2,440,046.48 |
| January 2020 | $3,500,000 | $2,744,061.69 |
| **Total:** | **$14,000,000** | **$10,641,695.61** |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119