**Exhibit E**

Below is a summary of the primary staffing of these cases during the Compensation Period. The Debtors are aware of the complexities of these cases, the many issues that need to be addressed, the various disciplines involved, and that staffing needs are dynamic based on a number of factors, many of which are unpredictable, including the activities of other parties in interest in the Chapter 11 Cases. Core teams of Business, Finance and Restructuring, Corporate, Tax, and Litigation attorneys were supplemented with additional resources as necessary to meet client needs under the changing circumstances of these Chapter 11 Cases.

| CATEGORY OF TIMEKEEPER | NUMBER OF CORE TIMEKEEPERS WORKING ON MATTER DURING FEE PERIOD | AVERAGE HOURLY RATE |
|---|---|---|
| Partner | 11 | $1,481.82 |
| Counsel | 3 | $1,108.33 |
| Associate | 30 | $894.83 |
| Paraprofessionals and Other Non-Legal Staff | 3 | $353.33 |