

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

Signed and Filed: April 6, 2020

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (SBN 151445)
(tkeller@kbkllp.com)
Jane Kim (SBN 298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

JONES DAY
Bruce S. Bennett (SBN 105430)
Joshua M. Mester (SBN 194783)
James O. Johnston (SBN 167330)
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071-2300
Telephone: (213) 489-3939
Facsimile: (213) 243-2539
E-mail: bbennett@jonesday.com
jmester@jonesday.com
jjohnston@jonesday.com

*Attorneys for Debtors and Debtors in Possession*

*Attorneys for the Shareholder Proponents*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                  Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**ORDER PURSUANT TO 11 U.S.C. §§ 105(a) AND 107(b) AND FED. R. BANKR. P. 9018 AUTHORIZING THE SEALING OF THE DEBTORS' AND SHAREHOLDER PROPONENTS' OBJECTION TO MOTION OF THE AD HOC COMMITTEE OF SENIOR UNSECURED NOTEHOLDERS FOR ENFORCEMENT OF THE NOTEHOLDER RSA** |

Upon the Motion (the "Sealing Motion") of PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, "**PG&E**" or the "**Debtors**"), and certain funds and accounts managed or advised by Abrams Capital Management, LP, and certain funds and accounts managed or advised by Knighthead Capital Management, LLC (collectively, the "**Shareholder Proponents**"), pursuant to sections 105(a) and 107(b) of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 1001-2(a) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California (the "**Bankruptcy Local Rules**"), and the *New District Wide Procedures for Electronically Filing Sealed and Redacted Documents* adopted by the United States Bankruptcy Court for the Northern District of California (the "**Local Procedures**"), for entry of an order (i) authorizing the Debtors and the Shareholder Proponents to file under seal their *Objection To Motion Of The Ad Hoc Committee Of Senior Unsecured Noteholders For Enforcement Of The Noteholder RSA* (the "**Objection**"), and (ii) directing that the Objection remain under seal and confidential and not be made available to anyone except as set forth in the Sealing Motion; and consideration of the Sealing Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Sealing Motion as provided to the parties listed therein is reasonable and sufficient, and it appearing that no other or further notice need be provided; and this Court having reviewed the Sealing Motion and the Karotkin Declaration submitted in support thereof; and this Court having determined that the legal and factual bases set forth in the Sealing Motion and the Karotkin Declaration establish just cause for the relief granted herein; and it appearing that the relief requested in the Sealing Motion is in the best interests of the Debtors, their estates, creditors, shareholders, and all parties in interest; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Sealing Motion is granted as provided herein.

2. The Debtors and Shareholder Proponents are authorized to file under seal the Objection.

3. The copy of the Objection filed under seal is confidential, shall remain under seal, and shall not be made available to anyone other than the (i) the Court, (ii) the U.S. Trustee on a strictly confidential basis, and (iii) counsel to each of the Creditors Committee, the Tort Claimants Committee, and the Ad Hoc Committee on a strictly confidential and "professionals' eyes only" basis.

4. Notice of the Sealing Motion as provided therein shall be deemed good and sufficient and the requirements of the Bankruptcy Local Rules are satisfied by such notice.

5. The Debtors and Shareholder Proponents are authorized to take all necessary actions to effectuate the relief granted pursuant to this Order in accordance with the Sealing Motion.

6. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

** END OF ORDER **