**DIEMER & WEI, LLP**
Kathryn S. Diemer (#133977)
Alexander J. Lewicki (#323639)
55 S Market Street, Suite 1420
San Jose, CA 95113
Telephone: 408-971-6270
Facsimile: 408-971-6271
Email: kdiemer@diemerwei.com

**WILLKIE FARR & GALLAGHER LLP**
Matthew A. Feldman (*pro hac vice*)
Joseph G. Minias (*pro hac vice*)
Daniel I. Forman (*pro hac vice*)
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
Email: mfeldman@willkie.com
    jminias@willkie.com
    dforman@willkie.com

*Counsel for Ad Hoc Group of Subrogation Claim Holders*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Chapter 11 |
| **PG&E CORPORATION,** | Bankr. Case No. 19-30088 (DM) |
| -and- | (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | |
| Debtors. | **CERTIFICATE OF SERVICE** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br><br>*\* All papers shall be filed in the lead case, No. 19-30088 (DM)* | |

I, Alexander J. Lewicki, do declare and state as follows:

1. I am employed in Santa Clara County in the State of California. I am more than eighteen years old and not a party to this action. My business address is Diemer & Wei LLP, 55 S Market Street, Suite 1420, San Jose, CA, 95113.

2. I certify that on April 5, 2020, I caused a true and correct copy of each of the following documents to be served via ECF on all ECF notice recipients:

   - **RESERVATION OF RIGHTS OF THE AD HOC GROUP OF SUBROGATION CLAIM HOLDERS REGARDING THE DEBTORS' MOTION PURSUANT TO 11 U.S.C. §§ 105 AND 363 AND FED. R. BANKR. P. 9019 FOR ENTRY OF AN ORDER (I) APPROVING CASE RESOLUTION CONTINGENCY PROCESS AND (II) GRANTING RELATED RELIEF.**

3. I certify that on April 6, 2020, I caused a true and correct copy of each of the above documents to be served via Electronic Mail to all parties listed in **Exhibit A**.

4. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would testify thereto.

                                                    Executed on April 6, 2020

                                                    */s/ Alexander J. Lewicki*
                                                    Alexander J. Lewicki

# Exhibit A

**Weil, Gotshal & Manges LLP**
Stephen.Karotkin@weil.com
Matthew.goren@weil.com
Jessica.liou@weil.com

**Cravath, Swaine & Moore LLP**
Pzumbro@cravath.com
korsini@cravath.com
jzobitz@cravath.com
skessing@cravath.com
onasab@cravath.com

**Baker & Hostetler LLP**
rjulian@bakerlaw.com
cdumas@bakerlaw.com
esagerman@bakerlaw.com
lattard@bakerlaw.com

**Keller & Benvenutti LLP**
tkeller@kellerbenvenutti.com
jkim@kellerbenvenutti.com

**Office of the United States Trustee**
James.l.snyder@usdoj.gov
Timothy.s.laffredi@usdoj.gov

**Milbank LLP**
Ddunne@milbank.com
skhalil@milbank.com
Paronzon@milbank.com
Gbray@milbank.com
Tkreller@milbank.com

**Stroock & Stroock & Lavan LLP**
khansen@stroock.com
egilad@stroock.com
mgarofalo@stroock.com
fmerola@stroock.com

**Davis Polk & Wardwell LLP**
Eli.vonnegut@davispolk.com
David.schiff@davispolk.com
Timothy.graulich@davispolk.com

**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
Akornberg@paulweiss.com
bhermann@paulweiss.com
wrieman@paulweiss.com
smitchell@paulweiss.com
ndonnelly@paulweiss.com

**U.S. Department of Justice**
Danielle.pham@usdoj.gov
Matthew.troy@usdoj.gov

**Cotchett, Pitre & Mccarthy, LLP**
fpitre@cpmlegal.com
acordova@cpmlegal.com

**Walkup Melodia Kelly & Schoenberger**
mkelly@walkuplawoffice.com
kbaghdadi@walkuplawoffice.com
mschuver@walkuplawoffice.com

**Robins Cloud LLP**
robins@robinscloud.com
rbryson@robinscloud.com

**Mary Alexander & Associates, P.C.**
malexander@maryalexanderlaw.com

**Pino & Associates**
epino@epinolaw.com

**DLA Piper LLP**
Joshua.morse@dlapiper.com
David.riley@dlapiper.com
Eric.goldberg@dlapiper.com

**Akin Gump Strauss Hauer & Feld LLP**
mstamer@akingump.com
idizengoff@akingump.com
dbotter@akingump.com
avcrawford@akingump.com

**Singleton Law Firm, APC**
gerald@slffirm.com
john@slffirm.com

| | |
|---|---|
| 1 | **Gibson, Dunn & Crutcher LLP** |
| 2 | dfeldman@gibsondunn.com |
| | mkelsey@gibsondunn.com |
| 3 | mneumeister@gibsondunn.com |
| | mchoi@gibsondunn.com |
| 4 | mmcgill@gibsondunn.com |
| 5 | **Braun Hagey & Borden LLP** |
| 6 | hagey@braunhagey.com |
| | theodore@braunhagey.com |
| 7 | kwasniewski@braunhagey.com |
| | levine@braunhagey.com |
| 8 | |
| 9 | **Jones Day** |
| | bbennett@jonesday.com |
| 10 | jmester@jonesday.com |
| | jjohnston@jonesday.com |
| 11 | |
| 12 | **Arent Fox LLP** |
| | Andrew.silfen@arentfox.com |
| 13 | Beth.brownstein@arentfox.com |
| | Aram.ordubegian@arentfox.com |