# Lorena Parada

| | |
|---|---|
| **From:** | Tammy Spirlock <tammyspirlock@aol.com> |
| **Sent:** | Saturday, April 4, 2020 3:43 PM |
| **To:** | Lorena Parada |
| **Subject:** | Case 19-30088 letter for judge |

I would like the judge to read this and for it to be entered on the dockett.

The Honorable Judge Montali
US Bankruptcy Court
Case 19-30088

Your Honor,

Let me tell you why I'm voting NO on the proposed PG&E Settlement

We have all read the headlines... PG&E filed bankruptcy in January of 2019 to protect themselves against billions of dollars in claims from deadly wildfires. From that day forward we have seen headline after headline about bankruptcy court proceedings and the fight taking place where insurance companies, municipalities and fire victims are all trying to secure a fair settlement so PG&E can exit bankruptcy. There have been many news articles boasting the billions of dollars that PG&E is offering. Many have said we should be happy with this settlement and that greed is behind our hesitation as fire victims to vote YES on the proposal.

Let me break this down so the public has an understanding on how the PG&E settlement proposal will play out as it is currently structured.

1. Insurance Companies to receive 11 billion in cash

2. Municipalities to receive 1 billion in cash.

3. Fire victims to receive 13.5 billion in the following structure.

a. payment in cash 5.4 billion in cash no later than August 29, 2020. (currently trying to be delayed by PG&E)

b. payment of 650 million by January 15, 2021.

c. payment of 700 million by January 15, 2022.

d. 6.75 billion in reorganized company stock.

During one of the bankruptcy court proceeding CEO of PG&E William "Bill" Johnson was quoted saying "My point is I'm going to do everything I can to make this right". This statement came after one of the fire victims of the 2017 Tubbs Fire of Santa Rosa questioned the CEO about the fairness of the survivors part of the settlement.

I have to ask myself what exactly is fair about the proposed settlement above? The insurance companies will be paid out in cash and they have not only doubled and tripled our insurance rates but in some instances people are now paying $8,200 a year for homeowners insurance that was previously $1,200 a year. They continue to collect premiums from us. Some may say they are only getting 55 cents on the dollar with their proposed settlement. Believe me with the all

premiums they have collected for years without claims and all the new increased premiums they will come out of this smelling like a rose.  Let me also say that there are still insurance companies refusing to pay the claims of fire victims.

The municipalities will be paid in cash.  In addition to their settlement they have received grants, federal funding and state funding to assist them with lost revenue for real estate taxes and infrastructure.

The fire victims have incurred the following- loss of life, moving expenses (multiple times), loss of jobs, loss of rental income, building permit fees, survey costs, increased building costs $250 to $300 a square foot to rebuild our homes, therapy costs, removing burnt tree costs, landscaping costs, loss of community, loss of friends and family that have been forced to move, loss of everything we owned, loss of security and affordability in our community.  The list goes on....

So I ask you Mr. William Johnson how exactly is everything being done to make things right?  Out of the three groups we are the must vulnerable.  We are the least educated in the corporate world.  As you can see above the corporate world of the insurance companies and the municipalities are paid and back to business as usual.  The fire victims are left to stress and pray that when our settlement is supposed to be funded it will be.  That the stock will retain its value. That you wont start another fire due to neglect.  That we will get paid at all.  All along while trying to rebuild our lives and have a sense of normalcy.  Survivors should not have to dip into their savings accounts, retirement accounts and take out loans to get back what we lost because of PG&E negligence.

Our stories and that day have been etched in history. If you were to ask every survivor what they want the most they would tell you that they want their loved ones back and their old lives back.  The money will never replace what we lost.  What we do care about is fairness and believing that we matter the most.  I can assure you that with this proposed settlement we have been discounted to dumb and desperate.  We have been told that if we don't vote yes we will get nothing.  That we should be happy to get anything at all.  That we are selfish if we vote no.

PG&E has succeeded at pitting fire victims against each other with regards to voting on this proposed plan.  The have succeeded at deceiving the public and portraying a picture that they care about the fire victims.  They have succeeded at killing 84 people with a slap on the hand.  They have succeeded at receiving bonuses while in bankruptcy as we struggle to feed our families and rebuild our lives.  They have succeeded at increasing PG&E rates for all Californians to pay for their neglect.

It's time for the 70,000 people who have filed claims against PG&E to stand firm and vote NO.  Go back to the table and put fire victims at the top of the list.  Fear factor says if you vote no you wont get anything. I disagree..... I'm calling your bluff PG&E.  Fire victims.... make them accountable with a NO vote and make them go back to the table and prioritize us.  If there has ever been a time in your life to stand up for yourself, this is it.

Your Honor, I hope you will stand with us.  Our tears have filled up the canyons that surround us.  We need you to be our voice and wipe our tears away.

Tammy Spirlock

Camp Fire Victim