Francis O. Scarpulla (SBN 41059)
Patrick Clayton (SBN 240191)
LAW OFFICES OF FRANCIS O. SCARPULLA
456 Montgomery Street, 17th Floor
San Francisco, CA 94104
Tel: 415.788.7210
Fax: 415.788.0706
Email: fos@scarpullalaw.com
pbc@scarpullalaw.com

Richard A. Lapping (SBN: 107496)
TRODELLA & LAPPING LLP
540 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 399-1015
Facsimile: (415) 651-9004
*Email:* Rich@TrodellaLapping.com

Jeremiah F. Hallisey, Esq. (SBN 40001)
Karen J. Chedister, Esq. (SBN 99473)
HALLISEY & JOHNSON, P.C.
465 California Street, Suite 405
San Francisco, CA 94104
Tel: (415) 433-5300
Fax: (415) 230-5792
Email: jfhallisey@gmail.com

Attorneys for Creditor
GER HOSPITALITY, LLC

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>-and-<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No.: 19-30088-DM<br><br>Chapter 11<br><br>**JOINDER OF GER HOSPITALITY, LLC IN THE TCC'S MOTION FOR AN ORDER DIRECTING SUPPLEMENTAL DISCLOSURE IN THE FORM OF A LETTER FROM THE TCC**<br><br>Date: April 7, 2020<br>Time: 10:00 a.m.<br>Place: (Telephonic Appearances Only)<br>Courtroom 17<br>450 Golden Gate Avenue, 16th Floor<br>San Francisco, California<br>Judge: Hon. Dennis Montali<br><br>Relates to Dkt. Nos. 6636, 6637, 6644 |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Creditor GER HOSPITALITY, LLC, hereby joins in and supports the Motion of the TCC for

1

an Order Directing Supplemental Disclosure in the Form of a Letter from the TCC (Dkt. No. 6636).

Without such a supplemental notice, the fire victims are again placed in the untenable position of having to vote on the Debtors' plan before there has been a complete disclosure of all of the facts that bear on that decision and that are necessary to permit those claimants to make an informed decision. Fire victims should know that critical issues related to the value of the trust that will be their sole recourse are unsettled and in dispute.

Dated: April 6, 2020

                LAW OFFICES OF FRANCIS O. SCARPULLA

                HALLISEY & JOHNSON, P.C.

                TRODELLA & LAPPING LLP

By:   /s/ Richard A. Lapping
       Richard A. Lapping
       Attorneys for GER Hospitality, LLC