Francis O. Scarpulla (SBN 41059)
Patrick Clayton (SBN 240191)
LAW OFFICES OF FRANCIS O. SCARPULLA
456 Montgomery Street, 17th Floor
San Francisco, CA 94104
Tel: 415.788.7210
Fax: 415.788.0706
Email: fos@scarpullalaw.com
pbc@scarpullalaw.com

Richard A. Lapping (SBN: 107496)
TRODELLA & LAPPING LLP
540 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 399-1015
Facsimile: (415) 651-9004
*Email:* Rich@TrodellaLapping.com

Jeremiah F. Hallisey, Esq. (SBN 40001)
Karen J. Chedister, Esq. (SBN 99473)
HALLISEY & JOHNSON, P.C.
465 California Street, Suite 405
San Francisco, CA 94104
Tel: (415) 433-5300
Fax: (415) 230-5792
Email: jfhallisey@gmail.com

Attorneys for Creditor
GER HOSPITALITY, LLC

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>-and-<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No.: 19-30088-DM<br><br>Chapter 11<br><br>**PROOF OF SERVICE** |

I, Richard A. Lapping, am a resident of the State of California, over the age of eighteen, and not a party to the within action. I am a member of the bar of this Court. My business address is 540 Pacific Avenue, San Francisco, CA 94133. On April 6, 2020, I served the following documents:

**JOINDER OF GER HOSPITALITY, LLC IN THE TCC'S MOTION FOR AN**

1

**ORDER DIRECTING SUPPLEMENTAL DISCLOSURE IN THE FORM OF A LETTER FROM THE TCC**

on the interested parties in this action as follows:

[ ] BY MAIL: Service was accomplished by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, addressed as set forth below.

[X] BY E-MAIL/NEF: Service was accomplished through the Notice of Electronic Filing ("NEF") for all parties and counsel who are registered ECF Users.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 6, 2020, at San Francisco, California.

/s/ Richard A. Lapping
Richard A. Lapping