**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION**, <br><br> - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> **Debtors**. <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☑ Affects both Debtors <br> *\* All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM) <br> Chapter 11 <br> (Lead Case) <br> (Jointly Administered) <br><br> **NOTICE OF REVISED AGENDA FOR APRIL 7, 2020, 10:00 A.M. OMNIBUS HEARING** <br><br> Date: April 7, 2020 <br> Time: 10:00 a.m. (Pacific Time) <br> Place: United States Bankruptcy Court <br> Courtroom 17, 16th Floor <br> San Francisco, CA 94102 |

**PROPOSED REVISED AGENDA FOR
APRIL 7, 2020, 10:00 A.M. (PACIFIC TIME)
<u>OMNIBUS HEARING</u>**

**I: <u>MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)</u>**

*CONTESTED MATTERS GOING FORWARD*

1. **Trotter Retention Application**: *Application of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. § 1103 and Fed. R. Bankr. P. 2014 and 5002 to Retain and Employ Hon. John K. Trotter (Ret.) as Trustee Nunc Pro Tunc to January 13, 20202 Through the Effective Date of the Resolution Trust Agreement* [**Dkt. 5726**].

   Response Deadline: March 10, 2020, at 4:00 p.m. (Pacific Time).

   Responses Filed:

   A. Debtors' Statement with Respect to the Official Committee of Tort Claimants' Applications to Retain and Employ Cathy Yanni as Claims Administrator and the Hon, John K. Trotter (Ret.) as Trustee for the Fire Victim Trust [**Dkt. 5994**].

   B. California State Agencies' Reservation of Rights on Application of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. § 1103 and Fed. R. Bankr. P. 2014 and 5002 to Retain and Employ Hon. John K. Trotter (Ret.) as Trustee *Nunc Pro Tunc* to January 13, 20202 Through the Effective Date of the Resolution Trust Agreement [**Dkt. 6032**].

   C. Paradise Irrigation District, et al.'s Reservation of Rights with Respect to Request for Hearing on Applications of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. § 1103 and Fed. R. Bankr. P. 2014 and 5002 to Retain and Employ Hon. John K. Trotter (Ret.) as Trustee and Cathy Yanni as Claims Administrator *Nunc Pro Tunc* to January 13, 2020 Through the Effective Date of the Resolution Trust Agreement [**Dkt. 6534**].

   D. Reservation of Rights re: Request for Hearing on Applications of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. § 1103 and Fed. R. Bankr. P. 2014 and 5002 to Retain and Employ Hon. John K. Trotter (Ret.) as Trustee and Cathy Yanni as Claims Administrator *Nunc Pro Tunc* to January 13, 2020 Through the Effective Date of the Resolution Trust Agreement [**Dkt. 6567**].

   E. AT&T Corp.'s Reservation of Rights with Respect to Request for Hearing on Applications of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. § 1103 and Fed. R. Bankr. P. 2014 and 5002 to Retain and Employ Hon. John K. Trotter (Ret.) as Trustee and Cathy Yanni as Claims Administrator Nunc Pro Tunc to January 13, 2020 Through the Effective Date of the Resolution Trust Agreement [**Dkt. 6580**].

   F. Debtors' Statement with Respect to the TCC's Request for a Hearing on the Proposed Budget for the Hon. John K. Trotter (Ret.) as Trustee for the Fire Victim Trust and Cathy Yanni as Claims Administrator [**Dkt. 6614**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Related Documents:

G. Declaration of Hon. John K. Trotter (Ret.) in Support of Application of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. § 1103 and Fed. R. Bankr. P. 2014 and 5002 to Retain and Employ Hon. John K. Trotter (Ret.) as Trustee *Nunc Pro Tunc* to January 13, 20202 Through the Effective Date of the Resolution Trust Agreement [**Dkt. 5727**].

H. Supplemental Declaration of Hon. John K. Trotter (Ret.) in Support of Application of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. § 1103 and Fed. R. Bankr. P. 2014 and 5002 to Retain and Employ Hon. John K. Trotter (Ret.) as Trustee *Nunc Pro Tunc* to January 13, 20202 Through the Effective Date of the Resolution Trust Agreement [**Dkt. 5976**].

I. Request for Hearing on Applications of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. § 1103 and Fed. R. Bankr. P. 2014 and 5002 to Retain and Employ Hon. John K. Trotter (Ret.) as Trustee and Cathy Yanni as Claims Administrator *Nunc Pro Tunc* to January 13, 2020 Through the Effective Date of the Resolution Trust Agreement [**Dkt. 6486**].

Status:  This matter is going forward on a contested basis.

2. **Yanni Retention Application**: *Application of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. § 1103 and Fed. R. Bankr. P. 2014 and 5002 to Retain and Employ Cathy Yanni as Claims Administrator Nunc Pro Tunc to January 13, 20202 Through the Effective Date of the Resolution Trust Agreement* [**Dkt. 5723**].

Response Deadline: March 3, 2020, at 4:00 p.m. (Pacific Time).

Responses Filed:

A. Debtors' Statement with Respect to the Official Committee of Tort Claimants' Applications to Retain and Employ Cathy Yanni as Claims Administrator and the Hon, John K. Trotter (Ret.) as Trustee for the Fire Victim Trust [**Dkt. 5994**].

B. California State Agencies' Reservation of Rights on Application of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. § 1103 and Fed. R. Bankr. P. 2014 and 5002 to Retain and Employ Cathy Yanni as Claims Administrator Nunc Pro Tunc to January 13, 20202 Through the Effective Date of the Resolution Trust Agreement [**Dkt. 6030**].

C. Paradise Irrigation District, et al.'s Reservation of Rights with Respect to Request for Hearing on Applications of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. § 1103 and Fed. R. Bankr. P. 2014 and 5002 to Retain and Employ Hon. John K. Trotter (Ret.) as Trustee and Cathy Yanni as Claims Administrator *Nunc Pro Tunc* to January 13, 2020 Through the Effective Date of the Resolution Trust Agreement [**Dkt. 6534**].

D. Reservation of Rights re: Request for Hearing on Applications of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. § 1103 and

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Fed. R. Bankr. P. 2014 and 5002 to Retain and Employ Hon. John K. Trotter (Ret.) as Trustee and Cathy Yanni as Claims Administrator *Nunc Pro Tunc* to January 13, 2020 Through the Effective Date of the Resolution Trust Agreement [**Dkt. 6567**].

  E. AT&T Corp.'s Reservation of Rights with Respect to Request for Hearing on Applications of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. § 1103 and Fed. R. Bankr. P. 2014 and 5002 to Retain and Employ Hon. John K. Trotter (Ret.) as Trustee and Cathy Yanni as Claims Administrator Nunc Pro Tunc to January 13, 2020 Through the Effective Date of the Resolution Trust Agreement [**Dkt. 6580**].

  F. Debtors' Statement with Respect to the TCC's Request for a Hearing on the Proposed Budget for the Hon. John K. Trotter (Ret.) as Trustee for the Fire Victim Trust and Cathy Yanni as Claims Administrator [**Dkt. 6614**].

Related Documents:

  G. Declaration of Cathy Yanni in Support of Application of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. § 1103 and Fed. R. Bankr. P. 2014 and 5002 to Retain and Employ Cathy Yanni as Claims Administrator Nunc Pro Tunc to January 13, 20202 Through the Effective Date of the Resolution Trust Agreement [**Dkt. 5724**].

  H. Supplemental Declaration of Cathy Yanni in Support of Application of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. § 1103 and Fed. R. Bankr. P. 2014 and 5002 to Retain and Employ Cathy Yanni as Claims Administrator Nunc Pro Tunc to January 13, 20202 Through the Effective Date of the Resolution Trust Agreement [**Dkt. 5967**].

  I. Request for Hearing on Applications of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. § 1103 and Fed. R. Bankr. P. 2014 and 5002 to Retain and Employ Hon. John K. Trotter (Ret.) as Trustee and Cathy Yanni as Claims Administrator *Nunc Pro Tunc* to January 13, 2020 Through the Effective Date of the Resolution Trust Agreement [**Dkt. 6486**].

Status: This matter is going forward on a contested basis.

  3. **Debtors' Case Resolution Contingency Process Motion**: *Debtors' Motion Pursuant to 11 U.S.C. §§ 105 and 363 and Fed. R. Bankr. P. 9019 for Entry of an Order (I) Approving Case Resolution Contingency Process and (II) Granting Related Relief* [**Dkt. 6398**].

Response Deadline: April 5, 2020 at 4:00 p.m. (Pacific Time).

Responses Filed:

  A. Governor Gavin Newsom's Statement in Support of Debtors' Motion Pursuant to 11 U.S.C. §§ 105 and 363 and Fed. R. Bankr. P. 9019 for Entry of an Order (I) Approving Case Resolution Contingency Process and (II) Granting Related Relief [**Dkt. 6402**].

  B. Valley Clean Energy Alliance's Statement Regarding Case Resolution Contingency Process [**Dkt. 6624**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

C. Joinder of the City and County of San Francisco to the Statement of Valley Clean Energy Alliance Regarding Case Resolution Contingency Process [**Dkt. 6626**].

D. Limited Objection of the Official Committee of Tort Claimants to the Debtors' Motion Pursuant to 11 U.S.C. §§ 105 and 363 and Fed. R. Bankr. P. 9019 for Entry of an Order (I) Approving Case Resolution Contingency Process and (II) Granting Related Relief [**Dkt. 6627**].

E. Statement and Reservation of Rights of Official Committee of Unsecured Creditors Regarding Debtors' Motion for Entry Order (I) Approving Case Resolution Contingency Process and (II) Granting Related Relief [**Dkt. 6628**].

F. Reservation of Rights of the Ad Hoc Group of Subrogation Claim Holders Regarding the Debtors' Motion Pursuant to 11 U.S.C. §§ 105 and 363 and Fed. R. Bankr. P. 9019 for Entry of an Order (I) Approving Case Resolution Contingency Process and (II) Granting Related Relief [**Dkt. 6629**].

G. Joinder of South San Joaquin Irrigation District to Valley Clean Energy Alliance's Statement Regarding Case Resolution Contingency Process [**Dkt. 6630**].

H. Limited Objection and Reservation of Rights of BOKF, NA as Indenture Trustee to Debtors' Motion Pursuant to 11 U.S.C. §§ 105 and 363 and Fed. R. Bankr. P. 9019 for Entry of an Order (I) Approving Case Resolution Contingency Process and (II) Granting Related Relief [**Dkt. 6631**].

Related Documents:

I. Declaration of Jason P. Wells in Support of Debtors' Motion Pursuant to 11 U.S.C. §§ 105 and 363 and Fed. R. Bankr. P. 9019 for Entry of an Order (I) Approving Case Resolution Contingency Process and (II) Granting Related Relief [**Dkt. 6399**].

J. Debtors' Response to Limited Objection of the Official Committee of Tort Claimants to the Debtors' Motion Pursuant to 11 U.S.C. §§ 105 and 363 and Fed. R. Bankr. P. 9019 for Entry of an Order (I) Approving Case Resolution Contingency Process and (II) Granting Related Relief [**Dkt. 6651**].

Status: This matter is going forward on a contested basis.

4. **TCC's Supplemental Disclosure Motion**: *The Official Committee of Tort Claimants' Motion for Entry of an Order Directing Supplemental Disclosure in the Form of a Letter from the TCC* [**Dkt. 6636**].

Response Deadline: April 7, 2020 at 10:00 a.m. (orally at the Omnibus Hearing).

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Responses Filed:

A. Opposition to Motion by the Official Committee of Tort Claimants to Supplement the Court-Approved Disclosure Statement [**Dkt. 6642**].

B. Reservation of Rights of the Ad Hoc Group of Subrogation Claim Holders Regarding the Official Committee of Tort Claimants' Motion for Entry of an Order Directing Supplemental Disclosure in the Form of a Letter from the TCC [**Dkt. 6652**].

C. Joinder of Many PG&E Fire Victims in TCC's Motion to Supplement Disclosure Statement [**Dkt. 6656**].

D. Joinder of GER Hospitality, LLC in the TCC's Motion for an Order Directing Supplemental Disclosure in the Form of a Letter from the TCC [**Dkt. 6657**].

E. Debtors' and Shareholder Proponents' Joint Objection to Motion of the Official Committee of Tort Claimants for Entry of an Order Directing Supplemental Disclosure in the Form of a Letter from the TCC [**Dkt. 6658**].

F. William B. Abrams' Joinder to the Official Committee of Tort Claimants' Motion for Entry of an Order Directing Supplemental Disclosure in the Form of a Letter from the TCC [**Dkt. 6659**].

Related Documents:

G. Declaration of Robert A. Julian in Support of the Official Committee of Tort Claimants' Motion for Entry of an Order Directing Supplemental Disclosure in the Form of a Letter from the TCC [**Dkt. 6637**].

Status: This matter is going forward on a contested basis.

**CONTINUED, RESOLVED, AND WITHDRAWN MATTERS**

5. **TCC Standing Motion**: *The Official Committee of Tort Claimants' Motion for Standing to Prosecute Claims of the Debtors' Estates* [**Dkt. 5972**].

Response Deadline: March 25, 2020 at 4:00 p.m. (Pacific Time).

Responses Filed:

A. Stipulation and Agreement for Order Resolving the Official Committee of Tort Claimants' Motion for Standing to Prosecute Claims of the Debtors' Estates [**Dkt. 6435**].

B. Securities Plaintiffs' Statement with Respect to Stipulation and Agreement for Order Resolving the Official Committee of Tort Claimants' Motion for Standing to Prosecute Claims of the Debtors' Estates [**Dkt. 6449**].

C. Statement of Official Committee of Unsecured Creditors Regarding Motion of the Official Committee of Tort Claimants for Standing to Prosecute Claims of the Debtors' Estates [**Dkt. 6475**].

D. Securities Plaintiffs' Memorandum of Points and Authorities in Opposition to Official Committee of Tort Claimants' Motion for Standing to Prosecute Claims of the Debtors' Estates [**Dkt. 6482**].

Related Documents:

E. Declaration of David J. Richardson in Support of the Official Committee of Tort Claimants' Motion for Standing to Prosecute Claims of the Debtors' Estates [**Dkt. 5973**].

F. Reply Brief of the Official Committee of Tort Claimants in Support of Its Motion for Standing to Prosecute Claims of the Debtors' Estates [**Dkt. 6547**].

G. Supplemental Declaration of David J. Richardson in Support of the Official Committee of Tort Claimants' Motion for Standing to Prosecute Claims of the Debtors' Estates [**Dkt. 6548**].

Status: This matter has been continued to April 14, 2020 [**Dkt. 6600**].

6. **Howard/Baggett Proof of Claim Motion**: *Motion Pursuant to Fed. R. Bankr. P. 9006(b)(1) to Enlarge the Time for Howard/Baggett to File Proofs of Claim* [**Dkt. 6290**].

Response Deadline: March 31, 2020 at 4:00 p.m. (Pacific Time).

Responses Filed:

A. Stipulation Enlarging Time for Howard/Baggett to File Proof of Claim [**Dkt. 6510**].

Related Documents:

B. Declaration of John N. Demas in Support of Motion Pursuant to Fed. R. Bankr. P. 9006(b)(1) to Enlarge the Time for Howard/Baggett to File Proofs of Claim [**Dkt. 6292**].

C. Declaration of Cory Culver in Support of Motion Pursuant to Fed. R. Bankr. P. 9006(b)(1) to Enlarge the Time for Howard/Baggett to File Proofs of Claim [**Dkt. 6293**].

Related Orders:

D. Order Approving Stipulation Enlarging Time for Howard/Baggett to File Proof of Claim [**Dkt. 6513**].

Status: This matter has been resolved by stipulation [**Dkt. 6510**] and order [**Dkt. 6513**] and dropped from the calendar by March 30, 2020 docket text order.

7. **Debtors' 503(b)(9) Motion**: *Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9)* [**Dkt. 2896**].

Response Deadline: July 31, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed:

A. Response in Opposition to Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3263**].

B. Response of C.H. Reynolds Electric, Inc. to Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3267**].

C. Opposition of Shiloh IV Lessee, LLC to Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3284**].

D. Opposition of Marsh Landing, LLC to Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3286**].

E. Proposed Document Filed Under Seal [**Dkt. 3287**].

F. Response of Claimant Global Ampersand LLC to Objection of Debtors to Claim Asserted by Claimant Pursuant to 11. U.S.C. § 503(b)(9) [**Dkt. 3288**].

G. Response of Surf to Snow Environmental Resource Management, Inc. to Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3302**].

H. Omnibus Stipulation Between Debtors and Certain Claimants Extending Time to Respond to Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3306**].

I. Response of U.S. Telepacific Corp. DBA TPX Communications to Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3313**].

J. Letter to Court from Hypower, Inc. Regarding Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3315**].

K. Exhibit A of Response of C.H. Reynolds Electric, Inc. to Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3324**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Related Documents:

L. Declaration of Robb C. McWilliams in Support of Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 2897**].

M. Notice of Filing of Revised Proposed Order Approving Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3522**].

Related Orders:

N. Order Granting Omnibus Stipulation Between Debtors and Certain Claimants Extending Time to Respond to Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3365**].

O. Order Granting Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3564**].

Status: This matter has been continued to April 14, 2020.

8. **Adventist Claimants' Rule 3018 Motion**: *Motion of the Adventist Claimants for Estimation and Temporary Allowance of the Adventist Fire Damage Claims Solely for Voting Purposes Pursuant to Bankruptcy Rule 3018* [**Dkt. 6174**].

Response Deadline: March 24, 2020 at 4:00 p.m. (Pacific Time).

Responses Filed: No responses were filed.

Related Documents:

A. Declaration of Jeff Eller in Support of Motion of the Adventist Claimants for Estimation and Temporary Allowance of the Adventist Fire Damage Claims Solely for Voting Purposes Pursuant to Bankruptcy Rule 3018 [**Dkt. 6175**].

B. Notice of Withdrawal of the Motion of the Adventist Claimants for Estimation and Temporary Allowance of the Adventist Fire Damage Claims Solely for Voting Purposes Pursuant to Bankruptcy Rule 3018 [**Dkt. 6391**].

Status: This matter has been withdrawn.

9. **JH Kelly LLC Relief from Stay**: *JH Kelly LLC's Motion for Relief from the Automatic Stay* [**Dkt. 5649**].

Response Deadline: March 13, 2020, at 4:00 p.m. (Pacific Time).

Response Filed:

A. Stipulation and Agreement for Order Regarding Limited Relief from the Automatic Stay Between the Utility, JH Kelly, LLC and AECOM Technical Services, Inc. [**Dkt. 6409**].

Related Documents:

B. Declaration of Mario R. Nicholas in Support of JH Kelly's Motion for Relief from the Automatic Stay [**Dkt. 5651**].

C. Relief from Stay Cover Sheet [**Dkt. 5652**].

Related Order:

D. Order Approving Stipulation and Agreement for Order Regarding Limited Relief from the Automatic Stay Between the Utility, JH Kelly, LLC and AECOM Technical Services, Inc. [**Dkt. 6430**].

Status: This matter has been resolved by stipulation [**Dkt. 6409**] and order [**Dkt. 6430**] and dropped from the calendar by March 23, 2020 docket text order.

10. **Marroquin Relief from Stay Motion**: *Motion to Abstain and for Relief from Automatic Stay to Permit Lawsuit to Proceed to Trial and Conclusion* [**Dkt. 4606**].

Response Deadline: March 20, 2020, at 4:00 p.m. (Pacific Time).

Responses Filed:

A. Stipulation Between Debtor Pacific Gas and Electric Company and Michael Marroquin to Continue Hearing and for Limited Relief from the Automatic Stay [**Dkt. 4874**].

B. Stipulation Between Debtor Pacific Gas and Electric Company and Michael Marroquin Adjourning Motion to Abstain and for Relief from the Automatic Stay [**Dkt. 6498**].

Related Documents:

C. Exhibits to Motion to Abstain and for Relief from Automatic Stay to Permit Lawsuit to Proceed to Trial and Conclusion [**Dkt. 4607**].

D. Declaration of Daniel Rodriguez in Support of Motion for Relief from Automatic Stay to Permit Lawsuit to Proceed to Trial and Conclusion [**Dkt. 4608**].

E. Declaration of Leonard K. Welsh in Support of Motion to Abstain and for Relief from Automatic Stay to Permit Lawsuit to Proceed to Trial and Conclusion [**Dkt. 4609**].

F. Relief from Stay Cover Sheet [**Dkt. 4610**].

Related Orders:

G. Order Approving Stipulation Between Debtor Pacific Gas and Electric Company and Michael Marroquin to Continue Hearing and for Limited Relief from the Automatic Stay [**Dkt. 4888**].

H.  Order Approving Stipulation Between Debtor Pacific Gas and Electric Company and Michael Marroquin Adjourning Motion to Abstain and for Relief from the Automatic Stay [**Dkt. 6512**].

Status:  This matter has been resolved by stipulation [**Dkt. 6498**] and order [**Dkt. 6512**] and dropped from the calendar by March 27, 2020 docket text order.

II: **MATTERS SCHEDULED TO BE HEARD IN ADVERSARY PROCEEDING:** *Winding Creek Solar LLC et al v. Pacific Gas and Electric Company et al,* **Adv. Proc. No. 19-03049**

*RESOLVED MATTER*

11.  **Debtor's Motion to Dismiss**: *The Utility's Motion to Dismiss, or, in the Alternative, Stay Adversary Proceeding; Memorandum of Points and Authorities in Support* [**Dkt. 8**].

Response Deadline: January 15, 2020, at 4:00 p.m. (Pacific Time).

Response Filed:

A.  Stipulation and Agreement for Order Continuing Hearing [**Dkt. 14**].

B.  Second Stipulation and Agreement for Order Continuing Hearing [**Dkt. 16**].

C.  Plaintiff's Memorandum of Points and Authorities in Opposition to PG&E's Motion to Dismiss the Complaint [**Dkt. 18**].

D.  Request for Judicial Notice in Support of the Utility's Reply in Further Support of its Motion to Dismiss [**Dkt. 20**].

E.  Stipulation and Agreement for Order Resolving the Utility's Motion to Dismiss [**Dkt. 23**].

Related Documents:

F.  Utility's Request for Judicial Notice in Support of Utility's Motion to Dismiss, or, in the Alternative, Stay Adversary Proceeding; Memorandum of Points and Authorities in Support [**Dkt. 9**].

G.  The Utility's Reply in Further Support of its Motion to Dismiss; Memorandum of Points and Authorities in Support [**Dkt. 19**].

Related Order:

H.  Order Approving Stipulation and Agreement for Order Continuing Hearing [**Dkt. 15**].

I.  Order Approving Second Stipulation and Agreement for Order Continuing Hearing [**Dkt. 17**].

J.  Order Approving Stipulation and Agreement for Order Resolving the

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153-0119

Utility's Motion to Dismiss [**Dkt. 24**].

<u>Status</u>:  This matter has been resolved by stipulation [**Dkt. 23**] and order [**Dkt. 24**].

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at:pgeinfo@primeclerk.com.  Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: April 6, 2020

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**

By:  */s/ Dara L. Silveira*
         Dara L. Silveira

*Attorneys for Debtors and Debtors in Possession*