Elizabeth J. Cabraser (SBN 083151)
Kevin R. Budner (SBN 287271)
Evan J. Ballan (SBN 318649)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Attorneys for Fire Claimants*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION**<br>-and-<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>**Debtors.**<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>Jointly Administered)<br><br>(Jointly Administered)<br><br>**JOINDER OF CERTAIN WILDFIRE CLAIMANTS IN THE TCC'S MOTION FOR AN ORDER DIRECTING SUPPLEMENTAL DISCLOSURE IN THE FORM OF A LETTER FROM THE TCC**<br><br>Date: April 7, 2020<br>Time: 10:00 a.m. (Pacific Time)<br>Place: (Telephonic Appearances Only) Courtroom 17<br>450 Golden Gate Avenue, 16th Floor,<br>San Francisco, California<br>Judge: Hon. Dennis Montali<br><br>Re: Docket Nos. 6636, 6637, 6644 |

Creditors Kevin Burnett, Leslie Moore, Darwin Crabtree, Sandra Crabtree, Joseph Garfield, Robert Eldridge, Benjamin Greenwald d/b/a Greenwald Pest Defense; Lore Olds d/b/a Sky Vineyards, Skyla Olds, Nancy Hitchcock, Herman Bossano, Rebecca Bailey, Ph.D. d/b/a It's Mine Don't Touch Trust and Transitioning Families, and Charles Holmes ("Wildfire Claimants") are individuals and businesses who suffered losses in wildfires caused by PG&E.

Tens of thousands of claimants injured by PG&E will be deciding how to cast their vote on the Debtors' proposed plan of reorganization. The Wildfire Claimants believe that those creditors should be entitled to full, accurate, and truthful information about the plan on which they are being asked to vote. The plan of reorganization, if approved, will lead to a final adjudication of their claims, and will determine how much will be available to compensate victims for their losses. Accordingly, Wildfire Claimants urge this Court to grant the TCC's motion and allow it to provide its proposed supplemental disclosures to all claimants in this bankruptcy to empower those claimants to make an informed decision. The claimants in this case have lost their homes, their livelihoods, their businesses, and their loved ones to PG&E's misconduct and neglect. As the possible conclusion of these proceedings draws near, they deserve to cast their vote armed with the truth and with eyes wide open.

Dated:  April 6, 2020

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: _____
Elizabeth J. Cabraser

Elizabeth J. Cabraser (SBN 083151)
Kevin R. Budner (SBN 287271)
Evan J. Ballan (SBN 318649)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile:  (415) 956-1008

*Attorneys for Wildfire Claimants*