# Exhibit C

**AP SERVICES, LLC**
**Summary of Expenses - Pacific Gas and Electric Company, et al.**
**For the Period Februry 1, 2020 through February 29, 2020**

| EXPENSE CATEGORY | AMOUNT |
|---|---:|
| Airfare | $ 167,966.36 |
| Lodging | 303,969.72 |
| Meals | 33,340.92 |
| Ground Transportation | 53,426.36 |
| **TOTAL EXPENSES** | **$ 558,703.36** |