UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

In Re: PG&E Corporation

and Pacific Gas and Electric Company

**Bankruptcy Case No.:** 19-30088-DM

**AP Case No.:** Click or tap here to enter text.

**District Court Case No.:** 20-cv-01708-HSG

CERTIFICATE OF RECORD

The undersigned Clerk of the U.S. Bankruptcy Court hereby certifies that the record on appeal is complete and ready for transmission. The Designation of Record and Statement of Issues have been filed. The status of the transcripts are as follows:

☒ Designated transcript(s) have been filed with this Court.

☐ No transcripts were requested by Appellant or Appellee.

☐ Other: Click or tap here to enter text.

Edward Emmons, Clerk
United States Bankruptcy Court

Date: 4/7/2020         By: *DaWana Chambers*

                            Deputy Clerk

Case Number: 19-30088-DM

Certificate of Mailing

I, the undersigned, a regularly appointed and qualified deputy clerk in the office of the United States Bankruptcy Court for the Northern District of California, hereby certify:

That I, in the performance of my duties as such clerk, served a copy of the **Certificate of Record** to the addressed as listed below

Date: 4/7/2020       *DaWana Chambers*
                      Deputy Clerk

Susan Y. Soong, Clerk of Court
United States District Court
Phillip Burton Federal Building
& United States Courthouse
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

   via ECF