Office of the Clerk
United States Bankruptcy Court, Northern District of California

Edward J. Emmons
Clerk of Court
450 Golden Gate Avenue
Mail Box 36099
San Francisco, CA 94102
Phone: (415) 268-2300

**April 7, 2020**

Susan Y. Soong, Clerk of Court
United States District Court
Phillip Burton Federal Building
& United States Courthouse
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

Re: Transmittal of Record on Appeal to District Court: **PG& E Corporation and Pacific Gas and Electric Case No.: 19-30088-DM, Judge Dennis Montali and District Court Lead Case No. 20-cv-01708-HSG**

Dear Clerk:

We are electronically transmitting the following documents to your court for the above referenced matter:

X   Docket Report
X   Certificate of Record
X   Appellant's Designation of Items and Statement of Issues
X   Appellee's Designation of Additional Items
☐   Cross-Appellant's Designation of Additional Items and Statement of Issues (if applicable)
☐   Cross-Appellee's Designation of Additional Items (if applicable)
☐   Certificate of No Transcript Requests (if applicable)
☐   Statement of Evidence When a Transcript in Unavailable (if applicable)
☐   Agreed Statement as the Record on Appeal (if applicable)

If you have any questions, please contact me *at* **(415) 268-2373.**

Sincerely,

Edward J. Emmons
Clerk of Court

By: *DaWana Chambers*
   **Deputy Clerk**