| | | |
|---|---|---|
| 1 | **LABATON SUCHAROW LLP**<br>Thomas A. Dubbs | **LOWENSTEIN SANDLER LLP**<br>Michael S. Etkin (*pro hac vice*) |
| 2 | Carol C. Villegas<br>Jeffrey A. Dubbin (SBN 287199) | Andrew Behlmann (*pro hac vice*)<br>Scott Cargill |
| 3 | Aram Boghosian<br>140 Broadway | Colleen Maker<br>One Lowenstein Drive |
| 4 | New York, New York 10005 | Roseland, New Jersey 07068 |
| 5 | | |
| 6 | *Lead Counsel to Lead Plaintiff and the Class* | *Bankruptcy Counsel to Lead Plaintiff and the Class* |
| 7 | **MICHELSON LAW GROUP** | |
| 8 | Randy Michelson (SBN 114095)<br>220 Montgomery Street, Suite 2100 | |
| 9 | San Francisco, California 94104 | |
| 10 | *Bankruptcy Counsel to Lead Plaintiff and the Class* | *(additional counsel on Exhibit A)* |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>- and –<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☒ Affects Both Debtors<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company | Case No. 19-30088 (DM) (Lead Case)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**SECURITIES PLAINTIFFS' STATEMENT OF ISSUES AND DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL** |

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, appellant Public Employees Retirement Association of New Mexico ("**PERA**" or "**Lead Plaintiff**"), court-appointed Lead Plaintiff, on behalf of itself and the proposed class it represents (the "**Class**") in the securities class action captioned *In re PG&E Corporation Securities Litigation*, Case No. 18-03509 (the "**Securities Litigation**") pending in the U.S. District Court for the Northern District of California (the "**District Court**"), together with York County on behalf of the County of York Retirement Fund, City of Warren Police and Fire Retirement System, and Mid-Jersey Trucking Industry & Local No. 701 Pension Fund (collectively, the "**Securities Act Plaintiffs**" and together with Lead Plaintiff, the "**Securities Plaintiffs**"), by and through its undersigned counsel, respectfully submits this statement of issues and designation of items to be included in the record to be presented in connection with Lead Plaintiff's appeal of the U.S. Bankruptcy Court for the Northern District of California (the "**Bankruptcy Court**")'s *Order (I) Denying Securities Lead Plaintiff's Motion to Apply Bankruptcy Rule 7023 to Class Proof of Claim and (II) Extending Bar Date for Certain Holders of Securities Claims for Rescission or Damages*, dated February 27, 2020 [Docket No. 5943] (the "**7023 Order**") and the related *Memorandum Decision Regarding Motion to Apply Rule 7023* [ECF No. 5887] (the "**7023 Opinion**"), by which the Bankruptcy Court denied the *Securities Lead Plaintiff's Motion to Apply Bankruptcy Rule 7023 to Class Proof of Claim* [Docket No. 5042] (the "**7023 Motion**").

### ISSUES TO BE PRESENTED ON APPEAL

Through the 7023 Order, the Bankruptcy Court denied Securities Plaintiffs' motion to apply Bankruptcy Rule 7023 to timely filed proofs of claim on behalf of the putative Class (the "**Class Claims**") in the bankruptcy case of the above-captioned debtors (the "**Debtors**") despite expressly finding that members of the Class are known creditors of the Debtors that were not provided constitutionally required notice of the deadline to file proofs of claim (the "**Bar Date**") and that the absence of pre-petition certification of the Class was not relevant to its determination. Instead of granting the 7023 Motion, the Bankruptcy Court extended the Bar Date for Class members to individually file proofs of claim on or before April 16, 2020 (the "**Extended Bar Date**").

Lead Plaintiff hereby states the following issues to be presented on appeal:

1. Whether the Bankruptcy Court erred by denying the 7023 Motion.

2. Whether the Bankruptcy Court erred by extending the Bar Date in lieu of granting the Rule 7023 Motion.

3. Whether the Bankruptcy Court erred by establishing April 16, 2020 as the Extended Bar Date given the facts and circumstances of the Bankruptcy Case.

4. Whether the Bankruptcy Court erred in considering and relying upon, over Securities Plaintiff's objection, the *Declaration of Christina Pullo in Support of the Debtors' Supplemental Brief in Response to the Court's Tentative Ruling Regarding Motion to Apply Rule 7023 and Order Settling Deadline* dated February 1, 2020 [ECF No. 5789], submitted after the Bankruptcy Court closed the evidentiary record on the 7023 Motion on January 29, 2020, and despite the prior inconsistent statements of the same declarant in the *Declaration of Christina Pullo (I) Regarding Implementation of the Debtors' Notice Procedures and (II) In Support of the Debtors' Motion to Apply Bankruptcy Rule 7023 to Proof of Claim* dated January 13, 2020 [ECF No. 5370].

5. Whether the 7023 Order properly satisfied the due process rights of members of the Class that were determined to be violated by the Debtors.

**DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Securities Plaintiffs respectfully designate the following items for inclusion in the record on appeal. Each designated item also includes any and all attachments, annexed declarations, proposed orders and/or exhibits/addenda annexed to and referenced within such item.

Items from Case No. 19-30088 (DM); *In re PG&E Corporation et al.*:

| Item No. | Description | Date | ECF No. |
|---|---|---|---|
| 1. | Order Denying Motion for Preliminary Injunction | 8/28/19 | Adv. Pro. No. 19-03039, Doc. No. 23 |
| 2. | Class Proofs of Claim | 10/21/19 | Claim Nos. 72193, 72273 |
| 3. | Notice of Hearing on Securities Lead Plaintiff's Motion to Apply Bankruptcy Rule 7023 to Class Proof of Claim | 12/9/2019 | 5042 |

| | | | | |
|---|---|---|---|---|
| | 4. | Order Approving Stipulation with Respect to Securities Lead Plaintiff's Motion to Apply Bankruptcy Rule 7023 to Class Proof of Claim | 12/27/2019 | 5211 |
| | 5. | Amended Notice of Hearing | 12/27/2019 | 5212 |
| | 6. | Debtors' Objection to Class Representative's Motion to Extend Application of Federal Rule of Civil Procedure 23 to Proof of Claim | 1/14/2020 | 5369 |
| | 7. | Declaration of Christina Pullo (I) Regarding Implementation of the Debtors' Notice Procedures and (II) In Support of the Debtors' Objection to Securities Lead Plaintiff's Motion to Apply Bankruptcy Rule 7023 to Proof of Claim | 1/14/2020 | 5370 |
| | 8. | Declaration of Benjamin P.D. Schrag (I) Regarding Implementation of the Debtors' Notice Procedures and Supplemental Notice Plan and (II) In Support of the Debtors' Objection to Class Representative's Motion to Extend Application of Federal Rule of Civil Procedures 23 to Proof of Claim | 1/14/2020 | 5371 |
| | 9. | Declaration of Jeanne C. Finegan (I) Regarding Implementation of the Debtors' Notice Procedures and Supplemental Notice Plan and (II) In Support of the Debtors' Objection to Class Representatives Motion to Extend Application of Federal Rule of Civil Procedure 23 to Proof of Claim | 1/14/2020 | 5372 |
| | 10. | Opposition of Official Committee of Tort Claimants' to Securities Lead Plaintiff's Motion to Apply Bankruptcy Rule 7023 to Class Proof of Claim | 1/14/2020 | 5373 |
| | 11. | Debtors' Request for Judicial Notice in Support of Debtors' Objection to Class Representative's Motion to Extend Application of Federal Rule of Civil Procedure 23 to Proof of Claim | 1/14/2020 | 5374 |
| | 12. | Declaration of David J. Richardson in Support of Opposition of Official Committee of Tort Claimants' to Securities Lead Plaintiff's Motion to Apply Bankruptcy Rule 7023 to Class Proof of Claim (Dkt. No. 5042) | 1/14/2020 | 5375 |
| | 13. | Securities Lead Plaintiff's Reply in Further Support of Motion to Apply Bankruptcy Rule 7023 to Class Proof of Claim | 1/22/2020 | 5452 |
| | 14. | Declaration of Adam D. Walter of A.B. Data, Ltd. Regarding Standard Procedures and Methods Utilized in Securities Class Action Notice Programs | 1/22/2020 | 5456 |
| | 15. | Declaration of Andrew D. Behlmann, Esq. in Support of Securities Lead Plaintiff's Reply in Further Support of Motion to Apply Bankruptcy Rule 7023 to Class Proof of Claim | 1/22/2020 | 5458 |
| | 16. | DOCKET TEXT ORDER (no separate order issued:) For the hearing on January 29, 2020, at 10 AM, the moving parties on the Motion to Apply FRBP 7023 to Class Proof | 1/27/2020 | |

Case: 19-30088    Doc# 6397-2    Filed: 03/20/20    Entered: 03/20/20 13:31:03    Page 4 of 77

| | | | |
|---|---|---|---|
| | | of Claim (Dkt No. 5042) will have forty minutes for oral argument. They should reserve a portion of their time for rebuttal. Debtors and the TCC will also have forty minutes to respond, to be shared as their counsel agree. (Montali, Dennis) (Entered: 01/27/2020) | | |
| | 17. | Tentative Ruling Regarding Motion to Apply Rule 7023 and Order Setting Deadline | 2/3/2020 | 5604 |
| | 18. | Securities Lead Plaintiff's Supplemental Brief in Support of Motion to Apply Bankruptcy Rule 7023 to Class Proofs of Claim | 2/14/2020 | 5786 |
| | 19. | Debtors' Supplemental Brief in Response to the Court's Tentative Ruling Regarding Motion to Apply Rule 7023 and Order Setting Deadline | 2/14/2020 | 5787 |
| | 20. | Supplemental Brief and Reservation of Rights of Official Committee of Tort Claimants' to Securities Lead Plaintiff's Motion to Apply Bankruptcy Rule 7023 to Class Proof of Claim (Dkt. No. 5042) | 2/14/2020 | 5788 |
| | 21. | Declaration of Christina Pullo in Support of the Debtors' Supplemental Brief in Response to the Court's Tentative Ruling Regarding Motion to Apply Rule 7023 and Order Setting Deadline | 2/14/2020 | 5789 |
| | 22. | Securities Lead Plaintiff's Motion to Strike Declaration of Christina Pullo in Support of the Debtors' Supplemental Brief in Response to the Court's Tentative Ruling Regarding Motion to Apply Rule 7023 and Order Setting Deadline [ECF No. 5789] | 2/18/2020 | 5814 |
| | 23. | Ex Parte Motion of Securities Lead Plaintiff Pursuant to B.L.R. 9006-1 Requesting Order Shortening Time for Hearing on Securities Lead Plaintiff's Motion to Strike Declaration of Christina Pullo in Support of the Debtors' Supplemental Brief in Response to the Court's Tentative Ruling Regarding Motion to Apply Rule 7023 and Order Setting Deadline [ECF No. 5789] | 2/18/2020 | 5818 |
| | 24. | Declaration of Andrew Behlmann in Support of Ex Parte Motion of Securities Lead Plaintiff Pursuant to B.L.R. 9006-1 Requesting Order Shortening Time for Hearing on Securities Lead Plaintiff's Motion to Strike Declaration of Christina Pullo in Support of the Debtors' Supplemental Brief in Response to the Court's Tentative Ruling Regarding Motion to Apply Rule 7023 and Order Setting Deadline [ECF No. 5789] | 2/18/2020 | 5819 |
| | 25. | DOCKET TEXT ORDER (no separate order issued:) The court will not shorten time to hear a motion to strike (Dkt. Nos. 5814 & 5818) the Pullo declaration, nor require a response before the February 20, 2020 hearing, nor limit the scope of what it will discuss with counsel at the hearing. Each side will have an opportunity to address any questions posed by the court, not just those mentioned in | 2/18/2020 | |

Case: 19-30088   Doc# 6397   Filed: 03/20/20   Entered: 03/20/20 13:31:03   Page 5 of 77

| | the docket text yesterday, and to the argue for the position advocated and against the position opposed (Dkt. Nos. 5604, 5786 & 5787). (RE: related document(s)5814 Motion Miscellaneous Relief filed by Interested Party Securities Lead Plaintiff and the Proposed Class, 5818 Motion to Shorten Time filed by Interested Party Securities Lead Plaintiff and the Proposed Class). (Montali, Dennis) (Entered: 02/18/2020) | | |
|---|---|---|---|
| 26. | Memorandum Decision Regarding Motion to Apply Rule 7023 | 2/24/2020 | 5887 |
| 27. | Court's Intentions Re Proposed Order | 2/24/2020 | 5888 |
| 28. | Notice Regarding Filing of Proposed Order in Response to the Court's Intentions Regarding Proposed Order | 2/26/2020 | 5902 |
| 29. | Order (I) Denying Securities Lead Plaintiff's Motion to Apply Bankruptcy Rule 7023 to Class Proof of Claim and (II) Extending Bar Date for Certain Holders of Securities Claims for Rescission or Damages | 2/27/2020 | 5943 |
| 30. | Certificate of Service of Christina Pullo Regarding the Rescission or Damage Proof of Claim Form and the Rescission or Damage Claim Bar Date | 3/6/2020 | 6177 |

Transcripts of hearings on the 7023 Motion:

| Item No. | Description | Date | Docket No. |
|---|---|---|---|
| 31. | Transcript of January 29, 2020 Hearing | 1/30/2020 | 5562 |
| 32. | Transcript of February 20, 2020 Hearing | 2/21/2020 | 5870 |
| 33. | Transcript of February 26, 2020 Hearing | 2/27/2020 | 5927 |
| 34. | Transcript of February 27, 2020 Hearing | 2/28/2020 | 5950 |

Securities Plaintiffs reserve the right to designate additional items for inclusion in the record and/or to restate issues presented on appeal.

## CERTIFICATION REGARDING TRANSCRIPTS

Securities Plaintiffs certify, pursuant to Bankruptcy Rule 8009(b)(1) that it is not ordering any transcripts. All transcripts have been prepared, are filed on the docket, and have been designated in the record.

Dated: March 20, 2020

**LOWENSTEIN SANDLER LLP**
**MICHELSON LAW GROUP**


By:  /s/ Randy Michelson
Randy Michelson (SBN 114095)

| | |
|---|---|
| 1 | *Bankruptcy Counsel to Lead Plaintiff and the Class* |
| 2 | - and - |
| 3 | **LABATON SUCHAROW LLP** |
| 4 | |
| 5 | *Lead Counsel to Lead Plaintiff and the Class* |
| 6 | - and - |
| 7 | **WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK, LLP** |
| 8 | *Liaison Counsel for the Class* |
| 9 | - and - |
| 10 | **ROBBINS GELLER RUDMAN & DOWD LLP** |
| 11 | *Counsel for the Securities Act Plaintiffs* |
| 12 | - and - |
| 13 | **VANOVERBEKE, MICHAUD & TIMMONY, P.C.** |
| 14 | *Additional Counsel for the Securities Act Plaintiffs* |