David S. Casey, Jr., SBN 060768
dcasey@cglaw.com
Jeremy Robinson, SBN 188325
jrobinson@cglaw.com
Angela Jae Chun, SBN 248571
ajc@cglaw.com
P. Camille Guerra, SBN 326546
camille@cglaw.com
James M. Davis, SBN 301636
jdavis@cglaw.com
**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811
Facsimile: (619) 544-9232

*Attorneys for Certain Victims From the Camp Fire and 2017 North Bay Fires*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION** <br><br> -and- <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br> **Debtors** <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br><br> *\* All papers shall be filed in the Lead Case, No. 19-3088 (DM)* | Bankruptcy Case No.: 19-30088 (DM) <br><br> Chapter 11 <br> (Lead Case) (Jointly Administered) <br><br> **REQUEST FOR LEAVE TO FILE AMENDED MOTION TO EXPUNGE CLASS PROOF OF CLAIM FILED BY GER HOSPITALITY, LLC** <br><br> Hon. Dennis Montali |

Page 1
Case: 19-30088    Doc# 6675    Filed: 04/07/20    Entered: 04/07/20 09:53:05    Page 1 of 3
REQUEST FOR LEAVE TO FILE AMENDED MOTION TO EXPUNGE CLASS PROOF OF CLAIM FILED BY GER HOSPITALITY, LLC

**TO THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE:**

Claimants represented by the undersigned are victims of the Atlas, Redwood, and Camp Fires. These claimants respectfully represent:

## I. RELIEF REQUESTED

Pursuant to Federal Rule of Bankruptcy Procedure 7015, Claimants represented by the undersigned file this motion for leave to file an amended motion to expunge GER Hospitality, LLC's class proof of claim from the record.

## II. JURISDICTION

This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

## III. STATEMENT

On March 23, 2020, attorneys for certain victims from the Camp Fires and 2017 North Bay Fires filed a Motion to Expunge GER Hospitably, LLC's Class Proof of Claim ("Motion to Expunge") [Dkt. No. 6438] and a related notice of hearing [Dkt. No. 6439]. The Motion to Expunge did not reference the most recent amended class proof of claim filed by GER Hospitality, LLC, dba Aventine Glenn Ellen, for itself and on behalf of all others similarly situated, claim no. 59725, filed October 18, 2019. That claim is largely identical to the amended proof of claim referenced in the Motion to Expunge and the arguments therein still apply.

The Motion to Expunge also incorrectly noted that the Court appointed the Honorable John K. Trotter as trustee of the claims resolution trust and Cathy Yanni as the claims administrator. The Court has yet to take such action.

Accordingly, claimants request leave of court to file an amended motion to expunge directed at GER Hospitality, LLC's most recent amended class proof of claim, claim no. 59725. A copy of the amended motion to expunge is attached hereto as **Exhibit A.** A copy of GER Hospitality, LLC's class proof of claim, claim no. 59725, is attached hereto as **Exhibit B.**

## IV. CONCLUSION

For the foregoing reasons, claimants represented by the undersigned respectfully request leave of court to file an amended motion to expunge GER Hospitality, LLC's class proof of claim, claim no. 59725, in its entirety.

Dated: April 7, 2020                                Respectfully submitted,

**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**

By: /s/ James M. Davis
David S. Casey, Jr.
Jeremy Robinson
Angela Jae Chun
P. Camille Guerra
James M. Davis

Attorneys for Certain Victims
From the Camp Fire and
2017 North Bay Fires