1 | Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
2 | BAKER & HOSTETLER LLP
600 Montgomery Street, Suite 3100
3 | San Francisco, CA 94111-2806
Telephone: 415.659.2600
4 | Facsimile: 415.659.2601
Email: rjulian@bakerlaw.com
5 | Email: cdumas@bakerlaw.com

6 | Eric E. Sagerman (SBN 155496)
David J. Richardson (SBN 168592)
7 | Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
8 | 11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
9 | Telephone: 310.820.8800
Facsimile: 310.820.8859
10 | Email: esagerman@bakerlaw.com
Email: drichardson@bakerlaw.com
11 | Email: lattard@bakerlaw.com

12 | *Counsel for Official Committee of Tort Claimants*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | Chapter 11 (Lead Case) (Jointly Administered) |
| -and- | |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **NOTICE OF FILING OF REVISED SUPPLEMENTAL DISCLOSURE IN THE FORM OF A LETTER FROM THE TCC** |
| Debtors. | |
| ☐ Affects PG&E Corporation | Relates to Dkt. Nos. 6636 |
| ☐ Affects Pacific Gas and Electric Company | |
| ■ Affects both Debtors | |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | |

- 1 -

**PLEASE TAKE NOTICE** that on April 6, 2020, the Official Committee of Tort Claimants (hereafter, the "**TCC**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") of PG&E Corporation and Pacific Gas and Electric Company (collectively, the "**Debtors**" or "**PG&E**"), filed a Motion for an Order Directing Supplemental Disclosure in the Form of a Letter from the TCC [Dkt. No. 6636] ("**Motion**"). Attached as Exhibit B to the Motion was a Proposed Letter;

**PLEASE TAKE FURTHER NOTICE** that on April 7, 2020, this Court held a hearing on the Motion, and at the hearing, counsel for the TCC made changes to the Proposed Letter on the record;

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is a clean copy of a revised Proposed Letter reflecting the changes made on the record; and

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit B** is a redline of the Proposed Letter comparing the version filed today with the version attached to the Motion.

Dated: April 7, 2020

                                            BAKER & HOSTETLER LLP

                                            By: */s/ Lauren T. Attard*
                                                       Lauren T. Attard

                                            *Counsel to the Official Committee of Tort Claimants*

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO