**LABATON SUCHAROW LLP**
Thomas A. Dubbs
Carol C. Villegas
Jeffrey A. Dubbin (SBN 287199)
Aram Boghosian
140 Broadway
New York, New York 10005

*Lead Counsel to Lead Plaintiff and the Class*

**LOWENSTEIN SANDLER LLP**
Michael S. Etkin (*pro hac vice*)
Andrew Behlmann (*pro hac vice*)
Scott Cargill
Colleen Maker
One Lowenstein Drive
Roseland, New Jersey 07068

*Bankruptcy Counsel to Lead Plaintiff and the Class*

**MICHELSON LAW GROUP**
Randy Michelson (SBN 114095)
220 Montgomery Street, Suite 2100
San Francisco, California 94104

*Bankruptcy Counsel to Lead Plaintiff and the Class*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>- and –<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☒ Affects Both Debtors<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company | Case No. 19-30088 (DM) (Lead Case)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**DECLARATION OF ANDREW BEHLMANN IN SUPPORT OF *EX PARTE* MOTION OF SECURITIES PLAINTIFFS PURSUANT TO B.L.R. 9006-1 REQUESTING ORDER SHORTENING TIME FOR HEARING ON SECURITIES PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUR-REPLY**<br><br>Related Document: Dkt. 6684<br><br>[No hearing requested] |

I, Andrew Behlmann, Esq., hereby declare as follows, pursuant to 28 U.S.C. § 1746:

1. I am a Partner of the law firm of Lowenstein Sandler LLP, bankruptcy counsel in these chapter 11 cases of the above-captioned debtors in possession (the "**Debtors**") to Public Employees Retirement Association of New Mexico, the court-appointed lead plaintiff ("**Lead Plaintiff**") in the securities class action styled as *In re PG&E Corporation Securities Litigation,*

Case No. 3:18-cv-03509-RS, (the "**Securities Litigation**"), pending in the United States District Court for the Northern District of California.

2. I submit this Declaration in support of the *Ex Parte Motion of Securities Plaintiffs Pursuant to B.L.R. 9006-1 Requesting Order Shortening Time for Hearing on Securities Plaintiffs' Administrative Motion for Leave to File Sur-Reply* (the "**Motion to Shorten Time**"), filed contemporaneously herewith.[1] Except as otherwise indicated herein, the facts set forth in this Declaration are based upon my personal knowledge, information provided to me by the Securities Plaintiffs, or based upon my knowledge and belief. I am authorized to submit this Declaration on behalf of the Securities Plaintiffs.

3. In the Motion to Shorten Time, the Securities Plaintiffs request that the Administrative Motion be heard on an expedited basis, and that any responses or objections to the Administrative Motion be in writing and filed with the Court and served by 4:00 p.m. (prevailing Pacific Time) on April 9, 2020.

4. A hearing on the Standing Motion, to which the Securities Plaintiffs seek to file a Sur-Reply, is currently scheduled for April 14, 2020, at 10:00 a.m. (Prevailing Pacific Time) (the "**Standing Hearing**").

5. Prompt approval of the Administrative Motion is necessary to determine whether the Securities Plaintiffs' Sur-Reply will be considered in advance of the Standing Hearing and before the Court renders a decision on the Standing Motion.

6. No previous request for the relief sought in the Motion to Shorten Time has been made by the Securities Plaintiffs to this or any other court.

7. The requested time modification will serve to maintain the current schedule for the case.

8. At approximately 10:55 a.m. ET on the date hereof, I contacted the TCC's counsel, via email, requesting that the TCC stipulate to the proposed shortened time. The TCC's counsel declined that request. However, cause exists to hear the Administrative Motion on shortened time,

---

[1] Capitalized terms used but not defined herein have the meanings given to them in the *Securities Plaintiffs' Administrative Motion for Leave to File Sur-Reply* (the "**Administrative Motion**") or the Motion to Shorten Time, as applicable.

as described therein, in the Motion to Shorten Time, and in the related filings.

I declare under penalty of perjury that the foregoing statements made by me are true and correct to the best of my knowledge, information, and belief, and I understand that I am subject to punishment if any of the foregoing statements made by me are willfully false.

Dated: April 7, 2020          /s/ Andrew Behlmann
                                            Andrew Behlmann, Esq.