Mikal C. Watts
mcwatts@wattsguerra.com
Paige Boldt (Cal. State Bar No. 308772)
pboldt@wattsguerra.com
WATTS GUERRA LLP
Mikal C. Watts
70 Stony Point Road, Suite A
Santa Rosa, California 95401
Phone: (707) 241-4567
2561 California Park Drive, Suite 100
Chico, California 95928
Phone: (530) 240-6116
Email: mcwatts@wattsguerra.com

Roy E. Miller, Esq.
Hansen & Miller Law Firm
415 Russell Ave.
Santa Rosa, CA 95403
Office: 707.575.1040
Fax: 707.575-3826
Email: fire@hansenmiller.com
Cal. State Bar No. 174821

Joseph M. Earley III
LAW OFFICES OF JOE EARLEY
2561 California Park Drive
Suite 100
Chico, California 95403
Phone: (530) 240-6116
Email: joe@josephearley.com
Cal. State Bar No. 157400

*Collectively Attorneys for Wildfire Claimants*
*With Approximately 18,000 Timely-Filed Notice of Claims*

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | Chapter 11 (Lead Case; Jointly Administered |
| **and** | |
| **PACIFIC GAS & ELECTRIC COMPANY, Debtors**. | RESPONSE TO JOINDERS (Doc. Nos. 6656, 6659 & 6667) |
| □ Affects PG&E Corporation | |
| □ Affects Pacific Gas and Electric Company | Date: April 7, 2020 |
| ■ Affects both Debtors | Time: 10:00 a.m. (Pacific Time) |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM) | Place: (Telephonic Appearances Only) Courtroom 17 450 Golden Gate Avenue, 16th Floor, San Francisco, California Re: Docket Nos. 6636, 6637, 6644 |

The undersigned, referred to herein merely as the WATTS GUERRA GROUP, collectively represent the largest number of clients in this case--more than 18,000 people who timely filed notices of claims.

It is each individual attorney's duty to provide information to his or her clients, and the WATTS GUERRA GROUP has, and is doing so, pervasively via live and telephonic town halls, update letters and systematic email updates as well. As was observed by the filing of the SINGLETON LAW FIRM, which represents the second largest group of claimants at over 7,000 clients, it is not the right of only six attorneys representing only six fire victims with impaired claims to choose the content of such disclosures for others. The concern raised is the Motion before the Court may be construed as one side seeking to put its thumbs on the voting scales by virtue of their titular title "TCC," and to thereby create media stories by ostensibly speaking for others already represented who did not choose these six TCC lawyers as their counsel. The WATTS GUERRA GROUP respects and appreciates the diligence of TCC members and their attorneys, but now is the time for individual fire victims to vote on their own after having been provided with the court-ordered Disclosure Statement already approved by this honorable Bankruptcy Court.

While TOSDAL styles his joinder (Docket Entry 6656) as being on behalf of "many" when in fact is authorized by only his own 480 victims, CABRASER's thirteen Wildfire Claimants join as well (Docket No. 6667), and ABRAMS joins on his own behalf (Docket No. 6659), the vast majority of claimants already are receiving such information directly from their own counsel. *See* Exhibit A. The WATTS GUERRA GROUP (18,000), SINGLETON (7,000), DANKO (6,000), and FRANTZ (5,000), represent hundreds of times more victims than those filing joinders yesterday with this Court. While these joinders seek to amplify a supposed hue and cry that does not significantly exist, the fact is those who have voted overwhelmingly

- 2 -

support this plan.  (*See* Bloomberg article dated April 3, 2020, cited by SINGLETON) (Doc. No. 6642).

While the WATTS GUERRA GROUP writes merely to respond to the joinders, this Court does not need to grant a motion that may makes it seem that the TCC's imprimatur from the concerns of six somehow means that the majority wildfire victims are against the plan; in truth, just the reverse appears to be true.

Dated:  April 7, 2020

Respectfully submitted,

**HANSEN & MILLER LAW FIRM**

*/s/ Roy E. Miller*
Roy E. Miller, Esq.  (Cal. State Bar No. 174821)
415 Russell Ave.
Santa Rosa, CA 95403
Office: 707.575.1040
Fax:  707.575-3826

Joseph M. Earley III (Cal. State Bar No. 157400)
**LAW OFFICES OF JOSEPH M. EARLEY III**
2561 California Park Drive, Ste. 100
Chico, CA 95928
Office:  530.240.6116

Mikal C. Watts
Paige Boldt (Cal. State Bar No. 308772)
**WATTS GUERRA LLP**
70 Stony Point Road, Suite A
Santa Rosa, California 95401
Phone: (707) 241-4567
2561 California Park Drive, Suite 100
Chico, California 95928
Phone: (530) 240-6116
Email: mcwatts@wattsguerra.com

*Attorneys for Plaintiff's*