PILLSBURY WINTHROP SHAW PITTMAN LLP

Leo T. Crowley (*pro hac vice*)
31 West 52nd Street
New York, NY 10019-6131
(212) 858-1000
leo.crowley@pillsburylaw.com

Matthew S. Walker
12255 El Camino Real, Suite 300
San Diego, CA 92130-4088
(858) 847-4158
matthew.walker@pillsburylaw.com

Dania Slim (*pro hac vice*)
324 Royal Palm Way, Suite 220
Palm Beach, FL 33480-4309
(561) 232-3300
dania.slim@pillsburylaw.com

*Counsel for Wilmington Trust, National Association, as the HoldCo Revolver Loan Administrative Agent*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**NOTICE OF WITHDRAWAL OF WILMINGTON TRUST, NATIONAL ASSOCIATION'S MOTION FOR AN ORDER ALLOWING PROOFS OF CLAIM NOS. 31005 AND 55147 AND REQUIRING PLAN TREATMENT CONSISTENT THEREWITH, AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**<br><br>**Hearing Date and Time**<br>Date: April 29, 2020<br>Time: 10:00 a.m.<br>Place: U.S. Bankruptcy Court<br>       Courtroom 17, 16th Floor<br>       San Francisco, CA 94102 |

PLEASE TAKE NOTICE THAT Wilmington Trust, National Association ("**Wilmington Trust**")[1] hereby withdraws without prejudice its *Motion for an Order Allowing Proofs of Claim Nos. 31005 and 55147 and Requiring Plan Treatment Consistent Therewith, and Memorandum of Points and Authorities in Support* [Doc. No. 6529] (the "**Motion**"), which was filed on March 30, 2020. Wilmington Trust and the Plan Proponents have consensually resolved the issues raised in the Motion, which Wilmington Trust understands will be reflected in the next iteration of the Debtors' and Shareholder Proponents' *Joint Chapter 11 Plan of Reorganization* [Doc. No. 6320].

Dated: April 8, 2020          **PILLSBURY WINTHROP SHAW PITTMAN LLP**

By: /s/ *Leo Crowley*
Leo T. Crowley (*pro hac vice*)

31 West 52nd Street
New York, NY 10019-6131
(212) 858-1000
leo.crowley@pillsburylaw.com

Dania Slim (*pro hac vice*)
324 Royal Palm Way, Suite 220
Palm Beach, FL 33480-4309
(561) 232-3300
dania.slim@pillsburylaw.com

*Counsel for Wilmington Trust, National Association, as the HoldCo Revolver Loan Administrative Agent*

---

[1] Wilmington Trust is the successor administrative agent under that certain *Second Amended and Restated Credit Agreement* among PG&E Corporation as borrower and the agents and lenders thereunder, dated as of April 27, 2015.