

**Entered on Docket**
**April 08, 2020**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: April 8, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>   - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered |

## ORDER DENYING MOTION TO SHORTEN TIME

The Securities Plaintiffs[1] filed a motion to shorten time (the "Motion") (dkt. #6685) for hearing on an underlying motion to file a sur-reply in a matter set to be heard on April 14, 2020. The court having reviewed the pleadings, including the underlying request, hereby DENIES the

---
[1] As defined in the Motion.

-1-

Motion as it sees no reason for a hearing on the underlying motion. The court will grant the underlying motion for sur-reply in a separate order.

**\*\*\* END OF ORDER \*\*\***

**COURT SERVICE LIST**