**Entered on Docket**
**April 08, 2020**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA




**Signed and Filed: April 8, 2020**

**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
for the Northern District of California

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>** All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered |

**ORDER GRANTING MOTION FOR LEAVE TO FILE SUR-REPLY**

The Securities Plaintiffs[1] filed a motion for leave to file a sur-reply (the "Motion") (dkt. #6684) in a matter set to be heard on April 14, 2020. The court has reviewed the pleadings, including the opposition filed by the Official Committee of Tort Claimants (dkt. #6697). Good

[1] As defined in the Motion.

cause appearing, the court hereby GRANTS the Motion. The Securities Plaintiffs are instructed to promptly file their sur-reply.

***** END OF ORDER *****

UNITED STATES BANKRUPTCY COURT
for the Northern District of California



Case: 19-30088 Doc# 6703 Filed: 04/08/20 Entered: 04/08/20 15:09:01 Page 2 of 3

UNITED STATES BANKRUPTCY COURT
for the Northern District of California

**COURT SERVICE LIST**