# Notice Recipients

District/Off: 0971–3      User: dchambers      Date Created: 4/10/2020

Case: 19–30088      Form ID: TRANSC      Total: 10

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Elizabeth A. Green | egreen@bakerlaw.com |
| aty | Gerald Singleton | gerald@slffirm.com |
| aty | Gregory A. Bray | gbray@milbank.com |
| aty | Robert A. Julian | rjulian@bakerlaw.com |

TOTAL: 4

**Recipients submitted to the Claims Agent (Prime Clerk):**

| | | | | | |
|---|---|---|---|---|---|
| aty | Amanda L. Riddle | Corey, Luzaich, De Ghetaldi & Riddle LLP | 700 El Camino Real | P.O. Box 669 | Millbrae, CA 94030–0669 |
| aty | Beth M. Brownstein | Arent Fox LLP | 1301 Avenue of the Americas, 42nd Fl. | New York, NY 10019 | |
| aty | Stephen Karotkin | Weil, Gotshal & Manges LLP | 767 Fifth Avenue | New York, NY 10153 | |
| | BRUCE BENNETT, ESQ. | Jones Day | 555 South Flower Street Fiftieth Floor | Los Angeles, CA 90071 | |
| | THOMAS TOSDAL, ESQ. | Tosdal Law Firm | 777 S. Highway 101 Suite 215 | Solana Beach, CA 92075 | |
| | ABID QURESHI, ESQ. | Akin Gump Strauss Hauer & Feld LLP | One Bryant Park | New York, NY 10036 | |

TOTAL: 6