1  Ronald L.M. Goldman, Esq. (State Bar No. 33422)
   *rgoldman@baumhedlundlaw.com*
2  Diane Marger Moore, Esq. (*Pro Hac Vice*)
   *dmargermoore@baumhedlundlaw.com*
3  **BAUM HEDLUND ARISTEI & GOLDMAN, PC**
4  10940 Wilshire Boulevard, 17th Floor
   Los Angeles, California 90024
5  Telephone: (310) 207-3233
   Facsimile: (310) 820-7444
6
7  *Attorneys for Creditors,*
   *Majesti Mai Bagorio, et al.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION,** <br><br> - **and –** <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> Debtors. | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) <br><br> (Jointly Administered) <br><br> **JOINDER BY BAUM HEDLUND ARISTEI GOLDMAN CAMP FIRE VICTIMS CLIENTS IN AMENDED LIMITED OBJECTION AND RESERVATION OF RIGHTS OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS [Dkt. No. 6713] TO MOTION OF DEBTORS FOR ENTRY OF AN ORDER APPROVING (I) AGREEMENT AND SETTLEMENT WITH PEOPLE OF THE STATE OF CALIFORNIA AND (II) GRANTING RELATED RELIEF [Dkt. No. 6418]** <br><br> Hearing: Telephonic Appearances Only <br> Date: April 14, 2020 (requested) <br> Time: 10:00 a.m. (Pacific Time) <br> Place: United States Bankruptcy Court <br> Courtroom 17, 16th Floor <br> San Francisco, CA 94102 |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT, THE DEBTORS AND THEIR ATTORNEYS OF RECORD, UNITED STATES TRUSTEE, AND OTHER INTERESTED PARTIES:**

Claimants Majesti Mai Bagorio, et al., ("Baum Hedlund Aristei Goldman Camp Fire Victims Clients") hereby join in the April 9, 2020 filing by the Official Committee of Tort Claimants ("TCC") entitled "Amended Limited Objection And Reservation Of Rights Of The Official Committee Of Tort Claimants To Motion Of Debtors For Entry Of An Order Approving (I) Agreement And Settlement With People Of The State Of California And (II) Granting Related Relief [Dkt. No. 6418]." **[Dkt. No. 6713].**

Substantively, the TCC's amended limited objection and reservation of rights was to Debtor Pacific Gas & Electric Corporation's ("PG&E") motion for entry of an order (i) approving the Butte County Agreement entered into between the People of the State of California and the Utility to settle and resolve the criminal prosecution and investigation of the Utility arising from the November 8, 2018 Camp Fire and (ii) granting related relief. **[Dkt. No. 6418].**

Besides the grounds raised by TCC, joining claimants Baum Hedlund Aristei Goldman Camp Fire Victims Clients additionally urge this Court to consider:

PG&E, convicted of killing 84 people, decimating an entire community and way of life for tens of thousands of victims of the Camp Fire, now has the temerity to "reinterpret" the language of the Victim's Trust Fund. PG&E's audacity at trying to revictimize the dead and hurting confirms that the corporate mentality remains the same despite protestations that it has become a "new" company.

As PG&E is trying to undo the criminal plea and sentence to which it previously consented, the plea should be reconsidered. That PG&E is a criminal enterprise has been confirmed by the District Attorney and the prior federal criminal case. If PG&E is able to foist these criminal

penalties onto the backs of its victims and continue to benefit from its crimes, then the justice system will have been coopted by the criminal.

Dated: April 9, 2020                Respectfully submitted,

BAUM HEDLUND ARISTEI GOLDMAN

By: /S/ Ronald L.M. Goldman
       Ronald L.M. Goldman
       Diane Marger Moore, *Pro Hac Vice*
       Attorneys for Creditors,
       Majesti Mai Bagorio, et al.

**PROOF OF SERVICE**

I am over the age of 18 years and not a party to the within cause. My business address is Baum Hedlund Aristei Goldman, 10940 Wilshire Boulevard, 17th Floor, Los Angeles, California 90024. On this day, April 9, 2020, I served the following document(s) in the manner described below:

**JOINDER BY BAUM HEDLUND ARISTEI GOLDMAN CAMP FIRE VICTIMS CLIENTS IN AMENDED LIMITED OBJECTION AND RESERVATION OF RIGHTS OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS [Dkt. No. 6713] TO MOTION OF DEBTORS FOR ENTRY OF AN ORDER APPROVING (I) AGREEMENT AND SETTLEMENT WITH PEOPLE OF THE STATE OF CALIFORNIA AND (II) GRANTING RELATED RELIEF [Dkt. No. 6418]**

☒ **VIA ECF**: I caused the aforementioned documents to be filed via the Electronic Case Filing (ECF) system in the United States Bankruptcy Court for the Northern District of California, on all parties registered for e-filing in Case Number Case No. 19-30088 (DM). Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed on April 9, 2020.

                                            *Diane Marger Moore*
                                            DIANE MARGER MOORE