| | |
|---|---|
| **WEIL, GOTSHAL & MANGES LLP**<br>Stephen Karotkin (*pro hac vice*)<br>(stephen.karotkin@weil.com)<br>Theodore E. Tsekerides (*pro hac vice*)<br>(theodore.tsekerides@weil.com)<br>Jessica Liou (*pro hac vice*)<br>(jessica.liou@weil.com)<br>Matthew Goren (*pro hac vice*)<br>(matthew.goren@weil.com)<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>Tel: 212 310 8000<br>Fax: 212 310 8007 | **KELLER BENVENUTTI KIM LLP**<br>Tobias S. Keller (#151445)<br>(tkeller@kbkllp.com)<br>Peter J. Benvenutti (#60566)<br>(pbenvenutti@kbkllp.com)<br>Jane Kim (#298192)<br>(jkim@kbkllp.com)<br>650 California Street, Suite 1900<br>San Francisco, CA 94108<br>Tel:     (415) 496-6723<br>Fax:    (415) 636-9251 |

*Attorneys for Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case) (Jointly Administered)<br><br>**DECLARATION OF THEODORE E. TSEKERIDES IN SUPPORT OF DEBTORS' MOTION PURSUANT TO FED. R. BANKR. P. 4001(d) TO APPROVE STIPULATION BETWEEN DEBTOR PACIFIC GAS AND ELECTRIC COMPANY AND RICHARD TROCHE, ROBERT RIGLEY, STEVE FREDIANI, AND MICHAEL DION FOR LIMITED RELIEF FROM THE AUTOMATIC STAY**<br><br>**Objection Deadline**:  April 30, 2020<br>                              4:00 p.m. (Pacific Time)<br><br><u>**No hearing requested absent timely objection.  If timely objection is filed, hearing reserved for:**</u><br><br>Date:  May 27, 2020<br>Time:  10:00 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>          Courtroom 17, 16th Floor<br>          San Francisco, CA 94102 |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

I, Theodore Tsekerides, pursuant to section 1746 of title 28 of the United States Code, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. I am a Partner at Weil, Gotshal & Manges LLP, counsel to PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**", and together with PG&E Corp., the "**Debtors**"). I submit this declaration in support of *Debtors' Motion Pursuant to Fed. R. Bankr. P. 4001(d) to Approve Stipulation between Pacific Gas and Electric Company and Richard Troche, Robert Rigley, Steve Frediani, and Michael Dion for Limited Relief from the Automatic Stay* (the "**Motion**"). I am authorized to submit this declaration on behalf of the Debtors.

2. The matters stated herein are based upon my personal knowledge and review of relevant documents. If called upon, I would testify to the facts set forth in this declaration.

3. Richard Troche, Robert Rigley, Steve Frediani, and Michael Dion (collectively, the "**Prospective Plaintiffs**") each seek to commence individual lawsuits (collectively, the "**Prospective Lawsuits**", and each individually, a "**Prospective Lawsuit**") in the Superior Courts of the State of California (the "**State Courts**") in order to pursue their respective claims against the Utility allegedly arising out of the Utility's termination of their employment. The Prospective Plaintiffs are each separately also currently engaged in grieving their dismissals under contractually-mandated dispute resolution procedures provided for in the current collective bargaining agreement ("**CBA**") between the Utility and the International Brotherhood of Electrical Workers, Local 1245 (the "**Union**").

4. The Prospective Plaintiffs have requested that the Utility agree to modify the automatic stay in order to allow them to commence their individual Prospective Lawsuits, and have stated their intent to move before the Court for relief from the automatic stay if an agreement with the Debtors cannot be reached. The Debtors believe it is in the best interest of their estates to avoid the burden and cost that would be associated with opposing such motions for relief from the automatic stay.

5. The Stipulation provides material benefits to the Debtors and their estates, has been authorized by the Debtors in the exercise of their business judgment, and is in the best interest of the

Debtors, their estates, and their creditors.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct.

Dated: April 9, 2020

   /s/ *Theodore E. Tsekerides*
Theodore E. Tsekerides

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119