**DIEMER & WEI, LLP**
Kathryn S. Diemer (#133977)
Alexander J. Lewicki (#323639)
55 S Market Street, Suite 1420
San Jose, CA 95113
Telephone: 408-971-6270
Facsimile: 408-971-6271
Email: kdiemer@diemerwei.com
        alewicki@diemerwei.com

*Counsel for Ad Hoc Group of Subrogation Claim Holders*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>　　　　**-and-**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>　　　　　　　**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br><br>*All papers shall be filed in the lead case, No. 19-30088 (DM)* | Chapter 11<br><br>Bankr. Case No. 19-30088 (DM)<br>(Jointly Administered)<br><br>**NOTICE OF CHANGE OF ADDRESS** |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND COUNSEL OF RECORD**:

       **PLEASE TAKE NOTICE THAT** the address of Kathryn S. Diemer has changed. The new address is:

              DIEMER & WEI, LLP
              Kathryn S. Diemer
              55 S Market Street, Suite 1420
              San Jose, CA 95113

       Please update your records accordingly.

Dated: April 9, 2020                       DIEMER & WEI, LLP

                                     */s/ Kathryn S. Diemer*
                                     Kathryn S. Diemer