**Exhibit A**

**Exhibit A**

**COMMITTEE MEMBERS INCURRING EXPENSES FOR SERVICES RENDERED ON BEHALF OF THE TCC FROM FEBRUARY 1, 2020 THROUGH FEBRUARY 29, 2020**

| Name | Position | Total Expenses Incurred |
|---|---|---:|
| Karen M. Lockhart | Chair | $450.26 |
| Karen Gowins | Member | $653.50 |
| Samuel Maxwell | Member | $603.04 |