**Exhibit B**

Baker & Hostetler LLP
Attorneys at Law
San Francisco

**Exhibit B**

**EXPENSE SUMMARY**
**FOR THE PERIOD FEBRUARY 1, 2020 THROUGH FEBRUARY 29, 2020**

| EXPENSES | AMOUNTS |
|---|---:|
| Mileage Reimbursement | $380.48 |
| Transportation/Parking/Tolls | $172.16 |
| Meals | $301.92 |
| Lodging | $852.24 |
| **Total Expenses Requested:** | **$1,706.80** |