**Exhibit C**

In re PG&E Corporation and Pacific Gas and Electric Company
Lead Case NO. 19-30088
Official Committee of Tort Claimants

## COMMITTEE EXPENSE FORM
(If You Need Additional Space You May Attach Additional Pages)

1. Name of Committee Member: Karen M. Lockhart
2. Description of Committee Business: Committee Mtg
3. Date of Committee Business: February 7, 2020
4. Location of Committee Business: Concord, CA
5. Date of Travel: February 6, 2020 to February 8, 2020
   Description of trip (start/end locations): Yuba City to Concord Area to Yuba City

6. Reimbursable Expenses:

   (a) Transportation:
   
   (1) Air or Rail Fare
   
   (2) Personal automobile miles at $ .58 per mile          $143.84
       Total miles traveled: 248
           Yuba City to Concord Area to Yuba City
   (3) Taxi/Uber/Lyft/Public Transportation/Bart
   
   (4) Parking                                               $19.00
       Tolls                                                 $6.00
   (5) Other (describe)
   
   (b) Lodging:
   
   (1) Hotel (excluding meals) 2/6-2/7                       $186.86
                               2/7-2/8 – No charge
   
   (c) Meals
   
   (1) Breakfast 2/7 - $12; 2/8 - $12                        $24
   (2) Dinner  2/6 -$43.37; 2/7 -$27.19                      $70.56

**TOTAL REIMBURSEMENT SOUGHT**                               **$450.26**

I hereby certify that the above expenses were incurred by me in connection with attendance at a Committee meeting or other authorized Committee business.

_____
Karen M. Lockhart

*(handwritten top right: all committee meeting 2-7-2020 Walnut Creek)*

In re PG&E Corporation and Pacific Gas and Electric Company
Lead Case No. 19-30088
Official Committee of Tort Claimants

## COMMITTEE EXPENSE FORM
(If You Need Additional Space You May Attach Additional Pages)

1. Name of Committee Member: Karen K. Gowins
2. Description of Committee Business: all Committee Meeting
3. Date of Committee Business: 02-07-2020
4. Location: Walnut Creek Calif
5. Name of Representative Attending Meeting: Karen Gowins
6. Reimbursable Expenses

   (a) Transportation:
   - (1) Air or Rail Fare  *Auto Rental*  109.16
   - (2) Personal automobile miles at $ .58 per mile  *151 M x 2 = 302 miles*  175.16
   - (3) Taxi/Uber/Lyft/Public Transport
   - (4) Parking/Tolls
   - (5) Other (describe)

   (b) Lodging:
   - (1) Hotel (excluding meals)  369.18

   (c) Meals:
   - (1) Breakfast  Ø
   - (2) Lunch (not reimburseable)  Ø
   - (3) Dinner  Ø

**TOTAL REIMBURSEMENT SOUGHT**  653.50

*Please Attach Backup for Each Item Sought (Receipts, Starting and Ending Locations for Mileage, etc.)*

I hereby certify that the above expenses were incurred by me in connection with attendance at a Committee meeting or other authorized Committee business.

*Karen K Gowins*
(Signature of Committee Member)  2-21-2020

In re PG&E Corporation and Pacific Gas and Electric Company
Lead Case No. 19-30088
Official Committee of Tort Claimants

## COMMITTEE EXPENSE FORM
(If You Need Additional Space You May Attach Additional Pages)

1. Name of Committee Member: SAMUEL MAXWELL
2. Description of Committee Business: TCC MEETING
3. Date of Committee Business: 2/7/20
4. Location: CONCORD HILTON
5. Name of Representative Attending Meeting: SAM, WENDI & BILL MAXWELL
6. Reimbursable Expenses

   (a) Transportation:
      (1) Air or Rail Fare
      (2) Personal automobile miles at $ .58 per mile        106 mi. = 61.48
      (3) Taxi/Uber/Lyft/Public Transport
      (4) Parking/Tolls                                       $38
      (5) Other (describe)
   (b) Lodging:
      (1) Hotel (excluding meals)                             ($148.10 x 2) $296.20
   (c) Meals:
      (1) Breakfast
      (2) Lunch (not reimburseable)
      (3) Dinner                                              $207.36

**TOTAL REIMBURSEMENT SOUGHT**                                $603.04

*Please Attach Backup for Each Item Sought (Receipts, Starting and Ending Locations for Mileage, etc.)*

I hereby certify that the above expenses were incurred by me in connection with attendance at a Committee meeting or other authorized Committee business.

(Signature of Committee Member)