**DIEMER & WEI, LLP**
Kathryn S. Diemer (#133977)
Alexander J. Lewicki (#323639)
55 S Market Street, Suite 1420
San Jose, CA 95113
Telephone: 408-971-6270
Facsimile: 408-971-6271
Email: kdiemer@diemerwei.com
   alewicki@diemerwei.com

*Counsel for Ad Hoc Group of Subrogation Claim Holders*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>  -and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>    **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the lead case, No. 19-30088 (DM)* | Chapter 11<br><br>Bankr. Case No. 19-30088 (DM)<br>(Jointly Administered)<br><br>**NOTICE OF CHANGE OF ADDRESS** |

| | |
|---|---|
| 1 | **TO THE CLERK OF THE COURT AND ALL PARTIES AND COUNSEL OF RECORD**: |
| 2 | **PLEASE TAKE NOTICE THAT** the address of Alexander J. Lewicki has changed. The |
| 3 | new address is: |

> DIEMER & WEI, LLP
> Alexander J. Lewicki
> 55 S Market Street, Suite 1420
> San Jose, CA 95113

Please update your records accordingly.

Dated: April 9, 2020                                          DIEMER & WEI, LLP

*/s/ Alexander J. Lewicki*
Alexander J. Lewicki