Brian S. Kabateck, SBN 152054
 (bsk@kbklawyers.com)
Christopher B. Noyes, SBN 270094
 (cn@kbklawyers.com)
Nineli Sarkissian, SBN 317724
 (ns@kbklawyers.com)
Kabateck LLP
633 W. Fifth Street, Suite 3200
Los Angeles, CA  90071
T (213) 217-5000 | F (213) 217-5010

*Attorneys for Tort Claimants*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br> **- and -**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br> **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Chapter 11 Case<br><br>No. 19-30088 (DM)<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br><br>**DECLARATION OF NINELI SARKISSIAN IN SUPPORT OF COMPLETED MAIL SERVICE** |

## DECLARATION OF NINELI SARKISSIAN

I, Nineli Sarkissian, declare the following:

      1.     I am an attorney at law and member of the State Bar of California. I am an attorney with the law firm of Kabateck LLP, counsel of record for the Fire Victims in this case.  The facts stated herein are true of my own personal knowledge except those matters stated on information and belief, and, as to those matters, I believe them to be true. If called as a witness, I could and

1

would competently testify to the same.

2.      On April 8, 2020, the law firm Kabateck, LLP received the Solicitation Packages from Prime Clerk for 130 of 274 of our clients.

3.      Service of the Solicitation Packages was completed on April 10, 2020 via U.S. Mail service to 130 of 274 of our clients.

4.      The Client List was also provided to the designated Prime Clerk Agent, Mary Carpenter, via electronic mail.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 10, 2020 in Los Angeles, California.

_ /s/ Nineli Sarkissian _____
Nineli Sarkissian

1
2

**<u>CERTIFICATE OF SERVICE</u>**

3

I, Nineli Sarkissian, declare as follows:

4

      I am a citizen of the United States and over the age of eighteen (18) years and not a party

5

to the within action. My business address is 633 West Fifth Street, Suite 3200, Los Angeles,

6

California, 90017.

7

      On April 10, 2020, I served document(s) described as:

8

**DECLARATION OF NINELI SARKISSIAN IN SUPPORT OF COMPLETED MAIL**

9

**SERVICE** on the interested parties in this action as follows:

10

[X] BY E-MAIL/NEF: Service was accomplished through the Notice of Electronic Filing ("NEF")

for all parties and counsel who are registered ECF.

11

12

      I declare under penalty of perjury under the laws of the United States of America that the

13

above is true and correct. This declaration was executed on April 10, 2020 at Los Angeles

14

California.

                       /s/ Nineli Sarkissian

15

                        Nineli Sarkissian

16
17
18
19
20
21
22
23
24
25
26
27
28

Case: 19-30088    Doc# 6737    Filed: 04/10/20    Entered: 04/10/20 15:25:01    Page 3 of
3