| | |
|---|---|
| 1 | WEIL, GOTSHAL & MANGES LLP |
| 2 | Stephen Karotkin (*pro hac vice*) (stephen.karotkin@weil.com) |
| 3 | Ray C. Schrock, P.C. (*pro hac vice*) (ray.schrock@weil.com) |
| 4 | Jessica Liou (*pro hac vice*) (jessica.liou@weil.com) |
| 5 | Matthew Goren (*pro hac vice*) (matthew.goren@weil.com) |
| 6 | 767 Fifth Avenue New York, NY 10153-0119 |
| 7 | Tel: 212 310 8000 Fax: 212 310 8007 |
| 8 | KELLER BENVENUTTI KIM LLP |
| 9 | Tobias S. Keller (#151445) (tkeller@kbkllp.com) |
| 10 | Jane Kim (#298192) (jkim@kbkllp.com) |
| 11 | 650 California Street, Suite 1900 San Francisco, CA 94108 |
| 12 | Tel: 415 496 6723 Fax: 650 636 9251 |

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: <br><br> **PG&E CORPORATION,** <br><br> - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> Debtors. <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br><br> * *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM) <br> Chapter 11 <br> (Lead Case) (Jointly Administered) <br><br> **NOTICE OF CONTINUED HEARING ON DEBTORS' FIRST OMNIBUS REPORT AND OBJECTION TO CLAIMS ASSERTED PURSUANT TO 11 U.S.C. § 503(b)(9) <u>SOLELY</u> WITH RESPECT TO CLAIM OF MARSH LANDING LLC** <br><br> [Re: Dkt No. 2896] <br><br> Date: April 29, 2020 <br> Time: 10:00 a.m. (Pacific Time) <br> Place: (**Telephonic appearances only**) <br> United States Bankruptcy Court <br> Courtroom 17, 16th Floor <br> San Francisco, CA 94102 |

PLEASE TAKE NOTICE that on January 29, 2019 (the "**Petition Date**"), PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and debtors in possession (the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "**Bankruptcy Court**").

PLEASE TAKE FURTHER NOTICE that on March 1, 2019, the Bankruptcy Court entered that certain *Amended Order Pursuant to 11 U.S.C. §§ 503(b)(9) and 105(a) Establishing Procedures for the Assertion, Resolution, and Satisfaction of Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9)* [Dkt. No. 725] (the "**503(b)(9) Procedures Order**"), pursuant to which the Court established certain procedures to govern the resolution of any claims that may be asserted against the Debtors by various claimants (each a "**Claimant**") pursuant to section 503(b)(9) of the Bankruptcy Code (the "**503(b)(9) Claims**").

PLEASE TAKE FURTHER NOTICE that on July 8, 2019, in accordance with the 503(b)(9) Procedures Order, the Debtors filed their first omnibus report and objection ("**Objection**") to the 503(b)(9) Claims [Dkt. No. 2896] that have been asserted as of the date of that filing by various Claimants. The notice of hearing filed concurrently with the Objection [Dkt. No. 2898] established that: (1) the hearing before the Bankruptcy Court on the Objection was scheduled for August 14, 2019, at 9:30 a.m. (Pacific Time) (the "**August 14 Omnibus Hearing**"); (2) any oppositions or responses to the Objection must have been in writing, filed with the Bankruptcy Court, and served on the counsel for the Debtors at the above-referenced addresses so as to be received by no later than 4:00 p.m. (Pacific Time) on July 31, 2019 (the "**Response Deadline**"); and (3) all oppositions and responses must have been filed and served on all "Standard Parties" as defined in paragraph 5 of, and otherwise in accordance with, the *Second Amended Order Implementing Certain Notice and Case Management Procedures* entered on May 14, 2019 [Dkt. No. 1996] ("**Case Management Order**").

PLEASE TAKE FURTHER NOTICE that the Debtors received formal responses to the Objection from, among others, the holder of the following 503(b)(9) Claim: Marsh Landing LLC (503(b)(9) Claim No. 2026) [Dkt No. 3286] (the "**Marsh Landing Claim**").

PLEASE TAKE FURTHER NOTICE that the hearing on the Objection, solely with respect to the Marsh Landing Claim, was previously continued from the August 14 Omnibus Hearing on a number of occasions and was scheduled to be heard on April 14, 2020 (the "**April 14 Omnibus Hearing**").

PLEASE TAKE FURTHER NOTICE that the hearing on the Objection, solely with respect to the Marsh Landing Claim, will be further **continued** from the April 14 Omnibus Hearing to **April 29, 2020, at 10:00 a.m. (Pacific Time)** (the "**April 29 Omnibus Hearing**"), before the Honorable Dennis Montali, United States Bankruptcy Judge. Pursuant to the Bankruptcy Court's *Amended General Order No. 38 In re: Coronavirus Disease Public Health Emergency*, dated March 30, 2020, **the April 29 Omnibus Hearing will be conducted telephonically. The courtroom will be closed**. All parties who wish to appear at the April 14 Omnibus Hearing must make arrangements to appear telephonically with CourtCall at 1−866−582−6878 no later than 4:00 p.m. (Pacific Time) on the day before the Omnibus Hearing. Further information regarding telephonic appearances via CourtCall can be found on the Bankruptcy Court's website, at the following

location: www.canb.uscourts.gov > Rules and Procedures > District Procedures > Policy and Procedure for Appearances by Telephone.  Charges have been waived by CourtCall for pro se parties.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Continued Hearing does not affect the hearing dates or deadlines with respect to any other 503(b)(9) Claims that are the subject of the Objection.

**PLEASE TAKE FURTHER NOTICE** that copies of each pleading identified herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: April 13, 2020

                                          **WEIL, GOTSHAL & MANGES LLP**
                                          **KELLER BENVENUTTI KIM LLP**

                                          /s/  *Thomas B. Rupp*
                                          Thomas B. Rupp

                                          *Attorneys for Debtors and Debtors in Possession*