**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**,<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br><br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF AGENDA FOR APRIL 14, 2020, 10:00 A.M. OMNIBUS HEARING**<br><br>Date: April 14, 2020<br>Time: 10:00 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**PROPOSED AGENDA FOR
APRIL 14, 2020, 10:00 A.M. (PACIFIC TIME)
OMNIBUS HEARING**

**I:     MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**

*CONTESTED MATTERS GOING FORWARD*

1.  **Trotter Retention Application**: *Application of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. § 1103 and Fed. R. Bankr. P. 2014 and 5002 to Retain and Employ Hon. John K. Trotter (Ret.) as Trustee Nunc Pro Tunc to January 13, 2020 Through the Effective Date of the Resolution Trust Agreement* [**Dkt. 5726**].

   Response Deadline: March 10, 2020, at 4:00 p.m. (Pacific Time).

   Responses Filed:

   A.  Debtors' Statement with Respect to the Official Committee of Tort Claimants' Applications to Retain and Employ Cathy Yanni as Claims Administrator and the Hon, John K. Trotter (Ret.) as Trustee for the Fire Victim Trust [**Dkt. 5994**].

   B.  California State Agencies' Reservation of Rights on Application of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. § 1103 and Fed. R. Bankr. P. 2014 and 5002 to Retain and Employ Hon. John K. Trotter (Ret.) as Trustee *Nunc Pro Tunc* to January 13, 2020 Through the Effective Date of the Resolution Trust Agreement [**Dkt. 6032**].

   C.  Paradise Irrigation District, et al.'s Reservation of Rights with Respect to Request for Hearing on Applications of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. § 1103 and Fed. R. Bankr. P. 2014 and 5002 to Retain and Employ Hon. John K. Trotter (Ret.) as Trustee and Cathy Yanni as Claims Administrator *Nunc Pro Tunc* to January 13, 2020 Through the Effective Date of the Resolution Trust Agreement [**Dkt. 6534**].

   D.  Reservation of Rights re: Request for Hearing on Applications of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. § 1103 and Fed. R. Bankr. P. 2014 and 5002 to Retain and Employ Hon. John K. Trotter (Ret.) as Trustee and Cathy Yanni as Claims Administrator *Nunc Pro Tunc* to January 13, 2020 Through the Effective Date of the Resolution Trust Agreement [**Dkt. 6567**].

   E.  AT&T Corp.'s Reservation of Rights with Respect to Request for Hearing on Applications of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. § 1103 and Fed. R. Bankr. P. 2014 and 5002 to Retain and Employ Hon. John K. Trotter (Ret.) as Trustee and Cathy Yanni as Claims Administrator Nunc Pro Tunc to January 13, 2020 Through the Effective Date of the Resolution Trust Agreement [**Dkt. 6580**].

   F.  Debtors' Statement with Respect to the TCC's Request for a Hearing on the Proposed Budget for the Hon. John K. Trotter (Ret.) as Trustee for the Fire Victim Trust and Cathy Yanni as Claims Administrator [**Dkt. 6614**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Related Documents:

G. Declaration of Hon. John K. Trotter (Ret.) in Support of Application of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. § 1103 and Fed. R. Bankr. P. 2014 and 5002 to Retain and Employ Hon. John K. Trotter (Ret.) as Trustee *Nunc Pro Tunc* to January 13, 2020 Through the Effective Date of the Resolution Trust Agreement [**Dkt. 5727**].

H. Supplemental Declaration of Hon. John K. Trotter (Ret.) in Support of Application of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. § 1103 and Fed. R. Bankr. P. 2014 and 5002 to Retain and Employ Hon. John K. Trotter (Ret.) as Trustee *Nunc Pro Tunc* to January 13, 2020 Through the Effective Date of the Resolution Trust Agreement [**Dkt. 5976**].

I. Request for Hearing on Applications of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. § 1103 and Fed. R. Bankr. P. 2014 and 5002 to Retain and Employ Hon. John K. Trotter (Ret.) as Trustee and Cathy Yanni as Claims Administrator *Nunc Pro Tunc* to January 13, 2020 Through the Effective Date of the Resolution Trust Agreement [**Dkt. 6486**].

Status: This matter is going forward on a contested basis.

2. **Yanni Retention Application**: *Application of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. § 1103 and Fed. R. Bankr. P. 2014 and 5002 to Retain and Employ Cathy Yanni as Claims Administrator Nunc Pro Tunc to January 13, 2020 Through the Effective Date of the Resolution Trust Agreement* [**Dkt. 5723**].

Response Deadline: March 3, 2020, at 4:00 p.m. (Pacific Time).

Responses Filed:

A. Debtors' Statement with Respect to the Official Committee of Tort Claimants' Applications to Retain and Employ Cathy Yanni as Claims Administrator and the Hon, John K. Trotter (Ret.) as Trustee for the Fire Victim Trust [**Dkt. 5994**].

B. California State Agencies' Reservation of Rights on Application of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. § 1103 and Fed. R. Bankr. P. 2014 and 5002 to Retain and Employ Cathy Yanni as Claims Administrator Nunc Pro Tunc to January 13, 2020 Through the Effective Date of the Resolution Trust Agreement [**Dkt. 6030**].

C. Paradise Irrigation District, et al.'s Reservation of Rights with Respect to Request for Hearing on Applications of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. § 1103 and Fed. R. Bankr. P. 2014 and 5002 to Retain and Employ Hon. John K. Trotter (Ret.) as Trustee and Cathy Yanni as Claims Administrator *Nunc Pro Tunc* to January 13, 2020 Through the Effective Date of the Resolution Trust Agreement [**Dkt. 6534**].

D. Reservation of Rights re: Request for Hearing on Applications of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. § 1103 and

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Fed. R. Bankr. P. 2014 and 5002 to Retain and Employ Hon. John K. Trotter (Ret.) as Trustee and Cathy Yanni as Claims Administrator *Nunc Pro Tunc* to January 13, 2020 Through the Effective Date of the Resolution Trust Agreement [**Dkt. 6567**].

E. AT&T Corp.'s Reservation of Rights with Respect to Request for Hearing on Applications of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. § 1103 and Fed. R. Bankr. P. 2014 and 5002 to Retain and Employ Hon. John K. Trotter (Ret.) as Trustee and Cathy Yanni as Claims Administrator Nunc Pro Tunc to January 13, 2020 Through the Effective Date of the Resolution Trust Agreement [**Dkt. 6580**].

F. Debtors' Statement with Respect to the TCC's Request for a Hearing on the Proposed Budget for the Hon. John K. Trotter (Ret.) as Trustee for the Fire Victim Trust and Cathy Yanni as Claims Administrator [**Dkt. 6614**].

Related Documents:

G. Declaration of Cathy Yanni in Support of Application of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. § 1103 and Fed. R. Bankr. P. 2014 and 5002 to Retain and Employ Cathy Yanni as Claims Administrator Nunc Pro Tunc to January 13, 2020 Through the Effective Date of the Resolution Trust Agreement [**Dkt. 5724**].

H. Supplemental Declaration of Cathy Yanni in Support of Application of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. § 1103 and Fed. R. Bankr. P. 2014 and 5002 to Retain and Employ Cathy Yanni as Claims Administrator Nunc Pro Tunc to January 13, 2020 Through the Effective Date of the Resolution Trust Agreement [**Dkt. 5967**].

I. Request for Hearing on Applications of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. § 1103 and Fed. R. Bankr. P. 2014 and 5002 to Retain and Employ Hon. John K. Trotter (Ret.) as Trustee and Cathy Yanni as Claims Administrator *Nunc Pro Tunc* to January 13, 2020 Through the Effective Date of the Resolution Trust Agreement [**Dkt. 6486**].

Status: This matter is going forward on a contested basis.

3. **TCC Standing Motion**: *The Official Committee of Tort Claimants' Motion for Standing to Prosecute Claims of the Debtors' Estates* [**Dkt. 5972**].

Response Deadline: March 25, 2020 at 4:00 p.m. (Pacific Time).

Responses Filed:

A. Stipulation and Agreement for Order Resolving the Official Committee of Tort Claimants' Motion for Standing to Prosecute Claims of the Debtors' Estates [**Dkt. 6435**].

B. Securities Plaintiffs' Statement with Respect to Stipulation and Agreement for Order Resolving the Official Committee of Tort Claimants' Motion for Standing to Prosecute Claims of the Debtors' Estates [**Dkt. 6449**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

C. Statement of Official Committee of Unsecured Creditors Regarding Motion of the Official Committee of Tort Claimants for Standing to Prosecute Claims of the Debtors' Estates [**Dkt. 6475**].

D. Securities Plaintiffs' Memorandum of Points and Authorities in Opposition to Official Committee of Tort Claimants' Motion for Standing to Prosecute Claims of the Debtors' Estates [**Dkt. 6482**].

E. Securities Plaintiff's Sur-Reply in Further Opposition to Official Committee of Tort Claimants' Motion for Standing to Prosecute Claims of the Debtors' Estates [**Dkt. 6704**].

F. Debtors' Statement Regarding the Official Committee of Tort Claimants' Motion for Standing to Prosecute Claims of the Debtors' Estates [**Dkt. 6739**].

Related Documents:

G. Declaration of David J. Richardson in Support of the Official Committee of Tort Claimants' Motion for Standing to Prosecute Claims of the Debtors' Estates [**Dkt. 5973**].

H. Reply Brief of the Official Committee of Tort Claimants in Support of Its Motion for Standing to Prosecute Claims of the Debtors' Estates [**Dkt. 6547**].

I. Supplemental Declaration of David J. Richardson in Support of the Official Committee of Tort Claimants' Motion for Standing to Prosecute Claims of the Debtors' Estates [**Dkt. 6548**].

Related Order:

J. Issues for Counsel to Address at the April 14 Hearing on the TCC Standing Motion [**Dkt. 6742**].

Status: This matter is going forward on a contested basis.

4. **Butte County Agreement Motion**: *Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a) and 363(b) and Fed. R. Bankr. P. Rule 9019 for Entry of an Order Approving (I) Agreement and Settlement with People of the State of California and (II) Granting Related Relief* [**Dkt. 6418**].

Response Deadline: April 7, 2020, at 4:00 p.m. (Pacific Time).

Responses Filed:

A. Limited Objection and Reservation of Rights of the Official Committee of Tort Claimants to Motion of Debtors for Entry of an Order Approving (I) Agreement and Settlement with People of the State of California and (II) Granting Related Relief [**Dkt. 6690**].

B. Amended Limited Objection and Reservation of Rights of the Official Committee of Tort Claimants to Motion of Debtors for Entry of an Order

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

    Approving (I) Agreement and Settlement with People of the State of California and (II) Granting Related Relief [**Dkt. 6713**].

 C. Joinder by Baum Hedlund Aristei Goldman Camp Fire Victims Clients in Amended Limited Objection and Reservation of Rights of the Official Committee of Tort Claimants to Motion of Debtors for Entry of an Order Approving (I) Agreement and Settlement with People of the State of California and (II) Granting Related Relief [**Dkt. 6717**].

 D. William B. Abrams Joinder to Amended Limited Objection and Reservation of Rights of the Official Committee of Tort Claimants to Motion of Debtors for Entry of an Order Approving (I) Agreement and Settlement with People of the State of California and (II) Granting Related Relief [**Dkt. 6730**].

 E. Debtors' and Shareholder Proponents' Joint Response to the Official Committee of Tort Claimants' Amended Limited Objection to the Butte Settlement [**Dkt. 6732**].

<u>Related Documents</u>:

 F. Declaration of Brad D. Brian in Support of Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a) and 363(b) and Fed. R. Bankr. P. Rule 9019 for Entry of an Order Approving (I) Agreement and Settlement with People of the State of California and (II) Granting Related Relief [**Dkt. 6419**].

<u>Related Order</u>:

 G. Tentative Ruling Regarding Motion to Approve Settlement [**Dkt. 6740**].

<u>Status</u>: This matter is going forward on a contested basis.

## RESOLVED AND CONTINUED MATTERS

5. **Steptoe & Johnson LLP Retention Application**: *Application of Debtors Pursuant to 11 U.S.C. § 327(e) and Fed. R. Bankr. P. 2014(a) and 2016 and the Court's Order Authorizing the Debtors to Employ Professionals Used in the Ordinary Course of Business for Authority to Retain and Employ Steptoe & Johnson LLP as Special Counsel for the Debtors Effective as of The Petition Date* [**Dkt. 6458**].

<u>Response Deadline</u>: April 7, 2020, at 4:00 p.m. (Pacific Time).

<u>Related Documents</u>:

 A. Declaration of Laurie Edelstein in Support of Application of Debtors Pursuant to 11 U.S.C. § 327(e) and Fed. R. Bankr. P. 2014(a) and 2016 and the Court's Order Authorizing the Debtors to Employ Professionals Used in the Ordinary Course of Business for Authority to Retain and Employ Steptoe & Johnson LLP as Special Counsel for the Debtors Effective as of The Petition Date [**Dkt. 6459**].

 B. Declaration of Janet Loduca in Support of Application of Debtors Pursuant to 11 U.S.C. § 327(e) and Fed. R. Bankr. P. 2014(a) and 2016 and the Court's Order Authorizing the Debtors to Employ Professionals

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

Used in the Ordinary Course of Business for Authority to Retain and Employ Steptoe & Johnson LLP as Special Counsel for the Debtors Effective as of The Petition Date [**Dkt. 6460**].

C. Request for Entry of Order by Default Granting Application of Debtors Pursuant to 11 U.S.C. § 327(e) and Fed. R. Bankr. P. 2014(a) and 2016 and the Court's Order Authorizing the Debtors to Employ Professionals Used in the Ordinary Course of Business for Authority to Retain and Employ Steptoe & Johnson LLP as Special Counsel for the Debtors Effective as of The Petition Date [**Dkt. 6698**].

<u>Related Order</u>:

D. Order Pursuant to 11 U.S.C. § 327(e), Fed. R. Bankr. P. 2014(a) and 2016, and the Order Authorizing the Debtors to Employ Professionals Used in the Ordinary Course of Business for Authority to Retain and Employ Steptoe & Johnson LLP as Special Counsel for the Debtors Effective as of the Petition Date [**Dkt. 6719**].

<u>Status</u>: This matter has been resolved and taken off the calendar by order [**Dkt. 6719**].

6. **Covington & Burling LLP Retention Application**: *Application of Debtors Pursuant to 11 U.S.C. § 327(e), Fed. R. Bankr. P. 2014(a) and 2016, and the Order Authorizing the Debtors to Employ Professionals Used in the Ordinary Course of Business for Authority to Retain and Employ Covington & Burling LLP as Special Counsel for the Debtors Effective January 1, 2020* [**Dkt. 6462**].

<u>Response Deadline</u>: April 7, 2020, at 4:00 p.m. (Pacific Time).

<u>Related Documents</u>:

A. Declaration of David B. Goodwin in Support of Application of Debtors Pursuant to 11 U.S.C. § 327(e), Fed. R. Bankr. P. 2014(a) and 2016, and the Order Authorizing the Debtors to Employ Professionals Used in the Ordinary Course of Business for Authority to Retain and Employ Covington & Burling LLP as Special Counsel for the Debtors Effective January 1, 2020 [**Dkt. 6463**].

B. Declaration of Janet Loduca in Support of Application of Debtors Pursuant to 11 U.S.C. § 327(e), Fed. R. Bankr. P. 2014(a) and 2016, and the Order Authorizing the Debtors to Employ Professionals Used in the Ordinary Course of Business for Authority to Retain and Employ Covington & Burling LLP as Special Counsel for the Debtors Effective January 1, 2020 [**Dkt. 6464**].

C. Request for Entry of Order by Default Granting Application of Debtors Pursuant to 11 U.S.C. § 327(e), Fed. R. Bankr. P. 2014(a) and 2016, and the Order Authorizing the Debtors to Employ Professionals Used in the Ordinary Course of Business for Authority to Retain and Employ Covington & Burling LLP as Special Counsel for the Debtors Effective January 1, 2020 [**Dkt. 6699**].

Responses Filed:

    D.    Order Pursuant to 11 U.S.C. § 327(e), Fed. R. Bankr. P. 2014(a) and 2016, and the Order Authorizing the Debtors to Employ Professionals Used in the Ordinary Course of Business for Authority to Retain and Employ Covington & Burling LLP as Special Counsel for the Debtors Effective as of January 1, 2020 [**Dkt. 6720**].

Status: This matter has been resolved and taken off the calendar by order [**Dkt. 6720**].

    7.    **Debtors' 503(b)(9) Motion**: *Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9)* [**Dkt. 2896**].

Response Deadline: July 31, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed:

    A.    Response in Opposition to Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3263**].

    B.    Response of C.H. Reynolds Electric, Inc. to Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3267**].

    C.    Opposition of Shiloh IV Lessee, LLC to Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3284**].

    D.    Opposition of Marsh Landing, LLC to Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3286**].

    E.    Proposed Document Filed Under Seal [**Dkt. 3287**].

    F.    Response of Claimant Global Ampersand LLC to Objection of Debtors to Claim Asserted by Claimant Pursuant to 11. U.S.C. § 503(b)(9) [**Dkt. 3288**].

    G.    Response of Surf to Snow Environmental Resource Management, Inc. to Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3302**].

    H.    Omnibus Stipulation Between Debtors and Certain Claimants Extending Time to Respond to Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3306**].

    I.    Response of U.S. Telepacific Corp. DBA TPX Communications to Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3313**].

    J.    Letter to Court from Hypower, Inc. Regarding Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3315**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

K.  Exhibit A of Response of C.H. Reynolds Electric, Inc. to Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3324**].

Related Documents:

L.  Declaration of Robb C. McWilliams in Support of Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 2897**].

M.  Notice of Filing of Revised Proposed Order Approving Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3522**].

Related Orders:

N.  Order Granting Omnibus Stipulation Between Debtors and Certain Claimants Extending Time to Respond to Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3365**].

O.  Order Granting Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3564**].

Status:  This matter has been continued to April 29, 2020, solely with respect to the 503(b)(9) claims of Shiloh IV Lessee, LLC (claim No. 2447) [**Dkt No. 3284**] and Marsh Landing LLC (claim No. 2026) [**Dkt No. 3286**], and continued to a date to be determined with respect to the other 503(b)(9) claims as to which the Debtors have received formal responses.

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at:pgeinfo@primeclerk.com.  Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: April 13, 2020

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**

By:  /s/ *Dara L. Silveira*
Dara L. Silveira

*Attorneys for Debtors and Debtors in Possession*