**EXHIBIT B**

| Professional Name/Description | Rate | Notes / Scope of Work | Retrospective Budget | | Budget | | Budget | | Budget | | Budget | | Budget | | Budget | | Sub-Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Hours Estimate (1/12/2020 - 2/11/2020) | Time Value Estimate (1/12/2020 - 2/11/2020) | Hours Estimate (2/10/20 - 3/30/2020) | Time Value Estimate (2/10/20 - 3/30/2020) | Hours Estimate (April 2020) | Time Value Estimate (April 2020) | Hours Estimate (May 2020) | Time Value Estimate (May 2020) | Hours Estimate (June 2020) | Time Value Estimate (June 2020) | Hours Estimate (July 2020) | Time Value Estimate (July 2020) | Hours Estimate (August 2020) | Time Value Estimate (August 2020) | |
| **Trustee, Claims Administrator and Staff** | | | | | | | | | | | | | | | | | |
| Justice Johnn K. Trotter | $ 1,500.00 | Admin/Trustee | 65.0 | $ 97,500.00 | 100.0 | $ 150,000.00 | 100.0 | $ 150,000.00 | 100.0 | $ 150,000.00 | 100.0 | $ 150,000.00 | 100.0 | $ 150,000.00 | 100.0 | $ 150,000.00 | |
| Cathy Yanni | $ 1,250.00 | Admin/Claims Administrator | 180.0 | 225,000.00 | 175.0 | $ 218,750.00 | 175.0 | $ 218,750.00 | 175.0 | $ 218,750.00 | 175.0 | $ 218,750.00 | 175.0 | $ 218,750.00 | 175.0 | $ 218,750.00 | |
| Administrative Staff | $ 350.00 | Admin | 132.0 | 46,200.00 | 155.0 | $ 54,250.00 | 155.0 | $ 54,250.00 | 155.0 | $ 54,250.00 | 155.0 | $ 54,250.00 | 155.0 | $ 54,250.00 | 155.0 | $ 54,250.00 | |
| Fire Victims Claim Budgeting Staff | $ 1,100.00 | Admin/Claims Budgeting | 50.0 | 55,000.00 | 175.0 | $ 192,500.00 | 75.0 | $ 82,500.00 | 50.0 | $ 55,000.00 | 50.0 | $ 55,000.00 | 50.0 | $ 55,000.00 | 50.0 | $ 55,000.00 | |
| Accounting Staff | $ 500.00 | Admin/Internal Financial | 15.0 | 7,500.00 | 25.0 | $ 12,500.00 | 25.0 | $ 12,500.00 | 25.0 | $ 12,500.00 | 25.0 | $ 12,500.00 | 25.0 | $ 12,500.00 | 25.0 | $ 12,500.00 | |
| **Total Trustee, Claims Administrator and Staff** | | | | | | | | | | | | | | | | | $ 3,539,200.00 |
| **Claims Administration** | | | | | | | | | | | | | | | | | |
| BrownGreer PLC | $97.00-$226.00 | Claims Administration | 1244.0 | $ 330,965.00 | 4748.0 | $ 1,024,898.00 | 3202.0 | $ 649,425.00 | 5285.0 | $ 937,760.00 | 16610.0 | $ 2,574,560.00 | 28512.0 | $ 3,478,464.00 | 34560.0 | $ 3,559,680.00 | $ 12,555,752.00 |
| **Financial Advice** | | | | | | | | | | | | | | | | | |
| Financial Advisory/Investment Banking Firm | | | | o | | o | | $ 225,000.00 | | $ 225,000.00 | | $ 225,000.00 | | $ 350,000.00 | | $ 350,000.00 | $ 1,375,000.00 |
| **Legal** | | | | | | | | | | | | | | | | | |
| Bankruptcy Trust/Litigation Partner | $ 1,405.00 | Legal/Partner | 10.0 | $ 14,050.00 | 90.0 | $ 126,450.00 | 100.0 | $ 140,500.00 | 75.0 | $ 105,375.00 | 75.0 | $ 105,375.00 | 75.0 | $ 105,375.00 | 75.0 | $ 105,375.00 | |
| Bankruptcy Trust Partner | $ 1,295.00 | Legal/Partner | 5.0 | $ 6,475.00 | 50.0 | $ 64,750.00 | 75.0 | $ 97,125.00 | 75.0 | $ 97,125.00 | 75.0 | $ 97,125.00 | 75.0 | $ 97,125.00 | 75.0 | $ 97,125.00 | |
| Public Securities Partner | $ 1,175.00 | Legal/Partner | 0.0 | $ - | 40.0 | $ 47,000.00 | 50.0 | $ 58,750.00 | 50.0 | $ 58,750.00 | 50.0 | $ 58,750.00 | 50.0 | $ 58,750.00 | 50.0 | $ 58,750.00 | |
| Tax Partner | $ 1,060.00 | Legal/Counsel | 0.0 | $ - | 80.0 | $ 84,800.00 | 125.0 | $ 132,500.00 | 125.0 | $ 132,500.00 | 125.0 | $ 132,500.00 | 125.0 | $ 132,500.00 | 125.0 | $ 132,500.00 | |
| Bankruptcy Trust Partner | $ 865.00 | Legal/Partner | 0.0 | $ - | 40.0 | $ 34,600.00 | 75.0 | $ 64,875.00 | 75.0 | $ 64,875.00 | 75.0 | $ 64,875.00 | 75.0 | $ 64,875.00 | 75.0 | $ 64,875.00 | |
| Senior Associates | $ 800.00 | Legal/Associate | 5.0 | $ 4,000.00 | 160.0 | $ 128,000.00 | 200.0 | $ 160,000.00 | 200.0 | $ 160,000.00 | 200.0 | $ 160,000.00 | 200.0 | $ 160,000.00 | 200.0 | $ 160,000.00 | |
| Junior Associates | $ 545.00 | Legal/Associate | 0.0 | $ - | 180.0 | $ 98,100.00 | 200.0 | $ 109,000.00 | 200.0 | $ 109,000.00 | 200.0 | $ 109,000.00 | 200.0 | $ 109,000.00 | 200.0 | $ 109,000.00 | |
| Paralegal | $ 395.00 | Legal/Para-professional | 5.0 | $ 1,975.00 | 50.00 | $ 19,750.00 | 15.0 | $ 5,925.00 | 15.0 | $ 5,925.00 | 15.0 | $ 5,925.00 | 15.0 | $ 5,925.00 | 15.00 | $ 5,925.00 | |
| **Total Legal** | | | | | | | | | | | | | | | | | $ 4,332,825.00 |
| **TOTALS** | | | 1711.0 | $ 788,665.00 | 6068.0 | $ 2,256,348.00 | 4572.0 | $ 2,161,100.00 | 6605.0 | $ 2,386,810.00 | 17930.0 | $ 4,023,610.00 | 29832.0 | $ 5,052,514.00 | 35880.0 | $ 5,133,730.00 | $ 21,802,777.00 |

Case: 19-30088   Doc# 6746-2   Filed: 04/13/20   Entered: 04/13/20 15:06:11   Page 2 of 2

63706931 v1