STEVEN SKIKOS (SB #148110)
sskikos@skikos.com
**SKIKOS, CRAWFORD, ET AL.**
1 Sansome Street, Ste. 2830
San Francisco, CA 94104
Telephone: (415) 546-7300

*Counsel for Tommy Wehe*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | |
| -and- | Chapter 11 (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** Debtors. | **JOINDER IN THE SUPPLEMENT TO THE APPLICATIONS OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS PURSUANT TO 11 U.S.C. § 1103 AND FED. R. BANKR. P. 2014 AND 5002 TO RETAIN AND EMPLOY HON. JOHN K. TROTTER (RET.) AS TRUSTEE AND CATHY YANNI AS ADMINISTRATOR *NUNC PRO TUNC* TO JANUARY 13, 2020 THROUGH THE EFFECTIVE DATE OF THE RESOLUTION TRUST AGREEMENT** (Relates to Dkt. No. 6746) |
| □ Affects PG&E Corporation | |
| □ Affects Pacific Gas and Electric Company | |
| ■ Affects both Debtors | |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | |
| | Date: April 14, 2020 Time: 10:00 a.m. (Pacific Time) Place: **Telephonic Appearances Only** Objection Deadline: Passed |

Claimant Tommy Wehe, by and though undersigned counsel, respectfully joins in the Supplement to the Applications of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. § 1103 and Fed. R. Bankr. P. 2014 and 5002 to Retain and Employ Hon. John K. Trotter (Ret.) as Trustee and Cathy Yanni as Administrator *Nunc Pro Tunc* to January 13, 2020 Through the Effective Date of the Resolution Trust Agreement (the "**Supplement**") (Dkt. No. 6746).

On August 14, 2019, Counsel for PG&E said, "we all understand the reason we're here is because of the tragic 2017 and 2018 wildfires. We know that entire towns were destroyed, people's lives were changed forever. We can't lose sight of that. And the reason we're in this bankruptcy

court is to try to **find the quickest and most efficient way to provide compensation to those wildfire victims who are entitled to compensation**. **And we made clear from the first day of these cases that that's what we want to do**. We had made tremendous efforts, between the filing and today, to try to resolve these, because I think all of us, the Court included, would love for this to be resolved consensually. (8/14 Hearing Transcript pp.22:18-23:6)

As discussed many times in this Court, there are four contact points between the fire victims and this bankruptcy case: (1) inclusion—proof of claims; (2) estimation—aggregate value of claims; (3) informed consent requirements as they relate to voting; and (4) allocation and distribution. Each of these relate to the other and should be considered as a whole. As counsel for PG&E stated, a goal of this case is to provide quick and efficient compensation to the fire victims. The allocation process in this case is going to be an enormous undertaking. By comparison, the efforts undertaking relating to estimation, which are general, pale in comparison to the realities involved in evaluating real individual cases and their damage categories under California law.

Counsel will be available to answer any questions the Court may have regarding the claims administration process, the relationship between this process and the informed consent process, and the efforts of BrownGreer and the proposed Trustee and Claims Administrator to put together an allocation process based upon the Court's order of September 17, 2019 (Doc 3922), and in the future. For the reasons set forth at length in the Supplement, including the Declaration of Philip Strunk in support of the Supplement, Mr. Wehe agrees that there is a crucial need for the TCC to retain Justice Trotter as trustee and Ms. Yanni as claims administrator of the resolution trust, and that they be provided with the funds necessary to ensure that the claims processing mechanisms are operational as of the effective date of the plan of reorganization. This is necessary to ensure that there is no further delay to the fire victims in receiving their distributions.

1

2
          Accordingly, Mr. Wehe respectfully requests that the Court approve the retentions of Justice
3
Trotter and Ms. Yanni and approve the budget provided for in the Supplement.
4

5
Dated: April 13, 2020
6

7                                      By: /s/ Steven J. Skikos
                                           Steven J. Skikos (SBN 148110)
8                                          Skikos, Crawford, Skikos & Joseph, LLP
                                           1 Sansome Street, Suite 2830
9                                          San Francisco, California 94104
                                           Tel: 415.546.7300
10                                         Fax: 415.546.7301
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28