Nathan A. Schultz (SBN 223539)
nschultz@goodwinlaw.com
**GOODWIN PROCTER LLP**
3 Embarcadero Center, 28th Floor
San Francisco, CA 941111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

*Counsel for Creditors MassMutual Life Insurance Company and Its Funds*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION; PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors. | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that pursuant to § 1109(b) of the United States Bankruptcy Code and Rules 2002 and 9010(b) of the Bankruptcy Rules, the attorneys listed below hereby appear as counsel to Creditors MassMutual Life Insurance Company, MM S&P 500® Index Fund, MM Select Equity Asset Fund, MassMutual Select BlackRock Global Allocation Fund, MassMutual Select Diversified Value Fund, MassMutual Select Equity Opportunities Fund, MassMutual Select Mid-Cap Value Fund, MassMutual Select T. Rowe Price Large Cap Blend Fund, MassMutual Select T. Rowe Price Small and Mid Cap Blend Fund, MassMutual Premier Balanced Fund, MassMutual Premier Disciplined Value Fund, MassMutual Premier Main Street Fund, MML Blend Fund, MML Equity Fund, MML Equity Income Fund, MML Equity Index Fund, MML Income & Growth Fund, MML Managed Volatility Fund, MML Mid Cap Value Fund, MassMutual Select Strategic Bond Fund, MassMutual Premier Balanced Fund, MassMutual Premier Diversified Bond Fund and MML Dynamic Bond Fund (the "Creditors") in the above-captioned chapter 11 case and request that copies of any and all notices, pleadings, motions, orders to show cause, applications, petitions, memoranda, affidavits, declarations, orders, disclosure statement(s) and plan(s) of reorganization, or other documents filed or entered in this case be transmitted to:

> Nathan A. Schultz (SBN 223539)
> nschultz@goodwinlaw.com
> **GOODWIN PROCTER LLP**
> 3 Embarcadero Center, 28th Floor
> San Francisco, CA 941111
> Tel.: +1 415 733 6000
> Fax.: +1 415 677 9041
>
> Kizzy L. Jarashow (*pro hac vice pending*)
> kjarashow@goodwinlaw.com
> **GOODWIN PROCTER LLP**
> 620 Eighth Avenue
> New York, NY 10018
> Tel.: +1 212 813 8800
> Fax.: + 1 212 355 3333

| | |
|---|---|
| 1 | Stacy Dasaro (*pro hac vice pending*) |
| 2 | sdasaro@goodwinlaw.com<br>**GOODWIN PROCTER LLP** |
| 3 | 620 Eighth Avenue<br>New York, NY 10018 |
| 4 | Tel.: +1 212 813 8800<br>Fax.: + 1 212 355 3333 |

**PLEASE TAKE FURTHER NOTICE** the Creditors do not intend, nor shall it be deemed, through this Notice of Appearance and Request for Notices and Service Of Papers, or any subsequent appearance, pleading, claim, suit, or conduct, to waive any substantive or procedural rights, including, without limitation, (i) the right to have a United States District Judge determine de novo all non-core proceedings (and all core proceedings as to which the Bankruptcy Court lacks authority to enter judgments or final orders), (ii) the right to a trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) the right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any right to object to the jurisdiction of the Bankruptcy Court, or to venue in the Norther District of California, for any purpose other than with respect to this Notice of Appearance and Request for Notices and Service Of Papers, or (v) any other rights, claims, actions, defenses, setoffs, recoupments, or remedies to which it is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, recoupments, and remedies the Creditors expressly reserve.

Dated: April 14, 2020    Respectfully submitted,

By: /s/ Nathan A. Schultz

Nathan A. Schultz (SBN 223539)
nschultz@goodwinlaw.com
**GOODWIN PROCTER LLP**
3 Embarcadero Center, 28th Floor
San Francisco, CA 941111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

*Counsel for Creditors MassMutual Life Insurance Company and Its Funds*