# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION** <br><br> - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> **Debtors.** | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) <br><br> (Jointly Administered) <br><br> Ref. Docket No. 6701 |
| ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br><br> *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | |

## AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT )
                           ) ss.:
COUNTY OF HARTFORD )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Director by Epiq Corporate Restructuring, LLC, with an office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 8, 2020, I caused to be served the "Monthly Fee Statement of FTI Consulting, Inc. for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period February 1, 2020 through February 29, 2020," dated April 8, 2020 [Docket No. 6701], by causing true and correct copies to be:

   a. enclosed securely in separate postage prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A, and

   b. delivered via electronic mail to those parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Angharad Bowdler*
Angharad Bowdler

Sworn to before me this
13th day of April, 2020

*/s/ Amy E. Lewis*
Notary Public, State of Connecticut
No. 100624
Commission Expires August 31, 2022

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| BAKER & HOSTETLER, LLP | ATTN: ERIC E. SAGERMAN AND CECILY DUMAS 11601 WILSHIRE BLVD. SUITE 1400 LOS ANGELES CA 90025-0509 |
| DLA PIPER LLP | ATTN: JOSHUA D. MORSE 555 MISSION STREET SUITE 2400 SAN FRANCISCO CA 94105-2933 |
| MILBANK LLP | DENNIS F. DUNNE, SAMUEL A. KHALIL 55 HUDSON YARDS NEW YORK NY 10001-2163 |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JAMES L. SNYDER & TIMOTHY LAFREDDI MARTA E. VILLACORTA 450 GOLDEN GATE AVE SUITE 05-0153 SAN FRANCISCO CA 94102 |
| PG&E CORPORATION | ATTN: JANET LODUCA 77 BEALE STREET SAN FRANCISCO CA 94177 |

**Total Creditor count 5**

# EXHIBIT B

| |
|---|
| bamexampge@gmail.com |
| david.riley@dlapiper.com |
| ddunne@milbank.com |
| esagerman@bakerlaw.com |
| Gbray@milbank.com |
| James.L.Snyder@usdoj.gov |
| jessica.liou@weil.com |
| jkim@kellerbenvenutti.com |
| lattard@bakerlaw.com |
| Marta.Villacorta@usdoj.gov |
| matthew.goren@weil.com |
| rachael.foust@weil.com |
| skhalil@milbank.com |
| stephen.karotkin@weil.com |
| timothy.s.laffredi@usdoj.gov |
| tkeller@kellerbenvenutti.com |
| TKreller@milbank.com |
| traceyrgallegos@gmail.com |