| | |
|---|---|
| 1 | WEIL, GOTSHAL & MANGES LLP |
| 2 | Stephen Karotkin (*pro hac vice*) (stephen.karotkin@weil.com) |
| 3 | Ray C. Schrock, P.C. (*pro hac vice*) (ray.schrock@weil.com) |
| 4 | Jessica Liou (*pro hac vice*) (jessica.liou@weil.com) |
| 5 | Matthew Goren (*pro hac vice*) (matthew.goren@weil.com) |
| 6 | 767 Fifth Avenue New York, NY 10153-0119 |
| 7 | Tel: 212 310 8000 Fax: 212 310 8007 |
| 8 | KELLER BENVENUTTI KIM LLP |
| 9 | Tobias S. Keller (#151445) (tkeller@kbkllp.com) |
| 10 | Jane Kim (#298192) (jkim@kbkllp.com) |
| 11 | 650 California Street, Suite 1900 San Francisco, CA 94108 |
| 12 | Tel:  (415) 496-6723 Fax:  (415) 636-9251 |

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION,** <br><br> - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> **Debtors.** <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br><br> *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM) <br> Chapter 11 (Lead Case) (Jointly Administered) <br><br> **DEBTORS' STATEMENT WITH RESPECT TO MOTION TO EXPUNGE CLASS PROOF OF CLAIM FILED BY GER HOSPITALITY, LLC** <br><br> Related Docket Nos. 6438, 6675 <br><br> Date: April 29, 2020 <br> Time: 10:00 a.m. (Prevailing Pacific Time) <br> Place: Telephonic Hearing |

PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, "**PG&E**" or the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), hereby file this Statement (the "**Statement**") with respect to the *Motion to Expunge Class Proof of Claim Filed by GER Hospitality, LLC*, [Docket No. 6438] (as may be amended by Docket No. 6675, the "**Motion**") filed by certain victims of the Camp Fires and the 2017 North Bay Fires.

The Debtors note that, as of the date hereof, GER Hospitality, LLC ("**GER**") has not sought authority from the Court to have any claim that it has filed in the Chapter 11 Cases allowed as a class claim pursuant to Bankruptcy Rule 7023. However, to the extent GER would seek to have any such claim allowed as a class claim in these cases, for the reasons stated in the Motion and for all the reasons previously set forth by the Debtors in response to prior requests by other claimants that sought Court authority to allow class proofs of claim in these Chapter 11 Cases [Docket Nos. 4684 and 5369], the Debtors oppose such relief.

The Debtors reserve all rights to be heard before the Court in connection with the Motion (and any joinders thereto); to amend, supplement, or otherwise modify this Statement prior to and during the hearing on the Motion; and to assert such other and further objections to any and all claims.

Dated: April 15, 2020

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**

/s/ *Stephen Karotkin*
Stephen Karotkin

*Attorneys for Debtors and Debtors in Possession*