# EXHIBIT A

## COMPENSATION BY PROFESSIONAL
## DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019

The professionals who rendered professional services in these chapter 11 cases during the Fee Period are:

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| ***2019 Audit Services*** | | | | |
| Basilico, Ellen | Partner/Principal | $380.00 | 1.5 | $570.00 |
| Cochran, James | Partner/Principal | $380.00 | 6.5 | $2,470.00 |
| Gillam, Tim | Partner/Principal | $380.00 | 11.0 | $4,180.00 |
| Kilkenny, Tom | Partner/Principal | $380.00 | 3.3 | $1,254.00 |
| Ncho-Oguie, Jean-Denis | Partner/Principal | $380.00 | 16.0 | $6,080.00 |
| Pemberton, Tricia | Partner/Principal | $380.00 | 1.0 | $380.00 |
| Donahue, Nona | Managing Director | $380.00 | 2.0 | $760.00 |
| Meredith, Wendy | Managing Director | $380.00 | 7.0 | $2,660.00 |
| Dugan, Anne | Senior Manager | $330.00 | 13.5 | $4,455.00 |
| Fannin, Sam | Senior Manager | $330.00 | 29.5 | $9,735.00 |
| Giamanco, Patrick | Senior Manager | $330.00 | 13.0 | $4,290.00 |
| Leonard, Allison | Senior Manager | $330.00 | 2.0 | $660.00 |
| Potts, John | Senior Manager | $330.00 | 0.5 | $165.00 |
| Brown, Aaron | Manager | $290.00 | 7.5 | $2,175.00 |
| Jasinski, Samantha | Manager | $290.00 | 91.0 | $26,390.00 |
| Kamra, Akanksha | Manager | $290.00 | 3.0 | $870.00 |
| Long, Brittany | Manager | $290.00 | 27.5 | $7,975.00 |
| Misra, Saurabh | Manager | $290.00 | 32.0 | $9,280.00 |
| Adams, Haley | Senior Consultant | $230.00 | 4.0 | $920.00 |
| Azebu, Matt | Senior Consultant | $230.00 | 84.0 | $19,320.00 |
| Fazil, Mohamed | Senior Consultant | $230.00 | 33.5 | $7,705.00 |
| Goswami, Pratiti | Senior Consultant | $230.00 | 0.5 | $115.00 |
| Hamner, Jack | Senior Consultant | $230.00 | 117.0 | $26,910.00 |
| Hennessy, Vincent | Senior Consultant | $230.00 | 8.0 | $1,840.00 |
| Kipkirui, Winnie | Senior Consultant | $230.00 | 128.3 | $29,509.00 |
| Martin, Blake | Senior Consultant | $230.00 | 70.0 | $16,100.00 |
| Morley, Carlye | Senior Consultant | $230.00 | 0.5 | $115.00 |
| Rice, Blake | Senior Consultant | $230.00 | 14.5 | $3,335.00 |

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Varshney, Swati | Senior Consultant | $230.00 | 1.0 | $230.00 |
| Yuen, Jennifer | Senior Consultant | $230.00 | 1.0 | $230.00 |
| Alfahhad, Abdulrahman | Consultant | $200.00 | 59.5 | $11,900.00 |
| Bhattacharya, Ayush | Consultant | $200.00 | 30.0 | $6,000.00 |
| Boyce, Kyle | Consultant | $180.00 | 117.0 | $21,060.00 |
| Brown, Erin | Consultant | $180.00 | 116.5 | $20,970.00 |
| Carson, George | Consultant | $180.00 | 9.0 | $1,620.00 |
| Chopra, Harshita | Consultant | $180.00 | 39.0 | $7,020.00 |
| K, Kavya | Consultant | $200.00 | 39.0 | $7,800.00 |
| Mahajan, Madhav | Consultant | $180.00 | 12.0 | $2,160.00 |
| Maroju, Bhaskar I-pa | Consultant | $120.00 | 0.8 | $96.00 |
| Nambiar, Sachin | Consultant | $200.00 | 28.2 | $5,640.00 |
| Schloetter, Lexie | Consultant | $200.00 | 23.0 | $4,600.00 |
| Sharma, Ashish | Consultant | $180.00 | 10.5 | $1,890.00 |
| Uy, Rycel | Consultant | $200.00 | 114.0 | $22,800.00 |
| **Professional Subtotal:** | | | **1,328.6** | **$304,234.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| *2020 Audit Services* | | | | |
| Pemberton, Tricia | Partner/Principal | $380.00 | 0.5 | $190.00 |
| Azebu, Matt | Senior Consultant | $230.00 | 3.5 | $805.00 |
| **Professional Subtotal:** | | | **4.0** | **$995.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| *AB 1054 Wildfire Fund* | | | | |
| Meredith, Wendy | Partner/Principal | $760.00 | 1.0 | $760.00 |
| Ncho-Oguie, Jean-Denis | Partner/Principal | $760.00 | 3.0 | $2,280.00 |
| Jasinski, Samantha | Manager | $580.00 | 3.5 | $2,030.00 |
| Azebu, Matt | Senior Consultant | $460.00 | 7.0 | $3,220.00 |
| **Professional Subtotal:** | | | **14.5** | **$8,290.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| *Accounting Consultations* | | | | |
| Clark, Brian | Partner/Principal | $760.00 | 0.5 | $380.00 |
| Pidgeon, Andrew | Partner/Principal | $760.00 | 1.1 | $836.00 |
| Meredith, Wendy | Partner/Principal | $760.00 | 2.5 | $1,900.00 |
| Allen, Jana | Manager | $580.00 | 1.5 | $870.00 |
| Jasinski, Samantha | Manager | $580.00 | 8.5 | $4,930.00 |
| **Professional Subtotal:** | | | **14.1** | **$8,916.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| **California Wildfires** | | | | |
| Gillam, Tim | Partner/Principal | $760.00 | 4.5 | $3,420.00 |
| Kilkenny, Tom | Partner/Principal | $760.00 | 0.5 | $380.00 |
| Ncho-Oguie, Jean-Denis | Partner/Principal | $760.00 | 0.5 | $380.00 |
| Pemberton, Tricia | Partner/Principal | $760.00 | 0.5 | $380.00 |
| Scott, Adam | Partner/Principal | $760.00 | 0.5 | $380.00 |
| Hensel, Julia | Managing Director | $760.00 | 0.5 | $380.00 |
| Meredith, Wendy | Managing Director | $760.00 | 3.0 | $2,280.00 |
| Jasinski, Samantha | Manager | $580.00 | 2.0 | $1,160.00 |
| Azebu, Matt | Senior Consultant | $460.00 | 15.5 | $7,130.00 |
| Martin, Blake | Senior Consultant | $460.00 | 3.5 | $1,610.00 |
| **Professional Subtotal:** | | | **31.0** | **$17,500.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| **Lease Accounting Services** | | | | |
| Giamanco, Patrick | Senior Manager | $325.00 | 0.5 | $162.50 |
| Long, Brittany | Manager | $295.00 | 0.5 | $147.50 |
| Azebu, Matt | Senior Consultant | $265.00 | 3.5 | $927.50 |
| Kipkirui, Winnie | Senior Consultant | $265.00 | 3.8 | $1,007.00 |
| **Professional Subtotal:** | | | **8.3** | **$2,244.50** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| **Post Bankruptcy Matters** | | | | |
| Gillam, Tim | Partner/Principal | $760.00 | 9.5 | $7,220.00 |
| Pidgeon, Andrew | Partner/Principal | $760.00 | 1.5 | $1,140.00 |
| Arkin, Steven | Managing Director | $760.00 | 3.5 | $2,660.00 |
| Meredith, Wendy | Managing Director | $760.00 | 3.5 | $2,660.00 |
| Allen, Jana | Manager | $580.00 | 1.0 | $580.00 |
| Brown, Aaron | Manager | $580.00 | 0.5 | $290.00 |
| Azebu, Matt | Senior Consultant | $460.00 | 3.5 | $1,610.00 |
| Martin, Blake | Senior Consultant | $460.00 | 19.0 | $8,740.00 |
| Yuen, Jennifer | Senior Consultant | $460.00 | 0.8 | $368.00 |
| Boyce, Kyle | Consultant | $350.00 | 3.5 | $1,225.00 |
| **Professional Subtotal:** | | | **46.3** | **$26,493.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| **Preparation of Fee Applications** | | | | |
| Jin, Yezi | Senior Manager | $330.00 | 21.5 | $7,095.00 |
| Gutierrez, Dalia | Project Controller | $200.00 | 54.5 | $10,900.00 |
| **Professional Subtotal:** | | | **76.0** | **$17,995.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| **Regulatory Accounting** | | | | |
| Gillam, Tim | Partner/Principal | $760.00 | 5.0 | $3,800.00 |
| Kilkenny, Tom | Partner/Principal | $760.00 | 1.0 | $760.00 |
| Ncho-Oguie, Jean-Denis | Partner/Principal | $760.00 | 5.5 | $4,180.00 |
| Pemberton, Tricia | Partner/Principal | $760.00 | 1.0 | $760.00 |
| Jasinski, Samantha | Manager | $580.00 | 1.0 | $580.00 |
| Azebu, Matt | Senior Consultant | $460.00 | 2.5 | $1,150.00 |
| Schloetter, Lexie | Consultant | $390.00 | 31.5 | $12,285.00 |
| **Professional Subtotal:** | | | **47.5** | **$23,515.00** |
| **Total** | | | **1,570.3** | **$410,182.50** |