## EXHIBIT B

## COMPENSATION BY CATEGORY FOR SERVICES RENDERED BY DELOITTE & TOUCHE LLP FOR THE PERIOD DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019

| Categories | Hours | Fees |
|---|---:|---:|
| 2019 Audit Services | 1,328.6 | $304,234.00 |
| 2020 Audit Services | 4.0 | $995.00 |
| AB 1054 Wildfire Fund | 14.5 | $8,290.00 |
| Accounting Consultations | 14.1 | $8,916.00 |
| California Wildfires | 31.0 | $17,500.00 |
| Lease Accounting Services | 8.3 | $2,244.50 |
| Post Bankruptcy Matters | 46.3 | $26,493.00 |
| Preparation of Fee Applications | 76.0 | $17,995.00 |
| Regulatory Accounting | 47.5 | $23,515.00 |
| **Fees Category Subtotal :** | **1,570.3** | **$410,182.50** |