Brian S. Kabateck, SBN 152054
 (bsk@kbklawyers.com)
Christopher B. Noyes, SBN 270094
 (cn@kbklawyers.com)
Nineli Sarkissian, SBN 317724
 (ns@kbklawyers.com)
Kabateck LLP
633 W. Fifth Street, Suite 3200
Los Angeles, CA  90071
T (213) 217-5000 | F (213) 217-5010

*Attorneys for Tort Claimants*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Chapter 11 Case |
| **PG&E CORPORATION,** | No. 19-30088 (DM) |
| **- and -** | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors.** | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | **DECLARATION OF NINELI SARKISSIAN IN SUPPORT OF COMPLETED MAIL SERVICE** |
| *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

## DECLARATION OF NINELI SARKISSIAN

I, Nineli Sarkissian, declare the following:

1.     I am an attorney at law and member of the State Bar of California. I am an attorney

with the law firm of Kabateck LLP, counsel of record for the Fire Victims in this case.  The facts

stated herein are true of my own personal knowledge except those matters stated on information

and belief, and, as to those matters, I believe them to be true. If called as a witness, I could and

1

would competently testify to the same.

      2.      On April 13, 2020, the law firm Kabateck, LLP received the Solicitation Packages from Prime Clerk for 134 of 274 of our clients.

      3.      Service of the Solicitation Packages was completed on April 15, 2020 via U.S. Mail service to 134 of 274 of our clients.

      4.      The Client List was also provided to the designated Prime Clerk Agent, Mary Carpenter, via electronic mail.

      I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

      Executed on April 15, 2020 in Los Angeles, California.

                          /s/ Nineli Sarkissian
                          Nineli Sarkissian

**<u>CERTIFICATE OF SERVICE</u>**

I, Nineli Sarkissian, declare as follows:

    I am a citizen of the United States and over the age of eighteen (18) years and not a party to the within action. My business address is 633 West Fifth Street, Suite 3200, Los Angeles, California, 90071.

    On April 10, 2020, I served document(s) described as:

**DECLARATION OF NINELI SARKISSIAN IN SUPPORT OF COMPLETED MAIL SERVICE** on the interested parties in this action as follows:

[X] BY E-MAIL/NEF: Service was accomplished through the Notice of Electronic Filing ("NEF") for all parties and counsel who are registered ECF.

    I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. This declaration was executed on April 15, 2020 at Los Angeles California.

                      /s/ Nineli Sarkissian
                      Nineli Sarkissian

Case: 19-30088    Doc# 6771    Filed: 04/15/20    Entered: 04/15/20 16:21:38    Page 3 of 3