**BROWN RUDNICK LLP**
Joel S. Miliband (SBN 077438)
(JMiliband@brownrudnick.com)
2211 Michelson Drive
Seventh Floor
Irvine, California 92612
Telephone: (949) 752-7100
Facsimile: (949) 252-1514

**BROWN RUDNICK LLP**
David J. Molton (SBN 262075)
(DMolton@brownrudnick.com)
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

*Attorneys for Trustee and Claims Administrator*

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| -and- | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| Debtors. | **NOTICE OF APPEARANCE AND REQUEST FOR NOTICES** |
| ☐ **Affects PG&E Corporation**<br>☐ **Affects Pacific Gas and Electric Company**<br>☒ **Affects both Debtors**<br><br>*\*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

/ / /

/ / /

/ / /

**PLEASE TAKE NOTICE** that the undersigned appears in the above-captioned chapter 11 cases of PG&E Corporation, et al. on behalf of Hon. John K. Trotter (Ret.) as Trustee of the Fire Victim Trust (the "Trustee") and Cathy Yanni, as Claims Administrator for the Fire Victim Trust (the "Claims Administrator"), pursuant to rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and sections 342 and 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), and hereby requests that any and all notices given or required to be given, and all papers served or required to be served, in these cases be delivered to and be served upon the persons identified below:

Joel S. Miliband
Brown Rudnick LLP
2211 Michelson Drive
Seventh Floor
Irvine, California 92612
Telephone: (949) 752-7100
Facsimile: (949) 252-1514
E-Mail: JMiliband@brownrudnick.com

David J. Molton
Brown Rudnick LLP
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
E-Mail: DMolton@brownrudnick.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders and notices of applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegraph, telex, electronic mail or otherwise, in these cases and any proceedings therein.

This Notice of Appearance and any subsequent appearance, pleading, claim or suit shall not be deemed or construed to be a waiver of the rights of the Trustee or the Claims Administrator: (1) to have final orders in non-core matters entered only after de novo review by a

United States District Court Judge; (2) to trial by jury in any proceeding so triable in these cases or in any case, controversy or proceeding related to these cases; (3) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) to any other rights, claims, actions, defenses, setoffs or recoupments to which the Trustee or the Claims Administrator may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments expressly are hereby reserved.

DATED: April 15, 2020 **BROWN RUDNICK LLP**

By: /s/ Joel S. Miliband
JOEL S. MILIBAND
Attorneys for Trustee and Claims Administrator