Arsen Sarapinian, Esq. (SBN 295805)
**THE LAW OFFICES OF ARSEN SARAPINIAN, P.C.**
9465 Wilshire Blvd., Ste. 1300
Beverly Hills, CA 90212
Tel: (213) 538-2903
Fax: (310) 861-9040
arsen@sarapinianlaw.com

Attorneys for
Gene Descalzi and Leonarda Rombaoa

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br>   and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>   Debtors.<br><br> Affects PG&E Corporation<br> Affects Pacific Gas and Electric Company<br>X Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088-DM. | Case No. 19-30088-DM<br><br>Chapter 11<br>Lead Case, Jointly Administered<br><br>**DECLARATION OF ARSEN SARAPINIAN IN SUPPORT OF MOTION PURSUANT TO FED. R. BANKR. P. 9006(b)(1) TO ENLARGE THE TIME FOR GENE DESCALZI AND LEONARDA ROMBAOA TO FILE PROOF OF CLAIMS**<br><br>**Date: May 12, 2020**<br>**Time: 10:00a.m.**<br>**Place: 450 Golden Gate Avenue, Ctrm 17**<br>**San Francisco, CA 94102**<br>**Judge: Dennis Montali**<br><br>**Objection Deadline: May 5, 2020** |

I, Arsen Sarapinian, declare as follows:

1. I am an attorney licensed to practice llw in the State of California and am the President of Law Offices of Arsen Sarapinian, P.C.

1

**DECLARATION OF LEONARDA ROMBAOA IN SUPPORT OF MOTION PURSUANT TO FED. R. BANKR. P. 9006(b)(1) TO ENLARGE THE TIME FOR GENE DESCALZI AND LEONARDA ROMBAOA TO FILE PROOF OF CLAIMS**

2. I am admitted to practice law in the United States District Court, Northern District of California.

3. I submit this declaration in support of the Motion Pursuant to Fed. R. Bankr. P. 9006(b)(1) to Enlarge the Time for Gene Descalzi and Leonarda Rombaoa to File Proof of Claims.

4. I have personal knowledge of the foregoing, and if called upon to testify as a witness, I could and would competently testify to the facts set forth in this declaration.

5. On February 13, 2020, my law office was retained to represent Gene Descalzi and Leonarda Rombaoa (hereinafter, "Movants") in connection with economic and non-economic damages they suffered in the fire which took place in and around Santa Rosa, California in October of 2017, commonly known as the "Tubbs Fire." This included representing the clients as creditors in this bankruptcy action.

6. At or around this time, I learned that Movants were previously represented by James O'Callahan, Esq. of the Los Angeles-based law firm, Girardi & Keese, whom they had retained in 2017. I also learned that Mr. O' Callahan had died unexpectedly on January 29, 2019.

7. Movants represented to be that they were in communication with Mr. O' Callahan regarding their case in 2017 and 2018 and that they left messages for him in early 2019, but had not heard back from him.

8. Movants represented to me that it was their understanding that they Mr. O' Callahan was representing them throughout 2019.

9. Movants represented to me that they first learned of Mr. O' Callahan's death on or around February 11, 2020.

10. In February of 2020 I conducted an investigation and determined that there was no proof of claims being submitted on behalf of the Movants.

2
**DECLARATION OF LEONARDA ROMBAOA IN SUPPORT OF MOTION PURSUANT TO FED. R. BANKR. P. 9006(b)(1) TO ENLARGE THE TIME FOR GENE DESCALZI AND LEONARDA ROMBAOA TO FILE PROOF OF CLAIMS**

11. In or around that time, I advised Movants of the bankruptcy claim deadlines of October 21, 2019 and December 31, 2019 for creditors (fire victims) to submit claims in this matter. Both of the Movants represented to me that they had no previous knowledge of these deadlines as they were not provided to them by their former attorney, this Court, Prime Clerk, or any other third party.

12. In February of 2020, I communicated this development with claims administrator Brown Greer, which in turn recommended that the Movants nonetheless file late claims.

13. I thereafter assisted Movants in preparing the late claims and provided them to Brown Greer for filing. In turn, Brown Greer informed me that they submitted the claims to Prime Clerk and they were deemed filed on February 26, 2020 (Claim Nos. 97038 and 97039).

14. I thereafter assisted Movant Leonarda Rombaoa in amending her claim due to a minor misspelling of her first name on the claim form. The amended claim was thereafter submitted to Brown Green, which in turn submitted them to Prime Clerk for filing on March 5, 2020 (Claim No. 97583). True and correct copies of the three late claims are attached hereto as **Exhibit 1**.

15. My office did not receive any notifications from Prime Clerk, Brown Greer, or any other party that the claims were rejected or objected to.

16. In April of 2020, I inquired into the status of the disclosures and voting materials related to the proposed $13.5 billion settlement in this matter.

17. On April 8, 2020, I learned from Brown Greer that Prime Clerk would not send the disclosures and voting materials to the Movants because they deemed their claims late and that Movants were not included in the "impaired class" for voting purposes.

18. I thereafter met and conferred with counsel for the Debtors in this matter, Lisa Carens of Weil, Gotshal & Manges LLP, who recommended that Movants file the instant Motion.

3

**DECLARATION OF LEONARDA ROMBAOA IN SUPPORT OF MOTION PURSUANT TO FED. R. BANKR. P. 9006(b)(1) TO ENLARGE THE TIME FOR GENE DESCALZI AND LEONARDA ROMBAOA TO FILE PROOF OF CLAIMS**

Case: 19-30088    Doc# 6778    Filed: 04/15/20    Entered: 04/16/20 07:40:54    Page 3 of 14

Ms. Carens also represented that upon review of the moving papers and discussion with her client, Debtors may stipulate to the claims as being timely.

19. I have made good faith attempts to rectify the late filings and respectfully request that the Court grant the Motion and enlarge the time for Movants to file the two proofs of claims based on their excusable neglect in not knowing of the claim deadlines, as well as the excusable neglect of their former attorney, Mr. O' Callahan and his law firm, for not informing the clients of the claim deadlines.

20. If this Motion is denied, Movants will suffer severe prejudice and irreparable harm as they will be barred from filing voting ballots prior to the deadline of May 15, 2020, and barred from recovering damages they incurred in the fire.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct to the best of my knowledge and belief. Executed on 4/15/2020 in Los Angeles, California.

_____
Arsen Sarapinian, Esq.

4
DECLARATION OF LEONARDA ROMBAOA IN SUPPORT OF MOTION PURSUANT TO FED. R. BANKR. P. 9006(b)(1) TO ENLARGE THE TIME FOR GENE DESCALZI AND LEONARDA ROMBAOA TO FILE PROOF OF CLAIMS

Case: 19-30088    Doc# 6778    Filed: 04/15/20    Entered: 04/16/20 07:40:54    Page 4 of 14

# EXHIBIT 1

| In re: | Bankruptcy Case |
|---|---|
| **PG&E CORPORATION,** | No. 19-30088 (DM) |
| - and - | |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | Chapter 11 (Lead Case) |
| Debtors. | (Jointly Administered) |

# Proof of Claim (Fire Claim Related)

Read the instructions before filing this claim form. This form is for tort claimants who have a claim against the Debtors (i.e. PG&E Corporation and Pacific Gas and Electric Company) that arose prior to the Debtors filing for bankruptcy (i.e. prior to January 29, 2019) and that arose from, or relates to, a fire.

**Do not use this form for non-fire claims. Non-fire tort claimants should use Form 410.**

Do NOT file a fraudulent claim. A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Please type or print in the spaces below. Do NOT use red ink or pencil.**

## Part 1: Identify the Claim

**1. Who is the current creditor?**
DESCALZI, GENE
Name of the current creditor (the person or entity to be paid for this claim)

**2. Has this claim been acquired from someone else?**
☒ No
☐ Yes. From whom? _____

**3. Are you filing this claim on behalf of your family?**
☒ No
☐ Yes
If you checked "Yes", please provide the full name of each family member that you are filing on behalf of:

A family is a group of two or more people related by birth, marriage, domestic partnership, or adoption and residing together. All such people are considered as members of one family.

**4. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Name: DESCALZI, GENE
Attorney Name (if applicable): Sarapinian, Arsen
Attorney Bar Number (if applicable): _____
Street Address: 9465 Wilshire Boulevard Suite 300
City: Beverly Hills
State: CA
Zip Code: 90212
Phone Number: (213)538-2903
Email Address: arsen@sarapinianlaw.com

Where should payments to the creditor be sent? (if different)

Name: _____
Attorney Name (if applicable): _____
Attorney Bar Number (if applicable): _____
Street Address: _____
City: _____
State: _____
Zip Code: _____
Phone Number: _____
Email Address: _____

**5. Does this claim amend one already filed?**
☒ No
☐ Yes. Claim number on court claims registry (if known) _____ Filed on _____
MM / DD / YYYY

**6. Do you know if anyone else has filed a proof of claim for this claim?**
☐ No
☒ Yes. Who made the earlier filing? No one else

Page 1

Case: 19-30088  Doc# 6778  Filed: 04/15/20  Entered: 04/16/20 07:40:54  Page 6 of 14
Claim Number: 97039 Date Filed: 02/26/2020

| | | |
|---|---|---|
| **Part 2:** | **Give Information About the Claim as of the Date this Claim Form is Filed** | |

| 7. | **What fire is the basis of your claim?**<br><br>Check all that apply. | ☐ Camp Fire (2018)<br>☑ North Bay Fires (2017)<br>☐ Ghost Ship Fire (2016)<br>☐ Butte Fire (2015)<br>☐ Other (please provide date and brief description of fire: _____) |
|---|---|---|
| 8. | **What are the loss location(s) where you and/or your family suffered harm? (e.g. home or business address, place of injury, place from which you were evacuated, if different.?** | Location(s):<br>417 Aviation Blvd, Santa Rosa, CA 95403-1069 |
| 9. | **How were you and/or your family harmed?**<br><br>Check all that apply | ☑ Property Damage (homes, structures, personal property, land, trees, landscaping, and all other property damage)<br>  ☐ Owner ☐ Renter ☑ Occupant ☑ Other (Please specify): Plaintiff was occupying the property (Hilton Hotel) with his wife, Leondra Rambaoa, while on vacation. Plaintiff was rescued from the fire but lost valuable personal property. This included but is not limited to: laptop, four pairs of shoes, two suitcases, bottle of champagne, champagne glasses, designer clothes (dress shirts, casual shirts, jeans, pants, jacket, trousers, socks, shorts, and other clothing), jacket, medications, phone charger, and other property.<br>☑ Personal Injury<br>☐ Wrongful Death (if checked, please provide the name of the deceased)<br>  Name: _____<br>☑ Business Loss/Interruption<br>☑ Lost wages and earning capacity<br>☑ Loss of community and essential services<br>☐ Agricultural loss<br>☑ Other (Please specify): post traumatic stress disorder (PTSD) and emotional distress |
| 10. | **What damages are you and/or your family claiming/seeking?**<br><br>Check all that apply | ☑ Economic damages (including replacement cost of damaged property, diminution in value, loss of use, lost inventory, lost profits, and other economic damage)<br>☑ Non-economic damages (including loss of society and support, loss of consortium, pain and suffering, emotional distress, annoyance and discomfort, and other non-economic damage)<br>☑ Punitive, exemplary, and statutory damages<br>☑ Attorney's fees and litigation costs<br>☑ Interest<br>☑ Any and all other damages recoverable under California law<br>☐ Other (Please specify): _____ |
| 11. | **How much is the claim?** | _____ (optional)<br>☑ Unknown / To be determined at a later date |

Page 2

| Part 3: | Sign Below |
|---|---|

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☒ I am the creditor's attorney or authorized agent.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  02/20/2020  (mm/dd/yyyy)

/s/Arsen Sarapinian
Signature

| | | | |
|---|---|---|---|
| Name | arsen | | sarapinian |
| | First name | Middle name | Last name |
| Title | attorney at law | | |
| Company | Law Offices of Arsen Sarapinian | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 9465 Wilshire Blvd., Ste. 300 | | |
| | Number  Street | | |
| | Beverly Hills | CA | 90212 |
| | City | State | ZIP Code |
| Contact phone | 2135382903 | Email | arsen@sarapinianlaw.com |

Page 3

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| In re: | Bankruptcy Case |
|---|---|
| **PG&E CORPORATION,** | No. 19-30088 (DM) |
| - and - | |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | Chapter 11 (Lead Case) |
| Debtors. | (Jointly Administered) |

# Proof of Claim (Fire Claim Related)

Read the instructions before filing this claim form. This form is for tort claimants who have a claim against the Debtors (i.e. PG&E Corporation and Pacific Gas and Electric Company) that arose prior to the Debtors filing for bankruptcy (i.e. prior to January 29, 2019) and that arose from, or relates to, a fire.

**Do not use this form for non-fire claims. Non-fire tort claimants should use Form 410.**

Do NOT file a fraudulent claim. A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Please type or print in the spaces below. Do NOT use red ink or pencil.**

## Part 1: Identify the Claim

**1. Who is the current creditor?**
ROMBAOA, LEONDRA
Name of the current creditor (the person or entity to be paid for this claim)

**2. Has this claim been acquired from someone else?**
☒ No
☐ Yes. From whom? _____

**3. Are you filing this claim on behalf of your family?**
☒ No
☐ Yes

If you checked "Yes", please provide the full name of each family member that you are filing on behalf of:

A family is a group of two or more people related by birth, marriage, domestic partnership, or adoption and residing together. All such people are considered as members of one family.

**4. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**
Name: ROMBAOA, LEONDRA
Attorney Name (if applicable): Sarapinian, Arsen
Attorney Bar Number (if applicable): _____
Street Address: 9465 Wilshire Boulevard Suite 300
City: Beverly Hills
State: CA
Zip Code: 90212
Phone Number: (213)538-2903
Email Address: arsen@sarapinianlaw.com

**Where should payments to the creditor be sent? (if different)**
Name: _____
Attorney Name (if applicable): _____
Attorney Bar Number (if applicable): _____
Street Address: _____
City: _____
State: _____
Zip Code: _____
Phone Number: _____
Email Address: _____

**5. Does this claim amend one already filed?**
☒ No
☐ Yes. Claim number on court claims registry (if known) _____ Filed on _____ MM / DD / YYYY

**6. Do you know if anyone else has filed a proof of claim for this claim?**
☐ No
☒ Yes. Who made the earlier filing? No one else

Page 1

| | | |
|---|---|---|
| **Part 2:** | **Give Information About the Claim as of the Date this Claim Form is Filed** | |

| 7. | **What fire is the basis of your claim?**<br><br>Check all that apply. | ☐ Camp Fire (2018)<br>☑ North Bay Fires (2017)<br>☐ Ghost Ship Fire (2016)<br>☐ Butte Fire (2015)<br>☐ Other (please provide date and brief description of fire: _____) |
|---|---|---|
| 8. | **What are the loss location(s) where you and/or your family suffered harm? (e.g. home or business address, place of injury, place from which you were evacuated, if different.?** | Location(s):<br>417 Aviation Blvd., santa rosa, CA 95403 |
| 9. | **How were you and/or your family harmed?**<br><br>Check all that apply | ☑ Property Damage (homes, structures, personal property, land, trees, landscaping, and all other property damage)<br>   ☐ Owner  ☐ Renter  ☑ Occupant  ☑ Other (Please specify): Plaintiff was occupying the property (Hilton Hotel) with her husband, Gene Descalzi, while on vacation. Plaintiff was rescued from the fire but lost four suitcases with valuable personal property. This included but is not limited to: laptops, computer, bottles of wine, jewelry (watches, earnings, rings), designer clothes, designed shoes, silk scarfs, sweaters, jeans, shorts, make-up, hair and face products, and other property.<br>☑ Personal Injury<br>☐ Wrongful Death (if checked, please provide the name of the deceased)<br>   Name: _____<br>☑ Business Loss/Interruption<br>☑ Lost wages and earning capacity<br>☑ Loss of community and essential services<br>☐ Agricultural loss<br>☑ Other (Please specify): post traumatic stress disorder, emotional distress |
| 10. | **What damages are you and/or your family claiming/seeking?**<br><br>Check all that apply | ☑ Economic damages (including replacement cost of damaged property, diminution in value, loss of use, lost inventory, lost profits, and other economic damage)<br>☑ Non-economic damages (including loss of society and support, loss of consortium, pain and suffering, emotional distress, annoyance and discomfort, and other non-economic damage)<br>☑ Punitive, exemplary, and statutory damages<br>☑ Attorney's fees and litigation costs<br>☑ Interest<br>☑ Any and all other damages recoverable under California law<br>☐ Other (Please specify): _____ |
| 11. | **How much is the claim?** | _____ (optional)<br>☑ Unknown / To be determined at a later date |

Page 2

| Part 3: | Sign Below |
|---|---|

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☒ I am the creditor's attorney or authorized agent.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  02/20/2020  (mm/dd/yyyy)

/s/Arsen Sarapinian
Signature

| | | | |
|---|---|---|---|
| Name | arsen | | sarapinian |
| | First name | Middle name | Last name |
| Title | attorney at law | | |
| Company | Law Offices of Arsen Sarapinian | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 9465 Wilshire Blvd., Ste. 300 | | |
| | Number    Street | | |
| | Beverly Hills | CA | 90212 |
| | City | State | ZIP Code |
| Contact phone | 2135382903 | Email | arsen@sarapinianlaw.com |

Page 3

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| In re:<br>**PG&E CORPORATION,**<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>　　　　　　　Debtors. | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered) |
|---|---|

# Proof of Claim (Fire Claim Related)

Read the instructions before filing this claim form. This form is for tort claimants who have a claim against the Debtors (i.e. PG&E Corporation and Pacific Gas and Electric Company) that arose prior to the Debtors filing for bankruptcy (i.e. prior to January 29, 2019) and that arose from, or relates to, a fire.

**Do not use this form for non-fire claims. Non-fire tort claimants should use Form 410.**

Do NOT file a fraudulent claim. A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Please type or print in the spaces below. Do NOT use red ink or pencil.**

## Part 1: Identify the Claim

**1. Who is the current creditor?**
ROMBAOA, LEONARDA
Name of the current creditor (the person or entity to be paid for this claim)

**2. Has this claim been acquired from someone else?**
☒ No
☐ Yes. From whom? _____

**3. Are you filing this claim on behalf of your family?**
☒ No
☐ Yes
A family is a group of two or more people related by birth, marriage, domestic partnership, or adoption and residing together. All such people are considered as members of one family.
If you checked "Yes", please provide the full name of each family member that you are filing on behalf of:

**4. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**
Name: ROMBAOA, LEONARDA
Attorney Name (if applicable): Sarapinian, Arsen
Attorney Bar Number (if applicable): _____
Street Address: 9465 Wilshire Boulevard Suite 300
City: Beverly Hills
State: CA
Zip Code: 90212
Phone Number: (213)538-2903
Email Address: arsen@sarapinianlaw.com

**Where should payments to the creditor be sent? (if different)**
Name: _____
Attorney Name (if applicable): _____
Attorney Bar Number (if applicable): _____
Street Address: _____
City: _____
State: _____
Zip Code: _____
Phone Number: _____
Email Address: _____

**5. Does this claim amend one already filed?**
☒ No
☐ Yes. Claim number on court claims registry (if known) _____ Filed on _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY

**6. Do you know if anyone else has filed a proof of claim for this claim?**
☐ No
☒ Yes. Who made the earlier filing?　No one else

Page 1

Case: 19-30088　Doc# 6778　Filed: 04/15/20　Entered: 04/16/20 07:40:54　Page 12 of 14
Claim Number: 97583 Date Filed: 03/05/2020

## Part 2: Give Information About the Claim as of the Date this Claim Form is Filed

| 7. | **What fire is the basis of your claim?**<br><br>Check all that apply. | ☐ Camp Fire (2018)<br>☑ North Bay Fires (2017)<br>☐ Ghost Ship Fire (2016)<br>☐ Butte Fire (2015)<br>☐ Other (please provide date and brief description of fire: _____) |
|---|---|---|
| 8. | **What are the loss location(s) where you and/or your family suffered harm? (e.g. home or business address, place of injury, place from which you were evacuated, if different.?** | Location(s): |
| 9. | **How were you and/or your family harmed?**<br><br>Check all that apply | ☑ Property Damage (homes, structures, personal property, land, trees, landscaping, and all other property damage)<br>   ☐ Owner ☐ Renter ☑ Occupant ☑ Other (Please specify): _Plaintiff was occupying the property (Hilton Hotel) with her husband, Gene Descalzi, while on vacation. Plaintiff was rescued from the fire but lost four suitcases with valuable personal property. This included but is not limited to: laptops, computer, bottles of wine, jewelry (watches, earrings, rings), designer clothes, designed shoes, silk scarfs, sweaters, jeans, shorts, make-up, hair and face products, and other property._<br>☑ Personal Injury<br>☐ Wrongful Death (if checked, please provide the name of the deceased)<br>   Name: _____<br>☑ Business Loss/Interruption<br>☑ Lost wages and earning capacity<br>☑ Loss of community and essential services<br>☐ Agricultural loss<br>☑ Other (Please specify): _post traumatic stress disorder, emotional distress_ |
| 10. | **What damages are you and/or your family claiming/seeking?**<br><br>Check all that apply | ☑ Economic damages (including replacement cost of damaged property, diminution in value, loss of use, lost inventory, lost profits, and other economic damage)<br>☑ Non-economic damages (including loss of society and support, loss of consortium, pain and suffering, emotional distress, annoyance and discomfort, and other non-economic damage)<br>☑ Punitive, exemplary, and statutory damages<br>☑ Attorney's fees and litigation costs<br>☑ Interest<br>☑ Any and all other damages recoverable under California law<br>☐ Other (Please specify): _____ |
| 11. | **How much is the claim?** | _____ (optional)<br>☑ Unknown / To be determined at a later date |

Page 2

| Part 3: | Sign Below |
|---|---|

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☒ I am the creditor's attorney or authorized agent.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  __02/20/2020__  (mm/dd/yyyy)

__/s/Arsen Sarapinian__
Signature

| | | | |
|---|---|---|---|
| Name | arsen | | sarapinian |
| | First name | Middle name | Last name |
| Title | attorney at law | | |
| Company | Law Offices of Arsen Sarapinian | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 9465 Wilshire Blvd., Ste. 300 | | |
| | Number       Street | | |
| | Beverly Hills | CA | 90212 |
| | City | State | ZIP Code |
| Contact phone | 2135382903 | Email | arsen@sarapinianlaw.com |

Page 3