Arsen Sarapinian, Esq. (SBN 295805)
**THE LAW OFFICES OF ARSEN SARAPINIAN, P.C.**
9465 Wilshire Blvd., Ste. 1300
Beverly Hills, CA 90212
Tel: (213) 538-2903
Fax: (310) 861-9040
arsen@sarapinianlaw.com

Attorneys for Creditors,
Gene Descalzi and Leonarda Rombaoa

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br>    and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>X Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088-DM. | Case No. 19-30088-DM<br><br>Chapter 11<br>Lead Case, Jointly Administered<br><br>**NOTICE OF HEARING ON MOTION PURSUANT TO FED. R. BANKR. P. 9006(b)(1) TO ENLARGE THE TIME FOR GENE DESCALZI AND LEONARDA ROMBAOA TO FILE PROOF OF CLAIMS**<br><br>**Date: May 12, 2020**<br>**Time: 10:00a.m.**<br>**Place: 450 Golden Gate Avenue, Ctrm 17**<br>**San Francisco, CA 94102**<br>**Judge: Dennis Montali**<br><br>**Objection Deadline: May 5, 2020** |

      **PLEASE TAKE NOTICE THAT** that on January 29, 2019, PG&E Corporation and Pacific Gas and Electric Company, the debtors in possession (the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United

---

**MOTION PURSUANT TO FED. R. BANKR. P. 9006(b)(1) TO ENLARGE THE TIME FOR GENE DESCALZI AND LEONARDA ROMBAOA TO FILE PROOF OF CLAIMS**
- 1 -

Case: 19-30088    Doc# 6781    Filed: 04/15/20    Entered: 04/15/20 07:45:28    Page 1 of 3

States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE THAT** that the Bankruptcy Court will hold an omnibus hearing on May 12, 2020 at 10:00 a.m. (Pacific Time) (the "Omnibus Hearing") in the courtroom of the Honorable Dennis Montali, United States Bankruptcy Judge, Courtroom 17, 16th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

**PLEASE TAKE FURTHER NOTICE THAT**, in addition to any other matters scheduled for the Omnibus Hearing, the Bankruptcy Court is scheduled to hear the Motion Pursuant to Fed. R. Bankr. P. 9006(b)(1) to Enlarge the Time for Gene Descalzi and Leonarda Rombaoa to File Proof of Claims (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that any oppositions or responses to the Motion must be in writing, filed with the Bankruptcy Court, and served on the counsel for Lead Plaintiff at the above-referenced addresses so as to be received by no later than 4:00 p.m. (Pacific Time) on May 5, 2020. Any oppositions or responses must be filed and served on all "Standard Parties" as defined in, and in accordance with, the Second Amended Order Implementing Certain Notice and Case Management Procedures entered on May 14, 2019 [Dkt. No. 1996] (the "Case Management Order"). Any relief requested in the Motion may be granted without a hearing if no opposition is timely filed and served in accordance with the Case Management Order. In deciding the Motion, the Court may consider any other document filed in these Chapter 11 Cases.

**PLEASE TAKE FURTHER NOTICE THAT** that copies of the Motion and its supporting papers can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC , at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

**MOTION PURSUANT TO FED. R. BANKR. P. 9006(b)(1) TO ENLARGE THE TIME FOR GENE DESCALZI AND LEONARDA ROMBAOA TO FILE PROOF OF CLAIMS**

Case: 19-30088   Doc# 6781   Filed: 04/15/20   Entered: 04/15/20 07:45:28   Page 2 of 3

-2-

Date: April 15, 2020      **LAW OFFICES OF ARSEN SARAPINIAN, P.C.**

By: _____
Arsen Sarapinian, Esq.
Attorneys for Creditors,
Gene Descalzi and Leonarda Rombaoa

---

**MOTION PURSUANT TO FED. R. BANKR. P. 9006(b)(1) TO ENLARGE THE TIME FOR GENE DESCALZI AND LEONARDA ROMBAOA TO FILE PROOFS OF CLAIMS**

- 3 -