# Notice Recipients

District/Off: 0971−3          User: dchambers          Date Created: 4/17/2020
Case: 19−30088                Form ID: TRANSC          Total: 14

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| aty | Alan J. Stone | AStone@milbank.com |
| aty | Andrew David Behlmann | abehlmann@lowenstein.com |
| aty | Benjamin Mintz | benjamin.mintz@arnoldporter.com |
| aty | David J. Richardson | drichardson@bakerlaw.com |
| aty | Elizabeth A. Green | egreen@bakerlaw.com |
| aty | Gerald Singleton | gerald@slffirm.com |
| aty | Gregory A. Bray | gbray@milbank.com |
| aty | Matthew A. Feldman | mfeldman@willkie.com |
| aty | Michael S. Etkin | metkin@lowenstein.com |
| aty | Robert A. Julian | rjulian@bakerlaw.com |

TOTAL: 10

**Recipients submitted to the Claims Agent (Prime Clerk):**
| | | | | |
|---|---|---|---|---|
| intp | William B. Abrams | 1519 Branch Owl Pl. | Santa Rosa, CA 95409 | |
| aty | Jeffrey A. Dubbin | Labaton Sucharow LLP | 140 Broadway | New York, NY 10005 |
| aty | Richard W. Slack | Weil Gotshal and Manges, LLP | 767 Fifth Ave. | New York, NY 10153−0119 |
| aty | Stephen Karotkin | Weil, Gotshal & Manges LLP | 767 Fifth Avenue | New York, NY 10153 |

TOTAL: 4