UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>Ref. Docket No. 6278-6281 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                                ) ss.:
COUNTY OF NEW YORK  )

GEOFF ZAHM, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 13, 2020, I caused to be served the

    a. "Third Interim Application of Milbank LLP for Allowance and Payment of Compensation and Reimbursement of Expenses Incurred as Counsel to the Official Committee of Unsecured Creditors for the Period from October 1, 2019 Through January 31, 2020," dated March 13, 2020 [Docket No. 6278],

    b. "Third Interim Application of Centerview Partners LLC for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period October 1, 2019 Through January 31, 2020," dated March 13, 2020 [Docket No. 6279],

c. "Third Interim Application of FTI Consulting, Inc. for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period October 1, 2019 Through January 31, 2020," dated March 13, 2020 [Docket No. 6280],

d. "First Interim Application of Axiom Advisors, as Government Affairs Consultant for the Official Committee of Unsecured Creditors, for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period from March 15, 2019 Through January 31, 2020," dated March 13, 2020 [Docket No. 6281],

by causing true and correct copies to be:

a. enclosed securely in separate postage prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A, and

b. delivered via electronic mail to those parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Geoff Zahm
Geoff Zahm

Sworn to before me this
7st day of April, 2020

/s/ John Chau
Notary Public, State of New York
No. 01CH6353383
Qualified in Queens County
Commission Expires January 23, 2021

# EXHIBIT A

BAKER & HOSTETLER, LLP
ATTN: ERIC E. SAGERMAN AND CECILY DUMAS
11601 WILSHIRE BLVD. SUITE 1400
LOS ANGELES, CA 90025-0509

MILBANK LLP
ATTN: DENNIS F. DUNNE, SAMUEL A. KHALIL
55 HUDSON YARDS
NEW YORK, NY 10001-2163

DLA PIPER LLP
ATTN: JOSHUA D. MORSE
555 MISSION STREET SUITE 2400
SAN FRANCISCO, CA 94105-2933

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JAMES L. SNYDER & TIMOTHY LAFREDDI
MARTA E. VILLACORTA
450 GOLDEN GATE AVE SUITE 05-0153
SAN FRANCISCO, CA 94102

PG&E CORPORATION
ATTN: JANET LODUCA
77 BEALE STREET
SAN FRANCISCO, CA 94177

# EXHIBIT B

| |
|---|
| bamexampge@gmail.com |
| david.riley@dlapiper.com |
| ddunne@milbank.com |
| esagerman@bakerlaw.com |
| Gbray@milbank.com |
| James.L.Snyder@usdoj.gov |
| jessica.liou@weil.com |
| jkim@kellerbenvenutti.com |
| lattard@bakerlaw.com |
| Marta.Villacorta@usdoj.gov |
| matthew.goren@weil.com |
| rachael.foust@weil.com |
| skhalil@milbank.com |
| stephen.karotkin@weil.com |
| timothy.s.laffredi@usdoj.gov |
| tkeller@kellerbenvenutti.com |
| TKreller@milbank.com |
| traceyrgallegos@gmail.com |