# EXHIBIT C

# CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES WITH FEE APPLICATIONS

| CATEGORY OF TIMEKEEPER<br><br>(using categories already maintained by the firm) | BLENDED HOURLY RATE | |
|---|---|---|
| | **BILLED OR COLLECTED**<br>Firm or offices for preceding year, excluding bankruptcy | **BILLED**<br>In this fee application |
| Principals & Of Counsel | $705.86 | $772.16 |
| Associates | $511.31 | $620.47 |
| Paraprofessionals | $232.06 | $305.61 |
| **Grand Total** | **$609.09** | **$706.84** |