WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:     (415) 496-6723
Fax:    (415) 636-9251

*Attorneys for Debtors*
*and Debtors in Possession*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>     - and –<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                    **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**CERTIFICATE OF NO OBJECTION REGARDING TWELFTH MONTHLY FEE STATEMENT OF WEIL, GOTSHAL & MANGES LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JANUARY 1, 2020 THROUGH JANUARY 31, 2020**<br><br>[Re: Dkt. No. 6511]<br><br>**Objection Deadline:** April 17, 2020 at 4:00 p.m. (Pacific Time) |

On March 27, 2020, Weil, Gotshal & Manges LLP ("**Weil**" or the "**Applicant**"), attorneys for PG&E Corporation and Pacific Gas and Electric Company (the **"Debtors"**), filed its *Twelfth Monthly Fee Statement of Weil, Gotshal & Manges LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of January 1, 2020 through January 31, 2020* [Dkt. No. 6511] (the "**Monthly Fee Statement**"), pursuant to the *Order Pursuant to 11 U.S.C §§ 331 and 105(a) and Fed. R. Bankr. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* entered on February 27, 2019 [Dkt. No. 701] (the "**Interim Compensation Procedures Order**").

The Monthly Fee Statement was served as described in the Certificate of Service of Sonia Akter filed on April 1, 2020 [Dkt. No. 6578]. The deadline to file responses or oppositions to the Monthly Fee Statement was April 17, 2020, and no oppositions or responses have been filed with the Court or received by the Applicant. Pursuant to the Interim Compensation Procedures Order, the Debtors are authorized to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement upon the filing of this certification without the need for a further order of the Court. A summary of the fees and expenses sought by the Applicant is annexed hereto as **Exhibit A**.

## DECLARATION OF NO RESPONSE RECEIVED

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that:

1. I am counsel to the firm of Weil, Gotshal & Manges LLP, attorneys for the Debtors.

2. I certify that I have reviewed the Court's docket in these Chapter 11 Cases and have not received any response or opposition to the Monthly Fee Statement.

3. This declaration was executed in New York, New York.

Dated: April 17, 2020

**WEIL, GOTSHAL & MANGES LLP**
**KELLER & BENVENUTTI LLP**

By:  ___/s/ *Matthew P. Goren*___
Matthew P. Goren (*pro hac vice*)

*Attorneys for Debtors and Debtors in Possession*

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

## Exhibit A

### Monthly Fee Statement – Professional Fees and Expenses

| Applicant | Fee Application Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid Pursuant to Interim Comp. Order (80%) | Amount of Expenses Authorized to be Paid Pursuant to Interim Comp. Order (100%) | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| Weil, Gotshal & Manges LLP | 01/01/20 – 01/31/20 03/27/20 [Dkt. No. 6511] | $2,686,730.00 | $57,331.69 | 04/17/2020 | $2,149,384.00 | $57,331.69 | $537,346.00 |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| | |
|---|---|
| 1 | Notice Parties |
| 2 | PG&E Corporation |
| | c/o Pacific Gas & Electric Company |
| 3 | Attn:   Janet Loduca, Esq. |
| | 77 Beale Street |
| 4 | San Francisco, CA 94105 |
| 5 | Keller Benvenutti Kim LLP |
| | Attn:   Tobias S. Keller, Esq. |
| 6 | Jane Kim, Esq |
| | 650 California Street, Suite 1900 |
| 7 | San Francisco, CA 94108 |
| 8 | The Office of the United States Trustee for Region 17 |
| | Attn:   James L. Snyder, Esq. |
| 9 | Timothy Laffredi, Esq.); |
| | 450 Golden Gate Avenue, 5th Floor, Suite #05-0153 |
| 10 | San Francisco, CA 94102 |
| 11 | Milbank LLP |
| | Attn:   Dennis F. Dunne, Esq. |
| 12 | Sam A. Khalil, Esq. |
| | 55 Hudson Yards |
| 13 | New York, NY 10001-2163 |
| 14 | Milbank LLP |
| | Attn:   Paul S. Aronzon, Esq., |
| 15 | Gregory A. Bray, Esq., |
| | Thomas R. Kreller, Esq. |
| 16 | 2029 Century Park East, 33rd Floor |
| | Los Angeles, CA 90067 |
| 17 | |
| 18 | Baker & Hostetler LLP |
| | Attn:   Eric Sagerman, Esq. and |
| 19 | Cecily Dumas, Esq. |
| | 11601 Wilshire Boulevard, Suite 1400 |
| 20 | Los Angeles, CA 90025-0509 |
| 21 | Bruce A. Markell Fee Examiner |
| | 541 N. Fairbanks Ct., Ste 2200 |
| 22 | Chicago, IL 60611-3710 |
| 23 | Scott H. McNutt |
| | 324 Warren Road |
| 24 | San Mateo, California 94402 |
| | Telephone: (415) 760-5601 |
| 25 | Attorney for Fee Examiner |
| 26 | |
| 27 | |
| 28 | |