1    JOSHUA HILL JR. (SBN 250842)
     jhill@mofo.com
2    CHRISTINE Y. WONG (SBN 284026)
     christinewong@mofo.com
3    MORRISON & FOERSTER LLP
     425 Market Street
4    San Francisco, CA 94105
     Tel: (415) 268-7000
5    Fax: (415) 268-7522

6    *Special Regulatory Counsel to Debtors
     and Debtors in Possession*

7

8                   **UNITED STATES BANKRUPTCY COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10                  **SAN FRANCISCO DIVISION**

11

12

13   **In re**                                Bankruptcy Case  No. 19-30088 (DM)

14   **PG&E CORPORATION,**                     Chapter 11

15       **- and -**                           (Lead Case)

16   **PACIFIC GAS AND ELECTRIC**              (Jointly Administered)
     **COMPANY,**
17                                             **CONSOLIDATED SEVENTH MONTHLY**
                    **Debtors.**               **FEE STATEMENT OF MORRISON &**
18                                             **FOERSTER LLP FOR ALLOWANCE**
     ☐ Affects PG&E Corporation               **AND PAYMENT OF COMPENSATION**
19   ☐ Affects Pacific Gas and Electric Company **AND REIMBURSEMENT OF EXPENSES**
     ☒ Affects both Debtors                    **FOR THE PERIOD FROM DECEMBER**
20                                             **18, 2019 THROUGH JANUARY 31, 2020**
     *\* All papers shall be filed in the Lead Case,*
21   *No. 19-30088 (DM).*                       **Objection Deadline**: May 8, 2020 at 4:00
                                               p.m. (Pacific Time)
22
                                               [No Hearing Requested]
23

24

25

26

27

28

**Morrison & Foerster LLP**
425 Market Street
San Francisco, CA 94105

| To: | The Notice Parties |
|---|---|
| Name of Applicant: | Morrison & Foerster LLP |
| Authorized to Provide Professional Services to: | Special Regulatory Counsel to Debtors and Debtors in Possession |
| Date of Retention: | June 12, 2019 *nunc pro tunc* to January 29, 2019 |
| Period for which compensation and reimbursement are sought: | December 18, 2019 through January 31, 2020 |
| Amount of compensation sought as actual, reasonable, and necessary: | $162,172.88 (80% of $202,716.10) |
| Amount of expenses reimbursement sought as actual, reasonable, and necessary: | $131.20 |

Morrison & Foerster LLP ("**Morrison & Foerster**" or the "**Applicant**"), special regulatory counsel to the Debtors and Debtors in Possession (the "**Debtors**"), hereby submits its Seventh Monthly fee statement (this "**Monthly Fee Statement**") for allowance of payment and compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred for the period commencing December 18, 2019 through January 31, 2020 (the "**Fee Period**") pursuant to the *Order Pursuant to 11 U.S.C. §§ 331 and 105(a) and Fed. R. Bankr. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* dated February 27, 2019 [Docket No. 701] (the "**Interim Compensation Procedures Order**").

By this Monthly Fee Statement, Morrison & Foerster requests allowance and payment of $162,172.88 (80% of $202,716.10) as compensation for professional services rendered to the Debtors during the Fee Period and allowance and payment of $131.20 (representing 100% of the expenses allowed) as reimbursement for actual and necessary expenses incurred by Morrison & Foerster during the Fee Period.

Annexed hereto as **Exhibit A** is the name of each professional who performed services for the Debtors in connection with these Chapter 11 Cases during the Fee Period covered by this Fee

ny-1904035

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

Statement and the hourly rate and total fees for each professional. Attached hereto as **Exhibit B** is a summary of hours during the Fee Period by task. Attached hereto as **Exhibit C** is a summary of expenses incurred during the Fee Period. Attached hereto as **Exhibit D** are the detailed time entries for the Fee Period.  Attached hereto as **Exhibit E** are the detailed expenses for the fee period.

In accordance with the Interim Compensation Procedures Order, responses or objections to this Monthly Fee Statement, if any, must be filed and served on or before the 21st day (or the next business day if such day is not a business day) following the date the Monthly Fee Statement is served (the "**Objection Deadline**") with this Court.

Upon the expiration of the Objection Deadline, the Applicant shall file a certificate of no objection with the Court, after which the Debtors are authorized and directed to pay the Applicant an amount equal to 80% of the fees and 100% of the expenses requested in this Monthly Fee Statement. If an objection is properly filed, the Debtors shall be authorized and directed to pay the Applicant 80% of the fees and 100% of the expenses not subject to an objection.

Dated: April 17, 2020

By: **MORRISON & FOERSTER LLP**

/s/ Joshua Hill Jr.
JOSHUA HILL JR. (SBN 250842)
jhill@mofo.com
CHRISTINE Y. WONG (SBN 284026)
christinewong@mofo.com
425 Market Street
San Francisco, CA 94105
Tel: (415) 268-7000
Fax: (415) 268-7522

*Special Regulatory Counsel to Debtors
and Debtors in Possession*

3

**EXHIBIT A**

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## COMPENSATION BY PROFESSIONAL FOR THE
## PERIOD FROM DECEMBER 18, 2019 THROUGH JANUARY 31, 2020

| Name of Professional Person | Department, Date of First Admission *or* Years in Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| **Partners and Of Counsel** | | | | |
| Hill, Joshua | Dep't: Litigation Admission: 2002 | $905.25 | 85.50 | $77,399.01 |
| Wong, Christine Y. | Dep't: Litigation Admission: 2001 | $828.75 | 26.90 | $22,293.49 |
| **Associates and Attorneys** | | | | |
| Annobil, Yacoba Elsie | Dep't: Litigation Admission: 2015 | $637.50 | 2.10 | $1,338.75 |
| Barr, Sarah Elizabeth | Dep't: Litigation Admission: 2017 | $505.75 | 1.00 | $505.76 |
| Kissner, Andrew | Dep't: Business Restructuring & Insolvency Admission: 2017 | $595.00 | 2.10 | $1,249.50 |
| Neitzey, Christina Nicole | Dep't: Litigation Admission: 2018 | $505.75 | 103.60 | $52,395.81 |
| Nicholson, Julie A. | Dep't: Litigation Admission: 2012 | $709.75 | 52.20 | $37,049.02 |
| **Paralegals and Non-Legal Staff** | | | | |
| Guido, Laura | Dep't: Business Restructuring & Insolvency Title: Senior Paralegal Years in Position: 12 | $318.75 | 3.10 | $988.13 |
| Im, Amanda | Dep't: Litigation Title: Paralegal Years in Position: 2 | $310.25 | 12.50 | $3,878.13 |
| Middleman, Caitlin K. | Dep't: Litigation Title: Senior Paralegal Years in Position: 8.5 | $314.50 | 19.00 | $5,975.50 |
| **Total Incurred:** | | | **308.0** | **$203,073.10** |
| **Less Client Accommodation for Time Entry Review (100% of Fees Incurred):** | | | **n/a** | **$(357.00)** |
| **Total Requested:** | | | **308.0** | **$202,716.10** |

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

## Total Partners, Of Counsel, Associates and Paraprofessionals

| PROFESSIONALS | BLENDED RATES | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $886.94 | 112.4 | $99,692.50 |
| Associates and Attorneys | $574.77 | 161 | $92,538.84 |
| **Total Incurred by All Attorneys:** | **$703.11** | **273.4** | **$192,231.34** |
| Less Client Accommodation for Time Entry Review (100% of Fees Incurred): | n/a | n/a | $(357.00) |
| **Blended Attorney Rate:** | **$701.80** | **273.4** | **$191,874.34** |
| Paraprofessionals and Non-Legal Staff | $313.34 | 34.6 | $10,841.76 |
| **Total Requested:** | **$658.16** | **308.0** | **$202,716.10** |

**Morrison & Foerster LLP**
425 Market Street
San Francisco, CA 94105

**EXHIBIT B**

**COMPENSATION BY WORK TASK CODE FOR
SERVICES RENDERED MORRISON & FOERSTER LLP
FOR THE PERIOD FROM DECEMBER 18, 2019 THROUGH JANUARY 31, 2020**

| Project Category | Description | Hours | Amount |
|---|---|---|---|
| C100 | Fact Gathering | 0.40 | $242.26 |
| C200 | Researching Law | 0.80 | $724.20 |
| C312 | Client Counsel - State/Regulatory/Judicial | 24.90 | 18389.43 |
| C341 | Business Disputes | 1.80 | $1,629.45 |
| P100 | Project Administration | 4.80 | $1,509.60 |
| P210 | Corporate Review | 0.80 | $724.21 |
| P300 | Structure/Strategy/Analysis | 269.30 | $177,616.32 |
| P400 | Initial Document Preparation/Filing | 4.60 | $1,880.63 |
| Z032 | Time Entry Review | 0.60 | $357.00 |
| **Total Incurred:** | | **308.0** | **$203,073.10** |
| **Less Client Accommodation for Time Entry Review (100% of Fees Incurred):** | | **n/a** | **$(357.00)** |
| **Total Requested:** | | **308.0** | **$202,716.10** |

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

# EXHIBIT C

### EXPENSE SUMMARY FOR THE PERIOD
### FROM DECEMBER 18, 2019 THROUGH JANUARY 31, 2020

| Expense Category | Total Expenses |
|---|---|
| Epiq eDiscovery Managed Services | $131.20 |
| **Total** | **$131.20** |

**Morrison & Foerster LLP**
425 Market Street
San Francisco, CA 94105

1                  **NOTICE PARTIES**

PG&E Corporation
c/o Pacific Gas & Electric Company
77 Beale Street
San Francisco, CA 94105
Attn:   Janet Loduca, Esq.

Keller & Benvenutti LLP
650 California Street, Suite 1900
San Francisco, CA 94108
Attn:  Tobias S. Keller, Esq.,
        Jane Kim, Esq.

The Office of the United States
Trustee for Region 17
450 Golden Gate Avenue, 5th Floor
Suite #05-0153
San Francisco, CA 94102
Attn:  James L. Snyder, Esq.,
        Timothy Laffredi, Esq.

Milbank LLP
55 Hudson Yards
New York, NY 10001-2163
Attn:  Dennis F. Dunne, Esq.,
        Sam A. Khalil, Esq.

Milbank LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Attn:  Paul S. Aronzon, Esq.,
        Gregory A. Bray, Esq.,
        Thomas R. Kreller, Esq.

Baker & Hostetler LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Attn:  Eric Sagerman, Esq.,
        Cecily Dumas, Esq.

Bruce A. Markell
Fee Examiner
541 N. Fairbanks Ct., Ste 2200
Chicago, IL 60611-3710

Scott H. McNutt
324 Warren Road
San Mateo, California 94402
*Attorney for Fee Examiner*

**EXHIBIT D**

**DETAILED TIME ENTRIES FOR THE PERIOD**
**FROM DECEMBER 18, 2019 THROUGH JANUARY 31, 2020**

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

# MORRISON | FOERSTER

P O BOX 742335
LOS ANGELES
CALIFORNIA 90074-2335

TELEPHONE: 415 268 7000
FACSIMILE: 415 268 7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, WASHINGTON, D.C.,
SAN DIEGO, PALO ALTO, BOSTON,
DENVER, NORTHERN VIRGINIA

TOKYO, BEIJING, SHANGHAI,
HONG KONG, SINGAPORE

LONDON, BRUSSELS, BERLIN

Pacific Gas And Electric Company

**Taxpayer ID #** █████████
Invoice Number: 5903882
Invoice Date: April 15, 2020

Client/Matter Number: 050386-0000024

Matter Name: RUBY PIPELINE DISPUTE

Client Ref:       1907468

RE:               RUBY PIPELINE DISPUTE

---

*For Professional Services Rendered through December 31, 2019*

|  | U.S.Dollars |
|---|---:|
| Original Fees | 2,130.00 |
| Fee Discount Value | (319.50) |
| **Total This Invoice** | **1,810.50** |

---

Payment may be made by Electronic Funds transfer to the firm's account

# MORRISON | FOERSTER

Matter Number:  050386-0000024              Invoice Number:  5903882
Matter Name:  RUBY PIPELINE DISPUTE         Invoice Date: April 15, 2020

## Time Detail

| Date | Services | Timekeeper | Hours | Value |
|------|----------|------------|-------|-------|
| **C200 RESEARCHING LAW** | | | | |
| 19-Dec-19 | Research remedies under Tariff and TSA and correspond with A. Capelle regarding same. | Hill, Joshua | 0.80 | 724.20 |
| **Total: C200** | **C200 RESEARCHING LAW** | | **0.80** | **724.20** |
| **P300 STRUCTURE/STRATEGY/ANALYSIS** | | | | |
| 18-Dec-19 | Evaluate legal arguments for internal summary. | Hill, Joshua | 1.20 | 1,086.30 |
| **Total: P300** | **P300 STRUCTURE/STRATEGY/ANALYSIS** | | **1.20** | **1,086.30** |
| | | **Current Fees** | | **1,810.50** |

# MORRISON | FOERSTER

## Timekeeper Summary

| No. | Timekeeper | Rate | Hours | Value |
|-----|------------|------|-------|-------|
| 21211 | Hill, Joshua | 905.25 | 2.00 | 1,810.50 |
| | **TOTAL** | | **2.00** | **1,810.50** |

MORRISON | FOERSTER

### Task Code Summary

| Task Code | Description | Hours | Value |
|---|---|---|---|
| C200 | C200 RESEARCHING LAW | 0.80 | 724.20 |
| P300 | P300 STRUCTURE/STRATEGY/ANALYSIS | 1.20 | 1,086.30 |
| | **TOTAL** | **2.00** | **1,810.50** |

Case: 19-30088    Doc# 6792    Filed: 04/17/20    Entered: 04/17/20 16:59:16    Page 14
of 42

Matter Number:  050386-0000024

Matter Name:  RUBY PIPELINE DISPUTE

Invoice Number:  5903882

Invoice Date: April 15, 2020

## Invoice Summary

|  | U.S.Dollars |
|---|---|
| Total Fees | 1,810.50 |
| **Total Amount Due** | **1,810.50** |

5

# MORRISON | FOERSTER

For your convenience, we have listed below previous invoices on this matter which our records show as outstanding and the total balance due on this account. If you have already submitted payment, we appreciate your promptness. If your records are not in agreement, or if we can provide additional assistance, please call our Billing Department at (415) 268-6446 or (866) 314-5320

| Date | Invoice Number | Currency | Original Invoice Amount | Payments Applied | Amount Outstanding |
|---|---|---|---|---|---|
| 31-Dec-18 | 5788543 | USD | 23,015.47 | 0.00 | 23,015.47 |
| 10-Jan-19 | 5788802 | USD | 29,608.10 | 0.00 | 29,608.10 |
| 30-Sep-19 | 5855258 | USD | 40,039.30 | 0.00 | 40,039.30 |
| 21-Nov-19 | 5873507 | USD | 293.25 | 234.60 | 58.65 |
| 22-Nov-19 | 5873508 | USD | 3,725.56 | 2,980.44 | 745.12 |

Case: 19-30088    Doc# 6792    Filed: 04/17/20    Entered: 04/17/20 16:59:16    Page 16 of 42

# MORRISON | FOERSTER

P.O. BOX 742335
LOS ANGELES
CALIFORNIA 90074-2335

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, WASHINGTON, D.C.,
SAN DIEGO, PALO ALTO, BOSTON,
DENVER, NORTHERN VIRGINIA

TOKYO, BEIJING, SHANGHAI,
HONG KONG, SINGAPORE

LONDON, BRUSSELS, BERLIN

Pacific Gas And Electric Company

**Taxpayer ID #** █████████
Invoice Number: 5903884
Invoice Date: April 15, 2020

Client/Matter Number: 050386-0000024

Matter Name: RUBY PIPELINE DISPUTE

Client Ref: 1907468

RE: RUBY PIPELINE DISPUTE

---

*For Professional Services Rendered through January 31, 2020*

|  | U.S.Dollars |
|---|---:|
| Original Fees | 2,070.00 |
| Fee Discount Value | (440.55) |
| **Total This Invoice** | **1,629.45** |

**Payment may be made by Electronic Funds transfer to the firm's account**

# MORRISON | FOERSTER

Matter Number:  050386-0000024

Invoice Number:  5903884

Matter Name:  RUBY PIPELINE DISPUTE

Invoice Date: April 15, 2020

## Time Detail

| Date | Services | Timekeeper | Hours | Value |
|------|----------|------------|-------|-------|
| **C341 BUSINESS DISPUTES** | | | | |
| 03-Jan-20 | Review background correspondence, standstill agreement, and POR provisions regarding assumption of contracts. | Hill, Joshua | 1.00 | 905.25 |
| 03-Jan-20 | Call with internal working group to discuss implications of Ruby TSAs. | Hill, Joshua | 0.80 | 724.20 |
| **Total: C341** | **C341 BUSINESS DISPUTES** | | **1.80** | **1,629.45** |
| | | **Current Fees** | | **1,629.45** |

2

# MORRISON | FOERSTER

Matter Number: 050386-0000024                    Invoice Number: 5903884
Matter Name: RUBY PIPELINE DISPUTE           Invoice Date: April 15, 2020

## Timekeeper Summary

| No. | Timekeeper | Rate | Hours | Value |
|---|---|---|---|---|
| 21211 | Hill, Joshua | 905.25 | 1.80 | 1,629.45 |
| | **TOTAL** | | **1.80** | **1,629.45** |

3

Matter Number:  050386-0000024
Matter Name:  RUBY PIPELINE DISPUTE

Invoice Number:  5903884
Invoice Date: April 15, 2020

## Task Code Summary

| Task Code | Description | Hours | Value |
|-----------|-------------|-------|-------|
| C341 | C341 BUSINESS DISPUTES | 1.80 | 1,629.45 |
| | **TOTAL** | **1.80** | **1,629.45** |

MORRISON | FOERSTER

Matter Number: 050386-0000024                         Invoice Number: 5903884
Matter Name: RUBY PIPELINE DISPUTE                    Invoice Date: April 15, 2020

## Invoice Summary

|  | U.S.Dollars |
| --- | --- |
| Total Fees | 1,629.45 |
| **Total Amount Due** | **1,629.45** |

Case: 19-30088    Doc# 6792    Filed: 04/17/20    Entered: 04/17/20 16:59:16    Page 21 of 42

# MORRISON | FOERSTER

Matter Number: 050386-0000024                    Invoice Number: 5903884
Matter Name: RUBY PIPELINE DISPUTE               Invoice Date: April 15, 2020

For your convenience, we have listed below previous invoices on this matter which our records show as outstanding and the total balance due on this account. If you have already submitted payment, we appreciate your promptness. If your records are not in agreement, or if we can provide additional assistance, please call our Billing Department at (415) 268-6446 or (866) 314-5320

| Date | Invoice Number | Currency | Original Invoice Amount | Payments Applied | Amount Outstanding |
|------|---------------|----------|------------------------|------------------|--------------------|
| 31-Dec-18 | 5788543 | USD | 23,015.47 | 0.00 | 23,015.47 |
| 10-Jan-19 | 5788802 | USD | 29,608.10 | 0.00 | 29,608.10 |
| 30-Sep-19 | 5855258 | USD | 40,039.30 | 0.00 | 40,039.30 |
| 21-Nov-19 | 5873507 | USD | 293.25 | 234.60 | 58.65 |
| 22-Nov-19 | 5873508 | USD | 3,725.56 | 2,980.44 | 745.12 |
| 15-Apr-20 | 5903882 | USD | 1,810.50 | 0.00 | 1,810.50 |

Case: 19-30088   Doc# 6792   Filed: 04/17/20   Entered: 04/17/20 16:59:16   Page 22 of 42

# MORRISON | FOERSTER

P.O. BOX 742335
LOS ANGELES
CALIFORNIA 90074-2335

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, WASHINGTON, D.C.,
SAN DIEGO, PALO ALTO, BOSTON,
DENVER, NORTHERN VIRGINIA

TOKYO, BEIJING, SHANGHAI,
HONG KONG, SINGAPORE

LONDON, BRUSSELS, BERLIN

Pacific Gas And Electric Company

**Taxpayer ID #** ▇▇▇▇▇▇
Invoice Number: 5903880
Invoice Date: April 15, 2020

Client/Matter Number: 050386-0000020

Matter Name: CPUC
INVESTIGATION/OII

Client Ref:      1707076

RE:      CPUC INVESTIGATION/OII

---

*For Professional Services Rendered through January 31, 2020*

|  | U.S.Dollars |
|---|---|
| Original Fees | 256,486.00 |
| Fee Discount Value | (56,852.85) |
| Client Accommodation - Time Entry Review | (357.00) |
| **Total This Invoice** | **199,276.15** |

**MORRISON | FOERSTER**

## Time Detail

| Date | Services | Timekeeper | Hours | Value |
|------|----------|------------|-------|-------|
| **C100 FACT GATHERING** | | | | |
| 06-Jan-20 | Analyze draft data responses. | Hill, Joshua | 0.10 | 90.53 |
| 10-Jan-20 | Analyze CPUC data request response. | Barr, Sarah Elizabeth | 0.30 | 151.73 |
| **Total: C100** | **C100 FACT GATHERING** | | **0.40** | **242.26** |
| | | | | |
| **C312 CLIENT COUNSEL -STAT/REG/JUDICIAL** | | | | |
| 02-Jan-20 | Call with client regarding ISO certification. | Neitzey, Christina Nic | 0.50 | 252.88 |
| 02-Jan-20 | Call with client regarding local government data sharing. | Neitzey, Christina Nic | 0.50 | 252.88 |
| 02-Jan-20 | Call with client regarding tax questions. | Neitzey, Christina Nic | 0.50 | 252.88 |
| 02-Jan-20 | Call with client regarding settlement details. | Neitzey, Christina Nic | 0.50 | 252.88 |
| 02-Jan-20 | Correspond with client regarding VM training programs. | Wong, Christine Y. | 0.10 | 82.88 |
| 02-Jan-20 | Call with client regarding ISO certification. | Wong, Christine Y. | 0.50 | 414.38 |
| 02-Jan-20 | Call with client regarding local government data sharing. | Wong, Christine Y. | 0.50 | 414.38 |
| 02-Jan-20 | Call with client regarding tax questions. | Wong, Christine Y. | 0.50 | 414.38 |
| 02-Jan-20 | Call with client regarding settlement details. | Wong, Christine Y. | 0.50 | 414.38 |
| 03-Jan-20 | Call with client regarding administrative law judge's ruling seeking further information on settlement. | Hill, Joshua | 0.60 | 543.15 |
| 03-Jan-20 | Call with client regarding administrative law judge's ruling seeking further information on settlement. | Neitzey, Christina Nic | 0.60 | 303.45 |
| 03-Jan-20 | Call with client and C. Wong regarding additional information requested by administrative law judge regarding settlement agreement. | Neitzey, Christina Nic | 0.50 | 252.88 |
| 03-Jan-20 | Call with client regarding administrative law judge's ruling seeking further information on settlement. | Nicholson, Julie A. | 0.60 | 425.85 |
| 03-Jan-20 | Call with client regarding administrative law judge's ruling seeking further information on settlement. | Wong, Christine Y. | 0.60 | 497.25 |
| 03-Jan-20 | Call with client and C. Neitzey regarding additional information requested by administrative law judge regarding settlement agreement. | Wong, Christine Y. | 0.50 | 414.38 |
| 06-Jan-20 | Call with client regarding administrative law judge ruling. | Hill, Joshua | 0.70 | 633.68 |

2

# MORRISON | FOERSTER

| Date | Services | Timekeeper | Hours | Value |
|------|----------|-----------|-------|-------|
| 06-Jan-20 | Call with client regarding administrative law judge ruling. | Neitzey, Christina Nic | 0.70 | 354.03 |
| 06-Jan-20 | Call with client and C. Wong regarding VM training program costs. | Neitzey, Christina Nic | 1.00 | 505.75 |
| 06-Jan-20 | Call with client regarding administrative law judge ruling. | Nicholson, Julie A. | 0.70 | 496.83 |
| 06-Jan-20 | Call with client regarding administrative law judge ruling. | Wong, Christine Y. | 0.70 | 580.13 |
| 06-Jan-20 | Call with client and C. Neitzey regarding VM training program costs. | Wong, Christine Y. | 1.00 | 828.75 |
| 07-Jan-20 | Call with client regarding additional information requested by administrative law judge regarding settlement agreement. | Neitzey, Christina Nic | 0.50 | 252.88 |
| 08-Jan-20 | Call with client regarding responses to judicial order. | Hill, Joshua | 0.80 | 724.20 |
| 08-Jan-20 | Call with client regarding responses to judicial order. | Neitzey, Christina Nic | 0.80 | 404.60 |
| 08-Jan-20 | Call with client regarding responses to judicial order. | Nicholson, Julie A. | 0.80 | 567.80 |
| 08-Jan-20 | Call with client regarding responses to judicial order. | Wong, Christine Y. | 0.80 | 663.00 |
| 09-Jan-20 | Correspond with S. Olinek (PG&E) regarding response comments. | Hill, Joshua | 0.10 | 90.53 |
| 09-Jan-20 | Call with client regarding comments and briefing. | Hill, Joshua | 0.70 | 633.68 |
| 13-Jan-20 | Correspond with E. Seals (PG&E) regarding forward-looking statements. | Hill, Joshua | 0.20 | 181.05 |
| 14-Jan-20 | Call with E. Seals (PG&E) regarding compliance plan. | Hill, Joshua | 0.40 | 362.10 |
| 15-Jan-20 | Draft compliance plan. | Nicholson, Julie A. | 0.30 | 212.93 |
| 17-Jan-20 | Call with client regarding strategy for reply to comments on settlement agreement. | Hill, Joshua | 0.80 | 724.20 |
| 17-Jan-20 | Call with client regarding strategy for reply to comments on settlement agreement. | Neitzey, Christina Nic | 0.80 | 404.60 |
| 17-Jan-20 | Call with client regarding strategy for reply to comments on settlement agreement. | Nicholson, Julie A. | 0.80 | 567.80 |
| 17-Jan-20 | Call with client regarding strategy for reply to comments on settlement agreement. | Wong, Christine Y. | 0.80 | 663.00 |
| 19-Jan-20 | Correspond with E. Seals (PG&E) regarding CalPA's request for witness list. | Hill, Joshua | 0.10 | 90.53 |
| 22-Jan-20 | Call with regulators and client regarding response to comments on settlement agreement. | Hill, Joshua | 1.00 | 905.25 |

Matter Number: 050386-0000020
Matter Name: CPUC INVESTIGATION/OII

Invoice Number: 5903880
Invoice Date: April 15, 2020

| Date | Services | Timekeeper | Hours | Value |
|------|----------|------------|-------|-------|
| 22-Jan-20 | Call with regulators and client regarding response to comments on settlement agreement. | Nicholson, Julie A. | 1.00 | 709.75 |
| 22-Jan-20 | Call with regulators and client regarding response to comments on settlement agreement. | Wong, Christine Y. | 1.00 | 828.75 |
| 23-Jan-20 | Call with client regarding tax implications of settlement. | Hill, Joshua | 0.50 | 452.63 |
| 24-Jan-20 | Call with client regarding DIP financing. | Hill, Joshua | 0.40 | 362.10 |
| **Total: C312** | **C312 CLIENT COUNSEL -STAT/REG/JUDICIAL** | | **24.90** | **18,389.43** |
| | | | | |
| **P100 PROJECT ADMINISTRATION** | | | | |
| 07-Jan-20 | Revise CPUC submissions file. | Middleman, Caitlin K. | 0.30 | 94.35 |
| 08-Jan-20 | Revise CPUC submissions file. | Middleman, Caitlin K. | 0.90 | 283.05 |
| 13-Jan-20 | Revise CPUC submissions file. | Middleman, Caitlin K. | 2.10 | 660.45 |
| 21-Jan-20 | Revise CPUC submissions file. | Middleman, Caitlin K. | 0.40 | 125.80 |
| 22-Jan-20 | Revise CPUC submissions file. | Middleman, Caitlin K. | 1.10 | 345.95 |
| **Total: P100** | **P100 PROJECT ADMINISTRATION** | | **4.80** | **1,509.60** |
| | | | | |
| **P210 CORPORATE REVIEW** | | | | |
| 30-Jan-20 | Analyze and provide comments on draft form 10-K. | Hill, Joshua | 0.70 | 633.68 |
| 31-Jan-20 | Analyze draft form 10-K revisions from E. Seals (PG&E). | Hill, Joshua | 0.10 | 90.53 |
| **Total: P210** | **P210 CORPORATE REVIEW** | | **0.80** | **724.21** |
| | | | | |
| **P300 STRUCTURE/STRATEGY/ANALYSIS** | | | | |
| 02-Jan-20 | Call to discuss fire safe council funding. | Hill, Joshua | 0.20 | 181.05 |
| 02-Jan-20 | Call with J. Nicholson regarding response to judicial order. | Neitzey, Christina Nic | 0.40 | 202.30 |
| 02-Jan-20 | Correspond with C. Wong regarding settlement agreement. | Neitzey, Christina Nic | 0.60 | 303.45 |
| 02-Jan-20 | Draft response to administrative law judge's order requesting additional information regarding proposed settlement agreement. | Neitzey, Christina Nic | 6.80 | 3,439.10 |
| 02-Jan-20 | Call with subject matter experts regarding response to judicial order. | Nicholson, Julie A. | 0.50 | 354.88 |
| 02-Jan-20 | Call with C. Neitzey regarding response to judicial order. | Nicholson, Julie A. | 0.40 | 283.90 |
| 02-Jan-20 | Correspond with J. Hill and C. Wong regarding client status update. | Nicholson, Julie A. | 0.10 | 70.98 |
| 02-Jan-20 | Analyze correspondence regarding Butte Co. agreement. | Wong, Christine Y. | 0.20 | 165.75 |

4

| Date | Services | Timekeeper | Hours | Value |
|------|----------|-----------|-------|-------|
| 02-Jan-20 | Analyze and comment on draft agreement with Butte Co. | Wong, Christine Y. | 0.10 | 82.88 |
| 02-Jan-20 | Analyze draft weekly status report. | Wong, Christine Y. | 0.10 | 82.88 |
| 03-Jan-20 | Analyze administrative law judge's ruling seeking further information on settlement and record documents necessary to provide response. | Hill, Joshua | 1.10 | 995.78 |
| 03-Jan-20 | Call with C. Neitzey, C. Wong, and J. Nicholson regarding responses to judicial order. | Hill, Joshua | 0.70 | 633.68 |
| 03-Jan-20 | Draft opposition to motion for party status. | Hill, Joshua | 0.30 | 271.58 |
| 03-Jan-20 | Correspond with J. Nicholson and C. Middleman regarding settlement details. | Im, Amanda | 0.10 | 31.03 |
| 03-Jan-20 | Analyze settlement order and spreadsheet. | Im, Amanda | 0.40 | 124.10 |
| 03-Jan-20 | Call with J. Nicholson, C. Wong, and J. Hill regarding responses to judicial order. | Neitzey, Christina Nic | 0.70 | 354.03 |
| 03-Jan-20 | Draft response to administrative law judge's order requesting additional information regarding proposed settlement agreement. | Neitzey, Christina Nic | 5.70 | 2,882.78 |
| 03-Jan-20 | Revise responses to judicial order. | Nicholson, Julie A. | 3.30 | 2,342.18 |
| 03-Jan-20 | Call with J. Hill, C. Wong, and C. Neitzey regarding responses to judicial order. | Nicholson, Julie A. | 0.70 | 496.83 |
| 03-Jan-20 | Analyze update regarding discussions with subject matter experts and responses to judicial order. | Nicholson, Julie A. | 0.40 | 283.90 |
| 03-Jan-20 | Call with J. Hill, J. Nicholson, and C. Neitzey regarding responses to judicial order. | Wong, Christine Y. | 0.70 | 580.13 |
| 03-Jan-20 | Correspond with internal working group regarding response to administrative law judge questions. | Wong, Christine Y. | 0.20 | 165.75 |
| 03-Jan-20 | Analyze information from subject matter experts regarding administrative law judge questions. | Wong, Christine Y. | 0.50 | 414.38 |
| 04-Jan-20 | Analyze database regarding settlement order responses. | Im, Amanda | 0.60 | 186.15 |
| 04-Jan-20 | Correspond with J. Nicholson regarding settlement order responses. | Im, Amanda | 0.20 | 62.05 |
| 04-Jan-20 | Draft response to administrative law judge's order requesting additional information regarding proposed settlement agreement. | Neitzey, Christina Nic | 6.70 | 3,388.53 |
| 04-Jan-20 | Analyze correspondence from subject matter experts regarding administrative law judge responses. | Wong, Christine Y. | 0.20 | 165.75 |
| 05-Jan-20 | Analyze and revise draft responses to administrative law judge's ruling seeking further information on settlement. | Hill, Joshua | 3.80 | 3,439.95 |

Case: 19-30088   Doc# 6792   Filed: 04/17/20   Entered: 04/17/20 16:59:16   Page 27 of 42

Matter Number: 050386-0000020
Matter Name: CPUC INVESTIGATION/OII

Invoice Number: 5903880
Invoice Date: April 15, 2020

| Date | Services | Timekeeper | Hours | Value |
|------|----------|-----------|-------|-------|
| 05-Jan-20 | Correspond with J. Nicholson regarding settlement order responses. | Im, Amanda | 0.20 | 62.05 |
| 05-Jan-20 | Analyze database regarding settlement order responses. | Im, Amanda | 0.40 | 124.10 |
| 05-Jan-20 | Draft response to administrative law judge's order requesting additional information regarding proposed settlement agreement. | Neitzey, Christina Nic | 0.90 | 455.18 |
| 05-Jan-20 | Analyze and revise response to administrative law judge. | Wong, Christine Y. | 3.00 | 2,486.25 |
| 06-Jan-20 | Correspond with internal working group regarding filing in response to order regarding settlement agreement. | Annobil, Yacoba Elsie | 1.00 | 637.50 |
| 06-Jan-20 | Analyze draft filing in response to order regarding settlement agreement. | Annobil, Yacoba Elsie | 1.10 | 701.25 |
| 06-Jan-20 | Analyze ruling and draft language for response to administrative law judge ruling regarding settlement. | Hill, Joshua | 3.90 | 3,530.48 |
| 06-Jan-20 | Draft response to administrative law judge's order requesting additional information regarding proposed settlement agreement. | Neitzey, Christina Nic | 5.00 | 2,528.75 |
| 06-Jan-20 | Revise responses to judicial order. | Nicholson, Julie A. | 6.50 | 4,613.38 |
| 06-Jan-20 | Analyze and revise response to administrative law judge questions. | Wong, Christine Y. | 1.70 | 1,408.88 |
| 06-Jan-20 | Correspond with internal working group regarding administrative law judge questions. | Wong, Christine Y. | 0.30 | 248.63 |
| 06-Jan-20 | Analyze SED update in response to administrative law judge ruling. | Wong, Christine Y. | 0.30 | 248.63 |
| 07-Jan-20 | Correspond with internal working group regarding responses to administrative law judge's ruling seeking further information on settlement. | Hill, Joshua | 1.50 | 1,357.88 |
| 07-Jan-20 | Draft and revise response to administrative law judge ruling regarding settlement. | Hill, Joshua | 1.70 | 1,538.93 |
| 07-Jan-20 | Draft response to administrative law judge's order requesting additional information regarding proposed settlement agreement. | Neitzey, Christina Nic | 12.00 | 6,069.00 |
| 07-Jan-20 | Revise responses to judicial order. | Nicholson, Julie A. | 6.10 | 4,329.48 |
| 07-Jan-20 | Call with subject matter experts regarding response to judicial order. | Nicholson, Julie A. | 0.80 | 567.80 |
| 07-Jan-20 | Analyze and revise response to administrative law judge questions. | Wong, Christine Y. | 2.10 | 1,740.38 |
| 08-Jan-20 | Correspond with internal working group regarding client status update. | Barr, Sarah Elizabeth | 0.30 | 151.73 |

Case: 19-30088    Doc# 6792    Filed: 04/17/20    Entered: 04/17/20 16:59:16    Page 28 of 42

# MORRISON | FOERSTER

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 08-Jan-20 | Draft responses to administrative law judge's ruling seeking further information on settlement. | Hill, Joshua | 0.80 | 724.20 |
| 08-Jan-20 | Analyze comments and propose further edits to response to administrative law judge ruling regarding settlement. | Hill, Joshua | 1.10 | 995.78 |
| 08-Jan-20 | Draft response to administrative law judge's ruling requesting additional information regarding settlement agreement. | Neitzey, Christina Nic | 7.10 | 3,590.83 |
| 08-Jan-20 | Revise responses to judicial order. | Nicholson, Julie A. | 3.80 | 2,697.05 |
| 08-Jan-20 | Correspond with J. Hill and C. Wong regarding client status update. | Nicholson, Julie A. | 0.20 | 141.95 |
| 08-Jan-20 | Analyze correspondence from subject matter experts regarding administrative law judge response. | Wong, Christine Y. | 0.60 | 497.25 |
| 08-Jan-20 | Analyze and revise response to administrative law judge. | Wong, Christine Y. | 1.00 | 828.75 |
| 09-Jan-20 | Analyze comments and propose further revisions to response to administrative law judge ruling regarding settlement. | Hill, Joshua | 2.50 | 2,263.13 |
| 09-Jan-20 | Cite check response to settlement order. | Im, Amanda | 1.00 | 310.25 |
| 09-Jan-20 | Call with J. Nicholson regarding settlement order response. | Im, Amanda | 0.20 | 62.05 |
| 09-Jan-20 | Fact check settlement order response. | Im, Amanda | 1.20 | 372.30 |
| 09-Jan-20 | Fact check settlement order response. | Middleman, Caitlin K. | 1.60 | 503.20 |
| 09-Jan-20 | Draft response to administrative law judge's ruling requesting additional information regarding settlement agreement. | Neitzey, Christina Nic | 4.60 | 2,326.45 |
| 09-Jan-20 | Revise responses to judicial order. | Nicholson, Julie A. | 4.20 | 2,980.95 |
| 09-Jan-20 | Call with A. Im regarding settlement order response. | Nicholson, Julie A. | 0.20 | 141.95 |
| 09-Jan-20 | Analyze and revise response to administrative law judge. | Wong, Christine Y. | 2.50 | 2,071.88 |
| 10-Jan-20 | Assist in finalization of response to administrative law judge order regarding proposed settlement. | Hill, Joshua | 1.50 | 1,357.88 |
| 10-Jan-20 | Draft response to administrative law judge's ruling requesting additional information regarding settlement agreement. | Neitzey, Christina Nic | 3.10 | 1,567.83 |
| 10-Jan-20 | Revise responses to judicial order. | Nicholson, Julie A. | 1.20 | 851.70 |
| 13-Jan-20 | Correspond with internal working group regarding client status update. | Barr, Sarah Elizabeth | 0.40 | 202.30 |
| 13-Jan-20 | Draft summary of upcoming deadlines and outstanding tasks. | Neitzey, Christina Nic | 0.50 | 252.88 |

7

Matter Number: 050386-0000020
Matter Name: CPUC INVESTIGATION/OII

Invoice Number: 5903880
Invoice Date: April 15, 2020

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 13-Jan-20 | Call with G. Wright (Washington Forestry Consultants) regarding case update. | Nicholson, Julie A. | 0.10 | 70.98 |
| 14-Jan-20 | Correspond with internal working group regarding compliance plan. | Hill, Joshua | 0.30 | 271.58 |
| 14-Jan-20 | Correspond with C. Neitzey regarding compliance plan. | Im, Amanda | 0.20 | 62.05 |
| 14-Jan-20 | Analyze exemplars and prepare compliance plan materials. | Im, Amanda | 0.60 | 186.15 |
| 14-Jan-20 | Draft compliance plan regarding corrective actions agreed to under settlement agreement. | Neitzey, Christina Nic | 1.60 | 809.20 |
| 14-Jan-20 | Correspond with internal working group regarding settlement hearing. | Wong, Christine Y. | 0.10 | 82.88 |
| 15-Jan-20 | Analyze and revise template for corrective actions. | Hill, Joshua | 0.30 | 271.58 |
| 15-Jan-20 | Analyze research findings and analyze question regarding updates to gas and electric rate schedules. | Hill, Joshua | 4.30 | 3,892.58 |
| 15-Jan-20 | Prepare compliance plan template. | Im, Amanda | 0.40 | 124.10 |
| 15-Jan-20 | Correspond with C. Neitzey regarding compliance plan template. | Im, Amanda | 0.20 | 62.05 |
| 15-Jan-20 | Analyze settlement materials and prepare compliance plan. | Im, Amanda | 6.80 | 2,109.70 |
| 15-Jan-20 | Draft compliance plan for settlement agreement. | Neitzey, Christina Nic | 1.10 | 556.33 |
| 16-Jan-20 | Analyze, revise, and finalize compliance plan summary and tracking sheet. | Hill, Joshua | 3.40 | 3,077.85 |
| 16-Jan-20 | Analyze non-settling party comments on proposed settlement. | Hill, Joshua | 0.40 | 362.10 |
| 16-Jan-20 | Draft compliance plan regarding settlement agreement. | Neitzey, Christina Nic | 5.30 | 2,680.48 |
| 16-Jan-20 | Draft compliance plan. | Nicholson, Julie A. | 4.70 | 3,335.83 |
| 17-Jan-20 | Analyze non-settling party comments on proposed settlement and outline potential response. | Hill, Joshua | 4.30 | 3,892.58 |
| 17-Jan-20 | Call with internal working group regarding strategy for responding to party comments regarding settlement agreement. | Hill, Joshua | 0.30 | 271.58 |
| 17-Jan-20 | Draft summaries of parties' opening comments regarding settlement agreement. | Neitzey, Christina Nic | 5.40 | 2,731.05 |
| 17-Jan-20 | Call with internal working group regarding strategy for responding to party comments regarding settlement agreement. | Neitzey, Christina Nic | 0.30 | 151.73 |
| 17-Jan-20 | Call with internal working group regarding strategy for responding to party comments regarding settlement agreement. | Nicholson, Julie A. | 0.30 | 212.93 |

Case: 19-30088   Doc# 6792   Filed: 04/17/20   Entered: 04/17/20 16:59:16   Page 30 of 42

Matter Number: 050386-0000020

Invoice Number: 5903880

Matter Name: CPUC INVESTIGATION/OII

Invoice Date: April 15, 2020

| Date | Services | Timekeeper | Hours | Value |
|------|----------|------------|-------|-------|
| 17-Jan-20 | Call with internal working group regarding strategy for responding to party comments regarding settlement agreement. | Wong, Christine Y. | 0.30 | 248.63 |
| 17-Jan-20 | Analyze comments on settlement agreement. | Wong, Christine Y. | 0.70 | 580.13 |
| 19-Jan-20 | Analyze and revise reply brief to comments on proposed settlement. | Hill, Joshua | 5.40 | 4,888.35 |
| 21-Jan-20 | Analyze and revise reply brief to comments on proposed settlement. | Hill, Joshua | 4.80 | 4,345.20 |
| 21-Jan-20 | Prepare set of CPUC decisions cited in opening comments regarding proposed settlement. | Middleman, Caitlin K. | 4.40 | 1,383.80 |
| 21-Jan-20 | Meet with J. Nicholson to discuss reply brief regarding settlement agreement comments. | Neitzey, Christina Nic | 0.40 | 202.30 |
| 21-Jan-20 | Analyze and revise reply to party comments on settlement agreement. | Neitzey, Christina Nic | 0.80 | 404.60 |
| 21-Jan-20 | Meet with C. Neitzey to discuss reply brief regarding settlement agreement comments. | Nicholson, Julie A. | 0.40 | 283.90 |
| 21-Jan-20 | Analyze and revise response to comments on settlement agreement. | Nicholson, Julie A. | 1.20 | 851.70 |
| 21-Jan-20 | Analyze and draft response to administrative law judge regarding scheduling. | Wong, Christine Y. | 0.40 | 331.50 |
| 21-Jan-20 | Correspond with internal working group regarding response to comments on settlement agreement. | Wong, Christine Y. | 0.40 | 331.50 |
| 22-Jan-20 | Revise reply brief regarding comments on proposed settlement. | Hill, Joshua | 3.90 | 3,530.48 |
| 22-Jan-20 | Call with settling parties regarding reply brief to comments on proposed settlement. | Hill, Joshua | 1.00 | 905.25 |
| 22-Jan-20 | Correspond with J. Nicholson regarding reply brief to comments on settlement agreement. | Neitzey, Christina Nic | 0.50 | 252.88 |
| 22-Jan-20 | Correspond with J. Hill and C. Wong regarding case update. | Nicholson, Julie A. | 0.20 | 141.95 |
| 22-Jan-20 | Correspond with internal working group regarding reply brief to comments on settlement agreement. | Wong, Christine Y. | 0.50 | 414.38 |
| 23-Jan-20 | Analyze and revise reply brief to comments on proposed settlement. | Hill, Joshua | 5.40 | 4,888.35 |
| 23-Jan-20 | Draft reply to party comments on settlement agreement. | Neitzey, Christina Nic | 1.60 | 809.20 |
| 23-Jan-20 | Draft response to comments. | Nicholson, Julie A. | 4.70 | 3,335.83 |
| 23-Jan-20 | Call with client regarding tax implications of settlement. | Wong, Christine Y. | 0.50 | 414.38 |
| 24-Jan-20 | Analyze and revise reply brief to comments on proposed settlement. | Hill, Joshua | 5.70 | 5,159.93 |

# MORRISON | FOERSTER

| Date | Services | Timekeeper | Hours | Value |
|------|----------|------------|-------|-------|
| 24-Jan-20 | Draft reply to party comments on settlement agreement. | Neitzey, Christina Nic | 2.10 | 1,062.08 |
| 24-Jan-20 | Draft response to comments on settlement agreement. | Nicholson, Julie A. | 4.40 | 3,122.90 |
| 25-Jan-20 | Analyze and revise draft reply brief in response to comments on proposed settlement. | Hill, Joshua | 3.60 | 3,258.90 |
| 25-Jan-20 | Draft reply to party comments on settlement agreement. | Neitzey, Christina Nic | 0.20 | 101.15 |
| 25-Jan-20 | Analyze and revise reply to non-settling party comments on settlement agreement. | Wong, Christine Y. | 1.00 | 828.75 |
| 26-Jan-20 | Analyze and revise draft reply brief in response to comments on proposed settlement. | Hill, Joshua | 1.10 | 995.78 |
| 26-Jan-20 | Draft reply to party comments on settlement agreement. | Neitzey, Christina Nic | 4.80 | 2,427.60 |
| 27-Jan-20 | Analyze additional arguments for draft reply brief in response to comments on proposed settlement. | Hill, Joshua | 5.40 | 4,888.35 |
| 27-Jan-20 | Draft reply to party comments on settlement agreement. | Neitzey, Christina Nic | 5.90 | 2,983.93 |
| 27-Jan-20 | Analyze draft reply to comments on settlement agreement. | Nicholson, Julie A. | 2.30 | 1,632.43 |
| 27-Jan-20 | Correspond with C. Neitzey regarding reply to comments on settlement agreement. | Nicholson, Julie A. | 0.20 | 141.95 |
| 27-Jan-20 | Analyze and revise reply to non-settling party comments on settlement agreement. | Wong, Christine Y. | 1.00 | 828.75 |
| 28-Jan-20 | Revise draft reply brief in response to comments on settlement agreement. | Hill, Joshua | 2.50 | 2,263.13 |
| 28-Jan-20 | Draft reply to party comments on settlement agreement. | Neitzey, Christina Nic | 2.80 | 1,416.10 |
| 29-Jan-20 | Cite check reply comments regarding settlement agreement. | Middleman, Caitlin K. | 8.20 | 2,578.90 |
| 29-Jan-20 | Draft reply to party comments regarding settlement agreement. | Neitzey, Christina Nic | 0.80 | 404.60 |
| 30-Jan-20 | Analyze and revise reply comments to settlement agreement. | Hill, Joshua | 1.20 | 1,086.30 |
| 30-Jan-20 | Draft reply to party comments regarding settlement agreement. | Neitzey, Christina Nic | 4.30 | 2,174.73 |
| 30-Jan-20 | Correspond with J. Hill and C. Wong regarding client update. | Nicholson, Julie A. | 0.10 | 70.98 |
| 30-Jan-20 | Correspond with C. Neitzey regarding response to comments on settlement agreement. | Nicholson, Julie A. | 0.20 | 141.95 |
| 31-Jan-20 | Analyze and revise reply comments to settlement agreement. | Hill, Joshua | 2.10 | 1,901.03 |

10

# MORRISON | FOERSTER

| Date | Services | Timekeeper | Hours | Value |
|------|----------|------------|-------|-------|
| 31-Jan-20 | Draft reply to party comments regarding settlement agreement. | Neitzey, Christina Nic | 4.70 | 2,377.03 |
| 31-Jan-20 | Analyze reply to comments regarding settlement agreement. | Nicholson, Julie A. | 0.80 | 567.80 |
| 31-Jan-20 | Analyze and revise reply brief. | Wong, Christine Y. | 0.50 | 414.38 |
| 31-Jan-20 | Analyze SED's draft response to comments. | Wong, Christine Y. | 0.20 | 165.75 |
| 31-Jan-20 | Analyze TURN's reply comments opposing settlement. | Wong, Christine Y. | 0.30 | 248.63 |
| **Total: P300** | **P300 STRUCTURE/STRATEGY/ANALYSIS** | | **268.10** | **176,530.02** |

**P400 INITIAL DOCUMENT PREPARATION/FILING**

| Date | Services | Timekeeper | Hours | Value |
|------|----------|------------|-------|-------|
| 02-Jan-20 | Correspond with local counsel and internal working group regarding supplemental retention order. | Kissner, Andrew | 0.20 | 119.00 |
| 10-Jan-20 | Correspond with B. Parris and L. Guido regarding supplemental fee application. | Kissner, Andrew | 0.20 | 119.00 |
| 13-Jan-20 | Prepare MoFo's supplemental fee statement. | Guido, Laura | 1.60 | 510.00 |
| 14-Jan-20 | Update supplemental fee statement. | Guido, Laura | 0.50 | 159.38 |
| 14-Jan-20 | Analyze and revise supplemental fee application. | Kissner, Andrew | 0.40 | 238.00 |
| 15-Jan-20 | Revise supplemental fee application and correspond with local counsel regarding filing of same. | Kissner, Andrew | 0.30 | 178.50 |
| 16-Jan-20 | Correspond with internal working group and fee examiner regarding supplemental fee statement and backup materials. | Kissner, Andrew | 0.20 | 119.00 |
| 29-Jan-20 | Correspond with L. Guido regarding fee applications. | Kissner, Andrew | 0.10 | 59.50 |
| 30-Jan-20 | Correspond with internal working group regarding fee applications. | Kissner, Andrew | 0.10 | 59.50 |
| 31-Jan-20 | Prepare MoFo's September fee statement. | Guido, Laura | 1.00 | 318.75 |
| **Total: P400** | **P400 INITIAL DOCUMENT PREPARATION/FILING** | | **4.60** | **1,880.63** |

**Time Entry Review**

| Date | Services | Timekeeper | Hours | Value |
|------|----------|------------|-------|-------|
| 06-Jan-20 | Revise invoices for compliance with U.S. Trustee's guidelines. | Kissner, Andrew | 0.60 | 357.00 |
| **Total: Z032** | **Time Entry Review** | | **0.60** | **357.00** |

| | | | **Current Fees** | **199,276.15** |
|---|---|---|---|---|

Case: 19-30088   Doc# 6792   Filed: 04/17/20   Entered: 04/17/20 16:59:16   Page 33 of 42

# MORRISON | FOERSTER

## Timekeeper Summary

| No. | Timekeeper | Rate | Hours | Value |
|-----|-----------|------|-------|-------|
| 21211 | Hill, Joshua | 905.25 | 81.70 | 73,959.06 |
| 23383 | Wong, Christine Y. | 828.75 | 26.90 | 22,293.49 |
| 23843 | Annobil, Yacoba Elsie | 637.50 | 2.10 | 1,338.75 |
| 23371 | Barr, Sarah Elizabeth | 505.75 | 1.00 | 505.76 |
| 19671 | Kissner, Andrew | 595.00 | 2.10 | 1,249.50 |
| 23787 | Neitzey, Christina Nic | 505.75 | 103.60 | 52,395.81 |
| 16384 | Nicholson, Julie A. | 709.75 | 52.20 | 37,049.02 |
| 13849 | Guido, Laura | 318.75 | 3.10 | 988.13 |
| 22273 | Im, Amanda | 310.25 | 12.50 | 3,878.13 |
| 16127 | Middleman, Caitlin K. | 314.50 | 19.00 | 5,975.50 |
| | Client Accommodation - Time Entry Review | | | (357.00) |
| | **TOTAL** | | **304.20** | **199,276.15** |

12

# MORRISON | FOERSTER

## Task Code Summary

| Task Code | Description | Hours | Value |
|-----------|-------------|------:|------:|
| C100 | C100 FACT GATHERING | 0.40 | 242.26 |
| C312 | C312 CLIENT COUNSEL -STAT/REG/JUDICIAL | 24.90 | 18,389.43 |
| P100 | P100 PROJECT ADMINISTRATION | 4.80 | 1,509.60 |
| P210 | P210 CORPORATE REVIEW | 0.80 | 724.21 |
| P300 | P300 STRUCTURE/STRATEGY/ANALYSIS | 268.10 | 176,530.02 |
| P400 | P400 INITIAL DOCUMENT PREPARATION/FILING | 4.60 | 1,880.63 |
| Z032 | Time Entry Review | 0.60 | 357.00 |
|  | Client Accommodation - Time Entry Review |  | (357.00) |
|  | **TOTAL** | **304.20** | **199,276.15** |

# MORRISON | FOERSTER

## Invoice Summary

|  | U.S.Dollars |
|---|---|
| Total Fees | 199,276.15 |
| **Total Amount Due** | **199,276.15** |

Case: 19-30088    Doc# 6792    Filed: 04/17/20    Entered: 04/17/20 16:59:16    Page 36 of 42

# MORRISON | FOERSTER

Matter Number: 050386-0000020        Invoice Number: 5903880
Matter Name: CPUC INVESTIGATION/OII        Invoice Date: April 15, 2020

For your convenience, we have listed below previous invoices on this matter which our records show as outstanding and the total balance due on this account. If you have already submitted payment, we appreciate your promptness. If your records are not in agreement, or if we can provide additional assistance, please call our Billing Department at (415) 268-6446 or (866) 314-5320

| Date | Invoice Number | Currency | Original Invoice Amount | Payments Applied | Amount Outstanding |
|---|---|---|---|---|---|
| 31-Dec-18 | 5788544 | USD | 11,540.98 | 0.00 | 11,540.98 |
| 14-Jan-19 | 5789728 | USD | 53,273.86 | 0.00 | 53,273.86 |
| 30-Sep-19 | 5855259 | USD | 133,934.94 | 0.00 | 133,934.94 |
| 30-Sep-19 | 5887635 | USD | 1,491.75 | 0.00 | 1,491.75 |
| 07-Nov-19 | 5864250 | USD | 187,092.39 | 118,522.33 | 68,570.06 |
| 12-Nov-19 | 5872848 | USD | 25,272.11 | 20,276.95 | 4,995.16 |
| 13-Nov-19 | 5872849 | USD | 293,040.35 | 232,959.61 | 60,080.74 |
| 14-Nov-19 | 5872850 | USD | 210,206.59 | 164,109.84 | 46,096.75 |
| 15-Nov-19 | 5872851 | USD | 184,478.01 | 144,043.98 | 40,434.03 |
| 18-Nov-19 | 5872852 | USD | 139,409.29 | 105,605.74 | 33,803.55 |
| 19-Nov-19 | 5872853 | USD | 117,730.16 | 92,767.33 | 24,962.83 |
| 20-Nov-19 | 5872854 | USD | 420,218.70 | 332,330.25 | 87,888.45 |
| 30-Jan-20 | 5885685 | USD | 201,520.29 | 0.00 | 201,520.29 |
| 07-Feb-20 | 5887765 | USD | 332,996.02 | 0.00 | 332,996.02 |
| 07-Feb-20 | 5887767 | USD | 641,794.21 | 0.00 | 641,794.21 |
| 24-Mar-20 | 5898691 | USD | 2,696.60 | 0.00 | 2,696.60 |
| 24-Mar-20 | 5898699 | USD | 220,352.74 | 0.00 | 220,352.74 |

Case: 19-30088    Doc# 6792    Filed: 04/17/20    Entered: 04/17/20 16:59:16    Page 37 of 42

**EXHIBIT E**

**DETAILED EXPENSES FOR THE PERIOD FROM**
**DECEMBER 18, 2019 THROUGH JANUARY 31, 2020**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

# MORRISON | FOERSTER

P.O. BOX 742335
LOS ANGELES
CALIFORNIA 90074-2335

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, WASHINGTON, D.C.,
SAN DIEGO, PALO ALTO, BOSTON,
DENVER, NORTHERN VIRGINIA

TOKYO, BEIJING, SHANGHAI,
HONG KONG, SINGAPORE

LONDON, BRUSSELS, BERLIN

Pacific Gas And Electric Company

**Taxpayer ID #** ███████
Invoice Number: 5904169
Invoice Date: April 15, 2020

Client/Matter Number: 050386-0000020

Matter Name:   CPUC
INVESTIGATION/OII

Client Ref:   1707076

RE:   CPUC INVESTIGATION/OII

*For Disbursements Incurred Through January 31, 2020*

|                              | U.S.Dollars |
|------------------------------|------------:|
| Current Disbursements        | 131.20      |
| **Total This Invoice**       | **131.20**  |

# MORRISON | FOERSTER

Matter Number: 050386-0000020                    Invoice Number: 5904169
Matter Name: CPUC INVESTIGATION/OII              Invoice Date: April 15, 2020

## Disbursement Detail

| Date | Description | Value |
|------|-------------|-------|
| 01-Jan-20 | eDiscovery, Epiq Managed Services, December 2019 | 131.20 |
| | **Current Disbursements** | **131.20** |

2

# MORRISON | FOERSTER

## Invoice Summary

|  | U.S.Dollars |
| --- | --- |
| Total Disbursements | 131.20 |
| **Total Amount Due** | **131.20** |

# MORRISON | FOERSTER

Matter Number: 050386-0000020                                Invoice Number:  5904169
Matter Name:  CPUC INVESTIGATION/OII                    Invoice Date: April 15, 2020

For your convenience, we have listed below previous invoices on this matter which our records show as outstanding and the total balance due on this account. If you have already submitted payment, we appreciate your promptness. If your records are not in agreement, or if we can provide additional assistance, please call our Billing Department at (415) 268-6446 or (866) 314-5320

| Date | Invoice Number | Currency | Original Invoice Amount | Payments Applied | Amount Outstanding |
|---|---|---|---|---|---|
| 31-Dec-18 | 5788544 | USD | 11,540.98 | 0.00 | 11,540.98 |
| 14-Jan-19 | 5789728 | USD | 53,273.86 | 0.00 | 53,273.86 |
| 30-Sep-19 | 5855259 | USD | 133,934.94 | 0.00 | 133,934.94 |
| 30-Sep-19 | 5887635 | USD | 1,491.75 | 0.00 | 1,491.75 |
| 07-Nov-19 | 5864250 | USD | 187,092.39 | 118,522.33 | 68,570.06 |
| 12-Nov-19 | 5872848 | USD | 25,272.11 | 20,276.95 | 4,995.16 |
| 13-Nov-19 | 5872849 | USD | 293,040.35 | 232,959.61 | 60,080.74 |
| 14-Nov-19 | 5872850 | USD | 210,206.59 | 164,109.84 | 46,096.75 |
| 15-Nov-19 | 5872851 | USD | 184,478.01 | 144,043.98 | 40,434.03 |
| 18-Nov-19 | 5872852 | USD | 139,409.29 | 105,605.74 | 33,803.55 |
| 19-Nov-19 | 5872853 | USD | 117,730.16 | 92,767.33 | 24,962.83 |
| 20-Nov-19 | 5872854 | USD | 420,218.70 | 332,330.25 | 87,888.45 |
| 30-Jan-20 | 5885685 | USD | 201,520.29 | 0.00 | 201,520.29 |
| 07-Feb-20 | 5887765 | USD | 332,996.02 | 0.00 | 332,996.02 |
| 07-Feb-20 | 5887767 | USD | 641,794.21 | 0.00 | 641,794.21 |
| 24-Mar-20 | 5898691 | USD | 2,696.60 | 0.00 | 2,696.60 |
| 24-Mar-20 | 5898699 | USD | 220,352.74 | 0.00 | 220,352.74 |
| 15-Apr-20 | 5903880 | USD | 199,276.15 | 0.00 | 199,276.15 |

Case: 19-30088   Doc# 6792   Filed: 04/17/20   Entered: 04/17/20 16:59:16   Page 42 of 42