**EXHIBIT A**

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## COMPENSATION BY PROFESSIONAL FOR THE
## PERIOD FROM DECEMBER 18, 2019 THROUGH JANUARY 31, 2020

| Name of Professional Person | Department, Date of First Admission *or* Years in Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| **Partners and Of Counsel** | | | | |
| Hill, Joshua | Dep't: Litigation Admission: 2002 | $905.25 | 85.50 | $77,399.01 |
| Wong, Christine Y. | Dep't: Litigation Admission: 2001 | $828.75 | 26.90 | $22,293.49 |
| **Associates and Attorneys** | | | | |
| Annobil, Yacoba Elsie | Dep't: Litigation Admission: 2015 | $637.50 | 2.10 | $1,338.75 |
| Barr, Sarah Elizabeth | Dep't: Litigation Admission: 2017 | $505.75 | 1.00 | $505.76 |
| Kissner, Andrew | Dep't: Business Restructuring & Insolvency Admission: 2017 | $595.00 | 2.10 | $1,249.50 |
| Neitzey, Christina Nicole | Dep't: Litigation Admission: 2018 | $505.75 | 103.60 | $52,395.81 |
| Nicholson, Julie A. | Dep't: Litigation Admission: 2012 | $709.75 | 52.20 | $37,049.02 |
| **Paralegals and Non-Legal Staff** | | | | |
| Guido, Laura | Dep't: Business Restructuring & Insolvency Title: Senior Paralegal Years in Position: 12 | $318.75 | 3.10 | $988.13 |
| Im, Amanda | Dep't: Litigation Title: Paralegal Years in Position: 2 | $310.25 | 12.50 | $3,878.13 |
| Middleman, Caitlin K. | Dep't: Litigation Title: Senior Paralegal Years in Position: 8.5 | $314.50 | 19.00 | $5,975.50 |
| **Total Incurred:** | | | **308.0** | **$203,073.10** |
| **Less Client Accommodation for Time Entry Review (100% of Fees Incurred):** | | | **n/a** | **$(357.00)** |
| **Total Requested:** | | | **308.0** | **$202,716.10** |

**Morrison & Foerster LLP**
425 Market Street
San Francisco, CA 94105

## Total Partners, Of Counsel, Associates and Paraprofessionals

| PROFESSIONALS | BLENDED RATES | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $886.94 | 112.4 | $99,692.50 |
| Associates and Attorneys | $574.77 | 161 | $92,538.84 |
| **Total Incurred by All Attorneys:** | **$703.11** | **273.4** | **$192,231.34** |
| Less Client Accommodation for Time Entry Review (100% of Fees Incurred): | n/a | n/a | $(357.00) |
| **Blended Attorney Rate:** | **$701.80** | **273.4** | **$191,874.34** |
| Paraprofessionals and Non-Legal Staff | $313.34 | 34.6 | $10,841.76 |
| **Total Requested:** | **$658.16** | **308.0** | **$202,716.10** |

**Morrison & Foerster LLP**
425 Market Street
San Francisco, CA 94105