**EXHIBIT B**

**COMPENSATION BY WORK TASK CODE FOR
SERVICES RENDERED MORRISON & FOERSTER LLP
FOR THE PERIOD FROM DECEMBER 18, 2019 THROUGH JANUARY 31, 2020**

| Project Category | Description | Hours | Amount |
|---|---|---|---|
| C100 | Fact Gathering | 0.40 | $242.26 |
| C200 | Researching Law | 0.80 | $724.20 |
| C312 | Client Counsel - State/Regulatory/Judicial | 24.90 | 18389.43 |
| C341 | Business Disputes | 1.80 | $1,629.45 |
| P100 | Project Administration | 4.80 | $1,509.60 |
| P210 | Corporate Review | 0.80 | $724.21 |
| P300 | Structure/Strategy/Analysis | 269.30 | $177,616.32 |
| P400 | Initial Document Preparation/Filing | 4.60 | $1,880.63 |
| Z032 | Time Entry Review | 0.60 | $357.00 |
| **Total Incurred:** | | **308.0** | **$203,073.10** |
| **Less Client Accommodation for Time Entry Review (100% of Fees Incurred):** | | n/a | $(357.00) |
| **Total Requested:** | | **308.0** | **$202,716.10** |

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

ny-1904035