# EXHIBIT C

## EXPENSE SUMMARY FOR THE PERIOD
## FROM DECEMBER 18, 2019 THROUGH JANUARY 31, 2020

| Expense Category | Total Expenses |
|---|---:|
| Epiq eDiscovery Managed Services | $131.20 |
| **Total** | **$131.20** |

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

ny-1904035