**Morrison & Foerster LLP**
425 Market Street
San Francisco, CA 94105

## EXHIBIT D

**DETAILED TIME ENTRIES FOR THE PERIOD**
**FROM DECEMBER 18, 2019 THROUGH JANUARY 31, 2020**

# MORRISON | FOERSTER

P O BOX 742335
LOS ANGELES
CALIFORNIA 90074-2335

TELEPHONE: 415 268 7000
FACSIMILE: 415 268 7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, WASHINGTON, D.C.,
SAN DIEGO, PALO ALTO, BOSTON,
DENVER, NORTHERN VIRGINIA

TOKYO, BEIJING, SHANGHAI,
HONG KONG, SINGAPORE

LONDON, BRUSSELS, BERLIN

Pacific Gas And Electric Company

**Taxpayer ID #** ▮▮▮▮▮▮
Invoice Number: 5903882
Invoice Date: April 15, 2020

Client/Matter Number: 050386-0000024

Matter Name: RUBY PIPELINE DISPUTE

Client Ref:     1907468

RE:            RUBY PIPELINE DISPUTE

---

*For Professional Services Rendered through December 31, 2019*

|                          | U.S.Dollars |
| ------------------------ | ----------: |
| Original Fees            |    2,130.00 |
| Fee Discount Value       |    (319.50) |
| **Total This Invoice**   |  **1,810.50** |

---

**Payment may be made by Electronic Funds transfer to the firm's account**

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

# MORRISON | FOERSTER

## Time Detail

| Date | Services | Timekeeper | Hours | Value |
|------|----------|-----------|-------|-------|
| **C200 RESEARCHING LAW** | | | | |
| 19-Dec-19 | Research remedies under Tariff and TSA and correspond with A. Capelle regarding same. | Hill, Joshua | 0.80 | 724.20 |
| **Total: C200** | **C200 RESEARCHING LAW** | | **0.80** | **724.20** |
| **P300 STRUCTURE/STRATEGY/ANALYSIS** | | | | |
| 18-Dec-19 | Evaluate legal arguments for internal summary. | Hill, Joshua | 1.20 | 1,086.30 |
| **Total: P300** | **P300 STRUCTURE/STRATEGY/ANALYSIS** | | **1.20** | **1,086.30** |
| | | **Current Fees** | | **1,810.50** |

# MORRISON | FOERSTER

Matter Number: 050386-0000024          Invoice Number: 5903882
Matter Name: RUBY PIPELINE DISPUTE          Invoice Date: April 15, 2020

## Timekeeper Summary

| No. | Timekeeper | Rate | Hours | Value |
|-----|------------|------|-------|-------|
| 21211 | Hill, Joshua | 905.25 | 2.00 | 1,810.50 |
| | **TOTAL** | | **2.00** | **1,810.50** |

3

Matter Number: 050386-0000024

Matter Name: RUBY PIPELINE DISPUTE

Invoice Number: 5903882

Invoice Date: April 15, 2020

## Task Code Summary

| Task Code | Description | Hours | Value |
|-----------|-------------|-------|-------|
| C200 | C200 RESEARCHING LAW | 0.80 | 724.20 |
| P300 | P300 STRUCTURE/STRATEGY/ANALYSIS | 1.20 | 1,086.30 |
| | **TOTAL** | **2.00** | **1,810.50** |

# MORRISON | FOERSTER

## Invoice Summary

|  | U.S.Dollars |
|---|---|
| Total Fees | 1,810.50 |
| **Total Amount Due** | **1,810.50** |

Case: 19-30088    Doc# 6792-4    Filed: 04/17/20    Entered: 04/17/20 16:59:16    Page 6 of 28

# MORRISON | FOERSTER

Matter Number: 050386-0000024                    Invoice Number: 5903882
Matter Name: RUBY PIPELINE DISPUTE                Invoice Date: April 15, 2020

For your convenience, we have listed below previous invoices on this matter which our records show as outstanding and the total balance due on this account. If you have already submitted payment, we appreciate your promptness. If your records are not in agreement, or if we can provide additional assistance, please call our Billing Department at (415) 268-6446 or (866) 314-5320

| Date | Invoice Number | Currency | Original Invoice Amount | Payments Applied | Amount Outstanding |
|------|----------------|----------|-------------------------|------------------|--------------------|
| 31-Dec-18 | 5788543 | USD | 23,015.47 | 0.00 | 23,015.47 |
| 10-Jan-19 | 5788802 | USD | 29,608.10 | 0.00 | 29,608.10 |
| 30-Sep-19 | 5855258 | USD | 40,039.30 | 0.00 | 40,039.30 |
| 21-Nov-19 | 5873507 | USD | 293.25 | 234.60 | 58.65 |
| 22-Nov-19 | 5873508 | USD | 3,725.56 | 2,980.44 | 745.12 |

Case: 19-30088    Doc# 6792-4    Filed: 04/17/20    Entered: 04/17/20 16:59:16    Page 7 of 28

# MORRISON | FOERSTER

P.O. BOX 742335
LOS ANGELES
CALIFORNIA 90074-2335

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, WASHINGTON, D.C.,
SAN DIEGO, PALO ALTO, BOSTON,
DENVER, NORTHERN VIRGINIA

TOKYO, BEIJING, SHANGHAI,
HONG KONG, SINGAPORE

LONDON, BRUSSELS, BERLIN

Pacific Gas And Electric Company

**Taxpayer ID #** ▬▬▬▬
Invoice Number:  5903884
Invoice Date:  April 15, 2020

Client/Matter Number:  050386-0000024

Matter Name:    RUBY PIPELINE DISPUTE

Client Ref:      1907468

RE:          RUBY PIPELINE DISPUTE

---

*For Professional Services Rendered through January 31, 2020*

|                       | U.S.Dollars |
|-----------------------|------------:|
| Original Fees         |    2,070.00 |
| Fee Discount Value    |    (440.55) |
| **Total This Invoice** | **1,629.45** |

**Payment may be made by Electronic Funds transfer to the firm's account**

# MORRISON | FOERSTER

## Time Detail

| Date | Services | Timekeeper | Hours | Value |
|------|----------|-----------|-------|-------|
| **C341 BUSINESS DISPUTES** | | | | |
| 03-Jan-20 | Review background correspondence, standstill agreement, and POR provisions regarding assumption of contracts. | Hill, Joshua | 1.00 | 905.25 |
| 03-Jan-20 | Call with internal working group to discuss implications of Ruby TSAs. | Hill, Joshua | 0.80 | 724.20 |
| **Total: C341** | **C341 BUSINESS DISPUTES** | | **1.80** | **1,629.45** |
| | | **Current Fees** | | **1,629.45** |

2

# MORRISON | FOERSTER

Matter Number: 050386-0000024                                   Invoice Number: 5903884
Matter Name: RUBY PIPELINE DISPUTE                              Invoice Date: April 15, 2020

## Timekeeper Summary

| No. | Timekeeper | Rate | Hours | Value |
|-----|------------|------|-------|-------|
| 21211 | Hill, Joshua | 905.25 | 1.80 | 1,629.45 |
| | **TOTAL** | | **1.80** | **1,629.45** |

3

MORRISON | FOERSTER

**Task Code Summary**

| Task Code | Description | Hours | Value |
|-----------|-------------|-------|-------|
| C341 | C341 BUSINESS DISPUTES | 1.80 | 1,629.45 |
| | **TOTAL** | **1.80** | **1,629.45** |

4

# MORRISON | FOERSTER

## Invoice Summary

|  | U.S.Dollars |
|---|---|
| Total Fees | 1,629.45 |
| **Total Amount Due** | **1,629.45** |

Case: 19-30088    Doc# 6792-4    Filed: 04/17/20    Entered: 04/17/20 16:59:16    Page 12 of 28

# MORRISON | FOERSTER

Matter Number:  050386-0000024           Invoice Number:  5903884
Matter Name:  RUBY PIPELINE DISPUTE        Invoice Date: April 15, 2020

For your convenience, we have listed below previous invoices on this matter which our records show as outstanding and the total balance due on this account. If you have already submitted payment, we appreciate your promptness. If your records are not in agreement, or if we can provide additional assistance, please call our Billing Department at (415) 268-6446 or (866) 314-5320

| Date | Invoice Number | Currency | Original Invoice Amount | Payments Applied | Amount Outstanding |
|------|----------------|----------|-------------------------|------------------|--------------------|
| 31-Dec-18 | 5788543 | USD | 23,015.47 | 0.00 | 23,015.47 |
| 10-Jan-19 | 5788802 | USD | 29,608.10 | 0.00 | 29,608.10 |
| 30-Sep-19 | 5855258 | USD | 40,039.30 | 0.00 | 40,039.30 |
| 21-Nov-19 | 5873507 | USD | 293.25 | 234.60 | 58.65 |
| 22-Nov-19 | 5873508 | USD | 3,725.56 | 2,980.44 | 745.12 |
| 15-Apr-20 | 5903882 | USD | 1,810.50 | 0.00 | 1,810.50 |

Case: 19-30088   Doc# 6792-4   Filed: 04/17/20   Entered: 04/17/20 16:59:16   Page 13 of 28

# MORRISON | FOERSTER

P.O. BOX 742335
LOS ANGELES
CALIFORNIA 90074-2335

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, WASHINGTON, D.C.,
SAN DIEGO, PALO ALTO, BOSTON,
DENVER, NORTHERN VIRGINIA

TOKYO, BEIJING, SHANGHAI,
HONG KONG, SINGAPORE

LONDON, BRUSSELS, BERLIN

Pacific Gas And Electric Company

**Taxpayer ID #** █████████
Invoice Number: 5903880
Invoice Date: April 15, 2020

Client/Matter Number: 050386-0000020

Matter Name: CPUC
INVESTIGATION/OII

Client Ref: 1707076

RE: CPUC INVESTIGATION/OII

---

*For Professional Services Rendered through January 31, 2020*

| | U.S.Dollars |
|---|---|
| Original Fees | 256,486.00 |
| Fee Discount Value | (56,852.85) |
| Client Accommodation - Time Entry Review | (357.00) |
| **Total This Invoice** | **199,276.15** |

# MORRISON | FOERSTER

Matter Number: 050386-0000020

Matter Name: CPUC INVESTIGATION/OII

Invoice Number: 5903880

Invoice Date: April 15, 2020

## Time Detail

| Date | Services | Timekeeper | Hours | Value |
|------|----------|-----------|-------|-------|
| **C100 FACT GATHERING** | | | | |
| 06-Jan-20 | Analyze draft data responses. | Hill, Joshua | 0.10 | 90.53 |
| 10-Jan-20 | Analyze CPUC data request response. | Barr, Sarah Elizabeth | 0.30 | 151.73 |
| **Total: C100** | **C100 FACT GATHERING** | | **0.40** | **242.26** |
| **C312 CLIENT COUNSEL -STAT/REG/JUDICIAL** | | | | |
| 02-Jan-20 | Call with client regarding ISO certification. | Neitzey, Christina Nic | 0.50 | 252.88 |
| 02-Jan-20 | Call with client regarding local government data sharing. | Neitzey, Christina Nic | 0.50 | 252.88 |
| 02-Jan-20 | Call with client regarding tax questions. | Neitzey, Christina Nic | 0.50 | 252.88 |
| 02-Jan-20 | Call with client regarding settlement details. | Neitzey, Christina Nic | 0.50 | 252.88 |
| 02-Jan-20 | Correspond with client regarding VM training programs. | Wong, Christine Y. | 0.10 | 82.88 |
| 02-Jan-20 | Call with client regarding ISO certification. | Wong, Christine Y. | 0.50 | 414.38 |
| 02-Jan-20 | Call with client regarding local government data sharing. | Wong, Christine Y. | 0.50 | 414.38 |
| 02-Jan-20 | Call with client regarding tax questions. | Wong, Christine Y. | 0.50 | 414.38 |
| 02-Jan-20 | Call with client regarding settlement details. | Wong, Christine Y. | 0.50 | 414.38 |
| 03-Jan-20 | Call with client regarding administrative law judge's ruling seeking further information on settlement. | Hill, Joshua | 0.60 | 543.15 |
| 03-Jan-20 | Call with client regarding administrative law judge's ruling seeking further information on settlement. | Neitzey, Christina Nic | 0.60 | 303.45 |
| 03-Jan-20 | Call with client and C. Wong regarding additional information requested by administrative law judge regarding settlement agreement. | Neitzey, Christina Nic | 0.50 | 252.88 |
| 03-Jan-20 | Call with client regarding administrative law judge's ruling seeking further information on settlement. | Nicholson, Julie A. | 0.60 | 425.85 |
| 03-Jan-20 | Call with client regarding administrative law judge's ruling seeking further information on settlement. | Wong, Christine Y. | 0.60 | 497.25 |
| 03-Jan-20 | Call with client and C. Neitzey regarding additional information requested by administrative law judge regarding settlement agreement. | Wong, Christine Y. | 0.50 | 414.38 |
| 06-Jan-20 | Call with client regarding administrative law judge ruling. | Hill, Joshua | 0.70 | 633.68 |

2

Matter Number: 050386-0000020

Invoice Number: 5903880

Matter Name: CPUC INVESTIGATION/OII

Invoice Date: April 15, 2020

| Date | Services | Timekeeper | Hours | Value |
|------|----------|------------|-------|-------|
| 06-Jan-20 | Call with client regarding administrative law judge ruling. | Neitzey, Christina Nic | 0.70 | 354.03 |
| 06-Jan-20 | Call with client and C. Wong regarding VM training program costs. | Neitzey, Christina Nic | 1.00 | 505.75 |
| 06-Jan-20 | Call with client regarding administrative law judge ruling. | Nicholson, Julie A. | 0.70 | 496.83 |
| 06-Jan-20 | Call with client regarding administrative law judge ruling. | Wong, Christine Y. | 0.70 | 580.13 |
| 06-Jan-20 | Call with client and C. Neitzey regarding VM training program costs. | Wong, Christine Y. | 1.00 | 828.75 |
| 07-Jan-20 | Call with client regarding additional information requested by administrative law judge regarding settlement agreement. | Neitzey, Christina Nic | 0.50 | 252.88 |
| 08-Jan-20 | Call with client regarding responses to judicial order. | Hill, Joshua | 0.80 | 724.20 |
| 08-Jan-20 | Call with client regarding responses to judicial order. | Neitzey, Christina Nic | 0.80 | 404.60 |
| 08-Jan-20 | Call with client regarding responses to judicial order. | Nicholson, Julie A. | 0.80 | 567.80 |
| 08-Jan-20 | Call with client regarding responses to judicial order. | Wong, Christine Y. | 0.80 | 663.00 |
| 09-Jan-20 | Correspond with S. Olinek (PG&E) regarding response comments. | Hill, Joshua | 0.10 | 90.53 |
| 09-Jan-20 | Call with client regarding comments and briefing. | Hill, Joshua | 0.70 | 633.68 |
| 13-Jan-20 | Correspond with E. Seals (PG&E) regarding forward-looking statements. | Hill, Joshua | 0.20 | 181.05 |
| 14-Jan-20 | Call with E. Seals (PG&E) regarding compliance plan. | Hill, Joshua | 0.40 | 362.10 |
| 15-Jan-20 | Draft compliance plan. | Nicholson, Julie A. | 0.30 | 212.93 |
| 17-Jan-20 | Call with client regarding strategy for reply to comments on settlement agreement. | Hill, Joshua | 0.80 | 724.20 |
| 17-Jan-20 | Call with client regarding strategy for reply to comments on settlement agreement. | Neitzey, Christina Nic | 0.80 | 404.60 |
| 17-Jan-20 | Call with client regarding strategy for reply to comments on settlement agreement. | Nicholson, Julie A. | 0.80 | 567.80 |
| 17-Jan-20 | Call with client regarding strategy for reply to comments on settlement agreement. | Wong, Christine Y. | 0.80 | 663.00 |
| 19-Jan-20 | Correspond with E. Seals (PG&E) regarding CalPA's request for witness list. | Hill, Joshua | 0.10 | 90.53 |
| 22-Jan-20 | Call with regulators and client regarding response to comments on settlement agreement. | Hill, Joshua | 1.00 | 905.25 |

| Date | Services | Timekeeper | Hours | Value |
|------|----------|-----------|-------|-------|
| 22-Jan-20 | Call with regulators and client regarding response to comments on settlement agreement. | Nicholson, Julie A. | 1.00 | 709.75 |
| 22-Jan-20 | Call with regulators and client regarding response to comments on settlement agreement. | Wong, Christine Y. | 1.00 | 828.75 |
| 23-Jan-20 | Call with client regarding tax implications of settlement. | Hill, Joshua | 0.50 | 452.63 |
| 24-Jan-20 | Call with client regarding DIP financing. | Hill, Joshua | 0.40 | 362.10 |
| **Total: C312** | **C312 CLIENT COUNSEL -STAT/REG/JUDICIAL** | | **24.90** | **18,389.43** |
| | | | | |
| **P100 PROJECT ADMINISTRATION** | | | | |
| 07-Jan-20 | Revise CPUC submissions file. | Middleman, Caitlin K. | 0.30 | 94.35 |
| 08-Jan-20 | Revise CPUC submissions file. | Middleman, Caitlin K. | 0.90 | 283.05 |
| 13-Jan-20 | Revise CPUC submissions file. | Middleman, Caitlin K. | 2.10 | 660.45 |
| 21-Jan-20 | Revise CPUC submissions file. | Middleman, Caitlin K. | 0.40 | 125.80 |
| 22-Jan-20 | Revise CPUC submissions file. | Middleman, Caitlin K. | 1.10 | 345.95 |
| **Total: P100** | **P100 PROJECT ADMINISTRATION** | | **4.80** | **1,509.60** |
| | | | | |
| **P210 CORPORATE REVIEW** | | | | |
| 30-Jan-20 | Analyze and provide comments on draft form 10-K. | Hill, Joshua | 0.70 | 633.68 |
| 31-Jan-20 | Analyze draft form 10-K revisions from E. Seals (PG&E). | Hill, Joshua | 0.10 | 90.53 |
| **Total: P210** | **P210 CORPORATE REVIEW** | | **0.80** | **724.21** |
| | | | | |
| **P300 STRUCTURE/STRATEGY/ANALYSIS** | | | | |
| 02-Jan-20 | Call to discuss fire safe council funding. | Hill, Joshua | 0.20 | 181.05 |
| 02-Jan-20 | Call with J. Nicholson regarding response to judicial order. | Neitzey, Christina Nic | 0.40 | 202.30 |
| 02-Jan-20 | Correspond with C. Wong regarding settlement agreement. | Neitzey, Christina Nic | 0.60 | 303.45 |
| 02-Jan-20 | Draft response to administrative law judge's order requesting additional information regarding proposed settlement agreement. | Neitzey, Christina Nic | 6.80 | 3,439.10 |
| 02-Jan-20 | Call with subject matter experts regarding response to judicial order. | Nicholson, Julie A. | 0.50 | 354.88 |
| 02-Jan-20 | Call with C. Neitzey regarding response to judicial order. | Nicholson, Julie A. | 0.40 | 283.90 |
| 02-Jan-20 | Correspond with J. Hill and C. Wong regarding client status update. | Nicholson, Julie A. | 0.10 | 70.98 |
| 02-Jan-20 | Analyze correspondence regarding Butte Co. agreement. | Wong, Christine Y. | 0.20 | 165.75 |

4

**MORRISON | FOERSTER**

| Date | Services | Timekeeper | Hours | Value |
|------|----------|-----------|-------|-------|
| 02-Jan-20 | Analyze and comment on draft agreement with Butte Co. | Wong, Christine Y. | 0.10 | 82.88 |
| 02-Jan-20 | Analyze draft weekly status report. | Wong, Christine Y. | 0.10 | 82.88 |
| 03-Jan-20 | Analyze administrative law judge's ruling seeking further information on settlement and record documents necessary to provide response. | Hill, Joshua | 1.10 | 995.78 |
| 03-Jan-20 | Call with C. Neitzey, C. Wong, and J. Nicholson regarding responses to judicial order. | Hill, Joshua | 0.70 | 633.68 |
| 03-Jan-20 | Draft opposition to motion for party status. | Hill, Joshua | 0.30 | 271.58 |
| 03-Jan-20 | Correspond with J. Nicholson and C. Middleman regarding settlement details. | Im, Amanda | 0.10 | 31.03 |
| 03-Jan-20 | Analyze settlement order and spreadsheet. | Im, Amanda | 0.40 | 124.10 |
| 03-Jan-20 | Call with J. Nicholson, C. Wong, and J. Hill regarding responses to judicial order. | Neitzey, Christina Nic | 0.70 | 354.03 |
| 03-Jan-20 | Draft response to administrative law judge's order requesting additional information regarding proposed settlement agreement. | Neitzey, Christina Nic | 5.70 | 2,882.78 |
| 03-Jan-20 | Revise responses to judicial order. | Nicholson, Julie A. | 3.30 | 2,342.18 |
| 03-Jan-20 | Call with J. Hill, C. Wong, and C. Neitzey regarding responses to judicial order. | Nicholson, Julie A. | 0.70 | 496.83 |
| 03-Jan-20 | Analyze update regarding discussions with subject matter experts and responses to judicial order. | Nicholson, Julie A. | 0.40 | 283.90 |
| 03-Jan-20 | Call with J. Hill, J. Nicholson, and C. Neitzey regarding responses to judicial order. | Wong, Christine Y. | 0.70 | 580.13 |
| 03-Jan-20 | Correspond with internal working group regarding response to administrative law judge questions. | Wong, Christine Y. | 0.20 | 165.75 |
| 03-Jan-20 | Analyze information from subject matter experts regarding administrative law judge questions. | Wong, Christine Y. | 0.50 | 414.38 |
| 04-Jan-20 | Analyze database regarding settlement order responses. | Im, Amanda | 0.60 | 186.15 |
| 04-Jan-20 | Correspond with J. Nicholson regarding settlement order responses. | Im, Amanda | 0.20 | 62.05 |
| 04-Jan-20 | Draft response to administrative law judge's order requesting additional information regarding proposed settlement agreement. | Neitzey, Christina Nic | 6.70 | 3,388.53 |
| 04-Jan-20 | Analyze correspondence from subject matter experts regarding administrative law judge responses. | Wong, Christine Y. | 0.20 | 165.75 |
| 05-Jan-20 | Analyze and revise draft responses to administrative law judge's ruling seeking further information on settlement. | Hill, Joshua | 3.80 | 3,439.95 |

5

# MORRISON | FOERSTER

| Date | Services | Timekeeper | Hours | Value |
|------|----------|------------|-------|-------|
| 05-Jan-20 | Correspond with J. Nicholson regarding settlement order responses. | Im, Amanda | 0.20 | 62.05 |
| 05-Jan-20 | Analyze database regarding settlement order responses. | Im, Amanda | 0.40 | 124.10 |
| 05-Jan-20 | Draft response to administrative law judge's order requesting additional information regarding proposed settlement agreement. | Neitzey, Christina Nic | 0.90 | 455.18 |
| 05-Jan-20 | Analyze and revise response to administrative law judge. | Wong, Christine Y. | 3.00 | 2,486.25 |
| 06-Jan-20 | Correspond with internal working group regarding filing in response to order regarding settlement agreement. | Annobil, Yacoba Elsie | 1.00 | 637.50 |
| 06-Jan-20 | Analyze draft filing in response to order regarding settlement agreement. | Annobil, Yacoba Elsie | 1.10 | 701.25 |
| 06-Jan-20 | Analyze ruling and draft language for response to administrative law judge ruling regarding settlement. | Hill, Joshua | 3.90 | 3,530.48 |
| 06-Jan-20 | Draft response to administrative law judge's order requesting additional information regarding proposed settlement agreement. | Neitzey, Christina Nic | 5.00 | 2,528.75 |
| 06-Jan-20 | Revise responses to judicial order. | Nicholson, Julie A. | 6.50 | 4,613.38 |
| 06-Jan-20 | Analyze and revise response to administrative law judge questions. | Wong, Christine Y. | 1.70 | 1,408.88 |
| 06-Jan-20 | Correspond with internal working group regarding administrative law judge questions. | Wong, Christine Y. | 0.30 | 248.63 |
| 06-Jan-20 | Analyze SED update in response to administrative law judge ruling. | Wong, Christine Y. | 0.30 | 248.63 |
| 07-Jan-20 | Correspond with internal working group regarding responses to administrative law judge's ruling seeking further information on settlement. | Hill, Joshua | 1.50 | 1,357.88 |
| 07-Jan-20 | Draft and revise response to administrative law judge ruling regarding settlement. | Hill, Joshua | 1.70 | 1,538.93 |
| 07-Jan-20 | Draft response to administrative law judge's order requesting additional information regarding proposed settlement agreement. | Neitzey, Christina Nic | 12.00 | 6,069.00 |
| 07-Jan-20 | Revise responses to judicial order. | Nicholson, Julie A. | 6.10 | 4,329.48 |
| 07-Jan-20 | Call with subject matter experts regarding response to judicial order. | Nicholson, Julie A. | 0.80 | 567.80 |
| 07-Jan-20 | Analyze and revise response to administrative law judge questions. | Wong, Christine Y. | 2.10 | 1,740.38 |
| 08-Jan-20 | Correspond with internal working group regarding client status update. | Barr, Sarah Elizabeth | 0.30 | 151.73 |

6

Matter Number: 050386-0000020
Matter Name: CPUC INVESTIGATION/OII

Invoice Number: 5903880
Invoice Date: April 15, 2020

| Date | Services | Timekeeper | Hours | Value |
|------|----------|-----------|-------|-------|
| 08-Jan-20 | Draft responses to administrative law judge's ruling seeking further information on settlement. | Hill, Joshua | 0.80 | 724.20 |
| 08-Jan-20 | Analyze comments and propose further edits to response to administrative law judge ruling regarding settlement. | Hill, Joshua | 1.10 | 995.78 |
| 08-Jan-20 | Draft response to administrative law judge's ruling requesting additional information regarding settlement agreement. | Neitzey, Christina Nic | 7.10 | 3,590.83 |
| 08-Jan-20 | Revise responses to judicial order. | Nicholson, Julie A. | 3.80 | 2,697.05 |
| 08-Jan-20 | Correspond with J. Hill and C. Wong regarding client status update. | Nicholson, Julie A. | 0.20 | 141.95 |
| 08-Jan-20 | Analyze correspondence from subject matter experts regarding administrative law judge response. | Wong, Christine Y. | 0.60 | 497.25 |
| 08-Jan-20 | Analyze and revise response to administrative law judge. | Wong, Christine Y. | 1.00 | 828.75 |
| 09-Jan-20 | Analyze comments and propose further revisions to response to administrative law judge ruling regarding settlement. | Hill, Joshua | 2.50 | 2,263.13 |
| 09-Jan-20 | Cite check response to settlement order. | Im, Amanda | 1.00 | 310.25 |
| 09-Jan-20 | Call with J. Nicholson regarding settlement order response. | Im, Amanda | 0.20 | 62.05 |
| 09-Jan-20 | Fact check settlement order response. | Im, Amanda | 1.20 | 372.30 |
| 09-Jan-20 | Fact check settlement order response. | Middleman, Caitlin K. | 1.60 | 503.20 |
| 09-Jan-20 | Draft response to administrative law judge's ruling requesting additional information regarding settlement agreement. | Neitzey, Christina Nic | 4.60 | 2,326.45 |
| 09-Jan-20 | Revise responses to judicial order. | Nicholson, Julie A. | 4.20 | 2,980.95 |
| 09-Jan-20 | Call with A. Im regarding settlement order response. | Nicholson, Julie A. | 0.20 | 141.95 |
| 09-Jan-20 | Analyze and revise response to administrative law judge. | Wong, Christine Y. | 2.50 | 2,071.88 |
| 10-Jan-20 | Assist in finalization of response to administrative law judge order regarding proposed settlement. | Hill, Joshua | 1.50 | 1,357.88 |
| 10-Jan-20 | Draft response to administrative law judge's ruling requesting additional information regarding settlement agreement. | Neitzey, Christina Nic | 3.10 | 1,567.83 |
| 10-Jan-20 | Revise responses to judicial order. | Nicholson, Julie A. | 1.20 | 851.70 |
| 13-Jan-20 | Correspond with internal working group regarding client status update. | Barr, Sarah Elizabeth | 0.40 | 202.30 |
| 13-Jan-20 | Draft summary of upcoming deadlines and outstanding tasks. | Neitzey, Christina Nic | 0.50 | 252.88 |

7

# MORRISON | FOERSTER

Matter Number: 050386-0000020        Invoice Number: 5903880
Matter Name: CPUC INVESTIGATION/OII        Invoice Date: April 15, 2020

| Date | Services | Timekeeper | Hours | Value |
|------|----------|------------|-------|-------|
| 13-Jan-20 | Call with G. Wright (Washington Forestry Consultants) regarding case update. | Nicholson, Julie A. | 0.10 | 70.98 |
| 14-Jan-20 | Correspond with internal working group regarding compliance plan. | Hill, Joshua | 0.30 | 271.58 |
| 14-Jan-20 | Correspond with C. Neitzey regarding compliance plan. | Im, Amanda | 0.20 | 62.05 |
| 14-Jan-20 | Analyze exemplars and prepare compliance plan materials. | Im, Amanda | 0.60 | 186.15 |
| 14-Jan-20 | Draft compliance plan regarding corrective actions agreed to under settlement agreement. | Neitzey, Christina Nic | 1.60 | 809.20 |
| 14-Jan-20 | Correspond with internal working group regarding settlement hearing. | Wong, Christine Y. | 0.10 | 82.88 |
| 15-Jan-20 | Analyze and revise template for corrective actions. | Hill, Joshua | 0.30 | 271.58 |
| 15-Jan-20 | Analyze research findings and analyze question regarding updates to gas and electric rate schedules. | Hill, Joshua | 4.30 | 3,892.58 |
| 15-Jan-20 | Prepare compliance plan template. | Im, Amanda | 0.40 | 124.10 |
| 15-Jan-20 | Correspond with C. Neitzey regarding compliance plan template. | Im, Amanda | 0.20 | 62.05 |
| 15-Jan-20 | Analyze settlement materials and prepare compliance plan. | Im, Amanda | 6.80 | 2,109.70 |
| 15-Jan-20 | Draft compliance plan for settlement agreement. | Neitzey, Christina Nic | 1.10 | 556.33 |
| 16-Jan-20 | Analyze, revise, and finalize compliance plan summary and tracking sheet. | Hill, Joshua | 3.40 | 3,077.85 |
| 16-Jan-20 | Analyze non-settling party comments on proposed settlement. | Hill, Joshua | 0.40 | 362.10 |
| 16-Jan-20 | Draft compliance plan regarding settlement agreement. | Neitzey, Christina Nic | 5.30 | 2,680.48 |
| 16-Jan-20 | Draft compliance plan. | Nicholson, Julie A. | 4.70 | 3,335.83 |
| 17-Jan-20 | Analyze non-settling party comments on proposed settlement and outline potential response. | Hill, Joshua | 4.30 | 3,892.58 |
| 17-Jan-20 | Call with internal working group regarding strategy for responding to party comments regarding settlement agreement. | Hill, Joshua | 0.30 | 271.58 |
| 17-Jan-20 | Draft summaries of parties' opening comments regarding settlement agreement. | Neitzey, Christina Nic | 5.40 | 2,731.05 |
| 17-Jan-20 | Call with internal working group regarding strategy for responding to party comments regarding settlement agreement. | Neitzey, Christina Nic | 0.30 | 151.73 |
| 17-Jan-20 | Call with internal working group regarding strategy for responding to party comments regarding settlement agreement. | Nicholson, Julie A. | 0.30 | 212.93 |

8

## MORRISON | FOERSTER

| Date | Services | Timekeeper | Hours | Value |
|------|----------|------------|-------|-------|
| 17-Jan-20 | Call with internal working group regarding strategy for responding to party comments regarding settlement agreement. | Wong, Christine Y. | 0.30 | 248.63 |
| 17-Jan-20 | Analyze comments on settlement agreement. | Wong, Christine Y. | 0.70 | 580.13 |
| 19-Jan-20 | Analyze and revise reply brief to comments on proposed settlement. | Hill, Joshua | 5.40 | 4,888.35 |
| 21-Jan-20 | Analyze and revise reply brief to comments on proposed settlement. | Hill, Joshua | 4.80 | 4,345.20 |
| 21-Jan-20 | Prepare set of CPUC decisions cited in opening comments regarding proposed settlement. | Middleman, Caitlin K. | 4.40 | 1,383.80 |
| 21-Jan-20 | Meet with J. Nicholson to discuss reply brief regarding settlement agreement comments. | Neitzey, Christina Nic | 0.40 | 202.30 |
| 21-Jan-20 | Analyze and revise reply to party comments on settlement agreement. | Neitzey, Christina Nic | 0.80 | 404.60 |
| 21-Jan-20 | Meet with C. Neitzey to discuss reply brief regarding settlement agreement comments. | Nicholson, Julie A. | 0.40 | 283.90 |
| 21-Jan-20 | Analyze and revise response to comments on settlement agreement. | Nicholson, Julie A. | 1.20 | 851.70 |
| 21-Jan-20 | Analyze and draft response to administrative law judge regarding scheduling. | Wong, Christine Y. | 0.40 | 331.50 |
| 21-Jan-20 | Correspond with internal working group regarding response to comments on settlement agreement. | Wong, Christine Y. | 0.40 | 331.50 |
| 22-Jan-20 | Revise reply brief regarding comments on proposed settlement. | Hill, Joshua | 3.90 | 3,530.48 |
| 22-Jan-20 | Call with settling parties regarding reply brief to comments on proposed settlement. | Hill, Joshua | 1.00 | 905.25 |
| 22-Jan-20 | Correspond with J. Nicholson regarding reply brief to comments on settlement agreement. | Neitzey, Christina Nic | 0.50 | 252.88 |
| 22-Jan-20 | Correspond with J. Hill and C. Wong regarding case update. | Nicholson, Julie A. | 0.20 | 141.95 |
| 22-Jan-20 | Correspond with internal working group regarding reply brief to comments on settlement agreement. | Wong, Christine Y. | 0.50 | 414.38 |
| 23-Jan-20 | Analyze and revise reply brief to comments on proposed settlement. | Hill, Joshua | 5.40 | 4,888.35 |
| 23-Jan-20 | Draft reply to party comments on settlement agreement. | Neitzey, Christina Nic | 1.60 | 809.20 |
| 23-Jan-20 | Draft response to comments. | Nicholson, Julie A. | 4.70 | 3,335.83 |
| 23-Jan-20 | Call with client regarding tax implications of settlement. | Wong, Christine Y. | 0.50 | 414.38 |
| 24-Jan-20 | Analyze and revise reply brief to comments on proposed settlement. | Hill, Joshua | 5.70 | 5,159.93 |

Case: 19-30088   Doc# 6792-4   Filed: 04/17/20   Entered: 04/17/20 16:59:16   Page 22 of 28

# MORRISON | FOERSTER

| Date | Services | Timekeeper | Hours | Value |
|------|----------|-----------|-------|-------|
| 24-Jan-20 | Draft reply to party comments on settlement agreement. | Neitzey, Christina Nic | 2.10 | 1,062.08 |
| 24-Jan-20 | Draft response to comments on settlement agreement. | Nicholson, Julie A. | 4.40 | 3,122.90 |
| 25-Jan-20 | Analyze and revise draft reply brief in response to comments on proposed settlement. | Hill, Joshua | 3.60 | 3,258.90 |
| 25-Jan-20 | Draft reply to party comments on settlement agreement. | Neitzey, Christina Nic | 0.20 | 101.15 |
| 25-Jan-20 | Analyze and revise reply to non-settling party comments on settlement agreement. | Wong, Christine Y. | 1.00 | 828.75 |
| 26-Jan-20 | Analyze and revise draft reply brief in response to comments on proposed settlement. | Hill, Joshua | 1.10 | 995.78 |
| 26-Jan-20 | Draft reply to party comments on settlement agreement. | Neitzey, Christina Nic | 4.80 | 2,427.60 |
| 27-Jan-20 | Analyze additional arguments for draft reply brief in response to comments on proposed settlement. | Hill, Joshua | 5.40 | 4,888.35 |
| 27-Jan-20 | Draft reply to party comments on settlement agreement. | Neitzey, Christina Nic | 5.90 | 2,983.93 |
| 27-Jan-20 | Analyze draft reply to comments on settlement agreement. | Nicholson, Julie A. | 2.30 | 1,632.43 |
| 27-Jan-20 | Correspond with C. Neitzey regarding reply to comments on settlement agreement. | Nicholson, Julie A. | 0.20 | 141.95 |
| 27-Jan-20 | Analyze and revise reply to non-settling party comments on settlement agreement. | Wong, Christine Y. | 1.00 | 828.75 |
| 28-Jan-20 | Revise draft reply brief in response to comments on settlement agreement. | Hill, Joshua | 2.50 | 2,263.13 |
| 28-Jan-20 | Draft reply to party comments on settlement agreement. | Neitzey, Christina Nic | 2.80 | 1,416.10 |
| 29-Jan-20 | Cite check reply comments regarding settlement agreement. | Middleman, Caitlin K. | 8.20 | 2,578.90 |
| 29-Jan-20 | Draft reply to party comments regarding settlement agreement. | Neitzey, Christina Nic | 0.80 | 404.60 |
| 30-Jan-20 | Analyze and revise reply comments to settlement agreement. | Hill, Joshua | 1.20 | 1,086.30 |
| 30-Jan-20 | Draft reply to party comments regarding settlement agreement. | Neitzey, Christina Nic | 4.30 | 2,174.73 |
| 30-Jan-20 | Correspond with J. Hill and C. Wong regarding client update. | Nicholson, Julie A. | 0.10 | 70.98 |
| 30-Jan-20 | Correspond with C. Neitzey regarding response to comments on settlement agreement. | Nicholson, Julie A. | 0.20 | 141.95 |
| 31-Jan-20 | Analyze and revise reply comments to settlement agreement. | Hill, Joshua | 2.10 | 1,901.03 |

10

# MORRISON | FOERSTER

Matter Number: 050386-0000020                    Invoice Number: 5903880
Matter Name: CPUC INVESTIGATION/OII               Invoice Date: April 15, 2020

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 31-Jan-20 | Draft reply to party comments regarding settlement agreement. | Neitzey, Christina Nic | 4.70 | 2,377.03 |
| 31-Jan-20 | Analyze reply to comments regarding settlement agreement. | Nicholson, Julie A. | 0.80 | 567.80 |
| 31-Jan-20 | Analyze and revise reply brief. | Wong, Christine Y. | 0.50 | 414.38 |
| 31-Jan-20 | Analyze SED's draft response to comments. | Wong, Christine Y. | 0.20 | 165.75 |
| 31-Jan-20 | Analyze TURN's reply comments opposing settlement. | Wong, Christine Y. | 0.30 | 248.63 |
| **Total: P300** | **P300 STRUCTURE/STRATEGY/ANALYSIS** | | **268.10** | **176,530.02** |

### P400 INITIAL DOCUMENT PREPARATION/FILING

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 02-Jan-20 | Correspond with local counsel and internal working group regarding supplemental retention order. | Kissner, Andrew | 0.20 | 119.00 |
| 10-Jan-20 | Correspond with B. Parris and L. Guido regarding supplemental fee application. | Kissner, Andrew | 0.20 | 119.00 |
| 13-Jan-20 | Prepare MoFo's supplemental fee statement. | Guido, Laura | 1.60 | 510.00 |
| 14-Jan-20 | Update supplemental fee statement. | Guido, Laura | 0.50 | 159.38 |
| 14-Jan-20 | Analyze and revise supplemental fee application. | Kissner, Andrew | 0.40 | 238.00 |
| 15-Jan-20 | Revise supplemental fee application and correspond with local counsel regarding filing of same. | Kissner, Andrew | 0.30 | 178.50 |
| 16-Jan-20 | Correspond with internal working group and fee examiner regarding supplemental fee statement and backup materials. | Kissner, Andrew | 0.20 | 119.00 |
| 29-Jan-20 | Correspond with L. Guido regarding fee applications. | Kissner, Andrew | 0.10 | 59.50 |
| 30-Jan-20 | Correspond with internal working group regarding fee applications. | Kissner, Andrew | 0.10 | 59.50 |
| 31-Jan-20 | Prepare MoFo's September fee statement. | Guido, Laura | 1.00 | 318.75 |
| **Total: P400** | **P400 INITIAL DOCUMENT PREPARATION/FILING** | | **4.60** | **1,880.63** |

### Time Entry Review

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 06-Jan-20 | Revise invoices for compliance with U.S. Trustee's guidelines. | Kissner, Andrew | 0.60 | 357.00 |
| **Total: Z032** | **Time Entry Review** | | **0.60** | **357.00** |

| | | | **Current Fees** | **199,276.15** |
|---|---|---|---|---|

# MORRISON | FOERSTER

## Timekeeper Summary

| No. | Timekeeper | Rate | Hours | Value |
|---|---|---|---|---|
| 21211 | Hill, Joshua | 905.25 | 81.70 | 73,959.06 |
| 23383 | Wong, Christine Y. | 828.75 | 26.90 | 22,293.49 |
| 23843 | Annobil, Yacoba Elsie | 637.50 | 2.10 | 1,338.75 |
| 23371 | Barr, Sarah Elizabeth | 505.75 | 1.00 | 505.76 |
| 19671 | Kissner, Andrew | 595.00 | 2.10 | 1,249.50 |
| 23787 | Neitzey, Christina Nic | 505.75 | 103.60 | 52,395.81 |
| 16384 | Nicholson, Julie A. | 709.75 | 52.20 | 37,049.02 |
| 13849 | Guido, Laura | 318.75 | 3.10 | 988.13 |
| 22273 | Im, Amanda | 310.25 | 12.50 | 3,878.13 |
| 16127 | Middleman, Caitlin K. | 314.50 | 19.00 | 5,975.50 |
| | Client Accommodation - Time Entry Review | | | (357.00) |
| | **TOTAL** | | **304.20** | **199,276.15** |

12

Matter Number:  050386-0000020                    Invoice Number:  5903880
Matter Name:  CPUC INVESTIGATION/OII              Invoice Date: April 15, 2020

## Task Code Summary

| Task Code | Description | Hours | Value |
|-----------|-------------|-------|-------|
| C100 | C100 FACT GATHERING | 0.40 | 242.26 |
| C312 | C312 CLIENT COUNSEL -STAT/REG/JUDICIAL | 24.90 | 18,389.43 |
| P100 | P100 PROJECT ADMINISTRATION | 4.80 | 1,509.60 |
| P210 | P210 CORPORATE REVIEW | 0.80 | 724.21 |
| P300 | P300 STRUCTURE/STRATEGY/ANALYSIS | 268.10 | 176,530.02 |
| P400 | P400 INITIAL DOCUMENT PREPARATION/FILING | 4.60 | 1,880.63 |
| Z032 | Time Entry Review | 0.60 | 357.00 |
| | Client Accommodation - Time Entry Review | | (357.00) |
| | **TOTAL** | **304.20** | **199,276.15** |

MORRISON | FOERSTER

## Invoice Summary

|  | U.S.Dollars |
|---|---|
| Total Fees | 199,276.15 |
| **Total Amount Due** | **199,276.15** |

14

# MORRISON | FOERSTER

For your convenience, we have listed below previous invoices on this matter which our records show as outstanding and the total balance due on this account. If you have already submitted payment, we appreciate your promptness. If your records are not in agreement, or if we can provide additional assistance, please call our Billing Department at (415) 268-6446 or (866) 314-5320

| Date | Invoice Number | Currency | Original Invoice Amount | Payments Applied | Amount Outstanding |
|---|---|---|---|---|---|
| 31-Dec-18 | 5788544 | USD | 11,540.98 | 0.00 | 11,540.98 |
| 14-Jan-19 | 5789728 | USD | 53,273.86 | 0.00 | 53,273.86 |
| 30-Sep-19 | 5855259 | USD | 133,934.94 | 0.00 | 133,934.94 |
| 30-Sep-19 | 5887635 | USD | 1,491.75 | 0.00 | 1,491.75 |
| 07-Nov-19 | 5864250 | USD | 187,092.39 | 118,522.33 | 68,570.06 |
| 12-Nov-19 | 5872848 | USD | 25,272.11 | 20,276.95 | 4,995.16 |
| 13-Nov-19 | 5872849 | USD | 293,040.35 | 232,959.61 | 60,080.74 |
| 14-Nov-19 | 5872850 | USD | 210,206.59 | 164,109.84 | 46,096.75 |
| 15-Nov-19 | 5872851 | USD | 184,478.01 | 144,043.98 | 40,434.03 |
| 18-Nov-19 | 5872852 | USD | 139,409.29 | 105,605.74 | 33,803.55 |
| 19-Nov-19 | 5872853 | USD | 117,730.16 | 92,767.33 | 24,962.83 |
| 20-Nov-19 | 5872854 | USD | 420,218.70 | 332,330.25 | 87,888.45 |
| 30-Jan-20 | 5885685 | USD | 201,520.29 | 0.00 | 201,520.29 |
| 07-Feb-20 | 5887765 | USD | 332,996.02 | 0.00 | 332,996.02 |
| 07-Feb-20 | 5887767 | USD | 641,794.21 | 0.00 | 641,794.21 |
| 24-Mar-20 | 5898691 | USD | 2,696.60 | 0.00 | 2,696.60 |
| 24-Mar-20 | 5898699 | USD | 220,352.74 | 0.00 | 220,352.74 |

Case: 19-30088    Doc# 6792-4    Filed: 04/17/20    Entered: 04/17/20 16:59:16    Page 28 of 28