# EXHIBIT E

## DETAILED EXPENSES FOR THE PERIOD FROM DECEMBER 18, 2019 THROUGH JANUARY 31, 2020

# MORRISON | FOERSTER

P.O. BOX 742335  
LOS ANGELES  
CALIFORNIA 90074-2335

TELEPHONE: 415.268.7000  
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,  
LOS ANGELES, WASHINGTON, D.C.,  
SAN DIEGO, PALO ALTO, BOSTON,  
DENVER, NORTHERN VIRGINIA

TOKYO, BEIJING, SHANGHAI,  
HONG KONG, SINGAPORE

LONDON, BRUSSELS, BERLIN

Pacific Gas And Electric Company

**Taxpayer ID #** █████████  
Invoice Number: 5904169  
Invoice Date: April 15, 2020

Client/Matter Number: 050386-0000020

Matter Name: CPUC INVESTIGATION/OII

Client Ref: 1707076

RE: CPUC INVESTIGATION/OII

*For Disbursements Incurred Through January 31, 2020*

|  | U.S.Dollars |
|---|---:|
| Current Disbursements | 131.20 |
| **Total This Invoice** | **131.20** |

Matter Number: 050386-0000020 Invoice Number: 5904169
Matter Name: CPUC INVESTIGATION/OII Invoice Date: April 15, 2020

## Disbursement Detail

| Date | Description | Value |
|---|---|---|
| 01-Jan-20 | eDiscovery, Epiq Managed Services, December 2019 | 131.20 |
| | **Current Disbursements** | **131.20** |

# MORRISON | FOERSTER

Matter Number: 050386-0000020  Invoice Number: 5904169
Matter Name: CPUC INVESTIGATION/OII  Invoice Date: April 15, 2020

## Invoice Summary

|  | U.S.Dollars |
|---|---:|
| Total Disbursements | 131.20 |
| **Total Amount Due** | **131.20** |

# MORRISON | FOERSTER

Matter Number: 050386-0000020  
Matter Name: CPUC INVESTIGATION/OII

Invoice Number: 5904169  
Invoice Date: April 15, 2020

For your convenience, we have listed below previous invoices on this matter which our records show as outstanding and the total balance due on this account. If you have already submitted payment, we appreciate your promptness. If your records are not in agreement, or if we can provide additional assistance, please call our Billing Department at (415) 268-6446 or (866) 314-5320

| Date | Invoice Number | Currency | Original Invoice Amount | Payments Applied | Amount Outstanding |
|---|---|---|---|---|---|
| 31-Dec-18 | 5788544 | USD | 11,540.98 | 0.00 | 11,540.98 |
| 14-Jan-19 | 5789728 | USD | 53,273.86 | 0.00 | 53,273.86 |
| 30-Sep-19 | 5855259 | USD | 133,934.94 | 0.00 | 133,934.94 |
| 30-Sep-19 | 5887635 | USD | 1,491.75 | 0.00 | 1,491.75 |
| 07-Nov-19 | 5864250 | USD | 187,092.39 | 118,522.33 | 68,570.06 |
| 12-Nov-19 | 5872848 | USD | 25,272.11 | 20,276.95 | 4,995.16 |
| 13-Nov-19 | 5872849 | USD | 293,040.35 | 232,959.61 | 60,080.74 |
| 14-Nov-19 | 5872850 | USD | 210,206.59 | 164,109.84 | 46,096.75 |
| 15-Nov-19 | 5872851 | USD | 184,478.01 | 144,043.98 | 40,434.03 |
| 18-Nov-19 | 5872852 | USD | 139,409.29 | 105,605.74 | 33,803.55 |
| 19-Nov-19 | 5872853 | USD | 117,730.16 | 92,767.33 | 24,962.83 |
| 20-Nov-19 | 5872854 | USD | 420,218.70 | 332,330.25 | 87,888.45 |
| 30-Jan-20 | 5885685 | USD | 201,520.29 | 0.00 | 201,520.29 |
| 07-Feb-20 | 5887765 | USD | 332,996.02 | 0.00 | 332,996.02 |
| 07-Feb-20 | 5887767 | USD | 641,794.21 | 0.00 | 641,794.21 |
| 24-Mar-20 | 5898691 | USD | 2,696.60 | 0.00 | 2,696.60 |
| 24-Mar-20 | 5898699 | USD | 220,352.74 | 0.00 | 220,352.74 |
| 15-Apr-20 | 5903880 | USD | 199,276.15 | 0.00 | 199,276.15 |