**Exhibit B-3**

Electrical Systems Inspections and
Maintenance Program Change Order

DocuSign Envelope ID: DB3D08AA-308D-4625-9291-20F9F82B4988



# Contract Work Authorization (CWA) Change Order

This is Change Order ("CO") No. 1 to Contract Work Authorization No. C19749 dated 01/29/2020 issued under and pursuant to the Blanket Agreement or Master Service Agreement No. C73 (formerly 4400011340) dated 01/19/2017 (the "MSA") between the below-named Contractor ("Contractor"), a Delaware limited liability partnership, and Pacific Gas and Electric Company ("PG&E"), a California corporation with its headquarters located at 77 Beale Street, San Francisco, California 94105. Contractor shall perform all Work under this CWA, as amended by this Change Order, pursuant to and in accordance with the terms and conditions of the MSA.

| Contractor's Legal Name: | KPMG LLP | This Change Order consists of 5 pages. |
|---|---|---|
| Contractor's Address: | 55 2nd Street, Suite 1400<br>San Francisco, CA 94105 | |
| Project Name: | 2020 Electric System Inspections and Maintenance Program | |
| Job Location: | San Francisco, CA | |

**CHANGES:** The Parties hereby modify the Contract Work Authorization referenced above as follows:

Change Order No. 1 is issued to

1. Extend the CWA Term expiration date from 04/30/2020 to 07/31/2020 and the CWA Completion date from 03/31/2020 to 06/30/2020 for the additional 2020 Electric System Inspections and Maintenance Program to be completed by Consultant as described in CCO 1 Attachment 1 Scope of Work.

2. Increase the Total CWA Value by $1,100,000.00 from $1,100,000.00 to $2,200,000.00 for additional 2020 Electric System Inspections and Maintenance Program work assigned to Consultant as described in CCO 1 Attachment 1 Scope of Work. Consultant shall continue to provide support services related to the phased implementation of an integrated and risk-informed maintenance program across Transmission, Distribution, and Substation. System Inspections' Q2 focus now shifts to stabilization and standardization of the new processes used in 2020, and to implement and adapt these new approaches to other maintenance programs including patrols, pole test & treat, and underground inspections across Transmission, Distribution, and Substation.

**ATTACHMENTS:** The following are attached to this CWA Change Order and incorporated herein by this reference.

Attachment A: COVID-19 Addendum (1 page)
CCO 1 Attachment 1 Scope of Work, Pages 4 through 5

| **PRICING CHANGES:** | Previous Total CWA Value: | $1,100,000.00 Not-to-Exceed |
|---|---|---|
| | Addition or Deduction: | $1,100,000.00 Not-to-Exceed |
| | Revised Total CWA Value: | $2,200,000.00 Not-to-Exceed |

**All other terms and conditions of the CWA, as it may have been amended by previous CWA Change Order(s), if any, shall remain the same.**

PG&E Corporation ("PG&E Corp.") and Pacific Gas and Electric Company (the "Utility," and, together with PG&E Corp., the "Debtors"), are debtors-in-possession in a proceeding pending under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Northern District of California. Nothing herein shall be deemed to constitute an assumption of the Contract and/or any CWA or a waiver or modification of the Debtors' rights to assume, assume and assign, or reject the Contract and/or any CWA pursuant to section 365 of the Bankruptcy Code. The Debtors hereby reserve all rights available to them under such proceedings. Any amounts paid by the Debtors hereunder must be applied to goods and/or services provided to the Debtors on or after January 29, 2019 (the "Petition Date") and shall not be applied to satisfy Claims (as defined in the Bankruptcy Code) arising prior to the Petition Date.

**THE PARTIES, BY SIGNATURE OF THEIR AUTHORIZED REPRESENTATIVES, HEREBY AGREE TO THE TERMS OF THIS CWA CHANGE ORDER.**

| **PACIFIC GAS AND ELECTRIC COMPANY** | | **CONTRACTOR: KPMG LLP** | |
|---|---|---|---|
| Signature | *Richard Cordova* (DocuSigned)<br>A012C02C8FC147C... | Signature | *Reid Tucker* (signature) |
| Name | Richard Cordova | Name | Reid Tucker |
| Title | Manager, Sourcing | Title | Principal |
| Date | 4/15/2020 | Date | 4-15-2020 |

62-1689 CWA (03-30-20)　　　　　　　　　　　　Sourcing

DocuSign Envelope ID: DB3D08AA-308D-4625-9291-20F9F82B4988



| ADMINISTRATION | | | |
|---|---|---|---|
| **PG&E Negotiator** | Lyn Blowe | **Contractor Representative** | Geno Armstrong |
| **Phone** | 925.459.8016 | **Phone** | 415.963.7301 |
| **Email:** | C6b7@pge.com | **Email:** | garmstrong@kpmg.com |
| **Accounting Reference** | *2050765*<br>*PR 527394* | | |

| INTERNAL PG&E USE ONLY | | | |
|---|---|---|---|
| **Distribution Date** | | | |
| **Distribution of Copies:** | ☐ ARIBA Contracts ("CXXXX" series): Buyer uploads an executed copy in Ariba. | ☐ Contractor (Signed Original Copy) | |
| | ☒ Work Supervisor  John Birch (JOBi) | ☐ Manager | |
| | ☒ Invoice Approver  John Birch (JOBi) | ☐ Supervisor | |
| | ☐ V.P. | ☐ Sourcing/ Purchasing | |
| | ☐ Director | ☐ Law | |



Attachment A
## COVID-19 Addendum

**COVID-19.** The Parties acknowledge that they are entering into this agreement with knowledge of the existing global COVID-19 pandemic. Despite the existence of the pandemic, the Parties currently believe that they can perform their respective obligations under this CWA. The Parties recognize that during performance of the CWA, the pandemic and associated governmental actions might result in further work restrictions, office closures, restricted hours, shortages of equipment and materials, lockdowns and the like which could temporarily interfere with the Parties' ability to perform their obligations under this CWA. If a Party experiences such a delay, it shall provide prompt written notice to the other Party of the fact of delay and of the circumstances delaying performance, and shall continue to keep the other Party updated. The Parties agree to cooperate with each other and to employ reasonable mitigation measures to minimize the delay and its effects, including but not limited to negotiation of reasonable contract change orders if necessary.

# CCO 1 Attachment 1 Scope of Work

# 2020 Electric System Inspections & Maintenance Program

This Change Order No. 1 amends the Contract Work Authorization C19749 entered into between the parties on January 29, 2020 (the "**CWA**") pursuant to the Master Services Agreement C73 (formerly 4400011340), dated on January 19, 2017 (as amended, the "**MSA**"). Capitalized terms used but not defined in this SOW have the respective meanings given to them in the CWA. Except as modified in this Change Order No. 1 Attachment 1 Scope of Work, the terms of the CWA and the MSA remain in force.

KPMG shall continue to support PG&E's Electric organization with project management, analytical, and process support for their Electric Maintenance programs. Services shall be requested and directed by an authorized PG&E work supervisor from PG&E's Electric Asset Management, Major Projects & Programs, or Regulatory & Compliance teams.

**Change in (1) Deliverables, (2) Schedule, and (3) Professional Fees and Expenses:**

1) **Deliverables**

   Add the following language in **Section 2) Deliverables** to **Table 2: Deliverable Milestone Schedule:**

   **Table 2: 2020 Deliverable Milestone Schedule**

| Month | Milestone Date | Deliverable | Estimated Fees |
|---|---|---|---|
| **April** | 4/10/2020 | KPMG Work Plan & Deliverable Schedule | $ 20,000 |
|  | 4/17/2020 | 2020 Inspections Planning PMO schedule update | $ 20,000 |
|  | 4/17/2020 | 2020 Inspections Planning PMO executive update | $ 20,000 |
|  | 4/17/2020 | 2020 Inspections Planning Technology Implementation status summary | $ 30,000 |
|  | 4/30/2020 | 2020 Inspections Planning PMO schedule update | $ 20,000 |
|  | 4/30/2020 | 2020 Inspections Planning PMO executive update | $ 20,000 |
|  | 4/30/2020 | April Analysis Results: | $ 100,000 |
|  | 4/30/2020 | April Process Support Results | $ 70,000 |
| **May** | 5/8/2020 | KPMG work plan & deliverable update | $ 10,000 |
|  | 5/8/2020 | 2020 Inspections Planning lessons learned summary | $ 40,000 |
|  | 5/15/2020 | Pilot 2020 Inspections Governance / Technology / Training update process summary | $ 40,000 |
|  | 5/15/2020 | 2020 Inspections Planning Final Summary Report | $ 50,000 |
|  | 5/29/2020 | 2021 Inspections Planning Scoping Summary Report | $ 40,000 |
|  | 5/29/2020 | May Analysis Results | $ 100,000 |
|  | 5/29/2020 | May Process Support Results | $ 70,000 |
| **June** | 6/5/2020 | KPMG work plan & deliverable update | $ 10,000 |
|  | 6/19/2020 | 2021 Inspections Planning implementation roadmap | $ 90,000 |
|  | 6/19/2020 | Inspections / Correctives progress reporting support | $ 40,000 |
|  | 6/30/2020 | Transition plan | $ 40,000 |
|  | 6/30/2020 | June Analysis Results | $ 100,000 |
|  | 6/30/2020 | June Process Support Results | $ 70,000 |

DocuSign Envelope ID: DB3D08AA-308D-4625-9291-20F9F82B4988

2) **Schedule**

Replace **Section 3) Schedule** with the following language:

Work to be performed for another three months (through June 30, 2020) and will begin immediately following full execution of this Change Order No. 1.

3) **Professional Fees and Expenses**

Replace the table in **Section 5) Professional Fees and Expenses** with the following**:**

|   | Phase Description | Estimated Hours | Estimated Fees |
|---|---|---|---|
| 1 | Estimated fees through March 31, 2020 | 2,850 | $ 1,000,000 |
| 2 | Estimated fees through June 30, 2020 | 2,850 | $ 1,000,000 |
|   | Fee (sub-total) = | | $ 2,000,000 |
|   | Expenses (10% of professional fees) = | | $ 200,000 |
|   | Estimated Fee + Expenses (total) = | | $ 2,200,000 |



## Certificate Of Completion

Envelope Id: DB3D08AA308D4625929120F9F82B4988  Status: Completed
Subject: CW2320089 - signed CCO 1 KPMG C19749 04132020 Final c6b7.pdf
Source Envelope:
Document Pages: 5    Signatures: 1    Envelope Originator:
Certificate Pages: 4    Initials: 0    Carolyn Blowe
AutoNav: Enabled        77 Beale Street
EnvelopeId Stamping: Enabled        San Francisco, CA  94105
Time Zone: (UTC-08:00) Pacific Time (US & Canada)        C6B7@pge.com
IP Address: 216.109.110.11

## Record Tracking

Status: Original    Holder: Carolyn Blowe    Location: DocuSign
       4/15/2020 2:12:46 PM            C6B7@pge.com

| Signer Events | Signature | Timestamp |
| --- | --- | --- |
| Richard Cordova<br>R5CH@pge.com<br>Sourcing Portfolio Manager<br>Pacific Gas and Electric<br>Security Level: Email, Account Authentication (None) | DocuSigned by:<br>*Richard Cordova*<br>A012C62C8FC147C...<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 131.89.195.36 | Sent: 4/15/2020 2:13:35 PM<br>Viewed: 4/15/2020 2:15:43 PM<br>Signed: 4/15/2020 2:15:47 PM |

**Electronic Record and Signature Disclosure:**
   Accepted: 11/15/2017 1:50:37 PM
   ID: 740293a4-0652-4267-9116-f57ae4860024

| In Person Signer Events | Signature | Timestamp |
| --- | --- | --- |

| Editor Delivery Events | Status | Timestamp |
| --- | --- | --- |

| Agent Delivery Events | Status | Timestamp |
| --- | --- | --- |

| Intermediary Delivery Events | Status | Timestamp |
| --- | --- | --- |

| Certified Delivery Events | Status | Timestamp |
| --- | --- | --- |

| Carbon Copy Events | Status | Timestamp |
| --- | --- | --- |

| Witness Events | Signature | Timestamp |
| --- | --- | --- |

| Notary Events | Signature | Timestamp |
| --- | --- | --- |

| Envelope Summary Events | Status | Timestamps |
| --- | --- | --- |
| Envelope Sent | Hashed/Encrypted | 4/15/2020 2:13:35 PM |
| Certified Delivered | Security Checked | 4/15/2020 2:15:43 PM |
| Signing Complete | Security Checked | 4/15/2020 2:15:47 PM |
| Completed | Security Checked | 4/15/2020 2:15:47 PM |

| Payment Events | Status | Timestamps |
| --- | --- | --- |

**Electronic Record and Signature Disclosure**

**ELECTRONIC RECORD AND SIGNATURE DISCLOSURE**

From time to time, PG&E (we, us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through your DocuSign, Inc. (DocuSign) Express user account. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to these terms and conditions, please confirm your agreement by clicking the 'I agree' button at the bottom of this document.

**Getting paper copies**

At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. For such copies, as long as you are an authorized user of the DocuSign system you will have the ability to download and print any documents we send to you through your DocuSign user account for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will be charged a $0.00 per-page fee. You may request delivery of such paper copies from us by following the procedure described below.

**Withdrawing your consent**

If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

**Consequences of changing your mind**

If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. To indicate to us that you are changing your mind, you must withdraw your consent using the DocuSign 'Withdraw Consent' form on the signing page of your DocuSign account. This will indicate to us that you have withdrawn your consent to receive required notices and disclosures electronically from us and you will no longer be able to use your DocuSign Express user account to receive required notices and consents electronically from us or to sign electronically documents from us.

**All notices and disclosures will be sent to you electronically**

Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through your DocuSign user account all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures electronically from us.

**How to contact PG&E:**

You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically as follows:
To contact us by email send messages to: pcpc@pge.com

**To advise PG&E of your new e-mail address**
To let us know of a change in your e-mail address where we should send notices and disclosures electronically to you, you must send an email message to us at pcpc@pge.com and in the body of such request you must state: your previous e-mail address, your new e-mail address.  We do not require any other information from you to change your email address..
In addition, you must notify DocuSign, Inc to arrange for your new email address to be reflected in your DocuSign account by following the process for changing e-mail in DocuSign.
**To request paper copies from PG&E**
To request delivery from us of paper copies of the notices and disclosures previously provided by us to you electronically, you must send us an e-mail to pcpc@pge.com and in the body of such request you must state your e-mail address, full name, US Postal address, and telephone number. We will bill you for any fees at that time, if any.
**To withdraw your consent with PG&E**
To inform us that you no longer want to receive future notices and disclosures in electronic format you may:
    i. decline to sign a document from within your DocuSign account, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may;
    ii. send us an e-mail to pcpc@pge.com and in the body of such request you must state your e-mail, full name, IS Postal Address, telephone number, and account number. We do not need any other information from you to withdraw consent..  The consequences of your withdrawing consent for online documents will be that transactions may take a longer time to process..

**Required hardware and software**

| Operating Systems: | Windows2000? or WindowsXP? |
|---|---|
| Browsers (for SENDERS): | Internet Explorer 6.0? or above |
| Browsers (for SIGNERS): | Internet Explorer 6.0?, Mozilla FireFox 1.0, NetScape 7.2 (or above) |
| Email: | Access to a valid email account |
| Screen Resolution: | 800 x 600 minimum |
| Enabled Security Settings: | •Allow per session cookies<br><br>•Users accessing the internet behind a Proxy Server must enable HTTP 1.1 settings via proxy connection |

    ** These minimum requirements are subject to change. If these requirements change, we will provide you with an email message at the email address we have on file for you at that time providing you with the revised hardware and software requirements, at which time you will have the right to withdraw your consent.
**Acknowledging your access and consent to receive materials electronically**

To confirm to us that you can access this information electronically, which will be similar to other electronic notices and disclosures that we will provide to you, please verify that you were able to read this electronic disclosure and that you also were able to print on paper or electronically save this page for your future reference and access or that you were able to e-mail this disclosure and consent to an address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format on the terms and conditions described above, please let us know by clicking the 'I agree' button below.
By checking the 'I Agree' box, I confirm that:

- I can access and read this Electronic CONSENT TO ELECTRONIC RECEIPT OF ELECTRONIC RECORD AND SIGNATURE DISCLOSURES document; and

- I can print on paper the disclosure or save or send the disclosure to a place where I can print it, for future reference and access; and

- Until or unless I notify PG&E as described above, I consent to receive from exclusively through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to me by PG&E during the course of my relationship with you.