Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Exhibit B-4**

Bowtie Analysis and RAMP Support



# Contract Work Authorization (CWA)

**This Contract Work Authorization ("CWA") No. C20441 is issued under and pursuant to the Master Service Agreement No. C73 (formerly 4400011340) dated 01/19/2017 (the "MSA") between the below-named Contractor ("Contractor"), a Delaware limited liability partnership, and Pacific Gas and Electric Company ("PG&E"), a California corporation with its headquarters located at 77 Beale Street, San Francisco, California 94105. Contractor shall perform all Work under this CWA pursuant to and in accordance with the terms and conditions of the MSA.**

| | | |
|---|---|---|
| **Contractor's Legal Name:** | KPMG, LLP | **Total Number of Pages: 13** |
| **Contractor's Address:** | PO Box 120001 Dallas, TX 75312 | |

| | |
|---|---|
| **Project Name**: | Community Wildfire Safety Program – 2020 Risk Assessment and Mitigation Phase (RAMP) Support and Bowtie Analysis |
| **Job Location**: | San Francisco, CA and other various PG&E Locations |

**WORK**: Contractor shall, at its own risk and expense, perform the Work described in this Contract Work Authorization and furnish all labor, equipment, and materials necessary to complete the Work as summarized below and as more fully described in Attachment 1, Scope of Work.

Contractor shall provide support to PG&E in its preparation of Risk Assessment and Mitigation Phase (RAMP) and Preparation of Bow Tie Analysis for its Electric Operations Division.

**ATTACHMENTS**: **Each of the following documents are attached to this CWA and are incorporated herein by this reference:**
Attachment 1: Scope of Work, 5 Pages
Attachment 2: Subcontractor and Supplier Utilization Plan Instructions and Form (Exhibit 1/1A), 6 Pages

**CWA TERM**: This CWA is effective upon signature by both parties and expires on **June 30, 2020**. Time is of the essence.

**CWA COMPLETION:** Contractor shall commence performance hereof when directed to do so by PG&E and Work shall be completed by the completion date of **June 30, 2020**.

**CONSIDERATION**: As full consideration for satisfactory performance of the Work under this CWA by Contractor, PG&E's total obligation to Contractor shall not exceed the following amount. This amount is inclusive of all taxes incurred in the performance of the Work. Any change to this amount shall only be authorized in writing by a PG&E CWA Change Order, fully executed by both PG&E and Contractor.
**TOTAL: $1,298,337.00 Time & Expense**

**THE PARTIES, BY SIGNATURE OF THEIR AUTHORIZED REPRESENTATIVES, HEREBY AGREE TO THE TERMS OF THIS CONTRACT WORK AUTHORIZATION.**
PG&E Corporation ("PG&E Corp.") and Pacific Gas and Electric Company (the "Utility," and, together with PG&E Corp., the "Debtors"), are debtors-in-possession in a proceeding pending under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Northern District of California. Nothing herein shall be deemed to constitute an assumption of the Contract and/or any CWA or a waiver or modification of the Debtors' rights to assume, assume and assign, or reject the Contract and/or any CWA pursuant to section 365 of the Bankruptcy Code. The Debtors hereby reserve all rights available to them under such proceedings. Any amounts paid by the Debtors hereunder must be applied to goods and/or services provided to the Debtors on or after January 29, 2019 (the "Petition Date") and shall not be applied to satisfy Claims (as defined in the Bankruptcy Code) arising prior to the Petition Date.

| PACIFIC GAS AND ELECTRIC COMPANY | | CONTRACTOR: KPMG, LLP | |
|---|---|---|---|
| Signature | *Richard Cordova* (DocuSigned by) A012C62C8FC147C... | Signature | *(DocuSigned by)* 9872D39E69A54AF... |
| Name | Richard Cordova | Name | Arun Mani |
| Title | Portfolio Manager, Sourcing Operations | Title | Principal |
| Date | 2/20/2020 | Date | 2/20/2020 |

Case: 19-30088    Doc# 6794-5    Filed: 04/17/20    Entered: 04/17/20 17:43:38    Page 2 of 14



| ADMINISTRATION | | | |
|---|---|---|---|
| **PG&E Negotiator** | Mark Dolatre | **Contractor Representative** | Arun Mani |
| **Phone** | (925) 380-7024 | **Phone** | |
| **Email** | M6DP@pge.com | **Email** | |
| **Accounting Reference** | 8192696 | | |
| **PG&E Work Supervisor:** | Mark Esguerra<br>Matthew Pender | **Phone: (650) 418-6535**<br>**(650) 218-4080** | |

| **INVOICE INSTRUCTIONS**:<br>As described in more detail in the Invoicing section of the Terms and Conditions, Contractor shall send invoices for each payment when due, showing the Purchase Order Number (starts with "27" or "35") and the Line Item number, if applicable. | The default submission system for invoices to PACIFIC GAS AND ELECTRIC COMPANY should be through the Taulia electronic invoicing portal, which also provides real-time invoice payment status.<br>In rare cases that it is infeasible for a supplier to use this system, please send paper invoices to the address below. Invoice payment status for paper invoices can be accessed through the automated PG&E Paid Help Line at (800) 756-PAID (7243) or by emailing APPaidline@pge.com | |
|---|---|---|
| | **Send ORIGINAL Invoice to:** | GenlCnslLawPaymentProcessingGroup@pge.com |
| | **Send COPY of Invoice to:** | GenlCnslLawPaymentProcessingGroup@pge.com |

| INTERNAL PG&E USE ONLY | | |
|---|---|---|
| **Distribution Date** | | |
| **Distribution of Copies:** | ☐ ARIBA Contracts ("27" series): Buyer uploads an executed copy in Ariba. | ☐ Contractor<br>(Signed Original Copy) |
| | ☐ Work Supervisor | ☐ Manager |
| | ☐ Invoice Approver | ☐ Supervisor |
| | ☐ V.P. | ☐ Sourcing/ Purchasing |
| | ☐ Director | ☐ Law |

Case: 19-30088    Doc# 6794-5    Filed: 04/17/20    Entered: 04/17/20 17:43:38    Page 3 of 14

# Scope of Work

This Scope of Work is entered into pursuant to and is subject to the Master Services Agreement No. C73 (formerly 4400011340). Capitalized terms used but not defined in this Addendum have the respective meanings given to them in the CWA. Except as modified in this Scope of Work, the terms of the CWA and the MSA remain in force.

KPMG (Contractor) shall provide the following services under the CWA to PG&E, in accordance with and subject to the CWA and the MSA:

1.  **Support to PG&E in its Preparation of Bow Tie Analysis for its Electric Operations Division.** Contractor shall assist PG&E with analytical assessments and process support to aggregate information that will be used in the Electric Operations' bowtie development. Contractor's assistance will include assisting PG&E with the collection of information, review of data provided by PG&E, and assisting with analysis as requested and at the direction of the PG&E for bowtie model approach and development.

2.  **Support to PG&E in its Preparation of RAMP**. Contractor shall assist PG&E with written materials, discovery responses and PG&E's rebuttal testimony, helping prepare for evidentiary hearings in a timeline compliant with the requirements stated by the California Public Utilities Commission (CPUC), and performing such other tasks related to RAMP as may be identified and mutually agreed to between the parties during the course of this engagement.

## Timing and Professional Fees

The Services will be billed for Task 1 and Task 2 noted above at hourly rates as noted in the CWA and Contractor will also bill for any related out-of-pocket expenses. Contractor's professional fees are based upon the specified skill level of the professionals providing the Additional Services and the amount of time required to complete the engagement.

3

| Scope | PG&E Owners | Description | Billing |
|---|---|---|---|
| Bowtie Analysis for Electric Operations | M. Esguerra<br>H. Mejjaty<br>D. Pant | Provide continued support to PG&E with the collection of information, data analysis, and presentation of information for bow ties related to Electric Operations | Billed on an hourly basis based on hours worked at the rates established in the rate card in the original SOW |
| RAMP Filing Support | M. Esguerra<br>H. Mejjaty<br>D. Pant | Provide continued support to PG&E in drafting materials required for RAMP submission | |

Contractor further agrees that Contractor will advise Counsel and PG&E at such time as Contractor's fees and expenses for the Services total $1,298,337.00 so that Contractor may consult with Counsel and PG&E as to an appropriate course of conduct in order to conclude this engagement.

Contractor's fees and expenses are not contingent upon the final results, nor does Contractor guarantee any result or resolution in the Matter.

Contractor will present invoices to PG&E on a semi-monthly basis, and PG&E's payments are due within 45 days of each invoice date. The name and address of PG&E's designee to receive and approve Contractor's invoices is indicated on the cover page of the CWA. Contractor reserves the right to halt further services until payment is received on past-due invoices. Accounts not paid in accordance with the payment terms applicable to this engagement are subject to a monthly late fee in the amount of 1.5% of the past-due invoices, not to exceed 18% annually or the maximum allowed by law, if a lesser percentage.

Contractor acknowledges that the Bankruptcy Court must approve its fees in order to be compensated. In that regard, PG&E acknowledges that Contractor might be required to file applications with the Court for allowance of compensation and reimbursement of expenses in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, and any order of the Bankruptcy Court establishing procedures for monthly compensation and reimbursement of expenses for professionals. PG&E acknowledges that professional time required to prepare detailed applications in accordance with the Bankruptcy Code, applicable rules and guidelines differs from Contractor's normal billing procedures and, as a result, requires significant effort by Contractor to comply therewith. The expense required by this effort is not included in the $1,298,337.00 in fees and expenses described above. PG&E agrees that, subject to Bankruptcy Court approval, Contractor shall be reimbursed for such professional time incurred.

To the extent that the Additional Services involve procedures in connection with PG&E's restructuring activities or emergence from bankruptcy, such work will be considered out-of-scope services under CWA ("**Out-of-Scope Services**"). Such Out-of-Scope Services also include professional time required to prepare detailed applications in accordance with the Bankruptcy Code (described above). To the extent that changes in circumstances, such as the loss of PG&E personnel during the bankruptcy process, increase the effort required to deliver the services, this additional effort also will be billed as Out-of-Scope Services. Out-of-Scope Services will be billed in addition to the $1,298,337.00 in fees and expenses described above, at 50% of our standard professional hourly rates. In any fee applications that Contractor files

4

with the Bankruptcy Court with respect to this engagement, Contractor will identify and describe any Out-of-Scope Services.

The provisions in this "Timing and Professional Fees" will apply with respect to this CWA notwithstanding anything in the MSA to the contrary. Without limiting the generality of the foregoing, the Statement of Work Template Requirements set forth in Exhibit B, the Sample Resource and Scheduling Budget set forth in Exhibit B-1, and Exhibit C of Attachment 1 to the MSA will not apply to this CWA or the services provided under this CWA.

## Contractor's Resources

The below table summarizes the staff Contractor intends to utilize on this engagement, the hourly rate and the anticipated average hours per week. Contractor will keep the Project Manager designated by PG&E on this task informed about weekly hours expended by individuals along with a description of activities performed as part of weekly status update meetings. Contractor shall seek affirmation from PG&E for any required staffing changes:

| Title | Name | Hourly Rate | Anticipated Weekly Hours |
|---|---|---|---|
| Principal | Arun Mani | 500 | 10 |
| Director | Matt Broida | 435 | 9 |
| Manager | David Ross | 400 | 32 |
| Manager | Gaurav Raina | 400 | 8 (As needed) |
| Manager | Dan Elmblad | 400 | 8 (As needed) |
| Senior Associate | Farbod Farzan | 325 | 40 |
| Senior Associate | Yan Charniauski | 325 | 40 |

## Other Matters

Contractor's services as described in this Scope of Work constitute an Advisory engagement conducted under the American Institute of Certified Public Accountants ("AICPA") Standards for Consulting Services. Such services are not intended to be an audit, examination, attestation, special report or agreed-upon procedures engagement as those services are defined in AICPA literature applicable to such engagements conducted by independent auditors. Accordingly, these services will not result in the issuance of a written communication to third parties by Contractor directly reporting on financial data or internal control or expressing a conclusion or any other form of assurance.

With regard to Contractor's assistance provided to PG&E under this Addendum, Counsel is responsible for:

• Determining the objectives, scope and extent of Contractor's activities and services under this CWA, which include evaluating the sufficiency and scope of the activities performed by Contractor.

• Assigning engaged, experienced and capable personnel with the knowledge and experience to successfully oversee and execute the Services, including a Project Sponsor who can monitor progress and address issues as they arise, and will

Case: 19-30088    Doc# 6794-5    Filed: 04/17/20    Entered: 04/17/20 17:43:38    Page 6 of 14

have the skills and experience necessary to effectively perform this oversight function, including but not limited to:

- Working knowledge of the subject matter, business functions, processes or divisions that are addressed by the Services; and

- Selecting appropriate assumptions, and making final decisions on the adequacy of all assumptions made during the engagement.

- Reviewing and making all final decisions regarding the purpose of the engagement, its deliverables, stakeholder involvement, resources, and reporting.

PG&E is solely responsible for the completeness and accuracy of input and resulting calculations and for the use of those calculations in any form or format and any judgments and business decisions based on its use of the Bow ties analysis that Contractor may assist PG&E with preparing. Contractor's work will be limited to assisting PG&E in collecting information, preparing analysis at PG&E's direction for PG&E's review and approval and assisting PG&E in drafting or documenting PG&E's decisions.

PG&E is solely responsible for information it includes in its RAMP filing. Contractor's assistance will be limited to helping collect, draft and prepare information at direction and approval of PG&E.

This scope of work does not require that Contractor make any legal interpretations or render any legal advice, and the parties hereby agree that in connection with Contractor's performance of the services under this engagement shall not include or be construed to include the provision by Contractor of legal advice or legal services. All legal interpretations and rendering of legal advice shall be Counsel's responsibility. Contractor will refer any such questions to Counsel.

Contractor may restrict the scope of work or withdraw from this engagement at any time if, in Contractor's sole judgment, the safety of its employees or their families is threatened.

**Miscellaneous**

This CWA constitutes the entire, final, and exclusive agreement between the parties with respect to the amendments to the CWA that are set forth herein and supersedes all other previous oral and written representations, understandings, or agreements between the parties relating to those amendments.

For the avoidance of doubt, the dispute-resolution procedures set forth in the MSA will apply to disputes between the parties under this CWA.

All disputes between the parties (whether based in contract, tort, statute, regulation, or otherwise and whether pending in court or in an arbitral forum) with respect to this Addendum shall be governed by and construed in accordance with the substantive and procedural laws of the State of California, including, without limitation, its statutes of limitations, without regard to the conflict-of-laws provisions of California or any other state or jurisdiction.

Except as otherwise provided under the MSA, neither party shall assign, transfer, delegate or subcontract this Addendum or any of its rights or obligations hereunder without the other party's

6

prior written consent, such consent not to be unreasonably withheld. Any assignment, transfer or delegation in violation hereof will be null and void.

END OF SCOPE OF WORK

7

DocuSign Envelope ID: E95A72E8-2431-46A0-A36B-0896A482254D

CWA No. C20441
Attachment 2: Subcontractor and Supplier Utilization Plan Instructions and Form (Exhibit 1/1A)
Page 1 of 6



**Pacific Gas and Electric Company**

# EXHIBIT 1
# Subcontractor and Supplier Utilization Plan Instructions   Pub. 6/13/19

Prime Contractor/Supplier shall provide a signed Subcontractor and Supplier Utilization Plan (Exhibit 1A) prior to the performance of Work with a list of all Subcontractors and Suppliers. In the event of any change in subcontractors or suppliers, Prime Contractor/Supplier shall submit an updated and signed Subcontractor and Supplier Utilization Plan (Exhibit 1A) to PG&E prior to performance of the Work.  Plan must be completed. Respond "N/A" if not applicable. See further instructions below.

**Prime Contractor/Supplier Information:**
Prime Contractor / Suppliers CPUC and Small Business Status

Indicate "yes" or "no" to indicate whether Prime Contractor / Supplier is CPUC Clearinghouse certified.  If certified please provide the Verification Order Number (VON).

To find the VON Number, access:

- CPUC Clearinghouse Database:
  https://sch.thesupplierclearinghouse.com/frontend/searchcertifieddirectory.asp

Indicate "yes" or "no" to indicate whether Prime Contractor / Supplier is Small Business certified.  If certified please provide the small business certification number.

To find out more about Small Business certification, access the following sites:

- California Department of General Services (DGS):
  http://www.dgs.ca.gov/pd/Programs/OSDS.aspx
- U.S. Small Business Administration (SBA):  https://www.sba.gov/contracting/getting-started-contractor/qualifying-small-business

Prime Contractor / Suppliers Estimated Amount to be Paid to All Subcontractors / Suppliers

Provide the estimated dollar amount to be paid to all subcontractors for the duration of the contract term by the following categories:  a) all subcontractors and suppliers b) small business certified suppliers only and c) CPUC certified businesses only.  The estimated dollar amounts may be reflected in one or more categories.

If 100 percent of the work will be self-performed by the Prime Contractor/Supplier, indicate "0" for each category.

Refer to the links above to locate potential CPUC and Small Business-certified subcontractors and suppliers.

1. **Tier Level**
   1.1.  For most Services, lower tier subcontractors are not allowed below three sub-tiers.  (Ex: Prime > Subcontractor 1 > Subcontractor 1.1> Subcontractor 1.1.1).

Case: 19-30088    Doc# 6794-5    Filed: 04/17/20    Entered: 04/17/20 17:43:38    Page 9
of 14

DocuSign Envelope ID: E95A72E8-2431-46A0-A36B-0896A482254D

CWA No. C20441
Attachment 2: Subcontractor and Supplier Utilization Plan Instructions and Form (Exhibit 1/1A)
Page 2 of 6


**Pacific Gas and
Electric Company**

# EXHIBIT 1
# Subcontractor and Supplier Utilization Plan Instructions    Pub. 6/13/19

**1.2.** Providers of Restricted Services are limited to second tier and may not subcontract the Work. Restricted Services currently includes Freight Haulers and Vegetation Management; however, this may be expanded to include others in the future. (Ex: Prime > Vegetation Management Subcontractor).

**1.3.** A 3rd-party logistics provider or qualified freight broker may be utilized to directly subcontract the Work to Freight Haulers, however, Freight Haulers may not subcontract the Work to other Freight Haulers. (Ex: Prime > Qualified Freight Broker > Freight Hauler or Prime > Freight Hauler).

**1.4.** Refer to the Allowable Tier Matrix for further detail.

**2. Subcontractors / Suppliers**

**2.1.** Provide the complete name of the Subcontractor or Supplier. Do not abbreviate - please spell out any acronyms.

**2.2.** Subcontractors (Subs) are contractors that have been retained by a primary contractor, or any subcontractor at lower tiers, to provide services on behalf of PG&E.

  **2.2.1.** A - General Engineering Contractor: A contractor whose principal contracting business is in connection with fixed works requiring specialized engineering knowledge and skill.

  **2.2.2.** B - General Building Contractor: A contractor whose principal contracting business is in connection with any structure built, being built, or to be built, for the support, shelter, and enclosure.

  **2.2.3.** C - Specialty Contractor: A contractor whose operations as such are the performance of construction work requiring special skill and whose principal contracting business involves the use of specialized building trades or crafts.

  **2.2.4.** D - Restricted Services Providers include, but are not limited to, Freight Haulers and Vegetation Management Providers.

**2.3.** Services for which Subcontractors and Suppliers shall be listed on the Exhibit 1A include, but are not limited to:

  **2.3.1.** Construction Services: All aspects of: constructing, fabricating, installing, erecting, maintaining, performing integrity digs on, and performing turnaround services on, pipelines, buildings, plants, and facilities of all types. Additionally, subcontractor team members who provide construction, general construction, heavy machinery, and other construction services will be included in this group of services.

  **2.3.2.** Industrial Service Vendors (ISV) are typically subcontracted for specializing in specific construction work scope such as hydrotesting and surveying.

  **2.3.3.** Professional and Consulting Services: Individuals who provide your company with specialized service, including but not restricted to lawyers, accountants and management consultants. Including, but not limited to environmental and land consultants, human health and risk assessment providers; other select professional services may be included, as needed.

  **2.3.4.** Niche Professional or Consulting Service: An organization that specializes or has a forte in a particular industry or field.

  **2.3.5.** Local Hire Suppliers: Select subcontractors with specific project geography support in facilitating local and/or union hiring.

Case: 19-30088    Doc# 6794-5    Filed: 04/17/20    Entered: 04/17/20 17:43:38    Page 10 of 14

DocuSign Envelope ID: E95A72E8-2431-46A0-A36B-0896A482254D

CWA No. C20441
Attachment 2: Subcontractor and Supplier Utilization Plan Instructions and Form (Exhibit 1/1A)
Page 3 of 6


**Pacific Gas and Electric Company**

# EXHIBIT 1
# Subcontractor and Supplier Utilization Plan Instructions    Pub. 6/13/19

**2.3.6.** Restricted Services: Freight Haulers (FH) are business entities operating commercial vehicle with a Gross Vehicle Weight Rating (GVWR) of 55,000 pounds or greater either for commercial or private use.

**3. Emergency Point of Contact**

3.1 Please include the best point of contact and phone number for use in the event of an emergency.

**4. Contractor's License #** and/or **Motor Carrier Permit #**
**4.1.** Provide the California Contractor's License Number of each Subcontractor or Supplier (if applicable) along with the type of License or Permit.
**4.2.** The MCP (Motor Carrier Permit) is issued to the motor carrier as evidence the carrier has registered their CA# with the DMV, as required by CVC (California Vehicle Code) Section 34620.
**4.3.** Provide the Expiration Date of the Subcontractor or Supplier's California Contractor's License or MCP.
**4.4.** Subcontractors and Suppliers may have both a California Contractor's License Number and a MCP. If this is the case, please include information for both.
**4.5.** Special Permit Requirements:

**4.5.1.** Freight Haulers needing Special Permit for transferring atypical extra wide or heavy loads and/or hazardous or flammable materials. Applicable permit retention includes but not limited to below lists.

**4.5.2.** Oversized Load - California Transportation Permit - Issued for movement of non-divisible (exceeding applicable length, width, height, or weight limit) loads, not circumventing California Vehicle Code requirements.

**4.5.3.** Hazardous Material Load - Federal Motor Carrier Safety Administration (FMCSA) requires motor carriers to obtain a Hazardous Materials Safety Permit (HMSP) prior to transporting certain highly hazardous materials.

**4.5.4.** Flammable Load - Every motor carrier who transports the following hazardous materials in California must have a hazardous materials transportation license (California Hazardous Material Transportation License) issued by California Highway Patrol.

**5. Description of Work to be Performed or Major Materials to be Supplied**
**5.1.** Provide a description of the work to be performed or major materials to be supplied by the Subcontractor or Supplier.

**6. Is excavation to be performed?**
**6.1.** Indicate whether the work to be performed by each Subcontractor or Supplier includes excavation by responding "Yes" or "No." Refer to <u>Section 4216 of the California Government Code</u> for the definition of "excavation."

**7. Gold Shovel Status**
**7.1.** Indicate the Gold Shovel Status for each Subcontractor or Supplier by responding as appropriate:
**7.2.** "N/A" for Subcontractor or Supplier who will not perform excavation work.

3

DocuSign Envelope ID: E95A72E8-2431-46A0-A36B-0896A482254D

CWA No. C20441
Attachment 2: Subcontractor and Supplier Utilization Plan Instructions and Form (Exhibit 1/1A)
Page 4 of 6


**Pacific Gas and
Electric Company**

# EXHIBIT 1
## Subcontractor and Supplier Utilization Plan Instructions   Pub. 6/13/19

**7.3.** "Active" for Subcontractor or Supplier with an active Gold Shovel Certification.

**7.4.** "Inactive" for Subcontractor or Supplier that does not have current Gold Shovel Certification. Attach an explanation to Exhibit 1A indicating when Contractor anticipates Subcontractor or Supplier will obtain Gold Shovel Certification.

**7.5.** To determine status or to find potential subcontractors, access the following site: http://www.goldshovelstandard.com.

## 8. Risk Level

**8.1.** Indicate whether each Subcontractor or Supplier will be performing low, medium, or high risk work by responding "Low", "Med", or "High". Refer to PG&E's Contractor Safety Program risk definitions at https://www.pge.com/pge_global/common/pdfs/for-our-business-partners/purchasing-program/suppliers/ContractorSafety_ProgramRequirements_Risk.pdf

## 9. ISN ID# and/or PG&E Qualified Vendor #

**9.1.** Provide ISNetworld (ISN) Identification Number of each Subcontractor or Supplier performing medium to high risk work.

**9.2.** Respond "N/A" for any Subcontractor or Supplier performing low risk work.

**9.3.** Respond "None" if Subcontractor or Supplier has not completed ISN prequalification. Attach an explanation to Exhibit 1A explaining when Contractor anticipates Subcontractor or Supplier prequalification will be complete.

**9.4.** Subcontractor or Supplier may have both an ISN ID Number and a PG&E Qualified Vendor Number. If company has both, please list ISN ID Number first.

**9.5. ISNetworld Prequalified**

**9.5.1.** Indicate whether Subcontractor or Supplier performing medium to high risk work is Prequalified in ISN by responding "Yes" or "No." Respond "N/A" for each Subcontractor or Supplier performing low risk work.

**9.5.2.** To determine prequalification status or to find potential subcontractors, access the following site: https://www.pge.com/en_US/for-our-business-partners/purchasing-program/suppliers/suppliers.page.

## 10. Union Signatory

**10.1.** Indicate whether Subcontractor or Supplier is signatory to a labor union by responding "Yes" or "No."

## 11. Signature / Attestation

Please sign, date and indicate the revision number certifying that the information provided on this form is true to the best of your knowledge. Note: The information provided may form the basis of a Statement of Record, against which PG&E may conduct an audit or review to ensure compliance.

DocuSign Envelope ID: E95A72E8-2431-46A0-A36B-0896A482254D

CWA No. C20441
Attachment 2: Subcontractor and Supplier Utilization Plan Instructions and Form (Exhibit 1/1A)
Page 5 of 6

# PG&E Allowable Subcontractor / Supplier Tier Matrix



November 2018

Rev. 3.0

**NOTES**

Subcontractors and Suppliers limited to three tiers – no lower level tier Subcontractors and Suppliers are allowed.

Contract terms must be flowed-down to Subcontractors and Suppliers, as applicable per MSA terms. PG&E must be formally notified of all Subcontractors and Suppliers being utilized.

Providers of Restricted Services are limited to first tier and may not subcontract the Work. Restricted Services currently includes Freight Haulers, however, this may be expanded to include others in the future. Prime Contractor may utilize an ISV or broker to engage multiple Freight Haulers.

Case: 19-30088   Doc# 6794-5   Filed: 04/17/20   Entered: 04/17/20 15:49:08   Page 13 of 14

CVWA No. C20441
Attachment 2: Subcontractor and Supplier Utilization Plan Instructions and Form (Exhibit 1/1A)
Page 6 of 6
Sourcing
October 2018
Page 1 of 1

# Subcontractor and Supplier Utilization Plan

**EXHIBIT 1A**

| Prime Contractor/Supplier Name: KPMG LLP | | PG&E Contract # (if any): | Contract Duration | From: | To: |
| Employer Identification # (EIN): | | Total Bid/Contract Value: | | Total Amount to be Self Performed: | |
| PG&E Project/Product: | | Is Prime Contractor/Supplier CPUC Clearinghouse Certified? | Yes | No | VON #: |
| Name of Preparer: Arun Mani | | Is Prime Contractor/Supplier a Registered Small Business Certified? | Yes | No | Small Business #: |
| Preparer E-Mail: | | Estimated Amount to be Paid to all Subcontractors (Subs) and Suppliers ($): (for the duration of the contract) | | | |
| Preparer Contact Phone: | | Subs and Suppliers: | Small Businesses: | CPUC Certified Businesses: | |

| (1) Tier Level | (2) Name of Subcontractors (s) and Supplier (s) | (3) Emergency Point of Contact / Phone # | (4) Contractor's License # / Motor Carrier Permit | | | | (5) Description of Work to be Performed or Major Materials to be Supplied | (6) Is Excavation to be Performed | (7) Gold Shovel Status | (8) Risk Level | (9) ISN ID# and/or PG&E Qualified Vendor # | (10) Union Signatory |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | License/Permit Type | License/Permit # | Expiration Date | Special Permit Required | | | | | | |
| None | | | | | | | Not Applicable | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

The information provided on this form may form the basis of a Statement of Record, against which PG&E may conduct an audit or review to ensure compliance.

Indicate All Subcontractor(s) and Supplier(s) of any tier prior to performing Work on designated project. Submit Exhibit 1A to best demonstrate your plan for the indicated services.

In the event of a change in planned Subcontractor(s) or Supplier(s) of any tier, submit a revised Exhibit 1A prior to performing the Work via the method outlined in the contract or work authorization.

Refer to Exhibit 1 for additional instructions on completing this form.

Please include additional sheets as needed.

DocuSigned by:

| (11) Signature | | Date | 2/20/2020 | Rev. #: |

I hereby certify that the information listed is true to the best of my knowledge.