# Exhibit B-6

Quanta Invoice Review Change Order



# Contract Work Authorization (CWA) Change Order

This change order to Contract Work Authorization No. 14795 (the "CWA") is issued under and pursuant to the Master Service Agreement No. 4400011340 (C73), dated January 19, 2017, as amended (the "MSA"), between KPMG LLP ("Contractor"), a Delaware limited liability partnership, and Pacific Gas and Electric Company ("PG&E"), a California corporation with its headquarters located at 77 Beale Street, San Francisco, California 94105. Contractor shall perform all Work under this CWA pursuant to and in accordance with the terms and conditions of the MSA.

| | | |
|---|---|---|
| **Contractor's Legal Name:** | KPMG LLP | **This Change Order consists of 2 pages.** |
| **Contractor's Address:** | PO Box 120001<br>Dallas, TX 75312 | |
| **Project Name**: | Quanta invoice review | |
| **Job Location**: | San Francisco and other various PG&E locations | |
| **PG&E WORK SUPERVISOR**: | Stephen Cairns | |
| **PHONE**: | 415-973-0292 | |
| **DATE PREPARED**: | | |

**CHANGES:** The Parties hereby modify the CWA as follows:

The Parties hereby modify the CWA as follows:

1. Extend the work completion or contract end date from 6/30/2019 to 6/30/2020
2. Include consultant hourly rates (see page 2) missing from prior CWA
3. Revise fee for ongoing invoice assessment work (see page 2)

Contractor's work under the CWA is subject to the applicable procedures and/or processes approved by the Bankruptcy Court in PG&E's bankruptcy proceeding (Bankruptcy Case No. 19-30088 (DM)) in the United States Bankruptcy Court, Northern District of California, San Francisco Division for the retention of counsel [outside professionals] and those procedures and processes are expressly incorporated herein, as they may be changed from time to time by the Bankruptcy Court.

**ATTACHMENTS:** The following are attached to this CWA Change Order and incorporated herein by this reference.

| **PRICING CHANGES**: | Previous Total CWA Value: | $189,000 fee + $18,900 expenses = $207,900 |
|---|---|---|
| | Addition or Deduction: | $135,000 fee + $0 expenses = $135,000 |
| | Revised Total CWA Value: | $324,000 fee + $18,900 expenses = $342,900 |

**All other terms and conditions of the CWA, as it may have been amended by previous CWA Change Order(s), if any, shall remain the same.**

**THE PARTIES, BY SIGNATURE OF THEIR AUTHORIZED REPRESENTATIVES, HEREBY AGREE TO THE TERMS OF THIS CWA CHANGE ORDER.**

| **PACIFIC GAS AND ELECTRIC COMPANY** | | **CONTRACTOR: KPMG LLP** | |
|---|---|---|---|
| **Signature** | *Stephen J Cairns* | **Signature** | *Clay Gilge* |
| **Name** | Stephen Cairns | **Name** | Clay Gilge |
| **Title** | Vice President, Internal Audit and Chief Risk Officer | **Title** | Partner |
| **Date** | March 17, 2020 | **Date** | March 17, 2020 |



| ADMINISTRATION | | | |
|---|---|---|---|
| **PG&E Negotiator** | | **Contractor Representative** | Clay Gilge |
| **Phone** | | **Phone** | 206.851.2655 |
| **Email:** | | **Email:** | cgilge@kpmg.com |
| **Accounting Reference** | Invoices should be sent to PG&E Law Department Finance Group, P. O. Box 7133, San Francisco, CA 94120 or emailed to GenlCnslLawPaymentProcessingGroup@pge.com. | | |

| INTERNAL PG&E USE ONLY | |
|---|---|
| **Distribution Date** | |
| **Distribution of Copies:** | ☐ Document Services (Signed Original Copy) Mail Code N5D 245 MARKET ST., SAN FRANCISCO — ☐ Contractor (Signed Original Copy) |
| | ☐ Work Supervisor — ☐ Manager |
| | ☐ Invoice Approver — ☐ Supervisor |
| | ☐ V.P. — ☐ Sourcing/ Purchasing |
| | ☐ Director — ☐ Law |

**Change Order request:**
The requested amount of $135,000 is for the following tasks outlined in the original CWA:
- Testing of five sampled invoice sets to identify non-compliant transactions and process improvement opportunities.
- Review supporting documents provided by Quanta to resolve the questioned/non-compliant costs, including PAR Electric's certified payroll documents, justification for misalignment of hours between LM&E sheets and certified payroll, and documentation to support non-IBEW labor costs and duplicate transactions.
- Summarize assessment findings schedule, include sampled and tested costs, costs recovered to-date, projected or potentially recoverable costs, and costs associated with the lack of implementation of the processes outlined in the contract.
- Discuss findings with PG&E leadership and identify next steps.

**Consultant hourly rates:**
Principal/Managing Director = $500
Director = $435
Manager = $400
Senior Associate = $325
Associate = $275
Analyst = $135

**Internal**

Case: 19-30088    Doc# 6794-7    Filed: 04/17/20    Entered: 04/17/20 17:43:38    Page 3 of 3