# Exhibit E: April 4, 2020 Telephonic Town Hall Transcript

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:                    ) Bankruptcy Case
                          ) No. 19-30088-DM
PG&E CORPORATION,          )
and                       ) Chapter 11
                          )
                          ) Jointly Administered
PACIFIC GAS AND ELECTRIC       )
COMPANY,                  )
                          )
Debtors.                  )

**************************************
TELEPHONIC town hall
APRIL 4, 2020
**************************************

1       MR. WATTS:  This is Mikal Watts, and I
2    want to thank you for participating in our live
3    telephonic town hall.  We've done approximately 24
4    in-person town hall meetings, but because of the
5    coronavirus, it's necessary for us to adapt a new
6    technology to be able to do these telephonically.  This
7    is the third such meeting we've had.  We had one last
8    Saturday.  We had one Wednesday night.  And today we'll
9    do our third one.  But you can count your calendars,
10   every Saturday after this until the vote is over, and
11   that would be April 11th, April 18, April 25, May 2,
12   May 9, and the last day of voting is May 15, we'll
13   have a town hall that day as well.  All of them will be
14   at noon Pacific Daylight Time.
15       So feel free to tell all your friends,
16   whether or not they are Watts Guerra clients or Joe
17   Earley clients or Roy Miller clients or just not
18   represented at all, that everybody in the public is
19   welcome in these town halls.  This is our effort to get
20   the information out with respect to this settlement so
21   that people can appropriately make their vote as to
22   whether they wish to participate.
23       Under the bankruptcy rules, two-thirds of
24   the votes cast need to be in favor of the plan for it to
25   proceed forward for confirmation.  The deadline is

1    May 15 of 2020, so make sure you get your ballots in
2    prior to the deadline.
3        With me here today are two attorneys with
4    whom I've worked carefully.  One is Roy Miller in the
5    Santa Rosa area.  The other is Joe Earley in the
6    Paradise area.  And I'd like each of them to talk to you
7    first.
8        Roy, are you on the line?
9        MR. MILLER:  I am.
10       Good afternoon, everyone.  Probably a good
11   number of you are clients of mine.  Some of you are
12   Paradise clients of Joe.  And for the last two plus
13   years we've been trying to help you through not just the
14   PG&E claims process, but the insurance and rebuilding
15   process, if you're clients of mine.
16       I understand that this whole layered
17   bankruptcy thing on top of a very complex tort case has
18   been stressful for everybody.  There is a lot of
19   information.  And so what we're doing is our best to
20   organize that information to you and get it to you in as
21   efficient a way as possible and then answering any
22   questions that you have.  Mikal will be taking questions
23   after the call.  Clients of mine can always reach me via
24   phone and e-mail and make sure that all of your
25   questions get answered so you can make an informed

1    decision.
2        Thank you.
3        MR. WATTS:  Thank you, Roy.
4        Joe, are you on the line?
5        MR. EARLEY:  I am.
6        MR. WATTS:  Joe, go ahead.
7        MR. EARLEY:  Yeah, I want to take a second
8    to lay out a little bit of background and put in context
9    where your part in this and your contribution to this
10   effort.  So I want to let people know that don't know
11   this, when I had lost everything in the fire, I mean, I
12   was in a horrible place, frustrated and angry,
13   devastated, just like probably most of the people on
14   this line were.  I felt like I needed to do something.
15       So when I was contacted by Watts Guerra
16   and Mauro Archer and them and asked to join the group,
17   because I happen to be a practicing lawyer as well, I
18   saw that you guys were doing a really good job with your
19   people in North Bay.  You had a very good reputation.
20   So we talked at length about these things, and I felt
21   really comfortable.  Your people were happy, and it just
22   seemed like I could really contribute something here,
23   that, you know, I made this one request and that's --
24   because I have lived in Paradise.  I'm going to live in
25   Paradise again.  I'm going to probably die in Paradise.

Case: 19-30088    Doc# 6799-2    Filed: 04/20/20    Entered: 04/20/20 09:16:03    Page 1
of 46

1  It's really important that I'm involved at every level.
2        And I've listened to the concerns of my
3  community or this -- because you're all a big firm and
4  you do a lot of big cases.  It's really important to me.
5        So, anyway, you guys agreed, and it's made
6  me very happy.  You've been true to your word, and I
7  really appreciate that.  I feel like you've really
8  listened to what I've had to say and you respect our
9  community.  I know it's a big project and not everything
10  goes perfect, but you guys are always trying to bust
11  your tails to resolve any issues that I've bring up.  I
12  really appreciate that, and I think that our clients
13  need to know this.
14        So, anyways, many issues have come up,
15  before and after the bankruptcy.  Mikal has
16  always stayed on top of things, and he's always had a
17  good idea about how to deal with the various issues and,
18  really, what was underlying the issue so they could be
19  solved.  So with FEMA and Cal OES, they wanted to
20  plunder our fund, you know, people were screaming, well,
21  I am not going to vote for this.  When PG&E said it
22  wanted to pay its criminal penalties from our funds,
23  people were screaming, I won't vote for this.
24        And Mikal would tell me, don't worry,
25  we're negotiating.  It's not going to be a problem.

1  Just trust me, we're on top of it.  And every single
2  time Mikal has been right.  He's always known what's
3  going on.  He's always been on top of it.  So it seems
4  like something comes up every week.
5        So this week, you know, it's the TCC
6  concerns that, you know, some people are up in arms
7  about.  And when Mikal tells me don't worry, not going
8  to be a problem, I know he knows what he's talking
9  about.  So by next week there will be something else,
10  and this will be over and there will be something else.
11  It's going to be all the rage.  We'll deal with that.
12  We'll deal with every issue as they come up.
13        So my plan, trust Mikal.  We're going to
14  move forward on this plan, in my mind.  We're going to
15  get ready to get our claims processed, I'm confident.
16        But there is one final thing I want to
17  talk about, and that's this people are accusing us of
18  rushing people to vote right away, like there's some
19  kind of sneaky motive or something.  The truth is that
20  we've been inundated, just absolutely slammed with
21  requests by our clients to get their voting in now.
22  This is really important, in their view.  It's been
23  overwhelming.  People can always wait, if they want.
24  We'll let anybody wait.  But so many people don't want
25  to wait.  They want this deal done now so they can move

1  forward and not wait around forever to get that going.
2  I've talked to these people.  Their lives are destroyed,
3  and we need to help them as soon as we can.  We've got
4  the plan to do it.
5        So, anyway, that's all I've got to say
6  about that.  And thank you, Mikal, very much.
7        MR. WATTS:  Thank you, Joe.
8        And thank you for everybody getting on on
9  a Saturday.  We've got thousands of people on the line.
10  And my job for the time that we're on the line is to
11  give you as much information as I can so that you can
12  make an appropriate decision.
13        One of the things that we've done is we've
14  created a website called firesettlementfacts.com and
15  we've put a lot of time and there's a lot of videos that
16  are already on there, a lot of information that we just
17  filmed that we'll continue to add.  And this will be a
18  process where we'll continue to add information, that
19  you can go to this website firesettlementfacts.com to
20  learn why it is that I'm recommending that you vote for
21  the plan.
22        So let me just kind of tell you generally
23  why it is that I recommend that the fire victims vote
24  for this plan.  Now, I want to be honest.  I was in the
25  negotiation rooms negotiating this deal with the equity

1  participants who are putting up the tens of billions of
2  dollars it takes to bring PG&E out of bankruptcy to pay
3  all of its debts, to pay all of the fire victims.  This
4  is a plan that I negotiated.  I stand by it.  I think
5  it's in the best interest of the fire victims.  I now
6  want to explain to you why.
7        First, $13 and a half billion will help
8  rebuild your communities now.  Whether it's our friends
9  and neighbors in Paradise or our friends and neighbors
10  in the North Bay and the surrounding communities, a lot
11  of you were uninsured or underinsured.  Everybody
12  learned about the fact that you thought you were going
13  to get enough insurance to rebuild your homes, and
14  you're learning about when thousands of homes are burned
15  down at once, because of supply and demand, the cost to
16  replace those homes is much higher than the value of
17  them the day before the fire.  Therefore, this lawsuit
18  against PG&E is the only way that we can rebuild our
19  homes and businesses, but you must act now.
20        In order for PG&E to participate in this
21  new 20.5-billion-dollar risk pool to pay for any future
22  wildfire liabilities, they've got to meet a deadline of
23  June 30, 2020.  It was set by the state legislature in
24  AB-1054.  If PG&E doesn't meet that deadline, then we
25  don't have a plan.  The legislature included this very

Case: 19-30088   Doc# 6799-2   Filed: 04/20/20   Entered: 04/20/20 09:16:03   Page 2
of 46

1 deadline to allow fire victims to put pressure on PG&E
2 during the bankruptcy. This was necessary because most
3 large corporate bankruptcies take many years of
4 litigation before victims are paid. Even then, they
5 only get a small percentage of what they're actually
6 owed.
7           Let me give you three examples. The Dow
8 Corning's bankruptcy took nine years before breast
9 implant victims were paid only a portion of their
10 claims. Victims of Enron fraud, once it took
11 bankruptcy, waited eight years before they were paid
12 less than ten percent of their losses. There are plenty
13 other examples in the asbestos context.
14           Bankruptcy court traditionally takes many,
15 many years. It's being accelerated here because of the
16 deadline that the California legislature put in on June
17 30th. That is the primary reason that we had the
18 leverage to force PG&E to offer to pay us $13 and a half
19 billion. But if victims reject this 13.5-million-dollar
20 settlement, we'll be in the same boat as the folks that
21 tried to recover from Dow or Enron. No payments were
22 made for years. You'll get very little compared to the
23 13 and a half that's been agreed to.
24           I want to emphasize that point very
25 clearly. There are all sorts of deals that have been

1 struck that have achieved value that's left to be
2 available for the fire victims. I want to give you just
3 several examples.
4           No. 1, the insurance companies that paid
5 to rebuild a lot of these homes have paid over $15 and a
6 half billion. There's about 3.7 billion they have still
7 to pay. They're saying that they paid out $20 billion,
8 and they want their $20 billion back. Through strenuous
9 negotiation with these subrogation carriers, they agreed
10 to take $11 billion. That achieved $9 billion of extra
11 value that was available for the fire victims.
12 Likewise, there is a billion-dollar settlement that was
13 negotiated with the local municipalities and counties,
14 including the counties that we're talking about here.
15 Those were settled for $1 billion. Those claims are
16 worth $3 billion. That settlement achieved $2 billion
17 in value that was available to fire victims.
18           There is also a tax treatment, it's called
19 NOLs, net operating losses. There is a particular issue
20 in the tax code that says, look, as long as the company
21 is, in effect, reformulated by the same entity, they can
22 take advantage of those NOLs. About $7 and a half
23 billion that has been contributed by PG&E into the
24 estate to help do the things that are necessary to pay
25 everybody.

1 If this deal doesn't go under, by
2 agreement with the Governor, PG&E is going to be sold
3 off to other people. Now, what we're going to get for
4 it is a wholly different question in the world of a
5 coronavirus recession. But regardless of the sales
6 price, of the sell-off of PG&E, that $7 and a half
7 billion in value is lost. So you take 9 billion in new
8 claims from the insurers, 2 billion in new claims from
9 the local cities and counties, and a loss of $7 and a
10 half billion. Any subsequent deal has got to find a
11 massive amount of money before we're even back to where
12 we are now, and I'm here to tell you, I don't see a way
13 that that's ever going to happen.
14           So we have the delay problem. We have the
15 idea that if this deal is voted down, you got to come up
16 with 12, 15, $16 billion in new value just to get back
17 to where we are; and that is while taking on the risk of
18 future wildfires, because we'll no longer have the
19 AB-1054 20.5-billion-dollar fund.
20           I don't believe that the people of
21 Paradise can wait for years to rebuild their houses. I
22 fear if they do, it will never happen. Accepting this
23 settlement is the only way to make certain that
24 rebuilding happens within a reasonable period of time.
25           Secondly, the reality is this is the only

1 option on the table. There is no Plan B. There is no
2 other viable alternative available. No matter what
3 you're hearing from others, there's simply no other
4 party out there that has the ability to put up the
5 money. Let me talk to you about the options.
6           At one time the Tort Claims Committee had
7 cut a tentative deal with the bondholders. They said
8 they were going to put up all this money. The bottom
9 line is is that they disappeared. It seems as if their
10 involvement in late 2019 was solely to apply leverage to
11 require PG&E to pay them a higher rate of interest on
12 their bonds. They've since pulled that offer. They've
13 gone on to other things. What's worse, they were given
14 the option to participate in the equity financing of the
15 present deal, but when they were invited to do so, they
16 just went away. They're not involved anymore. So
17 they're not a viable alternative.
18           The second option I hear about is, well,
19 if we reject this settlement, we could get paid by the
20 State of California when it takes over the company. But
21 that's not true, either. There is a bill by Senator
22 Wiener that was filed in the California Senate that
23 would have resulted in a State takeover. But, for
24 whatever reason, Governor Newsom declined to officially
25 support this bill that would call for a State takeover

Worldwide Court Reporters, Inc.
(800) 745-1101

Case: 19-30088    Doc# 6799-2    Filed: 04/20/20    Entered: 04/20/20 09:16:03    Page 3
of 46

1   of PG&E.  And, more recently, after using that as kind
2   of a negotiation lever to extract valuable financial
3   concessions from the company, he came out in support of
4   this amended plan, this 13.5-billion-dollar settlement
5   instead.
6         Are there any other investors?  After all,
7   if the deal doesn't go through, then the agreement with
8   the Governor says it's got to be sold off.  There are no
9   other investors that wish to buy PG&E now, in the midst
10  of the recent stock market crash caused by the COVID-19
11  pandemic.  Nobody's lined up.  So if we reject this
12  settlement, there is no Plan B out there that's ready to
13  provide the money it would take to pay the wildfire
14  victims.  Again, there is no other deal on the table.
15        And, finally, this is something that I
16  think California should be proud of.  The deal mandates
17  safety improvements by PG&E and is supported by
18  California's Governor.  Governor Newsom drove a hard
19  bargain.  He negotiated the deal with PG&E that requires
20  the replacement of most of the members of the board of
21  directors.  Almost everybody that was there during the
22  fire is not there anymore.  He mandated
23  multibillion-dollar investments in grid hardening to
24  prevent future wildfires.  And the amount of money that
25  PG&E was spending on grid hardening versus what it's

1   going to have to spend over the next few years is just a
2   massive difference, massive difference, because Governor
3   Newsom wants to make certain this doesn't happen again.
4        Part of the way that he's achieved that
5   through the negotiation the company agreed to, he's
6   objectively defined safety requirements that the company
7   must meet by date certain, or it risks losing its
8   license to deliver electricity in Northern California.
9   Moreover, in order to make those costs as rate neutral
10  as possible for the rate payers, the agreement prevents
11  PG&E from using money to pay dividends for the next
12  three years.  So I think the company that's going to
13  come out is going to be a very different company that
14  went into bankruptcy.  Old PG&E destroyed your
15  communities is now in the history books.  New PG&E is
16  statutorily required by the deal with the Governor to
17  put its focus on safety and put people before profits
18  while they're rebuilding your homes.
19        So those are the three primary reasons
20  that I'm suggesting that you vote for it, though I want
21  to address some of the information that's been put out
22  in the literature and on social media about why you
23  shouldn't.  As Joe mentioned, there was this question
24  about whether or not victims are going to have to pay
25  the fine that PG&E has to pay in order to, you know,

1   plead guilty to 84 counts of manslaughter.  I can tell
2   you that the Butte County District Attorney offered to
3   indict PG&E for the lesser crime of arson if it would
4   just pay Butte County $200 billion extra.  Because that
5   high fine would reduce the funds available to the
6   victims, PG&E agreed to plead guilty to the more serious
7   crime of involuntary manslaughter, which carried only a
8   maximum fine of $3.48 million.
9        Now, since that happened, there was a big
10  article, as Joe mentioned, oh, my gosh, PG&E's asking
11  the victims to pay its fine.  That's not true.  What
12  happened was is the lawyers that were not named Mikal
13  Watts negotiated a deal with the bondholders last
14  summer, and it called for all the fines and penalties to
15  go into the victims' fund.  And I'm not critical of
16  that.  They were trying to get the money as high as they
17  could, with the idea that we could beat down the fines
18  and penalties, like what just happened here.
19  $200 million became $3.48 million.  But $1 of victims
20  paying for PG&E's fine for burning down its homes there
21  in the Camp Fire is too much.  I worked with PG&E, the
22  equity participants, the subrogation people, and they
23  have reached an agreement that none of that fine, not
24  one penny of that fine will be paid from the $13 and a
25  half billion to be placed into the fire victims' trust.

1        Secondly, as Joe mentioned, the original
2   big criticism of this plan is, wait a minute, it's a
3   13-and-a-half-billion-dollar fund, but FEMA has made a
4   claim for $3.9 billion.  The California Office of
5   Emergency Services made a claim for $2.4 billion.  You
6   add that together, that's over $6.3 billion.  There is
7   several hundred million dollars in claims from other
8   state and federal agencies.  What did you do?  The
9   government is going to take all the money back.  Again,
10  we asked for your patience.
11        I've been in more mediations about this
12  issue over the last six months than I would care to
13  admit to.  But the bottom line is all of those claims
14  from FEMA have been subordinated, which means they're
15  not paid until every fire victim is fully paid.  We sat
16  in the room and we explained to them, this means you're
17  not likely to get paid at all, and they understood it.
18  And FEMA did the right thing.  That was after making a
19  ridiculous claim on our money, they agreed to get in the
20  back of the line to allow victims to be paid first.
21  That had the corollary benefit of taking $3.9 billion in
22  claims and pushing it off the table.  But it's also
23  under what's called the Stafford Act meant that the
24  California Office of Emergency Services no longer had to
25  claim its $2.4 billion.  And Cal OES waived its claim,

Worldwide Court Reporters, Inc.
(800) 745-1101

1    meaning it will not get one dime from the fire victims'
2    fund.
3            So these criticisms that we've got these
4    massive governmental claims are going to be pulled out
5    of the fund is just not true. There have been other
6    settlements from other federal agencies where the
7    agencies have agreed to take it not from the
8    13.5-billion-dollar fund, but from interest and stock
9    appreciation or from lawsuits that we're going to bring
10   against third parties in the future. So it's kind of a
11   contingent recovery, but it will not come from the
12   victims' 13.5-billion-dollar fund.
13           Lastly, the big criticism I hear is how
14   can you ever require me to take shares in the company
15   that burned down my house? The answer is we're not
16   requiring you to do that. Let me put it clearly. No
17   victim is going to be required to take stock in PG&E,
18   but you will have the option. Let me explain how
19   that works. The $13.5 billion is paid one half in cash
20   and one half in stock. $6.75 billion in cash. There
21   are three payments, $5.4 billion on the effective date,
22   $700 million on January the 15th of 2021, and
23   650 million on January the 15th of 2022. To ensure that
24   those future payments are going to be made regardless of
25   what happens to PG&E, we made them spread the risk.

1            So they collected $12 billion in financial
2    backstop commitments from some of the largest financial
3    institutions across the United States of America. We
4    required PG&E to obtain these backstops as sort of an
5    insurance policy to make certain that all of these cash
6    payments that are owed would, in fact, be made
7    regardless of what happens to PG&E's finances in the
8    future. And that's important, because the company has
9    almost $60 billion in debt to take care of in this
10   bankruptcy, and they didn't have enough money. So what
11   did we also do?
12           It's not like we chose to take stock
13   because we wanted it. We took all the cash that was
14   available. We didn't guess. We hired sophisticated
15   financial analysts who consulted in both the Tort Claims
16   Committee and the lawyers representing all the people,
17   the so-called consenting fire claimant professionals.
18   But because they had all that debt, we required in
19   addition that the holders of PG&E stock give the fire
20   victims part of their ownership stake in PG&E. As a
21   result, the fire victims' trust will receive at least
22   22.4 percent of the new PG&E equity, which will then be
23   liquidated or sold off to pay the fire victims in cash.
24   We talked to a bunch of sophisticated financial analysts
25   who agree that the company's future projected earnings

1    suggest that this value of stock could rise
2    significantly.
3            I'm not going to sit here and tell you
4    that Mikal Watts is a genius on stock appreciation. I'm
5    not. But I've talked to a bunch of people that are. We
6    hope that the trust one day will be worth more than
7    $13.5 billion. It's interesting to me that
8    organizations, California state agencies have agreed to
9    wait on their payment and will only be paid if the stock
10   appreciates. Why do you think they agreed to do that?
11   Because they think the stock will appreciate. Now,
12   whether and how much the stock appreciates, we'll have
13   to wait for the future, but right now the answer is no
14   one is required to take stock in this company.
15           Now, what I'd like to do, and then I'm
16   going to open this up for questions, is address several
17   things that happened this week. First, there was an
18   announcement with respect to this CPUC fine of
19   $200 million. Again, folks that negotiated with the
20   bondholders long before I got involved put together a
21   deal, $13 and a half million stock, cash, out of which
22   fines and penalties come. The company negotiated a fine
23   with the CPUC for about $1.68 billion that would be
24   funded not out of our trust, but out of future
25   investments, accelerated investments. So that was good.

1            We got thrown a little curve ball about a
2    month ago when CPUC raised that by $462 million, which
3    included the 200-million-dollar fine, which technically
4    at the time said it should have come out of the fire
5    victims' trust. Now, of course, I called folks at the
6    equity and said, that's never going to work, nobody is
7    going to vote for that. And so what has happened since
8    then?
9            No. 1, PG&E, at our suggestion, filed an
10   appeal of this fine itself, arguing that the very
11   existence of the fine imperils the viability of the
12   bankruptcy exit plan, which was not CPUC's intent.
13   Secondly, the Tort Claims Committee has either filed
14   papers or is about to that joins in PG&E's position,
15   asking that the fine be rescinded or tabled. And,
16   thirdly, we've already made substantial progress in that
17   regard. CPUC Commissioner Clifford Rechtschaffen issued
18   a notice just days ago where he spent five pages making
19   the case to the other commissioners about why the CPUC
20   should, in effect, rescind the fine altogether, and so
21   that's very good news.
22           And, basically, part of what he said is I
23   want you to permanently suspend it, quote, this is
24   appropriate due to the unique situation of PG&E's
25   bankruptcy, its indebtedness to hundreds of wildfire

Case: 19-30088    Doc# 6799-2    Filed: 04/20/20    Entered: 04/20/20 09:16:03    Page 5
of 46

1  claimants for loss of life, property, and the current
2  upheaval in the financial markets.
3        Putting that in regular English, they
4  screwed up making this fine. They shouldn't have made
5  it. They thought it would be a good way to look tough
6  and it does, but the bottom line is because of the
7  agreements with the financial backstop partners, it
8  would have been a death knell to this deal. And now
9  they're backing off, appropriately, with help from the
10 State of California.
11       Now, the last issue. I've talked about
12 this Camp Fire fine, these 84 counts of involuntary
13 manslaughter, and I just want to revisit one thing. The
14 way that's going to be paid is not from the trust, even
15 though the trust says it should be paid from the trust.
16 We knew that would be a big deal, if one penny was paid
17 from the trust. So what happened is over the weekend
18 between March the 27th and March the 30th a bunch of
19 people put their heads together, and the subrogation
20 carriers that are to be paid $11 billion agreed to wait,
21 and the interest on that $11 billion during that period
22 of time generates enough cash to cover the $4 million in
23 fines and expenses associated with the plea agreement
24 with the Butte County District Attorney. And PG&E has
25 put out a promise in terms of a press release, and it's

1  been accepted by the District Attorney. It is that its
2  fine will not reduce the amount of funds available to
3  satisfy wildfire victims' funds. Instead, that
4  4 million will be funded to the trust and paid from
5  income earned on the distribution to be made to the
6  subrogation claimants under the plan. As a result,
7  there will be no reduction in the amount available for
8  wildfire victims.
9        One last issue, and then I'm going to open
10 it up for questions. If you have a question, you need
11 to type in star 3. And the technology is a little
12 different this week. Last week, when you typed in star
13 3, I could actually hear your voice. This week, because
14 we opened this up to a public forum, I called a bunch of
15 my clients, but other individuals are calling in to
16 participate. So I think what's going to happen is we
17 have a moderator named Sam Roeker who will read the
18 questions off to me, and then I will answer them to the
19 best of my ability. So star 3, if you have questions,
20 call in and make your questions; and then Mr. Roeker in
21 a minute will start feeding them to me, and we will stay
22 on this line for the next 90 minutes while I answer as
23 many questions as I can in the two hours that we've
24 purchased this technology for.
25       And anything we don't get to, I want you

1  to, in effect, e-mail us. If you're a client from the
2  Camp Fire, e-mail chico@wattsguerra.com. If you're a
3  client from the North Bay area, e-mail us at
4  santarosa@wattsguerra.com. And if you're not a client,
5  I want to divide it up into two ways. I'm happy to take
6  questions from unrepresented persons. If you're
7  represented by another lawyer, I'm not allowed under the
8  rules to talk to you. And you called into this, and
9  there is no way I can stop it and make it an open town
10 hall, I'm happy that you're listening, but I cannot
11 answer your question. You need to go to your own lawyer
12 and get your questions answered there.
13       But last issues about what happened last
14 week that Joe promised that I would address it. Why the
15 resignations from the TCC. There are three individuals
16 who have resigned: Adolfo Veronese, Kirk Trostle and
17 Karen Gowins. These are represented -- Mr. Veronese is
18 represented by a lawyer named Francis Scarpulla and
19 Jeremiah Hallisey. I have the utmost respect for these
20 two gentlemen, but it would be fair to say that they
21 prefer to deal with the bondholders as opposed to the
22 present deal.
23       Mr. Trostle is a fine individual. I've
24 met him. I respect him. He's represented by a fine
25 lawyer named Tom Tosdale, and I'm going to address why

1  he dropped out in a second.
2        And then most recently, Karen Gowins who
3  is represented by two dear friends of mine, Steve and
4  Bonnie Kane. Good lawyers.
5        So why did they resign? Well, let me
6  explain what happened. The TCC, or the Tort Claims
7  Committee, has a law firm known as BakerHostetler.
8  They're bankruptcy specialists. They got over a
9  thousand lawyers. And they're good. They've done a
10 good job. I have no criticism of the BakerHostetler
11 firm. But as I am told, the BakerHostetler firm
12 representing the members of the TCC wrote a letter to
13 the members of the TCC basically telling them they
14 couldn't talk, and so they resigned so that they could
15 talk.
16       Mr. Trostle's letter was addressed to the
17 Assistant United States Trustee Timothy Laffredi on
18 March the 24th of 2020. Some of what Mr. Trostle said
19 was as follows: First, I've been advised by TCC counsel
20 I am restrained from exercising my First Amendment right
21 as a Camp Fire minor. Second, their opinion is I as a
22 TCC member cannot encourage fire victims how to vote on
23 the plan without violating my fiduciary duties,
24 regardless of whether my comments were made as a private
25 individual. Third, as a result of the TCC counsel's

Worldwide Court Reporters, Inc.
(800) 745-1101

1 opinion of exercising my Constitutional right as a
2 private citizen and fire victim conflicts with my
3 membership on the TCC, I immediately withdraw from my
4 position on the official committee of tort claimants.
5 Fourth, this resignation will allow me to remove the
6 chains our TCC counsel's opinion has put on me so I can
7 freely and publicly advocate in the firm victims' best
8 interests.
9         So there was a letter written by the
10 lawyer to the client. The client didn't like it. They
11 wanted to be able to talk. And I have no criticism with
12 respect to the folks that resigned so they can talk.
13 Frankly, their work is done. We're in the midst of the
14 vote. We still have eight of the 11 Tort Claim
15 Committee members, and all 13 of 13 consenting fire
16 claimants professionals, all of whom signed the
17 settlement agreement that we're talking about here,
18 those fire claimant professionals represent well over
19 two-thirds of the fire victims, and they're all still
20 working diligently, advocating for the passage of this
21 plan.
22         Now, you heard an article this week that
23 says some people are against the plan, some people are
24 for it. Well, that's what democracy is about, and
25 democracy is no less alive and well in the bankruptcy

1 court. Again, under the United States code, two-thirds
2 of the fire victims who vote have to vote to support the
3 plan for it to be confirmed. And so I've told you there
4 is a couple of lawyers representing folks that preferred
5 the bond deal. The bond deal is gone, and I don't know
6 what -- how more specifically we can describe to them
7 that the bond deal is in the ashes of history.
8         They're trying to resurrect it. They're
9 trying to tell people, oh, my gosh, just vote no on
10 this. There is going to be something else out there.
11 But I just don't buy it because the bond deal has been
12 gone for months. There was a Wall Street Journal
13 article on April the 1st. The title was "PG&E Fire
14 Victims Agitate Against Deal to Exit Bankruptcy." I
15 read that title and I thought it was an April Fool's
16 joke because it quoted one person who was against it and
17 one lawyer who was for it, Mike Danko, representing
18 6,600 fire victims who was quoted that he expects most
19 of his clients will vote in support of the plan.
20         Mr. Danko was quoted in the Wall Street
21 Journal article, quote, A no vote sort of means
22 thermonuclear meltdown. There is no Plan B, close
23 quote.
24         And Danko is right. This is a choice
25 about whether or not a plan that pays $13.5 billion is

1 one that's going to rebuild homes, rebuild people's
2 lives in 2020 and '21, or whether we are going to resume
3 litigation that lasts for years, take on the liabilities
4 of maybe PG&E becomes defunct because of another fire
5 because there is no protection from AB-1054, and hope
6 that we can get something more later despite the fact
7 that the math shows that there's $9 billion of future
8 liabilities from subro, $2 billion or more liabilities
9 from local governments, a lost NOL of $7.5 billion. And
10 that money, that 18-and-a-half-billion dollars has got
11 to be made up somewhere before fire victims get back to
12 where they are now. I'm just telling you, I don't
13 believe it's there.
14         Two days later Bloomberg wrote an article,
15 and they basically wanted to know whether the lawyers
16 representing the fire victims actually support the plan
17 in light of these bombs that are being thrown off by
18 these TCC resignations. And the bottom line is this
19 Scott Deveau in Bloomberg says PG&E's plan has broad
20 support from fire victims, their lawyers say.
21         They called me and they said, hey, how
22 many clients do you have?
23         I said, 18,000.
24         How many have voted? This was several
25 days ago.

1         9,000.
2         How are they voting?
3         Nearly unanimously in favor of the plan.
4 Less than a hundred have voted no.
5         Now, that number is now approaching
6 11,000. And I'm happy that my clients are voting
7 because I believe the plan is appropriate, but again,
8 I'm not telling anybody you got to vote now. I think
9 you should, but if you want to wait till the last day
10 with the consequent risk of your vote not counting, do
11 it at your own peril.
12         The firm with the second largest number of
13 cases is the Singleton Law Firm. They've got about
14 7,000 clients. Bloomberg quoted Mr. Singleton as saying
15 the vast majority of his clients solidly back the plan.
16 Quote, So far the response has been overwhelming. None
17 of the alternatives are close to what this is offering.
18 There is no reason to believe that they would get more
19 money if they reject the deal, says this lawyer that
20 represents 7,000 people.
21         Again, Mike Danko, who was quoted in the
22 Wall Street Journal, represents 6,000 people, said
23 he's anticipating most of his clients will support the
24 plan.
25         Jim Frantz, who represents over 5,000

Worldwide Court Reporters, Inc.
(800) 745-1101

1  victims, was quoted as saying almost all of his clients
2  support the deal. This is not a perfect solution, but
3  this is as perfect as it's going to get.
4        And, finally, an attorney Richard
5  Bridgford represents 4,300 people in the plan, says he
6  believes his clients will vote overwhelmingly for the
7  plan.
8        Now, the last thing I want to address
9  before we open it up for questions is this: The TCC
10 filed a paper earlier this week raising certain issues,
11 and I want to address those issues because I think it's
12 fine that they did that. And, again, I have no
13 criticism of what the TCC is doing. They're doing the
14 very best that they can. The members are doing the very
15 best that they can. But the bottom line is is that
16 everybody is trying to optimize this deal. And so
17 there's all sorts of work going on.
18        The mediator who helped put this deal
19 together is very much still involved in trying to
20 optimize this deal to make it better. All of the things
21 that happened with respect to these fines no longer
22 being part of the 13.5-billion-dollar fund have been
23 things that have been done in the last several weeks to
24 improve the deal. This is stuff that didn't have to
25 happen. It happened because both our lawyers for the

1  fire victims and lawyers for the other side are trying
2  to make this as palatable as they can so that people
3  will make the right decision.
4        So with all that said, what I'd like to do
5  is this: Again, you can press star 3. If you press
6  star 3, you're going to get the ability to type in a
7  question. Sam is going to read that question off. And
8  then we'll see where this goes from the standpoint of me
9  trying to get you answers to all the questions that you
10 have.
11        Sam, do you want to start with the
12 questions, please?
13        MR. ROECKER: Yeah, of course. Like Mikal
14 said, it's star 3, if you have a question you'd like to
15 ask. We've got a lot of people listening either on
16 Facebook or the website, too. So if you're on one of
17 those, feel free to type it in, and we'll get to as many
18 of these as we can on today's call.
19        I'm going to read our first one. Ed asks,
20 why would we accept part of the 13.5-billion-dollar
21 settlement in stock which can fluctuate? Why not all
22 cash?
23        MR. WATTS: Ed, thank you for your
24 question. I think I've partially answered it, but let
25 me try again. No. 1, we took all the cash that was

1  available. I think that everybody on the TCC will tell
2  you that we had a very sophisticated group of financial
3  analysts from the Lincoln Group that we didn't just take
4  their word for it about what the debts were, what the
5  responsibilities were. They had financial analysts. We
6  had financial analysts. Those guys would take all sorts
7  of meetings between themselves to make sure that they
8  agreed with respect to what the debts were. So we took
9  all the money that was available, but it still wasn't
10 enough and we said it wasn't enough, so we want part of
11 your shares in the company.
12        Now, I'm getting asked a lot, if the stock
13 is being put into the victims' trust, worth suggest
14 $6.75 billion in value. The truth is that the recent
15 stock market volatility has raised a number of questions
16 about the value of stock in any company. But a
17 substantial margin of safety was built into the
18 agreement that we negotiated with PG&E. First, the
19 amount of the stock that at least 22.4 percent is being
20 placed into the trust is based on a valuation that is
21 meaningfully below the fair value of other major
22 utilities.
23        Now, that's important because, as I
24 understand it, there is a -- there is a -- an index
25 called the utility index. And before the last couple of

1  months, the utility index trades at about 22 times
2  earnings. For some reason, PG&E has always traded at a
3  discount, and that's because of California's unique
4  regulatory construct that creates more liabilities for
5  wildfires. I can tell you that because of AB-1054,
6  that's going to substantially increase the earnings
7  multiple valuation for California utility generally.
8        Now, of course, you've got to get PG&E out
9  of bankruptcy, and that's going to mean that there is a
10 lot of depression in the trading value until this deal
11 gets voted on. If the deal gets voted on and PG&E exits
12 bankruptcy, with a company with very predictable cash
13 flow, 17 million people sending in a check for 3-, $400
14 a month, the folks that are valuing these stocks are not
15 guessing. This predictable earnings means that the
16 stock has meaningful room for increasing in value as
17 PG&E's earnings grow after bankruptcy, and all the
18 projections say that it's the fastest growing utility in
19 the country.
20        And third and perhaps most importantly, if
21 the stock had to be sold all at once, Ed, I would agree
22 with your concern. But what's going to happen is that
23 stock is going to be acquired, and then people that are
24 a lot smarter than Mikal Watts known as investment
25 advisers are going to advise Justice Trotter, the

1    trustee, as to how to sell off the stock, and they'll
2    negotiate what's called shareholder rights agreements to
3    make sure that there's not dilution.  We'll have to hold
4    that stock for a certain time.
5              So what the financial analysts told us to
6    do is get the 5.4 upfront, start paying off claims, hold
7    the stock for this five-, six-month period of time so
8    that you can sell it for a high value.  And then you can
9    distribute it or you can sell it off to pay people in
10   cash.  They'll advise us as to how frequently we should
11   sell the stock in order to keep the market from
12   punishing its price, and so that major U.S. investment
13   bank insuring the value of the shares to be maximized.
14             But I'll tell you this:  As somebody that
15   doesn't personally trade in the stock market, a stock is
16   a stock is a stock.  If we're right, the value of the
17   stock could go up significantly and the trust gains in
18   the rebirth of PG&E.  In other words, I didn't want them
19   to have all the success of getting out of bankruptcy.
20   We can share in it.  But if we choose to take that stock
21   and sell it off quickly, then we can, in effect,
22   liquidate it, and it'll be all cash.  And so there's
23   been a lot of discussion about how to do that and when
24   to do that.  Of course, people have concerns about,
25   well, I don't want to hold stock as we go through one of

1    these fire seasons.
2              And, of course, I'll tell you with respect
3    to that risk, and I'm very concerned about it, just
4    generally, but I think we saw last year through this
5    PSPS, these mandatory power shutdowns that I know
6    infuriated all of you guys, that it's a different world
7    than it was in 2017 and 2018.  In fact, part of our
8    liability theories against PG&E in North Bay and, again,
9    in Camp, is you should have shut the power off.  You
10   knew the winds were going to be high speed, and you knew
11   your grid was old and it was a problem.  You should have
12   shut the power off.  A year later they started doing
13   that, and, of course, everybody rightfully was critical
14   of them.  But here's what we learned about those PSPSs
15   since then.  No. 1, it's not PG&E's decision whether to
16   shut the power off.  There is a representative from the
17   Governor's Office and a representative from the CPUC in
18   the control room making the judgment about whether the
19   power is going to be shut off.
20             The Judge, Judge Montali, just made the
21   decision that PG&E couldn't be sued for those shutoffs
22   because it was the government's decision whether to do
23   it.  So, A, I think there is going to be a ton of
24   shutoffs anytime there is a risk of fire, which is
25   inconvenient, but it's going to prevent fires.  And,

1    secondly, even if there is a fire, there is now going to
2    be a 20.5-billion-dollar risk pool fund that's already
3    been factored into the price of the stock.  So holding
4    the stock for six months should be a good thing in terms
5    of augmenting or maximizing share value.  And the only
6    risk, the fire season risk, is mitigated either by PSPSs
7    or by the fact that if there is a fire, it's covered
8    through AB-1054 in the 20.5-billion-dollar fund.
9              Sam, I know that was a long answer to your
10   question, so let me go on to the next question.
11             MR. ROECKER:  Dave asked a question on
12   mobile homes.  He wrote saying, quote, Mobile homes
13   can't be replaced or rebuilt on the value that it was
14   appraised before the fire.  How are mobile homes
15   compensated in the settlement?
16             MR. WATTS:  So, Dave, I think -- I'm glad
17   you asked that question.  That's going to be a question
18   for the trustee that's writing the claims rules.  I'm
19   going to have my people send that question in.  But
20   here's what my gut says where I think it's going to end
21   up.  A mobile home is just a structure on wheels.  It
22   shouldn't be treated any differently than, you know, a
23   home or a structure.  And so California law, in effect,
24   says if you have a present intent to rebuild the
25   structure on the premises, then you're entitled to the

1    higher kind of damages, which is the actual replacement
2    cost.  Everybody that has an intent to rebuild that
3    hasn't started, you're going to have to show that
4    present intent.
5              So how do you do that?  Get an estimate.
6    Try to get a construction loan from a banker.  Try to
7    get contractors come out and give you estimates.
8    Document your file that you have an intent to rebuild,
9    because my analysis is it's about 35 percent more than
10   the value the home was the day before the fire.  Same
11   thing with your mobile home.  The value of that mobile
12   home has probably been heavily depreciated.  There is no
13   way you can replace it for anything close to the value
14   of the home.  So you have to, in effect, get quotes
15   about how much it costs to replace the same size mobile
16   home with a new one.  Get those quotes.  Get ready to
17   buy them.  Show yourself shopping around in the mobile
18   home stores or however you want to do it, but show a
19   present intent to rebuild or reacquire, and then we'll
20   have to see what the trust does with respect to mobile
21   homes.
22             Next question.
23             MR. ROECKER:  Lisa had a similar question,
24   asking what happens if you sell your lot; how does that
25   change the settlement?

Worldwide Court Reporters, Inc.
(800) 745-1101

Case: 19-30088    Doc# 6799-2    Filed: 04/20/20    Entered: 04/20/20 09:16:03    Page 9 of 46

1   MR. WATTS:  Okay.  So if you sell your
2   lot, Lisa -- obviously, I don't blame anybody that sold
3   their properties.  You know, it's going to be
4   challenging -- particularly in the Camp Fire area.  It's
5   going to be a challenging road to rebuild that community
6   of Paradise, and so some people just chose to sell their
7   lots.  I saw that happen in various neighborhoods in the
8   North Bay area inside of Santa Rosa.  If you sell your
9   lot, then the question is can you show a present intent
10  to rebuild and whether that's on the premises?  That's a
11  question of California law.  If I were you and I had
12  already sold my lot, I would show a present intent to
13  rebuild somewhere.  But if you just bought a house
14  somewhere else, acquired somebody's house, and you
15  haven't made any attempt to rebuild, then you're likely
16  going to get the value of the house as of the day of the
17  fire as opposed to the cost to rebuild it because you're
18  not rebuilding it.
19          Next question.
20          MR. ROECKER:  Looks like our next question
21  is Anna.  Anna wants to know if the vote goes through,
22  when will first payments to the victims begin, and are
23  those in one-month payment or separated out?
24          MR. WATTS:  Anna, thank you for that
25  question.  So what I think is going to happen is this:

1   If the vote goes through, and the vote ends again on
2   May 15, 2020, it'll take a little time for the votes to
3   be calculated.  That won't take that long because the
4   Judge has already set a confirmation hearing, I believe
5   it's on May 27th.  That's just 12 days after the vote.
6   So we're going to -- you know, we're going to look at
7   what the vote is.  We got to the two-thirds.  We'll
8   proceed towards confirmation.
9           What will happen then is the legal version
10  of what you're reading about now on Facebook or the
11  newspaper.  Anybody with a pen can write an objection.
12  Anybody with a social media account can slam this deal.
13  Everybody has a First Amendment right to say what they
14  want to say, and that's fine, for or against, that's
15  what we're doing here.  So there will be a whole bunch
16  of objections, you can count on it, okay.
17          Those objections will be heard by Judge
18  Montali, and that'll happen on the 27th.  If the
19  objections are heard on the 27th, I would anticipate
20  that shortly thereafter -- this Judge is very
21  diligent -- will rule on those objections, either order
22  the plan modified to meet the objections or to, you
23  know, just go with the plan that was voted because it
24  went through and approve it.  He might have some
25  appeals.  Those appeals, I do not believe, will keep

1   PG&E from exiting bankruptcy by June 30th, for the
2   simple reason that every appellate court Judge in the
3   state understands this company goes under if you don't
4   vote yes and if you don't have the 20.5-billion-dollar
5   fund.  So I think you get out of bankruptcy by June the
6   30th.
7           And then the question is what's the
8   effective date for the payments?  Now, there was some
9   requirements were negotiated with the Governor with
10  respect to this stairstep approach of this, then that,
11  that maybe the effective date potentially as far back as
12  December.  But we put a trap into the settlement
13  agreement that says, look, I don't care about all that
14  other stuff.  You've got to pay us by the end of August,
15  or we're going to walk away from the deal.  And -- and
16  I've worked really hard on this deal, and I dearly hope,
17  for your benefit, that it goes through.  But I've made
18  it very clear to the folks at PG&E's equity that if they
19  don't fund this thing by the end of August, I'll
20  personally lead the charge to blow up the deal, because
21  we need to get people paid.  That was the incentive.
22  But, you know, we need the flexibility as well as an
23  option on our part.  Let me tell you what I mean.
24          Pretend that the coronavirus, instead of
25  taking over the country in the second half of February

1   and the first part of March, took over the country in
2   the second half of July and the month of August, and the
3   stock market crashed, as it's done in the last month,
4   and, not that it's selling worth a darn, you wouldn't
5   want to take it out to the market to issue stock at that
6   point.  If that happened, I would be advocating let's
7   wait.
8           And so back when we were negotiating this
9   stuff, before the coronavirus, everybody was, hey, look,
10  we've got to, in effect, have this paid by August 30th.
11  Everybody agreed it was probably going to happen.  I can
12  tell you, from what I see, that the company had already
13  been out there, they've had a company called Lazard
14  choosing the underwriting partners.  There are major
15  U.S. investment banks that are going to do the stock
16  issuance, to, in effect, get all the money.  That's
17  already underway.  We're going to spend the next week
18  negotiating the shareholder rights agreement.
19          So I believe this is going to happen in
20  June or July, but the only reason it wouldn't is if, for
21  some reason, either the 2.2-trillion-dollar stimulus
22  doesn't help the economy or, for some reason, the
23  coronavirus continues to get a lot worse.  And what I
24  mean by that is that every morning I turn on MSNBC
25  and Fox News, and I see all these charts about how many

1  coronavirus cases are there, how many deaths are there
2  that day. Right now it's still rising, and we're
3  waiting for something called the apex. The apex is that
4  day when there are less deaths than yesterday, and then
5  day after day, less deaths than the day before, and
6  you start taking it down, as we are seeing already in
7  China where this started.
8        Most of the experts I've talked to says
9  we're looking at an apex, you know, three, four weeks
10  from now. The financial analysts that I've talked to
11  say that apex crests, the market will start to
12  recover. So I think we're going to be in good shape. I
13  think that we'll have a funding of this sometime in
14  June, perhaps July, depending upon that apex date, and I
15  think that the whole thing gets funded in August.
16        Now, as soon as that happens, I was on the
17  phone yesterday with the trustee, John Trotter, with the
18  claims administrator, Cathy Yanni, and they are working
19  around the clock to get the claims rules and the claims
20  forms, everything done before PG&E exits bankruptcy.
21  Why? Because if we get all that work done in advance,
22  we can get the claims period started where people can
23  get in their claims form. Cathy Yanni told me
24  point-blank, it's our goal to get a bunch of people paid
25  in calendar year 2020.

1        And all I can tell you is they're working
2  very hard. PG&E has agreed to pay for that process, in
3  part. They're going to put in over $5 million to pay
4  for Trotter and Yanni's staff and the BrownGreer people.
5  That's not something they had to do. It wasn't
6  required. But they did it because it's been convinced
7  to them that the way to get people to vote for this plan
8  is to ensure them that this isn't going to be some
9  year-long mass -- or morass three years, four years
10  claims process. And so we're pre-doing all the work.
11  PG&E, I think, is going to advance the money to pay for
12  that, and then, you know, we'll take it out of the fund
13  later. But the bottom line is is that all that work's
14  done very quickly. And so as soon as you can get in
15  your claims process, I think that the trust and the
16  third-party administrator hired or are hiring, like, 200
17  people, 33 neutrals. We're hiring this army of people
18  so that we can process claims as quickly as possible.
19        So I don't know the exact date, to answer
20  your question, but I do know this: I know that
21  everybody is working hard to make that date as early as
22  possible.
23        MR. ROECKER: Mikal, we've got a few
24  people that have questions about voting, particularly if
25  it's a trust or there is multiple people in a household

1  of claims. How many ballots should they be receiving?
2        MR. WATTS: So the number of ballots you
3  should receive depends on how many claims you file. If
4  you filed one claim for your entire house, you're going
5  to get one ballot. If you have five people in your
6  house and you filed five separate claims, as I advised
7  my clients to do, they're going to get five separate
8  ballots. So it's one ballot per claim.
9        MR. ROECKER: Great. And, again, star 3,
10  if you have a question on the phone. If you're on-line
11  listening, type it in, and we'll try to get to you
12  today.
13        If people want to take stock, Jean asked,
14  how does that process work?
15        MR. WATTS: So this will be a process
16  that's set up by the trustee, but as it's written right
17  now, you're going to have the option to take it all in
18  cash; you can take it all in stock, I wouldn't do that;
19  or a mix of cash and stock. There will be a certain,
20  you know, number of shares issued by the trust,
21  depending upon what the value of your claim was, and,
22  you know, it'll be transferred to your trading account
23  at some point. Or if you don't want the stock, you say,
24  no, I want it in cash, and they'll sell stock to pay for
25  the cash distributions.

1        And, of course, there's benefits. You
2  know, you hold stock more than a year and a day, you
3  convert it from ordinary income to capital gains, which
4  is a lower tax rate. If the company appreciates in
5  value as it puts this behind it, you could have a rise.
6  But you also bring the risk of, you know, if you hold
7  the stock after it's been issued to you, it could go
8  down. If that does, I mean, the stock market is not a
9  guaranteed thing. You make investments and you see
10  those investments rise, if you're correct. So if you
11  want to take the stock, you'll be able to. If you don't
12  want to take the stock, you don't have to.
13        MR. ROECKER: Julie wrote in that her
14  parents have PTSD as a result of the Camp Fire. How are
15  PTSD and emotional distress claims part of the
16  settlement?
17        MR. WATTS: So they are. There are seven
18  different categories of claims, and the mental anguish,
19  emotional distress type of categories are there. The
20  bottom line is is that the Good Lord did not wire us to
21  be able to psychologically respond to running for our
22  life on two minutes' notice from a 50-foot wall of fire.
23  Everybody understands that. California law calls for
24  the compensation of mental anguish claims. The trust
25  will follow California law.

Worldwide Court Reporters, Inc.
(800) 745-1101

Case: 19-30088   Doc# 6799-2   Filed: 04/20/20   Entered: 04/20/20 09:16:03   Page 11 of 46

1    In terms of who gets what and how, I can
2  just tell you that you're going to have to prove that
3  you were in the zone of danger as opposed to, you know,
4  20 counties away or off on vacation in Hawaii or
5  something.  You can do that through, I think, sworn
6  testimony, through videos from your iPhone as you're
7  escaping the fire, some of you were there.  If you have
8  an iPhone and didn't take any video, it may be that the
9  trust is going to be able to use a principle called
10  geofencing that'll say where a phone was at a certain
11  time.  So you'll have to demonstrate you were in the
12  fire area.
13    And then you got to demonstrate that you
14  had some sort of psychological distress.  The definition
15  of psychological distress is being in the fire area and
16  having to escape it.  So you'll get something for being
17  there.  My belief is -- and I'm not writing these rules,
18  but my belief is if you sought counseling from a priest,
19  from a group, from a psychiatrist or a psychologist,
20  that you might be -- you know, have a strong argument
21  that you should be paid more.  If you have a formal
22  diagnosis, as your parents do, of post-traumatic stress
23  disorder, I would think that would be more valuable than
24  somebody that doesn't.  So these will all be in the
25  trust rules that will be distributed soon.

1    Go ahead, Sam.
2    MR. ROECKER:  Kent wrote in, asking what
3  the ratio is right now to how many noes/yes votes we've
4  received?
5    MR. WATTS:  Well, so I'm only tracking the
6  ones in my firm.  I know there is about 11,200
7  people that have voted to accept, and about 90 have
8  voted to reject, inside of my firm.  I don't have that
9  data with respect to other law firms.  But based on the
10  Bloomberg article, it appears that the folks with large
11  numbers of clients, the Singleton Law Firm says the vast
12  majority solidly bought the plan.  Danko with 6,000
13  claimants says most of his victims support it.  Frantz
14  with 5,000, almost all of his clients support the deal.
15  Bridgford believes his clients will vote overwhelmingly
16  for the plan.
17    But I won't know what other law firms'
18  clients have done, because what happens is you collect
19  the ballots into your firm, you keep documentary proof
20  of what you got, and then you submit a summary about I
21  got this many yeas and this many nays, and we'll submit
22  all of those to Prime Clerk.  They'll add up the tallies
23  from all the law firms together with the individual
24  votes they got, and then they'll pronounce the results.
25    MR. ROECKER:  Great.  We have a couple

1  voting questions in a row.  First is Linda.  Linda wants
2  to know what the difference between voting now versus
3  waiting until May 15th is.
4    MR. WATTS:  Well, Linda, that's a good
5  question.  Let me tell you what my concerns are.
6  Obviously, this is a stressful time because of this
7  shelter in place that most of us are under.  My strategy
8  has been I know where everybody is because everybody is
9  home, so I can communicate with everybody; whereas,
10  normally they would be off at work, working 40, 50 hours
11  a week, hard to get ahold of.  So our strategy was
12  because we know everybody is functionally sheltered in
13  place, we don't know when that'll end, let's talk to
14  them early, get them all the information they need, and
15  collect the ballots.  So we're going to continue to do
16  that on a daily basis.
17    But I want to be clear.  I am not begging
18  people to vote now versus vote a week from now versus a
19  month from now.  My preference would be you vote early
20  so that we can tabulate your vote, spend our resources
21  working on running down the folks that haven't voted,
22  and make sure that everybody gets a shot to vote.
23    But let me be clear.  This is just like an
24  election.  If you don't choose to vote, it's not that
25  you're not a claimant anymore.  You don't lose all your

1  rights.  It just your say doesn't matter because you
2  didn't exercise it.  So the bankruptcy code says
3  two-thirds of the votes have to be in favor of the plan,
4  but it's not two-thirds of the claims.  It's two-thirds
5  of those who choose to vote.  So if you don't vote,
6  you're, in effect, transferring power over whether this
7  plan is going to be accepted to others.
8    And so that's one of the reasons that I am
9  working hard with my lawyers and my staff to communicate
10  early and often with my clients, so that my folks who
11  have done a ton of work that I've asked them to do been
12  very compliant clients, have showed up at 24 different
13  town hall meetings by the hundreds and asked questions.
14  And, literally, I answered every one of them except for
15  one time I had to catch a flight out of Oakland.  But I
16  have a very proactive, energetic client base that writes
17  questions, we get them answered.  They write e-mails, we
18  answer them.  They show up at meetings and ask
19  questions, we answer them.  So I know that my clients
20  are highly informed, and they know my recommendation.
21  It's a strong one, and that is that I recommend that
22  you vote to accept this deal.  But it's your right.
23  It's not Mikal Watts' vote.  It's your vote and when you
24  do, it is also your choice.
25    My concern is this:  Especially with

12  (Pages 45 to 48)

Worldwide Court Reporters, Inc.
(800) 745-1101
Case: 19-30088    Doc# 6799-2    Filed: 04/20/20    Entered: 04/20/20 09:16:03    Page 12
of 46

1  respect to other law firms, there are a lot of law firms
2  that chose, hey, you know what, I'm just going to have
3  Prime Clerk send out the ballots and the disclosure
4  statements and the solicitation materials and the like.
5  When you add all that stuff up, it's several hundred
6  pages. And what I worry about, and I'm not here to pick
7  on the United States mail service or whatever they're
8  using, but imagine this: I've had cases where it takes
9  eight days to get a letter from one part of the country
10 to another. Why it takes that long, I don't know, but
11 that's what the data shows me.
12       I have clients that are busy at home.
13 They've got a desk. I've got a desk right now that's
14 got papers all over it. Let's say I took that ballot
15 and put it on the desk, meaning to get to it tomorrow.
16 And then my wife comes in and puts a folder on top of
17 it, and then I don't see it again. And then 25 days
18 from now I get around to cleaning off my desk and maybe
19 I get to it and maybe I don't. There is only three days
20 left for the vote, to use my silly example and I put it
21 in the mail and it doesn't get there until after
22 May 15th.
23       So that concerns me. I've done this in a
24 number of big cases. Vote by mail is difficult because
25 paper is notoriously slow, whereas digital voting is

1  fast. So we have been texting our clients ballots and
2  all the materials. We've been e-mailing our clients
3  ballots and all the materials. And the folks that don't
4  have a mobile phone and don't have an e-mail address
5  that they've given us are getting it via paper, but
6  they're going to get several hundred pages of stuff. I
7  just hope and pray it doesn't sit on their desk and they
8  don't wait. Because if you put this stuff in the mail
9  after about May 5 or 6, I have substantial doubts as to
10 whether it gets in on time. Now, whether a postmark
11 before May 15th is good enough, I, frankly, haven't
12 checked on it. But I've just seen too many of these
13 things where nobody gets around to finally voting.
14       So I would prefer, to answer the question,
15 that you vote now, if you feel like you have the
16 information you need. If you don't, then wait, but just
17 don't forget about it.
18       MR. ROECKER: Great. Gilberto wants to
19 know, he says he is wondering from some of the wording,
20 it sounds like all of the claims don't add up to
21 13.5 billion or if all the claims don't add up to
22 13.5 billion, what happens to the remainder of the
23 money?
24       MR. WATTS: So if all the claims don't add
25 up to 13.5 billion, FEMA will step in line and take the

1  next billion dollars. But there is no scenario where
2  PG&E gets any of the money back. As a practical matter,
3  the claims are going to add up to $13.5 billion. The
4  job of the trustee is to distribute the 13.5. It's not
5  to try to save nickels to give money back to PG&E.
6  There is no provision where PG&E ever gets a dollar of
7  this back.
8        MR. ROECKER: And Ruth wants to --
9        MR. WATTS: Hold on for a second. Sam,
10 hold on. Let me keep answering that question.
11       We have a lawyer for the Tort Claims
12 Committee named Bob Julian. He's become my very dear
13 friend. He's very diligent. And he's got an army of
14 people that have fought really hard for the fire
15 victims, and I'm real proud to call him a colleague and
16 a friend. Bob has been working the last four months on
17 a number of other things that can add value, and let me
18 tell you what I mean. The settlement, when you look at
19 it, is not just 13.5 billion. It's 13.5 billion plus an
20 assignment of all the claims that PG&E may have against
21 third party.
22       So Bob's firm, the BakerHostetler firm,
23 has done an outstanding job vetting, in the months of
24 January, February, March, and will continue in April,
25 the potential lawsuits that PG&E would have. For

1  example, PG&E does not employ its own tree trimmers, or
2  at least it did not. It uses third-party contractors.
3  Some of these fires were caused by trees that fell into
4  lines in high winds because they had not been trimmed.
5  And if PG&E had a contract with somebody to trim all the
6  trees to a certain specification to meet state law, and
7  there is a state law about it, and the tree trimmers
8  just didn't do it and they started some big fire that
9  burned down a thousand houses, the tree trimmers should
10 be responsible. And we've had that lawsuit assigned to
11 us.
12       Likewise, I don't want to wish any ill
13 will on a human being, but there are former directors
14 and officers of this company that, frankly, I would not
15 argue strenuously ought to have some criminal folks look
16 at them. I just think that this company did not meet
17 the standard of good conduct, I'll put it politely,
18 and cause a lot of death and injury. And those
19 individual officers and directors may have
20 responsibility for their individual lapses in judgment,
21 to put it politely. The company buys several hundred
22 million dollars of what's called D&O coverage, directors
23 and officers liability coverage. We got that assigned
24 to us, and Bob's team at BakerHostetler has been
25 carefully analyzing those cases.

Worldwide Court Reporters, Inc.
(800) 745-1101

Case: 19-30088    Doc# 6799-2    Filed: 04/20/20    Entered: 04/20/20 09:16:03    Page 13 of 46

1        And then the third thing that Bob has been
2  working on is is that on top of the directors and
3  officers and on top of the tree trimmers case, these
4  companies employ a lot of really, really, really large
5  consultancy firms; and these firms are some of the
6  biggest firms in the world that are supposed to give
7  them safety systems analyses, safety systems projections
8  about how to make things safe and this kind of -- and,
9  frankly, those companies did a poor job.  Those
10  companies carry several hundred million dollars in
11  insurance.
12        And so Bob Julian's team at BakerHostetler
13  has been working with our team to kind of get all these
14  lawsuits ready and we're pursuing them and we're going
15  to file them and we're going to go try to collect every
16  dollar on behalf of the fire victims.  And we had to use
17  some of those proceeds to, in effect, get some of the
18  claims from the governmental entities settled without
19  touching the 13.5, we've assigned some of that.  But
20  after those assignments, hopefully, there will be
21  additional moneys available because of Bob Julian and
22  BakerHostetler's work and other lawyers; and I plan to
23  be involved as well, to add value on top of the 13.5 to
24  the settlement pot so that we can make sure that people
25  are fully paid as well.

1        Go ahead, Sam, next question.
2        MR. ROECKER:  Yeah, Ruth wants to know if
3  something should happen to her before the settlement is
4  final, what happens to her claim?
5        MR. WATTS:  So that's a question of
6  California law.  What generally happens is that there
7  is probably going to be a procedure where you would file
8  a -- well, you wouldn't file it because you would be
9  passed away, and I hope it doesn't happen.  But your
10  loved ones would file a suggestion of death.  Hopefully,
11  you have a will saying where the assets of your estate
12  would go.  That would be submitted to the trust, and,
13  hopefully, if it's done right, those proceeds would go
14  to your beneficiaries of your will.
15        There is some states where, you know,
16  plaintiff's claim dies with the plaintiff.  I'm not
17  familiar with what the law is in California inside of a
18  trust, but I know that we can write stuff inside the
19  trust once the 13.5 is there.  And so I'll run that down
20  for you, Ruth.
21        MR. ROECKER:  There is a few people asking
22  how else they can reach out, if they want to just verify
23  that everything has been received and their vote is
24  counted on our end?
25        MR. WATTS:  Sure.  If you are from the

1  Camp Fire area, e-mail us at chico@santarosa.com --
2  strike that, I'm sorry -- chico@wattsguerra.com.  If
3  you're from the North Bay area, e-mail us at
4  santarosa@wattsguerra.com.
5        But, look, we got in about 11,000 ballots
6  last week.  It's not going to help the cause if we get
7  11,000 e-mails saying, did you get it?  The fastest way
8  to know, if you're a Watts Guerra client, that we don't
9  have all your ballots, is most of you got auto-calls
10  from me with my voice four times this week.  If you got
11  it four times, it's because you hadn't voted yet.  Some
12  of you had voted, but, remember, when I said that there
13  may be five ballots inside of a house and somebody just
14  returned one of them, I want those other four ballots
15  back.
16        And so we'll continue to alert you.  I'm
17  not going to do it on a daily basis.  I had some of my
18  clients say, hey, man, this is getting too much, you're
19  calling me too often.  And I agree.  And we'll do it on
20  a less frequent basis, now that we're in Week 2, Week 3,
21  Week 4.  But I want to warn you, if you haven't voted,
22  you know, pretty close to May 1 and I don't have a
23  ballot for you, I'm going to start bugging you again, in
24  large part, because I want all my clients to remember to
25  vote.

1        MR. ROECKER:  Helen has a question.  She
2  wants to know how the trust evaluate wrongful death
3  cases when it comes to compensation.
4        MR. WATTS:  So there are discussions
5  underway.  Let me kind of give you a backdrop about
6  ethical rules for lawyers.  Lawyers are allowed to
7  represent multiple clients in litigation, but we're not
8  allowed to pick between them in terms of robbing Peter
9  to pay Paul, taking from plaintiff No. 1 so that
10  plaintiff No. 2 gets more money, because that would
11  breach a fiduciary duty to each of our clients.  So the
12  way that duty issue is handled is that an independent
13  third party makes the adjudication of who gets what.  My
14  job is to get the biggest pot of money put together.
15  Other people's job is to divide it.
16        So the way that division job is being
17  handled is through the trustee and through Cathy Yanni,
18  the claims administrator.  And, frankly, and I've been
19  in a lot of meetings with them, I didn't know either of
20  them before this case; but every lawyer I talked to
21  said, we need Trotter and Yanni, we need Trotter and
22  Yanni, we need Trotter and Yanni.  And now that I've
23  gotten to know them, I understand why they were the
24  unanimous choice of everybody.  They're excellent.
25  They're diligent.  They're hard working.  They

Worldwide Court Reporters, Inc.
(800) 745-1101

1  understand speed and they're working hard.  So they'll
2  create the claims rules, which are largely drafted and
3  being finalized, they will finalize them, and they will
4  publish them, and they will put out those rules and
5  those rules will set up how you decide which category of
6  damage gets what.
7          The death cases, obviously, on an
8  individual basis are the most serious.  I mean, there is
9  just nothing worse than losing a loved one in a
10  wildfire.  So those cases have, in my view, great value.
11  They're not all going to -- they're not all getting paid
12  the same amount.  So then you'll have a question among
13  the 44 deaths in North Bay and 84 deaths in Camp, who
14  gets what among the death case pot.  That's going to be
15  decided by somebody not named Mikal Watts.  It will be a
16  third-party neutral that will come in, and they'll work
17  through all that.  But the bottom line is that, you
18  know, if -- there is going to be a recommendation, and
19  if you take it, then fine.  If you don't like that, you
20  we can appeal, and we go from there.
21          Now, my buddy Jerry Singleton, who
22  represents the second largest number of clients, texted
23  me to correct my answer about if a plaintiff dies.  He
24  says, under California law, when a plaintiff dies, his
25  or her noneconomic claims will die, but all of the

1  economic claims will survive.  So please take my last
2  answer, and let me defer to Jerry.
3          And thank you, Jerry, for that answer, and
4  I believe he's correct.  I'm glad he took the time.  Any
5  other lawyers that hear me say something wrong, feel
6  free to tell me right in the middle of this, and I'll
7  tell them.  This is a team effort.
8          But the bottom line is under California
9  law, noneconomic claims will be lost on death before
10  trial, but there is no trial, so we're going to ask
11  Trotter to try to modify that so nobody loses their
12  claims.  But he's got to follow California law.  So
13  it'll be somewhere in between that, Ruth.
14          MR. ROECKER:  Craig has got a question,
15  he's been listening on Facebook, asking about children
16  who were almost 18 before the fire.  So now that they
17  are past 18, do they need to amend their claim form?
18          MR. WATTS:  So I don't know the answer to
19  that, but I suspect you might see that in the claims
20  rules.  Just so you know, what I do in these town hall
21  meetings is we record them all.  We'll put a link up on
22  firesettlementfacts.com.  I suspect the links from the
23  past ones are already up there or about to be.  I also
24  hired a court reporter to type up a transcript of all
25  this, and the reason for that is when I distribute that

1  transcript not only to my clients but to the other
2  lawyers to make sure I didn't mess anything up.  And so
3  if -- if there is anything that we need to find out
4  about, we will.
5          And then, secondly, what I like to do is
6  I'll submit this stuff to the trustee and to the claims
7  administrator so they can, you know, see what all the
8  questions are as they attempt to formulate the plan and
9  the claims rules.  So we'll get this in front of Trotter
10  and Yanni and get them to consider what they want to do
11  on these issues.
12          You know, for example, an 18-year-old, it
13  depends on when they turned 18.  At a certain point, as
14  I found out with my son this morning, they're adults,
15  and, like it or not, you got to let them go.  So my
16  guess is is that there may be a requirement that that
17  individual who wasn't 18, but now is, certify that this
18  is their decision when they take the money or not.
19          MR. ROECKER:  Okay.  Michelle is seeing
20  some stuff online that says about the backstop insuring
21  all 13.5 billion which is also the same people saying
22  that only 5.4 billion is insured.  What's the truth
23  here?
24          MR. WATTS:  Okay.  So Michelle -- I don't
25  know whether Michelle is saying that or whether she saw

1  that.  But let me just kind of tell you as I understand
2  it.  There are $12 billion in financial backstops that
3  were secured.  The 5.4 billion is not really the
4  problem, because if they don't pay it -- and once they
5  pay it, we've got it.  It doesn't need insurance.  It's
6  in the house, in the trust fund.  So the real issue is
7  are we going to get that 700 million and the 650 million
8  that are due on January the 15th of the next two years.
9  Those are insured by the backstop.  So all the cash is
10  insured.  The stock is going to be issued as part of the
11  exit.  Once we own the stock in the trust, there is
12  nothing to insure.  We have what lawyers call fee
13  simple.  We own it.  And then it's up to the investment
14  agents to figure out, you know, at what rate to sell it.
15          And so the idea that this is only
16  partially insured is just not correct.  And one of the
17  reasons I know it is I was in the negotiations demanding
18  it, because, you know, what I couldn't get around was,
19  hey, yeah, I know you guys think it's great, that PG&E
20  has got to do better, but what if you don't?  And if you
21  guys go under because you burn down another town in
22  2020, my clients are going to come straight after me.
23  So go get these backstops.  And these backstops are
24  what's so important.
25          In order to get the backstop, the company

1 has to represent it wouldn't take on more debt than X,
2 which is the very thing that made the CPUC fine or the
3 Butte County, even though it was only 3 and a half
4 million, a problem, because it meant there was more
5 liability than what they promised the backstop. That's
6 why I worked so diligently with the folks from the
7 equity to get rid of this idea that a
8 13-and-a-half-billion-dollar deal is going to get
9 sidetracked by $3.48 million.
10     And kudos to whoever the lawyer was that
11 figured out, well, let's just delay the payment to the
12 insurance companies so we that don't kill the whole
13 thing over $3 and a half million.
14     But the answer to your question is the
15 payments are insured by the backstops. As long as the
16 backstops are still here, then you have over 70 of the
17 most prominent financial institutions in the United
18 States that are contractually bound to make a payment.
19     MR. ROECKER: It looks like Gary and a
20 couple other people had questions on attorneys' fees and
21 how those are factored into the settlement.
22     MR. WATTS: I'm sorry, are they specific
23 questions, or do you want me to address attorneys' fees
24 generally?
25     MR. ROECKER: Generally. Just how --

1     MR. WATTS: Okay. So attorneys' fees, by
2 and large, in this case are calculated based on what's
3 called a contingency fee. Most individuals have signed
4 a retention agreement with their lawyers that did not
5 require any payment upfront. It didn't require the
6 payment of hourly fees as time was expended. Instead,
7 the fee is entirely contingent, and that's something
8 that's owed when and only when a recovery is made and
9 then as a percentage of the amount of the recovery.
10     The contingency fee arrangement is
11 traditionally justified because the great majority of
12 the public are poor or middle class, without the money
13 that it takes to fund these lawsuits, to hire lawyers,
14 to hire experts. My firm all in, I think we spent,
15 gosh, it's coming on $20 million in the last two and a
16 half years. That's not an amount of money available to
17 most fire victims to take on what was a 3-billion-dollar
18 behemoth corporation called PG&E. It takes a lot of
19 financial wherewithal to take on these big companies,
20 and a lot of our clients don't have that.
21     So without the contingency fee, the
22 wrongdoer would escape responsibility because the
23 injured person would have no means to pursue a lawsuit
24 against such a big company. So with the contingency fee
25 system, that client is able to get the best counsel they

1 can find without having to make them pay upfront, which
2 levels the playing field between your average guy on the
3 street and a huge corporation with all the fire power of
4 PG&E. So you can go after the corporate wrongdoer.
5     The contingency fee is considered to be
6 not inequitable because of the contingent nature of it.
7 That's what aligns the interest of the lawyer and his or
8 her client. The lawyer doesn't get paid unless the
9 client does, and even then for only the value added. So
10 the fee rises in direct proportion to the recovery to
11 ensure the lawyers stay focused on maximizing the
12 recovery of his or her client.
13     So let me give you an example. If this
14 was an hourly fee, when they offered you $5.4 billion,
15 you may have had a different answer. But we were
16 motivated to get every last cent that we could for our
17 clients.
18     Different lawyers have different
19 contracts. My contract is a one-third contingency fee
20 rate. We researched it heavily. It's considered
21 reasonable and customary in our industry. The American
22 Bar has put out some stuff about this. It's the most
23 pervasive form of payment in litigation in the United
24 States. The attorney receives a portion, often a third
25 of the recovery in the case if it's won, but nothing if

1 it's lost. There was a study that was put out by
2 Harvard that showed 96 percent of plaintiffs in tort
3 litigation chose the contingency fee as the preferred
4 method of paying their attorneys in tort litigation.
5     Obviously, this is a lot of money. There
6 is a lot of lawyers involved. There is several hundred
7 lawyers from over 85 law firms that banded together to
8 work on this. There were all sorts of things that made
9 this perilous.
10     In the Camp Fire it was important to know
11 that PG&E took the position that it owed nothing because
12 it wasn't negligent. It said it had legal arguments
13 that inverse condemnation didn't apply. The lawyers
14 took that all the way to the California Supreme Court
15 and won. They had a bunch of other legal defenses.
16     In the Tubbs Fire, there was an even
17 bigger problem, and that was that the agency with the
18 statutory responsibility to adjudicate the cause of
19 these fires, Cal Fire, initially issued a report saying
20 PG&E's equipment didn't cause the fire. But the lawyers
21 went out and scoured the hill, interviewed all the
22 persons located within a mile, collected all the iPhone
23 videos, collected surveillance video shot from the
24 Bennett Lane Winery. We used that to do a lighting test
25 on the two-year anniversary that showed that the light

Worldwide Court Reporters, Inc.
(800) 745-1101

1    did not come from the area where Cal Fire said the fire
2    started. They said it was way up the hill at
3    Mrs. Zenke's private line, and it was nonsense. So we
4    replicated the light to demonstrate it had to have been
5    down on the bottom where the tree fell into PG&E's line.
6         There were a bunch of lawyers that worked
7    really hard getting the Tubbs case ready for trial in
8    San Francisco, and eventually PG&E gave up.
9         I've gotten a lot of questions about that.
10   Hey, shouldn't the Camp Fire people be paid more because
11   Cal Fire said no? Well, originally, all day long,
12   except for Cal Fire was wrong.
13        And so it's up to the trustee to decide
14   issues of relative liability, but the way the trust is
15   written is clearly Camp Fire, all the other fires that
16   adjudicated to be PG&E's fault and, frankly, the facts
17   adjudicated the Tubbs fire to be PG&E's fault. That was
18   done by a bunch of lawyers working really hard.
19        The second thing that justifies the fee is
20   this labyrinth known as bankruptcy court. It's a zoo in
21   there. And I don't mean to pick on bankruptcy lawyers
22   that are on the line, but the bottom line is it
23   dramatically increased the difficulty of achieving a
24   fair settlement for our clients and, therefore, getting
25   any fee whatsoever. The Tort Claims Committee, the

1    lawyers, we have bankruptcy counsel, financial advisers,
2    mediators, consultants assisting us through this
3    treacherous minefield which is bankruptcy court.
4         Make no mistake about it. We're at the
5    end of it, and it is a great result, but this was a
6    viciously fault legal war against some of the highest
7    paid lawyers in the world that were fighting on behalf
8    of PG&E. As we fought that war successfully, they were
9    forced to raise their settlement offers.
10        Last summer a lawyer for PG&E took a
11   position in open court that all of the damages of all of
12   the victims and all of the fires was never going to
13   exceed $5.4 billion, so that's what we offered,
14   $5.4 billion. We turned it down, and we continued to
15   fight on your behalf. We turned down overtures of 6 and
16   a half, 7.4, little hints about, well, what about
17   9 billion, wouldn't that get it done, and ultimately
18   secured a settlement of $13 and a half billion. But the
19   work didn't stop there, because then we had to fight off
20   multibillion-dollar claims from FEMA, from Cal OES, from
21   federal and state agencies, local municipalities.
22        My wife jokes that I've spent more time
23   with Judge Randall Newsome, the mediator in this case,
24   than I have with her. It's probably true, actually.
25   But the bottom line is the difficulty of being in

1    bankruptcy court can't be overemphasized here.
2         And then lastly what I would say is
3    that the attorneys' fees are paid on an individual level
4    by individual plaintiffs pursuant to contracts that they
5    signed. They don't go to a single lawyer that's his or
6    her profit. They go to many lawyers as ordinary income
7    against which the firm's fixed and transactional costs
8    were applied.
9         Let me give you an example with respect to
10   me. Most of the contracts that I have have a bunch of
11   California lawyers also involved. Those lawyers have
12   been working for two and a half years in the North Bay
13   case with no money, being paid for almost a year and a
14   half, more than a year and a half now in the Camp Fire
15   case with no compensation upfront whatsoever. But
16   they're in the fight. Joe Earley hadn't made a dollar
17   yet. Roy Miller hadn't made a dollar yet. All the
18   costs that we put out. A lot of fees are going to go to
19   banks that we borrowed money from to front the expenses.
20        Finally, it doesn't go into somebody's
21   pocket as a profit. I mean, my firm has over a hundred
22   employees, most of whom have been working on this
23   litigation nonstop for over two years. During those two
24   years we paid their salaries, their benefits, the rent
25   on the space they consume. We opened up offices in

1    Chico and Santa Rosa so that we can personally meet with
2    our clients. And my commitment was and my commitment is
3    those offices will stay open until we're done, even
4    though right now nobody is coming to them because they
5    can't, under the law.
6         So bottom line, the fees are done on a
7    contingent basis. And then the expenses, people worry
8    about the expenses, so I want to address this. I get
9    asked a lot of, what are the expected expenses that
10   individual clients will have to repay? Actually, as to
11   my clients, the expenses on a per-person basis will not
12   be that significant. And I've explained this in live
13   meetings and on previous telephonic town halls, that one
14   of the benefits of our law firm and all of our joint
15   venture partners out there in California representing
16   18,000 claimants at once is the clients achieve
17   economies of scale.
18        A lot of you have heard me talk about
19   Michael Schultz, who I think is the world's best fire
20   cause and origin expert. He was out there doing that
21   light test that I told you about. If he spends a
22   million dollars on his work and you were my only client,
23   that expense would be enormous, and it would materially
24   eat into your recovery. On the other hand, if it's you
25   and your wife, you're only two of 18,000 clients, I

Worldwide Court Reporters, Inc.
(800) 745-1101

1   could apportion that million dollars over 18,000 cases;
2   and, on average, it would be a cost $55.55 apiece for
3   one of the best experts in the world.
4           So I can give you a lot of examples like
5   that. I've explained the total expenses are
6   $20 million -- and they're not all going to be
7   reimbursed. I mean, I'm not saying that. But even if
8   it was $20 million, that would yield an average general
9   litigation expense of approximately $1,111 per case.
10   Now, there may be specific individual expenses, like, if
11   we hire a public adjuster or an arborist for your
12   specific case, those fees will be added to that general
13   litigation expense. But we've been very judicious as to
14   how we spend client money because we know those sums
15   have to be repaid out of our clients' recovery. But I
16   think we've done a good job of that. At least as to my
17   clients, I've explained on the phone, and I'll say it
18   again, I think you can expect expenses in that low 1 to
19   2 percent range of your recovery. So if you signed the
20   one-third fee contract, you can probably take it to the
21   bank that you're going to clear 65 cents on the dollar
22   of the gross recovery. So that's the best information I
23   can give you about fees and expenses right now.
24           MR. ROECKER: Matthew wants to know --
25   he's got a couple questions here. He wants to know, is

1   there a limit to when they need to make additions to
2   their claim by? He says him and his wife are still
3   working on obtaining PTSD documentation. They want to
4   know when the deadline for that is. And he's also
5   curious about who's behind any negative comments about
6   the settlement.
7           MR. WATTS: Okay. So the first question
8   about what's the deadline to make the claims, that'll
9   come out when the trustee publishes his claims rule.
10   When Trotter and Yanni finalize, this won't be some Star
11   Chamber deal only a few of us know about it. It'll be
12   published to every one of you. It's my job to
13   communicate to my clients, hey, we've got this deadline.
14           And as you probably already noticed by the
15   energy with which we were asking you to take the first
16   week, we're not going to let grass grow around us. The
17   first day I know that deadline, you're going to get all
18   this stuff immediately, because I want you working on
19   it. I've asked clients for at least two years to work
20   on their contents of personal property, to send me
21   pictures, whatever you got in terms of outdoor personal
22   property, trees, and the like. We've had public
23   adjusters working on people's contents lists for years,
24   arborists working on trees. I've got kids that worked
25   for me all summer on Google Earth, taking pictures of

1   your house or what was your house, so we can count up
2   the number of trees and the size of them and get those
3   tree loss claims documented up.
4           But we need your help. We need you to
5   supply us whatever you've given your insurance company.
6   And if you just quit because there was an artificial
7   level on your personal property, you know, work it
8   through. Go to the contents college, which is this
9   process where we put you through all the rooms in your
10   house to try to maximize that claim. Because, frankly,
11   what we get you for trees and what we get you for
12   personal property is what will allow you to rebuild the
13   house. So we want to do that very diligently.
14           But to answer your question directly,
15   there is no deadline yet. If you ask Mikal Watts, it's
16   tomorrow. Just get it in as fast as you can. If you're
17   in the Camp Fire, send it to chico@wattsguerra.com. If
18   you're in the North Bay fires, send it to
19   santarosa@wattsguerra.com. By the way, Watts Guerra,
20   W-a-t-t-s G-u-e-r-r-a dot com. So send us that stuff as
21   quick as you can. I don't know when the deadline is,
22   but when I get it, you will be the first to know, and I
23   will bother you significantly to make certain we get
24   everybody's claims in on time.
25           MR. ROECKER: Great. Looks like -- I

1   think you mentioned this earlier in the call, but people
2   joined late. Looks like --
3           MR. WATTS: Hold on, Sam. Sam. Sam, hold
4   on just a second. I didn't answer her second question.
5   I apologize. Who's behind the negative comments about
6   the deal? So let me address that, and I want to be
7   politically correct here, because we live in a
8   democracy. It's no secret that 45 percent of us vote
9   one way and 45 percent of us vote the other. In every
10   presidential cycle, the 10 percent of the people in the
11   middle pick the President. It's not surprising to me
12   that in a situation involving 70,000 people who filed
13   claims that there is a difference in opinion. It's
14   certainly not surprising to me that there are a lot of
15   people really pissed off at PG&E. I don't blame you one
16   bit, one bit.
17           So what my job is to put the facts out as
18   frequently as I can so that people's emotions don't mask
19   their ability to look at the facts. And while it's okay
20   to be pissed off and never want to settle, what I can
21   tell you is there is nothing that I can do as a lawyer
22   to prevent what happened in North Bay in 2017, in Camp
23   in 2018. I can't rebuild your homes except with money,
24   that my job is to go get it for you.
25           And so while I hope that people that are

18 (Pages 69 to 72)

Case: 19-30088   Doc# 6799-2   Filed: 04/20/20   Entered: 04/20/20 09:16:03   Page 18
of 46

1  just against the deal because they don't trust PG&E --
2  trust me, I don't trust them, either. We have verified
3  every single thing they tell us. We have our own
4  consultants, our own experts. We are making certain
5  that nobody is pulling the wool over our eyes. And then
6  my job is to get out the information as well as I can.
7  I'm not going to be critical of lawyers who hold a
8  different view. I can tell you that I think there is
9  only two or three of them that have come out publicly
10  against this. I don't think they represent a lot of
11  people. They may have a view that maybe they think the
12  bondholders are going to come back. I don't. I don't
13  share that. But I'm not going to call them out. I'm
14  not going to call them bad guys.
15      I've got folks that are against this deal
16  that I got to know and I have high opinions of. But I
17  don't think they've come up with what I would consider a
18  plan. There is a joke that shows up, hope is not a
19  plan. All we have to do is blow this up, and then we'll
20  get them back to the table, we'll do better. That's
21  hope. That's not a plan. A plan is looking at the data
22  as it is and responding to facts, not hope. And the
23  facts are that if we vote no and this plan doesn't get
24  through, we lose a 20.5-billion-dollar insurance policy
25  that is the only way that PG&E is going to be a viable

1  bankruptcy and to put the billions and the tens of
2  billions of dollars in to get it out of bankruptcy,
3  they're not the same people that were the owners of this
4  company when they burned down your house. So even
5  though it's got the same title, I would have changed it,
6  but even though they're still called PG&E, the owners
7  are different, the people that are leading it are
8  different, and your Governor, in my view, did an
9  outstanding job of insisting that this company is going
10  to be different.
11      MR. ROECKER: Looks like Sam has a
12  question now. He says, what if we can't prove anything
13  except for the home itself? He says, photos and
14  receipts were all destroyed in the fire. What are the
15  options and likeliness of compensation?
16      MR. WATTS: So, Steve, obviously, I don't
17  need photographs to prove that your structure was burned
18  down. There is good third-party data in the form of tax
19  rolls. County of so-and-so has got the stuff. In
20  effect, our experts already have for every one of you
21  the approximate surface area, number of square feet of
22  your home. We also have experts that tell us in a given
23  neighborhood what's the cost per square foot on average
24  to rebuild it. So we've got good data in order to be
25  able to get the structure loss.

1  company. The facts are that if this plan doesn't go
2  through pursuant to its deal with the Governor, it's got
3  to be sold off in parts, which means somebody's
4  7.5-billion-dollar asset disappears. So somebody has
5  got to come up with an additional $7.5 billion.
6      The facts are the insurance companies are
7  going to be back, saying, okay, well, we want our 20,
8  not the 11 we agreed to take. City and County is going
9  to say, we want our 3, not the billion we agreed to
10  take. So it just adds an 18.5 billion-dollar bogey to
11  the cost of getting us back to where we are right now.
12      Not to mention on top of that the time
13  value of this. Do you want to rebuild Paradise sooner,
14  or do you want to rebuild it later? I don't criticize
15  anybody for wanting to just set this company's
16  headquarters on fire, but we have to deal with reality
17  and that is that in the last two years, the overwhelming
18  majority of the people that were in the board of
19  directors, the officers and directors of this company
20  have been shown the door. The Governor's agreement with
21  this company requires a major refreshing of the board of
22  directors that's much more emphasis on safety as opposed
23  to just profits.
24      The owners of the company, the people that
25  are putting up the money to bail this company out of

1      As to the stuff inside the home, that's
2  why we're trying to have the quick pay, the easy to
3  prove, versus you show up and prove every dollar thing.
4  The easy to proving would be, you know, in effect,
5  hey, on average, insurance statistics say that a certain
6  percentage of the cost of the home is what people should
7  traditionally have in terms of personal property, and so
8  that's going to be the default. But if you want more
9  than the default, show up with all your stuff, pictures,
10  surveys, E-Bay receipts, whatever, showing that what you
11  had in the home was more valuable.
12      There is some guy -- I can't believe a
13  lawyer did this -- that claimed somebody had a
14  354-million-dollar opal or emerald in their home. I
15  guess if they had a picture of the opal or the emerald,
16  it would be fine, but I find it weird that it was in a
17  120,000-dollar house with no insurance on it. But we'll
18  look through all that kind of stuff.
19      But the bottom line is we're trying to
20  create a scenario where we're going to assume you had a
21  certain amount of stuff in the house. You're entitled
22  to some reimbursement on that.
23      But let me make one other point on this
24  issue: I mentioned that the insurance companies have
25  paid out $15 and a half billion and have about another

Worldwide Court Reporters, Inc.
(800) 745-1101

1  3.8 billion in reserves. This was a very important
2  point to me. I know it's not popular that the insurance
3  companies took their money in cash and we've got cash
4  and stock; but the reason that happened is they took a
5  huge discount from 20 to 11, freeing up $9 billion in
6  value.
7       But, No. 2, I flew down to Los Angeles to
8  meet with their lawyers, and I said, look, I'm only
9  going to support this deal if the following happens, and
10  that is is that all that money that's reserved that you
11  haven't paid out yet, you haven't rebuilt the town of
12  Paradise yet, and I'm not agreeing to a deal that lets
13  you hold on to your settlement unless two things happen:
14  No. 1, you're not going to come after my clients for
15  reimbursement of moneys you paid them under some
16  contractual right. In other words, we keep our 13.5,
17  you keep your 11. And they said, you know what, I agree
18  with that. I said, because I can't have my clients
19  getting bills from their insurance companies for this or
20  that or overpayment or this and that. But, on the other
21  hand, I can't have my clients getting screwed around by
22  a bunch of insurance companies that don't want to give
23  them the money they need to.
24       California has excellent law with respect
25  to the duties that insurance companies have to fairly

1  administer claims that pay claims. If you violate that
2  duty, I must have the ability on behalf of my clients
3  for the clients to sue you for insurance bad faith.
4  That's the only way that I can look my clients in the
5  eye and say, we've still got the Sword of Damocles over
6  these insurance companies. They're going to have to
7  treat you right or they're going to be faced with bad
8  faith liability. And we've maintained that. So we've
9  got benefit they're not coming after us, but to the
10  extent that they're bad guys in claims administration,
11  we're going to come after them. So we want that
12  $3.8 billion paid to our people.
13       Now, I'm not taking a fee off of anybody's
14  payments from their insurance company. You did that.
15  You paid the premiums. You deserve the payments. You
16  don't need a lawyer to do that. But what I also don't
17  want to have happen is I don't want rich insurance
18  companies to hoist that $3 and a half billion into the
19  trust by just not paying, right. So we've got to insist
20  that it's got to be written into the claims rules that
21  before you can take from the fire victims' trust, you
22  had to have done your best to get the insurance company
23  to pay.
24       So one of the things you're going to see
25  out of me as soon as this vote is is a bunch of

1  recommendations of letters that I want you to write,
2  steps that I want you to take to make sure you've taken
3  all the steps that you can to get paid by the insurance
4  company. Every dollar you get paid by the insurance
5  company is a dollar you're not paying me a fee on.
6  You're just getting it, and that's good for you, okay.
7  But at the same time, the insurance companies are not
8  going to shed their responsibility off on this trust by
9  saying, well, you guys pay it; we don't want to. We're
10  not going to allow that to happen.
11       Sam, go on to the next question. Thank
12  you.
13       MR. ROECKER: Yes. Jake, he wants to know
14  what the downsides to voting yes are.
15       MR. WATTS: So the downsides to voting yes
16  is you won't be hearing from me until May 15th. I'm
17  kidding. I got a lot of calls about too many calls to
18  the house. And I apologize, guys. We're just trying to
19  get you to vote. But those calls, every night I've got
20  folks that tabulate. I've got a computer guy who's just
21  brilliant named Matt Archer that counts all this stuff
22  up, and then he takes you off the list for the next
23  call. So as soon as we get ballots from everybody in
24  that house, you'll stop getting calls from us about
25  this, and we'll go back to communicating the way we

1  have.
2       The -- in terms of downside, to be honest
3  with you, I don't see a lot of downside to voting yes
4  when you compare it with what we're looking at. There
5  is, in any situation, contingencies out there, and let
6  me just tell you what I think they are, just off the top
7  of my head. No. 1, I don't play in the stock market
8  because about 25 years ago I tried to, and I wasn't very
9  good at it. Stocks go up. Stocks go down. What I've
10  learned and the reason I don't participate in the stock
11  market is that every stock has a counterparty, somebody
12  you're trading with. They're buying or selling while
13  you're buying and selling, and usually that counterparty
14  is in New York City in some financial house that's got
15  hundreds of analysts that aren't guessing like we are.
16  They know exactly what they're doing. So what we tried
17  to do to mitigate the risk of guessing is we hired
18  really smart financial advisers to call PG&E's bluff
19  about this or that.
20       So we're taking $6.75 billion in stock
21  because it's the only way to get to 13.5, there is not
22  that amount of cash available. But the way you mitigate
23  that downside is hire somebody who is a very
24  well-regarded firm that is a financial investment
25  adviser about whether to sell the stock, when to sell

Worldwide Court Reporters, Inc.
(800) 745-1101

Case: 19-30088   Doc# 6799-2   Filed: 04/20/20   Entered: 04/20/20 09:16:03   Page 20 of 46

1    the stock, how to sell the stock, how not to get creamed
2    on commissions, all this other stuff, so we maintain as
3    much value as we can.
4                Downside, if you take a bunch of stock and
5    cross a fire season, if something goes wrong.
6    Hopefully, you've got AB-1054, which I have no reason to
7    believe you won't, so you'll have that fund that will
8    keep the stock price from going down if there is a fire.
9                I suppose there is a minor risk that
10   somehow a wildfire burns up the City of San Francisco,
11   but the last time I was there is not enough trees
12   to keep it going, so I don't think that's a real risk.
13   But unless they burn down a massive city and the damages
14   are more than $20.5 billion, it shouldn't have a
15   material effect on the stock. Obviously, Wall Street
16   doesn't like surprises. We would prefer there be no
17   fires, which is why I think the PSPSs are going to
18   mitigate that risk. So you have risk there.
19               The other downside is is that we're going
20   to require that you try to get it from the insurance
21   companies first. So just follow the directions in terms
22   of establishing that so that you're not having trust
23   rules clip your ability to recover under the trust.
24               Now, that's not to say that if you didn't
25   carry insurance, that somehow you get paid less. That's

1    just not true. But if you did and insurance company
2    owes part of the bill, we're going to work with you to
3    try to make the insurance company pay the bill in a way
4    that doesn't create any fees for your lawyers, but it
5    does get you paid in a way that doesn't deplete the
6    trust. So those are the two major downsides.
7                Third downside, possibly, you know,
8    everybody is a little shocked to the core about
9    coronavirus. I used to tell the joke that, you know, in
10   2019 that financial crisis turned all of our 401(k)s
11   into a 201(k), and it feels like that's happening again.
12   What I can tell you is is that -- and I've written some
13   articles seeking alpha, you know, oh, my gosh, you know,
14   the whole company is not worth $5 billion; how is it
15   worth 6.75? You don't value it based on the old
16   company. You value it based on the issuance price to
17   the new company, and the way that gets valued is
18   multiples of future income. And as long as we don't
19   sell a large part of the stock before January 2021, that
20   valuation will be based on 2022 earnings, which are
21   already in its financial statement. We know it's going
22   to be about 2 and a quarter billion. It's very
23   predictable. Should be something you can count on, but,
24   you know, can bad things happen? Sure. Can the stock
25   go down? Sure. But you're not going to have Mikal

1    Watts advising how long to hold the stock. We'll have
2    people that do this for a living that will minimize that
3    risk. So that's what we're trying to do, is minimize
4    risk.
5                We've got about ten minutes left, so keep
6    pushing star 3 if you have any questions. Again, if we
7    don't reach you, send your e-mails to
8    chico@wattsguerra.com, if you're from the Camp area,
9    Camp Fire area, and to santarosa@wattsguerra.com if
10   you're in North Bay.
11               MR. ROECKER: Kim says that she's hearing
12   a lot of rebuilding. But she wants to know, what about
13   the value of the home lots at market value, if they have
14   to relocate because of the fire? And what about
15   relocation costs, can they be recovered?
16               MR. WATTS: So the answer is it depends on
17   the trust rules whether relocation costs can be
18   recovered, but I've been in meetings where that very
19   issue has been discussed. Any client of mine that has
20   relocation costs, we're going to put that in the claim
21   and try to get it for you.
22               And, by the way, as soon as those claims
23   rules are published, we're going to keep this
24   firesettlementfacts.com website up throughout the
25   duration. We'll continue to add to it. So I really do

1    encourage every one of you to go to
2    firesettlementfacts.com to get the information. What
3    does it have on it? It's got a bunch of your fellow
4    members of the community telling why they're voting yes.
5    It's got me trying to answer a whole bunch of questions.
6    I have filmed, I think, already about 12 pages of
7    answers. This morning I filmed another 22 pages of
8    questions. What I'm trying to do is get the information
9    out there in one site and answer every question that can
10   be asked, and we'll continue to add to that over the
11   next five or six weeks. If you go to
12   firesettlementfacts.com, we'll continue to add
13   information. That'll be the information clearinghouse.
14               And then, again, in addition to that,
15   we'll continue to do these telephonic town halls every
16   Saturday at noon Pacific time. You'll get this call.
17   You know, frankly, if you've already listened to five of
18   them, you're going to hear similar things. But those of
19   you that were on the last two, I'm trying to add new
20   content as opposed to saying the same thing over and
21   over again. So I spent a lot of time talking about what
22   happened this week with the TCC. I spent a lot of
23   time -- next week I hope to have some serious good news
24   in terms of stuff we're working on right now.
25               But that's where you go to get your

Worldwide Court Reporters, Inc.
(800) 745-1101

1    information, firesettlementfacts.com. You'll continue
2    to get the weekly Joe Earley e-mails. You'll get them
3    from Roy Miller if you're in North Bay. I'll continue
4    writing you letters. I might even start doing video
5    messages to you and text it to you. We've got that
6    capacity now. But go to firesettlementfacts.com and
7    stay on it, and we'll continue to add information to it.
8        So let's keep going. We've got about nine
9    minutes left.
10        MR. ROECKER: Deanna says she owns her
11    primary property and then she has three rental
12    properties. Does she need to vote for each property or
13    just one per person?
14        MR. WATTS: It depends on how many claims
15    she filed. We're now on a per-claim basis. So if you
16    would e-mail us and we'll get the list of claims and
17    we'll tell you how many times to vote. But as the joke
18    goes, I mean, a lot of you got a phone message from me
19    yesterday morning apologizing that this is the fourth
20    time I've called you this week. You may think you've
21    already voted. If you're getting this message today,
22    you may have voted for yourself, but you didn't vote for
23    the other three people in your house, and we need those
24    three votes cast. So we'll continue on a per-claim
25    basis to try to get a vote for each of them, for that

1    reason.
2        MR. ROECKER: Katherine has a question
3    about mobile homes as well. She says the mobile home
4    park she was in was destroyed, and it's not determined
5    whether it will be rebuilt or not. What happens to
6    replacement value of the home if there's no possibility
7    of the park being open so she can rebuild?
8        MR. WATTS: Yeah, I think it'll be on a
9    mobile home level. So claim the lost mobile home, and
10    you may have to move until somebody reopens one.
11        MR. ROECKER: And then Candice on the line
12    asked me about families who have family members that
13    have passed away since the fire, if they do not have a
14    will, how does that impact their claim?
15        MR. WATTS: So if you don't have a will,
16    every state has what's called intestacy laws, that says
17    if you didn't have a will where you directed where it
18    goes, it's presumed that X percentage goes to a spouse,
19    this much goes to kids. If there is no spouse or no
20    kids, it may go sideways to brothers and sisters or
21    upwards to parents.
22        If you would send me an e-mail, I'll get
23    somebody to pull the intestacy law for the state of
24    California so we can specifically answer your question.
25    Probably what I'll do is I'll wait on a text from Jerry

1    Singleton. What I think will happen is if you don't
2    have a will, California has intestacy laws. It's
3    probably all on a single sheet of paper that we can send
4    to you. If you e-mail us at chico@wattsguerra.com, ask
5    the question, we'll get it answered. If you're in the
6    North Bay, santarosa@wattsguerra.com, we'll get you the
7    answers. And we'll try to post the answer to that
8    question on firesettlementfacts.com as well.
9        Seven minutes. Let's keep going, Sam.
10        MR. ROECKER: We have a question asking
11    how the trust is going to weed out false claims?
12        MR. WATTS: That's a good question and I
13    have a specific answer. There is a lot of different
14    ways that we're doing that, but I can tell you, having
15    talked with John Trotter and Cathy Yanni, they both
16    value their reputations and they're so well regarded, I
17    understand why those reputations are dear to them. I
18    know that it is a primary concern of the trustee and the
19    claims administrator to write claims rules that ensure
20    that only legitimate claims are being paid.
21        As I think I've mentioned, we've already
22    made substantial progress in eliminating duplicate
23    claims. You've heard about 80,000 claims. I think
24    there is over 10,000 of those that were already
25    identified as duplicates and removed from the system.

1    There is a variety of reasons for that. I'm not calling
2    it fraud. But one firm was afraid that the system would
3    crash on the deadline, so they submitted all their
4    claims on the computerized way to do it and also dumped
5    all the paper copies down so somebody had to dedup all
6    those. That's fine.
7        I've had other clients come in and say,
8    oh, the system was getting stuck, Prime Clerk, and they
9    just kept pushing "send" six or eight times. Well, the
10    system counted six or eight times. They just didn't
11    know how to get the notification. So we had to dedup
12    those.
13        There are a lot of folks that have filed
14    claims, what I call evacuation only claims. And that is
15    that their houses didn't burn down. They were just, you
16    know, inconvenienced and forced to evacuate. They do
17    have a claim, but I don't think the value of those
18    claims is going to sufficiently raid the trust such that
19    there's not enough money for people whose houses burned
20    down.
21        So all of that deduplication and
22    categorizing is going to be very transparent. It's
23    going to be prepublished. But the other way we do it is
24    through the requirement that you document what you're
25    claiming.

Worldwide Court Reporters, Inc.
(800) 745-1101

1 In order to sign up or, you know, the
2 bankruptcy notice claims process, that's a lot like
3 registering to vote. You can do it pretty easily.
4 Filing a claim with this trust, this
5 13-and-a-half-billion-dollar fund, will be more like a
6 loan application down at the bank. You got to show up
7 with your backup financial documents when you make a
8 loan application. Here when you're making a claim for
9 payment by the trust, you'll have to show up with proof
10 about what you lost. They're not just going to take
11 your word for it.
12 And then, finally, the trust has important
13 checks in place to ensure that it's only paying out
14 legitimate claims that were demonstrated by proof.
15 We've got the audits. We've got third-party reviews,
16 we've got third-party neutrals. We've got appellate
17 rights. These are all techniques that are embedded into
18 the trust process, designed to mitigate against the
19 concern that somebody is going to get paid for a false
20 claim.
21 MR. ROECKER: We have a couple questions
22 about the TCC. I know you covered that at the
23 beginning, but can you just do a quick recap of the TCC
24 and the latest news there?
25 MR. WATTS: Yeah, sure. I can tell you

1 that I was on a phone call for several hours yesterday
2 working with my friends who represent members of the
3 TCC. I've been in a large number of negotiations with
4 people and these people all gave their time for free and
5 have done it for a long time and the folks who chose to
6 resign so that they could exercise their First Amendment
7 rights and say what they want, I have no criticism of
8 them. In fact, I know they're lawyers and consider them
9 friends.
10 I can tell you that the TCC is meeting on
11 a frequent basis. It's continuing to do its work. Its
12 lawyers are working hard to optimize this deal, to make
13 it something that everybody can recommend to their
14 clients. And, you know, a good deal is worth voting
15 for, and I think it's worth voting for, but, at the same
16 time we're doing the vote, we're all working to make it
17 better, and we'll continue to try to find holes in the
18 system, close them up to make it the best that it can
19 be.
20 And, you know, the bottom line is there is
21 a reason that, you know, 11,200 people that I represent
22 have said yes and 90 have said no. There is a reason
23 that Jerry Singleton's 7,000 clients, he's seen an
24 overwhelming response, and that's because none of the
25 alternatives are close to what this is offering and that

1 the facts as opposed to the emotions suggest that there
2 is no reason to believe that these folks are going to
3 get more money if you reject this deal. There is a lot
4 of reason to believe that it's going to delay it and it
5 may not be there.
6 There is a reason Mike Danko's 6,000
7 clients, he's expecting them to support it. There is a
8 reason Jim Frantz has got almost all of his clients
9 supporting the deal, and that Rich Bridgford says his
10 clients are going to vote overwhelmingly for the plan.
11 And the reason for that is that, to put it in Mike
12 Danko's words, if you vote it down, it's like
13 thermonuclear meltdown. There is no Plan B. But there
14 is nothing to be embarrassed about about Plan A. This
15 is one of the largest torts in the history, one of the
16 largest settlements in the history of the American tort
17 system. And the fact that it came out of bankruptcy
18 court is all the more important.
19 So, in conclusion, we've got a minute
20 left, I want to thank everybody again for being on for
21 the last two hours. We've still got well over a
22 thousand people on the line. I apologize for not
23 getting all the questions answered. Go to
24 firesettlementfacts.com as often as you like. There
25 will be new stuff added to it during the entire time

1 period. And then after the vote, we'll transfer it into
2 an information receptacle about how to do the claims.
3 So, again, this is Mikal Watts. I'll see
4 you next Saturday at 12:00 noon. We'll be here to do it
5 again and to give you next week's information. If
6 you're so inclined and think you're properly informed,
7 we would appreciate you considering voting now. My
8 recommendation is is that you vote to accept the plan,
9 and it's not even a close call, in my view. It's a
10 whole-hearted recommendation. I think it's in your best
11 interest. I think it's the best way to rebuild your
12 communities as soon as we can.
13 So that's all we've got today, folks.
14 Thank you very much for participating. Be safe.
15
16
17
18
19
20
21
22
23
24
25

Worldwide Court Reporters, Inc.
(800) 745-1101

1   I, PHYLLIS WALTZ, a Texas Certified Shorthand Reporter,
2   Texas Certified Realtime Reporter, Louisiana Certified
3   Court Reporter, Registered Merit Reporter, Certified
4   Realtime Reporter, and Certified Realtime Captioner in
5   and for the State of Texas, certify that the foregoing
6   is a correct transcription, to the best of my ability
7   from the audio recording of the proceedings in the
8   above-entitled matter.
9
10  I further certify that I am neither counsel for, related
11  to, not employed by any of the parties to the action in
12  which this deposition was taken, and further that I am
13  not financially or otherwise interested in the outcome
14  of the action.
15          Certified to by me this 4TH day of APRIL
16  2020.
17
18
        PHYLLIS WALTZ, RMR, CRR, CRC
19      Expiration Date:  12/31/20
        TEXAS CSR, TCRR NO. 6813
20      Expiration Date:  12/31/21
        LOUISIANA CCR NO. 2011010
21      Expiration Date:  12/31/20
22
    Worldwide Court Reporters, Inc.
23  Firm Certification No. 223
    3000 Weslayan, Suite 235
24  Houston, Texas  77027
    (713) 572-2000
25

24  (Page 93)

Case: 19-30088   Doc# 6799-2   Filed: 04/20/20   Entered: 04/20/20 09:16:03   Page 24
of 46

**A**

**AB-1054** 8:24
11:19 27:5
32:5 35:8 81:6
**ability** 12:4
22:19 30:6
72:19 78:2
81:23 93:6
**able** 2:6 25:11
44:11,21 45:9
62:25 75:25
**above-entitled**
93:8
**absolutely** 6:20
**accelerated** 9:15
19:25
**accept** 30:20
46:7 48:22
92:8
**accepted** 22:1
48:7
**Accepting** 11:22
**account** 38:12
43:22
**accusing** 6:17
**achieve** 68:16
**achieved** 10:1
10:10,16 14:4
**achieving** 65:23
**acquired** 32:23
37:14
**act** 8:19 16:23
**action** 93:11,14
**actual** 36:1
**adapt** 2:5
**add** 7:17,18 16:6
46:22 49:5
50:20,21,24
51:3,17 53:23
83:25 84:10,12
84:19 85:7
**added** 63:9
69:12 91:25
**addition** 18:19
84:14
**additional** 53:21

74:5
**additions** 70:1
**address** 14:21
19:16 23:14,25
29:8,11 50:4
61:23 68:8
72:6
**addressed** 24:16
**adds** 74:10
**adjudicate**
64:18
**adjudicated**
65:16,17
**adjudication**
56:13
**adjuster** 69:11
**adjusters** 70:23
**administer** 78:1
**Administered**
1:5
**administration**
78:10
**administrator**
41:18 42:16
56:18 59:7
87:19
**admit** 16:13
**Adolfo** 23:16
**adults** 59:14
**advance** 41:21
42:11
**advantage** 10:22
**advise** 32:25
33:10
**advised** 24:19
43:6
**adviser** 80:25
**advisers** 32:25
66:1 80:18
**advising** 83:1
**advocate** 25:7
**advocating**
25:20 40:6
**afraid** 88:2
**afternoon** 3:10
**agencies** 16:8
17:6,7 19:8

66:21
**agency** 64:17
**agents** 60:14
**Agitate** 26:14
**ago** 20:2,18
27:25 80:8
**agree** 18:25
32:21 55:19
77:17
**agreed** 5:5 9:23
10:9 14:5 15:6
16:19 17:7
19:8,10 21:20
31:8 40:11
42:2 74:8,9
**agreeing** 77:12
**agreement** 11:2
13:7 14:10
15:23 21:23
25:17 31:18
39:13 40:18
62:4 74:20
**agreements** 21:7
33:2
**ahead** 4:6 46:1
54:1
**ahold** 47:11
**alert** 55:16
**aligns** 63:7
**alive** 25:25
**allow** 9:1 16:20
25:5 71:12
79:10
**allowed** 23:7
56:6,8
**alpha** 82:13
**alternative** 12:2
12:17
**alternatives**
28:17 90:25
**altogether** 20:20
**amend** 58:17
**amended** 13:4
**Amendment**
24:20 38:13
90:6
**America** 18:3

**American** 63:21
91:16
**amount** 11:11
13:24 22:2,7
31:19 57:12
62:9,16 76:21
80:22
**analyses** 53:7
**analysis** 36:9
**analysts** 18:15
18:24 31:3,5,6
33:5 41:10
80:15
**analyzing** 52:25
**Angeles** 77:7
**angry** 4:12
**anguish** 44:18
44:24
**Anna** 37:21,21
37:24
**anniversary**
64:25
**announcement**
19:18
**answer** 17:15
19:13 22:18,22
23:11 35:9
42:19 48:18,19
50:14 57:23
58:2,3,18
61:14 63:15
71:14 72:4
83:16 84:5,9
86:24 87:7,13
**answered** 3:25
23:12 30:24
48:14,17 87:5
91:23
**answering** 3:21
51:10
**answers** 30:9
84:7 87:7
**anticipate** 38:19
**anticipating**
28:23
**anybody** 6:24
28:8 37:2

38:11,12 74:15
**anybody's** 78:13
**anymore** 12:16
13:22 47:25
**anytime** 34:24
**anyway** 5:5 7:5
**anyways** 5:14
**apex** 41:3,3,5,9
41:11,14
**apiece** 69:2
**apologize** 72:5
79:18 91:22
**apologizing**
85:19
**appeal** 20:10
57:20
**appeals** 38:25
38:25
**appears** 46:10
**appellate** 39:2
89:16
**application** 89:6
89:8
**applied** 67:8
**apply** 12:10
64:13
**apportion** 69:1
**appraised** 35:14
**appreciate** 5:7
5:12 19:11
92:7
**appreciates**
19:10,12 44:4
**appreciation**
17:9 19:4
**approach** 39:10
**approaching**
28:5
**appropriate**
7:12 20:24
28:7
**appropriately**
2:21 21:9
**approve** 38:24
**approximate**
75:21
**approximately**

Case: 19-30088   Doc# 6799-2   Filed: 04/20/20   Entered: 04/20/20 09:16:03   Page 25
of 46

2:3 69:9
**April** 1:9 2:11
2:11,11 26:13
26:15 51:24
93:15
**arborist** 69:11
**arborists** 70:24
**Archer** 4:16
79:21
**area** 3:5,6 23:3
37:4,8 45:12
45:15 55:1,3
65:1 75:21
83:8,9
**argue** 52:15
**arguing** 20:10
**argument** 45:20
**arguments**
64:12
**arms** 6:6
**army** 42:17
51:13
**arrangement**
62:10
**arson** 15:3
**article** 15:10
25:22 26:13,21
27:14 46:10
**articles** 82:13
**artificial** 71:6
**asbestos** 9:13
**ashes** 26:7
**asked** 4:16
16:10 31:12
35:11,17 43:13
48:11,13 68:9
70:19 84:10
86:12
**asking** 15:10
20:15 36:24
46:2 54:21
58:15 70:15
87:10
**asks** 30:19
**asset** 74:4
**assets** 54:11
**assigned** 52:10

52:23 53:19
**assignment**
51:20
**assignments**
53:20
**Assistant** 24:17
**assisting** 66:2
**associated** 21:23
**assume** 76:20
**assuming** 69:5
**attempt** 37:15
59:8
**attorney** 15:2
21:24 22:1
29:4 63:24
**attorneys** 3:3
64:4
**attorneys'** 61:20
61:23 62:1
67:3
**audio** 93:7
**audits** 89:15
**augmenting**
35:5
**August** 39:14,19
40:2,10 41:15
**auto-calls** 55:9
**available** 10:2
10:11,17 12:2
15:5 18:14
22:2,7 31:1,9
53:21 62:16
80:22
**average** 63:2
69:2,8 75:23
76:5

—————————
**B**
—————————
**B** 12:1 13:12
26:22 91:13
**back** 10:8 11:11
11:16 16:9,20
27:11 28:15
39:11 40:8
51:2,5,7 55:15
73:12,20 74:7
74:11 79:25

**backdrop** 56:5
**background** 4:8
**backing** 21:9
**backstop** 18:2
21:7 59:20
60:9,25 61:5
**backstops** 18:4
60:2,23,23
61:15,16
**backup** 89:7
**bad** 73:14 78:3,7
78:10 82:24
**bail** 74:25
**BakerHostetler**
24:7,10,11
51:22 52:24
53:12
**BakerHostetle...**
53:22
**ball** 20:1
**ballot** 43:5,8
49:14 55:23
**ballots** 3:1 43:1
43:2,8 46:19
47:15 49:3
50:1,3 55:5,9
55:13,14 79:23
**banded** 64:7
**bank** 33:13
69:21 89:6
**banker** 36:6
**bankruptcies**
9:3
**bankruptcy** 1:1
1:2 2:23 3:17
5:15 8:2 9:2,8
9:11,14 14:14
18:10 20:12,25
24:8 25:25
26:14 32:9,12
32:17 33:19
39:1,5 41:20
48:2 65:20,21
66:1,3 67:1
75:1,2 89:2
91:17
**banks** 40:15

67:19
**Bar** 63:22
**bargain** 13:19
**base** 48:16
**based** 31:20
46:9 62:2
82:15,16,20
**basically** 20:22
24:13 27:15
**basis** 47:16
55:17,20 57:8
68:7,11 85:15
85:25 90:11
**Bay** 4:19 8:10
23:3 34:8 37:8
55:3 57:13
67:12 71:18
72:22 83:10
85:3 87:6
**beat** 15:17
**begging** 47:17
**beginning** 89:23
**behalf** 53:16
66:7,15 78:2
**behemoth** 62:18
**belief** 45:17,18
**believe** 11:20
27:13 28:7,18
38:4,25 40:19
58:4 76:12
81:7 91:2,4
**believes** 29:6
46:15
**beneficiaries**
54:14
**benefit** 16:21
39:17 78:9
**benefits** 44:1
67:24 68:14
**Bennett** 64:24
**best** 3:19 8:5
22:19 25:7
29:14,15 62:25
68:19 69:3,22
78:22 90:18
92:10,11 93:6
**better** 29:20

60:20 73:20
90:17
**big** 5:3,4,9 15:9
16:2 17:13
21:16 49:24
52:8 62:19,24
**bigger** 64:17
**biggest** 53:6
56:14
**bill** 12:21,25
82:2,3
**billion** 8:7 9:19
10:6,6,7,8,10
10:10,15,16,16
10:23 11:7,7,8
11:10,16 15:4
15:25 16:4,5,6
16:21,25 17:19
17:20,21 18:1
18:9 19:7,23
21:20,21 26:25
27:7,8,9 31:14
50:21,22,25
51:1,3,19,19
59:21,22 60:2
60:3 63:14
66:13,14,17,18
74:5,9 76:25
77:1,5 78:12
78:18 80:20
81:14 82:14,22
**billion-dollar**
10:12 74:10
**billions** 8:1 75:1
75:2
**bills** 77:19
**bit** 4:8 72:16,16
**blame** 37:2
72:15
**Bloomberg**
27:14,19 28:14
46:10
**blow** 39:20
73:19
**bluff** 80:18
**board** 13:20
74:18,21

Case: 19-30088   Doc# 6799-2   Filed: 04/20/20   Entered: 04/20/20 09:16:03   Page 26
of 46

**Bob** 51:12,16
53:1,12,21
**Bob's** 51:22
52:24
**bogey** 74:10
**bombs** 27:17
**bond** 26:5,5,7,11
**bondholders**
12:7 15:13
19:20 23:21
73:12
**bonds** 12:12
**Bonnie** 24:4
**books** 14:15
**borrowed** 67:19
**bother** 71:23
**bottom** 12:8
16:13 21:6
27:18 29:15
42:13 44:20
57:17 58:8
65:5,22 66:25
68:6 76:19
90:20
**bought** 37:13
46:12
**bound** 61:18
**breach** 56:11
**breast** 9:8
**Bridgford** 29:5
46:15 91:9
**brilliant** 79:21
**bring** 5:11 8:2
17:9 44:6
**broad** 27:19
**brothers** 86:20
**BrownGreer**
42:4
**buddy** 57:21
**bugging** 55:23
**built** 31:17
**bunch** 18:24
19:5 21:18
22:14 38:15
41:24 64:15
65:6,18 67:10
77:22 78:25

81:4 84:3,5
**burn** 60:21
81:13 88:15
**burned** 8:14
17:15 52:9
75:4,17 88:19
**burning** 15:20
**burns** 81:10
**businesses** 8:19
**bust** 5:10
**busy** 49:12
**Butte** 15:2,4
21:24 61:3
**buy** 13:9 26:11
36:17
**buying** 80:12,13
**buys** 52:21

**C**

**Cal** 5:19 16:25
64:19 65:1,11
65:12 66:20
**calculated** 38:3
62:2
**calendar** 41:25
**calendars** 2:9
**California** 1:1
9:16 12:20,22
13:16 14:8
16:4,24 19:8
21:10 32:7
35:23 37:11
44:23,25 54:6
54:17 57:24
58:8,12 64:14
67:11 68:15
77:24 86:24
87:2
**California's**
13:18 32:3
**call** 3:23 12:25
22:20 30:18
51:15 60:12
72:1 73:13,14
79:23 80:18
84:16 88:14
90:1 92:9

**called** 7:14
10:18 15:14
16:23 20:5
22:14 23:8
27:21 31:25
33:2 40:13
41:3 45:9
52:22 62:3,18
75:6 85:20
86:16
**calling** 22:15
55:19 88:1
**calls** 44:23 79:17
79:17,19,24
**Camp** 15:21
21:12 23:2
24:21 34:9
37:4 44:14
55:1 57:13
64:10 65:10,15
67:14 71:17
72:22 83:8,9
**Candice** 86:11
**capacity** 85:6
**capital** 44:3
**Captioner** 93:4
**care** 16:12 18:9
39:13
**carefully** 3:4
52:25
**carried** 15:7
**carriers** 10:9
21:20
**carry** 53:10
81:25
**case** 1:2 3:17
20:19 53:3
56:20 57:14
62:2 63:25
65:7 66:23
67:13,15 69:9
69:12
**cases** 5:4 28:13
41:1 49:8,24
52:25 56:3
57:7,10 69:1
**cash** 17:19,20

18:5,13,23
19:21 21:22
30:22,25 32:12
33:10,22 43:18
43:19,24,25
60:9 77:3,3
80:22
**cast** 2:24 85:24
**catch** 48:15
**categories** 44:18
44:19
**categorizing**
88:22
**category** 57:5
**Cathy** 41:18,23
56:17 87:15
**cause** 52:18 55:6
64:18,20 68:20
**caused** 13:10
52:3
**CCR** 93:20
**cent** 63:16
**cents** 69:21
**certain** 11:23
14:3,7 18:5
29:10 33:4
43:19 45:10
52:6 59:13
71:23 73:4
76:5,21
**certainly** 72:14
**Certification**
93:23
**Certified** 93:1,2
93:2,3,4,15
**certify** 59:17
93:5,10
**chains** 25:6
**challenging** 37:4
37:5
**Chamber** 70:11
**change** 36:25
**changed** 75:5
**Chapter** 1:4
**charge** 39:20
**charts** 40:25
**check** 32:13

**checked** 50:12
**checks** 89:13
**Chico** 68:1
**chico@santar...**
55:1
**chico@wattsg...**
23:2 55:2
71:17 83:8
87:4
**children** 58:15
**China** 41:7
**choice** 26:24
48:24 56:24
**choose** 33:20
47:24 48:5
**choosing** 40:14
**chose** 18:12 37:6
49:2 64:3 90:5
**cities** 11:9
**citizen** 25:2
**city** 74:8 80:14
81:10,13
**claim** 16:4,5,19
16:25,25 25:14
43:4,8,21 54:4
54:16 58:17
70:2 71:10
83:20 86:9,14
88:17 89:4,8
89:20
**claimant** 18:17
25:18 47:25
**claimants** 21:1
22:6 25:4,16
46:13 68:16
**claimed** 76:13
**claiming** 88:25
**claims** 3:14 6:15
9:10 10:15
11:8,8 12:6
16:7,13,22
17:4 18:15
20:13 24:6
33:6 35:18
41:18,19,19,22
41:23 42:10,15
42:18 43:1,3,6

44:15,18,24
48:4 50:20,21
50:24 51:3,11
51:20 53:18
56:18 57:2,25
58:1,9,12,19
59:6,9 65:25
66:20 70:8,9
71:3,24 72:13
78:1,1,10,20
83:22 85:14,16
87:11,19,19,20
87:23,23 88:4
88:14,14,18
89:2,14 92:2
**class** 62:12
**cleaning** 49:18
**clear** 39:18
47:17,23 69:21
**clearinghouse**
84:13
**clearly** 9:25
17:16 65:15
**Clerk** 46:22
49:3 88:8
**client** 23:1,3,4
25:10,10 48:16
55:8 62:25
63:8,9,12
68:22 69:14
83:19
**clients** 2:16,17
2:17 3:11,12
3:15,23 5:12
6:21 22:15
26:19 27:22
28:6,14,15,23
29:1,6 43:7
46:11,14,15,18
48:10,12,19
49:12 50:1,2
55:18,24 56:7
56:11 57:22
59:1 60:22
62:20 63:17
65:24 68:2,10
68:11,16,25

69:17 70:13,19
77:14,18,21
78:2,3,4 88:7
90:14,23 91:7
91:8,10
**clients'** 69:15
**Clifford** 20:17
**clip** 81:23
**clock** 41:19
**close** 26:22
28:17 36:13
55:22 90:18,25
92:9
**code** 10:20 26:1
48:2
**colleague** 51:15
**collect** 46:18
47:15 53:15
**collected** 18:1
64:22,23
**college** 71:8
**com** 71:20
**come** 5:14 6:12
11:15 14:13
17:11 19:22
20:4 36:7
57:16 60:22
65:1 70:9 73:9
73:12,17 74:5
77:14 78:11
88:7
**comes** 6:4 49:16
56:3
**comfortable**
4:21
**coming** 62:15
68:4 78:9
**comments** 24:24
70:5 72:5
**Commissioner**
20:17
**commissioners**
20:19
**commissions**
81:2
**commitment**
68:2,2

**commitments**
18:2
**committee** 12:6
18:16 20:13
24:7 25:4,15
51:12 65:25
**communicate**
47:9 48:9
70:13
**communicating**
79:25
**communities** 8:8
8:10 14:15
92:12
**community** 5:3
5:9 37:5 84:4
**companies** 10:4
53:4,9,10
61:12 62:19
74:6 76:24
77:3,19,22,25
78:6,18 79:7
81:21
**company** 1:6
10:20 12:20
13:3 14:5,6,12
14:13 17:14
18:8 19:14,22
31:11,16 32:12
39:3 40:12,13
44:4 52:14,16
52:21 60:25
62:24 71:5
74:1,19,21,24
74:25 75:4,9
78:14,22 79:4
79:5 82:1,3,14
82:16,17
**company's**
18:25 74:15
**compare** 80:4
**compared** 9:22
**compensated**
35:15
**compensation**
44:24 56:3
67:15 75:15

**complex** 3:17
**compliant** 48:12
**computer** 79:20
**computerized**
88:4
**concern** 32:22
48:25 87:18
89:19
**concerned** 34:3
**concerns** 5:2 6:6
33:24 47:5
49:23
**concessions** 13:3
**conclusion**
91:19
**condemnation**
64:13
**conduct** 52:17
**confident** 6:15
**confirmation**
2:25 38:4,8
**confirmed** 26:3
**conflicts** 25:2
**consenting**
18:17 25:15
**consequent**
28:10
**consider** 59:10
73:17 90:8
**considered** 63:5
63:20
**considering** 92:7
**Constitutional**
25:1
**construct** 32:4
**construction**
36:6
**consultancy**
53:5
**consultants** 66:2
73:4
**consulted** 18:15
**consume** 67:25
**contacted** 4:15
**content** 84:20
**contents** 70:20
70:23 71:8

**context** 4:8 9:13
**contingencies**
80:5
**contingency**
62:3,10,21,24
63:5,19 64:3
**contingent**
17:11 62:7
63:6 68:7
**continue** 7:17,18
47:15 51:24
83:18 83:25
84:10,12,15
85:1,3,7,24
90:17
**continued** 66:14
**continues** 40:23
**continuing**
90:11
**contract** 52:5
63:19 69:20
**contractors** 36:7
52:2
**contracts** 63:19
67:4,10
**contractual**
77:16
**contractually**
61:18
**contribute** 4:22
**contributed**
10:23
**contribution** 4:9
**control** 34:18
**convert** 44:3
**convinced** 42:6
**copies** 88:5
**core** 82:8
**Corning's** 9:8
**corollary** 16:21
**coronavirus** 2:5
11:5 39:24
40:9,23 41:1
82:9
**corporate** 9:3
63:4
**corporation** 1:3

Case: 19-30088   Doc# 6799-2   Filed: 04/20/20   Entered: 04/20/20 09:16:03   Page 28
of 46

62:18 63:3
**correct** 44:10
57:23 58:4
60:16 72:7
93:6
**cost** 8:15 36:2
37:17 69:2
74:11 75:23
76:6
**costs** 14:9 36:15
67:7,18 83:15
83:17,20
**counsel** 24:19
62:25 66:1
93:10
**counsel's** 24:25
25:6
**counseling**
45:18
**count** 2:9 38:16
71:1 82:23
**counted** 54:24
88:10
**counterparty**
80:11,13
**counties** 10:13
10:14 11:9
45:4
**counting** 28:10
**country** 32:19
39:25 40:1
49:9
**counts** 15:1
21:12 79:21
**County** 15:2,4
21:24 61:3
74:8 75:19
**couple** 26:4
31:25 46:25
61:20 69:25
89:21
**course** 20:5
30:13 32:8
33:24 34:2,13
44:1
**court** 1:1 9:14
26:1 39:2

58:24 64:14
65:20 66:3,11
67:1 91:18
93:3,22
**cover** 21:22
**coverage** 52:22
52:23
**covered** 35:7
89:22
**COVID-19**
13:10
**CPUC** 19:18,23
20:2,17,19
34:17 61:2
**CPUC's** 20:12
**Craig** 58:14
**crash** 13:10 88:3
**crashed** 40:3
**CRC** 93:18
**creamed** 81:1
**create** 57:2
76:20 82:4
**created** 7:14
**creates** 32:4
**crests** 41:11
**crime** 15:3,7
**criminal** 5:22
52:15
**crisis** 82:10
**critical** 15:15
34:13 73:7
**criticism** 16:2
17:13 24:10
25:11 29:13
90:7
**criticisms** 17:3
**criticize** 74:14
**cross** 81:5
**CRR** 93:18
**CSR** 93:19
**curious** 70:5
**current** 21:1
**curve** 20:1
**customary**
63:21
**cut** 12:7
**cycle** 72:10

**D**

**D&O** 52:22
**daily** 47:16
55:17
**damage** 57:6
**damages** 36:1
66:11 81:13
**Damocles** 78:5
**danger** 45:3
**Danko** 26:17,20
26:24 28:21
46:12
**Danko's** 91:6,12
**darn** 40:4
**data** 46:9 49:11
73:21 75:18,24
**date** 14:7 17:21
39:8,11 41:14
42:19,21 93:19
93:20,21
**Dave** 35:11,16
**day** 2:12,13 8:17
19:6 28:9
36:10 37:16
41:2,4,5,5 44:2
65:11 70:17
93:15
**Daylight** 2:14
**days** 20:18
27:14,25 38:5
49:9,17,19
**deadline** 2:25
3:2 8:22,24 9:1
9:16 70:4,8,13
70:17 71:15,21
88:3
**deal** 5:17 6:11
6:12,25 7:25
11:1,10,15
12:7,15 13:7
13:14,16,19
14:16 15:13
19:21 21:8,16
23:21,22 26:5
26:5,7,11,14
28:19 29:2,16

29:18,20,24
32:10,11 38:12
39:15,16,20
46:14 48:22
61:8 70:11
72:6 73:1,15
74:2,16 77:9
77:12 90:12,14
91:3,9
**deals** 9:25
**Deanna** 85:10
**dear** 24:3 51:12
87:17
**dearly** 39:16
**death** 21:8 52:18
54:10 56:2
57:7,14 58:9
**deaths** 41:1,4,5
57:13,13
**debt** 18:9,18
61:1
**Debtors** 1:7
**debts** 8:3 31:4,8
**December** 39:12
**decide** 57:5
65:13
**decided** 57:15
**decision** 4:1
7:12 30:3
34:15,21,22
59:18
**declined** 12:24
**dedup** 88:5,11
**deduplication**
88:21
**default** 76:8,9
**defenses** 64:15
**defer** 58:2
**defined** 14:6
**definition** 45:14
**defunct** 27:4
**delay** 11:14
61:11 91:4
**deliver** 14:8
**demand** 8:15
**demanding**
60:17

**democracy**
25:24,25 72:8
**demonstrate**
45:11,13 65:4
**demonstrated**
89:14
**depending**
41:14 43:21
**depends** 43:3
59:13 83:16
85:14
**deplete** 82:5
**deposition** 93:12
**depreciated**
36:12
**depression**
32:10
**describe** 26:6
**deserve** 78:15
**designed** 89:18
**desk** 49:13,13,15
49:18 50:7
**despite** 27:6
**destroyed** 7:2
14:14 75:14
86:4
**determined** 86:4
**devastated** 4:13
**Deveau** 27:19
**diagnosis** 45:22
**die** 4:25 57:25
**dies** 54:16 57:23
57:24
**difference** 14:2
14:2 47:2
72:13
**different** 11:4
14:13 22:12
34:6 44:18
48:12 63:15,18
63:18 73:8
75:7,8,10
87:13
**differently**
35:22
**difficult** 49:24
**difficulty** 65:23

66:25
**digital** 49:25
**diligent** 38:21
  51:13 56:25
**diligently** 25:20
  61:6 71:13
**dilution** 33:3
**dime** 17:1
**direct** 63:10
**directed** 86:17
**directions** 81:21
**directly** 71:14
**directors** 13:21
  52:13,19,22
  53:2 74:19,19
  74:22
**disappeared**
  12:9
**disappears** 74:4
**disclosure** 49:3
**discount** 32:3
  77:5
**discussed** 83:19
**discussion** 33:23
**discussions** 56:4
**disorder** 45:23
**distress** 44:15
  44:19 45:14,15
**distribute** 33:9
  51:4 58:25
**distributed**
  45:25
**distribution**
  22:5
**distributions**
  43:25
**District** 1:1 15:2
  21:24 22:1
**divide** 23:5
  56:15
**dividends** 14:11
**division** 56:16
**document** 36:8
  88:24
**documentary**
  46:19
**documentation**

70:3
**documented**
  71:3
**documents** 89:7
**doing** 3:19 4:18
  29:13,13,14
  34:12 38:15
  68:20 80:16
  85:4 87:14
  90:16
**dollar** 51:6
  53:16 67:16,17
  69:21 76:3
  79:4,5
**dollars** 8:2 16:7
  27:10 51:1
  52:22 53:10
  68:22 69:1
  75:2
**door** 74:20
**dot** 71:20
**doubts** 50:9
**Dow** 9:7,21
**downside** 80:2,3
  80:23 81:4,19
  82:7
**downsides** 79:14
  79:15 82:6
**drafted** 57:2
**dramatically**
  65:23
**dropped** 24:1
**drove** 13:18
**due** 20:24 60:8
**dumped** 88:4
**duplicate** 87:22
**duplicates** 87:25
**duration** 83:25
**duties** 24:23
  77:25
**duty** 56:11,12
  78:2

— E —
**E-Bay** 76:10
**e-mail** 3:24 23:1
  23:2,3 50:4

55:1,3 85:16
  86:22 87:4
**e-mailing** 50:2
**e-mails** 48:17
  55:7 83:7 85:2
**Earley** 2:17 3:5
  4:5,7 67:16
  85:2
**earlier** 29:10
  72:1
**early** 42:21
  47:14,19 48:10
**earned** 22:5
**earnings** 18:25
  32:2,6,15,17
  82:20
**Earth** 70:25
**easily** 89:3
**easy** 76:2,4
**eat** 68:24
**economic** 58:1
**economies** 68:17
**economy** 40:22
**Ed** 30:19,23
  32:21
**effect** 10:21
  20:20 23:1
  33:21 35:23
  36:14 40:10,16
  48:6 53:17
  75:20 76:4
  81:15
**effective** 17:21
  39:8,11
**efficient** 3:21
**effort** 2:19 4:10
  58:7
**eight** 9:11 25:14
  49:9 88:9,10
**either** 12:21
  20:13 30:15
  35:6 38:21
  40:21 56:19
  73:2
**election** 47:24
**ELECTRIC** 1:5
**electricity** 14:8

**eliminating**
  87:22
**embarrassed**
  91:14
**embedded** 89:17
**emerald** 76:14
  76:15
**Emergency** 16:5
  16:24
**emotional** 44:15
  44:19
**emotions** 72:18
  91:1
**emphasis** 74:22
**emphasize** 9:24
**employ** 52:1
  53:4
**employed** 93:11
**employees** 67:22
**encourage** 24:22
  84:1
**ends** 38:1
**energetic** 48:16
**energy** 70:15
**English** 21:3
**enormous** 68:23
**Enron** 9:10,21
**ensure** 17:23
  42:8 63:11
  87:19 89:13
**entire** 43:4
  91:25
**entirely** 62:7
**entities** 53:18
**entitled** 35:25
  76:21
**entity** 10:21
**equipment**
  64:20
**equity** 7:25
  12:14 15:22
  18:22 20:6
  39:18 61:7
**escape** 45:16
  62:22
**escaping** 45:7
**Especially** 48:25

**establishing**
  81:22
**estate** 10:24
  54:11
**estimate** 36:5
**estimates** 36:7
**ethical** 56:6
**evacuate** 88:16
**evacuation**
  88:14
**evaluate** 56:2
**eventually** 65:8
**everybody** 2:18
  3:18 7:8 8:11
  10:25 13:21
  29:16 31:1
  34:13 36:2
  38:13 40:9,11
  42:21 44:23
  47:8,8,9,12,22
  56:24 79:23
  82:8 90:13
  91:20
**everybody's**
  71:24
**exact** 42:19
**exactly** 80:16
**example** 49:20
  52:1 59:12
  63:13 67:9
**examples** 9:7,13
  10:3 69:4
**exceed** 66:13
**excellent** 56:24
  77:24
**exercise** 48:2
  90:6
**exercising** 24:20
  25:1
**existence** 20:11
**exit** 20:12 26:14
  60:11
**exiting** 39:1
**exits** 32:11
  41:20
**expect** 69:18
**expected** 68:9

Case: 19-30088    Doc# 6799-2    Filed: 04/20/20    Entered: 04/20/20 09:16:03    Page 30
of 46

expecting 91:7
expects 26:18
expended 62:6
expense 68:23
 69:9,13
expenses 21:23
 67:19 68:7,8,9
 68:11 69:5,10
 69:18,23
expert 68:20
experts 41:8
 62:14 69:3
 73:4 75:20,22
Expiration
 93:19,20,21
explain 8:6
 17:18 24:6
explained 16:16
 68:12 69:17
extent 78:10
extra 10:10 15:4
extract 13:2
eye 78:5
eyes 73:5

**F**

Facebook 30:16
 38:10 58:15
faced 78:7
fact 8:12 18:6
 27:6 34:7 35:7
 90:8 91:17
factored 35:3
 61:21
facts 65:16
 72:17,19 73:22
 73:23 74:1,6
 91:1
fair 23:20 31:21
 65:24
fairly 77:25
faith 78:3,8
false 87:11
 89:19
familiar 54:17
families 86:12
family 86:12

far 28:16 39:11
fast 50:1 71:16
fastest 32:18
 55:7
fault 65:16,17
 66:6
favor 2:24 28:3
 48:3
fear 11:22
February 39:25
 51:24
federal 16:8
 17:6 66:21
fee 60:12 62:3,7
 62:10,21,24
 63:5,10,14,19
 64:3 65:19,25
 69:20 78:13
 79:5
feeding 22:21
feel 2:15 5:7
 30:17 50:15
 58:5
feels 82:11
fees 61:20,23
 62:1,6 67:3,18
 68:6 69:12,23
 82:4
feet 75:21
fell 52:3 65:5
fellow 84:3
felt 4:14,20
FEMA 5:19
 16:3,14,18
 50:25 66:20
fiduciary 24:23
 56:11
field 63:2
fight 66:15,19
 67:16
fighting 66:7
figure 60:14
figured 61:11
file 36:8 43:3
 53:15 54:7,8
 54:10
filed 12:22 20:9

20:13 29:10
43:4,6 72:12
85:15 88:13
Filing 89:4
filmed 7:17 84:6
 84:7
final 6:16 54:4
finalize 57:3
 70:10
finalized 57:3
finally 13:15
 29:4 50:13
 67:20 89:12
finances 18:7
financial 13:2
 18:1,2,15,24
 21:2,7 31:2,5,6
 33:5 41:10
 60:2 61:17
 62:19 66:1
 80:14,18,24
 82:10,21 89:7
financially
 93:13
financing 12:14
find 11:10 59:3
 63:1 76:16
 90:17
fine 14:25 15:5,8
 15:11,20,23,24
 19:18,22 20:3
 20:10,11,15,20
 21:4,12 22:2
 23:23,24 29:12
 38:14 57:19
 61:2 76:16
 88:6
fines 15:14,17
 19:22 21:23
 29:21
fire 4:11 7:23
 8:3,5,17 9:1
 10:2,11,17
 13:22 15:21,25
 16:15 17:1
 18:17,19,21,23
 20:4 21:12

23:2 24:21,22
25:2,15,18,19
26:2,13,18
27:4,11,16,20
30:1 34:1,24
35:1,6,7,14
36:10 37:4,17
44:14,22 45:7
45:12,15 51:14
52:8 53:16
55:1 58:16
62:17 63:3
64:10,16,19,20
65:1,1,10,11
65:12,15,17
67:14 68:19
71:17 74:16
75:14 78:21
81:5,8 83:9,14
86:13
fires 34:25 52:3
 64:19 65:15
 66:12 71:18
 81:17
firesettlement...
 7:14,19 58:22
 83:24 84:2,12
 85:1,6 87:8
 91:24
firm 5:3 24:7,11
 24:11 25:7
 28:12,13 46:6
 46:8,11,19
 51:22,22 62:14
 67:21 68:14
 80:24 88:2
 93:23
firm's 67:7
firms 46:9,23
 49:1,1 53:5,5,6
 64:7
firms' 46:17
first 3:7 8:7
 16:20 19:17
 24:19,20 30:19
 31:18 37:22
 38:13 40:1

47:1 70:7,15
70:17 71:22
81:21 90:6
five 20:18 43:5,6
 43:7 55:13
 84:11,17
five- 33:7
fixed 67:7
flew 77:7
flexibility 39:22
flight 48:15
flow 32:13
fluctuate 30:21
focus 14:17
focused 63:11
folder 49:16
folks 9:20 19:19
 20:5 25:12
 26:4 32:14
 39:18 46:10
 47:21 48:10
 50:3 52:15
 61:6 73:15
 79:20 88:13
 90:5 91:2
 92:13
follow 44:25
 58:12 81:21
following 77:9
follows 24:19
Fool's 26:15
foot 75:23
force 9:18
forced 66:9
 88:16
foregoing 93:5
forever 7:1
forget 50:17
form 41:23
 58:17 63:23
 75:18
formal 45:21
former 52:13
forms 41:20
formulate 59:8
forum 22:14
forward 2:25

Case: 19-30088  Doc# 6799-2  Filed: 04/20/20  Entered: 04/20/20 09:16:03  Page 31
of 46

6:14 7:1
**fought** 51:14
66:8
**found** 59:14
**four** 41:9 42:9
51:16 55:10,11
55:14
**fourth** 25:5
85:19
**Fox** 40:25
**Francis** 23:18
**Francisco** 65:8
81:10
**frankly** 25:13
50:11 52:14
53:9 56:18
65:16 71:10
84:17
**Frantz** 28:25
46:13 91:8
**fraud** 9:10 88:2
**free** 2:15 30:17
58:6 90:4
**freeing** 77:5
**freely** 25:7
**frequent** 55:20
90:11
**frequently** 33:10
72:18
**friend** 51:13,16
**friends** 2:15 8:8
8:9 24:3 90:2,9
**front** 59:9 67:19
**frustrated** 4:12
**fully** 16:15
53:25
**functionally**
47:12
**fund** 5:20 11:19
15:15 16:3
17:2,5,8,12
29:22 35:2,8
39:5,19 42:12
60:6 62:13
81:7 89:5
**funded** 19:24
22:4 41:15

**funding** 41:13
**funds** 5:22 15:5
22:2,3
**further** 93:10,12
**future** 8:21
11:18 13:24
17:10,24 18:8
18:25 19:13,24
27:7 82:18

---

**G**

**G-u-e-r-r-a**
71:20
**gains** 33:17 44:3
**Gary** 61:19
**GAS** 1:5
**general** 69:8,12
**generally** 7:22
32:7 34:4 54:6
61:24,25
**generates** 21:22
**genius** 19:4
**gentlemen** 23:20
**geofencing**
45:10
**getting** 7:8
31:12 33:19
50:5 55:18
57:11 65:7,24
74:11 77:19,21
79:6,24 85:21
88:8 91:23
**Gilberto** 50:18
**give** 7:11 9:7
10:2 18:19
36:7 51:5 53:6
56:5 63:13
67:9 69:4,23
77:22 92:5
**given** 12:13 50:5
71:5 75:22
**glad** 35:16 58:4
**go** 4:6 7:19 11:1
13:7 15:15
23:11 33:17,25
35:10 38:23
44:7 46:1

53:15 54:1,12
54:13 57:20
59:15 60:21,23
63:4 67:5,6,18
67:20 71:8
72:24 74:1
79:11,25 80:9
80:9 82:25
84:1,11,25
85:6 86:20
91:23
**goal** 41:24
**goes** 5:10 30:8
37:21 38:1
39:3,17 81:5
85:18 86:18,18
86:19
**going** 4:24,25
5:21,25 6:3,7
6:11,13,14 7:1
8:12 11:2,3,13
12:8 14:1,12
14:13,24 16:9
17:4,9,17,24
19:3,16 20:6,7
21:14 22:9,16
23:25 26:10
27:1,2 29:3,17
30:6,7,19 32:6
32:9,22,23,25
34:10,19,23,25
35:1,17,19,20
36:3 37:3,5,16
37:25 38:6,6
39:15 40:11,15
40:17,19 41:12
42:3,8,11 43:4
43:7,17 45:2,9
47:15 48:7
49:2 50:6 51:3
53:14,15 54:7
55:6,17,23
57:11,14,18
58:10 60:7,10
60:22 61:8
66:12 67:18
69:6,21 70:16

70:17 73:7,12
73:13,14,25
74:7,8 75:9
76:8,20 77:9
77:14 78:6,7
78:11,24 79:8
79:10 81:8,12
81:17,19 82:2
82:21,25 83:20
83:23 84:18
85:8 87:9,11
88:18,22,23
89:10,19 91:2
91:4,10
**good** 3:10,10
4:18,19 5:17
19:25 20:21
21:5 24:4,9,10
35:4 41:12
44:20 47:4
50:11 52:17
69:16 75:18,24
79:6 80:9
84:23 87:12
90:14
**Google** 70:25
**gosh** 15:10 26:9
62:15 82:13
**gotten** 56:23
65:9
**government**
16:9
**government's**
34:22
**governmental**
17:4 53:18
**governments**
27:9
**Governor** 11:2
12:24 13:8,18
13:18 14:2,16
39:9 74:2 75:8
**Governor's**
34:17 74:20
**Gowins** 23:17
24:2
**grass** 70:16

**great** 43:9 46:25
50:18 57:10
60:19 62:11
66:5 71:25
**grid** 13:23,25
34:11
**gross** 69:22
**group** 4:16 31:2
31:3 45:19
**grow** 32:17
70:16
**growing** 32:18
**guaranteed** 44:9
**Guerra** 2:16
4:15 55:8
71:19
**guess** 18:14
59:16 76:15
**guessing** 32:15
80:15,17
**guilty** 15:1,6
**gut** 35:20
**guy** 63:2 76:12
79:20
**guys** 4:18 5:5,10
31:6 34:6
60:19,21 73:14
78:10 79:9,18

---

**H**

**half** 8:7 9:18,23
10:6,22 11:6
11:10 15:25
17:19,20 19:21
39:25 40:2
61:3,13 62:16
66:16,18 67:12
67:14,14 76:25
78:18
**hall** 1:9 2:3,4,13
23:10 48:13
58:20
**Hallisey** 23:19
**halls** 2:19 68:13
84:15
**hand** 68:24
77:21

Case: 19-30088    Doc# 6799-2    Filed: 04/20/20    Entered: 04/20/20 09:16:03    Page 32 of 46

**handled** 56:12
56:17
**happen** 4:17
11:13,22 14:3
22:16 29:25
32:22 37:7,25
38:9,18 40:11
40:19 54:3,9
77:13 78:17
79:10 82:24
87:1
**happened** 15:9
15:12,18 19:17
20:7 21:17
23:13 24:6
29:21,25 40:6
72:22 77:4
84:22
**happening**
82:11
**happens** 11:24
17:25 18:7
36:24 41:16
46:18 50:22
54:4,6 77:9
86:5
**happy** 4:21 5:6
23:5,10 28:6
**hard** 13:18
39:16 42:2,21
47:11 48:9
51:14 56:25
57:1 65:7,18
90:12
**hardening** 13:23
13:25
**Harvard** 64:2
**Hawaii** 45:4
**head** 80:7
**headquarters**
74:16
**heads** 21:19
**hear** 12:18
17:13 22:13
58:5 84:18
**heard** 25:22
38:17,19 68:18

87:23
**hearing** 12:3
38:4 79:16
83:11
**heavily** 36:12
63:20
**Helen** 56:1
**help** 3:13 7:3 8:7
10:24 21:9
40:22 55:6
71:4
**helped** 29:18
**hey** 27:21 40:9
49:2 55:18
60:19 65:10
70:13 76:5
**high** 15:5,16
33:8 34:10
52:4 73:16
**higher** 8:16
12:11 36:1
**highest** 66:6
**highly** 48:20
**hill** 64:21 65:2
**hints** 66:16
**hire** 62:13,14
69:11 80:23
**hired** 18:14
42:16 58:24
80:17
**hiring** 42:16,17
**history** 14:15
26:7 91:15,16
**hoist** 78:18
**hold** 33:3,6,25
44:2,6 51:9,10
72:3,3 73:7
77:13 83:1
**holders** 18:19
**holding** 35:3
**holes** 90:17
**home** 35:21,23
36:10,11,12,14
36:16,18 47:9
49:12 75:13,22
76:1,6,11,14
83:13 86:3,6,9

86:9
**homes** 8:13,14
8:16,19 10:5
14:18 15:20
27:1 35:12,12
35:14 36:21
72:23 86:3
**honest** 7:24 80:2
**hope** 19:6 27:5
39:16 50:7
54:9 72:25
73:18,21,22
84:23
**hopefully** 53:20
54:10,13 81:6
**horrible** 4:12
**hourly** 62:6
63:14
**hours** 22:23
47:10 90:1
91:21
**house** 17:15
37:13,14,16
43:4,6 55:13
60:6 71:1,1,10
71:13 75:4
76:17,21 79:18
79:24 80:14
85:23
**household** 42:25
**houses** 11:21
52:9 88:15,19
**Houston** 93:24
**huge** 63:3 77:5
**human** 52:13
**hundred** 16:7
28:4 49:5 50:6
52:21 53:10
64:6 67:21
**hundreds** 20:25
48:13 80:15

———————
**I**
**idea** 5:17 11:15
15:17 60:15
61:7
**identified** 87:25

**ill** 52:12
**imagine** 49:8
**immediately**
25:3 70:18
**impact** 86:14
**imperils** 20:11
**implant** 9:9
**important** 5:1,4
6:22 18:8
31:23 60:24
64:10 77:1
89:12 91:18
**importantly**
32:20
**improve** 29:24
**improvements**
13:17
**in-person** 2:4
**incentive** 39:21
**inclined** 92:6
**included** 8:25
20:3
**including** 10:14
**income** 22:5
44:3 67:6
82:18
**inconvenienced**
88:16
**inconvenient**
34:25
**increase** 32:6
**increased** 65:23
**increasing** 32:16
**indebtedness**
20:25
**independent**
56:12
**index** 31:24,25
32:1
**indict** 15:3
**individual** 23:23
24:25 46:23
52:19,20 57:8
59:17 67:3,4
68:10 69:10
**individuals**
22:15 23:15

62:3
**industry** 63:21
**inequitable** 63:6
**information**
2:20 3:19,20
7:11,16,18
14:21 47:14
50:16 69:22
73:6 84:2,8,13
84:13 85:1,7
92:2,5
**informed** 3:25
48:20 92:6
**infuriated** 34:6
**initially** 64:19
**injured** 62:23
**injury** 52:18
**inside** 37:8 46:8
54:17,18 55:13
76:1
**insist** 78:19
**insisting** 75:9
**institutions** 18:3
61:17
**insurance** 3:14
8:13 10:4 18:5
53:11 60:5
61:12 71:5
73:24 74:6
76:5,17,24
77:2,19,22,25
78:3,6,14,17
81:20,25 82:1
82:3
**insure** 60:12
**insured** 59:22
60:9,10,16
61:15
**insurers** 11:8
**insuring** 33:13
59:20
**intent** 20:12
35:24 36:2,4,8
36:19 37:9,12
**interest** 8:5
12:11 17:8

Case: 19-30088   Doc# 6799-2   Filed: 04/20/20   Entered: 04/20/20 09:16:03   Page 33
of 46

21:21 63:7
92:11
**interested** 93:13
**interesting** 19:7
**interests** 25:8
**interviewed**
64:21
**intestacy** 86:16
86:23 87:2
**inundated** 6:20
**inverse** 64:13
**investment**
32:24 33:12
40:15 60:13
80:24
**investments**
13:23 19:25,25
44:9,10
**investors** 13:6,9
**invited** 12:15
**involuntary**
15:7 21:12
**involved** 5:1
12:16 19:20
29:19 53:23
64:6 67:11
**involvement**
12:10
**involving** 72:12
**iPhone** 45:6,8
64:22
**issuance** 40:16
82:16
**issue** 5:18 6:12
10:19 16:12
21:11 22:9
40:5 56:12
60:6 76:24
83:19
**issued** 20:17
43:20 44:7
60:10 64:19
**issues** 5:11,14,17
23:13 29:10,11
59:11 65:14
**it'll** 33:22 38:2
43:22 58:13

70:11 86:8
—————
**J**
**Jake** 79:13
**January** 17:22
17:23 51:24
60:8 82:19
**Jean** 43:13
**Jeremiah** 23:19
**Jerry** 57:21 58:2
58:3 86:25
90:23
**Jim** 28:25 91:8
**job** 4:18 7:10
24:10 51:4,23
53:9 56:14,15
56:16 69:16
70:12 72:17,24
73:6 75:9
**Joe** 2:16 3:5,12
4:4,6 7:7 14:23
15:10 16:1
23:14 67:16
85:2
**John** 41:17
87:15
**join** 4:16
**joined** 72:2
**joins** 20:14
**joint** 68:14
**Jointly** 1:5
**joke** 26:16 73:18
82:9 85:17
**jokes** 66:22
**Journal** 26:12
26:21 28:22
**Judge** 34:20,20
38:4,17,20
39:2 66:23
**judgment** 34:18
52:20
**judicious** 69:13
**Julian** 51:12
53:21
**Julian's** 53:12
**Julie** 44:13
**July** 40:2,20

41:14
**June** 8:23 9:16
39:1,5 40:20
41:14
**Justice** 32:25
**justified** 62:11
**justifies** 65:19
—————
**K**
**Kane** 24:4
**Karen** 23:17
24:2
**Katherine** 86:2
**keep** 33:11
38:25 46:19
51:10 77:16,17
81:8,12 83:5
83:23 85:8
87:9
**Kent** 46:2
**kept** 88:9
**kidding** 79:17
**kids** 70:24 86:19
86:20
**kill** 61:12
**Kim** 83:11
**kind** 6:19 7:22
13:1 17:10
36:1 53:8,13
56:5 60:1
76:18
**Kirk** 23:16
**knell** 21:8
**knew** 21:16
34:10,10
**know** 4:10,10,23
5:9,13,20 6:5,6
6:8 14:25 26:5
27:15 34:5
35:9,22 37:3
37:21 38:6,23
39:22 41:9
42:12,19,20,20
43:20,22 44:2
44:6 45:3,20
46:6,17 47:2,8
47:12,13 48:19

48:20 49:2,10
50:19 54:2,15
54:18 55:8,22
56:2,19,23
57:18 58:18,20
59:7,12,25
60:14,17,18,19
64:10 69:14,24
69:25 70:4,11
70:17 71:7,21
71:22 73:16
76:4 77:2,17
79:13 80:16
82:7,9,13,13
82:21,24 83:12
84:17 87:18
88:11,16 89:1
89:22 90:8,14
90:20,21
**known** 6:2 24:7
32:24 65:20
**knows** 6:8
**kudos** 61:10
—————
**L**
**labyrinth** 65:20
**Laffredi** 24:17
**Lane** 64:24
**lapses** 52:20
**large** 9:3 46:10
53:4 55:24
62:4 82:19
90:3
**largely** 57:2
**largest** 18:2
28:12 57:22
91:15,16
**lastly** 17:13 67:2
**lasts** 27:3
**late** 12:10 72:2
**latest** 89:24
**law** 24:7 28:13
35:23 37:11
44:23,25 46:9
46:11,17,23
49:1,1 52:6,7
54:6,17 57:24

58:9,12 64:7
68:5,14 77:24
86:23
**laws** 86:16 87:2
**lawsuit** 8:17
52:10 62:23
**lawsuits** 17:9
51:25 53:14
62:13
**lawyer** 4:17 23:7
23:11,18,25
25:10 26:17
28:19 51:11
56:20 61:10
63:7,8 66:10
67:5 72:21
76:13 78:16
**lawyers** 15:12
18:16 24:4,9
26:4 27:15,20
29:25 30:1
48:9 53:22
56:6,6 58:5
59:2 60:12
62:4,13 63:11
63:18 64:6,7
64:13,20 65:6
65:18,21 66:1
66:7 67:6,11
67:11 73:7
77:8 82:4 90:8
90:12
**lay** 4:8
**layered** 3:16
**Lazard** 40:13
**lead** 39:20
**leading** 75:7
**learn** 7:20
**learned** 8:12
34:14 80:10
**learning** 8:14
**left** 10:1 49:20
83:5 85:9
91:20
**legal** 38:9 64:12
64:15 66:6
**legislature** 8:23

8:25 9:16
**legitimate** 87:20
89:14
**length** 4:20
**lesser** 15:3
**let's** 40:6 47:13
49:14 61:11
85:8 87:9
**letter** 24:12,16
25:9 49:9
**letters** 79:1 85:4
**level** 5:1 67:3
71:7 86:9
**levels** 63:2
**lever** 13:2
**leverage** 9:18
12:10
**liabilities** 8:22
27:3,8,8 32:4
**liability** 34:8
52:23 61:5
65:14 78:8
**license** 14:8
**life** 21:1 44:22
**light** 27:17
64:25 65:4
68:21
**lighting** 64:24
**likeliness** 75:15
**Likewise** 10:12
52:12
**limit** 70:1
**Lincoln** 31:3
**Linda** 47:1,1,4
**line** 3:8 4:4,14
7:9,10 12:9
16:13,20 21:6
22:22 27:18
29:15 42:13
44:20 50:25
57:17 58:8
65:3,5,22,22
66:25 68:6
76:19 86:11
90:20 91:22
**lined** 13:11
**lines** 52:4

**link** 58:21
**links** 58:22
**liquidate** 33:22
**liquidated** 18:23
**Lisa** 36:23 37:2
**list** 79:22 85:16
**listened** 5:2,8
84:17
**listening** 23:10
30:15 43:11
58:15
**lists** 70:23
**literally** 48:14
**literature** 14:22
**litigation** 9:4
27:3 56:7
63:23 64:3,4
67:23 69:9,13
**little** 4:8 9:22
20:1 22:11
38:2 66:16
82:8
**live** 2:2 4:24
68:12 72:7
**lived** 4:24
**lives** 7:2 27:2
**living** 83:2
**loan** 36:6 89:6,8
**local** 10:13 11:9
27:9 66:21
**located** 64:22
**long** 10:20 19:20
35:9 38:3
49:10 61:15
65:11 82:18
83:1 90:5
**longer** 11:18
16:24 29:21
**look** 10:20 21:5
38:6 39:13
40:9 51:18
52:15 55:5
72:19 76:18
77:8 78:4
**looking** 41:9
73:21 80:4
**looks** 37:20

61:19 71:25
72:2 75:11
**Lord** 44:20
**Los** 77:7
**lose** 47:25 73:24
**loses** 58:11
**losing** 14:7 57:9
**loss** 11:9 21:1
71:3 75:25
**losses** 9:12 10:19
**lost** 4:11 11:7
27:9 58:9 64:1
86:9 89:10
**lot** 3:18 5:4 7:15
7:15,16 8:10
10:5 30:15
31:12 32:10,24
33:23 36:24
37:2,9,12
40:23 49:1
52:18 53:4
56:19 62:18,20
64:5,6 65:9
67:18 68:9,18
69:4 72:14
73:10 79:17
80:3 83:12
84:21,22 85:18
87:13 88:13
89:2 91:3
**lots** 37:7 83:13
**Louisiana** 93:2
93:20
**loved** 54:10 57:9
**low** 69:18
**lower** 44:4

---

**M**

**mail** 49:7,21,24
50:8
**maintain** 81:2
**maintained** 78:8
**major** 31:21
33:12 40:14
74:21 82:6
**majority** 28:15
46:12 62:11

74:18
**making** 16:18
20:18 21:4
34:18 73:4
89:8
**man** 55:18
**mandated** 13:22
**mandates** 13:16
**mandatory** 34:5
**manslaughter**
15:1,7 21:13
**March** 21:18,18
24:18 40:1
51:24
**margin** 31:17
**market** 13:10
31:15 33:11,15
40:3,5 41:11
44:8 80:7,11
83:13
**markets** 21:2
**mask** 72:18
**mass** 42:9
**massive** 11:11
14:2,2 17:4
81:13
**material** 81:15
**materially** 68:23
**materials** 49:4
50:2,3
**math** 27:7
**Matt** 79:21
**matter** 12:2 48:1
51:2 93:8
**Matthew** 69:24
**Mauro** 4:16
**maximize** 71:10
**maximized**
33:13
**maximizing**
35:5 63:11
**maximum** 15:8
**mean** 4:11 32:9
39:23 40:24
44:8 51:18
57:8 65:21
67:21 69:7

85:18
**meaning** 17:1
49:15
**meaningful**
32:16
**meaningfully**
31:21
**means** 16:14,16
26:21 32:15
62:23 74:3
**meant** 16:23
61:4
**media** 14:22
38:12
**mediations**
16:11
**mediator** 29:18
66:23
**mediators** 66:2
**meet** 8:22,24
14:7 38:22
52:6,16 68:1
77:8
**meeting** 2:7
90:10
**meetings** 2:4
31:7 48:13,18
56:19 58:21
68:13 83:18
**meltdown** 26:22
91:13
**member** 24:22
**members** 13:20
24:12,13 25:15
29:14 84:4
86:12 90:2
**membership**
25:3
**mental** 44:18,24
**mention** 74:12
**mentioned**
14:23 15:10
16:1 72:1
76:24 87:21
**Merit** 93:3
**mess** 59:2
**message** 85:18

85:21
messages 85:5
met 23:24
method 64:4
Michael 68:19
Michelle 59:19
  59:24,25
middle 58:6
  62:12 72:11
midst 13:9 25:13
Mikal 2:1 3:22
  5:15,24 6:2,7
  6:13 7:6 15:12
  19:4 30:13
  32:24 42:23
  48:23 57:15
  71:15 82:25
  92:3
Mike 26:17
  28:21 91:6,11
mile 64:22
Miller 2:17 3:4,9
  67:17 85:3
million 15:8,19
  15:19 16:7
  17:22,23 19:19
  19:21 20:2
  21:22 22:4
  32:13 42:3
  52:22 53:10
  60:7,7 61:4,9
  61:13 62:15
  68:22 69:1,6,8
mind 6:14
mine 3:11,15,23
  24:3 83:19
minefield 66:3
minimize 83:2,3
minor 81:9
minute 16:2
  22:21 91:19
minutes 22:22
  83:5 85:9 87:9
minutes' 44:22
mistake 66:4
mitigate 80:17
  80:22 81:18

89:18
mitigated 35:6
mix 43:19
mobile 35:12,12
  35:14,21 36:11
  36:11,15,17,20
  50:4 86:3,3,9,9
moderator
  22:17
modified 38:22
modify 58:11
money 11:11
  12:5,8 13:13
  13:24 14:11
  15:16 16:9,19
  18:10 27:10
  28:19 31:9
  40:16 42:11
  50:23 51:2,5
  56:10,14 59:18
  62:12,16 64:5
  67:13,19 69:14
  72:23 74:25
  77:3,10,23
  88:19 91:3
moneys 53:21
  77:15
Montali 34:20
  38:18
month 20:2
  32:14 40:2,3
  47:19
months 16:12
  26:12 32:1
  35:4 51:16,23
morass 42:9
morning 40:24
  59:14 84:7
  85:19
motivated 63:16
motive 6:19
move 6:14,25
  86:10
MSNBC 40:24
multibillion-d...
  13:23 66:20
multiple 32:7

42:25 56:7
multiples 82:18
municipalities
  10:13 66:21

_____
N
_____

named 15:12
  22:17 23:18,25
  51:12 57:15
  79:21
nature 63:6
nays 46:21
Nearly 28:3
necessary 2:5
  9:2 10:24
need 2:24 5:13
  7:3 22:10
  23:11 39:21,22
  47:14 50:16
  56:21,21,22
  58:17 59:3
  60:5 70:1 71:4
  71:4 75:17
  77:23 78:16
  85:12,23
needed 4:14
negative 70:5
  72:5
negligent 64:12
negotiate 33:2
negotiated 8:4
  10:13 13:19
  15:13 19:19,22
  31:18 39:9
negotiating 5:25
  7:25 40:8,18
negotiation 7:25
  10:9 13:2 14:5
negotiations
  60:17 90:3
neighborhood
  75:23
neighborhoods
  37:7
neighbors 8:9,9
neither 93:10
net 10:19

neutral 14:9
  57:16
neutrals 42:17
  89:16
never 11:22 20:6
  66:12 72:20
new 2:5 8:21
  11:7,8,16
  14:15 18:22
  36:16 80:14
  82:17 84:19
  91:25
news 20:21
  40:25 84:23
  89:24
Newsom 12:24
  13:18 14:3
Newsome 66:23
newspaper
  38:11
nickels 51:5
night 2:8 79:19
nine 9:8 85:8
Nobody's 13:11
noes/yes 46:3
NOL 27:9
NOLs 10:19,22
noneconomic
  57:25 58:9
nonsense 65:3
nonstop 67:23
noon 2:14 84:16
  92:4
normally 47:10
North 4:19 8:10
  23:3 34:8 37:8
  55:3 57:13
  67:12 71:18
  72:22 83:10
  85:3 87:6
Northern 1:1
  14:8
notice 20:18
  44:22 89:2
noticed 70:14
notification
  88:11

notoriously
  49:25
number 3:11
  28:5,12 31:15
  43:2,20 49:24
  51:17 57:22
  71:2 75:21
  90:3
numbers 46:11

_____
O
_____

Oakland 48:15
objection 38:11
objections 38:16
  38:17,19,21,22
objectively 14:6
obtain 18:4
obtaining 70:3
obviously 37:2
  47:6 57:7 64:5
  75:16 81:15
OES 5:19 16:25
  66:20
offer 9:18 12:12
offered 15:2
  63:14 66:13
offering 28:17
  90:25
offers 66:9
Office 16:4,24
  34:17
officers 52:14,19
  52:23 53:3
  74:19
offices 67:25
  68:3
official 25:4
officially 12:24
oh 15:10 26:9
  82:13 88:8
okay 37:1 38:16
  59:19,24 62:1
  70:7 72:19
  74:7 79:6
old 14:14 34:11
  82:15
on-line 43:10

Case: 19-30088   Doc# 6799-2   Filed: 04/20/20   Entered: 04/20/20 09:16:03   Page 36
of 46

once 8:15 9:10
32:21 41:11
54:19 60:4,11
68:16
one-month
37:23
one-third 63:19
69:20
ones 46:6 54:10
58:23
online 59:20
opal 76:14,15
open 19:16 22:9
23:9 29:9
66:11 68:3
86:7
opened 22:14
67:25
operating 10:19
opinion 24:21
25:1,6 72:13
opinions 73:16
opposed 23:21
37:17 45:3
74:22 84:20
91:1
optimize 29:16
29:20 90:12
option 12:1,14
12:18 17:18
39:23 43:17
options 12:5
75:15
order 8:20 14:9
14:25 33:11
38:21 60:25
75:24 89:1
ordinary 44:3
67:6
organizations
19:8
organize 3:20
origin 68:20
original 16:1
originally 65:11
ought 52:15
outcome 93:13

outdoor 70:21
outstanding
51:23 75:9
overemphasized
67:1
overpayment
77:20
overtures 66:15
overwhelming
6:23 28:16
74:17 90:24
overwhelmingly
29:6 46:15
91:10
owed 9:6 18:6
62:8 64:11
owes 82:2
owners 74:24
75:3,6
ownership
18:20
owns 85:10

**P**

**Pacific** 1:5 2:14
84:16
pages 20:18 49:6
50:6 84:6,7
paid 9:4,9,11
10:4,5,7 12:19
15:24 16:15,15
16:17,20 17:19
19:9 21:14,15
21:16,20 22:4
39:21 40:10
41:24 45:21
53:25 57:11
63:8 65:10
66:7 67:3,13
67:24 76:25
77:11,15 78:12
78:15 79:3,4
81:25 82:5
87:20 89:19
palatable 30:2
pandemic 13:11
paper 29:10

49:25 50:5
87:3 88:5
papers 20:14
49:14
**Paradise** 3:6,12
4:24,25,25 8:9
11:21 37:6
74:13 77:12
parents 44:14
45:22 86:21
park 86:4,7
part 4:9 14:4
18:20 20:22
29:22 30:20
31:10 34:7
39:23 40:1
42:3 44:15
49:9 55:24
60:10 82:2,19
partially 30:24
60:16
participants 8:1
15:22
participate 2:22
8:20 12:14
22:16 80:10
participating
2:2 92:14
particular 10:19
particularly
37:4 42:24
parties 17:10
93:11
partners 21:7
40:14 68:15
parts 74:3
party 12:4 51:21
56:13
passage 25:20
passed 54:9
86:13
patience 16:10
**Paul** 56:9
pay 5:22 8:2,3
8:21 9:18 10:7
10:24 12:11
13:13 14:11,24

14:25 15:4,11
18:23 33:9
39:14 42:2,3
42:11 43:24
56:9 60:4,5
63:1 76:2 78:1
78:23 79:9
82:3
payers 14:10
paying 15:20
33:6 64:4
78:19 79:5
89:13
payment 19:9
37:23 61:11,18
62:5,6 63:23
89:9
payments 9:21
17:21,24 18:6
37:22 39:8
61:15 78:14,15
pays 26:25
pen 38:11
penalties 5:22
15:14,18 19:22
penny 15:24
21:16
people 2:21 4:10
4:13,19,21
5:20,23 6:6,17
6:18,23,24 7:2
7:9 11:3,20
14:17 15:22
18:16 19:5
21:19 25:23,23
26:9 28:20,22
29:5 30:2,15
32:13,23 33:9
33:24 35:19
37:6 39:21
41:22,24 42:4
42:7,17,17,24
42:25 43:5,13
46:7 47:18
51:14 53:24
54:21 59:21
61:20 65:10

68:7 72:1,10
72:12,15,25
73:11 74:18,24
75:3,7 76:6
78:12 83:2
85:23 88:19
90:4,4,21
91:22
people's 27:1
56:15 70:23
72:18
per-claim 85:15
85:24
per-person
68:11
percent 9:12
18:22 31:19
36:9 64:2
69:19 72:8,9
72:10
percentage 9:5
62:9 76:6
86:18
perfect 5:10
29:2,3
peril 28:11
perilous 64:9
period 11:24
21:21 33:7
41:22 92:1
permanently
20:23
person 26:16
62:23 85:13
personal 70:20
70:21 71:7,12
76:7
personally 33:15
39:20 68:1
persons 23:6
64:22
pervasive 63:23
**Peter** 56:8
**PG&E** 1:3 3:14
5:21 8:2,18,20
8:24 9:1,18
10:23 11:2,6

Case: 19-30088    Doc# 6799-2    Filed: 04/20/20    Entered: 04/20/20 09:16:03    Page 37
of 46

12:11 13:1,9
13:17,19,25
14:11,14,15,25
15:3,6,21
17:17,25 18:4
18:19,20,22
20:9 21:24
26:13 27:4
31:18 32:2,8
32:11 33:18
34:8,21 39:1
41:20 42:2,11
51:2,5,6,20,25
52:1,5 60:19
62:18 63:4
64:11 65:8
66:8,10 72:15
73:1,25 75:6
**PG&E's** 15:10
15:20 18:7
20:14,24 27:19
32:17 34:15
39:18 64:20
65:5,16,17
80:18
**phone** 3:24
41:17 43:10
45:10 50:4
69:17 85:18
90:1
**photographs**
75:17
**photos** 75:13
**PHYLLIS** 93:1
93:18
**pick** 49:6 56:8
65:21 72:11
**picture** 76:15
**pictures** 70:21
70:25 76:9
**pissed** 72:15,20
**place** 4:12 47:7
47:13 89:13
**placed** 15:25
31:20
**plaintiff** 54:16
56:9,10 57:23

57:24
**plaintiff's** 54:16
**plaintiffs** 64:2
67:4
**plan** 2:24 6:13
6:14 7:4,21,24
8:4,25 12:1
13:4,12 16:2
20:12 22:6
24:23 25:21,23
26:3,19,22,25
27:16,19 28:3
28:7,15,24
29:5,7 38:22
38:23 42:7
46:12,16 48:3
48:7 53:22
59:8 73:18,19
73:21,21,23
74:1 91:10,13
91:14 92:8
**play** 80:7
**playing** 63:2
**plea** 21:23
**plead** 15:1,6
**please** 30:12
58:1
**plenty** 9:12
**plunder** 5:20
**plus** 3:12 51:19
**pocket** 67:21
**point** 9:24 40:6
43:23 59:13
76:23 77:2
**point-blank**
41:24
**policy** 18:5
73:24
**politely** 52:17,21
**politically** 72:7
**pool** 8:21 35:2
**poor** 53:9 62:12
**popular** 77:2
**portion** 9:9
63:24
**position** 20:14
25:4 64:11

66:11
**possibility** 86:6
**possible** 3:21
14:10 42:18,22
**possibly** 82:7
**post** 87:7
**post-traumatic**
45:22
**postmark** 50:10
**pot** 53:24 56:14
57:14
**potential** 51:25
**potentially**
39:11
**power** 34:5,9,12
34:16,19 48:6
63:3
**practical** 51:2
**practicing** 4:17
**pray** 50:7
**pre-doing** 42:10
**predictable**
32:12,15 82:23
**prefer** 23:21
50:14 81:16
**preference**
47:19
**preferred** 26:4
64:3
**premises** 35:25
37:10
**premiums** 78:15
**prepublished**
88:23
**present** 12:15
23:22 35:24
36:4,19 37:9
37:12
**President** 72:11
**presidential**
72:10
**press** 21:25 30:5
30:5
**pressure** 9:1
**presumed** 86:18
**Pretend** 39:24
**pretty** 55:22

89:3
**prevent** 13:24
34:25 72:22
**prevents** 14:10
**previous** 68:13
**price** 11:6 33:12
35:3 81:8
82:16
**priest** 45:18
**primary** 9:17
14:19 85:11
87:18
**Prime** 46:22
49:3 88:8
**principle** 45:9
**prior** 3:2
**private** 24:24
25:2 65:3
**proactive** 48:16
**probably** 3:10
4:13,25 36:12
40:11 54:7
66:24 69:20
70:14 86:25
87:3
**problem** 5:25
6:8 11:14
34:11 60:4
61:4 64:17
**procedure** 54:7
**proceed** 2:25
38:8
**proceedings**
93:7
**proceeds** 53:17
54:13
**process** 3:14,15
7:18 42:2,10
42:15,18 43:14
43:15 71:9
89:2,18
**processed** 6:15
**professionals**
18:17 25:16,18
**profit** 67:6,21
**profits** 14:17
74:23

**progress** 20:16
87:22
**project** 5:9
**projected** 18:25
**projections**
32:18 53:7
**prominent**
61:17
**promise** 21:25
**promised** 23:14
61:5
**pronounce**
46:24
**proof** 46:19 89:9
89:14
**properly** 92:6
**properties** 37:3
85:12
**property** 21:1
70:20,22 71:7
71:12 76:7
85:11,12
**proportion**
63:10
**protection** 27:5
**proud** 13:16
51:15
**prove** 45:2
75:12,17 76:3
76:3,4
**provide** 13:13
**provision** 51:6
**PSPS** 34:5
**PSPSs** 34:14
35:6 81:17
**psychiatrist**
45:19
**psychological**
45:14,15
**psychologically**
44:21
**psychologist**
45:19
**PTSD** 44:14,15
70:3
**public** 2:18
22:14 62:12

69:11 70:22
**publicly** 25:7
73:9
**publish** 57:4
**published** 70:12
83:23
**publishes** 70:9
**pull** 86:23
**pulled** 12:12
17:4
**pulling** 73:5
**punishing** 33:12
**purchased** 22:24
**pursuant** 67:4
74:2
**pursue** 62:23
**pursuing** 53:14
**pushing** 16:22
83:6 88:9
**put** 4:8 7:15 9:1
9:16 12:4,8
14:17,17,21
17:16 19:20
21:19,25 25:6
29:18 31:13
39:12 42:3
49:15,20 50:8
52:17,21 56:14
57:4 58:21
63:22 64:1
67:18 71:9
72:17 75:1
83:20 91:11
**puts** 44:5 49:16
**putting** 8:1 21:3
74:25

**Q**

**quarter** 82:22
**question** 11:4
14:23 22:10
23:11 30:7,7
30:14,24 35:10
35:10,11,17,17
35:19 36:22,23
37:9,11,19,20
37:25 39:7

42:20 43:10
47:5 50:14
51:10 54:1,5
56:1 57:12
58:14 61:14
70:7 71:14
72:4 75:12
79:11 84:9
86:2,24 87:5,8
87:10,12
**questions** 3:22
3:22,25 19:16
22:10,18,19,20
22:23 23:6,12
29:9 30:9,12
31:15 42:24
47:1 48:13,17
48:19 59:8
61:20,23 65:9
69:25 83:6
84:5,8 89:21
91:23
**quick** 71:21 76:2
89:23
**quickly** 33:21
42:14,18
**quit** 71:6
**quote** 20:23
26:21,23 28:16
35:12
**quoted** 26:16,18
26:20 28:14,21
29:1
**quotes** 36:14,16

**R**

**rage** 6:11
**raid** 88:18
**raise** 66:9
**raised** 20:2
31:15
**raising** 29:10
**Randall** 66:23
**range** 69:19
**rate** 12:11 14:9
14:10 44:4
60:14 63:20

**ratio** 46:3
**reach** 3:23 54:22
83:7
**reached** 15:23
**reacquire** 36:19
**read** 22:17
26:15 30:7,19
**reading** 38:10
**ready** 6:15
13:12 36:16
53:14 65:7
**real** 51:15 60:6
81:12
**reality** 11:25
74:16
**really** 4:18,21,22
5:1,4,7,7,12,18
6:22 39:16
51:14 53:4,4,4
60:3 65:7,18
72:15 80:18
83:25
**Realtime** 93:2,4
93:4
**reason** 9:17
12:24 28:18
32:2 39:2
40:20,21,22
58:25 77:4
80:10 81:6
86:1 90:21,22
91:2,4,6,8,11
**reasonable**
11:24 63:21
**reasons** 14:19
48:8 60:17
88:1
**rebirth** 33:18
**rebuild** 8:8,13
8:18 10:5
11:21 27:1,1
35:24 36:2,8
36:19 37:5,10
37:13,15,17
71:12 72:23
74:13,14 75:24
86:7 92:11

**rebuilding** 3:14
11:24 14:18
37:18 83:12
**rebuilt** 35:13
77:11 86:5
**recap** 89:23
**receipts** 75:14
76:10
**receive** 18:21
43:3
**received** 46:4
54:23
**receives** 63:24
**receiving** 43:1
**receptacle** 92:2
**recession** 11:5
**Rechtschaffen**
20:17
**recommend**
7:23 48:21
90:13
**recommendati...**
48:20 57:18
92:8,10
**recommendati...**
79:1
**recommending**
7:20
**record** 58:21
**recording** 93:7
**recover** 9:21
41:12 81:23
**recovered** 83:15
83:18
**recovery** 17:11
62:8,9 63:10
63:12,25 68:24
69:15,19,22
**reduce** 15:5 22:2
**reduction** 22:7
**reformulated**
10:21
**refreshing** 74:21
**regard** 20:17
**regarded** 87:16
**regardless** 11:5
17:24 18:7

24:24
**Registered** 93:3
**registering** 89:3
**regular** 21:3
**regulatory** 32:4
**reimbursed** 69:7
**reimbursement**
76:22 77:15
**reject** 9:19 12:19
13:11 28:19
46:8 91:3
**related** 93:10
**relative** 65:14
**release** 21:25
**relocate** 83:14
**relocation** 83:15
83:17,20
**remainder**
50:22
**remember** 55:12
55:24
**remove** 25:5
**removed** 87:25
**rent** 67:24
**rental** 85:11
**reopens** 86:10
**repaid** 69:15
**repay** 68:10
**replace** 8:16
36:13,15
**replaced** 35:13
**replacement**
13:20 36:1
86:6
**replicated** 65:4
**report** 64:19
**reporter** 58:24
93:1,2,3,3,4
**Reporters** 93:22
**represent** 25:18
56:7 61:1
73:10 90:2,21
**representative**
34:16,17
**represented**
2:18 23:7,17
23:18,24 24:3

Case: 19-30088   Doc# 6799-2   Filed: 04/20/20   Entered: 04/20/20 09:16:03   Page 39
of 46

representing
18:16 24:12
26:4,17 27:16
68:15
represents 28:20
28:22,25 29:5
57:22
reputation 4:19
reputations
87:16,17
request 4:23
requests 6:21
require 12:11
17:14 62:5,5
81:20
required 14:16
17:17 18:4,18
19:14 42:6
requirement
59:16 88:24
requirements
14:6 39:9
requires 13:19
74:21
requiring 17:16
rescind 20:20
rescinded 20:15
researched
63:20
reserved 77:10
reserves 77:1
resign 24:5 90:6
resignation 25:5
resignations
23:15 27:18
resigned 23:16
24:14 25:12
resolve 5:11
resources 47:20
respect 2:20 5:8
19:18 23:19,24
25:12 29:21
31:8 34:2
36:20 39:10
46:9 49:1 67:9
77:24
respond 44:21

responding
73:22
response 28:16
90:24
responsibilities
31:5
responsibility
52:20 62:22
64:18 79:8
responsible
52:10
restrained 24:20
result 18:21
22:6 24:25
44:14 66:5
resulted 12:23
results 46:24
resume 27:2
resurrect 26:8
retention 62:4
returned 55:14
reviews 89:15
revisit 21:13
rich 78:17 91:9
Richard 29:4
rid 61:7
ridiculous 16:19
right 6:2,18
16:18 19:13
24:20 25:1
26:24 30:3
33:16 38:13
41:2 43:16
46:3 48:22
49:13 54:13
58:6 68:4
69:23 74:11
77:16 78:7,19
84:24
rightfully 34:13
rights 33:2
40:18 48:1
89:17 90:7
rise 19:1 44:5,10
rises 63:10
rising 41:2
risk 8:21 11:17

17:25 28:10
34:3,24 35:2,6
35:6 44:6
80:17 81:9,12
81:18,18 83:3
83:4
risks 14:7
RMR 93:18
road 37:5
robbing 56:8
ROECKER
30:13 35:11
36:23 37:20
42:23 43:9
44:13 46:2,25
50:18 51:8
54:2,21 56:1
58:14 59:19
61:19,25 69:24
71:25 75:11
79:13 83:11
85:10 86:2,11
87:10 89:21
Roeker 22:17,20
rolls 75:19
room 16:16
32:16 34:18
rooms 7:25 71:9
Rosa 3:5 37:8
68:1
row 47:1
Roy 2:17 3:4,8
4:3 67:17 85:3
rule 38:21 70:9
rules 2:23 23:8
35:18 41:19
45:17,25 56:6
57:2,4,5 58:20
59:9 78:20
81:23 83:17,23
87:19
run 54:19
running 44:21
47:21
rushing 6:18
Ruth 51:8 54:2
54:20 58:13

S
safe 53:8 92:14
safety 13:17
14:6,17 31:17
53:7,7 74:22
salaries 67:24
sales 11:5
Sam 22:17 30:7
30:11 35:9
46:1 51:9 54:1
72:3,3,3 75:11
79:11 87:9
San 65:8 81:10
Santa 3:5 37:8
68:1
santarosa@w...
23:4 55:4
71:19 83:9
87:6
sat 16:15
satisfy 22:3
Saturday 2:8,10
7:9 84:16 92:4
save 51:5
saw 4:18 34:4
37:7 59:25
saying 10:7
28:14 29:1
35:12 54:11
55:7 59:21,25
64:19 69:7
74:7 79:9
84:20
says 10:20 13:8
21:15 25:23
27:19 28:19
29:5 35:20,24
39:13 41:8
46:11,13 48:2
50:19 57:24
59:20 70:2
75:12,13 83:11
85:10 86:3,16
91:9
scale 68:17
Scarpulla 23:18

scenario 51:1
76:20
Schultz 68:19
Scott 27:19
scoured 64:21
screaming 5:20
5:23
screwed 21:4
77:21
season 35:6 81:5
seasons 34:1
second 4:7 12:18
24:1,21 28:12
39:25 40:2
51:9 57:22
65:19 72:4,4
secondly 11:25
16:1 20:13
35:1 59:5
secret 72:8
secured 60:3
66:18
see 11:12 30:8
36:20 40:12,25
44:9 49:17
58:19 59:7
78:24 80:3
92:3
seeing 41:6
59:19
seeking 82:13
seen 50:12 90:23
sell 33:1,8,9,11
33:21 36:24
37:1,6,8 43:24
60:14 80:25,25
81:1 82:19
sell-off 11:6
selling 40:4
80:12,13
Senate 12:22
Senator 12:21
send 35:19 49:3
70:20 71:17,18
71:20 83:7
86:22 87:3
88:9

sending 32:13
separate 43:6,7
separated 37:23
serious 15:6
  57:8 84:23
service 49:7
Services 16:5,24
set 8:23 38:4
  43:16 57:5
  74:15
settle 72:20
settled 10:15
  53:18
settlement 2:20
  9:20 10:12,16
  11:23 12:19
  13:4,12 25:17
  30:21 35:15
  36:25 39:12
  44:16 51:18
  53:24 54:3
  61:21 65:24
  66:9,18 70:6
  77:13
settlements 17:6
  91:16
seven 44:17 87:9
shape 41:12
share 33:20 35:5
  73:13
shareholder
  33:2 40:18
shares 17:14
  31:11 33:13
  43:20
shed 79:8
sheet 87:3
shelter 47:7
sheltered 47:12
shocked 82:8
shopping 36:17
Shorthand 93:1
shortly 38:20
shot 47:22 64:23
show 36:3,17,18
  37:9,12 48:18
  76:3,9 89:6,9

showed 48:12
  64:2,25
showing 76:10
shown 74:20
shows 27:7
  49:11 73:18
shut 34:9,12,16
  34:19
shutdowns 34:5
shutoffs 34:21
  34:24
side 30:1
sidetracked 61:9
sideways 86:20
sign 89:1
signed 25:16
  62:3 67:5
  69:19
significant
  68:12
significantly
  19:2 33:17
  71:23
silly 49:20
similar 36:23
  84:18
simple 39:2
  60:13
simply 12:3
single 6:1 67:5
  73:3 87:3
Singleton 28:13
  28:14 46:11
  57:21 87:1
Singleton's
  90:23
sisters 86:20
sit 19:3 50:7
site 84:9
situation 20:24
  72:12 80:5
six 16:12 35:4
  84:11 88:9,10
six-month 33:7
size 36:15 71:2
slam 38:12
slammed 6:20

slow 49:25
small 9:5
smart 80:18
smarter 32:24
sneaky 6:19
so-and-so 75:19
so-called 18:17
social 14:22
  38:12
sold 11:2 13:8
  18:23 32:21
  37:2,12 74:3
solely 12:10
solicitation 49:4
solidly 28:15
  46:12
solution 29:2
solved 5:19
somebody 33:14
  45:24 52:5
  55:13 57:15
  74:4 76:13
  80:11,23 86:10
  86:23 88:5
  89:19
somebody's
  37:14 67:20
son 59:14
soon 7:3 41:16
  42:14 45:25
  78:25 79:23
  83:22 92:12
sooner 74:13
sophisticated
  18:14,24 31:2
sorry 55:2 61:22
sort 18:4 26:21
  45:14
sorts 9:25 29:17
  31:6 64:8
sought 45:18
sounds 50:20
space 67:25
specialists 24:8
specific 61:22
  69:10,12 87:13
specifically 26:6

86:24
specification
  52:6
speed 34:10 57:1
spend 14:1
  40:17 47:20
  69:14
spending 13:25
spends 68:21
spent 20:18
  62:14 66:22
  84:21,22
spouse 86:18,19
spread 17:25
square 75:21,23
staff 42:4 48:9
Stafford 16:23
stairstep 39:10
stake 18:20
stand 8:4
standard 52:17
standpoint 30:8
star 22:11,12,19
  30:5,6,14 43:9
  70:10 83:6
start 22:21
  30:11 33:6
  41:6,11 55:23
  85:4
started 34:12
  36:3 41:7,22
  52:8 65:2
state 8:23 12:20
  12:23,25 16:8
  19:8 21:10
  39:3 52:6,7
  66:21 86:16,23
  93:5
statement 82:21
statements 49:4
states 1:1 18:3
  24:17 26:1
  49:7 54:15
  61:18 63:24
statistics 76:5
statutorily 14:16
statutory 64:18

stay 22:21 63:11
  68:3 85:7
stayed 5:16
step 50:25
steps 79:2,3
Steve 24:3 75:16
stimulus 40:21
stock 13:10 17:8
  17:17,20 18:12
  18:19 19:1,4,9
  19:11,12,14,21
  31:2 31:12,15
  31:16,19 32:16
  32:21,23 33:1
  33:4,7,11,15
  33:15,16,16,17
  33:20,25 35:3
  35:4 40:3,5,15
  43:13,18,19,23
  43:24 44:2,7,8
  44:11,12 60:10
  60:11 77:4
  80:7,10,11,20
  80:25 81:1,1,4
  81:8,15 82:19
  82:24 83:1
stocks 32:14
  80:9,9
stop 23:9 66:19
  79:24
stores 36:18
straight 60:22
strategy 47:7,11
street 26:12,20
  28:22 63:3
  81:15
strenuous 10:8
strenuously
  52:15
stress 45:22
stressful 3:18
  47:6
strike 55:2
strong 45:20
  48:21
struck 10:1
structure 35:21

Case: 19-30088   Doc# 6799-2   Filed: 04/20/20   Entered: 04/20/20 09:16:03   Page 41
of 46

35:23,25 75:17
75:25
**stuck** 88:8
**study** 64:1
**stuff** 29:24
39:14 40:9
49:5 50:6,8
54:18 59:6,20
63:22 70:18
71:20 75:19
76:1,9,18,21
79:21 81:2
84:24 91:25
**submit** 46:20,21
59:6
**submitted** 54:12
88:3
**subordinated**
16:14
**subro** 27:8
**subrogation**
10:9 15:22
21:19 22:6
**subsequent**
11:10
**substantial**
20:16 31:17
50:9 87:22
**substantially**
32:6
**success** 33:19
**successfully**
66:8
**sue** 78:3
**sued** 34:21
**sufficiently**
88:18
**suggest** 19:1
31:13 91:1
**suggesting** 14:20
**suggestion** 20:9
54:10
**Suite** 93:23
**summary** 46:20
**summer** 15:14
66:10 70:25
**sums** 69:14

**supply** 8:15 71:5
**support** 12:25
13:3 26:2,19
27:16,20 28:23
29:2 46:13,14
77:9 91:7
**supported** 13:17
**supporting** 91:9
**suppose** 81:9
**supposed** 53:6
**Supreme** 64:14
**sure** 3:1,24 31:7
33:3 47:22
53:24 54:25
59:2 79:2
82:24,25 89:25
**surface** 75:21
**surprises** 81:16
**surprising** 72:11
72:14
**surrounding**
8:10
**surveillance**
64:23
**surveys** 76:10
**survive** 58:1
**suspect** 58:19,22
**suspend** 20:23
**Sword** 78:5
**sworn** 45:5
**system** 62:25
87:25 88:2,8
88:10 90:18
91:17
**systems** 53:7,7

**T**

**table** 12:1 13:14
16:22 73:20
**tabled** 20:15
**tabulate** 47:20
79:20
**tails** 5:11
**take** 4:7 9:3
10:10,22 11:7
13:13 16:9
17:7,14,17

18:9,12 19:14
23:5 27:3 31:3
31:6 33:20
38:2,3 40:5
42:12 43:13,17
43:18 44:11,12
45:8 50:25
57:19 58:1
59:18 61:1
62:17,19 69:20
74:8,10 78:21
79:2 81:4
89:10
**taken** 79:2 93:12
**takeover** 12:23
12:25
**takes** 8:2 9:14
12:20 49:8,10
62:13,18 79:22
**talk** 3:6 6:17
12:5 23:8
24:14,15 25:11
25:12 47:13
68:18
**talked** 4:20 7:2
18:24 19:5
21:11 41:8,10
56:20 87:15
**talking** 6:8
10:14 25:17
84:21
**tallies** 46:22
**tax** 10:18,20
44:4 75:18
**TCC** 6:5 23:15
24:6,12,13,19
24:22,25 25:3
25:6 27:18
29:9,13 31:1
84:22 89:22,23
90:3,10
**TCRR** 93:19
**team** 52:24
53:12,13 58:7
**technically** 20:3
**techniques**
89:17

**technology** 2:6
22:11,24
**telephonic** 1:9
2:3 68:13
84:15
**telephonically**
2:6
**tell** 2:15 5:24
7:22 11:12
15:1 19:3 26:9
31:1 32:5
33:14 34:2
39:23 40:12
42:1 45:2 47:5
51:18 58:7
60:1 72:21
73:3,8 75:22
80:6 82:9,12
85:17 87:14
89:25 90:10
**telling** 24:13
27:12 28:8
84:4
**tells** 6:7
**ten** 9:12 83:5
**tens** 8:1 75:1
**tentative** 12:7
**terms** 21:25 35:4
45:1 56:8
70:21 76:7
80:2 81:21
84:24
**test** 64:24 68:21
**testimony** 45:6
**Texas** 93:1,2,5
93:19,24
**text** 58:6 85:5
86:25
**texted** 57:22
**texting** 50:1
**thank** 2:2 4:2,3
7:6,7,8 30:23
37:24 58:3
79:11 91:20
92:14
**theories** 34:8
**thermonuclear**

26:22 91:13
**thing** 3:17 6:16
16:18 21:13
29:8 35:4
36:11 39:19
41:15 44:9
53:1 61:2,13
65:19 73:3
76:3,4 84:20
**things** 4:20 5:16
7:13 10:24
12:13 19:17
29:20,23 50:13
51:17 53:8
64:8 77:13
78:24 82:24
84:18
**think** 5:12 8:4
13:16 14:12
19:10,11 22:16
28:8 29:11
30:24 31:1
34:4,23 35:16
35:20 37:25
39:5 41:12,13
41:15 42:11,15
45:5,23 52:16
60:19 62:14
68:19 69:16,18
72:1 73:8,10
73:11,17 80:6
81:12,17 84:6
85:20 86:8
87:1,21,23
88:17 90:15
92:6,10,11
**third** 2:7,9 17:10
24:25 32:20
51:21 53:1
56:13 63:24
82:7
**third-party**
42:16 52:2
57:16 75:18
89:15,16
**thirdly** 20:16
**thought** 8:12

21:5 26:15
**thousand** 24:9
52:9 91:22
**thousands** 7:9
8:14
**three** 9:7 14:12
14:19 17:21
23:15 41:9
42:9 49:19
73:9 85:11,23
85:24
**thrown** 20:1
27:17
**till** 28:9
**time** 2:14 6:2
7:10,15 11:24
12:6 20:4
21:22 33:4,7
38:2 45:11
47:6 48:15
50:10 58:4
62:6 66:22
71:24 74:12
79:7 81:11
84:16,21,23
85:20 90:4,5
90:16 91:25
**times** 32:1 55:10
55:11 85:17
88:9,10
**Timothy** 24:17
**title** 26:13,15
75:5
**today** 2:8 3:3
43:12 85:21
92:13
**today's** 30:18
**told** 24:11 26:3
33:5 41:23
68:21
**Tom** 23:25
**tomorrow** 49:15
71:16
**ton** 34:23 48:11
**top** 3:17 5:16 6:1
6:3 49:16 53:2
53:3,23 74:12

80:6
**tort** 3:17 12:6
18:15 20:13
24:6 25:4,14
51:11 64:2,4
65:25 91:16
**torts** 91:15
**Tosdale** 23:25
**total** 69:5
**touching** 53:19
**tough** 21:5
**town** 1:9 2:3,4
2:13,19 23:9
48:13 58:20
60:21 68:13
77:11 84:15
**tracking** 46:5
**trade** 33:15
**traded** 32:2
**trades** 32:1
**trading** 32:10
43:22 80:12
**traditionally**
9:14 62:11
76:7
**transactional**
67:7
**transcript** 58:24
59:1
**transcription**
93:6
**transfer** 92:1
**transferred**
43:22
**transferring**
48:6
**transparent**
88:22
**trap** 39:12
**treacherous**
66:3
**treat** 78:7
**treated** 35:22
**treatment** 10:18
**tree** 52:1,7,9
53:3 65:5 71:3
**trees** 52:3,6

70:22,24 71:2
71:11 81:11
**trial** 58:10,10
65:7
**tried** 9:21 80:8
80:16
**trim** 52:5
**trimmed** 52:4
**trimmers** 52:1,7
52:9 53:3
**Trostle** 23:16,23
24:18
**Trostle's** 24:16
**Trotter** 32:25
41:17 42:4
56:21,21,22
58:11 59:9
70:10 87:15
**true** 5:6 12:21
15:11 17:5
66:24 82:1
**trust** 6:1,13
15:25 18:21
19:6,24 20:5
21:14,15,15,17
22:4 31:13,20
33:17 36:20
42:15,25 43:20
44:24 45:9,25
54:12,18,19
56:2 60:6,11
65:14 73:1,2,2
78:19,21 79:8
81:22,23 82:6
83:17 87:11
88:18 89:4,9
89:12,18
**trustee** 24:17
33:1 35:18
41:17 43:16
51:4 56:17
59:6 65:13
70:9 87:18
**truth** 6:19 31:14
59:22
**try** 30:25 36:6,6
43:11 51:5

53:15 58:11
71:10 81:20
82:3 83:21
85:25 87:7
90:17
**trying** 3:13 5:10
15:16 26:8,9
29:16,19 30:1
30:9 76:2,19
79:18 83:3
84:5,8,19
**Tubbs** 64:16
65:7,17
**turn** 40:24
**turned** 59:13
66:14,15 82:10
**two** 3:3,12 22:23
23:5,20 24:3
27:14 44:22
60:8 62:15
67:12,23,23
68:25 70:19
73:9 74:17
77:13 82:6
84:19 91:21
**two-thirds** 2:23
25:19 26:1
38:7 48:3,4,4
**two-year** 64:25
**type** 22:11 30:6
30:17 43:11
44:19 58:24
**typed** 22:12

**U**

**U.S** 33:12 40:15
**ultimately** 66:17
**unanimous**
56:24
**unanimously**
28:3
**underinsured**
8:11
**underlying** 5:18
**understand** 3:16
31:24 56:23
57:1 60:1

87:17
**understands**
39:3 44:23
**understood**
16:17
**underway** 40:17
56:5
**underwriting**
40:14
**uninsured** 8:11
**unique** 20:24
32:3
**United** 1:1 18:3
24:17 26:1
49:7 61:17
63:23
**unrepresented**
23:6
**upfront** 33:6
62:5 63:1
67:15
**upheaval** 21:2
**upwards** 86:21
**use** 45:9 49:20
53:16
**uses** 52:2
**usually** 80:13
**utilities** 31:22
**utility** 31:25
32:1,7,18
**utmost** 23:19

**V**

**vacation** 45:4
**valuable** 13:2
45:23 76:11
**valuation** 31:20
32:7 82:20
**value** 8:16 10:1
10:11,17 11:7
11:16 19:1
31:14,16,21
32:10,16 33:8
33:13,16 35:5
35:13 36:10,11
36:13 37:16
43:21 44:5

Case: 19-30088   Doc# 6799-2   Filed: 04/20/20   Entered: 04/20/20 09:16:03   Page 43
of 46

51:17 53:23 57:10 63:9 74:13 77:6 81:3 82:15,16 83:13,13 86:6 87:16 88:17
**valued** 82:17
**valuing** 32:14
**variety** 88:1
**various** 5:17 37:7
**vast** 28:15 46:11
**venture** 68:15
**verified** 73:2
**verify** 54:22
**Veronese** 23:16 23:17
**version** 38:9
**versus** 13:25 47:2,18,18 76:3
**vetting** 51:23
**viability** 20:11
**viable** 12:2,17 73:25
**viciously** 66:6
**victim** 16:15 17:17 24:21 25:2
**victims** 7:23 8:3 8:5 9:1,4,9,10 9:19 10:2,11 10:17 13:14 14:24 15:6,11 15:19 16:20 18:20,23 22:8 24:22 25:19 26:2,14,18 27:11,16,20 29:1 30:1 37:22 46:13 51:15 53:16 62:17 66:12
**victims'** 15:15 15:25 17:1,12 18:21 20:5 22:3 25:7

31:13 78:21
**video** 45:8 64:23 85:4
**videos** 7:15 45:6 64:23
**view** 6:22 57:10 73:8,11 75:8 92:9
**violate** 78:1
**violating** 24:23
**voice** 22:13 55:10
**volatility** 31:15
**vote** 2:10,21 5:21,23 6:18 7:20,23 14:20 20:7 24:22 25:14 26:2,2,9 26:19,21 28:8 28:10 29:6 37:21 38:1,1,5 38:7 39:4 42:7 46:15 47:18,18 47:19,20,22,24 48:5,5,22,23 48:23 49:20,24 50:15 54:23 55:25 70:15 72:8,9 73:23 78:25 79:19 85:12,17,22,25 89:3 90:16 91:10,12 92:1 92:8
**voted** 11:15 27:24 28:4 32:11,11 38:23 46:7,8 47:21 55:11,12,21 85:21,22
**votes** 2:24 38:2 46:3,24 48:3 85:24
**voting** 2:12 6:21 28:2,6 42:24 47:1,2 49:25 50:13 79:14,15

80:3 84:4 90:14,15 92:7

---

## W

**W-a-t-t-s** 71:20
**wait** 6:23,24,25 7:1 11:21 16:2 19:9,13 21:20 28:9 40:7 50:8 50:16 86:25
**waited** 9:11
**waiting** 41:3 47:3
**waived** 16:25
**walk** 39:15
**wall** 26:12,20 28:22 44:22 81:15
**WALTZ** 93:1 93:18
**want** 2:2 4:7,10 6:16,23,24,25 7:24 8:6 9:24 10:2,8 14:20 20:23 21:13 22:25 23:5 28:9 29:8,11 30:11 31:10 33:18,25 36:18 38:14 40:5 43:13,23,24 44:11,12 47:17 52:12 54:22 55:14,21,24 59:10 61:23 68:8 70:3,18 71:13 72:6,20 74:7,9,13,14 76:8 77:22 78:11,17,17 79:1,2,9 90:7 91:20
**wanted** 5:19,22 18:13 25:11 27:15
**wanting** 74:15
**wants** 14:3

37:21 47:1 50:18 51:8 54:2 56:2 69:24,25 79:13 83:12
**war** 66:6,8
**warn** 55:21
**wasn't** 31:9,10 42:5 59:17 64:12 80:8
**Watts** 2:1,1,16 4:3,6,15 7:7 15:13 19:4 30:23 32:24 35:16 37:1,24 43:2,15 44:17 46:5 47:4 50:24 51:9 54:5,25 55:8 56:4 57:15 58:18 59:24 61:22 62:1 70:7 71:15,19 72:3 75:16 79:15 83:1,16 85:14 86:8,15 87:12 89:25 92:3
**Watts'** 48:23
**way** 3:21 8:18 11:12,23 14:4 21:5,14 23:9 36:13 42:7 55:7 56:12,16 64:14 65:2,14 71:19 72:9 73:25 78:4 79:25 80:21,22 82:3,5,17 83:22 88:4,23 92:11
**ways** 23:5 87:14
**we'll** 2:8,12 6:11 6:12,24 7:17 7:18 9:20 11:18 19:12 30:8,17 33:3

36:19 38:7 41:13 42:12 43:11 46:21 55:16,19 58:21 59:9 73:19,20 76:17 79:25 83:1,25 84:10 84:12,15 85:7 85:16,17,24 87:5,6,7 90:17 92:1,4
**we're** 3:19 5:25 6:1,13,14 7:10 10:14 11:3,11 17:9,15 25:13 25:17 33:16 38:6,6,15 39:15 40:17 41:2,9,12 42:10,17 47:15 53:14,14,15 55:20 56:7 58:10 66:4 68:3 70:16 76:2,19,20 78:11 79:9,18 80:4,20 81:19 82:2 83:3,20 83:23 84:24 85:15 87:14 90:16,16
**we've** 2:3,7 3:13 6:20 7:3,9,13 7:13,15 17:3 20:16 22:23 30:15 40:10 42:23 46:3 50:2 52:10 53:19 60:5 69:13,16 70:13 70:22 75:24 77:3 78:5,8,8 78:19 83:5 85:5,8 87:21 89:15,15,16,16 91:19,21 92:13
**website** 7:14,19

Case: 19-30088   Doc# 6799-2   Filed: 04/20/20   Entered: 04/20/20 09:16:03   Page 44 of 46

30:16 83:24
**Wednesday** 2:8
**weed** 87:11
**week** 6:4,5,9
19:17 22:12,12
22:13 23:14
25:22 29:10
40:17 47:11,18
55:6,10,20,20
55:21 70:16
84:22,23 85:20
**week's** 92:5
**weekend** 21:17
**weekly** 85:2
**weeks** 29:23
41:9 84:11
**weird** 76:16
**welcome** 2:19
**well-regarded**
80:24
**went** 12:16
14:14 38:24
64:21
**Weslayan** 93:23
**whatsoever**
65:25 67:15
**wheels** 35:21
**wherewithal**
62:19
**whole-hearted**
92:10
**wholly** 11:4
**Wiener** 12:22
**wife** 49:16 66:22
68:25 70:2
**wildfire** 8:22
13:13 20:25
22:3,8 57:10
81:10
**wildfires** 11:18
13:24 32:5
**winds** 34:10
52:4
**Winery** 64:24
**wire** 44:20
**wish** 2:22 13:9
52:12

**withdraw** 25:3
**won** 63:25 64:15
**wondering**
50:19
**wool** 73:5
**word** 5:6 31:4
89:11
**wording** 50:19
**words** 33:18
77:16 91:12
**work** 20:6 25:13
29:17 41:21
42:10 43:14
47:10 48:11
53:22 57:16
64:8 66:19
68:22 70:19
71:7 82:2
90:11
**work's** 42:13
**worked** 3:4
15:21 39:16
61:6 65:6
70:24
**working** 25:20
41:18 42:1,21
47:10,21 48:9
51:16 53:2,13
56:25 57:1
65:18 67:12,22
70:3,18,23,24
84:24 90:2,12
90:16
**works** 17:19
**world** 11:4 34:6
53:6 66:7 69:3
**world's** 68:19
**Worldwide**
93:22
**worry** 5:24 6:7
49:6 68:7
**worse** 12:13
40:23 57:9
**worth** 10:16
19:6 31:13
40:4 82:14,15
90:14,15

**wouldn't** 40:4
40:20 43:18
54:8 61:1
66:17
**write** 38:11
48:17 54:18
79:1 87:19
**writes** 48:16
**writing** 35:18
45:17 85:4
**written** 25:9
43:16 65:15
78:20 82:12
**wrong** 58:5
65:12 81:5
**wrongdoer**
62:22 63:4
**wrongful** 56:2
**wrote** 24:12
27:14 35:12
44:13 46:2

**X**
**X** 61:1 86:18

**Y**
**Yanni** 41:18,23
56:17,21,22,22
59:10 70:10
87:15
**Yanni's** 42:4
**yeah** 4:7 30:13
54:2 60:19
86:8 89:25
**year** 34:4,12
41:25 44:2
67:13,14
**year-long** 42:9
**years** 3:13 9:3,8
9:11,15,22
11:21 14:1,12
27:3 42:9,9
60:8 62:16
67:12,23,24
70:19,23 74:17
80:8
**yeas** 46:21

**yesterday** 41:4
41:17 85:19
90:1
**yield** 69:8
**York** 80:14

**Z**
**Zenke's** 65:3
**zone** 45:3
**zoo** 65:20

**0**

**1**
**1** 10:4,15 15:19
20:9 30:25
34:15 55:22
56:9 69:18
77:14 80:7
**1,111** 69:9
**1.68** 19:23
**10** 72:10
**10,000** 87:24
**11** 1:4 10:10
21:20,21 25:14
74:8 77:5,17
**11,000** 28:6 55:5
55:7
**11,200** 46:6
90:21
**11th** 2:11
**12** 11:16 18:1
38:5 60:2 84:6
**12/31/20** 93:19
93:21
**12/31/21** 93:20
**12:00** 92:4
**120,000-dollar**
76:17
**13** 8:7 9:18,23
15:24 19:21
25:15,15 66:18
**13-and-a-half-...**
16:3 61:8 89:5
**13.5** 17:19 19:7
26:25 50:21,22
50:25 51:3,4

51:19,19 53:19
53:23 54:19
59:21 77:16
80:21
**13.5-billion-d...**
13:4 17:8,12
29:22 30:20
**13.5-million-d...**
9:19
**15** 2:12 3:1 10:5
11:16 38:2
76:25
**15th** 17:22,23
47:3 49:22
50:11 60:8
79:16
**16** 11:16
**17** 32:13
**18** 2:11 58:16,17
59:13,17
**18-and-a-half-...**
27:10
**18-year-old**
59:12
**18,000** 27:23
68:16,25 69:1
**18.5** 74:10
**19-30088-DM**
1:3
**1st** 26:13

**2**
**2** 2:11 10:16
11:8 27:8
55:20 56:10
69:19 77:7
82:22
**2.2-trillion-do...**
40:21
**2.4** 16:5,25
**20** 10:7,8 45:4
62:15 69:6,8
74:7 77:5
**20.5** 81:14
**20.5-billion-d...**
8:21 11:19
35:2,8 39:4

Case: 19-30088   Doc# 6799-2   Filed: 04/20/20   Entered: 04/20/20 09:16:03   Page 45
of 46

73:24
**200** 15:4,19
19:19 42:16
**200-million-d...**
20:3
**201(k)** 82:11
**2011010** 93:20
**2017** 34:7 72:22
**2018** 34:7 72:23
**2019** 12:10
82:10
**2020** 1:9 3:1
8:23 24:18
27:2 38:2
41:25 60:22
93:16
**2021** 17:22
82:19
**2022** 17:23
82:20
**21** 27:2
**22** 32:1 84:7
**22.4** 18:22 31:19
**223** 93:23
**235** 93:23
**24** 2:3 48:12
**24th** 24:18
**25** 2:11 49:17
80:8
**27th** 21:18 38:5
38:18,19

**3**

**3** 10:16 22:11,13
22:19 30:5,6
30:14 43:9
55:20 61:3,13
74:9 78:18
83:6
**3-** 32:13
**3-billion-dollar**
62:17
**3.48** 15:8,19
61:9
**3.7** 10:6
**3.8** 77:1 78:12
**3.9** 16:4,21

**30** 8:23
**3000** 93:23
**30th** 9:17 21:18
39:1,6 40:10
**33** 42:17
**35** 36:9
**354-million-d...**
76:14

**4**

**4** 1:9 21:22 22:4
55:21
**4,300** 29:5
**40** 47:10
**400** 32:13
**401(k)s** 82:10
**44** 57:13
**45** 72:8,9
**462** 20:2
**4TH** 93:15

**5**

**5** 42:3 50:9
82:14
**5,000** 28:25
46:14
**5.4** 17:21 33:6
59:22 60:3
63:14 66:13,14
**50** 47:10
**50-foot** 44:22
**55.55** 69:2
**572-2000** 93:24

**6**

**6** 50:9 66:15
**6,000** 28:22
46:12 91:6
**6,600** 26:18
**6.3** 16:6
**6.75** 17:20 31:14
80:20 82:15
**60** 18:9
**65** 69:21
**650** 17:23 60:7
**6813** 93:19

**7**

**7** 10:22 11:6,9
**7,000** 28:14,20
90:23
**7.4** 66:16
**7.5** 27:9 74:5
**7.5-billion-dol...**
74:4
**70** 61:16
**70,000** 72:12
**700** 17:22 60:7
**713** 93:24
**77027** 93:24

**8**

**80,000** 87:23
**84** 15:1 21:12
57:13
**85** 64:7

**9**

**9** 2:12 10:10
11:7 27:7
66:17 77:5
**9,000** 28:1
**90** 22:22 46:7
90:22
**96** 64:2

Case: 19-30088 Doc# 6799-2 Filed: 04/20/20 Entered: 04/20/20 09:16:03 Page 46 of 46