Entered on Docket
April 20, 2020
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: April 20, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and<br>    Electric Company<br>☒ Affects both Debtors<br><br>*  All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered |

**ORDER DENYING MOTION TO SHORTEN TIME**

    The court has reviewed the Ex Parte Request To Shorten Time (Dkt. No. 6798) and the underlying Motion to Designate Improperly Solicited Votes (Dkt. No. 6799) filed by William B. Abrams.

    Mr. Abrams has not complied with B.L.R. 9006-1 nor has he shown exigent circumstances to grant the extraordinary relief he seeks on one-day's notice. In fact, it appears that he is once

-1-

again renewing his oft-repeated request to delay the voting by the Fire Victims until he is satisfied that enough information is available to him.  The court has dealt with this issue more than enough.

The Ex Parte Request is DENIED.

***END OF ORDER***

COURT SERVICE LIST

William Abrams
1519 Branch Owl Place
Santa Rosa, CA 95409

Case: 19-30088    Doc# 6800    Filed: 04/20/20    Entered: 04/20/20 11:59:51    Page 3 of 3