# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−3 | User: lparada | Date Created: 4/20/2020 |
| Case: 19−30088 | Form ID: pdfeoc | Total: 2 |

**Recipients of Notice of Electronic Filing:**
ust     Office of the U.S. Trustee / SF     USTPRegion17.SF.ECF@usdoj.gov

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
    William Abrams     1519 Branch Owl Place     Santa Rosa, CA 95409

TOTAL: 1