WATTS GUERRA LLP
Mikal C. Watts
70 Stony Point Road, Suite A
Santa Rosa, California 95401
Phone: (707) 241-4567
2561 California Park Drive, Suite 100
Chico, California 95928
Phone: (530) 240-6116
Email: mcwatts@wattsguerra.com

*Attorneys for Numerous Wild Fire Claimants*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION OF MIKAL WATTS IN SUPPORT OF HIS PRELIMINARY OPPOSITION TO WILLIAM B. ABRAMS MOTION TO DESIGNATE IMPROPERLY SOLICITED VOTES PURSUANT TO 11 U.S.C. §1125(B) AND 1126(E) AND BANKRUPTCY RULE 2019**<br><br>Date: April 27, 2020<br>Time: 10:00 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA 94102<br><br>Re: Docket No. 6799 & 6798 |

**DECLARATION OF MIKAL WATTS**

Mikal Watts declares the following pursuant to 28 U.S.C. § 1746:

1. I am an attorney at the law firm of WATTS GUERRA LLP.

2. My firm has twenty-five lawyers, a staff of approximately 100 employees, and eight offices in California and Texas.

3. I have practiced law for over thirty (30) years, and have led my own firms for more than twenty-three (23) years.

4. During all twenty-three of those years leading my own firm, my firms always have had access to traditional law firm credit facilities, which involve a banking institution providing operational and case investment capital to a law firm through a general credit line, with such credit being collateralized by the income produced by the law firm, and with such risk to the banking institution being spread out via assignment rights provided by the bank.

5. Importantly, my lenders never have been, and are not now, granted control whatsoever over my firm's litigation decisions.

6. In recent years, there also has been a proliferation of for-profit firms offering nonrecourse loans to plaintiffs in return for a share of any funds recovered. These rights to share in a percentage of funds recovered also can be assigned out by the litigation funder. This is *not* the kind of credit facility used by WATTS GUERRA.

7. WATTS GUERRA's credit facility is not contingent upon the outcome of this litigation. Rather, it is a general credit facility collateralized by income to be received by the firm across all its various cases; a facility no different than any other facility provided by banking institutions across the United States.

8. WATTS GUERRA's lenders have been given no right of control over the firm's decisions concerning this litigation.

9. Together with other law firms, WATTS GUERRA LLP represents more than 16,000 individuals who timely filed Notices of Claims in this bankruptcy proceeding.

10. To my knowledge, his Court has not entered an order requiring private counsel to make disclosures pursuant to Bankruptcy Rule 2019, and a reading of the rule suggests that it probably does not apply to private counsel representing individual fire survivors.

11. WATTS GUERRA is not a group or committee.

12. Each fire survivor's Notice of Claim filed by this Court's amended Bar Date of December 31, 2019 sets forth the name of the law firm representing each such fire survivor.

13. WATTS GUERRA has no disclosable economic interest held in relation to the debtor, and no economic interest in it that is affected by the value, acquisition, or disposition of a claim or interest.

14. WATTS GUERRA is not a member of a group or committee that claims to represent any entity; rather WATTS GUERRA represents its individual clients alone as single creditors, not with some official committee.

15. WATTS GUERRA is not a creditor or equity security holder represented by an entity, group, or committee.

16. If the Court believes that WATTS GUERRA and other private attorneys not serving on the TCC, should provide a disclosure under Bankruptcy Rule 2019 WATTS GUERRA is happy to voluntarily make such a disclosure upon order of this Court pursuant to Bankruptcy Rule 2019(e)(3).

17. WATTS GUERRA has disclosed to its clients and to others its communications in this case with assignees of portions of its credit facility, and its subsequent communications with principals of the Debt and the Equity. Specifically, Mikal Watts conducted an in-person town hall to WATTS GUERRA's clients in Chico on December 12, 2020, and in Santa Rosa later the same day. This town hall was filmed, and all WATTS GUERRA clients received an update email or letter shortly thereafter with a link to the video of those town hall meetings. A link to a Power Point setting forth the nature of the disclosure made in Santa Rosa on December 12, 2019 is provided herewith,[1] and specific reference is made to slides 53-80 therein. A link to a Power Point

---

[1] Click here to download the file

setting forth the nature of the disclosure made in Chicco on December 12, 2019 is provided herewith,[2] and specific reference is made to slides 53-80 therein. Likewise, a second version of the same disclosure occurred most recently on April 18, 2020 on a telephonic town hall that was open to the public. A transcript of that meeting is made available herewith as well.[3]

18.     WATTS GUERRA provided the disclosure statement and other materials required by this Court digitally on March 31, 2020, before beginning its communications program during the voting period. The Restructuring Support Agreement specifically provided for "approval by the Bankruptcy Court of procedures to allow distribution of solicitation materials and casting of ballots for holders of Fire Victim Claims by digital means." Doc. # 50380-1, p. 4, ¶2(a)(ii). WATTS GUERRA confirmed that the court-ordered disclosure statement and other materials would be available beginning March 31, 2020, prepared its digital disclosure plan, and executed on it early in the morning on March 31, 2020 for the very purpose of ensuring compliance with 11 U.S.C. §1125(b).

19.     WATTS GUERRA continues to provide information both to its clients with update letters and emails. During the litigation, WATTS GUERRA conducted quarterly in-person town hall meetings and provided systematic written updates as well. More recently, we have been providing weekly written updates to our clients.

20.     Additionally, WATTS GUERRA provides information on its website, www.firesettlementfacts.com. As questions are presented by fire survivors, those questions are sent to Watts, who prepares an answer that is then recorded on video, and put up on the website for all to see. A repeated disclosure of the information concerning credit facilities was made again

---

[2] Click here to download the file

[3] Click here to download the file

during our April 18, 2020 telephonic town hall, and a Drop Box of that disclosure is available herewith. [4] Likewise, that disclosure has been made available to all on www.firesettlementfacts.com.

21. Since the COVID-19 "shelter in place" orders, WATTS GUERRA has and will continue to conduct ten (10) weekly telephonic town hall meetings where fire survivors can call in and listen to various lawyers discuss the issues relating to the plan, and to answer questions fire survivors may have. Those telephonic town hall meetings have occurred on March 21, March 26, March 31, April 4 and April 11, and future telephonic town hall meetings scheduled for April 18, April 25, May 2, May 9 and May 15, 2020.

22. In addition, at Abrams' invitation, fire survivor attorneys Mikal Watts and Gerald Singleton appeared on a two-hour long Facebook Live forum on April 14, 2020, where the pros and cons of the Amended Plan being voted on were debated with Mr. Abrams himself, as well as attorneys Bonnie Kane and Francis Scarpulla who represent former TCC members.

23. On April 16, 2020, my law firm filed several lawsuits against Mike Bloomberg 2020, Inc., alleging that the Bloomberg campaign reneged on its promises to employ those persons agreeing to work on his presidential campaign through the November election, regardless of whether he won or lost the Democratic primary. When he reneged, I filed a lawsuit on behalf of my first client, Jennifer Strobel, on March 27, Plaintiff's Original Petition in *Jennifer Strobel v. Mike Bloomberg 2020, Inc.*, Cause No. D-1-GN-20-001852, in the 201st Judicial District of Travis County, Texas. On April 16, 2020 three additional pleadings on behalf of twenty-three (23) employees of the Bloomberg campaign: (1) Plaintiffs' Original Petition in *Sarah Allen, et al. v. Mike Bloomberg 2020, Inc.*, Travis County, Texas; (2) Plaintiffs' Original Petition in *Tania Gonzalez-Ingram v. Mike Bloomberg 2020, Inc.*, Cause No. D-1-GN-20-002148, In the 200th

---

[4] https://www.dropbox.com/s/pvzk6o5jl92f9y8/20200418%20town%20hall%20v1.1%20clip%201_1.mp4?dl=0

Judicial District, Travis County, Texas; (3) Plaintiff's First Amended Petition, *Jennifer Strobel v. Mike Bloomberg 2020, Inc.*, Cause No. D-1-GN-20-001852, in the 201st Judicial District of Travis County, Texas.

24. On Sunday evening, April 19, 2020, I received a phone call from *Bloomberg News* reporter Mark Chediak, stating that he was writing a story on Abrams' filing. I asked for the filing before giving comment, and was told that Abrams had specifically told Mark Chediak not to share the filing with me. A search of the Court's docket contained no such filing, but *Bloomberg News'* Mark Chediak confirmed to me that Abrams had already sent it to him. While Mark Chediak asked for comment on a Sunday night, he honorably agreed that perhaps it would not be fair to require comment from me on a filing pre-supplied to a national reporter, but withheld from its subject.

25. I affirm that the facts set forth in this declaration are true and correct.

Dated April 20, 2020                                Respectfully submitted,

/s/ Mikal C. Watts
Mikal C. Watts
WATTS GUERRA LLP
70 Stony Point Road, Suite A
Santa Rosa, California 95401
Phone: (707) 241-4567
2561 California Park Drive, Suite 100
Chico, California 95928
Phone: (530) 240-6116
Email: mcwatts@wattsguerra.com

*Attorney for Numerous Wild Fire Claimants*