# EXHIBIT A

# EXHIBIT A

## COMPENSATION BY PROFESSIONAL
## FEBRUARY 1 THROUGH FEBRUARY 29, 2020

The attorneys and paraprofessionals who rendered legal services in these Chapter 11 Cases from February 1, 2020 through February 29, 2020 (the "**Fee Period**") are:

| NAME OF PROFESSIONAL | POSITION | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION | AREA OF PRACTICE / CONCENTRATION |
|---|---|---|---|---|---|---|
| Kevin S. Allred | Partner | 1986 | $1,020.00 | 208.7 | $212,874.00 | Litigation |
| Brad D. Brian | Partner | 1977 | $1,500.00 | 66.5 | $99,750.00 | Litigation |
| Erin J. Cox | Partner | 2009 | $950.00 | 157.5 | $149,625.00 | Litigation |
| Lisa J. Demsky | Partner | 1996 | $1,060.00 | 135.6 | $143,736.00 | Litigation |
| Michael R. Doyen | Partner | 1982 | $1,320.00 | 136.8 | $180,576.00 | Litigation |
| David H. Fry | Partner | 1997 | $1,150.00 | 1.1 | $1,265.00 | Litigation |
| Elaine J. Goldenberg | Partner | 1997 | $1,060.00 | 6.3 | $6,678.00 | Appellate |
| David B. Goldman | Partner | 1991 | $1,150.00 | 2.7 | $3,105.00 | Corporate |
| Seth Goldman | Partner | 2002 | $1,150.00 | 26.2 | $30,130.00 | Restructuring |
| Miriam Kim | Partner | 2002 | $950.00 | 33.9 | $32,205.00 | Litigation |
| C. David Lee | Partner | 2000 | $1,220.00 | 3.3 | $4,026.00 | Corporate |
| Matthew A. MacDonald | Partner | 2008 | $950.00 | 0.1 | $95.00 | Litigation |
| Kathleen M. McDowell | Partner | 1984 | $920.00 | 18.9 | $17,388.00 | Litigation |
| James C. Rutten | Partner | 1997 | $1,060.00 | 147.9 | $156,774.00 | Litigation |
| Henry Weissmann | Partner | 1987 | $1,400.00 | 250.2 | $350,280.00 | Litigation |
| Mark R. Yohalem | Partner | 2005 | $990.00 | 1.1 | $1,089.00 | Appellate |
| Sarah J. Cole | Of Counsel | 2002 | $890.00 | 255.1 | $227,039.00 | Litigation |
| Matthew S. Schonholz | Of Counsel | 2006 | $920.00 | 2.1 | $1,932.00 | Tax |
| Nick Axelrod | Associate | 2013 | $845.00 | 149.0 | $125,905.00 | Litigation |
| Michael C. Baker | Associate | 2016 | $725.00 | 42.7 | $30,957.50 | Litigation |
| Andre W. Brewster | Associate | 2015 | $780.00 | 147.5 | $115,050.00 | Litigation |
| Allison M. Day | Associate | 2015 | $780.00 | 2.7 | $2,106.00 | Litigation |
| Raquel E. Dominguez | Associate | 2019 | $490.00 | 144.8 | $70,952.00 | Litigation |
| Brendan Gants | Associate | 2016 | $820.00 | 8.5 | $6,970.00 | Litigation |
| Alexander S. Gorin | Associate | 2017 | $665.00 | 99.1 | $65,901.50 | Litigation |
| Skylar B. Grove | Associate | 2015 | $780.00 | 164.4 | $128,232.00 | Litigation |
| Lauren M. Harding | Associate | 2015 | $780.00 | 118.1 | $92,118.00 | Litigation |

| NAME OF PROFESSIONAL | POSITION | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION | AREA OF PRACTICE / CONCENTRATION |
|---|---|---|---|---|---|---|
| Natalie A. Karl | Associate | 2017 | $665.00 | 10.9 | $7,248.50 | Corporate |
| Lloyd Marshall | Associate | 2018 | $565.00 | 122.0 | $68,930.00 | Litigation |
| Megan L. McCreadie | Associate | 2017 | $665.00 | 177.8 | $118,237.00 | Litigation |
| Michele C. Nielsen | Associate | 2016 | $725.00 | 2.6 | $1,885.00 | Litigation |
| Teresa A. Reed Dippo | Associate | 2015 | $780.00 | 183.6 | $143,208.00 | Litigation |
| Giovanni S. Saarman Gonzalez | Associate | 2016 | $725.00 | 248.9 | $180,452.50 | Litigation |
| Mark M. Chowdhury | Staff Counsel | 1991 | $405.00 | 58.9 | $23,854.50 | N/A |
| Michael Y. Doko | Staff Counsel | 1998 | $430.00 | 39.0 | $16,770.00 | N/A |
| Candice Fuller | Staff Counsel | 2014 | $490.00 | 33.6 | $16,464.00 | N/A |
| Michael L. Lerew | Staff Counsel | 1993 | $405.00 | 26.0 | $10,530.00 | N/A |
| Shelley Lipman | Staff Counsel | 1993 | $405.00 | 48.2 | $19,521.00 | N/A |
| Susan Liu | Staff Counsel | 2001 | $490.00 | 21.2 | $10,388.00 | N/A |
| Terence M. McKiernan | Staff Counsel | 1999 | $490.00 | 84.3 | $41,307.00 | N/A |
| Lisa M. McLean | Staff Counsel | 2001 | $405.00 | 25.9 | $10,489.50 | N/A |
| Hadi Motiee | Staff Counsel | 2007 | $490.00 | 16.7 | $8,183.00 | N/A |
| Doris R. Perl | Staff Counsel | 1990 | $490.00 | 61.5 | $30,135.00 | N/A |
| Mark M. Perl | Staff Counsel | 1991 | $490.00 | 47.9 | $23,471.00 | N/A |
| Allison Rector | Staff Counsel | 2018 | $430.00 | 54.8 | $23,564.00 | N/A |
| Jarrett D. Reid | Staff Counsel | 2010 | $430.00 | 27.5 | $11,825.00 | N/A |
| Barni Rothman | Staff Counsel | 1985 | $430.00 | 16.2 | $6,966.00 | N/A |
| Arjang Seraji | Staff Counsel | 1997 | $490.00 | 55.9 | $27,391.00 | N/A |
| Ramon K. Castillo | Paralegal | N/A | $345.00 | 184.9 | $63,790.50 | N/A |
| Jennifer Galindo | Paralegal | N/A | $395.00 | 7.5 | $2,962.50 | N/A |
| Bruce M. Gordon | Paralegal | N/A | $345.00 | 27.5 | $9,487.50 | N/A |
| Arn Jacobsen | Paralegal | N/A | $395.00 | 0.4 | $158.00 | N/A |
| Michael J. Lamb | Paralegal | N/A | $395.00 | 0.7 | $276.50 | N/A |
| Larry M. Polon | Paralegal | N/A | $345.00 | 74.8 | $25,806.00 | N/A |
| Cynthia R. Richardson | Paralegal | N/A | $395.00 | 11.4 | $4,503.00 | N/A |
| Victor H. Gonzales | ALS | N/A | $370.00 | 28.6 | $10,582.00 | N/A |
| Bowe Kurowski | ALS | N/A | $455.00 | 83.6 | $38,038.00 | N/A |
| Jason D. Troff | ALS | N/A | $455.00 | 26.8 | $12,194.00 | N/A |
| Jennifer C. Mendoza | Case Clerk | N/A | $115.00 | 7.3 | $839.50 | N/A |

| NAME OF PROFESSIONAL | POSITION | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION | AREA OF PRACTICE / CONCENTRATION |
|---|---|---|---|---|---|---|
| **Total Professionals:** | | | | **4141.7** | **$3,226,216.50** | |

| PROFESSIONALS TOTALS: | BLENDED RATE (rounded to nearest dollar) | | TOTAL HOURS BILLED | TOTAL COMPENSATION | |
|---|---|---|---|---|---|
| Partner | $ | 1,161 | 1,196.8 | $ | 1,389,596.00 |
| Of Counsel | $ | 890 | 257.2 | $ | 228,971.00 |
| Associate | $ | 714 | 1,622.6 | $ | 1,158,153.00 |
| Staff Counsel | $ | 455 | 617.6 | $ | 280,859.00 |
| **Attorneys Total** | **$** | **828** | **3,694.2** | **$** | **3,057,579.00** |
| Paralegal | $ | 348 | 307.2 | $ | 106,984.00 |
| ALS | $ | 438 | 139.0 | $ | 60,814.00 |
| Case Clerk | $ | 115 | 7.3 | $ | 839.50 |
| **Paraprofessionals Total** | **$** | **372** | **453.5** | **$** | **168,637.50** |
| **Grand Total** | **$** | **778** | **4,147.7** | **$** | **3,226,216.50** |