# EXHIBIT B

# EXHIBIT B

## COMPENSATION BY WORK TASK CODE FOR
## SERVICES RENDERED BY MUNGER, TOLLES & OLSON LLP
## FEBRUARY 1 THROUGH FEBRUARY 29, 2020

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---:|---:|
| 021 | Non-Bankruptcy Litigation / Wildfire (Criminal) | 1218.7 | $927,721.50 |
| 022 | Non-Working Travel[2] | 49.7 | $50,017.00 |
| 023 | Purchase Power Agreements (including Adversary Proceedings) | 15.9 | $14,313.50 |
| 025 | Regulatory Issues Including CPUC and FERC | 2053.9 | $1,763,262.00 |
| 026 | Retention / Billing / Fee Applications: MTO | 51.3 | $36,797.50 |
| 033 | TUB - Tubbs Fire state court litigation (Judge Jackson) | 6.9 | $4,726.50 |
| 035 | Kincade | 751.3 | $429,378.50 |
| **TOTAL** | | **4141.7** | **$3,226,216.50** |

---

[2] Non-working travel time reflects the Court's ruling on the Fee Examiner motion heard on October 7, 2019 and further discussion with the Fee Examiner regarding non-working car travel time.