# EXHIBIT C

Case: 19-30088    Doc# 6812-3    Filed: 04/20/20    Entered: 04/20/20 14:13:27    Page 1 of 2

# EXHIBIT C

## EXPENSE SUMMARY
## FEBRUARY 1 THROUGH FEBRUARY 29, 2020

| EXPENSES | AMOUNTS |
|---|---|
| Meals | $1,714.59 |
| Travel – Airfare | $16,554.54 |
| Travel – Hotel | $9,891.79 |
| Travel – Ground (Out of Town) | $2,414.37 |
| Copying Charges | $15,204.20 |
| Filing/Recording/Registration Fees | $347.51 |
| Consultants/Professional Services | $1,225.00 |
| Transcripts | $5,107.00 |
| Messenger | $629.51 |
| Air Express | $438.22 |
| **Total Expenses Requested:** | **$53,526.73** |