| | |
|---|---|
| Charles Matthiesen, Et Al<br>36771 Hidden River Rd.<br>Hinkley, California 92347<br><br>Unsecured Creditor In Pro Se | |

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>                Debtor.<br><br>In re:<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>                Debtor.<br><br>___ Affects PG&E Corporation<br><br>_x_ Affects Pacific Gas and Electric Company<br><br>___ Affects Both Debtors.<br><br>All papers shall be filed in the Lead Case No. 18-30088 (DM), or in the alternative (SC) | Case No.:3:19-bk-30088 (Lead Case)<br>Chapter 11<br>Case No.:3:19-bk-30089<br>Chapter 11<br>(Jointly Administered)<br><br><br>NOTICE OF APPEARANCE AND REQUEST FOR NOTICE<br><br>UNSECURED CREDITOR CLAIM NO. 8273<br><br>SOUGHT TELEPHONIC APPEARANCE(S), DUE TO UNSECURED CREDITOR DETERIORATED BODY'S IMMUNE SYSTEM, CAUSED BY POISONED BODY OF THE UNSECURED CREDITOR WITH DEBTOR'S BY-PRODUCTS, EITHER OR ALL, ARSENIC, URANIUM IN DECAY, AND/OR WITH HEXAVALENT CHROMIUM. |

-1-
NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

| | |
|---|---|
| 1 | TO THE COURT AND ALL PARTIES AND THEIR ATTORNYES OF RECORD: |
| 2 | PLEASE TAKE NOTICE that the undersigned hereby appears as In Pro Se for |
| 3 | the unsecured creditor, hereinafter the "Creditor", in connection with the Chapter 11 case of |
| 4 | hereinabove captioned debtor, hereinafter the "Debtor", and pursuant to Federal Rules of |
| 5 | Bankruptcy Procedure Sections 2002, 9007, and 9010 and Bankruptcy Code Section |
| 6 | 1109(b), request that the name of the Creditor be added to any service list in the Chapter 11 |
| 7 | case and that all notices given or required to be given in the Chapter 11 case and all papers |
| 8 | served or required to be served in Chapter 11 case, be given and served upon: The **Creditor.** |
| 9 | PLEASE TAKE FURTHER NOTICE that this request includes not only notices and |
| 10 | papers referred to in the Bankruptcy Rules specified above, but also includes, without |
| 11 | limitations, orders, and notices pf any applications, motions, petitions, pleadings, requests, |
| 12 | complaints, or demands, whether formal or informal, whether written or oral via telephonic |
| 13 | means, and whether transmitted or conveyed by mail, courier service, hand-delivery, |
| 14 | telephone, facsimile transmission, e-mail, or otherwise, inclusive via various law |
| 15 | enforcement agencies, federal, and/or state and/or local, by such agencies means and |
| 16 | methods, or otherwise (1) that affects or seeks to affect in any way any rights or interests of |
| 17 | any creditor or party-in-interest in Chapter 11 case, including this Creditor with respect to: |
| 18 | (a) the Debtor; (b) property of the estate, or proceeds thereof, in which the Debtor may claim |
| 19 | an interest; or (c) property or proceeds thereof in the possession, custody, or control of others |
| 20 | that the Debtor may seek to use; or (2) that requires or seek to require any act, delivery, or |
| 21 | any property, payment or other conduct by the Creditor named hereinabove. |
| 22 | PLEASE TAKE FURTHER NOTICE that this Creditor intends that neither this Notice |
| 23 | of Appearance and Request for Notice nor any later appearance, claim, or suit shall waive |
| 24 | (1) this Creditor rights to have final orders in non-core matters entered only after de novo |
| 25 | review by the Appellate Court; (2) this Creditor right to trial by jury in any proceedings so |
| 26 | triable in either the Chapter 11 case or any case, controversy, or proceeding relating to the |
| 27 | Chapter 11 case; or (3) any other rights, claims, actions, setoffs, or recoupments to which this |
| 28 | Creditor is entitled, in law, equity, all rights, claims, actions, setoffs,. are expressly reserved. |

-2-

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Dated: APR 0 9 2020

Respectfully submitted,

By: _____
Charles Matthiesen

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE