| | |
|---|---|
| 1  Norman Halstead, Et Al | |
| 2  20455 Halstead Road | |
|    Hinkley, California 92347 | |
| 3 | |
| 4  Unsecured Creditor In Pro Se | |

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No.:3:19-bk-30088 (Lead Case) |
| | Chapter 11 |
| PG&E CORPORATION, | Case No.:3:19-bk-30089 |
| | Chapter 11 |
| Debtor. | (Jointly Administered) |
| | |
| In re: | NOTICE OF APPEARANCE AND REQUEST FOR NOTICE |
| PACIFIC GAS AND ELECTRIC COMPANY, | |
| | UNSECURED CREDITOR CLAIM NO. 8274 |
| Debtor. | |
| | SOUGHT TELEPHONIC APPEARANCE(S), DUE TO UNSECURED CREDITOR DETERIORATED BODY'S IMMUNE SYSTEM, CAUSED BY POISONED BODY OF THE UNSECURED CREDITOR WITH DEBTOR'S BY-PRODUCTS, EITHER OR ALL, ARSENIC, URANIUM IN DECAY, AND/OR WITH HEXAVALENT CHROMIUM. |
| ___ Affects PG&E Corporation | |
| _x_ Affects Pacific Gas and Electric Company | |
| ___ Affects Both Debtors. | |
| All papers shall be filed in the Lead Case No. 18-30088 (DM), or in the alternative (SC) | |

-1-
NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Dated: APR 0 9 2020

Respectfully submitted,

By: /s/ Norman Halstead
Norman Halstead

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE