John Cumming (SBN 68796)
State of California, Department of Industrial Relations
Office of the Director
455 Golden Gate Avenue, Suite 9516
San Francisco, CA 94102
Telephone: (415) 486-2038
Email: jcumming@dir.ca.gov

Pamela Allen (SBN 139136)
State of California, Department of Industrial Relations
Office of the Director
1515 Clay Street, 17th Floor
Oakland, CA 94612
Telephone: (510) 286-0612
Email: pallen@dir.ca.gov

*Attorneys for California Department of Industrial Relations-Office of Self-Insured Plans*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION and PACIFIC GAS & ELECTRIC COMPANY,<br><br>               Debtors.<br><br>☐   Affects PG&E Corporation<br><br>☐   Affects Pacific Gas and Electric Company<br><br>x   Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM). Case No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br>Chapter 11<br>Jointly Administered<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL**<br><br>**Hearing Date and Time**: No hearing required<br>**Hearing Location**:<br>**Judge**: Hon. Dennis Montali<br>**Related Docket No**: 2601 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Local Rule 5-1(c)(2), John Cumming is hereby withdrawn as counsel of record for the California Department of Industrial Relations and its Office of Self-Insured Plans (DIR-OSIP) in the above titled case and should be removed from the Court's ECF e-mail service list in this case.

PLEASE TAKE FURTHER NOTICE that Pamela Allen (State Bar No. 139136) (pallen@dir.ca.gov) hereby enters her appearance as counsel of record for DIR-OSIP in the above titled case and should be added to the Court's ECF e-mail service list.

Dated: April 20, 2020

/s/ *Pamela Allen*
State of California, Department of Industrial Relations
Office of the Director
1515 Clay Street, 17th Floor
Oakland, CA 94612

*Attorney for California Department of Industrial Relations Office of Self-Insured Plans*