Steven S. Kane, Esq., SBN: 061670
Bonnie E. Kane, Esq., SBN: 167700
**THE KANE LAW FIRM**
402 W. Broadway, Suite 2500
San Diego, CA 92101
Telephone: (619) 236-8700
Facsimile: (619) 236-1370
E-mail: skane@thekanelawfirm.com
E-mail: bonnie@thekanelawfirm.com

Attorneys KAREN GOWINS Creditor, and
for Certain Victims of the Camp Fire

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re:* | Case No. 19-30088 (DM) |
| PG&E CORPORATION | Case No. 19-30089 (DM) |
| -and- | CHAPTER 11 |
| PACIFIC GAS AND ELECTRIC COMPANY | |
| Debtors. | **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas & Electric | |
| ☒ Affects Both Debtors | |
| *All papers shall be filed in the Lead Case, No.19-30088 (DM)* | |

**PLEASE TAKE NOTICE** that THE KANE LAW FIRM appears as counsel in the above-captioned cases on behalf of survivors of the Camp Fire ("Claimants"). Claimants request under Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy procedure and other applicable law that an entry be made on the court matrix and that all notices and papers filed and/or served in these cases be served upon:

/ / / / /

/ / / /

1

---
**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**
USBC NDCA Case No 19-30088

Steven S. Kane
Bonnie E. Kane
THE KANE LAW FIRM
402 W. Broadway, Suite 2500
San Diego, California 92101
Telephone: 619 236-8700
Facsimile: 619 236-1370
E-mail: skane@thekanelawfirm.com
E-mail: bonnie@thekanelawfirm.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request applies to and includes not only the notices and papers referenced in the Bankruptcy Rules and Bankruptcy Code, but also includes without limitation, all orders, notices and pleadings relating to any application, motion, petition, objection, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone, courier services, hand delivery, facsimile transmission, electronic mail, telex or otherwise that (1) affects, or seeks to affect, or may potentially affect in any way, any rights or interests of any creditor or party-in-interest in these Bankruptcy Cases; (ii) affects or seeks to affect (a) the above-captioned Debtors and/or their estates or (b) property or proceeds thereof in the possession, custody or control of others that any of the Debtors or their estates may seek to use.

**PLEASE TAKE FURTHER NOTICE** that Claimants do not, by filing this Notice and Request for Notice nor any subsequent appearance,, pleading claim or suit, waive or otherwise impair any of their rights: (1) to have final orders in non-core matters entered only after de novo review by a District Court Judge; (ii) to have all core matters heard and decided by a District Court Judge; (iii) to trial by jury in any proceedings to triable in these cases, or any controversy or proceeding related to these cases; (iv) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (v) any other rights, claims, actions,

/ / / / /

2

---
**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

Case: 19-30088    Doc# 6857    Filed: 04/20/20    Entered: 04/20/20 18:55:55    USBC NDCA Page 2 of 19-30088
3

defenses, setoffs or recoupment to which Claimants are or may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupment Claimants expressly reserve.

Dated:  April 20, 2020.            **THE KANE LAW FIRM**

By: /s/ *Steven S. Kane*
STEVEN S. KANE
*Attorneys for Creditor KAREN GOWINS and certain Victims of the Camp Fire*

3

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**