Steven S. Kane, Esq., SBN: 061670
Bonnie E. Kane, Esq., SBN: 167700
**THE KANE LAW FIRM**
402 W. Broadway, Suite 2500
San Diego, CA 92101
Telephone: (619) 236-8700
Facsimile: (619) 236-1370
E-mail: skane@thekanelawfirm.com
E-mail: bonnie@thekanelawfirm.com

Attorneys KAREN GOWINS, Creditor, and
for Certain Victims of the Camp Fire

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re:* | Case No: 19-30088 |
| | Case No: 19-30089 |
| PG&E CORPORATION | |
| | CHAPTER 11 |
| -and- | |
| | **PROOF OF SERVICE** |
| PACIFIC GAS AND ELECTRIC COMPANY | |
| Debtors. | |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas & Electric | |
| ■ Affects Both Debtors | |
| *All papers shall be filed in the Lead Case, No.19-30088 (DM)* | |

1

**PROOF OF SERVICE**

**PROOF OF SERVICE**

I, Bonnie E. Kane, declare

I am a citizen of the United States and employed in San Diego County, California and Butte County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 402 W. Broadway, Suite 2500, San Diego, California 92101. On April 20, 2020 I served a copy of the within documents:

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

by transmitting electronically through the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on April 20, 2020, at San Diego, California.

                                                     /s/ Bonnie E. Kane
                                                          Bonnie E. Kane