1  Bonnie E. Kane, Esq. (SBN: 167700)
   Steven S. Kane, Esq. (SBN: 61670)
2  **THE KANE LAW FIRM**
   402 W. Broadway, Suite 2500
3  San Diego, CA 92101
   Telephone:(619) 384-8711
4  Facsimile: (619) 236-1370
5
6
7
8              **UNITED STATES BANKRUPTCY COURT**
9     **NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION**

10 | **In re:**                          | ) | Case No.: 19-30088(DM) |
11 | **PG&E CORPORATION,**               | ) | Judge: Hon. Dennis Montali |
12 | **-and-**                           | ) | **CHAPTER 11 BANKRUPTCY** |
13 | **PACIFIC GAS AND ELECTRIC**        | ) | **AFFIDAVIT EVIDENCING SERVICE OF SOLICITATION PACKAGES AND BALLOTS TO FIRE VICTIMS** |
14 | **COMPANY,**        **Debtors**     | ) | |
15 |                                     | ) | |

16                      **Affidavit**

17        State of California, County of San Diego.

18        I, Steven S. Kane, Esq., say that I along with Bonnie E. Kane, Esq. represent fire victims

19  who have claims pending in the above captioned Chapter 11 Bankruptcy.

20        On or about February 28, 2020, a corrected Client List Excel spreadsheet containing the

21  names of each Fire Victim Client and the Schedule Number or Claim Number corresponding to

22  each such Fire Victim Client's Claim was provided to the Solicitation Agent (Prime Clerk) by e-

23  mail at PGEballots@PrimeClerk.com.

24        On or about February 28, 2020, an executed Fire Victim Plan Solicitation Directive was

25  provided to the Solicitation Agent (Prime Clerk) by e-mail at PGEballots@PrimeClerk.com.

26        On or about April 13, 2020 through April 16, 2020, Solicitation Packages and Ballots for

27  each of my clients arrived at my office via U.S. Mail.   On or about April 16, 2020, service of the

28  Solicitation Packages were made to each of my Fire Victim Clients via U.S. Mail.

---

AFFIDAVIT EVIDENCING SERVICE

By signing this affidavit, I acknowledge that all of the statements contained herein are true and accurate and that the Court may rely on the truth of each of these statements.

**THE KANE LAW FIRM**

Dated: April 20, 2020                    By:  /s/  *Steven S. Kane*

                                              Steven S. Kane, Esq.

AFFIDAVIT EVIDENCING SERVICE