| | |
|---|---|
| 1<br>2<br>3<br>4 | Nicholas J.P. Wagner, SBN 109455<br>(bwagner@wagnerjones.com)<br>1111 E Herndon Ave #317, Fresno,<br>CA 93720<br>T (559) 449-1800 | F (559) 449-0749<br>*Attorneys for Tort Claimants* |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>     **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Chapter 11 Case<br><br>No. 19-30088 (DM<br><br>(Lead Case<br><br>(Jointly Administered)<br><br><br>**DECLARATION OF NICHOLAS WAGNER IN SUPPORT OF COMPLETED MAIL SERVICE** |

## <u>DECLARATION OF NICHOLAS WAGNER</u>

I, Nicholas Wagner, declare the following:

  1.  I am an attorney at law and member of the State Bar of California. I am an attorney with the law firm of Wagner Law Group PC (formerly Wagner, Jones, Kopfman, & Artenian LLP), counsel of record for the Fire Victims in this case. The facts stated herein are true of my own personal knowledge except those matters stated on information and belief, and, as to those matters, I believe them to be true. If called as a witness, I could and

1

would competently testify to the same.

2. On April 14 & 15, 2020, the law firm Wagner Law Group PC (formerly Wagner, Jones, Kopfman, & Artenian LLP) received the Solicitation Packages from Prime Clerk for our clients.

3. Service of the Solicitation Packages was completed on April 16 & 17, 2020 via U.S. Mail service to our clients.

4. The Client List was also provided to the designated Prime Clerk Agent, Mary Carpenter, via electronic mail.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 21, 2020 in Fresno, California.

/s/ Nicholas Wagner
Nicholas Wagner

## CERTIFICATE OF SERVICE

I, Nicholas Wagner, declare as follows:

I am a citizen of the United States and over the age of eighteen (18) years and not a party to the within action). My business address is 1111 E. Herndon Ave Suite #317, Fresno, California, 93720.

On April 21, 2020, I served document(s) described as:

**DECLARATION OF NICHOLAS WAGNER IN SUPPORT OF COMPLETED MAIL SERVICE** on the interested parties in this action as follows:

[X] BY E-MAIL/NEF: Service was accomplished through the Notice of Electronic Filing ("NEF" for all parties and counsel who are registered ECF.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. This declaration was executed on April 21, 2020 at Fresno, California.

/s/ Nicholas Wagner
Nicholas Wagner