

Signed and Filed: April 21, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

In re:

PG&E CORPORATION,

    - and -

PACIFIC GAS AND ELECTRIC COMPANY,

    Debtors.

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☒ Affects both Debtors

*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

Bankruptcy Case
No. 19-30088-DM

Chapter 11

Jointly Administered

Date: May 12, 2020
Time: 10:00 a.m.
Place: Courtroom 17
        450 Golden Gate Ave.
        16th Floor
        San Francisco, CA

## ORDER SETTING HEARING AND TENTATIVE RULING ON MOTIONS FOR RELIEF FROM STAY

    Several similarly situated parties filed twenty-six separate motions for relief from stay (the "Motions").[1] The Motions all request that the court grant them relief from the automatic stay to pursue their appeals in the Ninth Circuit Court of Appeals.

---

[1] *See* Attachment 1 which names the moving parties, shows the docket numbers for their respective motions and shows the case numbers of their Ninth Circuit appeals.

-1-

1    The court has reviewed the Motions and will set the matters to be heard on May 12, 2020 at 10:00 a.m. PT.  The parties are permitted to appear telephonically on that date.  Pro se litigants will need to make arrangements to appear through CourtCall at 1-866-582-6878.  The fee for utilizing CourtCall is being waived for pro se litigants.  Reservations should be made no later than 4:00 p.m. PT on May 11, 2020.  Their requested hearing in the Bankruptcy Court of the Central District of California in Riverside is unnecessary as there is no reason for the matter to be heard in that court or district.

As for the merits of their Motions, the court is inclined to grant them unless Debtors file any oppositions by 4:00 p.m. PT on May 5, 2020.  The Motions indicate that the parties are merely pursuing the next step of their appeal after waiting several years.  The court sees no reason to deny Movants the ability to pursue their appeals or to interfere with the Ninth Circuit's disposition of those appeals.  If Debtors do not oppose the Motions, the court will grant the Motions and take them off calendar prior to the hearing date.  If Debtors do not oppose and the court grants the Motions, Movants should check the court's published calendar on its website for the Bankruptcy Court of the Northern District of California before May 12, 2020 to confirm that there will be no hearing.

The court also waives any fees associated with filing the Motions.

**\*\*\* END OF ORDER\*\*\***

**Attachment 1**

| Bankruptcy Docket No. | Name | Bankruptcy Claim No. | Case No. at Ninth Circuit Court of Appeals |
|---|---|---|---|
| 6803 | Andrea Williams | 7175 | 18-56390 |
| 6805 | Barbara A. Vinson | 7201 | 18-56382 |
| 6807 | Oscar Urbina | 7180 | 18-56386 |
| 6809 | Marina Riebeling | 7301 | 18-56384 |
| 6811 | John Ramirez | 7072 | 18-56395 |
| 6814 | Nick Panchev | 7704 | 18-56501 |
| 6815 | Jose Ornelas | 7226 | 18-56392 |
| 6817 | Saray Ordaz | 8283 | 18-56376 |
| 6819 | Ken Nitao | 7167 | 18-56385 |
| 6821 | Robert Miller | 7168 | 18-56381 |
| 6823 | Charles Matthiesen | 8273 | 18-56388 |
| 6825 | Juliana Martinez | 7228 | 18-56499 |
| 6828 | Yvonne Kirkpatrick | Pending | 18-56377 |
| 6830 | Aurang Zaib Khan | 7083 | 18-56498 |
| 6832 | Darlene Herring Jenkins | 7264 | 18-56393 |
| 6834 | Shirley Holcroft | 7171 | 18-56503 |
| 6836 | Keith Hawes | 7176 | 18-56502 |
| 6838 | Norman Halstead | 8274 | 18-56497 |
| 6840 | Martin Garza | 7183 | 18-56505 |
| 6842 | Cindy Sue Downing | 7591 | 18-56500 |
| 6844 | David Matthiesen | 7229 | 18-56389 |
| 6846 | Clell Courtney | 7585 | 18-56379 |
| 6848 | Joel A. Christison | 7657 | 18-56391 |
| 6850 | Augustin Carrera | 7244 | 18-56387 |
| 6852 | Sandra L. Brown | 7200 | 18-56504 |
| 6854 | Carolyn Bolin | 7199 | 18-56394 |

# COURT SERVICE LIST

Andrea Williams, et al.
36796 Hillview Road
Hinkley, CA 92347

Barbara A. Vinson, et al.
3220 Cindy Circle
Anderson, CA 96007

Oscar Urbina
3617 Slauson Ave.
Maywood, CA 90270

Marina Riebeling, et al.
4600 Jerry Ave.
Baldwin Park, CA 91706

John Ramirez, et al.
38006 Pueblo Road
Hinkley, CA 92347

Nick Panchev
25633 Anderson Avenue
Barstow, CA 92311

Jose Ornelas, et al.
18284 Pacific Street
Hesperia, CA 92345

Saray Ordaz, et al.
1042 E. Sandison St. Apt. 1
Wilmington, CA 90744

Ken Nitao
244 S. Citrus Avenue
Alhambra, CA 91801

Robert Miller, et al.
37241 Sycamore Street
Hinkley, CA 92347

Charles Matthiesen, et al.
36771 Hidden River Rd.
Hinkley, CA 92347

| | |
|---|---|
| 1 | Juliana Martinez, et al. |
| 2 | 3633 Hidden River Road<br>Hinkley, CA 92347 |
| 3 | Yvonne Kirkpatrick, et al. |
| 4 | 23394 Alcudia Rd.<br>Hinkley, CA 92347 |
| 5 | |
| 6 | Aurang Zaib Khan, et al.<br>1969 East Cooley Ave. |
| 7 | San Bernardino, CA 92408 |
| 8 | Darlene Herring Jenkins<br>P.O. Box 376 |
| 9 | Hinkley, CA 92347 |
| 10 | |
| 11 | Shirley Holcroft, et al.<br>P.O. Box HD |
| 12 | Barstow, CA 92311 |
| 13 | Keith Hawes<br>P.O. Box 376 |
| 14 | Hinkley, CA 92347 |
| 15 | |
| 16 | Norman Halstead, et al.<br>20455 Halstead Road |
| 17 | Hinkley, CA 92347 |
| 18 | Martin Garza, et al.<br>P.O. Box 344 |
| 19 | Hinkley, CA 92347 |
| 20 | Cindy Sue Downing |
| 21 | P.O. Box 376<br>Hinkley, CA 92347 |
| 22 | |
| 23 | David Matthiesen, et al.<br>36709 Hidden River Road |
| 24 | Hinkley, CA 92347 |
| 25 | Clell Courtney, et al. |
| 26 | 25595 Ash Road<br>Barstow, CA 92311 |
| 27 | |
| 28 | |

*(Left margin: UNITED STATES BANKRUPTCY COURT for the Northern District of California)*

Joel A. Christison
P.O. Box 9048
Alta Loma, CA 91701

Agustin Carrera, et al.
886 Gina Ct.
Upland, CA 91784

Sandra L. Brown, et al.
P.O. Box 192
Hinkley, CA 92347

Carolyn Bolin, et al.
36310 Lenwood Road
Hinkley, CA 92347