Paul F. Ready
State Bar No. 107469
**FARMER & READY**
A LAW CORPORATION
1254 Marsh Street
Post Office Box 1443
San Luis Obispo, CA 93406
Telephone: (805) 541-1626
Facsimile: (805) 541-0769
Email: pfready@farmerandready.com

Attorneys for Creditor Sarah Pazdan

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>———————————————<br><br>Affects Pacific Gas and Electric Company<br><br>*All papers shall be filed in the Lease Case, No. 19-3008 (DM) | Case Nos. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**STIPULATION FOR TAKING MOTION FOR RELIEF OFF CALENDAR**<br><br>Date: April 29, 2020<br>Time: 10:00 AM<br>Place: Hon. Dennis Montali<br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>450 Golden Gate Ave<br>San Francisco, CA 94102 |

    IT IS HEREBY STIPULATED, by and between Creditor Sarah Pazdan, by and through her counsel Paul F. Ready of Farmer & Ready; and Debtors PG&E Corporation and Pacific Gas and Electric Company, by and through its counsel Peter Benvenutti of Keller Benvenutti Kim, as follows:

# I.
# RECITALS

1. Debtors PG&E Corporation and Pacific Gas and Electric Company (hereinafter "Debtor") each filed a voluntary Chapter 11 bankruptcy petition in the Northern District of California on January 29, 2019, the two cases are being administered jointly under case no. 19-30088 (DM).

2. Creditor Sarah Pazdan (hereinafter "Creditor") filed a Motion for Relief from the Automatic Stay and Abstentation Pursuant to 28 U.S.C. 1334 (c)(1) on march 23, 2020.

# STIPULATION

3. The parties therefore stipulate and agree to the following:

   a. That the hearing on Creditor's Motion for Relief on the Court's docket for April 29, 2020 be taken off calendar subject to resetting it for hearing on 21-days' notice.

Date: April 20, 2020            FARMER & READY

                                By: _____
                                Paul F. Ready
                                Attorneys for Creditor
                                Sarah Pazdan

Date: April 21, 2020            Keller Benvenutti Kim

                                By: /s/ Peter J. Benvenutti
                                Peter J. Benvenutti
                                Attorneys for Debtor
                                PG&E Corporation and Pacific Gas
                                and Electric Company