1  Arsen Sarapinian, Esq. (SBN 295805)
   **The Law Offices of Arsen Sarapinian, P.C.**
2  9465 Wilshire Blvd., Suite 1300
   Beverly Hills, CA 90212
3  Tel: (213) 538-2903
   Fax: (310) 861-9040
4  Email: arsen@sarapinianlaw.com

5  Attorneys for Creditors,
   Gene Descalzi and Leonarda Rombaoa

6

7                 **UNITED STATES BANKRUPTCY COURT**
                  **NORTHERN DISTRICT OF CALIFORNIA**
8

9

10 In re                              )      Case No. 19-30088-DM
                                      )
11 PG&E CORPORATION,                  )      Chapter 11
                                      )      Lead Case, Jointly Administered
12          and                       )
                                      )
13 PACIFIC GAS AND ELECTRIC           )
   COMPANY,                           )
14                                    )      **CERTIFICATE OF SERVICE**
                                      )
15          Debtors.                  )
                                      )      Date:  May 12, 2020
16 _____    )      Time:  10:00 a.m.
                                             Place:  450 Golden Gate Avenue, Ctrm 17
17 ☐Affects PG&E Corporation                          San Francisco, CA 94102
   ☐ Affects Pacific Gas and Electric Company
18 ☒ Affects both Debtors                     Judge:  Hon. Dennis Montali

19 *All papers shall be filed in the Lead Case,   **Objection Deadline:** May 5, 2020
   No. 19-30088-DM.
20

21          I declare under penalty of perjury under the laws of the United States of America that

22 the following is true and correct:

23 / / /

24 / / /

25 / / /

26 / / /

27

28

I am employed in the City of Beverly Hills, County of Los Angeles State of California, in the office of a member of the bar of this court, at whose direction the service was made. I am a citizen of the United States, over the age of eighteen (18) years, and not a party to or interested in the within-entitled action. I am an employee of the Law Offices of Arsen Sarapinian, P.C. and my business address is 9465 Wilshire Blvd. Suite 1300, Beverly Hills, California 90212.

On April 21, 2020, I served the following document(s):

➢ MOTION PURSUANT TO FED. R. BANKR. P. 9006(b)(1) TO ENLARGE THE TIME FOR GENE DESCALZI AND LEONARDA ROMBAOA TO FILE PROOF OF CLAIMS

➢ DECLARATIONS OF ARSEN SARAPINIAN, ESQ., GENE DESCALZI, AND LEONARDA ROMBAOA IN SUPPORT OF MOTION PURSUANT TO FED. R. BANKR. P. 9006(b)(1) TO ENLARGE THE TIME FOR GENE DESCALZI AND LEONARDA ROMBAOA TO FILE PROOF OF CLAIMS

➢ NOTICE OF HEARING ON MOTION PURSUANT TO FED. R. BANKR. P. 9006(b)(1) TO ENLARGE THE TIME FOR GENE DESCALZI AND LEONARDA ROMBAOA TO FILE PROOF OF CLAIMS

by the following means:

☑ **BY ECF.** Based on court rules or an agreement of the parties to accept service by electronic transmission, on April 18, 2020, I caused the document(s) to be filed via the Court's Electronic Case Filing (ECF) which to the best of my knowledge will cause links to such document(s) to be transmitted electronically to the persons at their respective notification who are registered ECF participants.

*See **Attachment 1** for list.*

☑ **BY E-MAIL**. Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent on April 20, 2020, to the persons at the electronic notification addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

*See **Attachment 2** for list.*

☑ **BY FIRST-CLASS MAIL.** I enclosed a true and correct copy of said documents in a sealed envelope addressed to the persons listed below and placed it for collection and mailing with the United States Postal Service on April 20, 2020 following our ordinary business practice, to wit, on the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

PG&E Corporation
Attn: President or General Counsel
77 Beale Street
PO Box 77000
San Francisco, CA 94177
*Counsel for Debtors*

U.S. Nuclear Regulatory Commission
Attn: General Counsel
Washington, DC 20555-0001

| | |
|---|---|
| 1 | Federal Energy Regulatory Commission |
| | Attn: General Counsel |
| 2 | 888 First St NE |
| | Washington, DC 20426 |
| 3 | |
| | Jon A. Vos |
| 4 | 1430 Lincoln Avenue |
| | San Rafael, CA 94901 |
| 5 | *Interested Party* |
| 6 | Placer County Office of the Treasurer-Tax |
| | Collector |
| 7 | Attn: Robert Kanngiesser |
| | 2976 Richardson Drive |
| 8 | Auburn, CA 95603 |
| | *Interested Party* |
| 9 | |
| | U.S. Nuclear Regulatory Commission |
| 10 | Attn: General Counsel |
| | U.S. NRC Region IV |
| 11 | 1600 E. Lamar Blvd. |
| | Arlington, TX 76011 |

Internal Revenue Service
Centralized Insolvency Operation
2970 Market St
Philadelphia, PA 19104-5016

Office of the US Attorney for the
Northern District of California
Attn: Bankruptcy
Federal Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

Rodriguez & Associates
Attn: Joseph Whittington, Esq. and
Daniel Turek, Esq.
2020 Eye Street
Bakersfield, CA 93301
*Counsel to Creditors, Ruckman-Leal &
Michael Marroquin*

12    by email: Sander L. Esserman (Admitted Pro Hac Vice)

13          Cliff I. Taylor (Admitted Pro Hac Vice)

         STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, P.C.

14          2323 Bryan Street, Suite 2200

         Dallas, TX 75201-2689

15          Email: esserman@sbep-law.com

16    Attorneys for Association of California Water Agencies Joint Powers Insurance Authority

   Scott Summy

17    John Fiske (CSBN 249256)

18    BARON & BUDD, P.C.

   3102 Oak Lawn Avenue #1100

19    Dallas, TX 7 5219

   Email: ssummy@baronbudd.com

20    Attorneys for Association of California Water Agencies Joint Powers Insurance Authority

21    Christopher H. Hart (CSBN 184117)

   Kimberly S. Fineman (CSBN 184433)

22    NUTI HART LLP

   411 30TH Street, Suite 408

23    Oakland, CA 94609-3311

   Email: kfineman@nutihart.com

24    Attorneys for Association of California Water Agencies Joint Powers Insurance Authority

25

26    Executed on April 21, 2020 in Beverly Hills, California.

27                  */s/Peggy Glover*

28                  Peggy Glover

**ATTACHMENT 1**

# Mailing Information for Case 19-30088

### Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Elliot Adler**    eadler@theadlerfirm.com, bzummer@theadlerfirm.com
- **Annadel A. Almendras**    annadel.almendras@doj.ca.gov
- **Monique D. Almy**    malmy@crowell.com
- **Dana M. Andreoli**    dandreoli@steyerlaw.com, mterry@steyerlaw.com
- **Anne Andrews**    aa@andrewsthornton.com, aandrews@andrewsthornton.com
- **Richard L. Antognini**    rlalawyer@yahoo.com, hallonaegis@gmail.com
- **Tyson Arbuthnot**    tarbuthnot@rjo.com, jyeung@rjo.com
- **Lauren T. Attard**    lattard@bakerlaw.com, agrosso@bakerlaw.com
- **Herb Baer**    hbaer@primeclerk.com, ecf@primeclerk.com
- **Kathryn E. Barrett**    keb@svlg.com, amt@svlg.com
- **Chris Bator**    cbator@bakerlaw.com, jmcguigan@bakerlaw.com
- **Ronald S. Beacher**    rbeacher@pryorcashman.com
- **Hagop T. Bedoyan**    hbedoyan@kleinlaw.com, ecf@kleinlaw.com
- **Andrew David Behlmann**    abehlmann@lowenstein.com, elawler@lowenstein.com
- **Tanya Behnam**    tbehnam@polsinelli.com, tanyabehnam@gmail.com
- **James C. Behrens**    jbehrens@milbank.com, mkoch@milbank.com
- **Jacob Taylor Beiswenger**    jbeiswenger@omm.com, llattin@omm.com
- **James T. Bentley**    james.bentley@srz.com, Kelly.Knight@srz.com
- **Peter J. Benvenutti**    pbenvenutti@kellerbenvenutti.com
- **Robert Berens**    rberens@smtdlaw.com, sr@smtdlaw.com
- **Heinz Binder**    heinz@bindermalter.com
- **Neil Jon Bloomfield**    njbloomfield@njblaw.com, gklump@njblaw.com
- **Jason Blumberg**    jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov
- **Ameneh Maria Bordi**    ameneh.bordi@kirkland.com, leo.rosenberg@kirkland.com
- **Jason Borg**    jborg@jasonborglaw.com
- **Mark Bostick**    mbostick@wendel.com, bankruptcy@wendel.com
- **James L. Bothwell**    jbothwell@hugueninkahn.com, jguzman@hugueninkahn.com
- **Peter R. Boutin**    peter.boutin@kyl.com, lara.joel@kyl.com
- **Erin N. Brady**    enbrady@jonesday.com
- **Gregory A. Bray**    gbray@milbank.com
- **Michael D. Breslauer**    mbreslauer@ecf.courtdrive.com, wyones@swsslaw.com
- **W. Steven Bryant**    , molly.batiste-debose@lockelord.com
- **Chane Buck**    cbuck@jonesday.com
- **Elizabeth J. Cabraser**    ecabraser@lchb.com, awolf@lchb.com
- **Anthony P. Cali**    anthony.cali@stinson.com, lindsay.petrowski@stinson.com
- **Peter C. Califano**    pcalifano@cwclaw.com
- **Steven M. Campora**    scampora@dbbwc.com, nlechuga@dbbwc.com
- **Leah E. Capritta**    leah.capritta@hklaw.com, lori.labash@hklaw.com
- **Nicholas A. Carlin**    nac@phillaw.com, rac@phillaw.com
- **Katherine Rose Catanese**    kcatanese@foley.com
- **Jennifer Machlin Cecil**    JCecil@winston.com, ECF_SF@winston.com
- **Karen J. Chedister**    kchedister@h-jlaw.com
- **Christina Lin Chen**    christina.chen@morganlewis.com, christina.lin.chen@gmail.com
- **Richard A. Chesley**    richard.chesley@dlapiper.com, bill.countryman@dlapiper.com
- **Shawn M. Christianson**    schristianson@buchalter.com
- **Robert N.H. Christmas**    rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- **Alicia Clough**    aclough@loeb.com
- **Tiffany Strelow Cobb**    tscobb@vorys.com
- **John B. Coffman**    john@johncoffman.net

- **Kevin G. Collins**    kevin.collins@btlaw.com
- **Charles Cording**    ccording@willkie.com, mao@willkie.com
- **Manuel Corrales**    mannycorrales@yahoo.com, hcskanchy@hotmail.com
- **Anne Costin**    anne@costinlawfirm.com
- **Donald H. Cram**    dhc@severson.com
- **Ashley Vinson Crawford**    avcrawford@akingump.com, dkrasa-berstell@akingump.com
- **John Cumming**    jcumming@dir.ca.gov
- **J. Russell Cunningham**    rcunningham@dnlc.net, emehr@dnlc.net
- **Keith J. Cunningham**    , rkelley@pierceatwood.com
- **Keith J. Cunningham**    kcunningham@pierceatwood.com, rkelley@pierceatwood.com
- **James D. Curran**    jcurran@wolkincurran.com, dstorms@wolkincurran.com
- **Tambra Curtis**    tambra.curtis@sonoma-county.org, Kristin.whalley@sonoma-county.org
- **Nicolas De Lancie**    ndelancie@jmbm.com
- **Judith A. Descalso**    , jad_9193@ecf.courtdrive.com
- **Erin Elizabeth Dexter**    edexter@milbank.com
- **Shounak S. Dharap**    ssd@arnslaw.com, mec@arnslaw.com
- **Kathryn S. Diemer**    kdiemer@diemerwhitman.com, ecfnotice@diemerwhitman.com
- **John P. Dillman**    houston_bankruptcy@publicans.com
- **Jonathan R. Doolittle**    jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com
- **Jennifer V. Doran**    jdoran@hinckleyallen.com
- **Dustin M. Dow**    ddow@bakerlaw.com, jmcguigan@bakerlaw.com
- **Jamie P. Dreher**    jdreher@downeybrand.com
- **Geoffrey B. Dryvynsyde**    gbd@cpuc.ca.gov, geoffrey.dryvynsyde@cpuc.ca.gov
- **Cecily Ann Dumas**    cdumas@bakerlaw.com, BHDataServices@ecf.courtdrive.com
- **Dennis F. Dunne**    cprice@milbank.com, jbrewster@milbank.com
- **Dennis F. Dunne**    ddunne@milbank.com, jbrewster@milbank.com
- **Huonganh Annie Duong**    annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com
- **Kevin M. Eckhardt**    keckhardt@hunton.com, candonian@huntonak.com
- **Michael Eggenberger**    meggenberger@piercebainbridge.com, gchang@piercebainbridge.com
- **Joseph A. Eisenberg**    JAE1900@yahoo.com
- **Michele Ellison**    mellison@gibbsgiden.com, lrochelle@gibbsgiden.com
- **David Emerzian**    , Melany.Hertel@mccormickbarstow.com
- **G. Larry Engel**    larry@engeladvice.com
- **Krista M. Enns**    kenns@beneschlaw.com
- **Joseph M. Esmont**    jesmont@bakerlaw.com
- **Michael P. Esser**    michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com.
- **Richard W. Esterkin**    richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com
- **Michael S. Etkin**    metkin@lowenstein.com
- **Jacob M. Faircloth**    jacob.faircloth@smolsonlaw.com
- **Brett D. Fallon**    bfallon@morrisjames.com, wweller@morrisjames.com
- **Michael C. Fallon**    mcfallon@fallonlaw.net, manders@fallonlaw.net
- **Joseph Kyle Feist**    jfeistesq@gmail.com, info@norcallawgroup.net
- **David M. Feldman**    DFeldman@gibsondunn.com
- **Matthew A. Feldman**    mfeldman@willkie.com
- **Mark E. Felger**    mfelger@cozen.com
- **James J. Ficenec**    James.Ficenec@ndlf.com, caroline.pfahl@ndlf.com
- **John D. Fiero**    jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- **Kimberly S. Fineman**    kfineman@nutihart.com, nwhite@nutihart.com
- **Stephen D. Finestone**    sfinestone@fhlawllp.com
- **Timothy M. Flaherty**    tflaherty@mpplaw.com
- **Daniel I. Forman**    dforman@willkie.com
- **Jonathan Forstot**    jonathan.forstot@troutman.com, john.murphy@troutman.com
- **Jonathan Forstot**    , john.murphy@troutman.com
- **Matthew Hampton Foushee**    hampton.foushee@hoganlovells.com, hfoushee@gmail.com
- **Carolyn Frederick**    cfrederick@prklaw.com
- **Peter Friedman**    pfriedman@omm.com

- **Roger F. Friedman**  rfriedman@rutan.com, csolorzano@rutan.com
- **Xiyi Fu**  jackie.fu@lockelord.com, taylor.warren@lockelord.com
- **Lars H. Fuller**  lfuller@bakerlaw.com
- **Larry W. Gabriel**  lgabriel@bg.law, nfields@bg.law
- **Gregg M. Galardi**  gregg.galardi@ropesgray.com
- **Richard L. Gallagher**  richard.gallagher@ropesgray.com
- **Craig Solomon Ganz**  ganzc@ballardspahr.com, hartt@ballardspahr.com
- **Jeffrey K. Garfinkle**  jgarfinkle@buchalter.com
- **Oscar Garza**  ogarza@gibsondunn.com
- **Paul R. Gaus**  paul.gaus@mccormickbarstow.com
- **Duane M. Geck**  dmg@severson.com
- **Evelina Gentry**  evelina.gentry@akerman.com, rob.diwa@akerman.com
- **Janet D. Gertz**  jgertz@btlaw.com, amattingly@btlaw.com
- **Christopher Gessner**  cgessner@akingump.com, NYMCO@akingump.com
- **Barry S. Glaser**  bglaser@swesq.com
- **Paul R. Glassman**  glassmanp@gtlaw.com
- **Gabriel I. Glazer**  gglazer@pszjlaw.com
- **Gabrielle Glemann**  gabrielle.glemann@stoel.com, rene.alvin@stoel.com
- **Jaime Godin**  Jtouchstone@fddcm.com
- **Matthew A. Gold**  courts@argopartners.net
- **Eric D. Goldberg**  eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Amy L. Goldman**  goldman@lbbslaw.com
- **Eric S. Goldstein**  egoldstein@goodwin.com
- **Rhonda Stewart Goldstein**  Rhonda.Goldstein@ucop.edu, Lissa.Ly@ucop.edu
- **Richard H. Golubow**  rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com
- **Michael J. Gomez**  mgomez@frandzel.com, dmoore@frandzel.com
- **Michael W. Goodin**  mgoodin@clausen.com, mgenova@clausen.com
- **Eric R. Goodman**  egoodman@bakerlaw.com
- **Mark A. Gorton**  mgorton@boutinjones.com, cdomingo@boutininc.com
- **Mark A. Gorton**  mgorton@boutininc.com, cdomingo@boutininc.com
- **Michael I. Gottfried**  mgottfried@lgbfirm.com, srichmond@lgbfirm.com
- **Louis Gottlieb**  Lgottlieb@labaton.com, mpenrhyn@labaton.com
- **Eric A. Grasberger**  eric.grasberger@stoel.com, docketclerk@stoel.com
- **Debra I. Grassgreen**  dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- **Eric A. Gravink**  eric@rhrc.net
- **Elizabeth A. Green**  egreen@bakerlaw.com, orlbankruptcy@bakerlaw.com
- **Stuart G. Gross**  sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com
- **David Matthew Guess**  guessd@gtlaw.com
- **Elizabeth M. Guffy**  eguffy@lockelord.com, autodocket@lockelord.com
- **Cameron Gulden**  cameron.m.gulden@usdoj.gov
- **Mirco J. Haag**  mhaag@buchalter.com, dcyrankowski@buchalter.com
- **Laurie Hager**  lhager@sussmanshank.com
- **J. Noah Hagey**  hagey@braunhagey.com, tong@braunhagey.com
- **Oren Buchanan Haker**  oren.haker@stoel.com, rene.alvin@stoel.com
- **Kristopher M. Hansen**  dmohamed@stroock.com, mmagzamen@stroock.com
- **Adam C. Harris**  adam.harris@srz.com, james.bentley@srz.com
- **Robert G. Harris**  rob@bindermalter.com
- **Christopher H. Hart**  chart@nutihart.com, nwhite@nutihart.com
- **Bryan L. Hawkins**  bryan.hawkins@stoel.com, Sharon.witkin@stoel.com
- **Jan M Hayden**  jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com
- **Jennifer C. Hayes**  jhayes@fhlawllp.com
- **Alaina R. Heine**  alaina.heine@dechert.com, brett.stone@dechert.com
- **Cristina A. Henriquez**  chenriquez@mayerbrown.com
- **Stephen E. Hessler, P.C.**  , jozette.chong@kirkland.com
- **Sean T. Higgins**  aandrews@andrewsthornton.com, shiggins@andrewsthornton.com
- **Morgan R. Hirst**  mhirst@jonesday.com, mmelvin@jonesday.com

- **Michael R. Hogue**    hoguem@gtlaw.com, navarrom@gtlaw.com
- **David Holtzman**    david.holtzman@hklaw.com
- **Alexandra S. Horwitz**    allie.horwitz@dinsmore.com
- **Marsha Houston**    mhouston@reedsmith.com, hvalencia@reedsmith.com
- **Shane Huang**    shane.huang@usdoj.gov
- **Brian D. Huben**    hubenb@ballardspahr.com
- **Jonathan Hughes**    jane.rustice@aporter.com
- **Edward R. Huguenin**    ehuguenin@hugueninkahn.com, jguzman@hugueninkahn.com
- **Michael A. Isaacs**    Michael.Isaacs@dentons.com, Alissa.Worthing@dentons.com
- **Mark V. Isola**    mvi@sbj-law.com
- **J. Eric Ivester**    Eric.Ivester@skadden.com, Andrea.Bates@skadden.com
- **J. Eric Ivester**    , Andrea.Bates@skadden.com
- **Ivan C. Jen**    ivan@icjenlaw.com
- **Monique Jewett-Brewster**    mjb@hopkinscarley.com, eamaro@hopkinscarley.com
- **James O. Johnston**    jjohnston@jonesday.com
- **Chris Johnstone**    chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com
- **Andrew Jones**    andrew@ajoneslaw.com
- **Gregory K. Jones**    GJones@dykema.com, cacossano@dykema.com
- **Robert A. Julian**    rjulian@bakerlaw.com
- **George H. Kalikman**    gkalikman@schnader.com, sdavenport@schnader.com
- **Roberto J. Kampfner**    rkampfner@whitecase.com, mco@whitecase.com
- **Gary M. Kaplan**    gkaplan@fbm.com, calendar@fbm.com
- **Robert B. Kaplan**    rbk@jmbm.com
- **Eve H. Karasik**    ehk@lnbyb.com
- **Elyssa S. Kates**    ekates@bakerlaw.com
- **Ori Katz**    okatz@sheppardmullin.com, LSegura@sheppardmullin.com
- **William M. Kaufman**    wkaufman@smwb.com
- **Jane G. Kearl**    jkearl@watttieder.com, jbenton@watttieder.com
- **Tobias S. Keller**    tkeller@kellerbenvenutti.com, pbenvenutti@kellerbenvenutti.com
- **Lynette C. Kelly**    ustpregion17.oa.ecf@usdoj.gov
- **Matthew K. Kelsey**    mkelsey@gibsondunn.com
- **Gerald P. Kennedy**    gerald.kennedy@procopio.com, angela.stevens@procopio.com
- **Erica L. Kerman**    ekerman@willkie.com
- **Samuel A. Khalil**    skhalil@milbank.com, jbrewster@milbank.com
- **Samuel M. Kidder**    skidder@ktbslaw.com
- **Marc Kieselstein**    , carrie.oppenheim@kirkland.com
- **Jane Kim**    jkim@kellerbenvenutti.com
- **Kody D. L. Kleber**    kkleber@bakerlaw.com, dmartinez@bakerlaw.com
- **Matthew Ryan Klinger**    mklinger@sheppardmullin.com, DGatmen@sheppardmullin.com
- **Bradley C. Knapp**    bknapp@lockelord.com, Yamille.Harrison@lockelord.com
- **Kelly V. Knight**    kelly.knight@srz.com
- **Lydia Vanessa Ko**    Lvko@stonelawoffice.com
- **Thomas F. Koegel**    tkoegel@crowell.com
- **Katherine Kohn**    kkohn@groom.com, ashahinllari@groom.com
- **Andy S. Kong**    kong.andy@arentfox.com, Yvonne.Li@arentfox.com
- **Anna Kordas**    akordas@jonesday.com, mmelvin@jonesday.com
- **Alan W. Kornberg**    , akornberg@paulweiss.com
- **Bernard Kornberg**    bjk@severson.com
- **David I. Kornbluh**    dik@millermorton.com, mhr@millermorton.com
- **Lauren Kramer**    lkramer@rjo.com
- **Jeffrey C. Krause**    jkrause@gibsondunn.com
- **Thomas R. Kreller**    tkreller@milbank.com
- **Lindsey E. Kress**    lkress@lockelord.com, autodocket@lockelord.com
- **Hannah C. Kreuser**    hkreuser@porterlaw.com, ooberg@porterlaw.com
- **Michael Thomas Krueger**    michael.krueger@ndlf.com, Havilyn.lee@ndlf.com
- **Robert T. Kugler**    robert.kugler@stinson.com

- **Boris Kukso**    boris.kukso@usdoj.gov, western.taxcivil@usdoj.gov
- **Alisa C. Lacey**    alisa.lacey@stinson.com, karen.graves@stinson.com
- **Timothy S. Laffredi**    timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov
- **Richard A. Lapping**    rich@trodellalapping.com
- **Omeed Latifi**    olatifi@theadlerfirm.com, kdeubler@theadlerfirm.com
- **John E. Lattin**    jlattin@ostergar.com, cslovenec@ostergar.com
- **Michael Lauter**    mlauter@sheppardmullin.com
- **Kenneth T. Law**    klaw@bbslaw.com
- **Francis J. Lawall**    lawallf@pepperlaw.com, henrys@pepperlaw.com
- **Andrew Michael Leblanc**    ALeblanc@milbank.com
- **Erica Lee**    Erica.Lee@doj.ca.gov
- **Scott Lee**    scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com
- **Edward J. Leen**    eleen@mkbllp.com
- **Lisa Lenherr**    llenherr@wendel.com, bankruptcy@wendel.com
- **Matthew A. Lesnick**    matt@lesnickprince.com, jmack@lesnickprince.com
- **Bryn G. Letsch**    bletsch@braytonlaw.com
- **David B. Levant**    david.levant@stoel.com, rene.alvin@stoel.com
- **Andrew H. Levin**    alevin@wcglaw.com
- **David Levine**    dnl@groom.com
- **Marc A. Levinson**    Malevinson@orrick.com, casestream@ecf.courtdrive.com
- **Dara Levinson Silveira**    dsilveira@kellerbenvenutti.com
- **Alexander James Demitro Lewicki**    kdiemer@diemerwei.com, alewicki@diemerwei.com
- **William S. Lisa**    , jcaruso@nixonpeabody.com
- **William S. Lisa**    wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com
- **Jonathan A. Loeb**    jon.loeb@bingham.com
- **John William Lucas**    jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- **Jane Luciano**    jane-luciano@comcast.net
- **Kerri Lyman**    klyman@irell.com
- **Carissa A. Lynch**    Carissa.Lynch@ftb.ca.gov, Martha.Gehrig@ftb.ca.gov
- **John H. MacConaghy**    macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com
- **Iain A. Macdonald**    iain@macfern.com, ecf@macfern.com
- **Tracy L. Mainguy**    tmainguy@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- **Samuel R. Maizel**    samuel.maizel@dentons.com, alicia.aguilar@dentons.com
- **Adam Malatesta**    adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com
- **Katharine Malone**    malonek@gtlaw.com
- **Liam K. Malone**    malone@oles.com, shahin@oles.com
- **Michael W. Malter**    michael@bindermalter.com
- **Craig Margulies**    cmargulies@margulies-law.com, lsalazar@margulies-law.com
- **Geoffrey E. Marr**    gemarr59@hotmail.com
- **Richard A. Marshack**    rmarshack@marshackhays.com, lbuchanan@marshackhays.com
- **Catherine Martin**    cmartin@simon.com, rtucker@simon.com;bankruptcy@simon.com
- **Laila Masud**    lmasud@marshackhays.com, 8649808420@filings.docketbird.com
- **David P. Matthews**    jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com
- **Patrick C. Maxcy**    patrick.maxcy@snrdenton.com
- **Benjamin P. McCallen**    bmccallen@willkie.com
- **Thomas E. McCurnin**    tmccurnin@bkolaw.com, kescano@bkolaw.com
- **Hugh M. McDonald**    hugh.mcdonald@troutman.com, john.murphy@troutman.com
- **Hugh M. McDonald**    , john.murphy@troutman.com
- **C. Luckey McDowell**    Luckey.McDowell@Shearman.com
- **Matthew D. McGill**    MMcGill@gibsondunn.com
- **Scott H. McNutt**    SMcNutt@ml-sf.com, csnell@ml-sf.com
- **Thomas Melone**    Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com
- **Peter Meringolo**    peter@pmrklaw.com
- **Frank A. Merola**    lacalendar@stroock.com, mmagzamen@stroock.com
- **Jennifer L. Mersing**    jennifer.mersing@stoel.com, lisa.petras@stoel.com
- **Joshua M. Mester**    jmester@jonesday.com

- **Matthew D. Metzger**    belvederelegalecf@gmail.com
- **Randy Michelson**    randy.michelson@michelsonlawgroup.com
- **Joseph G. Minias**    jminias@willkie.com
- **M. David Minnick**    dminnick@pillsburylaw.com, docket@pillsburylaw.com
- **Nancy Mitchell**    nmitchell@omm.com
- **Thomas C. Mitchell**    tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com
- **John A. Moe**    john.moe@dentons.com, glenda.spratt@dentons.com
- **Aaron J. Mohamed**    ajm@brereton.law, aaronmohamedlaw@gmail.com
- **Kevin Montee**    kmontee@monteeassociates.com
- **David W. Moon**    lacalendar@stroock.com, mmagzamen@stroock.com
- **Diane Marger Moore**    dmargermoore@baumhedlundlaw.com
- **Erika L. Morabito**    emorabito@foley.com, hsiagiandraughn@foley.com
- **Candace J. Morey**    cjm@cpuc.ca.gov
- **Courtney L. Morgan**    morgan.courtney@pbgc.gov
- **Joshua D. Morse**    Joshua.Morse@dlapiper.com, joshua-morse-0092@ecf.pacerpro.com
- **Andrew H. Morton**    andrew.morton@stoel.com, lisa.petras@stoel.com
- **Thomas G. Mouzes**    tmouzes@boutinjones.com, cdomingo@boutininc.com
- **Peter S. Munoz**    pmunoz@reedsmith.com, gsandoval@reedsmith.com
- **Bennett J. Murphy**    bmurphy@bennettmurphylaw.com
- **Michael S. Myers**    myersms@ballardspahr.com, hartt@ballardspahr.com
- **Alan I. Nahmias**    anahmias@mbnlawyers.com, jdale@mbnlawyers.com
- **David L. Neale**    dln@lnbrb.com
- **David L. Neale**    dln@lnbyb.com
- **David Neier**    dneier@winston.com
- **Brittany J. Nelson**    bnelson@foley.com, hsiagiandraughn@foley.com
- **Michael S. Neumeister**    MNeumeister@gibsondunn.com
- **Howard S. Nevins**    hnevins@hsmlaw.com
- **Melissa T. Ngo**    ngo.melissa@pbgc.gov, efile@pbgc.gov
- **Mario R. Nicholas**    mario.nicholas@stoel.com, cherie.clark@stoel.com
- **Sean Nolan**    snolan@akingump.com, NYMCO@akingump.com
- **Gregory C. Nuti**    gnuti@nutihart.com, nwhite@nutihart.com
- **Abigail O'Brient**    aobrient@mintz.com, docketing@mintz.com
- **Julie E. Oelsner**    joelsner@weintraub.com, bjennings@weintraub.com
- **Office of the U.S. Trustee / SF**    USTPRegion17.SF.ECF@usdoj.gov
- **Matthew Jon Olson**    matt@macfern.com, ecf@macfern.com
- **Steven M. Olson**    smo@smolsonlaw.com
- **Aram Ordubegian**    Ordubegian.Aram@ArentFox.com
- **Gabriel Ozel**    , gabeozel@gmail.com
- **Margarita Padilla**    Margarita.Padilla@doj.ca.gov
- **Amy S. Park**    amy.park@skadden.com, alissa.turnipseed@skadden.com
- **Donna Taylor Parkinson**    donna@parkinsonphinney.com
- **Peter S. Partee**    , candonian@huntonak.com
- **Paul J. Pascuzzi**    ppascuzzi@ffwplaw.com, kwidder@ffwplaw.com
- **Kenneth Pasquale**    , mlaskowski@stroock.com
- **Charles Scott Penner**    penner@carneylaw.com, caragol@carneylaw.com
- **Valerie Bantner Peo**    vbantnerpeo@buchalter.com
- **Yosef Peretz**    yperetz@peretzlaw.com, skim@peretzlaw.com
- **Danielle A. Pham**    danielle.pham@usdoj.gov
- **Thomas R. Phinney**    tom@parkinsonphinney.com
- **R. Alexander Pilmer**    alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
- **M. Ryan Pinkston**    rpinkston@seyfarth.com, jmcdermott@seyfarth.com
- **Estela O. Pino**    epino@epinolaw.com, rmahal@epinolaw.com
- **Gregory Plaskett**    GREGORY.PLASKETT@GMAIL.COM, HKHAPPYGRL1@GMAIL.COM
- **Mark D. Plevin**    mplevin@crowell.com
- **Steven G. Polard**    spolard@eisnerlaw.com
- **Mark D. Poniatowski**    ponlaw@ponlaw.com

- **William L. Porter**    bporter@porterlaw.com, Ooberg@porterlaw.com
- **Christopher E. Prince**    cprince@lesnickprince.com
- **Douglas B. Provencher**    dbp@provlaw.com
- **Stacey C. Quan**    squan@steyerlaw.com, pspencer@steyerlaw.com
- **Amy C. Quartarolo**    amy.quartarolo@lw.com
- **Lary Alan Rappaport**    lrappaport@proskauer.com, PHays@proskauer.com
- **Justin E. Rawlins**    jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com
- **Hugh M. Ray**    hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com
- **Paul F. Ready**    smeyer@farmerandready.com
- **Caroline A. Reckler**    caroline.reckler@lw.com
- **David M. Reeder**    david@reederlaw.com, david.m.reeder@gmail.com;Jessica@reederlaw.com
- **Steven J. Reisman**    sreisman@katten.com, nyc.bknotices@kattenlaw.com
- **Jeffrey M. Reisner**    jreisner@irell.com
- **Jack A. Reitman**    , srichmond@lgbfirm.com
- **Emily P. Rich**    erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- **David J. Richardson**    drichardson@bakerlaw.com, agonzalez@bakerlaw.com
- **Christopher O. Rivas**    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- **David B. Rivkin**    drivkin@bakerlaw.com, jmeeks@bakerlaw.com
- **John R. Rizzardi**    kcoselman@cairncross.com, tnguyen@cairncross.com
- **Daniel Robertson**    robertson.daniel@pbgc.gov, efile@pbgc.gov
- **Lacey E. Rochester**    lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com
- **Michael Rogers**    mrogers@lambertrogers.com, jan@lambertrogers.com
- **Julie H. Rome-Banks**    julie@bindermalter.com
- **Jorian L. Rose**    jrose@bakerlaw.com
- **Paul M. Rosenblatt**    prosenblatt@kilpatricktownsend.com, mwilliams@kilpatricktownsend.com
- **Allan Robert Rosin**    arrosin@alr-law.com
- **Jay M. Ross**    jross@hopkinscarley.com, eamaro@hopkinscarley.com
- **Gregory A. Rougeau**    grougeau@brlawsf.com
- **Stacy H. Rubin**    rubins@ballardspahr.com, BKTDocket_West@ballardspahr.com
- **Jason C. Rubinstein**    jrubinstein@fklaw.com, mclerk@fklaw.com
- **Nathan Q. Rugg**    nathan.rugg@bfkn.com, jean.montgomery@bfkn.com
- **Thomas B. Rupp**    trupp@kellerbenvenutti.com
- **Eric E. Sagerman**    esagerman@bakerlaw.com
- **Robert Sahyan**    rsahyan@sheppardmullin.com, JNakaso@sheppardmullin.com
- **Jonathan C. Sanders**    jsanders@stblaw.com
- **Nanette D. Sanders**    nanette@ringstadlaw.com, becky@ringstadlaw.com
- **Lovee Sarenas**    Lovee.sarenas@lewisbrisbois.com
- **Sunny S. Sarkis**    sunny.sarkis@stoel.com, dawn.forgeur@stoel.com
- **Patricia Savage**    psavesq@gmail.com, jodi.savage@gmail.com
- **Sblend A. Sblendorio**    sas@hogefenton.com
- **Francis O. Scarpulla**    fos@scarpullalaw.com, cpc@scarpullalaw.com
- **Daren M Schlecter**    daren@schlecterlaw.com, info@schlecterlaw.com
- **Bradley R. Schneider**    bradley.schneider@mto.com
- **Harvey S. Schochet**    Harveyschochet@dwt.com
- **Lisa Schweitzer**    lschweitzer@cgsh.com
- **Eric J. Seiler**    eseiler@fklaw.com, mclerk@fklaw.com
- **David B. Shemano**    dshemano@pwkllp.com
- **James A. Shepherd**    jim@jsheplaw.com, shepIGN@gmail.com
- **Leonard M. Shulman**    lshulman@shbllp.com
- **Andrew I. Silfen**    andrew.silfen@arentfox.com
- **Wayne A. Silver**    w_silver@sbcglobal.net, ws@waynesilverlaw.com
- **Craig S. Simon**    csimon@bergerkahn.com, aketcher@bergerkahn.com
- **Gerald Singleton**    gerald@slffirm.com, BKECFCANB@SLFfirm.com
- **Jeremy C. Sink**    jsink@kmclaw.com
- **Michael K. Slattery**    mslattery@lkfirm.com, rramirez@lkfirm.com
- **Dania Slim**    dania_slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com

- **Jennifer N. Slocum**    jennifer.slocum@stoel.com, docketclerk@stoel.com
- **Aaron C. Smith**    asmith@lockelord.com, autodocket@lockelord.com
- **Alan D. Smith**    adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com
- **Jan D. Sokol**    jdsokol@lawssl.com, dwright@lawssl.com
- **Randye B. Soref**    rsoref@polsinelli.com
- **Joseph Sorkin**    jsorkin@akingump.com, NYMCO@akingump.com
- **Bennett L. Spiegel**    blspiegel@jonesday.com
- **Michael St. James**    ecf@stjames-law.com
- **Howard J. Steinberg**    steinbergh@gtlaw.com, pearsallt@gtlaw.com
- **Harriet A. Steiner**    harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com
- **Lillian G. Stenfeldt**    lillian.stenfeldt@rimonlaw.com, jon.arneson@sedgwicklaw.com
- **Lillian G. Stenfeldt**    lillian.stenfeldt@sdma.com, jon.arneson@sedgwicklaw.com
- **Cheryl L. Stengel**    clstengel@outlook.com, stengelcheryl40@gmail.com
- **David M. Stern**    dstern@ktbslaw.com
- **Geoffrey S. Stewart**    gstewart@jonesday.com, mmelvin@jonesday.com
- **Alan J. Stone**    AStone@milbank.com, DMcCracken@Milbank.com
- **Rebecca Suarez**    rsuarez@crowell.com
- **Brad T. Summers**    summerst@lanepowell.com, docketing-pdx@lanepowell.com
- **Kristine Theodesia Takvoryan**    ktakvoryan@ckrlaw.com
- **Derrick Talerico**    dtalerico@ztlegal.com, sfritz@ztlegal.com
- **Kesha Tanabe**    kesha@tanabelaw.com
- **Elizabeth Lee Thompson**    ethompson@stites.com, docketclerk@stites.com
- **John C. Thornton**    jct@andrewsthornton.com, aandrews@andrewsthornton.com
- **Elisa Tolentino**    cao.main@sanjoseca.gov
- **Meagan S. Tom**    Meagan.tom@lockelord.com, autodocket@lockelord.com
- **Edward J. Tredinnick**    etredinnick@greeneradovsky.com
- **Matthew Jordan Troy**    matthew.troy@usdoj.gov
- **Andrew Van Ornum**    avanornum@vlmglaw.com, hchea@vlmglaw.com
- **Shmuel Vasser**    shmuel.vasser@dechert.com, brett.stone@dechert.com
- **Victor A. Vilaplana**    vavilaplana@foley.com, rhurst@foley.com
- **Marta Villacorta**    marta.villacorta@usdoj.gov
- **John A. Vos**    InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
- **Bao M. Vu**    bao.vu@stoel.com, sharon.witkin@stoel.com
- **Jonathan D. Waisnor**    jwaisnor@willkie.com, mao@willkie.com
- **Riley C. Walter**    ecf@W2LG.com
- **Phillip K. Wang**    phillip.wang@rimonlaw.com
- **Philip S. Warden**    philip.warden@pillsburylaw.com, kathy.stout@pillsburylaw.com
- **Lindsi M. Weber**    lweber@polsinelli.com, yderac@polsinelli.com
- **Rebecca Weissman**    rebecca.weissman@dechert.com
- **Joseph M. Welch**    jwelch@buchalter.com, dcyrankowski@buchalter.com
- **David Walter Wessel**    DWessel@efronlawfirm.com, hporter@chdlawyers.com
- **Joseph West**    westjoseph@earthlink.net, josephw998@gmail.com
- **Drew M. Widders**    dwidders@wilcoxenlaw.com, nina@wilcoxenlaw.com
- **Eric R. Wilson**    kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com
- **Kimberly S. Winick**    kwinick@clarktrev.com, knielsen@clarktrev.com
- **Rebecca J. Winthrop**    rebecca.winthrop@nortonrosefulbright.com,
  evette.rodriguez@nortonrosefulbright.com
- **David Wirt**    david.wirt@hklaw.com, denise.harmon@hklaw.com
- **Ryan A. Witthans**    rwitthans@fhlawllp.com
- **Risa Lynn Wolf-Smith**    rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com
- **Douglas Wolfe**    dwolfe@asmcapital.com
- **Catherine E. Woltering**    cwoltering@bakerlaw.com
- **Andrea Wong**    wong.andrea@pbgc.gov, efile@pbgc.gov
- **Christopher Kwan Shek Wong**    christopher.wong@arentfox.com
- **Kirsten A. Worley**    kw@wlawcorp.com, admin@wlawcorp.com
- **Antonio Yanez**    ayanez@willkie.com

- **Cathy Yanni**    cathy@cathyyanni.com, pstrunk@browngreer.com
- **Andrew Yaphe**    andrew.yaphe@davispolk.com, pge.dpw.routing@davispolk.com
- **Tacie H. Yoon**    tyoon@crowell.com
- **Bennett G. Young**    byoung@jmbm.com, jb8@jmbm.com
- **Christopher L. Young**    cyoung@cairncross.com, nspringstroh@cairncross.com
- **Paul H. Zumbro**    mao@cravath.com
- **Brittany Zummer**    bzummer@theadlerfirm.com, nfournier@theadlerfirm.com
- **Dario de Ghetaldi**    deg@coreylaw.com, lf@coreylaw.com

1
2 **ATTACHMENT 2**
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| EMAIL |
|---|
| ablevin@mintz.com |
| ablodgett@cpmlegal.com |
| acaton@kramerlevin.com |
| acordova@cpmlegal.com |
| aglaubach@teamtogut.com |
| ajang@janglit.com |
| alex.sher@hoganlovells.com |
| alr@coreylaw.com |
| altogut@teamtogut.com |
| Amoskowitz@gibsondunn.com |
| Amy.Goldman@lewisbrisbois.com |
| andrew.parlen@lw.com |
| andrew.rosenblatt@nortonrosefulbright.com |
| Annadel.Almendras@doj.ca.gov |
| aoden@teamtogut.com |
| aortiz@jhwclaw.com |
| aparna.yenamandra@kirkland.com |
| arocles.aguilar@cpuc.ca.gov |
| astrabone@irell.com |
| avobrient@mintz.com |
| bankruptcy@coag.gov |
| Bankruptcy2@ironmountain.com |
| bankruptcycourtnotices@unioncounsel.net |
| bankruptcynotices@up.com |
| bbates@phrd.com |
| bennett.spiegel@hoganlovells.com |
| bennettmurphy@quinnemanuel.com |
| Beth.Brownstein@arentfox.com |
| bfeder@kelleydrye.com |
| bhermann@paulweiss.com |
| bkleinman@kilpatricktownsend.com |
| bmullan@crowell.com |
| brian.lohan@arnoldporter.com |
| brosen@proskauer.com |
| bryan.bates@dentons.com |
| btrust@mayerbrown.com |
| busch@wvbrlaw.com |
| candace.morey@cpuc.ca.gov |
| Catheryn.Daly@sfcityatty.org |

| |
|---|
| cbelmonte@ssbb.com |
| cgray@unioncounsel.net |
| charney@seyfarth.com |
| christopher.harris@lw.com |
| christy.rivera@nortonrosefulbright.com |
| cmartin@simon.com |
| Craig@MarguliesFaithLaw.com |
| cshore@whitecase.com |
| cvarnen@irell.com |
| cvillegas@labaton.com |
| Danette.Valdez@doj.ca.gov |
| daniel.egan@ropesgray.com |
| daniel.laguardia@shearman.com |
| david.riley@dlapiper.com |
| david.rosenzweig@nortonrosefulbright.com |
| david.schiff@davispolk.com |
| david.seligman@kirkland.com |
| dbotter@akingump.com |
| dfelder@orrick.com |
| dgooding@choate.com |
| dmintz@orrick.com |
| dsh@classlawgroup.com |
| dshamah@omm.com |
| dsimonds@akingump.com |
| dvd@svlg.com |
| dwood@marshackhays.com |
| egilad@stroock.com |
| ehg@classlawgroup.com |
| eli.vonnegut@davispolk.com |
| eric.may@yolocounty.org |
| Erika.Schoenberger@davey.com |
| erin.brady@hoganlovells.com |
| erlamblaw@gmail.com |
| evan@jtrlaw1.com |
| fpitre@cpmlegal.com |
| fsmith@cozen.com |
| geoffrey.dryvynsyde@cpuc.ca.gov |
| gerald.kennedy@procopio.com |
| ghofmann@cohnekinghorn.com |

| |
|---|
| golivera@lowenstein.com |
| harris.winsberg@troutman.com |
| hartlt@ballardspahr.com |
| holsen@stroock.com |
| howard.seife@nortonrosefulbright.com |
| Ian.Roberts@BakerBotts.com |
| idizengoff@akingump.com |
| imac@macfern.com |
| info@norcallawgroup.net |
| info@youngwardlothert.com |
| ipachulski@pszjlaw.com |
| James.L.Snyder@usdoj.gov |
| jamie.fell@stblaw.com |
| Jasmin.Yang@lewisbrisbois.com |
| jcdebaca@mayerbrown.com |
| jdt@jdthompsonlaw.com |
| jdubbin@labaton.com |
| jessica.liou@weil.com |
| jfhallisey@gmail.com |
| Jg5786@att.com |
| jlowenthal@steyerlaw.com |
| jmarshall@choate.com |
| jmills@taylorenglish.com |
| jmullan@sonomacleanpower.org |
| joe@norcallawgroup.net |
| John.mccusker@baml.com |
| john.mitchell@akerman.com |
| john@jtrlaw1.com |
| john@slffirm.com |
| Jordana.Renert@arentfox.com |
| josephwest@westlawfirmofcalifornia.com |
| Joshua.Bevitz@ndlf.com |
| joshua.sturm@ropesgray.com |
| jrapisardi@omm.com |
| jreisner@irell.com |
| jrowland@bakerdonelson.com |
| jsmith@mckoolsmith.com |
| Julia.Mosel@sce.com |
| katherine.malone@troutman.com |

| |
|---|
| katie.coleman@hugheshubbard.com |
| kbaghdadi@walkuplawoffice.com |
| kcapuzzi@beneschlaw.com |
| kcoles@lawssl.com |
| Kevin.Chiu@BakerBotts.com |
| khansen@stroock.com |
| kklee@ktbslaw.com |
| klamb@lkfirm.com |
| klyman@mwe.com |
| kmclendon@stblaw.com |
| kmeredith@dankolaw.com |
| kortiz@teamtogut.com |
| kwasniewski@braunhagey.com |
| Lauren.macksoud@dentons.com |
| laytonrl@ah.org |
| leo.crowley@pillsburylaw.com |
| Leslie.Freiman@edpr.com |
| levine@braunhagey.com |
| lgoldberg@ebce.org |
| lmcgowen@orrick.com |
| lpg@stevenslee.com |
| lwelsh@lkwelshlaw.com |
| malexander@maryalexanderlaw.com |
| marcus.hall@troutman.com |
| mark.bane@ropesgray.com |
| mark.mckane@kirkland.com |
| Mark_Minich@kindermorgan.com |
| marmstrong@chevron.com |
| marthaeromerolaw@gmail.com |
| matthew.goren@weil.com |
| matthew.mcginnis@ropesgray.com |
| matthew.roberts2@troutman.com |
| matthew.roose@ropesgray.com |
| mbarrie@beneschlaw.com |
| mbienenstock@proskauer.com |
| mbrown@whitecase.com |
| mbusenkell@gsbblaw.com |
| mchoi@gibsondunn.com |

| |
|---|
| mdanko@dankolaw.com |
| melaniecruz@chevron.com |
| mferullo@nixonpeabody.com |
| mfirestein@proskauer.com |
| mgarofalo@stroock.com |
| mgrotefeld@ghlaw-llp.com |
| mhowery@reedsmith.com |
| michael.torkin@stblaw.com |
| misola@brotherssmithlaw.com |
| mjdube@ca.ibm.com |
| mkelly@walkuplawoffice.com |
| mlowe@shbllp.com |
| mochoa@ghlaw-llp.com |
| mosby_perrow@kindermorgan.com |
| Mrosenthal@gibsondunn.com |
| mschierberl@cgsh.com |
| mschuver@walkuplawoffice.com |
| mscohen@loeb.com |
| mspeiser@stroock.com |
| mstamer@akingump.com |
| mstrub@irell.com |
| mtoney@turn.org |
| mwasson@kramerlevin.com |
| Mwilhelm@W2LG.com |
| myuffee@winston.com |
| mzerjal@proskauer.com |
| Navi.Dhillon@BakerBotts.com |
| nbreimer.esq@gmail.com |
| ndonnelly@paulweiss.com |
| ngoldin@stblaw.com |
| oscar.pinkas@dentons.com |
| otakvoryan@ckrlaw.com |
| Owen.Clements@sfcityatty.org |
| Paronzon@milbank.com |
| patricia.chen@ropesgray.com |
| patricia.cirucci@sce.com |
| pbc@scarpullalaw.com |
| pblanchard@rutan.com |

| |
|---|
| pbosswick@ssbb.com |
| peter.ivanick@hoganlovells.com |
| peter.welsh@ropesgray.com |
| peter.wolfson@dentons.com |
| pgeteam@PrimeClerk.com |
| pglassman@sycr.com |
| pwp@pattiprewittlaw.com |
| ra-li-ucts-bankrupt@state.pa.us |
| Randy.Sawyer@edpr.com |
| RASymm@aeraenergy.com |
| rbryson@robinscloud.com |
| rgoldman@baumhedlundlaw.com |
| rileywalter@W2LG.com |
| robert.albery@jacobs.com |
| robert.labate@hklaw.com |
| robertson.daniel@pbgc.gov |
| robins@robinscloud.com |
| rpedone@nixonpeabody.com |
| rpinkston@seyfarth.com |
| rsimons@reedsmith.com |
| sanfrancisco@sec.gov |
| sbryant@lockelord.com |
| sc2104271@gmail.com |
| secbankruptcy@sec.gov |
| serviceqa@primeclerk.com |
| sfarzan@sheppardmullin.com |
| sfelderstein@ffwplaw.com |
| sgarabato@epiqglobal.com |
| Sharon.petrosino@hercrentals.com |
| sjordan@jhwclaw.com |
| sm@coreylaw.com |
| sma@proskauer.com |
| smb@coreylaw.com |
| smiller@dankolaw.com |
| smillman@stroock.com |
| smitchell@paulweiss.com |
| snoma@janglit.com |
| sory@fdlaw.com |
| ssally@ropesgray.com |
| stephen.hessler@kirkland.com |

| |
|---|
| stephen.karotkin@weil.com |
| steven.fruchter@arnoldporter.com |
| summersm@ballardspahr.com |
| TBlischke@williamskastner.com |
| tdubbs@labaton.com |
| theodore@braunhagey.com |
| timothy.graulich@davispolk.com |
| tjb@brandilaw.com |
| tkelch@lkfirm.com |
| tlauria@whitecase.com |
| tlong@turn.org |
| vuocolod@gtlaw.com |
| wagstaffe@wvbrlaw.com |
| wpickett@ghlaw-llp.com |
| wrieman@paulweiss.com |
| ws@waynesilverlaw.com |
| wyones@swsslaw.com |
| yelena.archiyan@akerman.com |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |