1  Robert A. Julian (SBN 88469)
   Cecily A. Dumas (SBN 111449)

2  BAKER & HOSTETLER LLP
   Transamerica Pyramid Center

3  600 Montgomery Street, Suite 3100
   San Francisco, CA 94111-2806

4  Telephone:    415.659.2600
   Facsimile:    415.659.2601

5  Email: rjulian@bakerlaw.com
   Email: cdumas@bakerlaw.com

6

7  Eric E. Sagerman (SBN 155496)
   David J. Richardson (SBN 168592)
   Lauren T. Attard (SBN 320898)

8  BAKER & HOSTETLER LLP
   11601 Wilshire Blvd., Suite 1400

9  Los Angeles, CA 90025-0509
   Telephone:    310.820.8800

10 Facsimile:    310.820.8859
   Email: esagerman@bakerlaw.com

11 Email: drichardson@bakerlaw.com
   Email: lattard@bakerlaw.com

12

13 *Counsel for Official Committee of Tort Claimants*

14      **UNITED STATES BANKRUPTCY COURT**

15      **NORTHERN DISTRICT OF CALIFORNIA**

16          **SAN FRANCISCO DIVISION**

17 **In re:**

18 **PG&E CORPORATION**

19      **-and-**

20 **PACIFIC GAS AND ELECTRIC COMPANY,**

21                          **Debtors.**

22 □ Affects PG& E Corporation

23 □ Affects Pacific Gas and Electric Company

24 ■ Affects both Debtors

25 *All papers shall be filed in the Lead Case, No. 19-30088 (DM)*

26

27

28

**Signed and Filed: April 22, 2020**

DENNIS MONTALI
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

Bankruptcy Case
No. 19-30088 (DM)

Chapter 11
(Lead Case)
(Jointly Administered)

**ORDER GRANTING THE EX PARTE APPLICATION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004 FOR ENTRY OF AN ORDER AUTHORIZING SERVICE OF A SUBPOENA ON CRUX SUBSURFACE, INC.**

The Court, having reviewed the Ex Parte Application of the Official Committee of Tort Claimants Pursuant to Bankruptcy Rule 2004 for Entry of an Order Authorizing Service of a Subpoena on Crux Subsurface, Inc. filed on April 2, 2020 (the "Application"), and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1.     The Application is granted, as provided herein.

2.     The TCC is authorized to serve the subpoena attached to the Application as Exhibit B, with a return date amended to 21 days from the date of this Order.

**END OF ORDER**

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO