1  Robert A. Julian (SBN 88469)
   Cecily A. Dumas (SBN 111449)
2  BAKER & HOSTETLER LLP
   Transamerica Pyramid Center
3  600 Montgomery Street, Suite 3100
   San Francisco, CA 94111-2806
4  Telephone:    415.659.2600
   Facsimile:    415.659.2601
5  Email: rjulian@bakerlaw.com
   Email: cdumas@bakerlaw.com
6
   Eric E. Sagerman (SBN 155496)
7  David J. Richardson (SBN 168592)
   Lauren T. Attard (SBN 320898)
8  BAKER & HOSTETLER LLP
   11601 Wilshire Blvd., Suite 1400
9  Los Angeles, CA 90025-0509
   Telephone:    310.820.8800
10 Facsimile:    310.820.8859
   Email: esagerman@bakerlaw.com
11 Email: drichardson@bakerlaw.com
   Email: lattard@bakerlaw.com

Signed and Filed: April 22, 2020

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

*Counsel for Official Committee of Tort Claimants*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | Chapter 11 (Lead Case) (Jointly Administered) |
| -and- | |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **ORDER GRANTING THE EX PARTE APPLICATION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004 FOR ENTRY OF AN ORDER AUTHORIZING SERVICE OF A SUBPOENA ON MCKINSEY & COMPANY, INC. UNITED STATES** |
| **Debtors.** | |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas and Electric Company | |
| ■ Affects both Debtors | |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | |

Baker & Hostetler LLP
Attorneys at Law
San Francisco

- 1 -

The Court, having reviewed the Ex Parte Application of the Official Committee of Tort Claimants Pursuant to Bankruptcy Rule 2004 for Entry of an Order Authorizing Service of a Subpoena on McKinsey & Company, Inc. United States filed on April 2, 2020 (the "Application"), and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Application is granted, as provided herein.

2. The TCC is authorized to serve the subpoena attached to the Application as Exhibit B, with a return date amended to 21 days from the date of this Order.

**END OF ORDER**