Signed and Filed: April 22, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

1  Robert A. Julian (SBN 88469)
   Cecily A. Dumas (SBN 111449)
2  BAKER & HOSTETLER LLP
   Transamerica Pyramid Center
3  600 Montgomery Street, Suite 3100
   San Francisco, CA 94111-2806
4  Telephone:    415.659.2600
   Facsimile:    415.659.2601
5  Email: rjulian@bakerlaw.com
   Email: cdumas@bakerlaw.com
6
7  Eric E. Sagerman (SBN 155496)
   David J. Richardson (SBN 168592)
8  Lauren T. Attard (SBN 320898)
   BAKER & HOSTETLER LLP
9  11601 Wilshire Blvd., Suite 1400
   Los Angeles, CA 90025-0509
10 Telephone:    310.820.8800
   Facsimile:    310.820.8859
11 Email: esagerman@bakerlaw.com
   Email: drichardson@bakerlaw.com
12 Email: lattard@bakerlaw.com

13 *Counsel for Official Committee of Tort Claimants*

14            **UNITED STATES BANKRUPTCY COURT**

15            **NORTHERN DISTRICT OF CALIFORNIA**

16            **SAN FRANCISCO DIVISION**

17 **In re:**                              Bankruptcy Case
                                           No. 19-30088 (DM)
18 **PG&E CORPORATION**
                                           Chapter 11
19        **-and-**                        (Lead Case)
                                           (Jointly Administered)
20 **PACIFIC GAS AND ELECTRIC**
   **COMPANY,**                            **ORDER GRANTING THE EX PARTE**
21                         **Debtors.**    **APPLICATION OF THE OFFICIAL**
                                           **COMMITTEE OF TORT CLAIMANTS**
22 ☐ Affects PG& E Corporation            **PURSUANT TO FEDERAL RULE OF**
                                           **BANKRUPTCY PROCEDURE 2004 FOR**
23 ☐ Affects Pacific Gas and Electric Company  **ENTRY OF AN ORDER AUTHORIZING**
                                           **SERVICE OF A SUBPOENA ON**
24 ■ Affects both Debtors                 **UTILITY TREE SERVICE, LLC**

25 *All papers shall be filed in the Lead Case,*
   *No. 19-30088 (DM)*
26
27
28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

The Court, having reviewed the Ex Parte Application of the Official Committee of Tort Claimants Pursuant to Bankruptcy Rule 2004 for Entry of an Order Authorizing Service of a Subpoena on Utility Tree Service, LLC filed on April 2, 2020 (the "Application"), and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1.      The Application is granted, as provided herein.

2.      The TCC is authorized to serve the subpoena attached to the Application as Exhibit B, with a return date amended to 21 days from the date of this Order.

**END OF ORDER**

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO