|   |   |   |
|---|---|---|
| 1 | **UNITED STATES BANKRUPTCY COURT** | |
| 2 | **NORTHERN DISTRICT OF CALIFORNIA** | |
| 3 | **SAN FRANCISCO DIVISION** | |

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION,** <br><br> - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br>                     **Debtors.** <br><br> ☐ Affects PG&E Corporation <br><br> ☐ Affects Pacific Gas and Electric Company <br><br> ■ Affects both Debtors <br><br> *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br> (Lead Case) <br> (Jointly Administered) <br><br> **CERTIFICATE OF NO OBJECTION REGARDING ELEVENTH MONTHLY FEE STATEMENT OF LINCOLN PARTNERS ADVISORS LLC FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JANUARY 1, 2020 THROUGH JANUARY 31, 2020** <br><br> [Re: Docket No. 6527] <br><br> **OBJECTION DATE**: April 20, 2020 |

## THE MONTHLY FEE STATEMENT

On March 30, 2020, Lincoln Partners Advisors LLC ("**Lincoln**" or the "**Applicant**"), financial advisor to the Official Committee of Tort Claimants ("**Tort Committee**"), filed its Eleventh Monthly Fee Statement of Lincoln Partners Advisors LLC for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of January 1, 2020 through January 31, 2020 [Docket No. 6527] (the "**Eleventh Monthly Fee Statement**"), pursuant to the *Order Pursuant to 11 U.S.C. §§ 331 and 105(a) and Fed. R. Bank. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals,* entered on February 28, 2019 [Docket No. 701] (the "**Interim Compensation Procedures Order**").

The Eleventh Monthly Fee Statement was served as described in the Certificate of Service of Heidi Hammon-Turano, filed on March 31, 2020 [Docket. No. 6553]. The deadline to file

responses or oppositions to the Eleventh Monthly Fee Statement was April 20, 2020, and no oppositions or responses have been filed with the Court or received by the Applicant. Pursuant to the Interim Compensation Procedures Order, the above captioned debtors and debtors-in-possession are authorized to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Eleventh Monthly Fee Statement upon the filing of this certification and without the need for a further order of the Court. A summary of the fees and expenses sought by the Applicant is attached hereto as **Exhibit A**.

**DECLARATION OF NO RESPONSE RECEIVED**

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that:

1. I am a Managing Director of the firm of Lincoln Partners Advisors LLC and financial advisor to the Official Committee of Tort Claimants.

2. I certify that I have reviewed the Court's docket in this case and have not received any response or opposition to the Eleventh Monthly Fee Statement.

3. This declaration was executed in New York, New York.

Dated: April 22, 2020            Respectfully submitted,

                                         **LINCOLN PARTNERS ADVISORS LLC**

By: _____
Brent C. Williams
*Financial Advisor to the Official Committee of Tort Claimants*

# **EXHIBIT A**

Professional Fees and Expenses
Eleventh Monthly Fee Statement

| Applicant | Fee Application Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Fees Authorized to be Paid at 80% | Expenses Authorized to be Paid at 100% | Amount of Holdback Fees |
|---|---|---|---|---|---|---|---|
| Lincoln Partners Advisors LLC<br><br>Financial Advisors to the Official Committee of Tort Claimants | Eleventh Monthly<br><br>1/1/20 to 1/31/20<br><br>[Docket No. 6527, filed 3/30/20] | $1,421,820.50 | $8,695.07 | 4/20/20 | $1,137,456.40 | $8,695.07 | $284,364.10 |