**Exhibit A**

| Date Statement Filed | Period Covered | Total Compensation and Expenses Incurred for Period Covered | | Total Amount of Fees Authorized to be Paid Pursuant to Interim Compensation Order | Total Amount of Expenses Authorized to be Paid Pursuant to Interim Compensation Order | Holdback Fees Amount |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees w/ No Objection (@ 80%) | Expenses (@ 100%) | Fees w/ No Objection (@ 20%) |
| March 31, 2020 | 01/01/20 - 01/31/20 | $646,152.50 | $1,454.21 | $516,922.00 | $1,454.21 | $129,230.50 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

4