1  David S. Casey, Jr., SBN 060768
   *dcasey@cglaw.com*
2  Jeremy Robinson, SBN 188325
   *jrobinson@cglaw.com*
3  Angela Jae Chun, SBN 248571
   *ajc@cglaw.com*
4  P. Camille Guerra, SBN 326546
   *camille@cglaw.com*
5  James M. Davis, SBN 301636
   *jdavis@cglaw.com*
6  **CASEY GERRY SCHENK**
   **FRANCAVILLA BLATT & PENFIELD,**
7  **LLP**
   110 Laurel Street
8  San Diego, CA  92101
   Telephone: (619) 238-1811
9  Facsimile: (619) 544-9232

10 *Attorneys for Certain Victims*
   *From the Camp Fire and*
11 *2017 North Bay Fires*

12

13                **UNITED STATES BANKRUPTCY COURT**

14                **NORTHERN DISTRICT OF CALIFORNIA**

15                    **SAN FRANCISCO DIVISION**

16

17 | **In re:** | Bankruptcy Case No.: 19-30088 (DM) |
18 | **PG&E CORPORATION** | |
   | | Chapter 11 |
19 | -and- | (Lead Case) (Jointly Administered) |
20 | **PACIFIC GAS AND ELECTRIC COMPANY,** | **CERTIFICATE OF SERVICE** |
21 | **Debtors.** | |
22 | ☐ Affects PG&E Corporation | |
23 | ☐ Affects Pacific Gas and Electric Company | |
24 | ☒ Affects both Debtors | |
25 | *\* All papers shall be filed in the Lead Case, No. 19-3088 (DM)* | |
26 | | |
27

28

I, James M. Davis, declare as follows:

I am an active member of the State Bar of California and am not a party to the case for which the document identified below pertains. My business address is 110 Laurel Street, San Diego, California 92101.

I certify that on April 22, 2020, I electronically filed with the Clerk of Court using the CM/ECF system, which will electronically serve the interested parties in this action, the following document described as:

**REPLY IN SUPPORT OF MOTION TO EXPUNGE CLASS PROOF OF CLAIM FILED BY GER HOSPITALITY, LLC**

I declare under penalty of perjury the foregoing is true and correct. Executed on this 22nd day of April 2020, in San Diego, California.

/s/ James M. Davis
James M. Davis