Richard A. Golden, pro se
9437 Wooded Glen Avenue
Burke, VA 22015
Telephone: 703-569-1264

United States Bankruptcy Court
Northern District of California
San Francisco Division

In Re:

PG&E Corporation
And
Pacific Gas and Electric Company

Chapter 11
Case No. 19-30088-DM

Case No. 19-30089-DM

Date, time, location of hearing (not set).

**RICHARD A. GOLDEN'S (pro se) MOTION TO ENLARGE TIME TO FILE EQUITY HOLDER'S RESCISSION CLAIM**

Motion

I move the court to enter an order providing me an additional 14 days' time to file my rescission claims, or, alternatively, to enter an order deeming my rescission claims[1] as being timely filed.

Introduction

This motion is being made because:

A. The Debtors were ordered[2] to make a mailing 40 days before a claims bar date.

B. Disregarding the court's order, the Debtors made their mailing as little as 3 days before the claims bar date[3].

---

[1] Copies are attached.
[2]The court's order of February 27, 2020 (Doc# 5943)
[3] *See*, certificates of service filed with the court. Docs #6749, #6776, and #6784

Facts and argument

1. I appear here, *pro se*.
2. I am not attorney licensed or admitted to practice before this court. I have never been enrolled in this court's electronic filing and notification systems.
3. I am a beneficial holder of shares of common stock of PG&E and preferred stock of Pacific Gas and Electric Company. I am not a party to any underlying proceeding affecting my shares.
4. More than a year ago, on March 22, 2019, I filed (Rule 3003) notices of my ownership interests of the Debtors equity securities. The filings were captioned (in part) "CLAIM." They clearly encompassed the subject matter addressed by this motion and the court's February 27, 2020 order. *See*, Doc #1020 and Doc #1021. Copies are attached.
5. Upon information and belief, at all relevant times my name and address have been on the court's mailing matrix.[4]
6. On April 16, 2020 I first received a notice that a claims bar date, also of April 16, 2020, had been ordered by the court.
7. It was impossible for me to make a physical filing on that same date.
8. This is not my fault. The Debtors have ignored my Rule 3003 filings. They have made no attempt to give me a timely notice. The Debtors have effectively admitted this. *See*, certificates of service filed with the court as Docs #6749, #6776, and #6784. More than half of the Debtors' notices were sent late. Some were not even mailed until April 13, 2020.[5]
9. I have prepared and am filing with the appropriate claims agent two claims. Copies are attached.
10. The court can deem my claims to be timely, either on the basis that my March 22, 2019 Rule 3003 filings were timely (and that my supplemental claim filings, here,

[4] *See*, for example, NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND SERVICE OF PAPERS (by creditor MassMutual Life Insurance Company), dated April 14, 2020, Doc #6757 and #6758 (the latter showing my name and address).

[5] The Debtors still have not filed any certificate of service actually identifying me as a person receiving notice – notwithstanding my name and address as an equity holder has been prominently a public record in this case for more than a year. Again, Rule 3003. Doc #s 1020, and 1021.

properly amended and related back to the time of my earlier filed claims), or that I should be allowed my requested 14 day enlargement of time for filing of the same.

11. I am not on any electronic notification system of the court. Merely posting notices on PACER is insufficient. *See. Mullane v. Central Hanover Bank & Trust Co*., 339 U.S. 306 (1950).

12. The rights of the Debtors and other parties in interest are not being adversely affected by the relief I am requesting in this motion.

13. Unless a further order is issued by this court, I believe that my claim submissions to the designated agent(s) will likely be administratively rejected as being untimely. This will precipitate otherwise avoidable additional motions, responses, briefs, hearings, and expenses to the Debtor. The relief I am requesting is reasonable in the circumstances.

14. The facts stated here are made on my personal knowledge or that I believe them to be true. My beliefs are based upon materials I received or have seen, including information I obtained through PACER.

15. This motion is supported by my statements herein.

16. On April 20, 2020 I spoke by telephone with an attorney of record for the Debtors, Peter J. Benvenutti, Keller Benvenutti Kim, LLP (415 364 6798)[6] about this matter. Mr. Benvenutti indicated that he would only relay my request to some other attorney representing the Debtors. Mr. Benvenutti suggested that I should promptly file my claims and make any other filings with the court as may be appropriate.

17. Hence, I bring my motion.

18. I ask that this matter be considered without a formal hearing (or, if that is not possible, that I be permitted to schedule and participate in a telephonic hearing).

I declare under penalty of perjury that the foregoing is true and correct.

---

[6] Listed in PACER

Executed on April 22, 2020.

/s/ Richard A. Golden

Richard A. Golden, pro se
9437 Wooded Glen Avenue
Burke, VA 22015
703-569-1264.

Case: 19-30088 Doc# 6888 Filed: 04/22/20 Entered: 04/22/20 15:42:50 Page 4 of 35

Certificate of Service

I mailed a copy of the foregoing and the attachments, by first class mail, on April 22, 2020 to the following:

Peter J. Benvenutti
pbenvenutti@kbkllp.com
Keller Benvenutti Kim LLP
650 California Street, 19th floor
San Francisco, CA 94108

Nathan A. Schultz
nschultz@goodwinlaw.com
Goodwin Procter LLP
3 Embarcadero Center, 28th Floor
San Francisco, CA 94111

Kevin Bostel
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

Office of the U.S. Trustee /SF
ustpregion17.oa.ecf@usdoj.gov
Attn: Lynette C. Kelly
Phillip J. Burton Federal Building
450 Golden Gate Avenue, 5th Floor, #05-0153
San Francisco, CA 94102

CANB-EMERGENCY-FILINGS@canb.uscourts.gov

I declare under penalty of perjury that the foregoing is true and correct.

______________________________
Richard A. Golden, pro se

C:\25\GRA\gra516\PGE\Richard_MotionToEnlargeTime_PGE_1.docx

FILED
MAR 22 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

United State Bankruptcy Court
Northern District of California
San Francisco Division

In Re:

PG&E Corporation

Case No. 19-30088-DM

**NOTICE/CLAIM OF EQUITY SECURITY HOLDER PURSUANT TO RULE 3003 (c) (2)**

The undersigned, Richard A. Golden, is the beneficial holder of 1250 shares of common stock of the Debtor, PG&E Corporation. 200 shares are held on his Roth Conversion IRA account with Charles Schwab & Co. 950 shares are held on his individual account with Charles Schwab & Co. He is not attorney licensed or admitted to practice before this court.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 18, 2019.

Richard A. Golden
9437 Wooded Glen Avenue
Burke, VA 22015
703-569-1264.

C:\25\GRA\gra516\PGE\RichardRule3003_PGE.docx



FILED
MAR 2 2 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

United State Bankruptcy Court
Northern District of California
San Francisco Division

In Re:

Pacific Gas and Electric Company

Case No. 19-30089-DM

**NOTICE/CLAIM OF EQUITY SECURITY HOLDER PURSUANT TO RULE 3003 (c) (2)**

The undersigned, Richard A. Golden, is the beneficial holder the following share of preferred stock of the Debtor, Pacific Gas and Electric Company

1. 600 Shares of Pacific Gas and Electric, 4.36% Preferred.
2. 100 Shares of Pacific Gas and Electric, 4.5% Preferred.
3. 100 Shares of Pacific Gas and Electric, 4.8% Preferred.
4. 100 Shares of Pacific Gas and Electric, 5.5% Preferred.
5. 100 Shares of Pacific Gas and Electric, 5% Preferred; 5% 1st Preferred Non-Redeemable (PCG.PRC).
6. 100 Shares of Pacific Gas and Electric, 5% Preferred; 5% Redeemable 1st Preferred Series A (PCG.PRE)
7. 600 Shares of Pacific Gas and Electric, 6% Preferred; 6% 1st Preferred Non-Redeemable (PCG.PRA)

These share are held on his Roth Conversion IRA account with Charles Schwab & Co.

He is not attorney licensed or admitted to practice before this court.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 18, 2019.

Richard A. Golden
9437 Wooded Glen Avenue
Burke, VA 22015
703-569-1264.

C:\25\GRA\gra516\PGE\RichardRule3003_PacificGas.docx

# Pacific Gas and Electric Company CLAIM 19-30089


FILED
MAR 22 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

United State Bankruptcy Court
Northern District of California
San Francisco Division

In Re:

Pacific Gas and Electric Company

Case No. 19-30089-DM

**NOTICE/CLAIM OF EQUITY SECURITY HOLDER PURSUANT TO RULE 3003 (c) (2)**

The undersigned, Richard A. Golden, is the beneficial holder the following share of preferred stock of the Debtor, Pacific Gas and Electric Company

1. 600 Shares of Pacific Gas and Electric, 4.36% Preferred.
2. 100 Shares of Pacific Gas and Electric, 4.5% Preferred.
3. 100 Shares of Pacific Gas and Electric, 4.8% Preferred.
4. 100 Shares of Pacific Gas and Electric, 5.5% Preferred.
5. 100 Shares of Pacific Gas and Electric, 5% Preferred; 5% 1st Preferred Non-Redeemable (PCG.PRC).
6. 100 Shares of Pacific Gas and Electric, 5% Preferred; 5% Redeemable 1st Preferred Series A (PCG.PRE)
7. 600 Shares of Pacific Gas and Electric, 6% Preferred; 6% 1st Preferred Non-Redeemable (PCG.PRA)

These share are held on his Roth Conversion IRA account with Charles Schwab & Co.

He is not attorney licensed or admitted to practice before this court.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 18, 2019.

Richard A. Golden
9437 Wooded Glen Avenue
Burke, VA 22015
703-569-1264.

C:\25\GRA\gra516\PGE\RichardRule3003_PacificGas.docx

SRF 41261

United States Bankruptcy Court, Northern District of California

**Fill in this information to identify the case (Select only one Debtor per claim form):**

☐ PG&E Corporation (19-30088)

☒ Pacific Gas and Electric Company (19-30089)

# Rescission or Damage Claim Proof of Claim

**This form is for purchasers of the Debtors' publicly traded debt and/or equity securities listed on Annex A during the period from April 29, 2015 through November 15, 2018, inclusive, who are asserting claims against the Debtors for rescission or damages under the securities laws and Section 510(b) of the Bankruptcy Code. Read the instructions before filing this Rescission or Damage Claim Proof of Claim Form.**

**THIS FORM IS TO BE USED ONLY FOR CLAIMANTS THAT PURCHASED OR ACQUIRED THE DEBTORS' PUBLICLY TRADED DEBT AND/OR EQUITY SECURITIES LISTED ON ANNEX A FROM APRIL 29, 2015 THROUGH NOVEMBER 15, 2018 TO ASSERT CLAIMS FOR RESCISSION OR DAMAGES UNDER THE SECURITIES LAWS AND SECTION 510(b) OF THE BANKRUPTCY CODE AND NOT ANY OTHER CLAIMS.**

**DO NOT USE THIS FORM TO ASSERT A CLAIM IF YOU DID NOT PURCHASE OR ACQUIRE PUBLICLY TRADED DEBT OR EQUITY SECURITIES OF THE DEBTORS FROM APRIL 29, 2015 THROUGH NOVEMBER 15, 2018 AND YOUR CLAIM IS BASED SOLELY ON YOUR CURRENT AND CONTINUOUS OWNERSHIP OF SUCH SECURITIES.**

**Filers must leave out or partially redact SSNs/TINs/birthdates/names of minors/full account numbers.** Attach redacted copies of any documents that support the claim. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of January 29, 2019, the date these Chapter 11 Cases were filed. For purposes of this form, "creditor" means the beneficial owner of the securities that form the basis of the claim.**

**Part 1: Identify the Claim**

| | |
|---|---|
| 1. Who is the current creditor? | Richard A. Golden<br>Name of the current creditor (the person or entity to be paid for this claim)<br>Other names the creditor used with the Debtor ______ |
| 2. Has this claim been acquired from someone else? | ☒ No<br>☐ Yes. From whom? ______ |
| 3. Are you asserting a Claim for rescission or damages under the securities laws and Section 510(b) of the Bankruptcy Code? | Check the box below to indicate whether you are asserting a claim for rescission or damages under the securities laws and section 510(b) of the Bankruptcy Code, arising from the purchase and/or acquisition of the Debtors' publicly traded debt and/or equity securities during the period from April 29, 2015 through November 15, 2018. You are directed to check only one box below:<br>☐ Debt Securities;<br>☒ Equity Securities; or<br>☐ Debt Securities and Equity Securities<br>Please also check all applicable CUSIP(s) on Annex A, Part I (attached hereto) for the equity or debt securities to which this Proof of Claim applies (hereinafter "the Securities"). If you purchased/acquired multiple CUSIPs, you must make additional copies of Annex A, Part II, so that you submit a separate corresponding Annex A, Part II for each CUSIP, with the requested documentation.<br>In addition to completing this Rescission or Damage Claim Proof of Claim Form, including checking the appropriate boxes on Annex A, Part I and providing the detail in Annex A, Part II, you are also required to attach to this Rescission or Damage Claim Proof of Claim Form any applicable detail regarding your purchases/acquisition of the securities from April 29, 2015 through November 15, 2018.<br>Once you have completed Annex A, Part I and Part II, please affix them to this Rescission or Damage Claim Proof of Claim Form. If you are submitting your Proof of Claim electronically, you will be asked to scan all Annex A, Part I and Part II and supporting documentation. If you have numerous transactions to report in Annex A, Part II, Claimants with more than 100 transactions in the Debtors' securities may contact Prime Clerk for instructions on how to file their claims electronically. |

4. **Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

Richarda A. Golden
9437 Wooded Glen Avenue
Burke, VA 22015

Contact phone 703 569 1264

Contact email k8los@aol.com

**Where should payments to the creditor be sent?** (if different)

Name

Number Street

City State ZIP Code

Contact phone

Contact email

5. **Does this claim amend one already filed?**

☐ No
☒ Yes. Claim number on court claims registry (if known) Rule 3003 Claim, Doc #1021 Filed on Filed 3/22/2019 MM / DD / YYYY

See, attached

6. **Do you know if anyone else has filed a proof of claim for this claim?**

☒ No
☐ Yes. Who made the earlier filing?

## Part 2: Give Information About the Claim as of January 29, 2019

7. **Do you have any number you use to identify the debtor?**

☒ No
☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

8. **How much is the claim?** $ 1226.70

**Does this amount include interest or other charges?**

☒ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

9. **Is all or part of the claim secured?**

☒ No
☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe:

**Basis for perfection:**

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $

**Amount of the claim that is secured:** $

**Amount of the claim that is unsecured:** $ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $

**Annual Interest Rate** (when case was filed) %

☐ Fixed
☐ Variable

10. **Is this claim subject to a right of setoff?**

☒ No
☐ Yes. Identify the property:

**Part 3: Sign Below**

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☒ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date 04/21/2020 (mm/dd/yyyy)

[signature]

Signature

**Print the name of the person who is completing and signing this claim:**

Name: Richarda A. Golden
First name / Middle name / Last name

Title:

Company:
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 9437 Wooded Glen Avenue
Number Street

Burke, VA 22015
City State ZIP Code

Contact phone: 703 569 1264 Email: k8los@aol.com

IF SUBMITTING YOUR RECISSION OR DAMAGE CLAIM PROOF OF CLAIM THROUGH PRIME CLERK'S ELECTRONIC PORTAL, THIS ANNEX (ALONG WITH ALL OTHER SUPPORTING DOCUMENTATION) WILL NEED TO BE SCANNED AND UPLOADED

# Annex A

## Part II

Please note that you must submit a ***SEPARATE*** Part II for ***EACH*** CUSIP you check in Part I. If you purchased/acquired more than one CUSIP, you must make additional copies of Part II and affix them to your Part I.

**CUSIP (or Option Series):** 583297305

**Beginning Holdings:**

On the line below, state the total number of publicly traded equity securities (in shares) or debt securities (in dollars) held as of the opening of trading on April 29, 2015. If none, write "0 shares" or "$0". Please provide documentation.

0 (shares / dollars)

**Purchase / Acquisitions**

Separately list each and every purchase or acquisition of the Debtors' publicly traded equity securities or debt securities from April 29, 2015 through November 15, 2018, both dates inclusive, and provide the following information (must be documented)

| Purchase/Acquisition Date (List Chronologically) (Month/Day/ Year) | Number of Shares or Amount of Notes (*in dollars*) Purchased | Price per Share / Note | Total Cost (excluding Commissions, Taxes, and Fees) |
|---|---|---|---|
| 11/14/2018 | 10 | 18.03 | 180.30 |
| 11/14/2018 | 90 | 18.03 | ~~[illegible]~~ 1622.70 |
| | | | |

**Sales**

Separately list each and every sale of the Debtors' publicly traded equity securities or debt securities from April 29, 2015 through November 15, 2018, both dates inclusive, and provide the following information (must be documented)

| Sale Date (List Chronologically) (Month/Day/ Year) | Number of Shares or Amount of Notes (*in dollars*) Sold | Price per Share / Note | Total Cost (excluding Commissions, Taxes, and Fees) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**Ending Holdings:**

On the line below, state the total number of the Debtors' publicly traded equity securities (in shares) or debt securities (in dollars) held as of the close of trading on November 15, 2018. If none, write "0 shares" or "$0". Please provide documentation.

100 (shares / dollars)



Individual Retirement Account of
**RICHARD A GOLDEN**
**CHARLES SCHWAB & CO INC CUST**
**ROTH CONVERSION IRA**

Account Number

**Trade Confirmation**

***BOUGHT*** **P G & E Corp** (Symbol: PCG)

Security No./CUSIP: 69331C-10-8 Type: Cash Trade: 11/14/18 Settle: 11/16/18

| *Quantity* | *Price ($)* | *Principal ($)* | *Charges and/or Interest ($)* | | *Total Amount ($)* |
|---|---|---|---|---|---|
| 200 | 27.12 | 5,424.00 | Commission | 4.95 | 5,428.95 |

**For this security:**
- Unsolicited trade
- Schwab acted as your agent.

Internal Use Only: 1, E

***BOUGHT*** **PG&E Corp 5.5% PFD** (Symbol: PCG PR B)

Security No./CUSIP: 694308-30-5 Type: Cash Trade: 11/14/18 Settle: 11/16/18

| *Quantity* | *Price ($)* | *Principal ($)* | *Charges and/or Interest ($)* | | *Total Amount ($)* |
|---|---|---|---|---|---|
| 10 | 18.03 | 180.30 | Commission | 0.50 | 180.80 |
| 90 | 18.03 | 1,622.70 | Commission | 4.45 | 1,627.15 |
| **100** | | **$ 1,803.00** | | **$4.95** | **$ 1,807.95** |

**For this security:**
- Unsolicited trade
- Current coupon rate is 5.500%
- Moody's Rating aa , S&P Rating CCC+
- Schwab acted as your agent.

Internal Use Only: 1, E

Please see "Terms and Conditions" for more information.

***IF SUBMITTING YOUR RECISSION OR DAMAGE CLAIM PROOF OF CLAIM THROUGH PRIME CLERK'S ELECTRONIC PORTAL, THIS ANNEX (ALONG WITH ALL OTHER SUPPORTING DOCUMENTATION) WILL NEED TO BE SCANNED AND UPLOADED***

# Annex A

## Part II

Please note that you must submit a ***SEPARATE*** Part II for ***EACH*** CUSIP you check in Part I. If you purchased/acquired more than one CUSIP, you must make additional copies of Part II and affix them to your Part I.

**CUSIP (or Option Series):** 694308404

**Beginning Holdings:**

On the line below, state the total number of publicly traded equity securities (in shares) or debt securities (in dollars) held as of the opening of trading on April 29, 2015. If none, write "0 shares" or "$0". Please provide documentation.

0 (shares / dollars)

**Purchase / Acquisitions**

Separately list each and every purchase or acquisition of the Debtors' publicly traded equity securities or debt securities from April 29, 2015 through November 15, 2018, both dates inclusive, and provide the following information (must be documented)

| Purchase/Acquisition Date (List Chronologically) (Month/Day/ Year) | Number of Shares or Amount of Notes (*in dollars*) Purchased | Price per Share / Note | Total Cost (excluding Commissions, Taxes, and Fees) |
|---|---|---|---|
| 11/14/2018 | 100 | 17.51 | 1751.00 |
| | | | |
| | | | |

**Sales**

Separately list each and every sale of the Debtors' publicly traded equity securities or debt securities from April 29, 2015 through November 15, 2018, both dates inclusive, and provide the following information (must be documented)

| Sale Date (List Chronologically) (Month/Day/ Year) | Number of Shares or Amount of Notes (*in dollars*) Sold | Price per Share / Note | Total Cost (excluding Commissions, Taxes, and Fees) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**Ending Holdings:**

On the line below, state the total number of the Debtors' publicly traded equity securities (in shares) or debt securities (in dollars) held as of the close of trading on November 15, 2018. If none, write "0 shares" or "$0". Please provide documentation.

100 (shares / dollars)



Individual Retirement Account of
**RICHARD A GOLDEN**
**CHARLES SCHWAB & CO INC CUST**
**ROTH CONVERSION IRA**

Account Number

## Trade Confirmation

***BOUGHT*** **PG&E Corp 5% PFD** (Symbol: PCG PR C)

Security No./CUSIP: 694308-40-4 | Type: Cash | Trade: 11/14/18 | Settle: 11/16/18

| *Quantity* | *Price ($)* | *Principal ($)* | *Charges and/or Interest ($)* | | *Total Amount ($)* |
|---|---|---|---|---|---|
| 100 | 17.51 | 1,751.00 | Commission | 4.95 | 1,755.95 |

**For this security:**

Internal Use Only: 1, E

- Unsolicited trade
- Current coupon rate is 5.000%
- Moody's Rating aa , S&P Rating CCC+
- Schwab acted as your agent.

Please see "Terms and Conditions" for more information.

*IF SUBMITTING YOUR RECISSION OR DAMAGE CLAIM PROOF OF CLAIM THROUGH PRIME CLERK'S ELECTRONIC PORTAL, THIS ANNEX (ALONG WITH ALL OTHER SUPPORTING DOCUMENTATION) WILL NEED TO BE SCANNED AND UPLOADED*

# Annex A

## Part II

Please note that you must submit a ***SEPARATE*** Part II for ***EACH*** CUSIP you check in Part I. If you purchased/acquired more than one CUSIP, you must make additional copies of Part II and affix them to your Part I.

**CUSIP (or Option Series):** 694308883

**Beginning Holdings:**

On the line below, state the total number of publicly traded equity securities (in shares) or debt securities (in dollars) held as of the opening of trading on April 29, 2015. If none, write "0 shares" or "$0". Please provide documentation.

0 (shares / dollars)

**Purchase / Acquisitions**

Separately list each and every purchase or acquisition of the Debtors' publicly traded equity securities or debt securities from April 29, 2015 through November 15, 2018, both dates inclusive, and provide the following information (must be documented)

| Purchase/Acquisition Date (List Chronologically) (Month/Day/ Year) | Number of Shares or Amount of Notes (*in dollars*) Purchased | Price per Share / Note | Total Cost (excluding Commissions, Taxes, and Fees) |
|---|---|---|---|
| 11/13/2020 | 100 | 17.76 | 1776.00 |
| | | | |
| | | | |

**Sales**

Separately list each and every sale of the Debtors' publicly traded equity securities or debt securities from April 29, 2015 through November 15, 2018, both dates inclusive, and provide the following information (must be documented)

| Sale Date (List Chronologically) (Month/Day/ Year) | Number of Shares or Amount of Notes (*in dollars*) Sold | Price per Share / Note | Total Cost (excluding Commissions, Taxes, and Fees) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**Ending Holdings:**

On the line below, state the total number of the Debtors' publicly traded equity securities (in shares) or debt securities (in dollars) held as of the close of trading on November 15, 2018. If none, write "0 shares" or "$0". Please provide documentation.

100 (shares / dollars)



Individual Retirement Account of
**RICHARD A GOLDEN**
**CHARLES SCHWAB & CO INC CUST**
**ROTH CONVERSION IRA**

Account Number

**Trade Confirmation**

***BOUGHT*** **PG&E Corp 4.36% PFD Callable** (Symbol: PCG PR I)

Security No./CUSIP: 694308-88-3 | Type: Cash | Trade: 11/13/18 | Settle: 11/15/18

| *Quantity* | *Price ($)* | *Principal ($)* | *Charges and/or Interest ($)* | | *Total Amount ($)* |
|---|---|---|---|---|---|
| 100 | 17.76 | 1,776.00 | Commission | 4.95 | 1,780.95 |

**For this security:** Internal Use Only: 1, E
- Unsolicited trade
- Redemption features exist for this security. Information provided upon request.
- Current coupon rate is 4.360%
- Moody's Rating aa , S&P Rating CCC+
- Schwab acted as your agent.

***BOUGHT*** **PG&E Corp 4.5% PFD Callable** (Symbol: PCG PR H)

Security No./CUSIP: 694308-80-0 | Type: Cash | Trade: 11/13/18 | Settle: 11/15/18

| *Quantity* | *Price ($)* | *Principal ($)* | *Charges and/or Interest ($)* | | *Total Amount ($)* |
|---|---|---|---|---|---|
| 100 | 17.76 | 1,776.00 | Commission | 4.95 | 1,780.95 |

**For this security:** Internal Use Only: 1, E
- Unsolicited trade
- Redemption features exist for this security. Information provided upon request.
- Current coupon rate is 4.500%
- Moody's Rating aa , S&P Rating CCC+
- Schwab acted as your agent.

Please see "Terms and Conditions" for more information.

*IF SUBMITTING YOUR RECISSION OR DAMAGE CLAIM PROOF OF CLAIM THROUGH PRIME CLERK'S ELECTRONIC PORTAL, THIS ANNEX (ALONG WITH ALL OTHER SUPPORTING DOCUMENTATION) WILL NEED TO BE SCANNED AND UPLOADED*

# Annex A

## Part II

Please note that you must submit a ***SEPARATE*** Part II for ***EACH*** CUSIP you check in Part I. If you purchased/acquired more than one CUSIP, you must make additional copies of Part II and affix them to your Part I.

**CUSIP (or Option Series):** 694308701

**Beginning Holdings:**

On the line below, state the total number of publicly traded equity securities (in shares) or debt securities (in dollars) held as of the opening of trading on April 29, 2015. If none, write "0 shares" or "$0". Please provide documentation.

0 (shares / dollars)

**Purchase / Acquisitions**

Separately list each and every purchase or acquisition of the Debtors' publicly traded equity securities or debt securities from April 29, 2015 through November 15, 2018, both dates inclusive, and provide the following information (must be documented)

| Purchase/Acquisition Date (List Chronologically) (Month/Day/ Year) | Number of Shares or Amount of Notes (*in dollars*) Purchased | Price per Share / Note | Total Cost (excluding Commissions, Taxes, and Fees) |
|---|---|---|---|
| 11/13/2018 | 100 | 18.01 | 1801.00 |
| | | | |
| | | | |

**Sales**

Separately list each and every sale of the Debtors' publicly traded equity securities or debt securities from April 29, 2015 through November 15, 2018, both dates inclusive, and provide the following information (must be documented)

| Sale Date (List Chronologically) (Month/Day/ Year) | Number of Shares or Amount of Notes (*in dollars*) Sold | Price per Share / Note | Total Cost (excluding Commissions, Taxes, and Fees) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**Ending Holdings:**

On the line below, state the total number of the Debtors' publicly traded equity securities (in shares) or debt securities (in dollars) held as of the close of trading on November 15, 2018. If none, write "0 shares" or "$0". Please provide documentation.

100 (shares / dollars)



Individual Retirement Account of
**RICHARD A GOLDEN**
**CHARLES SCHWAB & CO INC CUST**
**ROTH CONVERSION IRA**

Account Number

**Trade Confirmation**

***BOUGHT*** **PG&E Corp 4.8% PFD Callable** (Symbol: PCG PR G)

Security No./CUSIP: 694308-70-1 | Type: Cash | Trade: 11/13/18 | Settle: 11/15/18

| *Quantity* | *Price ($)* | *Principal ($)* | *Charges and/or Interest ($)* | | *Total Amount ($)* |
|---|---|---|---|---|---|
| 100 | 18.01 | 1,801.00 | Commission | 4.95 | 1,805.95 |

**For this security:** Internal Use Only: 1, E
- Unsolicited trade
- Redemption features exist for this security. Information provided upon request.
- Current coupon rate is 4.800%
- Moody's Rating aa , S&P Rating CCC+
- Schwab acted as your agent.

***BOUGHT*** **PG&E Corp 5% PFD Callable** (Symbol: PCG PR E)

Security No./CUSIP: 694308-60-2 | Type: Cash | Trade: 11/13/18 | Settle: 11/15/18

| *Quantity* | *Price ($)* | *Principal ($)* | *Charges and/or Interest ($)* | | *Total Amount ($)* |
|---|---|---|---|---|---|
| 100 | 18.03 | 1,803.00 | Commission | 4.95 | 1,807.95 |

**For this security:** Internal Use Only: 1, E
- Unsolicited trade
- Redemption features exist for this security. Information provided upon request.
- Current coupon rate is 5.000%
- Moody's Rating aa , S&P Rating CCC+
- Schwab acted as your agent.

Please see "Terms and Conditions" for more information.

# Annex A

## Part II

Please note that you must submit a ***SEPARATE*** Part II for ***EACH*** CUSIP you check in Part I. If you purchased/acquired more than one CUSIP, you must make additional copies of Part II and affix them to your Part I.

**CUSIP (or Option Series):** 694308602

**Beginning Holdings:**

On the line below, state the total number of publicly traded equity securities (in shares) or debt securities (in dollars) held as of the opening of trading on April 29, 2015. If none, write "0 shares" or "$0". Please provide documentation.

0 (shares / dollars)

**Purchase / Acquisitions**

Separately list each and every purchase or acquisition of the Debtors' publicly traded equity securities or debt securities from April 29, 2015 through November 15, 2018, both dates inclusive, and provide the following information (must be documented)

| Purchase/Acquisition Date (List Chronologically) (Month/Day/ Year) | Number of Shares or Amount of Notes (*in dollars*) Purchased | Price per Share / Note | Total Cost (excluding Commissions, Taxes, and Fees) |
|---|---|---|---|
| 11/13/2018 | 100 | 18.03 | 1803.00 |
| | | | |
| | | | |

**Sales**

Separately list each and every sale of the Debtors' publicly traded equity securities or debt securities from April 29, 2015 through November 15, 2018, both dates inclusive, and provide the following information (must be documented)

| Sale Date (List Chronologically) (Month/Day/ Year) | Number of Shares or Amount of Notes (*in dollars*) Sold | Price per Share / Note | Total Cost (excluding Commissions, Taxes, and Fees) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**Ending Holdings:**

On the line below, state the total number of the Debtors' publicly traded equity securities (in shares) or debt securities (in dollars) held as of the close of trading on November 15, 2018. If none, write "0 shares" or "$0". Please provide documentation.

100 (shares / dollars)



Individual Retirement Account of
**RICHARD A GOLDEN**
**CHARLES SCHWAB & CO INC CUST**
**ROTH CONVERSION IRA**

Account Number

## Trade Confirmation

***BOUGHT*** **PG&E Corp 4.8% PFD Callable** (Symbol: PCG PR G)

Security No./CUSIP: 694308-70-1 | Type: Cash | Trade: 11/13/18 | Settle: 11/15/18

| *Quantity* | *Price ($)* | *Principal ($)* | *Charges and/or Interest ($)* | | *Total Amount ($)* |
|---|---|---|---|---|---|
| 100 | 18.01 | 1,801.00 | Commission | 4.95 | 1,805.95 |

**For this security:** Internal Use Only: 1, E
- Unsolicited trade
- Redemption features exist for this security. Information provided upon request.
- Current coupon rate is 4.800%
- Moody's Rating aa , S&P Rating CCC+
- Schwab acted as your agent.

***BOUGHT*** **PG&E Corp 5% PFD Callable** (Symbol: PCG PR E)

Security No./CUSIP: 694308-60-2 | Type: Cash | Trade: 11/13/18 | Settle: 11/15/18

| *Quantity* | *Price ($)* | *Principal ($)* | *Charges and/or Interest ($)* | | *Total Amount ($)* |
|---|---|---|---|---|---|
| 100 | 18.03 | 1,803.00 | Commission | 4.95 | 1,807.95 |

**For this security:** Internal Use Only: 1, E
- Unsolicited trade
- Redemption features exist for this security. Information provided upon request.
- Current coupon rate is 5.000%
- Moody's Rating aa , S&P Rating CCC+
- Schwab acted as your agent.

Please see "Terms and Conditions" for more information.

*IF SUBMITTING YOUR RECISSION OR DAMAGE CLAIM PROOF OF CLAIM THROUGH PRIME CLERK'S ELECTRONIC PORTAL, THIS ANNEX (ALONG WITH ALL OTHER SUPPORTING DOCUMENTATION) WILL NEED TO BE SCANNED AND UPLOADED*

# Annex A

## Part II

Please note that you must submit a ***SEPARATE*** Part II for ***EACH*** CUSIP you check in Part I. If you purchased/acquired more than one CUSIP, you must make additional copies of Part II and affix them to your Part I.

**CUSIP (or Option Series):** 684308

**Beginning Holdings:**

On the line below, state the total number of publicly traded equity securities (in shares) or debt securities (in dollars) held as of the opening of trading on April 29, 2015. If none, write "0 shares" or "$0". Please provide documentation.

0 (shares / dollars)

**Purchase / Acquisitions**

Separately list each and every purchase or acquisition of the Debtors' publicly traded equity securities or debt securities from April 29, 2015 through November 15, 2018, both dates inclusive, and provide the following information (must be documented)

| Purchase/Acquisition Date (List Chronologically) (Month/Day/ Year) | Number of Shares or Amount of Notes (*in dollars*) Purchased | Price per Share / Note | Total Cost (excluding Commissions, Taxes, and Fees) |
|---|---|---|---|
| 11/12/2018 | 100 | 23.507 | 2350.70 |
| | | | |
| | | | |

**Sales**

Separately list each and every sale of the Debtors' publicly traded equity securities or debt securities from April 29, 2015 through November 15, 2018, both dates inclusive, and provide the following information (must be documented)

| Sale Date (List Chronologically) (Month/Day/ Year) | Number of Shares or Amount of Notes (*in dollars*) Sold | Price per Share / Note | Total Cost (excluding Commissions, Taxes, and Fees) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**Ending Holdings:**

On the line below, state the total number of the Debtors' publicly traded equity securities (in shares) or debt securities (in dollars) held as of the close of trading on November 15, 2018. If none, write "0 shares" or "$0". Please provide documentation.

100 (shares / dollars)



Individual Retirement Account of
**RICHARD A GOLDEN**
**CHARLES SCHWAB & CO INC CUST**
**ROTH CONVERSION IRA**

Account Number

## Trade Confirmation

***BOUGHT*** **PG&E Corp 6% PFD** (Symbol: PCG PR A)

Security No./CUSIP: 694308-20-6 | Type: Cash | Trade: 11/12/18 | Settle: 11/14/18

| *Quantity* | *Price ($)* | *Principal ($)* | *Charges and/or Interest ($)* | | *Total Amount ($)* |
|---|---|---|---|---|---|
| 100 | 23.507 | 2,350.70 | Commission | 4.95 | 2,355.65 |

**For this security:**
- Unsolicited trade
- Current coupon rate is 6.000%
- Moody's Rating aa , S&P Rating CCC+
- Schwab acted as your agent.

Internal Use Only: 1, E

Please see "Terms and Conditions" for more information.

# PG&E CLAIM 19-30088

FILED
MAR 22 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

United State Bankruptcy Court
Northern District of California
San Francisco Division

In Re:

PG&E Corporation — Case No. 19-30088-DM

**NOTICE/CLAIM OF EQUITY SECURITY HOLDER PURSUANT TO RULE 3003 (c) (2)**

The undersigned, Richard A. Golden, is the beneficial holder of 1250 shares of common stock of the Debtor, PG&E Corporation. 200 shares are held on his Roth Conversion IRA account with Charles Schwab & Co. 950 shares are held on his individual account with Charles Schwab & Co. He is not attorney licensed or admitted to practice before this court.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 18, 2019.

Richard A. Golden
9437 Wooded Glen Avenue
Burke, VA 22015
703-569-1264.

C:\25\GRA\gra516\PGE\RichardRule3003_PGE.docx

SRF 41261

United States Bankruptcy Court, Northern District of California

**Fill in this information to identify the case (Select only one Debtor per claim form):**

☒ PG&E Corporation (19-30088)

☐ Pacific Gas and Electric Company (19-30089)

# Rescission or Damage Claim Proof of Claim

This form is for purchasers of the Debtors' publicly traded debt and/or equity securities listed on Annex A during the period from April 29, 2015 through November 15, 2018, inclusive, who are asserting claims against the Debtors for rescission or damages under the securities laws and Section 510(b) of the Bankruptcy Code. Read the instructions before filing this Rescission or Damage Claim Proof of Claim Form.

THIS FORM IS TO BE USED ONLY FOR CLAIMANTS THAT PURCHASED OR ACQUIRED THE DEBTORS' PUBLICLY TRADED DEBT AND/OR EQUITY SECURITIES LISTED ON ANNEX A FROM APRIL 29, 2015 THROUGH NOVEMBER 15, 2018 TO ASSERT CLAIMS FOR RESCISSION OR DAMAGES UNDER THE SECURITIES LAWS AND SECTION 510(b) OF THE BANKRUPTCY CODE AND NOT ANY OTHER CLAIMS.

DO NOT USE THIS FORM TO ASSERT A CLAIM IF YOU DID NOT PURCHASE OR ACQUIRE PUBLICLY TRADED DEBT OR EQUITY SECURITIES OF THE DEBTORS FROM APRIL 29, 2015 THROUGH NOVEMBER 15, 2018 AND YOUR CLAIM IS BASED SOLELY ON YOUR CURRENT AND CONTINUOUS OWNERSHIP OF SUCH SECURITIES.

Filers must leave out or partially redact SSNs/TINs/birthdates/names of minors/full account numbers. Attach redacted copies of any documents that support the claim. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of January 29, 2019, the date these Chapter 11 Cases were filed. For purposes of this form, "creditor" means the beneficial owner of the securities that form the basis of the claim.

## Part 1: Identify the Claim

1. Who is the current creditor?

Richard A. Golden

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the Debtor

2. Has this claim been acquired from someone else?

☒ No

☐ Yes. From whom?

3. Are you asserting a Claim for rescission or damages under the securities laws and Section 510(b) of the Bankruptcy Code?

Check the box below to indicate whether you are asserting a claim for rescission or damages under the securities laws and section 510(b) of the Bankruptcy Code, arising from the purchase and/or acquisition of the Debtors' publicly traded debt and/or equity securities during the period from April 29, 2015 through November 15, 2018. You are directed to check only one box below:

☐ Debt Securities;

☒ Equity Securities; or

☐ Debt Securities and Equity Securities

Please also check all applicable CUSIP(s) on Annex A, Part I (attached hereto) for the equity or debt securities to which this Proof of Claim applies (hereinafter "the Securities"). If you purchased/acquired multiple CUSIPs, you must make additional copies of Annex A, Part II, so that you submit a separate corresponding Annex A, Part II for each CUSIP, with the requested documentation.

In addition to completing this Rescission or Damage Claim Proof of Claim Form, including checking the appropriate boxes on Annex A, Part I and providing the detail in Annex A, Part II, you are also required to attach to this Rescission or Damage Claim Proof of Claim Form any applicable detail regarding your purchases/acquisition of the securities from April 29, 2015 through November 15, 2018.

Once you have completed Annex A, Part I and Part II, please affix them to this Rescission or Damage Claim Proof of Claim Form. If you are submitting your Proof of Claim electronically, you will be asked to scan all Annex A, Part I and Part II and supporting documentation. If you have numerous transactions to report in Annex A, Part II, Claimants with more than 100 transactions in the Debtors' securities may contact Prime Clerk for instructions on how to file their claims electronically.

| | | |
|---|---|---|
| 4. **Where should notices and payments to the creditor be sent?**<br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br>Richard A. Golden<br>9437 Wooded Glen Avenue<br>Burke, VA ~~22091~~<br>22015<br><br>Contact phone 703 569 1264<br>Contact email k8los@aol.com | **Where should payments to the creditor be sent?** (if different)<br>Name<br>Number Street<br>City State ZIP Code<br><br>Contact phone<br>Contact email |

5. **Does this claim amend one already filed?**
☐ No
☒ Yes. Claim number on court claims registry (if known) Rule 3003 Claim, Doc #1020 Filed on 3/22/2019 (MM / DD / YYYY)

See, attached.

6. **Do you know if anyone else has filed a proof of claim for this claim?**
☒ No
☐ Yes. Who made the earlier filing? ____________

## Part 2: Give Information About the Claim as of January 29, 2019

7. **Do you have any number you use to identify the debtor?**
☒ No
☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

8. **How much is the claim?** $ 2888.90

**Does this amount include interest or other charges?**
☐ No
☒ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

$9.90 brokerage costs

9. **Is all or part of the claim secured?**
☒ No
☐ Yes. The claim is secured by a lien on property.

**Nature of property:**
☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: ____________

**Basis for perfection:** ____________
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $____________
**Amount of the claim that is secured:** $____________
**Amount of the claim that is unsecured:** $____________ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $____________

**Annual Interest Rate** (when case was filed) ______%
☐ Fixed
☐ Variable

10. **Is this claim subject to a right of setoff?**
☒ No
☐ Yes. Identify the property: ____________

**Part 3:** **Sign Below**

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

- ☒ I am the creditor.
- ☐ I am the creditor's attorney or authorized agent.
- ☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
- ☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date 4/21/2020 (mm/dd/yyyy)

[signature]
Signature

**Print the name of the person who is completing and signing this claim:**

Name: Richard (First name) A. (Middle name) Golden (Last name)

Title:

Company:
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 9437 Wooded Glen Avenue (Number Street)
Burke, VA ~~2203~~ 22015 (City State ZIP Code)

Contact phone: 703 569 1264 Email: k8b s@aol.com

*IF SUBMITTING YOUR RECISSION OR DAMAGE CLAIM PROOF OF CLAIM THROUGH PRIME CLERK'S ELECTRONIC PORTAL, THIS ANNEX (ALONG WITH ALL OTHER SUPPORTING DOCUMENTATION) WILL NEED TO BE SCANNED AND UPLOADED*

# Annex A

## Part II

Please note that you must submit a ***SEPARATE*** Part II for ***EACH*** CUSIP you check in Part I. If you purchased/acquired more than one CUSIP, you must make additional copies of Part II and affix them to your Part I.

**CUSIP (or Option Series):** 69331C108

**Beginning Holdings:**

On the line below, state the total number of publicly traded equity securities (in shares) or debt securities (in dollars) held as of the opening of trading on April 29, 2015. If none, write "0 shares" or "$0". Please provide documentation.

o 1000 (shares / dollars)

**Purchase / Acquisitions**

Separately list each and every purchase or acquisition of the Debtors' publicly traded equity securities or debt securities from April 29, 2015 through November 15, 2018, both dates inclusive, and provide the following information (must be documented)

| | Purchase/Acquisition Date (List Chronologically) (Month/Day/ Year) | Number of Shares or Amount of Notes (*in dollars*) Purchased | Price per Share / Note | Total Cost (excluding Commissions, Taxes, and Fees) |
|---|---|---|---|---|
| 1 | 1/8/2019 | 100 | 16.52 | 1652.00 |
| 2 | 11/14/2018 | 200 | 27.12 | 5424.00 |
| | | | | |

**Sales**

Separately list each and every sale of the Debtors' publicly traded equity securities or debt securities from April 29, 2015 through November 15, 2018, both dates inclusive, and provide the following information (must be documented)

| | Sale Date (List Chronologically) (Month/Day/ Year) | Number of Shares or Amount of Notes (*in dollars*) Sold | Price per Share / Note | Total Cost (excluding Commissions, Taxes, and Fees) |
|---|---|---|---|---|
| 3 | 8/17/2016 | 100.00 | 62.49 | 6249.00 |
| 4 | 12/16/2016 | 50 | 60.89 | 3044.50 |
| | | | | |

**Ending Holdings:**

On the line below, state the total number of the Debtors' publicly traded equity securities (in shares) or debt securities (in dollars) held as of the close of trading on November 15, 2018. If none, write "0 shares" or "$0". Please provide documentation.

1150 (shares / dollars)

Annex A to Rescission or Damage Claim Proof of Claim Page 4




0

Schwab One® Account of
RICHARD A GOLDEN

Account Number

Statement Period
April 1-30, 2015

## Investment Detail - Equities

| Equities | Quantity / Units Purchased | Market Price / Cost Per Share | Market Value / Cost Basis | % of Account Assets / Acquired | Unrealized Gain or (Loss) | Estimated Yield / Holding Days | Estimated Annual Income / Holding Period |
|---|---|---|---|---|---|---|---|
| **AMERICAN AIRLS GROUP (M)** | **579.0000** | **48.2850** | **27,957.02** | **18%** | **19,134.55** | **0.82%** | **231.60** |
| SYMBOL: AAL | 34.1489 | 20.4893 | 699.69 | 06/13/03 | 949.19 | 4339 | Long-Term |
| | 82.2057 | 8.6248 | 709.01 | 06/13/03 | 3,260.30 | 4339 | Long-Term |
| | 92.9475 | 11.1189 | 1,033.48 | 06/13/03 | 3,454.49 | 4339 | Long-Term |
| | 79.3939 | 17.9401 | 1,424.34 | 06/13/03 | 2,409.20 | 4339 | Long-Term |
| | 34.8510 | 26.0973 | 909.52 | 06/27/03 | 773.26 | 4325 | Long-Term |
| | 82.7942 | 10.9854 | 909.53 | 06/27/03 | 3,088.19 | 4325 | Long-Term |
| | 93.0524 | 14.1624 | 1,317.85 | 06/27/03 | 3,175.19 | 4325 | Long-Term |
| | 79.6060 | 22.8506 | 1,819.05 | 06/27/03 | 2,024.73 | 4325 | Long-Term |
| *Cost Basis* | | | *8,822.47* | | | | |
| **EDISON INTERNATIONAL (M)** | **980.0000** | **60.9400** | **59,721.20** | **39%** | **39,166.71** | **2.74%** | **1,636.60** |
| SYMBOL: EIX | 200.0000 | 13.7748 | 2,754.97 | 03/21/03 | 9,433.03 | 4423 | Long-Term |
| | 280.0000 | 22.8198 | 6,389.57 | 01/22/04 | 10,673.63 | 4116 | Long-Term |
| | 500.0000 | 22.8199 | 11,409.95 | 01/22/04 | 19,060.05 | 4116 | Long-Term |
| *Cost Basis* | | | *20,554.49* | | | | |
| **HSBC HLDGS PLC F (M)** | **141.0000** | **49.6300** | **6,997.83** | **5%** | **(152.11)** | **8.05%** | **564.00** |
| ADR | 100.0000 | 63.9195 | 6,391.95 | 05/16/02 | (1,428.95) | 4732 | Long-Term |
| 1 ADR REPS 5 ORD SHS | 41.0000 | 18.4875 | 757.99 | 04/08/09 | 1,276.84 | 2213 | Long-Term |
| SYMBOL: HSBC | | | | | | | |
| *Cost Basis* | | | *7,149.94* | | | | |
| **P G & E CORP (M)** | **1,000.0000** | **52.9200** | **52,920.00** | **35%** | **33,758.20** | **3.43%** | **1,820.00** |
| SYMBOL: PCG | 200.0000 | 23.5847 | 4,716.95 | 05/01/02 | 5,867.05 | 4747 | Long-Term |
| | 200.0000 | 21.6447 | 4,328.95 | 06/19/02 | 6,255.05 | 4698 | Long-Term |
| | 300.0000 | 20.0098 | 6,002.95 | 06/25/02 | 9,873.05 | 4692 | Long-Term |
| | 300.0000 | 13.7098 | 4,112.95 | 03/21/03 | 11,763.05 | 4423 | Long-Term |
| *Cost Basis* | | | *19,161.80* | | | | |

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



## Investment Detail - Equities (continued)

| Equities (continued) | Quantity<br>Units Purchased | Market Price<br>Cost Per Share | Market Value<br>Cost Basis | % of Account Assets<br>Acquired | Unrealized Gain or (Loss) | Estimated Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| **BEST BUY INC** | **200.0000** | **59.24000** | **11,848.00** | **3%** | **5,039.05** | **3.03%** | **360.00** |
| SYMBOL: BBY | 200.0000 | 34.0447 | 6,808.95 | 01/03/11 | 5,039.05 | | |
| **EXELON CORP** | **500.0000** | **47.76000** | **23,880.00** | **6%** | **4,780.05** | **2.88%** | **690.00** |
| SYMBOL: EXC | 500.0000 | 38.1999 | 19,099.95 | 01/16/18 | 4,780.05 | | |
| **HARLEY DAVIDSON INC** | **200.0000** | **36.86000** | **7,372.00** | **2%** | **(338.55)** | **4.01%** | **296.00** |
| SYMBOL: HOG | 200.0000 | 38.5527 | 7,710.55 | 05/27/08 | (338.55) | | |
| **MCKESSON CORP** | **11.0000** | **128.25000** | **1,410.75** | **<1%** | **850.41** | **1.21%** | **17.16** |
| SYMBOL: MCK | 11.0000 | 50.9400 | 560.34 | 12/18/06 | 850.41 | | |
| **MERCK & CO. INC.** | **100.0000** | **74.43000** | **7,443.00** | **2%** | **4,038.05** | **2.95%** | **220.00** |
| SYMBOL: MRK | 100.0000 | 34.0495 | 3,404.95 | 10/04/04 | 4,038.05 | | |
| **NOBLE CORP PLC F** | **150.0000** | **3.30000** | **495.00** | **<1%** | **(4,255.73)** | **N/A** | **N/A** |
| SYMBOL: NE | 150.0000 | 31.6715 | 4,750.73 | 01/03/11 | (4,255.73) | | |
| **P G & E CORP** | **200.0000** | **13.00000** | **2,600.00** | **<1%** | **(2,828.95)** | **N/A** | **N/A** |
| SYMBOL: PCG | 200.0000 | 27.1447 | 5,428.95 | 11/14/18 | (2,828.95) | | |
| **PACIFIC GAS A 4.36% PFD** | **600.0000** | **16.15000** | **9,690.00** | **2%** | **1,609.10** | **N/A** | **N/A** |
| PFD | 100.0000 | 17.8095 | 1,780.95 | 11/13/18 | (165.95) | | |
| SYMBOL: PCG+I | 500.0000 | 12.5999 | 6,299.95 | 01/08/19 | 1,775.05 | | |
| *Cost Basis* | | | *8,080.90* | | | | |
| **PACIFIC GAS AN 4.5% PFD** | **100.0000** | **16.10000** | **1,610.00** | **<1%** | **(170.95)** | **N/A** | **N/A** |
| PFD | 100.0000 | 17.8095 | 1,780.95 | 11/13/18 | (170.95) | | |
| SYMBOL: PCG+H | | | | | | | |

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

Case: 19-30088 Doc# 6888 Filed: 04/22/20 Entered: 04/22/20 15:42:50 Page 32 of 35



2

Roth Conversion IRA of
RICHARD A GOLDEN
CHARLES SCHWAB & CO INC CUST
ROTH CONVERSION IRA

Account Number 

Statement Period
November 1-30, 2018

## Investment Detail - Equities (continued)

| Equities (continued) | Quantity / Units Purchased | Market Price / Cost Per Share | Market Value / Cost Basis | % of Account Assets / Acquired | Unrealized Gain or (Loss) | Estimated Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| BEST BUY INC | 200.0000 | 64.59000 | 12,918.00 | 3% | 6,109.05 | 2.78% | 360.00 |
| SYMBOL: BBY | 200.0000 | 34.0447 | 6,808.95 | 01/03/11 | 6,109.05 | | |
| EXELON CORP | 500.0000 | 46.39000 | 23,195.00 | 6% | 4,095.05 | 2.97% | 690.00 |
| SYMBOL: EXC | 500.0000 | 38.1999 | 19,099.95 | 01/16/18 | 4,095.05 | | |
| | | | | | | | *Accrued Dividend: 172.50* |
| HARLEY DAVIDSON INC | 200.0000 | 42.29000 | 8,458.00 | 2% | 747.45 | 3.49% | 296.00 |
| SYMBOL: HOG | 200.0000 | 38.5527 | 7,710.55 | 05/27/08 | 747.45 | | |
| MCKESSON CORP | 11.0000 | 124.50000 | 1,369.50 | <1% | 809.16 | 1.25% | 17.16 |
| SYMBOL: MCK | 11.0000 | 50.9400 | 560.34 | 12/18/06 | 809.16 | | |
| MERCK & CO. INC. | 100.0000 | 79.34000 | 7,934.00 | 2% | 4,529.05 | 2.41% | 192.00 |
| SYMBOL: MRK | 100.0000 | 34.0495 | 3,404.95 | 10/04/04 | 4,529.05 | | |
| NOBLE CORP PLC F | 150.0000 | 4.17000 | 625.50 | <1% | (4,125.23) | N/A | N/A |
| SYMBOL: NE | 150.0000 | 31.6715 | 4,750.73 | 01/03/11 | (4,125.23) | | |
| P G & E CORP | 200.0000 | 26.38000 | 5,276.00 | 1% | (152.95) | N/A | N/A |
| SYMBOL: PCG | 200.0000 | 27.1447 | 5,428.95 | 11/14/18 | (152.95) | | |
| PG&E CORP 5% PFD | 100.0000 | 18.40000 | 1,840.00 | <1% | 84.05 | N/A | N/A |
| PFD | 100.0000 | 17.5595 | 1,755.95 | 11/14/18 | 84.05 | | |
| SYMBOL: PCG+C | | | | | | | |
| PG&E CORP 5% PFD | 100.0000 | 18.60000 | 1,860.00 | <1% | 52.05 | N/A | N/A |
| PFD SER A | 100.0000 | 18.0795 | 1,807.95 | 11/13/18 | 52.05 | | |
| SYMBOL: PCG+E | | | | | | | |

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

2

## Realized Gain or (Loss) (continued)

| Long Term (continued) | Quantity/Par | Acquired/ Opened | Sold/ Closed | Total Proceeds | Cost Basis | Realized Gain or (Loss) |
|---|---|---|---|---|---|---|
| P G & E CORP: PCG | 100.0000 | 05/01/02 | 08/17/16 | 6,239.91 | 2,358.48 | 3,881.43 |
| **Total Long Term** | | | | **12,108.43** | **3,460.47** | **8,647.96** |
| **Total Realized Gain or (Loss)** | | | | **12,108.43** | **3,460.47** | **8,647.96** |

*Schwab has provided accurate realized gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. If all data for a given investment is not available, the investment will not be listed here.*
*Option Customers: Realized gain/loss of underlying securities is adjusted to reflect the premiums of assigned or exercised options. Please consult IRS publication 550, Investment Income and Expenses, for additional information on Options.*

## Transaction Detail - Purchases & Sales

### Equities Activity

| Settle Date | Trade Date | Transaction | Description | Quantity | Unit Price | Total Amount |
|---|---|---|---|---|---|---|
| 08/22/16 | 08/17/16 | Sold | EDISON INTERNATIONAL: EIX | (56.0000) | 73.4700 | 4,107.96 |
| 08/22/16 | 08/17/16 | Sold | EDISON INTERNATIONAL: EIX | (4.0000) | 73.4700 | 293.42 |
| 08/22/16 | 08/17/16 | Sold | EDISON INTERNATIONAL: EIX | (20.0000) | 73.4700 | 1,467.14 |
| 08/22/16 | 08/17/16 | Sold | P G & E CORP: PCG | (100.0000) | 62.4900 | 6,239.91 |
| **Total Equities Activity** | | | | | | **12,108.43** |
| **Total Purchases & Sales** | | | | | | **12,108.43** |

Schwab One® Account of
RICHARD A GOLDEN

Account Number

Statement Period
December 1-31, 2016

## Transaction Detail - Purchases & Sales (continued)

### Equities Activity (continued)

| Settle Date | Trade Date | Transaction | Description | Quantity | Unit Price | Total Amount |
|---|---|---|---|---|---|---|
| 12/21/16 | 12/16/16 | Sold | P G & E CORP: PCG | (50.0000) | 60.8900 | 3,035.48 |
| **Total Equities Activity** | | | | | | **6,581.58** |
| **Total Purchases & Sales** | | | | | | **6,581.58** |

## Transaction Detail - Deposits & Withdrawals

| Transaction Date | Process Date | Activity | Description | Location | Credit/(Debit) |
|---|---|---|---|---|---|
| 12/20/16 | 12/20/16 | MoneyLink Txn | Tfr BRANCH BANKING & T, RICHARD GOLDEN | | (4,400.42) |
| **Total Deposits & Withdrawals** | | | | | **(4,400.42)** |

The total deposits activity for the statement period was $0.00. The total withdrawals activity for the statement period was $4,400.42.

## Transaction Detail - Dividends & Interest (including Money Market Fund dividends reinvested)

| Transaction Date | Process Date | Activity | Description | Credit/(Debit) |
|---|---|---|---|---|
| 12/06/16 | 12/06/16 | Qualified Dividend | HSBC HLDGS PLC F: HSBC | 70.50 |
| 12/15/16 | 12/15/16 | Qualified Dividend | WHIRLPOOL CORP: WHR | 2.00 |
| 12/27/16 | 12/27/16 | Cash Dividend | SELECT SECTOR UTI SELECT: XLU | (463.14) |
| 12/30/16 | 12/30/16 | Dividend | SCHWAB CASH RESERVES: SWSXX | 2.11 |
| **Total Dividends & Interest** | | | | **(388.53)** |

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings.
Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

Page 8 of 10

Case: 19-30088 Doc# 6888 Filed: 04/22/20 Entered: 04/22/20 15:42:50 Page 35 of 35