```
                                    Entered on Docket
                                    April 22, 2020
                                    EDWARD J. EMMONS, CLERK
                                    U.S. BANKRUPTCY COURT
                                    NORTHERN DISTRICT OF CALIFORNIA
```


WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Theodore Tsekerides (*pro hac vice*)
(theodore.tsekerides@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:  (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Plaintiffs (Debtors and Debtors in Possession)*

**Signed and Filed: April 22, 2020**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

In re:

**PG&E CORPORATION,**

 - and -

**PACIFIC GAS AND ELECTRIC COMPANY,**

Debtors.

☐ Affects PG&E Corporation
☑ Affects Pacific Gas and Electric Company
☐ Affects both Debtors

* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

Case No. 19-30088 (DM)
Chapter 11
(Lead Case)
(Jointly Administered)

**ORDER APPROVING STIPULATION BETWEEN SARAH PAZDAN AND PACIFIC GAS AND ELECTRIC COMPANY TO TAKE STAY RELIEF MOTION OFF CALENDAR**

Related to Dkt. Nos. 6423 – 6427, 6868

[Resolving Motion Set for Hearing April 29, 2020 at 10:00 am]

The Court having considered the *Stipulation for Taking Motion for Relief [from Stay] Off Calendar* (the "**Stipulation**"), entered into by Pacific Gas and Electric Company (the "**Utility**"), as debtor and debtor and in possession, and moving party and claimant Sarah Pazdan ("**Pazdan**"), filed on April 21, 2020 [Dkt. No. 6868], and pursuant to such stipulation, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The Stipulation is approved.

2. The hearing on Pazdan's motion for relief from the automatic stay [docket no. 6423 – 6427] (the "**Motion**") currently set for April 29, 2020 at 10:00 am shall be taken off calendar.

3. Pazdan may reset the Motion for hearing on not less than 21 days' notice in accordance with the Second Amended Order Implementing Certain Notice and Case Management Procedures, entered May 14, 2019 [docket no. 1996], as it may be amended from time to time.

Approved as to form and content:

FARMER & READY, a Law Corporation

 /s/ Paul F. Ready
Paul F. Ready

*Attorneys for Movant Sarah Pazdan*

*** END OF ORDER ***

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119