MICHAEL D. D. MADDEN
14290 Wintu Way
Redding, CA 96003

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF C.A.
SAN FRANCISCO

17 April 2020

REFERENCE:
   CASE # 19-30088 (DM)
   CASE # 19-30089 (DM)

SIRS:
   TODAY I RECEIVE BY 1ST CL MAIL FROM: PRIME CLERK LLC, GRAND CENTRAL STATION P.O. BOX 4850 NEW YORK, NY 10163-4850 BANKRUPTCY PAPERS AND FILING INFORMATION WITH A SUBMISSION DEADLINE OF YESTERDAY, APRIL 16, 2020, MAKING IT IMPOSSIBLE FOR ME TO FILE A CLAIM!!

   I REQUEST THE COURT

2

TO DECLARE A REVISED DEADLINE FILING DATE SO THAT MYSELF AND OTHERS THAT DID NOT RECEIVE A REASONABLE NOTIFICATION GIVING US TIME TO SEAK COUNSIL AND FILE IN A TIMELY MANNER. I AM A PG&E SHAREHOLDER. THIS LAST MINUTE/LATE PACKAGE THAT I, AND PROBABLY OTHERS, WERE GIVEN IS IRRESPONSIBLE.

THANK YOU FOR YOUR CONSIDERATION OF THIS MATTER.

Sincerely,

*[signature]*

MICHAEL D. D. MADDEN
14290 Wintu Way
Redding, CA 96003