April 17, 2020

Honorable Dennis Montali
United States Bankruptcy Court
Northern District of California, San Francisco Division
450 Golden Gate Avenue
San Francisco, CA 94102

RE: In re: PG&E Corporation, Case No: 19-30088 DM

Dear Honorable Judge Montali:

I am a lay person. Please consider this letter to as a motion for an order to extend the April 16, 2020 deadline to file a rescission or damage claim in the case referenced above. Due to the current Covid19 viral pandemic disruption of how we Americans must alter our daily aspects of living, I placed my mail in bags for review at a later time to avoid my contamination and infection by the virus as suggested by health officials. It was only after reviewing my many of bags of mail did I find and read the notice of the bankruptcy claim this morning. I spoke with both the PG&E Prime Clerk's Office and the Northern District US Bankruptcy Court Office today and was informed to proceed with the claim, including an explanation for my late submission. Accordingly, today, on April 17, 2020, I am submitting my claim and supporting documents to Prime Clerk LLC. Please let me know if I must file a formal motion to obtain an extension.

I have been a long-time investor in the PG&E Corporation. In March 1988, I purchased 200 shares and enrolled in a dividend reinvestment plan until I sold my shares in November 2018. During this time, I stayed with the company through its first bankruptcy in April 2001. Unfortunately, due to the wildfires, the company is again in a bankruptcy situation. Consequently, I have lost a substantial amount of my investment. I am retired now and with the current negative and uncertain economic present and future, I respectfully request consideration for a late submission of my claim. My application, complete with the necessary documentation, will allow me to seek $3211.66 under the rescission and damages claim.

Thank you for your time and consideration,

*Jan A Okimoto*

Jan A Okimoto
P.O. Box 22691, Sacramento, California, 95822
Birth Year: 1956
Account Numbers of Financial Entities holding my shares during 4/29/15 – 11/15/18 include:
(last 4 digits)     American Stock Transfer and Trust Co: 6820
                    Wells Fargo Shareowner Services: 3159
                    Schwab One Account: 2865

Cc: PG&E Corporation Claims Processing Center
c/o Prime Clerk LLC
Grand Central Station,
PO Box 4850
New York, NY 10163-4850

*Filed 4/17/2020*

# Prime Clerk



## You're done signing
## Electronic Proof of Claim_#ZX#$27423

Open agreement

---

Attached is the final agreement for your reference. You can also open it online to review its activity history.

Thank you for your electronic submission. Please do not send a duplicate of this submission by any other method of return.

Need your own documents signed? Adobe Sign can help save you time. Learn more.

To ensure that you continue receiving our emails, please add **echosign@echosign.com** to your address book or safe list.

© 2020 Adobe. All rights reserved.

pdf

Electronic...igned.pdf
4.4 MB

# Prime Clerk

4/17/2020

Electronic Claim Submission

## Thank you for submitting a proof of claim in PG&E's chapter 11 cases.

An email with a copy of your filed claim will be sent from Adobe Sign <echosign@echosign provided at the beginning of the submission process. Once your proof of claim is processe submission, but possibly longer), it will appear on the claims register accessible here.

The processing of your proof of claim form and the appearance of your claim on the claims your claim is allowed.

← RETURN TO CASE HOME