**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION,** <br><br>    - and – <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> Debtors. <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br><br> * *All papers shall be filed in the Lead Case No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) <br><br> (Jointly Administered) <br><br> **MONTHLY FEE STATEMENT OF KELLER BENVENUTTI KIM LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF FEBRUARY 1, 2020 THROUGH FEBRUARY 29, 2020** <br><br> **Objection Deadline: May 14, 2020** <br>                   **4:00 p.m. (Pacific Time)** <br><br> [No hearing requested] |

To: The Notice Parties

| | |
|---|---|
| Name of Applicant: | <u>Keller Benvenutti Kim LLP</u> |
| Authorized to Provide Professional Services to: | <u>Co-Counsel for Debtors and Debtors in Possession</u> |
| Date of Retention: | <u>January 29, 2019[1]</u> |
| Period for which compensation and reimbursement are sought: | <u>February 1, 2020 through February 29, 2020</u> |
| Amount of compensation sought as actual, reasonable, and necessary: | <u>$145,724 (80% of $182,155)</u> |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | <u>$6,915.81</u> |

Keller Benvenutti Kim LLP (the "**Applicant**"), co-counsel for PG&E Corporation and Pacific Gas and Electric Company (the "**Debtors**"), hereby submits its Monthly Fee Statement (the "**Monthly Fee Statement**") for allowance and payment of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred for the period commencing February 1, 2020 through February 29, 2020 (the "**Fee Period**") pursuant to the *Order Pursuant to 11 U.S.C §§ 331 and 105(a) and Fed. R. Bankr. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, entered on February 27, 2019 [Docket No. 701] (the "**Interim Compensation Procedures Order**").

By this Monthly Fee Statement, the Applicant requests allowance and payment of $145,724 (80% of $182,155) as compensation for professional services rendered to the Debtors during the Fee Period and allowance and payment of $6,915.81 (representing 100% of the expenses allowed) as reimbursement for actual and necessary expenses incurred by the Applicant during the Fee Period.

Annexed hereto as **<u>Exhibit A</u>** hereto is the name of each professional who performed services for the Debtors in connection with these Chapter 11 Cases during the Fee Period covered by this Fee

---

[1] On April 10, 2019, the Court entered the *Order Authorizing Debtors Pursuant to 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ Keller & Benvenutti LLP as Co-Counsel for the Debtors* Nunc Pro Tunc *to the Petition Date* [Dkt No. 1306] (the "**Retention Order**").

Statement and the hourly rate and total fees for each professional. Attached hereto as **Exhibit B** is a summary of hours during the Fee Period by task. Attached hereto as **Exhibit C** is a summary of expenses incurred during the Fee Period. Attached hereto as **Exhibit D** are the detailed time entries for the Fee Period. Attached hereto as **Exhibit E** are the detailed expense entries for the Fee Period.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Interim Compensation Procedures Order, responses or objections to this Monthly Fee Statement, if any, must be filed and served on or before 4:00 p.m. (Pacific Time) on the 21st day (or the next business day if such day is not a business day) following the date the Monthly Fee Statement is served (the "**Objection Deadline**").

**PLEASE TAKE FURTHER NOTICE** that upon the expiration of the Objection Deadline, the Applicant shall file a certificate of no objection with the Court, after which the Debtors are authorized and directed to pay the Applicant an amount equal to 80% of the fees and 100% of the expenses requested in this Monthly Fee Statement. If an objection is properly filed, the Applicant may (i) request the Court approve the amounts subject to objection or (ii) forego payment of such amounts until the next hearing to consider interim or final fee applications, at which time the Court will adjudicate any unresolved objections.

Dated: April 23, 2020                    Respectfully submitted,

**KELLER BENVENUTTI KIM LLP**

By:  /s/ Dara L. Silveira
        Dara L. Silveira

*Attorneys for Debtors and Debtors in Possession*

**Notice Parties**

PG&E Corporation
c/o Pacific Gas & Electric Company
Attn:   Janet Loduca, Esq.
77 Beale Street
San Francisco, CA 94105

Weil, Gotshal & Manges LLP
Attn:   Stephen Karotkin, Esq.
        Jessica Liou, Esq.
        Matthew Goren, Esq.
767 Fifth Avenue
New York, NY 10153

The Office of the United States Trustee for Region 17
Attn:   Andrew Vara, Esq.
        Timothy Laffredi, Esq.;
450 Golden Gate Avenue, 5th Floor, Suite #05-0153
San Francisco, CA 94102

Milbank LLP
Attn:   Dennis F. Dunne, Esq.
        Sam A. Khalil, Esq.
55 Hudson Yards
New York, NY 10001-2163

Milbank LLP
Attn:   Paul S. Aronzon, Esq.,
        Gregory A. Bray, Esq.,
        Thomas R. Kreller, Esq.
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067

Baker & Hostetler LLP
        Attn: Eric Sagerman, Esq. and
        Cecily Dumas, Esq.
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509

Bruce A. Markell, Fee Examiner
541 N. Fairbanks Ct., Ste 2200
Chicago, IL 60611-3710

Scott H. McNutt
324 Warren Road
San Mateo, California 94402