# EXHIBIT A

## COMPENSATION BY PROFESSIONAL
## FEBRUARY 1, 2020 THROUGH FEBRUARY 29, 2020

The attorneys and paraprofessionals who rendered legal services in these Chapter 11 Cases from February 1, 2020 through February 29, 2020 (the "**Fee Period**") are:

| NAME OF PROFESSIONAL: | POSITION | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Tobias S. Keller | Partner | 1990 | 850[2] | 8.9 | $7,565 |
| Peter J. Benvenutti | Partner | 1974 | 850 | 77.2 | $65,620 |
| Jane Kim | Partner | 2003[1] | 700 | 55.9 | $39,130 |
| Keith A. McDaniels | Of Counsel | 1997 | 650 | 7.2 | $4,680 |
| Dara L. Silveira | Associate | 2010 | 450 | 57.4 | $25,830 |
| Thomas B. Rupp | Associate | 2011 | 450 | 69 | $31,050 |
| Hadley Roberts-Donnelly | Paralegal Trainee | N/A | 150 | 55.2 | $8,280 |
| **Total Professionals:** | | | | **330.8** | **$182,155** |

[1] Member of the California Bar since 2014

| PROFESSIONALS TOTALS: | BLENDED RATE (rounded to nearest dollar) | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | 784 | 149.2 | $116,995 |
| Associates | 450 | 126.4 | $56,880 |
| **Blended Attorney Rate** | **631** | **275.6** | **$173,875** |
| Paraprofessionals and other non-legal staff | 150 | 55.2 | $8,280 |
| **Total Fees Incurred** | **551** | **330.8** | **$182,155** |

---

[2] The Applicant increased its attorneys' hourly billing rates effective as of February 1, 2020. *See* Docket No. 5224.