**EXHIBIT B**

**COMPENSATION BY WORK TASK CODE FOR
SERVICES RENDERED BY KELLER BENVENUTTI KIM LLP
FEBRUARY 1, 2020 THROUGH FEBRUARY 29, 2020**

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 002 | Omnibus & Miscellaneous Court Appearances | 65.3 | $29,215 |
| 004 | General Case Administration | 29.8 | $9,020 |
| 005 | Automatic Stay Proceedings | 59.6 | $43,365 |
| 006 | IDI, Meeting of Creditors and Creditor Inquiries | 4.1 | $2,770 |
| 007 | Professional Retention and Compensation – Keller Benvenutti Kim | 12.6 | $4,170 |
| 008 | Professional Retention and Compensation – Other Professionals | 28.2 | $11,740 |
| 009 | Financing and Cash Collateral | 1.9 | $1,155 |
| 015 | Supplier Issues | 2 | $1,025 |
| 017 | Sale or Use of Property – Motions | 3.1 | $1,745 |
| 018 | Executory Contract Issues | 14.4 | $7,855 |
| 021 | Plan – Advice, Strategy and Negotiation | 1.2 | $975 |
| 022 | Plan and Disclosure Statement – Preparation of Documents | 39.3 | $26,335 |
| 023 | Plan Confirmation | .2 | $170 |
| 027 | Claims Review | 3.3 | $1,960 |
| 028 | Claim Disputes and Resolution | 38.8 | $23,080 |
| 032 | USDC Probation Compliance | 7.2 | $4,680 |
| 036 | Miscellaneous Litigation Issues and Advice | 18.3 | $12,220 |
| 037 | Appeals | 1.5 | $675 |
| **TOTAL** | | **330.8** | **$182,155** |