**EXHIBIT C**

**EXPENSE SUMMARY**
**FEBRUARY 1, 2020 THROUGH FEBRUARY 29, 2020**

| EXPENSES | AMOUNTS |
|---|---|
| Computerized Research | $0 |
| Meals | $0 |
| Travel | $0 |
| Transportation | $83.84 |
| Printing and Duplication | $3,036.51 |
| Transcription Services | $3,484.80 |
| Telephone Conferencing | $35 |
| Messenger | $275.66 |
| Filing Fees | $0 |
| **Total Expenses Requested:** | **$6,915.81** |