1                                          **<u>EXHIBIT E</u>**



Billing Statement No. 022020
Date: 04/23/2020
Due Upon Receipt

650 California Street, Suite 1900
San Francisco, CA 94108
Email: admin@kbkllp.com

PG&E Corporation
Attn: Janet Loduca
77 Beale Street
San Francisco, CA 94105

## 00138-31 PG&E

## Chapter 11 representation- Expenses

| Type | Date | Description | Quantity | Rate | Fees and Expenses Total |
|------|------|-------------|----------|------|------------------------|
| Expense | 02/01/2020 | E102 Outside printing: Clear Discovery Invoice Nos. 1291, 1287, 1288. | 1.00 | $3,036.51 | $3,036.51 |
| Expense | 02/05/2020 | E116 Trial transcripts: eScribers Invoice No. 307308. | 1.00 | $925.65 | $925.65 |
| Expense | 02/11/2020 | E109 Local travel: Car home working late filing disclosure statement. | 1.00 | $61.74 | $61.74 |
| Expense | 02/11/2020 | E109 Local travel: Uber from court to office following February 11 omnibus hearing (with P. Benvenutti). | 1.00 | $11.55 | $11.55 |
| Expense | 02/11/2020 | E109 Local travel: Uber from office to court for February 11 omnibus hearing (with P. Benvenutti). | 1.00 | $10.55 | $10.55 |
| Expense | 02/12/2020 | E116 Trial transcripts: eScribers Invoice No. 309214. | 1.00 | $877.25 | $877.25 |
| Expense | 02/25/2020 | E107 Delivery services/messengers: Nationwide Invoice No. 363990. | 1.00 | $275.66 | $275.66 |
| Expense | 02/25/2020 | E116 Trial transcripts: eScribers Invoice No. 311502. | 1.00 | $713.90 | $713.90 |
| Expense | 02/27/2020 | E116 Trial transcripts: eScribers Invoice No. 312770. | 1.00 | $804.65 | $804.65 |
| Expense | 02/28/2020 | E105 Telephone: CourtCall Invoice No. 10416424. | 1.00 | $35.00 | $35.00 |
| Expense | 02/29/2020 | E116 Trial transcripts: eScribers Invoice No. 312983. | 1.00 | $163.35 | $163.35 |

| Time Keeper | Position | Time | Rate | Fees and Expenses Total |
|-------------|----------|------|------|------------------------|
| | | Fees and Expenses Subtotal | | $6,915.81 |
| | | Fees and Expenses Total | | $6,915.81 |