Signed and Filed: April 24, 2020

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

1  Robert A. Julian (SBN 88469)
   Cecily A. Dumas (SBN 111449)
2  BAKER & HOSTETLER LLP
   Transamerica Pyramid Center
3  600 Montgomery Street, Suite 3100
   San Francisco, CA 94111-2806
4  Telephone:    415.659.2600
   Facsimile:    415.659.2601
5  Email: rjulian@bakerlaw.com
   Email: cdumas@bakerlaw.com
6
   Eric E. Sagerman (SBN 155496)
7  David J. Richardson (SBN 168592)
   Lauren T. Attard (SBN 320898)
8  BAKER & HOSTETLER LLP
   11601 Wilshire Blvd., Suite 1400
9  Los Angeles, CA 90025-0509
   Telephone:    310.820.8800
10 Facsimile:    310.820.8859
   Email: esagerman@bakerlaw.com
11 Email: drichardson@bakerlaw.com
   Email: lattard@bakerlaw.com

*Counsel for Official Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>        -and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                                    **Debtors.**<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**ORDER GRANTING THE EX PARTE APPLICATION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004 FOR ENTRY OF AN ORDER AUTHORIZING SERVICE OF A SUBPOENA ON OLIVER WYMAN, INC.** |

The Court, having reviewed the Ex Parte Application of the Official Committee of Tort Claimants Pursuant to Bankruptcy Rule 2004 for Entry of an Order Authorizing Service of a Subpoena on Oliver Wyman, Inc. filed on April 23, 2020 (the "Application"), and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Application is granted, as provided herein.
2. The TCC is authorized to serve the subpoena attached to the Application as Exhibit B, with an amended return date of 21 days from the date of this Order.

**END OF ORDER**