**Entered on Docket
April 24, 2020
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**



```
1    Robert A. Julian (SBN 88469)
     Cecily A. Dumas (SBN 111449)              Signed and Filed: April 24, 2020
2    BAKER & HOSTETLER LLP
     Transamerica Pyramid Center
3    600 Montgomery Street, Suite 3100
     San Francisco, CA 94111-2806
4    Telephone:    415.659.2600                _____
     Facsimile:    415.659.2601                DENNIS MONTALI
5    Email: rjulian@bakerlaw.com               U.S. Bankruptcy Judge
     Email: cdumas@bakerlaw.com
6
     Eric E. Sagerman (SBN 155496)
7    David J. Richardson (SBN 168592)
     Lauren T. Attard (SBN 320898)
8    BAKER & HOSTETLER LLP
     11601 Wilshire Blvd., Suite 1400
9    Los Angeles, CA 90025-0509
     Telephone:    310.820.8800
10   Facsimile:    310.820.8859
     Email: esagerman@bakerlaw.com
11   Email: drichardson@bakerlaw.com
     Email: lattard@bakerlaw.com
12
13   Counsel for Official Committee of Tort Claimants
```

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | Chapter 11 |
| -and- | (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** **Debtors.** | **ORDER GRANTING THE EX PARTE APPLICATION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004 FOR ENTRY OF AN ORDER AUTHORIZING SERVICE OF A SUBPOENA ON PHILLIPS AND JORDAN, INC.** |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas and Electric Company | |
| ■ Affects both Debtors | |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM) | |

Case: 19-30088    Doc# 6927    Filed: 04/24/20    Entered: 04/24/20 13:17:41    Page 1 of 2

The Court, having reviewed the Ex Parte Application of the Official Committee of Tort Claimants Pursuant to Bankruptcy Rule 2004 for Entry of an Order Authorizing Service of a Subpoena on Phillips and Jordan, Inc. filed on April 23, 2020 (the "Application"), and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Application is granted, as provided herein.

2. The TCC is authorized to serve the subpoena attached to the Application as Exhibit B, with an amended return date of 21 days from the date of this Order.

**END OF ORDER**