1 | Robert A. Julian (SBN 88469)
2 | Cecily A. Dumas (SBN 111449)
    BAKER & HOSTETLER LLP
3 | Transamerica Pyramid Center
    600 Montgomery Street, Suite 3100
    San Francisco, CA 94111-2806
4 | Telephone:     415.659.2600
    Facsimile:      415.659.2601
5 | Email: rjulian@bakerlaw.com
    Email: cdumas@bakerlaw.com

7 | Eric E. Sagerman (SBN 155496)
    David J. Richardson (SBN 168592)
    Lauren T. Attard (SBN 320898)
8 | BAKER & HOSTETLER LLP
    11601 Wilshire Blvd., Suite 1400
9 | Los Angeles, CA 90025-0509
    Telephone:     310.820.8800
10| Facsimile:      310.820.8859
    Email: esagerman@bakerlaw.com
11| Email: drichardson@bakerlaw.com
    Email: lattard@bakerlaw.com

Signed and Filed: April 24, 2020

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

*Counsel for Official Committee of Tort Claimants*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>    -and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                              **Debtors.**<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**ORDER GRANTING THE EX PARTE APPLICATION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004 FOR ENTRY OF AN ORDER AUTHORIZING SERVICE OF A SUBPOENA ON REAX ENGINEERING, INC.** |

The Court, having reviewed the Ex Parte Application of the Official Committee of Tort Claimants Pursuant to Bankruptcy Rule 2004 for Entry of an Order Authorizing Service of a Subpoena on Reax Engineering, Inc. filed on April 23, 2020 (the "Application"), and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Application is granted, as provided herein.
2. The TCC is authorized to serve the subpoena attached to the Application as Exhibit B, with an amended return date of 21 days from the date of this Order.

**END OF ORDER**