**Entered on Docket**
**April 24, 2020**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA




**Signed and Filed: April 24, 2020**

DENNIS MONTALI
U.S. Bankruptcy Judge

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Theodore Tsekerides (*pro hac vice*)
(theodore.tsekerides@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Plaintiffs (Debtors and Debtors in Possession)*

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

In re:

**PG&E CORPORATION,**

**- and -**

**PACIFIC GAS AND ELECTRIC COMPANY,**

**Debtors.**

☐ Affects PG&E Corporation
☑ Affects Pacific Gas and Electric Company
☐ Affects both Debtors

** All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

Case No. 19-30088 (DM)
Chapter 11
(Lead Case)
(Jointly Administered)

**ORDER APPROVING STIPULATION AND AGREEMENT FOR ORDER BETWEEN THE UTILITY AND LAURIE A. DEUSCHEL RESOLVING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

Related to Dkt. Nos. 6106-07, 6109-11, 6315-16, 6885

[Resolving Motion Set for Hearing April 29, 2020 at 10:00 am]

The Court having considered the *Stipulation and Agreement for Order Between the Utility and Laurie A. Deuschel Resolving Motion for Relief from the Automatic Stay* (the "**Stipulation**"),[1] entered into by Pacific Gas and Electric Company (the "**Utility**"), as debtor and debtor and in possession, and Laurie A. Deuschel ("**Deuschel**"), filed on April 22, 2020 [Dkt. No. 6885], and pursuant to such stipulation of the Parties, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The Stipulation is approved.

2. Effective as of the later of entry of this Order or June 30, 2020, the automatic stay shall be modified to permit Deuschel to prosecute the State Court Case through final judgment and any appeals thereof, subject however to paragraph 3 of this Order.

3. The automatic stay shall remain in place as to any judgment for monetary recovery issued by the State Court to Deuschel. Deuschel may recover any such judgment only through the claims process in these Chapter 11 Cases. Nothing herein shall be construed to be a waiver by the Utility of any right to object on any grounds to any claim submitted by Deuschel in these Chapter 11 Cases.

4. The Motion is withdrawn and the Hearing is vacated.

5. The Stipulation is effective upon entry of this Order, notwithstanding any contrary effect of Federal Rule of Bankruptcy Procedure 4001(a)(3).

6. The Stipulation is without prejudice to any aspect of the underlying State Court Case, and nothing herein is intended to, nor shall it be construed to be, a waiver by the Utility or Deuschel of any claims, defenses, or arguments with respect to the same.

7. The Stipulation shall constitute the entire agreement and understanding of the Parties relating to the subject matter hereof and supersede all prior agreements and understandings relating to the subject matter hereof.

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

8. The Court shall retain jurisdiction to resolve any disputes or controversies arising from this Stipulation or any order approving the terms of this Stipulation.

/s/ Laurie A. Deuschel
Laurie A. Deuschel
*In Pro Per*

*** END OF ORDER ***

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119