**EXHIBIT A**

# EXHIBIT A
## COMPENSATION BY PROFESSIONAL
## FOR THE PERIOD FEBRUARY 1, 2020 THROUGH FEBRUARY 29, 2020

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---:|---:|---:|
| Brent Williams | Managing Director | $ 1,195 | 265.9 | $ 317,750.50 |
| Alex Stevenson | Managing Director | 1,195 | 130.8 | 156,306.00 |
| Brendan Murphy | Managing Director | 1,095 | 255.1 | 279,334.50 |
| Sherman Guillema | Director | 895 | 101.7 | 91,021.50 |
| Peter Gnatowski | Director | 895 | 282.4 | 252,748.00 |
| Matt Merkel | Vice President | 795 | 303.7 | 241,441.50 |
| Erik Ellingson | Associate | 695 | 118.2 | 82,149.00 |
| Naeem Muscatwalla | Associate | 695 | 96.2 | 66,859.00 |
| Riley Jacobs | Analyst | 395 | 278.0 | 109,810.00 |
| Alex Gebert | Analyst | 395 | 200.3 | 79,118.50 |
| Zack Stone | Analyst | 395 | 168.5 | 66,557.50 |
| **Total** | | | | $ **1,743,096.00** |