**EXHIBIT B**

# EXHIBIT B
# COMPENSATION BY WORK TASK CODE
# FOR THE PERIOD FEBRUARY 1, 2020 THROUGH FEBRUARY 29, 2020

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---:|---:|
| 3 | Financial Analysis (Requested by Counsel, or Otherwise) | 357.4 | $ 278,523.00 |
| 4 | 13-Week Cash Flow / MOR / Liquidity Analysis | 10.6 | $ 7,397.00 |
| 6 | Due Diligence of Wildfire Safety Plan and Related Analysis | 53.2 | $ 33,714.00 |
| 7 | Debtor Professionals - Diligence / Meetings / Calls | 62.5 | $ 49,367.50 |
| 9 | Other Professionals / Interested Parties - Diligence / Meetings / Calls | 25.9 | $ 29,730.50 |
| 10 | Tort Claimants (Counsel/FA) - Diligence / Meetings / Calls | 74.5 | $ 82,357.50 |
| 12 | Committee Related Matters - Diligence / Meetings / Calls | 153.1 | $ 144,344.50 |
| 13 | Bankruptcy Filings, Motions and Other Document Review | 48.0 | $ 25,570.00 |
| 15 | Review of Employee-Related Matters, Including Retention Plans | 8.5 | $ 6,557.50 |
| 16 | Review of Claims and Related Analysis | 95.9 | $ 69,250.50 |
| 18 | Analysis of New Debt or Equity Capital | 47.0 | $ 40,755.00 |
| 19 | Analysis of Pro-Forma Capital Structure, and Related Analysis | 92.1 | $ 73,469.50 |
| 20 | Benchmarking and Related Analysis | 286.4 | $ 183,068.00 |
| 21 | Term Sheets, Plan, and Disclosure Statement Analysis | 325.1 | $ 270,314.50 |
| 23 | Deposition(s), Testimony, Court Hearing(s), and Related Preparation / Attendance | 34.1 | $ 29,459.50 |
| 24 | Business Plan | 99.2 | $ 92,744.00 |
| 25 | Regulatory and Legislative Matters, and Related Financial Analysis | 316.2 | $ 243,609.00 |
| 26 | Travel Time - Non Working Travel (Capped) | 33.0 | $ 35,735.00 |
| 27 | Project Administration | 21.9 | $ 14,810.50 |
| 29 | Time and Expenses Tracking | - | $ - |
| 31 | Fee Application Preparation | 56.2 | $ 32,319.00 |
| **Grand Total** | | **2,200.8** | **$ 1,743,096.00** |