**EXHIBIT C**

# EXHIBIT C
# EXPENSE SUMMARY
# FOR THE PERIOD FEBRUARY 1, 2020 THROUGH FEBRUARY 29, 2020

| **Expense Type** | **Amount** |
|---|---|
| Airfare | $10,925.77 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | $1,017.22 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | $2,093.48 |
| Hotel Stay (Traveling) | $6,483.47 |
| Internet/Online Fees | $93.83 |
| Meals - In Town Only | $1,007.37 |
| Meals - Out-of-Town Travel Only | $848.06 |
| Other / Miscellaneous | $169.51 |
| Parking | $190.80 |
| Printing/Photocopying (In-House) | $894.40 |
| Teleconferencing | $384.01 |
| **Total** | **$24,107.92** |