**EXHIBIT E**

Case: 19-30088    Doc# 6933-5    Filed: 04/24/20    Entered: 04/24/20 14:24:30    Page 1 of 5

| Project Category | Expense Date | LI Professional(s) | Expense Detail(s) / Internal Memo(s) | Amount ($) |
|---|---|---|---|---|
| Airfare | 2/5/2020 | 001502 Merkel, Matthew E | Ticketing Fees | 28.00 |
| Airfare | 1/27/2020 | 001462 Williams, Brent C | Ticketing Fees | 30.00 |
| Airfare | 1/28/2020 | 001462 Williams, Brent C | Ticketing Fees | 14.00 |
| Airfare | 1/28/2020 | 001462 Williams, Brent C | Airfare | 167.29 |
| Airfare | 1/28/2020 | 001462 Williams, Brent C | Ticketing Fees | 23.00 |
| Airfare | 1/28/2020 | 001462 Williams, Brent C | Airfare | 462.60 |
| Airfare | 1/28/2020 | 001462 Williams, Brent C | Airfare | 137.89 |
| Airfare | 2/5/2020 | 001502 Merkel, Matthew E | Airfare | 208.71 |
| Airfare | 2/5/2020 | 001502 Merkel, Matthew E | Airfare | 185.98 |
| Airfare | 2/5/2020 | 001502 Merkel, Matthew E | Airfare | 25.00 |
| Airfare | 2/12/2020 | 001502 Merkel, Matthew E | Ticketing Fees | 30.00 |
| Airfare | 1/29/2020 | 001463 Murphy, Brendan J | Ticketing Fees | 9.00 |
| Airfare | 1/29/2020 | 001463 Murphy, Brendan J | Airfare | 537.75 |
| Airfare | 2/12/2020 | 001502 Merkel, Matthew E | Airfare | 166.21 |
| Airfare | 2/21/2020 | 001502 Merkel, Matthew E | Ticketing Fees | 19.00 |
| Airfare | 2/21/2020 | 001502 Merkel, Matthew E | Airfare | 275.98 |
| Airfare | 2/4/2020 | 001463 Murphy, Brendan J | Ticketing Fees | 14.00 |
| Airfare | 2/4/2020 | 001463 Murphy, Brendan J | Airfare | 489.64 |
| Airfare | 2/4/2020 | 001206 Stevenson, Alexander W | Ticketing Fees | 40.00 |
| Airfare | 2/21/2020 | 001502 Merkel, Matthew E | Ticketing Fees | 22.00 |
| Airfare | 2/22/2020 | 001502 Merkel, Matthew E | Airfare | 279.00 |
| Airfare | 2/27/2020 | 001502 Merkel, Matthew E | Ticketing Fees | 40.00 |
| Airfare | 2/5/2020 | 001463 Murphy, Brendan J | Ticketing Fees | 35.00 |
| Airfare | 2/5/2020 | 001463 Murphy, Brendan J | Airfare | 203.67 |
| Airfare | 2/6/2020 | 001463 Murphy, Brendan J | Ticketing Fees | 35.00 |
| Airfare | 2/7/2020 | 001206 Stevenson, Alexander W | Ticketing Fees | 30.00 |
| Airfare | 2/11/2020 | 001206 Stevenson, Alexander W | Airfare | 508.00 |
| Airfare | 2/12/2020 | 001206 Stevenson, Alexander W | Airfare | 558.00 |
| Airfare | 2/12/2020 | 001206 Stevenson, Alexander W | Airfare | 229.00 |
| Airfare | 2/12/2020 | 001206 Stevenson, Alexander W | Ticketing Fees | 30.00 |
| Airfare | 2/12/2020 | 001206 Stevenson, Alexander W | Ticketing Fees | 30.00 |
| Airfare | 2/12/2020 | 001206 Stevenson, Alexander W | Airfare | 398.36 |
| Airfare | 2/13/2020 | 001206 Stevenson, Alexander W | Ticketing Fees | 22.00 |
| Airfare | 2/24/2020 | 001206 Stevenson, Alexander W | Ticketing Fees | 9.00 |
| Airfare | 2/24/2020 | 001206 Stevenson, Alexander W | Airfare | 678.00 |
| Airfare | 2/8/2020 | 001462 Williams, Brent C | Airfare | 439.81 |
| Airfare | 2/8/2020 | 001462 Williams, Brent C | Ticketing Fees | 9.00 |
| Airfare | 2/8/2020 | 001462 Williams, Brent C | Airfare | 371.00 |
| Airfare | 2/14/2020 | 001462 Williams, Brent C | Airfare | 1,754.60 |
| Airfare | 2/16/2020 | 001462 Williams, Brent C | Ticketing Fees | 9.00 |
| Airfare | 2/18/2020 | 001462 Williams, Brent C | Ticketing Fees | 9.00 |
| Airfare | 2/23/2020 | 001462 Williams, Brent C | Ticketing Fees | 18.00 |
| Airfare | 2/23/2020 | 001462 Williams, Brent C | Airfare | 366.87 |
| Airfare | 2/23/2020 | 001462 Williams, Brent C | Airfare | 319.55 |
| Airfare | 2/10/2020 | 001693 Ellingson, Erik | Ticketing Fees | 14.00 |
| Airfare | 2/10/2020 | 001693 Ellingson, Erik | Airfare | 979.27 |
| Airfare | 2/10/2020 | 001402 Guillema, Sherman R | Ticketing Fees | 9.00 |
| Airfare | 2/10/2020 | 001402 Guillema, Sherman R | Airfare | 222.52 |
| Airfare | 2/10/2020 | 001463 Murphy, Brendan J | Ticketing Fees | 35.00 |
| Airfare | 2/10/2020 | 001463 Murphy, Brendan J | Airfare | 135.09 |
| Airfare | 2/12/2020 | 001402 Guillema, Sherman R | Airfare | 234.98 |
| Airfare | 2/12/2020 | 001402 Guillema, Sherman R | Ticketing Fees | 19.00 |
| Airfare | 2/25/2020 | 001402 Guillema, Sherman R | Ticketing Fees | 9.00 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 2/1/2020 | 001516 Stone, Zack | Working Past 9pm / Late Night Transportation | 14.76 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 2/1/2020 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 24.18 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 2/2/2020 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 28.57 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 2/4/2020 | 001473 Gebert, Alexander M | Working Past 9pm / Late Night Transportation | 11.84 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 2/4/2020 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 19.73 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 2/5/2020 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 24.74 |

(1) Includes expenses related to prior fee periods that were not previously filed due to timing.

# EXHIBIT E
# EXPENSE DETAIL
## FOR THE PERIOD FEBRUARY 1, 2020 TO FEBRUARY 29, 2020[(1)]

| Project Category | Expense Date | LI Professional(s) | Expense Detail(s) / Internal Memo(s) | Amount ($) |
|---|---|---|---|---|
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 2/6/2020 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 27.81 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 2/7/2020 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 24.37 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 2/9/2020 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 20.84 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 2/10/2020 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 20.92 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 2/11/2020 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 20.30 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 2/12/2020 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 25.34 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 2/13/2020 | 001516 Stone, Zack | Working Past 9pm / Late Night Transportation | 18.80 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 2/13/2020 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 19.17 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 2/14/2020 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 21.95 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 2/15/2020 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 28.75 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 2/16/2020 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 24.56 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 2/17/2020 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 21.95 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 2/18/2020 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 22.14 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 1/24/2020 | 001502 Merkel, Matthew E | Working Past 9pm / Late Night Transportation | 52.61 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 1/28/2020 | 001502 Merkel, Matthew E | Working Past 9pm / Late Night Transportation | 5.00 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 2/20/2020 | 001516 Stone, Zack | Working Past 9pm / Late Night Transportation | 26.80 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 2/20/2020 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 17.46 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 2/21/2020 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 39.59 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 2/23/2020 | 001516 Stone, Zack | Working Past 9pm / Late Night Transportation | 10.76 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 2/24/2020 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 16.02 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 2/25/2020 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 18.62 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 2/26/2020 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 32.28 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 2/27/2020 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 18.24 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 1/28/2020 | 001502 Merkel, Matthew E | Working Past 9pm / Late Night Transportation | 54.67 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 1/31/2020 | 001502 Merkel, Matthew E | Working Past 9pm / Late Night Transportation | 67.65 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 2/28/2020 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 18.30 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 2/29/2020 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 28.21 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 2/11/2020 | 001502 Merkel, Matthew E | Working Past 9pm / Late Night Transportation | 49.60 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 2/18/2020 | 001502 Merkel, Matthew E | Working Past 9pm / Late Night Transportation | 6.62 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 2/18/2020 | 001502 Merkel, Matthew E | Working Past 9pm / Late Night Transportation | 49.17 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 2/18/2020 | 001502 Merkel, Matthew E | Working Past 9pm / Late Night Transportation | 49.28 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 2/17/2020 | 001538 Muscatwalla, Naeem | Working Past 9pm / Late Night Transportation | 17.77 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 2/18/2020 | 001538 Muscatwalla, Naeem | Working Past 9pm / Late Night Transportation | 10.10 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 2/19/2020 | 001538 Muscatwalla, Naeem | Working Past 9pm / Late Night Transportation | 7.75 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 2/7/2020 | 001206 Stevenson, Alexander W | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 43.84 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 2/7/2020 | 001206 Stevenson, Alexander W | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 1.00 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 2/7/2020 | 001206 Stevenson, Alexander W | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 7.50 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 2/7/2020 | 001206 Stevenson, Alexander W | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 5.00 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 2/7/2020 | 001206 Stevenson, Alexander W | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 50.53 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 2/11/2020 | 001463 Murphy, Brendan J | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 75.45 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 2/12/2020 | 001463 Murphy, Brendan J | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 78.65 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 2/13/2020 | 001463 Murphy, Brendan J | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 89.39 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 2/14/2020 | 001463 Murphy, Brendan J | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 97.88 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 2/7/2020 | 001462 Williams, Brent C | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 113.21 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 2/7/2020 | 001206 Stevenson, Alexander W | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 53.53 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 2/8/2020 | 001206 Stevenson, Alexander W | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 3.00 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 2/8/2020 | 001206 Stevenson, Alexander W | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 10.00 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 2/8/2020 | 001206 Stevenson, Alexander W | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 179.82 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 2/12/2020 | 001206 Stevenson, Alexander W | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 45.65 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 2/12/2020 | 001402 Guillema, Sherman R | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 59.16 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 2/12/2020 | 001402 Guillema, Sherman R | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 61.54 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 2/13/2020 | 001402 Guillema, Sherman R | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 33.30 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 2/12/2020 | 001206 Stevenson, Alexander W | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 31.37 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 2/12/2020 | 001206 Stevenson, Alexander W | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 3.00 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 2/13/2020 | 001206 Stevenson, Alexander W | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 3.00 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 2/12/2020 | 001502 Merkel, Matthew E | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 82.00 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 2/12/2020 | 001502 Merkel, Matthew E | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 26.06 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 2/13/2020 | 001502 Merkel, Matthew E | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 24.47 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 2/13/2020 | 001502 Merkel, Matthew E | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 35.13 |

(1) Includes expenses related to prior fee periods that were not previously filed due to timing.

# EXHIBIT E
# EXPENSE DETAIL
## FOR THE PERIOD FEBRUARY 1, 2020 TO FEBRUARY 29, 2020[1]

| Project Category | Expense Date | LI Professional(s) | Expense Detail(s) / Internal Memo(s) | Amount ($) |
|---|---|---|---|---|
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 2/24/2020 | 001502 Merkel, Matthew E | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 10.75 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 2/25/2020 | 001502 Merkel, Matthew E | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 33.70 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 2/13/2020 | 001206 Stevenson, Alexander W | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 101.85 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 2/13/2020 | 001206 Stevenson, Alexander W | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 3.00 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 2/13/2020 | 001206 Stevenson, Alexander W | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 37.53 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 2/25/2020 | 001206 Stevenson, Alexander W | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 26.62 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 2/7/2020 | 001462 Williams, Brent C | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 87.86 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 2/8/2020 | 001462 Williams, Brent C | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 121.05 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 2/25/2020 | 001206 Stevenson, Alexander W | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 4.20 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 2/25/2020 | 001502 Merkel, Matthew E | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 5.00 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 2/25/2020 | 001502 Merkel, Matthew E | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 12.50 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 2/25/2020 | 001502 Merkel, Matthew E | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 42.26 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 2/26/2020 | 001502 Merkel, Matthew E | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 12.21 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 2/26/2020 | 001502 Merkel, Matthew E | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 11.94 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 2/27/2020 | 001502 Merkel, Matthew E | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 12.66 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 2/27/2020 | 001502 Merkel, Matthew E | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 12.89 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 2/27/2020 | 001502 Merkel, Matthew E | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 10.32 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 2/28/2020 | 001502 Merkel, Matthew E | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 17.05 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 2/28/2020 | 001502 Merkel, Matthew E | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 60.15 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 2/28/2020 | 001502 Merkel, Matthew E | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 11.62 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 2/29/2020 | 001502 Merkel, Matthew E | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 49.02 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 2/25/2020 | 001206 Stevenson, Alexander W | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 42.43 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 2/25/2020 | 001206 Stevenson, Alexander W | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 6.36 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 2/26/2020 | 001206 Stevenson, Alexander W | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 101.35 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 2/26/2020 | 001206 Stevenson, Alexander W | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 27.38 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 2/26/2020 | 001206 Stevenson, Alexander W | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 14.10 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 2/26/2020 | 001206 Stevenson, Alexander W | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 4.20 |
| Hotel Stay (Traveling) | 2/11/2020 | 001463 Murphy, Brendan J | Hotel Stay | 1,390.46 |
| Hotel Stay (Traveling) | 2/8/2020 | 001462 Williams, Brent C | Hotel Stay | 212.23 |
| Hotel Stay (Traveling) | 2/9/2020 | 001462 Williams, Brent C | Hotel Stay | 212.84 |
| Hotel Stay (Traveling) | 2/13/2020 | 001462 Williams, Brent C | Hotel Stay | 648.26 |
| Hotel Stay (Traveling) | 2/29/2020 | 001502 Merkel, Matthew E | Hotel Stay | 3,077.64 |
| Hotel Stay (Traveling) | 2/27/2020 | 001206 Stevenson, Alexander W | Hotel Stay | 942.04 |
| Internet/Online Fees | 2/12/2020 | 001502 Merkel, Matthew E | Internet/Online Fees | 8.00 |
| Internet/Online Fees | 2/28/2020 | 001502 Merkel, Matthew E | Internet/Online Fees | 8.00 |
| Internet/Online Fees | 2/12/2020 | 001463 Murphy, Brendan J | Internet/Online Fees | 20.99 |
| Internet/Online Fees | 2/13/2020 | 001463 Murphy, Brendan J | Internet/Online Fees | 18.99 |
| Internet/Online Fees | 2/9/2020 | 001462 Williams, Brent C | Internet/Online Fees | 19.95 |
| Internet/Online Fees | 2/13/2020 | 001462 Williams, Brent C | Internet/Online Fees | 9.90 |
| Internet/Online Fees | 2/7/2020 | 001206 Stevenson, Alexander W | Internet/Online Fees | 8.00 |
| Meals - In Town Only | 2/3/2020 | 001473 Gebert, Alexander M | Working Past 8pm / In Office Dinner (One Professional) Capped | 30.00 |
| Meals - In Town Only | 2/3/2020 | 001516 Stone, Zack | Working Past 8pm / In Office Dinner (One Professional) | 25.53 |
| Meals - In Town Only | 2/3/2020 | 001597 Jacobs, Riley | Working Past 8pm / In Office Dinner (One Professional) Capped | 30.00 |
| Meals - In Town Only | 2/4/2020 | 001473 Gebert, Alexander M | Working Past 8pm / In Office Dinner (One Professional) | 27.26 |
| Meals - In Town Only | 2/4/2020 | 001516 Stone, Zack | Working Past 8pm / In Office Dinner (One Professional) | 21.09 |
| Meals - In Town Only | 2/4/2020 | 001597 Jacobs, Riley | Working Past 8pm / In Office Dinner (One Professional) Capped | 30.00 |
| Meals - In Town Only | 2/18/2020 | 001538 Muscatwalla, Naeem | Working Past 8pm / In Office Dinner (One Professional) Capped | 30.00 |
| Meals - In Town Only | 2/5/2020 | 001597 Jacobs, Riley | Working Past 8pm / In Office Dinner (One Professional) Capped | 30.00 |
| Meals - In Town Only | 2/6/2020 | 001597 Jacobs, Riley | Working Past 8pm / In Office Dinner (One Professional) Capped | 30.00 |
| Meals - In Town Only | 2/7/2020 | 001597 Jacobs, Riley | Working Past 8pm / In Office Dinner (One Professional) | 29.23 |
| Meals - In Town Only | 2/11/2020 | 001597 Jacobs, Riley | Working Past 8pm / In Office Dinner (One Professional) Capped | 30.00 |
| Meals - In Town Only | 2/12/2020 | 001597 Jacobs, Riley | Working Past 8pm / In Office Dinner (One Professional) Capped | 30.00 |
| Meals - In Town Only | 2/13/2020 | 001516 Stone, Zack | Working Past 8pm / In Office Dinner (One Professional) | 19.60 |
| Meals - In Town Only | 1/23/2020 | 001502 Merkel, Matthew E | Working Past 8pm / In Office Dinner (One Professional) | 28.86 |
| Meals - In Town Only | 2/13/2020 | 001597 Jacobs, Riley | Working Past 8pm / In Office Dinner (One Professional) Capped | 30.00 |
| Meals - In Town Only | 2/14/2020 | 001516 Stone, Zack | Working Past 8pm / In Office Dinner (One Professional) | 27.51 |
| Meals - In Town Only | 2/17/2020 | 001597 Jacobs, Riley | Working Past 8pm / In Office Dinner (One Professional) Capped | 30.00 |
| Meals - In Town Only | 2/18/2020 | 001597 Jacobs, Riley | Working Past 8pm / In Office Dinner (One Professional) | 25.45 |
| Meals - In Town Only | 1/24/2020 | 001502 Merkel, Matthew E | Working Past 8pm / In Office Dinner (One Professional) | 29.54 |

(1)  Includes expenses related to prior fee periods that were not previously filed due to timing.

# EXHIBIT E
# EXPENSE DETAIL
## FOR THE PERIOD FEBRUARY 1, 2020 TO FEBRUARY 29, 2020[1]

| Project Category | Expense Date | LI Professional(s) | Expense Detail(s) / Internal Memo(s) | Amount ($) |
|---|---|---|---|---|
| Meals - In Town Only | 2/21/2020 | 001597 Jacobs, Riley | Working Past 8pm / In Office Dinner (One Professional) | 22.44 |
| Meals - In Town Only | 2/24/2020 | 001516 Stone, Zack | Working Past 8pm / In Office Dinner (One Professional) | 28.49 |
| Meals - In Town Only | 1/28/2020 | 001502 Merkel, Matthew E | Working Past 8pm / In Office Dinner (One Professional) | 8.19 |
| Meals - In Town Only | 1/30/2020 | 001502 Merkel, Matthew E | Working Past 8pm / In Office Dinner (One Professional) Capped | 30.00 |
| Meals - In Town Only | 1/31/2020 | 001502 Merkel, Matthew E | Working Past 8pm / In Office Dinner (One Professional) | 29.26 |
| Meals - In Town Only | 2/1/2020 | 001502 Merkel, Matthew E | Working Past 8pm / In Office Dinner (One Professional) Capped | 30.00 |
| Meals - In Town Only | 2/11/2020 | 001502 Merkel, Matthew E | Working Past 8pm / In Office Dinner (One Professional) | 29.99 |
| Meals - In Town Only | 2/12/2020 | 001502 Merkel, Matthew E | Working Past 8pm / In Office Dinner (One Professional) Capped | 30.00 |
| Meals - In Town Only | 2/13/2020 | 001502 Merkel, Matthew E | Working Past 8pm / In Office Dinner (One Professional) | 12.29 |
| Meals - In Town Only | 2/24/2020 | 001597 Jacobs, Riley | Working Past 8pm / In Office Dinner (One Professional) Capped | 30.00 |
| Meals - In Town Only | 2/25/2020 | 001597 Jacobs, Riley | Working Past 8pm / In Office Dinner (One Professional) Capped | 30.00 |
| Meals - In Town Only | 2/14/2020 | 001502 Merkel, Matthew E | Working Past 8pm / In Office Dinner (One Professional) | 27.42 |
| Meals - In Town Only | 2/18/2020 | 001502 Merkel, Matthew E | Working Past 8pm / In Office Dinner (One Professional) | 28.57 |
| Meals - In Town Only | 2/19/2020 | 001502 Merkel, Matthew E | Working Past 8pm / In Office Dinner (One Professional) | 29.65 |
| Meals - In Town Only | 2/21/2020 | 001502 Merkel, Matthew E | Working Past 8pm / In Office Dinner (One Professional) | 29.83 |
| Meals - In Town Only | 2/26/2020 | 001597 Jacobs, Riley | Working Past 8pm / In Office Dinner (One Professional) | 17.17 |
| Meals - In Town Only | 2/27/2020 | 001597 Jacobs, Riley | Working Past 8pm / In Office Dinner (One Professional) Capped | 30.00 |
| Meals - In Town Only | 2/29/2020 | 001597 Jacobs, Riley | Working Past 8pm / In Office Dinner (One Professional) Capped | 30.00 |
| Meals - Out-of-Town Travel Only | 2/12/2020 | 001463 Murphy, Brendan J | Travel Meal - Dinner (Two Professionals) | 144.33 |
| Meals - Out-of-Town Travel Only | 2/12/2020 | 001463 Murphy, Brendan J | Travel Meal - Breakfast (One Professional) Capped | 35.00 |
| Meals - Out-of-Town Travel Only | 2/11/2020 | 001463 Murphy, Brendan J | Travel Meal - Breakfast (One Professional) | 34.12 |
| Meals - Out-of-Town Travel Only | 2/12/2020 | 001402 Guillema, Sherman R | Travel Meal - Dinner (One Professional) | 59.16 |
| Meals - Out-of-Town Travel Only | 2/11/2020 | 001463 Murphy, Brendan J | Travel Meal - Dinner (One Professional) | 54.24 |
| Meals - Out-of-Town Travel Only | 2/13/2020 | 001463 Murphy, Brendan J | Travel Meal - Dinner (One Professional) | 9.60 |
| Meals - Out-of-Town Travel Only | 2/13/2020 | 001463 Murphy, Brendan J | Travel Meal - Breakfast (One Professional) | 5.36 |
| Meals - Out-of-Town Travel Only | 2/14/2020 | 001463 Murphy, Brendan J | Travel Meal - Breakfast (One Professional) | 12.35 |
| Meals - Out-of-Town Travel Only | 2/8/2020 | 001462 Williams, Brent C | Travel Meal - Dinner (One Professional) | 14.91 |
| Meals - Out-of-Town Travel Only | 2/13/2020 | 001462 Williams, Brent C | Travel Meal - Breakfast (One Professional) Capped | 35.00 |
| Meals - Out-of-Town Travel Only | 2/13/2020 | 001462 Williams, Brent C | Travel Meal - Dinner (One Professional) Capped | 75.00 |
| Meals - Out-of-Town Travel Only | 2/8/2020 | 001206 Stevenson, Alexander W | Travel Meal - Dinner (One Professional) | 25.70 |
| Meals - Out-of-Town Travel Only | 2/25/2020 | 001206 Stevenson, Alexander W | Travel Meal - Breakfast (One Professional) | 18.95 |
| Meals - Out-of-Town Travel Only | 2/25/2020 | 001206 Stevenson, Alexander W | Travel Meal - Dinner (One Professional) | 39.86 |
| Meals - Out-of-Town Travel Only | 2/26/2020 | 001206 Stevenson, Alexander W | Travel Meal - Breakfast (One Professional) | 12.75 |
| Meals - Out-of-Town Travel Only | 2/26/2020 | 001206 Stevenson, Alexander W | Travel Meal - Dinner (One Professional) | 60.00 |
| Meals - Out-of-Town Travel Only | 2/12/2020 | 001502 Merkel, Matthew E | Travel Meal - Breakfast (One Professional) | 9.98 |
| Meals - Out-of-Town Travel Only | 2/12/2020 | 001502 Merkel, Matthew E | Travel Meal - Dinner (One Professional) | 44.10 |
| Meals - Out-of-Town Travel Only | 2/13/2020 | 001502 Merkel, Matthew E | Travel Meal - Breakfast (One Professional) | 6.63 |
| Meals - Out-of-Town Travel Only | 2/25/2020 | 001502 Merkel, Matthew E | Travel Meal - Dinner (One Professional) | 21.22 |
| Meals - Out-of-Town Travel Only | 2/26/2020 | 001502 Merkel, Matthew E | Travel Meal - Dinner (One Professional) | 29.91 |
| Meals - Out-of-Town Travel Only | 2/27/2020 | 001502 Merkel, Matthew E | Travel Meal - Dinner (One Professional) | 31.60 |
| Meals - Out-of-Town Travel Only | 2/27/2020 | 001502 Merkel, Matthew E | Travel Meal - Breakfast (One Professional) | 16.88 |
| Meals - Out-of-Town Travel Only | 2/28/2020 | 001502 Merkel, Matthew E | Travel Meal - Breakfast (One Professional) | 7.70 |
| Meals - Out-of-Town Travel Only | 2/28/2020 | 001502 Merkel, Matthew E | Travel Meal - Dinner (One Professional) | 43.71 |
| Other / Miscellaneous | 2/12/2020 | 001402 Guillema, Sherman R | Mileage | 30.16 |
| Other / Miscellaneous | 2/7/2020 | 001206 Stevenson, Alexander W | Mileage | 23.20 |
| Other / Miscellaneous | 2/29/2020 | | Postage/Shipping | 116.15 |
| Parking | 2/8/2020 | 001462 Williams, Brent C | Parking at airport | 130.80 |
| Parking | 2/12/2020 | 001402 Guillema, Sherman R | Parking at airport | 40.00 |
| Parking | 2/7/2020 | 001206 Stevenson, Alexander W | Parking at airport | 20.00 |
| Printing/Photocopying (In-House) | 2/29/2020 | | Presentation printing for meetings | 246.00 |
| Printing/Photocopying (In-House) | 2/29/2020 | | Book preperation fees for presentation materials | 403.75 |
| Printing/Photocopying (In-House) | 2/29/2020 | | Color copies printing | 244.65 |
| Teleconferencing | 2/4/2020 | 001473 Gebert, Alexander M | Court Call | 117.50 |
| Teleconferencing | 2/5/2020 | 001473 Gebert, Alexander M | Court Call | 95.00 |
| Teleconferencing | 2/29/2020 | | Conference Calls - 202002 | 171.51 |

(1) Includes expenses related to prior fee periods that were not previously filed due to timing.