**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Richard Slack (*pro hac vice*)
richard.slack@weil.com
Theodore E. Tsekerides (*pro hac vice*)
(Theodore.tsekerides@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)|
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (650) 636 9251

*Attorneys for Debtors
and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

In re:

**PG&E CORPORATION,**

- and -

**PACIFIC GAS AND ELECTRIC COMPANY,**

Debtors.

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☑ Affects both Debtors

*\* All papers shall be filed in the Lead Case,
No. 19-30088 (DM).*

Case No. 19-30088 (DM)

Chapter 11

(Lead Case) (Jointly Administered)

**DECLARATION OF CHRISTINA F. PULLO IN SUPPORT OF DEBTORS' OMNIBUS RESPONSE TO MOTIONS TO ENLARGE TIME TO FILE RESCISSION OR DAMAGE CLAIM PROOF OF CLAIM FORMS**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

I, Christina F. Pullo, pursuant to section 1746 of title 28 of the United States Code, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. I am Vice President of the Global Corporate Actions Department of Prime Clerk LLC ("**Prime Clerk**"), the court-appointed claims and noticing agent and adminstrative advisor for PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**", and together with PG&E Corp., the "**Debtors**") in the above-captioned cases (the "**Chapter 11 Cases**"). I submit this declaration in support of the *Debtors' Omnibus Response to Motions to Enlarge Time to File Rescission or Damages Proofs of Claim* [Dkt No. 6934] (the "**Response**"). I am authorized to submit this declaration.

2. The matters stated herein are based upon my personal knowledge and review of relevant documents. If called upon, I would testify to the facts set forth in this declaration.

3. On March 2, 2020, Prime Clerk LLC ("**Prime Clerk**"), on behalf of the Debtors, mailed (i) a Rescission or Damage Claim Proof of Claim Form,[1] and (ii) the Rescission or Damage Claim Bar Date Notice (collectively, the "**Rescission or Damage Claim Bar Date Materials**") to the 75,089 parties identified by EQ Shareowner Services as registered holders of the Equity Securities during the Putative Class Period.

4. On February 28, 2020, Prime Clerk, on behalf of the Debtors, served the Rescission or Damage Claim Bar Date Materials on approximately 795 banks, brokers, and financial institutions (or their agents) (collectively, the "**Nominees**")[2] that might have purchased the Debt or Equity Securities in "street name" on behalf of the underlying beneficial owners of those Debt or Equity Securities during the Putative Class Period.

5. In addition to the Rescission or Damage Claim Bar Date Notice, which has a specific section addressed to Nominees regarding the applicable noticing requirements and deadlines, Prime

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Response.

[2] These approximately 795 Nominees were served at approximately 1,095 different addresses. In addition, included in the list of Nominees are the clearinghouses through which the Nominees hold securities, such as The Depository Trust Company, Euroclear, and Clearstream (among others).

Clerk also included in its February 28, 2020 mailing of the Rescission or Damage Bar Date Materials to the Nominees a cover letter that restated the detailed instructions regarding the Court-ordered requirements and deadlines as they pertained to the Nominees. A copy of this letter is attached as Exhibit 1 hereto.

6. During the period beginning February 28, 2020 and ending on April 2, 2020, Prime Clerk received requests from Nominees to send approximately 160,000 printed copies of the Rescission or Damage Claim Bar Date Materials, either to various beneficial owners identified by such Nominees, or directly to the Nominees for the Nominees to distribute to their beneficial owners. These mailings to Nominees and beneficial owners, as applicable, were completed by Prime Clerk typically within two to five days of receiving the required information from the respective Nominee, and Prime Clerk in no instance took longer than one week to complete any such mailing.

7. Between the dates of April 3, 2020 and April 15, 2020, Prime Clerk received requests from three (3) additional Nominees (the "**Late Nominees**") requesting mailings of approximately 110,000 additional printed copies of the Rescission or Damage Claim Bar Date Materials, either directly to their beneficial holders or to the Late Nominee, as designated by the Late Nominee. Prime Clerk promptly completed each of the Late Nominees' requested mailings.

8. Prime Clerk, at the Debtors' direction, has accepted for processing and is continuing to accept for processing Rescission or Damage Claim Proof of Claim Forms notwithstanding the passage of the Extended Securities Claims Bar Date, and individuals who have contacted Prime Clerk or the Debtors have been advised that they may still file Rescission or Damage Claim Proof of Claim Forms, but that the Debtors reserve their rights with respect thereto.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: April 24, 2020

/s/ *Christina F. Pullo*
Christina F. Pullo