# EXHIBIT 1

Case: 19-30088 Doc# 6936-1 Filed: 04/24/20 Entered: 04/24/20 15:51:47 Page 1 of 2



One Grand Central Place
60 East 42nd Street, Suite
1440 New York, NY 10165

primeclerk.com

# MEMORANDUM

TO: All Banks, Brokers and Other Intermediaries

DATE: 2/27/2020

RE: **PG&E Corporation and Pacific Gas and Electric Company**
Case No. 19-30088

**Rescission or Damage Claims Period:
04/29/2015 to 11/15/2018, Inclusive**

**Rescission or Damage Claims Extended Bar Date:
April 16, 2020 at Midnight (Prevailing Pacific Time)**

| CUSIP(s) | | |
|---|---|---|
| 13033W (See Attached Exhibit A) | 130535 (See Attached Exhibit A) | 694308 (See Attached Exhibit A) |
| 13034A (See Attached Exhibit A) | 641321 (See Attached Exhibit A) | 834125 (See Attached Exhibit A) |
| 130534 (See Attached Exhibit A) | 69331C (See Attached Exhibit A) | U69430 (See Attached Exhibit A) |

Enclosed for immediate distribution is the following material **intended for all persons or entities (the potential claimants) that purchased or acquired PG&E publicly traded debt or equity securities during the period April 29, 2015 through November 15, 2018, inclusive (the "Rescission or Damage Claims Period")**:

- **NOTICE OF EXTENDED DEADLINE FOR FILING CERTAIN SECURITIES CLAIMS FOR RESCISSION OR DAMAGES**
- **RESCISSION OR DAMAGE CLAIM PROOF OF CLAIM**

Please note that if you utilize Broadridge's Class Action Mailing Service to distribute Class Action materials to your beneficial holder clients, we have provided Broadridge with hard copies of the above material to distribute on your behalf (using a Rescission or Damage Claims Period for administrative purposes), and the enclosures are courtesy copies for your records.

The Court has directed nominees to comply with the following: **WITHIN SEVEN (7) CALENDAR DAYS OF YOUR RECEIPT OF THIS NOTICE, YOU MUST EITHER**: (a) provide to Prime Clerk the name and last known address of each person or entity for whom or which you purchased or acquired the securities; or (b) request additional copies of this Notice and the Rescission or Damage Claim Proof of Claim Form from Prime Clerk, which will be provided to you free of charge, and **WITHIN SEVEN (7) CALENDAR DAYS** of receipt, mail the Notice and Claim Form directly to all the beneficial owners of those securities. You may utilize Broadridge to comply with the above or reach out to Prime Clerk directly to coordinate (as applicable). All communications concerning the foregoing should be addressed to Prime Clerk at (844) 627-5328 (toll free) for U.S.-based parties; at +1 (347) 226-7122 for International parties or by e-mail at: pgeballots@primeclerk.com.

Invoices relating to distribution of the above materials should be directed to:

Prime Clerk LLC
One Grand Central Place
60 East 42nd Street, Suite 1440
New York, NY 10165
Attn: Messiah Crowell