Pamela Allen (SBN 139136)
State of California, Department of Industrial Relations
Office of the Director
1515 Clay Street, 17th Floor
Oakland, CA 94612
Telephone: (510) 286-0612
Facsimile: (510) 622-3265
Email: pallen@dir.ca.gov

*Attorney for California Department of Industrial Relations-Office of Self-Insured Plans*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION and PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtors. | Case No. 19-30088 (DM)<br>Chapter 11<br>Jointly Administered<br><br>**NOTICE OF CHANGE OF ADDRESS FOR ATTORNEY PAMELA ALLEN** |

**TO: THE DEBTORS; UNITED STATES TRUSTEE; AND OTHER PARTIES IN INTEREST; AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that effective as of April 20, 2020, the new address for attorney Pamela Allen, Counsel for party of interest the California Department of Industrial Relations-Office of Self-Insured Plans in the above-captioned case, is as follows:

Pamela Allen
State of California
Department of Industrial Relations
Office of the Director
1515 Clay Street, 17th Floor
Oakland, CA 94612
Email: pallen@dir.ca.gov
Telephone: (510) 286-0912
Facsimile: (510) 622-3265

Dated: April 24, 2020

/s/ Pamela Allen_____

*Attorney for California Department of Industrial Relations*
*USBC Office of Self-Insured Plans*

DEPARTMENT OF
INDUSTRIAL RELATIONS
OFFICE OF THE DIRECTOR