| | |
|---|---|
| 1 | Steven S. Kane, Esq., SBN: 061670<br>Bonnie E. Kane, Esq., SBN: 167700 |
| 2 | **THE KANE LAW FIRM**<br>402 W. Broadway, Suite 2500 |
| 3 | San Diego, CA 92101<br>Telephone: (619) 236-8700 |
| 4 | Facsimile: (619) 236-1370<br>E-mail: skane@thekanelawfirm.com |
| 5 | E-mail: bonnie@thekanelawfirm.com |
| 6 | Attorneys for KAREN GOWINS, Creditor |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re:* | ) Case No: 19-30088<br>) Case No: 19-30089 |
| PG&E CORPORATION | )<br>) CHAPTER 11 |
| -and- | )<br>) **PROOF OF SERVICE** |
| PACIFIC GAS AND ELECTRIC<br>COMPANY | )<br>) |
| Debtors. | )<br>) |
| ☐ Affects PG&E Corporation | )<br>) |
| ☐ Affects Pacific Gas & Electric | )<br>) |
| ■ Affects Both Debtors | )<br>) |
| *All papers shall be filed in the Lead Case, No.19-30088 (DM)* | )<br>) |

1

---

**PROOF OF SERVICE**

USBC NDCA Case No 19-30088

# PROOF OF SERVICE

I, Bonnie E. Kane, declare

I am a citizen of the United States and employed in San Diego County, California and Butte County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 402 W. Broadway, Suite 2500, San Diego, California 92101. On April 20, 2020 I served a copy of the within document:

1. **JOINDER ON BEHALF OF KAREN GOWINS IN WILLIAM B. ABRAMS' MOTION TO DESIGNATE IMPROPERLY SOLICITED VOTES PURSUANT TO 11 U.S.C. §§ 1125(B) AND 1126 (E) AND BANKRUPTCY RULE 2019;**

2. **DECLARATION OF STEVEN S. KANE IN SUPPORT OFJOINDER ON BEHALF OF KAREN GOWINS IN WILLIAM B. ABRAMS' MOTION TO DESIGNATE IMPROPERLY SOLICITED VOTES PURSUANT TO 11 U.S.C. §§ 1125(B) AND 1126 (E) AND BANKRUPTCY RULE 2019**

3. **EXHIBITS 1, 2, 3**

by transmitting electronically through the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on April 25, 2020, at San Diego, California.

             /s/ Bonnie E. Kane
             Bonnie E. Kane