Steven S. Kane, Esq., SBN: 061670
Bonnie E. Kane, Esq., SBN: 167700
**THE KANE LAW FIRM**
402 W. Broadway, Suite 2500
San Diego, CA 92101
Telephone: (619) 236-8700
Facsimile: (619) 236-1370
E-mail: skane@thekanelawfirm.com
E-mail: bonnie@thekanelawfirm.com

Attorneys for KAREN GOWINS Creditor

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re:* <br><br> PG&E CORPORATION <br><br> -and- <br><br> PACIFIC GAS AND ELECTRIC COMPANY <br><br> Debtors. <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas & Electric <br> ■ Affects Both Debtors <br><br> *All papers shall be filed in the Lead Case, No.19-30088 (DM)* | **Case No. 19-30088 (DM)** <br> Chapter 11 <br> (Lead Case) <br> (Jointly Administered) <br><br> **DECLARATION OF STEVEN S. KANE IN SUPPORT OF JOINDER ON BEHALF OF KAREN GOWINS IN WILLIAM B. ABRAMS' MOTION TO DESIGNATE IMPROPERLY SOLICITED VOTES PURSUANT TO 11 U.S.C. §§ 1125(b) AND 11226 (e) AND BANKRUPTCY RULE 2019** <br><br> Docket Nos. 6799, 6798, 6801 <br><br> Date: TBD <br> Time: TBD <br> Place: United States Bankruptcy Court <br> Courtroom 17, 16th Floor <br> San Francisco, CA 94102 |

I, Steven S. Kane, hereby declare under panlty of perjury that the following is true and correct to the best of my knowledge, information and belief.

1. I am a partner in the Kane Law Firm, counsel to Creditor Karen Gowins in the above

---

DECLARATION OF STEVEN S. KANE IN SUPPORT OF JOINDER ON BEHALF OF KAREN GOWINS IN WILLIAM B. ABRAMS' MOTION TO DESIGNATEIMPROPERLY SOLICITED VOTES PURSUANT TO 11 U.S.C. §§ 1125(b) AND11226(e) AND BANKRUPTCY RULE 2019

referenced case.

2. Exhibit 1 to this Joinder is a true and correct copy of a document entitled "Third Amended Verified Statement of the Ad Hoc Committee of Senior Unsecured Note holders Pursuant to Bankruptcy Rule 2019," which I downloaded directly from the official docket of this case, using the Pacer system. It is docket No. 6747 on that system.

3. Exhibit 2 to this Joinder is a true and correct copy of a document entitled Declaration of Mikal Watts in Support of his Preliminary Opposition to William B. Abrams Motion to Designate Improperly Solicited Votes Pursuant to 11 U.S.C. §§ 1125 (b) and 1126(3) and Bankruptcy Rule 2019 which I downloaded directly from the official docket of this case, using the Pacer system. It is Docket No. 6801-1 on that system.

4. Exhibit 3 to this Joinder is a true and correct copy of a KQED news article of April 25, 2020 which I downloaded from the KQED website at

https://www.kqed.org/news/11813173/attorney-for-pge-fire-victims-funded-by-wall-street-firms-hes-negotiating-against?fbclid=IwAR27cMqjD7FB-AaEBnxI11tFulgOu7D8qPINAP55P4YPYPSIZXL4vzLEpww

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 25, 2020, at San Diego County, California.

                /s/ Steven S. Kane
                STEVEN S. KANE

2

DECLARATION OF STEVEN JOINDER ON BEHALF OF KAREN GOWINS IN WILLIAM B. ABRAMS MOTION TO DESIGNATE IMPROPERLY SOLICITED VOTES PURSUANT TO 11 U.S.C. §§ 1125(b) AND 1126(3) AND BANKRUPTCY RULE 2019

Case: 19-30088    Doc# 6944-2    Filed: 04/25/20    Entered: 04/25/20 14:48:34    Page 2 of 2

USBE/NDCA No. 19-30088 (DM)