# EXHIBIT 1

AKIN GUMP STRAUSS HAUER & FELD LLP

Michael S. Stamer (*pro hac vice*)
Ira S. Dizengoff (*pro hac vice*)
David H. Botter (*pro hac vice*)
Abid Qureshi (*pro hac vice*)
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Email: mstamer@akingump.com
idizengoff@akingump.com
dbotter@akingump.com
aqureshi@akingump.com

Ashley Vinson Crawford (SBN 257246)
580 California Street
Suite 1500
San Francisco, California 94104
Telephone: (415) 765-9500
Facsimile: (415) 765-9501
Email: avcrawford@akingump.com

*Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| In re:<br><br>**PG&E CORPORATION,**<br><br>-and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>☒ Affects both Debtors<br><br>*\*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case Nos. 19-30088 (DM)<br><br>19-30089 (DM)<br><br>Chapter 11<br><br>**THIRD AMENDED VERIFIED STATEMENT OF THE AD HOC COMMITTEE OF SENIOR UNSECURED NOTEHOLDERS PURSUANT TO BANKRUPTCY RULE 2019** |
|---|---|

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company (the "Ad Hoc Committee"), who hold senior unsecured notes issued by Pacific Gas and Electric Company (the "Utility") (and other indebtedness as more specifically detailed in Exhibit A attached hereto), by and through its undersigned counsel, hereby submit this verified statement (this "Statement"), and in support thereof, state as follows:

1. In or around February 2019, the Ad Hoc Committee engaged Akin Gump Strauss Hauer & Feld LLP ("Akin Gump") to represent it in connection with the chapter 11 cases of the Utility and PG&E Corporation (collectively, the "Debtors"). On March 5, 2019, the Ad Hoc Committee filed the *Verified Statement of the Ad Hoc Committee of Senior Unsecured Noteholders Pursuant to Bankruptcy Rule 2019* [Docket No. 744] (the "Original Statement").

2. On July 18, 2019, the Ad Hoc Committee filed the *First Amended Verified Statement of the Ad Hoc Committee of Senior Unsecured Noteholders Pursuant to Bankruptcy Rule 2019* [Docket No. 3083] (the "First Amended Statement").

3. On October 21, 2019, the Ad Hoc Committee filed the *Second Amended Verified Statement of the Ad Hoc Committee of Senior Unsecured Noteholders Pursuant to Bankruptcy Rule 2019* [Docket No. 4369] (the "Second Amended Statement"). This Statement amends and replaces the Second Amended Statement.

4. As of the date of this Statement, Akin Gump represents only the Ad Hoc Committee. Akin Gump does not represent or purport to represent any other entities in connection with the Debtors' chapter 11 cases. Akin Gump does not represent the Ad Hoc Committee as a "committee" (as such term is employed in the Bankruptcy Code and Bankruptcy Rules) and does not undertake to represent the interests of, and are not fiduciaries for, any creditor, party in interest, or other entity that has not signed a retention agreement with Akin Gump. In addition, the Ad Hoc Committee does not represent or purport to represent any other entities in connection with the Debtors' chapter 11 cases.

5. The members of the Ad Hoc Committee either hold claims or manage accounts that hold claims against the Debtors' estates. In accordance with Bankruptcy Rule 2019, a list of the

names, addresses and the "nature and amount of all disclosable economic interests" held in relation to the Debtors as of April 1, 2020, by each member of the Ad Hoc Committee is attached hereto as <u>Exhibit A</u>.

6. The information set forth in <u>Exhibit A</u>, which is based on information provided by the applicable members of the Ad Hoc Committee to Akin Gump, is intended only to comply with Bankruptcy Rule 2019 and is not intended for any other purpose. Akin Gump does not make any representation regarding the validity, amount, allowance, or priority of such claims and reserves all rights with respect thereto.

7. Nothing contained in this Statement (or <u>Exhibit A</u>) should be construed as a limitation upon, or waiver of, any rights of any member of the Ad Hoc Committee to assert, file and/or amend their claims in accordance with applicable law and any orders entered in these chapter 11 cases.

8. Akin Gump reserves the right to amend and/or supplement this Statement in accordance with the requirements set forth in Bankruptcy Rule 2019.

Dated: April 13, 2020
            **AKIN GUMP STRAUSS HAUER & FELD LLP**

            By */s/ Ashley Vinson Crawford*
                Ashley Vinson Crawford (SBN 257246)
                Michael S. Stamer (*pro hac vice*)
                Ira S. Dizengoff (*pro hac vice*)
                David H. Botter (*pro hac vice*)
                Abid Qureshi (*pro hac vice*)

            *Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company*

# Exhibit A

| NAME | ADDRESS | NATURE AND AMOUNT OF DISCLOSABLE ECONOMIC INTEREST |
|---|---|---|
| Apollo Global Management LLC | 9 West 57th Street 43rd Floor New York, NY 10019 | $336,425,000 in Senior Utility Notes[1] $85,000,000 in Utility Revolver Loans[2] $83,000,000 in DIP Term Loans[3] $100,000,000 in Wildfire Subrogation Claims |

---

[1] "Senior Utility Notes" means the senior notes issued by Pacific Gas and Electric Company (the "Utility") under (a) that certain Indenture, dated as of April 22, 2005, between Utility and The Bank of New York Company, as trustee (in such capacity, the "Trustee"), which amends and restates that certain Indenture of Mortgage, dated as of March 11, 2004, relating to the issuance of certain notes which are no longer outstanding, other than $3,000M principal amount of 6.05% senior notes due March 1, 2034, and (i) 1st Supplemental Indenture, dated as of March 13, 2007, relating to $700M principal amount of 5.80% senior notes due March 1, 2037 (ii) 3rd Supplemental Indenture, dated as of March 3, 2008, relating to $400M principal amount of 6.35% senior notes due Feb 15, 2038, (iii) 6th Supplemental Indenture, dated as of March 6, 2009, relating to $550M principal amount of 6.25% senior notes due March 1, 2039, (iv) 8th Supplemental Indenture, dated as of November 18, 2009, relating to $550M principal amount of 5.40% senior notes due January 15, 2040, (v) 9th Supplemental Indenture, dated as of April 1, 2010, relating to $250M principal amount of 5.80% senior notes due March 1, 2037, (vi) 10th Supplemental Indenture, dated as of September 15, 2010, relating to $550M principal amount of 3.50% senior notes due October 1, 2020, (vii) 12th Supplemental Indenture, dated as of November 18, 2010, relating to $250M principal amount of 3.50% senior notes due October 1, 2020 and $250M principal amount of 5.40% senior notes due January 15, 2040, (viii) 13th Supplemental Indenture, dated as of May 13, 2011, relating to $300M principal amount of 4.25% senior notes due May 15, 2021, (ix) 14th Supplemental Indenture, dated as of September 12, 2011, relating to $250M principal amount of 3.25% senior notes due September 15, 2021, (x)16th Supplemental Indenture, dated as of December 1, 2011, relating to $250M principal amount of 4.50% senior notes due December 15, 2041, (xi) 17th Supplemental Indenture, dated as of April 16, 2012, relating to $400M principal amount of 4.45% senior notes due April 15, 2042, (xii) 18th Supplemental Indenture, dated as of August 16, 2012, relating to $400M principal amount of 2.45% senior notes due August 15, 2022 and $350M principal amount of 3.75% senior notes due August 15, 2042, (xiii) 19th Supplemental Indenture, dated as of June 14, 2013, relating to $375M principal amount of 3.25% senior notes due June 15, 2023 and $375M principal amount of 4.60% senior notes due June 15, 2043, (xiv) 20th Supplemental Indenture, dated as of November 12, 2013, relating to $300M principal amount of 3.85% senior notes due November 15, 2023 and $500M principal amount of 5.125% senior notes due November 15, 2043, (xv) 21st Supplemental Indenture, dated as of November 12, 2013, relating to $450M principal amount of 3.75% senior notes due February 15, 2024 and $450M principal amount of 4.75% senior notes due February 15, 2044, (xvi) 23rd Supplemental Indenture, dated as of August 18, 2014, relating to $350M principal amount of 3.40% senior notes due August 15, 2024 and $225M principal amount of 4.75% senior notes due February 15, 2044, (xvii) 24th Supplemental Indenture, dated as of November 6, 2014, relating to $500M principal amount of 4.30% senior notes due March 15, 2045, (xviii) 25th Supplemental Indenture, dated as of June 12, 2015, relating to $400M principal amount of 3.50% senior notes due June 15, 2025 and $100M principal amount of 4.30% senior notes due March 15, 2045, (xix) 26th Supplemental Indenture, dated as of November 5, 2015, relating to $200M principal amount of 3.50% senior notes due June 15, 2025 and $450M principal amount of 4.25% senior notes due March 15, 2046, (xx) 27th Supplemental Indenture, dated as of March 1, 2016, relating to $600M principal amount of 2.95% senior notes due March 1, 2026, (xxi) 28th Supplemental Indenture, dated as of December 1, 2016, relating to $400M principal amount of 4.00% senior notes due December 1, 2046, (xxii) 29th Supplemental Indenture, dated as of March 10, 2017, relating to $400M principal amount of 3.30% senior notes due March 15, 2027 and $200M principal amount of 4.00% senior notes due December 1, 2046, (b) that certain Indenture, dated as of March 10, 2017, between Utility and the Trustee, relating to $1,150M principal amount of 3.30% senior notes due December 1, 2027 and $850M principal amount of 3.95% of senior notes due 2047 and (c) that certain Indenture, dated as of August 6, 2018, between Utility and the Trustee, as supplemented by 1st Supplemental Indenture, dated as of August 6, 2018, relating to $500M principal amount of 4.25% senior notes due 2023 and $300M principal amount of 4.65% senior notes due 2028.

[2] "Utility Revolver Loans" means loans under that certain Second Amended and Restated Credit Agreement, dated as of April 27, 2015 by and between the Utility and Citibank, N.A. as administrative agent (in such capacity, the "Revolving Agent").

[3] "DIP Term Loans" means the term loans under that senior secured, superpriority debtor-in-possession new money credit, guaranty and security agreement (the "DIP Credit Agreement") in an aggregate principal amount of $1,500,000,000.

| Aurelius Capital Management, LP | 535 Madison Avenue<br>31st Floor<br>New York, NY 10022 | $89,902,000 in Senior Utility Notes |
|---|---|---|
| Canyon Capital Advisors LLC | 2000 Avenue of the Stars<br>11th Floor<br>Los Angeles, CA 90067 | $600,044,000 in Senior Utility Notes<br>$129,037,343.93 in Utility Revolver Loans<br>$102,748,595.72 in Utility L/C Reimbursement<br>$58,557,367.00 in HoldCo Revolver Loans[4]<br>$45,000,000 in HoldCo Term Loans[5] |
| Capital Group | 333 South Hope Street<br>55th Floor<br>Los Angeles, CA 90071 | $390,025,000 in Senior Utility Notes<br>$37,985,000 in Utility L/C Reimbursement |
| CarVal Investors, LLC | 461 Fifth Avenue<br>New York, NY 10017 | $82,727,000 in Senior Utility Notes<br>$35,000,000 in Utility Revolver Loans<br>$100,000,000 in Utility L/C Reimbursement |
| Castle Hook Partners LP | 250 West 55th Street<br>New York, NY 10019 | $107,250,000 in Senior Utility Notes<br>$10,000,000 in Utility Revolver Loans<br>3,333,841 shares of PG&E Stock |
| Citadel Advisors LLC | 520 Madison Avenue<br>New York, NY 10022 | $741,190,000 in Senior Utility Notes<br>$174,972,513.80 in Utility Revolver Loans<br>5,395,315 shares of PG&E Stock |
| Davidson Kempner Capital Management LP | 520 Madison Avenue<br>30th Floor<br>New York, NY 10022 | $945,184,000 in Senior Utility Notes<br>$327,931,000 in Utility Revolver Loans<br>$25,000,000 in Utility L/C Reimbursement<br>$2,666,000 in Trade Claims |
| Diameter Capital Partners LP | 24 West 40th Street<br>5th Floor<br>New York, NY 10018 | $156,290,000 in Senior Utility Notes<br>$104,541,717 in Utility Revolver Loans<br>$17,000,000 in Bilateral Utility Loan<br>$33,865,078 in Trade Claims |

---

[4] "HoldCo Revolver Loans" means loans under that certain Second Amended and Restated Credit Agreement, dated as of April 27, 2015 by and between PG&E and the Revolving Agent.

[5] "HoldCo Term Loans" means loans under that certain Term Loan Credit Agreement, dated as of April 16, 2018, by and between PG&E and Mizuho Bank, Ltd., as administrative agent.

| Elliott Management Corporation | 40 West 57th Street<br>New York, NY 10019 | $1,722,605,000 in Senior Utility Notes |
|---|---|---|
| Farallon Capital Management, L.L.C. | One Maritime Plaza<br>Suite 2100<br>San Francisco, CA 94111 | $855,880,000 in Senior Utility Notes<br>$260,120,000 in Utility Revolver Loans<br>$28,000,000 in DIP Term Loans<br>$86,340,000 in Trade Claims<br>$1,140,000 in Wildfire Subrogation Claims |
| Fidelity Management & Research | 801 Boylston Street<br>Boston, MA 02116 | $712,822,000 in Senior Utility Notes |
| Fir Tree Partners | 55 West 46th Street<br>29th Floor<br>New York, NY 10036 | $89,800,000 in Senior Utility Notes |
| LMR Partners LLP | 363 Lafayette Street<br>New York, NY 10012 | $76,409,000 in Senior Utility Notes |
| Marathon Asset Management LP | One Bryant Park<br>38th Floor<br>New York, NY 10036 | $24,250,000 in Senior Utility Notes<br>$22,698,939 in Utility Revolver Loans<br>$41,724,692 in HoldCo Revolver Loans<br>$39,023,409 in HoldCo Term Loans |
| Oak Hill Advisors, L.P. | 1114 6th Avenue<br>27th Floor<br>New York, NY 10036 | $162,500,000 in Senior Utility Notes |
| Oaktree Capital Management, L.P. | 333 South Grand Avenue<br>28th Floor<br>Los Angeles, CA 90071 | $167,223,000 in Senior Utility Notes<br>$24,458,189 in Utility Revolver Loans<br>$10,000,000 in Utility Term Loans[6]<br>$3,750,000 in DIP Term Loans |
| Pacific Investment Management Company LLC | 650 Newport Center Drive<br>Newport Beach, CA 92660 | $3,170,343,000 in Senior Utility Notes<br>$230,000,000 in Utility Term Loans<br>$1,065,340,000 in DIP Term Loans |

---

[6] "Utility Term Loans" means loans under that certain term loan agreement dated as of February 23, 2018 by and among the Utility, The Bank of Tokyo-Mitsubishi UFJ, Ltd. ("BTMU") and U.S. Bank National Association, as lenders, joint lead arranger and joint bookrunners and BTMU as administrative agent.

| P. Schoenfeld Asset Management LP | 1350 Avenue of the Americas 21st Floor New York, NY 10019 | $153,471,000 in Senior Utility Notes |
|---|---|---|
| Sculptor Capital Management | 9 West 57th Street 39th Floor New York, NY 10019 | $493,120,670,000 in Senior Utility Notes $20,000,000 in DIP Term Loans $105,000,000 in Utility L/C Reimbursement 216,800 shares of PG&E Stock Short Positions in 2,168 Call Option Contracts on PG&E Stock 2,168 Put Option Contracts on PG&E Stock |
| Senator Investment Group LP | 510 Madison Avenue Suite 28 New York, NY 10022 | $88,286,000 in Senior Utility Notes $25,000,000 in Utility Revolver Loans |
| Silver Rock Financial LP | 12100 Wilshire Blvd. Suite 1000 Los Angeles, CA 90025 | $46,329,000 in Senior Utility Notes |
| Taconic Capital Advisors LP | 280 Park Avenue 5th Floor New York, NY 10017 | $133,810,000 in Senior Utility Notes $50,000,000 in Utility Revolver Loans $25,000,000 in Utility L/C Reimbursement |
| Third Point LLC | 390 Park Avenue New York, NY 10022 | $605,953,000 in Senior Utility Notes $10,000,000 in Utility Revolver Loans |
| Värde Partners, Inc. | 901 Marquette Avenue South Minneapolis, MN 55402 | $696,827,000 in Senior Utility Notes $372,285,106.67 in Utility Revolver Loans $5,000,000 in Utility L/C Reimbursement |