# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re

PG&E CORPORATION
-and-
PACIFIC GAS AND ELECTRIC COMPANY

Debtor(s).

Case No.
Chapter

APPLICATION FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, __Lisa S. Gast__, an active member in good standing of the bar of __Washington, DC__, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing __City of Santa Clara, dba Silicon V__ in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

   Mark Gorton (SBN 99312)

   Boutin Jones Inc., 555 Capital Mall, 15th Floor, Sacramento CA 95814

   916-321-4444.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 4/27/2020

*/s/ Lisa Gast*