# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

In re:

PG&E CORPORATION

-and-

PACIFIC GAS AND ELECTRIC COMPANY,

Debtors.

Case No. 19-30088 (DM)

Chapter 11

(Lead Case)

(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

**CONTRARIAN FUNDS, LLC**
Name of Transferee

**Address for all Communications/Notices:**

CONTRARIAN FUNDS, LLC
411 WEST PUTNAM AVE., SUITE 425
GREENWICH, CT 06830
ATTN: ALISA MUMOLA
Phone: 203-862-8211
Fax:     203-485-5910
Email: tradeclaimsgroup@contrariancapital.com

**Address for all Payments/Distributions:**

CONTRARIAN FUNDS, LLC
ATTN: 392426
500 ROSS ST 154-0455
PITTSBURGH, PA 15262

**COWEN SPECIAL INVESTMENTS LLC**
**AS TRANSFEREE OF AVEVA SOFTWARE, LLC**
Name of Transferor

**Name and Current Address of Transferor:**

COWEN SPECIAL INVESTMENTS LLC
AS TRANSFEREE OF AVEVA SOFTWARE, LLC
ATTN: GAIL ROSENBLUM
599 LEXINGTON AVENUE, 21ST FLOOR
NEW YORK, NY 10022

| Schedule/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Claim No. 17140 | Cowen Special Investments LLC as Transferee of AVEVA Software, LLC | $19,796.00 | Pacific Gas and Electric Company | 19-30089 |
| Claim No. 79563 (to supersede claim 17140) | Cowen Special Investments LLC as Transferee of AVEVA Software, LLC | $18,288.00 | Pacific Gas and Electric Company | 19-30089 |

I declare under penalty of perjury that the information provided in this notice
is true and correct to the best of my knowledge and belief.

By:_____/s/ Alisa Mumola_____          Date:  April 27, 2020
        Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

<u>Exhibit A</u>

EVIDENCE OF TRANSFER OF CLAIM

TO:      United States Bankruptcy Court
Northern District of California
San Francisco Division
Attn: Clerk

AND TO:    PG&E CORPORATION AND PACIFIC GAS AND ELECTRIC COMPANY ("Debtor")
Case No. 19-30088 (Lead Case)

For value received, the adequacy and sufficiency of which are hereby acknowledged, Cowen Special Investments LLC ("<u>Assignor</u>") hereby unconditionally and irrevocably sells, transfers and assigns to Contrarian Funds, LLC ("<u>Assignee</u>") 100% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code), against PG&E Corporation and Pacific Gas and Electric Company (the "<u>Debtor</u>"), the debtor in Case No. 19-30088 ("<u>Case</u>") pending in the United States Bankruptcy Court for the Northern District of California (the "<u>Bankruptcy Court</u>"), and the relevant portion of any and all proofs of claim (Claim No. 17140 and Claim No. 79563) filed by Assignor or its predecessor-in-interest with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim, recognizing Assignee as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 23 day of April 2020.

**COWEN SPECIAL INVESTMENTS LLC**

By:
Name:  Burton Welly
Title: Authorized Signatory

**CONTRARIAN FUNDS, LLC**
By: Contrarian Capital Management, L.L.C., as Manager

By:
Name:   Lewis Schwartz
Title:    COO
