# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Alain B. Francoeur, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On April 22, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the Notice Parties Service List attached hereto as **Exhibit A**:

- Order Setting Hearing and Tentative Ruling on Motions for Relief from Stay [Docket No. 6867]

3. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 27th day of April 2020, at New York, NY.

*/s/ Alain B. Francoeur*
Alain B. Francoeur

SRF 41609

# **Exhibit A**

# Exhibit A
Notice Parties Service List
Served via first class mail

| NAME | ADDRESS 1 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|
| Agustin Carrera, et al. | 886 Gina Ct. | Upland | CA | 91784 |
| Andrea Williams, et al. | 36796 Hillview Road | Hinkley | CA | 92347 |
| Aurang Zaib Khan, et al. | 1969 East Cooley Ave. | San Bernardino | CA | 92408 |
| Barbara A. Vinson, et al. | 3220 Cindy Circle | Anderson | CA | 96007 |
| Carolyn Bolin, et al. | 36310 Lenwood Road | Hinkley | CA | 92347 |
| Charles Matthiesen, et al. | 36771 Hidden River Rd. | Hinkley | CA | 92347 |
| Cindy Sue Downing | P.O. Box 376 | Hinkley | CA | 92347 |
| Clell Courtney, et al. | 25595 Ash Road | Barstow | CA | 92311 |
| Darlene Herring Jenkins | P.O. Box 376 | Hinkley | CA | 92347 |
| David Matthiesen, et al. | 36709 Hidden River Road | Hinkley | CA | 92347 |
| Joel A. Christison | P.O. Box 9048 | Alta Loma | CA | 91701 |
| John Ramirez, et al. | 38006 Pueblo Road | Hinkley | CA | 92347 |
| Jose Ornelas, et al. | 18284 Pacific Street | Hesperia | CA | 92345 |
| Juliana Martinez, et al. | 3633 Hidden River Road | Hinkley | CA | 92347 |
| Keith Hawes | P.O. Box 376 | Hinkley | CA | 92347 |
| Ken Nitao | 244 S. Citrus Avenue | Alhambra | CA | 91801 |
| Marina Riebeling, et al. | 4600 Jerry Ave. | Baldwin Park | CA | 91706 |
| Martin Garza, et al. | P.O. Box 344 | Hinkley | CA | 92347 |
| Nick Panchev | 25633 Anderson Avenue | Barstow | CA | 92311 |
| Norman Halstead, et al. | 20455 Halstead Road | Hinkley | CA | 92347 |
| Oscar Urbina | 3617 Slauson Ave. | Maywood | CA | 90270 |
| Robert Miller, et al. | 37241 Sycamore Street | Hinkley | CA | 92347 |
| Sandra L. Brown, et al. | P.O. Box 192 | Hinkley | CA | 92347 |
| Saray Ordaz, et al. | 1042 E. Sandison St. Apt. 1 | Wilmington | CA | 90744 |
| Shirley Holcroft, et al. | P.O. Box HD | Barstow | CA | 92311 |
| Yvonne Kirkpatrick, et al. | 23394 Alcudia Rd. | Hinkley | CA | 92347 |

In re: PG&E Corporation, *et al.*
Case No. 19-30088 (DM)

Page 1 of 1