**Pierce Bainbridge Beck Price & Hecht LLP**
Janine F. Cohen (SBN 250443)
jcohen@piercebainbridge.com
355 S. Grand Ave., 44th Floor
Los Angeles, CA 90071
(213) 262-9333

*Attorneys for Camp Fire Victims*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>and<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtors. | Case No. 19-30088<br>(Lead Case) (Jointly Administered)<br><br>Chapter 11<br><br>NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM SERVICE LIST OF JANINE F. COHEN |

**TO THE CLERK OF THE COURT AND ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that Janine F. Cohen hereby withdraws her appearance filed on behalf of David Herndon, Julia Herndon, Gabriella Herndon, Jedidiah Herndon, Estefania Miranda, Gabriella's Eatery, Chico Rent-A-Fence, Ponderosa Pest & Weed Control, and Steven Jones (collectively "Camp Fire Victims"), in the above-captioned case.

PLEASE TAKE FURTHER NOTICE that Ms. Cohen additionally requests that Debtors and the Clerk of the Court remove the undersigned counsel and its address from any mailing matrix in the above-captioned case.

Dated: April 27, 2020                By:  /s/ Janine F. Cohen
                                     Janine F. Cohen

                                     **PIERCE BAINBRIDGE BECK
                                     PRICE & HECHT LLP**
                                     355 S. Grand Ave., 44th Floor
                                     Los Angeles, CA 90071
                                     (213) 262-9333
                                     jcohen@piercebainbridge.com

                                     *Attorneys for Camp Fire Victims*