Michael Eggenberger (*pro hac vice*)
Pierce Bainbridge Beck Price & Hecht LLP
277 Park Avenue, 45th Floor
New York, NY 10172
(212) 484-9866
meggenberger@piercebainbridge.com

*Attorneys for Camp Fire Victims*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>and<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtors. | Case No. 19-30088<br>(Lead Case) (Jointly Administered)<br><br>Chapter 11<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM SERVICE LIST** |

**TO THE CLERK OF THE COURT AND ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that Michael Eggenberger hereby withdraws the *pro hac a*ppearance filed on behalf of David Herndon, Julia Herndon, Gabriella Hemdon, Jedidiah Herndon, Estefania Miranda, Gabriella's Eatery, Chico Rent-A-Fence, Ponderosa Pest & Weed Control, and Steven Jones (collectively "Camp Fire Victims"), in the above-captioned case.

PLEASE TAKE FURTHER NOTICE that Mr. Eggenberger additionally requests that Debtors and the Clerk of the Court remove the undersigned counsel and its address from any mailing matrix in the above-captioned case.

| | |
|---|---|
| Dated: April 15, 2020 | By: /s/ Michael Eggenberger<br>Michael Eggenberger<br><br>**PIERCE BAINBRIDGE BECK PRICE & HECHT LLP**<br>277 Park Avenue, 45th Floor<br>New York, New York 10172<br>(212) 484-9866<br>meggenberger@piercebainbridge.com<br>*Attorneys for Camp Fire Victims* |

NOTICE OF WITHDRAWAL OF APPEARANCE