Robert J Miller
8555 Old Carriage Trail
Cincinnati, Ohio. 45242
April 25, 2012

The Honorable Judge Dennis Montali
United States Bankruptcy Judge
United States Bankruptcy Court for the
    Northern District of California
Courtroom 17
450 Golden Gate Ave.
Mail Box 36099
San Francisco, CA  94102

In re: PG&E Common Shareholder Claim, Case 19-30088 (DM) and 30089 (DM)

Dear Judge Montali:

I am respectfully requesting that you extend the time for PG&E common equity holders to file a claim be extended from April 16, 2020 until April 30, 2020 at Midnight.

I received notice of the need to file this claim by April 16 at my above address on April 24, 2020 by US Mail, which was forwarded from my principal address, 425 Dockside Dr.#706  Naples, FL 34110.  I have been forced due to the Coronavirus by order of the Governor of Ohio to stay and shelter in place at my Ohio home since I returned to it March 21, 2020 and was forced to cancel my return to Florida the following week.  I am still in Ohio!

My wife and I owned 400 shares of PG&E common stock which were purchased July 10, 2018 and were sold on November 14, 2018 at a loss of $7,105.24.  I would like to be able to file a claim to recover some or all my loss.  The only reason I was unable to file a timely claim was due to the fact I was sheltering in place in Ohio away from my Florida address.  Once I received the notice and claim form, I completed it that day and returned it  promptly.  Albeit this was after the April 16, 2020.

I respectfully ask you in the interest of fundamental fairness and justice to extend this filing date modestly to accept late but promptly filed claims when the delay was attributable to the pandemic and Government Order.

Very truly yours,


Robert J Miller