# EXHIBIT A

## COMPENSATION BY PROFESSIONAL
## JANUARY 1, 2020 THROUGH JANUARY 31, 2020

| Name of Professional Individual | Position of the Applicant and Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Tomer Perry | Managing Director | n/a | 1.0 | n/a |
| Ken Ziman | Managing Director | n/a | 228.8 | n/a |
| Gregory Hort | Director | n/a | 60.0 | n/a |
| Eli Silverman | Vice President | n/a | 389.3 | n/a |
| Daniel Bier | Associate | n/a | 140.5 | n/a |
| Garrett Deutsch | Associate | n/a | 10.0 | n/a |
| Daniel Katz | Associate | n/a | 147.0 | n/a |
| Nathan Mooney | Associate | n/a | 296.8 | n/a |
| Matt Strain | Associate | n/a | 132.0 | n/a |
| Liam Fine | Analyst | n/a | 192.0 | n/a |
| Kevin Hatch | Analyst | n/a | 167.0 | n/a |
| Dan Liotta | Analyst | n/a | 244.3 | n/a |
| Katherine Tobeason | Analyst | n/a | 4.0 | n/a |
| Scott Belinsky | Analyst | n/a | 180.0 | n/a |
| | **TOTALS** | n/a | **2,192.5** | **$300,000.00** |