**EXHIBIT B**

**COMPENSATION BY WORK TASK CODE**
**FOR THE PERIOD JANUARY 1, 2020 THROUGH JANUARY 31, 2020**

| Project Categories | Total Hours | Total Fees |
|---|---:|---:|
| Interface with Professionals, Official Committees, and Other Parties-In-Interest | 827.3 | n/a |
| Business Operations Planning, Monitoring, Reporting and Analysis and Projections | 0.0 | n/a |
| Preparation and/or review of Court Filings | 0.0 | n/a |
| Court Testimony/Deposition and Preparation | 55.8 | n/a |
| Valuation Analysis | 115.5 | n/a |
| Capital Structure Review and Analysis | 275.0 | n/a |
| Merger & Acquisition Activity | 0.0 | n/a |
| Financing including DIP and Exit Financing | 223.0 | n/a |
| General Corporate Finance, Research and Analysis, and Other Due Diligence | 696.0 | n/a |
| Fee Application, Engagement | 0.0 | n/a |
| Employee Retention Program | 0.0 | n/a |
| **TOTAL** | **2,192.5** | **$300,000.00** |