# EXHIBIT C

## EXPENSE SUMMARY
## FOR THE PERIOD JANUARY 1, 2020 THROUGH JANUARY 31, 2020

| **Expense Category** | **Service Provider (if applicable)** | **Total Expenses** |
|---|---|---:|
| Car Services and Taxis | | $3,138.08 |
| Employee Meals | | 281.11 |
| Meals – Meetings/Travel | | 1,589.74 |
| Travel | | 22,483.58 |
| **Total Expenses** | | **$27,492.51** |