**EXHIBIT D**

**DETAIL OF HOURS EXPENDED**
**FOR THE PERIOD JANUARY 1, 2020 THROUGH JANUARY 31, 2020**

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**January 1, 2020 - January 31, 2020**

| Summary of Services Rendered by Project | | |
|---|---|---|
| Code | Project Description | Jan-20 |
| 1 | Interface with Professionals, Official Committees, and Other Parties-In-Interest | 827.3 |
| 2 | Business Operations Planning, Monitoring, Reporting and Analysis, and Projections | -- |
| 3 | Preparation and/or Review of Court Filings | -- |
| 4 | Court Testimony/Deposition and Preparation | 55.8 |
| 5 | Valuation Analysis | 115.5 |
| 6 | Capital Structure Review and Analysis | 275.0 |
| 7 | Merger & Acquisition Activity | -- |
| 8 | Financing Including DIP and Exit Financing | 223.0 |
| 9 | General Corporate Finance, Research and Analysis, and Other Due Diligence | 696.0 |
| 10 | Fee Application, Engagement | -- |
| 11 | Employee Retention Program | -- |
| **Total** | | **2,192.5** |

| Summary of Services Rendered by Professional | |
|---|---|
| Name (Title) | Jan-20 |
| Tomer Perry (Managing Director) | 1.0 |
| Ken Ziman (Managing Director) | 228.8 |
| Greg Hort (Director) | 60.0 |
| Eli Silverman (Vice President) | 389.3 |
| Daniel Bier (Associate) | 140.5 |
| Garrett Deutsch (Associate) | 10.0 |
| Dan Katz (Associate) | 147.0 |
| Nathan Mooney (Associate) | 296.8 |
| Matthew Strain (Associate) | 132.0 |
| Liam Fine (Financial Analyst) | 192.0 |
| Kevin Hatch (Financial Analyst) | 167.0 |
| Dan Liotta (Financial Analyst) | 244.3 |
| Katherine Tobeason (Analyst) | 4.0 |
| Scott Belinsky (Analyst) | 180.0 |
| **Total** | **2,192.5** |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**January 1, 2020 - January 31, 2020**

| Tomer Perry (Managing Director) | | | |
|---|---|---|---|
| Date | Description of Work | Hours | Code |
| 1/13/20 | Internal call on capital structure alternatives | 1 | 6 |
| **Jan-20** | **Monthly Subtotal** | **1.0** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**January 1, 2020 - January 31, 2020**

| Date | Ken Ziman (Managing Director) Description of Work | Hours | Code |
|------|-----------------|-------|------|
| 1/1/20 | Discussion Regarding POR/DS Discussion | 0.5 | 1 |
| 1/1/20 | Daily Professional and Equity Holder Call | 0.5 | 1 |
| 1/2/20 | Recurring Advisor Call | 0.5 | 1 |
| 1/2/20 | Daily Professional and Equity Holder Call | 0.5 | 1 |
| 1/2/20 | Credit Metrics Discussion | 1 | 1 |
| 1/2/20 | Discussion with Investment Bank regarding equity markets | 1 | 1 |
| 1/2/20 | Discussion with management regarding Chapter 11 strategy | 1 | 1 |
| 1/2/20 | Discussion with backstop parties | 2 | 1 |
| 1/3/20 | Credit Metrics Discussion | 0.5 | 1 |
| 1/3/20 | Credit Metrics Discussion | 1 | 1 |
| 1/3/20 | Discussion regarding solvency with management | 2 | 1 |
| 1/3/20 | Discussion with Governor's Office advisors | 2 | 1 |
| 1/3/20 | Discussion with Backstop parties | 1 | 1 |
| 1/4/20 | Review of Model with Ducera (advisor tto CPUC) | 2 | 1 |
| 1/5/20 | Discussion with management regarding Chapter 11 strategy | 1 | 1 |
| 1/6/20 | Discussion with Backstop parties | 3 | 1 |
| 1/6/20 | PCG / MTO Discussion | 1 | 1 |
| 1/6/20 | Board Call | 2 | 1 |
| 1/7/20 | Review of Model with Ducera (advisor tto CPUC) | 2 | 1 |
| 1/7/20 | Discussion of debt financing with JP Morgan | 3 | 1 |
| 1/7/20 | Recurring Advisor Call | 1 | 1 |
| 1/7/20 | PCG / MTO Discussion | 1 | 1 |
| 1/7/20 | Deposition preparation | 1 | 4 |
| 1/7/20 | Daily Professional and Equity Holder Call | 0.5 | 1 |
| 1/7/20 | Call regarding securitization with the company | 1 | 6 |
| 1/7/20 | Discusison with management regarding Governor's Office term sheet | 1 | 1 |
| 1/8/20 | Internal Strategy Discussion | 0.5 | 1 |
| 1/8/20 | PCG / MTO Discussion | 1 | 1 |
| 1/8/20 | Meeting with PJT / Guggenheim / Ducera | 3 | 1 |
| 1/9/20 | Deposition Prep | 3 | 4 |
| 1/9/20 | Daily Professional and Equity Holder Call | 0.5 | 1 |
| 1/9/20 | Direct Testimony Outstanding Items Discussion with Company | 1 | 4 |
| 1/9/20 | Securitization Discussion with company | 2 | 1 |
| 1/9/20 | Discussion with Backstop parties | 3 | 1 |
| 1/10/20 | Governor's Office Term Sheet Review | 3 | 1 |
| 1/11/20 | Preparation of discussion materials | 1 | 9 |
| 1/11/20 | Conversation with Weil regarding make-whole | 3 | 1 |
| 1/12/20 | Internal Strategy Discussions regarding bondholder negotiations | 2 | 1 |
| 1/12/20 | POR / DS Discussion | 0.5 | 1 |
| 1/12/20 | Preparation of discussion materials | 0.5 | 9 |
| 1/12/20 | Call with Munger to discuss Governor's Office term sheet | 1 | 9 |
| 1/13/20 | Travel to San Francisco for Company | 9 | 1 |
| 1/13/20 | Securitization Discussion with company | 2 | 1 |
| 1/14/20 | Discussion with Backstop parties | 4 | 1 |
| 1/14/20 | Daily Professional and Equity Holder Call | 0.5 | 1 |
| 1/14/20 | Board Slides Discussion and development of materials | 0.5 | 1 |
| 1/14/20 | Recurring Advisor Call | 1 | 1 |
| 1/14/20 | Bondholder Term Sheet Analysis | 5 | 6 |
| 1/14/20 | Securitization Discussion with company | 1 | 1 |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**January 1, 2020 - January 31, 2020**

| Date | Description of Work | Hours | Code |
|------|---------------------|-------|------|
| | **Ken Ziman (Managing Director)** | | |
| 1/15/20 | Travel from San Francisco for Company | 9 | 1 |
| 1/15/20 | Laz / PCG Business Discussion | 3 | 1 |
| 1/15/20 | POR / DS Discussion with Weil and PCG | 0.5 | 1 |
| 1/15/20 | Call with Board of Directors | 2 | 1 |
| 1/15/20 | Discussion with management regarding Chapter 11 strategy | 2 | 1 |
| 1/16/20 | Recurring Advisor Call | 1 | 1 |
| 1/16/20 | Daily Professional and Equity Holder Call | 0.5 | 1 |
| 1/16/20 | Exit Financing Deposition preparation | 6 | 4 |
| 1/16/20 | Call with Board of Directors | 2 | 1 |
| 1/16/20 | Call with JP Morgan regarding debt financing | 2 | 1 |
| 1/17/20 | Call with Bank of America regarding model / debt financing | 2 | 8 |
| 1/17/20 | Discussion with Backstop parties | 4 | 1 |
| 1/17/20 | Call with Board of Directors | 2 | 1 |
| 1/17/20 | Review of Governor's office term sheet with management | 3 | 1 |
| 1/17/20 | Preparation of discussion materials | 0.5 | 6 |
| 1/19/20 | Discussion with Backstop parties | 4 | 1 |
| 1/19/20 | Accrued Interest Discussion with PWP | 1 | 1 |
| 1/19/20 | Securitization Discussion with MTO and PCG | 0.5 | 1 |
| 1/20/20 | Call regarding Bondholder RSA Motion with Weil | 2 | 4 |
| 1/21/20 | Discussion with Backstop parties | 6 | 1 |
| 1/21/20 | Recurring Advisor Call | 1 | 1 |
| 1/21/20 | Daily Professional and Equity Holder Call | 0.5 | 1 |
| 1/21/20 | Model review with Jason and MTO | 1 | 1 |
| 1/21/20 | Ken Deposition Prep | 3 | 4 |
| 1/22/20 | POR / DS Discussion with Weil and PCG | 0.5 | 1 |
| 1/22/20 | Discussion regarding debt commitments with JP Morgan | 3 | 1 |
| 1/22/20 | Discussion with Backstop parties | 3 | 1 |
| 1/23/20 | Discussion with Backstop parties | 3 | 1 |
| 1/23/20 | Discussion with company regarding securitization | 3 | 6 |
| 1/23/20 | Call with Board of Directors | 2 | 1 |
| 1/23/20 | Discussion with management regarding Chapter 11 strategy | 2 | 1 |
| 1/23/20 | Recurring Advisor Call | 0.75 | 1 |
| 1/23/20 | Discussion with PJT | 0.5 | 1 |
| 1/23/20 | Daily Professional and Equity Holder Call | 0.5 | 1 |
| 1/24/20 | Discussion with Backstop parties | 3 | 1 |
| 1/24/20 | Financing Scenarios Discussion | 1 | 1 |
| 1/24/20 | Daily Professional and Equity Holder Call | 0.5 | 1 |
| 1/24/20 | Sources and Uses Discussion with PJT | 3 | 1 |
| 1/24/20 | Sources and Uses Discussion with JP Morgan | 1 | 1 |
| 1/25/20 | Modeling Discussion with Company regarding CPUC OII | 4 | 1 |
| 1/25/20 | Sources and Uses Discussion with AlixPartners | 3 | 1 |
| 1/26/20 | Call regarding securitization with the company | 2 | 6 |
| 1/27/20 | Meetings with Company to discuss CPUC OII | 4 | 1 |
| 1/27/20 | Financing Solution Discussion with PJT | 3 | 1 |
| 1/27/20 | Travel to San Francisco for Company | 8 | 1 |
| 1/28/20 | Equity Backstop Analysis and Process Work | 0.5 | 8 |
| 1/28/20 | Recurring Advisor Call | 0.75 | 1 |
| 1/28/20 | Discussion with Backstop parties | 3 | 1 |
| 1/29/20 | PJT Diligence | 3 | 1 |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**January 1, 2020 - January 31, 2020**

| | Ken Ziman (Managing Director) | | |
|---|---|---|---|
| **Date** | **Description of Work** | **Hours** | **Code** |
| 1/29/20 | Travel from San Francisco for Company | 9 | 1 |
| 1/30/20 | Recurring Advisor Call | 0.75 | 1 |
| 1/30/20 | Call with Board of Directors | 2 | 1 |
| 1/30/20 | Daily Professional and Equity Holder Call | 1 | 1 |
| 1/30/20 | Review of CPUC Testimony | 6 | 1 |
| 1/30/20 | Financial and Operating Plan Discussion with Company | 1 | 1 |
| 1/30/20 | Call with Company Regarding Data Request | 0.5 | 1 |
| 1/30/20 | Preparation of discussion materials | 0.5 | 9 |
| 1/31/20 | Review of CPUC Testimony | 10 | 1 |
| 1/31/20 | Preparation of discussion materials | 0.5 | 9 |
| **Jan-20** | **Monthly Subtotal** | **228.8** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**January 1, 2020 - January 31, 2020**

| Greg Hort (Director) | | | |
|---|---|---|---|
| **Date** | **Description of Work** | **Hours** | **Code** |
| 1/1/20 | calls with advisors/management | 1 | 1 |
| 1/2/20 | calls with advisors/management | 2 | 1 |
| 1/3/20 | calls with advisors/management | 2.5 | 1 |
| 1/5/20 | calls with advisors/management | 1 | 1 |
| 1/6/20 | calls with advisors/management | 2.5 | 1 |
| 1/7/20 | calls with advisors/management | 4 | 1 |
| 1/8/20 | calls with advisors/management | 3 | 1 |
| 1/9/20 | calls with advisors/management | 3 | 1 |
| 1/13/20 | calls with advisors/management | 2 | 1 |
| 1/14/20 | calls with advisors/management | 3 | 1 |
| 1/15/20 | calls with advisors/management | 4.5 | 1 |
| 1/16/20 | calls with advisors/management | 2.5 | 1 |
| 1/17/20 | calls with advisors/management | 2 | 1 |
| 1/19/20 | calls with advisors/management | 0.5 | 1 |
| 1/20/20 | calls with advisors/management | 2.5 | 1 |
| 1/21/20 | calls with advisors/management | 2.5 | 1 |
| 1/22/20 | calls with advisors/management | 2.75 | 1 |
| 1/23/20 | calls with advisors/management | 3.75 | 1 |
| 1/24/20 | calls with advisors/management | 0.5 | 1 |
| 1/25/20 | calls with advisors/management | 1.5 | 1 |
| 1/26/20 | calls with advisors/management | 1.5 | 1 |
| 1/27/20 | calls with advisors/management | 1.75 | 1 |
| 1/28/20 | calls with advisors/management | 4 | 1 |
| 1/29/20 | calls with advisors/management | 1.75 | 1 |
| 1/30/20 | calls with advisors/management | 2 | 1 |
| 1/31/20 | calls with advisors/management | 2 | 1 |
| **Jan-20** | **Monthly Subtotal** | **51.0** | |

| | Eli Silverman (Vice President) | | |
|---|---|---|---|
| Date | Description of Work | Hours | Code |
| 1/1/20 | Discussion Regarding POR/DS Discussion | 0.5 | 1 |
| 1/1/20 | Daily Professional and Equity Holder Call | 0.5 | 1 |
| 1/2/20 | Recurring Advisor Call | 0.5 | 1 |
| 1/2/20 | Daily Professional and Equity Holder Call | 0.5 | 1 |
| 1/2/20 | Credit Metrics Discussion | 1 | 1 |
| 1/2/20 | Discussion with Investment Bank regarding equity markets | 1 | 1 |
| 1/2/20 | Discussion with management regarding Chapter 11 strategy | 1 | 1 |
| 1/2/20 | Discussion with backstop parties | 2 | 1 |
| 1/3/20 | Preparation of discussion materials | 3 | 9 |
| 1/3/20 | Internal Strategy Discussion | 1 | 1 |
| 1/3/20 | Credit Metrics Discussion | 0.5 | 1 |
| 1/3/20 | Credit Metrics Discussion | 1 | 1 |
| 1/3/20 | Discussion regarding solvency with management | 2 | 1 |
| 1/3/20 | Discussion with Governor's Office advisors | 2 | 1 |
| 1/3/20 | Discussion with Backstop parties | 1 | 1 |
| 1/4/20 | Review of Model with Ducera (advisor tto CPUC) | 2 | 1 |
| 1/5/20 | Discussion with management regarding Chapter 11 strategy | 1 | 1 |
| 1/6/20 | Discussion with Backstop parties | 3 | 1 |
| 1/6/20 | Internal Strategy Discussion | 1 | 1 |
| 1/6/20 | PCG / MTO Discussion | 1 | 1 |
| 1/6/20 | Board Call | 2 | 1 |
| 1/6/20 | Preparation of discussion materials | 4 | 9 |
| 1/7/20 | Review of Model with Ducera (advisor tto CPUC) | 2 | 1 |
| 1/7/20 | Discussion of debt financing with JP Morgan | 3 | 1 |
| 1/7/20 | Capital structure analysis | 6.5 | 6 |
| 1/7/20 | Recurring Advisor Call | 1 | 1 |
| 1/7/20 | PCG / MTO Discussion | 1 | 1 |
| 1/7/20 | Deposition preparation | 1 | 4 |
| 1/7/20 | Daily Professional and Equity Holder Call | 0.5 | 1 |
| 1/7/20 | Call regarding securitization with the company | 1 | 6 |
| 1/7/20 | Discusison with management regarding Governor's Office term sheet | 1 | 1 |
| 1/8/20 | Internal Strategy Discussion | 0.5 | 1 |
| 1/8/20 | PCG / MTO Discussion | 1 | 1 |
| 1/8/20 | Meeting with PJT / Guggenheim / Ducera | 3 | 1 |
| 1/8/20 | Exit financing analysis | 6.5 | 8 |
| 1/9/20 | Ken Deposition Prep | 3 | 4 |
| 1/9/20 | Daily Professional and Equity Holder Call | 0.5 | 1 |
| 1/9/20 | Direct Testimony Outstanding Items Discussion with Company | 1 | 4 |
| 1/9/20 | Securitization Discussion with company | 2 | 1 |
| 1/9/20 | Preparation of discussion materials | 4 | 9 |
| 1/9/20 | Discussion with Backstop parties | 3 | 1 |
| 1/10/20 | Governor's Office Term Sheet Review | 3 | 1 |
| 1/10/20 | Preparation of discussion materials | 8 | 9 |
| 1/11/20 | Preparation of discussion materials | 5 | 9 |
| 1/11/20 | Internal Strategy Discussion | 1 | 1 |
| 1/11/20 | Conversation with Weil regarding make-whole | 3 | 1 |
| 1/12/20 | Internal Strategy Discussions regarding bondholder negotiations | 2 | 1 |
| 1/12/20 | POR / DS Discussion | 0.5 | 1 |
| 1/12/20 | Preparation of discussion materials | 9 | 9 |

| Date | Description of Work | Hours | Code |
|---|---|---|---|
| | **Eli Silverman (Vice President)** | | |
| 1/12/20 | Call with Munger to discuss Governor's Office term sheet | 1 | 9 |
| 1/13/20 | Discussion with Backstop parties | 6 | 1 |
| 1/13/20 | Development of materials for Governor's Office meeting | 4 | 1 |
| 1/13/20 | Capital structure analysis - securitization | 3 | 6 |
| 1/13/20 | Daily Professional and Equity Holder Call | 0.5 | 1 |
| 1/13/20 | Securitization Discussion with company | 2 | 1 |
| 1/14/20 | Discussion with Backstop parties | 4 | 1 |
| 1/14/20 | Daily Professional and Equity Holder Call | 0.5 | 1 |
| 1/14/20 | Board Slides Discussion and development of materials | 3 | 1 |
| 1/14/20 | Recurring Advisor Call | 1 | 1 |
| 1/14/20 | Bondholder Term Sheet Analysis | 5 | 6 |
| 1/14/20 | Exit financing analysis | 5 | 1 |
| 1/14/20 | Securitization Discussion with company | 1 | 1 |
| 1/15/20 | Bondholder Term Sheet Analysis | 6 | 8 |
| 1/15/20 | PF Capial Structure Wall Discussion | 0.5 | 6 |
| 1/15/20 | Laz / PCG Business Discussion | 3 | 1 |
| 1/15/20 | POR / DS Discussion with Weil and PCG | 0.5 | 1 |
| 1/15/20 | Exit financing analysis | 7.5 | 8 |
| 1/15/20 | Call with Board of Directors | 2 | 1 |
| 1/15/20 | Discussion with management regarding Chapter 11 strategy | 2 | 1 |
| 1/16/20 | Recurring Advisor Call | 1 | 1 |
| 1/16/20 | Daily Professional and Equity Holder Call | 0.5 | 1 |
| 1/16/20 | Exit Financing Deposition preparation | 6 | 4 |
| 1/16/20 | Call with Board of Directors | 2 | 1 |
| 1/16/20 | Call with JP Morgan regarding debt financing | 2 | 1 |
| 1/17/20 | Call with Bank of America regarding model / debt financing | 2 | 8 |
| 1/17/20 | Discussion with Backstop parties | 4 | 1 |
| 1/17/20 | Call with Board of Directors | 2 | 1 |
| 1/17/20 | Review of Governor's office term sheet with management | 3 | 1 |
| 1/17/20 | Preparation of discussion materials | 4 | 6 |
| 1/18/20 | Preparation of discussion materials regarding Bondholder term sheet | 10 | 8 |
| 1/19/20 | Preparation of discussion materials regarding securitization | 9 | 9 |
| 1/19/20 | Discussion with Backstop parties | 4 | 1 |
| 1/19/20 | Accrued Interest Discussion with PWP | 1 | 1 |
| 1/19/20 | Securitization Discussion with MTO and PCG | 0.5 | 1 |
| 1/20/20 | Call regarding Bondholder RSA Motion with Weil | 2 | 4 |
| 1/20/20 | Cost of debt analysis | 4 | 8 |
| 1/21/20 | Discussion with Backstop parties | 6 | 1 |
| 1/21/20 | Exit financing analysis | 4.5 | 8 |
| 1/21/20 | Recurring Advisor Call | 1 | 1 |
| 1/21/20 | Daily Professional and Equity Holder Call | 0.5 | 1 |
| 1/21/20 | Model review with Jason and MTO | 1 | 1 |
| 1/21/20 | Ken Deposition Prep | 3 | 4 |
| 1/22/20 | POR / DS Discussion with Weil and PCG | 0.5 | 1 |
| 1/22/20 | Preparation of discussion materials | 5 | 9 |
| 1/22/20 | Discussion regarding debt commitments with JP Morgan | 3 | 1 |
| 1/22/20 | Discussion with Backstop parties | 3 | 1 |
| 1/23/20 | Discussion with Backstop parties | 6 | 1 |
| 1/23/20 | Discussion with company regarding securitization | 3 | 6 |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**January 1, 2020 - January 31, 2020**

| Date | Description of Work | Hours | Code |
|------|---------------------|-------|------|
| | **Eli Silverman (Vice President)** | | |
| 1/23/20 | Call with Board of Directors | 2 | 1 |
| 1/23/20 | Discussion with management regarding Chapter 11 strategy | 2 | 1 |
| 1/23/20 | Recurring Advisor Call | 0.75 | 1 |
| 1/23/20 | Discussion with PJT | 0.5 | 1 |
| 1/23/20 | Daily Professional and Equity Holder Call | 0.5 | 1 |
| 1/24/20 | Exit financing analysis | 7 | 8 |
| 1/24/20 | Discussion with Backstop parties | 6 | 1 |
| 1/24/20 | Financing Scenarios Discussion | 1 | 1 |
| 1/24/20 | Daily Professional and Equity Holder Call | 0.5 | 1 |
| 1/24/20 | Sources and Uses Discussion with PJT | 3 | 1 |
| 1/24/20 | Sources and Uses Discussion with JP Morgan | 1 | 1 |
| 1/25/20 | Preparation of discussion materials | 5 | 9 |
| 1/25/20 | Modeling Discussion with Company regarding CPUC OII | 4 | 1 |
| 1/25/20 | Sources and Uses Discussion with AlixPartners | 3 | 1 |
| 1/26/20 | Preparation of discussion materials | 2 | 9 |
| 1/26/20 | Call regarding securitization with the company | 2 | 6 |
| 1/26/20 | Travel to SF for Company | 9 | 1 |
| 1/27/20 | Equity Backstop Analysis and Process Work | 6 | 8 |
| 1/27/20 | Meetings with Company to discuss CPUC OII | 4 | 1 |
| 1/27/20 | Financing Solution Discussion with PJT | 3 | 1 |
| 1/27/20 | Preparation of discussion materials | 3 | 9 |
| 1/27/20 | Discussion with Backstop parties | 3 | 1 |
| 1/28/20 | Equity Backstop Analysis and Process Work | 6 | 8 |
| 1/28/20 | Exit financing analysis | 5.5 | 8 |
| 1/28/20 | Recurring Advisor Call | 0.75 | 1 |
| 1/28/20 | Discussion with Backstop parties | 3 | 1 |
| 1/29/20 | PJT Diligence | 3 | 1 |
| 1/29/20 | Internal Strategy Discussion | 0.5 | 1 |
| 1/29/20 | Sources and uses analysis | 6 | 6 |
| 1/29/20 | Equity Backstop Analysis and Process Work | 4 | 8 |
| 1/29/20 | Discussion with Backstop parties | 4 | 1 |
| 1/30/20 | Recurring Advisor Call | 0.75 | 1 |
| 1/30/20 | Call with Board of Directors | 2 | 1 |
| 1/30/20 | Daily Professional and Equity Holder Call | 1 | 1 |
| 1/30/20 | Review of CPUC Testimony | 6 | 1 |
| 1/30/20 | Financial and Operating Plan Discussion with Company | 1 | 1 |
| 1/30/20 | Call with Company Regarding Data Request | 0.5 | 1 |
| 1/30/20 | Preparation of discussion materials | 6.5 | 9 |
| 1/31/20 | Review of CPUC Testimony | 10 | 1 |
| 1/31/20 | Preparation of discussion materials | 5 | 9 |
| **Jan-20** | **Monthly Subtotal** | **389.3** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**January 1, 2020 - January 31, 2020**

| Date | Description of Work | Hours | Code |
|------|--------------------|-------|------|
| **Daniel Bier (Associate)** | | | |
| 1/3/20 | Individual work on financial model | 5 | 5 |
| 1/5/20 | Individual work on financial model | 1.5 | 5 |
| 1/6/20 | Individual work on financial model | 4 | 5 |
| 1/6/20 | Internal team phone calls | 3 | 9 |
| 1/7/20 | Internal team phone calls | 3 | 9 |
| 1/7/20 | Internal team work on financial model | 3 | 5 |
| 1/8/20 | Meeting with various financial advisors | 3 | 1 |
| 1/9/20 | Individual work on financial model | 4 | 5 |
| 1/10/20 | Individual work on financial model | 4 | 5 |
| 1/11/20 | Individual work on financial model | 7 | 5 |
| 1/12/20 | Individual work on financial model | 7 | 5 |
| 1/13/20 | Discussion with the Company on latest financial forecast | 2 | 1 |
| 1/14/20 | Work on internal model refinements with analyst | 6 | 5 |
| 1/15/20 | Individual work on financial model | 8 | 5 |
| 1/16/20 | Sources and Uses Analysis | 8 | 5 |
| 1/17/20 | Conference call with the Company | 1 | 1 |
| 1/17/20 | Discussion with the Company on latest financial forecast | 1 | 1 |
| 1/17/20 | Redwood model review | 5 | 5 |
| 1/18/20 | Redwood model review | 8 | 5 |
| 1/19/20 | Credit metrics analysis and model review | 8 | 5 |
| 1/20/20 | Discussion with the Company on latest financial forecast | 8 | 1 |
| 1/21/20 | Individual work on financial model | 8 | 5 |
| 1/22/20 | Discussion with the Company on latest financial forecast | 1 | 1 |
| 1/22/20 | Individual work on financial model | 4 | 5 |
| 1/23/20 | Discussion with the Company on latest financial forecast | 1 | 1 |
| 1/24/20 | Work on internal model refinements with analyst | 6 | 5 |
| 1/25/20 | Work on internal model refinements with analyst | 4 | 5 |
| 1/26/20 | Work on internal model refinements with analyst | 5 | 5 |
| 1/27/20 | Credit metrics analysis and model review | 6 | 5 |
| 1/28/20 | Credit metrics analysis and model review | 4 | 5 |
| 1/29/20 | Discussion with other financial advisors on the latest Company foreca | 1 | 1 |
| 1/30/20 | Discussion with other financial advisors on the latest Company foreca | 1 | 1 |
| **Jan-20** | **Monthly Subtotal** | **140.5** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**January 1, 2020 - January 31, 2020**

| Date | Description of Work | Hours | Code |
|------|---------------------|-------|------|
|  | **Nathan Mooney (Associate)** |||
| 1/1/20 | Discussion Regarding POR/DS Discussion | 0.5 | 1 |
| 1/1/20 | Daily Professional and Equity Holder Call | 0.5 | 1 |
| 1/2/20 | Recurring Advisor Call | 0.5 | 1 |
| 1/2/20 | Daily Professional and Equity Holder Call | 0.5 | 1 |
| 1/2/20 | Credit Metrics Discussion | 1 | 1 |
| 1/2/20 | Discussion with Investment Bank regarding equity markets | 1 | 1 |
| 1/2/20 | Discussion with management regarding Chapter 11 strategy | 1 | 1 |
| 1/2/20 | Discussion with backstop parties | 2 | 1 |
| 1/3/20 | Preparation of discussion materials | 3 | 9 |
| 1/3/20 | Internal Strategy Discussion | 1 | 1 |
| 1/3/20 | Credit Metrics Discussion | 0.5 | 1 |
| 1/3/20 | Credit Metrics Discussion | 1 | 1 |
| 1/3/20 | Discussion with Governor's Office advisors | 2 | 1 |
| 1/3/20 | Discussion with Backstop parties | 1 | 1 |
| 1/4/20 | Review of Model with Ducera (advisor tto CPUC) | 2 | 1 |
| 1/5/20 | Discussion with management regarding Chapter 11 strategy | 1 | 1 |
| 1/6/20 | Discussion with Backstop parties | 3 | 1 |
| 1/6/20 | Internal Strategy Discussion | 1 | 1 |
| 1/6/20 | PCG / MTO Discussion | 1 | 1 |
| 1/6/20 | Preparation of discussion materials | 0.5 | 9 |
| 1/7/20 | Review of Model with Ducera (advisor tto CPUC) | 2 | 1 |
| 1/7/20 | Discussion of debt financing with JP Morgan | 3 | 1 |
| 1/7/20 | Capital structure analysis | 0.5 | 6 |
| 1/7/20 | Recurring Advisor Call | 1 | 1 |
| 1/7/20 | PCG / MTO Discussion | 1 | 1 |
| 1/7/20 | Deposition preparation | 1 | 4 |
| 1/7/20 | Daily Professional and Equity Holder Call | 0.5 | 1 |
| 1/7/20 | Call regarding securitization with the company | 1 | 6 |
| 1/7/20 | Discusison with management regarding Governor's Office term sheet | 1 | 1 |
| 1/8/20 | Internal Strategy Discussion | 0.5 | 1 |
| 1/8/20 | PCG / MTO Discussion | 1 | 1 |
| 1/8/20 | Meeting with PJT / Guggenheim / Ducera | 3 | 1 |
| 1/8/20 | Exit financing analysis | 1 | 8 |
| 1/9/20 | Ken Deposition Prep | 3 | 4 |
| 1/9/20 | Daily Professional and Equity Holder Call | 0.5 | 1 |
| 1/9/20 | Direct Testimony Outstanding Items Discussion with Company | 1 | 4 |
| 1/9/20 | Securitization Discussion with company | 2 | 1 |
| 1/9/20 | Preparation of discussion materials | 4 | 9 |
| 1/9/20 | Discussion with Backstop parties | 3 | 1 |
| 1/10/20 | Governor's Office Term Sheet Review | 3 | 1 |
| 1/10/20 | Preparation of discussion materials | 1 | 9 |
| 1/10/20 | Travel to San Francisco for Company | 9 | 1 |
| 1/11/20 | Preparation of discussion materials | 1 | 9 |
| 1/11/20 | Internal Strategy Discussion | 1 | 1 |
| 1/11/20 | Conversation with Weil regarding make-whole | 3 | 1 |
| 1/12/20 | Internal Strategy Discussions regarding bondholder negotiations | 2 | 1 |
| 1/12/20 | POR / DS Discussion | 0.5 | 1 |
| 1/12/20 | Preparation of discussion materials | 9 | 9 |
| 1/12/20 | Call with Munger to discuss Governor's Office term sheet | 1 | 9 |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**January 1, 2020 - January 31, 2020**

| | Nathan Mooney (Associate) | | |
|---|---|---|---|
| **Date** | **Description of Work** | **Hours** | **Code** |
| 1/13/20 | Travel from San Francisco for Company | 9 | 1 |
| 1/13/20 | Development of materials for Governor's Office meeting | 4 | 1 |
| 1/13/20 | Capital structure analysis - securitization | 1 | 6 |
| 1/13/20 | Daily Professional and Equity Holder Call | 0.5 | 1 |
| 1/13/20 | Securitization Discussion with company | 2 | 1 |
| 1/14/20 | Discussion with Backstop parties | 4 | 1 |
| 1/14/20 | Daily Professional and Equity Holder Call | 0.5 | 1 |
| 1/14/20 | Board Slides Discussion and development of materials | 3 | 1 |
| 1/14/20 | Recurring Advisor Call | 1 | 1 |
| 1/14/20 | Bondholder Term Sheet Analysis | 1 | 6 |
| 1/14/20 | Exit financing analysis | 1 | 1 |
| 1/14/20 | Securitization Discussion with company | 1 | 1 |
| 1/15/20 | Bondholder Term Sheet Analysis | 6 | 8 |
| 1/15/20 | PF Capial Structure Wall Discussion | 0.5 | 6 |
| 1/15/20 | Laz / PCG Business Discussion | 3 | 1 |
| 1/15/20 | POR / DS Discussion with Weil and PCG | 0.5 | 1 |
| 1/15/20 | Exit financing analysis | 7.5 | 8 |
| 1/15/20 | Discussion with management regarding Chapter 11 strategy | 2 | 1 |
| 1/16/20 | Recurring Advisor Call | 1 | 1 |
| 1/16/20 | Daily Professional and Equity Holder Call | 0.5 | 1 |
| 1/16/20 | Exit Financing Deposition preparation | 6 | 4 |
| 1/16/20 | Call with Board of Directors | 2 | 1 |
| 1/16/20 | Call with JP Morgan regarding debt financing | 2 | 1 |
| 1/17/20 | Call with Bank of America regarding model / debt financing | 2 | 8 |
| 1/17/20 | Discussion with Backstop parties | 4 | 1 |
| 1/17/20 | Review of Governor's office term sheet with management | 3 | 1 |
| 1/17/20 | Preparation of discussion materials | 1 | 6 |
| 1/18/20 | Preparation of discussion materials regarding Bondholder term sheet | 2 | 8 |
| 1/19/20 | Preparation of discussion materials regarding securitization | 2 | 9 |
| 1/19/20 | Discussion with Backstop parties | 4 | 1 |
| 1/19/20 | Accrued Interest Discussion with PWP | 1 | 1 |
| 1/19/20 | Securitization Discussion with MTO and PCG | 0.5 | 1 |
| 1/20/20 | Call regarding Bondholder RSA Motion with Weil | 2 | 4 |
| 1/20/20 | Cost of debt analysis | 1 | 8 |
| 1/21/20 | Discussion with Backstop parties | 6 | 1 |
| 1/21/20 | Exit financing analysis | 4.5 | 8 |
| 1/21/20 | Recurring Advisor Call | 1 | 1 |
| 1/21/20 | Daily Professional and Equity Holder Call | 0.5 | 1 |
| 1/21/20 | Model review with Jason and MTO | 1 | 1 |
| 1/21/20 | Ken Deposition Prep | 3 | 4 |
| 1/22/20 | POR / DS Discussion with Weil and PCG | 0.5 | 1 |
| 1/22/20 | Preparation of discussion materials | 5 | 9 |
| 1/22/20 | Discussion regarding debt commitments with JP Morgan | 3 | 1 |
| 1/22/20 | Discussion with Backstop parties | 3 | 1 |
| 1/23/20 | Discussion with Backstop parties | 6 | 1 |
| 1/23/20 | Discussion with company regarding securitization | 3 | 6 |
| 1/23/20 | Call with Board of Directors | 2 | 1 |
| 1/23/20 | Discussion with management regarding Chapter 11 strategy | 2 | 1 |
| 1/23/20 | Recurring Advisor Call | 0.75 | 1 |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**January 1, 2020 - January 31, 2020**

| Date | Description of Work | Hours | Code |
|---|---|---|---|
| | **Nathan Mooney (Associate)** | | |
| 1/23/20 | Discussion with PJT | 0.5 | 1 |
| 1/23/20 | Daily Professional and Equity Holder Call | 0.5 | 1 |
| 1/24/20 | Exit financing analysis | 7 | 8 |
| 1/24/20 | Discussion with Backstop parties | 6 | 1 |
| 1/24/20 | Financing Scenarios Discussion | 1 | 1 |
| 1/24/20 | Daily Professional and Equity Holder Call | 0.5 | 1 |
| 1/24/20 | Sources and Uses Discussion with PJT | 3 | 1 |
| 1/24/20 | Sources and Uses Discussion with JP Morgan | 1 | 1 |
| 1/25/20 | Preparation of discussion materials | 1 | 9 |
| 1/25/20 | Modeling Discussion with Company regarding CPUC OII | 4 | 1 |
| 1/25/20 | Sources and Uses Discussion with AlixPartners | 3 | 1 |
| 1/26/20 | Preparation of discussion materials | 1 | 9 |
| 1/26/20 | Travel to San Francisco for Company | 9 | 1 |
| 1/26/20 | Call regarding securitization with the company | 2 | 6 |
| 1/27/20 | Equity Backstop Analysis and Process Work | 2 | 8 |
| 1/27/20 | Meetings with Company to discuss CPUC OII | 4 | 1 |
| 1/27/20 | Financing Solution Discussion with PJT | 3 | 1 |
| 1/27/20 | Preparation of discussion materials | 1 | 9 |
| 1/27/20 | Discussion with Backstop parties | 1 | 1 |
| 1/28/20 | Equity Backstop Analysis and Process Work | 2 | 8 |
| 1/28/20 | Exit financing analysis | 2 | 8 |
| 1/28/20 | Recurring Advisor Call | 0.75 | 1 |
| 1/28/20 | Discussion with Backstop parties | 3 | 1 |
| 1/29/20 | PJT Diligence | 3 | 1 |
| 1/29/20 | Internal Strategy Discussion | 0.5 | 1 |
| 1/29/20 | Sources and uses analysis | 1 | 6 |
| 1/29/20 | Travel from San Francisco for Company | 9 | 1 |
| 1/29/20 | Equity Backstop Analysis and Process Work | 1 | 8 |
| 1/29/20 | Discussion with Backstop parties | 2 | 1 |
| 1/30/20 | Recurring Advisor Call | 0.75 | 1 |
| 1/30/20 | Call with Board of Directors | 2 | 1 |
| 1/30/20 | Daily Professional and Equity Holder Call | 1 | 1 |
| 1/30/20 | Review of CPUC Testimony | 6 | 1 |
| 1/30/20 | Financial and Operating Plan Discussion with Company | 1 | 1 |
| 1/30/20 | Call with Company Regarding Data Request | 0.5 | 1 |
| 1/30/20 | Preparation of discussion materials | 1.5 | 9 |
| 1/31/20 | Review of CPUC Testimony | 1 | 1 |
| 1/31/20 | Preparation of discussion materials | 1 | 9 |
| **Jan-20** | **Monthly Subtotal** | **296.8** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**January 1, 2020 - January 31, 2020**

| | Garrett Deutsch (Associate) | | |
|---|---|---|---|
| **Date** | **Description of Work** | **Hours** | **Code** |
| 1/15/20 | Work around post-emergence capital structure and equity financing | 5 | 6 |
| 1/16/20 | Work around post-emergence capital structure and equity financing | 5 | 6 |
| **Jan-20** | **Monthly Subtotal** | **10.0** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**January 1, 2020 - January 31, 2020**

| Date | Description of Work | Hours | Code |
|---|---|---|---|
| | **Dan Katz (Associate)** | | |
| 1/2/20 | Securitization structuring | 8 | 6 |
| 1/3/20 | Securitization structuring | 8 | 6 |
| 1/6/20 | Credit metrics analysis | 6 | 6 |
| 1/7/20 | Financing Analysis | 8 | 6 |
| 1/8/20 | Credit metrics analysis | 6 | 6 |
| 1/9/20 | Financing Analysis | 4 | 6 |
| 1/10/20 | Credit metrics analysis | 8 | 6 |
| 1/13/20 | Financing Analysis | 6 | 6 |
| 1/14/20 | Credit metrics analysis | 5 | 6 |
| 1/15/20 | Evaluation of securitization structures | 4 | 6 |
| 1/16/20 | Model review | 5 | 6 |
| 1/17/20 | Evaluation of securitization structures | 7 | 6 |
| 1/20/20 | Model review and credit metrics analysis | 7 | 6 |
| 1/21/20 | Model review and credit metrics analysis | 6 | 6 |
| 1/22/20 | Evaluation of securitization structures | 4 | 6 |
| 1/23/20 | Model review | 7 | 6 |
| 1/24/20 | Evaluation of securitization structures | 6 | 6 |
| 1/25/20 | Review Taxes and business plan | 6 | 6 |
| 1/26/20 | Model Cleanup | 5 | 6 |
| 1/27/20 | Model Cleanup | 7 | 6 |
| 1/28/20 | Model Cleanup | 5 | 6 |
| 1/29/20 | Review Taxes and business plan | 6 | 6 |
| 1/30/20 | Evaluation of securitization structures | 6 | 6 |
| 1/31/20 | Review Taxes and business plan | 7 | 6 |
| **Jan-20** | **Monthly Subtotal** | **147.0** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**January 1, 2020 - January 31, 2020**

| | Matthew Strain (Associate) | | |
|---|---|---|---|
| Date | Description of Work | Hours | Code |
| 1/2/20 | POR modeling | 4 | 9 |
| 1/3/20 | POR modeling | 4 | 9 |
| 1/6/20 | POR modeling | 5 | 9 |
| 1/7/20 | POR modeling | 4 | 9 |
| 1/8/20 | POR modeling | 5 | 9 |
| 1/9/20 | POR modeling | 5 | 9 |
| 1/10/20 | POR modeling | 4 | 9 |
| 1/14/20 | Flight from NYC to SF including transit to and from airport | 9 | 1 |
| 1/15/20 | Working Session with client team on business plan | 4 | 9 |
| 1/16/20 | Flight from SF to NYC including transit to and from airport | 9 | 1 |
| 1/17/20 | PCG Board Call | 2 | 9 |
| 1/17/20 | POR modeling | 4 | 9 |
| 1/20/20 | POR Modeling Call | 3 | 4 |
| 1/21/20 | POR Model Audit | 8 | 9 |
| 1/22/20 | POR UI Model Audit | 3 | 9 |
| 1/22/20 | POR modeling | 4 | 9 |
| 1/23/20 | Sec Internal meeting | 3 | 4 |
| 1/24/20 | POR Model Audit | 8 | 9 |
| 1/25/20 | POR Model Audit | 5 | 9 |
| 1/26/20 | POR Model Audit | 3 | 9 |
| 1/27/20 | NOL Modeling | 3 | 9 |
| 1/27/20 | POR Model Audit | 5 | 9 |
| 1/28/20 | Flight from NYC to SF including transit to and from airport | 9 | 1 |
| 1/29/20 | Diligence Working session | 10 | 9 |
| 1/30/20 | Flight from SF to NYC including transit to and from airport | 9 | 1 |
| **Jan-20** | **Monthly Subtotal** | **132.0** | |

| Date | Description of Work | Hours | Code |
|---|---|---|---|
| | **Liam Fine (Financial Analyst)** | | |
| 1/2/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 6 | 9 |
| 1/3/20 | Board of Directors Call; Discussion of Credit Metrics | 4 | 9 |
| 1/5/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 10 | 9 |
| 1/6/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 8 | 9 |
| 1/7/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 8 | 9 |
| 1/8/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 6 | 9 |
| 1/9/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 8 | 9 |
| 1/10/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 5 | 9 |
| 1/13/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 10 | 9 |
| 1/14/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 8 | 9 |
| 1/15/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 10 | 9 |
| 1/16/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 7 | 9 |
| 1/17/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 8 | 9 |
| 1/20/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 7 | 9 |
| 1/21/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 5 | 9 |
| 1/22/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 5 | 9 |
| 1/23/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 6 | 9 |
| 1/24/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 8 | 9 |
| 1/25/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 5 | 9 |
| 1/26/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 12 | 9 |
| 1/27/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 12 | 9 |
| 1/28/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 12 | 9 |
| 1/29/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 8 | 9 |
| 1/30/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 8 | 9 |
| 1/31/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 6 | 9 |
| **Jan-20** | **Monthly Subtotal** | **192.0** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**January 1, 2020 - January 31, 2020**

| Date | Description of Work | Hours | Code |
|------|---------------------|-------|------|
| | **Kevin Hatch (Financial Analyst)** | | |
| 1/2/20 | Discussion with equity holder advisors | 0.5 | 1 |
| 1/2/20 | Internal team regroup | 1 | 1 |
| 1/3/20 | Preparation of discussion materials | 2 | 9 |
| 1/6/20 | POR / DS Discussion with Weil | 0.5 | 1 |
| 1/6/20 | Preparation of discussion materials | 2.5 | 9 |
| 1/7/20 | Discussion with equity holder advisors | 0.5 | 1 |
| 1/7/20 | Capital structure analysis | 6.5 | 6 |
| 1/8/20 | POR / DS Discussion with Weil | 0.5 | 1 |
| 1/8/20 | Exit financing analysis | 6.5 | 8 |
| 1/9/20 | Discussion with equity holder advisors | 0.5 | 1 |
| 1/9/20 | Preparation of discussion materials | 4.5 | 9 |
| 1/10/20 | Preparation of discussion materials | 8 | 9 |
| 1/11/20 | Preparation of discussion materials | 5 | 9 |
| 1/12/20 | Preparation of discussion materials | 9 | 9 |
| 1/13/20 | POR / DS Discussion with Weil | 0.5 | 1 |
| 1/13/20 | Discussion with equity holder advisors | 0.5 | 1 |
| 1/13/20 | Capital structure analysis | 5.5 | 6 |
| 1/14/20 | Discussion with equity holder advisors | 0.5 | 1 |
| 1/14/20 | Exit financing analysis | 7 | 1 |
| 1/15/20 | POR / DS Discussion with Weil | 0.5 | 1 |
| 1/15/20 | Exit financing analysis | 7.5 | 8 |
| 1/16/20 | POR / DS Discussion with Weil | 0.5 | 1 |
| 1/16/20 | Internal team regroup | 2 | 1 |
| 1/17/20 | Preparation of discussion materials | 4 | 6 |
| 1/18/20 | Preparation of discussion materials | 12 | 8 |
| 1/19/20 | Preparation of discussion materials | 9 | 9 |
| 1/20/20 | POR / DS Discussion with Weil | 0.5 | 1 |
| 1/20/20 | Cost of debt analysis | 4 | 8 |
| 1/20/20 | Discussion with equity holder advisors | 0.5 | 1 |
| 1/21/20 | POR / DS Discussion with Weil | 0.5 | 1 |
| 1/21/20 | Exit financing analysis | 5 | 8 |
| 1/21/20 | Discussion with equity holder advisors | 0.5 | 1 |
| 1/22/20 | POR / DS Discussion with Weil | 0.5 | 1 |
| 1/22/20 | Preparation of discussion materials | 5 | 9 |
| 1/22/20 | Discussion with equity holder advisors | 0.5 | 1 |
| 1/23/20 | Discussion with equity holder advisors | 0.5 | 1 |
| 1/23/20 | Capital structure analysis | 6 | 6 |
| 1/24/20 | Exit financing analysis | 7 | 8 |
| 1/25/20 | Preparation of discussion materials | 9 | 9 |
| 1/26/20 | Preparation of discussion materials | 2 | 9 |
| 1/27/20 | POR / DS Discussion with Weil | 0.5 | 1 |
| 1/27/20 | Discussion with equity holder advisors | 0.5 | 1 |
| 1/27/20 | Preparation of discussion materials | 3 | 9 |
| 1/27/20 | Discussion with equity holder advisors | 0.5 | 1 |
| 1/28/20 | Discussion with equity holder advisors | 0.5 | 1 |
| 1/28/20 | Exit financing analysis | 4.5 | 8 |
| 1/29/20 | POR / DS Discussion with Weil | 0.5 | 1 |
| 1/29/20 | Sources and uses analysis | 6 | 6 |
| 1/29/20 | Discussion with equity holder advisors | 0.5 | 1 |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**January 1, 2020 - January 31, 2020**

| | Kevin Hatch (Financial Analyst) | | |
|---|---|---|---|
| Date | Description of Work | Hours | Code |
| 1/30/20 | Discussion with equity holder advisors | 0.5 | 1 |
| 1/30/20 | Preparation of discussion materials | 6.5 | 9 |
| 1/31/20 | Preparation of discussion materials | 5 | 9 |
| **Jan-20** | **Monthly Subtotal** | **167.0** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**January 1, 2020 - January 31, 2020**

| Date | Description of Work | Hours | Code |
|------|---------------------|-------|------|
| | **Dan Liotta (Financial Analyst)** | | |
| 1/1/20 | Discussion Regarding POR/DS Discussion | 0.5 | 1 |
| 1/1/20 | Daily Professional and Equity Holder Call | 0.5 | 1 |
| 1/2/20 | Recurring Advisor Call | 0.5 | 1 |
| 1/2/20 | Daily Professional and Equity Holder Call | 0.5 | 1 |
| 1/2/20 | Credit Metrics Discussion | 0.5 | 1 |
| 1/3/20 | Preparation of discussion materials | 3 | 9 |
| 1/3/20 | Internal Strategy Discussion | 1 | 1 |
| 1/3/20 | Credit Metrics Discussion | 0.5 | 1 |
| 1/3/20 | Credit Metrics Discussion | 0.5 | 1 |
| 1/6/20 | Internal Strategy Discussion | 1 | 1 |
| 1/6/20 | PCG / MTO Discussion | 1 | 1 |
| 1/6/20 | Board Call | 2 | 1 |
| 1/6/20 | Preparation of discussion materials | 3 | 9 |
| 1/7/20 | Capital structure analysis | 6.5 | 6 |
| 1/7/20 | Recurring Advisor Call | 1 | 1 |
| 1/7/20 | PCG / MTO Discussion | 1 | 1 |
| 1/7/20 | PCG (Laz / JPM) | 1 | 1 |
| 1/7/20 | Daily Professional and Equity Holder Call | 0.5 | 1 |
| 1/8/20 | Internal Strategy Discussion | 0.5 | 1 |
| 1/8/20 | PCG / MTO Discussion | 1 | 1 |
| 1/8/20 | Meeting with PJT | 3 | 1 |
| 1/8/20 | Exit financing analysis | 6.5 | 8 |
| 1/9/20 | Ken Deposition Prep | 1 | 4 |
| 1/9/20 | Daily Professional and Equity Holder Call | 0.5 | 1 |
| 1/9/20 | Direct Testimony Outstanding Items Discussion with Company | 0.75 | 4 |
| 1/9/20 | Securitization Discussion | 1 | 1 |
| 1/9/20 | Preparation of discussion materials | 4 | 9 |
| 1/10/20 | Term Sheet Analysis | 2 | 6 |
| 1/10/20 | Preparation of discussion materials | 8 | 9 |
| 1/11/20 | Preparation of discussion materials | 5 | 9 |
| 1/11/20 | Internal Strategy Discussion | 1 | 1 |
| 1/11/20 | Conversation with Weil | 1 | 1 |
| 1/12/20 | Internal Strategy Discussions | 1 | 1 |
| 1/12/20 | Daily Professional and Equity Holder Call | 0.5 | 1 |
| 1/12/20 | POR / DS Discussion | 0.5 | 1 |
| 1/12/20 | Preparation of discussion materials | 9 | 9 |
| 1/13/20 | Capital structure analysis | 5.5 | 6 |
| 1/13/20 | Daily Professional and Equity Holder Call | 0.5 | 1 |
| 1/14/20 | Daily Professional and Equity Holder Call | 0.5 | 1 |
| 1/14/20 | Board Slides Discussion | 0.5 | 1 |
| 1/14/20 | Recurring Advisor Call | 1 | 1 |
| 1/14/20 | Bondholder Analysis | 1 | 6 |
| 1/14/20 | Exit financing analysis | 5 | 1 |
| 1/15/20 | Exit financing analysis | 6 | 8 |
| 1/15/20 | PF Capial Structure Wall Discussion | 0.5 | 6 |
| 1/15/20 | Laz / PCG Business Discussion | 3 | 1 |
| 1/15/20 | POR / DS Discussion with Weil and PCG | 0.5 | 1 |
| 1/15/20 | Exit financing analysis | 7.5 | 8 |
| 1/16/20 | Recurring Advisor Call | 0.75 | 1 |

| Date | Description of Work | Hours | Code |
|------|---------------------|-------|------|
| | **Dan Liotta (Financial Analyst)** | | |
| 1/16/20 | Daily Professional and Equity Holder Call | 0.5 | 1 |
| 1/17/20 | Preparation of discussion materials | 4 | 6 |
| 1/18/20 | Preparation of discussion materials | 10 | 8 |
| 1/19/20 | Preparation of discussion materials | 9 | 9 |
| 1/19/20 | Accrued Interest Discussion with PWP | 1 | 1 |
| 1/19/20 | Securitization Discussion with MTO and PCG | 0.5 | 1 |
| 1/20/20 | Cost of debt analysis | 4 | 8 |
| 1/21/20 | Exit financing analysis | 4.5 | 8 |
| 1/21/20 | Recurring Advisor Call | 0.75 | 1 |
| 1/21/20 | Daily Professional and Equity Holder Call | 0.5 | 1 |
| 1/21/20 | Model review with Jason and MTO | 0.75 | 1 |
| 1/22/20 | POR / DS Discussion with Weil and PCG | 0.5 | 1 |
| 1/22/20 | Preparation of discussion materials | 5 | 9 |
| 1/23/20 | Capital structure analysis | 6 | 6 |
| 1/23/20 | Recurring Advisor Call | 0.75 | 1 |
| 1/23/20 | Discussion with PJT | 0.5 | 1 |
| 1/23/20 | Securitization Discussion with Company | 0.5 | 1 |
| 1/23/20 | Daily Professional and Equity Holder Call | 0.5 | 1 |
| 1/24/20 | Exit financing analysis | 7 | 8 |
| 1/24/20 | Backstop Party Call with Company | 1 | 1 |
| 1/24/20 | Financing Scenarios Discussion | 1 | 1 |
| 1/24/20 | Daily Professional and Equity Holder Call | 0.5 | 1 |
| 1/24/20 | Sources and Uses Discussion with PJT | 0.5 | 1 |
| 1/25/20 | Preparation of discussion materials | 8 | 9 |
| 1/25/20 | Modeling Discussion | 1 | 1 |
| 1/25/20 | Sources and Uses Discussion with AlixPartners | 0.5 | 1 |
| 1/26/20 | Preparation of discussion materials | 2 | 9 |
| 1/26/20 | Travel to SF for Company | 9 | 1 |
| 1/27/20 | Equity Backstop Analysis and Process Work | 6 | 8 |
| 1/27/20 | Meetings with Company | 2 | 1 |
| 1/27/20 | Financing Solution Discussion with PJT | 1 | 1 |
| 1/27/20 | Preparation of discussion materials | 3 | 9 |
| 1/28/20 | Equity Backstop Analysis and Process Work | 6 | 8 |
| 1/28/20 | Exit financing analysis | 5.5 | 8 |
| 1/28/20 | Recurring Advisor Call | 0.75 | 1 |
| 1/29/20 | PJT Diligence | 3 | 1 |
| 1/29/20 | Internal Strategy Discussion | 0.5 | 1 |
| 1/29/20 | Flight to NYC from SF | 9 | 1 |
| 1/29/20 | Sources and uses analysis | 6 | 6 |
| 1/29/20 | Equity Backstop Analysis and Process Work | 4 | 8 |
| 1/30/20 | Recurring Advisor Call | 0.75 | 1 |
| 1/30/20 | Daily Professional and Equity Holder Call | 1 | 1 |
| 1/30/20 | Financial and Operating Plan Discussion with Company | 1 | 1 |
| 1/30/20 | Call with Company Regarding Data Request | 0.5 | 1 |
| 1/30/20 | Preparation of discussion materials | 6.5 | 9 |
| 1/31/20 | Preparation of discussion materials | 5 | 9 |
| **Jan-20** | **Monthly Subtotal** | **244.3** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**January 1, 2020 - January 31, 2020**

| Katherine Tobeason (Analyst) | | | |
|---|---|---|---|
| Date | Description of Work | Hours | Code |
| 1/13/20 | Work around post-emergence capital structure and equity financing alternatives | 4 | 6 |
| **Jan-20** | **Monthly Subtotal** | **4.0** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**January 1, 2020 - January 31, 2020**

| Date | Scott Belinsky (Financial Analyst) Description of Work | Hours | Code |
|---|---|---|---|
| 1/2/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 6 | 9 |
| 1/3/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 5 | 9 |
| 1/6/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 5 | 9 |
| 1/7/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 6 | 9 |
| 1/8/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 7 | 9 |
| 1/9/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 6 | 9 |
| 1/10/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 4 | 9 |
| 1/14/20 | Flight from NYC to SF including transit to and from airport | 9 | 1 |
| 1/15/20 | Working Session with client team on business plan, internal work on updating modeling | 8 | 9 |
| 1/16/20 | Flight from SF to NYC including transit to and from airport | 9 | 1 |
| 1/17/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 9 | 9 |
| 1/18/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 7 | 9 |
| 1/19/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 6 | 9 |
| 1/20/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 6 | 9 |
| 1/21/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 5 | 9 |
| 1/22/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 7 | 9 |
| 1/23/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 6 | 9 |
| 1/24/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 8 | 9 |
| 1/25/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 7 | 9 |
| 1/26/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 10 | 9 |
| 1/27/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 12 | 9 |
| 1/28/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 9 | 9 |
| 1/29/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 6 | 9 |
| 1/30/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 9 | 9 |
| 1/31/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 8 | 9 |
| **Jan-20** | **Monthly Subtotal** | **180.0** | |