# EXHIBIT E

## DETAIL OF EXPENSES
## FOR THE PERIOD JANUARY 1, 2020 THROUGH JANUARY 31, 2020

**PG&E Corporation**
**Monthly Fee Statement**
**Lazard Frères & Co.  LLC**

**January 1, 2020  - January 31, 2020**

**Fee Calculation**

| Item | Amount Incurred |
|------|----------------:|
| Monthly Fee: January 1, 2019 - January 31, 2020 | $300,000.00 [1] |
| **TOTAL** | **$300,000.00** |

**Summary of Out-of-Pocket Expenses** [2]

| Item | Amount Incurred |
|------|----------------:|
| Car Services and Taxis | $3,138.08 |
| Employee Meals | 281.11 |
| Meals-Meetings/Travel | 1,589.74 |
| Travel | 22,483.58 |
| **TOTAL** | **$27,492.51** |

---

[1]  *Lazard's retention was approved pursuant to the terms and conditions set forth in the engagement letter dated January 4, 2019 (the "Engagement Letter"), as limited or modfied by the Retention Order [Dkt. No. 2229].*

[2]  *Additional expense detail will be furnished upon request.*

**DEAL ACTIVITY - Open item balance**
**ALL EXPENSES**
**NYC06350-PG&E**
**Currency: USD - US Dollar**
**Execution Date: 04/09/2020**

| Account Description | Posting Date | Employee Name | Description | Amount |
|---|---|---|---|---|
| **OPENING BALANCE** | **12/31/1899** | | | **-** |
| Travel - Air | 1/27/2020 | Matthew Strain | DELTA AIR R/T JKF/SFO/JFK  01/14/2020 / AMEX | 2,339.30 |
| Travel - Air | 1/28/2020 | Nathan Mooney | Flt EWR/SFO RT 01/16/2020 / AMEX | 1,500.00 |
| Travel - Air | 1/28/2020 | Nathan Mooney | Flt EWR/SFO RT 01/27/2020 / AMEX | 1,000.00 |
| Travel - Air | 1/28/2020 | Liam Fine | DELTA AIR LINES JFK/SFO 01/14/2020 / AMEX | 1,129.30 |
| Travel - Air | 1/29/2020 | Scott Belinsky | DELTA AIR LINES JFK/SFO 01/14/2020 / AMEX | 1,129.30 |
| Travel - Air | 2/3/2020 | Ken Ziman | Flt SFO/JFK OW coach 01/21/2020 / AMEX | 1,000.00 |
| Travel - Air | 2/3/2020 | Ken Ziman | Flt SFO/JFK OW coach 01/29/2020 / AMEX | 1,000.00 |
| Travel - Air | 2/3/2020 | Ken Ziman | Flt SFO/JFK OW coach 01/14/2020 / AMEX | 1,000.00 |
| Travel - Air | 2/3/2020 | Ken Ziman | Flt EWR/SFO OW coach 01/20/2020 / AMEX | 1,000.00 |
| Travel - Air | 2/3/2020 | Ken Ziman | Flt JFK/SFO OW coach 12/15/2019 / AMEX | 1,000.00 |
| Travel - Air | 2/12/2020 | Eli Silverman | United/SFO/EWR - coach 12/17/2019 / AMEX | 1,705.58 |
| Travel - Air | 2/12/2020 | Eli Silverman | United/EWR/SFO 01/19/2020 / AMEX | 1,000.00 |
| Travel - Air | 2/12/2020 | Eli Silverman | JBlue/LAX/JFK - coach 01/01/2020 / AMEX | 1,000.00 |
| Travel - Air | 2/12/2020 | Eli Silverman | United/EWR/SFO - coach 01/13/2020 / AMEX | 1,000.00 |
| Travel - Air | 2/12/2020 | Eli Silverman | AA/JFK/SFO - coach 12/15/2019 / AMEX | 1,000.00 |
| Travel - Air | 2/12/2020 | Eli Silverman | United/EWR/SFO refunded 12/16/2019 / AMEX | (1,000.00) |
| Travel - Air | 2/12/2020 | Eli Silverman | JBlue/SFO/JFK/coach - refunded 12/12/2019 / AMEX | (1,000.00) |
| Travel - Air | 2/12/2020 | Eli Silverman | United/EWR/SFO - refunded 12/16/2019 / AMEX | (1,000.00) |
| Travel - Air | 2/28/2020 | Daniel Katz | EWR to SFO to EWR biz class 01/15/2020 / AMEX | 1,000.00 |
| Travel - Air | 2/28/2020 | Daniel Katz | JFK-SFO-JFK Biz class 01/28/2020 / AMEX | 1,000.00 |
| **Travel - Air Total** | | | | **16,803.48** |
| Car Services - After Hours | 1/24/2020 | Daniel Bier | LYFT - LAZARD TO HOME  01/10/2020 Time: 00:52 / AMEX | 31.46 |
| Car Services - After Hours | 1/24/2020 | Daniel Bier | LYFT - LAZARD TO HOME 01/08/2020 Time: 22:30 / AMEX | 26.47 |
| Car Services - After Hours | 1/24/2020 | Daniel Bier | LYFT - LAZARD TO HOME 01/06/2020 Time: 23:51 / AMEX | 28.44 |
| Car Services - After Hours | 1/24/2020 | Daniel Bier | LYFT - LAZARD TO HOME 12/20/2019 Time: 00:10 / AMEX | 28.01 |
| Car Services - After Hours | 1/24/2020 | Daniel Bier | LYFT - LAZARD TO HOME 12/18/2019 Time: 23:26 / AMEX | 53.41 |
| Car Services - After Hours | 1/24/2020 | Daniel Bier | LYFT - LAZARD TO HOME 01/07/2020 Time: 23:07 / AMEX | 31.76 |
| Car Services - After Hours | 1/24/2020 | Daniel Bier | LYFT - LAZARD TO HOME 12/12/2019 Time: 23:37 / AMEX | 49.35 |
| Car Services - After Hours | 1/24/2020 | Daniel Bier | LYFT - LAZARD TO HOME 12/11/2019 Time: 00:41 / AMEX | 48.30 |
| Car Services - After Hours | 1/27/2020 | Matthew Strain | Laz to home      UBER TRIP 01/21/2020 Time: 12:26 / AMEX | 31.88 |
| Car Services - After Hours | 1/27/2020 | Matthew Strain | Laz to Home      UBER TRIP 12/18/2019 Time: 21:55 / AMEX | 37.71 |
| Car Services - After Hours | 1/27/2020 | Matthew Strain | Laz to home      UBER TRIP 01/04/2020 Time: 16:02 / AMEX | 35.88 |
| Car Services - After Hours | 1/27/2020 | Matthew Strain | home to Laz      UBER TRIP 01/11/2020 Time: 10:16 / AMEX | 37.21 |
| Car Services - After Hours | 1/27/2020 | Matthew Strain | Laz to home      UBER TRIP 01/09/2020 Time: 23:56 / AMEX | 34.33 |
| Car Services - After Hours | 1/27/2020 | Matthew Strain | Laz to home      UBER TRIP 01/08/2020 Time: 21:00 / AMEX | 35.67 |
| Car Services - After Hours | 1/28/2020 | Liam Fine | LAZ/HOME: NYC TAXI 1246 12/20/2019 Time: 23:13 / AMEX | 17.25 |
| Car Services - After Hours | 1/28/2020 | Liam Fine | LAZ/HOME: FIRST CITYCAB CORP. 12/18/2019 Time: 22:06 / AMEX | 14.69 |

**DEAL ACTIVITY - Open item balance**
**ALL EXPENSES**
**NYC06350-PG&E**
**Currency: USD - US Dollar**
**Execution Date: 04/09/2020**

| Account Description | Posting Date | Employee Name | Description | Amount |
|---|---|---|---|---|
| Car Services - After Hours | 1/28/2020 | Liam Fine | LAZ/HOME:UBER TRIP 01/10/2020 Time: 22:58 / AMEX | 25.97 |
| Car Services - After Hours | 1/28/2020 | Nathan Mooney | Car to home late night 12/19/2019 Time: 23:51 / AMEX | 29.18 |
| Car Services - After Hours | 1/28/2020 | Nathan Mooney | Car to home late night 12/20/2019 Time: 22:55 / AMEX | 24.54 |
| Car Services - After Hours | 1/28/2020 | Liam Fine | LAZ/HOME: NYCTAXI2B29 01/08/2020 Time: 23:13 / AMEX | 17.25 |
| Car Services - After Hours | 1/28/2020 | Kevin Hatch | Saturday/Lazard/home-NY 01/12/2020 Time: 21:46 / AMEX | 38.04 |
| Car Services - After Hours | 1/28/2020 | Liam Fine | LAZARD/HOME: NYC TAXI 12/18/2019 Time: 22:59 / AMEX | 16.60 |
| Car Services - After Hours | 1/28/2020 | Kevin Hatch | Lazard/home-NY 01/08/2020 Time: 21:02 / AMEX | 33.59 |
| Car Services - After Hours | 1/28/2020 | Kevin Hatch | Lazard/home-NY 01/07/2020 Time: 20:58 / AMEX | 14.08 |
| Car Services - After Hours | 1/28/2020 | Liam Fine | LAZ/HOME: S and R Medallion 12/20/2019 Time: 09:38 / AMEX | 14.75 |
| Car Services - After Hours | 1/29/2020 | Scott Belinsky | Laz to home  LYFT 01/07/2020 Time: 00:38 / AMEX | 23.08 |
| Car Services - After Hours | 1/29/2020 | Scott Belinsky | Laz to home  LYFT 01/04/2020 Time: 23:46 / AMEX | 18.09 |
| Car Services - After Hours | 1/29/2020 | Scott Belinsky | Laz to home  LYFT 01/03/2020 Time: 00:31 / AMEX | 16.33 |
| Car Services - After Hours | 1/29/2020 | Scott Belinsky | Laz to home  LYFT 12/20/2019 Time: 00:10 / AMEX | 22.71 |
| Car Services - After Hours | 1/29/2020 | Scott Belinsky | Laz to home  JLT Management 12/19/2019 Time: 00:22 / AMEX | 20.16 |
| Car Services - After Hours | 1/29/2020 | Scott Belinsky | Laz to home  LYFT 12/18/2019 Time: 01:12 / AMEX | 20.18 |
| Car Services - After Hours | 1/29/2020 | Scott Belinsky | Laz to home  LYFT 12/17/2019 Time: 02:28 / AMEX | 19.36 |
| Car Services - After Hours | 1/29/2020 | Scott Belinsky | Laz to home  LYFT 12/13/2019 Time: 00:45 / AMEX | 22.34 |
| Car Services - After Hours | 1/29/2020 | Scott Belinsky | Laz to home  LYFT 01/12/2020 Time: 21:44 / AMEX | 21.80 |
| Car Services - After Hours | 1/29/2020 | Scott Belinsky | Home to Laz  LYFT 01/12/2020 Time: 18:15 / AMEX | 15.34 |
| Car Services - After Hours | 1/29/2020 | Scott Belinsky | Laz to home  LYFT 01/10/2020 Time: 23:50 / AMEX | 19.32 |
| Car Services - After Hours | 1/29/2020 | Scott Belinsky | Laz to home  LYFT 01/08/2020 Time: 23:11 / AMEX | 21.08 |
| Car Services - After Hours | 1/29/2020 | Scott Belinsky | Laz to home  LYFT 01/08/2020 Time: 23:15 / AMEX | 20.74 |
| Car Services - After Hours | 1/29/2020 | Daniel Katz | UBER Lazard to Home 12/19/2019 Time: 22:37 / AMEX | 35.95 |
| Car Services - After Hours | 2/12/2020 | Eli Silverman | Lazard/home - NYC 12/19/2019 Time: 21:37 / AMEX | 11.88 |
| Car Services - After Hours | 2/27/2020 | Daniel Bier | Laz - home  LYFT 01/19/2020 Time: 23:30 / AMEX | 28.69 |
| Car Services - After Hours | 2/27/2020 | Daniel Bier | Laz - home  LYFT 01/18/2020 Time: 23:40 / AMEX | 30.53 |
| Car Services - After Hours | 2/27/2020 | Daniel Bier | Laz - home  LYFT 01/21/2020 Time: 03:31 / AMEX | 25.52 |
| Car Services - After Hours | 2/27/2020 | Daniel Bier | Laz - home  LYFT 02/10/2020 Time: 22:50 / AMEX | 26.73 |
| Car Services - After Hours | 2/27/2020 | Daniel Bier | Laz - home  LYFT 02/08/2020 Time: 01:13 / AMEX | 27.59 |
| Car Services - After Hours | 2/27/2020 | Daniel Bier | Laz - home  LYFT 02/07/2020 Time: 01:08 / AMEX | 33.33 |
| Car Services - After Hours | 2/27/2020 | Daniel Bier | Laz - home  LYFT 02/06/2020 Time: 00:51 / AMEX | 30.63 |
| Car Services - After Hours | 2/27/2020 | Daniel Bier | Laz - home  LYFT 02/05/2020 Time: 01:49 / AMEX | 36.50 |
| Car Services - After Hours | 2/27/2020 | Daniel Bier | Laz - home  LYFT 02/04/2020 Time: 01:37 / AMEX | 30.92 |
| Car Services - After Hours | 2/27/2020 | Daniel Bier | Laz - home  LYFT 02/01/2020 Time: 00:08 / AMEX | 29.14 |
| Car Services - After Hours | 2/27/2020 | Daniel Bier | Laz - home  LYFT 01/31/2020 Time: 01:50 / AMEX | 27.32 |
| Car Services - After Hours | 2/27/2020 | Daniel Bier | Laz - home  LYFT 01/30/2020 Time: 01:35 / AMEX | 29.46 |
| Car Services - After Hours | 2/27/2020 | Daniel Bier | Laz - home  LYFT 01/28/2020 Time: 23:56 / AMEX | 31.62 |
| Car Services - After Hours | 2/27/2020 | Daniel Bier | Laz - home  LYFT 01/28/2020 Time: 01:13 / AMEX | 35.14 |

DEAL ACTIVITY - Open item balance
ALL EXPENSES
NYC06350-PG&E
Currency: USD - US Dollar
Execution Date: 04/09/2020

| Account Description | Posting Date | Employee Name | Description | Amount |
|---|---|---|---|---|
| Car Services - After Hours | 2/27/2020 | Daniel Bier | Laz - home  LYFT 01/27/2020 Time: 02:27 / AMEX | 29.42 |
| Car Services - After Hours | 2/27/2020 | Daniel Bier | Laz - home  LYFT 01/17/2020 Time: 23:26 / AMEX | 30.62 |
| Car Services - After Hours | 2/27/2020 | Daniel Bier | Laz - home  LYFT 01/16/2020 Time: 23:43 / AMEX | 42.75 |
| Car Services - After Hours | 2/27/2020 | Daniel Bier | Laz - home  LYFT 01/15/2020 Time: 22:39 / AMEX | 37.47 |
| Car Services - After Hours | 2/27/2020 | Daniel Bier | Laz - home  LYFT 01/14/2020 Time: 02:07 / AMEX | 33.32 |
| Car Services - After Hours | 2/27/2020 | Daniel Bier | Laz - home  LYFT 01/25/2020 Time: 22:21 / AMEX | 16.09 |
| Car Services - After Hours | 2/27/2020 | Daniel Bier | Laz - home  LYFT 01/25/2020 Time: 04:07 / AMEX | 26.17 |
| Car Services - After Hours | 2/27/2020 | Daniel Bier | Laz - home  LYFT 01/24/2020 Time: 00:51 / AMEX | 43.38 |
| Car Services - After Hours | 2/27/2020 | Daniel Bier | Laz - home  LYFT 01/23/2020 Time: 03:25 / AMEX | 43.56 |
| Car Services - After Hours | 2/27/2020 | Daniel Bier | Laz - home  LYFT 01/21/2020 Time: 23:54 / AMEX | 24.46 |
| Car Services - After Hours | 2/28/2020 | Daniel Katz | W->H Mon/Tues 3:26 AM 01/21/2020 Time: 03:26 / AMEX | 14.52 |
| Car Services - After Hours | 2/28/2020 | Daniel Katz | W->H Wed/Thurs 2:56 AM 01/23/2020 Time: 02:56 / AMEX | 26.30 |
| Car Services - After Hours | 2/28/2020 | Daniel Katz | W->H Fri/Sat 4:11 AM 01/25/2020 Time: 04:11 / AMEX | 27.52 |
| Car Services - After Hours | 2/28/2020 | Daniel Katz | W->H Sun/Mon 2:26 AM 01/27/2020 Time: 02:26 / AMEX | 26.14 |
| Car Services - After Hours | 2/28/2020 | Daniel Katz | W->H Mon/Tues 1:07 AM 01/28/2020 Time: 01:07 / AMEX | 32.57 |
| Car Services - After Hours | 2/28/2020 | Daniel Katz | W->H Friday 11:37 PM 02/07/2020 Time: 23:37 / AMEX | 27.18 |
| Car Services - After Hours | 2/28/2020 | Daniel Katz | W->H Wed/Thurs 2:34 AM 02/13/2020 Time: 02:34 / AMEX | 24.81 |
| **Car Services - After Hours Total** | | | | **1,993.58** |
| Car Services - Business Travel | 1/28/2020 | Liam Fine | LAZ/HOME:  UBER TRIP 12/20/2019 / AMEX | 74.78 |
| Car Services - Business Travel | 2/3/2020 | Ken Ziman | Car from SFO to hotel SF 12/16/2019 / AMEX | 37.65 |
| Car Services - Business Travel | 2/3/2020 | Ken Ziman | From SF hotel to client 12/17/2019 / AMEX | 6.64 |
| Car Services - Business Travel | 2/3/2020 | Ken Ziman | Car from EWR to home 12/18/2019 / AMEX | 43.73 |
| Car Services - Business Travel | 2/12/2020 | Eli Silverman | hotel/LAX airport 01/01/2020 / AMEX | 80.00 |
| Car Services - Business Travel | 2/12/2020 | Eli Silverman | Hotel/PG&E/San Francisco 16/12/2019 / AMEX | 7.54 |
| Car Services - Business Travel | 2/12/2020 | Eli Silverman | Newark airport/home-NYC 12/18/2019 / AMEX | 98.45 |
| Car Services - Business Travel | 2/12/2020 | Eli Silverman | Hotel/San Francisco airport 12/17/2019 / AMEX | 81.65 |
| Car Services - Business Travel | 2/12/2020 | Eli Silverman | Home/client meeting/NYC 01/10/2020 / AMEX | 11.33 |
| Car Services - Business Travel | 2/12/2020 | Eli Silverman | SFO airport/hotel/San Fran 12/16/2019 / AMEX | 79.05 |
| Car Services - Business Travel | 2/12/2020 | Eli Silverman | Home-NYC/JFK airport 12/15/2019 / AMEX | 78.84 |
| Car Services - Business Travel | 2/12/2020 | Eli Silverman | Home-NYC/JFK airport 12/21/2019 / AMEX | 68.30 |
| Car Services - Business Travel | 2/12/2020 | Eli Silverman | PG&E/hotel/San Francisco 12/16/2019 / AMEX | 18.67 |
| Car Services - Business Travel | 2/28/2020 | Daniel Katz | JFK -> Home 01/17/2020 / AMEX | 82.46 |
| Car Services - Business Travel | 2/28/2020 | Daniel Katz | SFO -> Client meeting 01/15/2020 / AMEX | 88.48 |
| Car Services - Business Travel | 2/28/2020 | Daniel Katz | Home -> EWR Airport 01/15/2020 / AMEX | 87.53 |
| Car Services - Business Travel | 2/28/2020 | Daniel Katz | Dinner -> Hotel 01/15/2020 / AMEX | 20.09 |
| Car Services - Business Travel | 2/28/2020 | Daniel Katz | Hotel -> SFO Airport 01/16/2020 / AMEX | 71.58 |
| Car Services - Business Travel | 2/28/2020 | Daniel Katz | Mtg -> Hotel 01/29/2020 / AMEX | 25.40 |
| Car Services - Business Travel | 2/28/2020 | Daniel Katz | JFK -> Home 01/30/2020 / AMEX | 82.33 |

**DEAL ACTIVITY - Open item balance**
**ALL EXPENSES**
**NYC06350-PG&E**
**Currency: USD - US Dollar**
**Execution Date: 04/09/2020**

| Account Description | Posting Date | Employee Name | Description | Amount |
|---|---|---|---|---|
| **Car Services - Business Travel Total** | | | | **1,144.50** |
| Travel - Hotels | 2/3/2020 | Ken Ziman | Hotel 1 night @$391 SF 12/16/2019 / AMEX | 455.79 |
| Travel - Hotels | 2/12/2020 | Eli Silverman | Ritz/SanFran 2 nts @ $600 ea. 12/17/2019 / AMEX | 1,200.00 |
| Travel - Hotels | 2/12/2020 | Eli Silverman | Ritz/San Francisco 1nt @ $600 12/15/2019 / AMEX | 600.00 |
| Travel - Hotels | 2/12/2020 | Eli Silverman | Ritz/no show/client cancel mtg 01/01/2020 / AMEX | 459.00 |
| Travel - Hotels | 2/12/2020 | Eli Silverman | Loews/SanFran/ 2 nights @ $600 01/13/2020 / AMEX | 1,200.00 |
| Travel - Hotels | 2/28/2020 | Daniel Katz | 2-night hotel San Fran 01/28/2020 / AMEX | 1,152.82 |
| Travel - Hotels | 2/28/2020 | Daniel Katz | 1-night hotel, San Fran 01/15/2020 / AMEX | 534.51 |
| **Travel - Hotels Total** | | | | **5,602.12** |
| Travel - WiFi/Data fees - airlines/hotels | 1/28/2020 | Liam Fine | WIFI:  HTTP://WWW.GOGOAIR. 01/01/2020 / AMEX | 15.00 |
| Travel - WiFi/Data fees - airlines/hotels | 1/29/2020 | Scott Belinsky | UNITED AIRLINES     HOUSTON 01/01/2020 / AMEX | 12.99 |
| Travel - WiFi/Data fees - airlines/hotels | 1/29/2020 | Scott Belinsky | UNITED AIRLINES     HOUSTON 12/21/2019 / AMEX | 14.99 |
| Travel - WiFi/Data fees - airlines/hotels | 2/12/2020 | Eli Silverman | WIFI Access on airplane 12/26/2019 / AMEX | 17.00 |
| Travel - WiFi/Data fees - airlines/hotels | 2/12/2020 | Eli Silverman | Wifi access on airplane 12/15/2019 / AMEX | 18.00 |
| | | | | |
| **Travel - WiFi/Data fees - airlines/hotels Total** | | | | **77.98** |
| Business Meals with Client | 4/8/2020 | Eli Silverman | Dinner/Cipriani/NY - 6p 03/04/2020 / AMEX | 799.00 |
| **Business Meals with Client Total** | | | | **799.00** |
| Client Entertainment and Events | 3/5/2020 | Parry Sorensen | Client mtg at Lazard - lunch 02/05/2020 / AMEX | 46.59 |
| **Client Entertainment and Events Total** | | | | **46.59** |
| Employee Meals - In Office | 1/28/2020 | Kevin Hatch | Dinner/Bistango/NY - 1p 01/11/2020 / AMEX | 25.00 |
| Employee Meals - In Office | 1/28/2020 | Kevin Hatch | Dinner/Spring Boneki/NY - 1p 01/12/2020 / AMEX | 25.00 |
| Employee Meals - In Office | 2/27/2020 | Katherine Tobeason | Tobeason Katherine M 2020-02-07 17:16:38 Green Sym | 25.92 |
| Employee Meals - In Office | 2/12/2020 | Eli Silverman | Dinner/Whole Foods/NY - 1p 01/12/2020 / AMEX | 18.49 |
| Employee Meals - In Office | 2/12/2020 | Eli Silverman | Dinner/Sweetgreen/NY - 1p 01/09/2020 / AMEX | 25.00 |
| Employee Meals - In Office | 2/12/2020 | Eli Silverman | Dinner/Al Horno/NY - 1p 01/02/2020 / AMEX | 25.00 |
| Employee Meals - In Office | 2/12/2020 | Eli Silverman | Dinner/American Burger/NY - 1p 01/04/2020 / AMEX | 25.00 |
| Employee Meals - In Office | 2/12/2020 | Eli Silverman | Dinner/Juice Press/NY - 1p 01/05/2020 / AMEX | 11.81 |
| Employee Meals - In Office | 2/12/2020 | Eli Silverman | Dinner/Sweetgreen/NY - 1p 01/06/2020 / AMEX | 25.00 |
| Employee Meals - In Office | 2/12/2020 | Eli Silverman | Dinner/Al Horno/NY - 1p 01/05/2020 / AMEX | 25.00 |
| Employee Meals - In Office | 2/27/2020 | Katherine Tobeason | Tobeason Katherine M 2020-02-10 18:38:49 Sweetgree | 25.45 |
| Employee Meals - In Office | 3/2/2020 | Scott Belinsky | Dinner in office/PG&E 01/29/2020 / AMEX | 24.44 |
| **Employee Meals - In Office Total** | | | | **281.11** |
| Employee Meals - Travel/Other | 4/4/2019 | Ken Ziman | Breakfast 1p SF 03/14/2019 / AMEX | 35.00 |
| Employee Meals - Travel/Other | 1/28/2020 | Liam Fine | DELI ON MADISON 0000 NEW YORK 12/17/2019 / AMEX | 6.00 |
| Employee Meals - Travel/Other | 1/28/2020 | Liam Fine | LEVELUP*HALEANDHEART BOSTON 01/09/2020 / AMEX | 11.92 |
| Employee Meals - Travel/Other | 1/28/2020 | Liam Fine | MANGIA          NEW YORK 12/17/2019 / AMEX | 18.51 |
| Employee Meals - Travel/Other | 2/12/2020 | Eli Silverman | Breakfast/LGA airport - 1p 12/15/2019 / AMEX | 19.12 |

**DEAL ACTIVITY - Open item balance**
**ALL EXPENSES**
**NYC06350-PG&E**
**Currency: USD - US Dollar**
**Execution Date: 04/09/2020**

| Account Description | Posting Date | Employee Name | Description | Amount |
|---|---|---|---|---|
| Employee Meals - Travel/Other | 2/12/2020 | Eli Silverman | Dinner/hotel/San Fran - 1p 12/15/2019 / AMEX | 75.00 |
| Employee Meals - Travel/Other | 2/12/2020 | Eli Silverman | Breakfast/hotel/SanFran - 1p 12/17/2019 / AMEX | 35.00 |
| Employee Meals - Travel/Other | 2/12/2020 | Eli Silverman | Dinner/hotel/SanFran - 1p 12/17/2019 / AMEX | 75.39 |
| Employee Meals - Travel/Other | 2/12/2020 | Eli Silverman | Bkfst/DistrictMkt/SFO- 1p 12/17/2019 / AMEX | 28.33 |
| Employee Meals - Travel/Other | 2/28/2020 | Daniel Katz | Dinner, 3 bankers 01/29/2020 / AMEX | 195.00 |
| Employee Meals - Travel/Other | 2/28/2020 | Daniel Katz | Breakfast 01/30/2020 / AMEX | 35.00 |
| Employee Meals - Travel/Other | 2/28/2020 | Daniel Katz | Lunch 01/30/2020 / AMEX | 13.02 |
| Employee Meals - Travel/Other | 2/28/2020 | Daniel Katz | Breakfast 01/29/2020 / AMEX | 35.00 |
| Employee Meals - Travel/Other | 2/28/2020 | Daniel Katz | Lunch 01/16/2020 / AMEX | 14.77 |
| Employee Meals - Travel/Other | 2/28/2020 | Daniel Katz | Breakfast (Client Trip) 01/16/2020 / AMEX | 8.21 |
| Employee Meals - Travel/Other | 2/28/2020 | Daniel Katz | Dinner w 2 other bankers 01/15/2020 / AMEX | 138.88 |
| **Employee Meals - Travel/Other Total** | | | | **744.15** |
| **CLOSING BALANCE as of 04/09/2020** | | | | **27,492.51** |