**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Theodore Tsekerides (*pro hac vice*)
(theodore.tsekerides@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel:    (212) 310-8000
Fax:   (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:    (415) 496-6723
Fax:   (415) 636-9251

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case) (Jointly Administered)<br><br>**NOTICE OF THE UTILITY'S NON-OPPOSITION TO MOTIONS BY 26 HINKLEY CLAIMANTS FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>[Related to Dkt. Nos. 6803 et seq.][1]<br><br><u>Resolving Hearing Set On</u>:<br><br>Date:     May 12, 2020<br>Time:    10:00 am |

---

[1] Attachment 1 hereto (which is identical to Attachment 1 to the Tentative Ruling, as defined in the text at ¶2 below) lists the names of the moving parties and shows the docket numbers for their respective motions and the case numbers of their Ninth Circuit appeals.

Pacific Gas and Electric Company (the "**Utility**"), as debtor and debtor in possession in the above-captioned cases (the "**Chapter 11 Cases**"), hereby provides notice as follows regarding the 26 separate motions for relief from stay (the "**Motions**") filed by similarly situated individual movants identified on Attachment 1 (the "**Hinkley Movants**"):

1. The Motions seeks relief from automatic stay to permit the Hinkley Movants to proceed with appeals currently pending before the Ninth Circuit from the dismissal by the U.S. District Court for the Central District of California of civil actions that the Hinkley Movants had brought against the Utility and, depending on the outcome of their appeals, to prosecute the underlying civil actions to judgment.

2. The Utility has reviewed the Order Setting Hearing and Tentative Ruling on Motions for Relief from Stay issued by the Court on April 21, 2020 [Docket No. 6867] (the "**Tentative Ruling**").

3. In light of the Tentative Ruling, Debtors **DO NOT OPPOSE** the Motions, or the granting of relief from the automatic stay as requested in each of the Motions, **on the condition** that such grant of relief from stay does not permit the Hinkley Movants to enforce any judgment they might obtain against the Utility, and that the Hinkley Movants may recover any such judgment only through the claims process in these Chapter 11 Cases and in accordance with the terms of any plan of reorganization confirmed in these Chapter 11 Cases.

Respectfully submitted,

Dated: April 28, 2020

WEIL, GOTSHAL & MANGES LLP
KELLER BENVENUTTI KIM LLP

By /s/ *Peter J. Benvenutti*
   Peter J. Benvenutti

*Attorneys for Debtors and Debtors in Possession*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**Attachment 1**

| Bankruptcy Docket No. | Name | Bankruptcy Claim No. | Case No. at Ninth Circuit Court of Appeals |
|---|---|---|---|
| 6803 | Andrea Williams | 7175 | 18-56390 |
| 6805 | Barbara A. Vinson | 7201 | 18-56382 |
| 6807 | Oscar Urbina | 7180 | 18-56386 |
| 6809 | Marina Riebeling | 7301 | 18-56384 |
| 6811 | John Ramirez | 7072 | 18-56395 |
| 6814 | Nick Panchev | 7704 | 18-56501 |
| 6815 | Jose Ornelas | 7226 | 18-56392 |
| 6817 | Saray Ordaz | 8283 | 18-56376 |
| 6819 | Ken Nitao | 7167 | 18-56385 |
| 6821 | Robert Miller | 7168 | 18-56381 |
| 6823 | Charles Matthiesen | 8273 | 18-56388 |
| 6825 | Juliana Martinez | 7228 | 18-56499 |
| 6828 | Yvonne Kirkpatrick | Pending | 18-56377 |
| 6830 | Aurang Zaib Khan | 7083 | 18-56498 |
| 6832 | Darlene Herring Jenkins | 7264 | 18-56393 |
| 6834 | Shirley Holcroft | 7171 | 18-56503 |
| 6836 | Keith Hawes | 7176 | 18-56502 |
| 6838 | Norman Halstead | 8274 | 18-56497 |
| 6840 | Martin Garza | 7183 | 18-56505 |
| 6842 | Cindy Sue Downing | 7591 | 18-56500 |
| 6844 | David Matthiesen | 7229 | 18-56389 |
| 6846 | Clell Courtney | 7585 | 18-56379 |
| 6848 | Joel A. Christison | 7657 | 18-56391 |
| 6850 | Augustin Carrera | 7244 | 18-56387 |
| 6852 | Sandra L. Brown | 7200 | 18-56504 |
| 6854 | Carolyn Bolin | 7199 | 18-56394 |