**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel:   (212) 310-8000
Fax:   (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:   (415) 496-6723
Fax:   (415) 636-9251

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**,<br><br>   - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                    **Debtors**.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br><br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF CANCELLATION OF APRIL 29, 2020, 10:00 A.M. OMNIBUS HEARING**<br><br>Date:   April 29, 2020<br>Time:   10:00 a.m. (Pacific Time)<br>Place:   United States Bankruptcy Court<br>            Courtroom 17, 16th Floor<br>            San Francisco, CA 94102 |

**PLEASE TAKE NOTICE** that the following matters, which were scheduled to be heard in the above-captioned chapter 11 cases on April 29, 2020 at 10:00 a.m. (Pacific Time) (the "**Omnibus Hearing**"), have been resolved, continued, or taken off calendar.

**PLEASE TAKE FURTHER NOTICE** that, accordingly, the Omnibus Hearing is cancelled.

**I:** **MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**

1. **Deuschel Stay Relief Motion**: *Motion for Relief form the Automatic Stay by Laurie A. Deuschel* [**Dkt. 6106**].

    Response Deadline: April 24, 2020.

    Related Order:

    A. Order Approving Stipulation and Agreement for Order Between the Utility and Laurie A. Deuschel Resolving Motion for Relief from the Automatic Stay [**Dkt. 6930**].

    Status: This matter has been resolved by stipulation [**Dkt. 6885**] and order [**Dkt. 6930**].

2. **Amended Motion to Expunge**: *Amended Motion to Expunge Class Proof of Claim Filed by GER Hospitality, LLC* [**Dkt. 6675-1**].

    Response Deadline: April 15, 2020, at 4:00 p.m. (Pacific Time).

    Status: This matter has been taken under submission and dropped from the calendar by the Court's April 24, 2020 Docket Text Order.

3. **Ex Parte OII Settlement Motion**: *Debtors' Motion Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 9019 for an Order (I) Approving Settlement Agreement Resolving Ex Parte OII and (II) Granting Related Relief* [**Dkt. 6707**].

    Response Deadline: April 22, 2020, at 4:00 p.m. (Pacific Time).

    Related Order:

    A. Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 9019 (I) Approving Settlement Agreement Resolving Ex Parte OII and (II) Granting Related Relief [**Dkt. 6931**].

    Status: This motion has been granted.

4. **Motion to Resolve Locate and Mark OII**: *Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 9019 and 6004 for Entry of an Order Approving Settlement Agreement Resolving Locate and Mark OII* [**Dkt. 6710**].

    Response Deadline: April 22, 2020, at 4:00 p.m. (Pacific Time).

    Related Order:

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

      A.      Order Pursuant to 11 U.S.C. § 363(b) and 105(a) and Fed. R. Bankr. P. 9019 and 6004 for an Order Approving Settlement Agreement Resolving Locate and Mark OII [**Dkt. 6932**].

Status: This motion has been granted.

5. **Debtors' 503(b)(9) Motion**: *Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9)* [**Dkt. 2896**].

Response Deadline: July 31, 2019, at 4:00 p.m. (Pacific Time).

Status: This matter has been continued to May 12, 2020, solely with respect to the 503(b)(9) claim of Marsh Landing LLC (claim No. 2026) [**Dkt. 6947**].

6. **2020 Employee Compensation Motion**: *Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363(b), and 503(c) for Entry of an Order Approving Debtors' 2020 (I) Short Term Incentive Plan; (II) Long Term Incentive Plan; (III) Performance Metrics for the Chief Executive Officer and President of PG&E Corporation; and (IV) Granting Related Relief* [**Dkt. 6088**].

Response Deadline: March 18, 2020, at 4:00 p.m. (Pacific Time).

Status: This matter has been continued and dropped from the calendar [**Dkt. 6892**].

7. **Pazdan Stay Relief Motion**: *Notice of Hearing on Motion for Relief from the Automatic Stay and Abstention Pursuant to 28 U.S.C. 1334(c)(1); Memorandum of Points and Authorities in Support* [**Dkt. 6423**].

Response Deadline: No response deadline was set.

Related Order:

      B.      Order Approving Stipulation Between Sarah Pazdan and Pacific Gas and Electric Company to Take Stay Relief Motion Off Calendar [**Dkt. 6889**].

Status: This matter has been resolved by stipulation [**Dkt. 6868**] and order [**Dkt. 6889**].

8. **Wilmington Trust's Motion to Allow Claims**: *Wilmington Trust, National Association's Motion for an Order Allowing Proofs of Claim Nos. 31005 and 55147 and Requiring Plan Treatment Consistent Therewith, and Memorandum of Points and Authorities in Support* [**Dkt. 6529**].

Response Deadline: April 15, 2020, at 4:00 p.m. (Pacific Time).

Status: This matter has been withdrawn and dropped from the calendar [**Dkt. 6700**].

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at:pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: April 28, 2020

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**

By: */s/ Dara Silveira*
     Dara L. Silveira

*Attorneys for Debtors and Debtors in Possession*