Craig Goldblatt
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 663-6483
Facsimile: (202) 663-6363
Email: craig.goldblatt@wilmerhale.com

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

In re

PG&E CORPORATION and PACIFIC GAS AND ELECTRIC COMPANY

Debtor(s).

Case No. 19 - 30088
Chapter 11

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, __Craig Goldblatt__, an active member in good standing of the bar of __District of Columbia__, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing __Comcast Cable Communications,__ in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

    Allyson Pierce, Wilmer Cutler Pickering Hale and Dorr LLP

    7 World Trade Center, 250 Greenwich Street, New York, NY 10007

    (212) 230-8000

I declare under penalty of perjury that the foregoing is true and correct.

Dated: __April 28, 2020__

/s/ Craig Goldblatt
Craig Goldblatt