**EXHIBIT A**

**COMPANY BY PROFESSIONAL FOR THE
PERIOD FROM FEBRUARY 1, 2020 THROUGH FEBRUARY 29, 2020**

| Name of Professional Person | Department, Date of First Admission *or* Years in Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| **Partners and Of Counsel** | | | | |
| Hill, Joshua | Dep't: Litigation<br>Admission: 2002 | $905.25 | 25.70 | $23,265.02 |
| Wong, Christine Y. | Dep't: Litigation<br>Admission: 2001 | $828.75 | 2.20 | $1,823.26 |
| **Associates and Attorneys** | | | | |
| Kissner, Andrew | Dep't: Business Restructuring & Insolvency<br>Admission: 2017 | $595.00 | 3.00 | $1,785.00 |
| Neitzey, Christina Nicole | Dep't: Litigation<br>Admission: 2018 | $505.75 | 43.90 | $22,202.48 |
| Nicholson, Julie A. | Dep't: Litigation<br>Admission: 2012 | $709.75 | 14.10 | $10,007.52 |
| **Paralegals and Non-Legal Staff** | | | | |
| Guido, Laura | Dep't: Business Restructuring & Insolvency<br>Title: Senior Paralegal<br>Years in Position: 12 | $318.75 | 2.20 | $701.26 |
| Middleman, Caitlin K. | Dep't: Litigation<br>Title: Senior Paralegal<br>Years in Position: 8.5 | $314.50 | 13.40 | $4,214.30 |
| **Total Incurred:** | | | 104.50 | $63,998.84 |
| **Less Client Accommodation for Time Entry Review (100% of Fees Incurred):** | | | n/a | $(1,190.00) |
| **Total Requested:** | | | 104.50 | $62,808.84 |

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

| | | | |
|---|---|---|---|
| **Total Partners, Of Counsel, Associates and Paraprofessionals** | | | |
| PROFESSIONALS | BLENDED RATES | TOTAL HOURS BILLED | TOTAL COMPENSATION |
| Partners and Counsel | $899.22 | 27.9 | $25,088.28 |
| Associates and Attorneys | $557.29 | 61.0 | $33,995.00 |
| **Total Incurred by All Attorneys:** | **$664.60** | **88.9** | **$59,083.28** |
| Less Client Accommodation for Time Entry Review (100% of Fees Incurred): | n/a | n/a | $(1,190.00) |
| **Blended Attorney Rate:** | **$651.21** | **88.9** | **$57,893.28** |
| Paraprofessionals and Non-Legal Staff | $315.10 | 15.6 | $4,915.56 |
| **Total Requested:** | **$601.04** | **104.5** | **$62,808.84** |

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105