**EXHIBIT B**

**COMPENSATION BY WORK TASK CODE FOR
SERVICES RENDERED MORRISON & FOERSTER LLP
FOR THE PERIOD FROM FEBRUARY 1, 2020 THROUGH FEBRUARY 29, 2020**

| Project Category | Description | Hours | Amount |
|---|---|---|---|
| C100 | Fact Gathering | 7.00 | $4,311.22 |
| C312 | Client Counsel - State/Regulatory/Judicial | 5.90 | $4,481.67 |
| P100 | Project Administration | 3.60 | $1,132.20 |
| P210 | Corporate Review | 0.60 | $543.16 |
| P280 | Other | 1.10 | $995.78 |
| P300 | Structure/Strategy/Analysis | 81.10 | $50,048.55 |
| P400 | Initial Document Preparation/Filing | 3.20 | $1,296.26 |
| Z032 | Time Entry Review | 2.00 | $1,190.00 |
| **Total Incurred:** | | 104.5 | $63,998.84 |
| **Less Client Accommodation for Time Entry Review (100% of Fees Incurred):** | | n/a | $(1,190.00) |
| **Total Requested:** | | 104.5 | $62,808.84 |

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105