# EXHIBIT C

## EXPENSE SUMMARY FOR THE PERIOD
## FROM FEBRUARY 1, 2020 THROUGH FEBRUARY 29, 2020

| Expense Category | Total Expenses |
|---|---:|
| Epiq eDiscovery Managed Services Epiq | $131.20 |
| **Total** | **$131.20** |

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

ny-1909000