# EXHIBIT D

## DETAILED TIME ENTRIES FOR THE PERIOD
## FROM FEBRUARY 1, 2020 THROUGH FEBRUARY 29, 2020

# MORRISON | FOERSTER

P.O. BOX 742335  
LOS ANGELES  
CALIFORNIA 90074-2335

TELEPHONE: 415.268.7000  
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,  
LOS ANGELES, WASHINGTON, D.C.,  
SAN DIEGO, PALO ALTO, BOSTON,  
DENVER, NORTHERN VIRGINIA

TOKYO, BEIJING, SHANGHAI,  
HONG KONG, SINGAPORE

LONDON, BRUSSELS, BERLIN

---

Pacific Gas And Electric Company

**Taxpayer ID #** ███████  
Invoice Number: 5906885  
Invoice Date: April 24, 2020

Client/Matter Number: 050386-0000020

Matter Name: CPUC INVESTIGATION/OII

Client Ref: 1707076

RE: CPUC INVESTIGATION/OII

---

*For Professional Services Rendered through February 29, 2020*

|  | U.S.Dollars |
|---|---:|
| Original Fees | 82,865.50 |
| Fee Discount Value | (18,866.66) |
| Client Accommodation - Time Entry Review | (1,190.00) |
| **Total This Invoice** | **62,808.84** |

**Payment may be made by Electronic Funds transfer to the firm's account**

# MORRISON | FOERSTER

Matter Number: 050386-0000020  
Matter Name: CPUC INVESTIGATION/OII

Invoice Number: 5906885  
Invoice Date: April 24, 2020

## Time Detail

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| **C100 FACT GATHERING** | | | | |
| 12-Feb-20 | Correspond with internal working group regarding Cal Advocates' data requests. | Hill, Joshua | 0.30 | 271.58 |
| 19-Feb-20 | Analyze and revise draft responses to Cal Advocates' data requests. | Hill, Joshua | 0.90 | 814.73 |
| 20-Feb-20 | Analyze draft data request responses. | Hill, Joshua | 0.10 | 90.53 |
| 20-Feb-20 | Draft response to Cal Advocates' data request. | Neitzey, Christina Nic | 1.40 | 708.05 |
| 25-Feb-20 | Analyze draft responses to Cal Advocates' data requests. | Hill, Joshua | 0.20 | 181.05 |
| 25-Feb-20 | Cite check PG&E response to data request 009, Q1 and Q4-Q6. | Middleman, Caitlin K. | 1.40 | 440.30 |
| 26-Feb-20 | Analyze Cal Advocates' data requests. | Hill, Joshua | 0.40 | 362.10 |
| 26-Feb-20 | Draft responses to Cal Advocates' data request 009. | Neitzey, Christina Nic | 1.20 | 606.90 |
| 27-Feb-20 | Analyze objections to Cal Advocates' data requests. | Hill, Joshua | 0.10 | 90.53 |
| 28-Feb-20 | Analyze matters regarding response to Cal Advocates' data requests and corresponding responses. | Hill, Joshua | 0.60 | 543.15 |
| 28-Feb-20 | Draft responses to Cal Advocates' data request 009. | Neitzey, Christina Nic | 0.40 | 202.30 |
| **Total: C100** | **C100 FACT GATHERING** | | **7.00** | **4,311.22** |
| **C312 CLIENT COUNSEL -STAT/REG/JUDICIAL** | | | | |
| 11-Feb-20 | Call with client and C. Neitzey regarding Cal Advocates' motion to strike. | Hill, Joshua | 0.30 | 271.58 |
| 11-Feb-20 | Call with client and J. Hill regarding Cal Advocates' motion to strike. | Neitzey, Christina Nic | 0.30 | 151.73 |
| 11-Feb-20 | Call with M. Allen (PG&E) regarding settlement agreement question. | Wong, Christine Y. | 0.10 | 82.88 |
| 14-Feb-20 | Call with client regarding Cal Advocates' data requests. | Hill, Joshua | 0.50 | 452.63 |
| 14-Feb-20 | Call with client regarding response to motion to set hearing. | Hill, Joshua | 0.40 | 362.10 |
| 14-Feb-20 | Call with client regarding Cal Advocates' data requests. | Neitzey, Christina Nic | 0.50 | 252.88 |
| 14-Feb-20 | Call with client regarding response to motion seeking hearings regarding settlement agreement. | Neitzey, Christina Nic | 0.60 | 303.45 |
| 14-Feb-20 | Call with client regarding response to motion seeking hearings regarding settlement agreement. | Nicholson, Julie A. | 0.60 | 425.86 |

# MORRISON | FOERSTER

Matter Number: 050386-0000020  
Matter Name: CPUC INVESTIGATION/OII

Invoice Number: 5906885  
Invoice Date: April 24, 2020

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 20-Feb-20 | Correspond with E. Seals (PG&E) regarding motion to set hearings. | Hill, Joshua | 0.10 | 90.53 |
| 26-Feb-20 | Call with client regarding Del Monte motions. | Hill, Joshua | 0.40 | 362.10 |
| 26-Feb-20 | Call with client regarding Del Monte motions. | Neitzey, Christina Nic | 0.40 | 202.30 |
| 27-Feb-20 | Call with M. Allen (PG&E) and R. Kenney (PG&E) regarding POD. | Hill, Joshua | 0.60 | 543.15 |
| 28-Feb-20 | Summarize and analyze meeting notes and strategy for A. Koo (PG&E). | Hill, Joshua | 0.40 | 362.10 |
| 28-Feb-20 | Prepare weekly summary for J. Loduca (PG&E). | Hill, Joshua | 0.20 | 181.05 |
| 29-Feb-20 | Call with H. Weissmann (Munger Tolles) regarding strategy for response to POD. | Hill, Joshua | 0.30 | 271.58 |
| 29-Feb-20 | Correspond with client regarding procedural issues related to POD. | Wong, Christine Y. | 0.20 | 165.75 |
| **Total: C312** | **C312 CLIENT COUNSEL -STAT/REG/JUDICIAL** | | **5.90** | **4,481.67** |
| **P100 PROJECT ADMINISTRATION** | | | | |
| 03-Feb-20 | Revise CPUC submissions file. | Middleman, Caitlin K. | 0.20 | 62.90 |
| 06-Feb-20 | Revise CPUC submissions file. | Middleman, Caitlin K. | 0.50 | 157.25 |
| 11-Feb-20 | Revise CPUC submissions file. | Middleman, Caitlin K. | 0.30 | 94.35 |
| 13-Feb-20 | Revise CPUC submissions file. | Middleman, Caitlin K. | 0.20 | 62.90 |
| 18-Feb-20 | Revise CPUC submissions file. | Middleman, Caitlin K. | 0.70 | 220.15 |
| 24-Feb-20 | Revise CPUC submissions file. | Middleman, Caitlin K. | 0.40 | 125.80 |
| 25-Feb-20 | Revise CPUC submissions file. | Middleman, Caitlin K. | 0.40 | 125.80 |
| 27-Feb-20 | Revise CPUC submissions file. | Middleman, Caitlin K. | 0.90 | 283.05 |
| **Total: P100** | **P100 PROJECT ADMINISTRATION** | | **3.60** | **1,132.20** |
| **P210 CORPORATE REVIEW** | | | | |
| 11-Feb-20 | Analyze and comment on draft 10-K. | Hill, Joshua | 0.30 | 271.58 |
| 16-Feb-20 | Analyze and comment on draft 10-K. | Hill, Joshua | 0.30 | 271.58 |
| **Total: P210** | **P210 CORPORATE REVIEW** | | **0.60** | **543.16** |
| **P280 OTHER** | | | | |
| 05-Feb-20 | Analyze draft letter to insurance carriers for issues related to SED investigations. | Hill, Joshua | 1.10 | 995.78 |
| **Total: P280** | **P280 OTHER** | | **1.10** | **995.78** |
| **P300 STRUCTURE/STRATEGY/ANALYSIS** | | | | |
| 03-Feb-20 | Analyze reply comments filed by other parties. | Hill, Joshua | 0.30 | 271.58 |
| 03-Feb-20 | Analyze filings in CPUC OII. | Neitzey, Christina Nic | 0.10 | 50.58 |

# MORRISON | FOERSTER

Matter Number: 050386-0000020  Invoice Number: 5906885
Matter Name: CPUC INVESTIGATION/OII  Invoice Date: April 24, 2020

| Date | Services | Timekeeper | Hours | Value |
| --- | --- | --- | --- | --- |
| 05-Feb-20 | Correspond with J. Hill and C. Wong regarding client update. | Nicholson, Julie A. | 0.20 | 141.95 |
| 10-Feb-20 | Analyze Cal Advocates' motion to strike. | Hill, Joshua | 0.50 | 452.63 |
| 10-Feb-20 | Discuss Cal Advocates' motion to strike with C. Neitzey. | Hill, Joshua | 0.20 | 181.05 |
| 10-Feb-20 | Discuss Cal Advocates' motion to strike with J. Hill. | Neitzey, Christina Nic | 0.20 | 101.15 |
| 11-Feb-20 | Revise draft reply to Cal Advocates' motion to strike. | Hill, Joshua | 1.20 | 1,086.30 |
| 11-Feb-20 | Respond to internal inquiry regarding resilience zones. | Hill, Joshua | 0.20 | 181.05 |
| 11-Feb-20 | Draft response to Cal Advocates' motion to strike. | Neitzey, Christina Nic | 5.00 | 2,528.76 |
| 11-Feb-20 | Correspond with J. Hill and C. Wong regarding SED inquiry. | Nicholson, Julie A. | 0.50 | 354.88 |
| 11-Feb-20 | Correspond with internal working group regarding settlement agreement. | Wong, Christine Y. | 0.20 | 165.75 |
| 11-Feb-20 | Analyze Cal Advocates' motion to strike. | Wong, Christine Y. | 0.20 | 165.75 |
| 12-Feb-20 | Revise draft reply to Cal Advocates' motion to strike. | Hill, Joshua | 1.70 | 1,538.93 |
| 12-Feb-20 | Draft response to motion to strike. | Neitzey, Christina Nic | 2.30 | 1,163.23 |
| 12-Feb-20 | Analyze draft response to motion to strike. | Nicholson, Julie A. | 0.70 | 496.83 |
| 13-Feb-20 | Analyze A. Koo (PG&E) comments on draft response to motion to strike. | Hill, Joshua | 0.20 | 181.05 |
| 13-Feb-20 | Cite check opposition to Cal Advocates' motion to strike. | Middleman, Caitlin K. | 2.10 | 660.45 |
| 13-Feb-20 | Draft outlines of responses to Cal Advocates' motion for hearing on settlement and data request. | Neitzey, Christina Nic | 4.60 | 2,326.45 |
| 13-Feb-20 | Correspond with internal working group regarding recent developments in other matters related to settlement agreement. | Nicholson, Julie A. | 0.50 | 354.88 |
| 13-Feb-20 | Correspond with J. Hill and C. Wong regarding client update. | Nicholson, Julie A. | 0.20 | 141.95 |
| 14-Feb-20 | Analyze Cal Advocates' motion to set hearing. | Hill, Joshua | 0.40 | 362.10 |
| 18-Feb-20 | Analyze M. Allen (PG&E) edits to response to motion to strike. | Hill, Joshua | 0.60 | 543.15 |
| 18-Feb-20 | Draft responses to Cal Advocates' data request and motion to strike. | Neitzey, Christina Nic | 3.20 | 1,618.40 |
| 18-Feb-20 | Draft opposition to motion for hearing on settlement. | Nicholson, Julie A. | 3.90 | 2,768.03 |
| 19-Feb-20 | Draft response to Cal Advocates' motion requesting hearing on settlement. | Neitzey, Christina Nic | 2.60 | 1,314.95 |

# MORRISON | FOERSTER

Matter Number: 050386-0000020  
Matter Name: CPUC INVESTIGATION/OII

Invoice Number: 5906885  
Invoice Date: April 24, 2020

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 19-Feb-20 | Draft opposition to motion for hearing on settlement. | Nicholson, Julie A. | 6.90 | 4,897.28 |
| 21-Feb-20 | Revise response to motion to set hearing. | Hill, Joshua | 1.40 | 1,267.35 |
| 21-Feb-20 | Revise response to motion to set hearing. | Neitzey, Christina Nic | 3.70 | 1,871.28 |
| 21-Feb-20 | Correspond with J. Hill and C. Wong regarding client update. | Nicholson, Julie A. | 0.10 | 70.98 |
| 22-Feb-20 | Analyze and revise draft response to motion to set hearings. | Hill, Joshua | 1.10 | 995.78 |
| 22-Feb-20 | Revise opposition to motion for hearing. | Nicholson, Julie A. | 0.50 | 354.88 |
| 23-Feb-20 | Analyze and revise draft response to motion to set hearings. | Hill, Joshua | 1.20 | 1,086.30 |
| 23-Feb-20 | Correspond with internal working group regarding Cal Advocates' motion for hearing on settlement and data request. | Neitzey, Christina Nic | 0.30 | 151.73 |
| 23-Feb-20 | Analyze and revise response to motion to set hearing. | Wong, Christine Y. | 0.20 | 165.75 |
| 24-Feb-20 | Analyze internal working group comments on draft brief. | Hill, Joshua | 0.40 | 362.10 |
| 24-Feb-20 | Revise opposition to Cal Advocates' motion. | Hill, Joshua | 1.20 | 1,086.30 |
| 24-Feb-20 | Cite check opposition to Cal Advocates' motion requesting a hearing on settlement. | Middleman, Caitlin K. | 4.70 | 1,478.15 |
| 24-Feb-20 | Draft responses to Cal Advocates' data request and request for hearing on settlement. | Neitzey, Christina Nic | 3.70 | 1,871.28 |
| 25-Feb-20 | Revise draft response to motion to set hearing. | Hill, Joshua | 1.00 | 905.25 |
| 25-Feb-20 | Cite check revised opposition to Cal Advocates' motion requesting a hearing on settlement. | Middleman, Caitlin K. | 1.60 | 503.20 |
| 25-Feb-20 | Analyze Del Monte motion to strike. | Neitzey, Christina Nic | 0.20 | 101.15 |
| 25-Feb-20 | Draft responses to Cal Advocates' motion for hearing on settlement and data request 009. | Neitzey, Christina Nic | 2.60 | 1,314.95 |
| 25-Feb-20 | Analyze and revise response to motion for hearing. | Wong, Christine Y. | 0.30 | 248.63 |
| 26-Feb-20 | Analyze and evaluate strategy in response to motions filed by Del Monte. | Hill, Joshua | 1.50 | 1,357.88 |
| 26-Feb-20 | Draft responses to Cal Advocates' motion for hearing on settlement and data request 009. | Neitzey, Christina Nic | 2.80 | 1,416.10 |
| 27-Feb-20 | Evaluate procedural options in light of POD. | Hill, Joshua | 0.60 | 543.15 |
| 27-Feb-20 | Analyze POD. | Hill, Joshua | 0.90 | 814.73 |
| 27-Feb-20 | Revise opposition to Cal Advocates' motion to set hearing. | Hill, Joshua | 1.00 | 905.25 |
| 27-Feb-20 | Draft responses to Cal Advocates' request for hearings on motion and data request 009. | Neitzey, Christina Nic | 1.00 | 505.75 |
| 27-Feb-20 | Draft summary of POD. | Neitzey, Christina Nic | 6.70 | 3,388.53 |

# MORRISON | FOERSTER

Matter Number: 050386-0000020  Invoice Number: 5906885
Matter Name: CPUC INVESTIGATION/OII  Invoice Date: April 24, 2020

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 28-Feb-20 | Analyze and circulate draft summary of POD. | Hill, Joshua | 0.40 | 362.10 |
| 28-Feb-20 | Analyze procedural options following issuance of POD. | Hill, Joshua | 1.50 | 1,357.88 |
| 28-Feb-20 | Analyze POD regarding OII settlement. | Wong, Christine Y. | 1.00 | 828.75 |
| 29-Feb-20 | Correspond with internal working group regarding POD and procedural options. | Hill, Joshua | 0.70 | 633.68 |
| 29-Feb-20 | Correspond with internal working group regarding next steps on POD. | Neitzey, Christina Nic | 0.10 | 50.58 |
| **Total: P300** | **P300 STRUCTURE/STRATEGY/ANALYSIS** | | **81.10** | **50,048.55** |
| **P400 INITIAL DOCUMENT PREPARATION/FILING** | | | | |
| 04-Feb-20 | Finalize and compile MoFo's September fee statement. | Guido, Laura | 0.20 | 63.75 |
| 06-Feb-20 | Correspond with internal working group regarding fee applications. | Kissner, Andrew | 0.10 | 59.50 |
| 07-Feb-20 | Prepare CNO for MoFo's supplemental fee statement. | Guido, Laura | 0.20 | 63.75 |
| 07-Feb-20 | Prepare MoFo's October fee statement. | Guido, Laura | 0.70 | 223.13 |
| 07-Feb-20 | Prepare MoFo's November fee statement. | Guido, Laura | 0.60 | 191.25 |
| 07-Feb-20 | Analyze and comment on draft CNO. | Kissner, Andrew | 0.10 | 59.50 |
| 10-Feb-20 | Finalize CNO for MoFo's supplemental fee statement for filing. | Guido, Laura | 0.10 | 31.88 |
| 10-Feb-20 | Analyze draft CNO and correspond with Keller team regarding same. | Kissner, Andrew | 0.10 | 59.50 |
| 12-Feb-20 | Finalize and compile MoFo's October fee statement for filing. | Guido, Laura | 0.20 | 63.75 |
| 12-Feb-20 | Analyze and finalize October and November fee applications. | Kissner, Andrew | 0.30 | 178.50 |
| 13-Feb-20 | Update and finalize MoFo's November fee statement. | Guido, Laura | 0.20 | 63.75 |
| 13-Feb-20 | Correspond with Keller team regarding fee application filing. | Kissner, Andrew | 0.20 | 119.00 |
| 19-Feb-20 | Correspond with fee examiner regarding invoice backup. | Kissner, Andrew | 0.20 | 119.00 |
| **Total: P400** | **P400 INITIAL DOCUMENT PREPARATION/FILING** | | **3.20** | **1,296.26** |
| **Time Entry Review** | | | | |
| 04-Feb-20 | Revise invoices for compliance with U.S. Trustee's guidelines. | Kissner, Andrew | 1.60 | 952.00 |
| 14-Feb-20 | Analyze backup for time entries and disbursements. | Kissner, Andrew | 0.20 | 119.00 |

# MORRISON | FOERSTER

Matter Number: 050386-0000020  Invoice Number: 5906885
Matter Name: CPUC INVESTIGATION/OII  Invoice Date: April 24, 2020

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 27-Feb-20 | Analyze invoices for compliance with U.S. Trustee's guidelines. | Kissner, Andrew | 0.20 | 119.00 |
| **Total: Z032** | **Time Entry Review** | | **2.00** | **1,190.00** |
| | | **Current Fees** | | **62,808.84** |

# MORRISON | FOERSTER

Matter Number: 050386-0000020  
Matter Name: CPUC INVESTIGATION/OII

Invoice Number: 5906885  
Invoice Date: April 24, 2020

## Timekeeper Summary

| No. | Timekeeper | Rate | Hours | Value |
|---|---|---|---|---|
| 21211 | Hill, Joshua | 905.25 | 25.70 | 23,265.02 |
| 23383 | Wong, Christine Y. | 828.75 | 2.20 | 1,823.26 |
| 19671 | Kissner, Andrew | 595.00 | 3.00 | 1,785.00 |
| 23787 | Neitzey, Christina Nic | 505.75 | 43.90 | 22,202.48 |
| 16384 | Nicholson, Julie A. | 709.75 | 14.10 | 10,007.52 |
| 13849 | Guido, Laura | 318.75 | 2.20 | 701.26 |
| 16127 | Middleman, Caitlin K. | 314.50 | 13.40 | 4,214.30 |
|  | Client Accommodation - Time Entry Review |  |  | (1,190.00) |
|  | **TOTAL** |  | **104.50** | **62,808.84** |

8

# MORRISON | FOERSTER

Matter Number: 050386-0000020  
Matter Name: CPUC INVESTIGATION/OII

Invoice Number: 5906885  
Invoice Date: April 24, 2020

## Task Code Summary

| Task Code | Description | Hours | Value |
|---|---|---|---|
| C100 | C100 FACT GATHERING | 7.00 | 4,311.22 |
| C312 | C312 CLIENT COUNSEL -STAT/REG/JUDICIAL | 5.90 | 4,481.67 |
| P100 | P100 PROJECT ADMINISTRATION | 3.60 | 1,132.20 |
| P210 | P210 CORPORATE REVIEW | 0.60 | 543.16 |
| P280 | P280 OTHER | 1.10 | 995.78 |
| P300 | P300 STRUCTURE/STRATEGY/ANALYSIS | 81.10 | 50,048.55 |
| P400 | P400 INITIAL DOCUMENT PREPARATION/FILING | 3.20 | 1,296.26 |
| Z032 | Time Entry Review | 2.00 | 1,190.00 |
|  | Client Accommodation - Time Entry Review |  | (1,190.00) |
|  | **TOTAL** | **104.50** | **62,808.84** |

9

# MORRISON | FOERSTER

Matter Number: 050386-0000020  Invoice Number: 5906885
Matter Name: CPUC INVESTIGATION/OII  Invoice Date: April 24, 2020

## Invoice Summary

|  | U.S.Dollars |
|---|---|
| Total Fees | 62,808.84 |
| **Total Amount Due** | **62,808.84** |

# MORRISON | FOERSTER

Matter Number: 050386-0000020  
Matter Name: CPUC INVESTIGATION/OII

Invoice Number: 5906885  
Invoice Date: April 24, 2020

For your convenience, we have listed below previous invoices on this matter which our records show as outstanding and the total balance due on this account. If you have already submitted payment, we appreciate your promptness. If your records are not in agreement, or if we can provide additional assistance, please call our Billing Department at (415) 268-6446 or (866) 314-5320

| Date | Invoice Number | Currency | Original Invoice Amount | Payments Applied | Amount Outstanding |
|---|---|---|---|---|---|
| 31-Dec-18 | 5788544 | USD | 11,540.98 | 0.00 | 11,540.98 |
| 14-Jan-19 | 5789728 | USD | 53,273.86 | 0.00 | 53,273.86 |
| 30-Sep-19 | 5855259 | USD | 133,934.94 | 0.00 | 133,934.94 |
| 30-Sep-19 | 5887635 | USD | 1,491.75 | 0.00 | 1,491.75 |
| 07-Nov-19 | 5864250 | USD | 187,092.39 | 118,522.33 | 68,570.06 |
| 12-Nov-19 | 5872848 | USD | 25,272.11 | 20,276.95 | 4,995.16 |
| 13-Nov-19 | 5872849 | USD | 293,040.35 | 232,959.61 | 60,080.74 |
| 14-Nov-19 | 5872850 | USD | 210,206.59 | 164,109.84 | 46,096.75 |
| 15-Nov-19 | 5872851 | USD | 184,478.01 | 144,043.98 | 40,434.03 |
| 18-Nov-19 | 5872852 | USD | 139,409.29 | 105,605.74 | 33,803.55 |
| 19-Nov-19 | 5872853 | USD | 117,730.16 | 92,767.33 | 24,962.83 |
| 20-Nov-19 | 5872854 | USD | 420,218.70 | 332,330.25 | 87,888.45 |
| 30-Jan-20 | 5885685 | USD | 201,520.29 | 0.00 | 201,520.29 |
| 07-Feb-20 | 5887765 | USD | 332,996.02 | 0.00 | 332,996.02 |
| 07-Feb-20 | 5887767 | USD | 641,794.21 | 0.00 | 641,794.21 |
| 24-Mar-20 | 5898691 | USD | 2,696.60 | 0.00 | 2,696.60 |
| 24-Mar-20 | 5898699 | USD | 220,352.74 | 0.00 | 220,352.74 |
| 15-Apr-20 | 5903880 | USD | 199,276.15 | 0.00 | 199,276.15 |
| 15-Apr-20 | 5904169 | USD | 131.20 | 0.00 | 131.20 |