# EXHIBIT E

## DETAILED EXPENSES FOR THE PERIOD FROM FEBRUARY 1, 2020 THROUGH FEBRUARY 29, 2020

# MORRISON | FOERSTER

PO BOX 742335
LOS ANGELES
CALIFORNIA 90074-2335

TELEPHONE: 415 268 7000
FACSIMILE: 415 268 7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, WASHINGTON, D.C.,
SAN DIEGO, PALO ALTO, BOSTON,
DENVER, NORTHERN VIRGINIA

TOKYO, BEIJING, SHANGHAI,
HONG KONG, SINGAPORE

LONDON, BRUSSELS, BERLIN

Pacific Gas And Electric Company

**Taxpayer ID #** ███████
Invoice Number: 5906886
Invoice Date: April 24, 2020

Client/Matter Number: 050386-0000020

Matter Name: CPUC INVESTIGATION/OII

Client Ref: 1707076

RE: CPUC INVESTIGATION/OII

*For Disbursements Incurred Through February 29, 2020*

|  | U.S.Dollars |
|---|---|
| Current Disbursements | 131.20 |
| **Total This Invoice** | **131.20** |

MORRISON | FOERSTER

Matter Number: 050386-0000020　　　　　　　　　　　　　　　　　　Invoice Number: 5906886
Matter Name: CPUC INVESTIGATION/OII　　　　　　　　　　　　　　Invoice Date: April 24, 2020

## Disbursement Detail

| Date | Description | Value |
|---|---|---|
| 01-Feb-20 | Epiq eDiscovery Managed Services Epiq DMMF01545 | 131.20 |
| | **Current Disbursements** | **131.20** |

2

Case: 19-30088    Doc# 6972-5    Filed: 04/28/20    Entered: 04/28/20 15:12:02    Page 3
of 5

# MORRISON | FOERSTER

Matter Number: 050386-0000020  Invoice Number: 5906886
Matter Name: CPUC INVESTIGATION/OII  Invoice Date: April 24, 2020

## Invoice Summary

|  | U.S. Dollars |
|---|---:|
| Total Disbursements | 131.20 |
| **Total Amount Due** | **131.20** |

# MORRISON | FOERSTER

Matter Number: 050386-0000020  
Matter Name: CPUC INVESTIGATION/OII

Invoice Number: 5906886  
Invoice Date: April 24, 2020

For your convenience, we have listed below previous invoices on this matter which our records show as outstanding and the total balance due on this account. If you have already submitted payment, we appreciate your promptness. If your records are not in agreement, or if we can provide additional assistance, please call our Billing Department at (415) 268-6446 or (866) 314-5320

| Date | Invoice Number | Currency | Original Invoice Amount | Payments Applied | Amount Outstanding |
|---|---|---|---|---|---|
| 31-Dec-18 | 5788544 | USD | 11,540.98 | 0.00 | 11,540.98 |
| 14-Jan-19 | 5789728 | USD | 53,273.86 | 0.00 | 53,273.86 |
| 30-Sep-19 | 5855259 | USD | 133,934.94 | 0.00 | 133,934.94 |
| 30-Sep-19 | 5887635 | USD | 1,491.75 | 0.00 | 1,491.75 |
| 07-Nov-19 | 5864250 | USD | 187,092.39 | 118,522.33 | 68,570.06 |
| 12-Nov-19 | 5872848 | USD | 25,272.11 | 20,276.95 | 4,995.16 |
| 13-Nov-19 | 5872849 | USD | 293,040.35 | 232,959.61 | 60,080.74 |
| 14-Nov-19 | 5872850 | USD | 210,206.59 | 164,109.84 | 46,096.75 |
| 15-Nov-19 | 5872851 | USD | 184,478.01 | 144,043.98 | 40,434.03 |
| 18-Nov-19 | 5872852 | USD | 139,409.29 | 105,605.74 | 33,803.55 |
| 19-Nov-19 | 5872853 | USD | 117,730.16 | 92,767.33 | 24,962.83 |
| 20-Nov-19 | 5872854 | USD | 420,218.70 | 332,330.25 | 87,888.45 |
| 30-Jan-20 | 5885685 | USD | 201,520.29 | 0.00 | 201,520.29 |
| 07-Feb-20 | 5887765 | USD | 332,996.02 | 0.00 | 332,996.02 |
| 07-Feb-20 | 5887767 | USD | 641,794.21 | 0.00 | 641,794.21 |
| 24-Mar-20 | 5898691 | USD | 2,696.60 | 0.00 | 2,696.60 |
| 24-Mar-20 | 5898699 | USD | 220,352.74 | 0.00 | 220,352.74 |
| 15-Apr-20 | 5903880 | USD | 199,276.15 | 0.00 | 199,276.15 |
| 15-Apr-20 | 5904169 | USD | 131.20 | 0.00 | 131.20 |
| 24-Apr-20 | 5906885 | USD | 62,808.84 | 0.00 | 62,808.84 |