WATTS GUERRA LLP
Mikal C. Watts
70 Stony Point Road, Suite A
Santa Rosa, California 95401
Phone: (707) 241-4567
2561 California Park Drive, Suite 100
Chico, California 95928
Phone: (530) 240-6116
Email: mcwatts@wattsguerra.com

*Attorneys for Numerous Wild Fire Claimants*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>   - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>                    Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>\* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION OF MIKAL WATTS IN SUPPORT OF HIS REPLY TO DOC. #6944 (KANE/GOWINS) REGARDING WILLIAM B. ABRAMS MOTION TO DESIGNATE IMPROPERLY SOLICITED VOTES PURSUANT TO 11 U.S.C. §1125(B) AND 1126(E) AND BANKRUPTCY RULE 2019**<br><br>Date: TBD<br>Time: TBD<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA 94102<br><br>[Re: Docket No. 6799, 6964, 6963] |

**DECLARATION OF MIKAL WATTS**

Mikal Watts declares the following pursuant to 28 U.S.C. § 1746:

1. I am an attorney at the law firm of WATTS GUERRA LLP.

2. WATTS GUERRA represents over 16,000 unique individuals who timely filed Notices of Claim by this Court's amended Bar Date of December 31, 2019.

3. Watts Guerra's standard retention agreement makes a disclosure that the firm represents multiple clients, and secures permission to do so:

> **MULTIPLE CLIENTS.** Client understands and agrees that the Firms may be representing more than one client in this matter and that the following aspects of joint representation have been disclosed: (1) that the Client might gain or lose some advantages if represented by separate counsel; (2) that the Firms cannot serve as an advocate for one client against another client, but must assist all clients in pursuing their common purposes; (3) that the Firms must deal impartially with every client; (4) that information received by the Firms from or on behalf of any jointly represented client concerning the matter may not be confidential or privileged as between the jointly-represented clients and may be disclosed to other jointly-represented clients as is deemed proper or necessary; (5) if a conflict arises between clients that results in the discharge or withdrawal of the Firms, the Firms might not be able to continue representing any of the clients involved; and (6) that the representation of all clients by the Firms will not necessarily expedite handling of the matter or reduce associated attorneys' fees and expenses. **Client consents to the Firms representing more than one client in this matter.**

4. WATTS GUERRA's credit facility is a normal bank loan, like one that it and its predecessor entities have enjoyed for twenty-three years. It has a typical four-year term. It has flat, non-usurious interest. Its debt compounds annually, like a normal loan from a bank. It is not secured by personal guaranties of the principals of the firm. The amount of the credit facility is less than 25% of the expected fees calculated into the firm's borrowing base. It is not a "litigation financing" vehicle, whereby an investor funds a project, and thereby earns a percentage of the fees earned from that project. Rather, it is a facility from which WATTS GUERRA runs eight offices in multiple states, and makes large investments in many mass torts at once across the United States, including tens of thousands of Syngenta corn clients and 3M Earplug clients, thousands of Valsartan, Zantac and JUUL clients, and large exposures to clients in the Opioids litigation and the COVID-19 business interruption litigation.

5. WATTS GUERRA repeatedly has disclosed both orally and in writing to its entire client base detailed information concerning its credit facility in detail, the assignees thereof whom it met, and those with whom it negotiated whom were introduced to WATTS GUERRA by such

assignees, and repeatedly has passed those disclosures along to all its clients in writing, and also publicly made such disclosures. From the date of the North Bay Fires in October of 2017, through the Camp Fire in November of 2018, through the refinance of my firm's credit facility with Stifel, through the Kincade fire in October of 2019, to the present, I have always believed that I "will be able to provide competent and diligent representation to each affected client," and I do continue to provide that competent and diligent representation to each affected client.

6. Even when the COVID-19 pandemic led to "shelter in place" orders, we prepared by buying lap top computers for each of our staff to work from home. However, our firm's labor force presently is "sheltered in place" under COVID-19 orders. All 111 of WATTS GUERRA's employees presently are working at home, without access to printers, paper and envelope supplies, stamps or pre-paid stamping machines.

7. Before Will Abrams filed his original motion a week ago, reporters from both the *San Francisco Chronicle* and *Bloomberg News* asked me to comment on his motion, though the *Bloomberg* reporter told me that Abrams instructed him not to provide it to me. This week, reporters from *KQED*, *The Wall Street Journal* and *The New York Times* have each contacted me to ask for comment about Abrams' motion and the joinder in it by Steve Kane writing for Karen Gowins.

8. The overwhelming majority of WATTS GUERRA's clients already have voted to "ACCEPT" has been communicated, and thus, is now publicly known. As of 2:30 p.m. PDT on April 27, 2020, 13,329 Watts Guerra clients have voted to "ACCEPT," while 148 have voted to "REJECT," a rate of acceptance exceeding 98.9%. *See* Doc. #345; Case No. 19-cv-05257-JD; filed April 28, 2020. I am aware of vote tallies from other firms with large numbers of cases, including (1) Singleton Law Firm, (2) Frantz Law Group, APLC, (3) Bridgford, Gleason & Artinian, (4) Robins Cloud LLP; and (5) another firm affiliated with the Singleton Law Firm's effort in this case.

As of 2:30 p.m. PDT on April 27, 2020, these firms collectively had seen from their clients 20,229 "ACCEPT" votes and 272 "REJECT" votes, for a combined acceptance rate of 98.67%.

9. Prior to receiving Will Abrams' second *Ex Parte* Motion for Order Shortening Time (Doc. #6963) and his Declaration in Support of the same (Doc. #6964), he did not speak to me as the Respondent, nor do I have an email, a text or a phone call attempt to discuss this *Ex Parte* motion.

10. I affirm that the facts set forth in this declaration are true and correct.

Dated April 28, 2020

Respectfully submitted,

*/s/ Mikal C. Watts*
Mikal C. Watts
WATTS GUERRA LLP
70 Stony Point Road, Suite A
Santa Rosa, California 95401
Phone: (707) 241-4567
2561 California Park Drive, Suite 100
Chico, California 95928
Phone: (530) 240-6116
Email: mcwatts@wattsguerra.com

*Attorney for Numerous Wild Fire Claimants*