# EXHIBIT A

## COMPENSATION BY PROFESSIONAL
## FEBRUARY 1, 2020 THROUGH FEBRUARY 29, 2020

The attorneys and paraprofessionals who rendered professional services in these Chapter 11 Cases during the Fee Period are:

| NAME OF PROFESSIONAL PARTNERS: | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Richard A. Hall | Corporate | 1989 | $1,500 | 121.90 | $182,850.00 |
| George E. Zobitz | Corporate | 1996 | 1,500 | 38.80 | 58,200.00 |
| Paul H. Zumbro | Corporate | 1998 | 1,500 | 76.90 | 115,350.00 |
| Kevin J. Orsini | Litigation | 2004 | 1,500 | 96.10 | 144,150.00 |
| Omid H. Nasab | Litigation | 2007 | 1,350 | 136.80 | 184,680.00 |
| Nicholas A. Dorsey | Corporate | 2010 | 1,100 | 17.70 | 19,470.00 |
| C. Daniel Haaren | Corporate | 2013 | 1,100 | 186.30 | 204,930.00 |
| Evan Norris | Litigation | 2003 | 1,100 | 26.20 | 28,820.00 |
| **Total Partners:** | | | | **700.70** | **$938,450.00** |

| NAME OF PROFESSIONAL ASSOCIATES: | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Lillian S. Grossbard | Litigation | 1998 | $1,020 | 138.40 | $141,168.00 |
| Scott Reents | Litigation | 2008 | 975 | 56.00 | 54,600.00 |
| Christopher Beshara | Litigation | 2015 | 940 | 214.00 | 201,160.00 |
| Michael Zaken | Litigation | 2015 | 940 | 28.90 | 27,166.00 |
| Norman J. Walczak | Corporate | 2016 | 890 | 23.50 | 20,915.00 |
| Salah M. Hawkins | Litigation | 2016 | 890 | 87.40 | 77,786.00 |
| Nicholas Medling | Litigation | 2017 | 855 | 203.00 | 173,565.00 |
| Bradley R. Niederschulte | Litigation | 2018 | 840 | 12.40 | 10,416.00 |
| Katherine O'Koniewski | Litigation | 2018 | 840 | 92.00 | 77,280.00 |
| Monica D. Kozycz | Litigation | 2018 | 840 | 89.80 | 75,432.00 |
| Patrick S. Taylor | Corporate | 2018 | 840 | 82.70 | 69,468.00 |
| Brittany Sherman | Litigation | 2019 | 750 | 254.90 | 191,175.00 |
| Caleb Robertson | Litigation | 2019 | 750 | 189.70 | 142,275.00 |
| Margaret Fleming | Corporate | 2019 | 750 | 20.70 | 15,525.00 |
| Sara Bodner | Litigation | 2019 | 750 | 16.00 | 12,000.00 |
| Seann Archibald | Corporate | 2019 | 750 | 77.40 | 58,050.00 |
| Sofia Gentel | Litigation | 2019 | 750 | 23.10 | 17,325.00 |
| Vanessa Isler | Corporate | 2015 (Admitted in Switzerland) | 645 | 15.20 | 9,804.00 |
| Andrew Astore | Corporate | 2019 | 595 | 118.50 | 70,507.50 |
| Swara Saraiya | Litigation | 2019 | 595 | 21.60 | 12,852.00 |
| Harold King | Corporate | 2020 | 595 | 101.20 | 60,214.00 |
| Benjamin Wylly | Litigation | * | 595 | 179.30 | 106,683.50 |
| Ori Oren | Corporate | * | 595 | 62.50 | 37,187.50 |
| Marisa Wheeler | Litigation | 2003 | 565 | 53.80 | 30,397.00 |
| Raffaele DiMaggio | Litigation | 2004 | 565 | 125.00 | 70,625.00 |
| Katherine Geraci | Litigation | 1984 | 415 | 28.00 | 11,620.00 |
| Andrea Naham | Litigation | 1987 | 415 | 40.00 | 16,600.00 |
| Matthew Goetz | Litigation | 1992 | 415 | 34.50 | 14,317.50 |
| Louise Quick | Litigation | 1993 | 415 | 38.50 | 15,977.50 |
| Trebor Lloyd | Litigation | 1993 | 415 | 29.90 | 12,408.50 |
| Grace Sommero | Litigation | 1995 | 415 | 40.00 | 16,600.00 |

| NAME OF PROFESSIONAL ASSOCIATES: | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Andrew Weiner | Litigation | 1997 | 415 | 47.40 | 19,671.00 |
| Jianlong Sun | Litigation | 1998 | 415 | 53.40 | 22,161.00 |
| Moshe K. Silver | Litigation | 2009 | 415 | 34.00 | 14,110.00 |
| Daniel Berkowitz | Litigation | 2010 | 415 | 28.00 | 11,620.00 |
| Michael Pfeffer | Litigation | 2010 | 415 | 39.50 | 16,392.50 |
| Dianne Rim | Litigation | 2011 | 415 | 37.50 | 15,562.50 |
| Donald Sanyi | Litigation | 2011 | 415 | 163.70 | 67,935.50 |
| Elizabeth Shura | Litigation | 2011 | 415 | 31.60 | 13,114.00 |
| Elizabeth Varas | Litigation | 2013 | 415 | 40.00 | 16,600.00 |
| Matthew Ng | Litigation | 2014 | 415 | 33.00 | 13,695.00 |
| Nathan Ancheta | Litigation | 2017 | 415 | 32.00 | 13,280.00 |
| **Total Associates:** | | | | **3,038.00** | **$2,075,241.50** |

* - Not yet admitted.

| NAME OF PARAPROFESSIONALS: | DEPARTMENT | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Janet Venegas Fernando | Litigation Technology | $400 | 13.00 | $5,200.00 |
| Roberto Severini | Litigation Technology | 360 | 20.20 | 7,272.00 |
| Somaiya Kibria | Litigation Support | 335 | 60.80 | 20,368.00 |
| Stephanie Scanzillo | Litigation Legal Assistant | 310 | 95.10 | 29,481.00 |
| Veronica Velasco | Litigation Legal Assistant | 310 | 43.60 | 13,516.00 |
| Vivian Fernandez | Litigation Legal Assistant | 310 | 68.40 | 21,204.00 |
| Michael Kotowski | Corporate Legal Assistant | 290 | 15.40 | 4,466.00 |
| Husniye Cogur | Litigation Legal Assistant | 290 | 103.60 | 30,044.00 |
| Nicole Jakobson | Litigation Legal Assistant | 290 | 78.60 | 22,794.00 |
| Ryan Render | Litigation Legal Assistant | 290 | 42.00 | 12,180.00 |
| **Total Paraprofessionals:** | | | **540.70** | **$166,525.00** |

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners | $1,339.30 | 700.70 | $938,450.00 |
| Associates | 683.09 | 3,038.00 | 2,075,241.50 |
| Paraprofessionals | 307.98 | 540.70 | 166,525.00 |
| **Blended Attorney Rate** | **$806.08** | | |
| **Total Fees Incurred** | | **4,279.40** | **$3,180,216.50**[1] |

---

[1] Net of $161,970.00 in voluntary write offs.