# EXHIBIT B

# COMPENSATION BY WORK TASK CODE FOR
# SERVICES RENDERED BY CRAVATH, SWAINE & MOORE LLP
# FOR THE PERIOD FEBRUARY 1, 2020 THROUGH FEBRUARY 29, 2020

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| ADMN | Case Administration (Incl. Docket Updates and Case Calendar) | 58.90 | $18,410.00 |
| ADVS | Adversary Proceedings | 66.00 | 56,038.00 |
| CASE | General Case Strategy | 198.00 | 139,072.00 |
| CASH | Financing / Cash Collateral | 432.90 | 373,642.50 |
| COMM | Committee Matters | 20.20 | 23,224.00 |
| CRAV | Cravath Retention and Fee Application | 188.40 | 89,251.50 |
| CRED | Creditor Inquiries | 0.30 | 178.50 |
| DSSV | Disclosure Statement/ Solicitation/Voting Matters | 51.70 | 50,888.00 |
| FEEO | Retention and Fee Applications of Non-Cravath Professionals | 0.70 | 416.50 |
| GOVR | Corporate Governance and Securities Matters | 360.40 | 369,664.00 |
| HEAR | Hearings and Court Matters | 44.50 | 49,218.50 |
| INVS | Investigations | 975.10 | 559,645.00 |
| NONB | Non-Bankruptcy Litigation | 875.80 | 735,422.50 |
| OCMS | Other Contested Matters | 0.90 | 1,215.00 |
| OPRS | Business Operations Matters | 46.90 | 47,805.00 |
| PLAN | Plan of Reorganization / Plan Confirmation | 51.60 | 76,358.00 |
| PUBL | Public Relations Strategy | 4.10 | 5,453.00 |
| REGS | Regulatory & Legislative Matters | 648.20 | 397,133.00 |
| TRVL | Non-Working Travel Time | 32.00 | 30,730.00 |
| WILD | Wildfire Claims Matters | 222.80 | 156,451.50 |
| TOTAL | | 4,279.40 | $3,180,216.50* |

* - Net of $161,970.00 in voluntary write offs.