# EXHIBIT C

## EXPENSE SUMMARY
## FOR THE PERIOD FEBRUARY 1, 2020 THROUGH FEBRUARY 29, 2020

| **EXPENSES** | **AMOUNTS** |
|---|---|
| Meals | $1,113.22 |
| Transportation | 1,572.33 |
| Courier/Mail Services | 641.66 |
| Special Disbursements (including Experts) | 1,228,902.13 |
| Travel | 33,243.91* |
| **Total Expenses Requested:** | **$1,265,473.25** |

* - Hotel expenses have been capped for reimbursement purposes at $600.00/night.