1    **EXHIBIT E**
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**SPECIAL DISBURSEMENTS**

| Cost Type | Date | Description | Amount |
|---|---|---|---|
| SPECIAL DISBURSEMENTS | 02/01/20 | Orsini, K J<br>Veritext - Transcript | 15,000.00 |
| SPECIAL DISBURSEMENTS | 02/01/20 | Orsini, K J<br>Veritext - Transcript | 1,462.50 |
| SPECIAL DISBURSEMENTS | 02/01/20 | Orsini, K J<br>Expert SS | 122,368.64 |
| SPECIAL DISBURSEMENTS | 02/01/20 | Orsini, K J<br>Expert SS | 156,685.47 |
| SPECIAL DISBURSEMENTS | 02/01/20 | Orsini, K J<br>Expert SS | 165,307.28 |
| SPECIAL DISBURSEMENTS | 02/01/20 | Orsini, K J<br>Expert PP | 14,940.93 |
| SPECIAL DISBURSEMENTS | 02/01/20 | Orsini, K J<br>Expert JJJ | 42,031.25 |
| SPECIAL DISBURSEMENTS | 02/01/20 | Orsini, K J<br>Expert D | 16,834.19 |
| SPECIAL DISBURSEMENTS | 02/01/20 | Orsini, K J<br>Expert KKK | 58,307.50 |
| SPECIAL DISBURSEMENTS | 02/01/20 | Orsini, K J<br>Expert SSS | 167,102.20 |
| SPECIAL DISBURSEMENTS | 02/03/20 | Orsini, K J<br>Expert L | 11,137.50 |
| SPECIAL DISBURSEMENTS | 02/04/20 | Orsini, K J<br>Expert J | 271,290.28 |
| SPECIAL DISBURSEMENTS | 02/07/20 | Orsini, K J<br>Expert K | 9,887.50 |
| SPECIAL DISBURSEMENTS | 02/09/20 | Orsini, K J<br>Expert L | 4,500.00 |
| SPECIAL DISBURSEMENTS | 02/11/20 | Orsini, K J<br>Inservio 3 LLC - Blowback Printing | 153.73 |
| SPECIAL DISBURSEMENTS | 02/17/20 | Orsini, K J<br>Inservio 3 LLC - Blowback Printing | 1,809.32 |
| SPECIAL DISBURSEMENTS | 02/17/20 | Orsini, K J<br>Inservio 3 LLC - Blowback Printing | 291.09 |

| Cost Type | Date | Description | Amount |
|---|---|---|---|
| SPECIAL DISBURSEMENTS | 02/18/20 | Orsini, K J<br>Inservio 3 LLC - Blowback Printing | 25.77 |
| SPECIAL DISBURSEMENTS | 02/18/20 | Orsini, K J<br>Inservio 3 LLC - Blowback Printing | 344.82 |
| SPECIAL DISBURSEMENTS | 02/18/20 | Orsini, K J<br>Inservio 3 LLC - Blowback Printing | 303.38 |
| SPECIAL DISBURSEMENTS | 02/19/20 | Orsini, K J<br>Conexwest - OAK Rental 40' Container | 118.27 |
| SPECIAL DISBURSEMENTS | 02/20/20 | Orsini, K J<br>Conexwest - OAK Rental 40' Container | 117.99 |
| SPECIAL DISBURSEMENTS | 02/21/20 | Orsini, K J<br>Conexwest - OAK Rental 40' Container | 117.99 |
| SPECIAL DISBURSEMENTS | 02/25/20 | Orsini, K J<br>Inservio 3 LLC - Blowback Printing | 370.53 |
| SPECIAL DISBURSEMENTS | 02/28/20 | Orsini, K J<br>Expert D | 1,354.00 |
| SPECIAL DISBURSEMENTS | 02/29/20 | Orsini, K J<br>Expert SSS | 167,040.00 |

**Subtotal for SPECIAL DISBURSEMENTS**                                   **1,228,902.13**

**CLIENT BUSINESS TRANSPORTATION**

| Cost Type | Date | Description | Amount |
|---|---|---|---|
| CLIENT BUSINESS TRANSPORTATION | 02/01/20 | Kibria, Somaiya<br>Inv#: 22711 V# NP238343*1 VIP 45 Lansing Street, SAN FRANCISCO, CA - SFO Airport, SAN FRANCISCO, CA KIBRIA 11:00 0.00 45 Lansing Street, SAN FRANCISCO, CA SFO Airport, SAN FRANCISCO, CA | 191.36 |
| CLIENT BUSINESS TRANSPORTATION | 02/13/20 | Medling, Nicholas<br>Inv#: 22857 V# NP240208*1 VIP 600 Stockton Street, SAN FRANCISCO, CA - 77 Beale Street, SAN FRANCISCO, CA MEDLING 07:20 0.00 600 Stockton Street, SAN FRANCISCO, CA 77 Beale Street, SAN FRANCISCO, CA | 300.00 |

| Cost Type | Date | Description | Amount |
|---|---|---|---|
| CLIENT BUSINESS TRANSPORTATION | 02/17/20 | Orsini, K J<br>Inv#: 22857 V# NP240433*1 VIP SFO Airport, SAN FRANCISCO, CA - 222 Sansome Street, SAN FRANCISCO, CA ORSINI 21:48 0.00 SFO Airport, SAN FRANCISCO, CA 222 Sansome Street, SAN FRANCISCO, CA | 142.16 |
| CLIENT BUSINESS TRANSPORTATION | 02/17/20 | Orsini, K J<br>Inv#: 22934 V# TE240554*1 VIP Home - JFK Airport, Jamaica, NY ORSINI 15:45 0.00 Home JFK Airport, Jamaica, NY | 163.88 |
| CLIENT BUSINESS TRANSPORTATION | 02/17/20 | Grossbard, Lillian S.<br>Inv#: 22857 V# NP240551*1 VIP Home - Newark Airport, Newark, NJ GROSSBARD 07:30 0.00 Home Newark Airport, Newark, NJ | 200.51 |
| CLIENT BUSINESS TRANSPORTATION | 02/19/20 | Orsini, K J<br>Inv#: 22857 V# NP240799*1 VIP JFK Airport, Jamaica, NY - Home ORSINI 23:48 0.00 JFK Airport, Jamaica, NY Home | 86.95 |
| CLIENT BUSINESS TRANSPORTATION | 02/19/20 | Grossbard, Lillian S.<br>Inv#: 22857 V# NP240551*2 VIP Newark Airport, Newark, NJ - Home GROSSBARD 06:00 0.00 Newark Airport, Newark, NJ Home | 189.11 |
| CLIENT BUSINESS TRANSPORTATION | 02/24/20 | Sherman, Brittany<br>Inv#: 22934 V# NP238921*1 VIP Home - Newark Airport, Newark, NJ SHERMAN 06:45 0.00 Home Newark Airport, Newark, NJ | 93.02 |
| CLIENT BUSINESS TRANSPORTATION | 02/25/20 | Zumbro, P<br>Inv#: 22934 V# NP241515*1 VIP Cravath, 825 Eighth Avenue, New York, NY - JFK Airport, Jamaica, NY ZUMBRO 13:45 0.00 Cravath, 825 Eighth Avenue, New York, NY JFK Airport, Jamaica, NY | 84.19 |
| CLIENT BUSINESS TRANSPORTATION | 02/26/20 | Sherman, Brittany<br>Inv#: 1700179 V# 0022115783 XYZ Newark Airport, Newark, NJ - Home SHERMAN 05:05 0.00 Newark Airport, Newark, NJ Home | 121.15 |

**Subtotal for CLIENT BUSINESS TRANSPORTATION**      **1,572.33**

## COURIER/MAIL SERVICES

| Cost Type | Date | Description | Amount |
|---|---|---|---|
| COURIER/MAIL SERVICES | 02/01/20 | Scanzillo, Stephanie<br>FedEx, Sndr: Scanzillo S. | 56.96 |
| COURIER/MAIL SERVICES | 02/04/20 | Scanzillo, Stephanie<br>FedEx, Sndr: Scanzillo S. | 39.74 |
| COURIER/MAIL SERVICES | 02/04/20 | Scanzillo, Stephanie<br>FedEx, Sndr: Scanzillo S. | 39.74 |
| COURIER/MAIL SERVICES | 02/06/20 | Scanzillo, Stephanie<br>FedEx, Sndr: Scanzillo S. | 39.74 |
| COURIER/MAIL SERVICES | 02/06/20 | Scanzillo, Stephanie<br>FedEx, Sndr: Scanzillo S. | 39.74 |
| COURIER/MAIL SERVICES | 02/10/20 | Scanzillo, Stephanie<br>FedEx, Sndr: Scanzillo S. | 33.90 |
| COURIER/MAIL SERVICES | 02/10/20 | Scanzillo, Stephanie<br>FedEx, Sndr: Scanzillo S. | 83.14 |
| COURIER/MAIL SERVICES | 02/16/20 | Cogur, Husniye<br>Globalink Worldwide Express, Ltd. | 308.70 |

**Subtotal for COURIER/MAIL SERVICES**         **641.66**

## TRAVEL

| Cost Type | Date | Description | Amount |
|---|---|---|---|
| TRAVEL | 02/01/20 | Robertson, Caleb<br>UBER/LYFT, TRIP PURPOSE: Business travel to San Francisco - Transport from airport to home CITIES VISITED: Washington, DC RptID: 010040200501 | 39.79 |
| TRAVEL | 02/01/20 | Medling, Nicholas<br>UBER/LYFT, TRIP PURPOSE: Fire Investigation and Data Request Responses CITIES VISITED: San Francisco RptID: 010040309132 | 11.41 |
| TRAVEL | 02/01/20 | Norris, Evan<br>Air Fare Pas: Norris/Evan Mehran Ticket # 7481432550 Refund TrvlDt: 12/16/2019 Class: Coach From: New York NY To: San Francisco CA Carrier: American Airlines American Express - CB - Ticket #2111399243 | (1,654.60) |

| **Cost Type** | **Date** | **Description** | **Amount** |
|---|---|---|---|
| TRAVEL | 02/02/20 | Medling, Nicholas LODGING TRIP PURPOSE: Fire Investigation & Data Request Responses CITIES VISITED: San Francisco, CA RptID: 010040205520 | 575.35 |
| TRAVEL | 02/02/20 | Medling, Nicholas UBER/LYFT, TRIP PURPOSE: Fire Investigation and Data Request Responses CITIES VISITED: San Francisco RptID: 010040309132 | 125.39 |
| TRAVEL | 02/02/20 | Medling, Nicholas UBER/LYFT, TRIP PURPOSE: Fire Investigation and Data Request Responses CITIES VISITED: San Francisco RptID: 010040309132 | 77.00 |
| TRAVEL | 02/02/20 | Medling, Nicholas UBER/LYFT, TRIP PURPOSE: Fire Investigation and Data Request Responses CITIES VISITED: San Francisco RptID: 010040309132 | 144.19 |
| TRAVEL | 02/03/20 | Medling, Nicholas LODGING TRIP PURPOSE: Fire Investigation & Data Request Responses CITIES VISITED: San Francisco, CA RptID: 010040205520 | 575.35 |
| TRAVEL | 02/04/20 | Medling, Nicholas UBER/LYFT, TRIP PURPOSE: Fire Investigation and Data Request Responses CITIES VISITED: San Francisco, CA RptID: 010040309132 | 74.05 |
| TRAVEL | 02/04/20 | Sherman, Brittany Air Fare Pas: Sherman/Brittany E Ticket # 7492546736 TrvlDt: 02/24/2020 Class: Coach From: Newark NJ To: San Francisco CA Carrier: United Airlines | 1,654.80 |
| TRAVEL | 02/05/20 | Medling, Nicholas UBER/LYFT, TRIP PURPOSE: Fire Investigation and Data Request Responses CITIES VISITED: San Francisco, CA RptID: 010040309132 | 100.00 |
| TRAVEL | 02/06/20 | Orsini, K J Air Fare Pas: Orsini/Kevin J Ticket # 7498651525 TrvlDt: 02/18/2020 Class: Coach From: New York NY To: San Francisco CA Carrier: American Airlines | 1,286.33 |

| Cost Type | Date | Description | Amount |
|---|---|---|---|
| TRAVEL | 02/07/20 | Zumbro, P<br>Air Fare Pas: Zumbro/Paul H Ticket # 7498651535 TrvlDt: 02/25/2020 Class: Coach From: New York NY To: San Francisco CA Carrier: American Airlines | 672.16 |
| TRAVEL | 02/09/20 | Beshara, Christopher<br>Air Fare Pas: Beshara/Christopher James Ticket # 7498651562 TrvlDt: 02/11/2020 Class: Coach From: Newark NJ To: San Francisco CA Carrier: United Airlines | 856.40 |
| TRAVEL | 02/09/20 | Beshara, Christopher<br>Air Fare Pas: Beshara/Christopher James Ticket # 7499296412 TrvlDt: 02/13/2020 Class: Coach From: San Francisco CA To: New York NY Carrier: Jetblue | 784.40 |
| TRAVEL | 02/10/20 | Medling, Nicholas<br>Air Fare Pas: Medling/Nicholas Stephen Ticket # 7498651581 TrvlDt: 02/11/2020 Class: Coach From: Newark NJ To: San Francisco CA Carrier: United Airlines | 840.71 |
| TRAVEL | 02/10/20 | Medling, Nicholas<br>Air Fare Pas: Medling/Nicholas Stephen Ticket # 7498651590 TrvlDt: 02/14/2020 Class: Coach From: San Francisco CA To: New York NY Carrier: Delta Air Lines | 817.20 |
| TRAVEL | 02/11/20 | Medling, Nicholas<br>UBER/LYFT, TRIP PURPOSE: Fire Investigation and Data Request Responses CITIES VISITED: San Francisco, CA RptID: 010040309132 | 22.04 |
| TRAVEL | 02/11/20 | Beshara, Christopher<br>LODGING TRIP PURPOSE: Client meetings and interviews CITIES VISITED: San Francisco, Ca RptID: 010040191930 | 600.00 |
| TRAVEL | 02/11/20 | Medling, Nicholas<br>LODGING TRIP PURPOSE: Fire Investigation and Data Request Responses CITIES VISITED: San Francisco, CA RptID: 010040309132 | 558.09 |
| TRAVEL | 02/11/20 | Medling, Nicholas<br>UBER/LYFT, TRIP PURPOSE: Fire Investigation and Data Request Responses CITIES VISITED: San Francisco, CA RptID: 010040309132 | 116.46 |

| Cost Type | Date | Description | Amount |
|---|---|---|---|
| TRAVEL | 02/12/20 | Medling, Nicholas LODGING TRIP PURPOSE: Fire Investigation and Data Request Responses CITIES VISITED: San Francisco, CA RptID: 010040309132 | 558.09 |
| TRAVEL | 02/12/20 | Beshara, Christopher LODGING TRIP PURPOSE: Client meetings and interviews CITIES VISITED: San Francisco, Ca RptID: 010040191930 | 600.00 |
| TRAVEL | 02/12/20 | Medling, Nicholas UBER/LYFT, TRIP PURPOSE: Fire Investigation and Data Request Responses CITIES VISITED: San Francisco, CA RptID: 010040309132 | 18.75 |
| TRAVEL | 02/12/20 | Wylly, Benjamin Air Fare Pas: Wylly/Benjamin Michael Ticket # 7498651623 TrvIDt: 02/17/2020 Class: Coach From: New York NY To: San Francisco CA Carrier: Delta Air Lines | 1,576.41 |
| TRAVEL | 02/12/20 | Medling, Nicholas UBER/LYFT, TRIP PURPOSE: Fire Investigation and Data Request Responses CITIES VISITED: San Francisco, CA RptID: 010040309132 | 19.59 |
| TRAVEL | 02/13/20 | Grossbard, Lillian S. Air Fare Pas: Grossbard/Lillian S Ticket # 7498651646 TrvIDt: 02/17/2020 Class: Coach From: Newark NJ To: San Francisco CA Carrier: United Airlines | 1,654.80 |
| TRAVEL | 02/13/20 | Medling, Nicholas UBER/LYFT, TRIP PURPOSE: Fire Investigation and Data Request Responses CITIES VISITED: San Francisco, CA RptID: 010040309132 | 89.70 |
| TRAVEL | 02/13/20 | Medling, Nicholas LODGING TRIP PURPOSE: Fire Investigation and Data Request Responses CITIES VISITED: San Francisco, CA RptID: 010040309132 | 558.09 |
| TRAVEL | 02/13/20 | Medling, Nicholas UBER/LYFT, TRIP PURPOSE: Fire Investigation and Data Request Responses CITIES VISITED: San Francisco, CA RptID: 010040309132 | 78.00 |

| Cost Type | Date | Description | Amount |
|-----------|------|-------------|-------:|
| TRAVEL | 02/14/20 | Hawkins, Salah M<br>Air Fare Pas: Hawkins/Salah M Ticket # 7498651653 TrvlDt: 02/25/2020 Class: Coach From: New York NY To: San Francisco CA Carrier: American Airlines | 1,654.80 |
| TRAVEL | 02/14/20 | Medling, Nicholas<br>UBER/LYFT, TRIP PURPOSE: Fire Investigation and Data Request Responses CITIES VISITED: San Francisco, CA RptID: 010040309132 | 18.51 |
| TRAVEL | 02/15/20 | Beshara, Christopher<br>Air Fare Pas: Beshara/Christopher James Ticket # 7498651669 TrvlDt: 02/17/2020 Class: Coach From: New York NY To: San Francisco CA Carrier: Delta Air Lines | 1,576.41 |
| TRAVEL | 02/16/20 | Robertson, Caleb<br>Air Fare Pas: Robertson/Caleb J Ticket # 7498651671 TrvlDt: 02/17/2020 Class: Coach From: Washington DC To: San Francisco CA Carrier: United Airlines | 1,133.44 |
| TRAVEL | 02/17/20 | Orsini, K J<br>LODGING TRIP PURPOSE: PG&E meetings and hearing. CITIES VISITED: San Francisco RptID: 010040155092 | 575.35 |
| TRAVEL | 02/17/20 | Grossbard, Lillian S.<br>LODGING TRIP PURPOSE: Preparation for court heart. CITIES VISITED: San Francisco RptID: 010040155756 | 418.04 |
| TRAVEL | 02/17/20 | Robertson, Caleb<br>LODGING TRIP PURPOSE: Omni Hotels and Resorts San Francisco - Hotel room expense while in SF to support hearing prep CITIES VISITED: San Francisco, California RptID: 010040842561 | 344.91 |
| TRAVEL | 02/17/20 | Robertson, Caleb<br>UBER/LYFT, TRIP PURPOSE: Uber: Apartment to Dulles, VA Airport during trip to SF to support hearing prep CITIES VISITED: San Francisco, California RptID: 010040842561 | 51.91 |
| TRAVEL | 02/17/20 | Grossbard, Lillian S.<br>TAXI Out of Town TRIP PURPOSE: Car from airport to hotel. CITIES VISITED: San Francisco RptID: 010040121979 | 57.84 |

| Cost Type | Date | Description | Amount |
|---|---|---|---|
| TRAVEL | 02/17/20 | Wylly, Benjamin LODGING TRIP PURPOSE: Kincade Fire Investigation CITIES VISITED: San Francisco RptID: 010040273135 | 301.60 |
| TRAVEL | 02/17/20 | Medling, Nicholas UBER/LYFT, TRIP PURPOSE: Fire Investigation and Data Request Responses CITIES VISITED: San Francisco, CA RptID: 010040309132 | 74.66 |
| TRAVEL | 02/17/20 | Medling, Nicholas UBER/LYFT, TRIP PURPOSE: Fire Investigation and Data Request Responses CITIES VISITED: San Francisco, CA RptID: 010040309132 | 153.11 |
| TRAVEL | 02/17/20 | Wylly, Benjamin UBER/LYFT, TRIP PURPOSE: Kincade Fire Investigation -Uber to airport CITIES VISITED: San Francisco RptID: 010040273135 | 64.17 |
| TRAVEL | 02/17/20 | Medling, Nicholas LODGING TRIP PURPOSE: Fire Investigation and Data Request Responses CITIES VISITED: San Francisco, CA RptID: 010040309132 | 432.54 |
| TRAVEL | 02/17/20 | Wylly, Benjamin UBER/LYFT, TRIP PURPOSE: Kincade Fire Investigation -Uber from airport to hotel CITIES VISITED: San Francisco RptID: 010040273135 | 33.95 |
| TRAVEL | 02/17/20 | Beshara, Christopher LODGING TRIP PURPOSE: Court attendance CITIES VISITED: San Francisco, CA RptID: 010040302087 | 575.35 |
| TRAVEL | 02/18/20 | Orsini, K J LODGING TRIP PURPOSE: PG&E meetings and hearing. CITIES VISITED: San Francisco RptID: 010040155092 | 575.35 |
| TRAVEL | 02/18/20 | Robertson, Caleb LODGING TRIP PURPOSE: Omni Hotels and Resorts San Francisco - Hotel room expense while in SF to support hearing prep CITIES VISITED: San Francisco, California RptID: 010040842561 | 428.75 |

| Cost Type | Date | Description | Amount |
|---|---|---|---|
| TRAVEL | 02/18/20 | Robertson, Caleb<br>TAXI Out of Town TRIP PURPOSE: Taxi from San Francisco International Airport to Omni Hotels and Resorts San Francisco (while in SF to support hearing prep) CITIES VISITED: San Francisco, California RptID: 010040842561 | 57.18 |
| TRAVEL | 02/18/20 | Grossbard, Lillian S.<br>UBER/LYFT, TRIP PURPOSE: Preparation for court hearing. CITIES VISITED: San Francisco RptID: 010040155756 | 67.24 |
| TRAVEL | 02/18/20 | Grossbard, Lillian S.<br>LODGING TRIP PURPOSE: Preparation for court hearing. CITIES VISITED: San Francisco RptID: 010040155756 | 418.04 |
| TRAVEL | 02/18/20 | Wylly, Benjamin<br>LODGING TRIP PURPOSE: Kincade Fire Investigation CITIES VISITED: San Francisco RptID: 010040273135 | 429.68 |
| TRAVEL | 02/18/20 | Medling, Nicholas<br>UBER/LYFT, TRIP PURPOSE: Fire Investigation and Data Request Responses CITIES VISITED: San Francisco, CA RptID: 010040309132 | 23.21 |
| TRAVEL | 02/18/20 | Medling, Nicholas<br>UBER/LYFT, TRIP PURPOSE: Fire Investigation and Data Request Responses CITIES VISITED: San Francisco, CA RptID: 010040309132 | 20.21 |
| TRAVEL | 02/18/20 | Beshara, Christopher<br>LODGING TRIP PURPOSE: Court attendance CITIES VISITED: San Francisco, CA RptID: 010040302087 | 575.35 |
| TRAVEL | 02/18/20 | Medling, Nicholas<br>LODGING TRIP PURPOSE: Fire Investigation and Data Request Responses CITIES VISITED: San Francisco, CA RptID: 010040309132 | 558.09 |
| TRAVEL | 02/18/20 | Medling, Nicholas<br>UBER/LYFT, TRIP PURPOSE: Fire Investigation and Data Request Responses CITIES VISITED: San Francisco, CA RptID: 010040309132 | 17.68 |

| Cost Type | Date | Description | Amount |
|-----------|------|-------------|--------|
| TRAVEL | 02/19/20 | Orsini, K J<br>UBER/LYFT, TRIP PURPOSE: PG&E hearing CITIES VISITED: San Francisco RptID: 010040225663 | 100.13 |
| TRAVEL | 02/19/20 | Robertson, Caleb<br>LODGING TRIP PURPOSE: Omni Hotels and Resorts San Francisco - Hotel room expense while in SF to support hearing prep CITIES VISITED: San Francisco, California RptID: 010040842561 | 428.75 |
| TRAVEL | 02/19/20 | Wylly, Benjamin<br>LODGING TRIP PURPOSE: Kincade Fire Investigation CITIES VISITED: San Francisco RptID: 010040273135 | 429.68 |
| TRAVEL | 02/19/20 | Medling, Nicholas<br>UBER/LYFT, TRIP PURPOSE: Fire Investigation and Data Request Responses CITIES VISITED: San Francisco, CA RptID: 010040309132 | 15.75 |
| TRAVEL | 02/19/20 | Medling, Nicholas<br>LODGING TRIP PURPOSE: Fire Investigation and Data Request Responses CITIES VISITED: San Francisco, CA RptID: 010040309132 | 558.09 |
| TRAVEL | 02/19/20 | Medling, Nicholas<br>UBER/LYFT, TRIP PURPOSE: Fire Investigation and Data Request Responses CITIES VISITED: San Francisco, CA RptID: 010040309132 | 18.75 |
| TRAVEL | 02/19/20 | Medling, Nicholas<br>UBER/LYFT, TRIP PURPOSE: Fire Investigation and Data Request Responses CITIES VISITED: San Francisco, CA RptID: 010040309132 | 20.38 |
| TRAVEL | 02/19/20 | Medling, Nicholas<br>UBER/LYFT, TRIP PURPOSE: Fire Investigation and Data Request Responses CITIES VISITED: San Francisco, CA RptID: 010040309132 | 23.38 |
| TRAVEL | 02/20/20 | Robertson, Caleb<br>UBER/LYFT, TRIP PURPOSE: Uber: hotel to the airport - while in SF to support hearing prep CITIES VISITED: San Francisco, California RptID: 010040842561 | 41.85 |

| Cost Type | Date | Description | Amount |
|---|---|---|---|
| TRAVEL | 02/20/20 | Medling, Nicholas UBER/LYFT, TRIP PURPOSE: Fire Investigation and Data Request Responses CITIES VISITED: San Francisco, CA RptID: 010040309132 | 96.55 |
| TRAVEL | 02/20/20 | Medling, Nicholas UBER/LYFT, TRIP PURPOSE: Fire Investigation and Data Request Responses CITIES VISITED: San Francisco, CA RptID: 010040309132 | 20.77 |
| TRAVEL | 02/20/20 | Wylly, Benjamin LODGING TRIP PURPOSE: Kincade Fire Investigation CITIES VISITED: San Francisco RptID: 010040273135 | 348.17 |
| TRAVEL | 02/20/20 | Sherman, Brittany Air Fare Pas: Sherman/Brittany E Ticket # 7498651736 TrvlDt: 02/25/2020 Class: Coach From: San Francisco CA To: Newark NJ Carrier: Alaska Airlines | 798.40 |
| TRAVEL | 02/21/20 | Robertson, Caleb UBER/LYFT, TRIP PURPOSE: Uber: Dulles, VA Airport to home - return from travel to SF to support hearing prep CITIES VISITED: San Francisco, California RptID: 010040842561 | 39.36 |
| TRAVEL | 02/21/20 | Medling, Nicholas UBER/LYFT, TRIP PURPOSE: Fire Investigation and Data Request Responses CITIES VISITED: San Francisco, CA RptID: 010040309132 | 130.27 |
| TRAVEL | 02/21/20 | Sherman, Brittany UBER/LYFT, TRIP PURPOSE: Kincade Fire CITIES VISITED: San Francisco RptID: 010040288037 | 12.82 |
| TRAVEL | 02/21/20 | Wylly, Benjamin UBER/LYFT, TRIP PURPOSE: Kincade Fire Investigation -Uber to airport CITIES VISITED: San Francisco RptID: 010040273135 | 35.17 |
| TRAVEL | 02/22/20 | Wylly, Benjamin UBER/LYFT, TRIP PURPOSE: Kincade Fire Investigation -Uber home from airport CITIES VISITED: San Francisco RptID: 010040273135 | 58.46 |

| Cost Type | Date | Description | Amount |
|---|---|---|---|
| TRAVEL | 02/24/20 | Medling, Nicholas<br>Air Fare Pas: Medling/Nicholas Stephen<br>Ticket # 7504398266 TrvlDt: 02/29/2020<br>Class: Coach From: New York NY To: San<br>Francisco CA Carrier: Delta Air Lines | 1,576.41 |
| TRAVEL | 02/24/20 | Wylly, Benjamin<br>Air Fare Pas: Wylly/Benjamin Michael<br>Ticket # 7504398257 TrvlDt: 02/29/2020<br>Class: Coach From: New York NY To: San<br>Francisco CA Carrier: Delta Air Lines | 1,576.41 |
| TRAVEL | 02/24/20 | Sherman, Brittany<br>UBER/LYFT, TRIP PURPOSE: Kincade<br>Fire CITIES VISITED: San Francisco<br>RptID: 010040299875 | 37.40 |
| TRAVEL | 02/24/20 | Sherman, Brittany<br>LODGING TRIP PURPOSE: Kincade Fire<br>CITIES VISITED: San Francisco RptID:<br>010040414682 | 600.00 |
| TRAVEL | 02/25/20 | Hawkins, Salah M<br>LODGING TRIP PURPOSE: Hearing<br>CITIES VISITED: San Francisco RptID:<br>010040423907 | 600.00 |
| TRAVEL | 02/25/20 | Hawkins, Salah M<br>TAXI Out of Town TRIP PURPOSE:<br>Hearings CITIES VISITED: San Francisco<br>RptID: 010040423907 | 71.92 |
| TRAVEL | 02/25/20 | Hawkins, Salah M<br>TAXI Out of Town TRIP PURPOSE:<br>Hearings CITIES VISITED: San Francisco<br>RptID: 010040423907 | 126.85 |
| TRAVEL | 02/25/20 | Sherman, Brittany<br>UBER/LYFT, TRIP PURPOSE: Kincade<br>Fire CITIES VISITED: San Francisco<br>RptID: 010040357289 | 43.20 |
| TRAVEL | 02/26/20 | Hawkins, Salah M<br>TAXI Out of Town TRIP PURPOSE:<br>Hearings CITIES VISITED: San Francisco<br>RptID: 010040423907 | 30.57 |
| TRAVEL | 02/26/20 | Hawkins, Salah M<br>LODGING TRIP PURPOSE: Hearings<br>CITIES VISITED: San Francisco RptID:<br>010040423907 | 600.00 |

| Cost Type | Date | Description | Amount |
|---|---|---|---|
| TRAVEL | 02/26/20 | Hawkins, Salah M TAXI Out of Town TRIP PURPOSE: Hearings CITIES VISITED: San Francisco RptID: 010040423907 | 112.37 |
| TRAVEL | 02/27/20 | Hawkins, Salah M TAXI Out of Town TRIP PURPOSE: Hearings CITIES VISITED: San Francisco RptID: 010040423907 | 159.01 |
| TRAVEL | 02/29/20 | Medling, Nicholas TAXI Out of Town TRIP PURPOSE: Attend evidence collection and conduct Kincade fact investigation CITIES VISITED: San Francisco, CA RptID: 010040477724 | 82.48 |
| TRAVEL | 02/29/20 | Wylly, Benjamin UBER/LYFT, TRIP PURPOSE: Site visit. - Uber to airport CITIES VISITED: San Francisco RptID: 010040701891 | 62.50 |
| TRAVEL | 02/29/20 | Medling, Nicholas LODGING TRIP PURPOSE: Attend evidence collection and conduct Kincade fact investigation CITIES VISITED: San Francisco, CA RptID: 010040477724 | 244.38 |
| TRAVEL | 02/29/20 | Medling, Nicholas UBER/LYFT, Merchant:Uber Technologies, Inc. TRIP PURPOSE: Attend evidence collection and conduct Kincade fact investigation CITIES VISITED: San Francisco, CA RptID: 010040814788 | 76.36 |
| **Subtotal for TRAVEL** | | | **33,243.91** |

**BUSINESS MEALS**

| Cost Type | Date | Description | Amount |
|---|---|---|---|
| BUSINESS MEALS | 02/03/20 | Medling, Nicholas MEALS: DINNER BUSINESS PURPOSE: Fire Investigation & Data Request Responses CITIES VISITED: San Francisco, CA ATTENDEES CRAVATH: Nicholas Medling RptID: 010040205520 | 75.00 |
| BUSINESS MEALS | 02/04/20 | Medling, Nicholas MEALS: DINNER BUSINESS PURPOSE: Fire Investigation and Data Request Responses CITIES VISITED: San Francisco, CA ATTENDEES CRAVATH: Nicholas Medling RptID: 010040309132 | 28.15 |

| Cost Type | Date | Description | Amount |
|---|---|---|---|
| BUSINESS MEALS | 02/11/20 | Medling, Nicholas MEALS: DINNER BUSINESS PURPOSE: Fire Investigation and Data Request Responses CITIES VISITED: San Francisco, CA ATTENDEES CRAVATH: Nicholas Medling RptID: 010040309132 | 75.00 |
| BUSINESS MEALS | 02/11/20 | Beshara, Christopher MEALS: DINNER BUSINESS PURPOSE: Client meetings and interviews CITIES VISITED: San Francisco, Ca ATTENDEES CRAVATH: Christopher Beshara RptID: 010040191930 | 75.00 |
| BUSINESS MEALS | 02/12/20 | Medling, Nicholas MEALS: DINNER BUSINESS PURPOSE: Fire Investigation and Data Request Responses CITIES VISITED: San Francisco, CA ATTENDEES CRAVATH: Nicholas Medling RptID: 010040309132 | 58.00 |
| BUSINESS MEALS | 02/13/20 | Medling, Nicholas MEALS: DINNER BUSINESS PURPOSE: Fire Investigation and Data Request Responses CITIES VISITED: San Francisco ATTENDEES CRAVATH: Nicholas Medling RptID: 010040309132 | 53.00 |
| BUSINESS MEALS | 02/13/20 | Medling, Nicholas MEALS: BREAKFAST BUSINESS PURPOSE: Fire Investigation and Data Request Responses CITIES VISITED: San Francisco, CA ATTENDEES CRAVATH: Nicholas Medling RptID: 010040309132 | 35.00 |
| BUSINESS MEALS | 02/17/20 | Grossbard, Lillian S. MEALS: DINNER BUSINESS PURPOSE: Dinner during business trip CITIES VISITED: San Francisco ATTENDEES CRAVATH: Lillian Grossbard RptID: 010040121979 | 20.75 |
| BUSINESS MEALS | 02/17/20 | Beshara, Christopher MEALS: DINNER BUSINESS PURPOSE: Court attendance CITIES VISITED: San Francisco, CA ATTENDEES CRAVATH: Christopher Beshara RptID: 010040302087 | 75.00 |

| Cost Type | Date | Description | Amount |
|---|---|---|---|
| BUSINESS MEALS | 02/17/20 | Wylly, Benjamin MEALS: DINNER BUSINESS PURPOSE: Kincade Fire Investigation CITIES VISITED: San Francisco ATTENDEES CRAVATH: Benjamin Wylly RptID: 010040273135 | 73.47 |
| BUSINESS MEALS | 02/17/20 | Medling, Nicholas MEALS: DINNER BUSINESS PURPOSE: Fire Investigation and Data Request Responses CITIES VISITED: San Francisco, CA ATTENDEES CRAVATH: Nicholas Medling RptID: 010040309132 | 70.64 |
| BUSINESS MEALS | 02/18/20 | Grossbard, Lillian S. MEALS: DINNER BUSINESS PURPOSE: Preparation for court heart. CITIES VISITED: San Francisco ATTENDEES CRAVATH: Lillian Grossbard RptID: 010040155756 | 66.44 |
| BUSINESS MEALS | 02/18/20 | Grossbard, Lillian S. MEALS: BREAKFAST BUSINESS PURPOSE: Breakfast while on business trip. CITIES VISITED: San Francisco ATTENDEES CRAVATH: Lillian Grossbard RptID: 010040125002 | 9.18 |
| BUSINESS MEALS | 02/18/20 | Orsini, K J MEALS: BREAKFAST BUSINESS PURPOSE: PG&E meetings and hearing. CITIES VISITED: San Francisco ATTENDEES CRAVATH: Kevin Orsini RptID: 010040155092 | 35.00 |
| BUSINESS MEALS | 02/18/20 | Robertson, Caleb MEALS: DINNER BUSINESS PURPOSE: Hearing prep CITIES VISITED: San Francisco, California ATTENDEES CRAVATH: Caleb Robertson RptID: 010040842561 | 75.00 |
| BUSINESS MEALS | 02/18/20 | Wylly, Benjamin MEALS: BREAKFAST BUSINESS PURPOSE: Kincade Fire Investigation CITIES VISITED: San Francisco ATTENDEES CRAVATH: Benjamin Wylly RptID: 010040273135 | 10.93 |

| Cost Type | Date | Description | Amount |
|-----------|------|-------------|--------|
| BUSINESS MEALS | 02/18/20 | Wylly, Benjamin MEALS: DINNER BUSINESS PURPOSE: Kincade Fire Investigation CITIES VISITED: San Francisco ATTENDEES CRAVATH: Benjamin Wylly RptID: 010040273135 | 50.19 |
| BUSINESS MEALS | 02/19/20 | Robertson, Caleb MEALS: BREAKFAST BUSINESS PURPOSE: Hearing prep CITIES VISITED: San Francisco, CA ATTENDEES CRAVATH: Caleb Robertson RptID: 010040842561 | 11.13 |
| BUSINESS MEALS | 02/19/20 | Wylly, Benjamin MEALS: BREAKFAST BUSINESS PURPOSE: Kincade Fire Investigation CITIES VISITED: San Francisco ATTENDEES CRAVATH: Benjamin Wylly RptID: 010040273135 | 10.93 |
| BUSINESS MEALS | 02/20/20 | Robertson, Caleb MEALS: BREAKFAST BUSINESS PURPOSE: Hearing prep CITIES VISITED: San Francisco, California ATTENDEES CRAVATH: Caleb Robertson RptID: 010040842561 | 13.30 |
| BUSINESS MEALS | 02/20/20 | Wylly, Benjamin MEALS: DINNER BUSINESS PURPOSE: Kincade Fire Investigation CITIES VISITED: San Francisco ATTENDEES CRAVATH: Benjamin Wylly RptID: 010040273135 | 36.88 |
| BUSINESS MEALS | 02/20/20 | Wylly, Benjamin MEALS: BREAKFAST BUSINESS PURPOSE: Kincade Fire Investigation CITIES VISITED: San Francisco ATTENDEES CRAVATH: Benjamin Wylly RptID: 010040273135 | 10.93 |
| BUSINESS MEALS | 02/21/20 | Wylly, Benjamin MEALS: BREAKFAST BUSINESS PURPOSE: Kincade Fire Investigation CITIES VISITED: San Francisco ATTENDEES CRAVATH: Benjamin Wylly RptID: 010040273135 | 10.93 |

| Cost Type | Date | Description | Amount |
|---|---|---|---|
| BUSINESS MEALS | 02/21/20 | Wylly, Benjamin MEALS: DINNER BUSINESS PURPOSE: Kincade Fire Investigation CITIES VISITED: San Francisco ATTENDEES CRAVATH: Benjamin Wylly RptID: 010040273135 | 30.37 |
| BUSINESS MEALS | 02/24/20 | Sherman, Brittany MEALS: BREAKFAST BUSINESS PURPOSE: Kincade Fire CITIES VISITED: San Francisco ATTENDEES CRAVATH: Brittany Sherman RptID: 010040286966 | 10.64 |
| BUSINESS MEALS | 02/26/20 | Hawkins, Salah M MEALS: DINNER BUSINESS PURPOSE: Hearings CITIES VISITED: San Francisco ATTENDEES CRAVATH: Salah Hawkins RptID: 010040423907 | 75.00 |
| BUSINESS MEALS | 02/29/20 | Medling, Nicholas MEALS: DINNER BUSINESS PURPOSE: Attend evidence collection and conduct Kincade fact investigation CITIES VISITED: San Francisco, CA ATTENDEES CRAVATH: Nicholas Medling RptID: 010040670916 | 10.47 |
| BUSINESS MEALS | 02/29/20 | Wylly, Benjamin MEALS: DINNER BUSINESS PURPOSE: Site visit. CITIES VISITED: San Francisco ATTENDEES CRAVATH: Benjamin Wylly RptID: 010040701891 | 6.89 |
| **Subtotal for BUSINESS MEALS** | | | **1,113.22** |
| | | **Total** | **$1,265,473.25** |