Signed and Filed: April 29, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>        Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and<br>    Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered |

**ORDER DENYING SECOND MOTION TO SHORTEN TIME**

The court has reviewed the second Ex Parte Request To Shorten Time (Dkt. No. 6963) and the accompanying Declaration of William B. Abrams (Dkt. No. 6964) in connection with his underlying Motion to Designate Improperly Solicited Votes (Dkt. No. 6799).

Mr. Abrams has not yet complied with B.L.R. 9006-1. More specifically, he must at least attempt to obtain the consent of

-1-

counsel for the Debtors and the two official committees in order for the court to consider shortening time.

The second Ex Parte Request is DENIED.

***END OF ORDER***

COURT SERVICE LIST

William Abrams
1519 Branch Owl Place
Santa Rosa, CA 95409

Case: 19-30088    Doc# 6976    Filed: 04/29/20    Entered: 04/29/20 09:50:42    Page 3 of 3