# Notice Recipients

District/Off: 0971–3 | User: lparada | Date Created: 4/29/2020
Case: 19–30088 | Form ID: pdfeoc | Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
intp      William B. Abrams      1519 Branch Owl Pl.      Santa Rosa, CA 95409

TOTAL: 1