April 23, 2020


UNITIED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION
450 Golden Gate Ave.
Mail Box 36099
San Francisco, CA 94120
ATTN: La Tia Sanders-Terrado


RE: Case No. 19-30088 (DM)


Dear Ms. Sanders-Torrado,

On Tuesday, April 21, 2020, I received the ***Notice of Extended Deadline for Filing Certain Securities Claims for Rescission or Damages*** from Weil, Gotshal & Manges. In that ***Notice***, the filing deadline for Claims was April 16, 2020.


We have 2 homes, one in Michigan (primary and our mailing address) and the second in Colorado (vacation).


We are in Colorado in the winter months and early spring and normally return to Michigan in mid-April. Not this year. Because of Stay-at-home orders, in both states, we extended our stay in Colorado.


When we go to Colorado, the USPS forwards our mail from Michigan to Colorado. That partially explains the delay we experienced in receiving the ***Notice***.
However, I am enclosing a copy of the envelope that contained the ***Notice*** sent by the Prime Clerk LLC from New York. As you can see, it was sent to our primary

home address in Michigan. You can also see the USPS forwarding sticker to our vacation home in Colorado. Please note the date on that sticker (4/15/20) – ONE day before the filing deadline.

Even if we had been home in Michigan, there would have been no time to complete the Claim forms and get them to San Francisco by the filing deadline.

I invested in one of the securities, Pacific Gas & Electric 4.3% due 3/15/2045 – CUSIP No. 694308HL4. It was acquired on 11/17/15 and sold in two different lots in 2018, 6/19 & 8/2 – all dates within the eligible timeframe. We had losses in both sales transactions.

Due to the mailing delay in receiving the *Notice*, we could not file a timely claim. This does not seem right or just.

What if anything can we, **OR you and the Court** do about this situation?

Please look into this and let me know what can be done. The fastest way to communicate would be by email. My address is bonniejean1044@gmail.com.

My other contact information is:

Bonnie Wagner
32331 W Wayburn St
Farmington Hills, MI
(248) 219-0798

*Bonnie J Wagner*

Thank you,

Prime Clerk LLC
Grand Central Station
PO Box 4850
New York, NY 10163-4850

FIRST-CLASS MAIL
U.S. POSTAGE
PAID
PERMIT NO. 1450
Toppan Merrill

LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT/GENERAL COUNSEL.

BONNIE JEAN WAGNER
32331 W WAYBURN ST
FARMINGTON HILLS MI 48334-2767