Jason P. Williams, Esq. (SBN 232371)
WILLIAMS | PALECEK LAW GROUP, LLP
3170 Fourth Ave., Suite 400
San Diego, CA 92013
Tel: (619)346-4263
Fax: (619)346-4291
Email: jwilliams@wplgattorneys.com
*Attorneys for Clear Blue Insurance Company*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| In Re: <br><br> PGE CORPORATION, <br><br> and <br><br> PACIFIC GAS AND ELECTRIC COMPANY, <br><br> Debtors. <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br> *All papers shall be filed in the Lead Case, No. 19-30088-DM. | Bankruptcy Case No. 19-30088 (DM) <br> Chapter 11 <br> (Lead Case) (Jointly Administered) <br><br> **CERTIFICATE OF SERVICE** <br><br> Date: May 27, 2020 <br> Time: 10:00 a.m. <br> Place: 450 Golden Gate Avenue, Ctrm 17 <br> San Francisco, CA 94102 <br> Judge: Hon. Dennis Montali <br> Objection Deadline: May 20, 2020 <br> 4:00 p.m. (Pacific Time) |
|---|---|

[CONTINUED BELOW]

I am employed in the County of San Diego, State of California. I am over the age of eighteen years and not a party to or interested in the within entitled cause. My business address is 3170 Fourth Avenue, Suite 400, San Diego, CA 92103.

On April 29, 2020, I caused to the following document: **DECLARATION OF LISA BUNNELL IN SUPPORT OF MOTION PURSUANT TO FED. R. BANKR. P. 9006(b)(1) TO DEEM CLAIM TIMELY FILED** to be served on the interested parties to this action by:

☒ **<u>BY THE COURT VIA ELECTRONIC TRANSMISSION</u>:** Based on a Court's Second Amended Order Implementing Certain Notice and Case Management Procedures (Doc. #1996), the aforementioned documents will be served via the CM/ECF, the Court's electronic filing system, on the Standard Parties and any other party that has requested notice of electronic filings.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 29, 2020, San Diego, California.

*/s/ Maryanne Pfitzner*

Maryanne Pfitzner