Jason P. Williams, Esq. (SBN 232371)
WILLIAMS | PALECEK LAW GROUP, LLP
3170 Fourth Ave., Suite 400
San Diego, CA 92013
Tel: (619)346-4263
Fax: (619)346-4291
Email: jwilliams@wplgattorneys.com
*Attorneys for Clear Blue Insurance Company*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re:<br><br>PGE CORPORATION,<br><br>    and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Debtors.<br>_____<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>*All papers shall be filed in the Lead Case, No. 19-30088-DM. | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case) (Jointly Administered)<br><br>**NOTICE OF HEARING ON MOTION PURSUANT TO FED. R. BANKR. P. 9006(b)(1) TO DEEM CLAIM TIMELY FILED**<br><br>Date: May 27, 2020<br>Time: 10:00 a.m.<br>Place: 450 Golden Gate Avenue, Ctrm 17<br>San Francisco, CA 94102<br>Judge: Hon. Dennis Montali<br>Objection Deadline: June 1, 2020<br>4:00 p.m. (Pacific Time) |

    **PLEASE TAKE NOTICE THAT** that on January 29, 2019, PG&E Corporation and Pacific Gas and Electric Company, the debtors in possession (the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "Bankruptcy Court").

    /////

**PLEASE TAKE FURTHER NOTICE THAT** that the Bankruptcy Court on May 27, 2020 at 10:00 a.m. (Pacific Time) (the "Confirmation Hearing") in the courtroom of the Honorable Dennis Montali, United States Bankruptcy Judge, Courtroom 17, 16th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

**PLEASE TAKE FURTHER NOTICE** that any oppositions or responses to the Motion must be in writing, filed with the Bankruptcy Court, and served on the counsel for Lead Plaintiff at the above-referenced addresses so as to be received by no later than 4:00 p.m. (Pacific Time) on May 20, 2020. Any oppositions or responses must be filed and served on all "Standard Parties" as defined in, and in accordance with, the Second Amended Order Implementing Certain Notice and Case Management Procedures entered on May 14, 2019 [Dkt. No. 1996] (the "Case Management Order"). Any relief requested in the Motion may be granted without a hearing if no opposition is timely filed and served in accordance with the Case Management Order. In deciding the Motion, the Court may consider any other document filed in these Chapter 11 Cases.

**PLEASE TAKE FURTHER NOTICE THAT** that copies of the Motion and its supporting papers can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC , at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by email at: pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: April 29, 2020          WILLIAMS | PALECEK LAW GROUP, LLP

*/s/ Jason P. Williams*

_____

JASON P. WILLIAMS, ESQ.
*Attorneys for Clear Blue Insurance Company*