| | |
|---|---|
| 1 | Jason P. Williams, Esq. (SBN 232371) |
| 2 | WILLIAMS \| PALECEK LAW GROUP, LLP |
| 3 | 3170 Fourth Ave., Suite 400<br>San Diego, CA 92013 |
| 4 | Tel: (619)346-4263<br>Fax: (619)346-4291 |
| 5 | Email: jwilliams@wplgattorneys.com |

*Attorneys for Clear Blue Insurance Company*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re:<br><br>PGE CORPORATION,<br><br>    and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>        Debtors.<br>_____<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>*All papers shall be filed in the Lead Case, No. 19-30088-DM. | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case) (Jointly Administered)<br><br>**CERTIFICATE OF SERVICE**<br><br>Date: May 27, 2020<br>Time: 10:00 a.m.<br>Place: 450 Golden Gate Avenue, Ctrm 17<br>San Francisco, CA 94102<br>Judge: Hon. Dennis Montali<br>Objection Deadline: May 20, 2020<br>4:00 p.m. (Pacific Time) |

[CONTINUED BELOW]

I am employed in the County of San Diego, State of California. I am over the age of eighteen years and not a party to or interested in the within entitled cause. My business address is 3170 Fourth Avenue, Suite 400, San Diego, CA 92103.

On April 29, 2020, I caused to the following document: **NOTICE OF MOTION PURSUANT TO FED. R. BANKR. P. 9006(b)(1) TO DEEM CLAIM TIMELY FILED** to be served on the interested parties to this action by:

☒ **BY THE COURT VIA ELECTRONIC TRANSMISSION:** Based on a Court's Second Amended Order Implementing Certain Notice and Case Management Procedures (Doc. #1996), the aforementioned documents will be served via the CM/ECF, the Court's electronic filing system, on the Standard Parties and any other party that has requested notice of electronic filings.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 29, 2020, San Diego, California.

*/s/ Maryanne Pfitzner*

Maryanne Pfitzner