**WAGNER LAW GROUP**
  (formally known as WAGNER, JONES, KOPFMAN,
& ARTENIAN LLP)
Nicholas J.P. Wagner #109455
1111 E. Herndon, Ste. 317
Fresno, CA 93720
559/449-1800
559/449-0749 Fax

**KABATECK LLP**
Brian Kabateck #
633 W. Fifth St., Ste. 3200
Los Angeles, CA  90071
213/217-5040
213/217-5010 Fax

Attorney(s) for certain Claimants

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANSISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E Corporation<br><br>And<br><br>PACIFICT GAS AND ELECTRIC COMPANY<br><br>Debtor (s) | Case No.:  19-30088 (DM)<br><br>Chapter 11<br>(Jointly Administered)<br><br>**JOINDER OF CERTAIN FIRE VICTIMS IN WILLIAM ABRAMS' MOTION DESIGNATING IMPROPERLY SOLICITED VOTES PURSUANT TO 11 USC §§1125(B) and 1126(E) and BANKRUPTCY RULE 2019** |

This Joinder is being filed on behalf of 640 victims of the Paradise Camp Fire of November 2018 all of which are represented by Wagner Law Group (formally known as Wagner, Jones, Kopfman & Artenian LLP) and & Kabateck LLP and have all filed claims in the

present Bankruptcy action. A list of these 640 victim/claimants/creditors is attached hereto as Exhibit "1".

This is a Joinder in the William B. Abrams Motion to Designate Improperly Solicited Votes pursuant to 11 USC §§ 1125(B) and 1126(E) and Bankruptcy Rule 2019. Filed by William B. Abrams April 20. 2020, DKT No. 6799. Attached hereto as Exhibit "2".

This is also a Joinder in the "Joinder on behalf of Karen Gowins in the William B. Abrams Motion to Designated Improperly Solicited Votes, filed by the Kane Law Firm on April 25, 2020, DKT No. 6944. Attached hereto as Exhibit "3".

This pleading also joins the Joinder filed by the Law offices of Francis O. Scarpulla & Hallisey and Johnson, Quintin L. Kopp filed on April 24, 2020, DKT No. 340. Attached hereto as Exhibit "4".

DATED: April 28, 2020           WAGNER LAW GROUP
                                   (formally known as WAGNER, JONES,
                                    KOPFMAN & ARTENIAN LLP)


                                By:__/s/ Nicholas Wagner_____
                                      Nicholas Wagner
                                   Attorneys for certain Claimants


DATED: April 28, 2020           KABATECK LLP


                                By:___/s/ Brian Kabateck_____
                                      Brian Kabateck
                                   Attorneys for Certain Claimants