RICHARD A. MARSHACK, SBN 107291
rmarshack@marshackhays.com
DAVID A. WOOD, SBN 272406
dwood@marshackhays.com
LAILA MASUD, SBN 311731
lmasud@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt, Irvine, CA 92620
Tel: 949-333-7777

Gerald Singleton, SBN 208783
Terry Singleton, SBN 58316
SINGLETON LAW FIRM, APC
450 A Street, 5th Floor
San Diego, CA 92101
Tel:    (619) 771-3473
Fax:    (619) 255-1515
Email: gerald@slffirm.com
        terry@terrysingleton.com

Attorneys for SLF Fire Victim Claimants

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>   and<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br><br>               Debtors<br><br>Affects:<br>☐ PG&E Corporation<br>☐ Pacific Gas & Electric Company<br>☒ Both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-3008 (DM) | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case–Jointly Administered)<br><br>**CERTIFICATE OF SERVICE**<br><br>Date: TBD<br>Time: TBD<br>Place: United States Bankruptcy Court<br>       Courtroom 17, 16th Floor<br>       San Francisco, CA 94102 |

I am employed in San Diego County. I am over the age of 18 and not a party to this action.

My business address is 450 A Street, 5th Floor, San Diego, CA 92101.

/ / /

1

On April 29, 2020, I served the foregoing document(s), described as:

1. **JOINDER BY 11,300 INDIVIDUAL FIRE VICTIM CLAIMANTS TO DOC. 6973, REPLY TO DOC# 6944, REGARDING ABRAMS MOTION TO DESIGNATE IMPROPERLY SOLICITED VOTES**

☒ by placing ☐ the original ☒ a true copy thereof, by the following means to the persons as listed below:

☒ **ECF SYSTEM** On April 29, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated below:

- Annadel A. Almendras     annadel.almendras@doj.ca.gov
- Monique D. Almy     malmy@crowell.com
- Dana M. Andreoli     dandreoli@steyerlaw.com, pspencer@steyerlaw.com
- Anne Andrews     aa@andrewsthornton.com, aandrews@andrewsthornton.com
- Richard L. Antognini     rlalawyer@yahoo.com, hallonaegis@gmail.com
- Lauren T. Attard     lattard@bakerlaw.com, abalian@bakerlaw.com
- Herb Baer     hbaer@primeclerk.com, ecf@primeclerk.com
- Todd M. Bailey     Todd.Bailey@ftb.ca.gov
- Kathryn E. Barrett     keb@svlg.com, amt@svlg.com
- Ronald S. Beacher     rbeacher@pryorcashman.com
- Hagop T. Bedoyan     hbedoyan@kleinlaw.com, ecf@kleinlaw.com
- James C. Behrens     jbehrens@milbank.com, mkoch@milbank.com
- Jacob Taylor Beiswenger     jbeiswenger@omm.com, llattin@omm.com
- Peter J. Benvenutti     pbenvenutti@kellerbenvenutti.com
- Robert Berens     rberens@smtdlaw.com, sr@smtdlaw.com
- Heinz Binder     heinz@bindermalter.com
- Neil Jon Bloomfield     njbloomfield@njblaw.com, gklump@njblaw.com
- Jason Blumberg     jason.blumberg@usdoj.gov, Tina.L.Spyksma@UST.DOJ.GOV
- Erin N. Brady     enbrady@jonesday.com
- W. Steven Bryant     , molly.batiste-debose@lockelord.com
- Peter C. Califano     pcalifano@cwclaw.com
- Steven M. Campora     scampora@dbbwc.com, nlechuga@dbbwc.com
- Leah E. Capritta     leah.capritta@hklaw.com, lori.labash@hklaw.com
- Katherine Rose Catanese     kcatanese@foley.com
- Christina Lin Chen     christina.chen@morganlewis.com, christina.lin.chen@gmail.com
- Richard A. Chesley     richard.chesley@dlapiper.com, bill.countryman@dlapiper.com
- Shawn M. Christianson     schristianson@buchalter.com
- Robert N.H. Christmas     rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- Alicia Clough     aclough@loeb.com
- John B. Coffman     john@johncoffman.net
- Kevin G. Collins     kevin.collins@btlaw.com
- Manuel Corrales     mannycorrales@yahoo.com, hcskanchy@hotmail.com
- Donald H. Cram     dhc@severson.com

2

- Ashley Vinson Crawford     avcrawford@akingump.com, tsouthwell@akingump.com
- John Cumming     jcumming@dir.ca.gov
- J. Russell Cunningham     rcunningham@dnlc.net, emehr@dnlc.net
- Keith J. Cunningham     , rkelley@pierceatwood.com
- Keith J. Cunningham     kcunningham@pierceatwood.com, rkelley@pierceatwood.com
- James D. Curran     jcurran@wolkincurran.com, dstorms@wolkincurran.com
- Tambra Curtis     tambra.curtis@sonoma-county.org, Kristin.whalley@sonoma-county.org
- Jonathan S. Dabbieri     dabbieri@sullivanhill.com, bkstaff@sullivanhill.com
- Nicolas De Lancie     ndelancie@jmbm.com
- Judith A. Descalso     jad@jdescalso.com, jad_9193@ecf.courtdrive.com
- Shounak S. Dharap     ssd@arnslaw.com, mec@arnslaw.com
- Kathryn S. Diemer     kdiemer@diemerwhitman.com, ecfnotice@diemerwhitman.com
- John P. Dillman     houston_bankruptcy@publicans.com
- Jonathan R. Doolittle     jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com
- Jennifer V. Doran     jdoran@hinckleyallen.com
- Jamie P. Dreher     jdreher@downeybrand.com
- Cecily A. Dumas     cdumas@bakerlaw.com, BHDataServices@ecf.courtdrive.com
- Dennis F. Dunne     cprice@milbank.com, jbrewster@milbank.com
- Dennis F. Dunne     ddunne@milbank.com, jbrewster@milbank.com
- Huonganh Annie Duong     annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com
- Kevin M. Eckhardt     keckhardt@hunton.com, candonian@huntonak.com
- Joseph A. Eisenberg     JAE1900@yahoo.com
- Sally J. Elkington     sally@elkshep.com, ecf@elkshep.com
- David Emerzian     david.emerzian@mccormickbarstow.com, Melany.Hertel@mccormickbarstow.com
- G. Larry Engel     larry@engeladvice.com
- Krista M. Enns     kenns@beneschlaw.com
- Michael P. Esser     michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com.
- Richard W. Esterkin     richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com
- Michael S. Etkin     metkin@lowenstein.com
- Jacob M. Faircloth     jacob.faircloth@smolsonlaw.com
- Joseph Kyle Feist     jfeistesq@gmail.com, info@norcallawgroup.net
- Matthew A. Feldman     mfeldman@willkie.com
- Mark E. Felger     mfelger@cozen.com
- James J. Ficenec     James.Ficenec@ndlf.com, caroline.pfahl@ndlf.com
- John D. Fiero     jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- Kimberly S. Fineman     kfineman@nutihart.com, nwhite@nutihart.com
- Stephen D. Finestone     sfinestone@fhlawllp.com
- Daniel I. Forman     dforman@willkie.com
- Jonathan Forstot     jonathan.forstot@troutman.com, john.murphy@troutman.com
- Jonathan Forstot     , john.murphy@troutman.com
- Matthew Hampton Foushee     hampton.foushee@hoganlovells.com, hfoushee@gmail.com
- Carolyn Frederick     cfrederick@prklaw.com
- Peter Friedman     pfriedman@omm.com
- Roger F. Friedman     rfriedman@rutan.com, csolorzano@rutan.com
- Xiyi Fu     jackie.fu@lockelord.com, taylor.warren@lockelord.com
- Larry W. Gabriel     lgabriel@bg.law, nfields@bg.law

3

- Gregg M. Galardi    gregg.galardi@ropesgray.com
- Richard L. Gallagher    richard.gallagher@ropesgray.com
- Oscar Garza    ogarza@gibsondunn.com
- Duane M. Geck    dmg@severson.com
- Evelina Gentry    evelina.gentry@akerman.com, rob.diwa@akerman.com
- Janet D. Gertz    jgertz@btlaw.com, amattingly@btlaw.com
- Barry S. Glaser    bglaser@swesq.com
- Paul R. Glassman    glassmanp@gtlaw.com
- Gabriel I. Glazer    gglazer@pszjlaw.com
- Gabrielle Glemann    gabrielle.glemann@stoel.com, rene.alvin@stoel.com
- Matthew A. Gold    courts@argopartners.net
- Eric D. Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- Amy L. Goldman    goldman@lbbslaw.com
- Eric S. Goldstein    egoldstein@goodwin.com
- Richard H. Golubow    rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com
- Michael J. Gomez    mgomez@frandzel.com, dmoore@frandzel.com
- Michael W. Goodin    mgoodin@clausen.com, mgenova@clausen.com
- Eric R. Goodman    egoodman@bakerlaw.com
- Mark A. Gorton    mgorton@boutinjones.com, cdomingo@boutininc.com
- Mark A. Gorton    mgorton@boutininc.com, cdomingo@boutininc.com
- Michael I. Gottfried    mgottfried@lgbfirm.com, srichmond@lgbfirm.com
- Louis Gottlieb    Lgottlieb@labaton.com, mpenrhyn@labaton.com
- Eric A. Grasberger    eric.grasberger@stoel.com, docketclerk@stoel.com
- Debra I. Grassgreen    dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- Stuart G. Gross    sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com
- Elizabeth M. Guffy    eguffy@lockelord.com, autodocket@lockelord.com
- Cameron Gulden    cameron.m.gulden@usdoj.gov
- Oren Buchanan Haker    oren.haker@stoel.com, rene.alvin@stoel.com
- Kristopher M. Hansen    dmohamed@stroock.com, mmagzamen@stroock.com
- Robert G. Harris    rob@bindermalter.com
- Christopher H. Hart    chart@nutihart.com, nwhite@nutihart.com
- Bryan L. Hawkins    bryan.hawkins@stoel.com, Sharon.witkin@stoel.com
- Christopher V. Hawkins    hawkins@sullivanhill.com, Hawkins@ecf.inforuptcy.com
- Jan M Hayden    jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com
- Jennifer C. Hayes    jhayes@fhlawllp.com
- Alaina R. Heine    alaina.heine@dechert.com, brett.stone@dechert.com
- Stephen E. Hessler, P.C.    , jozette.chong@kirkland.com
- Sean T. Higgins    aandrews@andrewsthornton.com, shiggins@andrewsthornton.com
- Terry L. Higham    t.higham@bkolaw.com, achavez@bkolaw.com
- James P. Hill    hill@sullivanhill.com, bkstaff@sullivanhill.com
- Michael R. Hogue    hoguem@gtlaw.com, frazierl@gtlaw.com
- David Holtzman    david.holtzman@hklaw.com
- Alexandra S. Horwitz    allie.horwitz@dinsmore.com
- Marsha Houston    mhouston@reedsmith.com, hvalencia@reedsmith.com
- Shane Huang    shane.huang@usdoj.gov
- Brian D. Huben    hubenb@ballardspahr.com
- Jonathan Hughes    , jane.rustice@aporter.com
- Michael A. Isaacs    Michael.Isaacs@dentons.com, Alissa.Worthing@dentons.com

4

| | |
|---|---|
| 1 | • Mark V. Isola   mvi@sbj-law.com |
| 2 | • J. Eric Ivester   Eric.Ivester@skadden.com, Andrea.Bates@skadden.com |
|   | • J. Eric Ivester   , Andrea.Bates@skadden.com |
| 3 | • Ivan C. Jen   ivan@icjenlaw.com |
|   | • Monique Jewett-Brewster   mjb@hopkinscarley.com, eamaro@hopkinscarley.com |
| 4 | • James O. Johnston   jjohnston@jonesday.com |
|   | • Chris Johnstone   chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com |
| 5 | • Gregory K. Jones   GJones@dykema.com, cacossano@dykema.com |
| 6 | • Robert A. Julian   rjulian@bakerlaw.com |
|   | • George H. Kalikman   gkalikman@schnader.com, sdavenport@schnader.com |
| 7 | • Roberto J. Kampfner   rkampfner@whitecase.com, mco@whitecase.com |
|   | • Gary M. Kaplan   gkaplan@fbm.com, calendar@fbm.com |
| 8 | • Robert B. Kaplan   rbk@jmbm.com |
|   | • Eve H. Karasik   ehk@lnbyb.com |
| 9 | • William M. Kaufman   wkaufman@smwb.com |
| 10 | • Jane G. Kearl   jkearl@watttieder.com, jbenton@watttieder.com |
|   | • Tobias S. Keller   tkeller@kellerbenvenutti.com, pbenvenutti@kellerbenvenutti.com |
| 11 | • Lynette C. Kelly   lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov |
|   | • Gerald P. Kennedy   gerald.kennedy@procopio.com, laj@procopio.com |
| 12 | • Samuel A. Khalil   skhalil@milbank.com, jbrewster@milbank.com |
|   | • Samuel M. Kidder   skidder@ktbslaw.com |
| 13 | • Marc Kieselstein   , carrie.oppenheim@kirkland.com |
| 14 | • Jane Kim   jkim@kellerbenvenutti.com |
|   | • Bradley C. Knapp   , Yamille.Harrison@lockelord.com |
| 15 | • Thomas F. Koegel   tkoegel@crowell.com |
|   | • Andy S. Kong   kong.andy@arentfox.com, Yvonne.Li@arentfox.com |
| 16 | • Alan W. Kornberg   , akornberg@paulweiss.com |
|   | • Bernard Kornberg   bjk@severson.com |
| 17 | • David I. Kornbluh   dik@millermorton.com, mhr@millermorton.com |
| 18 | • Jeffrey C. Krause   jkrause@gibsondunn.com, psantos@gibsondunn.com |
|   | • Thomas R. Kreller   tkreller@milbank.com, dmuhrez@milbank.com |
| 19 | • Lindsey E. Kress   lkress@lockelord.com, autodocket@lockelord.com |
|   | • Hannah C. Kreuser   hkreuser@porterlaw.com, ooberg@porterlaw.com |
| 20 | • Michael Thomas Krueger   michael.krueger@ndlf.com, Havilyn.lee@ndlf.com |
|   | • Boris Kukso   boris.kukso@usdoj.gov, western.taxcivil@usdoj.gov |
| 21 | • Timothy S. Laffredi   timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov |
| 22 | • Richard A. Lapping   rich@trodellalapping.com |
|   | • Omeed Latifi   olatifi@theadlerfirm.com, kdeubler@theadlerfirm.com |
| 23 | • Michael Lauter   mlauter@sheppardmullin.com |
|   | • Ori Katz   okatz@sheppardmullin.com |
| 24 | • Amy Caton   acaton@kramerlevin.com |
|   | • Megan Wassan   mwasson@kramerlevin.com |
| 25 | • Shadi Farzan   sfarzan@sheppardmullon.com |
|   | • Francis J. Lawall   lawallf@pepperlaw.com, henrys@pepperlaw.com |
| 26 | • Scott Lee   scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com |
| 27 | • Edward J. Leen   eleen@mkbllp.com |
|   | • Matthew A. Lesnick   matt@lesnickprince.com, jmack@lesnickprince.com |
| 28 | • Bryn G. Letsch   bletsch@braytonlaw.com |

5

- David B. Levant    david.levant@stoel.com, rene.alvin@stoel.com
- Andrew H. Levin    alevin@wcghlaw.com, vcorbin@wcghlaw.com
- Marc A. Levinson    Malevinson@orrick.com, BOrozco@orrick.com
- Alexander James Demitro Lewicki    kdiemer@diemerwei.com, alewicki@diemerwei.com
- William S. Lisa    , jcaruso@nixonpeabody.com
- William S. Lisa    wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com
- Jonathan A. Loeb    jon.loeb@bingham.com
- John William Lucas    jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Jane Luciano    jane-luciano@comcast.net
- Kerri Lyman    klyman@irell.com, lgauthier@irell.com
- John H. MacConaghy    macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com
- Iain A. Macdonald    iain@macfern.com, ecf@macfern.com
- Tracy L. Mainguy    tmainguy@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- Samuel R. Maizel    samuel.maizel@dentons.com, alicia.aguilar@dentons.com
- Adam Malatesta    adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com
- Michael W. Malter    michael@bindermalter.com
- Craig Margulies    cmargulies@margulies-law.com, lsalazar@margulies-law.com
- Geoffrey E. Marr    gemarr59@hotmail.com
- David P. Matthews    jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com
- Patrick C. Maxcy    patrick.maxcy@snrdenton.com
- Benjamin P. McCallen    bmccallen@willkie.com
- Hugh M. McDonald    hugh.mcdonald@troutman.com, john.murphy@troutman.com
- Hugh M. McDonald    , john.murphy@troutman.com
- C. Luckey McDowell    luckey.mcdowell@bakerbotts.com
- Scott H. McNutt    SMcNutt@ml-sf.com, csnell@ml-sf.com
- Thomas Melone    Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com
- Peter Meringolo    peter@pmrklaw.com
- Frank A. Merola    lacalendar@stroock.com, mmagzamen@stroock.com
- Joshua M. Mester    jmester@jonesday.com
- Matthew D. Metzger    belvederelegalecf@gmail.com
- Randy Michelson    randy.michelson@michelsonlawgroup.com
- Joseph G. Minias    jminias@willkie.com
- M. David Minnick    dminnick@pillsburylaw.com, docket@pillsburylaw.com
- Thomas C. Mitchell    tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com
- John A. Moe    john.moe@dentons.com, glenda.spratt@dentons.com
- Kevin Montee    kmontee@monteeassociates.com
- David W. Moon    lacalendar@stroock.com, mmagzamen@stroock.com
- Erika L. Morabito    emorabito@foley.com, hsiagiandraughn@foley.com
- Courtney L. Morgan    morgan.courtney@pbgc.gov
- Joshua D. Morse    Joshua.Morse@dlapiper.com, joshua-morse-0092@ecf.pacerpro.com
- Thomas G. Mouzes    tmouzes@boutinjones.com, cdomingo@boutinc.com
- Peter S. Munoz    pmunoz@reedsmith.com, gsandoval@reedsmith.com
- Michael S. Myers    myersms@ballardspahr.com, hartt@ballardspahr.com
- Alan I. Nahmias    anahmias@mbnlawyers.com
- David L. Neale    dln@lnbrb.com

6

- David L. Neale     dln@lnbyb.com
- David Neier     dneier@winston.com
- Brittany J. Nelson     bnelson@foley.com, hsiagiandraughn@foley.com
- Howard S. Nevins     hnevins@hsmlaw.com, lsamosa@hsmlaw.com
- Melissa T. Ngo     ngo.melissa@pbgc.gov, efile@pbgc.gov
- Mario R. Nicholas     mario.nicholas@stoel.com, cherie.clark@stoel.com
- Gregory C. Nuti     gnuti@nutihart.com, nwhite@nutihart.com
- Abigail O'Brient     aobrient@mintz.com, docketing@mintz.com
- Julie E. Oelsner     joelsner@weintraub.com, bjennings@weintraub.com
- Office of the U.S. Trustee / SF     USTPRegion17.SF.ECF@usdoj.gov
- Matthew Jon Olson     matt@macfern.com, ecf@macfern.com
- Steven M. Olson     smo@smolsonlaw.com
- Aram Ordubegian     Ordubegian.Aram@ArentFox.com
- Gabriel Ozel     Gabriel.Ozel@troutman.com, tsinger@houser-law.com
- Margarita Padilla     Margarita.Padilla@doj.ca.gov
- Amy S. Park     amy.park@skadden.com, alissa.turnipseed@skadden.com
- Donna Taylor Parkinson     donna@parkinsonphinney.com
- Peter S. Partee     , candonian@huntonak.com
- Paul J. Pascuzzi     ppascuzzi@ffwplaw.com, JNiemann@ffwplaw.com
- Kenneth Pasquale     , mlaskowski@stroock.com
- Charles Scott Penner     penner@carneylaw.com, caragol@carneylaw.com
- Valerie Bantner Peo     vbantnerpeo@buchalter.com
- Danielle A. Pham     danielle.pham@usdoj.gov
- Thomas R. Phinney     tom@parkinsonphinney.com
- R. Alexander Pilmer     alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
- M. Ryan Pinkston     rpinkston@seyfarth.com, jmcdermott@seyfarth.com
- Estela O. Pino     epino@epinolaw.com, staff@epinolaw.com
- Gregory Plaskett     GREGORY.PLASKETT@GMAIL.COM, HKHAPPYGRL1@GMAIL.COM
- Mark D. Plevin     mplevin@crowell.com
- Mark D. Poniatowski     ponlaw@ponlaw.com
- William L. Porter     bporter@porterlaw.com, Ooberg@porterlaw.com
- Christopher E. Prince     cprince@lesnickprince.com
- Douglas B. Provencher     dbp@provlaw.com
- Amy C. Quartarolo     amy.quartarolo@lw.com
- Lary Alan Rappaport     lrappaport@proskauer.com, PHays@proskauer.com
- Justin E. Rawlins     jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com
- Hugh M. Ray     hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com
- Paul F. Ready     smeyer@farmerandready.com
- Caroline A. Reckler     caroline.reckler@lw.com
- Steven J. Reisman     sreisman@katten.com, nyc.bknotices@kattenlaw.com
- Jeffrey M. Reisner     jreisner@irell.com
- Jack A. Reitman     , srichmond@lgbfirm.com
- Emily P. Rich     erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- Christopher O. Rivas     crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- Daniel Robertson     robertson.daniel@pbgc.gov, efile@pbgc.gov
- Lacey E. Rochester     lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com
- Michael Rogers     mrogers@lambertrogers.com, jan@lambertrogers.com

7

- Jorian L. Rose    jrose@bakerlaw.com
- Allan Robert Rosin    arrosin@alr-law.com
- Jay M. Ross    jross@hopkinscarley.com, eamaro@hopkinscarley.com
- Gregory A. Rougeau    grougeau@brlawsf.com
- Nathan Q. Rugg    nathan.rugg@bfkn.com, jean.montgomery@bfkn.com
- Thomas B. Rupp    trupp@kellerbenvenutti.com
- Eric E. Sagerman    esagerman@bakerlaw.com, pgedocket@bakerlaw.com
- Jonathan C. Sanders    jsanders@stblaw.com, lsoboleva@stblaw.com
- Nanette D. Sanders    nanette@ringstadlaw.com, becky@ringstadlaw.com
- Lovee Sarenas    Lovee.sarenas@lewisbrisbois.com
- Sunny S. Sarkis    sunny.sarkis@stoel.com, dawn.forgeur@stoel.com
- Patricia Savage    psavesq@gmail.com, jodi.savage@gmail.com
- Sblend A. Sblendorio    sas@hogefenton.com
- Daren M Schlecter    daren@schlecterlaw.com, info@schlecterlaw.com
- Bradley R. Schneider    bradley.schneider@mto.com
- Lisa Schweitzer    lschweitzer@cgsh.com
- David B. Shemano    dshemano@pwkllp.com
- James A. Shepherd    jim@elkshep.com, ecf@elkshep.com
- Leonard M. Shulman    lshulman@shbllp.com
- Andrew I. Silfen    andrew.silfen@arentfox.com
- Wayne A. Silver    w_silver@sbcglobal.net, ws@waynesilverlaw.com
- Craig S. Simon    csimon@bergerkahn.com, aketcher@bergerkahn.com
- Michael K. Slattery    mslattery@lkfirm.com, rramirez@lkfirm.com
- Dania Slim    dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com
- Jennifer N. Slocum    jennifer.slocum@stoel.com, docketclerk@stoel.com
- Aaron C. Smith    asmith@lockelord.com, autodocket@lockelord.com
- Alan D. Smith    adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com
- Jan D. Sokol    jdsokol@lawssl.com, dwright@lawssl.com
- Randye B. Soref    rsoref@polsinelli.com
- Bennett L. Spiegel    blspiegel@jonesday.com
- Michael St. James    ecf@stjames-law.com
- Howard J. Steinberg    steinbergh@gtlaw.com, pearsallt@gtlaw.com
- Harriet A. Steiner    harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com
- Lillian G. Stenfeldt    lillian.stenfeldt@sdma.com, jon.arneson@sedgwicklaw.com
- Cheryl L. Stengel    clstengel@outlook.com, stengelcheryl40@gmail.com
- David M. Stern    dstern@ktbslaw.com
- Rebecca Suarez    rsuarez@crowell.com
- Brad T. Summers    summerst@lanepowell.com, docketing-pdx@lanepowell.com
- Kristine Theodesia Takvoryan    ktakvoryan@ckrlaw.com
- Kesha Tanabe    kesha@tanabelaw.com
- Elizabeth Lee Thompson    ethompson@stites.com, docketclerk@stites.com
- John C. Thornton    jct@andrewsthornton.com, aandrews@andrewsthornton.com
- Meagan S. Tom    Meagan.tom@lockelord.com, autodocket@lockelord.com
- Edward Tredinnick    etredinnick@grmslaw.com
- Matthew Jordan Troy    matthew.troy@usdoj.gov
- Andrew Van Ornum    avanornum@vlmglaw.com, hchea@vlmglaw.com
- Shmuel Vasser    shmuel.vasser@dechert.com, brett.stone@dechert.com
- Victor A. Vilaplana    vavilaplana@foley.com, rhurst@foley.com

8

- Marta Villacorta    marta.villacorta@usdoj.gov
- John A. Vos    InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
- Riley C. Walter    ecf@W2LG.com
- Phillip K. Wang    phillip.wang@rimonlaw.com
- Philip S. Warden    philip.warden@pillsburylaw.com, kathy.stout@pillsburylaw.com
- Lindsi M. Weber    lweber@polsinelli.com, yderac@polsinelli.com
- Genevieve G. Weiner    gweiner@gibsondunn.com
- Joseph M. Welch    jwelch@buchalter.com, dcyrankowski@buchalter.com
- David Walter Wessel    DWessel@efronlawfirm.com, hporter@chdlawyers.com
- Drew M. Widders    dwidders@wilcoxenlaw.com, nina@wilcoxenlaw.com
- Eric R. Wilson    kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com
- Kimberly S. Winick    kwinick@clarktrev.com, knielsen@clarktrev.com
- Rebecca J. Winthrop    rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonrosefulbright.com
- David Wirt    david.wirt@hklaw.com, denise.harmon@hklaw.com
- Ryan A. Witthans    rwitthans@fhlawllp.com, rwitthans@fhlawllp.com
- Risa Lynn Wolf-Smith    rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com
- Douglas Wolfe    dwolfe@asmcapital.com
- Catherine E. Woltering    cwoltering@bakerlaw.com
- Andrea Wong    wong.andrea@pbgc.gov, efile@pbgc.gov
- Christopher Kwan Shek Wong    christopher.wong@arentfox.com
- Kirsten A. Worley    kw@wlawcorp.com, admin@wlawcorp.com
- Andrew Yaphe    andrew.yaphe@davispolk.com, lit.paralegals.mp@davispolk.com
- Tacie H. Yoon    tyoon@crowell.com
- Bennett G. Young    byoung@jmbm.com, jb8@jmbm.com
- Brittany Zummer    bzummer@theadlerfirm.com, nfournier@theadlerfirm.com
- Dario de Ghetaldi    deg@coreylaw.com, lf@coreylaw.com
- Stacey C. Quan    squan@steyerlaw. Com
- Laurie R. Hager    lhager@sussmanshank.com
- Darwin E. Farrar    darwin.farrar@cpuc.ca.gov, EDF@cpuc.ca.gov
- Alisa C. Lacey    alisa.lacey@stinson.com
- Robert T. Kugler    robert.kugler@stinson.com
- Thomas J. Salerno    thomas.salerno@stinson.com
- Anthony P. Cali    anthony.cali@stinson.com
- Jonathan D. Marshall    jmarshall@choate.com
- Liam K. Malone    malone@oles.com

☒ **UNITED STATES MAIL, postage fully prepaid**
(*List persons and addresses. Attach additional paper if necessary*)

///

///

///

| | | |
|---|---|---|
| 1 | Debtors | Weil, Gotshal & Manges LLP |
| 2 | c/o PG&E Corporation and Pacific Gas and Electric Company | Attn: Stephen Karotkin, Esq., Jessica Liou, Esq., and Matthew Goren, Esq. |
| 3 | Attn: Janet Loduca, Esq. PO Box 770000 | 767 Fifth Avenue New York, New York 10153 |
| 4 | 77 Beale Street, San Francisco, CA 94105 | |
| 5 | | |
| 6 | Keller & Benvenutti LLP Attn: Tobias Keller, Esq. and Jane Kim, Esq. | Stroock & Stroock & Lavan LLP Attn: Kristopher M. Hansen, Esq., Erez E. |
| 7 | 650 California Street, Suite 1900 San Francisco, CA 94108 | Gilad, Esq., & Matthew G. Garofalo, Esq. 180 Maiden Lane |
| 8 | **Served via CM/ECF Only** | New York, NY 10038-4982 |
| 9 | Stroock & Stroock & Lavan LLP | Davis Polk & Wardwell LLP |
| 10 | Attn: Frank A. Merola, Esq 2029 Century Park East | Attn: Eli J. Vonnegut, Esq., David Schiff, Esq., and Timothy Graulich, Esq. |
| 11 | Los Angeles, CA 90067-3086 **Served via CM/ECF Only** | 450 Lexington Avenue New York, NY 10017 |
| 12 | | |
| 13 | Paul, Weiss, Rifkind, Wharton & Garrison LLP Attn: Alan W. Kornberg, Esq., Brian S. | Office of the United States Trustee for Region 17 |
| 14 | Hermann, Esq., Walter R. Rieman, Esq., Sean A. Mitchell, Esq., and Neal P. | Attn: James L. Snyder, Esq. and Timothy Laffredi, Esq. |
| 15 | Donnelly, Esq. 1285 Avenue of the Americas | 450 Golden Gate Avenue, 5th Floor, Suite #05-0153 |
| 16 | New York, NY 10019-6064 | San Francisco, CA 94102 |
| 17 | U.S. Nuclear Regulatory Commission Attn: General Counsel | U.S. Department of Justice Attn: Danielle A. Pham, Esq. |
| 18 | Washington, DC 20555-0001 | 1100 L Street, NW, Room 7106, Washington DC 20005 |
| 19 | | **Served via CM/ECF Only** |
| 20 | Milbank LLP Attn: Dennis F. Dunne, Esq. and Sam A. | Milbank LLP Attn: Paul S. Aronzon, Esq., Gregory A. |
| 21 | Khalil, Esq. 55 Hudson Yards | Bray, Esq., and Thomas R. Kreller, Esq. 2029 Century Park East, 33rd Floor |
| 22 | New York, NY 10001-2163 | Los Angeles, CA 90067 |
| 23 | **Served via CM/ECF Only** | |
| 24 | Baker & Hostetler LLP | STEPHEN MOELLER-SALLY |
| 25 | Attn: Eric Sagerman, Esq. and Cecily Dumas, Esq. | MATTHEW L. McGINNIS ROPES & GRAY LLP |
| 26 | 11601 Wilshire Boulevard, Suite 1400 Los Angeles, CA 90025-0509 | 800 Boylston Street Boston, MA 02199-3600 |
| 27 | **Pro Hac Vice** **Served via CM/ECF Only** | **Request for Special Notice** |
| 28 | | |

10

Case: 19-30088    Doc# 6983-1    Filed: 04/29/20    Entered: 04/29/20 14:25:58    Page 10 of 12

| | | |
|---|---|---|
| 1 | GREGG M. GALARDI<br>KEITH H. WOFFORD/DANIEL G. EGAN<br>ROPES & GRAY LLP<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>*Request for Special Notice* | Leonard P. Goldberger, Esq.<br>STEVENS & LEE, P.C.<br>620 Freedom Business Center, Suite 200<br>King of Prussia, PA 19406<br>*Request for Special Notice* |
| 2 | Constantine D. Pourakis, Esq.<br>STEVENS & LEE, P.C.<br>485 Madison Avenue, 20th Floor<br>New York, NY 10022<br>*Request for Special Notice* | Central Valley Associate, L.P.<br>c/o Ronald K. Brown Jr.<br>Law Offices of Ronald K. Brown, Jr.<br>901 Dove Street, Suite 120<br>Newport Beach, CA 92660<br>*Request for Special Notice* |
| 3 | Peter Friedman<br>O'MELVENY & MYERS LLP<br>1625 Eye Street, NW<br>Washington, DC 20006<br>*Pro Hac Vice*<br><br>TOGUT, SEGAL & SEGAL LLP<br>Albert Togut<br>Kyle J. Ortiz<br>Amy M. Oden<br>Amanda C. Glaubach<br>One Penn Plaza, Suite 3335<br>New York, NY 10119<br>*Pro Hac Vice* | Matthew L. Hinker<br>Nancy A. Mitchell<br>Matthew L. Hinker<br>O'MELVENY & MYERS LLP<br>7 Times Square<br>New York, New York 10036<br><br>SUSSMAN SHANK LLP<br>Laurie R. Hager<br>Howard M. Levine<br>1000 SW Broadway, Suite 1400<br>*Request for Special Notice CM/ECF Only* |
| 4 | Public Advocates Office California Public Utilities Commission<br>Darwin E. Farrar (SBN 152735)<br>505 Van Ness Avenue San Francisco, California 94102<br>*Request for Special Notice* | Stinson LLP<br>Alisa C. Lacey<br>Robert T. Kugler<br>Thomas J. Salerno<br>Anthony P. Cali<br>1850 N. Central Ave., #2100 Phoenix, AZ 85004<br>*Request for Special Notice* |
| 5 | CHOATE, HALL & STEWART LLP<br>Jonathan D. Marshall, Esq<br>Two International Place<br>Boston Massachusetts 02110<br>*Pro Hac Vice* | BAKER & HOSTETLER LLP<br>Lars H. Fuller, Esq.<br>1801 California Street, Suite 4400<br>Denver, CO 80202-2662<br>*Pro Hac Vice* |

| | |
|---|---|
| GROOM LAW GROUP<br>Katherine B. Cohn, Esq.<br>David N. Levine, Esq.<br>1701 Pennsylvania Ave. NW<br>Washington, D.C. 20006<br>**Pro Hac Vice** | MILBANK, LLP<br>Alan J. Stone, Esq.<br>55 Hudson Yards<br>New York, NY 10001-2163<br>**Pro Hac Vice** |
| Eric Seiler<br>FRIEDMAN KAPLAN SEILER & ADELMAN LLP<br>7 Times Square<br>New York, NY 10036-6516<br>**Pro Hac Vice** | Isaac M. Pachulski<br>Debra I. Grassgreen<br>Gabriel I. Glazer<br>PACHULSKI STANG ZIEHL & JONES LLP<br>150 California Street, 15th Floor San Francisco, CA 94111<br>**Pro Hac Vice** |

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on April 29, 2020, at San Diego, California.

                                                                    *s/Jesus Munoz*
                                                                     Jesus Munoz