Craig Goldblatt
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 663-6483
Facsimile: (202) 663-6363
Email: craig.goldblatt@wilmerhale.com

**Signed and Filed: April 29, 2020**

*[signature]*
**DENNIS MONTALI**
U.S. Bankruptcy Judge



# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re **PG&E CORPORATION and PACIFIC GAS AND ELECTRIC COMPANY**

Debtor(s).

Case No. **19 - 30088**

Chapter **11**

## ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

**Craig Goldblatt**, whose business address and telephone number is **Wilmer Cutler Pickering Hale and Dorr LLP, 1875 Pennsylvania Avenue, NW, Washington, DC 20006, (202) 663-6000** and who is an active member in good standing of the bar of **the District of Columbia** having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing **Comcast Cable Communications, LLC and all affiliates**

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

**END OF ORDER**