**Entered on Docket
April 29, 2020**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: April 29, 2020

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>   - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>        Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered<br><br>Date: May 12, 2020<br>Time: 10:00 a.m.<br>Place: Courtroom 17<br>       450 Golden Gate Ave.<br>       16th Floor<br>       San Francisco, CA |

## ORDER GRANTING MOTIONS FOR RELIEF FROM STAY

Several similarly situated parties filed twenty-six separate motions for relief from stay (the "Motions").[1] The Motions all request that the court grant them relief from the automatic stay to pursue their appeals in the Ninth Circuit Court of Appeals. The court previously reviewed the Motions, issued a tentative ruling granting the Motions (dkt. #6867), and set them

---

[1] *See* Attachment 1.

for hearing. Since the court issued its tentative ruling, Debtors have filed a statement (dkt. #6962) indicating that they do not oppose the Motions, provided that relief does not include permission to enforce any judgments obtained.

Given Debtors non-opposition, and for the reasons stated in this court's tentative ruling, the court hereby GRANTS the Motions and drops the matter from its calendar on May 12, 2020.

This order does not permit Movants to enforce any judgment they might obtain against Debtors during the pendency of this case. Movants may recover any judgment only through the claims process and in accordance with the terms of a confirmed plan of reorganization.

**\*\*\* END OF ORDER\*\*\***

**Attachment 1**

| Bankruptcy Docket No. | Name | Bankruptcy Claim No. | Case No. at Ninth Circuit Court of Appeals |
|---|---|---|---|
| 6803 | Andrea Williams | 7175 | 18-56390 |
| 6805 | Barbara A. Vinson | 7201 | 18-56382 |
| 6807 | Oscar Urbina | 7180 | 18-56386 |
| 6809 | Marina Riebeling | 7301 | 18-56384 |
| 6811 | John Ramirez | 7072 | 18-56395 |
| 6814 | Nick Panchev | 7704 | 18-56501 |
| 6815 | Jose Ornelas | 7226 | 18-56392 |
| 6817 | Saray Ordaz | 8283 | 18-56376 |
| 6819 | Ken Nitao | 7167 | 18-56385 |
| 6821 | Robert Miller | 7168 | 18-56381 |
| 6823 | Charles Matthiesen | 8273 | 18-56388 |
| 6825 | Juliana Martinez | 7228 | 18-56499 |
| 6828 | Yvonne Kirkpatrick | Pending | 18-56377 |
| 6830 | Aurang Zaib Khan | 7083 | 18-56498 |
| 6832 | Darlene Herring Jenkins | 7264 | 18-56393 |
| 6834 | Shirley Holcroft | 7171 | 18-56503 |
| 6836 | Keith Hawes | 7176 | 18-56502 |
| 6838 | Norman Halstead | 8274 | 18-56497 |
| 6840 | Martin Garza | 7183 | 18-56505 |
| 6842 | Cindy Sue Downing | 7591 | 18-56500 |
| 6844 | David Matthiesen | 7229 | 18-56389 |
| 6846 | Clell Courtney | 7585 | 18-56379 |
| 6848 | Joel A. Christison | 7657 | 18-56391 |
| 6850 | Augustin Carrera | 7244 | 18-56387 |
| 6852 | Sandra L. Brown | 7200 | 18-56504 |
| 6854 | Carolyn Bolin | 7199 | 18-56394 |

-1-

# COURT SERVICE LIST

Andrea Williams, et al.
36796 Hillview Road
Hinkley, CA 92347

Barbara A. Vinson, et al.
3220 Cindy Circle
Anderson, CA 96007

Oscar Urbina
3617 Slauson Ave.
Maywood, CA 90270

Marina Riebeling, et al.
4600 Jerry Ave.
Baldwin Park, CA 91706

John Ramirez, et al.
38006 Pueblo Road
Hinkley, CA 92347

Nick Panchev
25633 Anderson Avenue
Barstow, CA 92311

Jose Ornelas, et al.
18284 Pacific Street
Hesperia, CA 92345

Saray Ordaz, et al.
1042 E. Sandison St. Apt. 1
Wilmington, CA 90744

Ken Nitao
244 S. Citrus Avenue
Alhambra, CA 91801

Robert Miller, et al.
37241 Sycamore Street
Hinkley, CA 92347

Charles Matthiesen, et al.
36771 Hidden River Rd.
Hinkley, CA 92347

| | |
|---|---|
| 1 | Juliana Martinez, et al. |
| 2 | 3633 Hidden River Road<br>Hinkley, CA 92347 |
| 3 | Yvonne Kirkpatrick, et al. |
| 4 | 23394 Alcudia Rd.<br>Hinkley, CA 92347 |
| 5 | |
| 6 | Aurang Zaib Khan, et al.<br>1969 East Cooley Ave. |
| 7 | San Bernardino, CA 92408 |
| 8 | Darlene Herring Jenkins<br>P.O. Box 376 |
| 9 | Hinkley, CA 92347 |
| 10 | |
| 11 | Shirley Holcroft, et al.<br>P.O. Box HD |
| 12 | Barstow, CA 92311 |
| 13 | Keith Hawes<br>P.O. Box 376 |
| 14 | Hinkley, CA 92347 |
| 15 | |
| 16 | Norman Halstead, et al.<br>20455 Halstead Road |
| 17 | Hinkley, CA 92347 |
| 18 | Martin Garza, et al.<br>P.O. Box 344 |
| 19 | Hinkley, CA 92347 |
| 20 | Cindy Sue Downing |
| 21 | P.O. Box 376<br>Hinkley, CA 92347 |
| 22 | |
| 23 | David Matthiesen, et al.<br>36709 Hidden River Road |
| 24 | Hinkley, CA 92347 |
| 25 | Clell Courtney, et al. |
| 26 | 25595 Ash Road<br>Barstow, CA 92311 |
| 27 | |
| 28 | |

**UNITED STATES BANKRUPTCY COURT for the Northern District of California**

1. Joel A. Christison
   P.O. Box 9048
   Alta Loma, CA 91701

2. 
3. Agustin Carrera, et al.
   886 Gina Ct.
   Upland, CA 91784

4. 
5. 
6. Sandra L. Brown, et al.
   P.O. Box 192
   Hinkley, CA 92347

7. 
8. Carolyn Bolin, et al.
   36310 Lenwood Road
   Hinkley, CA 92347

-3-