# EXHIBIT A

## COMPENSATION BY PROFESSIONAL
## MARCH 1, 2020 THROUGH MARCH 31, 2020

The timekeepers who rendered services in these Chapter 11 Cases from March 1, 2020 through March 31, 2020 for which Baker is seeking compensation are

| NAME OF PROFESSIONAL PARTNERS AND COUNSEL: | PRIMARY DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Adkins, Robb C. | Litigation | 1997 | $995.00 | 3.30 | $3,283.50 |
| Bator, Chris | Litigation | 1987 | $510.00 | 34.70 | $17,697.00 |
| Benson, Glenn S. | Environmental | 1994 | $640.00 | 166.10 | $106,304.00 |
| Bloom, Jerry R. | Bankruptcy | 1980 | $1,145.00 | 306.70 | $351,171.50 |
| Brennan, Terry M. | Litigation | 1995 | $600.00 | 6.20 | $3,720.00 |
| Casey, Lee A | Litigation | 1982 | $1,255.00 | 9.30 | $11,671.50 |
| Chairez, Joseph L. | Litigation | 1981 | $800.00 | 10.30 | $8,240.00 |
| Commins, Gregory J. | Litigation | 1991 | $890.00 | 170.00 | $151,300.00 |
| Dumas, Cecily A. | Bankruptcy | 1983 | $950.00 | 167.90 | $159,505.00 |
| Esmont, Joseph M. | Bankruptcy | 2008 | $600.00 | 170.00 | $102,000.00 |
| Foix, Danyll W. | Litigation | 1998 | $760.00 | 87.70 | $66,652.00 |
| Goodman, Eric R. | Bankruptcy | 2003 | $800.00 | 226.90 | $181,520.00 |
| Grabowski-Shaikh, Asim R. | Corporate | 2002 | $800.00 | 106.30 | $85,040.00 |
| Green, Elizabeth A | Bankruptcy | 1986 | $690.00 | 203.80 | $140,622.00 |
| Hanselman, Suzanne K. | Corporate | 1991 | $665.00 | 21.00 | $13,965.00 |
| Hogan, Thomas E. | Litigation | 2004 | $785.00 | 100.40 | $78,814.00 |
| Julian, Robert | Litigation | 1979 | $1,175.00 | 191.80 | $225,365.00 |
| Kleber, Kody | Litigation | 2007 | $550.00 | 56.20 | $30,910.00 |
| Layden, Andrew V. | Bankruptcy | 2010 | $410.00 | 53.90 | $22,099.00 |
| Lehrer II, John R. | Tax | 1999 | $725.00 | 10.60 | $7,685.00 |
| McCabe, Bridget S. | Litigation | 2010 | $630.00 | 108.70 | $68,481.00 |
| Morris, Kimberly S. | Litigation | 2004 | $895.00 | 205.20 | $183,654.00 |
| Murphy, Keith R. | Bankruptcy | 1997 | $1,110.00 | 2.10 | $2,331.00 |
| Parrish, Jimmy D. | Bankruptcy | 2000 | $590.00 | 6.00 | $3,540.00 |
| Payne Geyer, Tiffany | Bankruptcy | 2000 | $455.00 | 37.60 | $17,108.00 |
| Richardson, David J. | Bankruptcy | 1993 | $685.00 | 195.00 | $133,575.00 |
| Rivkin, Jr., David B. | Litigation | 1985 | $1,625.00 | 26.20 | $42,575.00 |

Baker & Hostetler LLP
Attorneys at Law
Los Angeles

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

| NAME OF PROFESSIONAL PARTNERS AND COUNSEL: | PRIMARY DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Rose, Jorian E. | Bankruptcy | 1998 | $1,010.00 | 225.30 | $227,553.00 |
| Sagerman, Eric T. | Bankruptcy | 1991 | $1,145.00 | 15.80 | $18,091.00 |
| Thomas, Emily B. | Litigation | 2006 | $450.00 | 50.80 | $22,860.00 |
| Weible, Robert A. | Corporate | 1978 | $830.00 | 111.60 | $92,628.00 |
| **Total Partners and Counsel:** | | | | **3,087.40** | **$2,579,960.50** |

| NAME OF PROFESSIONAL ASSOCIATES AND STAFF ATTORNEYS: | PRIMARY DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Attard, Lauren T. | Bankruptcy | 2008 | $600.00 | 182.00 | $109,200.00 |
| Berle, Joelle A. | Litigation | 2007 | $485.00 | 8.20 | $3,977.00 |
| Blanchard, Jason I. | Bankruptcy | 2011 | $650.00 | 100.00 | $65,000.00 |
| Cho, Dyanne | Litigation | 2015 | $510.00 | 13.70 | $6,987.00 |
| Cordiak, Robert W. | Unassigned | 2018 | $265.00 | 12.80 | $3,392.00 |
| Cutts, Kyle T. | Litigation | 2008 | $430.00 | 9.70 | $4,171.00 |
| Davis, Austin N. | Unassigned | 2019 | $265.00 | 45.80 | $12,137.00 |
| Donaho, Thomas A. | Associate | 2011 | $530.00 | 78.10 | $41,393.00 |
| Dow, Dustin M. | Employment | 2012 | $365.00 | 99.70 | $36,390.50 |
| Geisinger, Kathryn A. | Tax | 2015 | $310.00 | 24.00 | $7,440.00 |
| Hayes, Sarah M. | Litigation | 2019 | $250.00 | 4.70 | $1,175.00 |
| Jones, Cary P. | Unassigned | 2018 | $265.00 | 14.70 | $3,895.50 |
| Jowdy, Joshua J | Litigation | 2017 | $440.00 | 110.80 | $48,752.00 |
| Kates, Elyssa S. | Bankruptcy | 2000 | $760.00 | 185.20 | $140,752.00 |
| Kavouras, Daniel M. | Litigation | 2012 | $365.00 | 14.60 | $5,329.00 |
| Lemon, Daniel R. | Litigation | 2017 | $285.00 | 4.70 | $1,339.50 |
| Lockyer, Brittany N | Litigation | 2018 | $265.00 | 6.80 | $1,802.00 |
| Martinez, Daniella E. | Litigation | 2016 | $400.00 | 64.50 | $25,800.00 |
| McCutcheon, Marcus | Litigation | 2011 | $520.00 | 13.90 | $7,228.00 |
| Merola, Danielle L. | Bankruptcy | 2015 | $325.00 | 65.80 | $21,385.00 |
| Mohan, Sushant | Litigation | 2014 | $450.00 | 31.30 | $14,085.00 |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

| | | | | |
|---|---|---|---|---|
| Pena, Clair C. | Litigation | 2016 | $310.00 | 69.70 | $21,607.00 |
| Perkins Austin, Francesca | Litigation | 2008 | $600.00 | 4.80 | $2,880.00 |
| Rice, David W. | Litigation | 2012 | $610.00 | 56.40 | $34,404.00 |
| Sabella, Michael A. | Bankruptcy | 2008 | $610.00 | 66.30 | $40,443.00 |
| Smith, Shanisha Y. | Energy | 2013 | $470.00 | 123.30 | $57,951.00 |
| Steinberg, Zoe M. | Unassigned | 2018 | $340.00 | 61.10 | $20,774.00 |
| Stuy, Lauren T. | Litigation | 2019 | $265.00 | 21.90 | $5,803.50 |
| Thompson, Taylor M. | Litigation | 2018 | $265.00 | 32.10 | $8,506.50 |
| Walton, Ryan A. | Litigation | 2007 | $265.00 | 33.10 | $8,771.50 |
| **Total Associates:** | | | | **1,559.70** | **$762,771.00** |

| **NAME OF PARAPROFESSIONALS:** | **PRIMARY DEPARTMENT** | **HOURLY RATE** | **TOTAL HOURS BILLED** | **TOTAL COMPENSATION** |
|---|---|---|---|---|
| Eyler, Carly D. | Practice Applications | $200.00 | 9.30 | $1,860.00 |
| Landrio, Nikki | Litigation Support | $420.00 | 87.80 | $36,876.00 |
| Lane, Deanna L. | Bankruptcy | $280.00 | 26.30 | $7,364.00 |
| McDonald, Michael H. | Litigation Support | $230.00 | 41.50 | $9,545.00 |
| Nunes, Silas T. | Litigation Technology | $345.00 | 4.20 | $1,449.00 |
| Petre, Timothy P. | Litigation | $370.00 | 160.60 | $59,422.00 |
| Rawles, Michael | Litigation | $270.00 | 8.50 | $2,295.00 |
| Thompson, Tyler M. | Gov't Policy | $505.00 | 25.20 | $12,726.00 |
| Williamson, Forrest G. | Int'l Disputes | $200.00 | 6.50 | $1,300.00 |
| **Total Paraprofessionals and other non-legal staff:** | | | **369.90** | **$132,837.00** |

| **PROFESSIONALS TOTALS:** | **BLENDED RATE** | **TOTAL HOURS BILLED** | **TOTAL COMPENSATION** |
|---|---|---|---|
| Partners and Counsel | $835.64 | 3,087.40 | $2,579,960.50 |
| Associates | $489.05 | 1,559.70 | $762,771.00 |
| **Blended Attorney Rate** | **$719.32** | **4,647.10** | **$3,342,731.50** |
| Paraprofessionals and other non-legal staff | $359.12 | 369.90 | $132,837.00 |
| **Total Fees Incurred** | **$692.76** | **5,017.00** | **$3,475,568.50** |