**EXHIBIT B**

**COMPENSATION BY WORK TASK CODE FOR
SERVICES RENDERED BY BAKER & HOSTETLER LLP
FOR THE PERIOD MARCH 1, 2020 THROUGH MARCH 31, 2020**

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---:|---:|
| 002 | Asset Sales/363 Sales | 5.80 | $5,510.00 |
| 004 | Bankruptcy Litigation | 140.70 | $82,599.00 |
| 005 | Bar Date Noticing/Claims Noticing | 1.00 | $455.00 |
| 006 | Case Administration (docket updates, WIP and calendar) | 82.30 | $34,027.00 |
| 008 | Chapter 11 Plan/Plan Confirmation | 528.30 | $410,831.50 |
| 009 | Committee Meetings and Preparation | 362.80 | $296,758.50 |
| 010 | Corporate and Board Issues | 21.30 | $14,214.00 |
| 012 | DIP Financing/Cash Mgmt./Hedging Transactions | 43.20 | $33,546.00 |
| 013 | Disclosure Statement | 256.40 | $203,617.00 |
| 018 | General Case Strategy (includes communications with Committee) | 114.40 | $86,886.00 |
| 019 | Hearings and Court Matters | 52.50 | $38,251.00 |
| 020 | Legislative Issues | 5.80 | $2,508.00 |
| 022 | Non-Working Travel | 57.20 | $42,230.00 |
| 024 | District Court Litigation | 93.30 | $78,033.00 |
| 025 | Regulatory Issues including CPUC and FERC | 281.80 | $222,700.50 |
| 026 | Retention Applications | 29.30 | $21,990.50 |
| 027 | Fee Application: Baker | 62.90 | $29,546.00 |
| 028 | Fee Application: Other Professionals | 31.60 | $22,724.00 |
| 030 | Tax Issues | 12.80 | $9,814.00 |
| 031 | U.S. Trustee/Fee Examiner Issues | 0.80 | $224.00 |
| 032 | Unsecured Creditor Issues/Communications/Meetings | 0.40 | $404.00 |
| 039 | Other Contested Matters | 36.10 | $25,315.50 |
| 040 | Operations | 72.70 | $45,949.50 |
| 042 | Subrogation | 44.00 | $38,401.50 |
| 043 | Securities | 160.20 | $132,043.50 |
| 045 | Asset Analysis and Recovery | 1,321.10 | $625,285.00 |
| 046 | Tort Claims Estimation | 112.40 | $73,249.00 |
| 047 | Class Claims Issues | 53.80 | $39,656.50 |
| 049 | Mediation | 117.00 | $107,317.00 |
| 050 | Government Claims | 229.80 | $171,279.00 |
| 051 | CPUC BK OII 19-09-016 | 401.20 | $353,513.50 |
| 052 | Tort Claims | 284.10 | $226,689.50 |

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| **TOTAL** | | **5,017.00** | **$3,475,568.50** |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES