## EXHIBIT C

## EXPENSE SUMMARY
## FOR THE PERIOD MARCH 1, 2020 THROUGH MARCH 31, 2020

| EXPENSES | AMOUNT |
|---|---:|
| Airfare | $14,870.11 |
| Automated Research | $4,736.08 |
| Business Meals | $2,350.86 |
| Copier/Duplication | $73.80 |
| Court Costs | $452.35 |
| Delivery Services | $21.62 |
| Depositions | $1,485.75 |
| Ground Transportation (Local) | $246.00 |
| Ground Transportation (Out of Town) | $2,654.24 |
| Lodging | $25,680.18 |
| Meals While Traveling | $1,209.97 |
| Mileage Reimbursement | $60.96 |
| On-line Research | $1,202.84 |
| Other Professional Services (includes Experts) | $492,143.72 |
| Outside Duplicating & Binding | $242.44 |
| Postage | $45.45 |
| Transcripts | $531.60 |
| Videographic Services | $2,748.61 |
| **TOTAL** | **$550,756.48** |