# EXHIBIT E

## Detailed Expense Entries

**Expenses and Other Charges Summary**

| | |
|---|---|
| Airfare/Trainfare (E110) | 14,870.11 |
| Automated Research (E106) | 4,736.08 |
| Business Meals, etc. (E111) | 2,350.86 |
| Copier / Duplication (E101) | 73.80 |
| Court Costs (E112) | 452.35 |
| Delivery Services (E107) | 21.62 |
| Depositions (E115) | 1,485.75 |
| Ground Transportation Local (E109) | 246.00 |
| Ground Transportation Out of Town (E110) | 2,654.24 |
| Lodging (E110) | 25,680.18 |
| Meals while Traveling (E110) | 1,209.97 |
| Mileage Reimbursement (E110) | 60.96 |
| Online Research (E106) | 1,202.84 |
| Other Professional Services (E123) | 492,143.72 |
| Outside Duplicating & Binding (E102) | 242.44 |
| Postage (E108) | 45.45 |
| Transcripts (E116) | 531.60 |
| Videographic Services (E123) | 2,748.51 |
| **Total Expenses** | **$ 550,756.48** |

**Expenses and Other Charges**

| | | |
|---|---|---|
| 02/07/20 | Airfare/Trainfare (E110) Airfare; Danyll W Foix; 2/11-14/20 - San Francisco, CA (28537136) | 608.30 |
| 02/15/20 | Airfare/Trainfare (E110) Airfare; Elizabeth A Green; Travel to and From San Francisco, CA; March 8, 2020 to March 12, 2020 - Airfare from SF to DC; (First Class Reduced 50%) (28550321) | 678.20 |
| 02/17/20 | Airfare/Trainfare (E110) Airfare; Eric E Sagerman; Flight from Burbank to Oakland -- Travel from Burbank to San Francisco Office -- (only charged 1/2) (duration of trip 02/17/20 to 02/19/20); (28543425) | 285.98 |
| 02/17/20 | Airfare/Trainfare (E110) Airfare; Kody Kleber; 02/17/20 - 02/19/20 Travel from Houston, Texas to San Francisco, CA; Mr. Kleber is not charging for the upgrade.; (28543432) | 996.80 |
| 02/21/20 | Airfare/Trainfare (E110) Airfare; Jorian L Rose; American Airlines FT | 1,720.90 |

**Baker&Hostetler LLP**

Atlanta Chicago Cincinnati Cleveland Columbus Costa Mesa Dallas Denver Houston Los Angeles New York Orlando Philadelphia San Francisco Seattle Washington, DC

Official Committee of Tort Claimants of PG&E Corp. and Pacific
Gas and Electric Company

Invoice Date: 04/21/20
Invoice Number: 50754756
Matter Number: 114959.000001
Page 339

|  |  |  |
|---|---|---|
|  | WORTH TX; Flight expense to/from San Francisco, CA (Dates of travel are March 8-12, 2020); (First Class Reduced 50%) (28550323) |  |
| 02/25/20 | Airfare/Trainfare (E110) Airfare; Danyll W Foix; 3/3-7/20 - San Francisco, CA (28545270) | 876.40 |
| 02/26/20 | Airfare/Trainfare (E110) Airfare; Gregory J Commins; (3/1-5/20 San Francisco) (28530377) | 1,039.80 |
| 02/29/20 | Airfare/Trainfare (E110) Airfare; Lauren T Attard; Roundtrip travel to/from Los Angeles and San Francisco on March 2 to 4, 2020 Airplane flight from Los Angeles airport to Oakland airport on March 2, 2020.; (28524054) | 269.98 |
| 03/01/20 | Airfare/Trainfare (E110) Airfare; David J Richardson; Travel from Los Angeles to San Francisco from March 2 to 5, 2020. Jet Blue roundtrip air fare from Los Angeles to San Francisco on March 2 to March 5, 2020.; (28530311) | 588.00 |
| 03/02/20 | Airfare/Trainfare (E110) Airfare; Gregory J Commins; (3/8-12/20 - San Francisco) (28530404) | 1,895.80 |
| 03/02/20 | Airfare/Trainfare (E110) Airfare; Danielle L Merola; Travel to and From San Francisco, CA; March 1, 2020 to March 4, 2020 - Airfare from San Francisco, CA; (28521797) | 842.40 |
| 03/04/20 | Airfare/Trainfare (E110) Airfare; Lauren T Attard; Roundtrip travel to/from Los Angeles and San Francisco on March 2 to 4, 2020. Airplane flight from Oakland airport to Burbank airport on March 4, 2020.; (28524060) | 239.00 |
| 03/06/20 | Airfare/Trainfare (E110) Airfare; Lauren T Attard; Roundtrip travel to/from Los Angeles and San Francisco on March 9 to 12, 2020, JetBlue airplane flight from Burbank airport to Oakland Airport on March 9, 2020.; (28530230) | 349.00 |
| 03/06/20 | Airfare/Trainfare (E110) Airfare; Eric R Goodman; travel to San Francisco, CA (3/8/20 to 3/11/20); (28529603) | 984.65 |
| 03/07/20 | Airfare; Jorian L Rose; AMERICAN AIRLINES 800-433-7300 AZ; Flight expense to/from San Francisco, CA (Dates of travel are March 8-12, 2020).; (28531790) | 775.00 |
| 03/07/20 | Airfare; Elizabeth A Green; Travel to and From San Francisco, CA; March 8, 2020 to March 12, 2020 - Airfare from Nashville to SF; (First Class Reduced 50%) (28550327) | 686.70 |
| 03/07/20 | Airfare/Trainfare (E110) Airfare; David J Richardson; Travel from Los Angeles to San Francisco from March 9 to 11, 2020. Jet Blue roundtrip air fare from Los Angeles to San Francisco on March 9 to 11, 2020.; (28530282) | 548.00 |
| 03/10/20 | Airfare/Trainfare (E110) Airfare; Lauren T Attard; Roundtrip travel to/from Los Angeles and San Francisco on March 9 to 12, 2020. Airplane flight from Oakland airport to Burbank airport on March 12, 2020.; (28530234) | 349.00 |

# Baker&Hostetler LLP

Official Committee of Tort Claimants of PG&E Corp. and Pacific
Gas and Electric Company

Invoice Date: 04/21/20
Invoice Number: 50754756
Matter Number: 114959.000001
Page 340

| | | |
|---|---|---:|
| 03/10/20 | Airfare/Trainfare (E110) Jerry Bloom Roundtrip Travel to/from LA and SF on 2.24.20 to 2.29.20. Airplane travel from San Francisco to Miami on February 29, 2020.; Inv. JERRY-03102020 (28525456) | 374.00 |
| 03/10/20 | Airfare/Trainfare (E110) Jerry Bloom Roundtrip Travel to/from LA and SF on 2.24.20 to 2.29.20. Airplane flight from Los Angeles to San Francisco on February 24, 2020.; Inv. JERRY-03102020 (28525453) | 181.40 |
| 03/12/20 | Airfare/Trainfare (E110) Jerry Bloom Roundtrip travel to/from Los Angeles and San Francisco on March 1 to 5, 2020. Airplane flight from San Francisco to Los Angeles on March 5, 2020.; Inv. JERRY-0312 (28529194) | 181.40 |
| 03/12/20 | Airfare/Trainfare (E110) Jerry Bloom Roundtrip travel to/from Los Angeles and San Francisco on March 1 to 5, 2020. Airplane flight from Miami to San Francisco on March 1, 2020.; Inv. JERRY-0312 (28529200) | 399.40 |
| | **Subtotal - Airfare/Trainfare (E110)** | **14,870.11** |
| | | |
| 03/31/20 | Lexis Research - 03/01/2020 - 03/31/2020 (28552114) | 676.40 |
| 03/31/20 | Westlaw Research - 03/01/2020 - 03/31/2020 (28552174) | 4,059.68 |
| | **Subtotal - Automated Research (E106)** | **4,736.08** |
| | | |
| 12/05/19 | Business Meals, etc. (E111) Dinner; Emily Thomas; Dec 05, 2019; (28550023) | 75.00 |
| 02/11/20 | Dinner; Danyll W Foix; 2/11-14/20 - San Francisco, CA - Feb 11, 2020; (28537139) | 47.64 |
| 02/12/20 | Business Meals, etc. (E111) Dinner; Danyll W Foix; 2/11-14/20 - San Francisco, CA - (airport to home); Feb 12, 2020; (28537137) | 40.00 |
| 02/13/20 | Dinner; Danyll W Foix; 2/11-14/20 - San Francisco, CA -Feb 13, 2020; (28537144) | 29.96 |
| 02/15/20 | Business Meals, etc. (E111) Dinner; Danyll W Foix; 2/11-14/20 - San Francisco, CA - Feb 15, 2020; (28537140) | 14.53 |
| 03/01/20 | Business Meals, etc. (E111) Dinner; Gregory J Commins; (3/1-5/20 San Francisco) dine in airport for flight to San Francisco, CA - Mar 01, 2020; (28530378) | 29.65 |
| 03/02/20 | Dinner; Lauren Attard; Travel to and From San Francisco, CA to Attend Meetings and Mediation March 1, 2020 to March 4, 2020 - Dinner; Mar 02, 2020; (28550467) | 75.00 |
| 03/02/20 | Business Meals, etc. (E111) Breakfast; Elizabeth A Green; Travel to and From San Francisco, CA; March 1, 2020 to March 4, 2020; Mar 02, 2020; (28550333) | 35.00 |

# Baker & Hostetler LLP

Case: 19-30088   Doc# 7606-3   Filed: 04/30/20   Entered: 04/30/20 05:48:54   Page 4
of 21

Official Committee of Tort Claimants of PG&E Corp. and Pacific
Gas and Electric Company

Invoice Date: 04/21/20
Invoice Number: 50754756
Matter Number: 114959.000001
Page 341

| 03/02/20 | Dinner; Elizabeth A Green; Travel to and From San Francisco, CA to Attend Meetings and Mediation March 1, 2020 to March 4, 2020 - Dinner; Mar 02, 2020; (28550468) | 75.00 |
| 03/02/20 | Dinner; Danielle Merola; Travel to and From San Francisco, CA to Attend Meetings and Mediation March 1, 2020 to March 4, 2020 - Dinner; Mar 02, 2020; (28550466) | 75.00 |
| 03/02/20 | Dinner; Eric Goodman; Travel to and From San Francisco, CA to Attend Meetings and Mediation March 1, 2020 to March 4, 2020 - Dinner; Mar 02, 2020; (28552231) | 75.00 |
| 03/02/20 | Dinner; Gregory J Commins; (3/1-5/20 San Francisco) dinner in San Francisco, CA - Mar 02, 2020; (28530371) | 45.25 |
| 03/03/20 | Business Meals, etc. (E111) Dinner; Danielle Merola; Travel to and From San Francisco, CA; March 1, 2020 to March 4, 2020 - Dinner; Mar 03, 2020; (28550472) | 75.00 |
| 03/03/20 | Dinner; Gregory J Commins; (3/1-5/20 San Francisco) dinner in San Francisco, CA -Mar 03, 2020; (28530375) | 41.94 |
| 03/03/20 | Business Meals, etc. (E111) Breakfast; Danielle L Merola; Travel to and From San Francisco, CA -March 1, 2020 to March 4, 2020 - Breakfast; Mar 03, 2020; (28521796) | 25.00 |
| 03/03/20 | Business Meals, etc. (E111) Dinner; Danyll W Foix; 3/3-7/20 - San Francisco, CA - Mar 03, 2020; (28545274) | 9.82 |
| 03/03/20 | Business Meals, etc. (E111) Dinner; Elizabeth A Green; Travel to and From San Francisco, CA; March 1, 2020 to March 4, 2020 - Dinner; Mar 03, 2020; (28551091) | 75.00 |
| 03/04/20 | Business Meals, etc. (E111) Dinner; Gregory J Commins; (3/1-5/20 San Francisco) dinner at airport for return flight from San Francisco, CA - Mar 04, 2020; (28530372) | 53.53 |
| 03/04/20 | Dinner; Danyll W Foix; 3/3-7/20 - San Francisco, CA -Mar 04, 2020; (28545272) | 40.00 |
| 03/04/20 | Breakfast; Danyll W Foix; 3/3-7/20 - San Francisco, CA - Mar 04, 2020; (28545277) | 3.12 |
| 03/04/20 | Breakfast; Danielle L Merola; Travel to and From San Francisco, CA; March 1, 2020 to March 4, 2020 - Breakfast; Mar 04, 2020; (28521798) | 25.00 |
| 03/05/20 | Breakfast; Danyll W Foix; 3/3-7/20 - San Francisco, CA - Mar 05, 2020; (28545276) | 6.42 |
| 03/05/20 | Dinner; Danyll W Foix; 3/3-7/20 - San Francisco, CA - Mar 05, 2020; (28545278) | 40.00 |
| 03/06/20 | Breakfast; Danyll W Foix; 3/3-7/20 - San Francisco, CA - Mar 06, 2020; (28545281) | 3.33 |
| 03/07/20 | Dinner; Danyll W Foix; 3/3-7/20 - San Francisco, CA - Mar 07, 2020; (28545271) | 12.85 |

# Baker&Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Dallas   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   San Francisco   Seattle   Washington, DC

Case: 19-30088   Doc# 7600-3   Filed: 04/30/20   Entered: 04/30/20 03:48:54   Page 5
of 21

Official Committee of Tort Claimants of PG&E Corp. and Pacific
Gas and Electric Company

Invoice Date: 04/21/20
Invoice Number: 50754756
Matter Number: 114959.000001
Page 342

| 03/08/20 | Business Meals, etc. (E111) Meals Other; Gregory J Commins; (3/8-12/20 - San Francisco) - Mar 08, 2020; (28530399) | 37.64 |
|---|---|---|
| 03/08/20 | Dinner; Gregory J Commins; (3/8-12/20 - San Francisco) - Mar 08, 2020; (28530400) | 39.06 |
| 03/09/20 | Breakfast; Jorian L Rose; PEETS 18602 SAN FRANCISCO CA; Breakfast meal expense during trip to San Francisco, CA (Dates of travel are March 8-12, 2020).; Mar 09, 2020; (28532085) | 14.21 |
| 03/09/20 | Dinner; Gregory J Commins; (3/8-12/20 - San Francisco); Mar 09, 2020; (28530408) | 53.53 |
| 03/09/20 | Business Meals, etc. (E111) Breakfast; Elizabeth A Green; Travel to and From San Francisco, CA; March 8, 2020 to March 12, 2020 - Breakfast; Mar 09, 2020; (28526014) | 21.13 |
| 03/09/20 | Dinner; Elizabeth A Green; Jorian Rose, Eric Goodman, Lincoln Advisors (4 x 75); Travel to and From San Francisco, CA to Attend Mediation and Meetings March 8, 2020 to March 12, 2020 - Dinner; Mar 09, 2020; (28550804) | 300.00 |
| 03/10/20 | Breakfast; Jorian L Rose; STARBUCKS STORE 0974 SAN FRANCISCO CA; Breakfast meal expense (Dates of travel are March 8-12, 2020).; Mar 10, 2020; (28532082) | 14.50 |
| 03/10/20 | Dinner; Gregory J Commins; (3/8-12/20 - San Francisco); Mar 10, 2020; (28530403) | 45.14 |
| 03/10/20 | Dinner; Lauren Attard; Travel to and From San Francisco, CA; March 8, 2020 to March 12, 2020 - Dinner; Mar 10, 2020; (28550479) | 75.00 |
| 03/10/20 | Dinner; Elizabeth A Green; Travel to and From San Francisco, CA; March 8, 2020 to March 12, 2020 - Dinner; Mar 10, 2020; (28550478) | 75.00 |
| 03/10/20 | Dinner; Eric Goodman; Travel to and From San Francisco, CA; March 8, 2020 to March 12, 2020 - Dinner; Mar 10, 2020; (28550476) | 75.00 |
| 03/10/20 | Dinner; Jorian Rose; Travel to and From San Francisco, CA; March 8, 2020 to March 12, 2020 - Dinner; Mar 10, 2020; (28550806) | 75.00 |
| 03/11/20 | Business Meals, etc. (E111) Dinner; Jorian Rose; Lauren Attard, Elizabeth Green, Kimberly Morris, David Richardson (5 x 75); KOKKARI 00C1 SAN FRANCISCO CA; Dinner meal expense during trip to San Francisco, CA (Dates of travel are March 8-12, 2020).; Mar 11, 2020; (28550808) | 375.00 |
| 03/11/20 | Breakfast; Jorian L Rose; PEETS 18602 SAN FRANCISCO CA; Breakfast meal expense (Dates of travel are March 8-12, 2020).; Mar 11, 2020; (28532080) | 14.19 |
| 03/11/20 | Dinner; Gregory J Commins; (3/8-12/20 - San Francisco) Mar 11, 2020; (28530401) | 48.18 |
| 03/12/20 | Breakfast; Jorian L Rose; NAPA FARMS MARKET T2 SAN FRANCISCO CA; Breakfast meal expense during trip to San Francisco, CA (Dates of travel are March 8-12, 2020).; Mar 12, 2020; | 25.24 |

# Baker&Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Dallas   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   San Francisco   Seattle   Washington, DC

Case: 19-30088   Doc# 7600-3   Filed: 04/30/20   Entered: 04/30/20 03:49:54   Page 6
of 21

Official Committee of Tort Claimants of PG&E Corp. and Pacific
Gas and Electric Company

Invoice Date: 04/21/20
Invoice Number: 50754756
Matter Number: 114959.000001
Page 343

| | | |
|---|---|---:|
| | (28532084) | |
| 03/12/20 | Business Meals, etc. (E111) Breakfast; Gregory J Commins; (3/8-12/20 - San Francisco); Mar 12, 2020; (28550027) | 35.00 |
| | **Subtotal - Business Meals, etc. (E111)** | **2,350.86** |
| | | |
| 03/02/20 | 374 Copies (28526753) | 37.40 |
| 03/04/20 | 60 Copies (28518901) | 6.00 |
| 03/13/20 | 299 Copies (28529914) | 29.90 |
| 03/24/20 | 4 Copies (28533075) | 0.40 |
| 03/31/20 | 1 Copy (28537175) | 0.10 |
| | **Subtotal - Copier / Duplication (E101)** | **73.80** |
| | | |
| 03/24/20 | Court Costs (E112) COURTCALL, LLC Court Call US Banktbg Court David Richardson; Inv. 03242020A (28542392) | 42.50 |
| 03/24/20 | Court Costs (E112) Elyssa S Kates; Court Call Hearing, 3/10/20; Court Call Hearing, 3/10/20; Mar 24, 2020; (28549840) | 222.50 |
| 03/24/20 | Court Costs (E112) Elyssa S Kates; Court Call Hearing, 3/11/20; Court Call Hearing, 3/11/20; Mar 24, 2020; (28549838) | 59.85 |
| 03/24/20 | Court Costs (E112) COURTCALL, LLC CourtCall- US Bankruptcy Court SF Dustin Dow; Inv. 10441410 (28543903) | 35.00 |
| 03/26/20 | Court Costs (E112) Court costs; Jorian L Rose; Attend hearing on Debtors' financing motions on March 16, 2020.; Mar 26, 2020; (28535626) | 50.00 |
| 03/26/20 | Court Costs (E112) COURTCALL, LLC Courtcall- US Bankruptcy Court SF David Richardson; Inv. 03262020 (28542398) | 42.50 |
| | **Subtotal - Court Costs (E112)** | **452.35** |
| | | |
| 03/16/20 | UPS Cecily Dumas Baker Hostetler 620 Belvedere St. S an Francisco CA 1Z61A6W10194456227 Attn: Cecily Dumas (28533868) | 21.62 |
| | **Subtotal - Delivery Services (E107)** | **21.62** |
| | | |
| 02/29/20 | Depositions (E115) VERITEXT LEGAL SOLUTIONS Video Services/Parking; Inv. SF4220676 (28547577) | 1,485.75 |
| | **Subtotal - Depositions (E115)** | **1,485.75** |

## Baker&Hostetler LLP

Case: 19-30088   Doc# 7600-3   Filed: 04/30/20   Entered: 04/30/20 05:49:54   Page 7 of 21

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Dallas   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   San Francisco   Seattle   Washington, DC

Official Committee of Tort Claimants of PG&E Corp. and Pacific
Gas and Electric Company

Invoice Date: 04/21/20
Invoice Number: 50754756
Matter Number: 114959.000001
Page 344

| Date | Description | Amount |
|------|-------------|--------|
| 03/02/20 | Parking - Local; Cecily Dumas; Parking re attend PUC Hearing; Mar 02, 2020; (28524250) | 26.00 |
| 03/03/20 | Parking - Local; Cecily Dumas; Parking re attend PUC Hearing; Mar 03, 2020; (28524249) | 26.00 |
| 03/04/20 | Parking - Local; Cecily Dumas; Parking re attend PUC Hearing; Mar 04, 2020; (28524243) | 26.00 |
| 03/05/20 | Ground Transportation Local (E109) Parking - Local; David J Richardson; Travel from Los Angeles to San Francisco from March 2 to 5, 2020 for meetings. Short term parking at Burbank Airport for three days from March 2 to 5, 2020.; Mar 05, 2020; (28530315) | 100.80 |
| 03/11/20 | Ground Transportation Local (E109) Parking - Local; David J Richardson; Travel from Los Angeles to San Francisco from March 9 to 11, 2020 for meetings. Short-term parking at Burbank Airport for two days on March 9 to 11, 2020.; Mar 11, 2020; (28530276) | 67.20 |

**Subtotal - Ground Transportation Local (E109)**     **246.00**

| Date | Description | Amount |
|------|-------------|--------|
| 12/05/19 | Taxi/Car Service; Emily Thomas; transportation expense (ride to office upon arriving in SF) connected to Dave Gabbard deposition during Dec. 5 - 6, 2019 time frame in San Francisco, CA for the PG&E matter. Dec 05, 2019; (28546329) | 76.20 |
| 12/05/19 | Ground Transportation Out of Town (E110) Taxi/Car Service; Emily Thomas; transportation expense (ride trip to airport en route to Calif.) connected to Dave Gabbard deposition during Dec. 5 - 6, 2019 time frame in San Francisco, CA for the PG&E matter. Dec 05, 2019; (28546327) | 40.48 |
| 12/07/19 | Ground Transportation Out of Town (E110) Taxi/Car Service; Emily Thomas; transportation expense (car service returning from trip) -- connected to Dave Gabbard deposition during Dec. 5 - 6, 2019 time frame in San Francisco, CA for the PG&E matter. Dec 07, 2019; (28546335) | 47.25 |
| 02/11/20 | Ground Transportation Out of Town (E110) Taxi/Car Service; Danyll W Foix; 2/11-14/20 - San Francisco, CA -(airport to office); Feb 11, 2020; (28537141) | 37.76 |
| 02/14/20 | Taxi/Car Service; Danyll W Foix; 2/11-14/20 - San Francisco, CA - (office to airport); Feb 14, 2020; (28537138) | 39.08 |
| 02/14/20 | Taxi/Car Service; Danyll W Foix; 2/11-14/20 - San Francisco, CA - (airport to home); Feb 14, 2020; (28537143) | 16.00 |
| 02/19/20 | Ground Transportation Out of Town (E110) Parking; Eric E Sagerman; Parking at Burbank Airport -- Travel from Burbank to San Francisco Office -- (only charged 1/2) (duration of trip 02/17/20 to | 24.00 |

**Baker & Hostetler LLP**

Case: 19-30088 Doc# 7606-3 Filed: 04/30/20 Entered: 04/30/20 05:48:54 Page 8 of 21

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Dallas   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   San Francisco   Seattle   Washington, DC

| | | |
|---|---|---|
| | 02/19/20); Feb 19, 2020; (28543423) | |
| 02/19/20 | Ground Transportation Out of Town (E110) Taxi/Car Service; Kody Kleber; 02/17/20 - 02/19/20 Travel from Houston, Texas to San Francisco, CA (home to airport); Feb 19, 2020; (28543430) | 47.28 |
| 02/19/20 | Ground Transportation Out of Town (E110) Taxi/Car Service; Kody Kleber; 02/17/20 - 02/19/20 Travel from Houston, Texas to San Francisco, CA (office to hotel); Feb 19, 2020; (28543428) | 35.89 |
| 02/19/20 | Ground Transportation Out of Town (E110) Taxi/Car Service; Kody Kleber; 02/17/20 - 02/19/20 Travel from Houston, Texas to San Francisco, CA; Feb 19, 2020; (28543433) | 12.29 |
| 03/01/20 | Ground Transportation Out of Town (E110) Jerry Bloom Roundtrip travel to/from Los Angeles on February 24 to 28, 2020. Uber ride from Miami airport to home on March 1, 2020.; Inv. 02282020 (28526362) | 15.00 |
| 03/01/20 | Taxi/Car Service; Elizabeth A Green; Travel to and From San Francisco, CA; March 1, 2020 to March 4, 2020 - Uber from Airport to Hotel; Mar 01, 2020; (28522399) | 77.46 |
| 03/01/20 | Ground Transportation Out of Town (E110) Taxi/Car Service; Elizabeth A Green; Travel to and From San Francisco, CA; March 1, 2020 to March 4, 2020 - Driver to Orlando International Airport; Mar 01, 2020; (28522401) | 108.00 |
| 03/01/20 | Ground Transportation Out of Town (E110) Taxi/Car Service; Gregory J Commins; (3/1-5/20 San Francisco) taxi from home to airport for flight to San Franciso CA - Mar 01, 2020; (28530376) | 38.01 |
| 03/01/20 | Ground Transportation Out of Town (E110) Taxi/Car Service; Gregory J Commins; (3/1-5/20 San Francisco) Taxi from airport to hotel; Mar 01, 2020; (28530381) | 40.02 |
| 03/01/20 | Ground Transportation Out of Town (E110) Jerry Bloom Roundtrip travel to/from Los Angeles on February 24 to 28, 2020. Lyft ride from hotel to San Francisco airport on March 1, 2020.; Inv. 022920 (28526297) | 29.60 |
| 03/01/20 | Ground Transportation Out of Town (E110) Taxi/Car Service; Eric R Goodman; travel to San Francisco, CA (3/1/20 to 3/3/20) (airport to hotel); Mar 01, 2020; (28521805) | 40.49 |
| 03/02/20 | Ground Transportation Out of Town (E110) Taxi/Car Service; David J Richardson; Travel from Los Angeles to San Francisco from March 2 to 5, 2020. Car service from Oakland Airport to San Francisco office on March 2, 2020.; Mar 02, 2020; (28530314) | 44.99 |
| 03/02/20 | Ground Transportation Out of Town (E110) Taxi/Car Service; Lauren T Attard; Merchant Lyft; Roundtrip travel to/from Los Angeles and San Francisco on March 2 to 4, 2020. Lyft ride from home to Los Angeles airport.; Mar 02, 2020; (28524062) | 38.52 |
| 03/02/20 | Ground Transportation Out of Town (E110) Taxi/Car Service; Lauren T Attard; Merchant Lyft; Roundtrip travel to/from Los Angeles and San | 40.93 |

**Baker&Hostetler LLP**

Case: 19-30088  Doc# 7606-3  Filed: 04/30/20  Entered: 04/30/20 03:49:54  Page 9 of 21

Atlanta Chicago Cincinnati Cleveland Columbus Costa Mesa Dallas Denver
Houston Los Angeles New York Orlando Philadelphia San Francisco Seattle Washington, DC

Official Committee of Tort Claimants of PG&E Corp. and Pacific
Gas and Electric Company

Invoice Date:      04/21/20
Invoice Number:     50754756
Matter Number:  114959.000001
Page 346

| | | |
|---|---|---|
| | Francisco on March 2 to 4, 2020. Lyft ride from Oakland airport to Baker Hostetler San Francisco office.; Mar 02, 2020; (28524063) | |
| 03/03/20 | Taxi/Car Service; Gregory J Commins; (3/1-5/20 San Francisco) taxi from Baker Office to hotel in San Francisco, CA - Mar 03, 2020; (28530369) | 15.89 |
| 03/03/20 | Taxi/Car Service; Gregory J Commins; (3/1-5/20 San Francisco) taxi from hotel to Baker Office in San Francisco, CA - Mar 03, 2020; (28530374) | 16.58 |
| 03/03/20 | Taxi/Car Service; Danyll W Foix; 3/3-7/20 - San Francisco, CA - (airport to hotel); Mar 03, 2020; (28545282) | 34.03 |
| 03/03/20 | Taxi/Car Service; Danyll W Foix; 3/3-7/20 San Francisco, CA (office to aiirport); Mar 03, 2020; (28545283) | 22.17 |
| 03/03/20 | Taxi/Car Service; Eric R Goodman; travel to San Francisco, CA - (3/1/20 to 3/3/20) (hotel to airport); Mar 03, 2020; (28521806) | 42.55 |
| 03/03/20 | Parking; Eric R Goodman; travel to San Francisco, CA - (3/1/20 to 3/3/20) (airport parking); Mar 03, 2020; (28521811) | 60.00 |
| 03/04/20 | Ground Transportation Out of Town (E110) Taxi/Car Service; Gregory J Commins; (3/1-5/20 San Francisco) taxi from hotel to airport for return flight from San Francisco, CA - Mar 04, 2020; (28530373) | 41.06 |
| 03/04/20 | Ground Transportation Out of Town (E110) Taxi/Car Service; Danielle L Merola; Travel to and From San Francisco, CA -March 1, 2020 to March 4, 2020 - Uber from Hotel to Airport; Mar 04, 2020; (28521795) | 37.56 |
| 03/04/20 | Ground Transportation Out of Town (E110) Taxi/Car Service; Elizabeth A Green; Travel to and From San Francisco, CA - March 1, 2020 to March 4, 2020 - Uber from Hotel to Airport; Mar 04, 2020; (28522398) | 100.50 |
| 03/04/20 | Taxi/Car Service; Lauren T Attard; Merchant Lyft; Roundtrip travel to/from Los Angeles and San Francisco on March 2 to 4, 2020. Lyft ride from Burbank airport to home.; Mar 04, 2020; (28524055) | 38.21 |
| 03/04/20 | Ground Transportation Out of Town (E110) Taxi/Car Service; Lauren T Attard; Merchant Lyft; Roundtrip travel to/from Los Angeles and San Francisco on March 2 to 4, 2020. Lyft ride from Baker Hostetler San Francisco office to Oakland airport.; Mar 04, 2020; (28524059) | 54.62 |
| 03/05/20 | Ground Transportation Out of Town (E110) Taxi/Car Service; Gregory J Commins; (3/1-5/20 San Francisco) taxi from airport to home - Mar 05, 2020; (28530368) | 35.25 |
| 03/05/20 | Ground Transportation Out of Town (E110) Taxi/Car Service; David J Richardson; Travel from Los Angeles to San Francisco from March 2 to 5, 2020. Car service from San Francisco office to Oakland Airport on March 5, 2020; Mar 05, 2020; (28530319) | 60.41 |
| 03/06/20 | Ground Transportation Out of Town (E110) Taxi/Car Service; Danyll W Foix; 3/3-7/20 - San Francisco, CA (office to SF airport); Mar 06, 2020; (28545280) | 37.42 |

# Baker & Hostetler LLP

Official Committee of Tort Claimants of PG&E Corp. and Pacific
Gas and Electric Company

Invoice Date: 04/21/20
Invoice Number: 50754756
Matter Number: 114959.000001
Page 347

| 03/07/20 | Taxi/Car Service; Danyll W Foix; 3/3-7/20 - San Francisco, CA; (airport to home); Mar 07, 2020; (28545273) | 15.00 |
| 03/08/20 | Taxi/Car Service; Gregory J Commins; (3/8-12/20 - San Francisco) (taxi from airport to hotel in San Francisco CA); Mar 08, 2020; (28530407) | 39.16 |
| 03/08/20 | Ground Transportation Out of Town (E110) Taxi/Car Service; Gregory J Commins; (3/8-12/20 - San Francisco) (taxi from home to airport for flight to San Francisco CA); Mar 08, 2020; (28530402) | 38.48 |
| 03/08/20 | Ground Transportation Out of Town (E110) Taxi/Car Service; Jorian L Rose; Taxi expense from San Francisco airport to hotel (Dates of travel are March 8-12, 2020).; Mar 08, 2020; (28531792) | 37.59 |
| 03/08/20 | Ground Transportation Out of Town (E110) Taxi/Car Service; Eric R Goodman; travel to San Francisco, CA (3/8/20 to 3/11/20) (airport to hotel); Mar 08, 2020; (28529600) | 46.96 |
| 03/08/20 | Ground Transportation Out of Town (E110) Taxi/Car Service; Elizabeth A Green; Travel to and From San Francisco, CA -March 8, 2020 to March 12, 2020 - Uber from Hotel to Nashville Airport; Mar 08, 2020; (28526011) | 54.00 |
| 03/09/20 | Taxi/Car Service; Lauren T Attard; Roundtrip travel to/from Los Angeles and San Francisco on March 9 to 12, 2020. Lyft ride from home to Burbank airport.; Mar 09, 2020; (28530227) | 54.69 |
| 03/09/20 | Ground Transportation Out of Town (E110) Taxi/Car Service; Lauren T Attard; Merchant Lyft; Roundtrip travel to/from Los Angeles and San Francisco on March 9 to 12, 2020. Lyft ride from Oakland airport to Baker Hostetler San Francisco office.; Mar 09, 2020; (28530225) | 62.40 |
| 03/09/20 | Taxi/Car Service; Elizabeth A Green; Travel to and From San Francisco, CA - March 8, 2020 to March 12, 2020 - Driver from San Francisco Airport to Hotel; Mar 09, 2020; (28526017) | 56.00 |
| 03/10/20 | Ground Transportation Out of Town (E110) Taxi/Car Service; Lauren T Attard; Merchant Lyft; Roundtrip travel to/from Los Angeles and San Francisco on March 9 to 12, 2020. Lyft ride from Baker Hostetler San Francisco office to hearing.; Mar 10, 2020; (28530237) | 14.28 |
| 03/10/20 | Ground Transportation Out of Town (E110) Jerry Bloom Roundtrip Travel to/from LA and SF on 2.24.20 to 2.29.20. Taxi from hotel to CPUC hearing on February 28, 2020.; Inv. JERRY-03102020 (28525452) | 10.45 |
| 03/10/20 | Ground Transportation Out of Town (E110) Jerry Bloom Roundtrip Travel to/from LA and SF on 2.24.20 to 2.29.20. Uber ride from Miami Airport to home on February 29, 2020.; Inv. JERRY-03102020 (28525437) | 18.57 |
| 03/10/20 | Ground Transportation Out of Town (E110) Jerry Bloom Roundtrip Travel to/from LA and SF on 2.24.20 to 2.29.20. Uber ride from hotel to CPUC hearing on February 25, 2020.; Inv. JERRY-03102020 | 10.12 |

# Baker&Hostetler LLP

(28525435)

| | | |
|---|---|---|
| 03/10/20 | Ground Transportation Out of Town (E110) Jerry Bloom Roundtrip Travel to/from LA and SF on 2.24.20 to 2.29.20. Uber ride from CPUC hearing to hotel on February 26, 2020.; Inv. JERRY-03102020 (28525450) | 10.68 |
| 03/10/20 | Ground Transportation Out of Town (E110) Jerry Bloom Roundtrip Travel to/from LA and SF on 2.24.20 to 2.29.20. Uber ride from San Francisco airport to hotel on February 24, 2020.; Inv. JERRY-03102020 (28525441) | 30.83 |
| 03/10/20 | Ground Transportation Out of Town (E110) Jerry Bloom Roundtrip Travel to/from LA and SF on 2.24.20 to 2.29.20. Uber ride from hotel to CPUC hearing on February 26, 2020.; Inv. JERRY-03102020 (28525439) | 11.08 |
| 03/10/20 | Ground Transportation Out of Town (E110) Jerry Bloom Roundtrip Travel to/from LA and SF on 2.24.20 to 2.29.20. Uber ride from CPUC hearing to hotel on February 28, 2020.; Inv. JERRY-03102020 (28525442) | 13.36 |
| 03/10/20 | Ground Transportation Out of Town (E110) Jerry Bloom Roundtrip Travel to/from LA and SF on 2.24.20 to 2.29.20. Uber ride from Baker Hostetler San Francisco office to hotel on February 27, 2020.; Inv. JERRY-03102020 (28525433) | 10.24 |
| 03/10/20 | Ground Transportation Out of Town (E110) Ground Transportation Out of Town (E110) Jerry Bloom Roundtrip Travel to/from LA and SF on 2.24.20 to 2.29.20. Uber ride from home to Los Angeles airport on February 24, 2020.; Inv. JERRY-03102020 (28525440) | 33.19 |
| 03/10/20 | Ground Transportation Out of Town (E110) Taxi/Car Service; Eric R Goodman; travel to San Francisco, CA - (3/8/20 to 3/11/20) (hotel to Courthouse); Mar 10, 2020; (28529602) | 20.07 |
| 03/10/20 | Ground Transportation Out of Town (E110) Taxi/Car Service; David J Richardson; Travel from Los Angeles to San Francisco from March 9 to 11, 2020. Car service from San Francisco office to courthouse on March 10, 2020.; Mar 10, 2020; (28530281) | 18.02 |
| 03/11/20 | Taxi/Car Service; Lauren T Attard; Merchant Lyft; Roundtrip travel to/from Los Angeles and San Francisco on March 9 to 12, 2020. Lyft ride from Baker Hostetler San Francisco office to hearing.; Mar 11, 2020; (28530224) | 17.28 |
| 03/11/20 | Taxi/Car Service; Lauren T Attard; Merchant Lyft Roundtrip travel to/from Los Angeles and San Francisco on March 9 to 12, 2020. Lyft ride from hearing to Baker Hostetler San Francisco office.; Mar 11, 2020; (28530233) | 18.04 |
| 03/11/20 | Parking; Eric R Goodman; travel to San Francisco, CA (3/8/20 to 3/11/20) (airport parking); Mar 11, 2020; (28529605) | 80.00 |
| 03/11/20 | Ground Transportation Out of Town (E110) Taxi/Car Service; Eric R | 40.19 |

# Baker & Hostetler LLP

Case: 19-30088   Doc# 7000-3   Filed: 04/30/20   Entered: 04/30/20 05:49:54   Page 12 of 21

| | | |
|---|---|---|
| | Goodman; travel to San Francisco, CA (3/8/20 to 3/11/20) (hotel to airport); Mar 11, 2020; (28529599) | |
| 03/11/20 | Ground Transportation Out of Town (E110) Taxi/Car Service; David J Richardson; Travel from Los Angeles to San Francisco from March 9 to 11, 2020. Car service to Oakland Airport on March 11, 2020.; Mar 11, 2020; (28530285) | 58.51 |
| 03/12/20 | Ground Transportation Out of Town (E110) Taxi/Car Service; Lauren T Attard; Merchant Lyft; Roundtrip travel to/from Los Angeles and San Francisco on March 9 to 12, 2020. Lyft ride from Baker Hostetler San Francisco office to Oakland airport.; Mar 12, 2020; (28530226) | 50.37 |
| 03/12/20 | Taxi/Car Service; Lauren T Attard; Merchant Lyft. Roundtrip travel to/from Los Angeles and San Francisco on March 9 to 12, 2020. Lyft ride from Burbank airport to home.; Mar 12, 2020; (28530232) | 34.69 |
| 03/12/20 | Ground Transportation Out of Town (E110) Taxi/Car Service; Gregory J Commins; (3/8-12/20 - San Francisco) (taxi from hotel to airport for return flight from San Francisco CA); Mar 12, 2020; (28530405) | 37.35 |
| 03/12/20 | Ground Transportation Out of Town (E110) Taxi/Car Service; Gregory J Commins; (3/8-12/20 - San Francisco) airport to home.; Mar 12, 2020; (28530410) | 47.12 |
| 03/12/20 | Ground Transportation Out of Town (E110) Jerry Bloom Roundtrip travel to/from Los Angeles and San Francisco on March 1 to 5, 2020, to attend CPUC hearings. Uber ride from hearing to hotel on March 3, 2020.; Inv. JERRY-0312 (28529202) | 10.65 |
| 03/12/20 | Ground Transportation Out of Town (E110) Jerry Bloom Roundtrip travel to/from Los Angeles and San Francisco on March 1 to 5, 2020. Taxi from hotel to hearing on March 5, 2020.; Inv. JERRY-0312 (28529192) | 6.25 |
| 03/12/20 | Ground Transportation Out of Town (E110) Jerry Bloom Roundtrip travel to/from Los Angeles and San Francisco on March 1 to 5, 2020. Taxi from hotel to hearing on March 4, 2020.; Inv. JERRY-0312 (28529198) | 11.56 |
| 03/12/20 | Ground Transportation Out of Town (E110) Ground Transportation Out of Town (E110) Jerry Bloom Roundtrip travel to/from Los Angeles and San Francisco on March 1 to 5, 2020. Uber ride from San Francisco airport to hotel on March 1, 2020.; Inv. JERRY-0312 (28529195) | 31.55 |
| 03/12/20 | Ground Transportation Out of Town (E110) Jerry Bloom Roundtrip travel to/from Los Angeles and San Francisco on March 1 to 5, 2020. Lyft ride from Los Angeles airport to home on March 5, 2020.; Inv. JERRY-0312 (28529193) | 29.87 |
| 03/12/20 | Ground Transportation Out of Town (E110) Jerry Bloom Roundtrip travel to/from Los Angeles and San Francisco on March 1 to 5, 2020. Uber ride from hotel to San Francisco airport on March 5, 2020.; Inv. JERRY-0312 (28529199) | 38.01 |

# Baker&Hostetler LLP

| 03/12/20 | Ground Transportation Out of Town (E110) Taxi/Car Service; Jorian L Rose; UBER TRIP HELP.UBER.COM CA; Taxi expense from airport to home from trip to San Francisco, CA Dates of travel are March 8-12, 2020.; Mar 12, 2020; (28532032) | 92.13 |
|---|---|---|
| | **Subtotal - Ground Transportation Out of Town (E110)** | **2,654.24** |
| 12/06/19 | Lodging (E110) Lodging; Emily Thomas; expenses connected to Dave Gabbard deposition during Dec. 5 - 6, 2019 time frame in San Francisco, CA for the PG&E matter; Dec 06, 2019 (28546328) | 418.20 |
| 02/06/20 | Lodging (E110) Lodging; Danyll W Foix; 2/11-14/20 - San Francisco, CA -Feb 06, 2020 (28537142) | 1,521.90 |
| 02/17/20 | Lodging (E110) Lodging; Eric E Sagerman; Hotel in San Francisco -- Travel from Burbank to San Francisco Office --(only charged 1/2) (duration of trip 02/17/20 to 02/19/20); Feb 17, 2020 (28543424) | 419.36 |
| 02/19/20 | Lodging (E110) Lodging; Kody Kleber; 02/17 lodging; 02/17/20 - 02/19/20 Travel from Houston, Texas to San Francisco, CA; Feb 19, 2020 (28543431) | 990.63 |
| 02/25/20 | Lodging (E110) Lodging; Danyll W Foix; 3/3-7/20 - San Francisco, CA - Feb 25, 2020 (28545275) | 1,034.04 |
| 03/01/20 | Lodging (E110) Lodging; Elizabeth A Green; Travel to and From San Francisco, CA; March 1, 2020 to March 4, 2020 - Hotel Room; Mar 01, 2020 (28522402) | 1,761.33 |
| 03/01/20 | Lodging; Elizabeth A Green; Travel to and From San Francisco, CA; March 1, 2020 to March 4, 2020 - Danielle Merola's Hotel Room; Mar 01, 2020 (28522403) | 1,145.10 |
| 03/01/20 | Lodging (E110) Lodging; Eric R Goodman; travel to San Francisco, CA (3/1/20 to 3/3/20); Mar 01, 2020 (28521804) | 958.71 |
| 03/02/20 | Lodging (E110) Lodging; David J Richardson; Travel from Los Angeles to San Francisco from March 2 to 5, 2020. Lodgings on March 2, 2020.; Mar 02, 2020 (28530308) | 1,696.50 |
| 03/03/20 | Lodging (E110) Lodging; Lauren T Attard; Le Meridien San Francisco Hotel stay (1 night) on March 2, 2020. Le Meridien San Francisco Hotel stay (2 nights) on March 2 through 4, 2020.; Mar 03, 2020 (28524056) | 971.53 |
| 03/04/20 | Lodging (E110) Lodging; Gregory J Commins; (3/1-5/20 San Francisco) Hotel Stay; Mar 04, 2020 (28530379) | 1,691.43 |
| 03/07/20 | Lodging; Danyll W Foix; 3/3-7/20 - San Francisco, CA - Mar 07, 2020 (28545269) | 132.31 |
| 03/08/20 | Lodging (E110) Lodging; Eric R Goodman; travel to San Francisco, CA (3/8/20 to 3/11/20); Mar 08, 2020 (28529594) | 1,348.96 |
| 03/08/20 | Lodging (E110) Lodging; Elizabeth A Green; Travel to and From San | 1,890.52 |

# Baker&Hostetler LLP

Official Committee of Tort Claimants of PG&E Corp. and Pacific
Gas and Electric Company

Invoice Date:        04/21/20
Invoice Number:      50754756
Matter Number:   114959.000001
Page 351

|  |  |  |
|---|---|---|
|  | Francisco, CA, March 8, 2020 to March 12, 2020 - Hotel Room; Mar 08, 2020 (28526012) |  |
| 03/09/20 | Lodging (E110) Lodging; Jorian L Rose; Hotel expense - 03/08/20 lodging during trip to San Francisco, CA (Dates of travel are March 8-12, 2020).; Mar 09, 2020 (28532033) | 432.66 |
| 03/09/20 | Lodging (E110) Lodging; David J Richardson; Travel from Los Angeles to San Francisco from March 9 to 11, 2020. Lodgings on March 9, 2020.; Mar 09, 2020 (28530277) | 774.26 |
| 03/10/20 | Lodging (E110) Lodging; Lauren T Attard; Le Meridien, San Francisco hotel stay on March 9, 2020 (1 night).; Mar 10, 2020 (28549806) | 600.00 |
| 03/10/20 | Lodging (E110) Lodging; Jerry Bloom Roundtrip Travel to/from LA and SF on 2.24.20 to 2.29.20. Hotel stay at Grand Hyatt, San Francisco (5 nights) on February 24 through 29, 2020. $508.91 each night x 5 = $2,544.55 total for entire stay.; Inv. JERRY-03102020 (28525455) | 2,544.55 |
| 03/12/20 | Lodging (E110) Lodging; Gregory J Commins; (3/8-12/20 - San Francisco) Mar 12, 2020 (28530409) | 1,720.57 |
| 03/12/20 | Lodging (E110) Lodging (E110) Jerry Bloom Roundtrip travel to/from Los Angeles and San Francisco on March 1 to 5, 2020. San Francisco Hotel stay from March 1 through March 5, 2020 (4 nights @ $456.905 each night for a total of $1,827.62).; Inv. JERRY-0312 (28529197) | 1,827.62 |
| 03/12/20 | Lodging (E110) Lodging; Jorian L Rose; Mar 12, 2020 (3 Nights) (28547427) | 1,800.00 |
|  | **Subtotal - Lodging (E110)** | **25,680.18** |
| 12/05/19 | Breakfast; Emily Thomas; breakfast expense at airport in Pittsburgh, PA en route to San Francisco -- connected to Dave Gabbard deposition during Dec. 5 - 6, 2019 time frame in San Francisco, CA for the PG&E matter. Dec 05, 2019; (28546326) | 34.00 |
| 12/06/19 | Meals while Traveling (E110) Breakfast; Emily Thomas; latter hotel/meal expense connected to Dave Gabbard deposition during Dec. 5 - 6, 2019 time frame in San Francisco, CA for the PG&E matter. ( This expense was misplaced and now reconciled).; Dec 06, 2019; (28550031) | 35.00 |
| 02/18/20 | Meals while Traveling (E110) Dinner; Kody Kleber; 02/17/20 - 02/19/20 Travel from Houston, Texas to San Francisco, CA; Feb 18, 2020; (28543429) | 45.98 |
| 02/19/20 | Breakfast; Kody Kleber; 02/17/20 - 02/19/20 Travel from Houston, Texas to San Francisco, CA; Feb 19, 2020; (28549808) | 35.00 |
| 03/01/20 | Meals while Traveling (E110) Meals Other; Gregory J Commins; (3/1-5/20 San Francisco) Hotel Stay; Mar 01, 2020; (28530380) | 25.09 |

**Baker & Hostetler LLP**

Case: 19-30088   Doc# 7000   Filed: 04/30/20   Entered: 04/30/20 05:49:54   Page 15
of 21

Official Committee of Tort Claimants of PG&E Corp. and Pacific
Gas and Electric Company

Invoice Date: 04/21/20
Invoice Number: 50754756
Matter Number: 114959.000001
Page 352

| 03/02/20 | Meals while Traveling (E110) Meals Other; David J Richardson; Travel from Los Angeles to San Francisco from March 2 to 5, 2020. Meal on March 2, 2020.; Mar 02, 2020; (28530313) | 16.77 |
| 03/02/20 | Dinner; David J Richardson; Travel from Los Angeles to San Francisco from March 2 to 5, 2020. Dinner on March 2, 2020.; Mar 02, 2020; (28530317) | 52.50 |
| 03/02/20 | Meals while Traveling (E110) Breakfast; Lauren T Attard; Breakfast.; Mar 02, 2020; (28524061) | 5.59 |
| 03/02/20 | Dinner; Lauren T Attard; Roundtrip travel to/from Los Angeles and San Francisco on March 2 to 4, 2020. Dinner.; Mar 02, 2020; (28524058) | 5.90 |
| 03/03/20 | Breakfast; David J Richardson; Travel from Los Angeles to San Francisco from March 2 to 5, 2020. Breakfast on March 3, 2020.; Mar 03, 2020; (28530316) | 11.25 |
| 03/03/20 | Dinner; David J Richardson; Travel from Los Angeles to San Francisco from March 2 to 5, 2020. Dinner on March 3, 2020.; Mar 03, 2020; (28530307) | 64.74 |
| 03/03/20 | Meals while Traveling (E110) Breakfast; Lauren T Attard; Breakfast.; Mar 03, 2020; (28524068) | 16.19 |
| 03/03/20 | Dinner; Lauren T Attard; Roundtrip travel to/from Los Angeles and San Francisco on March 2 to 4, 2020. Dinner.; Mar 03, 2020; (28524057) | 61.52 |
| 03/04/20 | Dinner; David J Richardson; Dinner on March 4, 2020.; Mar 04, 2020; (28530318) | 10.31 |
| 03/04/20 | Meals Other; David J Richardson; Meal on March 4, 2020.; Mar 04, 2020; (28530312) | 16.77 |
| 03/04/20 | Breakfast; Lauren T Attard; Breakfast.; Mar 04, 2020; (28524067) | 16.19 |
| 03/04/20 | Meals while Traveling (E110) Dinner; Lauren T Attard; Dinner.; Mar 04, 2020; (28524065) | 3.45 |
| 03/09/20 | Dinner; Lauren T Attard; Mar 09, 2020; (28530229) | 33.81 |
| 03/09/20 | Meals Other; David J Richardson; Meal on March 9, 2020.; Mar 09, 2020; (28530283) | 16.77 |
| 03/09/20 | Dinner; David J Richardson; March 9, 2020.; Mar 09, 2020; (28530279) | 37.46 |
| 03/10/20 | Meals while Traveling (E110) Breakfast; Lauren T Attard; Mar 10, 2020; (28530228) | 12.09 |
| 03/10/20 | Meals while Traveling (E110) Jerry Bloom Roundtrip. Dinner at Bouche on February 27, 2020.; Inv. JERRY-03102020 (28549815) | 75.00 |
| 03/10/20 | Meals while Traveling (E110) Meals while Traveling (E110) Jerry Bloom Roundtrip. Breakfast at Max's Opera House on February 25, 2020.; Inv. JERRY-03102020 (28549813) | 35.00 |

# Baker&Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Dallas   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   San Francisco   Seattle   Washington, DC

Case: 19-30088   Doc# 7000   Filed: 04/30/20   Entered: 04/30/20 05:49:54   Page 16
of 21

Official Committee of Tort Claimants of PG&E Corp. and Pacific
Gas and Electric Company

Invoice Date: 04/21/20
Invoice Number: 50754756
Matter Number: 114959.000001
Page 353

| | | |
|---|---|---|
| 03/10/20 | Meals while Traveling (E110) Jerry Bloom Roundtrip. Breakfast at Peet's Coffee on February 29, 2020.; Inv. JERRY-03102020 (28525432) | 6.85 |
| 03/10/20 | Meals while Traveling (E110) Jerry Bloom. Breakast at Max's on February 26, 2020.; Inv. JERRY-03102020 (28549811) | 35.00 |
| 03/10/20 | Meals while Traveling (E110) Jerry Bloom Roundtrip. Dinner at One Mission on February 28, 2020.; Inv. JERRY-03102020 (28549821) | 75.00 |
| 03/10/20 | Meals while Traveling (E110) Jerry Bloom Roundtrip. Dinner at Tadich Grill on February 26, 2020.; Inv. JERRY-03102020 (28525457) | 63.71 |
| 03/10/20 | Meals while Traveling (E110) Jerry Bloom Roundtrip. Breakfast at CPUC Restaurant on February 27, 2020; Inv. JERRY-03102020 (28525443) | 6.45 |
| 03/10/20 | Meals while Traveling (E110) Jerry Bloom Roundtrip. Breakfast at Max's on February 28, 2020; Inv. JERRY-03102020 (28549819) | 35.00 |
| 03/10/20 | Meals while Traveling (E110) Jerry Bloom Roundtrip. Breakfast at Andale on February 29, 2020.; Inv. JERRY-03102020 (28525446) | 13.37 |
| 03/10/20 | Meals while Traveling (E110) Jerry Bloom Roundtrip. Dinner at Bouche on February 25, 2020.; Inv. JERRY-03102020 (28549817) | 75.00 |
| 03/10/20 | Breakfast; Eric R Goodman; travel to San Francisco, CA (3/8/20 to 3/11/20); Mar 10, 2020; (28529604) | 21.58 |
| 03/10/20 | Meals while Traveling (E110) David Richcardson; Meals Other; March 10, 2020.; Mar 10, 2020; (28530280) | 7.15 |
| 03/10/20 | Meals while Traveling (E110) David Richardson; Breakfast; March 10, 2020.; Mar 10, 2020; (28549823) | 35.00 |
| 03/11/20 | Meals while Traveling (E110) Breakfast; Lauren T Attard; Mar 11, 2020; (28530238) | 3.25 |
| 03/11/20 | Breakfast; David J Richardson; March 11, 2020.; Mar 11, 2020; (28530278) | 5.69 |
| 03/11/20 | Meals Other; David J Richardson; March 11, 2020.; Mar 11, 2020; (28530286) | 17.87 |
| 03/12/20 | Meals while Traveling (E110) Breakfast; Lauren T Attard; Mar 12, 2020; (28530236) | 26.86 |
| 03/12/20 | Meals while Traveling (E110) Jerry Bloom. Dinner on March 4, 2020.; Inv. JERRY-0312 (28549825) | 75.00 |
| 03/12/20 | Meals while Traveling (E110) Jerry Bloom. Breakfast on March 4, 2020.; Inv. JERRY-0312 (28529203) | 5.00 |

# Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Dallas    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    San Francisco    Seattle    Washington, DC

Case: 19-30088    Doc# 7000-3    Filed: 04/30/20    Entered: 04/30/20 05:39:54    Page 17 of 21

Official Committee of Tort Claimants of PG&E Corp. and Pacific
Gas and Electric Company

Invoice Date: 04/21/20
Invoice Number: 50754756
Matter Number: 114959.000001
Page 354

| | | |
|---|---|---:|
| 03/12/20 | Meals while Traveling (E110) Meals while Traveling (E110) Jerry Bloom. Dinner at Take Away Grand Hyatt on March 3, 2020.; Inv. JERRY-0312 (28529201) | 35.81 |
| | **Subtotal - Meals while Traveling (E110)** | **1,209.97** |
| 03/03/20 | Mileage Reimbursement (E110) Mileage; Eric R Goodman; home/airport/home; travel to San Francisco, CA to attend mediation regarding government claims (3/1/20 to 3/3/20); 53.00 Miles @ Rate .575; Mar 03, 2020; (28521808) | 30.48 |
| 03/11/20 | Mileage Reimbursement (E110) Mileage; Eric R Goodman; home/airport/home; travel to San Francisco, CA to attend mediation regarding treatment of government claims and hearing on approval of disclosure statement (3/8/20 to 3/11/20); 53.00 Miles @ Rate .575; Mar 11, 2020; (28529598) | 30.48 |
| | **Subtotal - Mileage Reimbursement (E110)** | **60.96** |
| 03/01/20 | Online Research (E106) COURTHOUSE NEWS SERVICE Document download, February 2020: NY Document Download copy of document number: 620263/2017; Court: Suffolk County Supreme Court; Inv. 671165 (28525657) | 5.35 |
| 03/01/20 | Online Research (E106) COURTHOUSE NEWS SERVICE Document download, February 2020: CA Document Download copy of document number: PC20150542; Court: El Dorado Superior Court; Inv. 671165 (28525663) | 11.23 |
| 03/01/20 | Online Research (E106) COURTHOUSE NEWS SERVICE Document download, February 2020: CA Document Download copy of document number: CGC-05-441275; Court: San Francisco County Superior Court; Inv. 671165 (28525658) | 14.45 |
| 03/01/20 | Online Research (E106) COURTHOUSE NEWS SERVICE Document download, February 2020: TX Document Download copy of document number: D-1-GN-19-007434; Court: Travis County District Court; Inv. 671165 (28525653) | 8.56 |
| 03/01/20 | Online Research (E106) COURTHOUSE NEWS SERVICE Document download, February 2020: NY Document Download copy of document number: 19-151099; Court: Richmond County Supreme Court; Inv. 671165 (28525660) | 5.35 |
| 03/01/20 | Online Research (E106) COURTHOUSE NEWS SERVICE Document download, February 2020: FL Document Download copy of document number: 2019CA000409; Court: Lee County Circuit Court; Inv. 671165 (28525655) | 14.98 |
| 03/01/20 | Online Research (E106) COURTHOUSE NEWS SERVICE Document | 5.35 |

**Baker&Hostetler LLP**

Official Committee of Tort Claimants of PG&E Corp. and Pacific
Gas and Electric Company

Invoice Date: 04/21/20
Invoice Number: 50754756
Matter Number: 114959.000001
Page 355

|  |  |  |
|---|---|---|
|  | download, February 2020: PA Document Download copy of document number: GD-19-006768; Court: Allegheny County Court of Common Pleas; Inv. 671165 (28525654) |  |
| 03/01/20 | Online Research (E106) COURTHOUSE NEWS SERVICE Document download, February 2020: CA Document Download copy of document number: CGC-19-579861; Court: San Francisco County Superior Court (Steve LaFalce for T.Petre); Inv. 671165 (28525656) | 32.63 |
| 03/01/20 | Online Research (E106) COURTHOUSE NEWS SERVICE Document download, February 2020: MD Document Download copy of document number: C-03-CV-19-001898; Court: Baltimore County Circuit Court; Inv. 671165 (28525659) | 10.17 |
| 03/01/20 | Online Research (E106) COURTHOUSE NEWS SERVICE Document download, February 2020: WA Document Download copy of document number: 19-2-00734-18; Court: Kitsap County Superior Court; Inv. 671165 (28525651) | 10.17 |
| 03/03/20 | Online Research (E106) BUREAU OF NATIONAL AFFAIRS, INC. Bloomberg Law Docket: February 2020 Docket Charges: C.D. Cal. 2:19-cv-07179; CA Sup. 19STCV22176; Cal. Super. Ct. CIVDS1830990, Ill. Cir. Ct. 2019-M2-004833; MD Circ. 469118V, 470446V, 477583V; Mich. Cir. Ct. 2019-001609-NI; NV Dist. A-20-808996-C; Ohio Comm. Pleas 2019-CV-00923 (Paige Asmann for T.Petre); Inv. 6888245672 (28528333) | 824.65 |
| 03/03/20 | Online Research (E106) BUREAU OF NATIONAL AFFAIRS, INC. Bloomberg Law Docket: February 2020 Docket Charges: Bankr. D. Del. 1:17-ap-51005; S.D.N.Y. 1:16-md-02742, 7:19-cv-04505 (Paige Asmann for F.Williamson); Inv. 6888245672 (28528332) | 3.96 |
| 03/03/20 | Online Research (E106) BUREAU OF NATIONAL AFFAIRS, INC. Bloomberg Law Docket: February 2020 Docket Charges: D.N.J. 3:19-cv-20098; N.D. Cal. 3:18-cv-04698, 3:18-cv-07128, 5:18-cv-03509, 5:19-cv-00501 (Avery Le for T.Petre); Inv. 6888245658 (28525693) | 93.63 |
| 03/03/20 | Online Research (E106) BUREAU OF NATIONAL AFFAIRS, INC. Bloomberg Law Docket: February 2020 Docket Charges: S.D.N.Y. 1:16-cv-07917 (Avery Le for F.Williamson); Inv. 6888245658 (28525692) | 11.98 |
| 03/03/20 | Online Research (E106) BUREAU OF NATIONAL AFFAIRS, INC. Bloomberg Law Dockets, February 2020: CA Sup. 30-2019-01087371; Inv. 6888245624 (28524349) | 8.10 |
| 03/03/20 | Online Research (E106) BUREAU OF NATIONAL AFFAIRS, INC. Bloomberg Law Docket: February 2020 Docket Charges: C.D. Cal. 2:19-cv-07179; CA Sup. 19STCV35751; CA Super. Ct. 2018-00245080, 2019-00262161; Cal. Super. Ct. CIVDS1830990, RIC1902441 (Michelle Dewey for T.Petre); Inv. 6888245658 (28525698) | 24.36 |
| 03/03/20 | Online Research (E106) BUREAU OF NATIONAL AFFAIRS, INC. | 116.92 |

**Baker&Hostetler LLP**

Official Committee of Tort Claimants of PG&E Corp. and Pacific
Gas and Electric Company

Invoice Date: 04/21/20
Invoice Number: 50754756
Matter Number: 114959.000001
Page 356

|  |  |  |
|---|---|---|
|  | Bloomberg Law Docket: February 2020 Docket Charges: C.D. Cal. 2:19-cv-07179; CA Sup. 19STCV22176; N.D. Cal. 3:18-cv-04698, 3:18-cv-07128 (Amanda Marshall for T.Petre); Inv. 6888245815 (28545208) |  |
| 03/31/20 | Online Research (E106) CourtTrax Corporation Transaction searches, March 2020 (Amanda Marshall); Inv. 12100316 (28545186) | 1.00 |

**Subtotal - Online Research (E106)    1,202.84**

| 03/21/20 | Other Professional Services (E123) Expert 15 (28550029) | 23,962.00 |
|---|---|---|
| 03/31/20 | Other Professional Services (E123) Expert 4 (28552227) | 397,037.72 |
| 03/31/20 | Other Professional Services (E123) Expert 3 (28552228) | 69,844.00 |
| 03/31/20 | Other Professional Services (E123) Opus 2 International Inc Magnum fees; Inv. #4693 (28547000) | 1,300.00 |

**Subtotal - Other Professional Services (E123)    492,143.72**

| 03/05/20 | Outside Duplicating & Binding (E102) VERITEXT LEGAL SOLUTIONS Production of Documents from Imperial Irrigation District on 2/28/2020; Inv. SF4236469 (28546026) | 121.67 |
|---|---|---|
| 03/09/20 | Outside Duplicating & Binding (E102) VERITEXT LEGAL SOLUTIONS 2/28/2020 Production of Document from Mountain Ranch Subdivision Community Services District in connection to a subpoena; Inv. SF4225186 (28546028) | 120.77 |

**Subtotal - Outside Duplicating & Binding (E102)    242.44**

| 03/02/20 | POSTAGE (28521502) | 14.90 |
|---|---|---|
| 03/16/20 | POSTAGE (28529771) | 14.90 |
| 03/24/20 | POSTAGE (28534034) | 0.50 |
| 03/26/20 | POSTAGE Certified/RRR mail (28537009) | 6.90 |
| 03/30/20 | POSTAGE (28549027) | 8.25 |

**Subtotal - Postage (E108)    45.45**

| 03/11/20 | Transcripts (E116) eScribers, LLC Copy of March 10, 2020 Adversary Bankruptcy Court Hearing Transcript in Gantner v. PGE, No. 19-03061; Inv. 315954 (28526515) | 64.80 |
|---|---|---|
| 03/11/20 | Transcripts (E116) eScribers, LLC Copy of March 10, 2020 Bankruptcy Court Hearing Transcript; Inv. 315980 (28526296) | 337.20 |

**Baker & Hostetler LLP**

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Dallas   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   San Francisco   Seattle   Washington, DC

Case: 19-30088   Doc# 7000   Filed: 04/30/20   Entered: 04/30/20 05:43:54   Page 20 of 21

Official Committee of Tort Claimants of PG&E Corp. and Pacific
Gas and Electric Company

Invoice Date:           04/21/20
Invoice Number:          50754756
Matter Number:      114959.000001
Page 357

| | | |
|---|---|---|
| 03/12/20 | Transcripts (E116) eScribers, LLC Copy of March 11, 2020 Bankruptcy Court Hearing Transcript; Inv. 316181 (28526549) | 68.40 |
| 03/17/20 | Transcripts (E116) eScribers, LLC Copy of the 3/16/2020 Bankruptcy Hearing before Judge Montali; Inv. 317159 (28535029) | 30.00 |
| 03/26/20 | Transcripts (E116) eScribers, LLC Copy of the March 25, 2020 Telephonic Bankruptcy Hearing Transcript before Judge Montali.; Inv. 319397 (28549069) | 31.20 |
| | **Subtotal - Transcripts (E116)** | **531.60** |
| 03/31/20 | Videographic Services (E123) VERITEXT LEGAL SOLUTIONS Videographer services for the site inspection at Pula Cal Trans Station which was cancelled for 3/17/20 due to weather but moved to 3/18/2020; Inv. SF4273233 (28541980) | 998.52 |
| 03/31/20 | Videographic Services (E123) VERITEXT LEGAL SOLUTIONS Videographer services for site inspection at Pula Cal Trans Station on 3/18/2020; Inv. SF4278976 (28541981) | 1,749.99 |
| | **Subtotal - Videographic Services (E123)** | **2,748.51** |
| | **Total** | **$ 550,756.48** |

Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Dallas    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    San Francisco    Seattle    Washington, DC

Case: 19-30088    Doc# 70005    Filed: 04/30/20    Entered: 04/30/20 05:48:54    Page 21 of 21