April 23, 2020

United States Bankruptcy Court
Northern District of California
San Francisco Division
450 Golden Gate Ave
Mail Box 36099
San Francisco, CA 94102

RE: PG&E Corporation Case 19-30088 – Notice of Extended Deadline…

Dear Presiding Judge:

Your Honor:

Please accept this letter as notice of complaint of debtors behavior in said case. As an equity investor with PCG having trades within the required date range, I received my first notice of any kind in this bankruptcy case on April 20, 2020. This was four days after the April 16th deadline to file. This notice was clearly not mailed timely. I checked my mailbox on Saturday April 18th and the notice had not yet arrived. I checked my mail again on Monday April 20th and the notice was in. I have lived at this address since June 2018 and my broker was notified timely of my address.

I don't know if it will be accepted but I did submit an electronic claim today, April 23. I would like to also point out the Debtors behavior here. Several points that show clear attempt to hinder making claims. First, the online "Rescission or Damage Claim Proof of Claim" form has a timeout limit of about 5 minutes. If you don't complete the form, attach documentation and submit within the time limit you have to start over. This is barely enough time to enter all necessary fields let alone attach documentation. You should try it here: Https://restructuring.primeclerk.com/pge/. With the short time frame, this process is very error prone. In addition, there is a false message about pop-up windows. I allowed pop-up for this site on my browser and the message still came up. Another hurdle or dissuader for claimants?

Sincerely,

*Daniel J. Kelly*

Daniel James Kelly
2958 Syracuse St., Unit 314
Denver, CO 80238
949-648-8997

XXXX8898_Transactions_20200423-120548

| Date | Action | Symbol | Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|---|
| 02/02/2005 | Buy | PCG | P G & E CORP | 50 | 35.2994 | $4.95 | -1764.97 |
| 11/27/2017 | Buy | PCG | P G & E CORP | 200 | $54.00 | $4.95 | -$10804.21 |
| 12/06/2018 | Buy | PCG | P G & E CORP | 200 | $25.67 | $4.95 | -$5139.81 |
| 12/14/2018 | Buy | PCG | P G & E CORP | 400 | $25.83 | $4.95 | -$10338.15 |
| 12/19/2018 | Sell | PCG | P G & E CORP | -250 | $23.10 | $5.03 | $5771.15 |
| 12/27/2018 | Sell | PCG | P G & E CORP | -500 | $22.92 | $4.28 | $11456.22 |
| 12/27/2018 | Sell | PCG | P G & E CORP | -100 | $22.92 | $0.85 | $2291.15 |
| | | PCG | | | | | -8528.62 |