# Ankey Thomas

| | |
|---|---|
| **From:** | Ankey Thomas |
| **Sent:** | Wednesday, April 29, 2020 2:20 PM |
| **To:** | Ankey Thomas |
| **Subject:** | FW: Attorney Watts concerns |

**Note: attachment and video clips have been removed by the court.**

**From:** fordt57 fordt57 <fordt57@gmail.com>
**Sent:** Wednesday, April 29, 2020 10:56 AM
**To:** Dennis Montali
**Subject:** Attorney Watts concerns

Please make available to prime clerk

Your honor,


Please watch the video below, at least until you get to the part where Mr Watts says he has invested $20 million.

I have two major concerns. Mr Watts seems to be supported by Center bridge and Apollo. Both are associated with PGE. Why is PGE giving money to an attorney that is on the victims side. Then Mr Watts is forcing yes votes.

With the "yes" votes being crammed down the victims throats. He has had the victims vote via text message. There is no way to trace their votes.

I've attached a conversation on Facebook where people are discussing that attorneys are voting for them. This gravely concerns me.

In a previous case, Mr Watts invested $3 million of his own money. It was a case in the gulf coast where he threw his staff under the bus so that he was cleared. This is my understanding of the case.
Mr Watts has had shady dealings in the past.

Now, that I'm a camp fire victim I'm gravely concerned that he has fake clients in the campfire and other fires in the PG&E lawsuit. Are some of our claimants dead? Or some of our claimants fake? Are some of our claimants dogs? Etc?

Their are 3 major concerns involved just in my letter.

1. Monies from PGE to fund Attorney Watts that is severely pushing a yes vote at all cost to win. Why is Mr Watts being back by PGE?

2. Attorneys voting for their clients without clients permission and the clients having no way to trace it.

3. Also, some clients never knowing that they cast a ballot with the possibility of attorneys just voting for a huge amount of claimants. As well as, are all the claimants real?


Thank you for your time,

Cheryl Maynard

Campfire survivor