1

2

3

4

5

6

7

8

9      **EXHIBIT A**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5

**SUMMARY OF COMPENSATION BY PROFESSIONAL**

**MARCH 1, 2020 THROUGH MARCH 31, 2020**

**BERMAN AND TODDERUD LLP**

| Name of Professional | Position | Year Admitted | Hourly Rate | Total Hours Billed | Total Fees |
|---|---|---|---|---|---|
| Stan Berman | Partner | 1988 (Illinois)<br>1994 (Washington, D.C.)<br>2000 (Washington) | $920 | 81.7 | $75,164.00 |
| Eric Todderud | Partner | 1987 (Oregon-*inactive*)<br>2004 (Washington) | $692 | 58.7 | $40,620.40 |

| Professionals | Blended Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|
| Partners | $824.68 | 140.4 | $115,784.40 |

6