1
2
3
4
5
6
7
8
**EXHIBIT B**
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

7

**COMPENSATION BY PROJECT FOR SERVICES RENDERED**
**BY BERMAN AND TODDERUD LLP FOR THE PERIOD**
**MARCH 1, 2020 THROUGH MARCH 31, 2020**

| Description | Hours | Amount |
|---|---|---|
| 2000-2001 Energy Crisis FERC Litigation | 140.4 | $115,784.40 |

8