1
2
3
4
5
6
7
8
# EXHIBIT C
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

9

**EXPENSE SUMMARY FOR THE PERIOD**
**MARCH 1, 2020 THROUGH MARCH 31, 2020**

Berman and Todderud did not incur reimbursable expenses during the Fee Period.

10