# EXHIBIT D

**March 2020**

**Itemized Time Description**

| Attorney | Date | Description | Time |
|---|---|---|---|
| Berman | 3/2/2020 | Attend weekly FERC strategy call. | 0.30 |
| Todderud | 3/2/2020 | Attend call with PG&E personnel to address strategy and case status | 0.30 |
| Todderud | 3/2/2020 | Draft January monthly fee statement | 0.80 |
| Todderud | 3/3/2020 | Implement escrow disbursements | 0.20 |
| Todderud | 3/3/2020 | Assemble and review exhibits for settlement overlay filing | 2.40 |
| Berman | 3/3/2020 | Prepare proposal to address overlay issues of a specific market participant. | 1.20 |
| Todderud | 3/4/2020 | Communications with counsel for supplier in settlement of overlay issues re escrow payments and implementation issues | 0.40 |
| Todderud | 3/4/2020 | Draft materials for implementing settlement of overlay issues | 0.70 |
| Todderud | 3/4/2020 | Draft settlement overlay filing | 2.60 |
| Todderud | 3/4/2020 | Draft emails to counsel for the Cal Parties re escrow funding issues | 0.60 |
| Todderud | 3/4/2020 | Review overlay implementation agreements | 0.50 |
| Berman | 3/4/2020 | Review ISO and PX materials re overlays and communicate re same with California Parties. | 2.40 |
| Todderud | 3/5/2020 | Telephone with C. Berry (Bates White consultant) re revisions to allocation agreement amendment | 0.50 |
| Todderud | 3/5/2020 | Draft emails to counsel for suppliers re settlement of overlay issues | 0.60 |
| Todderud | 3/5/2020 | Attend weekly call with counsel for the California Parties to address settlement overlay issues | 1.60 |
| Todderud | 3/5/2020 | Revise amendment to allocation agreements | 3.70 |
| Berman | 3/5/2020 | Attend weekly California Parties call re overlays. | 1.60 |

| | | | | |
|---|---|---|---|---|
| 1 | Berman | 3/5/2020 | Edit California Parties allocation agreement. | 1.20 |
| 2 | Berman | 3/5/2020 | Draft and edit materials for ISO review re overlay filing. | 2.80 |
| 3 | Berman | 3/5/2020 | Emails with Mr Ryan at PG&E re approach for addressing overlay issues of a specific market participant. | 0.80 |
| 4-5 | Berman | 3/6/2020 | Attend call with Dr Berry and counsel for AG concerning overlay FERC filing. | 1.20 |
| 6 | Berman | 3/6/2020 | Review PX materials re overlay FERC filing and develop plan re same. | 0.80 |
| 7-8 | Todderud | 3/6/2020 | Attend call with counsel for California AG and C. Berry (consultant) re logistics of finalizing and filing settlement overlay filing | 1.20 |
| 9 | Todderud | 3/6/2020 | Revise settlement overlay filing | 1.50 |
| 10-11 | Todderud | 3/6/2020 | Telephone discussions with JP Morgan escrow disbursement verification team re verification of escrow disbursements scheduled for today | 0.80 |
| 12 | Todderud | 3/6/2020 | Draft motion to implement procedures for disposition of settlement overlay filing | 2.80 |
| 13 | Todderud | 3/8/2020 | Revise settlement overlay filing | 3.20 |
| 14-15 | Todderud | 3/9/2020 | Conference with R. Nowakowski (JP Morgan) re escrow implementation | 0.30 |
| 16 | Todderud | 3/9/2020 | Draft Third Interim Fee Application | 1.70 |
| 17 | Todderud | 3/9/2020 | Attend call with PG&E representatives to address case status and strategy | 0.30 |
| 18-19 | Todderud | 3/9/2020 | Telephone with Carolyn Berry (Bates White consultant) re exhibits for settlement overlay filing | 2.20 |
| 20 | Todderud | 3/9/2020 | Revise agreement with supplier for implementing settlement overlay | 0.80 |
| 21 | Berman | 3/9/2020 | Attend weekly FERC strategy call with PG&E. | 0.30 |
| 22-23 | Berman | 3/9/2020 | Edit agreement with specific market participant re settlement overlay implementation and emails with participant re same. | 1.50 |
| 24-25 | Berman | 3/9/2020 | Edit materials for ISO and PX re settlement overlay FERC filing. | 2.40 |
| 26 | Berman | 3/10/2020 | Review implementation agreement with market participant re settlement overlays and emails with California Parties re same. | 0.90 |

13

| | | | |
|---|---|---|---|
| Berman | 3/10/2020 | Review implementation proposal re settlement overlays and another market participant and emails with California Parties re same. | 0.60 |
| Todderud | 3/10/2020 | Revise allocation implementation agreement to incorporate other parties' edits and eliminate reallocation provisions | 1.70 |
| Todderud | 3/10/2020 | Revise settlement overlay filing to incorporate other parties' edits and rewrite unclear provisions and expand on discussion of certain market adjustments | 4.80 |
| Todderud | 3/10/2020 | Telephone discussions with C. Berry (Bates White economic consultant) re edits to settlement overlay filing | 0.90 |
| Todderud | 3/10/2020 | telephone confirmation of disbursement instructions with Chase bank | 0.20 |
| Todderud | 3/10/2020 | Edit supplemental agreement to implement settlement overlay | 0.30 |
| Todderud | 3/11/2020 | Finalize Third Interim Fee Application | 0.50 |
| Todderud | 3/11/2020 | Revise settlement overlay filing | 4.20 |
| Todderud | 3/11/2020 | Finalize letter agreement with supplier to resolve settlement overlay issues | 0.90 |
| Todderud | 3/11/2020 | Revise Allocation Implementation Agreement | 2.20 |
| Todderud | 3/11/2020 | emails re implementation of agreement with supplier for resolving settlement overlay issues | 0.40 |
| Berman | 3/11/2020 | Edit settlement overlay filing. | 6.80 |
| Berman | 3/11/2020 | Edit motion for procedures re settlement overlays. | 1.40 |
| Berman | 3/11/2020 | Edit materials for ISO and PX re settlement overlay filings. | 2.40 |
| Berman | 3/11/2020 | Emails with counsel for market participant re potential resolution of overlay issues. | 0.60 |
| Berman | 3/11/2020 | Emails with market participant re agreement to resolve overlay issues. | 0.70 |
| Berman | 3/12/2020 | Attend call with California Parties re settlement overlays. | 1.40 |
| Berman | 3/12/2020 | Edit agreement with market participant re overlays and emails re same with California Parties. | 1.20 |
| Berman | 3/12/2020 | Analysis of issues concerning market participant and resolving overlays re same. | 0.80 |

14

| | | | | |
|---|---|---|---|---|
| Berman | 3/13/2020 | Emails with market participant re final edits to agreement re overlays and edit agreement. | 0.90 |
| Berman | 3/13/2020 | Edit overlay filing. | 5.40 |
| Berman | 3/16/2020 | Attend weekly FERC strategy call with client. | 0.50 |
| Berman | 3/16/2020 | Calls and emails re edits to California Parties allocation agreement and final edits re same. | 2.30 |
| Berman | 3/17/2020 | Draft report to FERC re overlays. | 1.60 |
| Berman | 3/17/2020 | Discussion with counsel for market participant re finalizing agreement re overlay issues. | 0.70 |
| Berman | 3/17/2020 | Emails with California Parties re overlay filing strategy. | 1.70 |
| Berman | 3/17/2020 | Review materials from PX re overlay issues concerning market participant and emails to California Parties re same. | 0.40 |
| Berman | 3/19/2020 | Attend call with California Parties re settlement overlays. | 1.60 |
| Berman | 3/19/2020 | Prepare for and attend call with counsel for market participant re dispute concerning overlay analysis. | 2.80 |
| Berman | 3/20/2020 | Finalize joint report to FERC re overlays. | 1.90 |
| Berman | 3/22/2020 | Review ISO materials on overlays in preparation for call re same. | 2.20 |
| Berman | 3/23/2020 | Attend call with ISO and PX and California Parties re overlay issues. | 1.10 |
| Berman | 3/23/2020 | Edit ISO materials re overlays. | 3.10 |
| Todderud | 3/23/2020 | Attend call among Cal Parties, ISO and PX to address ISO and PX draft answers to settlement overlay filing. | 1.10 |
| Todderud | 3/23/2020 | Revise settlement overlay filing to incorporate changes agreed upon in call with ISO and PX | 2.60 |
| Todderud | 3/23/2020 | Review allocation implementation agreement | 0.20 |
| Todderud | 3/23/2020 | Review emails re edits to allocation implementation agreement | 0.30 |
| Todderud | 3/23/2020 | Draft certificate of no objection to January monthly fee statement | 0.30 |
| Todderud | 3/24/2020 | Edit settlement overlay filing | 0.80 |
| Todderud | 3/24/2020 | Reconcile ISO and PX draft answers to settlement overlay fiilng with current draft of filing | 0.60 |

15

| Name | Date | Description | Hours |
|---|---|---|---|
| Todderud | 3/24/2020 | Emails to C. Berry and PX re PX wind-up charge invoicing | 0.40 |
| Berman | 3/24/2020 | Edit ISO and PX materials re overlays. | 1.20 |
| Berman | 3/24/2020 | Review overlay proposal from market participant and calls and emails with California Parties re same. | 3.80 |
| Berman | 3/25/2020 | Calls and emails with California Parties and analysis re overlay resolution proposal by market participant. | 4.80 |
| Todderud | 3/25/2020 | Edit settlement overlay filing | 2.20 |
| Todderud | 3/26/2020 | Attend settlement overlay call with counsel for California Parties | 1.40 |
| Todderud | 3/26/2020 | Draft February monthly fee statement | 1.20 |
| Todderud | 3/26/2020 | Draft instructions for escrow disbursements in connection with settlement of overlay claims | 0.50 |
| Berman | 3/26/2020 | Attend weekly California Parties overlay call. | 1.40 |
| Berman | 3/26/2020 | Edit ISO and PX materials re overlays. | 2.10 |
| Berman | 3/26/2020 | Emails with California Parties concerning proposal from market participant re settlement overlay. | 0.70 |
| Berman | 3/30/2020 | Attend weekly call with client re FERC strategy. | 0.40 |
| Berman | 3/30/2020 | Prepare for and attend call with Mr. McKeon and counsel for ISO re overlays. | 4.20 |
| Todderud | 3/30/2020 | Finalize monthly fee statement and related documents | 0.40 |
| Todderud | 3/30/2020 | Review ISO and PX draft answers to settlement overlay filing and emails re same | 0.50 |
| Berman | 3/31/2020 | Edit drafts of participant specific overlays. | 3.60 |
| Todderud | 3/31/2020 | Telephone with J Ryan (counsel for Edison) and R. Nowakowski (JP Morgan) re escrow disbursement instructions | 0.40 |

17