Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

# Exhibit A

## COMPENSATION BY PROFESSIONAL
## FEBRUARY 1, 2020 THROUGH FEBRUARY 29, 2020

The attorneys who rendered professional services in these Chapter 11 Cases during the Fee Period are:

| NAME OF PROFESSIONAL PARTNERS AND COUNSEL | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Blake, Stephen | Litigation | 2008 | $1,325 | 6.70 | $8,877.50 |
| Curnin, Paul C. | Litigation | 1988 | $1,640 | 23.90 | $39,196.00 |
| Goldin, Nicholas | Litigation | 2000 | $1,480 | 94.40 | $139,712.00 |
| Grogan, Gregory T. | ECEB | 2001 | $1,535 | 11.80 | $18,113.00 |
| Kelley, Karen H. | Corporate | 2003 | $1,425 | 0.90 | $1,282.50 |
| Ponce, Mario A. | Corporate | 1989 | $1,640 | 104.00 | $170,560.00 |
| Purushotham, Ravi | Corporate | 2010 | $1,325 | 33.00 | $43,725.00 |
| Qusba, Sandy | Corporate | 1994 | $1,535 | 87.60 | $134,466.00 |
| Alcabes, Elisa | Litigation | 1989 | $1,220 | 20.30 | $24,766.00 |
| McLendon, Kathrine | Corporate | 1985 | $1,220 | 43.10 | $52,582.00 |
| Ricciardi, Sara A. | Litigation | 2003 | $1,190 | 102.60 | $122,094.00 |
| Wiseman, Stephen M. | Corporate | 1986 | $1,190 | 5.80 | $6,902.00 |
| **Total Partners and Counsel:** | | | | **534.10** | **$762,276.00** |

| NAME OF PROFESSIONAL ASSOCIATES | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Calderon, Justin | Litigation | 2018 | $700 | 3.30 | $2,310.00 |
| Campbell, Eamonn W. | Litigation | 2016 | $915 | 24.80 | $22,692.00 |
| Egenes, Erica M. | Corporate | 2018 | $840 | 48.40 | $40,656.00 |
| Fell, Jamie | Corporate | 2015 | $995 | 31.60 | $31,442.00 |
| Isaacman, Jennifer | Litigation | 2019 | $590 | 20.50 | $12,095.00 |
| Kinsel, Kourtney J. | Litigation | 2018 | $590 | 16.60 | $9,794.00 |
| Lundqvist, Jacob | Litigation | 2019 | $590 | 11.50 | $6,785.00 |
| Phillips, Jacob M.[1] | ECEB | 2017 | $700 | 16.00 | $11,200.00 |
| **Total Associates:** | | | | **172.70** | **$136,974.00** |

---

[1] Jacob M. Phillips was mistakenly billed at the hourly rate of $700 this month rather than his typical hourly rate of $840.

| NAME OF PARAPROFESSIONALS | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Gampper, Krista | Paralegal | | $265 | 0.50 | $132.50 |
| **Total Paraprofessionals:** | | | | **0.50** | **$132.50** |

| PROFESSIONALS | BLENDED HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $1,427.22 | 534.10 | $762,276.00 |
| Associates | $793.13 | 172.70 | $136,974.00 |
| Paraprofessionals | $265.00 | 0.50 | $132.50 |
| Blended Attorney Rate | $1,272.28 | | |
| **Total Fees Incurred** | | **707.30** | **$899,382.50** |