Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

<u>**Exhibit C**</u>

**EXPENSE SUMMARY FOR THE PERIOD**
<u>**FEBRUARY 1, 2020 THROUGH FEBRUARY 29, 2020**</u>

| | |
|---|---:|
| **Court/Filing Fees** | **N/A** |
| **Research** | **$10,313.13** |
|     Online Research | $10,191.05 |
|     Document Retrieval | $122.08 |
| **Meals** | **$414.37** |
|     Business | $177.23 |
|     Overtime | $101.50 |
|     Travel | $135.64 |
| **Travel** | **$6,803.13** |
|     Airfare | $4,809.90 |
|     Hotel | $1,206.73 |
|     Out-of-Town Travel | $786.50 |
| **Transportation** | **$340.23** |
|     OT Carfare | $300.95 |
|     Local Travel | $39.28 |
| **Duplicating** | **$389.53** |
| **Conferencing/Communication** | **$552.38** |
|     Court Call | $437.50 |
|     Telephone | $114.88 |
| **Total Expenses Requested:** | **$18,812.77** |