**Exhibit E**

**ITEMIZED DISBURSEMENTS**

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[3] |
|---|---|---|---|
| **Research** | | | |
| Online research | 1/31/2020 | COURTALERT.COM, INC. - 01/31/20-Case Search [San Francisco] CGC-19-573190 & CJC-17-004955 | $38.87 |
| Online research - West Law | 2/3/2020 | MULTI-SEARCH DOCUMENT DISPLAYS-RICCIARDI, SARA | $120.33 |
| Online research - West Law | 2/3/2020 | MULTI-SEARCH TRANSACTIONAL SEARCHES-RICCIARDI, SARA | $705.24 |
| Pacer | 2/3/2020 | Charges Ricciardi, Sara A. | $3.00 |
| Pacer | 2/3/2020 | Charges Ricciardi, Sara A. | $0.40 |
| Pacer | 2/3/2020 | Charges Ricciardi, Sara A. | $3.00 |
| Pacer | 2/3/2020 | Charges Ricciardi, Sara A. | $3.00 |
| Pacer | 2/3/2020 | Charges Ricciardi, Sara A. | $3.00 |
| Pacer | 2/3/2020 | Charges Ricciardi, Sara A. | $3.00 |
| Document Retrieval | 2/3/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 2/3/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 2/3/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - janie.franklin@stblaw.com | $2.18 |
| Online research - West Law | 2/4/2020 | MULTI-SEARCH DOCUMENT DISPLAYS-RICCIARDI, SARA | $842.37 |
| Pacer | 2/4/2020 | Charges Ricciardi, Sara A. | $3.00 |
| Pacer | 2/4/2020 | Charges Ricciardi, Sara A. | $0.20 |

---

[3] The amounts listed in this Exhibit are billed in accordance with the Fee Guidelines and Local Rules.

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[3] |
|---|---|---|---|
| Pacer | 2/4/2020 | Charges Ricciardi, Sara A. | $3.00 |
| Pacer | 2/4/2020 | Charges Ricciardi, Sara A. | $0.40 |
| Document Retrieval | 2/4/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 2/4/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 2/4/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - janie.franklin@stblaw.com | $2.18 |
| Online research - West Law | 2/4/2020 | MULTI-SEARCH DOCUMENT DISPLAYS-LUNDQVIST, JACOB | $361.01 |
| Pacer | 2/5/2020 | Charges Ricciardi, Sara A. | $0.90 |
| Pacer | 2/5/2020 | Charges Ricciardi, Sara A. | $3.00 |
| Document Retrieval | 2/5/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 2/5/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 2/5/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - janie.franklin@stblaw.com | $2.18 |
| Pacer | 2/6/2020 | Charges Ricciardi, Sara A. | $3.00 |
| Pacer | 2/6/2020 | Charges Ricciardi, Sara A. | $0.40 |
| Pacer | 2/6/2020 | Charges Ricciardi, Sara A. | $3.00 |
| Pacer | 2/6/2020 | Charges Ricciardi, Sara A. | $3.00 |
| Document Retrieval | 2/6/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 2/6/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 2/6/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - janie.franklin@stblaw.com | $2.18 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[3] |
|---|---|---|---|
| Online research - West Law | 2/6/2020 | MULTI-SEARCH DOCUMENT DISPLAYS-LUNDQVIST, JACOB | $213.05 |
| Pacer | 2/6/2020 | Charges LIBRARY, ID | $0.40 |
| Pacer | 2/6/2020 | Charges LIBRARY, ID | $0.10 |
| Document Retrieval | 2/7/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 2/7/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - janie.franklin@stblaw.com | $2.18 |
| Online research - West Law | 2/7/2020 | MULTI-SEARCH DOCUMENT DISPLAYS-ISAACMAN, JENNIFER | $1,870.15 |
| Online research - West Law | 2/7/2020 | MULTI-SEARCH TRANSACTIONAL SEARCHES-ISAACMAN, JENNIFER | $423.15 |
| Document Retrieval | 2/10/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 2/10/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 2/10/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - janie.franklin@stblaw.com | $2.18 |
| Online research - West Law | 2/11/2020 | MULTI-SEARCH TRANSACTIONAL SEARCHES-RICCIARDI, SARA | $423.15 |
| Document Retrieval | 2/11/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 2/11/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 2/11/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - janie.franklin@stblaw.com | $2.18 |
| Pacer | 2/11/2020 | Charges LIBRARY, ID | $3.00 |
| Pacer | 2/11/2020 | Charges LIBRARY, ID | $0.20 |
| Pacer | 2/11/2020 | Charges LIBRARY, ID | $2.30 |
| Document Retrieval | 2/12/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - janie.franklin@stblaw.com | $2.18 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[3] |
|---|---|---|---|
| Document Retrieval | 2/12/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 2/12/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - janie.franklin@stblaw.com | $2.18 |
| Pacer | 2/12/2020 | Charges Fell, Jamie | $0.10 |
| Pacer | 2/12/2020 | Charges Fell, Jamie | $3.00 |
| Pacer | 2/12/2020 | Charges Fell, Jamie | $3.00 |
| Pacer | 2/12/2020 | Charges Fell, Jamie | $0.10 |
| Pacer | 2/12/2020 | Charges Fell, Jamie | $0.10 |
| Pacer | 2/12/2020 | Charges Fell, Jamie | $19.40 |
| Pacer | 2/12/2020 | Charges LIBRARY, ID | $0.10 |
| Pacer | 2/12/2020 | Charges LIBRARY, ID | $0.90 |
| Pacer | 2/12/2020 | Charges LIBRARY, ID | $0.70 |
| Online research - West Law | 2/13/2020 | MULTI-SEARCH TRANSACTIONAL SEARCHES-RICCIARDI, SARA | $141.05 |
| Document Retrieval | 2/13/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 2/13/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 2/13/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 2/14/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 2/14/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 2/14/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - janie.franklin@stblaw.com | $2.18 |

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[3] |
|---|---|---|---|
| Pacer | 2/14/2020 | Charges Fell, Jamie | $0.10 |
| Pacer | 2/14/2020 | Charges Fell, Jamie | $0.10 |
| Pacer | 2/14/2020 | Charges Fell, Jamie | $3.00 |
| Pacer | 2/14/2020 | Charges Fell, Jamie | $3.00 |
| Pacer | 2/14/2020 | Charges Fell, Jamie | $3.00 |
| Pacer | 2/14/2020 | Charges LIBRARY, ID | $0.10 |
| Pacer | 2/14/2020 | Charges LIBRARY, ID | $0.10 |
| Pacer | 2/14/2020 | Charges LIBRARY, ID | $0.10 |
| Pacer | 2/14/2020 | Charges LIBRARY, ID | $0.10 |
| Pacer | 2/14/2020 | Charges LIBRARY, ID | $3.00 |
| Pacer | 2/14/2020 | Charges LIBRARY, ID | $0.60 |
| Pacer | 2/14/2020 | Charges LIBRARY, ID | $0.70 |
| Pacer | 2/14/2020 | Charges LIBRARY, ID | $3.00 |
| Pacer | 2/14/2020 | Charges LIBRARY, ID | $0.40 |
| Pacer | 2/16/2020 | Charges LIBRARY, ID | $0.10 |
| Pacer | 2/16/2020 | Charges LIBRARY, ID | $0.10 |
| Pacer | 2/16/2020 | Charges LIBRARY, ID | $0.10 |
| Pacer | 2/16/2020 | Charges LIBRARY, ID | $0.10 |
| Pacer | 2/16/2020 | Charges LIBRARY, ID | $0.10 |
| Pacer | 2/16/2020 | Charges LIBRARY, ID | $0.10 |
| Pacer | 2/16/2020 | Charges LIBRARY, ID | $0.10 |
| Pacer | 2/16/2020 | Charges LIBRARY, ID | $0.10 |
| Pacer | 2/16/2020 | Charges LIBRARY, ID | $0.10 |
| Pacer | 2/16/2020 | Charges LIBRARY, ID | $1.40 |

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[3] |
|---|---|---|---|
| Pacer | 2/16/2020 | Charges LIBRARY, ID | $0.60 |
| Pacer | 2/16/2020 | Charges LIBRARY, ID | $0.10 |
| Pacer | 2/16/2020 | Charges LIBRARY, ID | $1.20 |
| Pacer | 2/16/2020 | Charges LIBRARY, ID | $0.70 |
| Pacer | 2/16/2020 | Charges LIBRARY, ID | $0.50 |
| Pacer | 2/16/2020 | Charges LIBRARY, ID | $3.00 |
| Pacer | 2/16/2020 | Charges LIBRARY, ID | $0.50 |
| Pacer | 2/16/2020 | Charges LIBRARY, ID | $3.00 |
| Online research - West Law | 2/18/2020 | MULTI-SEARCH DOCUMENT DISPLAYS-RICCIARDI, SARA | $120.33 |
| Online research - West Law | 2/18/2020 | MULTI-SEARCH TRANSACTIONAL SEARCHES-RICCIARDI, SARA | $1,833.64 |
| Pacer | 2/18/2020 | Charges Ricciardi, Sara A. | $0.50 |
| Pacer | 2/18/2020 | Charges Ricciardi, Sara A. | $3.00 |
| Pacer | 2/18/2020 | Charges Ricciardi, Sara A. | $0.20 |
| Pacer | 2/18/2020 | Charges Ricciardi, Sara A. | $0.10 |
| Document Retrieval | 2/18/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 2/18/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 2/18/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - janie.franklin@stblaw.com | $2.18 |
| Online research - West Law | 2/18/2020 | MULTI-SEARCH DOCUMENT DISPLAYS-KINSEL, KOURTNEY | $782.74 |
| Online research - West Law | 2/18/2020 | MULTI-SEARCH TRANSACTIONAL SEARCHES-KINSEL, KOURTNEY | $259.10 |
| Pacer | 2/18/2020 | Charges LIBRARY, ID | $0.10 |
| Pacer | 2/18/2020 | Charges LIBRARY, ID | $0.10 |

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[3] |
|---|---|---|---|
| Pacer | 2/18/2020 | Charges LIBRARY, ID | $0.10 |
| Pacer | 2/18/2020 | Charges LIBRARY, ID | $0.10 |
| Pacer | 2/18/2020 | Charges LIBRARY, ID | $0.10 |
| Pacer | 2/18/2020 | Charges LIBRARY, ID | $0.10 |
| Pacer | 2/18/2020 | Charges LIBRARY, ID | $0.10 |
| Pacer | 2/18/2020 | Charges LIBRARY, ID | $0.10 |
| Pacer | 2/18/2020 | Charges LIBRARY, ID | $0.10 |
| Pacer | 2/18/2020 | Charges LIBRARY, ID | $0.10 |
| Pacer | 2/18/2020 | Charges LIBRARY, ID | $0.10 |
| Pacer | 2/18/2020 | Charges LIBRARY, ID | $1.40 |
| Pacer | 2/18/2020 | Charges LIBRARY, ID | $3.00 |
| Pacer | 2/18/2020 | Charges LIBRARY, ID | $0.70 |
| Pacer | 2/18/2020 | Charges LIBRARY, ID | $2.60 |
| Pacer | 2/18/2020 | Charges LIBRARY, ID | $1.20 |
| Pacer | 2/18/2020 | Charges LIBRARY, ID | $3.00 |
| Document Retrieval | 2/19/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 2/19/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 2/19/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 2/20/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 2/20/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - janie.franklin@stblaw.com | $2.18 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[3] |
|---|---|---|---|
| Document Retrieval | 2/20/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - janie.franklin@stblaw.com | $2.18 |
| Online research - West Law | 2/20/2020 | MULTI-SEARCH TRANSACTIONAL SEARCHES-KINSEL, KOURTNEY | $129.55 |
| Pacer | 2/20/2020 | Charges LIBRARY, ID | $0.10 |
| Pacer | 2/20/2020 | Charges LIBRARY, ID | $1.50 |
| Pacer | 2/20/2020 | Charges LIBRARY, ID | $3.00 |
| Pacer | 2/20/2020 | Charges LIBRARY, ID | $0.60 |
| Pacer | 2/20/2020 | Charges LIBRARY, ID | $1.80 |
| Pacer | 2/20/2020 | Charges LIBRARY, ID | $1.30 |
| Document Retrieval | 2/21/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 2/21/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 2/21/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - janie.franklin@stblaw.com | $2.18 |
| Online research - West Law | 2/21/2020 | MULTI-SEARCH DOCUMENT DISPLAYS-KINSEL, KOURTNEY | $994.74 |
| Online research - West Law | 2/21/2020 | MULTI-SEARCH TRANSACTIONAL SEARCHES-KINSEL, KOURTNEY | $259.10 |
| Document Retrieval | 2/24/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 2/24/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 2/24/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 2/25/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 2/25/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - janie.franklin@stblaw.com | $2.18 |

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[3] |
|---|---|---|---|
| Document Retrieval | 2/25/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 2/26/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 2/26/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 2/26/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - janie.franklin@stblaw.com | $2.18 |
| Pacer | 2/26/2020 | Charges Campbell, Eamonn W. | $0.10 |
| Pacer | 2/26/2020 | Charges Campbell, Eamonn W. | $0.10 |
| Pacer | 2/26/2020 | Charges Campbell, Eamonn W. | $0.10 |
| Pacer | 2/26/2020 | Charges Campbell, Eamonn W. | $0.10 |
| Pacer | 2/26/2020 | Charges Campbell, Eamonn W. | $0.10 |
| Pacer | 2/26/2020 | Charges Campbell, Eamonn W. | $0.10 |
| Pacer | 2/26/2020 | Charges Campbell, Eamonn W. | $0.10 |
| Pacer | 2/26/2020 | Charges Campbell, Eamonn W. | $3.00 |
| Pacer | 2/26/2020 | Charges Campbell, Eamonn W. | $0.70 |
| Pacer | 2/26/2020 | Charges Campbell, Eamonn W. | $1.40 |
| Pacer | 2/26/2020 | Charges Campbell, Eamonn W. | $1.20 |
| Online research - West Law | 2/27/2020 | MULTI-SEARCH DOCUMENT DISPLAYS-RICCIARDI, SARA | $120.33 |
| Online research - West Law | 2/27/2020 | MULTI-SEARCH TRANSACTIONAL SEARCHES-RICCIARDI, SARA | $423.15 |
| Document Retrieval | 2/27/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 2/27/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - janie.franklin@stblaw.com | $2.18 |

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[3] |
|---|---|---|---|
| Document Retrieval | 2/27/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 2/28/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 2/28/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 2/28/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - janie.franklin@stblaw.com | $2.18 |
| **Travel** | | | |
| Airfare | 11/29/2019 | ANDREW T. FRANKEL - Airfare; Travel to San Francisco American Express: DELTA AIR LINES NEW YORK NY American Express: DELTA AIR LINES NEW YORK NY Nov 29, 2019; Andy Frankel. | $870.60 |
| Airfare | 11/29/2019 | ANDREW T. FRANKEL - Airfare; Travel to SF -- travel agency fee American Express: TRAVEL AGENCY SERVIC NEW YORK NY American Express: TRAVEL AGENCY SERVIC NEW YORK NY Nov 29, 2019; Andy Frankel. | $55.00 |
| Airfare | 12/4/2019 | ANDREW T. FRANKEL - Airfare; Travel agency fee American Express: TRAVEL AGENCY SERVIC NEW YORK NY American Express: TRAVEL AGENCY SERVIC NEW YORK NY Dec 04, 2019; Andy Frankel. | $24.95 |
| Out-of-town travel | 12/4/2019 | ANDREW T. FRANKEL - Out of Town Travel; Uber American Express: UBER TRIP HELP.UBER.COM CA American Express: UBER TRIP HELP.UBER.COM CA Dec 04, 2019; Andy Frankel. | $109.96 |
| Out-of-town travel | 12/5/2019 | ANDREW T. FRANKEL - Out of Town Travel; Uber American Express: UBER TRIP HELP.UBER.COM CA American Express: UBER TRIP HELP.UBER.COM CA Dec 05, 2019; Andy Frankel. | $32.24 |
| Hotel | 12/5/2019 | ANDREW T. FRANKEL - Lodging; hotel accommodations Dec 05, 2019; Andy Frankel. | $592.22 |

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[3] |
|---|---|---|---|
| Out-of-town travel | 12/5/2019 | ANDREW T. FRANKEL - Out of Town Travel; Uber American Express: UBER TRIP HELP.UBER.COM CA American Express: UBER TRIP HELP.UBER.COM CA Dec 05, 2019; Andy Frankel. | $35.27 |
| Airfare | 12/5/2019 | ANDREW T. FRANKEL - Airfare; Travel from San Francisco American Express: DELTA AIR LINES NEW YORK NY American Express: DELTA AIR LINES NEW YORK NY Dec 05, 2019; Andy Frankel. | $870.60 |
| Out-of-town travel | 12/5/2019 | ANDREW T. FRANKEL - Out of Town Travel; Uber American Express: UBER TRIP HELP.UBER.COM CA American Express: UBER TRIP HELP.UBER.COM CA Dec 05, 2019; Andy Frankel. | $139.57 |
| Airfare | 2/12/2020 | MARIO A. PONCE - Airfare; Airfare American Express: JETBLUE NEW YORK NY American Express: JETBLUE NEW YORK NY Feb 12, 2020; Mario Ponce. | $532.10 |
| Airfare | 2/12/2020 | MARIO A. PONCE - Airfare; Airfare American Express: UNITED AIRLINES NEW YORK NY American Express: UNITED AIRLINES NEW YORK NY Feb 12, 2020; Mario Ponce. | $1,117.45 |
| Airfare | 2/19/2020 | NICHOLAS GOLDIN - Airfare; PGE American Express: DELTA AIR LINES NEW YORK NY American Express: DELTA AIR LINES NEW YORK NY Feb 19, 2020; Nicholas Goldin. | $1,284.20 |
| Airfare | 2/19/2020 | NICHOLAS GOLDIN - Airfare; Travel Fee American Express: TRAVEL AGENCY SERVIC NEW YORK NY American Express: TRAVEL AGENCY SERVIC NEW YORK NY Feb 19, 2020; Nicholas Goldin. | $55.00 |
| Out-of-town travel | 2/19/2020 | XYZ TWO WAY RADIO SERVICE - Out-of-town travel XYZ Taxi/02/19/20/1430/PONCE MARIO A./LGASTOP:00000WAIT:00000TOLL:000 625002658-0002 | $66.51 |
| Hotel | 2/21/2020 | NICHOLAS GOLDIN - Lodging; PGE Lodging Feb 21, 2020; Nicholas Goldin. | $227.80 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[3] |
|---|---|---|---|
| Out-of-town travel | 2/21/2020 | NICHOLAS GOLDIN - Out of Town Travel; Car service American Express: UBER TRIP HELP.UBER.COM CA American Express: UBER TRIP HELP.UBER.COM CA Feb 21, 2020; Nicholas Goldin. | $33.61 |
| Out-of-town travel | 2/21/2020 | NICHOLAS GOLDIN - Out of Town Travel; Car service American Express: UBER TRIP HELP.UBER.COM CA American Express: UBER TRIP HELP.UBER.COM CA Feb 21, 2020; Nicholas Goldin. | $86.55 |
| Out-of-town travel | 2/21/2020 | MARIO A. PONCE - Out of Town Travel; Taxi American Express: MERSEN MARANYAN GOSQ San Francisco CA American Express: MERSEN MARANYAN GOSQ San Francisco CA Feb 21, 2020; Mario Ponce. | $73.95 |
| Hotel | 2/21/2020 | MARIO A. PONCE - Lodging; Hotel Feb 21, 2020; Mario Ponce. | $386.71 |
| Out-of-town travel | 2/22/2020 | EXECUTIVE CHARGE, INC. - Out-of-town travel Charges EXEC Taxi/02/22/2020/PONCE MARIO/FK AIRPORT/00:07 | $208.84 |
| **Meals** | | | |
| Meals - Overtime | 1/28/2020 | ERICA EGENES - Overtime Meal 07PM; Dinner for Mario Ponce, Sandy Qusba, and Erica Egenes. Sugarfish by Sushi Nozawa. Charged on Ms. Egenes's personal credit card. Sugarfish by Sushi Nozawa. Charged on Ms. Egenes's personal credit card. Jan 28, 2020; Erica Egenes. Erica Egenes, Mario Ponce, Sandy Qusba | $90.00 |
| Meals - Travel | 2/21/2020 | NICHOLAS GOLDIN - Out of Town Travel Meal; Airport Meal American Express: FARMERBROWN 65000001 SAN FRANCISCO CA American Express: FARMERBROWN 65000001 SAN FRANCISCO CA Feb 21, 2020; Nicholas Goldin. Nicholas Goldin | $28.18 |
| Meals - Travel | 2/21/2020 | NICHOLAS GOLDIN - Out of Town Travel Meal; Snack American Express: FARMERBROWN 65000001 SAN FRANCISCO CA American Express: FARMERBROWN 65000001 SAN | $15.33 |

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[3] |
|---|---|---|---|
| | | FRANCISCO CA Feb 21, 2020; Nicholas Goldin. Nicholas Goldin | |
| Meals - Travel | 2/21/2020 | NICHOLAS GOLDIN - Out of Town Travel Meal; PGE Feb 21, 2020; Nicholas Goldin. | $17.13 |
| Meals - Travel | 2/21/2020 | MARIO A. PONCE - Hotel - Out of Town Travel Meal; Meals Feb 21, 2020; Mario Ponce. Mario Ponce | $75.00 |
| Meals - Overtime | 2/27/2020 | ERICA EGENES - Overtime Meal 08PM; Overtime meal. American Express: ST B 012747 NEW YORK NY American Express: ST B 012747 NEW YORK NY Feb 27, 2020; Erica Egenes. Erica Egenes | $11.50 |
| Meals - Business | 2/27/2020 | ERICA EGENES - Business Meal; Dinner during board meeting with Mario Ponce, Sandy Qusba, Ravi Purushotham, Jeff Larocca, and Erica Egenes. American Express: NAPLES 45 NEW YORK NY American Express: NAPLES 45 NEW YORK NY Feb 27, 2020; Erica Egenes. Erica Egenes, Mario Ponce, Sandy Qusba, Ravi Purushotham, Jeffrey Larocca | $177.23 |
| **Transportation** | | | |
| OT - Carfare | 2/18/2020 | Carfare XYZ TWO WAY RADIO SERVICE - XYZ Taxi/02/18/20/1951/PONCE MARIO A./GREESTOP:00000WAIT:00000TOLL:000000002658-0002 | $120.95 |
| Local travel | 2/19/2020 | XYZ TWO WAY RADIO SERVICE - Local travel XYZ Taxi/02/19/20/0900/CURNIN PAUL C./885 3 AVESTOP:00000WAIT:00480TOLL:000000003192-0002 | $39.28 |
| OT - Carfare | 2/26/2020 | ERICA EGENES - Overtime Transportation 09PM; Overtime transportation. Merchant: Uber Technologies, Inc. Merchant:Uber Technologies, Inc. Merchant: Uber Technologies, Inc. Merchant:Uber Technologies, Inc. Feb 26, 2020; Erica Egenes. | $25.26 |
| OT - Carfare | 2/27/2020 | XYZ TWO WAY RADIO SERVICE - Carfare XYZ Taxi/02/27/20/2120/PONCE MARIO | $129.66 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[3] |
|---|---|---|---|
| | | A./GREESTOP:00000WAIT:00000TOLL:000850002658-0002 | |
| OT - Carfare | 2/28/2020 | ERICA EGENES - Overtime Transportation 12AM; Overtime transportation. Merchant: Uber Technologies, Inc. Merchant:Uber Technologies, Inc. Merchant: Uber Technologies, Inc. Merchant:Uber Technologies, Inc. Feb 28, 2020; Erica Egenes. | $25.08 |
| **Duplicating** | | | |
| Print from Email | 2/3/2020 | Print from Email: New York Figueroa, Brunilda | $13.75 |
| Print from Email | 2/14/2020 | Print from Email: New York Ricciardi, Sara A. | $48.40 |
| Print from Email | 2/19/2020 | Print from Email: New York Egenes, Erica M. | $22.60 |
| Print from Email | 2/25/2020 | Print from Email: New York Isaacman, Jennifer | $35.85 |
| Print from Email | 2/27/2020 | Print from Email: New York Fu, Yingting | $227.10 |
| Print from email, color | 2/27/2020 | Print from email, color: New York Fu, Yingting | $3.24 |
| Print from email, color | 2/28/2020 | Print from email, color: New York Campbell, Eamonn W. | $3.24 |
| Print from Email | 2/28/2020 | Print from Email: New York Egenes, Erica M. | $35.35 |
| **Conferencing/Communication** | | | |
| Telephone | 12/3/2019 | LOOP UP LLC - Loopup-2019-12-03-15298-SC0354-Michael Casey's Meeting Room Moderated By: 15298 | $5.34 |
| Telephone | 12/6/2019 | LOOP UP LLC - Loopup-2019-12-06-08620-SC0835-Greg Grogan's Meeting Room Moderated By: 08620 | $29.98 |
| Telephone | 12/9/2019 | LOOP UP LLC - Loopup-2019-12-09-14336-SC1138-Rachel Sparks Bradley's Meeting Room Moderated By: 14336 | $1.88 |
| Telephone | 12/11/2019 | LOOP UP LLC - Loopup-2019-12-11-15361-SC1545-Eamonn Campbell's Meeting Room Moderated By: 15361 | $0.37 |
| Telephone | 12/11/2019 | LOOP UP LLC - Loopup-2019-12-11-15361-SC1551-Eamonn Campbell's Meeting Room Moderated By: 15361 | $13.29 |

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[3] |
|---|---|---|---|
| Telephone | 12/12/2019 | LOOP UP LLC - Loopup-2019-12-12-08914-SC1722-Sara Ricciardi's Meeting Room Moderated By: 08914 | $2.72 |
| Telephone | 12/12/2019 | LOOP UP LLC - Loopup-2019-12-12-15361-SC1699-Eamonn Campbell's Meeting Room Moderated By: 15361 | $8.58 |
| Telephone | 12/13/2019 | LOOP UP LLC - Loopup-2019-12-13-15851-SC1873-Rebecca Sussman's Meeting Room Moderated By: 15851 | $0.42 |
| Telephone | 12/14/2019 | LOOP UP LLC - Loopup-2019-12-14-00905-SC1909-Mario Ponce's Meeting Room Moderated By: 00905 | $2.64 |
| Telephone | 12/14/2019 | LOOP UP LLC - Loopup-2019-12-14-00905-SC1915-Mario Ponce's Meeting Room Moderated By: 00905 | $9.14 |
| Telephone | 12/15/2019 | LOOP UP LLC - Loopup-2019-12-15-15786-SC1924-Erica's Meeting Room Moderated By: 15786 | $9.21 |
| Telephone | 12/16/2019 | LOOP UP LLC - Loopup-2019-12-16-15851-SC2025-Rebecca Sussman's Meeting Room Moderated By: 15851 | $1.52 |
| Telephone | 12/16/2019 | LOOP UP LLC - Loopup-2019-12-16-15851-SC2017-Rebecca Sussman's Meeting Room Moderated By: 15851 | $3.14 |
| Telephone | 12/18/2019 | LOOP UP LLC - Loopup-2019-12-18-08914-SC2544-Sara Ricciardi's Meeting Room Moderated By: 08914 | $2.88 |
| Telephone | 12/18/2019 | LOOP UP LLC - Loopup-2019-12-18-15786-SC2535-Erica's Meeting Room Moderated By: 15786 | $3.19 |
| Telephone | 12/18/2019 | LOOP UP LLC - Loopup-2019-12-18-15786-SC2556-Erica's Meeting Room Moderated By: 15786 | $3.14 |
| Telephone | 12/20/2019 | LOOP UP LLC - Loopup-2019-12-20-00905-SC2823-Mario Ponce's Meeting Room Moderated By: 00905 | $11.23 |
| Telephone | 12/23/2019 | LOOP UP LLC - Loopup-2019-12-23-00905-SC3008-Mario Ponce's Meeting Room Moderated By: 00905 | $1.58 |
| Telephone | 12/31/2019 | LOOP UP LLC - Loopup-2019-12-31-00905-SC3324-Mario Ponce's Meeting Room Moderated By: 00905 | $0.04 |

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[3] |
|---|---|---|---|
| Telephone | 12/31/2019 | LOOP UP LLC - Loopup-2019-12-31-00905-SC3349-Mario Ponce's Meeting Room Moderated By: 00905 | $4.59 |
| Court Call | 2/3/2020 | COURTCALL LLC - Court Call Telephonic court appearance re: PG&E Corporation/19-30088 | $95.00 |
| Court Call | 2/3/2020 | COURTCALL LLC - Court Call Telephonic court appearance re: PG&E Corporation/19-30088 | $132.50 |
| Court Call | 2/5/2020 | COURTCALL LLC - Court Call Telephonic court appearance re: PG&E Corporation/19-30088 | $95.00 |
| Court Call | 2/20/2020 | COURTCALL LLC - Court Call - Telephonic court appearance in re: PG&E Corporation / 19-30088 | $35.00 |
| Court Call | 2/24/2020 | COURTCALL LLC - Court Call - Telephonic court appearance in re: PG&E Corporation / 19-30088 | $45.00 |
| Filing Fees | 2/20/2020 | COURTCALL LLC - Filing Fees - Telephonic court appearance in re: PG&E Corporation / 19-30088 | $35.00 |
| **TOTAL:** | | | **$18,812.77** |