# EXHIBIT A

**COMPENSATION BY COBLENTZ PATCH DUFFY & BASS LLP PROFESSIONALS
FOR THE PERIOD MARCH 1, 2020 THROUGH MARCH 31, 2020**

The Coblentz attorneys and paraprofessionals who rendered legal services for the Debtors during these Chapter 11 Cases from March 1, 2020 through March 31, 2020 (the "**Fee Period**") are:

| Name of Professional | Position | Primary Practice Group[1] | Year Admitted | Reduced Hourly Rate for Debtors | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Barbara Milanovich | Partner | RE | 1980 | $700 | 65.30 | $45,710.00 |
| Doug Sands | Partner | RE | 1987 | $700 | 86.80 | $60,760.00 |
| Ficks, Gregg | Partner | BCR/LIT | 1990 | $704 | 29.00 | $20,416.00 |
| Sean Coyle | Partner | LIT | 2004 | $600 | 22.40 | $13,440.00 |
| Mark Hejinian | Partner | LIT | 2011 | $500 | 0.30 | $150.00 |
| Robert Hodil | Partner | RE | 2002 | $610 | 0.90 | $549.00 |
| James F. McKee | Associate | LIT | 2014 (TX); 2019 (CA) | $422 | 55.00 | $23,210.00 |
| Daniel P. Barsky | Associate | RE | 2017 | $405 | 11.80 | $4,779.00 |
| Caitlyn N. Chacon | Associate | LIT | 2013 | $440 | 32.50 | $14,300.00 |
| Leah P. Collins | Associate | RE | 2016 | $405 | 4.20 | $1,701.00 |
| Laura R. Seegal | Associate | LIT | 2015 | $418 | 14.20 | $5,935.60 |
| Jessica Wilson | Associate | TAX | 2018 | $396 | 0.60 | $237.60 |
| Michael R. Wilson | Paralegal | RE | N/A | $352 | 24.60 | $8,659.20 |
| Dianne M. Sweeny | Paralegal | RE | N/A | $210 | 8.90 | $1,869.00 |
| Yasmin Jayasuriya | Paralegal | LIT | N/A | $260 | 0.70 | $182.00 |
| Jordan V. Mendoza | Paralegal | RE | N/A | $250 | 5.60 | $1,400.00 |
| Gino Altamirano | Paralegal | RE | N/A | $299 | 0.40 | $119.60 |

---

[1] RE = Real Estate; LIT = Litigation; BCR = Bankruptcy and Creditors' Rights; CORP = Corporate

| Name of Professional | Position | Primary Practice Group[1] | Year Admitted | Reduced Hourly Rate for Debtors | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Viet Doan | Paralegal | LIT | N/A | $175 | 39.40 | $6,895.00 |
| **Total Professionals:** | | | | | **402.60** | **$210,313.00** |

| PROFESSIONALS TOTALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $688.94 | 204.70 | $141,025.00 |
| Associates | $424.03 | 118.30 | $50,163.20 |
| **Blended Attorney Rate** | **$591.91** | **323.00** | **$191,188.20** |
| Paraprofessionals and other non-legal staff | $240.26 | 79.60 | $19,124.80 |
| **Total Fees Incurred** | **$522.39** | **402.60** | **$210,313.00** |