# EXHIBIT B

**COMPENSATION BY WORK TASK CODE FOR SERVICES RENDERED BY COBLENTZ PATCH DUFFY & BASS LLP FOR THE PERIOD MARCH 1, 2020 THROUGH MARCH 31, 2020**

| TASK[1] CODE | DESCRIPTION[1] | HOURS | AMOUNT |
|---|---|---|---|
| C100 | Fact Gathering | 36.90 | $12,277.00 |
| C400 | Third Party Communication | 0.40 | $176.00 |
| L110 | Fact Investigation/Development | 38.30 | $16,162.60 |
| L120 | Analysis/Strategy | 32.10 | $15,394.60 |
| L130 | Experts/Consultants | 0.50 | $300.00 |
| L143 | eDiscovery - Identification and Preservation | 0.70 | $182.00 |
| L330 | Depositions | 14.20 | $6,840.00 |
| L650 | Review | 22.20 | $9,081.60 |
| L653 | First Pass Document Review | 16.30 | $7,172.00 |
| P100[2] | Project Administration | 39.50 | $27,766.00 |
| P220 | Tax | 0.60 | $237.60 |
| P240 | Real and Personal Property | 17.40 | $7,460.00 |
| P280 | Other | 39.80 | $7,014.60 |

---

[1] These Task Codes and Descriptions were used by Coblentz in conjunction with pre-petition time entries and invoices as required by Debtors prior to the filing of these Bankruptcy Cases, and Coblentz continues to use them in conjunction with post-petition time entries and invoices in these Special Counsel matters. In connection with additional services Coblentz now is required to perform in connection with these bankruptcy cases (*e.g.*, in connection with Coblentz's retention application, monthly fee statements, fee applications, or the like), Coblentz further specifies the time and fees for any such additional services in footnote 2 below.

[2] This Task Code includes approximately: (a) 10.6 hours ($7,462.40 in fees) related to Coblentz's Monthly Fee Statements; (b) .3 hours ($211.20 in fees) related to Special Counsel and scope of work requirements and potential and/or filed supplemental party disclosures in these Bankruptcy Cases; (c) 2.2 hours ($1,548.80 in fees) related to Coblentz's First Interim Fee Application, discussions and resolution regarding that application with the Fee Examiner or his counsel, and preparation of information for Fee Examiner's Notice re same; and (d) 15.9 hours ($11,193.60 in fees) related to Coblentz's Second Interim Fee Application.

| TASK[1] CODE | DESCRIPTION[1] | HOURS | AMOUNT |
|---|---|---|---|
| P300 | Structure/Strategy/Analysis | 98.00 | $68,519.00 |
| P400 | Initial Document Preparation/Filing | 38.00 | $26,340.00 |
| P500 | Negotiation/Revision/Responses | 7.70 | $5,390.00 |
| **Total:** | | **402.60** | **$210,313.00** |