# EXHIBIT C

16213.101 4814-5104-0954.2

Case: 19-30088    Doc# 7015-3    Filed: 04/30/20    Entered: 04/30/20 16:13:43    Page 1 of 2

**EXPENSE SUMMARY (COBLENTZ PATCH DUFFY & BASS LLP) FOR THE PERIOD MARCH 1, 2020 THROUGH MARCH 31, 2020**

| EXPENSES | AMOUNTS |
|---|---|
| Computerized Research | N/A |
| Meals | N/A |
| Travel | N/A |
| Transportation | N/A |
| Duplicating | N/A |
| Transcription (Deposition) Services | N/A |
| Third Party Consulting Fees | N/A |
| Telephone Conferencing | N/A |
| Messenger | N/A |
| Filing Fees | N/A |
| Process Service | N/A |
| Property Search | $93.13 |
| Court Reporter | $3,195.85 |
| Litigation Support Vendors | $118.90 |
| **Total Expenses Requested:** | **$3,407.88** |