# EXHIBIT E

16213.101 4814-5104-0954.2
Case: 19-30088    Doc# 7015-5    Filed: 04/30/20    Entered: 04/30/20 16:13:43    Page 1 of 2

**DETAILED EXPENSE ENTRIES (COBLENTZ PATCH DUFFY & BASS LLP) FOR THE PERIOD MARCH 1, 2020 THROUGH MARCH 31, 2020**

| Costs Advanced | Amount |
|---|---|
| Court Reporter – U.S. Legal Support - Sac | $3,195.85 |
| Litigation Support Vendors – Case Home Page | $118.90 |
| Property Search – DataTree by First American | $93.13 |
| **Total Costs Requested:** | **$3,407.88** |