**EXHIBIT A**

**EXHIBIT A**

**HOURS BY PROFESSIONAL
FOR THE PERIOD MARCH 18, 2020 THROUGH APRIL 17, 2020**

| PROFESSIONAL | POSITION | TOTAL HOURS |
|---|---|---|
| Adam Goldberg | Partner | 9.50 |
| Alexander Lange | Senior Director | 55.50 |
| Emily Seeley | Account Manager | 30.50 |
| **TOTAL** | | **95.50** |