**EXHIBIT B**

# EXHIBIT B

## HOURS BY TASK FOR
## FOR THE PERIOD MARCH 18, 2020 THROUGH APRIL 17, 2020

| TASK DESCRIPTION | HOURS |
|---|---:|
| Emails and/or Calls with Client and/or Client Attorney | 41.50 |
| Internal Client Meetings | 15.00 |
| Research and Writing | 15.00 |
| Working with the Media | 24.00 |
| **TOTAL** | **95.50** |