1       **EXHIBIT C**

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## EXHIBIT C

### EXPENSE SUMMARY
### FOR THE PERIOD MARCH 18, 2019 THROUGH APRIL 17, 2020

| EXPENSES | AMOUNTS |
|---|---|
| CourtCall to Attend Hearing | $87.50 |
| **TOTAL EXPENSES REQUESTED:** | **$87.50** |