# EXHIBIT D

## Detailed Time Entries

# ADAM GOLDBERG

| DATE | HOURS | ACTIVITY DESCRIPTION |
|---|---|---|
| 3/18/20 | .5 | Call w/ client and/or client attorneys |
| 3/25/20 | 1 | Emails and calls w/ client and/or client attorneys |
|  | .5 | Research and writing |
| 3/30/20 | .5 | Internal client meetings |
| 4/01/20 | .5 | Call w/ client and/or client attorneys |
| 4/02/20 | .5 | Internal client meetings |
| 4/06/20 | .5 | Emails and calls w/ client and/or client attorneys |
|  | .5 | Internal client meetings |
|  | .5 | Emails and calls w/ client and/or client attorneys |
| 4/08/20 | .5 | Call w/ client and/or client attorneys |
| 4/10/20 | .5 | Internal client meetings |
|  | .5 | Research and writing |
| 4/13/20 | .5 | Call w/ client and/or client attorneys |
|  | .5 | Internal client meetings |
| 4/15/20 | .5 | Call w/ client and/or client attorneys |
| 4/17/20 | .5 | Calls and emails w/ client and/or client attorneys |
|  | .5 | Internal client meetings |
|  | .5 | Research and writing |
|  |  |  |
| **TOTAL** | **9.5** |  |

## ALEXANDER LANGE

| DATE | HOURS | ACTIVITY DESCRIPTION |
|---|---|---|
| 3/18/20 | .5 | Emails and calls with client and/or client attorneys |
| | .5 | Working with media |
| 3/23/20 | .5 | Emails with client and/or client attorneys |
| 3/24/20 | .5 | Internal client meetings |
| 3/25/20 | 2 | Research and writing |
| | 1 | Working with media |
| | 1.5 | Emails and calls with client and/or client attorneys |
| 3/26/20 | .5 | Research and writing |
| | 1 | Emails with client and/or client attorneys |
| | 2 | Working with media |
| 3/27/20 | .5 | Research and writing |
| | 5 | Emails and calls with client and/or client attorneys |
| 3/30/20 | .5 | Internal client meetings |
| | .5 | Emails with client and/or client attorneys |
| 4/1/20 | .5 | Emails and calls with client and/or client attorneys |
| 4/2/20 | 1 | Internal client meetings |
| | 2 | Emails and calls with client and/or client attorneys |
| | 1.5 | Working with the Media |
| | 1.5 | Research and writing |
| 4/3/20 | 3 | Emails and calls with client and/or client attorneys |
| | 1 | Internal client meetings |
| | 3 | Working with the Media |
| | 1 | Research and writing |
| 4/6/20 | 1.5 | Emails and calls with client and/or client attorneys |
| | 1 | Internal client meetings |
| | 1.5 | Working with the Media |
| | 1 | Research and writing |
| 4/7/20 | 1 | Emails and calls with client and/or client attorneys |
| | 1 | Working with the Media |
| 4/8/20 | 1 | Emails and calls with client and/or client attorneys |
| | .5 | Working with the Media |
| 4/9/20 | .5 | Working with the media |
| | 1 | Emails and calls with client and/or client attorneys |
| 4/10/20 | 1 | Emails and calls with client and/or client attorneys |
| | .5 | Research and writing |
| 4/11/20 | .5 | Emails with client and/or client attorneys |
| 4/13/20 | 1 | Internal client meetings |
| | .5 | Working with the media |
| | .5 | Emails with client and/or client attorneys |
| 4/14/20 | 1 | Emails with client and/or client attorneys |
| | .5 | Working with the media |
| | .5 | Research and writing |
| 4/15/20 | 1.5 | Emails and calls with client and/or client attorneys |
| | .5 | Working with the media |
| | .5 | Internal client meetings |
| 4/16/20 | 1 | Research and writing |
| 4/17/20 | .5 | Internal client meetings |
| | 1.5 | Research and writing |
| | 1.5 | Emails with client and/or client attorneys |
| | 1.5 | Working with media |
| **TOTAL:** | **55.5** | |

**EMILY SEELEY**

| DATE | HOURS | ACTIVITY DESCRIPTION |
|---|---|---|
| 3/18/20 | 0.5 | Calls with client and/or client attorneys |
| 3/24/20 | 0.5 | Internal client meetings |
| 3/25/20 | 0.5 | Research and writing |
| | 0.5 | Calls with client and/or client attorneys |
| 3/26/20 | 1 | Working with media |
| | 0.5 | Emails with client and/or client attorneys |
| | 0.5 | Research and writing |
| 3/27/20 | 2 | Calls with client and/or client attorneys |
| 3/30/20 | 1 | Working with media |
| | 0.5 | Emails with client and/or client attorneys |
| | 0.5 | Internal client meetings |
| 4/1/20 | 0.5 | Calls with client and/or client attorneys |
| 4/2/20 | 1.5 | Working with media |
| | 1.5 | Emails with client and/or client attorneys |
| | 1 | Internal client meetings |
| 4/3/20 | 1 | Internal client meetings |
| | 4 | Working with the Media |
| | 0.5 | Research and writing |
| | 1 | Emails with client and/or client attorneys |
| 4/6/20 | 2 | Research and writing |
| | 2.5 | Emails and calls with client and/or client attorneys |
| | 2 | Working with media |
| | 1 | Internal client meetings |
| 4/8/20 | 0.5 | Calls with client and/or client attorneys |
| 4/13/20 | 1 | Internal client meetings |
| 4/15/20 | 1 | Internal client meetings |
| | 0.5 | Calls with client and/or client attorneys |
| 4/17/20 | 1 | Emails and calls with client and/or client attorneys |
| | | |
| **TOTAL:** | **30.5** | |