**EXHIBIT E**

# EXHIBIT E

## EXPENSE DETAIL
## FOR THE PERIOD MARCH 18, 2019 THROUGH APRIL 17, 2020

| DATE | PROFESSIONAL | EXPENSE DETAIL | AMOUNT |
|---|---|---|---|
| 3/24/2020 | Alexander Lange | CourtCall to Attend Hearing | $87.50 |
| | | **TOTAL** | **$87.50** |