# EXHIBIT A

## COMPENSATION BY PROFESSIONAL
### NOVEMBER 1, 2019 THROUGH FEBRUARY 29, 2020

The attorneys and paraprofessionals who rendered legal services in these Chapter 11 Cases from November 1, 2019 through February 29, 2020 (the "**Fee Period**") are:

| NAME OF PROFESSIONAL: | POSITION | YEAR ADMITTED | HOURLY RATE (2019)[1] | HOURLY RATE (2020)[2] | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| Richard A. Levy | Partner | 1983 | $1,270.00 | $1,325.00 | 13 | $16,807.00 |
| James E. Brandt | Partner | 1983 | $1,235.00 | $1,290.00 | 131.5 | $167,605.50 |
| Robert W. Perrin | Partner | 1998 | $1,000.00 | $1,070.00 | 429 | $447,984.00 |
| Ted A. Dillman | Partner | 2008 | $960.00 | $1,005.00 | 20.8 | $20,301.00 |
| James Ktsanes | Partner | 2007 | $960.00 | -- | 2.5 | $2,400.00 |
| Gavin M. Masuda | Partner | 2008 | $910.00 | $975.00 | 3.6 | $3,497.00 |
| Drew T. Gardiner | Partner | 2004 | $885.00 | $920.00 | 29.9 | $27,277.00 |
| Michael J. Reiss | Partner | 2010 | $870.00 | $950.00 | 421.3 | $390,435.00 |
| Tiffany M. Ikeda | Associate | 2011 | $860.00 | $895.00 | 94.7 | $82,499.00 |
| Meryn C. Grant | Associate | 2013 | $830.00 | $895.00 | 119.7 | $102,126.50 |
| Devin O' Connor | Associate | 2013 | $830.00 | -- | 0.6 | $498.00 |
| Shawn P. Hansen | Associate | 2015 | $670.00 | $810.00 | 27.7 | $20,239.00 |
| John D. Niemeyer | Associate | 2015 | -- | $810.00 | 3 | $2,430.00 |
| Setareh Homayoni | Associate | 2016 | $590.00 | $760.00 | 48.1 | $31,337.00 |
| Michael A. Hale | Associate | 2017 | -- | $695.00 | 104.5 | $72,627.50 |
| Caitlin J. Campbell | Associate | 2018 | -- | $590.00 | 117.8 | $69,502.00 |
| Macaulay Ivory | Associate | -- | $480.00 | -- | 28.5 | $13,680.00 |
| Robert Medina | Associate | 2019 | $380.00 | $500.00 | 228.4 | $109,592.00 |
| John M. Eastly | Senior Paralegal | -- | $345.00 | $355.00 | 20.7 | $7,272.50 |
| Andrea Casalett | Litigation Services Supervising Attorney | -- | $340.00 | $360.00 | 2.6 | $890.00 |

---

[1] Rates are not included if a professional did not render services in that particular year.

[2] Fees attributable to the period after December 31, 2019 are charged at the Applicant's 2020 rates, subject to a customary rate adjustment that was negotiated and agreed to by the Debtors and the Applicant in a manner consistent with past practice.

| NAME OF PROFESSIONAL: | POSITION | YEAR ADMITTED | HOURLY RATE (2019)[1] | HOURLY RATE (2020)[2] | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| Total Professionals: | 20 | | | | 1,847.9 | $1,589,000.00 |

| PROFESSIONALS<br><br>TOTALS: | BLENDED RATE (rounded to nearest dollar) | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel[3] | $1,023 | 1051.6 | $1,076,306.50 |
| Associates | $653 | 773 | $504,531.00 |
| **Blended Attorney Rate** | **$866** | **1,824.6** | **$1,580,837.50** |
| Paraprofessionals and other non-legal staff | $350 | 23.3 | $8,162.50 |
| **Total Fees Incurred** | **$860** | **1,847.9** | **$1,589,000.00** |

---

[3] Mr. Michael J. Reiss was made partner in January 2020. For purposes of the "Partners and Counsel" disclosure, Mr. Michael J. Reiss is included as a partner.