# EXHIBIT B

## COMPENSATION BY WORK TASK CODE FOR SERVICES RENDERED BY LATHAM & WATKINS LLP NOVEMBER 1, 2019 THROUGH FEBRUARY 29, 2020[1]

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 118 | Derivative Action: Wollman v. Andrews, et. al. | 4.4 | $4,105.00 |
| 146 | CERCLA Clean Up – Topock | 0.6 | $498.00 |
| 161 | North Bay Fires – Derivative Litigation | 43.9 | $42,091.00 |
| 165 | Insurance Counseling | 41.9 | $25,636.50 |
| 166 | North Bay Fires Securities Class Action[2] | 1740 | $1,501,866.00 |
| 167 | OFPRS v. Chew, et al. | 1.7 | $1,087.00 |
| 171 | Williams Derivative Litigation | 0.4 | $236.00 |
| 172 | Bowlinger Derivative Litigation | 10.9 | $9,725.50 |
| 173 | Public Safety Power Shutoffs Class Action | 4.1 | $3,755.00 |
| TOTAL | | 1847.9 | $1,589,000.00 |

---

[1] The total amounts do not include expenses.

[2] This task code also includes time spent on the preparation of the Monthly Fee Statement and the Applicant's retention application.