**EXHIBIT C**

**EXPENSE SUMMARY**
**NOVEMBER 1, 2019 THROUGH FEBRUARY 29, 2020[1]**

| EXPENSES | AMOUNTS |
|---|---|
| Research | $0 |
| Meals | $4,227.38 |
| Travel | $14,267.37 |
| Transportation | $168.41 |
| Printing and Duplication | $0 |
| Transcription Services | $0 |
| Telephone Conferencing / Video Conferencing | $215 |
| Messenger | $0 |
| Filing Fees | $0 |
| **Total Expenses Requested:** | **$18,878.16** |

---

[1] Explanations of the enumerated expenses are provided along with the detailed time entries for each task code in Exhibit D in addition to being disclosed in Exhibit E.