**EXHIBIT E**

**LATHAM&WATKINS**LLP

Invoice No. 1900106014
November 30, 2019

---

**Costs and Disbursements:**

| | | |
|---|---|---:|
| | Legal Research | 0.00 |
| 11/20/19 | Ground Transportation Transport en commun - James E Brandt - Taxi/Car Service - Client meeting - 11/18/19 - Home to airport | 168.41 |
| | **Total Ground Transportation** | **168.41** |
| 11/17/19 | - The Lawyers Travel Service - BRANDT, JAMES E Ticket No: 7474026083, Departure Date: 11/18/2019, Route: JFK SFO JFK | 4,910.19 |
| 11/20/19 | - James E Brandt - Taxi/Car Service - Client meeting - 11/18/19 - SF/SF | 67.08 |
| 11/20/19 | - James E Brandt - Lodging - Client meeting - 11/19/19 - Hyatt Regency San Francisco Airport | 672.13 |
| 11/20/19 | - James E Brandt - Hotel - Dinner - Client meeting - 11/19/19 - Hyatt Regency San Francisco Airport - Internal Guests: James E Brandt | 38.50 |
| 11/26/19 | - Robert W Perrin - Taxi/Car Service - CLIENT MEETINGS - 11/18/19 - AIRPORT TO LATHAM SF OFFICE | 59.64 |
| 11/26/19 | - Robert W Perrin - - CLIENT MEETINGS - 11/18/19 | 40.00 |
| 11/26/19 | - Robert W Perrin - Taxi/Car Service - CLIENT MEETINGS - 11/18/19 - TO AIRPORT | 53.18 |
| 11/26/19 | - Robert W Perrin - Lunch - CLIENT MEETINGS - 11/18/19 - SPECIALTYS - Internal Guests: Robert W Perrin | 12.56 |
| 11/26/19 | - Robert W Perrin - - Attend hearing - 11/18/19 - LAX/SFO - DL - 11/18/2019 - 11/18/2019 | 423.31 |
| 11/26/19 | - Robert W Perrin - - Attend hearing - 11/18/19 - SFO/LAX - UA - 11/18/2019 - 11/18/2019 | 388.30 |
| | **Total Travel Expenses** | **6,664.89** |
| | **Total Costs and Disbursements:** | **$ 6,833.30** |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE # 1900106014 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

Case: 19-30088    Doc# 7017-5    Filed: 04/30/20    Entered: 04/30/20 16:47:34    Page 2 of 5

**Costs and Disbursements:**

| Date | Description | Amount |
|---|---|---|
| | Legal Research | 0.00 |
| 01/21/20 | Audio\ Video Conferencing Services - CourtCall, LLC - CourtCall charge a/c #CCDA-07-2698 12/19/19 M. Reiss CCID #10256658 PG&E Hon. D. Montali | 215.00 |
| | **Total Audio\ Video Conferencing Services** | **215.00** |
| 01/26/20 | Airfare & Trainfare - Out-of-Town - The Lawyers Travel Service - REISS, MICHAEL J Ticket No: 7492878379, Departure Date: 01/28/2020, Route: LAX SFO LAX | 363.80 |
| | **Total Travel Expenses** | **363.80** |
| | **Total Costs and Disbursements:** | **$ 578.80** |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE # 2000101261 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

Case: 19-30088   Doc# 7017-5   Filed: 04/30/20   Entered: 04/30/20 16:47:34   Page 3 of 5

# LATHAM&WATKINS LLP

Invoice No. 2000101258
March 24, 2020

**Costs and Disbursements:**

|  | |  |
|---|---|---:|
| | Docket | 0.00 |
| | Meal Services | 4,227.38 |
| | | **$ 4,227.38** |

| Date | Description | Amount |
|---|---|---:|
| 02/03/20 | Ground Transportation - Out-Of-Town - Michael J Reiss - Taxi/Car Service - Travel to SF for PGE hearing - 01/28/20 - Office to Hotel | 14.22 |
| 02/03/20 | Ground Transportation - Out-Of-Town - Michael J Reiss - Taxi/Car Service - Travel to SF for PGE hearing - 01/28/20 - Hotel to office | 14.32 |
| 02/03/20 | Meals - Out-of-Town - Michael J Reiss - Lunch - Travel to SF for PGE hearing - 01/29/20 - SFO - Dogpatach - Internal Guests: Michael J Reiss | 20.38 |
| 02/03/20 | Meals - Out-of-Town - Michael J Reiss - Lunch - Travel to SF for PGE hearing - 01/28/20 - LAX - Slapfish - Internal Guests: Michael J Reiss | 14.41 |
| 02/03/20 | Ground Transportation - Out-Of-Town - Michael J Reiss - Taxi/Car Service - Travel to SF for PGE hearing - 01/28/20 - SFO to Hotel | 39.89 |
| 02/03/20 | Trip Expenses - Out-of-Town - Michael J Reiss - Lodging - Travel to SF for PGE hearing - 01/29/20 - Omni - San Francisco | 419.61 |
| 02/03/20 | Parking - Out-of-Town - Michael J Reiss - - Travel to SF for PGE hearing - 01/29/20 | 61.00 |
| 02/03/20 | Ground Transportation - Out-Of-Town - Michael J Reiss - Taxi/Car Service - Travel to SF for PGE hearing - 01/29/20 - Hotel to Court | 16.41 |
| 02/03/20 | Meals - Out-of-Town - Michael J Reiss - Hotel - Breakfast - Travel to SF for PGE hearing - 01/29/20 - Omni - San Francisco - Internal Guests: Michael J Reiss | 38.73 |
| 02/03/20 | Ground Transportation - Out-Of-Town - Michael J Reiss - Taxi/Car Service - Travel to SF for PGE hearing - 01/29/20 - Court to SFO | 14.04 |
| 02/03/20 | Meals - Out-of-Town - Michael J Reiss - Dinner - Travel to SF for PGE hearing - 01/28/20 - Nojo Ramen - Internal Guests: Michael J Reiss | 37.13 |
| 02/09/20 | Airfare & Trainfare - Out-of-Town - The Lawyers Travel Service - BRANDT, JAMES E Ticket No: 7498067703, Departure Date: 03/01/2020, Route: EWR SNA EWR | 2,992.20 |
| 02/12/20 | Meals - Out-of-Town - Robert W Perrin - Lunch - Attend hearing - 01/29/20 - Subway - Internal Guests: Robert W Perrin | 9.49 |
| 02/12/20 | Parking - Out-of-Town - Robert W Perrin - - Attend hearing - 01/29/20 | 53.00 |
| 02/12/20 | Trip Expenses - Out-of-Town - Robert W Perrin - Lodging - Attend hearing - 01/28/20 - Omni Hotels & Resorts | 429.41 |
| 02/12/20 | Meals - Out-of-Town - Robert W Perrin - Hotel - Meals Other - Attend hearing - 01/28/20 - Omni Hotels & Resorts - Internal Guests: Robert W Perrin | 7.50 |
| 02/12/20 | Ground Transportation - Out-Of-Town - Robert W Perrin - Taxi/Car Service - Attend hearing - 01/28/20 - Airport/Hotel | 54.48 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE # 2000101258 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

Case: 19-30088    Doc# 7017-5    Filed: 04/30/20    Entered: 04/30/20 16:47:34    Page 4 of 5

| Date | Description | Amount |
|---|---|---:|
| 02/12/20 | Airfare & Trainfare - Out-of-Town - Robert W Perrin - - Client Hearing - 01/28/20 - LAX/SFO - UA - 01/28/2020 - 01/29/2020 | 805.60 |
| 02/12/20 | Ground Transportation - Out-Of-Town - Robert W Perrin - Taxi/Car Service - Attend hearing - 01/29/20 - Office/Airport | 39.30 |
| 02/16/20 | Airfare & Trainfare - Out-of-Town - The Lawyers Travel Service - REISS, MICHAEL J Ticket No: 7499456881, Departure Date: 02/17/2020, Route: LAX JFK LAX | 850.80 |
| 02/20/20 | Meals - Out-of-Town - Michael J Reiss - Breakfast - Travel to NY for PGE / Carrier meetings - 02/19/20 - Paris Baguette - Internal Guests: Michael J Reiss | 9.56 |
| 02/20/20 | Meals - Out-of-Town - Michael J Reiss - Lunch - Travel to NY for PGE / Carrier meetings - 02/17/20 - LAX - Jersey Mike's - Internal Guests: Michael J Reiss | 14.51 |
| 02/20/20 | Meals - Out-of-Town - Michael J Reiss - Breakfast - Travel to NY for PGE / Carrier meetings - 02/18/20 - Ess-a-Bagel - Internal Guests: Michael J Reiss | 7.56 |
| 02/20/20 | Trip Expenses - Out-of-Town - Michael J Reiss - Lodging - Travel to NY for PGE / Carrier meetings - 02/19/20 - Lotte Palace | 970.10 |
| 02/20/20 | Parking - Out-of-Town - Michael J Reiss - - Travel to NY for PGE / Carrier meetings - 02/20/20 | 120.00 |
| 02/20/20 | Ground Transportation - Out-Of-Town - Michael J Reiss - Taxi/Car Service - Travel to NY for PGE / Carrier meetings - 02/19/20 - LW Office to JFK | 71.80 |
| 02/20/20 | Meals - Out-of-Town - Michael J Reiss - Dinner - Travel to NY for PGE / Carrier meetings redeye arrival dinner - 02/18/20 - JFK Airport - JFK2 Central Diner - Internal Guests: Michael J Reiss | 25.76 |
| 02/20/20 | Ground Transportation - Out-Of-Town - Michael J Reiss - Taxi/Car Service - Travel to NY for PGE / Carrier meetings - 02/18/20 - JFK to Hotel | 67.30 |
| 02/20/20 | Meals - Out-of-Town - Michael J Reiss - Dinner - Travel to NY for PGE / Carrier meetings - 02/19/20 - JFK Airport - LaBrea - Internal Guests: Michael J Reiss | 20.17 |

**Total Travel Expenses**  7,238.68

**Total Costs and Disbursements:**  $ 11,466.06

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE # 2000101258 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

Case: 19-30088    Doc# 7017-5    Filed: 04/30/20    Entered: 04/30/20 16:47:34    Page 5 of 5