1  RICHARD A. MARSHACK, #107291
   rmarshack@marshackhays.com
2  DAVID A. WOOD, #272406
   dwood@marshackhays.com
3  LAILA MASUD, #311731
   lmasud@marshackhays.com
4  MARSHACK HAYS LLP
   870 Roosevelt
5  Irvine, California 92620
   Telephone: (949) 333-7777
6  Facsimile: (949) 333-7778

7  Gerald Singleton, SBN 208783
   gerald@slffirm.com
8  John C. Lemon, SBN 175847
   john@slffirm.com
9  SINGLETON LAW FIRM, APC
   450 A Street, 5th Floor
10 San Diego, CA 92101
   Tel: (619) 771-3473
11
   Attorneys for SLF Fire Victim Claimants
12

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>  and<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br><br>  Debtors<br><br>Affects:<br>☐ PG&E Corporation<br>☐ Pacific Gas & Electric Company<br>☒ Both Debtors<br><br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM). | Case No. 19-30088 (DM)<br>Chapter 11<br><br>(Lead Case–Jointly Administered)<br><br>**JOINDER BY THE SINGLETON LAW FIRM FIRE VICTIM CLAIMANTS IN THE DEBTORS' MOTION PURSUANT TO 11 U.S.C. §§ 363(b) AND 105(a) AND FED. R. BANKR. P. 9019 FOR ENTRY OF AN ORDER (I) APPROVING SETTLEMENTS WITH FEDERAL AND STATE AGENCIES OF GOVERNMENTAL AGENCY FIRE CLAIMS, AND (II) GRANTING RELATED RELIEF (Docket No. 6940)**<br><br>**Hearing Date:** |

|  | ) | Date: | May 12, 2020 |
|---|---|---|---|
|  | ) | Time: | 10:00 a.m. (Pacific) |
|  | ) | Place: | United States Bankruptcy |
|  | ) | Court: | Courtroom 17, 16th Floor |
|  | ) |  | San Francisco, CA 94102 |
|  | ) |  |  |

The Singleton Law Firm ("SLF"), on behalf of fire victim claimants, hereby join the *Debtor's Motion Pursuant to 11 U.S.C. §§363(b) and 105(a) and Fed. R. Bankr. P. 9019 for Entry of an Order (1) Approving Settlement with Federal and States Agencies of Governmental Agency Fire Claims, and (2) Granting Related Relief* (*Docket No. 6940*) filed on April 25, 2020. SLF was an active participant in the negotiations that culminated in the settlement proposed for approval. SLF strongly supports approval of the settlement and believes it brings these bankruptcy cases one step closer to resolution.

Respectfully submitted,

Dated: April 30, 2020   MARSHACK HAYS LLP

By: /s Richard A. Marshack
RICHARD A. MARSHACK
DAVID A. WOOD
LAILA MASUD

Dated: April 30, 2020   SINGLETON LAW FIRM, APC

By: /s Gerald Singleton
Gerald Singleton
John C. Lemon

Attorneys for the Singleton Law Firm Fire Victim Claimants