

| | |
|---|---|
| 1 | MacCONAGHY & BARNIER, PLC |
| | JOHN H. MacCONAGHY, SBN 83684 |
| 2 | 645 First St. West, Ste. D |
| | Sonoma, CA 95476 |
| 3 | 707.935.3205 |
| | macclaw@macbarlaw.com |
| 4 | |
| | *Special Counsel for Official Committee of Tort Claimants* |
| 5 | |

Signed and Filed: April 30, 2020

_____
DENNIS MONTALI
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | |
| -and- | Chapter 11 (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | |
| Debtors. | **ORDER GRANTING THE EX PARTE APPLICATION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004 FOR ENTRY OF AN ORDER AUTHORIZING SERVICE OF A SUBPOENA ON KPMG LLP** |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas and Electric Company | |
| ■ Affects both Debtors | |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | |

1    The Court, having reviewed the Ex Parte Application of the Official Committee of Tort
2    Claimants Pursuant to Bankruptcy Rule 2004 for Entry of an Order Authorizing Service of a
3    Subpoena on KPMG LLP filed on April 30, 2020 (the "Application"), and after due deliberation
4    and sufficient cause appearing therefor,

5    IT IS HEREBY ORDERED THAT:

6    1.   The Application is granted, as provided herein.

7    2.   The TCC is authorized to serve the subpoena attached to the Application as
8    Exhibit B, with an amended return date of 21 days from the date of this Order.

**END OF ORDER**