**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                  **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11 (Lead Case) (Jointly Administered)<br><br>**DEBTORS' NOTICE OF DE MINIMIS CLAIMS SETTLED IN THE PERIOD JANUARY 1, 2020 TO MARCH 31, 2020**<br><br>Re: Dkt. No. 3855 |

**PLEASE TAKE NOTICE** that on January 29, 2019 (the "**Petition Date**"), PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that by order dated September 10, 2019 [Dkt. No. 3855] (the "**Settlement Procedures Order**"),[1] the Bankruptcy Court authorized procedures (the "**De Minimis Settlement Procedures**") to settle and compromise certain claims and causes of action (each, a "**Settlement**").

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the De Minimis Settlement Procedures, the Debtors hereby file their report of Settlements for the last quarter, entitled *De Minimis Claims Settled in the Period January 1, 2020 to March 31, 2020*, attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that the Debtors' claim settlement and reconciliation process is ongoing. To the extent that any Settlement was inadvertently omitted from this notice, the Debtors will include it on the next quarterly notice.

Dated: April 30, 2020

        **WEIL, GOTSHAL & MANGES LLP**
        **KELLER BENVENUTTI KIM LLP**

        /s/ *Peter J. Benvenutti*
        Peter J. Benvenutti

        *Attorneys for Debtors and Debtors in Possession*

---

[1] Capitalized terms used in this Notice or in attached Exhibit A but not otherwise defined in the Notice shall have the meanings ascribed to them in the Settlement Procedures Order or in the Motion [Dkt. No. 3576] that was granted by the Settlement Procedures Order.

In re: PG&E Corporation and Pacific Gas and Electric Company
Case No. 19-30088 (DM) Jointly Administered

# Exhibit A
# De Minimis Claims Settled in the period January 1, 2020 to March 31, 2020

## Tier 1
## (Settlement Amount <= $1,000,000)[1]

| Claimant Name | Relevant Proofs of Claim Numbers | Settlement Amount |
|---|---|---|
| 3D Results LLC | 1585 | $13,387.78 |
| Advanced Infrastructure Technologies, LLC | 1317<br>1031360 | $9,242.81 |
| Ahu, Raymond R. | 989<br>1034940 | $200.00 |
| All Electric Motors Inc | 4189<br>1928<br>1031432 | $4,609.08 |
| Allied P&C Insurance Company | 79198<br>78550 | $14,277.00 |
| Allied P&C Insurance Company | 79207<br>78917 | $3,288.88 |
| Allstate Northbrook Indemnity Company | 2420<br>2357 | $3,811.16 |
| American Family Home Insurance Company | 7126 | $8,724.17 |
| American Power Systems, LLC | 87493<br>1541<br>1032832 | $270,736.62 |
| American Truck School LLC | 516<br>1032981 | $33,630.00 |
| Anderson, Dennis | 4030 | $200.00 |
| Andreini Bros., Inc. | 1241<br>1230 | $4,559.10 |
| Aquilio, Ernest | 2131 | $687.14 |
| Aquino, Rommel | 136<br>1035001 | $1,065.68 |

---

[1] Pursuant to Paragraph 2(a) of the De Minimis Settlement Procedures, the Debtors are authorized to settle any and all Claims without prior approval of, or notice to, the Bankruptcy Court or any other party in interest, whenever the aggregate amount to be allowed for an individual Claim is less than or equal to $1 million; provided, however, such settlement amounts shall not include any Settlement of a Claim (i) to which any present or former insider of the Debtors is a party or (ii) that includes a release by any of the Debtors of a Claim they may have against the holder of a Claim pursuant to chapter 5 of the Bankruptcy Code.

1 of 11
Case: 19-30088   Doc# 7035   Filed: 04/30/20   Entered: 04/30/20 19:13:03   Page 3 of 13

| Claimant Name | Relevant Proofs of Claim Numbers | Settlement Amount |
|---|---|---|
| Argo Partners as Transferee of Kathy Feldman | 2356<br>1034666 | $6,135.00 |
| Argo Partners as Transferee of Project Resources Group, Inc. | 1034923<br>1385 | $7,297.76 |
| ASM Capital X LLC as Transferee of Arun Yellamraju | 130<br>1033468 | $505.03 |
| ASM Capital X LLC as Transferee of Gillian Clements | 1034320<br>183 | $837.37 |
| ASM Capital X LLC as Transferee of Isabel Rodriguez | 1034424<br>193<br>1281 | $748.64 |
| ASM Capital X LLC as Transferee of Julie Baumann | 1034630<br>1661 | $892.18 |
| Aumack, Daniel | 141 | $1,828.71 |
| Balmain, Gary C | 4279 | $450.00 |
| Barton, Carrie | 1181<br>1033719 | $1,300.00 |
| Bhatnagar, Aloke | 145 | $794.11 |
| Block, James & Karin | 1033953<br>4286 | $326.25 |
| Block, Sarah | 1034533<br>3236 | $2,696.83 |
| BMC Software Inc | 1508<br>2101 | $203,529.75 |
| Boynton, Shelley | 162 | $112.00 |
| Bray, Debra | 4041 | $350.00 |
| Brockway, Leland A | 63816 | $1,606.87 |
| Calcagno, Louis R. | 4239<br>4391<br>1140<br>4390 | $9,463.60 |
| California Dreaming LP | 3041 | $50,000.00 |
| California Water Service Company | 773 | $53,329.16 |
| Candee, Alan L | 9067 | $83.94 |
| Carlson, William "Bill" | 4386<br>2842<br>1034849 | $262.50 |
| Cass, Marla | 442<br>1034782 | $2,169.50 |
| Certified Specialty Gases | 972<br>1033445 | $14,585.75 |

| Claimant Name | Relevant Proofs of Claim Numbers | Settlement Amount |
|---|---|---|
| Chen, Johnny | 7718 | $923.71 |
| Cheong, Greg | 85 | $357.00 |
| Chu, Hartini | 83<br>1034373 | $550.15 |
| Clark-Cadman, Inc | 16861 | $2,749.00 |
| Coblentz Patch Duffy & Bass LLP | 7129<br>1033024 | $289,719.77 |
| Collection Bureau of America Ltd | 6166<br>2906 | $21,136.92 |
| Cox, Castle & Nicholson LLP | 57335<br>57475<br>1034773 | $5,760.50 |
| Craig, Joe | 997 | $98.04 |
| Crane Service Industries | 1450<br>1346<br>1033098 | $43,270.00 |
| CSAA Insurance Exchange as subrogee of Marlon Reynoza | 3484 | $7,062.07 |
| CSAA Insurance Exchange as subrogee of Lupe Cerna | 3375 | $4,579.64 |
| CSAA Insurance Exchange as subrogee of Tamar Cohn | 3207<br>1033872 | $1,448.64 |
| Cummings, Shannon R | 1034555<br>1440 | $309.99 |
| Currington Corporation dba Yogurtland | 17281034932 | $5,758.85 |
| Cypert, Carol | 1033708<br>88 | $811.47 |
| D&P Creative Strategies, LLC | 8472 | $6,021.40 |
| Day Carter Murphy LLP | 1832<br>1033750 | $7,830.00 |
| Dean Chapman & Associates | 2140<br>2181 | $46,068.75 |
| DeLucchi, Anthony and Carol | 9475 | $9,981.21 |
| Denton, Kandace | 1147<br>1034636 | $1,468.31 |
| DePaolis, James | 4371 | $3,713.99 |
| Dewey Land Company, Inc. | 1034072<br>7935 | $4,404.59 |
| Dougherty, Patricia | 1034885<br>402 | $716.62 |

| Claimant Name | Relevant Proofs of Claim Numbers | Settlement Amount |
|---|---|---|
| DPR Construction, A General Partnership | 1526<br>1749 | $28,598.00 |
| Drill Tech Drilling & Shoring, Inc. | 65047 | $244,643.33 |
| Duller, Mark | 1944 | $833.15 |
| Durrant, Karen | 2881<br>1034637 | $720.10 |
| Dutch Group | 3584<br>1034141 | $222.99 |
| Ebey, Frederick & Charlene | 8401 | $182.18 |
| Egan, Jay A | 6758 | $2,148.38 |
| Energy Exemplar LLC | 3208<br>1032792 | $28,460.27 |
| Evans, Scott | 55529<br>1034539 | $2,125.00 |
| Fall River Resource Conservation District | 4522<br>1247<br>1034252 | $1,274.13 |
| Felten, Gabriel | 93<br>1034278 | $528.01 |
| Ferdun, Susan | 5290<br>1028<br>1035082 | $250.00 |
| Ferguson Enterprises Inc | 9142<br>1034283 | $1,163.09 |
| Festersen, Harriet | 1087<br>1034372 | $727.75 |
| Fire Insurance Exchange | 79161<br>77965 | $3,185.21 |
| Frigon, Douglas | 6125 | $133.83 |
| Furniss, R. Philip | 1195<br>908806 | $776.93 |
| Garcia-Luis, Juana M. | 6142<br>1034624<br>1208 | $1,022.08 |
| Geico | 194510342961034297 | $8,637.82 |
| Geico A/S/O Dmitriy Voloshin | 2813 | $3,518.55 |
| Geico a/s/o Inas F Wahba | 2230<br>1034296<br>1034297 | $30,501.12 |

| Claimant Name | Relevant Proofs of Claim Numbers | Settlement Amount |
|---|---|---|
| Gilchrist, John | 1232<br>6470 | $303.45 |
| Gloria Washington Trucking, Inc. | 1053 | $483,799.58 |
| Gorelik, Michael S | 7767<br>1034824 | $1,359.22 |
| Grech, Richard M. | 1141<br>1034954 | $481.17 |
| Headrick, Don | 7210 | $7,361.14 |
| Heavy Construction Systems Specialists, Inc. | 4153<br>8725<br>1032881 | $176,265.00 |
| Hennessy, Olive | 75825<br>1034869 | $250.54 |
| Hernandez, Raul | 3589<br>1034936 | $400.00 |
| Hidden Valley Homeowners Association | 7277<br>156<br>7208 | $13,480.00 |
| Hollyburne Enterprises, LLC | 1034398<br>80792 | $3,890.00 |
| Holzman, Allen L | 1592 | $1,785.95 |
| Honeywell Analytics, HLS | 10753<br>3910 | $715.00 |
| HPS Mechanical, Inc. | 580<br>2135 | $38,406.21 |
| iGrafx, LLC | 96298<br>1033771 | $5,534.91 |
| Infinity Insurance Company | 1964<br>2416 | $7,506.30 |
| Ingersoll Rand Company dba Compressed Air Systems & Services | 3723<br>1032874 | $183,314.29 |
| Inoue, Kazuma | 1654<br>1034668 | $400.00 |
| ISO Services, Inc. | 1494<br>1496<br>1500<br>1035136 | $1,098.07 |
| Ito, Beverly | 3930<br>3042 | $375.17 |
| Izadkhah, Belgheis | 5152<br>3263 | $891.71 |

| Claimant Name | Relevant Proofs of Claim Numbers | Settlement Amount |
|---|---|---|
| Jeffrey Mark Devine (dba SOHA Builders) | 6010<br>2787<br>1033163 | $34,100.00 |
| Jensen, Christine and Dallas | 130410314241298523 | $809.55 |
| Jimenez, Guillermo | 963 | $3,000.00 |
| Kanady, Shelly | 5338 | $513.46 |
| Karel, Marni | 6230<br>3242 | $75.00 |
| Kaufman, Levine and Partners, Inc. | 3652<br>1033457 | $14,014.39 |
| Kenney, John H. | 998<br>1035020 | $1,408.00 |
| Kopstein, Emanuel | 4962<br>2785<br>1034185 | $750.19 |
| Krazan & Associates, Inc. | 7190<br>8850 | $2,192.00 |
| Kyaw, Thet | 4021 | $2,277.93 |
| Lacek, Bob & Laurie | 832<br>1048 | $2,500.00 |
| Lafontaine, Tracy | 142<br>933<br>1035092 | $50.00 |
| Lahue, Paula | 252<br>501<br>770<br>1034911 | $6,504.54 |
| Lamar Advertising | 1034461<br>4316 | $15,268.00 |
| Lancaster, Seth | 1075<br>1347<br>1034554 | $462.66 |
| Lapp Insulators LLC | 1755<br>1033752 | $5,834.40 |
| Law Offices of J. Drew Page | 1779<br>3162<br>1033922 | $7,490.00 |
| Leary III, John S | 80253 | $1,115.70 |

| Claimant Name | Relevant Proofs of Claim Numbers | Settlement Amount |
|---|---|---|
| Lee, Elizabeth | 168<br>1034183 | $3,800.00 |
| Li, Nancy | 87<br>1034850 | $800.00 |
| Linderman, Margaret N. | 1712<br>6659 | $294.72 |
| Ling, John Li Hsiang | 4688 | $20.00 |
| Links Technology Solutions, Inc. | 1329<br>1032994 | $5,882.40 |
| Liu, Yindong | 1627<br>1035257 | $1,022.04 |
| Lizama, Mandy | 82521 | $2,165.20 |
| Lock, David | 2004 | $2,000.00 |
| Lorenz, Willow R | 36951035162 | $200.00 |
| MACNAIR & ASSOCIATES | 79002<br>1034228 | $1,372.00 |
| Malcolm, Carol | 4646 | $462.46 |
| Maloney, Mark | 58155 | $1,000.00 |
| Mapes, Christopher | 579<br>1031445 | $4,897.71 |
| Marcelino, Joe | 1166 | $1,118.92 |
| Mattingley, Edgar Leon | 1034150<br>3184 | $796.00 |
| Mcewen, Malcolm | 3558<br>1034763 | $467.64 |
| McGovern, Brian D. | 188 | $137.00 |
| Mckeegan, Michele | 7325 | $852.00 |
| MCS OpCo, LLC dba Quality Uptime Services and/or US Power | 4028<br>1788<br>1031431 | $4,613.21 |
| Mercury Insurance | 1539<br>1134 | $1,890.65 |
| Meritage Homes of California | 19531 | $4,009.36 |
| Metrolina Association for the Blind, Inc | 1825<br>2223 | $1,211.37 |
| Meyers, Jack | 1688<br>1034426 | $200.00 |
| Michael, Rebecca | 935 | $1,016.56 |

| Claimant Name | Relevant Proofs of Claim Numbers | Settlement Amount |
|---|---|---|
| Micheli, Deborah | 803<br>1034027<br>9046 | $891.98 |
| Mid State Property Management, Job Nelissen | 6583<br>1034828 | $461.63 |
| Mr. & Mrs. Hiroshi Okano | 1820 | $2,680.00 |
| Murphy, Michael A. | 61490<br>1096 | $141.19 |
| Nationwide Mutual Insurance Company | 79208<br>1068<br>1034534 | $6,400.00 |
| Nevin, Katie | 7607<br>1034667 | $850.00 |
| Nextel Communications | 7628<br>7475<br>10784<br>1033608 | $8,816.00 |
| Nguyen, Hiep | 30721 | $32,448.00 |
| Niemeth, Allyson | 1033203<br>160 | $9,700.00 |
| Noland, Hamerly, Etienne & Hoss | 1502 | $6,527.05 |
| Novick, Lori | 9668 | $500.00 |
| O'Connor, Rose | 1034045<br>7069 | $410.00 |
| Onstine, Leroy | 3007 | $660.25 |
| Ortega, Joseph | 7821 | $3,538.40 |
| P&R Technologies, Inc. | 87720 | $5,034.00 |
| Pacific Air Switch Corporation | 86617<br>1864<br>87462<br>97703<br>1032731 | $404,310.13 |
| Pahwa, Inder | 8910 | $3,640.00 |
| Park, Eddie | 1034145<br>3947 | $469.98 |
| Parker, Russell | 3684 | $1,666.92 |
| Payne, Mark | 1034780<br>3310 | $2,500.00 |
| Peters, Habib, McKenna, Juhl-Rhodes, LLP | 8777<br>1033470 | $20,513.00 |
| Phan, Allister | 1071 | $4,003.77 |

| Claimant Name | Relevant Proofs of Claim Numbers | Settlement Amount |
|---|---|---|
| Pipeline Research Council International Inc | 80007<br>79983 | $5,958.90 |
| Planet Forward Energy Solutions LLC | 10176<br>2339 | $38,275.26 |
| Prescod, Violet | 87130<br>1035123 | $2,586.02 |
| Progressive Select Insurance Company | 2800<br>2728 | $11,042.44 |
| Properties Kirkbride | 10796 | $5,481.00 |
| Purcell, John | 1103 | $35.06 |
| Qiu, Changbin | 4474<br>154<br>1033741 | $617.08 |
| Redgrave LLP | 58007<br>1033367 | $208,093.81 |
| Revenew International LLC | 53834 | $183,000.00 |
| Reynolds, Darnall | 6475 | $325.00 |
| Richards, Kevin | 106<br>1034682<br>906056 | $482.88 |
| Robert V. Jensen, Inc. | 7663<br>1084 | $6,386.58 |
| Rosati, Mario M | 6014 | $28,000.00 |
| RP Investments, LP | 3120 | $650.00 |
| Safeco Insurance A/S/O Church, David & Deena | 1640 | $3,544.70 |
| Sargent, Elaine | 1034178<br>3919<br>3722 | $834.60 |
| Schindler Elevator Corporation | 3830 | $12.89 |
| Shenk, John | 86<br>1034593 | $2,565.00 |
| Shindler, Joel | 1009 | $200.00 |
| Sierra Consultants | 1033794<br>4733<br>1066 | $5,042.50 |
| Silver, Paula | 2110 | $209.10 |
| Sinnott, Puebla, Campagne & Curet, APLC | 1748<br>1035078 | $100.00 |
| Snow, Jr., Tower C. | 1094<br>1093 | $17,207.57 |
| Spencer, JoAnne | 1144 | $960.00 |

| Claimant Name | Relevant Proofs of Claim Numbers | Settlement Amount |
|---|---|---|
| Sperow, Janice | 3925<br>3985 | $1,400.00 |
| Stacy, Mildred C. | 1051<br>1034836 | $220.00 |
| Suarez, Vicente | 80585<br>1035121 | $2,153.13 |
| Swiers, Carey | 4468<br>4411 | $2,156.54 |
| TA Operating LLC | 474 | $19,701.64 |
| TAFT, GARY D. | 1646 | $214.97 |
| Tempel, Christopher W. | 1031446<br>571<br>3812 | $374.27 |
| Tenuta, Nancy | 8838 | $1,300.00 |
| The Press Shop | 3035<br>3036 | $27,000.00 |
| Treadway, Dean | 1034026<br>9640 | $8,968.04 |
| Tu, Janet | 902773<br>1034450<br>1105 | $1,873.47 |
| Turqueza, Macario | 1809<br>1844<br>9838 | $4,945.67 |
| UCP Soledad, LLC | 745<br>1035104 | $49,448.38 |
| United Services Automobile Association | 30869 | $8,445.79 |
| Valente, Michelle | 233 | $133.79 |
| Vasquez-Pricilla, Medina | 4003<br>1034796 | $7,702.98 |
| VFT Properties LP | 3917 | $3,390.00 |
| VonWin Capital Management, L.P. as Transferee of Bright N Clean Laudromat | 138 | $1,528.46 |
| VonWin Capital Management, LP as Transferee of Luis Santa Clara Marriott - Ramos Santa Clara Marriott | 1889<br>1034739<br>927 | $12,724.00 |
| Western Gas Technologies, Inc. | 17027<br>16551 | $174,048.78 |
| Westlake Realty Group | 4083<br>2788 | $1,976.00 |
| Westwater, Tiffany Q | 58 | $3,677.95 |

| Claimant Name | Relevant Proofs of Claim Numbers | Settlement Amount |
|---|---|---|
| Whitney, John | 4675<br>1034598 | $380.00 |
| Williams, Nancy P. | 9616<br>1018 | $1,746.65 |
| Wilson Homes, Inc | 2944723 | $6,274.00 |
| Wolcott, Wayne Weston | 1413<br>1031406 | $4,829.05 |
| Woodlands HOA | 56528<br>79959 | $3,803.24 |
| Workiva, Inc. | 1033632<br>932<br>2191 | $8,052.32 |
| Wu, Amy | 3039 | $861.62 |
| Zendejas, Hilda | 1313<br>3499 | $12,480.00 |

**Tier 2**
**(Settlement Amount $1,000,000 - $10,000,000)[2]**

| Claimant Name | Relevant Proofs of Claim Numbers | Settlement Amount |
|---|---|---|
| Confidential | Confidential | Confidential |

---

[2] Pursuant to Paragraph 2(b) of the De Minimis Settlement Procedures, the Debtors provided ten (10) business days' notice of any proposed Settlement where the Settlement Amount for a Claim was more than $1 million but was less than or equal to $10 million to (i) the U.S. Trustee, (ii) counsel for each of the Committees, (iii) any party to the Settlement; and (iv) any third party providing consideration with respect to a Settlement (each a "Reviewing Party," and collectively, the "Reviewing Parties"). The Reviewing Parties did not raise any objection within the 10 business day timeframe and, accordingly, pursuant to paragraph 2(c) of the De Minimis Settlement Procedures, the Debtors were authorized to proceed with such Settlements without further order of the Bankruptcy Court.