# Exhibit A: Debtors Response to Request for Support

**From:** Karotkin, Stephen stephen.karotkin@weil.com
**Subject:** RE: Motion to Shorten Time: May 6th
**Date:** April 29, 2020 at 10:09 AM
**To:** Will Abrams end2endconsulting@gmail.com, Mikal Watts mcwatts@wattsguerra.com
**Cc:** Julian, Robert rjulian@bakerlaw.com, Cecily Dumas cdumas@bakerlaw.com, Jerry R. Bloom JBloom@BakerLaw.com

We will not consent to an order shortening time.

-----Original Message-----
From: Will Abrams <end2endconsulting@gmail.com>
Sent: Tuesday, April 28, 2020 9:42 PM
To: Karotkin, Stephen <stephen.karotkin@weil.com>; Mikal Watts <mcwatts@wattsguerra.com>
Cc: Julian, Robert <rjulian@bakerlaw.com>; Cecily Dumas <cdumas@bakerlaw.com>; Jerry R. Bloom <JBloom@BakerLaw.com>
Subject: Motion to Shorten Time: May 6th

Mr. Karotkin and Mr. Watts -

In response to my revised motion to shorten time filed this morning, I hope that you will support the date of May 6th for the hearing (objections to be filed by May 4th). I have requested this timing to align with the court's calendar and in consultation with joining parties to this Motion to Designate Votes. Given the nature of these issues and the AB 1054 June 30, 2020 deadline, I would suggest that we don't push this out any later but certainly would be open to other earlier dates more convenient to core parties and at the convenience of the court. Please, let me know if you are open to this timeline as I know we all have a mutual interest in resolving these issues quickly and for the benefit of all parties.

Sincerely,

William B. Abrams
(707) 397-5727

_____

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.