# Exhibit B: Official Committee of Unsecured Creditors Response to Request for Support

**From:** Dexter, Erin EDexter@milbank.com
**Subject:** RE: [EXT] Support for Motion to Shorten Time [Dkt. 6963]
**Date:** April 30, 2020 at 7:39 AM
**To:** Will Abrams end2endconsulting@gmail.com
**Cc:** Bice, William WBice@milbank.com, Bray, Gregory GBray@milbank.com

Mr. Abrams,

Thank you for your email. The Official Committee of Unsecured Creditors takes no position on your request to shorten time with respect to your Motion to Designate.

Best regards,
Erin

Erin E. Dexter | Milbank | Associate
1850 K St NW | Washington, DC 20006
T: +1 202.835.7547
edexter@milbank.com | milbank.com

-----Original Message-----
From: Will Abrams <end2endconsulting@gmail.com>
Sent: Thursday, April 30, 2020 1:04 AM
To: Bice, William <WBice@milbank.com>; Bray, Gregory <GBray@milbank.com>
Cc: Dexter, Erin <EDexter@milbank.com>
Subject: [EXT] Support for Motion to Shorten Time [Dkt. 6963]

Mr. Bice and Mr. Bray -

My name is Will Abrams and I am a Pro se party to the PG&E bankruptcy proceeding. In response to my revised motion to shorten time filed this morning [Dkt. 6963], I hope that the Official Committee of Unsecured Creditors will support the date of May 6th for the hearing (objections to be filed by May 4th). I have requested this timing to align with the court's calendar and in consultation with joining parties to this Motion to Designate Improperly Solicited Votes. Given the nature of these issues and the AB 1054 June 30, 2020 deadline, I would suggest that we don't push this out any later but certainly would be open to other earlier dates more convenient to core parties and at the convenience of the court. Please, let me know if you are open to this timeline as I know we all have a mutual interest in resolving these issues quickly and for the benefit of all parties.

Sincerely,

William B. Abrams
(707) 397-5727

============================================================

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.