UNITED STATES BANKRUPTCY COURT
Northern District of California

In re: PG&E CORPORATION and
PACIFIC GAS AND ELECTRIC COMPANY,
Debtors

Chapter 11
Case No. 19-30088 (DM)
Jointly Administered

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Cedar Glade, L.P.**
Name of Transferee

**Cowen Special Investments LLC**
Name of Transferor

Name and Address where notices and payments to transferee should be sent:

600 Madison Ave, 17th Floor
New York, NY
10065
Attn: Robert K. Minkoff, President

Court Claim: #9626
Total Claim Amount Filed: $24,000.00
Date Claim Filed: 09/23/2019

Phone:
Last Four Digits of Acct #: N/A

Phone:
Last Four Digits of Acct. #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Robert K. Minkoff
Transferee/Transferee's Agent

Date: April 29, 2020

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO:        United States Bankruptcy Court
Northern District of California
San Francisco Division
Attn: Clerk

AND TO:   PG&E CORPORATION AND PACIFIC GAS AND ELECTRIC COMPANY ("Debtor")
Case No. 19-30088 (Lead Case)

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Cowen Special Investments LLC** ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Cedar Glade, L.P. ("Assignee") aa (or $24,000.00) of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) acquired from Shiloh Homeowners Association, against PG&E Corporation and Pacific Gas and Electric Company (the "Debtor"), the debtor in Case No. 19-30088 ("Case") pending in the United States Bankruptcy Court for the Northern District of California (the "Bankruptcy Court"), and the relevant portion of any and all proofs of claim (Claim No. 9626) filed by Assignor or its predecessor-in-interest with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim, recognizing Assignee as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 29 day of April 2020.

**COWEN SPECIAL INVESTMENTS LLC**

By: _[signature]_
Name: Jalin McDermott
Title: Authorized Signatory

**CEDAR GLADE, L.P.**

By: _[signature]_
Name: Robert Minkoff
Title: President