# EXHIBIT A

## COMPENSATION BY PROFESSIONAL
## MARCH 1, 2020 THROUGH MARCH 31, 2020

| PRIME CLERK EMPLOYEE | TITLE | HOURS BILLED THIS PERIOD | RATE | TOTAL FOR APPLICATION |
|---|---|---|---|---|
| Daloia, James F | Director of Solicitation | 3.90 | $220.00 | $858.00 |
| Johnson, Craig | Director of Solicitation | 77.00 | $220.00 | $16,940.00 |
| Orchowski, Alex T | Director of Solicitation | 2.00 | $220.00 | $440.00 |
| Pullo, Christina | Director of Solicitation | 10.20 | $220.00 | $2,244.00 |
| Sharp, David | Director of Solicitation | 19.90 | $220.00 | $4,378.00 |
| Schepper, Chris R | Director | 1.60 | $220.00 | $352.00 |
| Weiner, Shira D | Director | 0.80 | $220.00 | $176.00 |
| Brown, Mark M | Solicitation Consultant | 10.90 | $198.00 | $2,158.20 |
| Carpenter, Mary J | Solicitation Consultant | 168.40 | $198.00 | $33,343.20 |
| DePalma, Greg R | Solicitation Consultant | 1.70 | $198.00 | $336.60 |
| Gray, Ackheem J | Solicitation Consultant | 36.90 | $198.00 | $7,306.20 |
| Kesler, Stanislav | Solicitation Consultant | 184.00 | $198.00 | $36,432.00 |
| Liu, Calvin L | Solicitation Consultant | 13.00 | $198.00 | $2,574.00 |
| Lonergan, Senan L | Solicitation Consultant | 2.40 | $198.00 | $475.20 |
| Vyskocil, Ryan J | Solicitation Consultant | 1.70 | $198.00 | $336.60 |
| **Total** | | **534.40** | | **$108,350.00**[1] |
| | | **Blended Rate** | **$202.75** | |

---

[1] This amount has been discounted to $86,680.00 in accordance with the terms of Prime Clerk's retention. Taking into account this discount, the blended hourly rate is $162.20.