**EXHIBIT B**

**COMPENSATION BY WORK TASK CODE FOR
SERVICES RENDERED BY PRIME CLERK LLC FOR THE
PERIOD MARCH 1, 2020 THROUGH MARCH 31, 2020**

| CATEGORY | HOURS BILLED THIS PERIOD | TOTAL FOR APPLICATION |
|---|---|---|
| Call Center / Credit Inquiry | 124.80 | $25,289.00 |
| Disbursements | 16.10 | $3,231.80 |
| Retention / Fee Application | 0.80 | $176.00 |
| Solicitation | 392.70 | $79,653.20 |
| **Total** | **534.40** | **$108,350.00**[2] |

---

[2] This amount has been discounted to $86,680.00 in accordance with the terms of Prime Clerk's retention.