# EXHIBIT C

## EXPENSE SUMMARY FOR THE PERIOD
## MARCH 1, 2020 THROUGH MARCH 31, 2020

| EXPENSE | RATE | TOTAL |
|---|---|---|
| After Hours Transportation | $126.58 | $126.58 |
| **Total** | | **$126.58** |