**<u>EXHIBIT D</u>**

**ITEMIZED SERVICES**

## Hourly Fees by Employee through March 2020

| Initial | Employee Name | Title | Hours | Rate | Total |
|---------|---------------|-------|-------|------|-------|
| MMB | Brown, Mark M | SA - Solicitation Consultant | 10.90 | $198.00 | $2,158.20 |
| MJCA | Carpenter, Mary J | SA - Solicitation Consultant | 168.40 | $198.00 | $33,343.20 |
| GRD | DePalma, Greg R | SA - Solicitation Consultant | 1.70 | $198.00 | $336.60 |
| AJG | Gray, Ackheem J | SA - Solicitation Consultant | 36.90 | $198.00 | $7,306.20 |
| STK | Kesler, Stanislav | SA - Solicitation Consultant | 184.00 | $198.00 | $36,432.00 |
| CLL | Liu, Calvin L | SA - Solicitation Consultant | 13.00 | $198.00 | $2,574.00 |
| SLL | Lonergan, Senan L | SA - Solicitation Consultant | 2.40 | $198.00 | $475.20 |
| RJV | Vyskocil, Ryan J | SA - Solicitation Consultant | 1.70 | $198.00 | $336.60 |
| CRS | Schepper, Chris R | DI - Director | 1.60 | $220.00 | $352.00 |
| SW | Weiner, Shira D | DI - Director | 0.80 | $220.00 | $176.00 |
| JFD | Daloia, James F | DS - Director of Solicitation | 3.90 | $220.00 | $858.00 |
| CJ | Johnson, Craig | DS - Director of Solicitation | 77.00 | $220.00 | $16,940.00 |
| ATO | Orchowski, Alex T | DS - Director of Solicitation | 2.00 | $220.00 | $440.00 |
| CP | Pullo, Christina | DS - Director of Solicitation | 10.20 | $220.00 | $2,244.00 |
| DS | Sharp, David | DS - Director of Solicitation | 19.90 | $220.00 | $4,378.00 |
| | | **TOTAL:** | **534.40** | | **$108,350.00** |

## Hourly Fees by Task Code through March 2020

| Task Code | Task Code Description | Hours | Total |
|-----------|----------------------|-------|-------|
| DISB | Disbursements | 16.10 | $3,231.80 |
| INQR | Call Center / Credit Inquiry | 124.80 | $25,289.00 |
| RETN | Retention / Fee Application | 0.80 | $176.00 |
| SOLI | Solicitation | 392.70 | $79,653.20 |
| | **TOTAL:** | **534.40** | **$108,350.00** |

## Time Detail

| Date | Emp | Title | Description | Task | Hours |
|------|-----|-------|-------------|------|-------|
| 03/02/20 | AJG | SA | Respond to inquires from law firms regarding fire victim plan solicitation directive | Call Center / Credit Inquiry | 4.20 |
| 03/02/20 | CJ | DS | Review responses from law firms re: fire victim plan solicitation directive | Solicitation | 0.60 |
| 03/02/20 | CJ | DS | Coordinate with S. Kesler and M. Carpenter (Prime Clerk) re: responses from law firms in connection with the fire victim plan solicitation directive | Solicitation | 0.40 |
| 03/02/20 | MJCA | SA | Update law firm directory form tracker | Solicitation | 1.50 |
| 03/02/20 | MJCA | SA | Update claims report tracker | Solicitation | 1.40 |
| 03/02/20 | MJCA | SA | Process incoming fire victim plan solicitation directive forms | Solicitation | 2.70 |
| 03/02/20 | MJCA | SA | Respond to creditor inquiries related to Plan solicitation | Call Center / Credit Inquiry | 0.50 |
| 03/02/20 | MMB | SA | Review correspondence with case team (C. Johnson, S. Kesler, M. Carpenter, A. Gray, H. Baer), Broadridge, Weil (M. Goren, L. Carens), Joele Frank (S. de la Calle), creditors, and nominees related to Plan solicitation and bar date notice for securities rescission and damages claims | Solicitation | 0.90 |
| 03/02/20 | SLL | SA | Process incoming fire directive forms | Solicitation | 1.40 |
| 03/02/20 | STK | SA | Review solicitation documents in preparation for solicitation | Solicitation | 0.40 |
| 03/02/20 | STK | SA | Quality assurance of fire victim plan solicitation directive database | Solicitation | 1.40 |
| 03/02/20 | STK | SA | Respond to nominee and creditor inquiries related to rescission or damage claim proof of claim | Call Center / Credit Inquiry | 1.20 |
| 03/02/20 | STK | SA | Review and respond to inquiry from M. Goren (WGM) related to rescission or damage claim proof of claim | Solicitation | 0.60 |
| 03/02/20 | STK | SA | Update fire victim plan solicitation directive database | Solicitation | 0.90 |
| 03/02/20 | STK | SA | Respond to creditor inquiries related to fire victim plan solicitation directive | Call Center / Credit Inquiry | 2.30 |
| 03/02/20 | STK | SA | Coordinate with C. Johnson and M. Carpenter (Prime Clerk) re: responses from law firms in connection with the fire victim plan solicitation directive | Solicitation | 0.40 |
| 03/03/20 | AJG | SA | Respond to inquires from law firms regarding fire victim plan solicitation directive | Call Center / Credit Inquiry | 3.70 |
| 03/03/20 | CJ | DS | Compile proposed plan of reorganization distribution mechanics following conference call with J. Liou and J. Hufendick (WGM) | Disbursements | 0.60 |
| 03/03/20 | CJ | DS | Confer with C. Pullo (Prime Clerk) re: suggested edits to draft solicitation procedures | Solicitation | 0.20 |
| 03/03/20 | CJ | DS | Review and provided suggested edit to WGM Team re: | Solicitation | 1.10 |

Case: 19-30088    Doc# 7042-4    Filed: 05/01/20    Entered: 05/01/20 09:42:16    Page 4 of 21

| | | | latest draft of solicitation procedures | | |
|---|---|---|---|---|---|
| 03/03/20 | CJ | DS | Review interim results of submissions of fire victim plan solicitation directives | Solicitation | 0.70 |
| 03/03/20 | CJ | DS | Review proposed Plan for entitlements going to each class and distribution mechanics in preparation for call with J. Liou and J. Hufendick (WGM) | Disbursements | 0.30 |
| 03/03/20 | CJ | DS | Participate in telephone conference with C. Pullo (Prime Clerk) and J. Liou and J. Hufendick (WGM) re: proposed distribution mechanics | Disbursements | 0.30 |
| 03/03/20 | CJ | DS | Coordinate with S. Kesler and M. Carpenter (Prime Clerk) re: processing fire victim plan solicitation directives | Solicitation | 0.40 |
| 03/03/20 | CJ | DS | Confer with S. Kesler (Prime Clerk) re solicitation and tabulation punch-list and timetable | Solicitation | 0.70 |
| 03/03/20 | CP | DS | Coordinate with C. Johnson (Prime Clerk) regarding solicitation and tabulation issues and comments to revised disclosure statement order | Solicitation | 0.20 |
| 03/03/20 | CP | DS | Review plan distribution provisions in preparation for call with Weil team (.3); coordinate with C. Johnson (Prime Clerk) regarding same (.1); coordinate with Weil (J. Liou, J. Hufendick) and C. Johnson (Prime Clerk) regarding distribution provisions in plan (.4) | Disbursements | 0.80 |
| 03/03/20 | DS | DS | Review and quality control fire victim data inquiry requests | Call Center / Credit Inquiry | 1.20 |
| 03/03/20 | DS | DS | Review and provide comments to solicitation procedures documents | Solicitation | 1.20 |
| 03/03/20 | GRD | SA | Respond to creditor inquiries related to solicitation | Call Center / Credit Inquiry | 1.70 |
| 03/03/20 | MJCA | SA | Update fire victim plan form tracker | Solicitation | 2.90 |
| 03/03/20 | MJCA | SA | Process incoming fire victim plan solicitation directive forms | Solicitation | 5.40 |
| 03/03/20 | MJCA | SA | Respond to creditor inquiries related to Plan solicitation | Call Center / Credit Inquiry | 3.20 |
| 03/03/20 | MMB | SA | Review correspondence with case team (C. Johnson, S. Kesler, M. Carpenter, A. Gray), Broadridge, PG&E (E. Conti), Weil (M. Goren, L. Carens, J. Liou), and creditors related to Plan solicitation | Solicitation | 1.60 |
| 03/03/20 | MMB | SA | Confer and coordinate with case team (C. Johnson) related to Plan solicitation (.1); quality assurance review of draft solicitation procedures order (.6) | Solicitation | 0.70 |
| 03/03/20 | STK | SA | Review and respond to inquiry from L. Carens (WGM) related to rescission or damage claim proof of claim | Solicitation | 0.40 |
| 03/03/20 | STK | SA | Respond to creditor inquiries related to fire victim plan solicitation directive | Call Center / Credit Inquiry | 3.80 |
| 03/03/20 | STK | SA | Respond to nominee and creditor inquiries related to rescission or damage claim proof of claim | Call Center / Credit Inquiry | 1.60 |
| 03/03/20 | STK | SA | Quality assurance review of fire victim plan solicitation directive database | Solicitation | 3.50 |
| 03/03/20 | STK | SA | Update fire victim plan solicitation directive database | Solicitation | 1.10 |

| 03/03/20 | STK | SA | Confer with C. Johnson (Prime Clerk) re solicitation and tabulation punch-list and timetable | Solicitation | 0.70 |
|----------|-----|-----|------------------------------------------------------------|----------------------------|------|
| 03/04/20 | AJG | SA | Respond to creditor inquiries regarding solicitation process | Call Center / Credit Inquiry | 1.70 |
| 03/04/20 | CJ | DS | Review proposed plan and claims register for plan-classing purposes | Solicitation | 0.60 |
| 03/04/20 | CJ | DS | Coordinate with J. Hufendick (WGM) on voting amounts for various lenders | Solicitation | 0.30 |
| 03/04/20 | CJ | DS | Review interim report of fire victim plan solicitation directives | Solicitation | 0.70 |
| 03/04/20 | CJ | DS | Coordinate with S. Kesler (Prime Clerk) re: processing fire victim plan solicitation directives | Solicitation | 0.40 |
| 03/04/20 | DS | DS | Review and quality control fire victim solicitation inquiry requests | Call Center / Credit Inquiry | 1.40 |
| 03/04/20 | DS | DS | Review procedures for solicitation | Solicitation | 0.60 |
| 03/04/20 | MJCA | SA | Confer and coordinate with S. Kesler (Prime Clerk) re upcoming solicitation | Solicitation | 0.40 |
| 03/04/20 | MJCA | SA | Update law firm directory form tracker | Solicitation | 3.10 |
| 03/04/20 | MJCA | SA | Process incoming fire victim plan solicitation directive forms | Solicitation | 1.80 |
| 03/04/20 | MJCA | SA | Respond to creditor inquiries related to Plan solicitation | Call Center / Credit Inquiry | 2.50 |
| 03/04/20 | SLL | SA | Process incoming fire directive forms | Solicitation | 1.00 |
| 03/04/20 | STK | SA | Coordinate with C. Johnson (Prime Clerk) re: processing fire victim plan solicitation directives | Solicitation | 0.40 |
| 03/04/20 | STK | SA | Review solicitation documents in preparation for solicitation | Solicitation | 0.30 |
| 03/04/20 | STK | SA | Update fire victim plan solicitation directive database | Solicitation | 0.80 |
| 03/04/20 | STK | SA | Quality assurance of fire victim plan solicitation directive database | Solicitation | 1.80 |
| 03/04/20 | STK | SA | Respond to nominee and creditor inquiries related to rescission or damage claim proof of claim | Call Center / Credit Inquiry | 0.90 |
| 03/04/20 | STK | SA | Respond to creditor inquiries related to fire victim plan solicitation directive | Call Center / Credit Inquiry | 1.50 |
| 03/05/20 | CJ | DS | Review interim results of submitted fire victim pPlan solicitation directives | Solicitation | 0.50 |
| 03/05/20 | CJ | DS | Review latest draft of plan for purposes of plan-classing the claims register for solicitation | Solicitation | 0.70 |
| 03/05/20 | CJ | DS | Confer with S. Kesler (Prime Clerk) re: plan classing creditor matrix for solicitation purposes | Solicitation | 0.40 |
| 03/05/20 | CJ | DS | Coordinate with S. Kesler (Prime Clerk) re: interim results of Fire Victim Plan Solicitation | Solicitation | 0.30 |
| 03/05/20 | CJ | DS | Communicate with J. Hufendick (WGM) on plan classifications | Solicitation | 0.20 |
| 03/05/20 | DS | DS | Review and quality control fire victim procedures inquiry requests | Call Center / Credit Inquiry | 2.10 |
| 03/05/20 | MJCA | SA | Update law firm directory form tracker | Solicitation | 1.20 |

| 03/05/20 | MJCA | SA | Update fire victim claims report tracker | Solicitation | 2.60 |
|---|---|---|---|---|---|
| 03/05/20 | MJCA | SA | Process incoming fire victim plan solicitation directive forms | Solicitation | 2.90 |
| 03/05/20 | MJCA | SA | Respond to creditor inquiries related to Plan solicitation | Call Center / Credit Inquiry | 2.80 |
| 03/05/20 | MMB | SA | Review correspondence with Prime Clerk case team (C. Johnson, S. Kesler, M. Carpenter, A. Gray), Broadridge, PG&E (E. Conti), Weil (M. Goren), nominees, and creditors related to Plan solicitation and bar date notice | Solicitation | 0.60 |
| 03/05/20 | MMB | SA | Confer and coordinate with case team (C. Johnson) re upcoming solicitation (.1); quality assurance review and edit of draft solicitation documents (3.3) | Solicitation | 3.40 |
| 03/05/20 | STK | SA | Prepare fire victim plan solicitation directive law firm list for BrownGreer | Solicitation | 1.20 |
| 03/05/20 | STK | SA | Respond to nominee and creditor inquiries related to rescission or damage claim proof of claim | Call Center / Credit Inquiry | 1.10 |
| 03/05/20 | STK | SA | Respond to creditor inquiries related to fire victim plan solicitation directive | Call Center / Credit Inquiry | 1.00 |
| 03/05/20 | STK | SA | Quality assurance of fire victim plan solicitation directive database | Solicitation | 2.10 |
| 03/05/20 | STK | SA | Update fire victim plan solicitation directive database | Solicitation | 1.30 |
| 03/05/20 | STK | SA | Confer with C. Johnson (Prime Clerk) re: plan classing creditor matrix for solicitation purposes | Solicitation | 0.40 |
| 03/05/20 | STK | SA | Coordinate with C. Johnson (Prime Clerk) re: interim results of fire victim plan solicitation directives | Solicitation | 0.30 |
| 03/06/20 | AJG | SA | Respond to nominee inquiries regarding supplemental rescission of damage claim | Call Center / Credit Inquiry | 2.30 |
| 03/06/20 | AJG | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 2.10 |
| 03/06/20 | CJ | DS | Review fire victim plan solicitation directive submitted by Skikos Law Firm | Solicitation | 0.40 |
| 03/06/20 | CJ | DS | Research and review revised plan classes for solicitation | Solicitation | 1.10 |
| 03/06/20 | CJ | DS | Research constituents of Utility Funded Debt class for voting purposes | Solicitation | 0.90 |
| 03/06/20 | CJ | DS | Confer with M. Goren and J. Hufendick (WGM) re: Utility Funded Debt class for voting purposes | Solicitation | 0.10 |
| 03/06/20 | CJ | DS | Confer with T. Schinckel (WGM) re: Utility Funded Debt class for voting purposes | Solicitation | 0.30 |
| 03/06/20 | CJ | DS | Correspondence with R. Labate (Holland & Knight) re: holders of PC Bonds as of Voting Record Date | Solicitation | 0.20 |
| 03/06/20 | CJ | DS | Review and provide suggested edits to draft of plan of reorganization re: distribution provisions | Solicitation | 1.10 |
| 03/06/20 | CJ | DS | Coordinate with M. Brown (Prime Clerk) re: performing quality assurance review of latest drafts of solicitation materials | Solicitation | 0.20 |
| 03/06/20 | CJ | DS | Coordinate with S. Kesler (Prime Clerk) re: fire victim plan solicitation directives | Solicitation | 0.50 |

| 03/06/20 | CP | DS | Coordinate with J. Hufendick (Weil) and C. Johnson (Prime Clerk) regarding comments to plan related to trustee issues | Solicitation | 0.30 |
|---|---|---|---|---|---|
| 03/06/20 | MJCA | SA | Update claims report tracker | Solicitation | 2.70 |
| 03/06/20 | MJCA | SA | Process incoming fire victim plan solicitation directive forms | Solicitation | 5.10 |
| 03/06/20 | MJCA | SA | Respond to creditor inquiries related to Plan solicitation | Call Center / Credit Inquiry | 1.50 |
| 03/06/20 | MMB | SA | Review correspondence with Prime Clerk case team (C. Pullo, C. Schepper, C. Johnson, S. Kesler, M. Carpenter, A. Gray), Weil (M. Goren, J. Hufendick), nominees, and creditors related to Plan solicitation and bar date notice | Solicitation | 0.50 |
| 03/06/20 | MMB | SA | Confer and coordinate with case team (C. Johnson) re upcoming solicitation (.1) and quality assurance review and edit of draft solicitation documents (1.6) | Solicitation | 1.70 |
| 03/06/20 | STK | SA | Coordinate with C. Johnson (Prime Clerk) re: submitted Fire Victim Plan Solicitation Directives | Solicitation | 0.50 |
| 03/06/20 | STK | SA | Review and respond to inquiry from M. Goren (WGM) related to rescission or damage claim proof of claim | Solicitation | 0.40 |
| 03/06/20 | STK | SA | Respond to nominee and creditor inquiries related to rescission or damage claim proof of claim | Call Center / Credit Inquiry | 0.80 |
| 03/06/20 | STK | SA | Respond to creditor inquiries related to fire victim plan solicitation directive | Call Center / Credit Inquiry | 0.60 |
| 03/06/20 | STK | SA | Quality assurance of fire victim plan solicitation directive database | Solicitation | 1.00 |
| 03/06/20 | STK | SA | Update fire victim plan solicitation directive database | Solicitation | 0.60 |
| 03/07/20 | CJ | DS | Review and provide suggested edit to latest drafts of proposed solicitation procedures order, notices, and ballots | Solicitation | 1.20 |
| 03/07/20 | CJ | DS | Review revised plan of reorganization for plan-classing purposes and create master summary chart | Solicitation | 4.20 |
| 03/09/20 | AJG | SA | Respond to JP Morgan and Toironto BMO inquiry related to supplemental rescission of damage claim proof of claim solicitation | Call Center / Credit Inquiry | 1.10 |
| 03/09/20 | AJG | SA | Review emails and documents related to distributions for supplemental rescission or damage claim proof of claim | Disbursements | 1.00 |
| 03/09/20 | CJ | DS | Confer with M. Goren (WGM) re: distribution mechanics | Solicitation | 0.20 |
| 03/09/20 | CJ | DS | Confer with S. Kesler (Prime Clerk) re: plan classing | Solicitation | 0.50 |
| 03/09/20 | CJ | DS | Confer with S. Kesler (Prime Clerk) re: report of fire victim claims for WGM | Solicitation | 0.40 |
| 03/09/20 | CJ | DS | Format report and response for M. Goren (Weil) re: fire victim claims | Solicitation | 0.80 |
| 03/09/20 | CJ | DS | Communicate with G. Skikos (Skikos Law Firm) re: fire victim plan solicitation directive | Solicitation | 0.10 |
| 03/09/20 | CJ | DS | Review fire victim plan solicitation directive results | Solicitation | 0.60 |
| 03/09/20 | CJ | DS | Review plan class report | Solicitation | 1.20 |
| 03/09/20 | CJ | DS | Review, provide suggested edit, and circulate to L. Carens (WGM) revised drafts of the solicitation materials (proposed | Solicitation | 1.40 |

| | | | | | |
|---|---|---|---|---|---|
| | | | order, ballots, and notices) | | |
| 03/09/20 | DS | DS | Review and quality control fire victim procedures and equity class action inquiry requests | Call Center / Credit Inquiry | 3.20 |
| 03/09/20 | MJCA | SA | Update claims report tracker | Solicitation | 2.30 |
| 03/09/20 | MJCA | SA | Process incoming fire victim plan solicitation directive forms | Solicitation | 3.90 |
| 03/09/20 | MJCA | SA | Respond to creditor inquiries related to Plan solicitation | Call Center / Credit Inquiry | 1.20 |
| 03/09/20 | MMB | SA | Review correspondence with case team (S. Kesler, A. Gray, C. Johnson, M. Carpenter), Weil (M. Goren at Weil, L. Carens, T. Schinckel); R. Labate (Holland & Knight), Broadridge (C. Fleming), indenture trustee (J. Rose at Wilmington), creditors, and nominees related to solicitation and rescission and damages claims | Solicitation | 0.40 |
| 03/09/20 | STK | SA | Update fire victim plan solicitation directive database | Solicitation | 0.50 |
| 03/09/20 | STK | SA | Confer with C. Johnson (Prime Clerk) on plan classing | Solicitation | 0.50 |
| 03/09/20 | STK | SA | Confer with C. Johnson (Prime Clerk) re: report of Fire Victim Claims for WGM | Solicitation | 0.40 |
| 03/09/20 | STK | SA | Quality assurance of fire victim plan solicitation directive database | Solicitation | 1.50 |
| 03/09/20 | STK | SA | Review and respond to inquiry from R. Labate (H&K) related to solicitation | Solicitation | 0.50 |
| 03/09/20 | STK | SA | Respond to creditor inquiries related to fire victim plan solicitation directive | Call Center / Credit Inquiry | 0.80 |
| 03/09/20 | STK | SA | Respond to nominee and creditor inquiries related to rescission or damage claim proof of claim | Call Center / Credit Inquiry | 1.20 |
| 03/09/20 | STK | SA | Confer and coordinate with Broadridge re solicitation | Solicitation | 1.00 |
| 03/10/20 | AJG | SA | Review emails and documents related to distributions re supplemental rescission or damage claim proof of claim | Disbursements | 1.20 |
| 03/10/20 | AJG | SA | Respond to nominee inquiries related to supplemental rescission of damage claims | Call Center / Credit Inquiry | 1.80 |
| 03/10/20 | ATO | DS | Confer and coordinate with Craig Johnson, James Daloia, and Christina Pullo (Prime Clerk) re solicitation | Solicitation | 0.30 |
| 03/10/20 | CJ | DS | Confer with S. Kesler (Prime Clerk) re plan classing and voting amounts for various classes of claimants | Solicitation | 0.80 |
| 03/10/20 | CJ | DS | Coordinate with S. Kesler (Prime Clerk) re collection of voting amounts for Utility Funded Debt Claims | Solicitation | 0.40 |
| 03/10/20 | CP | DS | Monitor and quality assurance review of fire victim plan solicitation directive inquiries | Call Center / Credit Inquiry | 0.50 |
| 03/10/20 | CP | DS | Coordinate with Prime Clerk case team regarding extended bar date claims processing in connection with solicitation preparations | Solicitation | 0.30 |
| 03/10/20 | MJCA | SA | Update claims report tracker | Solicitation | 3.70 |
| 03/10/20 | MJCA | SA | Process incoming fire victim plan solicitation directive forms | Solicitation | 5.40 |
| 03/10/20 | MJCA | SA | Respond to creditor inquiries related to Plan solicitation | Call Center / Credit Inquiry | 1.90 |

| 03/10/20 | STK | SA | Update fire victim plan solicitation directive database | Solicitation | 1.60 |
| 03/10/20 | STK | SA | Confer with C. Johnson (Prime Clerk) re plan classing and voting amounts for various classes of claimants | Solicitation | 0.80 |
| 03/10/20 | STK | SA | Coordinate with C. Johnson (Prime Clerk) re collection of voting amounts for Utility Funded Debt Claims | Solicitation | 0.40 |
| 03/10/20 | STK | SA | Quality assurance of fire victim plan solicitation directive database | Solicitation | 2.90 |
| 03/10/20 | STK | SA | Respond to creditor inquiries related to fire victim plan solicitation directive | Call Center / Credit Inquiry | 1.10 |
| 03/10/20 | STK | SA | Respond to nominee and creditor inquiries related to rescission or damage claim proof of claim | Call Center / Credit Inquiry | 0.90 |
| 03/10/20 | STK | SA | Confer and coordinate with Broadridge re solicitation | Solicitation | 0.80 |
| 03/11/20 | CJ | DS | Confer with S. Kesler (Prime Clerk) re plan classing and voting record date preparations for solicitation | Solicitation | 0.50 |
| 03/11/20 | CJ | DS | Research and compile Voting Record Date information and plan class information re: solicitation preparation | Solicitation | 0.80 |
| 03/11/20 | CP | DS | Monitor and quality assurance review of fire victim directive and rescission/damage claim proof of claim inquiries | Call Center / Credit Inquiry | 0.50 |
| 03/11/20 | DS | DS | Review and quality control fire victim procedure and equity claim procedure inquiry requests | Call Center / Credit Inquiry | 1.60 |
| 03/11/20 | MJCA | SA | Update claims report tracker | Solicitation | 3.50 |
| 03/11/20 | MJCA | SA | Process incoming fire victim plan solicitation directive forms | Solicitation | 5.40 |
| 03/11/20 | MJCA | SA | Respond to creditor inquiries related to Plan solicitation | Call Center / Credit Inquiry | 1.40 |
| 03/11/20 | STK | SA | Update fire victim plan solicitation directive database | Solicitation | 1.10 |
| 03/11/20 | STK | SA | Confer with C. Johnson (Prime Clerk) re plan classing and voting record date preparations for solicitation | Solicitation | 0.50 |
| 03/11/20 | STK | SA | Quality assurance of fire victim plan solicitation directive database | Solicitation | 2.40 |
| 03/11/20 | STK | SA | Respond to creditor inquiries related to fire victim plan solicitation directive | Call Center / Credit Inquiry | 0.70 |
| 03/11/20 | STK | SA | Respond to nominee and creditor inquiries related to rescission or damage claim proof of claim | Call Center / Credit Inquiry | 1.90 |
| 03/11/20 | STK | SA | Confer and coordinate with Broadridge re solicitation | Solicitation | 0.60 |
| 03/12/20 | AJG | SA | Review emails and documents related to distributions regarding Supplemental Rescission or Damage Claim Proof of Claim | Disbursements | 0.80 |
| 03/12/20 | CJ | DS | Coordinate with S. Kesler (Prime Clerk) regarding plan classing of the creditor database | Solicitation | 0.60 |
| 03/12/20 | CJ | DS | Coordinate with S. Kesler (Prime Clerk) regarding processing returned Fire Victim Plan Solicitation Directives | Solicitation | 0.40 |
| 03/12/20 | CJ | DS | Coordinate with S. Kesler (Prime Clerk) regarding receipt of Voting Record Date information from voting | Solicitation | 0.30 |
| 03/12/20 | CP | DS | Coordinate with Prime Clerk case team regarding plan classification coordination with AlixPartners | Solicitation | 0.20 |

| 03/12/20 | DS | DS | Review and quality control fire victim procedure and equity claim procedure inquiry requests | Call Center / Credit Inquiry | 1.20 |
|---|---|---|---|---|---|
| 03/12/20 | MJCA | SA | Update claims report tracker | Solicitation | 3.70 |
| 03/12/20 | MJCA | SA | Process incoming fire victim plan solicitation directive forms | Solicitation | 6.30 |
| 03/12/20 | MJCA | SA | Respond to creditor inquiries related to Plan solicitation | Call Center / Credit Inquiry | 1.80 |
| 03/12/20 | STK | SA | Review and respond to inquiry from M. Goren (WGM) and S. Doresey (Alix) related to solicitation | Solicitation | 0.60 |
| 03/12/20 | STK | SA | Update fire victim plan solicitation directive database | Solicitation | 0.80 |
| 03/12/20 | STK | SA | Coordinate with C. Johnson (Prime Clerk) regarding plan classing of the creditor database | Solicitation | 0.60 |
| 03/12/20 | STK | SA | Coordinate with C. Johnson (Prime Clerk) regarding processing returned Fire Victim Plan Solicitation Directives | Solicitation | 0.40 |
| 03/12/20 | STK | SA | Coordinate with C. Johnson (Prime Clerk) regarding receipt of Voting Record Date information from voting creditors | Solicitation | 0.30 |
| 03/12/20 | STK | SA | Quality assurance of fire victim plan solicitation directive database | Solicitation | 1.30 |
| 03/12/20 | STK | SA | Respond to creditor inquiries related to fire victim plan solicitation directive | Call Center / Credit Inquiry | 1.00 |
| 03/12/20 | STK | SA | Respond to nominee and creditor inquiries related to rescission or damage claim proof of claim | Call Center / Credit Inquiry | 1.10 |
| 03/12/20 | STK | SA | Confer and coordinate with Broadridge re noticing event | Solicitation | 0.60 |
| 03/13/20 | CJ | DS | Confer with S. Kesler (Prime Clerk) re: responding to inquiries from nominees re rescission or damage proof of claim | Call Center / Credit Inquiry | 0.20 |
| 03/13/20 | CJ | DS | Draft template response for use in responding to nominee inquiries re rescission or damage proof of claim | Call Center / Credit Inquiry | 0.60 |
| 03/13/20 | CJ | DS | Review draft plan class reports | Solicitation | 0.90 |
| 03/13/20 | CP | DS | Monitor and quality assurance review of fire victim directive and rescission/damage claim proof of claim inquiries | Call Center / Credit Inquiry | 0.60 |
| 03/13/20 | STK | SA | Review and respond to inquiry from M. Goren (WGM) and M. Repko (Alix) related to solicitation | Solicitation | 0.70 |
| 03/13/20 | STK | SA | Update fire victim plan solicitation directive database | Solicitation | 0.80 |
| 03/13/20 | STK | SA | Quality assurance of fire victim plan solicitation directive database | Solicitation | 1.90 |
| 03/13/20 | STK | SA | Respond to creditor inquiries related to fire victim plan solicitation directive | Call Center / Credit Inquiry | 1.20 |
| 03/13/20 | STK | SA | Respond to nominee and creditor inquiries related to rescission or damage claim proof of claim | Call Center / Credit Inquiry | 1.00 |
| 03/13/20 | STK | SA | Confer and coordinate with Broadridge re solicitation | Solicitation | 0.40 |
| 03/15/20 | CJ | DS | Review and respond to plan classing question from S. Dorsey (Alix) | Solicitation | 0.30 |
| 03/15/20 | CJ | DS | Update plan class report based on PC Bond Loan information provided by R. Davis (Holland & Knight) | Solicitation | 0.60 |
| 03/15/20 | CP | DS | Coordinate with Prime Clerk case team regarding plan | Solicitation | 0.10 |

| | | | | | |
|---|---|---|---|---|---|
| | | | classification inquiry from AlixPartners | | |
| 03/15/20 | CP | DS | Coordinate with Weil (L. Carens, M. Goren) regarding revised solicitation procedures | Solicitation | 0.20 |
| 03/16/20 | AJG | SA | Set notice record date with Broadridge for solicitation purposes | Solicitation | 1.10 |
| 03/16/20 | ATO | DS | Prepare for and participate in telephone conference with M. Goren (Weil) related to plan classing in preparation for solicitation | Solicitation | 0.50 |
| 03/16/20 | CJ | DS | Confer with S. Kesler (Prime Clerk) re: plan classing | Solicitation | 0.20 |
| 03/16/20 | CJ | DS | Confer with S. Kesler (Prime Clerk) re: processing Fire Victim Plan Solicitation Directives | Solicitation | 0.30 |
| 03/16/20 | CJ | DS | Coordinate with R. Davis (Holland Knight) re: voting parties and amounts of PC Bond Loan Claims and PC Bond LOC Claims | Solicitation | 0.20 |
| 03/16/20 | CJ | DS | Coordinate with T. Schinckel (WGM) re: voting parties and amounts in Utility Funded Debt Claim Class | Solicitation | 0.20 |
| 03/16/20 | CJ | DS | Participate in telephone conference with C. Pullo and S. Kesler (Prime Clerk); M. Goren and J. Liou (WGM); and S. Dorsey and R. McWilliams (Alix) re: plan classing (.5); follow up regarding same (.7) | Solicitation | 1.20 |
| 03/16/20 | CJ | DS | Review draft plan class reports | Solicitation | 0.60 |
| 03/16/20 | CJ | DS | Update tracker re: Funded Debt Claimants names, addresses, and voting amounts | Solicitation | 0.50 |
| 03/16/20 | CP | DS | Coordinate with Prime Clerk case team (C. Johnson, S. Kesler) regarding solicitation preparations and processing of rescission/damage claims for solicitation purposes | Solicitation | 0.40 |
| 03/16/20 | DS | DS | Review and quality control fire victim procedures and equity class action inquiry requests | Call Center / Credit Inquiry | 0.80 |
| 03/16/20 | MJCA | SA | Update claims report tracker | Solicitation | 2.80 |
| 03/16/20 | MJCA | SA | Process incoming fire victim plan solicitation directive forms | Solicitation | 3.00 |
| 03/16/20 | MJCA | SA | Respond to creditor inquiries related to Plan solicitation | Call Center / Credit Inquiry | 1.40 |
| 03/16/20 | STK | SA | Update fire victim plan solicitation directive database | Solicitation | 0.20 |
| 03/16/20 | STK | SA | Confer with C. Johnson (Prime Clerk) re: plan classing | Solicitation | 0.20 |
| 03/16/20 | STK | SA | Confer with C. Johnson (Prime Clerk) re: processing Fire Victim Plan Solicitation Directives | Solicitation | 0.30 |
| 03/16/20 | STK | SA | Participate in telephone conference with C. Pullo and C. Johnson (Prime Clerk); M. Goren and J. Liou (WGM); and S. Dorsey and R. McWilliams (Alix) re: plan classing | Solicitation | 0.50 |
| 03/16/20 | STK | SA | Prepare plan class reports for solicitation mailing | Solicitation | 5.00 |
| 03/16/20 | STK | SA | Quality assurance review of fire victim plan solicitation directive database | Solicitation | 0.60 |
| 03/16/20 | STK | SA | Review and respond to inquiries from J. Smith (BrownGreer) related to solicitation | Solicitation | 0.60 |
| 03/16/20 | STK | SA | Review and respond to inquiries from M. Goren (WGM) related to solicitation | Solicitation | 1.60 |

| 03/16/20 | STK | SA | Respond to creditor inquiries related to fire victim plan solicitation directive | Call Center / Credit Inquiry | 0.20 |
|---|---|---|---|---|---|
| 03/16/20 | STK | SA | Respond to nominee and creditor inquiries related to rescission or damage claim proof of claim | Call Center / Credit Inquiry | 0.70 |
| 03/16/20 | STK | SA | Confer and coordinate with Broadridge re solicitation noticing event | Solicitation | 0.20 |
| 03/17/20 | AJG | SA | Respond to inquiries on the distribution of ballots and voting deadline | Call Center / Credit Inquiry | 0.60 |
| 03/17/20 | ATO | DS | Confer and coordinate with Stanislav Keslar at Prime Clerk re solicitation | Solicitation | 1.20 |
| 03/17/20 | CJ | DS | Confer with S. Kesler (Prime Clerk) re: plan classing | Solicitation | 0.60 |
| 03/17/20 | CJ | DS | Confer with S. Kesler (Prime Clerk) re: processing fire victim plan solicitation directives | Solicitation | 0.30 |
| 03/17/20 | CJ | DS | Coordinate with R. Davis (Holland Knight) re: voting parties and amounts of PC Bond Loan Claims and PC Bond LOC Claims | Solicitation | 0.20 |
| 03/17/20 | CJ | DS | Coordinate with T. Schinckel (WGM) re: voting parties and amounts in Utility Funded Debt Claim Class | Solicitation | 0.20 |
| 03/17/20 | CJ | DS | Participate in telephone conference with S. Dorsey (Alix) re: plan classing and voting amounts (.3); follow up regarding same (.7) | Solicitation | 1.00 |
| 03/17/20 | CJ | DS | Review draft plan class reports | Solicitation | 0.80 |
| 03/17/20 | CJ | DS | Update tracker re: Funded Debt Claimants names, addresses, and voting amounts | Solicitation | 0.50 |
| 03/17/20 | CJ | DS | Conduct research in preparation for telephone conference with S. Dorsey (Alix) | Solicitation | 0.70 |
| 03/17/20 | CP | DS | Monitor and quality assurance review of fire directive inquiries | Call Center / Credit Inquiry | 0.20 |
| 03/17/20 | CP | DS | Monitor emails between Prime Clerk case team, Weil and AlixPartners related to solicitation preparations | Solicitation | 0.30 |
| 03/17/20 | CRS | DI | Review Baupost claims and email solicitation team regarding voting status | Solicitation | 0.30 |
| 03/17/20 | MJCA | SA | Update claims report tracker | Solicitation | 2.50 |
| 03/17/20 | MJCA | SA | Process incoming fire victim plan solicitation directive forms | Solicitation | 2.90 |
| 03/17/20 | MJCA | SA | Respond to creditor inquiries related to Plan solicitation | Call Center / Credit Inquiry | 1.60 |
| 03/17/20 | STK | SA | Update fire victim plan solicitation directive database | Solicitation | 0.10 |
| 03/17/20 | STK | SA | Confer with C. Johnson (Prime Clerk) re: plan classing | Solicitation | 0.60 |
| 03/17/20 | STK | SA | Confer with C. Johnson (Prime Clerk) re: processing fire victim plan solicitation directives | Solicitation | 0.30 |
| 03/17/20 | STK | SA | Prepare plan class reports for solicitation mailing | Solicitation | 5.00 |
| 03/17/20 | STK | SA | Quality assurance of fire victim plan solicitation directive database | Solicitation | 0.40 |
| 03/17/20 | STK | SA | Review and respond to inquiries from M. Goren (WGM) related to solicitation | Solicitation | 0.30 |

| 03/17/20 | STK | SA | Review and respond to inquiry from J. Liou (WGM) related to solicitation | Solicitation | 0.20 |
|---|---|---|---|---|---|
| 03/17/20 | STK | SA | Review and respond to inquiry from R. Foust (WGM) related to solicitation | Solicitation | 0.20 |
| 03/17/20 | STK | SA | Review and respond to inquiry from R. Labate (H&K) related to solicitation | Solicitation | 0.20 |
| 03/17/20 | STK | SA | Respond to creditor inquiries related to fire victim plan solicitation directive | Call Center / Credit Inquiry | 1.00 |
| 03/17/20 | STK | SA | Respond to nominee and creditor inquiries related to rescission or damage claim proof of claim | Call Center / Credit Inquiry | 0.40 |
| 03/18/20 | AJG | SA | Respond to nominee inquiries on the distribution of ballots and voting deadline | Call Center / Credit Inquiry | 1.20 |
| 03/18/20 | CJ | DS | Coordinate with S. Kesler (Prime Clerk) re: preparations for solicitation mailing | Solicitation | 0.40 |
| 03/18/20 | CJ | DS | Telephone conference with R. Davis and P. Chapman (Holland & Knight) re: PC Bond Loan and LOC Claims | Solicitation | 0.50 |
| 03/18/20 | CJ | DS | Participate in telephone conference with S. Dorsey (Alix) re: plan classing and voting amount | Solicitation | 0.80 |
| 03/18/20 | CJ | DS | Participate in telephone conference with S. Kesler (Prime Clerk); M. Goren and J. Liou (WGM); M. Repko, S. Dorsey, and R. McWilliams (Alix) re: plan classing | Solicitation | 0.50 |
| 03/18/20 | CJ | DS | Compile and review plan class information | Solicitation | 2.30 |
| 03/18/20 | CJ | DS | Respond to inquiries from S. Dorsey (Alix) re: plan classing and voting amounts | Solicitation | 0.40 |
| 03/18/20 | CJ | DS | Review claims filed by "Public Entities" for plan-classing purposes | Solicitation | 0.60 |
| 03/18/20 | CJ | DS | Review claims for purposes of determining identities and amounts of parties voting PC Bond LOC claims | Solicitation | 0.80 |
| 03/18/20 | CJ | DS | Update voting amounts for PC Bond Loan Claims | Solicitation | 0.60 |
| 03/18/20 | CJ | DS | Review draft solicitation mailing matrix circulated by M. Brown (Prime Clerk) | Solicitation | 0.80 |
| 03/18/20 | CP | DS | Monitor and quality assurance review of fire directive inquiries | Call Center / Credit Inquiry | 0.20 |
| 03/18/20 | DS | DS | Review and quality control fire victim procedures and equity class action inquiry requests | Call Center / Credit Inquiry | 0.80 |
| 03/18/20 | MJCA | SA | Update fire victim report tracker | Solicitation | 2.10 |
| 03/18/20 | MJCA | SA | Process incoming fire victim plan solicitation directive forms | Solicitation | 2.40 |
| 03/18/20 | MJCA | SA | Respond to creditor inquiry related to Plan solicitation | Call Center / Credit Inquiry | 0.50 |
| 03/18/20 | STK | SA | Update fire victim plan solicitation directive database | Solicitation | 0.30 |
| 03/18/20 | STK | SA | Participate in telephone conference with C. Johnson (Prime Clerk); M. Goren and J. Liou (WGM); M. Repko, S. Dorsey, and R. McWilliams (Alix) re: plan classing | Solicitation | 0.50 |
| 03/18/20 | STK | SA | Prepare plan class reports for solicitation mailing | Solicitation | 2.00 |

| 03/18/20 | STK | SA | Quality assurance of fire victim plan solicitation directive database | Solicitation | 0.30 |
| 03/18/20 | STK | SA | Review and respond to inquiries from M. Goren (WGM) related to solicitation | Solicitation | 0.10 |
| 03/18/20 | STK | SA | Review and respond to inquiry from L. Carens (WGM) related to solicitation | Solicitation | 0.40 |
| 03/18/20 | STK | SA | Respond to creditor inquiries related to fire victim plan solicitation directive | Call Center / Credit Inquiry | 1.10 |
| 03/18/20 | STK | SA | Respond to nominee and creditor inquiries related to rescission or damage claim proof of claim | Call Center / Credit Inquiry | 0.40 |
| 03/18/20 | STK | SA | Confer and coordinate with Broadridge re solicitation | Solicitation | 0.10 |
| 03/19/20 | AJG | SA | Respond to nominee inquiries on the distribution of ballots and voting deadline | Call Center / Credit Inquiry | 0.30 |
| 03/19/20 | CJ | DS | Coordinate with S. Kesler (Prime Clerk) re: plan classing | Solicitation | 0.80 |
| 03/19/20 | CJ | DS | Draft presentation slide (at request of S. Dorsey (Alix)) re: solicitation dates and deadlines | Solicitation | 1.10 |
| 03/19/20 | CJ | DS | Respond to inquiries from J. Bretschneider (Willkie) re: voting amounts | Solicitation | 0.20 |
| 03/19/20 | CJ | DS | Participate in telephone conference with H. Baer (Prime Clerk) and E. Lane (WGM) re: characterization of rescission or damage claims | Solicitation | 0.20 |
| 03/19/20 | CJ | DS | Participate in telephone conference with H. Baer, M. Hill, and S. Kesler (Prime Clerk); M. Goren (WGM); R. McWilliams, M. Repko, and S. Dorsey (Alix) and M. Zaken (Cravath) re: plan classing and voting amounts | Solicitation | 0.60 |
| 03/19/20 | CJ | DS | Participate in telephone conference with S. Kesler (Prime Clerk); M. Goren (WGM); and S. Dorsey (Alix) re: plan classing | Solicitation | 0.20 |
| 03/19/20 | CJ | DS | Review claims filed by public entities and subrogation claimants for voting amounts | Solicitation | 0.70 |
| 03/19/20 | CJ | DS | Review and revise plan class reports | Solicitation | 3.20 |
| 03/19/20 | CRS | DI | Review plan class reports and emails regarding same | Solicitation | 1.00 |
| 03/19/20 | DS | DS | Review and quality control fire victim procedures and equity class action inquiry requests | Call Center / Credit Inquiry | 0.80 |
| 03/19/20 | MJCA | SA | Update claims report tracker | Solicitation | 5.70 |
| 03/19/20 | MJCA | SA | Process incoming fire victim plan solicitation directive forms | Solicitation | 3.90 |
| 03/19/20 | MJCA | SA | Respond to creditor inquiries related to Plan solicitation | Call Center / Credit Inquiry | 2.00 |
| 03/19/20 | STK | SA | Update fire victim plan solicitation directive database | Solicitation | 0.20 |
| 03/19/20 | STK | SA | Coordinate with C. Johnson (Prime Clerk) re: plan classing | Solicitation | 0.80 |
| 03/19/20 | STK | SA | Participate in telephone conference with C. Johnson (Prime Clerk); M. Goren (WGM); and S. Dorsey (Alix) re: plan classing | Solicitation | 0.20 |
| 03/19/20 | STK | SA | Participate in telephone conference with H. Baer, M. Hill, and C. Johnson (Prime Clerk); M. Goren (WGM); R. McWilliams, M. Repko, and S. Dorsey (Alix) and M. Zaken | Solicitation | 0.60 |

| | | | (Cravath) re: plan classing and voting amounts | | |
|---|---|---|---|---|---|
| 03/19/20 | STK | SA | Prepare plan class reports for solicitation mailing | Solicitation | 4.40 |
| 03/19/20 | STK | SA | Quality assurance of fire victim plan solicitation directive database | Solicitation | 0.50 |
| 03/19/20 | STK | SA | Review and respond to inquiries from M. Goren (WGM) related to solicitation | Solicitation | 1.50 |
| 03/19/20 | STK | SA | Review and respond to inquiry from L. Carens (WGM) related to solicitation | Solicitation | 0.20 |
| 03/19/20 | STK | SA | Review and respond to inquiry from S. Dorsey (Alix) related to solicitation | Solicitation | 0.10 |
| 03/19/20 | STK | SA | Respond to creditor inquiries related to fire victim plan solicitation directive | Call Center / Credit Inquiry | 1.50 |
| 03/19/20 | STK | SA | Respond to nominee and creditor inquiries related to rescission or damage claim proof of claim | Call Center / Credit Inquiry | 0.30 |
| 03/19/20 | STK | SA | Confer and coordinate with Broadridge re noticing event | Solicitation | 0.20 |
| 03/20/20 | CJ | DS | Coordinate with S. Dorsey (Alix) re: slides for solicitation and plan-classing presentation to PG&E management | Solicitation | 0.40 |
| 03/20/20 | CJ | DS | Participate in various communications with S. Dorsey (Alix) re: plan classing | Solicitation | 0.60 |
| 03/20/20 | CJ | DS | Participate in various meetings and communications with S. Kesler (Prime Clerk) re: plan classing | Solicitation | 1.20 |
| 03/20/20 | CJ | DS | Review progress on plan class report and revise same | Solicitation | 1.60 |
| 03/20/20 | MJCA | SA | Update fire victim report tracker | Solicitation | 4.30 |
| 03/20/20 | MJCA | SA | Process incoming fire victim plan solicitation directive forms | Solicitation | 4.70 |
| 03/20/20 | MJCA | SA | Respond to creditor inquiry related to Plan solicitation | Call Center / Credit Inquiry | 1.50 |
| 03/20/20 | STK | SA | Participate in telephone conference with C. Johnson (Prime Clerk); M. Becker, G. Shepherd, and C. Foster (PGE); M. Goren (WGM); and R. McWilliams, M. Repko, and S. Dorsey (Alix) re: reviewing plan classing | Solicitation | 0.50 |
| 03/20/20 | STK | SA | Update fire victim plan solicitation directive database | Solicitation | 0.50 |
| 03/20/20 | STK | SA | Participate in various meetings and communications with C. Johnson (Prime Clerk) re: plan classing | Solicitation | 1.20 |
| 03/20/20 | STK | SA | Prepare plan class reports for solicitation mailing | Solicitation | 3.00 |
| 03/20/20 | STK | SA | Quality assurance of fire victim plan solicitation directive database | Solicitation | 0.30 |
| 03/20/20 | STK | SA | Review and respond to inquiry from S. Dorsey (Alix) related to solicitation | Solicitation | 1.30 |
| 03/20/20 | STK | SA | Respond to creditor inquiries related to fire victim plan solicitation directive | Call Center / Credit Inquiry | 0.30 |
| 03/20/20 | STK | SA | Respond to nominee and creditor inquiries related to rescission or damage claim proof of claim | Call Center / Credit Inquiry | 0.20 |
| 03/21/20 | DS | DS | Review and quality control equity class action and fire victim procedure inquiry requests | Call Center / Credit Inquiry | 0.90 |
| 03/21/20 | STK | SA | Prepare plan class reports for solicitation mailing | Solicitation | 2.00 |

| 03/22/20 | CJ | DS | Confer with S. Kesler (Prime Clerk) re: plan class questions | Solicitation | 1.10 |
|---|---|---|---|---|---|
| 03/22/20 | CJ | DS | Coordinate with V. Manners (Prime Clerk) re: review of fire victim claim | Solicitation | 0.90 |
| 03/22/20 | CJ | DS | Participate in conference call with S. Kesler (Prime Clerk) and S. Dorsey (Alix) re: fire victim claims | Solicitation | 0.20 |
| 03/22/20 | CJ | DS | Review and edit draft plan class report | Solicitation | 3.70 |
| 03/22/20 | DS | DS | Review and quality control equity class action and fire victim procedure inquiry requests | Call Center / Credit Inquiry | 0.90 |
| 03/22/20 | MJCA | SA | Process incoming fire victim Plan solicitation forms | Solicitation | 2.50 |
| 03/22/20 | STK | SA | Confer with C. Johnson (Prime Clerk) re: plan class questions | Solicitation | 1.10 |
| 03/22/20 | STK | SA | Participate in conference call with C. Johnson (Prime Clerk) and S. Dorsey (Alix) re: fire victim claims | Solicitation | 0.20 |
| 03/22/20 | STK | SA | Prepare plan class reports for solicitation mailing | Solicitation | 7.00 |
| 03/22/20 | STK | SA | Quality assurance of fire victim plan solicitation directive database | Solicitation | 2.00 |
| 03/23/20 | CJ | DS | Confer with S. Kesler (Prime Clerk) re: plan classing | Solicitation | 0.90 |
| 03/23/20 | CJ | DS | Review e-mail from M. Goren (WGM) re: plan classing comments | Solicitation | 0.30 |
| 03/23/20 | CJ | DS | Confer with S. Kesler (Prime Clerk) re: processing fire victim plan solicitation directives | Solicitation | 0.50 |
| 03/23/20 | CJ | DS | Participate in telephone call with M. Skikos (Skikos Law Firm) re: submission of votes | Solicitation | 0.20 |
| 03/23/20 | CJ | DS | Confer with M. Repko (Alix) re: plan classing | Solicitation | 0.80 |
| 03/23/20 | CJ | DS | Confer with  C. Pullo and S. Kesler (Prime Clerk) re: plan classing | Solicitation | 0.20 |
| 03/23/20 | CJ | DS | Review revised draft plan class reports | Solicitation | 0.80 |
| 03/23/20 | CP | DS | Coordinate with C. Johnson (Prime Clerk) regarding scheduled fire victim claim solicitation records | Solicitation | 0.40 |
| 03/23/20 | CRS | DI | Review questions regarding scheduled CUD fire claims and voting status | Solicitation | 0.30 |
| 03/23/20 | MJCA | SA | Update fire victim report form tracker | Solicitation | 0.60 |
| 03/23/20 | MJCA | SA | Respond to creditor inquiries related to Plan solicitation | Call Center / Credit Inquiry | 1.30 |
| 03/23/20 | MJCA | SA | Process incoming fire victim plan solicitation forms | Solicitation | 2.70 |
| 03/23/20 | STK | SA | Review and respond to inquiry from M. Goren (WGM) related to solicitation | Solicitation | 1.00 |
| 03/23/20 | STK | SA | Prepare plan class reports for solicitation mailing | Solicitation | 4.00 |
| 03/23/20 | STK | SA | Quality assurance of fire victim plan solicitation directive database | Solicitation | 4.00 |
| 03/23/20 | SW | DI | Draft monthly fee statement | Retention / Fee Application | 0.80 |
| 03/24/20 | CJ | DS | Confer with S. Kesler (Prime Clerk) re: plan classing | Solicitation | 0.90 |
| 03/24/20 | CJ | DS | Confer with S. Kesler (Prime Clerk) re: processing fire victim | Solicitation | 0.70 |

| | | | plan solicitation directives | | |
|---|---|---|---|---|---|
| 03/24/20 | CJ | DS | Review and respond to e-mail from M. Repko (Alix) re: plan classing | Solicitation | 0.30 |
| 03/24/20 | CJ | DS | Review and respond to e-mail from M. Goren (WGM) re: plan classing | Solicitation | 0.30 |
| 03/24/20 | CJ | DS | Review results of analysis of scheduled fire victim claims for voting purposes | Solicitation | 1.10 |
| 03/24/20 | MJCA | SA | Update fire victim directive amendments tracker | Solicitation | 1.80 |
| 03/24/20 | MJCA | SA | Respond to creditor inquiries related to Plan solicitation | Call Center / Credit Inquiry | 2.40 |
| 03/24/20 | MJCA | SA | Process incoming fire victim Plan solicitation forms | Solicitation | 3.30 |
| 03/24/20 | RJV | SA | Prepare for and participate in telephone conference with S. Longergan, C. Liu, S. Kesler, A. Orchowski, and N. Scully (Prime Clerk) re: solicitation timeline | Solicitation | 1.70 |
| 03/24/20 | STK | SA | Respond to creditor inquiries related to fire victim plan solicitation directive | Call Center / Credit Inquiry | 1.00 |
| 03/24/20 | STK | SA | Respond to nominee and creditor inquiries related to rescission or damage claim proof of claim | Call Center / Credit Inquiry | 1.00 |
| 03/24/20 | STK | SA | Review and respond to inquiry from M. Goren (WGM) related to solicitation | Solicitation | 0.80 |
| 03/24/20 | STK | SA | Review and respond to inquiry from M. Repko (Alix) related to solicitation | Solicitation | 0.60 |
| 03/24/20 | STK | SA | Prepare plan class reports for solicitation mailing | Solicitation | 3.00 |
| 03/24/20 | STK | SA | Quality assurance of fire victim plan solicitation directive database | Solicitation | 5.60 |
| 03/25/20 | CJ | DS | Review and edit draft voting instruction letters to nominees | Solicitation | 1.10 |
| 03/25/20 | CJ | DS | Confer with S. Kesler (Prime Clerk) re: outstanding items in plan classing | Solicitation | 0.20 |
| 03/25/20 | CJ | DS | Collect voting information for federal agencies | Solicitation | 0.30 |
| 03/25/20 | CJ | DS | Manage completion of plan classing | Solicitation | 2.10 |
| 03/25/20 | CJ | DS | Coordinate with M. Goren (WGM) re: response to fire victim law firm and directive | Solicitation | 0.30 |
| 03/25/20 | CP | DS | Monitor and quality assurance review of fire directive inquiries | Call Center / Credit Inquiry | 0.60 |
| 03/25/20 | DS | DS | Review and quality control solicitation inquiry requests | Call Center / Credit Inquiry | 1.10 |
| 03/25/20 | MJCA | SA | Update fire victim directive amendments tracker | Solicitation | 1.60 |
| 03/25/20 | MJCA | SA | Respond to creditor inquiries related to Plan solicitation | Call Center / Credit Inquiry | 2.20 |
| 03/25/20 | MJCA | SA | Process incoming fire victim Plan solicitation forms | Solicitation | 3.50 |
| 03/25/20 | STK | SA | Respond to creditor inquiries related to fire victim plan solicitation directive | Call Center / Credit Inquiry | 1.50 |
| 03/25/20 | STK | SA | Respond to nominee and creditor inquiries related to rescission or damage claim proof of claim | Call Center / Credit Inquiry | 1.20 |

| 03/25/20 | STK | SA | Review and respond to inquiry from M. Goren (WGM) related to solicitation | Solicitation | 0.50 |
|---|---|---|---|---|---|
| 03/25/20 | STK | SA | Review and respond to inquiry from M. Repko (Alix) related to solicitation | Solicitation | 0.50 |
| 03/25/20 | STK | SA | Prepare plan class reports for solicitation | Solicitation | 7.00 |
| 03/25/20 | STK | SA | Quality assurance of fire victim plan solicitation directive database | Solicitation | 2.30 |
| 03/26/20 | CJ | DS | Confer with S. Kesler (Prime Clerk) re: plan class questions | Solicitation | 0.70 |
| 03/26/20 | CJ | DS | Review and revise text accompanying plan class report for AlixPartners review | Solicitation | 0.20 |
| 03/26/20 | CJ | DS | Review plan class report | Solicitation | 1.20 |
| 03/26/20 | CP | DS | Monitor and quality assurance review of damage claim and fire directive inquiries | Call Center / Credit Inquiry | 0.40 |
| 03/26/20 | CP | DS | Coordinate with Prime Clerk case team regarding solicitation preparations and plan class report (.7); coordinate with Alix (M. Repko), Weil (M. Goren) and Prime Clerk (S. Kesler) regarding finalization of plan class report (.5); review emails between Weil and Prime Clerk case team regarding same (.3); coordinate with M. Goren (Weil) and S. Kesler, C. Johnson (Prime Clerk) regarding solicitation issues (.4); prepare for and participate on call with Weil team (S. Karotkin, M. Goren), AlixPartner (M. Repko, S. Dorsey) and Prime Clerk team (S. Waisman, S. Kesler, C. Johnson, J. Daloia) regarding solicitation issues and finalization of outstanding items (.6) | Solicitation | 2.50 |
| 03/26/20 | MJCA | SA | Update law firm directory form tracker | Solicitation | 1.30 |
| 03/26/20 | MJCA | SA | Update directive amendments tracker | Solicitation | 1.80 |
| 03/26/20 | MJCA | SA | Process incoming fire victim plan solicitation forms | Solicitation | 2.80 |
| 03/26/20 | MJCA | SA | Respond to creditor inquiries related to Plan solicitation | Call Center / Credit Inquiry | 1.40 |
| 03/26/20 | STK | SA | Respond to creditor inquiries related to fire victim plan solicitation directive | Call Center / Credit Inquiry | 1.80 |
| 03/26/20 | STK | SA | Respond to nominee and creditor inquiries related to rescission or damage claim proof of claim | Call Center / Credit Inquiry | 0.80 |
| 03/26/20 | STK | SA | Review and respond to inquiry from M. Goren (WGM) related to solicitation | Solicitation | 0.70 |
| 03/26/20 | STK | SA | Review and respond to inquiry from M. Repko (Alix) related to solicitation | Solicitation | 1.00 |
| 03/26/20 | STK | SA | Prepare plan class reports for solicitatio | Solicitation | 8.00 |
| 03/26/20 | STK | SA | Quality assurance of fire victim plan solicitation directive database | Solicitation | 2.40 |
| 03/27/20 | AJG | SA | Respond to inquiries related to rescission or damages claims | Call Center / Credit Inquiry | 2.40 |
| 03/27/20 | CJ | DS | Confer with S. Kesler (Prime Clerk) re: plan class questions | Solicitation | 0.30 |
| 03/27/20 | CJ | DS | Review draft plan class report | Solicitation | 0.50 |
| 03/27/20 | CP | DS | Coordinate with S. Kesler (Prime Clerk) regarding updates to | Solicitation | 0.30 |

| | | | plan class report and coordination with AlixPartners and Weil regarding same | | |
|---|---|---|---|---|---|
| 03/27/20 | CP | DS | Coordinate with Prime Clerk case team regarding damage claim inquiries related to more than 100 transactions; monitor and quality assurance review of fire victim directives and damage claims inquiries | Call Center / Credit Inquiry | 0.50 |
| 03/27/20 | DS | DS | Review and quality control solicitation inquiry requests | Call Center / Credit Inquiry | 0.40 |
| 03/27/20 | JFD | DS | Create responses to frequently asked questions related to submission of rescission claims | Call Center / Credit Inquiry | 3.90 |
| 03/27/20 | MJCA | SA | Update law firm directory form tracker | Solicitation | 0.90 |
| 03/27/20 | MJCA | SA | Update fire victim directive amendments tracker | Solicitation | 0.70 |
| 03/27/20 | MJCA | SA | Respond to creditor inquiries related to Plan solicitation | Call Center / Credit Inquiry | 1.60 |
| 03/27/20 | STK | SA | Respond to creditor inquiries related to fire victim plan solicitation directive | Call Center / Credit Inquiry | 0.70 |
| 03/27/20 | STK | SA | Respond to nominee and creditor inquiries related to rescission or damage claim proof of claim | Call Center / Credit Inquiry | 1.00 |
| 03/27/20 | STK | SA | Review and respond to inquiry from M. Goren (WGM) related to solicitation | Solicitation | 0.40 |
| 03/27/20 | STK | SA | Review and respond to inquiry from M. Repko (Alix) related to solicitation | Solicitation | 0.30 |
| 03/27/20 | STK | SA | Prepare plan class reports for solicitation purposes | Solicitation | 3.00 |
| 03/28/20 | AJG | SA | Quality assurance review of fire directive distribution database | Disbursements | 4.30 |
| 03/28/20 | CLL | SA | Review plan class reports for solicitation | Solicitation | 5.00 |
| 03/28/20 | CP | DS | Coordinate with S. Kesler (Prime Clerk) regarding updates to plan class report and coordination with AlixPartners and Weil regarding same | Solicitation | 0.20 |
| 03/28/20 | MJCA | SA | Respond to creditor inquiries related to Plan solicitation | Solicitation | 1.00 |
| 03/28/20 | MMB | SA | Confer and coordinate with Prime Clerk case team (S. Kesler) re solicitation | Solicitation | 1.10 |
| 03/28/20 | STK | SA | Prepare plan class reports for solicitation purposes | Solicitation | 2.00 |
| 03/28/20 | STK | SA | Review and respond to inquiry from M. Goren (WGM) related to solicitation | Solicitation | 0.50 |
| 03/28/20 | STK | SA | Review and respond to inquiry from M. Repko (Alix) related to solicitation | Solicitation | 0.20 |
| 03/29/20 | AJG | SA | Quality assurance review of fire directive distribution database | Disbursements | 2.60 |
| 03/29/20 | CLL | SA | Review plan class reports | Solicitation | 8.00 |
| 03/29/20 | CP | DS | Coordinate with S. Kesler (Prime Clerk) regarding additional updates to plan class report and coordination with AlixPartners and Weil regarding same | Solicitation | 0.20 |
| 03/29/20 | MJCA | SA | Respond to creditor inquiries related to Plan solicitation | Solicitation | 2.00 |
| 03/29/20 | STK | SA | Prepare plan class reports for solicitation purposes | Solicitation | 1.00 |

| Date | | | Description | | Hours |
|------|------|------|-------------|-----|-------|
| 03/30/20 | AJG | SA | Quality assurance review of fire directive distribution database | Disbursements | 2.10 |
| 03/30/20 | AJG | SA | Quality assurance review of distribution database | Disbursements | 2.10 |
| 03/30/20 | DS | DS | Review and quality control solicitation inquiry requests | Call Center / Credit Inquiry | 0.90 |
| 03/30/20 | MJCA | SA | Update law firm directory form tracker | Solicitation | 1.50 |
| 03/30/20 | MJCA | SA | Respond to creditor inquiries related to Plan solicitation | Call Center / Credit Inquiry | 2.30 |
| 03/30/20 | STK | SA | Prepare plan class reports for solicitation mailing | Solicitation | 1.00 |
| 03/30/20 | STK | SA | Review and respond to inquiry from M. Goren (WGM) related to solicitation | Solicitation | 0.80 |
| 03/30/20 | STK | SA | Review and respond to inquiry from M. Repko (Alix) related to solicitation | Solicitation | 0.20 |
| 03/31/20 | AJG | SA | Respond to inquiries related to recession of damage claim deadline and format to send information | Call Center / Credit Inquiry | 0.30 |
| 03/31/20 | CP | DS | Coordinate with S. Kesler (Prime Clerk) regarding Weil questions on plan class report (.2); respond to email from M. Goren (Weil) regarding same (.1); | Solicitation | 0.30 |
| 03/31/20 | DS | DS | Review and quality control solicitation inquiry requests | Call Center / Credit Inquiry | 0.80 |
| 03/31/20 | MJCA | SA | Respond to creditor inquiries related to Plan solicitation | Call Center / Credit Inquiry | 1.40 |
| 03/31/20 | MJCA | SA | Update law firm directory form tracker | Solicitation | 1.80 |
| | | | | **Total Hours** | **534.40** |

## Expense Detail

| Description | Units | Rate | Amount |
|-------------|-------|------|--------|
| After Hours Transportation | | | $126.58 |
| | **Total Expenses** | | **$126.58** |