**EXHIBIT E**

**ITEMIZED DISBURSEMENTS**

| Employee Name | Date | Expense Type | Amount |
|---|---|---|---|
| Kesler, Stanislav | 3/3/2020 | After Hours Transportation | $75.80 |
| Kesler, Stanislav | 3/10/2020 | After Hours Transportation | $50.78 |
| **TOTAL** | | | **$126.58** |