# Exhibit A - Index of Recorded Liens and Partial Releases

| Ref. no. | Ex. B. pp. | Job no(s). | County | Lien information | | | Release information | | | Against | Remaining |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Recorded | No. | Amount | Recorded | No. | Amount | | |
| 1 | 2–5 | 21-17-100 | San Francisco | 4/3/2020 | 2020K920794 | $237,754.95 | | | | Pac. Gas & Elec. Co. | $237,754.95 |
| 2 | 6–9 | 21-18-312 | Merced | 3/25/2020 | 2020010166 | $3,506,302.59 | | | | Pac. Gas & Elec. Co. | $3,506,302.59 |
| 3 | 10–13 | 21-18-314 | San Joaquin | 3/26/2020 | 2020-038063 | $408,771.29 | | | | Pac. Gas & Elec. Co. | $408,771.29 |
| 4 | 14–17 | 21-18-329 | Contra Costa | 2/5/2020 | 20200022255 | $342,855.04 | | | | Pac. Gas & Elec. Co. | $342,855.04 |
| 5 | 18–21 | 21-18-355 | Kings | 2/19/2020 | 2003107 | $561,212.49 | * | * | $140,670.77 | Pac. Gas & Elec. Co. | $420,541.72 |
| 6 | 22–27 | 21-18-390 | Sacramento | 2/3/2020 | 202002030834 | $11,952.76 | 4/14/2020 | 202004141201 | $3,707.02 | Pac. Gas & Elec. Co. | $8,245.74 |
| 7 | 28–32 | 21-17-404-002 | Fresno | 3/19/2020 | 2020-0035167 | $148,102.82 | | | | Pac. Gas & Elec. Co. | $148,102.82 |
| 8 | 33–36 | 21-17-436-002 | Alameda | 4/20/2020 | 2020088838 | $480,104.58 | | | | Pac. Gas & Elec. Co. | $480,104.58 |
| | | | | | | | | | | Total: | $5,552,678.73 |

* Note: A partial release in this amount has been submitted to the Kings County Clerk/Recorder's Office, but Roebbelen has not yet received confirmation of recordation. Once such confirmation is confirmed, details about this partial release will be included with Roebbelen's next § 546(b) notice.