# Exhibit B

Case: 19-30088    Doc# 7043-2    Filed: 05/01/20    Entered: 05/01/20 10:17:31    Page 1 of 25

**RECORDING REQUESTED BY**
**AND WHEN RECORDED MAIL TO:**

Roebbelen Contracting, Inc.
Attn: Bruce Stimson
1241 Hawks Flight Court
El Dorado Hills, CA 95762

CONFORMED COPY of document recorded

**04/03/2020 ,2020K920794**

or ................. with document no. ...................
This document has not been compared with the original
SAN FRANCISCO ASSESSOR-RECORDER

RECEIVED BY:

APR 0 3 2020

ROEBBELEN

For recorder's use

## MECHANIC'S LIEN

Roebbelen Contracting, Inc. ("Claimant"), whose address is 1241 Hawks Flight Court, El Dorado Hills, CA 95762 hereby claims a lien upon the real property located in **San Francisco County**, California, including improvements located thereon, described as: **PG&E SFGO FAU Infrausture Program (Job Number 21-17-100 PO#) located at 77 Beale Street, San Francisco CA 94105, APN: 3711-012**.

After deducting all credits and offsets, the sum of **$237,754.95** is due Claimant for the following work, labor, equipment and/or materials furnished by Claimant: labor, material and service for construction and improvements..

Claimant furnished the work and materials at the request of Pacific Gas and Electric Company.

The owner(s) and/or reputed owner(s) of the property and improvements located thereon is: Pacific Gas and Electric Company, whose address is 77 Beale Street, San Francisco, CA 94105

## NOTICE OF MECHANIC'S LIEN
## ATTENTION!

**Upon the recording of the enclosed MECHANIC'S LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the franchise, license, and/or leasehold rights in the real property on which the lien has been recorded. The legal action must be filed with the court no later than 90 days after the date the mechanic's lien is recorded.**

**The party identified in the mechanic's lien may have provided labor or materials for improvements to the referenced property and may not have been paid for those items. You are receiving this notice because it is a required step in filing a mechanic's lien foreclosure action**

against your franchise, license, and/or leasehold rights in the property. The foreclosure action will seek a sale of your franchise, license, and/or leasehold rights in the property in order to pay for unpaid labor, materials, or improvements provided to the property. This may affect your ability to borrow against, refinance, or sell your interest in the property until the mechanic's lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANIC'S LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.

Dated: **3/17/2020**

ROEBBELEN CONTRACTING, INC.

By_____
        Bruce Stimson
Its Chief Financial Officer

## VERIFICATION

I, Bruce Stimson, state:

I am the Chief Financial Officer of Roebbelen Contracting, Inc., claimant of the foregoing mechanic's lien. I have read the lien and know the contents thereof. The facts stated therein are true of my own knowledge.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3/17/2020, at El Dorado Hills, California.

_____
Bruce Stimson

Exhibit B page 4 of 35
Case: 19-30088   Doc# 7043-2   Filed: 05/01/20   Entered: 05/01/20 10:17:31   Page 4
of 25

## AFFIDAVIT OF SERVICE

I, Mai Nguyen-Phillips, declare that I am a resident of the State of California. I am over the age of 18 years and that my business address is Roebbelen Contracting, Inc. 1241 Hawks Flight Court, El Dorado Hills, CA 95762. On 3/17/2020, I served a true and accurate copy of the document(s) entitled:

### MECHANIC'S LIEN

### NOTICE OF MECHANIC'S LIEN

on the owner and/or reputed owners of the franchise, license, and/or leasehold interest in the property and owner/reputed owner of the fee interest in the property by placing said copy(ies) in a sealed envelope, addressed as follows:

Pacific Gas and Electric Company
77 Beale Street
San Francisco, CA 94105

**BY CERTIFIED MAIL – RETURN RECEIPT REQUESTED:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing via Certified Mail, Return Receipt Requested, following our ordinary business practices. I am readily familiar with Roebbelen Contracting, Inc.'s practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and was executed on 3/17/2020, at El Dorado Hills, CA.

Mai Nguyen-Phillips

**RECORDING REQUESTED BY**
**AND WHEN RECORDED MAIL TO:**

Roebbelen Contracting, Inc.
Attn: Bruce Stimson
1241 Hawks Flight Court
El Dorado Hills, CA 95762

Recorded in Official Records,
MERCED COUNTY
Doc#: 2020010166
03/25/2020 10:38 AM

RECEIVED BY:

MAR 27 2020

ROEBBELEN

For recorder's use

## MECHANIC'S LIEN

Roebbelen Contracting, Inc. ("Claimant"), whose address is 1241 Hawks Flight Court, El Dorado Hills, CA 95762 hereby claims a lien upon the real property located in **Merced County**, California, including improvements located thereon, described as: **PG&E Merced Service Center (Job Number 21-18-312 PO#2700064435) located at 4155 East Childs Ave., Merced, CA, APN: 031-062-12**.

After deducting all credits and offsets, the sum of **$3,506,302.59** is due Claimant for the following work, labor, equipment and/or materials furnished by Claimant: labor, material and service for construction of service center..

Claimant furnished the work and materials at the request of Pacific Gas and Electric Company.

The owner(s) and/or reputed owner(s) of the property and improvements located thereon is: Pacific Gas and Electric Company, whose address is 77 Beale Street, San Francisco, CA 94105

## NOTICE OF MECHANIC'S LIEN
## ATTENTION!

Upon the recording of the enclosed MECHANIC'S LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the franchise, license, and/or leasehold rights in the real property on which the lien has been recorded. The legal action must be filed with the court no later than 90 days after the date the mechanic's lien is recorded.

The party identified in the mechanic's lien may have provided labor or materials for improvements to the referenced property and may not have been paid for those items. You are receiving this notice because it is a required step in filing a mechanic's lien foreclosure action

against your franchise, license, and/or leasehold rights in the property. The foreclosure action will seek a sale of your franchise, license, and/or leasehold rights in the property in order to pay for unpaid labor, materials, or improvements provided to the property. This may affect your ability to borrow against, refinance, or sell your interest in the property until the mechanic's lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANIC'S LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.

Dated: **3/23/2020**

ROEBBELEN CONTRACTING, INC.

By_____
Bruce Stimson
Its Chief Financial Officer

Exhibit B page 7 of 35
Case: 19-30088    Doc# 7043-2    Filed: 05/01/20    Entered: 05/01/20 10:17:31    Page 7
of 25

# VERIFICATION

I, Bruce Stimson, state:

I am the Chief Financial Officer of Roebbelen Contracting, Inc., claimant of the foregoing mechanic's lien. I have read the lien and know the contents thereof. The facts stated therein are true of my own knowledge.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3/23/2020, at El Dorado Hills, California.

_____
Bruce Stimson

Exhibit B page 8 of 35
Case: 19-30088    Doc# 7043-2    Filed: 05/01/20    Entered: 05/01/20 10:17:31    Page 8
of 25

## AFFIDAVIT OF SERVICE

I, Mai Nguyen-Phillips, declare that I am a resident of the State of California. I am over the age of 18 years and that my business address is Roebbelen Contracting, Inc. 1241 Hawks Flight Court, El Dorado Hills, CA 95762. On 3/23/2020, I served a true and accurate copy of the document(s) entitled:

### MECHANIC'S LIEN

### NOTICE OF MECHANIC'S LIEN

on the owner and/or reputed owners of the franchise, license, and/or leasehold interest in the property and owner/reputed owner of the fee interest in the property by placing said copy(ies) in a sealed envelope, addressed as follows:

Pacific Gas and Electric Company
77 Beale Street
San Francisco, CA 94105

**BY CERTIFIED MAIL – RETURN RECEIPT REQUESTED:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing via Certified Mail, Return Receipt Requested, following our ordinary business practices. I am readily familiar with Roebbelen Contracting, Inc.'s practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and was executed on 3/23/2020, at El Dorado Hills, CA.

Mai Nguyen-Phillips

**RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:**

Roebbelen Contracting, Inc.
Attn: Bruce Stimson
1241 Hawks Flight Court
El Dorado Hills, CA 95762

RECEIVED BY:

MAR 3 0 2020

For recorder's use          ROEBBELEN

---

## MECHANIC'S LIEN

Roebbelen Contracting, Inc. ("Claimant"), whose address is 1241 Hawks Flight Court, El Dorado Hills, CA 95762 hereby claims a lien upon the real property located in **San Joaquin County**, California, including improvements located thereon, described as: **PG&E Stockton Gas Plant (Job Number 21-18-314 PO#2700086027) located at 535 S Center Street, Stockton CA, APN: 137-320-020-000**.

After deducting all credits and offsets, the sum of **$408,771.29** is due Claimant for the following work, labor, equipment and/or materials furnished by Claimant: labor, material and service for security fence upgrade..

Claimant furnished the work and materials at the request of Pacific Gas and Electric Company.

The owner(s) and/or reputed owner(s) of the property and improvements located thereon is: Pacific Gas and Electric Company, whose address is 77 Beale Street, San Francisco, CA 94105

## NOTICE OF MECHANIC'S LIEN
## ATTENTION!

**Upon the recording of the enclosed MECHANIC'S LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the franchise, license, and/or leasehold rights in the real property on which the lien has been recorded. The legal action must be filed with the court no later than 90 days after the date the mechanic's lien is recorded.**

**The party identified in the mechanic's lien may have provided labor or materials for improvements to the referenced property and may not have been paid for those items. You are receiving this notice because it is a required step in filing a mechanic's lien foreclosure action**

against your franchise, license, and/or leasehold rights in the property. The foreclosure action will seek a sale of your franchise, license, and/or leasehold rights in the property in order to pay for unpaid labor, materials, or improvements provided to the property. This may affect your ability to borrow against, refinance, or sell your interest in the property until the mechanic's lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANIC'S LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.

Dated: **3/25/2020**

ROEBBELEN CONTRACTING, INC.

By _____
Bruce Stimson
Its Chief Financial Officer

# VERIFICATION

I, Bruce Stimson, state:

I am the Chief Financial Officer of Roebbelen Contracting, Inc., claimant of the foregoing mechanic's lien. I have read the lien and know the contents thereof. The facts stated therein are true of my own knowledge.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3/25/2020, at El Dorado Hills, California.

Bruce Stimson

## AFFIDAVIT OF SERVICE

I, Mai Nguyen-Phillips, declare that I am a resident of the State of California. I am over the age of 18 years and that my business address is Roebbelen Contracting, Inc. 1241 Hawks Flight Court, El Dorado Hills, CA 95762. On 3/25/2020, I served a true and accurate copy of the document(s) entitled:

### MECHANIC'S LIEN

### NOTICE OF MECHANIC'S LIEN

on the owner and/or reputed owners of the franchise, license, and/or leasehold interest in the property and owner/reputed owner of the fee interest in the property by placing said copy(ies) in a sealed envelope, addressed as follows:

Pacific Gas and Electric Company
77 Beale Street
San Francisco, CA 94105

**BY CERTIFIED MAIL – RETURN RECEIPT REQUESTED:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing via Certified Mail, Return Receipt Requested, following our ordinary business practices. I am readily familiar with Roebbelen Contracting, Inc.'s practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and was executed on 3/25/2020, at El Dorado Hills, CA.

Mai Nguyen-Phillips

copy/duplicate has not been
compared to original document

**RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:**

Roebbelen Contracting, Inc.
Attn: Bruce Stimson
1241 Hawks Flight Court
El Dorado Hills, CA 95762



RECEIVED BY:

FEB 1 0 2020

ROEBBELEN

02/05/2020, 20200022255

---

For recorder's use

### MECHANIC'S LIEN

Roebbelen Contracting, Inc. ("Claimant"), whose address is 1241 Hawks Flight Court, El Dorado Hills, CA 95762 hereby claims a lien upon the real property located in **Contra Costa County**, California, including improvements located thereon, described as: **PG&E Concord Building B SC Refresh (Job Number 21-18-329 PO#2700143826) located at 1030 Detroit Ave, Concord, CA 94518, APN: 129-050-013-9.**

After deducting all credits and offsets, the sum of **$342,855.04** is due Claimant for the following work, labor, equipment and/or materials furnished by Claimant: labor, material and service for remodel, renovation, and upgrades for service center..

Claimant furnished the work and materials at the request of Pacific Gas and Electric Company.

The owner(s) and/or reputed owner(s) of the property and improvements located thereon is: Pacific Gas and Electric Company, whose address is 77 Beale Street, San Francisco, CA 94105

### NOTICE OF MECHANIC'S LIEN
### ATTENTION!

Upon the recording of the enclosed MECHANIC'S LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the franchise, license, and/or leasehold rights in the real property on which the lien has been recorded. The legal action must be filed with the court no later than 90 days after the date the mechanic's lien is recorded.

The party identified in the mechanic's lien may have provided labor or materials for improvements to the referenced property and may not have been paid for those items. You are receiving this notice because it is a required step in filing a mechanic's lien foreclosure action

against your franchise, license, and/or leasehold rights in the property. The foreclosure action will seek a sale of your franchise, license, and/or leasehold rights in the property in order to pay for unpaid labor, materials, or improvements provided to the property. This may affect your ability to borrow against, refinance, or sell your interest in the property until the mechanic's lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANIC'S LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.

Dated: **1/31/2020**

ROEBBELEN CONTRACTING, INC.

By_____
        Bruce Stimson
        Its Chief Financial Officer

Page **2** of **4**

Exhibit B page 15 of 35
Case: 19-30088   Doc# 7043-2   Filed: 05/01/20   Entered: 05/01/20 10:17:31   Page 15
of 25

# VERIFICATION

I, Bruce Stimson, state:

I am the Chief Financial Officer of Roebbelen Contracting, Inc., claimant of the foregoing mechanic's lien. I have read the lien and know the contents thereof. The facts stated therein are true of my own knowledge.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 1/31/2020, at El Dorado Hills, California.

_____
Bruce Stimson

## AFFIDAVIT OF SERVICE

I, Mai Nguyen-Phillips, declare that I am a resident of the State of California. I am over the age of 18 years and that my business address is Roebbelen Contracting, Inc. 1241 Hawks Flight Court, El Dorado Hills, CA 95762. On 1/31/2020, I served a true and accurate copy of the document(s) entitled:

**MECHANIC'S LIEN**

**NOTICE OF MECHANIC'S LIEN**

on the owner and/or reputed owners of the franchise, license, and/or leasehold interest in the property and owner/reputed owner of the fee interest in the property by placing said copy(ies) in a sealed envelope, addressed as follows:

Pacific Gas and Electric Company
77 Beale Street
San Francisco, CA 94105

**BY CERTIFIED MAIL – RETURN RECEIPT REQUESTED:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing via Certified Mail, Return Receipt Requested, following our ordinary business practices. I am readily familiar with Roebbelen Contracting, Inc.'s practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and was executed on 1/31/2020, at El Dorado Hills, CA.

Mai Nguyen-Phillips

Exhibit B page 17 of 35
Case: 19-30088    Doc# 7043-2    Filed: 05/01/20    Entered: 05/01/20 10:17:31    Page 17
of 25

DOC NBR: 2003107    02/19/2020   01:48:43 PM
OFFICIAL RECORDS OF Kings County
Clerk-Recorder, Kristine Lee
RECORDING FEE: $97.00
COUNTY TAX: $0.00
CITY TAX: $0.00

CONFORMED COPY

DOC TYPE: 13
4 PGS
R057

**RECORDING REQUESTED BY**
**AND WHEN RECORDED MAIL TO:**

Roebbelen Contracting, Inc.
Attn: Bruce Stimson
1241 Hawks Flight Court
El Dorado Hills, CA 95762



RECEIVED BY:

FEB 2 4 2020

ROEBBELEN

For recorder's use

## MECHANIC'S LIEN

   Roebbelen Contracting, Inc. ("Claimant"), whose address is 1241 Hawks Flight Court, El Dorado Hills, CA 95762 hereby claims a lien upon the real property located in **Kings County**, California, including improvements located thereon, described as: **PG&E Lemoore Fleet Maintenance (Job Number 21-18-355 PO#2700167265) located at 1495 Enterprise Drive, Lemoore, CA 93245, APN: 024-051-040-000**.

   After deducting all credits and offsets, the sum of **$561,212.49** is due Claimant for the following work, labor, equipment and/or materials furnished by Claimant: labor, material and service for construction of facility..

   Claimant furnished the work and materials at the request of Pacific Gas and Electric Company.

   The owner(s) and/or reputed owner(s) of the property and improvements located thereon is: Pacific Gas and Electric Company, whose address is 77 Beale Street, San Francisco, CA 94105

## NOTICE OF MECHANIC'S LIEN
## ATTENTION!

   **Upon the recording of the enclosed MECHANIC'S LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the franchise, license, and/or leasehold rights in the real property on which the lien has been recorded. The legal action must be filed with the court no later than 90 days after the date the mechanic's lien is recorded.**

   **The party identified in the mechanic's lien may have provided labor or materials for improvements to the referenced property and may not have been paid for those items. You are receiving this notice because it is a required step in filing a mechanic's lien foreclosure action**

Exhibit B page 18 of 35
Case: 19-30088    Doc# 7043-2    Filed: 05/01/20    Entered: 05/01/20 10:17:31    Page 18
of 25

against your franchise, license, and/or leasehold rights in the property. The foreclosure action will seek a sale of your franchise, license, and/or leasehold rights in the property in order to pay for unpaid labor, materials, or improvements provided to the property. This may affect your ability to borrow against, refinance, or sell your interest in the property until the mechanic's lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANIC'S LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.

Dated: **2/18/2020**

ROEBBELEN CONTRACTING, INC.

By_____
Bruce Stimson
Its Chief Financial Officer

## VERIFICATION

I, Bruce Stimson, state:

I am the Chief Financial Officer of Roebbelen Contracting, Inc., claimant of the foregoing mechanic's lien. I have read the lien and know the contents thereof. The facts stated therein are true of my own knowledge.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 2/18/2020, at El Dorado Hills, California.

Bruce Stimson

# AFFIDAVIT OF SERVICE

I, Mai Nguyen-Phillips, declare that I am a resident of the State of California. I am over the age of 18 years and that my business address is Roebbelen Contracting, Inc. 1241 Hawks Flight Court, El Dorado Hills, CA 95762. On 2/18/2020, I served a true and accurate copy of the document(s) entitled:

## MECHANIC'S LIEN

## NOTICE OF MECHANIC'S LIEN

on the owner and/or reputed owners of the franchise, license, and/or leasehold interest in the property and owner/reputed owner of the fee interest in the property by placing said copy(ies) in a sealed envelope, addressed as follows:

Pacific Gas and Electric Company
77 Beale Street
San Francisco, CA 94105

**BY CERTIFIED MAIL – RETURN RECEIPT REQUESTED:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing via Certified Mail, Return Receipt Requested, following our ordinary business practices. I am readily familiar with Roebbelen Contracting, Inc.'s practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and was executed on 2/18/2020, at El Dorado Hills, CA.

_Mai Nguyen-Phillips_
Mai Nguyen-Phillips

Exhibit B page 21 of 35
Case: 19-30088    Doc# 7043-2    Filed: 05/01/20    Entered: 05/01/20 10:17:31    Page 21
of 25

**RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:**

Roebbelen Contracting, Inc.
Attn: Bruce Stimson
1241 Hawks Flight Court
El Dorado Hills, CA 95762



ORIGINAL
Accepted for Recording
COPY – NOT CERTIFIED

FEB 0 3 2020

Sacramento County
Clerk/Recorder

**202002030834**

For recorder's use

### MECHANIC'S LIEN

Roebbelen Contracting, Inc. ("Claimant"), whose address is 1241 Hawks Flight Court, El Dorado Hills, CA 95762 hereby claims a lien upon the real property located in **Sacramento County**, California, including improvements located thereon, described as: **PG&E Sacramento Call Center Lockset Replacement (Job Number 21-18-390 PO#2700199860) located at 2740 Gateway Oaks, Sacramento CA 95833, APN: 225-0230-079-0000**.

After deducting all credits and offsets, the sum of **$11,952.76** is due Claimant for the following work, labor, equipment and/or materials furnished by Claimant: labor, material and service for replacing locksets at service center..

Claimant furnished the work and materials at the request of Pacific Gas and Electric Company.

The owner(s) and/or reputed owner(s) of the property and improvements located thereon is: Pacific Gas and Electric Company, whose address is 77 Beale Street, San Francisco, CA 94105

## NOTICE OF MECHANIC'S LIEN
## ATTENTION!

Upon the recording of the enclosed MECHANIC'S LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the franchise, license, and/or leasehold rights in the real property on which the lien has been recorded. The legal action must be filed with the court no later than 90 days after the date the mechanic's lien is recorded.

The party identified in the mechanic's lien may have provided labor or materials for improvements to the referenced property and may not have been paid for those items. You are receiving this notice because it is a required step in filing a mechanic's lien foreclosure action

Case: 19-30088    Doc# 7043-2    Filed: 05/01/20    Entered: 05/01/20 10:17:31    Page 22
of 25

Exhibit B page 22 of 35

against your franchise, license, and/or leasehold rights in the property. The foreclosure action will seek a sale of your franchise, license, and/or leasehold rights in the property in order to pay for unpaid labor, materials, or improvements provided to the property. This may affect your ability to borrow against, refinance, or sell your interest in the property until the mechanic's lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANIC'S LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.

Dated: **1/31/2020**

ROEBBELEN CONTRACTING, INC.

By _____

Bruce Stimson
Its Chief Financial Officer

Exhibit B page 23 of 35
Case: 19-30088    Doc# 7043-2    Filed: 05/01/20    Entered: 05/01/20 10:17:31    Page 23
of 25

# VERIFICATION

I, Bruce Stimson, state:

I am the Chief Financial Officer of Roebbelen Contracting, Inc., claimant of the foregoing mechanic's lien. I have read the lien and know the contents thereof. The facts stated therein are true of my own knowledge.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 1/31/2020, at El Dorado Hills, California.

_____
Bruce Stimson

Exhibit B page 24 of 35
Case: 19-30088    Doc# 7043-2    Filed: 05/01/20    Entered: 05/01/20 10:17:31    Page 24
of 25

# AFFIDAVIT OF SERVICE

I, Mai Nguyen-Phillips, declare that I am a resident of the State of California. I am over the age of 18 years and that my business address is Roebbelen Contracting, Inc. 1241 Hawks Flight Court, El Dorado Hills, CA 95762. On 1/31/2020, I served a true and accurate copy of the document(s) entitled:

## MECHANIC'S LIEN

## NOTICE OF MECHANIC'S LIEN

on the owner and/or reputed owners of the franchise, license, and/or leasehold interest in the property and owner/reputed owner of the fee interest in the property by placing said copy(ies) in a sealed envelope, addressed as follows:

Pacific Gas and Electric Company
77 Beale Street
San Francisco, CA 94105

**BY CERTIFIED MAIL – RETURN RECEIPT REQUESTED:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing via Certified Mail, Return Receipt Requested, following our ordinary business practices. I am readily familiar with Roebbelen Contracting, Inc.'s practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and was executed on 1/31/2020, at El Dorado Hills, CA.

Mai Nguyen-Phillips

```
Sacramento County
Donna Allred, Clerk/Recorder
(916) 874-6334

Receipt#:                          000547852
2/3/2020                        12:48:07 PM
Order#: 20200021499                     SJS

Description                          Amount

Official Recording                   $104.00
Document 202002030834
1 Title
  Recording Fees-Title                $14.00
  Recording Fees-Page                  $9.00
  DA Fraud                             $6.00
  SB2-Bldg Homes & Jobs Fee           $75.00

Total Amount Due                     $104.00

Payments:
Check# 159007                        $104.00

We Appreciate Your Business
Have a Nice Day!
Please keep for your reference
```

Exhibit B page 25 of 35
Case: 19-30088    Doc# 7043-2    Filed: 05/01/20    Entered: 05/01/20 10:17:31    Page 25
of 25