RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:

WHEN RECORDED RETURN TO:
OTMK Law
Attn: Kymberli Aguilar
2500 Venture Oaks Way, Ste. 320
Sacramento, CA 95833



Sacramento County
Donna Allred, Clerk/Recorder
Doc # **202004141201**
4/14/2020   12:16:24 PM
FCA
Titles  1
Pages  2

Fees   $98.00
Taxes  $0.00
PCOR   $0.00
Paid   $98.00

## PARTIAL RELEASE OF MECHANIC'S LIEN

Roebbelen Contracting, Inc. ("Claimant"), whose address is 1241 Hawks Flight Court, El Dorado Hills, California 95762, hereby releases to the extent stated below, and only to that extent, that certain mechanic's lien which claimant caused to be recorded in the Official Records of the County Recorder of Sacramento County, California, on February 3, 2020, as document number 202002030834.

This release is only to the extent of the principal sum of $3,707.02 received by Claimant from Pacific Gas and Electric Company. The balance on the lien claim remains in effect and claimant does not release interest and costs.

The person or persons against whom the lien was recorded are Pacific Gas and Electric Company, whose address is 77 Beale Street, San Francisco, CA 94105.

Dated: 04/02, 2020

Roebbelen Contracting, Inc.

By _____
Kenneth Wenham
Its President/CEO

[ACKNOWLEDGMENT ON FOLLOWING PAGE]

# ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California )
County of El Dorado )

On 4/2/2020 before me, Nam S. Tran, Notary Public
(insert name and title of officer)
personally appeared Kenneth J. Wenham ,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

NAM S. TRAN
COMM. # 2255329
NOTARY PUBLIC - CALIFORNIA
EL DORADO COUNTY
MY COMM. EXP. SEP. 18, 2022

Signature Nam S. Tran       (Seal)

2020-0035167
FRESNO County Recorder
Paul Dictos, CPA
Thursday, Mar 19, 2020 10:13:55 AM

**CONFORMED COPY**
Copy of document recorded.
Has not been compared with original.

**RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:**

Roebbelen Contracting, Inc.
Attn: Bruce Stimson
1241 Hawks Flight Court
El Dorado Hills, CA 95762

For recorder's use

## MECHANIC'S LIEN

Roebbelen Contracting, Inc. ("Claimant"), whose address is 1241 Hawks Flight Court, El Dorado Hills, CA 95762 hereby claims a lien upon the real property located in **Fresno County**, California, including improvements located thereon, described as: **PG&E Area 4 Service Center Security Program (Job Number 21-17-404-002 PO#2700029417) located at 650 O Street, Fresno CA 93721, APN: Unknown**.

After deducting all credits and offsets, the sum of **$148,102.82** is due Claimant for the following work, labor, equipment and/or materials furnished by Claimant: labor, material and service for the security improvements at service center..

Claimant furnished the work and materials at the request of Pacific Gas and Electric Company.

The owner(s) and/or reputed owner(s) of the property and improvements located thereon is: Pacific Gas and Electric Company, whose address is 77 Beale Street, San Francisco, CA 94105

## NOTICE OF MECHANIC'S LIEN
## ATTENTION!

**Upon the recording of the enclosed MECHANIC'S LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the franchise, license, and/or leasehold rights in the real property on which the lien has been recorded. The legal action must be filed with the court no later than 90 days after the date the mechanic's lien is recorded.**

**The party identified in the mechanic's lien may have provided labor or materials for improvements to the referenced property and may not have been paid for those items. You are receiving this notice because it is a required step in filing a mechanic's lien foreclosure action**

against your franchise, license, and/or leasehold rights in the property. The foreclosure action will seek a sale of your franchise, license, and/or leasehold rights in the property in order to pay for unpaid labor, materials, or improvements provided to the property. This may affect your ability to borrow against, refinance, or sell your interest in the property until the mechanic's lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANIC'S LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.

Dated: **3/18/2020**

ROEBBELEN CONTRACTING, INC.

By _____
Bruce Stimson
Its Chief Financial Officer

## VERIFICATION

I, Bruce Stimson, state:

I am the Chief Financial Officer of Roebbelen Contracting, Inc., claimant of the foregoing mechanic's lien. I have read the lien and know the contents thereof. The facts stated therein are true of my own knowledge.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3/18/2020, at El Dorado Hills, California.

_____
Bruce Stimson

# AFFIDAVIT OF SERVICE

I, Mai Nguyen-Phillips, declare that I am a resident of the State of California. I am over the age of 18 years and that my business address is Roebbelen Contracting, Inc. 1241 Hawks Flight Court, El Dorado Hills, CA 95762. On 3/18/2020, I served a true and accurate copy of the document(s) entitled:

## MECHANIC'S LIEN

## NOTICE OF MECHANIC'S LIEN

on the owner and/or reputed owners of the franchise, license, and/or leasehold interest in the property and owner/reputed owner of the fee interest in the property by placing said copy(ies) in a sealed envelope, addressed as follows:

Pacific Gas and Electric Company
77 Beale Street
San Francisco, CA 94105

**BY CERTIFIED MAIL – RETURN RECEIPT REQUESTED:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing via Certified Mail, Return Receipt Requested, following our ordinary business practices. I am readily familiar with Roebbelen Contracting, Inc.'s practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and was executed on 3/18/2020, at El Dorado Hills, CA.

_____
Mai Nguyen-Phillips



**Fresno County**
Paul Dictos, CPA, County Recorder
2281 Tulare Street, Room 302
Fresno, CA 93721
Property Records (559) 600-3471
Vital Records (559) 600-3476

RECEIVED BY:
MAR 23 2020
ROEBBELEN

**Receipt: 20-31715**

| Product | Name | | Extended |
|---|---|---|---|
| 45 | MECHANIC'S LIEN | | $109.00 |
| | Document # | | 2020-0035167 |
| | Document Info: | | ROEBBLLEN CONTRACTING INC |
| | # Pages | | 4 |
| | Housing Fee | | true |
| | # Housing Exempt | | 0 |
| | Government Release | | false |
| Standard Recording Fee Lien | | | $12.00 |
| Modernization Fund | | | $1.00 |
| Modernization Fund Additional Pages | | | $3.00 |
| ERDS Program | | | $1.00 |
| Standard Trial Court Funding Fee1 | | | $1.50 |
| Additional Page General Fund1 | | | $1.50 |
| Standard DA Fraud Trust | | | $7.20 |
| Standard DA Admin Fee | | | $0.80 |
| Housing County | | | $6.75 |
| Housing State | | | $68.25 |
| Notification of Involuntary Lien Notices | | | $6.00 |

| **Total** | | | **$109.00** |
|---|---|---|---|
| Tender (Check) | | | $109.00 |
| Check Number | 160503 | | |
| Paid By | ROEBBLLEN CONTRACTING INC | | |

Thank You

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:

Roebbelen Contracting, Inc.
Attn: Bruce Stimson
1241 Hawks Flight Court
El Dorado Hills, CA 95762

CONFORMED COPY - has not been compared with Original.
2020088838    04/20/2020 02:54 PM    4 PGS

OFFICIAL RECORDS OF ALAMEDA COUNTY
MELISSA WILK, CLERK-RECORDER
RECORDING FEES: $115.00

RECEIVED BY:

For recorder's use    APR 2 4 2020

ROEBBELEN

## MECHANIC'S LIEN

Roebbelen Contracting, Inc. ("Claimant"), whose address is 1241 Hawks Flight Court, El Dorado Hills, CA 95762 hereby claims a lien upon the real property located in **Alameda County**, California, including improvements located thereon, described as: **PG&E Oakland SC Generator Replacement (Job Number 21-17-436-002 PO#2700031696) located at 4801 Oakport St., Oakland CA, APN: 034-2300-014-00**.

After deducting all credits and offsets, the sum of **$480,104.58** is due Claimant for the following work, labor, equipment and/or materials furnished by Claimant: labor, material and service for generator replacement..

Claimant furnished the work and materials at the request of Pacific Gas and Electric Company.

The owner(s) and/or reputed owner(s) of the property and improvements located thereon is: Pacific Gas and Electric Company, whose address is 77 Beale Street, San Francisco, CA 94105

## NOTICE OF MECHANIC'S LIEN
## ATTENTION!

**Upon the recording of the enclosed MECHANIC'S LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the franchise, license, and/or leasehold rights in the real property on which the lien has been recorded. The legal action must be filed with the court no later than 90 days after the date the mechanic's lien is recorded.**

**The party identified in the mechanic's lien may have provided labor or materials for improvements to the referenced property and may not have been paid for those items. You are receiving this notice because it is a required step in filing a mechanic's lien foreclosure action**

against your franchise, license, and/or leasehold rights in the property. The foreclosure action will seek a sale of your franchise, license, and/or leasehold rights in the property in order to pay for unpaid labor, materials, or improvements provided to the property. This may affect your ability to borrow against, refinance, or sell your interest in the property until the mechanic's lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANIC'S LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.

Dated: 4/17/2020

ROEBBELEN CONTRACTING, INC.

By *(signature)*
Robert McLean
Its Chief Operating Officer

## VERIFICATION

I, Robert McLean, state:

I am the Chief Operating Officer of Roebbelen Contracting, Inc., claimant of the foregoing mechanic's lien. I have read the lien and know the contents thereof. The facts stated therein are true of my own knowledge.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 4/17/2020, at El Dorado Hills, California.

*Robert McLean* (signature)
Robert McLean

# AFFIDAVIT OF SERVICE

I, Lisa Bui, declare that I am a resident of the State of California. I am over the age of 18 years and that my business address is Roebbelen Contracting, Inc. 1241 Hawks Flight Court, El Dorado Hills, CA 95762. On 4/17/2020, I served a true and accurate copy of the document(s) entitled:

### MECHANIC'S LIEN

### NOTICE OF MECHANIC'S LIEN

on the owner and/or reputed owners of the franchise, license, and/or leasehold interest in the property and owner/reputed owner of the fee interest in the property by placing said copy(ies) in a sealed envelope, addressed as follows:

Pacific Gas and Electric Company
77 Beale Street
San Francisco, CA 94105

**BY CERTIFIED MAIL – RETURN RECEIPT REQUESTED:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing via Certified Mail, Return Receipt Requested, following our ordinary business practices. I am readily familiar with Roebbelen Contracting, Inc.'s practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and was executed on 4/17/2020, at El Dorado Hills, CA.

_____
Lisa Bui