UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION,**<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**SECOND MONTHLY FEE STATEMENT OF LYNN A. BAKER FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MARCH 1, 2020 THROUGH MARCH 31, 2020**<br><br>[No hearing requested]<br><br>**OBJECTION DEADLINE**:<br>May 22, 2020 at 4:00 p.m. (PDT) |

| | |
|---|---|
| To: | The Notice Parties |
| Name of Applicant: | Lynn A. Baker, Esq. |
| Authorized to Provide Professional Services to: | Special Counsel for the Official Committee of Tort Claimants |
| Period for which compensation and reimbursement are sought: | March 1, 2020 through March 31, 2020 |
| Amount of compensation and reimbursement are sought: | $35,424.00 (80% of $44,280.00) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $0.00 |

Lynn A. Baker ("**Applicant**"), special counsel for the Official Committee of Tort Claimants (the "**Tort Committee**"), representing the largest group of stakeholders in the jointly administered bankruptcy cases (the "**Chapter 11 Cases**") of PG&E Corporation and Pacific Gas and Electric Company (the "**Debtors**"), hereby submits her second monthly fee statement (the "**Monthly Fee Statement**") for allowance and payment of compensation for professional services rendered for the

period commencing March 1, 2020 through and including March 31, 2020 (the "**Fee Period**") pursuant to the Order Pursuant to 11 U.S.C §§ 331 and 105(a) and Fed. R. Bankr. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals dated February 27, 2019 [Dkt. No. 701] (the "**Interim Compensation Procedures Order**").

By this Monthly Fee Statement, Applicant requests allowance and payment of $35,424.00 (representing 80% of $44,280.00) as compensation for professional services rendered to the Tort Committee during the Fee Period. The Applicant is not seeking reimbursement for any expenses during this Fee Period.

Annexed hereto as **Exhibit A** is the name of each professional who performed services for the Tort Committee in connection with these Chapter 11 Cases and for which Applicant is seeking compensation during the Fee Period covered by this Monthly Fee Statement and the total hours for each professional. Attached hereto as **Exhibit B** is a summary of hours spent during the Fee Period by task. Attached hereto as **Exhibit C** are the detailed time entries for the Fee Period.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Interim Compensation Procedures Order, responses or objections to this Monthly Fee Statement, if any, must be filed and served on or before the 21st day (or the next business day if such day is not a business day) following the date the Monthly Fee Statement is served (the "**Objection Deadline**") with this Court.

**PLEASE TAKE FURTHER NOTICE** that upon the expiration of the Objection Deadline, Applicant shall file or cause to be filed a certificate of no objection with the Court, after which the Debtors are authorized and directed to pay Applicant an amount equal to 80% of the fees requested in this Monthly Fee Statement. If an objection is properly filed, the Debtors shall be authorized and directed to pay Applicant 80% of the fees not subject to an objection.

Dated:  May  1  2020        Respectfully submitted,

By: _____
    Lynn A. Baker, Esq.

Special Counsel for the Official Committee of Tort Claimants