**EXHIBIT A**

# EXHIBIT A

## HOURS BY PROFESSIONAL
## FOR THE PERIOD MARCH 1, 2020 THROUGH MARCH 31, 2020

| PROFESSIONAL | POSITION | HOURLY RATE | TOTAL HOURS |
|---|---|---|---|
| Lynn A. Baker | Special Counsel | $1,200.00 | 36.90 |
| **TOTAL** | | | **36.90** |