**EXHIBIT B**

Case: 19-30088    Doc# 7044-2    Filed: 05/01/20    Entered: 05/01/20 11:04:17    Page 1 of 2

**EXHIBIT B**

**HOURS BY TASK
FOR THE PERIOD MARCH 1, 2020 THROUGH MARCH 31, 2020**

| TASK DESCRIPTION | HOURS |
|---|---:|
| Emails and/or Calls with Client and/or Client Attorney | 11.80 |
| Document Review | 7.90 |
| Drafting/Writing | 15.40 |
| Prepare for/Attend Meetings | 1.80 |
| **TOTAL** | **36.90** |