# EXHIBIT C

## Detailed Time Entries

**LYNN A. BAKER, ESQ.**
**2210 Greenlee Drive**
**Austin, TX 78703**

April 3, 2020

    For legal services rendered by **Lynn A. Baker** as court-appointed Special Ethics Counsel to the Official Committee of Tort Claimants (the "TCC") of PG&E Corporation and Pacific Gas and Electric Company (collectively the "Debtors") in connection with the relevant bankruptcy proceedings:

<u>Mar 6, 2020 – 0.10 hr.</u>
    0.10 hr. --    revise Protocol as adopted at TCC meeting on Feb. 27; email same to J. Esmont

<u>Mar 11, 2020 – 1.90 hrs.</u>
    0.10 hr. --    tel conv w E. Kates re: status and deadlines
    0.10 hr. --    read email and draft letter from L. Attard and tel conv w E. Green re: draft letter
    0.10 hr. --    email exchs w L. Attard re: scheduling conf call
    1.60 hrs. --    read various documents from L. Attard to prepare for conf call

<u>Mar 12, 2020 – 1.20 hrs.</u>
    0.10 hr. --    continue reading docs from L. Attard
    1.00 hr. --    conf call w E. Green, L. Attard, S. Skikos, K. Baghdadi, and others re: disclosure issues
    0.10 hr. --    email exch w L. Attard re: scheduling follow-up call

<u>Mar 13, 2020 – 0.50 hr.</u>
    0.10 hr. --    email exchs w L. Attard re: disclosure documents and rescheduling of conf. call
    0.40 hr. --    read documents from L. Attard

<u>Mar 14, 2020 – 0.10 hr.</u>
    0.10 hr. --    email exchs w J. Esmont e: March meeting;

<u>Mar 17, 2020 – 2.20 hr.</u>
    0.10 hr. --    email exch w E. Green re: scheduling call
    0.10 hr. --    email exch w E. Kates re: March 27 meeting
    0.40 hr. --    tel conv w E. Green re: issues and requested reports to TCC
    0.20 hr. --    follow-up tel conv w E. Green re: requested reports to TCC
    0.10 hr. --    email exch w L. Attard re: calling R. Julian
    0.40 hr. --    tel conv w R. Julian re: issues
    0.30 hr. --    read emails and RSA from E. Green and L. Attard
    0.20 hr. --    tel conv w R. Julian re: requested opinion

        0.40 hr. --        draft email opinion and send to R. Julian and E. Green

Mar 18, 2020 – 2.90 hrs.
- 0.10 hr. -- read email from F. Scarpulla
- 0.30 hr. -- compile relevant materials and reply to F. Scarpulla email via R. Julian
- 0.20 hr. -- tel conv w R. Julian
- 0.10 hr. -- email reply to F. Scarpulla and all TCC re: phone convs w R. Julian
- 0.10 hr. -- email reply to F. Scarpulla and all TCC re: Protocol and note keeping
- 0.20 hr. -- tel conv w E. Green re: status
- 0.10 hr. -- read substantive email from R. Julian and acknowledge Receipt
- 0.10 hr. -- read and reply to substantive email from F. Scarpulla regarding additional issues
- 1.70 hrs. -- conf call w TCC re: possible presentation of Muni plan

Mar 19, 2020 – 0.40 hr.
- 0.10 hr. -- reply to email from F. Scarpulla re: ethical issues
- 0.10 hr. -- follow-up email exch w F. Scarpulla re: ethical issues
- 0.10 hr. -- further follow-up email exch w F. Scarpulla re: ethical issues
- 0.10 hr. -- read and ack receipt of email from E. Green requesting ethics opinion

Mar 20, 2020 – 1.60 hrs.
- 0.10 hr. -- email to E. Green re: talking
- 0.20 hr. -- tel conv w E. green re: request for ethics opinion
- 0.10 hr. -- follow-up tel conv w E. Green re: requested opinion
- 0.10 hr. -- emails to E. Green and E. Kates re: TCC bylaws
- 1.10 hrs. -- read relevant documents, draft requested ethics opinion, and email same to E. Green

Mar 22, 2020 – 1.80 hrs.
- 0.10 hr. -- email to E. Green and E. Kates re: Ghost Ship issues
- 1.70 hrs. -- read large file of Ghost Ship-related emails from E. Green

Mar 23, 2020 – 2.10 hrs.
- 0.10 hr. -- email exch w R. Julien re: talking
- 0.50 hr. -- read RSA, amendment, and TCC bylaws
- 0.20 hr. -- tel conv w E. Green re: issues and meeting
- 0.30 hr. -- tel conv w R. Julian re: issues
- 0.10 hr. -- tel conv w E. Green re: requested Memo
- 0.10 hr. -- finalize Memo and email to E. Green
- 0.40 hr. -- review Memo from E. Green
- 0.10 hr. -- email exch w E. Green re: talking
- 0.30 hr. -- tel conv w E. Green re: issues and Memo

<u>Mar 24, 2020 – 5.00 hrs.</u>
- 0.20 hr. -- review revised Memo from E. Green
- 0.10 hr. -- email exch w E. Green re: call
- 0.20 hr. -- read additional emails from E. Green related to requested Memo
- 0.20 hr. -- read Debtor's First Amended Plan
- 1.70 hrs. -- begin drafting requested Memo
- 0.40 hr. -- tel conv w E. Green re: her Memo
- 0.20 hr. -- review revised Memo from E. Green and email E. Green re: same
- 0.10 hr. -- review further revised Memo from E. Green and email to E. Green re: same
- 0.30 hr. -- tel conv w E. Green re: memos, issues, and documents
- 0.80 hr. -- conf call w E. Green and J. Rose re: issues and Plan Documents
- 0.10 hr. -- read letter from T. Tosdal sent by R. Julian
- 0.20 hr. -- tel conv w R. Julian re: TCC resignation
- 0.20 hr. -- tel conv w R. Julian re: TCC emails and status
- 0.20 hr. -- read and reply to long substantive email from G. Kaupp
- 0.10 hr. -- read emails from E. Cabraser and R. Julian

<u>Mar 25, 2020 – 8.90 hrs.</u>
- 0.10 hr. -- email exch w E. Green re: issues
- 8.20 hrs. -- continue drafting Memo on Ghost Ship issues
- 0.10 hr. -- email exch w E. Green scheduling call
- 0.30 hr. -- tel conv w E. Green re: scheduling Thurs call and issues related to Ghost Ship Memo
- 0.20 hr. -- tel conv w E. Green re: status and next steps

<u>Mar 26, 2020 – 3.90 hrs.</u>
- 0.10 hr. -- read email and attachment from E. Green and ack receipt
- 2.90 hrs. -- complete preliminary draft of Memo on Ghost Ship issues and email same to E. Green and R. Julian
- 0.10 hr. -- email exch w E. Green scheduling conf call
- 0.60 hr. -- conf call w E. Green and R. Julian re: issues and upcoming TCC meeting
- 0.10 hr. -- read emails from R. Julian, K. Gowins, J. Esmont and E. Green re: upcoming TCC meeting
- 0.10 hr. -- text exch w J. Esmont re: TCC meeting and my presentation

<u>Mar 27, 2020 – 3.30 hrs.</u>
- 0.70 hr. -- prepare discussion points for TCC meeting
- 0.10 hrs. -- email exch w E. Green re: TCC meeting
- 0.10 hr. -- text message exch w E. Green and J. Esmont re: agenda status and calling into TCC meeting
- 1.10 hrs. -- attend TCC meeting and present via conf call re: protocol and communications with counsel and TCC members

|  |  |
|---|---|
| 0.30 hr. -- | tel conv w E. Green re: meeting and gathering documents to provide TCC members |
| 0.80 hr. -- | gather and compile emails from TCC members and counsel and email PDF of same to E. Green and E. Kates |
| 0.20 hr. -- | search emails for other requested documents; email to E. Green and E. Kates re: same |

Mar 28, 2020 – 0.10 hr.
    0.10 hr. --     read email from E. Green w email from E. Cabraser; send reply to E. Green

Mar 29, 2020 – 0.60 hrs.
    0.10 hr. --     email to E. Green re: talking
    0.40 hrs. --     tel conv w E. Green re: email from E. Cabraser and next steps
    0.10 hr. --     send email to E. Green with list of Ghost Ship questions

Mar 31, 2020 – 0.30 hrs.
    0.20 hr. --     tel conv w R. Julian re: status
    0.10 hrs. --     read substantive email from R. Julian

==================================================================

March – 36.90 hours @ $1,200/hour = $44,280.00

**<u>Total due = $44,280.00</u>**

Please make check payable to:
    Lynn A. Baker
    2210 Greenlee Drive
    Austin, TX  78703