Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
600 Montgomery Street, Suite 3100
San Francisco, CA 94111-2806
Telephone:   415.659.2600
Facsimile:   415.659.2601
Email:  rjulian@bakerlaw.com
Email:  cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
David J. Richardson (SBN 168592)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone:   310.820.8800
Facsimile:   310.820.8859
Email: esagerman@bakerlaw.com
Email: drichardson@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel for Official Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION** <br><br> -and- <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> **Debtors** <br><br> ☐ Affects PG& E Corporation <br><br> ☐ Affects Pacific Gas and Electric Company <br><br> ■ Affects both Debtors <br><br> *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No. 19-30088 (DM) <br><br> Chapter 11 <br> (Lead Case) <br> (Jointly Administered) <br><br><br><br><br><br> **CERTIFICATE OF SERVICE** |

I, Heidi Hammon-Turano, do declare and state as follows:

1. I am employed in San Francisco County in the State of California. I am more than eighteen years old and not a party to this action. My business address is Baker & Hostetler LLP, 600 Montgomery Street, Suite 3100, San Francisco, CA 94111.

2. I certify that on April 30, 2020, I caused a true and correct copy of the following document to be served via email on the Notice Parties Service List attached hereto as **Exhibit A**:

- *Ninth Monthly Fee Statement of Trident DMG LLC for Allowance and Payment of Compensation for the Period March 18, 2020 Through April 17, 2020*

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would testify thereto.

Executed this 1st day of May, 2020, at Novato, California.

_____
Heidi Hammon-Turano

# EXHIBIT A
Notice Parties Service List
Served as set forth below

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| Counsel to Debtors | Weil, Gotshal & Manges LLP | Attn: Stephen Karotkin, Rachael Foust, Jessica Liou, Matthew Goren | 767 Fifth Avenue<br>New York, NY 10153-0119 | stephen.karotkin@weil.com<br>rachael.foust@weil.com<br>jessica.liou@weil.com<br>matthew.goren@weil.com | Email |
| Counsel to Debtors | Keller Benvenutti Kim LLP | Attn: Tobias Keller, Jane Kim | 650 California Street, Suite 1900<br>San Francisco, CA 94108 | tkeller@kbkllp.com<br>jkim@kbkllp.com | Email |
| Debtors | PG&E Corporation and Pacific Gas and Electric Company | Attn: Janet Loduca | 77 Beale Street<br>P.O. Box 770000<br>San Francisco, CA 94105 | | Email |
| Office of the United States Trustee | Office of the United States Trustee | Attn: James L. Snyder, Esq. & Timothy Lafreddi, Esq | 450 Golden Gate Avenue<br>5th Floor, Suite #05-0153<br>San Francisco, CA 94102 | James.L.Snyder@usdoj.gov<br>timothy.s.laffredi@usdoj.gov | Email |
| Counsel for the Official Committee of Unsecured Creditors | Milbank LLP | Attn: Dennis F. Dunne, Samuel A. Khalil | 55 Hudson Yards<br>New York, NY 10001-2163 | ddunne@milbank.com<br>skhalil@milbank.com | Email |
| Counsel for the Official Committee of Unsecured Creditors | Milbank LLP | Attn: Gregory A. Bray, Thomas R. Kreller | 2029 Century Park E, 33rd Floor<br>Los Angeles, CA 90067 | Gbray@milbank.com<br>TKreller@milbank.com | Email |
| Fee Examiner | | Attn: Bruce A. Markell | 541 N. Fairbanks Court, Suite 2200<br>Chicago, IL 60611-3710 | bamexampge@gmail.com<br>pge@legaldecoder.com<br>traceyrgallegos@gmail.com | Email |
| Counsel to Fee Examiner | Scott H. McNutt | Scott H. McNutt | 324 Warren Road<br>San Mateo, CA 94402 | smcnutt@ml-sf.com | Email |