GROOM LAW GROUP, CHARTERED
David N. Levine, *pro hac vice*
dnl@groom.com
Katherine B. Kohn, *pro hac vice*
kkohn@groom.com
1701 Pennsylvania Ave. NW
Washington, D.C. 20006
Tel:     (202) 857-0620
Fax:    (202) 659-4503

*Special Counsel for Debtors*
*and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| **- and -** | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors.** | FIFTH CONSOLIDATED MONTHLY FEE STATEMENT OF GROOM LAW GROUP, CHARTERED FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JANUARY 1, 2020 THROUGH FEBRUARY 29, 2020 |
| □  Affects PG&E Corporation | |
| □  Affects Pacific Gas and Electric Company | |
| x   Affects both Debtors | |
| *All papers shall be filed in the Lead Case No. 19-30088 (DM).* | **Objection Deadline**: May 21, 2020 at 4:00 p.m. (Pacific Time) |

1

To: The Notice Parties

| | |
|---|---|
| Name of Applicant | Groom Law Group, Chartered |
| Authorized to Provide Professional Services to: | <u>Debtors</u> |
| Date of Retention: | <u>June 10, 2019 *nunc pro tunc* to January 29, 2019</u> |
| Period for which compensation reimbursement is sought: | <u>January 1, 2020 through February 29, 2020</u> |
| Amount of compensation sought as actual, reasonable, and necessary | <u>$58,876.40 (80% of $73,595.50)</u> |
| Amount of expense reimbursement sought as actual, reasonable, and necessary | <u>$0</u> |

     The Groom Law Group, Chartered ("Groom" or "Applicant"), special employee benefits counsel to PG&E Corporation and Pacific Gas and Electric Company ("Debtors"), hereby submits its Fifth Monthly Consolidated Fee Statement ("Fifth Monthly Statement")[1] for

---

[1] Groom filed its First Consolidated Monthly Fee Statement covering the period from January 29, 2019, to July 31, 2019, on September 27, 2019 [Dkt. No. 4031]. Groom filed a Certificate of No Objection with respect to the Consolidated Monthly Fee Statement on October 21, 2019 [Dkt. No. 4350]. Groom filed its First Monthly Fee Statement covering August 2019 on December 2, 2019 [Dkt. No. 4936]. Groom filed a Certificate of No Objection with respect to the First Monthly Fee Statement on December 23, 2019 [Dkt. No. 5195]. Groom filed its Second Consolidated Monthly Fee Statement covering September and October 2019 on December 8, 2019 [Dkt. No. 5022]. Groom filed a Certificate of No Objection with respect to the Second Consolidated Monthly Fee Statement on December 30, 2019 [Dkt. No. 5225]. Groom had previously numbered its Fee Statements for individual months and its Consolidated Fee Statements separately, but at the recommendation of the Fee Examiner now numbers all of its Fee Statements consecutively, regardless of whether the Fee Statement is for an individual month or is consolidated. Groom filed its Fourth Consolidated Fee Statement on February 2, 2020 [Dkt. No. 5843]. Groom filed a Certificate of No Objection with respect to its Fourth Consolidated Fee Statement on March 12, 2020 [Dkt. No. 6269]. Groom filed its First Interim Fee Application on March 13, 2020 [Dkt. No. 6283].

Case: 19-30088    Doc# 7047    Filed: 05/01/20    Entered: 05/01/20 12:47:36    Page 2 of 32

allowance and payment of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred for the period commencing January 1, 2020, through February 29, 2020 (the "Fee Period") pursuant to *the Order Pursuant to 11 U.S.C. §§ 331 and 105(a) and Fed. R. Bank. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals dated February 27, 2019* [Dkt. 701] (the "Interim Compensation Procedures Order") and the *Order Appointing Fee Examiner And Establishing Procedures For Consideration Of Requested Fee Compensation And Reimbursement Of Expenses* [Dkt. 2267].

By this Monthly Statement, Groom requests allowance and payment of <u>$58,876.40 (80% of $73,595.50)</u> as compensation for professional services rendered to the Debtors during the Fee Period.

Groom provided legal services to Debtors related to five different matters during the Fee Period. Attached hereto are the following Exhibits:

1. <u>Matter A: Counseling re: Defined Benefit Plan</u>

   a. <u>Exhibit A-1</u> is the name of each professional who performed services for one or both of the Debtors in connection with these Chapter 11 cases during the Fee Period and the hourly rate and total fees for each professional.

   b. <u>Exhibit A-2</u> is a summary of hours during the Fee Period by task.

   c. <u>Exhibit A-3</u> is the detailed time entries for the Fee Period.

2. <u>Matter B: Counseling re: Defined Contribution Plan</u>

3

a.  Exhibit B-1 is the name of each professional who performed services for one or
            both of the Debtors in connection with these Chapter 11 cases during the Fee
            Period and the hourly rate and total fees for each professional.

        b.  Exhibit B-2 is a summary of hours during the Fee Period by task.

        c.  Exhibit B-3 is the detailed time entries for the Fee Period.

    3.  Matter C: Counseling re: Health and Welfare Plan

        a.  Exhibit C-1 is the name of each professional who performed services for one or
            both of the Debtors in connection with these Chapter 11 cases during the Fee
            Period and the hourly rate and total fees for each professional.

        b.  Exhibit C-2 is a summary of hours during the Fee Period by task.

        c.  Exhibit C-3 is the detailed time entries for the Fee Period.

    4.  Matter D: Counseling re: Bankruptcy Matter

        a.  Exhibit D-1 is the name of each professional who performed services for the
            Debtors in connection with these Chapter 11 cases during the Fee Period and the
            hourly rate and total fees for each professional.

        b.  Exhibit D-2 is a summary of hours during the Fee Period by task.

        c.  Exhibit D-3 is the detailed time entries for the Fee Period.

    5.  Matter E: Voluntary Disability Plan

        a.  Exhibit E-1 is the name of each professional who performed services for the
            Debtors in connection with these Chapter 11 cases during the Fee Period and the
            hourly rate and total fees for each professional.

        b.  Exhibit E-2 is a summary of hours during the Fee Period by task.

4

c.   Exhibit E-3 is the detailed time entries for the Fee Period.

In accordance with the Interim Compensation Procedures Order, responses or objections to this Monthly Statement, if any, must be filed and served on or before the 21st day (or the next business day if such day is not a business day) following the date the Monthly Statement is served with this Court (the "Objection Deadline").

Upon expiration of the Objection Deadline, the Applicant shall file a certificate of no objection with the Court, after which the Debtors are authorized and directed to pay the Applicant an amount equal to 80% of the fees and 100% of the expenses requested in this Monthly Statement.  If an objection is properly filed, the Debtors shall be authorized and directed to pay the Applicant 80% of the requested fees and 100% of the requested expenses that are not subject to an objection.

Dated: May 1, 2020                    GROOM LAW GROUP, CHARTERED

By: /s/ Katherine B. Kohn
*Special Counsel for Debtors and Debtors in Possession*

5

**Notice Parties**

PG&E Corporation
c/o Pacific Gas & Electric Company
77 Beale Street
San Francisco, CA 94105
Attn:   Janet Loduca, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Stephen Karotkin, Esq.
Rachael Foust, Esq.

Keller & Benvenutti LLP
650 California Street, Suite 1900
San Francisco, CA 94108
Attn:   Tobias S. Keller, Esq.,
        Jane Kim, Esq.

The Office of the United States Trustee for Region 17
450 Golden Gate Avenue, 5th Floor, Suite #05-0153
San Francisco, CA 94102
Attn:   James L. Snyder, Esq.,
        Timothy Laffredi, Esq.

Milbank LLP
55 Hudson Yards
New York, NY 10001-2163
Attn:   Dennis F. Dunne, Esq.,
        Sam A. Khalil, Esq.

Milbank LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Attn:   Paul S. Aronzon, Esq.,
        Gregory A. Bray, Esq.,
        Thomas R. Kreller, Esq.

Baker & Hostetler LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Attn:   Eric Sagerman, Esq.,
 Cecily Dumas, Esq.

1

1    Bruce Markell
2    Fee Examiner
     Northwestern University Pritzker School of Law
3    375 East Chicago Avenue
4    Chicago, IL 60611-3069

2

## EXHIBIT A-1

## COMPENSATION BY PROFESSIONAL
## JANUARY 1, 2020, THROUGH FEBRUARY 29, 2020

The attorneys and paraprofessionals who rendered professional services to one or more of the Debtors relating to the Defined Benefit Plan during the Fee Period are:

| Names of Partners and Counsel | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Elizabeth Dold | 1994 | $898 | 0.20 | $179.60 |
| David Levine | 1998 | $860 | 6.00 | $5,160.00 |
| Michael Prame | 1994 | $860 | 0.40 | $344.00 |
| *Total Partners and Counsel* | | | *6.60* | *$5,683.60* |

| Names of Associates | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Stacey Bradford | 1996 | $637 | 11.60 | $7,389.20 |
| Michael Cook | 2017 | $413 | 0.60 | $247.80 |
| William Fogleman | 2011 | $775.00 | 9.50 | $6,412.50 |
| Arsalan Malik | 2015 | $504.00 | 1.90 | $957.60 |
| Nancy McTyre (Legal Consultant) | 2010 | $675 | 2.10 | $1,417.50 |
| *Total Associates* | | | *25.70* | *$16,424.60* |

| Names of Paraprofessionals | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Amy Latalladi-Fulton | -- | $328.00 | 1.50 | $492.00 |

| Professionals | Blended Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|
| Partners and Counsel | $861.15 | *6.60* | *$5,683.60* |
| Associates | $639.10 | *25.70* | *$16,424.60* |

1

| | | | |
|---|---|---|---|
| Blended Attorney Rate | $684.48 | | |
| *Total Fees Incurred* | | *32.30* | *$22,108.20* |

2

## <u>EXHIBIT A-2</u>

**COMPENSATION BY WORK TASK CODE FOR SERVICES
RENDERED ON MATTER DURING FEE PERIOD**

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| C200 | Researching Law | *32.30* | *$22,108.20* |

1

**EXHIBIT A-3**

**ITEMIZED SERVICES**

| Date | Timekeeper | Hours | Task | Narrative | Amount |
|------|-----------|-------|------|-----------|--------|
| 1/15/2020 | BRADFORD | 2.20 | C200 | Review and analyze issues regarding administration of Excess Benefit Plan. | $1,401.40 |
| 1/16/2020 | BRADFORD | 0.30 | C200 | Review and analyze distribution forms available under the Excess Benefit Plan and actuarial equivalency of the forms of benefit under the Retirement Plan for purposes of the Code section 409A regulations. | $191.10 |
| 1/21/2020 | BRADFORD | 1.90 | C200 | Review Retirement Plan and Excess Benefit Plan benefit election forms. | $1,210.30 |
| 1/22/2020 | BRADFORD | 0.50 | C200 | Review and analyze document and operational issues in connection with distributions from Excess Benefit Plan and in sample distribution packet for Excess Benefit Plan participant. | $318.50 |
| 1/27/2020 | BRADFORD | 0.30 | C200 | Prepare for teleconference with client regarding Excess Benefit Plan distribution issues. | $191.10 |
| 1/27/2020 | BRADFORD | 0.90 | C200 | Teleconference with client and WPF regarding Excess Benefit Plan distribution and benefit calculation issues. | $573.30 |
| 1/27/2020 | BRADFORD | 0.80 | C200 | Draft notes for teleconference regarding Excess Benefit Plan issues. | $509.60 |
| 2/3/2020 | BRADFORD | 0.10 | C200 | Revise notes from client teleconference regarding distribution process. | $63.70 |

2

| | | | | | |
|---|---|---|---|---|---|
| 2/5/2020 | BRADFORD | 0.20 | C200 | Review emails regarding change in benefit form under Excess Plan. | $127.40 |
| 2/6/2020 | BRADFORD | 1.60 | C200 | Review comments on distribution election form for Excess Plan. | $1,019.20 |
| 2/11/2020 | BRADFORD | 0.10 | C200 | Review question concerning garnishments from payments from nonqualified benefit plans. | $63.70 |
| 2/11/2020 | BRADFORD | 2.70 | C200 | Review and analyze question concerning garnishment of nonqualified plan benefits. | $1,719.90 |
| 1/15/2020 | COOK | 0.60 | C200 | Internal call regarding Excess Benefit Plan tying elections to DB plan. | $247.80 |
| 2/25/2020 | DOLD | 0.20 | C200 | Review withholding issues. | $179.60 |
| 1/13/2020 | FOGLEMAN | 2.00 | C200 | Review PG&E SERP for 409A compliance. | $1,350.00 |
| 1/15/2020 | FOGLEMAN | 0.40 | C200 | Review 409A issues re: Retirement Excess Benefit Plan. | $270.00 |
| 1/16/2020 | FOGLEMAN | 0.20 | C200 | Review Retirement Excess Benefit Plan form of payment rules. | $135.00 |
| 1/22/2020 | FOGLEMAN | 2.00 | C200 | Review Retirement Excess Benefit Plan election forms. | $1,350.00 |
| 1/23/2020 | FOGLEMAN | 0.10 | C200 | Analyze issues re: SERP. | $67.50 |
| 1/27/2020 | FOGLEMAN | 1.10 | C200 | Prepare for and attend call with client re: Excess Plan issues. | $742.50 |
| 1/29/2020 | FOGLEMAN | 0.10 | C200 | Analyze Excess Plan issues. | $67.50 |
| 2/2/2020 | FOGLEMAN | 0.20 | C200 | Review Excess Plan notes and email to SAB. | $135.00 |
| 2/5/2020 | FOGLEMAN | 0.30 | C200 | Review question from client re: Excess Plan participant benefit issues. | $202.50 |
| 2/6/2020 | FOGLEMAN | 1.20 | C200 | Review and comment on Excess Plan election form. | $810.00 |

3

| Date | Name | Hours | Code | Description | Amount |
|---|---|---|---|---|---|
| 2/11/2020 | FOGLEMAN | 1.00 | C200 | Review question from client re: garnishment of nonqualified plan benefits. | $675.00 |
| 2/12/2020 | FOGLEMAN | 0.90 | C200 | Review question re: nonqualified plan wage garnishment. | $607.50 |
| 2/12/2020 | LATALLADI-FULTON | 1.50 | C200 | Research garnishment of nonqualified benefits. | $492.00 |
| 1/6/2020 | LEVINE | 0.30 | C200 | Follow-up on end of year items. | $258.00 |
| 1/9/2020 | LEVINE | 0.80 | C200 | Review and follow-up re: end-of-year amendments. | $688.00 |
| 1/13/2020 | LEVINE | 0.80 | C200 | Excess plan outsourcing follow-up. | $688.00 |
| 1/13/2020 | LEVINE | 0.20 | C200 | Review end-of-year amendment implementation questions. | $172.00 |
| 1/16/2020 | LEVINE | 0.40 | C200 | Review and follow-up re: excess plan outsourcing with F. Chang, R. Reilly. | $344.00 |
| 1/16/2020 | LEVINE | 1.00 | C200 | Excess plan outsourcing follow-up. | $860.00 |
| 1/17/2020 | LEVINE | 0.30 | C200 | Excess plan process follow-up. | $258.00 |
| 1/22/2020 | LEVINE | 0.40 | C200 | Excess benefit plan materials review. | $344.00 |
| 1/22/2020 | LEVINE | 0.30 | C200 | Rabbi trust transition follow-up. | $258.00 |
| 1/23/2020 | LEVINE | 0.20 | C200 | Excess plan follow-up. | $172.00 |
| 2/3/2020 | LEVINE | 0.40 | C200 | Review excess plan next steps and question from J. Redmond. | $344.00 |
| 2/5/2020 | LEVINE | 0.30 | C200 | Follow-up on excess plan questions. | $258.00 |
| 2/10/2020 | LEVINE | 0.30 | C200 | Review and follow-up re: excess plan garnishment. | $258.00 |
| 1/21/2020 | MALIK | 0.50 | C200 | Review/analyze EBC authority re: trustee change for Rabbi trusts. | $252.00 |
| 1/22/2020 | MALIK | 1.40 | C200 | Review plan and governance records to analyze authorities re: Rabbi Trust. | $705.60 |

4

| 2/6/2020 | MCTYRE | 2.10 | C200 | Analyze information re: potential claimants. | $1,417.50 |
|----------|--------|------|------|----------------------------------------------|-----------|
| 1/6/2020 | PRAME | 0.40 | C200 | Review issues related to 430(k) lien. | $344.00 |
| **GRAND TOTAL** | | | | | **$22,600.20** |

Case: 19-30088   Doc# 7047   Filed: 05/01/20   Entered: 05/01/20 12:47:36   Page 14
of 32

**EXHIBIT B-1**

**COMPENSATION BY PROFESSIONAL**
**JANUARY 1, 2020, THROUGH FEBRUARY 29, 2020**

The attorneys and paraprofessionals who rendered professional services to one or both of the Debtors relating to the Debtors' Defined Contribution Plan ("RSP") during the Fee Period are:

| Name of Partners and Counsel | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Elizabeth Dold | 1994 | $898 | 0.30 | $269.40 |
| Ellen Goodwin | 1999 | $751 | 0.30 | $225.30 |
| Jason Lee | 2006 | $751.00 | 0.20 | $150.20 |
| David Levine | 1998 | $860 | 3.40 | $2,924.00 |

| Names of Associates | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John Barlow | 2015 | $561 | 5.70 | $3,197.70 |
| Stacey Bradford | 1996 | $637 | 10.60 | $6,752.20 |
| Michael Cook | 2017 | $413 | 7.60 | $3,138.80 |
| Arsalan Malik | 2015 | $504.00 | 1.70 | $856.80 |

| Names of Paraprofessionals | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Amy Latalladi-Fulton | -- | $328.00 | 0.50 | $164.00 |

| Professionals | Blended Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|
| Partners and Counsel | $849.74 | 4.20 | $3,568.90 |
| Associates | $544.75 | 25.60 | $13,945.50 |
| Blended Attorney Rate | $587.73 | | |
| *Total Fees Incurred* | | *29.80* | *$17,514.40* |

6

## **EXHIBIT B-2**

### **COMPENSATION BY WORK TASK CODE FOR SERVICES RENDERED ON MATTER DURING THE FEE PERIOD**

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| C200 | Researching Law | *29.80* | *$17,514.40* |

7

**EXHIBIT B-3**

**ITEMIZED SERVICES**

| Date | Timekeeper | Hours | Task | Narrative | Amount |
|------|-----------|-------|------|-----------|--------|
| 2/25/2020 | BARLOW | 1.50 | C200 | Review/analyze documents re: voluntary and mandatory account transfer issues. | $841.50 |
| 2/25/2020 | BARLOW | 1.50 | C200 | Draft/revise documents re: voluntary and mandatory account transfer issues. | $841.50 |
| 2/25/2020 | BARLOW | 0.20 | C200 | Conference with MZC re: voluntary and mandatory account transfer issues. | $112.20 |
| 2/26/2020 | BARLOW | 1.00 | C200 | Draft/revise documents re: voluntary and mandatory plan-to-plan transfer issues. | $561.00 |
| 2/26/2020 | BARLOW | 1.00 | C200 | Review/analyze documents re: voluntary and mandatory plan-to-plan transfer issues. | $561.00 |
| 2/27/2020 | BARLOW | 0.50 | C200 | Draft/revise documents re: voluntary and mandatory plan-to-plan transfer issues. | $280.50 |
| 1/8/2020 | BRADFORD | 0.30 | C200 | Research The Retirement Group in connection with email sent to employee regarding retirement planning advice. | $191.10 |
| 1/14/2020 | BRADFORD | 1.60 | C200 | Review and analyze excess deferral issue and corrective action. | $1,019.20 |
| 1/15/2020 | BRADFORD | 2.30 | C200 | Review and analyze issues with respect to pre-tax deferrals. | $1,465.10 |
| 1/16/2020 | BRADFORD | 1.20 | C200 | Review draft letter to M.B. | $764.40 |
| 1/31/2020 | BRADFORD | 0.50 | C200 | Review issues re: contributions and LTD. | $318.50 |
| 2/20/2020 | BRADFORD | 1.00 | C200 | Teleconference with client regarding transfers between plans. | $637.00 |
| 2/26/2020 | BRADFORD | 0.40 | C200 | Conference with JEB regarding working copies of plans and eligibility rules in | $254.80 |

8

| | | | | connection with transfers between plans. | |
|---|---|---|---|---|---|
| 2/27/2020 | BRADFORD | 3.30 | C200 | Review and revise chart regarding mandatory and voluntary transfers between plans. | $2,102.10 |
| 2/25/2020 | COOK | 0.90 | C200 | Plan transfers pros and cons review and discuss internally. | $371.70 |
| 2/26/2020 | COOK | 2.70 | C200 | Review and revise draft summary pros and cons chart regarding plan transfers. | $1,115.10 |
| 2/27/2020 | COOK | 3.10 | C200 | Additional review, revise, and circulate summary chart of possible plan amendment for account transfers. | $1,280.30 |
| 2/28/2020 | COOK | 0.90 | C200 | Finalize and circulate summary chart regarding voluntary vs. mandatory plan transfers. | $371.70 |
| 1/15/2020 | DOLD | 0.30 | C200 | Review issues with respect to pre-tax deferrals. | $269.40 |
| 2/14/2020 | GOODWIN | 0.30 | C200 | Review allocation of settlement proceeds analysis with DNL. | $225.30 |
| 2/25/2020 | LATALLADI-FULTON | 0.50 | C200 | Research analysis of plan transfers, for JEB. | $164.00 |
| 2/26/2020 | LEE | 0.20 | C200 | Discuss participant account and investments transfer issues with JEB. | $150.20 |
| 1/14/2020 | LEVINE | 0.50 | C200 | Jander follow-up. | $430.00 |
| 1/20/2020 | LEVINE | 0.40 | C200 | Review and comment on audit letters. | $344.00 |
| 1/23/2020 | LEVINE | 0.20 | C200 | SECURE Act amendment timing follow-up. | $172.00 |
| 1/26/2020 | LEVINE | 0.20 | C200 | Review RSP plan design question. | $172.00 |
| 2/14/2020 | LEVINE | 0.20 | C200 | Follow-up on settlement allocation question. | $172.00 |
| 2/20/2020 | LEVINE | 0.30 | C200 | Review plan transfer questions. | $258.00 |
| 2/21/2020 | LEVINE | 0.30 | C200 | Follow-up on transfer design question. | $258.00 |

9

Case: 19-30088    Doc# 7047    Filed: 05/01/20    Entered: 05/01/20 12:47:36    Page 18 of 32

| Date | Name | Hours | Code | Description | Amount |
|------|------|-------|------|-------------|--------|
| 2/24/2020 | LEVINE | 0.20 | C200 | Follow-up on class action settlement allocation. | $172.00 |
| 2/26/2020 | LEVINE | 0.30 | C200 | Calvert settlement review and follow-up. | $258.00 |
| 2/26/2020 | LEVINE | 0.20 | C200 | Follow-up on transfers. | $172.00 |
| 2/27/2020 | LEVINE | 0.40 | C200 | Revise plan-to-plan transfer chart. | $344.00 |
| 2/28/2020 | LEVINE | 0.20 | C200 | Review plan-to-plan transfer chart. | $172.00 |
| 1/14/2020 | MALIK | 1.50 | C200 | Review Supreme Court decision in IBM v. Jander and draft email to client re: same. | $756.00 |
| 1/16/2020 | MALIK | 0.20 | C200 | Review/analyze recent plan amendments from client and update plan documents file. | $100.80 |
| **GRAND TOTAL** | | | | | **$17,678.40** |

10

**<u>EXHIBIT C-1</u>**

**<u>COMPENSATION BY PROFESSIONAL</u>**
**<u>JANUARY 1, 2020, THROUGH FEBRUARY 29, 2020</u>**

The attorneys and paraprofessionals who rendered professional services to one or both of the Debtors related to Health and Welfare Plans during the Fee Period are:

| Name of Partners and Counsel | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| David Levine | 1998 | $860 | 0.40 | $344.00 |
| Allison Ullman | 2008 | $755 | 0.80 | $604.00 |

\*\*\*

| Professionals | Blended Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|
| Partners and Counsel | $790 | 1.20 | $948.00 |
| *Total Fees Incurred* | | **1.20** | ***$948.00*** |

11

## **EXHIBIT C-2**

### **COMPENSATION BY WORK TASK CODE FOR SERVICES RENDERED DURING THE FEE PERIOD**

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| C200 | Researching Law | 1.20 | $948.00 |

12

## EXHIBIT C-3

## ITEMIZED SERVICES

| Date | Timekeeper | Hours | Task | Narrative | Amount |
|------|-----------|-------|------|-----------|--------|
| 1/23/2020 | LEVINE | 0.20 | C200 | Follow-up on disability question from P. Simpkins. | $172.00 |
| 1/23/2020 | LEVINE | 0.20 | C200 | Call with client re: STD and SSDI. | $172.00 |
| 1/22/2020 | ULLMAN | 0.20 | C200 | Review client correspondence re: short-term disability / SSDI question. | $151.00 |
| 1/23/2020 | ULLMAN | 0.30 | C200 | Review/analysis re: short-term disability and SSDI. | $226.50 |
| 1/23/2020 | ULLMAN | 0.30 | C200 | Call with client re: SDI and SSDI question. | $226.50 |
| **GRAND TOTAL** | | | | | **$948.00** |

13

## EXHIBIT D-1

## COMPENSATION BY PROFESSIONAL
## OCTOBER 1, 2019, THROUGH OCTOBER 31, 2019

The attorneys and paraprofessionals who rendered professional services to the Debtors in connection with benefits issues related to bankruptcy (2018 Wildfires) during the Fee Period are:

| Name of Partners and Counsel | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Allie Itami | 2009 | $713 | 1.00 | $713.00 |
| Katherine Kohn | 2009 | $708 | 2.60 | $1,840.80 |
| Jeffrey Kroh | 2001 | $751 | 0.30 | $225.30 |
| David Levine | 1998 | $860 | 9.60 | $8,256.00 |
| Richard Matta | 1982 | $917 | 0.20 | $183.40 |
| David Powell | 1982 | $931 | 0.30 | $279.30 |
| George Sepsakos | 2009 | $713 | 0.30 | $213.90 |
| Kevin Walsh | 2009 | $708 | 0.40 | $283.20 |

| Names of Associates | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Scott Mayland | 2014 | $556 | 3.20 | $1,779.20 |
| Ross McSweeney | 2012 | $637 | 11.80 | $7,516.60 |

| Names of Paraprofessionals | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Andi Shahinllari | -- | .50 | 2.50 | $535.00 |

\*\*\*

14

| Professionals | Blended Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|
| Partners and Counsel | $815.94 | 14.70 | $11,994.90 |
| Associates | $619.72 | 15.00 | $9,295.80 |
| Paraprofessionals | $284.15 | 6.50 | $1,847.00 |
| Blended Attorney Rate | $716.86 | | |
| *Total Fees Incurred* | | *36.20* | *$23,137.70* |

15

## EXHIBIT D-2

### COMPENSATION BY WORK TASK CODE FOR SERVICES RENDERED ON MATTER DURING THE FEE PERIOD

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| C200 | Researching Law | *36.20* | *$23,137.70* |

16

**EXHIBIT D-3**

**ITEMIZED SERVICES**

| Date | Timekeeper | Hours | Task | Narrative | Amount |
|---|---|---|---|---|---|
| 1/13/2020 | ITAMI | 1.00 | C200 | Analyze bankruptcy issues re: POR. | $713.00 |
| 1/7/2020 | KOHN | 0.30 | C200 | Review time entries for fee application. | $212.40 |
| 1/7/2020 | KOHN | 0.30 | C200 | Attend weekly advisors call. | $212.40 |
| 1/14/2020 | KOHN | 0.30 | C200 | Attend weekly advisors call. | $212.40 |
| 1/14/2020 | KOHN | 0.10 | C200 | Review issues re: interim fee application. | $70.80 |
| 1/28/2020 | KOHN | 0.20 | C200 | Attend weekly advisors call. | $141.60 |
| 2/19/2020 | KOHN | 0.50 | C200 | Review and revise monthly fee applications. | $354.00 |
| 2/20/2020 | KOHN | 0.60 | C200 | Review/analyze PBGC information requests. | $424.80 |
| 2/25/2020 | KOHN | 0.30 | C200 | Review time entries for privilege. | $212.40 |
| 1/7/2020 | KROH | 0.30 | C200 | Review and comment on LTIP, 409A and other incentive plan and retiree health cash out payments and related 409A issues. | $225.30 |
| 2/13/2020 | LATALLADI-FULTON | 4.00 | C200 | Research reorganization disbursements for creditors. | $1,312.00 |
| 1/7/2020 | LEVINE | 0.30 | C200 | Gallagher item follow-up. | $258.00 |
| 1/7/2020 | LEVINE | 1.00 | C200 | Status call and follow-up on items from status call. | $860.00 |
| 1/8/2020 | LEVINE | 1.10 | C200 | Follow-up on post-bankruptcy payment and IF status question. | $946.00 |
| 1/9/2020 | LEVINE | 0.50 | C200 | Analyze IF issues. | $430.00 |
| 1/12/2020 | LEVINE | 0.50 | C200 | Follow-up on POR items. | $430.00 |
| 1/14/2020 | LEVINE | 0.50 | C200 | POR items follow-up and review AI items. | $430.00 |
| 1/21/2020 | LEVINE | 0.40 | C200 | Counsel status call and discussion re: open items. | $344.00 |

17

| Date | Name | Hours | Code | Description | Amount |
|------|------|-------|------|-------------|--------|
| 1/26/2020 | LEVINE | 0.30 | C200 | Review and follow-up on stock restriction items. | $258.00 |
| 2/3/2020 | LEVINE | 1.00 | C200 | Follow-up on POR items. | $860.00 |
| 2/5/2020 | LEVINE | 0.50 | C200 | POR follow-up. | $430.00 |
| 2/7/2020 | LEVINE | 0.50 | C200 | Follow-up on union fact sheet. | $430.00 |
| 2/11/2020 | LEVINE | 0.20 | C200 | Benefits status call. | $172.00 |
| 2/17/2020 | LEVINE | 0.40 | C200 | Review fee application. | $344.00 |
| 2/18/2020 | LEVINE | 0.20 | C200 | Counsel status call. | $172.00 |
| 2/19/2020 | LEVINE | 0.40 | C200 | Review and revise fee application. | $344.00 |
| 2/19/2020 | LEVINE | 0.20 | C200 | Review stock fund follow-up. | $172.00 |
| 2/19/2020 | LEVINE | 0.30 | C200 | Review and follow-up on additional PBGC request. | $258.00 |
| 2/20/2020 | LEVINE | 0.60 | C200 | Review PBGC production items. | $516.00 |
| 2/25/2020 | LEVINE | 0.20 | C200 | Follow-up independent fiduciary. | $172.00 |
| 2/26/2020 | LEVINE | 0.30 | C200 | Review company stock matters. | $258.00 |
| 2/27/2020 | LEVINE | 0.20 | C200 | Follow-up on PBGC information request. | $172.00 |
| 1/7/2020 | MATTA | 0.20 | C200 | Review/analyze '34 Act ownership/control issue for employer stock. | $183.40 |
| 2/5/2020 | MAYLAND | 0.60 | C200 | Analyze considerations re Rights Offering. | $333.60 |
| 2/6/2020 | MAYLAND | 1.80 | C200 | Analyze flyer re takeover of PG&E by state. | $1,000.80 |
| 2/7/2020 | MAYLAND | 0.80 | C200 | Analyze flyer on government takeover of pension plan. | $444.80 |
| 2/14/2020 | MCSWEENEY | 3.20 | C200 | Draft monthly fee applications for November and December. | $2,038.40 |
| 2/16/2020 | MCSWEENEY | 1.70 | C200 | Draft fourth monthly fee statement. | $1,082.90 |
| 2/17/2020 | MCSWEENEY | 5.80 | C200 | Draft fourth monthly fee statement. | $3,694.60 |
| 2/18/2020 | MCSWEENEY | 1.10 | C200 | Revise draft monthly fee application. | $700.70 |
| 2/7/2020 | POWELL | 0.10 | C200 | Email re: governmental plan conversion question. | $93.10 |

Case: 19-30088    Doc# 7047    Filed: 05/01/20    Entered: 05/01/20 12:47:36    Page 27 of 32

| | | | | | |
|---|---|---|---|---|---|
| 2/7/2020 | POWELL | 0.20 | C200 | Review governmental plan conversion question. | $186.20 |
| 1/8/2020 | SEPSAKOS | 0.30 | C200 | Email with DNL re: IF issues. | $213.90 |
| 2/19/2020 | SHAHINLLARI | 0.20 | C200 | Prepare the Fee Application materials for the Fee Examiner. (.20) | $42.80 |
| 2/19/2020 | SHAHINLLARI | 0.40 | C200 | Prepare, revise the Monthly Fee Application for November-December, 2019. | $85.60 |
| 2/20/2020 | SHAHINLLARI | 0.20 | C200 | Email Fee Application materials to Fee Examiner. | $42.80 |
| 2/20/2020 | SHAHINLLARI | 1.30 | C200 | Prepare, revise and file with the Court the Monthly Fee Application for November-December, 2019. | $278.20 |
| 2/27/2020 | SHAHINLLARI | 0.40 | C200 | Prepare production documents for submission to PBGC. | $85.60 |
| 1/8/2020 | WALSH | 0.40 | C200 | Analyze IF issues. | $283.20 |
| **GRAND TOTAL** | | | | | **23,137.70** |

19

**EXHIBIT E-1**

**COMPENSATION BY PROFESSIONAL**
**JANUARY 1, 2020, THROUGH FEBRUARY 29, 2019**

The attorneys and paraprofessionals who rendered professional services to the debtors relating to the Voluntary Disability Plan during the Fee Period are:

| Names of Partners and Counsel | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| David Levine | 1998 | $860 | 1.80 | $1,548.00 |
| Allison Ullman | 2008 | $755 | 1.40 | $1,057.00 |
| *Total Partners and Counsel* | | | *3.20* | *$2,605.00* |

| Names of Associates | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Arsalan Malik | 2015 | $504.00 | 0.20 | $100.80 |
| Jessica Winslow | 2018 | $413.00 | 15.80 | $6,525.40 |
| *Total Associates* | | | *16.00* | *$6,626.20* |

| Professionals | Blended Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|
| Partners and Counsel | $814 | 3.20 | $2,605.00 |
| Associates | $379.58 | 16.00 | $6,626.20 |
| Blended Attorney Rate | $480.00 | | |
| *Total Fees Incurred* | | *19.20* | *$9,231.20* |

20

## **EXHIBIT E-2**

## **COMPENSATION BY WORK TASK CODE FOR SERVICES RENDERED ON MATTER DURING FEE PERIOD**

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| C200 | Researching Law | *19.20* | *$9,231.20* |

21

**EXHIBIT E-3**

**ITEMIZED SERVICES**

| Date | Timekeeper | Hours | Task | Narrative | Amount |
|------|-----------|-------|------|-----------|--------|
| 2/3/2020 | LEVINE | 0.20 | C200 | Follow-up on EDD document request from union. | $172.00 |
| 2/4/2020 | LEVINE | 0.20 | C200 | EDD demand letter follow-up. | $172.00 |
| 2/12/2020 | LEVINE | 0.40 | C200 | Follow-up on EDD communication disclosure analysis. | $344.00 |
| 2/16/2020 | LEVINE | 0.60 | C200 | Review union/EDD disclosure question. | $516.00 |
| 2/18/2020 | LEVINE | 0.40 | C200 | Review EDD disclosure follow-up. | $344.00 |
| 1/16/2020 | MALIK | 0.20 | C200 | Review/analyze plan restatement from client and update plan documents file. | $100.80 |
| 2/3/2020 | ULLMAN | 0.30 | C200 | Review/analyze question re: VP matter. | $226.50 |
| 2/4/2020 | ULLMAN | 0.30 | C200 | Work re: VP matter. | $226.50 |
| 2/5/2020 | ULLMAN | 0.10 | C200 | Review/analysis re: VP question. | $75.50 |
| 2/12/2020 | ULLMAN | 0.20 | C200 | Review/analysis re: VP matter. | $151.00 |
| 2/14/2020 | ULLMAN | 0.10 | C200 | Review/analysis re: VP disclosure question. | $75.50 |
| 2/19/2020 | ULLMAN | 0.30 | C200 | Follow-up work re: VP disclosure matter. | $226.50 |
| 2/21/2020 | ULLMAN | 0.10 | C200 | Follow up re: VP matter. | $75.50 |
| 2/4/2020 | WINSLOW | 0.20 | C200 | Conference re: California disclosure rules for voluntary plans. | $82.60 |
| 2/4/2020 | WINSLOW | 1.00 | C200 | Research re: California disclosure rules for voluntary plans. | $413.00 |
| 2/5/2020 | WINSLOW | 1.30 | C200 | Draft summary re: California disclosure requirements for voluntary plans. | $536.90 |
| 2/5/2020 | WINSLOW | 2.80 | C200 | Research re: California disclosure requirements for voluntary plans. | $1,156.00 |

22

| | | | | | |
|---|---|---|---|---|---|
| 2/13/2020 | WINSLOW | 0.20 | C200 | Draft response re: what constitutes confidential information under the California Public Records Act. | $82.60 |
| 2/13/2020 | WINSLOW | 0.80 | C200 | Research re: what constitutes confidential information under the California Public Records Act. | $330.40 |
| 2/14/2020 | WINSLOW | 0.70 | C200 | Draft response re: what constitutes confidential information under the California Public Records Act. | $289.10 |
| 2/14/2020 | WINSLOW | 1.20 | C200 | Research re: what constitutes confidential information under the California Public Records Act. | $495.60 |
| 2/17/2020 | WINSLOW | 0.50 | C200 | Draft response re: exemptions to the California Public Records Act. | $206.50 |
| 2/17/2020 | WINSLOW | 3.20 | C200 | Follow up research re: exemptions to the California Public Records Act. | $1,321.60 |
| 2/18/2020 | WINSLOW | 1.30 | C200 | Draft response re: EDD disclosures and provisions. | $536.90 |
| 2/18/2020 | WINSLOW | 1.30 | C200 | Research re: exemptions to non-disclosure provisions under California Unemployment Insurance Code. | $536.90 |
| 2/18/2020 | WINSLOW | 1.30 | C200 | Research re: litigation over EDD disclosures. | $536.90 |
| **GRAND TOTAL** | | | | | **$9,231.20** |

23