**Entered on Docket
May 01, 2020**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**Signed and Filed: May 1, 2020**

**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) Bankruptcy Case |
| | ) No. 19-30088-DM |
| PG&E CORPORATION, | ) |
| | ) Chapter 11 |
| - and - | ) |
| | ) Jointly Administered |
| PACIFIC GAS AND ELECTRIC COMPANY, | ) |
| | ) |
| Debtors. | ) Date:   May 12, 2020 |
| | ) Time:   10:00 a.m. |
| ☐ Affects PG&E Corporation | ) Place:  Courtroom 17 |
| ☐ Affects Pacific Gas and Electric Company | )            450 Golden Gate Ave. |
| ☒ Affects both Debtors | )            16th Floor |
| | )            San Francisco, CA |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | ) |
| | ) |
| | ) |
| | ) |
| | ) |

## ORDER SHORTENING TIME FOR HEARING ON MOTION TO DESIGNATE

The court will hold a hearing on May 12, 2020, at 10:00 AM on the Motion to Designate Improperly Solicited Votes (the "Motion") (dkt. #6799). The purpose of the hearing will be to consider whether any allegations made by Mr. Abrams in the Motion, or by any party who has

-1-

1   joined him by this date,[1] justify or require any relief under Federal Rule of Bankruptcy

2   Procedure 2019 or 11 U.S.C. § 1126(e).

3          The court will not consider any of Mr. Abrams' arguments that the Restructuring

4   Support Agreement entered into between Debtors and the TCC should be set aside or altered

5   (Motion p. 2, 6-7).

6          The Motion appears to be directed at the law firm Watts Guerra LLP.  Any opposition

7   by Debtors, the TCC, Watts Guerra LLP or Mr. Watts, or by any of the parties that have already

8   appeared in opposition to the Motion[2]  must be filed no later than 4 p.m. (PT) on May 8, 2020,

9   with a copy emailed to Mr. Abrams.

10          No replies are to be filed.

11                              *** END OF ORDER ***

---

[1] Certain Fire Victim Creditors (Anita Freeman, et al.) (dkt. #6939); Certain Camp Fire Victims (dkt. #6981); Karen Gowins (dkt. #6944).  A letter was also filed, voicing concern (dkt. #7004).

[2] Certain Fire Victim Creditors (dkt. #6801); SLF Fire Victim Claimants (dkt. #6891).

-2-

**COURT SERVICE LIST**

**William Abrams**
1519 Branch Owl Place
Santa Rosa, CA 95409

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES BANKRUPTCY COURT
for the Northern District of California