# Notice Recipients

District/Off: 0971–3      User: lparada      Date Created: 5/1/2020
Case: 19–30088      Form ID: pdfeoc      Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
intp     William B. Abrams     1519 Branch Owl Pl.     Santa Rosa, CA 95409

TOTAL: 1