| | |
|---|---|
| REBECCA J. WINTHROP (CA Bar No. 116386)<br>ROBIN D. BALL (CA Bar No. 159698)<br>NORTON ROSE FULBRIGHT US LLP<br>555 South Flower Street, Forty-First Floor<br>Los Angeles, California 90071<br>Telephone: (213) 892-9200<br>Facsimile: (213) 892-9494<br>rebecca.winthrop@nortonrosefulbright.com<br>robin.ball@nortonrosefulbright.com<br><br>Attorneys for Creditors ADVENTIST HEALTH SYSTEM/WEST and FEATHER RIVER HOSPITAL D/B/A ADVENTIST HEALTH FEATHER RIVER | WEIL, GOTSHAL & MANGES LLP<br>Stephen Karotkin (*pro hac vice*)<br>(stephen.karotkin@weil.com)<br>Ray C. Schrock, P.C. (*pro hac vice*)<br>(ray.schrock@weil.com)<br>Jessica Liou (*pro hac vice*)<br>(jessica.liou@weil.com)<br>Matthew Goren (*pro hac vice*)<br>(Matthew.Goren@weil.com)<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>Tel: 212 310 8000<br>Fax: 212 310 8007 |
| JONES DAY<br>Bruce S. Bennett (SBN 105430)<br>(bbennett@jonesday.com)<br>Joshua M. Mester (SBN 194783)<br>(jmester@jonesday.com)<br>James O. Johnston (SBN 167330)<br>(jjonston@jonesday.com)<br>555 South Flower Street<br>Fiftieth Floor<br>Los Angeles, CA 90071-2300<br>Tel: 213 489 3939<br>Fax: 213 243 2539 | KELLER BENVENUTTI KIM LLP<br>Tobias S. Keller (#151445)<br>(tkeller@kbkllp.com)<br>Jane Kim (#298192)<br>(jkim@kbkllp.com)<br>650 California Street, Suite 1900<br>San Francisco, CA 94108<br>Tel: (415) 496-6723<br>Fax: (415) 636-9251<br><br>Attorneys for DEBTORS AND DEBTORS IN POSSESSION |
| Attorneys for SHAREHOLDER PROPONENTS | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br><br>        Debtors.<br><br>☐  Affects PG&E Corporation<br>☐  Affects Pacific Gas and Electric Company<br>☒  Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19 - 30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**STIPULATION BY AND AMONG THE PLAN PROPONENTS, THE OFFICIAL COMMITTEE OF TORT CLAIMANTS, THE ADVENTIST HEALTH CLAIMANTS, THE PARADISE RELATED ENTITIES, AT&T, AND COMCAST REGARDING FIRE VICTIM TRUST DOCUMENTS ISSUES** |

DOCUMENT PREPARED
ON RECYCLED PAPER

99825475.3
US 167771907v2

TO THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE:

PLEASE TAKE NOTICE that PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "Debtors"); certain funds and accounts managed or advised by Abrams Capital Management, L.P., and certain funds and accounts managed or advised by Knighthead Capital Management, LLC (together, the "Shareholder Proponents" and collectively with the Debtors, the "Plan Proponents"); the Official Committee of Tort Claimants (the "TCC"); Adventist Health System/West and Feather River Hospital d/b/a Adventist Health Feather River, each a California religious non-profit corporation (together, the "Adventist Health Claimants"); Paradise Unified School District, Northern Recycling and Waste Services, LLC/Northern Holdings, LLC, Napa County Recycling & Waste Services, LLC/Napa Recycling & Waste Services, LLC, and Christian & Missionary Alliance Church of Paradise, dba Paradise Alliance Church (together, the "Paradise Entities"); AT&T Corp. and all affiliates. ("AT&T"); and Comcast Cable Communications, LLC and all affiliates (together, "Comcast," and collectively with the Adventist Health Claimants, the Paradise Entities, and AT&T, the "Ad Hoc Group of Business Claimants"), by and through their undersigned counsel, hereby submit this stipulation (the "Stipulation") for an Order approving the Parties' (as defined below) agreement to establish a briefing and oral argument schedule for objections to the terms of the Trust Documents (as defined below).  The Plan Proponents, the TCC, the Adventist Health Claimants, the Paradise Entities, AT&T, and Comcast are referred to in this Stipulation collectively as the "Parties," and each as a "Party."  The Parties hereby stipulate and agree as follows:

## RECITALS

A.  WHEREAS, on January 29, 2019, the Debtors commenced these chapter 11 cases in the United States Bankruptcy Court for the Northern District of California (the "Bankruptcy Court").

B.  WHEREAS, on March 16, 2020, the Plan Proponents filed the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization, Dated March 16, 2020* [Dkt. 6320] (together with all schedules and exhibits thereto, and as may be modified, amended, or

99825475.3                                    - 2 -

Document Prepared
on Recycled Paper

US 167771907v2

1    supplemented, the "Plan").[1]

2        C.       WHEREAS, on March 17, 2020, the Court entered the *Order (I) Approving*

3 *Proposed Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan*

4 *of Reorganization; (II) Approving Form and Manner of Notice of Hearing on Proposed Disclosure*

5 *Statement; (III) Establishing and Approving Plan Solicitation and Voting Procedures;*

6 *(IV) Approving Forms of Ballots, Solicitation Packages, and Related Notices; and (V) Granting*

7 *Related Relief* [Dkt. 6340] (the "Disclosure Statement Order").

8        D.       WHEREAS, on March 17, 2020, the Plan Proponents filed the solicitation version

9 of the *Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of*

10 *Reorganization* [Dkt. 6353], as supplemented by the *Supplement to Disclosure Statement for*

11 *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization*, approved by

12 Court Order on March 25, 2020 [Dkt. 6483].

13        E.       WHEREAS, under the Plan, all Fire Victim Claims, including Fire Victim Claims

14 asserted by each of the Adventist Health Claimants, the Paradise Entities, AT&T, and Comcast,

15 shall be compensated from the Fire Victim Trust, which will be governed by, among other things,

16 various trust documents, including the proposed Fire Victim Trust Agreement and the proposed

17 Fire Victim Claims Resolution Procedures (collectively, the "Trust Documents").

18        F.       WHEREAS, pursuant to the Disclosure Statement Order, objections to the

19 confirmation of the Plan must be filed with the Bankruptcy Court by May 15, 2020 at 4:00 p.m.

20 (Prevailing Pacific Time) (the "Plan Objection Deadline").

21        G.       WHEREAS, the Ad Hoc Group of Business Claimants has requested a separate

22 briefing schedule to address their specific objections to the terms and conditions of the Trust

23 Documents (excluding any objections pursuant to section 1129(b) of the Bankruptcy Code, the

24 "Trust Documents Issues") and has sought an expedited hearing on such objections. Such briefing

25 schedule is not intended to require any other party in interest to raise objections to the Plan or the

26 Trust Documents prior to the Plan Objection Deadline.

27

---

[1]    Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Plan.

28   99825475.3

DOCUMENT PREPARED
ON RECYCLED PAPER

US 167771907v2

H.     WHEREAS, the parties have engaged in good faith, arm's-length discussions to try to resolve the Trust Documents Issues.

I.     WHEREAS, the Parties have agreed on the following briefing and oral argument schedule in respect of the unresolved Trust Documents Issues (the "Unresolved Trust Documents Issues"), as set forth herein.

## STIPULATION

NOW, THEREFORE, and subject to the approval of this Court, it is hereby stipulated and agreed, by and among the Parties, through the undersigned, and the Parties jointly request the Court to order, that:

1.     The Plan Proponents, the TCC and the Ad Hoc Group of Business Claimants shall engage in and continue settlement discussions regarding the Trust Documents Issues, beginning on April 21, 2020 (the "Settlement Process"), which settlement discussions are subject to Rule 408 of the Federal Rules of Evidence.

2.     The Trust Documents shall be filed no later than May 1, 2020.

3.     To the extent that the Trust Documents Issues are not resolved through the Settlement Process, the Ad Hoc Group of Business Claimants shall file one joint brief (the "Joint Objection") on the Unresolved Trust Documents Issues common to all of them, not to exceed 25 pages, by May 5, 2020 at 5:00 p.m. (Prevailing Pacific Time) (the "Objection Deadline"); *provided*, *however*, that the Adventist Health Claimants, the Paradise Entities, AT&T, and Comcast may each also file an individual brief not to exceed 10 additional pages concerning those Unresolved Trust Documents Issues not addressed in the Joint Objection (the "Individual Objections" and, together with the Joint Objection, the "Ad Hoc Group Objections") by the Objection Deadline.

4.     Responses to the Ad Hoc Group Objections shall be filed by May 12, 2020 at 5:00 p.m. (Prevailing Pacific Time).  The length of any such response shall be governed by the Bankruptcy Local Rules for the Northern District of California; *provided* that (a) the TCC shall be permitted to file a response brief not exceeding 30 pages and (b) the Debtors and Shareholder Proponents shall each be permitted to file response briefs not exceeding 15 pages each or, in their

Document Prepared
on Recycled Paper

US 167771907v2

discretion, one joint response brief not to exceed 30 pages.

5. A hearing before the Bankruptcy Court on the Ad Hoc Group Objections shall be held on May 14, 2020 at 10:00 a.m. (Prevailing Pacific Time), subject to the availability of the Bankruptcy Court.

6. Nothing in this Stipulation shall constitute consent by the TCC or any of the Ad Hoc Group of Business Claimants to the confirmation of the Plan, or a waiver of any other objections to the Plan or other rights with respect thereto, including the right to object to any Trust Documents filed after May 5, 2020, and any such objections shall be subject to the deadlines set forth in the Disclosure Statement Order. Likewise, nothing in this Stipulation shall constitute a waiver by the Plan Proponents of any defenses or other arguments in support of confirmation of the Plan.

7. Unless otherwise authorized or directed by the Bankruptcy Court, the Adventist Health Claimants, the Paradise Entities, AT&T, Comcast, the TCC, the Debtors and the Shareholder Proponents shall not submit further written pleadings with respect to the Unresolved Trust Document Issues which are the subject of the briefing described herein.

8. Nothing in this Stipulation shall require any party in interest other than the Ad Hoc Group of Business Claimants to file objections to the Trust Documents prior to the Plan Objection Deadline. Nothing in this Stipulation shall limit the right of any party in interest to file a response to the Ad Hoc Group Objections.

9. This Stipulation may be executed in counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same agreement.

*[Signatures on the following pages]*

99825475.3

- 5 -

Document Prepared
on Recycled Paper

| | |
|---|---|
| 1 | Dated: May 1, 2020 |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | Dated: May 1, 2020 |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | Dated: May 1, 2020 |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | Dated: May 1, 2020 |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | Dated: May 1, 2020 |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Dated: May 1, 2020

RESPECTFULLY SUBMITTED:

NORTON ROSE FULBRIGHT US LLP


By: */s/ Rebecca J. Winthrop*
 Rebecca J. Winthrop
 Attorney for Creditors ADVENTIST
 HEALTH SYSTEM/WEST and FEATHER
 RIVER HOSPITAL D/B/A ADVENTIST
 HEALTH FEATHER RIVER

Dated: May 1, 2020    BAKER & HOSTETLER LLP


By: */s/ Eric Goodman*
 Eric Goodman
 Attorneys for the OFFICIAL COMMITTEE
 OF TORT CLAIMANTS

Dated: May 1, 2020    WEIL, GOTSHAL & MANGES LLP
            KELLER BENVENUTTI KIM LLP


By: */s/ Jessica Liou*
 Jessica Liou
 Attorneys for the DEBTORS

Dated: May 1, 2020    JONES DAY


By: */s/ Joshua M. Mester*
 Joshua M. Mester
 Attorneys for the SHAREHOLDER
 PROPONENTS

Dated: May 1, 2020    REED SMITH LLP


By: */s/ David E. Weiss*
 David E. Weiss
 Attorneys for PARADISE UNIFIED
 SCHOOL DISTRICT

99825475.3        - 6 -

DOCUMENT PREPARED
ON RECYCLED PAPER

| | |
|---|---|
| 1 | Dated: May 1, 2020 | ARNOLD & PORTER KAYE SCHOLER LLP |

Dated: May 1, 2020               ARNOLD & PORTER KAYE SCHOLER LLP

By: */s/ Benjamin Mintz*
                Benjamin Mintz
                Attorneys for AT&T

Dated: May 1, 2020               WILMER CUTLER PICKERING HALE & DORR LLP

By: */s/ Craig Goldblatt*
                Craig Goldblatt
                Attorneys for COMCAST

99825475.3

- 7 -

DOCUMENT PREPARED
ON RECYCLED PAPER
US 167771907v2