

Lisa S. Gast, Esquire
Duncan, Weinberg, Genzer & Pembroke, P.C.
1667 K Street, NW, Suite 700
Washington, DC  20006
T:  202-467-6370
E-mail:  lsg@dwgp.com

Signed and Filed: May 1, 2020

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re  **PG&E CORPORATION**
-and-
**PACIFIC GAS AND ELECTRIC COMPANY,**

Debtor(s).

Case No. **19-30088 DM (Lead Case)**

Chapter **11**

## ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

**Lisa S. Gast**, whose business address and telephone number is

**Duncan, Weinberg, Genzer & Pembroke, PC
1667 K Street, NW  Suite 700
Washington, DC 20006
202-467-6370**

and who is an active member in good standing of the bar of **Washington, District of Columbia**

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing **City of Santa Clara, dba Silicon Valley Power**

  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac

vice.* Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the represented party.  All future filings in this action are subject to the

Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States

Bankruptcy Court for the Northern District of California.

**END OF ORDER**