

**CHANGES MADE BY COURT**

**Signed and Filed: May 4, 2020**

*/s/ Dennis Montali*
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

| | |
|---|---|
| REBECCA J. WINTHROP (CA Bar No. 116386) <br> NORTON ROSE FULBRIGHT US LLP <br> 555 South Flower Street, Forty-First Floor <br> Los Angeles, California 90071 <br> Telephone: (213) 892-9200 <br> Facsimile: (213) 892-9494 <br> rebecca.winthrop@nortonrosefulbright.com <br><br> Attorneys for Creditors ADVENTIST HEALTH SYSTEM/WEST and FEATHER RIVER HOSPITAL D/B/A ADVENTIST HEALTH FEATHER RIVER <br><br> JONES DAY <br> Bruce S. Bennett (SBN 105430) <br> (bbennett@jonesday.com) <br> Joshua M. Mester (SBN 194783) <br> (jmester@jonesday.com) <br> James O. Johnston (SBN 167330) <br> (jjonston@jonesday.com) <br> 555 South Flower Street <br> Fiftieth Floor <br> Los Angeles, CA 90071-2300 <br> Tel: 213 489 3939 <br> Fax: 213 243 2539 <br><br> Attorneys for SHAREHOLDER PROPONENTS | WEIL, GOTSHAL & MANGES LLP <br> Stephen Karotkin (*pro hac vice*) <br> (stephen.karotkin@weil.com) <br> Ray C. Schrock, P.C. (*pro hac vice*) <br> (ray.schrock@weil.com) <br> Jessica Liou (*pro hac vice*) <br> (jessica.liou@weil.com) <br> Matthew Goren (*pro hac vice*) <br> (Matthew.Goren@weil.com) <br> 767 Fifth Avenue <br> New York, NY 10153-0119 <br> Tel: 212 310 8000 <br> Fax: 212 310 8007 <br><br> KELLER BENVENUTTI KIM LLP <br> Tobias S. Keller (#151445) <br> (tkeller@kbkllp.com) <br> Jane Kim (#298192) <br> (jkim@kbkllp.com) <br> 650 California Street, Suite 1900 <br> San Francisco, CA 94108 <br> Tel: (415) 496-6723 <br> Fax: (415) 636-9251 <br><br> Attorneys for DEBTORS AND DEBTORS IN POSSESSION |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: <br><br> PG&E CORPORATION, <br><br> - and - <br><br> PACIFIC GAS AND ELECTRIC COMPANY <br><br> Debtors. <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br><br> * All papers shall be filed in the Lead Case, No. 19-30088 (DM). | Case No. 19 - 30088 (DM) <br><br> Chapter 11 <br> (Lead Case) <br> (Jointly Administered) <br><br> **ORDER APPROVING STIPULATION BY AND AMONG THE PLAN PROPONENTS, THE OFFICIAL COMMITTEE OF TORT CLAIMANTS, THE ADVENTIST HEALTH CLAIMANTS, THE PARADISE RELATED ENTITIES, AT&T, AND COMCAST REGARDING FIRE VICTIM TRUST DOCUMENTS ISSUES** |

The Court, having considered the *Stipulation By and Among the Plan Proponents, the Official Committee of Tort Claimants, the Adventist Health Claimants, the Paradise Related Entities, AT&T, and Comcast Regarding Fire Victim Trust Documents Issues* filed on May 1, 2020 [Dkt. 7050] (the "Stipulation"),[1] and good cause appearing therefor,

IT IS HEREBY ORDERED as follows:

1. The Stipulation and procedures set forth therein, inclusive of the schedule set forth below, are hereby approved.

2. To the extent that the Trust Documents Issues are not resolved through the Settlement Process, the Ad Hoc Group of Business Claimants shall file the Joint Objection by May 5, 2020 at 5:00 p.m. (Prevailing Pacific Time) (the "Objection Deadline"); *provided*, *however*, that the Adventist Health Claimants, the Paradise Entities, AT&T, and Comcast may each also file Individual Objections concerning those Unresolved Trust Documents Issues not addressed in the Joint Objection by the Objection Deadline.

3. Responses to the Ad Hoc Group Objections shall be filed by May 12, 2020 at 5:00 p.m. (Prevailing Pacific Time). The length of such responses shall be governed by paragraph 4 of the Stipulation.

4. A hearing before the Bankruptcy Court on the Ad Hoc Group Objections shall be held on May 15, 2020 at 11:00 a.m. (Prevailing Pacific Time).

[*Signatures on Next Page*]

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

DOCUMENT PREPARED ON RECYCLED PAPER

| APPROVED AS TO FORM AND CONTENT: | APPROVED AS TO FORM AND CONTENT: |
|---|---|
| Dated: May 1, 2020 | Dated: May 1, 2020 |
| ERIC GOODMAN<br>BAKER & HOSTETLER LLP | DAVID E. WEISS<br>REED SMITH LLP |
| */s/ Eric Goodman* | */s/ David E. Weiss* |
| *Attorneys for the OFFICIAL COMMITTEE OF TORT CLAIMANTS* | *Attorneys for PARADISE UNIFIED SCHOOL DISTRICT* |

| APPROVED AS TO FORM AND CONTENT: | APPROVED AS TO FORM AND CONTENT: |
|---|---|
| Dated: May 1, 2020 | Dated: May 1, 2020 |
| BENJAMIN MINTZ<br>ARNOLD & PORTER KAYE SCHOLER LLP | CRAIG GOLDBLATT<br>WILMER CUTLER PICKERING HALE & DORR LLP |
| */s/ Benjamin Mintz* | */s/ Craig Goldblatt* |
| *Attorneys for the AT&T* | *Attorneys for the COMCAST* |

***END OF ORDER***