**EXHIBIT A**

**COMPENSATION BY PROFESSIONAL**
**JANUARY 1, 2020 THROUGH JANUARY 31, 2020**

The professionals who rendered professional services in these chapter 11 cases during the Fee Period are:

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| ***2019 Audit Services*** | | | | |
| Cochran, James | Partner/Principal | $380.00 | 7.5 | $2,850.00 |
| Fogarty, Ellen | Partner/Principal | $380.00 | 13.4 | $5,092.00 |
| Gillam, Tim | Partner/Principal | $380.00 | 26.2 | $9,956.00 |
| Harold, Matt | Partner/Principal | $380.00 | 3.5 | $1,330.00 |
| Ncho-Oguie, Jean-Denis | Partner/Principal | $380.00 | 66.2 | $25,156.00 |
| Pemberton, Tricia | Partner/Principal | $380.00 | 1.0 | $380.00 |
| Donahue, Nona | Managing Director | $380.00 | 4.5 | $1,710.00 |
| Loo, Alice | Managing Director | $380.00 | 1.0 | $380.00 |
| Meredith, Wendy | Managing Director | $380.00 | 34.2 | $12,996.00 |
| White, Teal | Managing Director | $380.00 | 13.5 | $5,130.00 |
| Zenk, Joe | Managing Director | $380.00 | 0.9 | $342.00 |
| Dugan, Anne | Senior Manager | $330.00 | 15.5 | $5,115.00 |
| Fannin, Sam | Senior Manager | $330.00 | 21.0 | $6,930.00 |
| Giamanco, Patrick | Senior Manager | $330.00 | 46.7 | $15,411.00 |
| Kort, Krystle | Senior Manager | $330.00 | 0.5 | $165.00 |
| Potts, John | Senior Manager | $330.00 | 2.0 | $660.00 |
| Reik, John | Senior Manager | $330.00 | 4.7 | $1,551.00 |
| Sagar, Saurabh | Senior Manager | $330.00 | 2.5 | $825.00 |
| Varkey, Jamie | Senior Manager | $330.00 | 9.0 | $2,970.00 |
| Brown, Aaron | Manager | $290.00 | 18.5 | $5,365.00 |
| Jasinski, Samantha | Manager | $290.00 | 146.3 | $42,427.00 |
| Kamra, Akanksha | Manager | $290.00 | 35.5 | $10,295.00 |
| Long, Brittany | Manager | $290.00 | 55.0 | $15,950.00 |
| Misra, Saurabh | Manager | $290.00 | 129.5 | $37,555.00 |
| Nkinzingabo, Rudy | Manager | $290.00 | 31.5 | $9,135.00 |
| Pant, Chetna | Manager | $290.00 | 8.5 | $2,465.00 |
| Adams, Haley | Senior Consultant | $230.00 | 3.0 | $690.00 |

| # | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 1 | Azebu, Matt | Senior Consultant | $230.00 | 125.0 | $28,750.00 |
| 2 | Dam, Vivian | Senior Consultant | $230.00 | 23.5 | $5,405.00 |
| 3 | Fazil, Mohamed | Senior Consultant | $230.00 | 88.0 | $20,240.00 |
| 4 | Goswami, Pratiti | Senior Consultant | $230.00 | 22.5 | $5,175.00 |
|   | Hamner, Jack | Senior Consultant | $230.00 | 227.9 | $52,417.00 |
| 5 | Hennessy, Vincent | Senior Consultant | $230.00 | 171.5 | $39,445.00 |
|   | Kipkirui, Winnie | Senior Consultant | $230.00 | 211.0 | $48,530.00 |
| 6 | Mantri, Arvind | Senior Consultant | $230.00 | 20.0 | $4,600.00 |
|   | Martin, Blake | Senior Consultant | $230.00 | 146.5 | $33,695.00 |
| 7 | Meenakshi, Meenakshi | Senior Consultant | $230.00 | 3.0 | $690.00 |
| 8 | Rice, Blake | Senior Consultant | $230.00 | 116.0 | $26,680.00 |
|   | Varshney, Swati | Senior Consultant | $230.00 | 86.0 | $19,780.00 |
| 9 | Yuen, Jennifer | Senior Consultant | $230.00 | 57.1 | $13,133.00 |
|   | Alfahhad, Abdulrahman | Consultant | $200.00 | 100.1 | $20,020.00 |
| 10 | Bedi, Arpit | Consultant | $200.00 | 176.9 | $35,380.00 |
| 11 | Bhattacharya, Ayush | Consultant | $200.00 | 21.5 | $4,300.00 |
|   | Bhavana, Nadakurthi | Consultant | $180.00 | 2.0 | $360.00 |
| 12 | Boyce, Kyle | Consultant | $180.00 | 226.0 | $40,680.00 |
| 13 | Brown, Erin | Consultant | $180.00 | 218.5 | $39,330.00 |
|   | Carson, George | Consultant | $180.00 | 1.0 | $180.00 |
| 14 | Chopra, Harshita | Consultant | $180.00 | 165.5 | $29,790.00 |
| 15 | Guo, Amy | Consultant | $120.00 | 62.0 | $7,440.00 |
|   | Jagetia, Nidhi | Consultant | $200.00 | 3.0 | $600.00 |
| 16 | K, Kavya | Consultant | $200.00 | 50.0 | $10,000.00 |
| 17 | Kaur, JASPREET | Consultant | $200.00 | 6.0 | $1,200.00 |
|   | Kiander, Matthew | Consultant | $180.00 | 21.0 | $3,780.00 |
| 18 | Li, Jenny | Consultant | $180.00 | 23.0 | $4,140.00 |
| 19 | Lnu, Nikita | Consultant | $180.00 | 9.5 | $1,900.00 |
|   | M, Ashwin | Consultant | $200.00 | 15.0 | $3,000.00 |
| 20 | Munjal, Chahat | Consultant | $200.00 | 29.0 | $5,800.00 |
| 21 | Nambiar, Sachin | Consultant | $200.00 | 91.0 | $18,200.00 |
|   | Pramanik, Samiran | Consultant | $120.00 | 8.0 | $960.00 |
| 22 | Salisam, Soujanya | Consultant | $200.00 | 16.0 | $3,200.00 |
| 23 | Schloetter, Lexie | Consultant | $200.00 | 132.0 | $26,400.00 |
|   | Shukla, Prakhar | Consultant | $200.00 | 7.0 | $1,400.00 |
| 24 | Uy, Rycel | Consultant | $200.00 | 202.5 | $40,500.00 |
|   | Vineeth, Vineeth | Consultant | $180.00 | 8.0 | $1,440.00 |
| 25 | Yadav, Divya Singh | Consultant | $180.00 | 6.5 | $1,170.00 |
| 26 | **Professional Subtotal:** | | | **3,600.6** | **$822,541.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| **2020 Audit Services** | | | | |
| Pemberton, Tricia | Partner/Principal | $380.00 | 1.0 | $380.00 |
| Meredith, Wendy | Managing Director | $380.00 | 1.5 | $570.00 |
| Jasinski, Samantha | Manager | $290.00 | 1.5 | $435.00 |
| Azebu, Matt | Senior Consultant | $230.00 | 2.0 | $460.00 |
| **Professional Subtotal:** | | | **6.0** | **$1,845.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| **AB 1054 Wildfire Fund** | | | | |
| Gillam, Tim | Partner/Principal | $760.00 | 2.0 | $1,520.00 |
| Ncho-Oguie, Jean-Denis | Partner/Principal | $760.00 | 3.0 | $2,280.00 |
| Azebu, Matt | Senior Consultant | $460.00 | 14.0 | $6,440.00 |
| Rice, Blake | Senior Consultant | $460.00 | 25.0 | $11,500.00 |
| **Professional Subtotal:** | | | **44.0** | **$21,740.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| **Accounting Consultations** | | | | |
| Ncho-Oguie, Jean-Denis | Partner/Principal | $760.00 | 2.5 | $1,900.00 |
| Pemberton, Tricia | Partner/Principal | $760.00 | 2.0 | $1,520.00 |
| Meredith, Wendy | Managing Director | $760.00 | 2.0 | $1,520.00 |
| Bush, Amber | Senior Manager | $660.00 | 1.5 | $990.00 |
| Jasinski, Samantha | Manager | $580.00 | 11.0 | $6,380.00 |
| Hennessy, Vincent | Senior Consultant | $460.00 | 0.5 | $230.00 |
| **Professional Subtotal:** | | | **19.5** | **$12,540.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| ***California Wildfires*** | | | | |
| Gillam, Tim | Partner/Principal | $760.00 | 25.0 | $19,000.00 |
| Kilkenny, Tom | Partner/Principal | $760.00 | 2.0 | $1,520.00 |
| Ncho-Oguie, Jean-Denis | Partner/Principal | $760.00 | 0.5 | $380.00 |
| Meredith, Wendy | Managing Director | $760.00 | 16.5 | $12,540.00 |
| Jasinski, Samantha | Manager | $580.00 | 2.5 | $1,450.00 |
| Azebu, Matt | Senior Consultant | $460.00 | 39.0 | $17,940.00 |
| Hennessy, Vincent | Senior Consultant | $460.00 | 1.0 | $460.00 |
| Martin, Blake | Senior Consultant | $460.00 | 48.0 | $22,080.00 |
| Rice, Blake | Senior Consultant | $460.00 | 14.5 | $6,670.00 |
| Guo, Amy | Consultant | $230.00 | 2.0 | $460.00 |
| **Professional Subtotal:** | | | **151.0** | **$82,500.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| ***Lease Accounting Services*** | | | | |
| Azebu, Matt | Senior Consultant | $265.00 | 6.5 | $1,722.50 |
| Uy, Rycel | Consultant | $225.00 | 20.0 | $4,500.00 |
| **Professional Subtotal:** | | | **26.5** | **$6,222.50** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| ***New Accounting Standards*** | | | | |
| Jasinski, Samantha | Manager | $580.00 | 0.5 | $290.00 |
| Azebu, Matt | Senior Consultant | $460.00 | 6.0 | $2,760.00 |
| Hennessy, Vincent | Senior Consultant | $460.00 | 2.0 | $920.00 |
| **Professional Subtotal:** | | | **8.5** | **$3,970.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| ***Post Bankruptcy Matters*** | | | | |
| Clark, Brian | Partner/Principal | $760.00 | 1.0 | $760.00 |
| Gerstel, Ken | Partner/Principal | $760.00 | 0.5 | $380.00 |
| Gillam, Tim | Partner/Principal | $760.00 | 31.5 | $23,940.00 |
| Graf, Bill | Partner/Principal | $760.00 | 1.0 | $760.00 |
| Kilkenny, Tom | Partner/Principal | $760.00 | 2.5 | $1,900.00 |
| Little, Eileen | Partner/Principal | $760.00 | 1.0 | $760.00 |
| Ncho-Oguie, Jean-Denis | Partner/Principal | $760.00 | 4.0 | $3,040.00 |
| Pidgeon, Andrew | Partner/Principal | $760.00 | 1.5 | $1,140.00 |

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| Arkin, Steven | Managing Director | $760.00 | 3.0 | $2,280.00 |
| Donahue, Nona | Managing Director | $760.00 | 5.5 | $4,180.00 |
| Meredith, Wendy | Managing Director | $760.00 | 30.0 | $22,800.00 |
| Rohrs, Jane | Managing Director | $760.00 | 2.0 | $1,520.00 |
| Sasso, Tony | Managing Director | $760.00 | 1.3 | $988.00 |
| Smith, Lisa | Managing Director | $760.00 | 0.5 | $380.00 |
| Sullivan, Mike | Managing Director | $760.00 | 4.2 | $3,192.00 |
| Bush, Amber | Senior Manager | $660.00 | 2.5 | $1,650.00 |
| Dugan, Anne | Senior Manager | $660.00 | 0.5 | $330.00 |
| Luong, Mimi | Senior Manager | $660.00 | 1.2 | $792.00 |
| Allen, Jana | Manager | $580.00 | 3.5 | $2,030.00 |
| Jasinski, Samantha | Manager | $580.00 | 12.3 | $7,134.00 |
| Kamra, Akanksha | Manager | $580.00 | 1.0 | $580.00 |
| Long, Brittany | Manager | $580.00 | 0.5 | $290.00 |
| Nkinzingabo, Rudy | Manager | $580.00 | 5.0 | $2,900.00 |
| Azebu, Matt | Senior Consultant | $460.00 | 13.5 | $6,210.00 |
| Hamner, Jack | Senior Consultant | $460.00 | 1.0 | $460.00 |
| Hennessy, Vincent | Senior Consultant | $460.00 | 58.0 | $26,680.00 |
| Martin, Blake | Senior Consultant | $460.00 | 15.0 | $6,900.00 |
| Rice, Blake | Senior Consultant | $460.00 | 12.0 | $5,520.00 |
| Yuen, Jennifer | Senior Consultant | $460.00 | 1.8 | $828.00 |
| Bedi, Arpit | Consultant | $390.00 | 2.0 | $780.00 |
| Boyce, Kyle | Consultant | $350.00 | 2.0 | $700.00 |
| Brown, Erin | Consultant | $350.00 | 8.5 | $2,975.00 |
| Guo, Amy | Consultant | $230.00 | 2.0 | $460.00 |
| Schloetter, Lexie | Consultant | $390.00 | 0.5 | $195.00 |
| **Professional Subtotal:** | | | **232.3** | **$135,434.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|

### *Preparation of Fee Applications*

| | | | | |
|---|---|---|---|---|
| Jin, Yezi | Senior Manager | $330.00 | 20.7 | $6,831.00 |
| Jasinski, Samantha | Manager | $290.00 | 2.2 | $638.00 |
| Azebu, Matt | Senior Consultant | $230.00 | 1.0 | $230.00 |
| Rice, Blake | Senior Consultant | $230.00 | 2.5 | $575.00 |
| Gutierrez, Dalia | Project Controller | $200.00 | 84.0 | $16,800.00 |
| **Professional Subtotal:** | | | **110.4** | **$25,074.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| **Regulatory Accounting** | | | | |
| Gillam, Tim | Partner/Principal | $760.00 | 11.0 | $8,360.00 |
| Ncho-Oguie, Jean-Denis | Partner/Principal | $760.00 | 32.5 | $24,700.00 |
| Meredith, Wendy | Managing Director | $760.00 | 0.5 | $380.00 |
| Jasinski, Samantha | Manager | $580.00 | 20.5 | $11,890.00 |
| Azebu, Matt | Senior Consultant | $460.00 | 3.0 | $1,380.00 |
| Hennessy, Vincent | Senior Consultant | $460.00 | 2.0 | $920.00 |
| Rice, Blake | Senior Consultant | $460.00 | 39.0 | $17,940.00 |
| Schloetter, Lexie | Consultant | $390.00 | 126.0 | $49,140.00 |
| Brown, Erin | Consultant | $350.00 | 2.0 | $700.00 |
| **Professional Subtotal:** | | | **236.5** | **$115,410.00** |
| **Total** | | | **4,435.3** | **$1,227,276.50** |