# EXHIBIT B

**COMPENSATION BY CATEGORY FOR SERVICES RENDERED
BY DELOITTE & TOUCHE LLP FOR THE PERIOD
JANUARY 1, 2020 THROUGH JANUARY 31, 2020**

| Categories | Hours | Fees |
|---|---:|---:|
| 2019 Audit Services | 3,600.6 | $822,541.00 |
| 2020 Audit Services | 6.0 | $1,845.00 |
| AB 1054 Wildfire Fund | 44.0 | $21,740.00 |
| Accounting Consultations | 19.5 | $12,540.00 |
| California Wildfires | 151.0 | $82,500.00 |
| Lease Accounting Services | 26.5 | $6,222.50 |
| New Accounting Standards | 8.5 | $3,970.00 |
| Post Bankruptcy Matters | 232.3 | $135,434.00 |
| Preparation of Fee Applications | 110.4 | $25,074.00 |
| Regulatory Accounting | 236.5 | $115,410.00 |
| **Fees Category Subtotal :** | **4,435.3** | **$1,227,276.50** |