DELOITTE & TOUCHE LLP
Timothy Gillam
555 Mission Street
San Francisco, CA 94105-0920
Telephone: 414.783.4122
Fax: 704.339.5276

*Independent Auditor and Advisor*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>- and –<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>__Affects PG&E Corporation<br>__Affects Pacific Gas and Electric Company<br>X_ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, NO. 19-30088 (DM).* | Bankruptcy Case No.19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**CERTIFICATION OF NO OBJECTION REGARDING SEVENTH MONTHLY FEE APPLICATION OF DELOITTE & TOUCHE LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD NOVEMBER 1, 2019 THROUGH NOVEMBER 30, 2019**<br><br>[Re: Dkt. No: 6559]<br><br>Objection Deadline: April 21, 2020 at 4:00 p.m. (Pacific Time)<br><br>[No Hearing Requested] |

On March 31, 2020, Deloitte & Touche LLP ("**Deloitte & Touche**" or the "**Applicant**"), independent auditor and advisor to PG&E Corporation, and Pacific Gas and Electric Company, debtor-in-possession herein (the "**Debtors**"), filed its *Seventh Monthly Fee Application of Deloitte & Touche LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the*

*Period November 1, 2019 through November 30, 2019* [Dkt No. 6559] (the "**Monthly Fee Statement**"), pursuant to *the Order Pursuant to 11 U.S.C.§§ 331 and 105(a) and Fed. R. Bankr. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professional* dated February 27, 2019 [Dkt No. 701] (the "**Interim Compensation Procedures Order**").

The Monthly Fee Statement was served as described in the Certificate of Service of Jamie B. Herszaft Filed on April 3, 2020 [Dkt No. 6615]. The deadline to file responses or oppositions to the Monthly Fee Statement was April 21, 2020, and no oppositions or responses have been filed with the Court or received by the Applicant. Pursuant to the Interim Compensation Procedures Order, the Debtors are authorized to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement upon the filing of this certification without the need for a further order of the Court. A summary of the fees and expenses sought by the Applicant is annexed hereto as **Exhibit A**.

**DECLARATION OF NO RESPONSE RECEIVED**

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that:

1. I am partner to Deloitte & Touche LLP, independent auditor and advisor to the Debtors.
2. I certify that I have reviewed the Court's docket in these Chapter 11 Cases and have not received any response or opposition to the Monthly Fee Statement.
3. This declaration was executed in San Francisco, California.

DATED: May 4, 2020.

**DELOITTE & TOUCHE LLP**

By: /s/ Timothy Gillam
    Timothy Gillam
    Partner
    555 Mission Street
    San Francisco, California 94105-0920

Independent Auditor and Advisor to the Debtors

**Exhibit A**

**Monthly Fee Statement – Professional Fees and Expenses**

| Applicant | Fee Application Period, Filing Date, Docket # | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid Pursuant to Interim Comp. Order (80%) | Amount of Expenses Authorized to be Paid Pursuant to Interim Comp. Order (100%) | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| Deloitte & Touche LLP | 11/1/2019 - 11/30/2019<br>3/31/2020<br>Docket #6559 | $406,066.00 | $0.00 | 4/21/2020 | $324,852.80 | $0.00 | $81,213.20 |

Notice Parties

PG&E Corporation
c/o Pacific Gas & Electric Company
Attn: Janet Loduca, Esq.
77 Beale Street
San Francisco, CA 94105


Weil, Gotshal & Manges LLP
Attn: Stephen Karotkin
　　　Jessica Liou
　　　Matthew Goren
767 Fifth Avenue
New York, NY 10153


Office of the United States Trustee for Region 17
Attn: Andrew Vara, Esq.,
　　　Timothy Lafreddi, Esq.
450 Golden Gate Avenue, 5th Floor, Suite #05-0153
San Francisco, CA 94102


Milbank LLP
Attn: Dennis F. Dunne, Esq.,
　　　Sam A. Khalil, Esq.
55 Hudson Yards
New York, NY 10001-2163


Milbank LLP
Attn: Paul S. Aronzon,
　　　Gregory A. Bray,
　　　Thomas R. Kreller
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067


Baker & Hostetler LLP
Attn: Eric Sagerman, Esq.,
　　　Cecily Dumas, Esq.
11601 Wilshire Boulevard, Ste. 1400
Los Angeles, CA 90025-0509


Bruce A. Markell, Fee Examiner
541 N. FairBanks Ct., Ste 2200
Chicago, IL 60611-3710


Scott H. McNutt
324 Warren Road
San Mateo, California 94402

Case: 19-30088    Doc# 7062    Filed: 05/04/20    Entered: 05/04/20 16:18:41    Page 4 of 4