| From: | **USPS** |
|---|---|
| To: | **dfrost1778@gmail.com** |
| Subject: | Informed Delivery Daily Digest |
| Date: | Saturday, April 18, 2020 7:38:23 AM |

You have mail and packages arriving soon.     4/18/2020

 # COMING TO YOUR MAILBOX SOON.

You have mail arriving soon.

**View all mail on dashboard**





The packages below are expected to be delivered based upon data at the time this email was sent.

View all packages on dashboard ☐

## Arriving Today

Saturday, Apr 18

No packages available to display.

## Arriving Soon

No packages available to display.

You may have more mail or packages than are shown in your Daily Digest. To check, **go to your Dashboard** ☐

Mail may arrive several days after you receive this notification. Please allow up to a week for delivery before reporting missing mail.

Report missing mail ☐

---

*Not all mail is imaged and sorted on USPS® automated equipment. Therefore, some of your mail may not be shown here.

You subscribed to this service with USPS® New Products & Innovation, PO Box 23972, Washington DC 20026-3972.

If you no longer wish to receive daily email notifications, **unsubscribe here.**

If you need support, please visit **user support for Informed Delivery®.**

For more information about this service, please visit **general information about Informed Delivery.**

Copyright© 2018 United States Postal Service®. All Rights Reserved. The Eagle Logo and the trade dress of USPS® Packaging are among the many trademarks of the U.S. Postal Service®.

This is an automated email, please do not reply to this message. This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please delete. Any other use of the email by you is prohibited.