| | |
|---|---|
| **From:** | Debra Frost |
| **To:** | PGEInfo@primeclerk.com |
| **Subject:** | CLAIM FORM/NOTICE RECEIVED AFTER CLAIM DEADLINE: PG&E Bankruptcy Case #19-30088 (DM) |
| **Date:** | Friday, May 1, 2020 3:12:24 PM |
| **Attachments:** | 2020-04-18 USPS-PG&E Bankruptcy Late Delivery.pdf |
| **Importance:** | High |

Primeclerk LLC:

This email is to provide written notice the Bankruptcy Notice for PG&E Corporation Case #19-30088 (DM) and Recission or Damage Claim Form was received **AFTER** the claim filing deadline of 04/16/2020. See attached USPS email "Informed Delivery" **dated 04/18/2020** (Saturday) that clearly shows the letter from Primeclerk LLC was **NOT** delivered in time for the claim form to be submitted by the deadline of 04/16/2020. **The referenced document was not received by the recipient until between 04/21/2020 and 04/23/2020.**

This information should be provided to the United States Bankruptcy Court, Northern District of California, San Francisco Division. The Debtor's failure to deliver required notice in a timely manner and provide adequate time to file should not be a valid reason for denial of the claim.

Thank you for your assistance in this matter.

Sincerely,

Debra Jean Frost
Prior PG&E Employee
432 W Shaw Road
Elizabeth, IL 61028
530-260-4478