| | |
|---|---|
| **From:** | Michael Hill |
| **To:** | Debra Frost |
| **Subject:** | Read: CLAIM FORM/NOTICE RECEIVED AFTER CLAIM DEADLINE: PG&E Bankruptcy Case #19-30088 (DM) |
| **Date:** | Friday, May 1, 2020 3:14:55 PM |
| **Importance:** | High |

Your message
  To: Michael Hill
  Subject: CLAIM FORM/NOTICE RECEIVED AFTER CLAIM DEADLINE: PG&E Bankruptcy Case #19-30088 (DM)
  Sent: Friday, May 1, 2020 4:12:20 PM (UTC-05:00) Eastern Time (US & Canada)
 was read on Friday, May 1, 2020 4:14:14 PM (UTC-05:00) Eastern Time (US & Canada).