| From: | PGE Info |
|---|---|
| To: | dfrost1778@gmail.com |
| Subject: | RE: CLAIM FORM/NOTICE RECEIVED AFTER CLAIM DEADLINE: PG&E Bankruptcy Case #19-30088 (DM) |
| Date: | Friday, May 1, 2020 4:55:45 PM |

Debra,

Thank you for your inquiry.

Prime Clerk served the Rescission or Damage Bar Date Notice and Proof of Claim Form on broker nominees on February 28, 2020. The Court order extending the bar date for Rescission or Damage Claims required broker nominees to either serve the Notice and Proof of Claim Form on their beneficial holder clients themselves or to provide Prime Clerk with a list of holders to serve on the nominee's behalf. To the extent Prime Clerk was provided with a list of holders, Prime Clerk served those materials as soon as practicable after receipt of such list from the nominee. To the extent you did not receive the materials until close to or after the deadline, we suggest you contact your broker nominee for more information.

You are not prohibited from filing a Rescission or Damages Proof of Claim at this time; however, the Debtors reserve the right to object to all claims, including (but not limited to) whether they were filed after the deadline. Should the Debtors object to your claim, you will receive notice and have the opportunity to respond.

You may add any supporting documentation to your claim that you believe will support your claim.

Further note that Prime Clerk, as claims and noticing agent, has no role in determining the validity of claims.

A copy of the Notice, as well as other publicly available pleadings, may be obtained free of charge at:
https://restructuring.primeclerk.com/pge/Home-DocketInfo

For information regarding the Debtors' chapter 11 proceedings, please visit:
https://restructuring.primeclerk.com/pge/Home-Index

Please note, the Bar Dates for all claims have now passed. The extended Bar Date for persons or entities that purchased or acquired PG&E's publicly traded debt or equity securities from April 29, 2015, through November 15, 2018 and who may have claims against PG&E for rescission of, or damages arising from, a purchase or sale of such publicly traded debt and equity securities was April 16, 2020 at 12 a.m. (Pacific Time). The extended Bar Date for unfiled non-governmental fire claims was December 31, 2019 at 5 p.m. (Pacific Time). The Bar Date for all other claims was October 21, 2019 at 5 p.m. (Pacific Time).

**PLEASE NOTE: Prime Clerk is the court appointed claims and noticing agent for PG&E Corporation's chapter 11 cases. As such, we are not permitted to provide legal or financial advice. Further, we are not permitted to accept claims via email or fax, and any such information provided via either of these methods will not constitute a claim in these proceedings.**

Regards,


Prime Clerk Inquiries
Prime Clerk
850 Third Avenue, Suite 412
Brooklyn, NY 11232
primeclerk.com
*The highest level of professionalism, innovation and transparency in bankruptcy administration.*

For more information click here: *http://primeclerk.com/raising-the-bar/* 

--------------- Original Message ---------------
**From:** Debra Frost [dfrost1778@gmail.com]
**Sent:** 5/1/2020 4:12 PM
**To:** pgeinfo@primeclerk.com
**Subject:** CLAIM FORM/NOTICE RECEIVED AFTER CLAIM DEADLINE: PG&E Bankruptcy Case #19-30088 (DM)

Primeclerk LLC:

This email is to provide written notice the Bankruptcy Notice for PG&E Corporation Case #19-30088 (DM) and Recission or Damage Claim Form was received **AFTER** the claim filing deadline of 04/16/2020. See attached USPS email "Informed Delivery" **dated 04/18/2020** (Saturday) that clearly shows the letter from Primeclerk LLC was **NOT** delivered in time for the claim form to be submitted by the deadline of 04/16/2020. **The referenced document was not received by the recipient until between 04/21/2020 and 04/23/2020.**

This information should be provided to the United States Bankruptcy Court, Northern District of California, San Francisco Division. The Debtor's failure to deliver required notice in a timely manner and provide adequate time to file should not be a valid reason for denial of the claim.

Thank you for your assistance in this matter.

Sincerely,

Debra Jean Frost

Prior PG&E Employee

432 W Shaw Road

Elizabeth, IL 61028

530-260-4478



ref:_00D1N1uIqY._5003l11ILwL:ref