# Exhibit C

**AP SERVICES, LLC**
**Summary of Expenses - Pacific Gas and Electric Company, et al.**
**For the Period March 1, 2020 through March 31, 2020**

| EXPENSE CATEGORY | AMOUNT |
|---|---:|
| Airfare | $ 87,729.89 |
| Lodging | 178,734.94 |
| Meals | 22,529.15 |
| Ground Transportation | 38,515.38 |
| Other | 762.94 |
| **TOTAL EXPENSES** | **$ 328,272.30** |