UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>-and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>\* *All papers shall be filed in the Lead Case No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**CERTIFICATE OF NO OBJECTION REGARDING CONSOLIDATED MONTHLY FEE STATEMENT OF WILLIS TOWERS WATSON US LLC FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD SEPTEMBER 1, 2019 THROUGH JANUARY 31, 2020**<br><br>[Re: Docket No. 6055]<br><br>**Objection Deadline:**<br>**March 25, 2020, 4:00 p.m. (Pacific Time)** |

On March 4, 2020, Willis Towers Watson US LLC ("**WTW**" or the "**Applicant**"), human resource and compensation consultants to PG&E Corporation and Pacific Gas and Electric Company (the "**Debtors**"), filed its *Consolidated Monthly Fee Statement of Willis Towers Watson US LLC for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period September 1, 2019 Through January 31, 2020* [Docket No. 6055] (the "**Monthly Fee Statement**"), pursuant to the *Order Pursuant to 11 U.S.C. §§ 331 and 105(a) and Fed. R. Bankr. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* dated February 27, 2019 [ECF No. 701] (the "**Interim Compensation Procedures Order**").

The Monthly Fee Statement was served as described in the Certificate of Service of Sonia Akter filed on April 1, 2020 [ECF No. 4626]. The deadline to file responses or oppositions to the Monthly Fee Statement was March 25, 2020, and no oppositions or responses have been filed with the Court or

36892241.1 04/29/2020

received by the Applicant as of the date hereof. Pursuant to the Interim Compensation Procedures Order, the Debtors are authorized to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement upon the filing of this certification without the need for a further order of the Court. A summary of the fees and expenses sought by the Applicant is annexed hereto as **Exhibit A**.

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that:

1. I am a Senior Director at Willis Towers Watson US LLC, human resource and compensation consultants for the Debtors.

2. I certify that a review of the Court's docket in these Chapter 11 Cases has been conducted, and I have not received any response or opposition to the Monthly Fee Statement.

3. This Declaration was Executed in San Francisco, California.

Dated: ~~April __, 2020~~ May 4, 2020

WILLIS TOWERS WATSON US LLC

Mark J. Kazmierowski
Senior Director
Willis Towers Watson US LLC
345 California Street, Suite 2000
San Francisco, CA 94104-2612
*Human Resource and Compensation
Consultants to the Debtors*

36892241.1 04/29/2020

# EXHIBIT A

## Monthly Fee Statement – Professional Fees and Expenses

| Applicant | Fee Application Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Fees Authorized to Be Paid at 80% | Expenses Authorized to Be Paid at 100% | Amount of Holdback Fees |
|---|---|---|---|---|---|---|---|
| Willis Towers Watson US LLC | 9/1/2019 to 1/31/2020 Filed 3/4/2020 Docket No. 6055 | $97,989.27 | $0.00 | 3/25/2020 | $78,391.42 | $0.00 | $19,597.85 |

**Notice Parties**

PG&E Corporation
c/o Pacific Gas & Electric Company
77 Beale Street
San Francisco, CA 94105
Attn:   Janet Loduca, Esq.

Keller & Benvenutti LLP
650 California Street, Suite 1900
San Francisco, CA 94108
Attn:   Tobias S. Keller, Esq.,
        Jane Kim, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn:   Stephen Karotkin, Esq.
        Jessica Liou, Esq.
        Matthew Goren, Esq.

The Office of the United States Trustee for Region 17
450 Golden Gate Avenue, 5th Floor, Suite #05-0153
San Francisco, CA 94102
Attn:   James L. Snyder, Esq.,
        Timothy Laffredi, Esq.

Milbank LLP
55 Hudson Yards
New York, NY 10001-2163
Attn:   Dennis F. Dunne, Esq.,
        Sam A. Khalil, Esq.

Milbank LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Attn:   Paul S. Aronzon, Esq.,
        Gregory A. Bray, Esq.,
        Thomas R. Kreller, Esq.

Baker & Hostetler LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Attn:   Eric Sagerman, Esq.,
        Cecily Dumas, Esq.

36892241.1 04/29/2020

| | |
|---|---|
| 1 | |
| 2 | Bruce A. Markell<br>Fee Examiner |
| 3 | 541 N. Fairbanks Ct., Ste 2200<br>Chicago, IL 60611-3710 |
| 4 | |
| 5 | Scott H. McNutt<br>324 Warren Road |
| 6 | San Mateo, California 94402 |

36892241.1 04/29/2020