REBECCA J. WINTHROP (CA BAR NO. 116386)
ROBIN D. BALL (CA BAR NO. 159698)
NORTON ROSE FULBRIGHT US LLP
555 South Flower Street, Forty-First Floor
Los Angeles, California 90071
Telephone:     (213) 892-9200
Facsimile:      (213) 892-9494
rebecca.winthrop@nortonrosefulbright.com

Attorneys for Creditors ADVENTIST HEALTH
SYSTEM/WEST and FEATHER RIVER
HOSPITAL D/B/A ADVENTIST
HEALTH FEATHER RIVER

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br><br>            Debtors. | Case No. 19 - 30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF ENTRY OF ORDER ESTABLISHING BRIEFING SCHEDULE AND HEARING DATE ON FIRE VICTIM TRUST DOCUMENTS ISSUES** |
| ☐    Affects PG&E Corporation<br>☐    Affects Pacific Gas and Electric Company<br>☒    Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | **Hearing Date and Time:**<br>Date:  May 15, 2020<br>Time: 11:00 a.m. (Pacific Time)<br>Place: Courtroom 17<br>          450 Golden Gate Ave., 16th Floor<br>          San Francisco, CA 94102<br><br>**Objection Deadline: May 12, 2020** (5:00 p.m. PT) |

**PLEASE TAKE NOTICE** that on January 29, 2019 (the "Petition Date"), PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that on May 1, 2020, certain parties entered into and filed a *Stipulation By and Among the Plan Proponents, the Official Committee of Tort Claimants, the Adventist Health Claimants, the Paradise Related Entities, AT&T, and Comcast Regarding Fire Victim Trust Documents Issues* [Doc. # 7050] (the "Briefing Schedule Stipulation"). The Briefing Schedule Stipulation established a schedule pursuant to which the parties will brief various issues that have arisen regarding the terms and conditions of the PG&E Fire Victim Trust Agreement and exhibits, attached as Exhibit "D" (the "Trust Documents") to the *Notice of Filing of Plan Supplement in Connection with Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020* [Doc. # 7037]. The Briefing Schedule Stipulation also requested the Court to approve the proposed schedule and set a hearing on any remaining disputes regarding the Trust Documents.

**PLEASE TAKE FURTHER NOTICE** that on May 4, 2020, the Bankruptcy Court entered its *Order Approving Stipulation By and Among the Plan Proponents, the Official Committee of Tort Claimants, the Adventist Health Claimants, the Paradise Related Entities, AT&T, and Comcast Regarding Fire Victim Trust Document Issues* [Doc. #7060], a true and complete copy of which is attached hereto as Exhibit "A" ("Briefing Schedule Order"). The Briefing Schedule Order approved the Briefing Schedule Stipulation except that the requested hearing date was adjusted from the date requested until May 15, 2020, at 11:00 a.m.

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court will hold a hearing on **May 15, 2020, at 11:00 a.m. (Pacific Time)** (the "Trust Documents Hearing") before the Honorable Dennis Montali, United States Bankruptcy Judge. Pursuant to the Bankruptcy Court's *Amended General Order No. 38 In re: Coronavirus Disease Public Health Emergency,* dated March 30, 2020, all hearings through May 1, 2020, will be held by video or teleconference. **Parties are advised to visit the Bankruptcy Court's website, at www.canb.uscourts.gov, prior to the hearing date to determine whether the Omnibus Hearing will be conducted telephonically and the courtroom will be closed.** If so, all parties who wish to appear at the Trust Documents Hearing must make arrangements to appear telephonically with CourtCall at 1-866-582-6878 no later than 4:00 p.m. (Pacific Time) on the day before the Trust Documents Hearing. Further information regarding telephonic appearances via CourtCall can be found on the Bankruptcy Court's website, at the following location: www.canb.uscourts.gov > Rules and Procedures > District Procedures > Policy and Procedure for Appearances by Telephone. Charges have been waived by CourtCall for pro se parties.

**PLEASE TAKE FURTHER NOTICE** that various deadlines govern the parties, as further set forth in the Briefing Schedule Order and in the Briefing Schedule Stipulation. **Any relief requested with respect to the matters addressed in the Briefing Schedule Stipulation or the Briefing Schedule Order may be granted without a hearing if no opposition is timely filed and served in accordance with the Briefing Schedule Order.** In deciding the Motion, the Court may consider any other document filed in these Chapter 11 Cases and related Adversary Proceedings.

**PLEASE TAKE FURTHER NOTICE** that copies of the Briefing Schedule Stipulation can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at http://restructuring.primeclerk.com/pge or by calling (844) 339-

| | |
|---|---|
| 1 | 4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pginfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website. |
| 2 | |

Dated: May 5, 2020

REBECCA J. WINTHROP
ROBIN D. BALL
NORTON ROSE FULBRIGHT US LLP


By: */s/ Rebecca J. Winthrop*
    REBECCA J. WINTHROP
    Attorneys for Creditors ADVENTIST
    HEALTH SYSTEM/WEST and FEATHER
    RIVER HOSPITAL D/B/A ADVENTIST
    HEALTH FEATHER RIVER

DOCUMENT PREPARED ON RECYCLED PAPER

99884454.1

- 3 -

# EXHIBIT A



**CHANGES MADE BY COURT**

Signed and Filed: May 4, 2020

_____
DENNIS MONTALI
U.S. Bankruptcy Judge

| | |
|---|---|
| REBECCA J. WINTHROP (CA Bar No. 116386)<br>NORTON ROSE FULBRIGHT US LLP<br>555 South Flower Street, Forty-First Floor<br>Los Angeles, California 90071<br>Telephone: (213) 892-9200<br>Facsimile: (213) 892-9494<br>rebecca.winthrop@nortonrosefulbright.com<br><br>Attorneys for Creditors ADVENTIST HEALTH SYSTEM/WEST and FEATHER RIVER HOSPITAL D/B/A ADVENTIST HEALTH FEATHER RIVER<br><br>JONES DAY<br>Bruce S. Bennett (SBN 105430)<br>(bbennett@jonesday.com)<br>Joshua M. Mester (SBN 194783)<br>(jmester@jonesday.com)<br>James O. Johnston (SBN 167330)<br>(jjonston@jonesday.com)<br>555 South Flower Street<br>Fiftieth Floor<br>Los Angeles, CA 90071-2300<br>Tel: 213 489 3939<br>Fax: 213 243 2539<br><br>Attorneys for SHAREHOLDER PROPONENTS | WEIL, GOTSHAL & MANGES LLP<br>Stephen Karotkin (*pro hac vice*)<br>(stephen.karotkin@weil.com)<br>Ray C. Schrock, P.C. (*pro hac vice*)<br>(ray.schrock@weil.com)<br>Jessica Liou (*pro hac vice*)<br>(jessica.liou@weil.com)<br>Matthew Goren (*pro hac vice*)<br>(Matthew.Goren@weil.com)<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>Tel: 212 310 8000<br>Fax: 212 310 8007<br><br>KELLER BENVENUTTI KIM LLP<br>Tobias S. Keller (#151445)<br>(tkeller@kbkllp.com)<br>Jane Kim (#298192)<br>(jkim@kbkllp.com)<br>650 California Street, Suite 1900<br>San Francisco, CA 94108<br>Tel: (415) 496-6723<br>Fax: (415) 636-9251<br><br>Attorneys for DEBTORS AND DEBTORS IN POSSESSION |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br><br>    Debtors.<br><br>☐  Affects PG&E Corporation<br>☐  Affects Pacific Gas and Electric Company<br>☒  Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19 - 30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**ORDER APPROVING STIPULATION BY AND AMONG THE PLAN PROPONENTS, THE OFFICIAL COMMITTEE OF TORT CLAIMANTS, THE ADVENTIST HEALTH CLAIMANTS, THE PARADISE RELATED ENTITIES, AT&T, AND COMCAST REGARDING FIRE VICTIM TRUST DOCUMENTS ISSUES** |

The Court, having considered the *Stipulation By and Among the Plan Proponents, the Official Committee of Tort Claimants, the Adventist Health Claimants, the Paradise Related Entities, AT&T, and Comcast Regarding Fire Victim Trust Documents Issues* filed on May 1, 2020 [Dkt. 7050] (the "Stipulation"),[1] and good cause appearing therefor,

IT IS HEREBY ORDERED as follows:

1. The Stipulation and procedures set forth therein, inclusive of the schedule set forth below, are hereby approved.

2. To the extent that the Trust Documents Issues are not resolved through the Settlement Process, the Ad Hoc Group of Business Claimants shall file the Joint Objection by May 5, 2020 at 5:00 p.m. (Prevailing Pacific Time) (the "Objection Deadline"); *provided*, *however*, that the Adventist Health Claimants, the Paradise Entities, AT&T, and Comcast may each also file Individual Objections concerning those Unresolved Trust Documents Issues not addressed in the Joint Objection by the Objection Deadline.

3. Responses to the Ad Hoc Group Objections shall be filed by May 12, 2020 at 5:00 p.m. (Prevailing Pacific Time). The length of such responses shall be governed by paragraph 4 of the Stipulation.

4. A hearing before the Bankruptcy Court on the Ad Hoc Group Objections shall be held on May 15, 2020 at 11:00 a.m. (Prevailing Pacific Time).

[*Signatures on Next Page*]

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

DOCUMENT PREPARED ON RECYCLED PAPER

| | |
|---|---|
| APPROVED AS TO FORM AND CONTENT: | APPROVED AS TO FORM AND CONTENT: |
| Dated: May 1, 2020 | Dated: May 1, 2020 |
| ERIC GOODMAN<br>BAKER & HOSTETLER LLP | DAVID E. WEISS<br>REED SMITH LLP |
| */s/ Eric Goodman* | */s/ David E. Weiss* |
| *Attorneys for the OFFICIAL COMMITTEE OF TORT CLAIMANTS* | *Attorneys for PARADISE UNIFIED SCHOOL DISTRICT* |
| APPROVED AS TO FORM AND CONTENT: | APPROVED AS TO FORM AND CONTENT: |
| Dated: May 1, 2020 | Dated: May 1, 2020 |
| BENJAMIN MINTZ<br>ARNOLD & PORTER KAYE SCHOLER LLP | CRAIG GOLDBLATT<br>WILMER CUTLER PICKERING HALE & DORR LLP |
| */s/ Benjamin Mintz* | */s/ Craig Goldblatt* |
| *Attorneys for the AT&T* | *Attorneys for the COMCAST* |

***END OF ORDER***

DOCUMENT PREPARED ON RECYCLED PAPER