Exhibit 2





7h   Like   Reply

**Not everyone will receive packets. My law office advised me if able to receive texts then that is the way you vote and no ballot or packet will come to you. Not sure if this is what people represented by various firms are being told or just how my law firm is managing. And yes we can only vote yes through text but no vote required a different method.**

7h   Like   Reply    2

   Write a comment...    

