# Exhibit 4

 14 > 



I got two texts yesterday from Frantz Law group asking if they could cast my vote for me. When I responded "No" a text came back that they did not recognize my answer. Hahaha!

1h    Like    Reply                    😆😮 2