Exhibit 5

 


My attorney wants me to vote by responding to an email with the word "accept." To me this seems really problematic. I don't want to vote that way. I want to know my vote was registered in the correct place. I emailed the law office twice asking for a ballot number so I can vote directly on the prime clerk website. I haven't gotten a response. It's concerning to me that the lawyers are using this method of vote counting. It requires me to have a lot more trust than I actually have for them.

3w   Like   Reply               5

 Write a comment...     

Case: 19-30088    Doc# 7069-5    Filed: 05/05/20    Entered: 05/05/20 14:05:28    Page 2 of 2