# Exhibit 7

## Posted on May 4, 2020:



> So get this. I did not receive a packet until Friday. I did receive it, but then today - I received a second packet. I looked closely and realized I was sent a total of 8 ballots with unique id's... Back before the deadline, I had amended or modified my claim, using the same Prime Clerk number. So they still sent me 4 ballots from my original claim and I can tell because one ballot had a name change. Sooo... How many people are getting more than one vote and can we really count on prime clerk to weed out any dups when they can't even mail the materials on time??