# Exhibit 8

Posted on May 4, 2020:



**Wildfire Victims Settlement Discussion Group**

1 hr

i still cant get a voting id number, my attorney sent a letter in e-mail saying they are working with pg and e to get me one , and that many people are saying they dont have one either

i still have 10 days left to vote

5    4 Comments

👍 Like     💬 Comment