# Exhibit 9

## Posted May 4, 2020:



My attorney sent me a text that says that if we want to vote no we have to let them know. Otherwise it will be assumed a yes.

 4

1d   Like   Reply

View 1 previous reply...