1  Thomas Tosdal SBN 67834
   Tosdal Law Firm APC
2  777 S. Highway 101, Ste. 215
   Solana Beach, CA 92075
3  Tel.: (858) 704-4709
   E mail: tom@tosdallaw.com
4  Fax: (888) 740-3859

5  Michael S. Feinberg SBN 81867
   41911 Fifth Street, Ste. 300
6  Temecula, CA 92590
   Tel.: (951) 698-9900
7  E mail: feinberg@feinbergfitchlaw.com
   Fax: (951) 698-9909
8
   Angela Jae Chun  SBN 248571
9  Law Office of Angela Jae Chun
   777 S. Highway 101, Ste. 215
10 Solana Beach, CA 92075
   Tel.: (619) 719-5757
11 E mail: ajc@chun.law

12

13                    UNITED STATES BANKRUPTCY COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15                         SAN FRANCISCO DIVISION

16

| In Re: | Bankr. Case No. 19-30088-DM |
|---|---|
| PG&E CORPORATION | Chapter 11 |
| and | **CERTIFICATE OF SERVICE** |
| PACIFIC GAS & ELECTRIC COMPANY, | |
| Debtors. | |

25  I, Angela Jae Chun, do declare and state as follow:

26   1.  I declare that I am over the age of 18 years, and not a party to the action.  I am

27       employed in the County of San Diego, California.  My business address is 777 S.

28       Highway 101, Ste 215, Solana Beach, CA 92075.

2. I certify that on May 5, 2020, I electronically filed with the Clerk of Court using the CM/ECF system, which will electronically serve all parties in this action, the following documents:

**NOTICE OF PLAN VOTING PROCEDURE IRREGULARITIES**

3. On May 5, 2020, I placed a copy of the above documents, in a sealed envelope with postage fully prepaid and addressed to the non-CM/ECF participants indicated on the Manual Notice List for collection and mailing at Tosdal Law Firm, 777 S. Highway 101, Ste 215, Solana Beach, CA 92075, in accordance with the firm's ordinary business practices.

I declare under penalty of perjury the foregoing is true and correct. Executed on this 5th day of May 2020 in Solana Beach, California.

*/s/ Angela J. Chun*
Angela Jae Chun