# **EXHIBIT A**

# COMPENSATION BY HUNTON ANDREWS KURTH LLP PROFESSIONALS
## (January 1, 2020 through March 31, 2020)

| Name of Professional | Position | Primary Practice Group | First Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| M. Fitzpatrick | Partner | Corporate / Capital Markets | 1991 | $936.00 | 125.7 | $117,655.20 |
| S. Friend | Partner | Corporate / Capital Markets | 2002 | $891.00 | 0.8 | $712.80 |
| R. M. Johnson | Partner | Capital Finance & Real Estate | 1984 | $887.00 | 44.6 | $39,560.20 |
| K. Felz | Partner | Corporate / Capital Markets | 2003 | $873.00 | 25.2 | $21,999.60 |
| J. Buonanno | Partner | Corporate / Capital Markets | 1990 | $873.00 | 5.5 | $4,801.50 |
| R. Hahn | Partner | Structured Finance and Securitization | 1985 | $873.00 | 1.8 | $1,571.40 |
| S. Kwon | Partner | Corporate / Capital Markets | 2006 | $779.00 | 74.5 | $58,035.50 |
| E. Nedell | Partner | Energy and Infrastructure | 2004 | $720.00 | 8.1 | $5,832.00 |
| A. O'Brian | Partner | Corporate / Capital Markets | 2009 | $720.00 | 43.0 | $30,960.00 |
| J. Harbour | Partner | Bankruptcy/Restructuring | 2001 | $698.00 | 1.6 | $1,116.80 |
| P. Tiao | Partner | Global Technology, Outsourcing & Privacy | 2000 | $670.00 | 60.9 | $40,803.00 |
| J. Boer | Partner | Administrative Law/Environmental | 1998 | $595.00 | 1.0 | $595.00 |
| A. Kintzinger | Counsel | Capital Finance & Real Estate | 1981 | $837.00 | 11.4 | $9,541.80 |
| D. Murphy | Counsel | Energy: Transactions and Development | 2002 | $770.00 | 8.3 | $6,391.00 |
| J. Paget | Counsel | Bankruptcy/Restructuring | 2008 | $590.00 | 30.9 | $18,231.00 |
| B Zimmet | Associate | Energy: Transactions and Development | 1995 | $648.00 | 2.3 | $1,490.40 |
| C. Hasbrouck | Associate | Capital Finance & Real Estate | 2013 | $572.00 | 74.7 | $42,728.40 |
| R. Nolan | Staff Attorney | Capital Finance & Real Estate | 2013 | $518.00 | 31.7 | $16,420.60 |
| B. Harney | Associate | Corporate / Capital | 2010 | $504.00 | 38.0 | $19,152.00 |

| Name of Professional | Position | Primary Practice Group | First Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| | | Markets | | | | |
| P. Jamieson | Associate | Corporate / Capital Markets | 2015 | $491.00 | 132.3 | $64,959.30 |
| S. Wilson | Associate | Capital Finance & Real Estate | 2019 | $383.00 | 62.5 | $23,937.50 |
| R. Hoffman | Associate | Capital Finance & Real Estate | 2017 | $374.00 | 77.5 | $28,985.00 |
| T. Canada | Paralegal | Bankruptcy /Restructuring | N/A | $243.00 | 16.9 | $4,106.70 |
| **Totals:** | | | | | **879.2** | **$559,986.70** |

| Professionals Totals | Blended Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|
| Partners and Counsel | $807.14 | 443.3 | $357,806.80 |
| Associates and Staff Attorney | $471.77 | 419.0 | $197,673.20 |
| **Blended Attorney Rate** | **$644.18** | **862.3** | **$555,480.00** |
| Paraprofessionals and other non-legal staff | $243.00 | 16.9 | $4,106.70 |
| **Total Fees Incurred** | | **879.2** | **$559,586.70** |