# **EXHIBIT B**

## COMPENSATION BY WORK TASK CODE FOR SERVICES RENDERED
### (January 1, 2020 Through March 31, 2020)

| Task Code[1] | Description | Hours | Amount |
|---|---|---|---|
| C300 | Analysis and Advice | 60.9 | $40,803.00 |
| L120 | Analysis/Strategy | 0.2 | $119.00 |
| L160 | Settlement/Non-Binding ADR | 0.8 | $476.00 |
| P100[2] | Project Administration | 23.7 | $14,223.80 |
| P210 | Corporate Review | 175.9 | $137,879.20 |
| P220 | Tax | 11.4 | $9,541.80 |
| P240 | Real and Personal Property | 291.0 | $151,631.70 |
| P270 | Regulatory Reviews | 2.3 | $1,490.40 |
| P280[3] | Other | 12.0 | $7,836.00 |
| P300 | Structure / Strategy / Analysis | 146.6 | $105,758.30 |
| P400[4] | Initial Document Preparation / Filing | 135.9 | $77,450.50 |
| P500 | Negotiation / Revision / Responses | 18.5 | $12,377.00 |
| **Total:** | | **879.2** | **$559,586.70** |

---

[1] These Task Codes and Descriptions were used by Hunton in conjunction with pre-petition time entries and invoices as required by Debtors prior to filing of these Bankruptcy Cases, and Hunton continues to use them in conjunction with post-petition time entries and invoices in these Special Counsel matters. In connection with additional services Hunton now is required to perform in connection with these bankruptcy cases (*e.g.*, in connection with Hunton's retention application, monthly fee statements, fee applications, or the like), Hunton further specifies the time and fees for any such additional services in footnotes 2 through 4 below.

[2] Includes 11.8 hours ($6,962.00 in fees) related to Hunton's Special Counsel Retention Application, all contained within the attached Exhibit D.

[3] Includes 1.6 hours ($944.00 in fees) related to Hunton's Special Counsel Retention Application, all contained within the attached Exhibit D.

[4] Includes 0.9 hours ($218.70 in fees) related to Hunton's Special Counsel Retention Application, all contained within the attached Exhibit D.