**EXHIBIT C**

**EXPENSE SUMMARY**
**(January 1, 2020 through March 31, 2020)**

| Expenses[5] | Amount |
|---|---:|
| Outside Printing | $532.29 |
| Delivery/Messenger Service | $25.19 |
| Postage | $1.40 |
| Local Travel | $13.00 |
| Meals | $22.69 |
| **Total Expenses** | **$594.57** |

---

[5] Expenses are shown on pages 6, 23, and 62 of Exhibit D.