REBECCA J. WINTHROP (CA BAR NO. 116386)
ROBIN D. BALL (CA BAR NO. 159698)
NORTON ROSE FULBRIGHT US LLP
555 South Flower Street, Forty-First Floor
Los Angeles, California  90071
Telephone:     (213) 892-9200
Facsimile:      (213) 892-9494
rebecca.winthrop@nortonrosefulbright.com
robin.ball@nortonrosefulbright.com

Attorneys for Creditors ADVENTIST HEALTH SYSTEM/WEST and FEATHER RIVER HOSPITAL D/B/A ADVENTIST

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: | **CASE NO. 19 - 30088 (DM)** |
| PG&E CORPORATION, | **CHAPTER 11** <br> **(LEAD CASE)** |
| - and - | **(JOINTLY ADMINISTERED)** |
| PACIFIC GAS AND ELECTRIC COMPANY, | **CERTIFICATE OF SERVICE** |
| Debtors. | |
| ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors * *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am employed in Los Angeles, California. I am over the age of 18 years and not a party to the within entitled action. My business address is Norton Rose Fulbright US LLP, 555 South Flower Street, Forty-First Floor, Los Angeles, CA 90071.

I certify that on May 5, 2020, I caused a true and correct copy of each of the following documents to be served via Electronic Mail to all "Standard Parties" listed in **Exhibit A**:

**OBJECTION OF ADVENTIST HEALTH, AT&T, PARADISE ENTITIES AND COMCAST TO TRUST DOCUMENTS**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on May 5, 2020 at Los Angeles, CA.

*Diana Cardenas*
Diana Cardenas

## Exhibit A

| COUNSEL | SERVED ON |
|---|---|
| The Debtors<br>c/o PG&E Corporation and Pacific Gas and Electric Company | (Via Mail) 77 Beale Street<br>P.O. Box 770000 San Francisco, CA 94105<br>Attn: Janet Loduca, Esq. |
| Stephen Karotkin<br>Jessia Liou<br>Matthew Goren<br>**Weil, Gotshal & Manges LLP** Counsel for *Debtors* | stephen.karotkin@weil.com;<br>jessica.liou@weil.com;<br>matthew.goren@weil.com; |
| Paul H. Zumbro<br>Kevin J. Orsini<br>George E. Zobitz<br>Stephen M. Kessing<br>Nicholas A. Dorsey<br>Omid H. Nasab<br>**Cravath, Swaine & Moore LLP**<br>Special Counsel to *Debtors* | pzumbro@cravath.com;<br>korsini@cravath.com;<br>jzobitz@cravath.com;<br>skessing@cravath.com;<br>ndorsey@cravath.com;<br>onasab@cravath.com; |
| Tobias Keller<br>Jane Kim<br>**Keller Benvenutti Kim LLP**<br>Counsel to *Debtors* | tkeller@kbkllp.com;<br>jkim@kbkllp.com; |
| James L. Snyder<br>Timothy Lafreddi<br>Marta E. Villacorta<br>**Office of the United States Trustee** | james.l.snyder@usdoj.gov;<br>timothy.s.laffredi@usdoj.gov;<br>marta.villacorta@usdoj.gov; |
| Joel S. Miliband<br>David J. Molton<br>**Brown Rudnick LLP**<br>Attorneys for *Trustee and Claims Administrator* | JMiliband@brownrudnick.com;<br>DMolton@brownrudnick.com; |
| Anita Ghosh Naber<br>**U.S. Nuclear Regulatory Commission** | Anita.ghoshnaber@nrc.gov |

DOCUMENT PREPARED ON RECYCLED PAPER

| COUNSEL | SERVED ON |
|---|---|
| Kristopher M. Hansen<br>Erez E. Gilad<br>Matthew G. Garofalo<br>Frank A. Merola<br>**Stroock & Stroock & Lavan LLP**<br>Counsel for the *Administrative Agent Under the Debtors' Debtor-in-Possession Financing Facility* | khansen@stroock.com;<br>egilad@stroock.com;<br>mgarofalo@stroock.com;<br>fmerola@stroock.com; |
| Eli J. Vonnegut<br>David Schiff<br>Timothy Graulich<br>**Davis Polk & Wardwell LLP**<br>Counsel for the *Collateral Agent Under the Debtors' Debtor-in Possession Financing Facility* | eli.vonnegut@davispolk.com;<br>david.schiff@davispolk.com;<br>timothy.graulich@davispolk.com; |
| Alan W. Kornberg<br>Brian S. Hermann<br>Walter R. Rieman<br>Sean A. Mitchell<br>Neal P. Donnelly<br>**Paul, Weiss, Rifkind, Wharton & Garrison LLP**<br>Counsel for *the California Public Utilities Commission* | akornberg@paulweiss.com;<br>bhermann@paulweiss.com;<br>wrieman@paulweiss.com;<br>smitchell@paulweiss.com;<br>ndonnelly@paulweiss.com; |
| Dennis F. Dunne<br>Samuel A. Khalil<br>Gregory A. Bray<br>Thomas R. Kreller<br>Alan J. Stone Samir Vora<br>**Milbank LLP**<br>Counsel for the *Official Committee of Unsecured Creditors* | ddunne@milbank.com;<br>skhalil@milbank.com;<br>gbray@milbank.com;<br>tkreller@milbank.com;<br>astone@milbank.com;<br>svora@milbank.com; |
| Robert A. Julian<br>Cecily A. Dumas<br>Eric E. Sagerman<br>David J. Richardson<br>Lauren T. Attard<br>**Baker & Hostetler LLP**<br>Counsel for *Official Committee of Tort Claimants* | rjulian@bakerlaw.com;<br>cdumas@bakerlaw.com;<br>esagerman@bakerlaw.com;<br>drichardson@bakerlaw.com;<br>lattard@bakerlaw.com; |

| COUNSEL | SERVED ON |
|---|---|
| Matthew A. Feldman<br>Joseph G. Minias<br>Benjamin P. McCallen<br>Daniel I. Forman<br>**Willkie Farr & Gallagher LLP**<br>Counsel for the *Ad Hoc Group of Subrogation Claimholders* | mfeldman@willkie.com;<br>jminias@willkie.com;<br>bmccallen@willkie.com;<br>dforman@willkie.com; |
| Kathryn S. Diemer<br>**Diemer & Wei, LLP**<br>Counsel for the *Ad Hoc Group of Subrogation Claimholders* | kdiemer@diemerwei.com; |
| Bruce S. Bennett<br>Joshua M. Mester<br>James O. Johnston<br>**Jones Day**<br>Counsel for the *Shareholder Proponents* | bbennett@jonesday.com;<br>jmester@jonesday.com;<br>jjohnston@jonesday.com; |
| Michael S. Stamer<br>Ira S. Dizengoff<br>David H. Botter<br>Abid Qureshi<br>Ashley Vinson Crawford<br>**Akin Gump Strauss Hauer & Feld LLP**<br>Counsel for the *Ad Hoc Committee of Senior Unsecured Noteholders* | mstamer@akingump.com;<br>idizengoff@akingump.com;<br>dbotter@akingump.com;<br>aqureshi@akingump.com;<br>avcrawford@akingump.com; |
| Matthew J. Troy<br>Danielle A. Pham<br>**U.S. Department of Justice** | Matthew.Troy@usdoj.gov;<br>danielle.pham@usdoj.gov; |
| Paul Pascuzzi<br>**Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP**<br>Counsel for the *Office of the California Attorney General* | ppascuzzi@ffwplaw.com; |

DOCUMENT PREPARED ON RECYCLED PAPER

| COUNSEL | SERVED ON |
|---|---|
| Xavier Becerra, Attorney General of California<br>Margarita Padilla<br>Danette Valdez<br>Counsel for the *Office of the California Attorney General* | Margarita.Padilla@doj.ca.gov;<br>Danette.Valdez@doj.ca.gov; |
| Benjamin Mintz<br>Brian J. Lohan<br>**Arnold Porter Kaye Scholer LLP**<br>Counsel for *AT&T Corporation* | Benjamin.Mintz@arnoldporter.com;<br>Brian.Lohan@arnoldporter.com; |
| David E. Weiss<br>Peter Munoz<br>**Reed Smith LLP**<br>Counsel for *Certain Fire Victim Creditors* | DWeiss@ReedSmith.com;<br>PMunoz@ReedSmith.com; |
| Craig Goldblatt<br>Lauren Lifland<br>Allyson Pierce<br>**Wilmer Cutler Pickering Hale and Dorr LLP**<br>Counsel for *COMCAST* | craig.goldblatt@wilmerhale.com;<br>lauren.lifland@wilmerhale.com<br>allyson.pierce@wilmerhale.com |

DOCUMENT PREPARED ON RECYCLED PAPER