Steven S. Kane, Esq., SBN: 061670
Bonnie E. Kane, Esq., SBN: 167700
**THE KANE LAW FIRM**
402 W. Broadway, Suite 2500
San Diego, CA 92101
Telephone: (619) 236-8700
Facsimile: (619) 236-1370
E-mail: skane@thekanelawfirm.com
E-mail: bonnie@thekanelawfirm.com

Attorneys for KAREN GOWINS Creditor

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re:*<br><br>PG&E CORPORATION<br><br>-and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas & Electric<br>■ Affects Both Debtors<br><br>*All papers shall be filed in the Lead Case, No.19-30088 (DM)* | **Case No. 19-30088 (DM)**<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION OF GEOFFREY B. REED IN SUPPORT OF SUPPLEMENT TO JOINDER ON BEHALF OF KAREN GOWINS IN WILLIAM B. ABRAMS' MOTION TO DESIGNATE IMPROPERLY SOLICITED VOTES PURSUANT TO 11 U.S.C. §§ 1125 (b) AND BANKRUPTCY RULE 2019**<br><br>Docket Nos. 6799, 6798, 6801<br><br>Date: May 12, 2020<br>Time: 10:00 A.M.<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

I, GEOFFRY B. REED, declare as follows.

I have personal knowledge of all of the matters to which I am testifying in this Declaration.

1. On December 21, 2018, I retained the Watts Guerra law firm and Mikal Watts to

---

DECLARATION OF GEOFFREY B. REED IN SUPPORT OF SUPPLEMENT TO JOINDER ON BEHALF OF KAREN GOWINS IN WILLIAM B. ABRAMS' MOTION TO DESIGNATE IMPROPERLY SOLICITED VOTES PURSUANT TO 11 U.S.C. §§ 1125 (b) AND BANKRUPTCY RULE 2019

represent me regarding my claim against PG&E to recover my damages a resulting from the Camp Fire. On April 22, 2020, I terminated Mr. Watts and associated counsel's representation.

2. I have read the "Declaration of Mikal Watts in Support of his Reply to Doc #6944 (Kane/Gowins) Regarding William B. Abrams Motion to Designate Improperly Solicited Votes Pursuant to 11 U.S.C. § 1125(b) and 1126 (e) and Bankrupty Rule 2019" (Doc #6973-1). I have attached this declaration hereto as Exhibit "A." Paragraph 5 of Mr. Watts' Declaration states:

> "So, WATTS GUERRA repeatedly has disclosed both orally and in writing to its entire client base detailed information concerning its credit facility in detail, the assignees thereof whom it met, and those with whom it negotiated whom were introduced to WATTS GUERRA by such assignees, and repeatedly has passed those disclosures along to all its clients in writing, and also made such disclosures publicly.

Declaration of Mikal Watts, attached as Exhibit "A" hereto, pp.2-3, ¶5.

3. Although I received weekly reports and updates via email from my former attorneys, signed on behalf of Joe Early, Mauro Archer O'Neill LLC, Watts Guerra LLP and Law Office of Douglas Boxer, I never received any information from them regarding the financing of Watts Guerra by Centerbridge, Apollo or Stifel. Also, I have received no ballot or plan disclosure materials from my former counsel.

4. The first information I received on this issue, was a video from another fire survivor on April 7, 2020, purporting to be from one of Mr. Watts' 'town hall meetings' but I could not hear what Mr. Watts was saying due to the poor audio quality of that video.

5. The method by which I learned about the financing Mr. Watts had obtained was from Mr. Abrams' "Motion to Designate Improperly Solicited Votes Pursuant to 11 U.S.C. §§ 1125 (b) and Bankruptcy Rules 2019" where Mr. Abrams had attached a transcript of the town hall meeting where Mr. Watts discussed Apollo, Centerbridge and Stifel. That motion was provided

2

DECLARATION OF GEOFFREY B. REED IN SUPPORT OF SUPPLEMENT TO JOINDER ON BEHALF OF KAREN GOWINS IN WILLIAM B. ABRAMS' MOTION TO DESIGNATE IMPROPERLY SOLICITED VOTES PURSUANT TO 11 U.S.C. §§ 1125 (b) AND BANKRUPTCY RULE 2019

Case: 19-30088    Doc# 7073-2    Filed: 05/06/20    Entered: 05/06/20 00:08:19    Page 2 of 3    SBE/NDCA No. 19-30088 (DM)

to me by another fire survivor on April 20, 2020.

6. I would have liked to have known about how Mr. Watts' litigation was financed, as well as his involvement with Centerbridge and Apollo, both whom had financial interests in PG&E and the outcome of the bankruptcy. This was particularly important to me because of the barrage of public electronic media and advertising direct mail, urging me to vote in favor of the plan.

7. None of my prior lawyers or their affiliates in this case, including Watts Guerra and Mikal Watts, have ever disclosed to me orally or in writing their existing or potential obligation to Apollo and Centerbridge which are major financing participants in the proposed Plan.

8. None of my prior lawyers or their affiliates in this case, including Watts Guerra and Mikal Watts have ever disclosed to me orally or in writing their past or current obligation to Stifel.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that I could testify competently as to these matters if called to do so. Executed on May 5, 2020 at Redding, California.

s/<i>Geoffrey B. Reed</i><br>GEOFFREY B. REED

Pursuant to Local Civil Rule 5-1(i)(3) of the U.S. District Court for the Northern District of California as incorporated into the Local Bankruptcy Rules, I attest that concurrence in filing this document has been obtained from the signatory, Geoffrey B. Reed.

/s/ <i>Bonnie E. Kane</i><br>Bonnie E. Kane

3

---

DECLARATION OF GEOFFREY B. REED IN SUPPORT OF SUPPLEMENT TO JOINDER ON BEHALF OF KAREN GOWINS IN WILLIAM B. ABRAMS' MOTION TO DESIGNATE IMPROPERLY SOLICITED VOTES PURSUANT TO 11 U.S.C. §§ 1125 (b) AND BANKRUPTCY RULE 2019

Case: 19-30088    Doc# 7073-2    Filed: 05/06/20    Entered: 05/06/20 00:08:19    Page 3 of 3
SBE/NDCA No. 19-30088 (DM)