4/28/20

Judge Dennis Montali
United States Bankruptcy Court
Northern District of California
San Francisco Division

Re: 19-3008, Notice of Extended Deadline for Filling Claims

Sir:

I and my family are PG&E common stock holders.

On 4/25/2020 the U.S. Postal Service delivered the NOTICE OF EXTENDED DEADLINE FOR FILLING CERTAIN SECURITIES CLAIMS FOR RECISSION OR DAMAGES together with forms for filing proof of claims. It appears from the Notice that the deadline for filling proofs was 4/16/2020.

Since I can not now file on time, I ask you for relief from the deadline.

Thank you.

*James Rowins*

James Rowins
102 Saint Paul's Drive
Ventura, CA 93003-3008

Encl: Copy, Prime Clerk's envelopes.

SOLI PGE 2260 SRF 39919
PRIME CLERK LLC
GRAND CENTRAL STATION
PO BOX 4850
NEW YORK, NY 10163-4850

00032389
JOB# N45231-010  21#
09

PRESORTED FIRST CLASS
U.S. POSTAGE PAID
FARMINGDALE, NY
PERMIT NO.225

\*\*\*\*\*\*\*\*AUTO\*\*ALL FOR AADC 931
MSSB C/F
JAMES A ROWINS
IRA STANDARD
102 ST PAULS DR
VENTURA CA 93003-3008
09

SOLI PGE 2260 SRF 39919
PRIME CLERK LLC
GRAND CENTRAL STATION
PO BOX 4850
NEW YORK, NY 10163-4850

0005088
JOB# N45231-010  21#
08

U.S. POSTAGE
FARMINGDALE
PERMIT NO

\*\*\*\*\*\*\*\*AUTO\*\*ALL FOR AADC 931
MSSB C/F
DOROTHY A ROWINS
IRA STANDARD
102 ST PAULS DR
VENTURA CA 93003-3008
08

SOLI PGE 2260 SRF 39919
PRIME CLERK LLC
GRAND CENTRAL STATION
PO BOX 4850
NEW YORK, NY 10163-4850

0003237
JOB# N45231-010  21#
07

PRESORTED FI
U.S. POSTAG
FARMINGDA
PERMIT NO

\*\*\*\*\*\*\*\*AUTO\*\*ALL FOR AADC 931
JAMES A ROWINS & DOROTHY A ROWINS
CO-TTEE THE ROWINS LIVING TRUST U/A
DTD 08/31/2015
102 ST PAULS DR
VENTURA CA 93003-3008

Case: 19-30088   Doc# 7076   Filed: 05/05/20   Entered: 05/06/20 11:44:26   Page 2 of 3

Rowins
102 Saint Paul's Drive
Ventura, CA 93003-3008

RECEIVED
MAY 05 2020
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Judge Dennis Montali
U.S. Bankruptcy Court
Northern District of California
450 Golden Gate Ave
Mail Box 36099
San Francisco, CA 94102

94102-341024



John Fitzgerald Kennedy
1917–1963

Case: 19-30088    Doc# 7076    Filed: 05/05/20    Entered: 05/06/20 11:44:26    Page 3 of 3