UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>PG&E CORPORATION,<br>    - and -<br>PACIFIC GAS AND ELECTRIC COMPANY,<br>                    Debtors. | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Sonia Akter, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On May 1, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the Master Service List attached hereto as **Exhibit A**:

- Debtors' Notice of De Minimis Claims Settled in the Period January 1, 2020 to March 31, 2020 [Docket No. 7035]

3. I have reviewed the Notice of Electronic Filing for the above-listed document, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

4. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

| | |
|---|---|
| 1 | Executed this 6th day of May 2020, at New York, NY. |
| 2 | |
| 3 | /s/ Sonia Akter |
| 4 | Sonia Akter |

2

**Exhibit A**

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| Unsecured Creditor Claim No. 7072 | Unsecured Creditor Claim No. 7072 | Attn: John Ramirez<br>38006 Pueblo Road<br>Hinkley CA 92347 |
| Unsecured Creditor Claim No. 7083 | Unsecured Creditor Claim No. 7083 | Attn: Aurang Zaib Khan<br>1969 East Cooley Ave.<br>San Bernandino CA 92408 |
| Unsecured Creditor Claim No. 7167 | Unsecured Creditor Claim No. 7167 | Attn: Ken Nitao<br>244 S. Citrus Avenue<br>Alhambra CA 91801 |
| Unsecured Creditor Claim No. 7168 | Unsecured Creditor Claim No. 7168 | Attn: Robert Miller<br>37241 Sycamore Street<br>Hinkley CA 92347 |
| Unsecured Creditor Claim No. 7171 | Unsecured Creditor Claim No. 7171 | Attn: Shirley Holcroft<br>P.O. Box HD<br>Barstow CA 92311 |
| Unsecured Creditor Claim No. 7175 | Unsecured Creditor Claim No. 7175 | Attn: Andrea Williams<br>36796 Hillview Road<br>Hinkley CA 92347 |
| Unsecured Creditor Claim No. 7176 | Unsecured Creditor Claim No. 7176 | Attn: Keith Hawes<br>P.O. Box 376<br>Hinkley CA 92347 |
| Unsecured Creditor Claim No. 7180 | Unsecured Creditor Claim No. 7180 | Attn: Oscar Urbina<br>3617 Slauson Ave.<br>Maywood CA 90270 |
| Unsecured Creditor Claim No. 7183 | Unsecured Creditor Claim No. 7183 | Attn: Martin Garza<br>P.O. Box 344<br>Hinkley CA 92347 |
| Unsecured Creditor Claim No. 7199 | Unsecured Creditor Claim No. 7199 | Attn: Carolyn Bolin<br>36310 Lenwood Road<br>Hinkley CA 92347 |
| Unsecured Creditor Claim No. 7200 | Unsecured Creditor Claim No. 7200 | Attn: Sandra L. Brown<br>P.O. Box 192<br>Hinkley CA 92347 |

In re: PG&E Corporation, *et al.*
Case No. 19-30088 (DM)

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| Unsecured Creditor Claim No. 7201 | Unsecured Creditor Claim No. 7201 | Attn: Barbara A. Vinson<br>3220 Cindy Circle<br>Anderson CA 96007 |
| Unsecured Creditor Claim No. 7229 | Unsecured Creditor Claim No. 7229 | Attn: David Matthiesen<br>36709 Hidden River Road<br>Hinkley CA 92347 |
| Unsecured Creditor Claim No. 7244 | Unsecured Creditor Claim No. 7244 | Attn: Agustin Carrera<br>886 Gina Ct.<br>Upland CA 91784 |
| Unsecured Creditor Claim No. 7264 | Unsecured Creditor Claim No. 7264 | Attn: Darlene Herring Jenkins<br>P.O. Box 376<br>Hinkley CA 92347 |
| Unsecured Creditor Claim No. 7301 | Unsecured Creditor Claim No. 7301 | Attn: Marina Riebeling<br>4600 Jerry Ave.<br>Baldwin Park CA 91706 |
| Unsecured Creditor Claim No. 7585 | Unsecured Creditor Claim No. 7585 | Attn: Clell Courtney<br>25595 Ash Road<br>Barstow CA 92311 |
| Unsecured Creditor Claim No. 7591 | Unsecured Creditor Claim No. 7591 | Attn: Cindy Sue Downing<br>P.O. Box 376<br>Hinkley CA 92347 |
| Unsecured Creditor Claim No. 7657 | Unsecured Creditor Claim No. 7657 | Attn: Joel A. Christison<br>P.O. Box 9048<br>Alta Loma CA 91701 |
| Unsecured Creditor Claim No. 7704 | Unsecured Creditor Claim No. 7704 | Attn: Nick Panchev<br>25633 Anderson Avenue<br>Barstow CA 92311 |
| Unsecured Creditor Claim No. 8273 | Unsecured Creditor Claim No. 8273 | Attn: Charles Matthiesen<br>36771 Hidden River Rd.<br>Hinkley CA 92347 |
| Unsecured Creditor Claim No. 8274 | Unsecured Creditor Claim No. 8274 | Attn: Juliana Martinez<br>36633 Hidden River Road<br>Hinkley CA 92347 |

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| Unsecured Creditor Claim No. 8274 | Unsecured Creditor Claim No. 8274 | Attn: Norman Halstead<br>20455 Halstead Road<br>Hinkley CA 92347 |
| Unsecured Creditor Claim No. 8283 | Unsecured Creditor Claim No. 8283 | Attn: Saray Ordaz<br>1042 E. Sandison St. Apt. 1<br>Wilmington DE 90744 |
| Unsecured Creditor Claim No. Pending | Unsecured Creditor Claim No. Pending | Attn: Yvonne Kirkpatrick<br>23394 Alcudia Rd.<br>Hinkley CA 92347 |