**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Theodore Tsekerides (*pro hac vice*)
(theodore.tsekerides@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@ kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11 (Lead Case) (Jointly Administered)<br><br>**SECOND NOTICE OF STIPULATED CONTINUED HEARING ON MOTION TO ABSTAIN AND FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT LAWSUIT TO PROCEED TO TRIAL AND CONCLUSION**<br><br>[Re: Dkt Nos. 4491 – 4496, 4683, 4728]<br><br>Current Date: May 27, 2020<br>Cont'd Date: July 7, 2020<br>Time: 10:00 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

1. **PLEASE TAKE NOTICE** that on October 28, 2019, Gloria Ruckman, Robert Ruckman, a minor by and through his guardian ad litem Robert Ruckman, Robert Ruckman, Amalia Leal, and Gilardo Leal (the "**Movants**") filed the *Motion to Abstain and for Relief from the Automatic Stay to Permit Lawsuit to Proceed to Trial and Conclusion* [Dkt. 4491] (the "**Motion**"). Concurrently with the Motion, the Movants filed a notice of hearing [Dkt. 4496], which stated that: (1) the hearing before the Bankruptcy Court on the Motion (the "**Hearing**") was scheduled for November 19, 2019 at 10:00 a.m. (Pacific Time).

**PLEASE TAKE FURTHER NOTICE** that on November 12, 2019, the Movants and Debtor Pacific Gas and Utility Company (the "**Utility**," and, together with the Movants, the "**Parties**") entered into the *Stipulation Between Debtor Pacific Gas and Electric Company and Ruckman and Leal Movants for Limited Relief from the Automatic Stay* [Dkt. 4683] (the "**Stipulation**"). The Stipulation, approved by order filed on November 14, 2019 [Dkt. 4728], provided that the Hearing would be continued until the next omnibus hearing date on or after February 19, 2020. The Hearing subsequently was scheduled for February 26, 2020 by January 7, 2020 Docket Text Order.

**PLEASE TAKE FURTHER NOTICE** that the Stipulation permits the Parties to agree in writing to one or more further continuances of the Hearing, without further order of the Court, and the Parties have agreed to do so, as provided in this Notice.

**PLEASE TAKE FURTHER NOTICE** that the Hearing previously was continued from February 26, 2020 to May 27, 2020.

**PLEASE TAKE FURTHER NOTICE** that the Hearing is **further continued** from May 27, 2020 to **July 7, 2020, at 10:00 a.m. (prevailing Pacific Time)** in the courtroom of the Honorable Dennis Montali, United States Bankruptcy Judge, Courtroom 17, 16th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

**PLEASE TAKE FURTHER NOTICE** that: (1) any oppositions or responses to the Motion must be in writing, filed with the Bankruptcy Court, and served so as to be received by no later than **4:00 p.m. (Pacific Time) on July 2, 2020** and (2) all oppositions and responses must be filed and served on all "Standard Parties" as defined in paragraph 5 of the *Second Amended Order Implementing Certain Notice and Case Management Procedures* entered on May 14, 2019 [Dkt No. 1996].

**PLEASE TAKE FURTHER NOTICE** that copies of the documents referenced herein and supporting papers can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: May 6, 2020                                      Dated: May 6, 2020

**WEIL, GOTSHAL & MANGES LLP**                          **LAW OFFICES OF**
**KELLER BENVENUTTI KIM LLP**                           **LEONARD K. WELSH**

/s/ *Peter J. Benvenutti*                               /s/ *Leonard K. Welsh*
Peter J. Benvenutti                                     Leonard K. Welsh

*Attorneys for Debtors*                                 *Attorneys for Movants*
*and Debtors in Possession*