DAVID M. REEDER, ESQ. (California State Bar No. 133150)
REEDER LAW CORPORATION
1801 CENTURY PARK EAST, 16TH FLOOR
LOS ANGELES, CA 90067
PHONE: (310) 774-4060
FAX: (310) 295-2290
EMAIL: david@reederlaw.com

Attorneys for Creditor San Ramon Valley
 Fire Protection District

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>PG&E CORPORATION,<br>　　　　　　　　　　　Debtor. | Case No.: 19-30088<br>[Chapter 11]<br>**NOTICE OF CHANGE OF ADDRESS**<br>[No hearing required] |

**TO THE CLERK OF THE BANKRUPTCY COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that as counsel for creditor and party-in-interest the San Ramon Valley Fire Protection District in the above-referenced bankruptcy case, effective immediately, the new mailing address for Reeder Law Corporation is:

> David M. Reeder
> Reeder Law Corporation
> 1801 Century Park East, 16th Floor
> Los Angeles, California 90067
> Telephone: (310) 774-4060
> Facsimile: (310) 295-2290
> Email: david@reederlaw.com

1

Dated: May 4, 2020								REEDER LAW CORPORATION

<u>/s/ DAVID M. REEDER</u>
DAVID M. REEDER
Attorneys for City of American Canyon,
Creditor and Party-in-Interest.

| In re PG&E Corporation, Debtor. | CHAPTER: 11<br>CASE NO.: 19-30088 |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**Reeder Law Corporation**
**1801 Century Park East, 16th Floor**
**Los Angeles, CA 90067-1630**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF CHANGE OF ADDRESS** will be served or was served in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 6, 2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **May 6, 2020** | **Jessica L. Evans** | /s/ JESSICA L. EVANS |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

3

|  |  |
|---|---|
| In re PG&E Corporation, Debtor. | CHAPTER: 11<br>CASE NO.: 19-30088 |

**Served by NEF**

- **Elliot Adler**  eadler@theadlerfirm.com, bzummer@theadlerfirm.com
- **Aaron L. Agenbroad**  alagenbroad@jonesday.com, saltamirano@jonesday.com
- **Pamela Allen**  pallen@dir.ca.gov
- **Annadel A. Almendras**  annadel.almendras@doj.ca.gov
- **Monique D. Almy**  malmy@crowell.com
- **Dana M. Andreoli**  dandreoli@steyerlaw.com, mterry@steyerlaw.com
- **Anne Andrews**  aa@andrewsthornton.com, aandrews@andrewsthornton.com
- **Richard L. Antognini**  rlalawyer@yahoo.com, hallonaegis@gmail.com
- **Tyson Arbuthnot**  tarbuthnot@rjo.com, jyeung@rjo.com
- **Lauren T. Attard**  lattard@bakerlaw.com, agrosso@bakerlaw.com
- **Herb Baer**  hbaer@primeclerk.com, ecf@primeclerk.com
- **Kathryn E. Barrett**  keb@svlg.com, amt@svlg.com
- **Chris Bator**  cbator@bakerlaw.com, jmcguigan@bakerlaw.com
- **Ronald S. Beacher**  rbeacher@pryorcashman.com
- **Hagop T. Bedoyan**  hbedoyan@kleinlaw.com, ecf@kleinlaw.com
- **Andrew David Behlmann**  abehlmann@lowenstein.com, elawler@lowenstein.com
- **Tanya Behnam**  tbehnam@polsinelli.com, tanyabehnam@gmail.com
- **James C. Behrens**  jbehrens@milbank.com, mkoch@milbank.com
- **Jacob Taylor Beiswenger**  jbeiswenger@omm.com, llattin@omm.com
- **James T. Bentley**  james.bentley@srz.com, Kelly.Knight@srz.com
- **Peter J. Benvenutti**  pbenvenutti@kbkllp.com
- **Robert Berens**  rberens@smtdlaw.com, sr@smtdlaw.com
- **Ronald F. Berestka**  rberestka@stonelawoffice.com, csepulveda@stonelawoffice.com
- **Heinz Binder**  heinz@bindermalter.com
- **Neil Jon Bloomfield**  njbloomfield@njblaw.com, gklump@njblaw.com
- **Jason Blumberg**  jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov
- **Paige Boldt**  pboldt@wattsguerra.com, cwilson@wattsguerra.com
- **Ameneh Maria Bordi**  ameneh.bordi@kirkland.com, leo.rosenberg@kirkland.com
- **Jason Borg**  jborg@jasonborglaw.com
- **Mark Bostick**  mbostick@wendel.com, bankruptcy@wendel.com
- **James L. Bothwell**  jbothwell@hugueninkahn.com, jguzman@hugueninkahn.com
- **Peter R. Boutin**  peter.boutin@kyl.com, lara.joel@kyl.com
- **Erin N. Brady**  enbrady@jonesday.com
- **Gregory A. Bray**  gbray@milbank.com
- **Michael D. Breslauer**  mbreslauer@ecf.courtdrive.com, wyones@swsslaw.com
- **W. Steven Bryant**  , molly.batiste-debose@lockelord.com
- **Chane Buck**  cbuck@jonesday.com
- **Elizabeth J. Cabraser**  ecabraser@lchb.com, awolf@lchb.com
- **Anthony P. Cali**  anthony.cali@stinson.com, lindsay.petrowski@stinson.com
- **Peter C. Califano**  pcalifano@cwclaw.com
- **Steven M. Campora**  scampora@dbbwc.com, nlechuga@dbbwc.com

4

|  |  |
|---|---|
| In re PG&E Corporation, Debtor. | CHAPTER: 11 <br> CASE NO.: 19-30088 |

- **Leah E. Capritta**   leah.capritta@hklaw.com, lori.labash@hklaw.com
- **Nicholas A. Carlin**   nac@phillaw.com, rac@phillaw.com
- **Katherine Rose Catanese**   kcatanese@foley.com
- **Jennifer Machlin Cecil**   JCecil@winston.com, ECF_SF@winston.com
- **Karen J. Chedister**   kchedister@h-jlaw.com
- **Christina Lin Chen**   christina.chen@morganlewis.com, christina.lin.chen@gmail.com
- **Richard A. Chesley**   richard.chesley@dlapiper.com, bill.countryman@dlapiper.com
- **Jacquelyn H. Choi**   jchoi@raineslaw.com, bclark@raineslaw.com
- **Shawn M. Christianson**   schristianson@buchalter.com
- **Robert N.H. Christmas**   rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- **Jae Angela Chun**   ajc@chun.law, teresa@tosdallaw.com
- **Alicia Clough**   aclough@loeb.com
- **Tiffany Strelow Cobb**   tscobb@vorys.com
- **John B. Coffman**   john@johncoffman.net
- **Kevin G. Collins**   kevin.collins@btlaw.com
- **Brian S. Conlon**   bsc@phillaw.com, rac@phillaw.com
- **Charles Cording**   ccording@willkie.com, mao@willkie.com
- **Manuel Corrales**   mannycorrales@yahoo.com, hcskanchy@hotmail.com
- **Anne Costin**   anne@costinlawfirm.com
- **Donald H. Cram**   dhc@severson.com
- **Ashley Vinson Crawford**   avcrawford@akingump.com, dkrasa-berstell@akingump.com
- **J. Russell Cunningham**   rcunningham@dnlc.net, emehr@dnlc.net
- **Keith J. Cunningham**   , rkelley@pierceatwood.com
- **Keith J. Cunningham**   kcunningham@pierceatwood.com, rkelley@pierceatwood.com
- **James D. Curran**   jcurran@wolkincurran.com, dstorms@wolkincurran.com
- **Tambra Curtis**   tambra.curtis@sonoma-county.org, Kristin.whalley@sonoma-county.org
- **James M. Davis**   jdavis@cglaw.com
- **Nicolas De Lancie**   ndelancie@jmbm.com
- **Judith A. Descalso**   , jad_9193@ecf.courtdrive.com
- **Erin Elizabeth Dexter**   edexter@milbank.com
- **Shounak S. Dharap**   ssd@arnslaw.com, mec@arnslaw.com
- **Kathryn S. Diemer**   kdiemer@diemerwei.com
- **Kathryn S. Diemer**   kdiemer@diemerwhitman.com
- **John P. Dillman**   houston_bankruptcy@publicans.com
- **Jonathan R. Doolittle**   jdoolittle@reedsmith.com
- **Jennifer V. Doran**   jdoran@hinckleyallen.com
- **Dustin M. Dow**   ddow@bakerlaw.com, jmcguigan@bakerlaw.com
- **Jamie P. Dreher**   jdreher@downeybrand.com

5

|  |  |
|---|---|
| In re<br><br>PG&E Corporation,<br><br>Debtor. | CHAPTER: 11<br>CASE NO.: 19-30088 |

- **Geoffrey B. Dryvynsyde**    gbd@cpuc.ca.gov, geoffrey.dryvynsyde@cpuc.ca.gov
- **Cecily Ann Dumas**    cdumas@bakerlaw.com, hhammonturano@bakerlaw.com
- **Dennis F. Dunne**    cprice@milbank.com, jbrewster@milbank.com
- **Dennis F. Dunne**    ddunne@milbank.com, jbrewster@milbank.com
- **Huonganh Annie Duong**    annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com
- **Luke N. Eaton**    eatonl@pepperlaw.com, monugiac@pepperlaw.com
- **Kevin M. Eckhardt**    keckhardt@hunton.com, candonian@huntonak.com
- **Joseph A. Eisenberg**    JAE1900@yahoo.com
- **Michele Ellison**    mellison@gibbsgiden.com, lrochelle@gibbsgiden.com
- **David Emerzian**    , Melany.Hertel@mccormickbarstow.com
- **G. Larry Engel**    larry@engeladvice.com
- **Krista M. Enns**    kenns@beneschlaw.com
- **Scott Esbin**    sesbin@esbinalter.com
- **Joseph M. Esmont**    jesmont@bakerlaw.com
- **Michael P. Esser**    michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com
- **Richard W. Esterkin**    richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com
- **Michael S. Etkin**    metkin@lowenstein.com
- **Jacob M. Faircloth**    jacob.faircloth@smolsonlaw.com
- **Brett D. Fallon**    bfallon@morrisjames.com, wweller@morrisjames.com
- **Michael C. Fallon**    , manders@fallonlaw.net
- **Joana Fang**    jf@kbklawyers.com, icd@kbklawyers.com
- **Joseph Kyle Feist**    jfeistesq@gmail.com, info@norcallawgroup.net
- **David M. Feldman**    DFeldman@gibsondunn.com
- **Matthew A. Feldman**    mfeldman@willkie.com
- **Mark E. Felger**    mfelger@cozen.com
- **James J. Ficenec**    James.Ficenec@ndlf.com, caroline.pfahl@ndlf.com
- **John D. Fiero**    jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- **Kimberly S. Fineman**    kfineman@nutihart.com, nwhite@nutihart.com
- **Stephen D. Finestone**    sfinestone@fhlawllp.com
- **Timothy M. Flaherty**    tflaherty@mpplaw.com
- **Daniel I. Forman**    dforman@willkie.com
- **Jonathan Forstot**    jonathan.forstot@troutman.com, john.murphy@troutman.com
- **Jonathan Forstot**    , john.murphy@troutman.com
- **Matthew Hampton Foushee**    hampton.foushee@hoganlovells.com, hfoushee@gmail.com
- **Carolyn Frederick**    cfrederick@prklaw.com
- **Peter Friedman**    pfriedman@omm.com
- **Roger F. Friedman**    rfriedman@rutan.com, csolorzano@rutan.com
- **Xiyi Fu**    jackie.fu@lockelord.com, taylor.warren@lockelord.com
- **Lars H. Fuller**    lfuller@bakerlaw.com
- **Larry W. Gabriel**    lgabriel@bg.law, nfields@bg.law

|  |  |
|---|---|
| In re<br>PG&E Corporation,<br>Debtor. | CHAPTER: 11<br>CASE NO.: 19-30088 |

- **Gregg M. Galardi**  gregg.galardi@ropesgray.com
- **Richard L. Gallagher**  richard.gallagher@ropesgray.com
- **Craig Solomon Ganz**  ganzc@ballardspahr.com, hartt@ballardspahr.com
- **Jeffrey K. Garfinkle**  jgarfinkle@buchalter.com
- **Oscar Garza**  ogarza@gibsondunn.com
- **Lisa S. Gast**  lsg@dwgp.com, lmk@dwgp.com
- **Paul R. Gaus**  paul.gaus@mccormickbarstow.com
- **Duane M. Geck**  dmg@severson.com
- **Evelina Gentry**  evelina.gentry@akerman.com, rob.diwa@akerman.com
- **Janet D. Gertz**  jgertz@btlaw.com, amattingly@btlaw.com
- **Christopher Gessner**  cgessner@akingump.com, NYMCO@akingump.com
- **Barry S. Glaser**  bglaser@lkfirm.com
- **Paul R. Glassman**  pglassman@sycr.com
- **Gabriel I. Glazer**  gglazer@pszjlaw.com
- **Gabrielle Glemann**  gabrielle.glemann@stoel.com, rene.alvin@stoel.com
- **Jaime Godin**  Jtouchstone@fddcm.com
- **Matthew A. Gold**  courts@argopartners.net
- **Eric D. Goldberg**  eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Craig Goldblatt**  Craig.Goldblatt@wilmerhale.com, whdocketing@wilmerhale.com
- **Amy L. Goldman**  goldman@lbbslaw.com
- **Eric S. Goldstein**  egoldstein@goodwin.com
- **Rhonda Stewart Goldstein**  Rhonda.Goldstein@ucop.edu, Lissa.Ly@ucop.edu
- **Richard H. Golubow**  rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com
- **Michael J. Gomez**  mgomez@frandzel.com, dmoore@frandzel.com
- **Michael W. Goodin**  mgoodin@clausen.com, mgenova@clausen.com
- **Eric R. Goodman**  egoodman@bakerlaw.com
- **Mark A. Gorton**  mgorton@boutinjones.com, cdomingo@boutininc.com
- **Mark A. Gorton**  mgorton@boutininc.com, cdomingo@boutininc.com
- **Michael I. Gottfried**  MGottfried@elkinskalt.com, AAburto@elkinskalt.com
- **Louis Gottlieb**  Lgottlieb@labaton.com, mpenrhyn@labaton.com
- **Eric A. Grasberger**  eric.grasberger@stoel.com, docketclerk@stoel.com
- **Debra I. Grassgreen**  dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- **Eric A. Gravink**  eric@rhrc.net
- **Elizabeth A. Green**  egreen@bakerlaw.com, orlbankruptcy@bakerlaw.com
- **Mitchell B. Greenberg**  mgreenberg@abbeylaw.com, mmeroney@abbeylaw.com
- **Matthew W. Grimshaw**  matt@grimshawlawgroup.com, ecfmarshackhays@gmail.com
- **Stuart G. Gross**  sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com
- **Carl L. Grumer**  cgrumer@manatt.com, mchung@manatt.com
- **Elizabeth M. Guffy**  eguffy@lockelord.com, autodocket@lockelord.com
- **Cameron Gulden**  cameron.m.gulden@usdoj.gov
- **Mirco J. Haag**  mhaag@buchalter.com, dcyrankowski@buchalter.com
- **Laurie Hager**  lhager@sussmanshank.com

7

| In re PG&E Corporation, Debtor. | CHAPTER: 11<br>CASE NO.: 19-30088 |
|---|---|

- **J. Noah Hagey**    hagey@braunhagey.com, tong@braunhagey.com
- **Oren Buchanan Haker**    oren.haker@stoel.com, rene.alvin@stoel.com
- **Kristopher M. Hansen**    dmohamed@stroock.com, mmagzamen@stroock.com
- **Adam C. Harris**    adam.harris@srz.com, james.bentley@srz.com
- **Robert G. Harris**    rob@bindermalter.com
- **Christopher H. Hart**    chart@nutihart.com, nwhite@nutihart.com
- **Bryan L. Hawkins**    bryan.hawkins@stoel.com, Sharon.witkin@stoel.com
- **Jan M Hayden**    jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com
- **Jennifer C. Hayes**    jhayes@fhlawllp.com
- **Alaina R. Heine**    alaina.heine@dechert.com, brett.stone@dechert.com
- **Cristina A. Henriquez**    chenriquez@mayerbrown.com
- **Stephen E. Hessler, P.C.**    , jozette.chong@kirkland.com
- **Matthew Heyn**    matthew.heyn@doj.ca.gov
- **Sean T. Higgins**    aandrews@andrewsthornton.com, shiggins@andrewsthornton.com
- **Morgan R. Hirst**    mhirst@jonesday.com, mmelvin@jonesday.com
- **Michael R. Hogue**    hoguem@gtlaw.com, navarrom@gtlaw.com
- **David Holtzman**    david.holtzman@hklaw.com
- **Alexandra S. Horwitz**    allie.horwitz@dinsmore.com
- **Marsha Houston**    mhouston@reedsmith.com, hvalencia@reedsmith.com
- **Shane Huang**    shane.huang@usdoj.gov
- **Brian D. Huben**    hubenb@ballardspahr.com
- **Jonathan Hughes**    , jane.rustice@aporter.com
- **Edward R. Huguenin**    ehuguenin@hugueninkahn.com, jguzman@hugueninkahn.com
- **Michael A. Isaacs**    Michael.Isaacs@dentons.com, Alissa.Worthing@dentons.com
- **Mark V. Isola**    mvi@sbj-law.com
- **J. Eric Ivester**    Eric.Ivester@skadden.com, Andrea.Bates@skadden.com
- **J. Eric Ivester**    , Andrea.Bates@skadden.com
- **Kizzy L. Jarashow**    KJarashow@goodwinlaw.com, AFraticelliLouallen@goodwinlaw.com
- **Ivan C. Jen**    ivan@icjenlaw.com
- **Monique Jewett-Brewster**    mjb@hopkinscarley.com, eamaro@hopkinscarley.com
- **James O. Johnston**    jjohnston@jonesday.com
- **Chris Johnstone**    chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com
- **Andrew Jones**    andrew@ajoneslaw.com
- **Gregory K. Jones**    GJones@dykema.com, cacossano@dykema.com
- **Robert A. Julian**    rjulian@bakerlaw.com, hhammonturano@bakerlaw.com
- **George H. Kalikman**    gkalikman@schnader.com, sdavenport@schnader.com
- **Roberto J. Kampfner**    rkampfner@whitecase.com, mco@whitecase.com
- **Bonnie E. Kane**    bonnie@thekanelawfirm.com, skane@thekanelawfirm.com
- **Gary M. Kaplan**    gkaplan@fbm.com, calendar@fbm.com
- **Robert B. Kaplan**    rbk@jmbm.com
- **Eve H. Karasik**    ehk@lnbyb.com

8

- **Michael G. Kasolas**　trustee@kasolas.net, CA30@ecfcbis.com,ecf.alert+Kasolas@titlexi.com
- **Elyssa S. Kates**　ekates@bakerlaw.com
- **Ori Katz**　okatz@sheppardmullin.com, LSegura@sheppardmullin.com
- **William M. Kaufman**　wkaufman@smwb.com
- **Jane G. Kearl**　jkearl@watttieder.com, jbenton@watttieder.com
- **Tobias S. Keller**　tkeller@kbkllp.com
- **Lynette C. Kelly**　ustpregion17.oa.ecf@usdoj.gov
- **Matthew K. Kelsey**　mkelsey@gibsondunn.com
- **Gerald P. Kennedy**　gerald.kennedy@procopio.com, kristina.terlaga@procopio.com
- **Erica L. Kerman**　ekerman@willkie.com
- **Samuel A. Khalil**　skhalil@milbank.com, jbrewster@milbank.com
- **Samuel M. Kidder**　skidder@ktbslaw.com
- **Marc Kieselstein**　, carrie.oppenheim@kirkland.com
- **Jane Kim**　jkim@kbkllp.com
- **Mary H. Kim**　Mary.Kim@dechert.com, brett.stone@dechert.com
- **Kody D. L. Kleber**　kkleber@bakerlaw.com, dmartinez@bakerlaw.com
- **Matthew Ryan Klinger**　mklinger@sheppardmullin.com, DGatmen@sheppardmullin.com
- **Bradley C. Knapp**　bknapp@lockelord.com, Yamille.Harrison@lockelord.com
- **Kelly V. Knight**　kelly.knight@srz.com
- **Lydia Vanessa Ko**　Lvko@stonelawoffice.com
- **Thomas F. Koegel**　tkoegel@crowell.com
- **Katherine Kohn**　kkohn@groom.com, ashahinllari@groom.com
- **Andy S. Kong**　kong.andy@arentfox.com, Yvonne.Li@arentfox.com
- **Anna Kordas**　akordas@jonesday.com, mmelvin@jonesday.com
- **Alan W. Kornberg**　, akornberg@paulweiss.com
- **Bernard Kornberg**　bjk@severson.com
- **David I. Kornbluh**　dik@millermorton.com, mhr@millermorton.com
- **Lauren Kramer**　lkramer@rjo.com
- **Jeffrey C. Krause**　jkrause@gibsondunn.com
- **Thomas R. Kreller**　tkreller@milbank.com
- **Lindsey E. Kress**　lkress@lockelord.com, autodocket@lockelord.com
- **Hannah C. Kreuser**　hkreuser@porterlaw.com, ooberg@porterlaw.com
- **Michael Thomas Krueger**　michael.krueger@ndlf.com, Havilyn.lee@ndlf.com
- **Robert T. Kugler**　robert.kugler@stinson.com
- **Boris Kukso**　boris.kukso@usdoj.gov, western.taxcivil@usdoj.gov
- **Brendan M. Kunkle**　bkunkle@abbeylaw.com, lmeyer@abbeylaw.com
- **Alisa C. Lacey**　alisa.lacey@stinson.com, karen.graves@stinson.com
- **Timothy S. Laffredi**　timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov
- **Timothy S. Laffredi**　timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov
- **Richard A. Lapping**　rich@trodellalapping.com
- **Omeed Latifi**　olatifi@theadlerfirm.com, kdeubler@theadlerfirm.com

| In re        PG&E Corporation,                      Debtor. | CHAPTER: 11<br>CASE NO.: 19-30088 |
|---|---|

- **John E. Lattin**    jlattin@ostergar.com, cslovenec@ostergar.com
- **Michael Lauter**    mlauter@sheppardmullin.com
- **Kenneth T. Law**    klaw@bbslaw.com
- **Francis J. Lawall**    lawallf@pepperlaw.com, henrys@pepperlaw.com
- **Andrew Michael Leblanc**    ALeblanc@milbank.com
- **Erica Lee**    Erica.Lee@doj.ca.gov
- **Scott Lee**    scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com
- **Edward J. Leen**    eleen@mkbllp.com
- **Lisa Lenherr**    llenherr@wendel.com, bankruptcy@wendel.com
- **Matthew A. Lesnick**    matt@lesnickprince.com, jmack@lesnickprince.com
- **Bryn G. Letsch**    bletsch@braytonlaw.com
- **David B. Levant**    david.levant@stoel.com, rene.alvin@stoel.com
- **Andrew H. Levin**    alevin@wcghlaw.com
- **David Levine**    dnl@groom.com
- **Marc A. Levinson**    Malevinson@orrick.com, casestream@ecf.courtdrive.com
- **Dara Levinson Silveira**    dsilveira@kbkllp.com
- **Alexander James Demitro Lewicki**    kdiemer@diemerwei.com
- **Alexander James Demitro Lewicki**    alewicki@diemerwei.com
- **William Thomas Lewis**    wtl@roblewlaw.com, kimwrenn@msn.com
- **William S. Lisa**    , jcaruso@nixonpeabody.com
- **William S. Lisa**    wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com
- **Jonathan A. Loeb**    jon.loeb@bingham.com
- **Michael B. Lubic**    michael.lubic@klgates.com
- **John William Lucas**    jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- **Joseph R. Lucia**    PersonalInjuryGroup@RLSlawyers.com
- **Jane Luciano**    jane-luciano@comcast.net
- **Kerri Lyman**    klyman@irell.com
- **Carissa A. Lynch**    Carissa.Lynch@ftb.ca.gov, Martha.Gehrig@ftb.ca.gov
- **John H. MacConaghy**    macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com
- **Iain A. Macdonald**    iain@macfern.com, ecf@macfern.com
- **Tracy L. Mainguy**    tmainguy@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- **Samuel R. Maizel**    samuel.maizel@dentons.com, alicia.aguilar@dentons.com
- **Adam Malatesta**    adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com
- **Katharine Malone**    malonek@gtlaw.com
- **Liam K. Malone**    malone@oles.com, shahin@oles.com
- **Michael W. Malter**    michael@bindermalter.com
- **Craig Margulies**    cmargulies@margulies-law.com, lsalazar@margulies-law.com
- **Geoffrey E. Marr**    gemarr59@hotmail.com
- **Richard A. Marshack**    rmarshack@marshackhays.com, rmarshack@ecf.courtdrive.com

10

- **Catherine Martin**  cmartin@simon.com, rtucker@simon.com;bankruptcy@simon.com
- **Laila Masud**  lmasud@marshackhays.com, lmasud@ecf.courtdrive.com
- **David P. Matthews**  jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com
- **Patrick C. Maxcy**  patrick.maxcy@snrdenton.com
- **Benjamin P. McCallen**  bmccallen@willkie.com
- **Thomas E. McCurnin**  tmccurnin@bkolaw.com, kescano@bkolaw.com
- **Hugh M. McDonald**  hugh.mcdonald@troutman.com, john.murphy@troutman.com
- **Hugh M. McDonald**  , john.murphy@troutman.com
- **C. Luckey McDowell**  Luckey.McDowell@Shearman.com
- **Matthew D. McGill**  MMcGill@gibsondunn.com
- **Scott H. McNutt**  SMcNutt@ml-sf.com, csnell@ml-sf.com
- **Thomas Melone**  Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com
- **Peter Meringolo**  peter@pmrklaw.com
- **Frank A. Merola**  lacalendar@stroock.com, mmagzamen@stroock.com
- **Jennifer L. Mersing**  jennifer.mersing@stoel.com, lisa.petras@stoel.com
- **Joshua M. Mester**  jmester@jonesday.com
- **Matthew D. Metzger**  belvederelegalecf@gmail.com
- **Merle C. Meyers**  mmeyers@mlg-pc.com
- **Randy Michelson**  randy.michelson@michelsonlawgroup.com
- **Gerardo Mijares-Shafai**  Gerardo.Mijares-Shafai@arnoldporter.com, kenneth.anderson@arnoldporter.com
- **Joel S. Miliband**  jmiliband@brownrudnick.com
- **Joseph G. Minias**  jminias@willkie.com
- **M. David Minnick**  dminnick@pillsburylaw.com, docket@pillsburylaw.com
- **Benjamin Mintz**  benjamin.mintz@arnoldporter.com, valerie.foley@arnoldporter.com
- **Nancy Mitchell**  nmitchell@omm.com
- **Thomas C. Mitchell**  tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com
- **John A. Moe**  john.moe@dentons.com, glenda.spratt@dentons.com
- **Aaron J. Mohamed**  ajm@brereton.law, aaronmohamedlaw@gmail.com
- **Kevin Montee**  kmontee@monteeassociates.com
- **David W. Moon**  lacalendar@stroock.com, mmagzamen@stroock.com
- **Diane Marger Moore**  dmargermoore@baumhedlundlaw.com
- **Erika L. Morabito**  emorabito@foley.com, hsiagiandraughn@foley.com
- **Candace J. Morey**  cjm@cpuc.ca.gov
- **Courtney L. Morgan**  morgan.courtney@pbgc.gov
- **Kimberly S. Morris**  kmorris@bakerlaw.com, hhammonturano@bakerlaw.com
- **Rodney Allen Morris**  Rodney.Morris2@usdoj.gov
- **Joshua D. Morse**  Joshua.Morse@dlapiper.com, joshua-morse-0092@ecf.pacerpro.com
- **Andrew H. Morton**  andrew.morton@stoel.com, lisa.petras@stoel.com

11

| In re PG&E Corporation, Debtor. | CHAPTER: 11<br>CASE NO.: 19-30088 |
|---|---|

- **Thomas G. Mouzes**   tmouzes@boutinjones.com, cdomingo@boutininc.com
- **Peter S. Munoz**   pmunoz@reedsmith.com, gsandoval@reedsmith.com
- **Bennett J. Murphy**   bmurphy@bennettmurphylaw.com
- **Michael S. Myers**   myersms@ballardspahr.com
- **Alan I. Nahmias**   anahmias@mbnlawyers.com, jdale@mbnlawyers.com
- **David L. Neale**   dln@lnbrb.com
- **David L. Neale**   dln@lnbyb.com
- **David Neier**   dneier@winston.com
- **Brittany J. Nelson**   bnelson@foley.com, hsiagiandraughn@foley.com
- **Michael S. Neumeister**   MNeumeister@gibsondunn.com
- **Howard S. Nevins**   hnevins@hsmlaw.com
- **Melissa T. Ngo**   ngo.melissa@pbgc.gov, efile@pbgc.gov
- **Mario R. Nicholas**   mario.nicholas@stoel.com, cherie.clark@stoel.com
- **Sean Nolan**   snolan@akingump.com, NYMCO@akingump.com
- **Gregory C. Nuti**   gnuti@nutihart.com, nwhite@nutihart.com
- **Abigail O'Brient**   aobrient@mintz.com, docketing@mintz.com
- **Julie E. Oelsner**   joelsner@weintraub.com, bjennings@weintraub.com
- **Office of the U.S. Trustee / SF**   USTPRegion17.SF.ECF@usdoj.gov
- **Matthew Jon Olson**   matt@macfern.com, stell.laura@dorsey.com
- **Scott Olson**   solson@vedderprice.com, nortega@vedderprice.com
- **Steven M. Olson**   smo@smolsonlaw.com
- **Aram Ordubegian**   Ordubegian.Aram@ArentFox.com
- **Gabriel Ozel**  , gabeozel@gmail.com
- **Margarita Padilla**   Margarita.Padilla@doj.ca.gov
- **Amy S. Park**   amy.park@skadden.com, alissa.turnipseed@skadden.com
- **Donna Taylor Parkinson**   donna@parkinsonphinney.com
- **Peter S. Partee**  , candonian@huntonak.com
- **Paul J. Pascuzzi**   ppascuzzi@ffwplaw.com, docket@ffwplaw.com
- **Kenneth Pasquale**  , mlaskowski@stroock.com
- **Charles Scott Penner**   penner@carneylaw.com, caragol@carneylaw.com
- **Valerie Bantner Peo**   vbantnerpeo@buchalter.com
- **Yosef Peretz**  , skim@peretzlaw.com
- **Thomas R. Phinney**   tom@parkinsonphinney.com
- **R. Alexander Pilmer**   alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
- **M. Ryan Pinkston**   rpinkston@seyfarth.com, jmcdermott@seyfarth.com
- **Estela O. Pino**   epino@epinolaw.com, rmahal@epinolaw.com
- **Gregory Plaskett**   GREGORY.PLASKETT@GMAIL.COM, HKHAPPYGRL1@GMAIL.COM
- **Mark D. Plevin**   mplevin@crowell.com
- **Steven G. Polard**   spolard@eisnerlaw.com
- **Mark D. Poniatowski**   ponlaw@ponlaw.com
- **William L. Porter**   bporter@porterlaw.com, Ooberg@porterlaw.com
- **Christopher E. Prince**   cprince@lesnickprince.com

12

| In re PG&E Corporation, Debtor. | CHAPTER: 11<br>CASE NO.: 19-30088 |
|---|---|

- **Douglas B. Provencher** dbp@provlaw.com
- **Stacey C. Quan** squan@steyerlaw.com, pspencer@steyerlaw.com
- **Amy C. Quartarolo** amy.quartarolo@lw.com
- **Lary Alan Rappaport** lrappaport@proskauer.com, PHays@proskauer.com
- **Justin E. Rawlins** justinrawlins@paulhastings.com
- **Hugh M. Ray** hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com
- **Paul F. Ready** smeyer@farmerandready.com
- **Caroline A. Reckler** caroline.reckler@lw.com
- **David M. Reeder** david@reederlaw.com, david.m.reeder@gmail.com;Jessica@reederlaw.com
- **Steven J. Reisman** sreisman@katten.com, nyc.bknotices@kattenlaw.com
- **Jeffrey M. Reisner** jreisner@irell.com
- **Jack A. Reitman** , srichmond@lgbfirm.com
- **Emily P. Rich** erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- **David J. Richardson** drichardson@bakerlaw.com, aagonzalez@bakerlaw.com
- **Christopher O. Rivas** crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- **David B. Rivkin** drivkin@bakerlaw.com, jmeeks@bakerlaw.com
- **John R. Rizzardi** kcoselman@cairncross.com, tnguyen@cairncross.com
- **Daniel Robertson** robertson.daniel@pbgc.gov, efile@pbgc.gov
- **Lacey E. Rochester** lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com
- **Michael Rogers** mrogers@lambertrogers.com, jan@lambertrogers.com
- **Julie H. Rome-Banks** julie@bindermalter.com
- **Jorian L. Rose** jrose@bakerlaw.com
- **Paul M. Rosenblatt** prosenblatt@kilpatricktownsend.com, mwilliams@kilpatricktownsend.com
- **David A. Rosenzweig** david.rosenzweig@nortonrosefulbright.com, thomas.burns@nortonrossefulbright.com
- **Allan Robert Rosin** arrosin@alr-law.com
- **Jay M. Ross** jross@hopkinscarley.com, eamaro@hopkinscarley.com
- **Gregory A. Rougeau** grougeau@brlawsf.com
- **Stacy H. Rubin** rubins@ballardspahr.com, BKTDocket_West@ballardspahr.com
- **Jason C. Rubinstein** jrubinstein@fklaw.com, mclerk@fklaw.com
- **Nathan Q. Rugg** nathan.rugg@bfkn.com, jean.montgomery@bfkn.com
- **Thomas B. Rupp** trupp@kbkllp.com
- **Eric E. Sagerman** esagerman@bakerlaw.com
- **Robert Sahyan** rsahyan@sheppardmullin.com, JNakaso@sheppardmullin.com
- **Jonathan C. Sanders** jsanders@stblaw.com
- **Nanette D. Sanders** nanette@ringstadlaw.com, becky@ringstadlaw.com
- **Natalie Kathleen Sanders** natalie.sanders@bakerbotts.com
- **Lovee Sarenas** Lovee.sarenas@lewisbrisbois.com
- **Sunny S. Sarkis** sunny.sarkis@stoel.com, dawn.forgeur@stoel.com
- **Patricia Savage** psavesq@gmail.com, jodi.savage@gmail.com
- **Sblend A. Sblendorio** sas@hogefenton.com

13

|  |  |
|---|---|
| In re PG&E Corporation,<br><br>Debtor. | CHAPTER: 11<br>CASE NO.: 19-30088 |

- **Francis O. Scarpulla**     fos@scarpullalaw.com, cpc@scarpullalaw.com
- **Daren M Schlecter**     daren@schlecterlaw.com, info@schlecterlaw.com
- **Bradley R. Schneider**     bradley.schneider@mto.com, jeffrey.wu@mto.com
- **Harvey S. Schochet**     Harveyschochet@dwt.com
- **Nathan A. Schultz**     nschultz@goodwinlaw.com, kjarashow@goodwinlaw.com
- **Lisa Schweitzer**     lschweitzer@cgsh.com
- **Eric J. Seiler**     eseiler@fklaw.com, mclerk@fklaw.com
- **David B. Shemano**     dshemano@pwkllp.com
- **James A. Shepherd**     jim@jsheplaw.com, shepIGN@gmail.com
- **Leonard M. Shulman**     lshulman@shbllp.com
- **Andrew I. Silfen**     andrew.silfen@arentfox.com
- **Wayne A. Silver**     w_silver@sbcglobal.net, ws@waynesilverlaw.com
- **Craig S. Simon**     csimon@bergerkahn.com, aketcher@bergerkahn.com
- **Gerald Singleton**     gerald@slffirm.com, BKECFCANB@SLFfirm.com
- **Michael K. Slattery**     mslattery@lkfirm.com, rramirez@lkfirm.com
- **Dania Slim**     dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com
- **Jennifer N. Slocum**     jennifer.slocum@stoel.com, docketclerk@stoel.com
- **Aaron C. Smith**     asmith@lockelord.com, autodocket@lockelord.com
- **Alan D. Smith**     adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com
- **Jan D. Sokol**     jdsokol@lawssl.com, dwright@lawssl.com
- **Randye B. Soref**     rsoref@polsinelli.com
- **Joseph Sorkin**     jsorkin@akingump.com, NYMCO@akingump.com
- **Bennett L. Spiegel**     blspiegel@jonesday.com
- **Michael St. James**     ecf@stjames-law.com
- **Howard J. Steinberg**     steinbergh@gtlaw.com, pearsallt@gtlaw.com
- **Harriet A. Steiner**     harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com
- **Lillian G. Stenfeldt**     lillian.stenfeldt@rimonlaw.com, jon.arneson@sedgwicklaw.com
- **Lillian G. Stenfeldt**     lillian.stenfeldt@sdma.com, jon.arneson@sedgwicklaw.com
- **Cheryl L. Stengel**     clstengel@outlook.com, stengelcheryl40@gmail.com
- **David M. Stern**     dstern@ktbslaw.com
- **Geoffrey S. Stewart**     gstewart@jonesday.com, mmelvin@jonesday.com
- **Alan J. Stone**     AStone@milbank.com, DMcCracken@Milbank.com
- **Jason D. Strabo**     jstrabo@mwe.com, shill@mwe.com
- **Michael H. Strub**     mstrub@irell.com, mhstrub1@gmail.com
- **Rebecca Suarez**     rsuarez@crowell.com
- **Brad T. Summers**     summerst@lanepowell.com, docketing-pdx@lanepowell.com
- **Kristine Theodesia Takvoryan**     ktakvoryan@ckrlaw.com
- **Derrick Talerico**     dtalerico@ztlegal.com, sfritz@ztlegal.com
- **Kesha Tanabe**     kesha@tanabelaw.com
- **Mary Ellmann Tang**     mtang@frenchlyontang.com, nblackwell@frenchlyontang.com
- **Elizabeth Lee Thompson**     ethompson@stites.com, docketclerk@stites.com
- **John C. Thornton**     jct@andrewsthornton.com, aandrews@andrewsthornton.com

14

- **Elisa Tolentino**   cao.main@sanjoseca.gov
- **Meagan S. Tom**   Meagan.tom@lockelord.com, autodocket@lockelord.com
- **Edward J. Tredinnick**   etredinnick@greeneradovsky.com
- **Matthew Jordan Troy**   matthew.troy@usdoj.gov
- **Michael Tye**   Michael.Tye@usdoj.gov
- **Andrew Van Ornum**   avanornum@vlmglaw.com, hchea@vlmglaw.com
- **Shmuel Vasser**   shmuel.vasser@dechert.com, brett.stone@dechert.com
- **Victor A. Vilaplana**   vavilaplana@foley.com, rhurst@foley.com
- **Marta Villacorta**   marta.villacorta@usdoj.gov
- **Carol C. Villegas**   cvillegas@labaton.com, NDonlon@labaton.com
- **John A. Vos**   InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
- **Bao M. Vu**   bao.vu@stoel.com, sharon.witkin@stoel.com
- **Nicholas Wagner**   kschemen@wagnerjones.com, bwagner@wagnerjones.com
- **Jonathan D. Waisnor**   jwaisnor@willkie.com, mao@willkie.com
- **Riley C. Walter**   ecf@W2LG.com
- **Phillip K. Wang**   phillip.wang@rimonlaw.com
- **Philip S. Warden**   philip.warden@pillsburylaw.com, kathy.stout@pillsburylaw.com
- **Lindsi M. Weber**   lweber@polsinelli.com, yderac@polsinelli.com
- **Joseph M. Welch**   jwelch@buchalter.com, dcyrankowski@buchalter.com
- **David Walter Wessel**   DWessel@efronlawfirm.com, hporter@chdlawyers.com
- **Joseph West**   westjoseph@earthlink.net, josephw998@gmail.com
- **Drew M. Widders**   dwidders@wilcoxenlaw.com, nina@wilcoxenlaw.com
- **Jason P. Williams**   jwilliams@wplgattorneys.com, maryanne@wplgattorneys.com
- **Eric R. Wilson**   kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com
- **Kimberly S. Winick**   kwinick@clarktrev.com, knielsen@clarktrev.com
- **Rebecca J. Winthrop**   rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonrosefulbright.com
- **David Wirt**   david.wirt@hklaw.com, denise.harmon@hklaw.com
- **Ryan A. Witthans**   rwitthans@fhlawllp.com
- **Risa Lynn Wolf-Smith**   rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com
- **Douglas Wolfe**   dwolfe@asmcapital.com
- **Andrea Wong**   wong.andrea@pbgc.gov, efile@pbgc.gov
- **Christopher Kwan Shek Wong**   christopher.wong@arentfox.com
- **David A. Wood**   dwood@marshackhays.com, lbuchanan@marshackhays.com
- **Kirsten A. Worley**   kw@wlawcorp.com, admin@wlawcorp.com
- **Kinga Wright**   kinga.wright@lockelord.com, autodocket@lockelord.com
- **Antonio Yanez**   ayanez@willkie.com
- **Cathy Yanni**   cathy@cathyyanni.com, pstrunk@browngreer.com
- **Andrew Yaphe**   andrew.yaphe@davispolk.com, pge.dpw.routing@davispolk.com
- **Tacie H. Yoon**   tyoon@crowell.com
- **Bennett G. Young**   byoung@jmbm.com, jb8@jmbm.com

15

| In re PG&E Corporation, Debtor. | CHAPTER: 11<br>CASE NO.: 19-30088 |
|---|---|

- **Christopher L. Young**  cyoung@cairncross.com, nspringstroh@cairncross.com
- **Nicole M. Zeiss**  nzeiss@labaton.com
- **Paul H. Zumbro**  mao@cravath.com
- **Brittany Zummer**  bzummer@theadlerfirm.com, nfournier@theadlerfirm.com
- **Dario de Ghetaldi**  deg@coreylaw.com, lf@coreylaw.com

16