# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–3 | User: dchambers | Date Created: 5/11/2020 |
| Case: 19–30088 | Form ID: TRANSC | Total: 4 |

**Recipients of Notice of Electronic Filing:**
aty     Michael S. Etkin     metkin@lowenstein.com

                          TOTAL: 1

**Recipients submitted to the Claims Agent (Prime Clerk):**
aty     Richard W. Slack     Weil Gotshal and Manges, LLP     767 Fifth Ave.     New York, NY 10153–0119
aty     Stephen Karotkin     Weil, Gotshal & Manges LLP     767 Fifth Avenue     New York, NY 10153
aty     Thomas A. Dubbs     Labaton Sucharow LLP     140 Broadway     New York, NY 10005

                          TOTAL: 3