REBECCA J. WINTHROP (SBN 116386)
ROBIN D. BALL (SBN 159698)
NORTON ROSE FULBRIGHT US LLP
555 South Flower Street, Forty-First Floor
Los Angeles, California 90071
Telephone: 213.892.9200
Facsimile: 213.892.9494
rebecca.winthrop@nortonrosefulbright.com
robin.ball@nortonrosefulbright.com

*Attorneys for ADVENTIST HEALTH*

DAVID E. WEISS (SBN 148147)
PETER MUNOZ (SBN 66942)
REED SMITH LLP
101 Second Street Suite 1800
San Francisco, CA 94105-3659
Telephone: 415.543.8700
Facsimile: 415.391.8269
dweiss@reedsmith.com
pmunoz@reedsmith.com

*Attorneys for PARADISE ENTITIES*

BRIAN J. LOHAN (*Pro Hac Vice* application forthcoming)
BENJAMIN MINTZ (*Pro Hac Vice* admitted)
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Telephone: 212.836.8000
Facsimile: 212.836.8689
brian.lohan@arnoldporter.com
benjamin.mintz@arnoldporter.com

*Attorneys for AT&T*

Craig Goldblatt (*Pro Hac Vice* admitted)
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Ave., NW
Washington DC 20036
Telephone: 202.663.6000
Facsimile: 202.663.6363
craig.goldblatt@wilmerhale.com

Lauren Lifland (*Pro Hac Vice* application forthcoming)
Allyson Pierce (SBN 325060)
WILMER CUTLER PICKERING HALE AND DORR LLP
250 Greenwich Street
New York, NY 10007
Telephone: 202.230.8800
Facsimile: 202.230.8888
lauren.lifland@wilmerhale.com
allyson.pierce@wilmerhale.com

*Attorneys for COMCAST*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**In re:**

**PG&E CORPORATION,**

**- and -**

**PACIFIC GAS AND ELECTRIC COMPANY,**

**Debtors.**

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☒ Affects both Debtors

* *All papers shall be filed in the Lead Case, No. 19-30088 (DM)*

Case No. 19-30088 (DM)
Chapter 11
(Lead Case)
(Jointly Administered)

**NOTICE OF ERRATA TO OBJECTION OF ADVENTIST HEALTH, AT&T, PARADISE ENTITIES AND COMCAST TO TRUST DOCUMENTS**

Date: May 15, 2020
Time: 11:00 a.m. (PT)
Place: United States Bankruptcy Court
Courtroom 17, 16th Floor
San Francisco, CA 94102
Judge: The Hon. Dennis Montali

**PLEASE BE ADVISED** that there was an inadvertent error in the Objection filed on May 5, 2020. [Dkt. 7072]. Paradise Irrigation District inadvertently was omitted from the list of the Paradise Entities and Objectants**.** Paradise Irrigation District is a party to the Objection and is included as one of the Objectants.

[*Signatures on Following Page*]

Case: 19-30088 Doc# 7121 Filed: 05/07/20 Entered: 05/07/20 16:49:18 Page 2 of 3

Dated: May 7, 2020

RESPECTFULLY SUBMITTED:

NORTON ROSE FULBRIGHT US LLP

By: */s/ Rebecca J. Winthrop*
Rebecca J. Winthrop
David A. Rosenzweig
Attorney for ADVENTIST HEALTH

Dated: May 7, 2020

REED SMITH LLP

By: */s/ David E. Weiss*
David E. Weiss
Attorneys for PARADISE ENTITIES

Dated: May 7, 2020

ARNOLD & PORTER KAYE SCHOLER LLP

By: */s/ Benjamin Mintz*
Benjamin Mintz
Attorneys for AT&T

Dated: May 7, 2020

WILMER CUTLER PICKERING HALE & DORR LLP

By: */s/ Craig Goldblatt*
Craig Goldblatt
Attorneys for COMCAST

Case: 19-30088 Doc# 7121 Filed: 05/07/20 Entered: 05/07/20 16:49:18 Page 3 of 3