**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>PG&E Corporation, *et al.*<br><br>          Debtors | Chapter 11<br><br>Case No. 19-30088 Chapter 11<br><br>(Jointly Administered) |

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

       A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of certain (but not all) components of the claim referenced in this evidence and notice.

**CITIGROUP FINANCIAL PRODUCTS INC.**
Name of Transferee
Phone: (212) 723-6064, (302) 894-6175
Last Four Digits of Acct #: N/A

**CUPERTINO ELECTRIC, INC.**
Name of Transferor
Phone: 408-808-8127
Last Four Digits of Acct #: N/A

Name and Address where notices and payments to
transferee should be sent:

**Claim No: 73763**
**Case No.: 19-30088**

Kenneth Keeley
Citigroup Global Markets
388 Greenwich Street, Trading Tower 6th Floor
New York, NY 10013

Date Filed: October 21, 2019

Total Amount of Claim: $23,652,498.00
**Partial Transferred Unsecured Amount:**
**$3,849,367.68**

-and-

Brian S. Broyles
Distressed Closing/Private Equity/Corporate Actions
One Penns Way
OPS 2/2nd FL – Global Loans
New Castle, DE 19720

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

DocuSigned by:

*Joelle Gavlick*

By: ___240CDA98C9F64D3...___

Date: ___April 29___, 2020

Transferee/Transferee's Agent
Joelle Gavlick – Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.
18 U.S.C. §§ 152 & 3571.

754889-4-1399-v0.3

80-40539871

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:           United States Bankruptcy Court
                    Northern District of California
                    Attn: Clerk

AND TO:    PG&E Corporation ("Debtor")
                    Case No. 19-30088

CUPERTINO ELECTRIC, INC. ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and pursuant to the terms of a Transfer of Claims Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to:

CITIGROUP FINANCIAL PRODUCTS INC.
One Penns Way
OPS 2/2nd FL – Global Loans
New Castle, DE 19720

its successors and assigns ("Buyer"), all right, title and interest in and to certain unsecured claims of Seller against the Debtor, docketed as Proof of Claim No. 73763 solely with respect to $3,849,367.68 (the "Claim"), which represents 16.275% of the total claim amount of $23,652,498.00 and 17.90% of the unsecured amount of $21,570,173.27, in the United States Bankruptcy Court for the Northern District of California. The unsecured claims sold, transferred and assigned to Buyer are identified on Exhibit A attached hereto ("Transferred Claims"). Seller has retained all rights to the claims included in the Claim that are not specifically listed on Exhibit A or otherwise sold to Buyer pursuant to the Transfer of Claims Agreement dated January 3, 2020.

Seller hereby waives any objection to the transfer of the Transferred Claims to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the U.S. Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Claims and recognizing the Buyer as the sole owner and holder of the Transferred Claims.

Buyer does not assume and shall not be responsible for any obligations or liabilities of Seller related to or in connection with the Transferred Claims or the Bankruptcy Case. You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications, in respect of the Transferred Claims to Buyer.

[Signature Page Follows]

754889-4-1399-v0.3                                                  80-40539871

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Partial Transfer of Claim as of April 29, 2020.

CUPERTINO ELECTRIC, INC.

By: _____
Name: W.R. BLAKEY
Title: CFO

CITIGROUP FINANCIAL PRODUCTS INC.

By: _____
Name:
Title:

754889-4-1399-v0.3

80-40539871

IN WITNESS WHEREOF, Seller and Buyer have executed Evidence of Partial Transfer of Claim as of April 29, 2020.

**CUPERTINO ELECTRIC, INC.**

By:_____

Name:

Title:

**CITIGROUP FINANCIAL PRODUCTS INC.**

DocuSigned by:

By:_____

Name:  *Joelle Gavlick*

Title:  240CDA98C9F64D3...

Joelle Gavlick - Authorized Signatory

754889-4-1399-v0.3                                                                                                    80-40539871

## Exhibit A to

## Evidence of Partial Transfer

80-40539871

| CEI JOB# | INV DAT | PO# | Invoice Number | Invoice Amount | LOB | Pre-Post |
|---|---|---|---|---|---|---|
| 1812025700 | 03/05/19 | 2700210564 | 45127-1812025700 | $ 17,490.00 | EVCN TTM | PRE |
| 1812025800 | 03/05/19 | 2700210565 | 45126-1812025800 | $ 17,490.00 | EVCN TTM | PRE |
| 1812026300 | 03/05/19 | 2700210562 | 45104-1812026300 | $ 17,490.00 | EVCN TTM | PRE |
| 1812053400 | 03/05/19 | 2700210561 | 45103-1812053400 | $ 23,540.00 | EVCN TTM | PRE |
| 1611792300 | 12/20/19 | 2700161155 | 58182-1611792300 | $ 13,877.22 | MHP | PRE |
| 1611792300 | 12/20/19 | 2501440854 | 58180-1611792300 | $ 85,901.30 | MHP | PRE |
| 1711947600 | 02/06/20 | 2700131941 | Bucket 1 Inv 2 | $ 450,000.00 | SA | PRE |
| 1711947600 | 02/06/20 | 2700131941 | Bucket 2 Inv 3 | $ 1,351,391.71 | SA | PRE |
| 1812095800 | 03/13/20 | 2700417410 | 1812095800 | $ 1,872,187.45 | SA | PRE |
| | | | Total | $ 3,849,367.68 | | |

April 23, 2020

Page 1 of 1

List of CEI invoices