W. CHRISTIAN KRANKEMANN (SBN 220438)
KRANKEMANN LAW OFFICES P.C.
Attorneys At Law
420 E Street, Suite 100
Santa Rosa, California 95404
Telephone: (707) 524-2200
Facsimile: (866) 858-0100

Attorneys for FIRE VICTIMS

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>PG&E CORPORATION,<br>And<br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors | Chapter 11 Case<br>No.: 19-30088 (DM)<br>Lead Case<br>(Jointly Administered)<br><br>AFFIDAVIT OF W. CHRISTIAN KRANKEMANN EVIDENCING SERVICE OF SOLICITATION PACKAGES AND BALLOTS TO FIRE VICTIMS |

I, W. Christian Krankemann, declare:

1. I am an attorney-at-law duly licensed by the State Bar of California and am the principal attorney for Krankemann Law Offices P.C. ("the Firm") on whose behalf I make this affidavit.

2. On or about April 23, 2020 we were told by the Solicitation Agent (Prime Clerk) that the Solicitation Packages were mailed to our office on April 7, 2020 but that due to the current COVID-19 pandemic, the packages have been delayed. The Solicitation Agent (Prime Clerk) then advised our office to notify them on April 27, 2020 if we still had not received the Solicitation Packages via mail.

///

///

-1-

3. On April 27, 2020 we still had not received the Solicitation Packages, so in turn the Solicitation Agent (Prime Clerk) electronically provided this office with our clients' respective ballots.

4. Service of the Solicitation Packages on the Firm's clients is completed.

5. Said service took place between April 28, 2020 and May 1, 2020.

6. The Firm has provided the Client List to the Solicitation Agent.

The foregoing is true and correct to the best of my knowledge and belief and, accordingly, is attested to by me under penalty of perjury in accordance with the laws of California. This affidavit was executed by me in Santa Rosa, California on May 5, 2020.

/s/ W. Christian Krankemann
W. Christian Krankemann

-2-

AFFIDAVIT OF W. CHRISTIAN KRANKEMANN EVIDENCING SERVICE OF SOLICITATION PACKAGES
AND BALLOTS TO FIRE VICTIMS