| | |
|---|---|
| Robert A. Julian (SBN 88469)<br>Cecily A. Dumas (SBN 111449)<br>BAKER & HOSTETLER LLP<br>Transamerica Pyramid Center<br>600 Montgomery Street, Suite 3100<br>San Francisco, CA 94111-2806<br>Telephone:  415.659.2600<br>Facsimile:  415.659.2601<br>Email: rjulian@bakerlaw.com<br>Email: cdumas@bakerlaw.com | Eric R. Goodman (*Pro Hac Vice*)<br>BAKER & HOSTETLER LLP<br>Key Tower<br>127 Public Square, Suite 2000<br>Cleveland, OH 44114-1214<br>Telephone:  216.861.7418<br>Facsimile:  216.696.0740<br>Email: egoodman@bakerlaw.com |

Eric E. Sagerman (SBN 155496)
David J. Richardson (SBN 168592)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone:  310.820.8800
Facsimile:  310.820.8859
Email: esagerman@bakerlaw.com
Email: drichardson@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel to the Official Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>     -and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                                           **Debtors.**<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**JOINDER OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS IN THE DEBTORS' MOTION PURSUANT TO 11 U.S.C. §§ 363(b) AND 105(a) AND FED. R. BANKR. P. 9019 FOR ENTRY OF AN ORDER (I) APPROVING SETTLEMENTS WITH FEDERAL AND STATE AGENCIES OF GOVERNMENTAL AGENCY FIRE CLAIMS, AND (II) GRANTING RELATED RELIEF (THE "GOVERNMENTAL FIRE CLAIMS SETTLEMENTS MOTION") (Relates to Dkt. No. 6940)**<br><br>Date:   May 12, 2020<br>Time:  10:00 a.m. (Pacific Time)<br>Place:  Telephonic Appearance Only<br>           United States Bankruptcy Court<br>           Courtroom 17, 16th Floor<br>           San Francisco, CA 94102<br>**Objection Deadline: May 9, 2020** |

The Official Committee of Tort Claimants (the "**TCC**"), representing the largest group of stakeholders in the jointly administered bankruptcy cases (the "**Chapter 11 Cases**") of PG&E Corporation and Pacific Gas and Electric Company (the "**Debtors**"), by and through its attorneys Baker & Hostetler LLP, hereby submits this joinder (the "**Joinder**") to the Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 9019 for Entry of an Order (I) Approving Settlements with Federal and State Agencies of Governmental Agency Fire Claims, and (II) Granting Related Relief (the "**Governmental Fire Claims Settlements Motion**") (Dkt. No. 6940). The TCC actively negotiated the terms of the settlements which provide for the (1) reduction or withdrawal of billions of dollars of federal and state governmental agencies' fire claims, (2) prioritization of tort claimants' claims over the claims of the settling governmental agencies, (3) waiver of potential claims against fire victims and the fire victim trust, and (4) limit the source of recovery for certain settled claims.

The TCC reserves all rights to be heard by the Court in connection with the Governmental Fire Claims Settlements Motion, and to amend, supplement, or otherwise modify this Joinder prior to or at the hearing on the Governmental Fire Claims Settlements Motion.

WHEREFORE, the TCC respectfully requests that the Court enter an order granting the Governmental Fire Claims Settlements Motion and granting such other and further relief as is just and proper.

Dated: May 8, 2020

Respectfully submitted

BAKER & HOSTETLER LLP

By: _/s/ Eric R. Goodman_
      Eric R. Goodman

*Counsel to the Official Committee of Tort Claimants*