# EXHIBIT 6

## UNITED STATES COURT

## NORTHERN DISTRICT OF CALIFORNIA

In re:

PG&E CORPORATION and
PACIFIC GAS AND ELECTRIC
COMPANY,

           Debtors.

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
■ Affects both Debtors

*All papers shall be filed in the Lead Case, No. 19-30088 (DM)

Case No. 3:19-cv-05257-JD

Bankruptcy Case
No. 19-30088 (DM)
Chapter 11
(Lead Case) (Jointly Administered)

**DECLARATION OF
JAMES P. FRANTZ ATTACHED TO
JOINT REPORT REGARDING
THE STATUS OF THE VOTE**

Date: April 30, 2020
Time: 2:00 p.m. (Pacific Time)
Judge: Hon. James Donato
Place: Telephonic Only: (877) 402-9753, access code 5266369

[Re Dkt. Nos. 308, 311, 342]

## DECLARATION OF JAMES P. FRANTZ

James P. Frantz declares the following pursuant to 28 U.S.C. § 1746:

1. I am President and CEO of FRANTZ LAW GROUP, APLC. My firm is working together with MCNICHOLAS & MCNICHOLAS, LLP and BRIDGFORD, GLEASON & ARTINIAN.

2. Together, our firms represent more than 4,300 individuals with unique claims arising from wildfires alleged to have begun by PG&E equipment, who timely filed a Notice of Claim prior to the amended Bar Date ordered by the Bankruptcy Court.

3. Pursuant to the Restructuring Support Agreement (Doc. #5038-1; Case: 19-30088, Entered 12/09/19, p. 6, ¶2(g)), our firms have used "reasonable efforts to advise and recommend to its existing and future clients (who hold Fire Victim Claims) to support and vote to accept the Amended Plan."

4. As authorized by both the Restructure Support Agreement (ECF # 5038-1, p. 4; ¶2(a)(ii)) ("the Debtors shall… seek approval by the Bankruptcy Court of procedures to allow distribution of solicitation materials and casting of ballots for holders of Fire Victim Claims by digital means") and by Order of the Bankruptcy Court Establishing and Approving Plan Solicitation and Voting Procedures (ECF #6340, p. 12, ¶13(a)) (Each firm selecting the Master Ballot Solicitation Method… shall …provide the Disclosure Statement, either in hard copy or electronic format, to its Fire Victim Clients"), my firm has been soliciting and collecting votes both electronically and by mail.

5. A true and correct copy of the text ballot format with which our firms sent our clients the required court-ordered documents, including the Disclosure Statement, is attached hereto as Exhibit "A." The client recipient of the text may first click on a line entitled "Review Court Ordered Documents," and cause each of the Court-ordered documents to be revealed in a PDF format for review. Next, the client recipient of the text may then click on either "ACCEPT (I.E., VOTE IN FAVOR) the Plan" or "REJECT (I.E., VOTE AGAINST) the Plan."

6. These text votes are electronically delivered to our firms, and tabulated on a daily basis.

7. As of 12:30 p.m. PDT on Monday, April 27, 2020, 2,083 of our clients have voted to "ACCEPT" the Amended Plan.

8. As of 12:30 p.m. PDT on Monday, April 27, 2020, 26 of our clients have voted to "REJECT" the Amended Plan.

9. Concerning Attorney Thomas Tosdal's filing with this Court (Doc. #342, Case 3:19-cv-05257-JD, filed 04/27/20), the undersigned wishes to inform this Court as to the method the firms are using to solicit, collect and report votes cast by their respective clients.

10. Regarding Exhibit 1 of ECF 342 filed by Attorney Thomas Tosdal's on April 27, 2020, our law firms have not told our clients that "it will vote 'yes' for them but to call the firm if any client disagrees with a 'yes' vote."

11. Regarding Exhibit 2 of ECF 342 filed by Attorney Thomas Tosdal's on April 27, 2020, our law firms have not "solicit[ed] a 'yes' vote by text but require[d] a different method to register a 'no' vote."

12. Regarding Exhibit 3 of ECF 342 filed by Attorney Thomas Tosdal's on April 27, 2020, our law firms have not "provid[ed] a client with an easy click to vote 'yes' but responded to a "no" vote by sending the client a message that we do not understand their intended vote. Exhibit 3 reflects a client who failed to follow the instructions that were set forth in the outbound text. If the client had followed the provided instructions, their intended vote would have been confirmed. The client attempted to vote by responding to the outbound text via a responsive text and not by utilizing the provided "yes" or "no" responsive options. As a result of the client failing to follow the provided instructions, their vote was not properly received and documented.

13. Regarding Exhibit 4 of ECF 342 filed by Attorney Thomas Tosdal's on April 27, 2020, our law firms have not "request[ed] a client's agreement for the firm to vote for the client but not recognizing a 'no' answer to the request." We have not and will not cast a ballot for a client who has failed to vote either "ACCEPT" or "REJECT."

14. Regarding Exhibit 5 of ECF 342 filed by Attorney Thomas Tosdal's on April 27, 2020, our law firms have not sought to have its clients vote by email without giving a client the ability to cast either an "ACCEPT" or a "REJECT" vote.

15. I affirm that the facts set forth in this declaration are true and correct.

Dated April 28, 2020                    Respectfully submitted, Esq.

                                        /s/ James P. Frantz
                                        James P. Frantz, Esq.

| | |
|---|---|
| 1 | FRANTZ LAW GROUP, APLC |
| 2 | 71 Stevenson Street, Suite #400<br>San Francisco, California 94105 |
| 3 | Phone: (415) 419-8225<br>Email: jpf@frantzlawgroup.com |
| 4 | *Attorney for Numerous Wild Fire Claimants* |