# EXHIBIT 7

Case: 19-30088    Doc# 7129-8    Filed: 05/08/20    Entered: 05/08/20 15:06:44    Page 1 of 3

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re:

PG&E CORPORATION

- and -

PACIFIC GAS AND ELECTRIC COMPANY,

Debtors.

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☒ Affects both Debtors

*All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

Bankruptcy Case No. 19-30088 (DM)

Chapter 11
(Lead Case)
(Jointly Administered)

**DECLARATION OF MARTIN HAMBURGER REGARDING WILLIAM B. ABRAMS MOTION TO DESIGNATE IMPROPERLY SOLICITED VOTES PURSUANT TO 11 U.S.C. §1125(B) AND 1126(E) AND BANKRUPTCY RULE 2019**

Date: May 12, 2020
Time: 10:00 a.m. (Pacific Time)
Place: United States Bankruptcy Court
Courtroom 17, 16th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re: Docket No. 6799, 6964, 6963

## DECLARATION OF MARTIN HAMBURGER

Martin Hamburger declares the following pursuant to 28 U.S.C. § 1746:

1. I am a consultant for various political campaigns, primarily those running for the United States Congress. In addition, my firm contracts its services to others.

2. Knowing that this Court's Disclosure Statement would be distributed to those filing timely Notices of Claims by March 31, 2020, I created television ads to begin playing in the Santa Rosa ("North Bay") and Chico Designated Market Areas ("DMAs") on March 31, 2020. A link to these television ads may be accessed by clicking the following links: https://www.dropbox.com/sh/0vk10bmkl0419hc/AABYmRBXYMJm-tvAwl51iqI_a?dl=0.

3. I affirm that these advertisements did not begin to play in neither the North Bay nor Chico DMAs prior to March 31, 2020.

4. In addition, either before, during or after WATTS GUERRA's telephonic town hall meetings with its clients on March 21, 2020, March 26, 2020, March 31, 2020, April 4, 2020, April 11, 2020, April 18, 2020, April 25, 2020 and May 2, 2020, I digitally recorded over ZOOM these meetings, and prepared excerpts of the Questions and Answers ("Q&A's") whereby questions asked to WATTS GUERRA and its associated counsel during the week prior to the telephonic town hall meetings scheduled on Saturdays at 12:00 p.m. PDT were routed to Mikal Watts, who answered those questions on video. I edited those answers by topic, and sent those to Spencer Zack, for him to put on www.firesettlementfacts.com. I have reviewed those videos on www.firesettlementfacts.com and hereby affirm that all such video excerpts are true and correct copies of the videos I created of Mikal Watts answering client questions on video.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7th day of May, 2020.

*/s/ Martin Hamburger*
Martin Hamburger