# EXHIBIT 8

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION OF TOM KELLY REGARDING WILLIAM B. ABRAMS MOTION TO DESIGNATE IMPROPERLY SOLICITED VOTES PURSUANT TO 11 U.S.C. §1125(B) AND 1126(E) AND BANKRUPTCY RULE 2019**<br><br>Date: May 12, 2020<br>Time: 10:00 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA 94102<br><br>Re: Docket No. 6799, 6964, 6963 |

**DECLARATION OF TOM KELLY**

Tom Kelly declares the following pursuant to 28 U.S.C. § 1746:

1. I am the owner of KELLY GRAPHICS, a company based in Austin, Texas, principally focused on mail delivery and social media assessment.

2. I sent all the mail from WATTS GUERRA to its California Fire clients regarding the pending vote of the PG&E Reorganization Plan..

3. I sent no mail to any individual not previously retained by WATTS GUERRA.

4. I have sent the Disclosure Statement and other court-ordered materials to WATTS GUERRA's clients, as well as periodic update letters.

5. In addition, as to clients indicating to WATTS GUERRA that they preferred to communicate in Spanish, WATTS GUERRA received from counsel for the Debtor, the court certified Spanish translations of (1) the Disclosure Statement, (2) the Amended Disclosure

Statement, (3) Order Approving Disclosure Statement, signed by Judge Montali on March 17, 2020; (4) Fire Victim Claim statement; and (5) the Individual Fire-Victim Ballot, and I have mailed the Spanish language version of those documents to those Spanish-language WATTS GUERRA clients.

6. I affirm that the facts set forth in this declaration are true and correct.

Dated May 8, 2020          Respectfully submitted,

*/s/ Thomas Kelly*

_____
Tom Kelly