# EXHIBIT A

Case: 19-30088    Doc# 7129-11    Filed: 05/08/20    Entered: 05/08/20 15:06:44    Page 1 of 13

**LAW OFFICE OF**
**CAROL M. LANGFORD**
1001 Madison Street Fl. 1
Benicia, California 94510
Telephone: (925) 765-9780
Email: Langford@usfca.edu
Clangford.com

# CURRICULUM VITAE
## (Legal Ethics)

Member, State Bar of California, 1986 to present
Member, Washington D.C. Bar, 1989 to present

## ACADEMIC

**J.D.,** University of San Francisco School of Law, 1986
**Adjunct Professor of Law**, University of California Berkeley School of Law, 2011-2016; University of San Francisco, 1993 to present; Hastings College of the Law, 1998 to 2013; taught seminar and lecture called Legal Ethics in the Practice of Law
**Faculty**, Kessler-Eidson Program for Trial Techniques, Emory University Law School, 2002-2003.
**Guest Instructor**, Trial Practice, 1993 Faculty Member, Intensive Advocacy Program, Spring 1993, USF
**Visiting Professor of Law in Ethics**, Karlovy University, Prague, Czech Republic, Summer 1997
**Textbook Co-author,** *Legal Ethics in the Practice of Law*, published 1995 (Michie Company), 2nd edition published 2001 (Lexis), 3th Edition 2007 (Lexis), 4th Edition 2014 (Lexis)
**Co-author,** *The Moral Compass of the American Lawyer,* published 1999 (Ballantine Books)

## SELECTED LEGAL AFFILIATIONS

**Member,** Commission for the Revision of the Rules of Professional Conduct, 2015 to 2017; drafted or assisted in the drafting of the New Rules of Professional Conduct
**Chair,** Drafting Subcommittee of the Disciplinary Standards Task Force, 2014
**Chair,** Drafting Subcommittee of the Disciplinary Standards Task Force, 2014
**Member,** Association of Professional Responsibility Lawyers, 2000 to present
**Member**, Association of Discipline Defense Counsel, 2006 to present
**Member,** B.P. Litigation Ethics Panel, 2011
**Member**, Fee Arbitration Committee of the State Bar of California, 2005 to present
**Commissioner,** City of Benicia Open Government Commission 2012 to present
**Special Advisor**, State Bar Committee on Professional Responsibility and Conduct, 1996 - 1997; Chair, 1995 - 1996; Vice Chair, 1994 - 1995; Member, 1991 - 1994
**Chair,** American Bar Association Ethics Committee of the Intellectual Property Section,

1

2003-2005
**Chair,** Contra Costa County Bar Association Pro Bono Section, 2001-2002; board member 1998 to 2003
**Chair,** State Bar Council of Section Chairs, 2001-2002
**Chair,** Section Executive Committee, Law Practice Management & Technology, 2000-2001; chair elect, 1999-2000; member 1997-1999
**Mediator,** American Arbitration Association (attorney practice panel), 1996 to 2001; Contra Costa County Superior Court (malpractice and fee dispute matters), 1995 to 1998
**Board of Editors,** ABA Litigation Ethics Newsletter, 1997 to 2000
**Member,** Bar Association of San Francisco Legal Ethics Committee, 1993 to 2007
**Member,** American Bar Association Committee on Ethics and Professionalism, 1993
**Member,** Contra Costa County Bar Association, Professional Courtesy Subcommittee, 1999
**Member,** Contra Costa County Bar Association Legal Ethics Committee, 1993
**Fee Arbitration Panel,** State Bar of California 2006 to present
**Delegate,** State Bar Conference of Delegates, 1994 – 1998
**Special Master,** State Bar of California, 1994 to present
**Volunteer Attorney,** Contra Costa County Public Defender's Office, Winter 1990
**Member and Donor,** University of San Francisco Women's Scholarship Committee, 1987 - 1993; Secretary, 1992

## AWARDS

**Mayor's Proclamation** in Recognition of Law Day 2014 for the City of Benicia because of Open Government Commission's contributions to the State and City of Benicia, 2014
**Awardee,** National Institute for the Teaching of Ethics and Professionalism fellowship, 2011
**Awardee,** Adjunct Professor of the Year, University of San Francisco School of Law, 2009
**Awardee,** Lichtenstein Distinguished Professorship of Legal Ethics, Hofstra University Law School, Hempstead, New York, November 7, 2007
**Awardee**, Woman of the Year Senate Award for Women Who Seek Justice, 2004
Recognition by Contra Costa County Pro Bono Committee, 2002
**Awardee,** Women Helping Women Award, Soroptimist International, 2002
**Awardee**, John F. Kennedy Volunteer Appreciation Award, Lawyer in the Library, 2001-2007
**Pro bono**: Outstanding Volunteer of the Year, Bar Association of San Francisco, 1997, 1998
**Pro bono**: Wiley W. Manuel Award for Pro Bono Legal Services, State Bar of California, 1996, 1997

## LAW REVIEW ARTICLES AND ACADEMIC PUBLICATIONS

*Betting on the Client: Alternative Litigation Funding Is an Ethically Risky Proposition for Attorneys and Clients*, **University of San Francisco Law Review,** Volume 49, Number 22, 2015

*Barbarians at the Bar: Regulation of the Legal Profession through the Admissions Process,* **Hofstra Law Review**, Winter, 2009
*Finding A Voice: The Legal Ethics Committee*, **Journal for the Institute for the Study of Legal Ethics,** Spring 2002
*"You're Outta Here!": Proposed Disqualification Standards for Texas Courts,* South Texas Law School Journal, 2000
*Reflections on Confidentiality - A Practitioner's Response to* Spaulding v. Zimmerman, **Hofstra Law Conference Papers**, **Hofstra Law Review**, Spring 1998

**RECENT ETHICS ARTICLES**
Ethical Currents, Contra Costa Lawyer, July 2005
*Hot New Tips on How to Avoid a Legal Malpractice Lawsuit and State Bar Complaint,* California Consumer Lawyer, 2006
*The Ethical Duty of a Lawyer To Be Prepared for a Natural Disaster*, **San Francisco Attorney**, December 1992, republished 2005
**California Forms of Pleading and Practice***,* update of Attorney Admissions and Discipline, Attorney Law, Attorney Practice and Attorney Fees sections, 2003.
*International Ethics: A Shanghi Surprise*, **State Bar Reporter**, 2003
*Blinded by Science: The Art of Conflicts Checking in the Age of Technology,* **The Professional Lawyer***,* Winter, 2002
*Patently Conflicted: Conflicts of Interest in Patent Law*, ABA Center for Professional Responsibility Symposium Issue, Winter 2002
*A Diogenic Search for an Ethical Mediator*, **Contra Costa County Bar Association Publication**, Spring, 2001
*When the State Bar Bugs You,* **California Litigation**, Vol. 14, No. 1, 2001
*It Is Time to Question How Our Legal System Can Afford Secret Settlements*, **Voir Dire**, Spring 2000
*Attorney-Client Sieve*, **Recorder**, (op. ed.) April 1998
*Ethics in Ashes,* **California Lawyer**, November 1998
*Protecting Clients in the Wake of Disaster*, **Law Practice Management & Technology**, Winter 1998
*Ethics Issues in Representing Partnerships*, **California Lawyer**, February 1996
*Practicing Law on the "Right" Side of the Bay*, **California Lawyer**, January 1996
*An Ethics Rx for Your Practice*, **California Bar Journal**, May 1994
*Ethical Issues in Connection with Fee Agreements,* **Practicing Law Institute**, January 1994
*The Check Is in the Mail - The Ethical Duties of an Attorney When Enforcing Her Right to Fees After Discharge*, **Ethics Hotliner**, Winter 1993
*The Lawyer as Target: Building a Shield in the Post-Kaye, Scholer Era*, **California Litigation**, Spring 1993

**ETHICS COLUMNS**
The Ethics Corner, Contra Costa County Lawyer Magazine, 2010 - present as requested
The Moral Compass, American Lawyer Media, 1999
The Maven, The Bottom Line, 1998-2001

## RECENT ATTORNEY PRACTICE INSTRUCTION AND SPEAKING

**Speaker,** The New Rules of Professional Conduct, to various Bar entities, 2018-2019

**Speaker,** Current Developments in Legal Ethics, Pleasanton, May 21, 2015

**Speaker,** Protecting Yourself: How to Draft a Better Attorney and Mediator Fee Contracts, 39th Annual Symposium, Napa, May 2, 2015

**Speaker,** Law Office Management (family law), 39th Annual Symposium, Napa, May 2, 2015

**Speaker,** Alternative Litigation Funding, State Bar of California Nineteenth Annual Statewide Ethics Symposium, San Diego, April 25, 2015

**Speaker,** Ethics in Real Estate Transactions, PLI, San Francisco, November 7, 2014

**Speaker,** Ethics in the Digital World, Farella Braun & Martel LLP, San Francisco, October 28, 2014

**Speaker,** Eggs & Ethics, Bridging the Gaps: An Advertising Law Symposium, The Venable Firm, San Francisco, October 20, 2014

**Speaker,** California Employment Law Update (Social Media and Ethics), Practicing Law Institute (PLI), San Francisco, September, 16, 2014;

**Speaker,** Legal Ethics, State Bar of California Real Property Section, Tenaya Lodge, Fish Camp, May 2, 2014

**Speaker,** Keeping Pace in a Constantly Changing Legal Environment, San Francisco, April 12, 2014

**Speaker,** Legal Ethics in the 21st Century: Technology, Speech and Money, USF School of Law, January 31, 2014

**Speaker,** State Bar Issues Arising from Substance Abuse, Solano County Bar Assn., Fairfield, January 24, 2014

**Speaker,** Recent Developments in Legal Ethics, Alameda County Bar Association, Oakland, January 23, 2014

**Speaker,** Current Developments in the Ethics World, San Francisco, The State Bar of California, San Francisco, January 23, 2014

**Speaker,** What's New in the Ethics World, Orange County Patent Law Association, Orange County, December 19, 2013

**Speaker,** Current Developments in Legal Ethics: Substance Abuse & the Alameda County Lawyer, Alameda County Bar Assn., Oakland, December 6, 2013

**Speaker**, Ethics; Elimination of Bias, Consumer Attorneys of California, San Francisco, November 17, 2013

**Speaker**, 7th ABA Annual Labor and Employment Conference, Ethic, Labor and Employment Law, New Orleans, LA, November 7-9, 2013

**Speaker,** CAOC Annual Convention, Current Developments in Ethics, San Francisco, November, 2013

**Speaker**, Substance Abuse and Women, San Joaquin County Bar Assn., Stockton, October 3, 2013

**Speaker,** Tort Trial and Insurance Practice (Civility Guidelines), ABA 2013 Annual Meeting, San Francisco, August 9-11, 2013

**Speaker,** Family Law and Ethics, #103 The Bar Assn. of San Francisco, June 17, 2013

**Moderator,** Do Lawyers Have An Ethical Duty to Understand Technology? American

Bar Association Section of Labor & Employment Law National Symposium on Technology and Labor and Employment Law, Berkeley, April 23, 2013
**Speaker,** Substance Abuse and the Mind of the Lawyer, Napa County Women Lawyers, May 7, 2013
**Speaker,** Consumer Attorneys of California/College of Trial Arts, Lake Tahoe, March 22-23, 2013
**Speaker,** Ethical Conundrums in Real Estate Transactions, The State Bar of California, Real Property Law Section, Santa Barbara, February 23, 2013
**Speaker,** Party On!, Solano County Bar Assn., Fairfield, January 18, 2013
**Speaker,** Sex, Drugs and Rock-N-Roll - Substance Abuse and the California Lawyer Silicon Valley Intellectual Property Law Association, Palo Alto, December 20, 2012
**Speaker,** Substance Abuse Program, CB&M, San Francisco, December 18, 2012
**Speaker,** Ethics for Young Practitioners in the Digital World, The Barristers Club of the Bar Assn. of San Francisco, October 26, 2012
**Panelist,** Elimination of Bias in the Legal Profession as Good Business and a Moral and Ethical Imperative, State Bar of California, Monterey, October 14, 2012
**Panelist,** Ethics Issues Arising From the Use of Technology and the Web, State Bar of California, Monterey, October 13, 2012
**Panelist,** Hot Topics in the World of Legal Ethics, State Bar of California, Monterey, October 13, 2012
**Speaker,** Current Developments on Legal Ethics, Napa County Women Lawyers, Napa, August 8, 2012
**Speaker,** State Bar Legal Ethics Rules for Trust and Estate Lawyers, Alameda County Bar Association, Oakland, June 5, 2012
**Speaker,** Ethical Conduct, Eastern Alameda County Bar Assn., Pleasanton, May 18, 2012
**Speaker**, Market Issues de Jour: Short Sale Issues: Flipping, Negotiations and Fraud, 31st Real Property Law Section Retreat, Lake Tahoe, May 4, 2012
**Speaker,** Sex, Drugs and Rock-N-Roll, State Bar Intellectual Property Section, January 27, 2012
**Speaker,** Ethical Challenges for Business Law Counsel in a Troubled Economy, BASF, San Francisco, CA January 25, 2012
**Speaker**, Substance Abuse: A Lawyer in Trouble, Littler, Mendelson, San Francisco, CA January 23, 2012
**Speaker,** Current Developments in Ethics and How Real Estate Lawyers are Impacted, Alameda County Bar Assn., Oakland, January 18, 2012
**Speaker,** The Sobering Truth - Handling Substance Abuse, A Defense Perspective, San Joaquin County Bar Assn., January 9, 2012
**Speaker,** How to Avoid the Trap of No Good Deed Goes Unpunished, Contra Costa County Bar Assn., Walnut Creek, November 18, 2011
**Speaker**, Current Developments in Legal Ethics, Santa Clara County Bar Assn., San Jose, November 16, 2011
**Speaker**, Mental Health Substance Abuse and the Realities of Modern Practice. John F. Kennedy University, October 25, 2011
**Speaker**, Pro Bono/Elder Law Section Lunch, John F. Kennedy law School, October 4, 2011

**Speaker,** Current Developments in State Bar and Ethics Law, Marin County Bar Assn., San Rafael, September 21, 2011

**Speaker**, Elimination of Bias in the Legal profession as Good Business and a Moral and Ethical Imperative, State Bar of California, Long Beach, September 18, 2011

**Speaker**, Ethics in Juvenile Law, Contra Costa County Bar Assn., Walnut Creek, August 18, 2011

**Speaker,** Ethics in Juvenile Law, Contra Costa County Bar Assn., Martinez, May 10, 2011

**Panelist,** Dilemmas of In House Ethics Counsel, NIFTEP Fellowship program, Georgia State University, Minneapolis, Minnesota, April 29th, 2011

**Speaker,** How Family Law Attorneys Can Avoid a Bar Complaint, Alameda County Family Law Attorneys, Alameda, January 24, 2011

**Panelist,** Who's the Client? Ethical Questions and Considerations, Association of Corporate Counsel (San Francisco Chapter), Redwood City, January 13, 2011

**Speaker,** Avoiding Legal Malpractice, Littler, Mendehlson law firm, San Francisco, December 7, 2010

**Speaker,** Ethical Issues for Labor and Employment Lawyers, Contra Costa County Bar Association, Walnut Creek, November 19, 2010

**Panelist,** Conflicts of Interest: What They Are and How to Spot Them, USF Inns of Court, San Francisco, November 10, 2010

**Speaker,** Practising Law in the Digital Information Age, Idaho State Bar, Sun Valley Idaho, October 29, 2010

**Panelist,** Marketing and Ethics, Bar Association of San Francisco, San Francisco, October 27, 2010

**Guest Lecturer,** Ethical Issues and Law Students, University of New Mexico School of Law, Albuquerque, New Mexico, October 8, 2010

**Speaker**, Elimination of Bias in the Legal Profession: Good Business and a Moral and Ethical Imperative, State Bar Annual Meeting, Monterey, California, September 26, 2010.

**Speaker,** Current Developments in Discipline and Substance Abuse, Virtual Law Partners, Nationwide Program, May 19, 2010

**Panelist**, Online Privacy Issues, Santa Clara University Law School, Santa Clara, California, March 31, 2010

**Speaker**, When the State Bar Calls You: I.P. Lawyers and the Disciplinary Process, State Bar, I.P. Section, San Francisco, January 20, 2010

**Speaker**, Ethics and the Discipline System, Second Life Online, Sacramento County Law Library, June 25, 2009

**Speaker**, Public Emergencies and Health Care Law, McGeorge School of Law Symposium, Sacramento, California, May 1, 2009

**Panelist**, Special Section: Ethics, American Immigration Lawyer's Association, San Francisco, California, November 13, 2008

**Panelist,** Ethic Hot Spots in Mediation, Litigation Counsel of America, Yountville, CA October 30, 2008

**Panelist**, The Ethics of Bias, Mo/nterey, California, State Bar Annual Meeting, September 25, 2008

**Keynote Speaker**, The History of Admissions, California Deans of Law Schools, U.O.P.

McGeorge Law School, Sacramento, California, February 29, 2008
**Awardee/Presenter**, Lichtenstein Distinguished Professorship of Legal Ethics, Hofstra University Law School, Hempstead, New York, November 7, 2007
**Speaker**, The Ethics of Legal Outsourcing, Marines Memorial Building, San Francisco, CA   October 5, 2007
**Speaker**, The Disciplinary Process, Napa County Bar Assn., Napa, CA,  September 19, 2007.
**Speaker,** (Nursing Ethics), Nurses and Discipline, Advance Job Fairs, Anaheim, San Jose, and Ontario, California,  September 9, October 26 and November 2, 2007
**Speaker**, The Disciplinary Process, Napa County Bar Assn., Napa, California, September 19, 2007
**Speaker**, Nursing Ethics and Discipline, Advance Job Fair, Anaheim, California September 17, 2007
**Panelist,** Immigration Law Ethics, Immigration Bar, San Francisco, California, April 5, 2007
**Speaker**, Ethics in Legal Research and Writing, LRW, Nairobi, Kenya, March 17, 2007
**Speaker,** Barbarians at the Gate. The Admissions Process, APRL, Miami Beach, Florida, February 10, 2007
**Speaker,** Sex, Drugs and Rock-N-Roll, San Francisco Bar Assn., January 16, 2007
**Speaker,** Ethical Issues in Federal E-Discovery, PLI, Fall, 2006
**Speaker**, Current Developments in Legal Ethics, State Bar Annual Meeting, October 8, 2006 and Solano County Bar Assn., October 20, 2006
**Speaker**, Is Your Non-Attorney Support Staff Breaking the Law as they Work, State Bar Annual Meeting, October 7, 2006
**Speaker**, What's New in Legal Ethics, Berkeley-Albany Bar Association, Berkeley, California, February 27, 2006
**Speaker**, Sex, Drugs & Rock-n-Roll, State Bar Intellectual Property Institute, Napa, November 5, 2005 and Solano County Bar Association, Fairfield, September 15, 2005
**Speaker**, Trying a Case in the Media, USF 150th Year Event, San Francisco, October 22, 2005
**Speaker**, Private Eye, Esq.?  The Pros and Cons of Lawyers Conducting Investigations for Employment-Related cases, State Bar, San Diego, September 2005
**Speaker**, The Client's File in the Electronic Age, State Bar of California, San Diego, September 10, 2005
**Speaker**, Standing in Disqualifications Motions, APRL, Chicago, Illinois, August 5, 2005
**Speaker**, The Fine Print:  Ethics and Legal Marketing, Legal Marketers' Association, San Francisco, June 22, 2005
**Speaker**, Changes in the P.T.O. Ethics Rules; San Francisco and Los Angeles County I.P. Bar Assns., La Quinta, California, May 21, 2005
**Speaker**, Current Developments in Intellectual Property Law and Ethics, Washington State Bar Assn., Seattle, Washington, March 11, 2005
**Speaker**, The Emergence of General Counsel in Law Firms, Kansas Law Review Symposium, Lawrence, Kansas, February 25, 2005
**Speaker**, Sex, Sex, Sex:  Everything You Always Wanted to Know about Sex and Gender in the Workplace, State Bar, SEI, San Francisco,  January 28, 2005

**Speaker,** Current Developments in Legal Ethics, State Bar of California, September 2003, January 23, 2005
**Speaker**, Real Estate Law and Ethics, Contra Costa County Bar Assn., Walnut Creek, December 17, 2004
**Speaker**, Ethics and Discipline, Stein & Luban, San Francisco, CA  October 19, 2004
**Speaker**, The New PTO Proposed Rules of Professional Conduct, The Houston Intellectual Property Law Assn., October 7, 2004
**Speaker**, Starting a Solo Firm.  John F. Kennedy Alumni Day. October 3, 2004
**Speaker**, Current Developments in Legal Ethics. California State Bar, Monterey, September 10, 2004
**Speaker**, The Ethics of Bias, Law Practice Management & Technology Section of the California State Bar, September 9, 2004
**Panelist**, The New Rules on Confidentiality, Federal and State, Lorman, San Francisco, August 5, 2004
**Speaker**, Current Developments in Intellectual Property Law Ethics, American Bar Assn Section of Intellectual Property Law, Toronto, Canada, June 18, 2004
**Speaker,** Current Developments in Criminal Law Legal Ethics, Contra Costa County Bar Assn., May 25, 2004
**Panelist,** IP Law and Ethics, American Bar Assn., Section of Intellectual Property Law, Washington, DC., April 2, 2004
**Speaker,** Legal Ethics for Education Lawyers, Tenaya Lodge, Fish Camp, California, January 10, 2004
**Speaker,** Current Developments in Legal Ethics, State Bar of California, , September 2003, January 23, 2004
**Speaker**, Secretarial Ethics, Sacramento Secretaries Association, September 2003
**Speaker,** Ethics in Estate Planning & Administration, Sacramento County Bar Assn, May 2003
**Speaker**, Current Events in Legal Ethics and Discipline, Section Education Institute, January 2003
**Speaker,** The Ethics of Sharing Space, Bar Assn., of San Francisco, November 14, 2002
**Speaker**, Ethics and Real Estate Law, Walnut Creek, October 16, 2002
**Speaker**, Current Developments in Legal Ethics, State Bar Annual Meeting, Monterey, October 12, 2002
**Speaker**, Getting in and out of a Case and (Still) Getting Paid, State Bar Annual Meeting, Monterey, October 12, 2002
**Panelist**, Unfair Competition Claims 2002, PLI San Francisco, August 2, 2002
**Speaker**, Further Ethical Issues in Employment Law, Walnut Creek, July 26, 2002
**Speaker**, Handling Ethics Problems with Specific Focus on Bankruptcy Law, Walnut Creek, July 16, 2002
**Speaker**, Defense Research Institute, Ethical Issues in Drug and Medical Device Litigation, San Francisco, May 17, 2002
**Speaker**, Stress, Drugs, Alcohol and Mental Health, Law firm in-house presentation, Walnut Creek, March 5, 2002
**Speaker**, Emerging Ethical Issues in 2002, Santa Clara County Bar Association, San Jose, January 28, 2002

**Speaker**, Becoming an Ethical Lawyer, Howard University, Washington, D.C., October 16, 2001
**Speaker**, Legal Ethics Committees, Hofstra Ethics Symposium, Long Island, New York, September 11, 2001
**Panelist**, Staying Secure and Ethical in the Mobile Workplace, Legal Tech, San Francisco, August 21, 2001
**Speaker**, The Moral Compass of the American Lawyer, Idaho State Bar, Boise, Idaho, July 13, 2001
**Speaker**, Conflicts of Interest in Patent Cases, American Bar Association Annual Meeting, Miami, Florida, May 31, 2001
**Panelist**, Commercial Real Estate Financing, PLI, San Francisco, May 11, 2001
**Speaker**, Judicial Ethics, U.S. Embassy (Judicial Institute), Amman, Jordan, April 17, 2001
**Speaker**, Conflicts of Interest, Placer County Bar Association, Tahoe City, April 14, 2001
**Speaker**, Conflicts of Interest, John F. Kennedy Law School, Walnut Creek, January 26, 2001
**Moderator**, Resolving Common Ethical Dilemmas, Practicing Law Institute, San Francisco, December 13-14, 2000
**Panelist**, Ethical Considerations in the Legal Profession: Basics & Recent Developments, Secrets of Successful Advocacy in Mediation, Contra Costa County Bar Association, Concord, November 17, 2000
**Speaker**, Getting In and Out of a Case Safely & Ethically, Marin County Women Lawyers, Corte Madera, November 8, 2000
**Panelist**, Teaching Legal Ethics in the Adjunct Academy, USF, October 12, 2000
**Speaker**, Conflicts of Interest, Santa Clara County Women Lawyers, San Jose, October 3, 2000
**Speaker**, Conflicts of Interest, State Bar Annual Meeting, San Diego, September 15-16, 2000
**Speaker**, Current Developments in Ethics, West County Section of the Contra Costa County Bar Association, El Cerrito, June 2000
**Moderator**, Ethical Issues in the Mortgage Trade, PLI, San Francisco, May 2000
**Moderator**, Issues Presented by E-Mail, the Internet and Other New Technologies; Silverado Country Club, Napa, March 2000
**Speaker**, Introduction to Law and Pro Bono, John F. Kennedy Law School, Walnut Creek, January 2000
**Moderator**, Ten Ways to Commit Malpractice with Your Computer;
State Bar Annual Meeting, Long Beach, September 1999
**Faculty**, Ethics Orientation Presentation, Lewis & Clark Law School, Portland, Oregon, September 1999
**Speaker**, Legal Ethics: Cautionary Tales and Practical Solutions, San Mateo County Bar Association, Sunnyvale, June 1999
**Moderator**, Managing Your Practice to Avoid Ethical Pitfalls, San Francisco Bar Association, June 1999
**Speaker**, New Developments in Ethics, San Mateo County Bar Association, May 1999

9

**Faculty**, Emerging Professional Responsibility Issues in Litigation, South Texas College of Law, Houston, Texas, March 1999
**Speaker**, Current Developments in Business Ethics, Rotary Club, Walnut Creek, March 1999
**Speaker**, Criminal Law and Ethics, Contra Costa County Bar Association, Concord, March 1999
**Faculty**, Hofstra University School of Law Conference, Legal Ethics and Access to Justice, Hempstead, New York, April 1998
**Speaker,** Fees, Fee Agreements & Current Issues in Ethics, Contra Costa County Bar Association, Concord, February 1998
**Speaker,** Attorneys Fees and Key Developments in Ethics, University of San Francisco School of Law MCLE Program, San Francisco, November 1997
**Speaker,** Key Developments in Legal Ethics, State Bar Annual Meeting, San Diego, September 1997
**Speaker,** The Enigma of the Expert Witness: When Practical and Ethical Considerations Clash; American Bar Association Annual Meeting, San Francisco, August 1997
**Speaker,** Conflict with Your Client or Partner? What to do Instead of Sue, American Arbitration Association, San Francisco and San Jose, May 1997 and June 1997
**Speaker,** The Saga of Sam and Samantha: Business Ethics, Institute of Internal Auditors, Monterey, March 1997
**Speaker,** Current Events in Ethics and the Real Estate Lawyer, Contra Costa County Bar Association, Walnut Creek, January 1997
**Speaker,** Current Events in Ethics; Solano County Bar Association, Fairfield, December 1996
**Speaker,** Conflicts, Advertising & Bias, INR, South San Francisco, January 1996
**Panelist,** Representing the Corporate Client, CEB, various cities including Los Angeles and Costa Mesa, from December 1995 to January 1996
**Speaker,** Money, Money, Money, Bar Association of San Francisco, November 1995
**Speaker,** Malpractice and Ethical Problems When Lawyers Practice Together, Contra Costa County Bar Association, Walnut Creek, November 1995
**Speaker,** Conflicts of Interest and Police Officer Defense, PORAC, San Francisco, November 1995
**Speaker,** An Ethics Rx for Your Practice, Lawyers' Mutual, various California cities, from March 1995 to 1996
**Panelist,** Engagement Without the Ring, State Bar of California, San Francisco, September 1995
**Speaker,** The Subtlety of Bias, Consumer Law Seminar, San Francisco, August 1995
**Moderator,** In House Ethics Counsel, State Bar First Annual Ethics Symposium, Marina Del Rey, May 1995
**Speaker,** Ethical Issues Facing Attorneys, Alameda County Bar Association, May 1995
**Speaker,** Controlling Your Outside Legal Costs, Law Office of William Gwire, San Francisco, April 1995
**Lecturer,** Sexual Harassment in the Law Firm Environment, John F. Kennedy Law School, Walnut Creek, April 1995
**Lecturer,** The Subtlety of Bias, University of California, Los Angeles, January 1995

**Speaker,** Real Estate Law & Ethics, Walnut Creek, Contra Costa County Bar Association, January 1995
**Speaker/Panelist,** Media Relations & Ethics, Bay Area Lawyers for Individual Freedom, San Francisco, January 1995
**Lecturer,** Conflicts of Interest, University of San Francisco Ethics Forum, January 1995
**Panelist,** Commercial Transactions & Ethics, American Bar Association Affordable Housing Lawyers, San Francisco, January 1995
**Speaker,** Conflicts of Interest and Vicarious Liability, Lawyers' Mutual, Fresno, November 1994
**Speaker,** Paralegal Ethics, Carroll, Burdick & McDonough, San Francisco, October 1994
**Panelist,** Lawyer Advertising and You, State Bar Convention, Anaheim, September 1994
**Panelist,** That Awkward Moment: Confronting Gender Bias in the Courtroom, State Bar Convention, Anaheim, September 1994
**Speaker,** Practice Management to Avoid Legal Malpractice, Lawyers' Mutual, Costa Mesa, September 1994
**Speaker/Moderator,** Sexual Harassment and the Elimination of Bias, Contra Costa County Bar Association, Concord, April 1994
**Lecturer,** Attorney Fee Issues, University of San Francisco Ethics Conference, January 1994
**Speaker/Panelist,** The Attorney-Client Relationship, The Elimination of Bias, PLI, San Francisco, January 1994
**Speaker,** Ethical Problems for Litigators, Hastings College of the Law, San Francisco, January 1994
**Speaker,** Ethical Issues Involved in Fee Agreements, Carroll, Burdick & McDonough, San Francisco, December 1993
**Speaker/Panelist,** Malpractice Avoidance and Fee Agreements, Lawyers' Mutual Insurance Company, Irvine, November 1993
**Speaker,** The Elimination of Bias, Hastings College of the Law C.L.E. Program, San Francisco, October 1993
**Speaker,** Environmental Law and Ethics, Carroll, Burdick & McDonough, San Francisco, August 1993
**Lecturer,** Ethical Dilemmas Facing Women Lawyers, University of San Francisco Women Lawyers Committee, June 1993
**Speaker/Panelist,** Legal, Ethical Issues Involving Domestic Employment, Bar Association of San Francisco, April 1993

## PRESENT ETHICS PRACTICE

**Ethics Consultant and Advisor** to numerous individual attorneys, law firms and insurance companies
**Ethics Consultant** to Judicial Council of California in creating a code of ethics for court personnel
**Speaker, Ethics Continuing Education** for law firms and other CLE providers
**Expert Witness** on professional ethics, including testimony before California Superior Courts and in other jurisdictions
(Names of clients are confidential; attorney references may be provided as necessary.)

11

**OTHER LAW-RELATED PRACTICE**
    **Partner,** Carroll, Burdick & McDonough (employed as associate and then partner from 1992-1997)
    **Associate,** O'Melveny & Myers, 1990 - 1991
    **Associate,** Pillsbury Madison & Sutro, 1986 - 1990
    **Practice Areas:** Antitrust and contract litigation, 1986 - 1990; environmental coverage and general business litigation, 1990 - 1991; criminal litigation, 1990; construction and general business litigation, 1992 to 1996; ethics and legal malpractice consultation and litigation, 1991 to present.
    **Legal Advisor:** National SIDS Alliance, 1992 - 1993

cv.cml.wp/rev.33
Rev. 10/28/2015