# EXHIBIT 11

In re:

PG&E CORPORATION

- and -

PACIFIC GAS AND ELECTRIC COMPANY,

Debtors.

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☒ Affects both Debtors

*All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

Bankruptcy Case No. 19-30088 (DM)

Chapter 11
(Lead Case)
(Jointly Administered)

**DECLARATION OF ALICIA O'NEILL REGARDING WILLIAM B. ABRAMS MOTION TO DESIGNATE IMPROPERLY SOLICITED VOTES PURSUANT TO 11 U.S.C. §1125(B) AND 1126(E) AND BANKRUPTCY RULE 2019**

Date: May 12, 2020
Time: 10:00 a.m. (Pacific Time)
Place: United States Bankruptcy Court
Courtroom 17, 16th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re: Docket No. 6799, 6964, 6963

## DECLARATION OF ALICIA O'NEILL

Alicia O'Neill declares the following pursuant to 28 U.S.C. § 1746:

1. I am the attorney who heads the Mass Torts Department of WATTS GUERRA, with primary responsibility over all litigation communications with its California Fires client base.

2. I manage over seventy (70) WATTS GUERRA Mass Tort employees, and direct their daily activities.

3. I affirm that the only individuals contacted by WATTS GUERRA employees concerning the vote in the California Fires case are those for whom we have been employed via a written client retention agreement whereby an individual client hires WATTS GUERRA as their lawyers.

4. Furthermore, I affirm that my WATTS GUERRA Mass Tort Department employees have placed no call to our client base where we are badgering them, or directing their vote. While

we have, pursuant to our firm's contractual obligations under the December 6, 2019 Restructuring Support Agreement, advocated that our clients should vote to "ACCEPT" the proposed approximate $13.5 billion settlement with PG&E, we also have made clear that the vote of each individual is their vote to make, and that we will continue to act as their counsel, regardless of how they choose to vote.

5. In addition, our written disclosure of the credit facility issue has been translated into Spanish and provided in writing to our 169 clients who have asked to communicate in Spanish.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this the 8th day of May, 2020.

/s/ Alicia O'Neill
Alicia O'Neill