# EXHIBIT A

## Review Court Ordered Documents

1. Disclosure Statement - Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization dated January 31, 2020

Click Here to Review the Disclosure Statement

2. Judge Montali Order dated March 17, 2020 Approving the Proposed Disclosure Statement; Plan Solicitation and Voting Procedures; Forms of Ballots, Solicitation Packages and Related Notices

Click Here to Review the Order

3. Confirmation Hearing Notice notifying all parties of the May 27, 2020 @ 10:00 a.m. hearing to confirm the Plan

Click Here to Review the Confirmation Hearing Notice

4. PGE Fire Settlement Ballot

Click Here to Review the Fire Victim Ballot



✅ ACCEPT (I.E., VOTE IN FAVOR) the Plan  >

❌ REJECT (I.E., VOTE AGAINST) the Plan  >





**PG&E Settlement**
4/24/2020, 3:25 PM



**RE:Archer, Matthew**

Hello Matt. If you would like us to cast the vote for you on PG&E's Bankruptcy Exit Plan, you may tell us how you vote below. **As your legal counsel, we strongly encourage you to support the Plan and vote to Accept**. The decision, however, is entirely yours. If you prefer to vote online yourself, or have already voted, you may ignore this text.