# EXHIBIT 13

Case: 19-30088 Doc# 7129-17 Filed: 05/08/20 Entered: 05/08/20 15:06:44 Page 1 of 12

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION OF SAM ROECKER REGARDING WILLIAM B. ABRAMS MOTION TO DESIGNATE IMPROPERLY SOLICITED VOTES PURSUANT TO 11 U.S.C. §1125(B) AND 1126(E) AND BANKRUPTCY RULE 2019**<br><br>Date: May 12, 2020<br>Time: 10:00 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA 94102<br><br>Re: Docket No. 6799, 6964, 6963 |

**DECLARATION OF SAM ROECKER**

Sam Roecker declares the following pursuant to 28 U.S.C. § 1746:

1. I am the owner of PATH TO VICTORY, LLC, a company based in Madison, Wisconsin, principally focused on public affairs consulting. I worked on a contract basis as a representative of WATTS GUERRA in the California wildfires litigation, and work under its direction and control in the case.

2. I attended a number of WATTS GUERRA's in-person client town hall meetings between 2017 and 2019.

3. I have distributed all of WATTS GUERRA's social media and website content involving the present vote on PG&E's Amended Plan of Reorganization since the voting period began on March 31, 2020.

4. Since Mid-March, 2020, the COVID-19 pandemic has prevented WATTS GUERRA from conducting in-person client town hall meetings like those I personally attended between 2017 and 2019.

5. I informed WATTS GUERRA that my company had access to a communications technology that could utilize telephone numbers of the firm's California Fires client base, and invite them to a WATTS GUERRA telephonic town hall meeting.

6. Since the COVID-19 pandemic began, I have facilitated WATTS GUERRA telephonic town hall meetings on the following dates:

    a. March 21, 2020;

    b. March 26, 2020;

    c. March 31, 2020;

    d. April 4, 2020;

    e. April 11, 2020;

    f. April 18, 2020;

    g. April 25, 2020;

    h. May 2, 2020.

7. In addition, my company is contracted to facilitate future telephonic town hall meeting between WATTS GUERRA and its clients on May 9, 2020 and May 15, 2020.

8. During the town halls, we received client questions in real-time and Mikal Watts addressed as many of those question as possible during the 2-3 hour town halls. Beginning on April 4th, the town halls were made available to the general public.

9. My data shows the number of individuals participating in these telephonic town hall meetings is as follows:

    a. March 21, 2020 - 4,434 individuals;

b. March 26, 2020 – 3,429 individuals;

c. March 31, 2020 – 3,984 individuals;

d. April 4, 2020 – 3,396 individuals;

e. April 11, 2020 – 2,969 individuals;

f. April 18, 2020 – 4,803 individuals;

g. April 25, 2020 – 3,840 individuals;

h. May 2, 2020 – 3,636 individuals.

10. My data shows individuals listened to these telephonic town hall meetings for a combined total of 1,769,328 minutes.

11. In addition, I have put the following messages up on Social Media between the beginning of the voting period on March 31, 2020 and the present:

a. Exhibit "A" -

https://www.facebook.com/FireSettlementFacts/videos/3840165666054177

b. Exhibit "B" – https://www.facebook.com/watch/?v=1090940217945277

c. Exhibit "C" – https://www.facebook.com/events/292963808365512/

d. Exhibit "D" – https://www.facebook.com/watch/?v=1146553372354419

e. Exhibit "E" –

https://www.facebook.com/watch/FireSettlementFacts/2527527954242682/

f. Exhibit "F" –

https://www.facebook.com/FireSettlementFacts/posts/126012752391893

g. Exhibit "G" –

https://www.facebook.com/FireSettlementFacts/videos/345697469724989/

h. Exhibit "H" –

https://www.facebook.com/FireSettlementFacts/videos/3039362122793871/

i. Exhibit "I" –

   https://www.facebook.com/FireSettlementFacts/videos/3620751497952086/

j. Exhibit "J" –

   https://www.facebook.com/FireSettlementFacts/posts/124789352514233

k. Exhibit "K" –

   https://www.facebook.com/FireSettlementFacts/posts/123625652630603

l. Exhibit "L" –

   https://www.facebook.com/FireSettlementFacts/posts/123613805965121

m. Exhibit "M" –

   https://www.facebook.com/FireSettlementFacts/posts/123143792678789

n. Exhibit "N" –

   https://www.facebook.com/FireSettlementFacts/posts/123052739354561

o. Exhibit "O" –

   https://www.facebook.com/FireSettlementFacts/posts/122037846122717

p. Exhibit "P" –

   https://www.facebook.com/FireSettlementFacts/posts/121392652853903

q. Exhibit "Q" –

   https://www.facebook.com/FireSettlementFacts/posts/121365456189956

r. Exhibit "R" –

   https://www.facebook.com/FireSettlementFacts/posts/121336462859522

s. Exhibit "S" –

   https://www.facebook.com/FireSettlementFacts/videos/225763745366386/

t. Exhibit "T" –

   https://www.facebook.com/FireSettlementFacts/videos/362104778026959/

u. Exhibit "U" –

   https://www.facebook.com/FireSettlementFacts/videos/226530605082975/

v. Exhibit "V" –

   https://www.facebook.com/FireSettlementFacts/posts/120238086302693

w. Exhibit "W" –

   https://www.facebook.com/FireSettlementFacts/videos/1584757941674736/

x. Exhibit "X" –

   https://www.facebook.com/FireSettlementFacts/videos/559459741628747/

y. Exhibit "Y" –

   https://www.facebook.com/FireSettlementFacts/videos/293635134999642

z. Exhibit "Z" –

   https://www.facebook.com/FireSettlementFacts/videos/231917751490048/

aa. Exhibit "AA" –

   https://www.facebook.com/FireSettlementFacts/videos/285720872418842/

bb. Exhibit "BB" –

   https://www.facebook.com/FireSettlementFacts/videos/347781859513080/

cc. Exhibit "CC" –

   https://www.facebook.com/FireSettlementFacts/posts/116964916630010

dd. Exhibit "DD" –

   https://www.facebook.com/FireSettlementFacts/videos/290642748589250/

ee. Exhibit "EE" –

   https://www.facebook.com/FireSettlementFacts/posts/116274773365691

ff. Exhibit "FF" –

   https://www.facebook.com/FireSettlementFacts/videos/287252648931094/

gg. Exhibit "GG" –

   https://www.facebook.com/FireSettlementFacts/posts/115741280085707

hh. Exhibit "HH" –

   https://www.facebook.com/FireSettlementFacts/posts/115639620095873

ii. Exhibit "II" –

   https://www.facebook.com/FireSettlementFacts/videos/899905817127955/

jj. Exhibit "JJ" –

   https://www.facebook.com/FireSettlementFacts/videos/643379496503005/

kk. Exhibit "KK" –

   https://www.facebook.com/FireSettlementFacts/videos/509811769684860/

ll. Exhibit "LL" –

   https://www.facebook.com/FireSettlementFacts/videos/547748582524070/

mm. Exhibit "MM" –

   https://www.facebook.com/FireSettlementFacts/videos/309491213353139/

nn. Exhibit "NN" –

   https://www.facebook.com/FireSettlementFacts/videos/218748109346309/

oo. Exhibit "OO" –

   https://www.facebook.com/FireSettlementFacts/videos/542870823025105/

pp. Exhibit "PP" –

   https://www.facebook.com/FireSettlementFacts/videos/223164165558991/

qq. Exhibit "QQ" –

   https://www.facebook.com/FireSettlementFacts/videos/1517322555288384/

rr. Exhibit "RR" –

   https://www.facebook.com/FireSettlementFacts/videos/2622661388011471/

ss. Exhibit "SS" -

https://www.facebook.com/FireSettlementFacts/posts/113011093692059/

tt. Exhibit "TT" –

https://www.facebook.com/FireSettlementFacts/posts/111931730466662

uu. Exhibit "UU" –

https://www.facebook.com/FireSettlementFacts/videos/148065079950363

vv. Exhibit "VV" –

https://www.facebook.com/FireSettlementFacts/posts/111523247174177

ww. Exhibit "WW" –

https://www.facebook.com/FireSettlementFacts/videos/872142576634997/

xx. Exhibit "XX" -

https://www.facebook.com/FireSettlementFacts/videos/522931518419515/

yy. Exhibit "YY" –

https://www.facebook.com/FireSettlementFacts/posts/110105210649314

zz. Exhibit "ZZ" –

https://www.facebook.com/FireSettlementFacts/videos/526912224851409/

aaa. Exhibit "AAA" –

https://www.facebook.com/FireSettlementFacts/posts/109983693994799

bbb. Exhibit "BBB" –

https://www.facebook.com/FireSettlementFacts/videos/236570717538684/

ccc. Exhibit "CCC" –

https://www.facebook.com/FireSettlementFacts/posts/109831357343366

ddd. Exhibit "DDD"-

https://www.facebook.com/FireSettlementFacts/posts/108994064093762

eee. Exhibit "EEE" –

https://www.facebook.com/FireSettlementFacts/videos/3015026028549275/

fff. Exhibit "FFF" –

https://www.facebook.com/FireSettlementFacts/posts/108707874122381

ggg. Exhibit "GGG" –

https://www.facebook.com/FireSettlementFacts/videos/260135725148972/

hhh. Exhibit "HHH" –

https://www.facebook.com/FireSettlementFacts/videos/151760606187369/

iii. Exhibit "III" –

https://www.facebook.com/FireSettlementFacts/posts/107713680888467

jjj. Exhibit "JJJ" –

https://www.facebook.com/FireSettlementFacts/posts/107254500934385

kkk. Exhibit "KKK" –

https://www.facebook.com/FireSettlementFacts/videos/574070636790093/

lll. Exhibit "JJJ" –

https://www.facebook.com/FireSettlementFacts/posts/104996771160158

mmm. Exhibit "MMM" –

https://www.facebook.com/FireSettlementFacts/videos/207175540559798/

nnn. Exhibit "NNN" -

https://www.facebook.com/FireSettlementFacts/posts/104623217864180

ooo. Exhibit "OOO" -

https://www.facebook.com/FireSettlementFacts/posts/104031641256671

12. In addition to social media posts, I have also placed digital advertising from the beginning of the voting period on March 31, 2020 and the present. Including the following:

a. https://www.facebook.com/102558958070606/posts/384016566054177
b. https://www.instagram.com/p/B_3IbN1j4Fo/#advertiser
c. https://www.instagram.com/p/B_3IWTwgGnO/#advertiser
d. https://www.facebook.com/102558958070606/posts/1090940217945277
e. https://www.facebook.com/102558958070606/posts/347781859513080
f. https://www.facebook.com/102558958070606/posts/131782391814929?dco_ad_id=23844664646140189
g. Screenshot:



h. Screenshot:



i. Screenshot:



j. Screenshot:



k. Screenshot:



l. Screenshot:



m. Screenshot:



I declare under penalty of perjury that the foregoing is true and correct.

Executed on this the 7ᵗʰ day of May, 2020.

                                                            /s/ *Sam Roecker*
                                                            Sam Roecker