# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:                    ) Bankruptcy Case
                          ) No. 19-30088-DM
PG&E CORPORATION,         )
                          ) Chapter 11
     and                  )
                          ) Jointly Administered
PACIFIC GAS AND ELECTRIC  )
COMPANY,                  )
                          )
     Debtors.             )

*************************************
TELEPHONIC TOWN HALL
DECEMBER 8, 2019
EXCERPT
*************************************

1    MR. WATTS: Now, you guys have become my
2  friends, you really have.  I want to be your caddy just
3  for 20 minutes, if you'll let me.  And what I mean by
4  that is I've been doing this for a long time.  As I
5  joke, I used to have hair and my chin used to be up
6  here.  I have watched people get burned.  I've watched
7  people get paid and lose their money.  Just give me
8  20 minutes to tell you what I mean.
9         Okay.  No. 1, I want to disclose something
10 to you.  There are all sorts of conflicts of interest
11 out there that in assessing what I tell you you need to
12 consider.  One of the reasons that I come over and over
13 and over again and do these meetings and refuse to leave
14 until the last question is asked is I want you to trust
15 me.  I have to earn that trust, okay.  Watch out for
16 people with conflicts of interest.
17        Over at Camp there are all sorts of other
18 lawyers signing up people who have already signed up.
19 There's all sorts of craziness going on.  There's all
20 sorts of litigation and others going on.
21        And I want to disclose to you something
22 that happened to me in the last 90 days, okay.  And
23 don't worry about it.  I want to tell you about it
24 because it's a good example.
25        Okay.  When we were here on the 15th, I

1  think I told you that, hey, things are looking good.  I
2  met with these two guys.  I think this is the Hyatt Park
3  bar in New York or something like that.  Yeah, yeah, I
4  had drinks there.  Met some great guys from this outfit
5  called Centerbridge.  I've got a practice where every
6  time I make a bunch of money, I put it all in my kids'
7  trust, my wife, and I get it out of my name, and I get
8  hungry and then I go to work.  And I have a operating
9  line of credit.  I used to deal with something called
10 Frost Bank, then it was Community Bank, then it was some
11 other bank called Plains Capital and then a group called
12 Armadillo.  And about September a group called Stifel
13 contacts me.  They said, we hear you got a bunch of fire
14 cases.
15        Yeah.
16        We'd like to help you, da, da, da, da.
17        Next thing you know, I've got this huge
18 line of credit, operating line, which we call Stifel,
19 but I don't know who they are, but they're nice.  They
20 take me to this bar.  They introduce me to a couple of
21 guys from a group called Centerbridge.  Okay.  Real nice
22 guys.
23        The next day I think I'm down in
24 South Carolina on a different case having nothing to do
25 with you.  It's the one day I've cheated on you.  It was

1  a water contamination called PFAS, okay.  And I'm there.
2  I get a call from one of these Centerbridge guys that
3  I've never met.  And his name is Gavin Baiera.  Never
4  met him.
5         He says, hey, I'd like to meet with you
6  about your PG&E case.
7         I said, great.
8         Next day I send him an e-mail.  Enjoyed
9  our call yesterday, thanks for the heads up about your
10 participation in Wednesday's meeting in San Francisco.
11 He says he wants to get together with Frank Pitre, our
12 lawyer, Cecily Dumas, while we're all in San Francisco.
13 Great.
14        The following day there is some article I
15 think I've already shared with you, one of the last,
16 PG&E has rounded up $34 and a half billion of funding,
17 and I'm looking, I see JPMorgan Chase and Bank of
18 America, Barclay's, Citigroup, and Goldman Sachs, a very
19 impressive group, and I notice that No. 12 is this group
20 called Centerbridge that just offered a meeting with.
21 So my ol' BS meter goes up.  I say, okay, that's all
22 right.
23        And so we meet with them the following
24 day.  I realize this is a fight between equity and
25 bonds, equity and debt.  There is a group called Apollo

1  Management and Elliott Management that puts up $29.2
2  billion. Okay. Apollo, that's interesting.
3      So I meet with this Gavin guy. It's in
4  the Ritz-Carlton, San Francisco. He's there meeting
5  with a guy named "Steve Stikos," a guy named "Aldu
6  Magodi," myself. He's just out there schmoozing the
7  deal, real good guy, trying to press the flesh on behalf
8  of equity.
9      And then I see that there is some guys
10 from Apollo there, and I realize for the first time that
11 part of my operational line of credit that's been
12 through this group called Stifel has been, in effect,
13 cordoned off to Centerbridge, some to Apollo, some to
14 so-and-so, some to so-and-so. I was, like, holy moly,
15 okay, I know what's going on here. These guys are
16 trying to play me, right.
17     So we did this deal. And I meet with
18 them. I said, okay, well, you know, that's fine. And
19 the next thing you know, I get introduced to Bruce
20 Bennett and Tom Wagner. Bruce Bennett was PG&E's
21 equities lawyer, and Tom Wagner was one of the guys
22 trying to sell the deal. And the other guys go away,
23 okay. So I think, okay, that's good.
24     So I meet Wagner. I make my own
25 independent judgment with him. I start negotiating with

Page 6

1  him. I say, look, I forward to our meeting and
2  discussion. So that was about six weeks ago.
3      I think in my last meeting, I showed you
4  about these meetings with Knighthead. Tom Wagner.
5  Abrams is the guy that owns part of the Raiders
6  Stonehill deal. So I go back. Any of these guys own
7  part of my note? I want to make sure. None of them,
8  which is good, okay. So these are the guys I've been
9  negotiating with.
10     I tell you about this dinner with all
11 these billionaire types. Again, I go back and check,
12 nothing to do with my note.
13     Then I get a call from Apollo, who does
14 have something to do with one of my notes. Doesn't
15 bother me, but goes, hey, I want to introduce you to a
16 guy named Chris Lahoud. I don't know who Chris Lahoud
17 is, but, fine.
18     I get on the phone. Chris Lahoud, who
19 is -- I asked him whether it's restrictive. He starts
20 talking about -- I said, the bondholders are the guys
21 and I should go to the bondholder, not the equity guys.
22 And I'm like, man, I'm getting played here.
23     And so I tell them, I said, look, let me
24 be blunt. Your money is no less green than the other
25 guy's money. All I care about is how much there is and

Page 7

1  how much is in cash, how much was guaranteed, and how we
2  do this. And I'm going to recommend to my clients. I
3  don't care who loaned me what. Of course, they weren't
4  even my bankruptcy. They were the people that bought
5  it.
6      You know how these mortgages -- remember
7  back in the financial crisis, you got a mortgage, you
8  got a mortgage, you got a mortgage, they all get bottled
9  up, sold to somebody else? Apparently, that's what's
10 happened here.
11     I tell them, hold up, no dice. I said,
12 best deal wins. So I meet with all the bond guys.
13 Remember me telling you this last time, and I meet with
14 these fellows. I Google them all. I get concerned
15 about this fellow's reputation, Paul Singer. Lots of
16 bad articles about him. The PIMCO guys were
17 outstanding.
18     I host this guy Jeff Rosenthal at my box
19 at UT. Super nice guy. But when we get him, where's
20 your money. Okay. So I'm analyzing all the guys. I
21 meet with their lawyer. I meet with the PIMCO guys.
22 Where is your money? How do you get my folks the cash?
23 So we're going back and forth, okay.
24     I ask them point-blank, are you sending me
25 an RSA that says 13 and a half billion half cash/half

Page 8

1  stock? It comes. This is from the bondholders. The
2  TCC should be receiving the RSA tomorrow. This is on
3  November 17th. It says that, we never get it. Let me
4  know when it's sent.
5      Lahoud calls me, and I say, did it come?
6  This is before Thanksgiving.
7      He says, hey, there is a hearing in front
8  of the Judge where the Governor's lawyer says you
9  shouldn't go with equity. It's -- debtors going to hate
10 it. The Judge realizes it is a flaw.
11     I'm here to tell you point-blank that I do
12 believe the Governor of the State of California hates
13 the equity deal or he hates the bondholders' deal. Both
14 of them are spinning it, okay.
15     So we get to a mediation in mid November,
16 and I'm ready to get you guys paid, right. The
17 Governor's Office says, we need three weeks to analyze
18 the finances of these two proposals. We'd like to get
19 back with you on the week of December 2nd.
20     I'm, like, three more weeks? That's
21 awful, da, da, da. We wait the three weeks.
22     We get to the end of that week. We give
23 them the effect of veto rights, and then we go on. So
24 that's why the deal was announced on December 6th.
25 Could have been announced on the 15th.

1   About two hours before the deadline -- and
2   why is that the deadline? I had given a challenge to
3   the equity, I said, look, there is a lot of people that
4   say you don't have enough money to put this deal
5   together. We'd like you to go to Wall Street to get
6   these 12 financial backstops. You promised us 5.4
7   billion in cash. Give me 5.4 billion in backstops from
8   other financiers who are telling me that Wall Street
9   likes the deal and commits to fund it.
10       So in two weeks, the equity goes and
11  doesn't get any final on the board meeting. They get
12  11.6 like that. SEC rules say they can't even solicit;
13  they can only answer the phone. So that was impressive
14  to me.
15       I get a call on Friday from the equity
16  guy, says, look, the fact that we're not at 12, you held
17  the deal open for some people that want to seal the
18  deal, if that's a problem, let me know, and I'll have
19  the other 400 million raised in five minutes. All
20  right. The fact of the matter is when we signed the
21  deal, we had it raised in five minutes.
22       Okay. So Wall Street likes this deal with
23  equity.
24       About an hour before it goes down,
25  everybody is leaky, lots of rumors. The bond guy says,

1   hey, we did all this stuff, the Governor hates the deal,
2   da, da, da. Oh, by the way, we got an updated offer for
3   you two hours before the deadline. We're going to ask
4   for another three weeks.

1   I, PHYLLIS WALTZ, a Texas Certified Shorthand Reporter,
2   Texas Certified Realtime Reporter, Louisiana Certified
3   Court Reporter, Registered Merit Reporter, Certified
4   Realtime Reporter, and Certified Realtime Captioner in
5   and for the State of Texas, certify that the foregoing
6   is a correct transcription, ex post facto, to the best
7   of my ability from the audio recording of the
8   proceedings in the above-entitled matter.

10  I further certify that I am neither counsel for, related
11  to, not employed by any of the parties to the action in
12  which this deposition was taken, and further that I am
13  not financially or otherwise interested in the outcome
14  of the action.
15       Certified to by me this 20TH day of APRIL
16  2020.
17
18  _____
        PHYLLIS WALTZ, RMR, CRR, CRC
19      Expiration Date: 12/31/20
        TEXAS CSR, TCRR NO. 6813
20      Expiration Date: 12/31/21
        LOUISIANA CCR NO. 2011010
21      Expiration Date: 12/31/20
22  Worldwide Court Reporters, Inc.
23  Firm Certification No. 223
    3000 Weslayan, Suite 235
24  Houston, Texas 77027
    (713) 572-2000

**A**
ability 11:7
above-entitled 11:8
Abrams 6:5
action 11:11,14
Administered 1:5
ago 6:2
Aldu 5:5
America 4:18
analyze 8:17
analyzing 7:20
announced 8:24 8:25
answer 9:13
Apollo 4:25 5:2 5:10,13 6:13
Apparently 7:9
APRIL 11:15
Armadillo 3:12
article 4:14
articles 7:16
asked 2:14 6:19
assessing 2:11
audio 11:7
awful 8:21

**B**
back 6:6,11 7:7 7:23 8:19
backstops 9:6,7
bad 7:16
Baiera 4:3
bank 3:10,10,11 4:17
bankruptcy 1:1 1:2 7:4
bar 3:3,20
Barclay's 4:18
behalf 5:7
believe 8:12
Bennett 5:20,20
best 7:12 11:6
billion 4:16 5:2 7:25 9:7,7
billionaire 6:11

blunt 6:24
board 9:11
bond 7:12 9:25
bondholder 6:21
bondholders 6:20 8:1
bondholders' 8:13
bonds 4:25
bother 6:15
bottled 7:8
bought 7:4
box 7:18
Bruce 5:19,20
BS 4:21
bunch 3:6,13
burned 2:6

**C**
caddy 2:2
California 1:1 8:12
call 3:18 4:2,9 6:13 9:15
called 3:5,9,11 3:11,12,21 4:1 4:20,25 5:12
calls 8:5
Camp 2:17
Capital 3:11
Captioner 11:4
care 6:25 7:3
Carolina 3:24
case 1:2 3:24 4:6
cases 3:14
cash 7:1,22 9:7
cash/half 7:25
CCR 11:20
Cecily 4:12
Centerbridge 3:5,21 4:2,20 5:13
Certification 11:23
Certified 11:1,2 11:2,3,4,15

certify 11:5,10
challenge 9:2
Chapter 1:4
Chase 4:17
cheated 3:25
check 6:11
chin 2:5
Chris 6:16,16,18
Citigroup 4:18
clients 7:2
come 2:12 8:5
comes 8:1
commits 9:9
Community 3:10
COMPANY 1:6
concerned 7:14
conflicts 2:10,16
consider 2:12
contacts 3:13
contamination 4:1
cordoned 5:13
CORPORATI... 1:3
correct 11:6
counsel 11:10
couple 3:20
course 7:3
Court 1:1 11:3 11:22
craziness 2:19
CRC 11:18
credit 3:9,18 5:11
crisis 7:7
CRR 11:18
CSR 11:19

**D**
da 3:16,16,16,16 8:21,21,21 10:2,2,2
Date 11:19,20 11:21
day 3:23,25 4:8 4:14,24 11:15

days 2:22
deadline 9:1,2 10:3
deal 3:9 5:7,17 5:22 6:6 7:12 8:13,13,24 9:4 9:9,17,18,21 9:22 10:1
debt 4:25
debtors 1:7 8:9
December 1:9 8:19,24
deposition 11:12
dice 7:11
different 3:24
dinner 6:10
disclose 2:9,21
discussion 6:2
DISTRICT 1:1
doing 2:4
drinks 3:4
Dumas 4:12

**E**
e-mail 4:8
earn 2:15
effect 5:12 8:23
ELECTRIC 1:5
Elliott 5:1
employed 11:11
Enjoyed 4:8
equities 5:21
equity 4:24,25 5:8 6:21 8:9,13 9:3,10,15,23
everybody 9:25
ex 11:6
example 2:24
EXCERPT 1:10
Expiration 11:19,20,21

**F**
fact 9:16,20
facto 11:6
fellow's 7:15
fellows 7:14

fight 4:24
final 9:11
finances 8:18
financial 7:7 9:6
financially 11:13
financiers 9:8
fine 5:18 6:17
fire 3:13
Firm 11:23
first 5:10
five 9:19,21
flaw 8:10
flesh 5:7
folks 7:22
following 4:14 4:23
foregoing 11:5
forth 7:23
forward 6:1
Francisco 4:10 4:12 5:4
Frank 4:11
Friday 9:15
friends 2:2
front 8:7
Frost 3:10
fund 9:9
funding 4:16
further 11:10,12

**G**
GAS 1:5
Gavin 4:3 5:3
getting 6:22
give 2:7 8:22 9:7
given 9:2
go 3:8 5:22 6:6 6:11,21 8:9,23 9:5
goes 4:21 6:15 9:10,24
going 2:19,20 5:15 7:2,23 8:9 10:3
Goldman 4:18
good 2:24 3:1

Worldwide Court Reporters, Inc.
(800) 745-1101
Case: 19-30088   Doc# 7129-23   Filed: 05/08/20   Entered: 05/08/20 15:06:44   Page 5 of 7

5:7,23 6:8
**Google** 7:14
**Governor** 8:12
  10:1
**Governor's** 8:8
  8:17
**great** 3:4 4:7,13
**green** 6:24
**group** 3:11,12
  3:21 4:19,19
  4:25 5:12
**guaranteed** 7:1
**guy** 5:3,5,5,7 6:5
  6:16 7:18,19
  9:16,25
**guy's** 6:25
**guys** 2:1 3:2,4
  3:21,22 4:2 5:9
  5:15,21,22 6:6
  6:8,20,21 7:12
  7:16,20,21
  8:16

**H**
**hair** 2:5
**half** 4:16 7:25
  7:25
**HALL** 1:9
**happened** 2:22
  7:10
**hate** 8:9
**hates** 8:12,13
  10:1
**heads** 4:9
**hear** 3:13
**hearing** 8:7
**held** 9:16
**help** 3:16
**hey** 3:1 4:5 6:15
  8:7 10:1
**hold** 7:11
**holy** 5:14
**host** 7:18
**hour** 9:24
**hours** 9:1 10:3
**Houston** 11:24
**huge** 3:17

**hungry** 3:8
**Hyatt** 3:2

**I**
**impressive** 4:19
  9:13
**independent**
  5:25
**interest** 2:10,16
**interested** 11:13
**interesting** 5:2
**introduce** 3:20
  6:15
**introduced** 5:19

**J**
**Jeff** 7:18
**Jointly** 1:5
**joke** 2:5
**JPMorgan** 4:17
**Judge** 8:8,10
**judgment** 5:25

**K**
**kids'** 3:6
**Knighthead** 6:4
**know** 3:17,19
  5:15,18,19
  6:16 7:6 8:4
  9:18

**L**
**Lahoud** 6:16,16
  6:18 8:5
**lawyer** 4:12 5:21
  7:21 8:8
**lawyers** 2:18
**leaky** 9:25
**leave** 2:13
**likes** 9:9,22
**line** 3:9,18,18
  5:11
**litigation** 2:20
**loaned** 7:3
**long** 2:4
**look** 6:1,23 9:3
  9:16

**looking** 3:1 4:17
**lose** 2:7
**lot** 9:3
**lots** 7:15 9:25
**Louisiana** 11:2
  11:20

**M**
**Magodi** 5:6
**man** 6:22
**Management**
  5:1,1
**matter** 9:20 11:8
**mean** 2:3,8
**mediation** 8:15
**meet** 4:5,23 5:3
  5:17,24 7:12
  7:13,21,21
**meeting** 4:10,20
  5:4 6:1,3 9:11
**meetings** 2:13
  6:4
**Merit** 11:3
**met** 3:2,4 4:3,4
**meter** 4:21
**mid** 8:15
**million** 9:19
**minutes** 2:3,8
  9:19,21
**moly** 5:14
**money** 2:7 3:6
  6:24,25 7:20
  7:22 9:4
**mortgage** 7:7,8
  7:8
**mortgages** 7:6

**N**
**name** 3:7 4:3
**named** 5:5,5
  6:16
**need** 2:11 8:17
**negotiating** 5:25
  6:9
**neither** 11:10
**never** 4:3,3 8:3
**New** 3:3

**nice** 3:19,21
  7:19
**NORTHERN**
  1:1
**note** 6:7,12
**notes** 6:14
**notice** 4:19
**November** 8:3
  8:15

**O**
**offer** 10:2
**offered** 4:20
**Office** 8:17
**Oh** 10:2
**okay** 2:9,15,22
  2:25 3:21 4:1
  4:21 5:2,15,18
  5:23,23 6:8
  7:20,23 8:14
  9:22
**ol'** 4:21
**open** 9:17
**operating** 3:8,18
**operational** 5:11
**outcome** 11:13
**outfit** 3:4
**outstanding**
  7:17
**owns** 6:5

**P**
**PACIFIC** 1:5
**paid** 2:7 8:16
**Park** 3:2
**part** 5:11 6:5,7
**participation**
  4:10
**parties** 11:11
**Paul** 7:15
**people** 2:6,7,16
  2:18 7:4 9:3,17
**PFAS** 4:1
**PG&E** 1:3 4:6
  4:16
**PG&E's** 5:20
**phone** 6:18 9:13

**PHYLLIS** 11:1
  11:18
**PIMCO** 7:16,21
**Pitre** 4:11
**Plains** 3:11
**play** 5:16
**played** 6:22
**point-blank**
  7:24 8:11
**post** 11:6
**practice** 3:5
**press** 5:7
**problem** 9:18
**proceedings**
  11:8
**promised** 9:6
**proposals** 8:18
**put** 3:6 9:4
**puts** 5:1

**Q**
**question** 2:14

**R**
**Raiders** 6:5
**raised** 9:19,21
**ready** 8:16
**real** 3:21 5:7
**realize** 4:24 5:10
**realizes** 8:10
**really** 2:2
**Realtime** 11:2,4
  11:4
**reasons** 2:12
**receiving** 8:2
**recommend** 7:2
**recording** 11:7
**refuse** 2:13
**Registered** 11:3
**related** 11:10
**remember** 7:6
  7:13
**Reporter** 11:1,2
  11:3,3,4
**Reporters** 11:22
**reputation** 7:15
**restrictive** 6:19

| | | | | |
|---|---|---|---|---|
| **right** 4:22 5:16 8:16 9:20<br>**rights** 8:23<br>**Ritz-Carlton** 5:4<br>**RMR** 11:18<br>**Rosenthal** 7:18<br>**rounded** 4:16<br>**RSA** 7:25 8:2<br>**rules** 9:12<br>**rumors** 9:25<br><br>**S**<br>**Sachs** 4:18<br>**San** 4:10,12 5:4<br>**says** 4:5,11 7:25 8:3,7,8,17 9:16 9:25<br>**schmoozing** 5:6<br>**seal** 9:17<br>**SEC** 9:12<br>**see** 4:17 5:9<br>**sell** 5:22<br>**send** 4:8<br>**sending** 7:24<br>**sent** 8:4<br>**September** 3:12<br>**shared** 4:15<br>**Shorthand** 11:1<br>**showed** 6:3<br>**signed** 2:18 9:20<br>**signing** 2:18<br>**Singer** 7:15<br>**six** 6:2<br>**so-and-so** 5:14 5:14<br>**sold** 7:9<br>**solicit** 9:12<br>**somebody** 7:9<br>**sorts** 2:10,17,19 2:20<br>**South** 3:24<br>**spinning** 8:14<br>**start** 5:25<br>**starts** 6:19<br>**State** 8:12 11:5<br>**STATES** 1:1<br>**Steve** 5:5 | **Stifel** 3:12,18 5:12<br>**Stikos** 5:5<br>**stock** 8:1<br>**Stonehill** 6:6<br>**Street** 9:5,8,22<br>**stuff** 10:1<br>**Suite** 11:23<br>**Super** 7:19<br>**sure** 6:7<br><br>**T**<br>**take** 3:20<br>**taken** 11:12<br>**talking** 6:20<br>**TCC** 8:2<br>**TCRR** 11:19<br>**TELEPHONIC** 1:9<br>**tell** 2:8,11,23 6:10,23 7:11 8:11<br>**telling** 7:13 9:8<br>**Texas** 11:1,2,5 11:19,24<br>**thanks** 4:9<br>**Thanksgiving** 8:6<br>**thing** 3:17 5:19<br>**things** 3:1<br>**think** 3:1,2,23 4:15 5:23 6:3<br>**three** 8:17,20,21 10:4<br>**time** 2:4 3:6 5:10 7:13<br>**told** 3:1<br>**Tom** 5:20,21 6:4<br>**tomorrow** 8:2<br>**TOWN** 1:9<br>**transcription** 11:6<br>**trust** 2:14,15 3:7<br>**trying** 5:7,16,22<br>**two** 3:2 8:18 9:1 9:10 10:3<br>**types** 6:11 | **U**<br>**UNITED** 1:1<br>**updated** 10:2<br>**UT** 7:19<br><br>**V**<br>**veto** 8:23<br><br>**W**<br>**Wagner** 5:20,21 5:24 6:4<br>**wait** 8:21<br>**Wall** 9:5,8,22<br>**WALTZ** 11:1 11:18<br>**want** 2:2,9,14,21 2:23 6:7,15 9:17<br>**wants** 4:11<br>**Watch** 2:15<br>**watched** 2:6,6<br>**water** 4:1<br>**WATTS** 2:1<br>**way** 10:2<br>**we're** 4:12 7:23 9:16 10:3<br>**Wednesday's** 4:10<br>**week** 8:19,22<br>**weeks** 6:2 8:17 8:20,21 9:10 10:4<br>**weren't** 7:3<br>**Weslayan** 11:23<br>**wife** 3:7<br>**wins** 7:12<br>**work** 3:8<br>**Worldwide** 11:22<br>**worry** 2:23<br><br>**X**<br><br>**Y**<br>**yeah** 3:3,3,15<br>**yesterday** 4:9<br>**York** 3:3 | **Z**<br><br>**0**<br><br>**1**<br>**1** 2:9<br>**11** 1:4<br>**11.6** 9:12<br>**12** 4:19 9:6,16<br>**12/31/20** 11:19 11:21<br>**12/31/21** 11:20<br>**13** 7:25<br>**15th** 2:25 8:25<br>**17th** 8:3<br>**19-30088-DM** 1:3<br><br>**2**<br>**20** 2:3,8<br>**2011010** 11:20<br>**2019** 1:9<br>**2020** 11:16<br>**20TH** 11:15<br>**223** 11:23<br>**235** 11:23<br>**29.2** 5:1<br>**2nd** 8:19<br><br>**3**<br>**3000** 11:23<br>**34** 4:16<br><br>**4**<br>**400** 9:19<br><br>**5**<br>**5.4** 9:6,7<br>**572-2000** 11:24<br><br>**6**<br>**6813** 11:19<br>**6th** 8:24<br><br>**7**<br>**713** 11:24<br>**77027** 11:24 | **8**<br>**8** 1:9<br><br>**9**<br>**90** 2:22 |