# EXHIBIT B

Dear Clients:

I apologize for the delay in getting this week's update out to you. As you are likely aware, there is a lot going on right now with the bankruptcy reorganization and we wanted to be as up to date as possible. We expected to hear from Governor Newsom earlier today regarding his take on the proposed PG&E reorganization plan. We just got the news that he wants more assurances that PG&E will meet reasonable expectations for a public utility which can affect our lives so drastically. Therefore, he has yet to formally approve the current version of the plan.

So now we will wait for amendments to the plan. That said, our legal team remains confident that we are on a path toward a good recovery for our clients as well as protect all of us in the future.

**<u>Bankruptcy Update:</u>**

As we told you and you have heard in the news, PG&E and the lawyers representing wildfire victims and survivors announced a plan for PG&E to pay $13.5 billion to wildfire victims and survivors. But that is not quite enough to convince Governor Newsom that we are all protected in the long term.

The process that PG&E is going through is exactly how a bankruptcy tends to proceed. The company who has filed for reorganization needs to negotiate with the various "claim holders" in order to be able to reorganize itself so that it can exit bankruptcy as a financially healthy company.

The next step in the process is for an amended plan (or plans) to be proposed. The Governor will weigh in on the proposals. Once the Governor signs off of any plan, then it will be up to Bankruptcy Judge Dennis Montali to approve the plan to reorganize PG&E. We do not yet know when he will consider PG&E overall reorganization plan but we will certainly let you know when it is scheduled and what his final decision is.

We believe everything that has happened in the last six weeks is very positive as it relates to our claims being resolved in a fair, and equally as important, timely fashion. We can't let our guard down yet, however, as this case is not fully resolved. As always, we will keep

you informed and what actions, if any, you might need to take in order for this case to come to a successful resolution.

Before we leave the subject of the bankruptcy, we do want to update you on one of the more interesting things arising from PG&E reorganization. Some of you may have read that our team member and advocate Erin Brockovich announced her support of PG&E's proposed reorganization plan. Believe me this is very big news. As you all know, Erin has spent most of her adult life fighting for PG&E to do the right thing. In our case, she has been adamant about making sure that any reorganization plan includes fundamental changes in PG&E's operations as it affects public safety and how they treat survivors and victims like all of us. It's very safe to say that if Erin supports a plan, it will represent a very real benefit to us. Those of us who have gotten to know her will know this is the case. Here's a story about it:

https://fortune.com/2019/12/13/erin-brockovich-pge-california-wildfires

We can assume that Erin will be even more motivated if additional public benefits are added to the plan.

**Community Forum with Erin Brockovich and Mikal Watts**

If you missed last week's Community Forum discussing the proposed settlement you can view it through this link:

Video Link:

- Part 1: https://vimeo.com/379396525
- Part 2: https://vimeo.com/379147859

Password: camp (all lowercase)

**Ron Howard Documentary About The Camp Fire**

I just heard that the documentary Ron Howard's team has been working on will premiere at the Sundance Film Festival in January. For those of you who attended the Community Forums which were filmed by the crew may show up in it. Having been interviewed by Ron I can state that he is very interested in our recoveries from the Camp Fire. I have no idea when it will be available to see outside of Sundance, but I will let you know when I do.

**Town of Paradise Updates**

- Paradise Ridge has officially hit 200 businesses open. For a list of all open

Case: 19-30088    Doc# 7129-24    Filed: 05/08/20    Entered: 05/08/20 15:06:44    Page 3
of 5

- businesses look on www.Paradisechamber.com/events/calendar/
- During the Council meeting on December 10th, Council voted to elect Greg Bolin as Mayor and Michael Zuccolillo as Vice Mayor. They will serve a one year term.
- The Town of Paradise hired two new police officers to the force. Welcome Officers Tatom and Wood to the Paradise Police Department!

**Interesting Recent Articles**

New Technology Detects Power Line Problems Before They Spark Fires
The Epoch Times
https://m.theepochtimes.com/new-technology-detects-power-line-problems-before-they-spark-fires_3169382.html

Northern California Power Outages Could Soar If Aging Lines Aren't Replaced, PG&E Study Finds
Wall Street Journal
https://www.wsj.com/articles/northern-california-power-outages-could-soar-if-aging-lines-arent-replaced-pg-e-study-finds-11576082069

Northern California's wildfire season is effectively over. What's next for PG&E?
Utility Dive
Northern California's 2019 wildfire season is effectively over, following storms and snowfall over the Thanksgiving weekend, and experts agree that …
https://www.utilitydive.com/news/california-wildfire-season-pge-challenges/568664/

Calif. bars insurers from refusing to renew policies in wildfire areas
PropertyCasualty360
Calif. bars insurers from refusing to renew policies in wildfire areas ... policies on homes in wildfire disaster areas in Northern and Southern California.
https://www.propertycasualty360.com/2019/12/11/california-bars-insurers-from-refusing-to-renew-policies-in-wildfire-disaster-areas-414-168382/

As always, if you have any questions or concerns, please call (530) 413-8151 or email me.

Joe


---
On Behalf of...

Law Office of Joseph Earley

Watts Guerra LLP

Mauro Archer O'Neill LLC

Law Office of Douglas Boxer

update your preferences or unsubscribe from this list.