# EXHIBIT D

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:                          ) Bankruptcy Case
                                ) No. 19-30088-DM
PG&E CORPORATION,               )
        and                     ) Chapter 11
                                )
                                ) Jointly Administered
PACIFIC GAS AND ELECTRIC        )
        COMPANY,                )
                                )
        Debtors.                )

*********************************************

TELEPHONIC TOWN HALL
APRIL 25, 2020

*********************************************

1    MR. WATTS: Good afternoon, folks. This
2  is Mikal Watts, your lawyer, one -- some of your
3  lawyers. I'm together with Roy Miller and Joe Earley,
4  as usual; but we've also got lawyers representing the
5  second, third, and fifth largest number of clients:
6  Jerry Singleton, Jim Frantz, and Rich Bridgford. And
7  what I consider to be a special honor, we've also got
8  Robert Bryson, who is the managing partner of Robins
9  Cloud, L.L.P.; and he's -- Bill Robins has served as one
10 of the co-leads in the JCCP 4955, which was the North
11 Bay Fire litigation arising out of the North Bay Fires
12 beginning on October the 8th of 2017. So, Robert,
13 welcome. And then Jim and Rich and Roy and Joe, thank
14 you for participating again.
15    Robert and Roy will focus on questions
16 relating to the North Bay Fires in 2017. Elliot Adler,
17 who focuses on the Camp Fire beginning on November the
18 8th of 2018, he couldn't be here today. So Joe and I
19 will answer questions that you have specific to the
20 Camp Fire case in 2018.
21    So what I'd like to do is just real
22 briefly, you know, give each of these five, six
23 gentlemen a minute or two to kind of give their
24 thoughts; and then we'll go right into questions and
25 answers. This is going to have three parts. First,

1  each of the lawyers involved will tell you what they
2  think about the settlement, give you their advice to
3  their particular clients. We've got the client lists
4  from each of the firms, and everybody got a call. So we
5  got clients from Watts Guerra, from Joe Earley, from Roy
6  Miller, Jim Frantz, from Rich Bridgford, and from Robert
7  Bryson all on the line, and we'll try to take as many
8  calls -- questions as we can.
9    So what we're going to do is this:
10 Throughout the week we get sent questions and all the
11 firms kind of put them together and we try to get
12 answers. And so the first part is going to be these six
13 lawyers are going to talk to you about what they think
14 about the deal and why they're recommending that you
15 vote for it. The second part will be we'll answer the
16 questions and answers that we've been sent throughout
17 the week and, frankly, some comments that have been put
18 on Facebook this week. And then, lastly, you can press
19 star 3, and if you press star 3, you're going to be able
20 to have your questions answered. This will last until
21 about 2:00 p.m.
22    And, again, I would tell the lawyers, turn
23 off your volume on the Zoom. Make sure all of you got
24 it off because we're getting some background.
25    There we go. Whoever just did that took

1  care of it. So we'll try to keep that from happening.
2  We apologize.
3    But the bottom line, Jerry, if you could
4  turn -- your thoughts and tell us what your thoughts
5  are, Jerry Singleton.
6    MR. SINGLETON: Sure. Well, thank you
7  very much for putting this on, Mikal. I appreciate it,
8  not just you, but everyone else who's involved. I think
9  the thing that I really want to stress, and I know that
10 people want to get to the questions, so I don't want to
11 take too much time; but we keep getting asked the same
12 questions over and over again, and they really center on
13 what the alternative to the current plan is and so I
14 want to stress that there are no other plans that have
15 been put forward. There was the bondholder plan. That
16 was withdrawn, and the bondholders are now supporting
17 the current plan.
18    So what a number of people have been
19 focused on is this idea of a COU, or a consumer-owned
20 utility plan; and that is, for lack of a better term,
21 basically, an idea that was proposed by Mayor Liccardo
22 of San Jose and a couple other people, but it never
23 progressed to the stage of an actual plan. And there
24 has been a couple of Facebook posts that talk about it
25 as if it were an actual plan. And one of the things I

1 really encourage people to do is to read the documents
2 that are referenced in those Facebook posts. They're
3 available on our website, on Mikal's website,
4 firesettlementfacts.com, or you can go directly to Prime
5 Clerk, and specifically, it's Document No. 306. But it
6 talks about the idea behind the COU plan, and it really
7 stresses that, again, it's not a plan; it's an idea for
8 the future. To be a plan, it would have to be proposed
9 and submitted to the Court, as it says, in the actual
10 document there, 306, which never happened.
11         The other thing that is very concerning
12 about it is that while they say that they would, they
13 believe, be able to raise the 59 billion to be able to
14 be necessary to fund the plan and get out of bankruptcy,
15 there is absolutely no indication of any financial
16 institutions who have supported the plan; and that's our
17 concern, is that what we want is to make sure that there
18 are people who actually have the money to fund a plan.
19 The reason we support this plan is that that's occurred.
20 It's been vetted thoroughly, and the people who are
21 supporting it have the money to do it. With the COU
22 plan -- or it's not a plan; it's a proposal -- there is
23 nothing like that. And so, again, I would encourage
24 everyone to take a look at it, and specifically look at
25 the funding issue. Because there is no funding, it

1 really is not a viable plan. And, again, please don't
2 take our word for it. Please look at the document
3 directly and draw your own conclusions.
4         So, just in a summary, we are supporting
5 the current plan. We're recommending that all our
6 clients vote in favor of it because we believe it will
7 get everyone compensated fairly and quickly. The
8 alternative, in terms of what will happen if this plan
9 is not approved, is the contingency plan that has been
10 approved by the bankruptcy court, and that calls for
11 PG&E to be sold off piece by piece in a process that
12 would take several years. We don't think that's in any
13 of the victims' interests, and that's why we're not
14 supporting that.
15         Thanks, Mikal.
16         MR. WATTS: Appreciate you being on.
17 Jim Frantz.
18         You know, I think you're muted, buddy.
19         Yeah, I tell you what, let's skip over
20 Jim. I will work on his audio.
21         Joe, are you on the line?
22         MR. EARLEY: Sure am.
23         MR. WATTS: Go ahead.
24         MR. EARLEY: Yeah, thanks, Mikal, for
25 keeping these things going like this. Couple of points

1 I wanted to make. I just want to agree with Jerry, the
2 no viable alternative. I think that there has been more
3 than plenty of time for somebody to come forward with
4 something with some actual substance to it. We keep
5 hearing about the -- that sort of elusive thing that
6 somehow is going to appear out of nowhere and is going
7 to save us and guarantee $13.5 billion in cash, with no
8 risk whatsoever of anything; and I think that's just
9 crazy. It blows me away that if anyone could on one
10 hand or one side of their mouth say the plan that we're
11 supporting is a risky plan because of the potential
12 stock fluctuation compared to the risk of a plan that is
13 not even substantiated. I mean, that's insane to -- to
14 somehow feel that it's less risky to go into an unknown,
15 complete unknown that's not supported in anyway. I am
16 going to give them every opportunity to do that. It's
17 just not there.
18         What we're hearing is that people want --
19 they want us to be able to assert leverage by not
20 voting -- or not voting right away. And then that
21 doesn't even make any sense, if you think about it.
22 What kind of a negotiation position is that, to tell
23 people that we're going to wait until the last minute
24 and then vote yes, anyway. That's not leverage. So it
25 doesn't even make any sense. We are working toward

1 better concessions, but those don't have to be forced,
2 though. This leverage thing is crazy. The only
3 leverage is to vote no. If you want -- and if somebody
4 votes no, then they're voting for a heck of a lot more
5 risk than the plan that we have actually on the table.
6 Hopefully, they'll think about that.
7         The other thing that is bothering me that
8 I -- that I'm hearing over and over, some people are
9 making this assumption that somehow when -- when this
10 plan gets -- gets confirmed and the settlement approved,
11 that the -- and the money gets dumped into the trust,
12 that somehow the trustees are going to -- they're going
13 to cut a check for all the lawyers and the lawyers are
14 going to go on -- as people are saying, move on to other
15 projects. Well, that's insane. The work hasn't even
16 begun yet. We've done a lot, but there's -- all these
17 claims have to be worked out. That's what lawyers get
18 paid for, and they get paid only when those clients get
19 paid in their recovery.
20         So keep that in mind, and don't fall for
21 these misstatements, mistruths, and flat-out lies that
22 are being spread around. It's really kind of annoying.
23 People do not understand that we as lawyers have
24 fiduciary relation-- relationships with our clients
25 where we have to treat them fairly and -- not -- we

Worldwide Court Reporters, Inc.
(800) 745-1101

1  don't favor ourselves. And it's really -- it's really
2  annoying to hear that over and over. So, yeah, I'm a
3  little bit -- I'm a little bit annoyed by some of this.
4          But, bottom line, we don't have an
5  alternative plan. We've got to go with this plan, and
6  it's a good one. So you'll see as time goes on. And
7  I -- I appreciate -- I appreciate all the people who
8  have been supporting -- supporting our position, because
9  I think it's going to be the right -- the right
10 solution.
11         Thank you very much, Mikal.
12         MR. WATTS: Thanks, Joe. And, to be
13 clear, you know, there are two sides to this. We want
14 to address the concerns. We want to get information out
15 there. We want people to vote because they feel like
16 they've been fully informed and not until they're fully
17 informed. Part of that is having these telephonic town
18 halls. Part of that is putting as much information as
19 we can possibly put on www.firesettlementfacts.com. If
20 you're clients of Watts Guerra, feel free to e-mail us
21 your questions at, if you're in the Camp area,
22 chico@wattsguerra.com, if you're in the North Bay Fires,
23 santarosa@wattsguerra.com. If you're the client of one
24 of the other four or five law firms on this deal, you
25 know your client. You know your lawyers. Call them.

1  We will get the information, but I'll commit one more.
2  We've kind of got an internal distribution list where
3  when one of us gets a question, we pass it along to the
4  others so that everybody can get those questions
5  answered. And what I do is sometime tomorrow I'll take
6  all the questions that we did, and I'll videotape the
7  answers that are discussed today and put it on the
8  website so that the people that aren't on this call can
9  also get access to that.
10         So let's keep going with the different
11 lawyers.
12         Jim, did we get your audio worked out
13 where you can talk to the folks?
14         MR. FRANTZ: How is that, better?
15         MR. WATTS: Yeah, go ahead, sir.
16         MR. FRANTZ: Okay. Thank you very much,
17 Mikal.
18         As I was saying, I'm privileged to be
19 working alongside such great lawyers. Our group has the
20 majority of the cases that are being handled in the
21 litigation against PG&E. I respect the opinions very
22 much of all these lawyers that we're working with. And
23 we also have significant fire litigation experience.
24 We've been working on this case since October 2017. We
25 have looked at all of the available options after the

1  bankruptcy was filed, and we believe we have the best
2  plan that we could ever get right now. There are no
3  other options on the table. As Jerry said, as Mikal
4  have said, and others have said, we have the only option
5  available in order to get fire victims indemnified for
6  all their losses in the case.
7          So the main message I have for you today
8  is there are no other options on the table. This is --
9  some people say this is not perfect. I believe it is
10 about as perfect as we can get it to be at this point in
11 time. And if everything goes well, according to
12 schedule, there will be money in the trust in August of
13 this year.
14         So I think that if you have any questions,
15 all my clients should e-mail us at
16 wildfires@frantzlawgroup.com or call our number
17 855-735-5945. But we wholeheartedly endorse the current
18 bankruptcy plan that is to be approved in June. And I
19 think that, you know, as I said and as Jerry said, there
20 are other options that were out there; but they're not
21 plans. They're contests, ideas. They hold -- they do
22 not hold any water. They're not approved. And this --
23 this is the only viable plan there is.
24         Thank you very much.
25         MR. WATTS: Thank you, Jim.

1          So now I want to introduce Robert Bryson.
2  Again, he's the managing partner of the Robins Cloud law
3  firm. My friend, Bill Robins, originally from Texas,
4  had the good sense to move to California about a decade
5  ago and runs a prominent firm in the southern part of
6  the state. So, Robert, why don't you tell us what your
7  firm's -- what your thoughts are.
8          MR. BRYSON: Well, first off, Mikal, thank
9  you for having us and Robins Cloud, in particular, and I
10 want to thank all of our clients that take the time out
11 of their afternoon to participate in this call, because,
12 obviously, this is a very important decision that folks
13 are having to make. And at the risk of duplicating some
14 of my smarter colleagues' comments here on the line, I'm
15 going to keep it very simple and short, to the point.
16         No. 1, this is the plan. There is no
17 other plan. There has been some discussion that if this
18 plan is voted down, we could be lucky to see an
19 alternative in two years. That means a plan that could
20 be voted on in two years. For most folks, everyone on
21 the line, they understand that that is just not
22 acceptable. That would be doubling the time that people
23 have been waiting to be compensated for the tragic
24 losses that everyone has sustained in this.
25         And so this is the plan and it is the best

3 (Pages 9 to 12)

Case: 19-30088   Doc# 7129-26   Filed: 05/08/20   Entered: 05/08/20 15:06:44   Page 4
of 61

1 plan and has been developed by a number of very smart
2 people, many of whom are on this line. And two points:
3 One, this provides the best opportunity for all wildfire
4 victims to be compensated, and, two, to be compensated
5 in the most timely fashion possible, which hopefully
6 would happen in the early part of next year, if all goes
7 well.
8     So, again, thank you for having me on, and
9 I'm -- I'm looking forward to having the opportunity to
10 participate in the future. And thank my clients for
11 being on the line.
12     We are available, as always, you can call
13 us at -- there are three different lines, but I'm going
14 to give you our primary line. That's 310-929-4200.
15 310-929-4200. You should have all of my team's e-mail
16 addresses. Call us at that number. Calls are being
17 forwarded, and we will respond as quickly as we can,
18 depending upon the volume that we receive.
19     So thanks again, gentlemen.
20     MR. WATTS: Thank you, Robert. Hey, so
21 last, but not least, is my oldest friend in this
22 project. Roy Miller is a fine lawyer from Santa Rosa
23 whose home was burned down. He agreed to be our partner
24 in the North Bay Fires, and he has worked diligently for
25 well over two years on behalf of our mutual clients.

1 Roy, give us your perspective.
2     MR. MILLER: Thanks, Mikal, and good
3 afternoon, everyone. I know that there has been an
4 absolute deluge of information, because I'm getting
5 quite a few calls about that and e-mails. Keep the
6 calls and e-mails coming for those of you who are
7 clients of mine and have questions about what this deal
8 means to each of you. The bottom line here is that the
9 deal was negotiated by many of the people that are on
10 this call, and this deal is going to ensure that all of
11 us, including my family, are paid sooner. That is just
12 flat-out the only option that will pay us sooner, is
13 this option.
14     There have been a lot of things floating
15 around the internet, around Facebook, and we're going to
16 be addressing them today head on, because you guys need
17 to all the information at your fingertips. I'm
18 recommending and have already voted for this plan, as
19 has my family. But this is your vote and your choice.
20 And make sure that you have the information you feel you
21 need to make the choice that's best for your family.
22 I'm looking forward to helping answer your questions.
23     Thank you, Mikal.
24     MR. WATTS: Thank you.
25     Hey, I just want to, before we get to the

1 questions and the answers, just make clear one thing.
2 So different law firms represent different clients. I
3 think it helps all of our clients to work together, and
4 so we're coordinating our efforts. But to be clear,
5 we're not holding these town halls so that you can call
6 one law firm and say, I'd rather go with the other guy,
7 or switch to a firm like that. It's nobody's desire
8 here for a Jerry Singleton client to become a Mikal
9 Watts client or a Jerry Singleton client to become a
10 Rich Bridgford client or a Jim Frantz client to become
11 a, you know, Robert Bryson client. We're working
12 together. But please take the individual advice of the
13 law firm that you chose to hire. If anybody -- this
14 happened a couple weeks ago when we first did this. Oh,
15 I'm with so-and-so and I'd rather be with you. We're
16 not -- we're not doing that to each other. I have
17 utmost confidence of everybody on this line that we are
18 all prolifically giving the information to our client.
19 We just figured out that as opposed to doing it six
20 different ways among six different law firms, that we
21 all coordinate and do it more efficiently. That's what
22 we're trying to do.
23     So what I'd like to do now is to take you
24 through the events of the last week. One of the
25 strengths of these weekly calls is we're trying very

1 diligently to avoid repeating the same thing over and
2 over again. So I think that next week's call will be
3 different from last week's call, which was different
4 from last week's call. So let me just kind of tell you
5 what happened during the five days that preceded this
6 call.
7     So Monday, April the 20th, the CPUC came
8 out with a very important order. There's an
9 administrative law rule -- ruling of Judge Peter D.
10 Allen, and the bottom line is is he approved, with
11 certain conditions and modifications, the reorganization
12 plan pursuant to the requirements of assembly bill
13 AB-1054. So, basically, in order for the company to
14 emerge from bankruptcy and have access to this
15 20.5-billion-dollar fund, the CPUC has to certify that
16 the plan of reorganization meets assembly bill AB-1054.
17 So the administrative law judge ruling came out, and the
18 bottom line is it meets it.
19     What's some of the background. CPUC said
20 a key requirement of PG&E is to provide compensation to
21 wildfire victims as part of any plan for reorganization
22 of the Chapter 11 case to allow the debtors to exit
23 bankruptcy. On Page 3 of this order one of the criteria
24 that PG&E must satisfy to participate in the fund is
25 that its insolvency proceeding, i.e., its bankruptcy,

Worldwide Court Reporters, Inc.
(800) 745-1101

Case: 19-30088    Doc# 7129-26    Filed: 05/08/20    Entered: 05/08/20 15:06:44    Page 5 of 61

1　must be resolved pursuant to a plan or similar document
2　not subject to a stay by no later than June 30, 2020.
3　If you want to look at that, go to the Public Utilities
4　Code, Section 3292(b). The CPUC preliminary order on
5　Page 4 says, in order for PG&E to meet the deadline for
6　resolution of its bankruptcy proceeding, the Commission
7　must make these determinations before June 30, 2020.
8　This is a short deadline and required the Commission to
9　follow an aggressive schedule in this proceeding.
10　　　　　Now, just let me stop there for a second.
11　Do not believe that if this plan is voted down, that in
12　the course of 15 days somehow there's going to be a new
13　plan that can get through the CPUC in time for AB-1054.
14　It is a chronological impossibility. So the CPUC did
15　everything it could to go through its process with
16　respect to the plan that you're voting on, and they
17　said, hey, we had to pursue an aggressive schedule.
18　They noted that one party, Will Abrams, argued that the
19　Commission should not feel bound by the deadline set in
20　AB-1054. It should not take as much -- and should take
21　as much time as it deems necessary on the grounds that
22　the deadline is a deadline for PG&E and not the
23　Commission. Respectfully, I know Will Abrams. I like
24　him. But I respectfully disagree with him and so did
25　the CPUC. This is not a deadline for PG&E and not the

1　Commission. It's a deadline for us as well. None of
2　the funding that pays you to resolve all your claims
3　will be there if the CPUC doesn't approve this, which it
4　looks like they're going to. The CPUC on Page 11 of
5　this order said it's clear that the intent of the
6　legislature was to strongly incentivize resolution of
7　PG&E's bankruptcy and related Commission approval by
8　June 30, 2020.
9　　　　　So they did a series of findings of fact.
10　This is a little -- a little too much detail, but I want
11　you to have it. Finding of Fact No. 1, this is on
12　Page 100 of this order from the CPUC. No. 1, PG&E's
13　reorganization plan and other documents are acceptable,
14　in light of PG&E's safety history.
15　　　　　No. 2, PG&E's reorganization plan is
16　acceptable in light of PG&E's criminal probation.
17　　　　　No. 3, PG&E's reorganization plan is
18　acceptable in light of PG&E's recent financial
19　condition.
20　　　　　No. 4, PG&E's reorganization plan is
21　acceptable in light of other factors deemed relevant by
22　the Commission.
23　　　　　No. 5, the Commission has determined that
24　the reorganization plan is consistent with the State's
25　climate goals, as required pursuant to the California

1　Renewables Portfolio Standard Program and other
2　procurement requirements from the State.
3　　　　　No. 6, the Commission has determined that
4　the reorganization plan is neutral on average to the
5　ratepayers of PG&E. That is critical. This is not a
6　plan that's going to be passed along to the ratepayers
7　with jacked-up rates. That's what the Governor was able
8　to achieve. And then CPUC just said on average it's
9　neutral to the ratepayers of PG&E.
10　　　　　Finding of Fact No. 7, the Commission has
11　determined that the reorganization plan recognizes the
12　contribution of the ratepayers, if any.
13　　　　　No. 8, PG&E's established an executive
14　compensation structure bringing new or amended contracts
15　for executive officers with the additional required
16　imposed by ACR proposal No. 9.
17　　　　　Finding of Fact No. 9, some of the issues
18　raised in this proceeding are more appropriately
19　addressed in I.15-08-019. These are other
20　administrative proceedings, and so they're on all these
21　issues.
22　　　　　No. 10, CPUC says some of the proposals
23　made in this proceeding will require additional
24　analysis, development, refinement prior to
25　implementation.

1　　　　　No. 11, the Commission may have or may
2　institute investigations or proceedings against the
3　debtor for their conduct prior to the plan, including,
4　but not limited to the Kincade Fire.
5　　　　　No. 12, regional restructuring of PG&E has
6　the potential to improve safety and the responsiveness
7　to local communities. So the PUC is saying, hey, by
8　approving this plan, we can get the benefits of this
9　customer-owned utility idea passed through regional
10　restructuring that will require it.
11　　　　　Finding of Fact No. 13, and this is
12　important for stopping future fires, an enhanced
13　oversight and enforcement process for PG&E will add
14　clarity and certainty to the Commission's processes for
15　monitoring and enforcing PG&E's safety performance.
16　　　　　Finding of Fact No. 14 from the CPUC,
17　PG&E's reorganization plan calls for PG&E to issue
18　long-term and short-term debt.
19　　　　　No. 15, the commission incurred fees and
20　expenses for its outside counsel and financial adviser
21　for services rendered during the Chapter 11. In other
22　words, they're not guessing. They did the same thing
23　that the Tort Claimants Committee did. They did the
24　same thing that we on behalf of the victims did, and
25　that is they turned to experts, outside counsel on

Worldwide Court Reporters, Inc.
(800) 745-1101

1 financial conclusions.
2     So what does all this mean? Well, the
3 CPUC through this administrative law judge has
4 preliminarily put out conclusions of law. There are
5 nine of them. No. 1, PG&E's reorganization plan
6 complies with the requirements of Public Utilities Code,
7 Section 3292(b)(1). That means it's AB-1054 compliant.
8 This is voted on by the Commission, which it will be and
9 passed. It means that all you have to do is vote yes,
10 and PG&E and San Diego Power & Electric and Con Edison
11 have access to a 20.5-billion-dollar pool, risk-sharing
12 pool, to protect against the financial structure that
13 could be caused by future fire.
14     No. 2, and this is important, PG&E's
15 executive compensation plan as modified by ACR proposal
16 No. 9 conditionally satisfied the requirements of Public
17 Utilities Code Section 8389(e)(6)(C). That means that
18 the CPUC has signed off on what they're going to be
19 paying their executives.
20     No. 3, investigation 15-08-019 should
21 remain open. This is a CPUC risk assessment and safety
22 advisory investigation, which is good, because you have
23 continuing diligence with respect to how to prevent this
24 again.
25     No. 4, it's real clear that as to other

1 Commission investigations and proceedings, including,
2 but not limited to potential investigation involving the
3 Kincade Fire, nothing about this confirmation is going
4 to shed off any liability from PG&E and those
5 liabilities shall not be discharged, waived, or
6 released.
7     Conclusion of Law No. 5 from the CPUC's
8 administrative law judge: Regional restructuring of
9 PG&E should be initiated. Critical, critical.
10     No. 6, an enhanced oversight and
11 enforcement process for PG&E should be adopted. Also
12 critical.
13     No. 7, PG&E should be granted
14 authorization to issue long-term and short-term debt
15 consistent with its plan of reorganization. Now, mind
16 you, that plan of reorganization and the debt issuance
17 was all negotiated with Governor Newsom's office,
18 because he wanted it to be rate neutral. He wanted to
19 force the company to accelerate expenditures and grid
20 hardening to prevent this from happening. So this is
21 all good work by the Governor's Office and approved by
22 the CPUC.
23     Conclusion of Law No. 8, PG&E should
24 reimburse the Commission for the fees and expenses
25 incurred by it and its outside counsel and financial

1 adviser for services rendered. That's good.
2     No. 9, neither this decision nor the
3 reorganization plan of getting out of bankruptcy
4 modifies this condition, authority, or jurisdiction.
5     So all that is a very long way of saying,
6 bottom line, we approve it complies with AB-1054. And
7 there is an order that I can go through with respect to
8 the details, but I think you got the flavor of it.
9     The second thing that happened is that a
10 lot of people were asking that what are the risks that
11 fire survivors will have to pay the CPUC's $200 million
12 fine against PG&E.
13     Now, on Monday, April the 20th, we had
14 another really good piece of news out of the CPUC.
15 There is a decision concerning the penalties, and those
16 penalties no longer come out of the fire victims'
17 13.5-billion-dollar fund. Why? With this order it
18 says, With the modifications to the settlement
19 agreement, this decision imposes a total of
20 $2.137 billion in penalties against PG&E. Why do they
21 not come out of our fund, when -- when the document says
22 funds and penalties? Here's why: 1.823 billion is
23 disallowed for wildfire-related expenditures, which is
24 an increase of $198 million under the proposed
25 settlement agreement. So they're saying you can't pass

1 that along to the ratepayer.
2     $114 million, this is an enhancement
3 initiative. This is the grid hardening. So part of the
4 fight is you got to spend more money on grid hardening
5 and corrective actions. This is an increase of
6 $64 million from the proposed settlement agreement. So
7 even though they had a deal with PG&E, they're refining
8 it, they're making them do more grid hardening, which is
9 good.
10     And then the third thing is, "A
11 $200 million fine payable to the General Fund, which
12 shall be permanently suspended." Now, that's the one
13 that was causing them problems because fines and
14 penalties says, according to the deal that was struck
15 way back when with the bondholders that PG&E matched,
16 fines and penalties come out of the 13.5. Well, that
17 wasn't going to work, right? So PG&E appealed this. We
18 joined them in complaining about it. And the
19 administrative law judge said, you know what, that fine
20 should be permanently suspended.
21     In addition, any tax savings associated
22 with shareholder obligations for operating expenses
23 under the settlement agreement are to be returned for
24 the benefit of the ratepayers. That's big.
25     On Page 33, all of these things are set

1  forth to say, in effect, any benefits get returned to
2  the ratepayer, which is good.
3          Page 39, it talks about, again, of the
4  462 million, 198 million goes directly to future
5  wildfire mitigation expenses, and they got to do it
6  within four years of the effective date of the
7  settlement.  In other words, they can't string it out.
8          Page 49, and here's -- this is the
9  important thing for fire victims.  This is where we give
10  you guys a lot of credit.  We asked you to trust us when
11  we said, hey, we know that this is in there, but we're
12  going to negotiate with FEMA $3.9 billion is now
13  subordinate.  We're going to negotiate with Cal OES
14  2 point, you know, whatever billion dollars has now been
15  eliminated, 2.4 billion.  And we asked you to give us
16  some time on the CPUC thing, this $200 million.
17          And here's what the preliminary ruling of
18  the CPUC says.  On Page 49 -- you can look at it
19  yourself; don't take my word for it.  The Commission
20  does not find it appropriate for this fine to be
21  included in the Fire Victims Trust because the fine is
22  dissimilar in nature to the claims of the wildfire
23  victims and should not compete with those claims.
24  Commissioner Rechtschaffen's request for review proposed
25  the Commission impose the 200 million-dollar fine

1  without any restriction as to the source of funds but
2  permanently suspend the fine due to, open quote, the
3  unique situation of PG&E's bankruptcy, its indebtedness
4  to hundreds of wildfire claimants for loss of life and
5  property and the current upheaval in the financial
6  markets, close quotes.  The Settling Parties, meaning
7  the company, have indicated they do not oppose the
8  modification to the original agreement.
9          So the Commission, on Page 73 pursuant to
10  this preliminary order, finds that the
11  200-million-dollar fine should not be imposed for the
12  reasons set forth in the POD.  However, in view of the
13  unique -- I'm sorry, should be imposed for the reasons
14  set forth in the POD.  However, in view of the unique
15  circumstances of PG&E's pending bankruptcy, the POD has
16  been revised to permanently suspend the fine.
17          Then on Page 80, just to make it clear,
18  the CPUC proposed order says, The proposed settlement in
19  this proceeding is approved with the following
20  modification.  One of them is $200 million shall be in
21  the form of fine payable to the General Fund, quote,
22  which shall be permanently suspended, close quote.  The
23  five-member commission will vote on adopting this order
24  during its meeting on May 7, 2020.
25          So everybody who's worried about the fire

1  victims having to pay the CPUC fine, I'm telling you, it
2  doesn't look like that's going to happen, and you will
3  know conclusively on May the 7th.
4          Now, another thing that happened and that
5  is a gentleman by the name of Will Abrams, a lot of you
6  know who he is, Mr. Singleton and I participated, at his
7  invitation, on a Facebook Live request.  He's probably
8  on this call, and he's certainly invited to it.  He
9  decided to go ahead and file a motion, taking a shot at
10  me.  That's okay.
11          But let me tell you what the Court thought
12  about this.  At 8:55 in the morning, on Monday, he filed
13  a request for order shortening the time on the motion.
14  That's Document No. 6798.  20 minutes later, at 9:16, he
15  said, hey, Judge, I want you to consider William B.
16  Abrams Motion to Designate Improperly Solicited Votes
17  Pursuant to 11 U.S.C. Section 1125(B), Section 1126(E)
18  and Bankruptcy Rule 2019.  That is Document 6799.
19          So within three hours I filed a
20  preliminary opposition to William B. Abrams' Motion to
21  Designate Improperly Solicited Votes.  And that's -- my
22  document is Document No. 6799.  What I didn't know is
23  ten minutes before I got mine on file, the Judge had
24  already filed an order denying Abrams' motion to shorten
25  the time.  That was entered at 11:59 in the morning on

1  the very morning it was filed.  That's Document
2  No. 6800.
3          So what did our response say?  Basically,
4  they're saying, hey, the Watts Guerra firm put ads in
5  the paper in the Santa Rosa Press Democrat and the Chico
6  Enterprise-Record on March the 31st.  That's before all
7  the disclosure statements had been delivered to the
8  clients.  Well, that's not true.  We knew when they were
9  going out.  We specifically checked with the company to
10  make sure they were going out on March 31st.  We
11  digitally delivered them via text and e-mail on
12  March 31st with the ballot, thereby meeting the
13  requirements of 11 U.S.C. Section 1125(b).
14          With respect to 1126(e), that's a
15  provision that says that the Court may designate any
16  entities whose acceptance or rejection of such plan was
17  not solicited or procured in good faith.  In our
18  response we told the Judge about our 24 in-person town
19  hall meetings that I had with the clients and Chico in
20  Santa Rosa, our quarterly update letters for the last
21  couple of years, more recently our weekly e-mail
22  updates, and more recent than that, once the coronavirus
23  started, our ten telephonic town halls that have already
24  taken place on March 21, March 26, March 31st, April 4,
25  April 11, April 18, and here we are on April 25th, and

Worldwide Court Reporters, Inc.
(800) 745-1101

Case: 19-30088   Doc# 7129-26   Filed: 05/08/20   Entered: 05/08/20 15:06:44   Page 8 of 61

1  our plan to do so again on May 2nd, 9th, and 15th.
2      We told the Court, go to our website
3  www.firesettlementfacts.com. You look at all the
4  information on there. We're asking our clients to do
5  it. We'd love the Judge to look at it as well.
6      Go to the fact that Mr. Singleton and I
7  participated in a Facebook Live debate with Will Abrams,
8  who is, as far as I can tell, being paid to oppose this
9  plan, and lawyers Bonnie Kane and Fran Scarpulla, who
10  represented former members of the TCC who resigned. I
11  told the Court that we have recordings and transcripts
12  with respect to that, so that if somebody wants to
13  litigate with the old disclosure and solicitation and
14  procurement of votes, we have the record ready to go.
15      And then, lastly, Bankruptcy Rule 2019.
16  The Court has not entered an order requiring private
17  council not on the Tort Claims Committee to make
18  disclosures pursuant to this rule, and a reading of the
19  rule should gusset -- probably doesn't even apply to
20  private counsel representing individual fire victims.
21  Watts Guerra is not a group or committee from which
22  disclosure under Bankruptcy Rule 2019(c)(1)(A) is
23  required. With respect to the required disclosure under
24  Bankruptcy Rule 2019(c)(1)(B), each fire survivor's
25  notice of claim filed by this Court amended bar date of

1  December 31 sets forth the name of the law firm
2  representing each of the survivors. So that meets the
3  rule.
4      With respect to the disclosure requirement
5  of Bankruptcy Rule 2019(c)(2)(B), Watts Guerra has no
6  disclosable economic interest in relation to the debtor
7  and no economic interest that is affected by the value,
8  acquisition, or disposition of a claim or interest as
9  defined by Bankruptcy Rule 2019(a)(1)(A).
10      With respect to the disclosure required
11  under Bankruptcy Rule 2019(c)(2)(C), Watts Guerra is not
12  a member of a committee or a group that claims to
13  represent any entity. Rather, Watts Guerra represents
14  individual clients alone as single creditors not with
15  some official committee.
16      Second to last, with respect to the
17  disclosure required under Bankruptcy Rule 2019(c)(3),
18  Watts Guerra is neither a creditor nor an equity
19  security holder represented by an entity, group or
20  committee.
21      So while Watts Guerra does not see how
22  Bankruptcy Rule 2019 applies to it, since it only
23  represents single creditors for purposes of the Rule, we
24  invited the Court, should the Court disagree, we're
25  happy to make such a disclosure if the Court wants us to

1  under Rule 2019(e)(3), because we've already made these
2  disclosures, and a lot of them were discussed. We've
3  already disclosed to our clients and to others the
4  communication in this case with assignees of portions of
5  the credit facility and consequent communications, the
6  principals of both the debt and the equity.
7      Specifically, I conducted a town hall to
8  our clients in Chico on December the 12th of 2019 and in
9  Santa Rosa later the same day. We filmed it. We sent a
10  link of that film to all of our clients with an e-mail
11  and a letter shortly thereafter providing the video of
12  those town hall meetings. We told the Judge our link to
13  the PowerPoint and set forth the nature of the
14  disclosure I made in Santa Rosa on December the 12th.
15  It was provided. We gave him specific Slides 53 through
16  80. Did it again with respect to the Chico meeting on
17  the same day, and made it clear that a transcript of
18  that meeting is available as well.
19      So that was our big, long response filed
20  less than two and a half hours after Mr. Abrams did what
21  he did. The Court denied his motion to shorten the
22  time. He didn't follow rule -- Bankruptcy Rule 9006-1.
23  And the Court said, quote, In fact, it appears that
24  Abrams is, once again, renewing his oft-repeated request
25  to delay the voting by the fire victims until he is

1  satisfied that enough information is available to him.
2  The Court has dealt with this issue more than enough.
3  The ex parte request is denied, close quote.
4      Well, that was Monday. The bottom line is
5  that we had a good day on Monday, the plan had a good
6  day on Monday, and people kept voting for it
7  overwhelmingly.
8      On Tuesday a new thing happened, and this
9  is really good for the fire victims. Judge Montali
10  issued an order regarding Rule 2004 applications filed
11  by the TCC. For those of you that like to go to the
12  website of the Court, it's Document No. 6866, Case
13  No. 19-30088. The Court said the TCC issued
14  approximately a hundred subpoenas to certain vendors
15  that PG&E relied on to complete much of its vegetation
16  and asset management, which may have contributed to the
17  fires at issue in the bankruptcy case. The Court said
18  on Page 2, the debtors have previously agreed to assign
19  their claims against these vendors to the TCC as part of
20  a mediated settlement when their plan of reorganization
21  becomes effective.
22      The vendors, tree trimmers sought to quash
23  those subpoenas. The Court said, for the reasons set
24  forth below, I'm going to allow the TCC to get those
25  subpoenas pursuant to Rule 2004. The Court disagrees

1  that it's premature. The TCC is seeking to determine
2  defenses with respect to statute of limitations with
3  respect to these claims, and, in light of that, the
4  Court will not vacate the orders granting the initial
5  Rule 2004 applications.
6          That's all legalese that our lawsuits that
7  we're preparing against the tree trimmers, against the
8  consultants, against the D&O coverage for the former
9  executives of PG&E are all getting prepared. And my
10 good friend Bob Julian, who is the TCC bankruptcy
11 lawyer, I'm telling you, he's got an army of lawyers at
12 BakerHostetler, they're getting ready to go try to grow
13 the pie of the funds. That's what happened on Tuesday,
14 also a good day.
15          Now, a lot of you read on Wednesday,
16 April 22nd, that the CEO of PG&E resigned or retired,
17 Bill Johnson. Said he joined the company to get it out
18 of bankruptcy and to stabilize operations. By the end
19 of June, I expect that both of those will have been met.
20          I want to tell you a little bit about the
21 guy that's going to come in and take his place. This
22 gentleman's name is William Smith. He was not here when
23 the fires happened. He just joined PG&E's board last
24 year. He is going to serve as the interim chief
25 executive until a permanent replacement is found. Based

1  on what I've read about him, I can say that I wouldn't
2  count on it, but I can say it's highly likely he is
3  going to be the permanent replacement. This gentleman
4  is a former AT&T executive. Bill was always viewed as
5  an interim CEO for the bankruptcy process, which is very
6  normal. But what the equity is trying to do and the
7  company needs is to transition the utility into a more
8  technologically advanced company. Bill Smith was the
9  president of AT&T technology operations, and they think
10 he can really be a change agent here.
11          It turns out that there is a little link
12 here to where I'm from in San Antonio. After the big
13 monopoly trial of AT&T in the '80s, it got busted up and
14 put into all these different small Bell corporations. A
15 legend in American business, Ed Whitacre took over
16 Southwestern Bell, which was based in San Antonio where
17 I'm from. Over the course of the next ten years he
18 bought Pacific Telesis, FNET, Comcast Cellular,
19 Ameritek, AT&T Corporation, and then Bell South, and the
20 company was renamed to AT&T.
21          When they bought Bell South, half of the
22 companies went -- I mean, half of the executives went to
23 AT&T. Whitacre went to Atlanta and personally
24 interviewed them all. He chose a bunch of Bell South
25 executives, including Bill Smith, which tells me all I

1  need to know about this guy. If Ed Whitacre decided to
2  bring him on board, he's for real.
3          His AT&T website said he was responsible
4  for all the technical space planning, hardware planning,
5  engineering, computing storage, customer care, and
6  network operations, including integrated IT command and
7  control functions, which is key to mitigating the risk
8  of future wildfires. This is a clunky, you know,
9  company that's got technology that needs to be
10 dramatically improved so that the command and control
11 functions can be run with high-tech equipment. He
12 supervised a team of over 100,000 employees. Who worked
13 on business service and infrastructure, technology
14 operations, planning, and engineering.
15          And so the bottom line is that, in my
16 view, the company found the right guy, and they're going
17 to consider him for the role on a permanent basis. So
18 from the fire victims' perspective, he's not somebody
19 that was here when this company did all the things that
20 led it to be, you know, a criminal felon. He's got a
21 high technology expertise, which this company grossly
22 needs.
23          So the bottom line is is that, remember,
24 that as part of the plan to exit bankruptcy, the company
25 ceded to the demand by Governor Gavin Newsom that it

1  would replace the board of directors. He's got a lot of
2  say. He signed off on this fellow.
3          Now, the other thing that happened on
4  Wednesday, Jason Meek and Helen Sedwick organized a
5  Facebook webinar entitled "Nuts & Bolts: Discussion of
6  the PG&E Plan of Reorganization."
7          On Thursday, I can't tell you what's
8  happening here, but there are more things being worked
9  on in a mediation process being led by Judge Randall
10 Newsome. On Thursday that mediation process was signed
11 and the parties are diligently working, continue to work
12 on this.
13          On Friday the Tort Claims Committee filed
14 its response opposing Will Abrams' motion. There is a
15 lawyer out in -- well, there is a lawyer by the name of
16 Fran Scarpulla with whom I debated that filed an
17 objection with the TCC, I think is going to respond to
18 it. I'll tell you about that next week.
19          So that's kind of what all happened in the
20 last week. So let me go to Phase 2 and let these other
21 guys in.
22          We're going to spend the next hour or so
23 answering questions that have been submitted to us over
24 the last week or so, and then we'll answer your
25 questions live. Push/press star 3, and you can ask a

Worldwide Court Reporters, Inc.
(800) 745-1101

Case: 19-30088   Doc# 7129-26   Filed: 05/08/20   Entered: 05/08/20 15:06:44   Page
10 of 61

1    question after we answer the questions we've already
2    got.
3          And let me just say one other thing.
4    You're getting information in a call that has inside
5    information. Now, there is nothing wrong with me
6    sharing information with my clients, but it's material,
7    nonpublic information. I'm not an SEC expert, but if
8    you take this information and trade in this stock, you
9    can get in a lot of trouble for what's called insider
10   trading. So, please, take this information as a client
11   so that you can educate yourself as to how to vote, but
12   don't take this information and go start trading the
13   stock. You're going to put yourself in a situation.
14         Okay. So I'm going to take over and start
15   answering the questions.
16         Joe Earley, the first one is for you.
17   Dennis actually sent an e-mail to Erin Brockovich early
18   in April, asking, hey, do you still stand by your
19   support of this legal team that includes Watts and
20   Earley and these other guys? We went with that team
21   based on your statements. Do you have any comment?
22   Joe, can you give the folks an idea of what Erin has
23   been saying lately?
24         MR. EARLEY: Yes, I can. When I read -- I
25   don't think I read that one, but there was another --

1    someone else had mentioned something about that, sort of
2    questioning the -- kind of the integrity of our group,
3    and that Erin being aligned with us, as she is. So I
4    gave her a call right away, and said that's insane, she
5    completely supports this. She understands that we're
6    after what everyone else is after, which is a decent
7    recovery and as efficiently as we can. She's behind us
8    100 percent. Her only concern was the allegations that
9    people felt that were being -- some of our clients were
10   being rushed.
11         And so when she understood the explanation
12   for that, that there is a -- she knows because she hears
13   from these people as well, how desperate they are to get
14   moving forward. So with a group the size that we're
15   dealing with, it's essential that they be dealt with
16   right away, and we try to get everyone's voice heard.
17   And that six weeks seems like a long time, but it's not.
18   And so she understood that, and she's behind us
19   absolutely 100 percent. She understands this is the way
20   to do it.
21         What really struck me is she said this
22   same kind of thing that's last minute. People getting
23   upset and coming up with these reasons to be unsure of
24   the settlement. She said, that's old news. She's been
25   there before. That same thing, she explained, happened

1    with her earlier settlements with PG&E. Right at the
2    end people started getting -- not thinking there's going
3    to be enough money or having whatever concerns were
4    getting spread around.
5          And she was almost in tears when she was
6    explaining to me how she got that phone call from a
7    person that she told, take the settlement, you need to
8    do this, you need to make your claim, you need to do
9    everything you got to do because once it's over, it's
10   over. And, sure enough, they bailed, and afterwards
11   they ended up with cancer. Those kind of stories are
12   really tragic. I see some similarities here, that if we
13   screw up the beautiful, imperfect, but beautiful
14   settlement that is there, then that's what's going to
15   happen. There is going to be a lot of people who are
16   going to really, really be hurting because of that.
17         So, anyway, Erin is happy to be onboard
18   with us, and appreciate the question allowing me to
19   clear that up for her. We'll be hearing from her next
20   week or so. So I'm looking forward with that coming out
21   of her own mouth, because she is an amazing person, and
22   she's completely committed to -- to trust victims.
23   Thanks.
24         MR. WATTS: Yeah, you know, Dennis, in
25   answer to your question, don't rely on me and Joe.

1    Listen to what Erin said herself. She wrote an opinion
2    editorial piece from San Francisco Chronicle on April
3    the 2nd. Part of what she said is, So why do I advocate
4    that wildfire victims accept the 13.5-billion-dollar
5    settlement? And she says, Because it's one of the
6    largest settlements in history, providing the money
7    needed to rebuild your homes and our communities now.
8    Because there is no other deal available, because the
9    owners, directors and officers of the old company are
10   gone, because the new company is now compelled to safely
11   deliver electricity to the good people of California,
12   fire victims should vote yes to accept this settlement
13   and rebuild now, close quote.
14         That's what she said on April the 2nd.
15   But because of Dennis' question, is Erin still for this
16   deal, I called her up and I said, hey, will you be on
17   our next telephonic town hall meeting next Saturday, May
18   the 2nd, so the people can hear directly from you that
19   you recommend this deal and you still support this legal
20   team? She said, absolutely. So count on Erin
21   Brockovich being on our next town hall meeting next
22   Saturday, May the 2 nd, at 12:00 p.m. Pacific time.
23         Okay. Next question is from Adrian, who
24   asked, when will the stock be liquidated by the trust?
25         Jim Frantz, can you handle that for us?

Worldwide Court Reporters, Inc.
(800) 745-1101

1      MR. FRANTZ: Okay. So the short answer is
2  we do not know precisely when the stock will be sold.
3  The stock will be funded based on the effective date
4  shortly after coming out of bankruptcy, and then the
5  stock will go to the trustee, then the trustee will use
6  investment banking professionals like Houlihan Lokey or
7  RBC, some of the best, to advise them on selling the
8  stock.
9      Obviously, if you sell several hundred
10  million shares in one day, the stock will tank in its
11  value. So that we'll have the Wall Street experts
12  advise when to sell. The trustee does not have to
13  liquidate the stock immediately, if there is lots of
14  cash on hand.
15      There will also be a shareholder rights
16  agreement negotiated this week, and this agreement takes
17  place -- how soon or the amounts of stock which can be
18  sold so to prevent devaluation of the stock.
19      So, to my estimate and the estimate of
20  many other professionals, the stock will be held for at
21  least 180 days and then liquidated in early 2021, as
22  needed to pay claims.
23      MR. WATTS: All right, thanks.
24      Next question, will there be financial
25  specialists helping to determine the best time to sell

1  the stock?
2      Rich, you're kind of our stock guru. Can
3  you answer that one?
4      MR. BRIDGFORD: Hey, good morning. I
5  almost thought you forgot about me. I just personally
6  want to say hello to our clients. I'm Rich Bridgford.
7  I work with Jim Frantz, who you just heard from, and Pat
8  McNicholas. We have a three-firm team. And it's a
9  privilege to work with you and other attorneys and, more
10  importantly, a privilege to work with the clients that
11  we represent in this case as it nears what is hoped for
12  making you whole and getting paid.
13      You know, it's time to hold PG&E
14  accountable, and I think we're going to do that. And I
15  want to emphasize, nobody's -- nobody's trying to
16  railroad any of you into voting for this plan. It's
17  your vote. But I'm going to predict, based on what I'm
18  hearing, that the victims of these fires are very
19  intelligent people, and they're going to confirm the
20  plan that we have before us. A lot has been said about
21  how this is the only plan, that the bondholder plan and
22  the community plan are elusory. But I just want to
23  emphasize for you first why I think this is a good plan.
24      You have to realize, as you look at the
25  PG&E stock here, as it's traded over the last few

1  months, that the stock that we're going to receive in
2  the PG&E bankruptcy is in a new company; and it's not
3  going to be saddled with all the claims we're making,
4  the insurance companies are making, that FEMA and the
5  State are making. And if we exit -- and this is the
6  major risk in not getting this plan confirmed. If we
7  exit by June 30th, PG&E will obtain the money from
8  AB-1054 which is required to remediate future fires. So
9  what we're really engaged here, ladies and gentlemen, is
10  a great crusade to make California a much safer and
11  better place.
12      You know, turning to the -- the question
13  which you just asked me, I'll let you repeat it so the
14  people on the line know what I'm answering.
15      MR. WATTS: Will there be financial
16  specialists helping to determine when the best time to
17  sell the stock is?
18      MR. BRIDGFORD: Yes, there will be
19  financial specialists. We actually did very well on
20  this. The trust has hired Houlihan Lokey, a global
21  independent investment bank, while the Tort Claimants
22  Committee has hired Mark Cohen of Royal Bank of Canada.
23  And we are in the process of negotiating a shareholders'
24  rights agreement with PG&E's investment banks, which are
25  Goldman Sachs and JPMorgan. We expect that both

1  Houlihan and RBC will advise the trust as to the best
2  time to liquidate the stock and in what amount.
3      Again, I want to emphasize, folks, the
4  stock has been loosely construed to be worth
5  6.75 billion. It could be worth more. It could be
6  worth less. But later I'll touch on all the reasons why
7  I think it's a very good deal for us going forward.
8      Thanks, Mikal.
9      MR. WATTS: Thank you, Rich. And I
10  apologize for skipping over you during the introduction.
11  Rich Bridgford has been a key part of this team getting
12  the information out. So thanks for he awesome
13  (inaudible) for it.
14      And while I messed up not introducing
15  Rich, I also messed up in depriving Elliot. Bottom line
16  is they represent a whole bunch of Camp Fire victims,
17  over a thousand. But he asked me to point out that they
18  also represent thousands of other folks in the North Bay
19  Fire, the Butte Fire, as well as down in Southern
20  California with the Thomas and Woolsey Fire. So it's
21  inaccurate for me to say that they were focused on the
22  Camp litigation. Bottom line is Elliot is one of the
23  premier experts in fire litigation in this state. We're
24  glad that he's participating in these calls as well.
25      Okay. So, Robert Bryson, first question

Worldwide Court Reporters, Inc.
(800) 745-1101

Case: 19-30088   Doc# 7129-26   Filed: 05/08/20   Entered: 05/08/20 15:06:44   Page
12 of 61

1  for you, why are Trotter and Yanni getting paid so much
2  to run and administer the trust?
3       MR. BRYSON: Well, thank you, Mikal. This
4  is an important question. Unfortunately, for those on
5  the phone, it requires a six-part answer, which I will
6  try to deliver as concisely as possible. But the first
7  point to recognize is while the moneys that have been
8  allotted and paid for the administrators,
9  Justice Trotter, who is a retired California public
10  court jurist and whom I have personally tried cases in
11  front of and found him to be an exemplary Judge, and
12  Ms. Yanni, their 19 -- the allotted amount of money,
13  which isn't designated solely to pay them, but, actually
14  for administration of the trust, 19 million, pales in
15  comparison to the money that has been paid to PG&E's
16  bankruptcy lawyers, which has been estimated at about
17  $140 million.
18       And, again, you don't have to take my word
19  for this, but you can actually go to the San Francisco
20  Chronicle, their website and go to
21  business/article/140million, and you can read about how
22  PG&E's lawyers have managed to amass 140 million in
23  fees, and this is one of the most expensive bankruptcy
24  proceedings of its kind, at least according to the
25  federal officials that track this information.

1       It's also important to note that when
2  these fees are approved, whether it's Judge Trotter's or
3  Ms. Yanni, along with PG&E's lawyers, the fees are
4  examined by auditors and they must be approved by the
5  Court. So there is a process by which the fees that are
6  charged, no matter who they are, they have to be
7  examined and then approved. If they're not approved,
8  then they're not paid, and they have to try again.
9       So let's move on to the second point,
10  which is also important and that's that both
11  Justice Trotter and Ms. Yanni were appointed by the
12  Court. There was an order for their application which
13  was granted by the Court, and that's Document
14  No. 5726-1. You can look to Page 3, Paragraph 3. And
15  it, basically, states that Justice Trotter shall be
16  compensated for fees and reimbursed for reasonable and
17  necessary expenses and shall file monthly statement fee
18  statements and final fee applications for the allowance
19  of compensation for the services and expenses that he
20  renders and incurs.
21       So that means it dovetails into what I
22  just explained, that there is going to be oversight by
23  the Court in terms of the reasonableness of the fees
24  that Justice Trotter is seeking while he is helping all
25  of -- all of the fire victims, including our clients,

1  receive justice, which is to administer over the claims
2  process that hopefully will be efficient and quickly pay
3  all of you who have suffered dearly, as I mentioned
4  before.
5       Point No. 3, let's talk about the amounts
6  to be paid to Justice Trotter and Ms. Yanni. If you
7  look at Document No. 5723, Page 8, Paragraph 15, it
8  states that Justice Trotter's rates of $1500 per hour is
9  his standard rate. In other words, that rate he has
10  charged for quite some time and has been approved in
11  other matters, and it is not some exorbitant, unusual
12  rate. It's a standard rate. The same is true for
13  Ms. Yanni. She'll be compensated at $1250 an hour, and
14  that is also her standard rate, and you can look to the
15  same document No. 5723, Page 9, Paragraph 14.
16       Now, it's important to note that these
17  rates were approved by the Tort Claimants Committee. So
18  the folks that are representing all of the tort
19  claimants, which includes all the fire victims in the
20  bankruptcy court, which is separate from all of our
21  firms on the phone here, some of them may have overlap,
22  but they approve and agree with these fees. And the way
23  to look at this is it's true whether you're talking
24  about the administration of a large, large trust like
25  this or you're talking about, say, for example, a sports

1  franchise, which I think a lot of people can relate to.
2       When you hire someone like a Lebron James,
3  in order to do so, you got to be willing to pay for his
4  talent. And while that may be expensive, he's worth it.
5  I think many of us already know why, because we've seen
6  Lebron play.
7       And the same is true for Justice Trotter
8  and Ms. Yanni, and it's a simple idea. You pay -- you
9  get what you pay for. And what we have here is the
10  highest quality to ensure that this trust is
11  appropriately administered, and the folks that can do
12  that are Justice Trotter and Ms. Yanni.
13       And, as a side note, as I mentioned, I
14  have personally tried cases before Justice Trotter and I
15  have found him to be of the highest integrity and he
16  mutually and fairly rendered decisions on behalf of my
17  clients in the past and I can attest to his skills and
18  abilities.
19       So moving on to Point 4. There are,
20  basically -- there has to be an order approving the
21  fees, which I already discussed, and you can take a look
22  at that. There is an article that discusses it in the
23  nbcbayarea.com and I'm not going to read off the whole
24  tag line here, but it's under news, local, North Bay
25  judges okay PG&E plan to pay.

Case: 19-30088   Doc# 7129-26   Filed: 05/08/20   Entered: 05/08/20 15:06:44   Page
13 of 61

1    So, again, you've got an order granting
2  the tort committee to retain and hire Justice Trotter
3  and you can look to Document 6760 and in that Trotter
4  was authorized during the engagement term to retain such
5  appropriate professionals and administrative staff as he
6  deems necessary to assist him in the performance of his
7  services as set forth in the application hearing request
8  and subject to the budget. That's on Page 3,
9  Paragraph 3 of Document 6760.
10    Point No. 5, and this is an important one
11  to hear: These fees, in large part, are not going to be
12  coming out of the trust. Or I should say, in part.
13  Specifically, 2.5 million of the fees, which is to work
14  up in the beginning of the process through now will be
15  paid by PG&E, and that was negotiated by some of the
16  lawyers on this call who personally handled this, and
17  I'll give credit to Mikal Watts, who did a fantastic job
18  on that issue.
19    And the other -- there is another
20  2.5 million that's going to be attributed to BrownGreer,
21  who is a third-party administrator that many of the
22  lawyers on this phone have worked with throughout the
23  litigation, and they've done a fantastic job for us, for
24  the most part, and they have been hired. So their fees
25  are going to be paid by PG&E as well, as well, not come

1  out of trust. So $5 million of the $19 million will be
2  paid by PG&E.
3    Now, a good question is why $19 million?
4  What does that mean? Where is it going? As I hinted at
5  before, the 19 million is not going to go into
6  Justice Trotter and Ms. Yanni's pockets, all right.
7  It's going to go to be paid for the administration of
8  the trust, so that we can ensure timely resolution of
9  your claims. And time is important to everyone on the
10  phone who has suffered terribly, as we all appreciate
11  and are working hard to rectify.
12    So who are the folks that are going to be
13  hired to make this process move along quickly? That's
14  bankruptcy counsel, Brown Rudnick; the investment
15  bankers that have been mentioned before, Houlihan Lokey;
16  there is a claims administrative staff; and then there's
17  the TPA, third-party administrator, BrownGreer, who they
18  will be employing approximately 200 people to ensure
19  that this process is handled quickly and efficiently.
20  And I want to emphasize that, because what you don't
21  want is an underpaid, cheap trust administration. You
22  want a robust, powerful trust administration that will
23  be able to make decisions quickly and get the money into
24  the hands of the people, which is everyone that's on
25  this phone and all the other people that are similarly

1  situated.
2    And, in fact, Justice Trotter and
3  Ms. Yanni have stated that it is their goal, their
4  sincere goal, to get the most money out of the trust to
5  the fire victims by early 2021. I want to repeat that.
6  Early 2021. So right around the corner, given the
7  length of this litigation.
8    So, but how will these moneys be paid, the
9  initial 14 million? Will it come out of the body of the
10  trust, or will it be paid through some other mechanism?
11  Well, as you all appreciate, there is 5.4 billion in
12  cash that is going to be put in the trust, and there
13  will be interest that will be generated from that money.
14  We've assigned a conservative interest rate of a little
15  over 1 percent, and that will generate in six months
16  approximately $33,750,000. That's $33 million. Out of
17  that $33 million is how the administration will be paid
18  for, so that the corpus, or the body of the trust, will
19  not be depleted by Justice Trotter, Ms. Yanni, and the
20  balance of all the folks that are going to be working
21  hard to ensure that this process is efficient and quick.
22    Now, the -- the final point, which is a
23  bit repetitive of some of what I discussed, but it's
24  important to understand. There will be oversight over
25  these costs. There is going to be a review process and

1  an approval process of all of these charges. And what
2  you need to look at and understand and emphasize is that
3  Justice Trotter and Ms. Yanni are accomplished
4  individuals who are putting their reputation and
5  integrity on the line. In particular, Justice Trotter,
6  he's a former appellate court jurist. He's respected
7  throughout the nation as a well-renowned jurist who has
8  dedicated himself to the service of people such as
9  yourselves. He's the cofounder of JAMS that has been
10  instrumental throughout the nation in assisting people
11  in reaching resolution of their cases, so that they're
12  able to avoid trials. He -- he personally was involved
13  in the distribution of settlement money from the 2006
14  wildfire that my prior firm participated in along with
15  Mr. Frantz's firm and some of the other folks on this
16  phone and was ultimately paid by San Diego Gas &
17  Electric from that fire and Justice Trotter handled that
18  case.
19    So the take-away for both Ms. Yanni and
20  Justice Trotter is that their reputations are paramount.
21  It's their most important asset. It's what enables them
22  -- people to place their trust in them, and that's why
23  they have been selected.
24    And then a little bit of time on
25  Ms. Yanni. She's an arbitrator, mediator, special

1    master. Federal jurists throughout the country have
2    repeatedly appointed her in a similar capacity. She has
3    served in countless mass tort litigation, including
4    transvaginal mesh, Infuse Medtron, Advanced Bionics
5    cochlear implant, and the list goes on. And I won't --
6    I won't bore you here with this list that never ends.
7    It fills a quarter page. She has also been universally
8    recognized as a premier special master in many different
9    types of respected legal journals, including the
10   National Law Journal, the Daily Journal, and
11   Martindale-Hubbell. And she has personally overseen the
12   distribution of a wildfire assistance program of over
13   six firms, you know, approximately $105 million.
14        So, in short, this was an important
15   question. I'm glad that Tony asked us, because it gave
16   us an opportunity to explain to the folks that the
17   moneys that will be allotted for the administration will
18   not deplete the trust, the body of the trust. It will
19   be paid for by PG&E and the interest earned on the
20   trust, and that these folks are invaluable importance in
21   order to ensure that all of us, all of our clients are
22   afforded an opportunity as quickly as possible to have
23   their case heard and to get compensation as quickly as
24   possible.
25        So thank you for giving me this

1    opportunity, Mikal.
2         MR. WATTS: Yeah, that's a great answer.
3    You know, it was a long answer, but I wanted the details
4    of it. Bottom line is that Trotter and Yanni are the
5    Michael Jordan and Kevin Durant in terms of top of their
6    game. The best of best. Yeah, it's expensive, but when
7    you're handling $13 and a half billion, I think you want
8    the most talented individuals doing it, and, more
9    importantly, because of the way they've organized it,
10   the administrative costs, I think it's 0.14 percent or
11   something. I mean, it's just -- it's -- it's a very,
12   very small percentage. It's going to be covered out of
13   interest. But you compare that with other charities or
14   something like that that I donate. I always -- you
15   know, Salvation Army, Red Cross, United Way, a
16   significant percentage of the money that goes into those
17   is administrative expenses.
18        This is a fund that will shed off the
19   interest that will more than cover out of the interest
20   alone the cost of these two amazing individuals. And,
21   to be clear, the lawyers are going to be involved, that
22   trust oversight committee, trust advisory committee,
23   making sure this thing doesn't get out of hand, the
24   Court retains jurisdiction. That's Document 6760 and
25   Document 6759, Page 16 and 17 of those. In addition,

1    Trotter and Yanni, they have no limitation of liability
2    pursuant to court order. They have to do it right. I
3    have no doubt that they won't.
4         Jerry Singleton, if you can answer this
5    question from Lisa Williams, who posted a question on
6    Facebook on April the 18th. She, basically, wants to
7    know, hey, what happens if PG&E doesn't make the initial
8    cash payment of 5.4 billion or deliver the 6.75 billion
9    in stock? Can you -- can you answer that one for her?
10        MR. SINGLETON: Sure. That's a good
11   question, Lisa, and that's something that a lot of my
12   clients are curious about as well. So the main thing to
13   remember here is that the RSA, which is the agreement
14   that many of us on this call signed with PG&E in order
15   to reach this deal, requires that the funding be on or
16   before August 29th. And on that funding date PG&E has
17   to put 5.4 billion in cash and then the approximately
18   6.75 billion in stock into the trust. And there is a
19   portion section in that that I think is very important.
20   And anybody is curious at all about this, please look
21   on, again, any of the websites. You can look at our
22   website, you can look at firesettlementfacts, you can go
23   on to Prime Clerk, and they have all this information.
24   But if you look at Section 3(a), it specifically says
25   that if the plan does not fund by August 29th of 2020,

1    then it automatically terminates.
2         Now, we as the fire claim and fire
3    claimant consenting professionals, which is the group of
4    people on this phone and the TCC, can decide in our
5    discretion to give PG&E more time. But if they don't
6    fund it, then that's it, it's over, and we go back to
7    the alternate, the contingency plan. So I think that is
8    going to put a lot of pressure on PG&E because they
9    don't want that to happen. They need for this deal to
10   work in order, as Mikal said earlier, to take advantage
11   of that 21-billion-dollar AB-1054 fund. So that's the
12   hammer we have, and that's what happens if they don't
13   pay.
14        Now, the only situation in which -- you
15   know, sitting here right now, obviously, you can't tell
16   the future, but when I look at this -- and we certainly,
17   you know, planned this out. The only situation where we
18   can see possibly giving them any kind of an extension is
19   if, God forbid, there were some type of horrific
20   resurgence of COVID, if, for example, as it looks like
21   there is going to happen, there is a loosening of the
22   restrictions and the economy starts to open up again in
23   May and June, if, for some reason, in August there is
24   just a catastrophic failure in that short period looks
25   like the worst possible time to issue the stock, then we

Case: 19-30088   Doc# 7129-26   Filed: 05/08/20   Entered: 05/08/20 15:06:44   Page
15 of 61

would consider giving them an extension. But, again, that is completely at the victims' discretion. It is not at PG&E's discretion. And because of that, barring some kind of catastrophe, we feel very confident they're going to fund it one or before August 29th.

MR. WATTS: Great.

Roy Miller, Lisa Williams also posted a question on Facebook on April 18 asking, can I sue PG&E if the trust doesn't pay all of my damages? Do you want to take that one?

MR. MILLER: Sure. So bankruptcy does happen sometimes in these big cases. And when you have a bankruptcy and you have a large number of claimants, there is always concern that people may not be fully compensated for what they believe they should be paid for the damage that PG&E did. But if the plan is adopted, which is the sole way for you to recover against PG&E. So, no, you can't sue PG&E later if you feel that you were somehow not paid the full value.

There is a what's called a joint Chapter 11 plan of reorganization. That was filed in March, and there is a section in there, Section 4.26 that discusses this. If you want to look it up, it's Document No. 6353. So, basically, the fire victims' trust will be the sole source of funding for anything

related to the fire that affected you and your family.

The -- we also negotiated and obtained a 12-billion-dollar financial backstop, which are binding commitments, in order to ensure that in the very unforeseen event that something catastrophic happens with PG&E prior to funding, that we have a backup plan. But the trust is your sole means of recovery.

If -- Lisa went on to a second question, that what if I sued, anyway? What would my litigation cost be, if that happens? So that means that she would be suing PG&E on her own, separately. If this plan is confirmed, I think that any such suit against that reorganized PG&E will be quickly thrown out, and a person that did that suing would probably be ordered to pay the attorneys' fees and costs that are involved.

Which relates to a third question. She asked, would I be losing more of my recovery money? And the answer is if you're paid by the trust for the fire claim, then later sue this new PG&E Corporation only to have that suit dismissed with an order that you pay PG&E back for their attorneys' fees and expenses, then, yes, your decision to file a separate suit against PG&E could cause you to lose a portion of the recovery money that was awarded to you by the trust.

So the all inclusive answer is that our

trust that is going to be funded is your means of recovery for your fire-related damages.

Thank you, Mikal.

MR. WATTS: Thank you, Roy. You know, I just want to reiterate one thing. You know, we did a lot of negotiation against this company. I mean, they were claiming that all the fires, all of the victims sustained $5.4 billion in damages, and we just held out. And eventually the offer went from 5.4 to 6 to 7 and a half into about 9, 10, 11; and then ultimately 13.5 was what our financial advisers told us the company could bear to pay, if we took part of it in stock. But I don't believe that there is going to be a situation where the trust doesn't pay all of the damages. If it happens, the bottom line is we're confined to the money that's in the trust, and that's your only avenue, if this plan is approved, which we believe it will be.

So the next question, I'm going to take. And Lisa Williams -- I respect vigorous dissent. She's asking me why I'm undermining attempts to improve the settlement for all of us. So let me just answer directly to Lisa. I can tell you I work about 16 hours a day, and it seems like all I do is work on trying to improve this, which is my job. She said, you keep voting -- say vote yes now. Why not wait until after

the TCC is through with their negotiation? Why are you undermining their attempt to improve the settlement for all of us?

So the answer is, look, I say you should vote when you're ready to vote. I can tell you the TCC have not been negotiating with anyone. All the lawyers are working to improve this deal. And, frankly, we have -- we have a willing counterparty. There is -- in any negotiation there is things that are forgotten about or things that, hey, what if we did this? So we're working to improve the deal.

I speak with members of the equity on a daily basis. I speak to folks at PG&E frequently, trying to improve this deal. So this suggestion that I'm undermining the attempt to improve the settlement is simply a statement spoken out of ignorance of the facts.

Let me give you ten examples off the top of my head about how my work with others have improved this deal since the TCC initially struck the deal with bondholders last fall. I participated in the negotiations that resulted in, No. 1, before I agreed to support the equity, I insisted that they obtain $12 billion in financial backstops from 70 of the largest financial institutions in America. And in order to get you an insurance policy ensuring that all the

1 payments that were due to you, due to the fire survivors
2 was something that was going to happen or something to
3 happen to PG&E financially.
4 I've participated secondly in the
5 negotiations that led to the subordination of
6 3.9-billion-dollar FEMA claim. I was in the room
7 negotiating that on your behalf with my friend Frank
8 Petri.
9 No. 3, I was in the room negotiating the
10 elimination of $2.4 billion in the Cal Office of
11 Emergency Services claim. So right there is about
12 $6.3 billion to the good because of work that we did.
13 No. 4, I helped negotiate $400 million in
14 other federal agency claims that got settled for the sum
15 of $117 million. But, most importantly, that
16 $117 million does not come out of your
17 13.5-billion-dollar fund, but, instead, it's contingent
18 upon future litigation successes against third parties,
19 like the D&O carriers, the tree trimmers, and the
20 consultants, which, by the way, I'm working with Bob
21 Julian to make sure that those are a success as well in
22 the hope that we can grow the fund on top of the 13.5.
23 No. 5, I worked on the settlement of $4
24 00 million in other California state agency claims. I
25 think they settled in total for about $130 million.

1 But, importantly, that doesn't come out of the
2 13.5-billion-dollar fund, but, instead, only comes from
3 the interest on that 13.5-billion-dollar fund. And I
4 give my friend Frank Petri tons of credit for that
5 negotiation. He was a leader in our efforts to make
6 sure that 13.5 was for the fire victims, not for a bunch
7 of California state agencies.
8 I also worked behind the scenes on No. 6,
9 maintained the right of fire survivors to sue their
10 insurance companies for bad faith settlement practices
11 and keep the insurance companies from seeking a part of
12 the victims' recovery. Now, my good friend Steve Stikos
13 has worked tirelessly on that issue and is still working
14 on it. I talk to him frequently about the subrogation
15 issue so that we make sure that we have the leverage in
16 place to make sure that the insurance companies do the
17 right thing.
18 No. 7, I worked behind the scenes on the
19 settlement of $200 million in Butte fines. Remember,
20 the Butte D.A. wanted $200 million in fines from the
21 company in order to indict them for a lesser included
22 offense of, like, starting a fire. I personally talked
23 to the people at the equity taking over PG&E and said,
24 look, that will never sell. And so they pled guilty to
25 involuntary manslaughter for the singular reason of the

1 maximum fine was 3.48 million plus $500,000. So we took
2 a 200-million-dollar liability, which others placed in
3 the trust, that PG&E didn't match and got it down to
4 $4 million in fines. But we didn't stop there. I knew
5 that that was not going to work.
6 So we worked hard with the equity, with
7 the subrogation people, said, guys, if you want this
8 deal to go, somebody else has got to take it out. I
9 don't care what the document says. And so they worked
10 and the subrogation carriers, agreed that, one, the fire
11 victims didn't have to have it coming out of their fund,
12 and; No. 2, they did so so that there was no risk of the
13 $12 billion in financial backstops from avoiding their
14 responsibility because of the COVID-19 crisis. That was
15 important.
16 No. 8, I worked behind the scenes on this
17 shareholder rights agreement, which is presently being
18 finalized. I spoke with the TCC. I recommended that
19 they hire Mark Cohen, the head of U.S. Capital Solutions
20 Group at Royal Bank of Canada to lead their negotiations
21 in this agreement. They interviewed him. They selected
22 him. It wasn't me making it happen, but it was me
23 suggesting and then agreeing. And Cohen is doing untold
24 work on your behalf to make certain that the
25 circumstances surrounding the sale of this stock is

1 going to be optimal for the fire victims.
2 No. 9, as I mentioned before, I've asked
3 you to trust me on this CPUC fine issue. I've told you
4 for weeks that we're working on it. And now as of
5 Monday this week you can see that the permanent
6 suspension of this 200-million-dollar CPUC fine looks
7 like it's on its way. Those of you guys that want to
8 wait until it's for sure, May the 7th the CPUC is going
9 to meet, and I anticipate that they're going to affirm
10 this decision by the administrative law judge to take
11 $200 million in fines and completely suspend them for
12 the simple reason that others put that fine into the
13 fire victims' trust. So we got it out of there. That's
14 good.
15 No. 10, I've listened to people like Lisa
16 predict that PG&E's amended plan of reorganization would
17 never be approved by the CPUC. I've watched my friend
18 Will Abrams try to stop it from ever being approved by
19 the CPUC. I've told you for months that the company was
20 negotiating with Governor Newsom's office and that as
21 long as he signed off on it, the CPUC was likely to.
22 And now you see that as of Monday this week, tentative
23 approval of this plan as being AB-1054 compliant. And
24 I'm predicting for you, it's not my job, but I believe
25 that this plan will be formally approved by the entire

Worldwide Court Reporters, Inc.
(800) 745-1101

1    California Public Utilities Commission during its
2    hearing on May the 21st of 2020.
3          So in response to the question, why are
4    you undermining attempts to approve the settlement, I
5    think that's a false question.  It's not based in
6    reality for ten different reasons, and there is a
7    hundred others I could get into.  We've worked around
8    the clock to make this deal as optimal as we can.
9          Lisa Williams then posed a question, who
10   is Centerbridge?  Of course, I've discussed this three
11   times, but I'm happy to discuss it again.  The bottom
12   line is as of December 31st, 2017, Centerbridge owned
13   1.46 percent of the stock of PG&E.  That's less than
14   1 and a half percent of the stock.  There is 17 other
15   entities owning a more significant stake.  That's what I
16   would call an insignificant player.
17         Apollo, on the other hand, was the seventh
18   largest bondholder which held over $506 million in
19   senior notes, $124 million in debtor to debt firm notes.
20   I refinanced a general credit facility that I had with a
21   bank called Stifel.  It's like your home mortgage has
22   the right to sell off portions of its portfolio to
23   others to assignment.  Two of those assignees were
24   Centerbridge and Apollo.  And in terms of my credit
25   agreement, I didn't even have the right to know of these

1    December in San Francisco.  We were either at the
2    offices of Jones Day or at JAMS, which is
3    Judicial Arbitration and Mediation Services.
4          I have since re-signed that document,
5    continued to work diligently, negotiating to improve
6    this deal with frequent discussions with Tom Wagner of
7    Knighthead Capital Management, with whom I speak almost
8    daily, and infrequent discussions with David Abrams at
9    Abrams Capital Management, who is one of the two capital
10   funds putting up the money and organizing the capital to
11   get PG&E out of bankruptcy.
12         On the other side, the debt, the
13   bondholders, a gentleman by the name of William Jones
14   introduced me to Chris Lahoud of that firm.  But, again,
15   Lahoud simply introduced me to the principals of the
16   debt side, which was Jeff Rosenbaum of Elliott Capital
17   Management Company.  All of my negotiations with the
18   debt were with the lawyer Michael Stamer of Akin Gump,
19   with Jeff Rosenbaum of Elliott Management Company, and
20   then two guys with PIMCO, Scott Striegel and Adam
21   Gubner.
22         Eventually, myself and 12 other members of
23   the consenting fire claimant professionals, all 11
24   members of the Tort Claims Committee agreed that we
25   should choose the equity, with real money.  The bonds

1    assignments.
2          But I got introduced on October the 4th to
3    a guy named Gavin Baira at Centerbridge.  I was in a
4    hearing involving a pollutant known as PFAS, P-F-A-S.
5    It was science vapor in South Carolina, an unrelated
6    case.  Never negotiated.  He just introduced himself,
7    and then he introduced me to the principal of the equity
8    side of the fight, Tom Wagner of Knighthead Capital
9    Management.  All of my negotiations with the equity have
10   been with Tom Wagner of Knighthead Capital Management;
11   Will Abrams of Abrams Capital Management; John Motulsky
12   and Michael Stern, Stonehill Capital; Edward Mule,
13   Silver Point Capital; and Steve Zelin at PJT Partners.
14   And, frankly, I've also dealt with the lawyers for the
15   equity Bruce Bennett of Jones Day in Los Angeles.
16         All of these gentlemen also negotiated not
17   just with Mikal Watts, but all 11 members of the TCC,
18   all 13 of the consenting fire claimant professionals,
19   under the auspices of Judge Randall Newsome, who was
20   appointed by Judge Montali as the mediator in this case.
21         It's important that you know that every
22   person that signed the December 6th, 2019 restructuring
23   support agreement with the equities met, negotiated with
24   those same individuals from the equity during
25   court-ordered mediations occurring in November and

1    were not.  After that decision, the debt and the equity
2    settled their differences, and since then the debtors
3    have publicly announced that it supports the equity
4    deal.  It's filed court papers saying it.  It said so in
5    open court.
6          And then I get a call on March 25th from
7    Chris Lahoud at Apollo, and he's offering to support the
8    deal.  He says, look, we've got this COVID-19 economy.
9    If there is any problem with any of the backstops, this
10   $12 billion of insurance policies, let us know and we'll
11   participate.  I passed his offer made to me on
12   March 25th on to Tom Wagner at the equity, and he
13   assured me, hey, we don't have any problem with the
14   $12 billion in financial backstops.  The deal is a go
15   once the fire survivors confirm their vote.
16         So in answer to Lisa, I made at least
17   eight disclosures, and this is No. 9.  No. 1, on
18   December 12th, 2019, first in Chico at 2:00 p.m., then
19   in Santa Rosa at 6:30, I disclosed all of this.  I
20   explained my credit facility, the assignment thereof,
21   the introductions made by those assignees to the
22   principals of both the equity and the debt side of the
23   deal.  I then explained in detail of how these
24   negotiations occurred, the dates and locations of
25   negotiations.  During mediations, cocktail meetings,

Worldwide Court Reporters, Inc.
(800) 745-1101

1  dinner meetings, breakfast meetings, meeting at a
2  football game, e-mail correspondence, and a specific
3  description about why I, together with all 11 members of
4  the TCC and all 12 other consenting fire claimant
5  professionals, concluded that the equity deal was
6  clearly superior.
7       No. 2, I reported those December 12th
8  disclosures and sent links of the videos, those meetings
9  to all of my clients.
10      No. 3, during our last telephonic town
11  hall on April the 18th I went through all this again in
12  detail.
13      No. 4, I recorded the April 11th -- or 18
14  telephonic town hall meeting and sent links to those
15  videos to all my clients.
16      No. 5, I've since posted the transcript of
17  that call on our website for everyone to see, regardless
18  if they're my client.
19      No. 6, on April the 20th of 2020 I
20  filed with the Bankruptcy Court Document 6801
21  that, again, set forth all these disclosures and a link
22  to the PowerPoint presentations made on December the
23  12th, the videos, and the written documents evidencing
24  these disclosures.
25      No. 7, today on April 25th, 2020, I'm

1  making this disclosure again. We're going to record it.
2  We're going to transcribe it. We're going to file it
3  with the Court, if we have to do so. We're going to put
4  it up on www.firesettlementfacts.com.
5       So, Lisa, I hope that that answers your
6  question.
7       Jim Frantz, Lisa Williams also put the
8  question on Facebook on April 18th with respect to the
9  timing of the sale of stock. Here's her question: She
10 said, if anyone owns stock in PG&E right now, the stock
11 will temporarily increase in value after a settlement is
12 accepted. However, the trust holding my stock cannot
13 profit from a short-term increase. The trust is not
14 allowed to sell our stock until investors have sold it
15 at the highest possible value. Did you agree to these
16 terms?
17      What's your answer to that, Jim?
18      MR. FRANTZ: Yeah, Mikal, our estimate,
19 from our preliminary discussions with Mark Cohen with
20 RBC and with the folks hired by the trust at Houlihan
21 Lokey, is that the stock should be held for at least 180
22 days, as I said earlier, and then liquidated in early
23 2021, as it is needed to pay claims. We're being told
24 that this is the best way to enjoy the appreciation of
25 that stock.

1       MR. WATTS: Excellent.
2       All right. And the only thing I would add
3  to that is I've been on discussions with folks from the
4  TCC, Steve Stikos. I mean, this Mark Cohen just seems
5  like a rock star. Everybody just says he's the smartest
6  guy they ever met on this stuff. So I commend the TCC
7  for hiring Mark Cohen at Royal Bank of Canada. I've
8  heard that he was a good choice. They interviewed him.
9  They made their own choice without pressure from me.
10 And, by all accounts, both Mark Cohen at RBC and the
11 Houlihan Lokey folks that the trust itself hired have
12 done a magnificent job both helping us with respect to
13 the shareholder rights agreement, but also with respect
14 to advising the trustee about when to effectuate the
15 timing of the sale of stock.
16      Okay. Roy Miller, I've got a question for
17 you, and here's the question: How will this plan work?
18 In other words, if everybody votes for it, how do we get
19 paid?
20      MR. MILLER: Okay. And this is a question
21 that has been coming up from time to time in our client
22 base, again, because this is a very complex process. It
23 doesn't lend itself to a sound bite, and I apologize for
24 that, but it's important as your lawyers that we explain
25 things to you and give you the opportunity to ask

1  questions. So if the claimants adopted -- this was
2  something that Rebecca Bailey wrote in a question in a
3  question that was published in the Press Democrat about
4  the claims process. The Court has appointed John
5  Trotter and Cathy Yanni, who we went over earlier, to
6  administer this trust. The trustee is finalizing the
7  claims rule process right now and will set a specific
8  period of time for individual claimants to put in their
9  specific claims. Those claims will be put into
10 BrownGreer, which is that third-party administrator we
11 mentioned to you earlier. And for those of you that
12 have a lawyer, that lawyer will almost certainly be
13 doing all of that for you with your input as to the
14 information for your claim.
15      When the claims period closes, BrownGreer
16 will then apply the trust rules to the claims that are
17 made in that time period and make a recommendation about
18 a suggested payout on your claim. You can then accept
19 the proposed amount of the claim and receive that very
20 quickly or seek to have the number adjusted, and that
21 adjustment is first done through BrownGreer, if you and
22 your lawyer can show that somehow BrownGreer did not
23 apply the claims rules correctly or did not properly
24 assess the information that you provided to them through
25 your lawyer. Following that request, BrownGreer can

1    suggest a adjusted claims tab which can then be paid.
2         That -- if that is not accepted by you, it
3    can be appealed to what is called a neutral third party.
4    This is someone that's kind of like an arbitrator.  That
5    third-party neutral will hear your objection and will
6    make a decision on the appropriate number, and if you
7    agree, then you get paid.  If you don't agree, there is
8    a final appeal where the trustee will appoint a panel of
9    three other neutrals, who will then hear, make a final
10   decision.  Their decision is final, and the payment at
11   that point will be made.
12        This process that I just explained to you
13   is the same for everyone who submits claims to
14   BrownGreer.  There's roughly 70,000 people -- or 70,000
15   claimants.  And eventually all the money will be
16   distributed, and at that point the trust will close.
17        Thank you, Mikal.
18        MR. WATTS:  Thank you.
19        Rich, I've got a question about stocks for
20   you.  This is something that Rebecca Bailey wrote into
21   the Santa Rosa Press Democrat on April 22nd, and that is
22   what Rebecca wants to know is, hey, stocks will be sold,
23   but what will they be worth in the future?  Give her
24   your best answer to that question, please.
25        MR. BRIDGFORD:  Good question.  The simple

1    answer is none of us have a crystal ball.  None of us
2    are certified financial professionals or clairvoyant.
3    The stock value will be determined pursuant to the
4    disclosure statements, which you've been sent by the
5    Court and should read pursuant to a formula.  The stock
6    can go up and the stock can go down.  However, it's
7    important to note, your attorneys, all of us have been
8    working very diligently to do our best to ensure that a
9    substantial margin of safety was built into the
10   agreement negotiated with PG&E as to the stock; and let
11   me go over some of that.
12        First, the amount of the stock being
13   placed into the trust is based on that valuation I
14   mentioned, and that valuation is meaningfully below the
15   fair value of comparable other major utilities which are
16   publicly traded.
17        Second, since PG&E is an electric utility,
18   in fact, a monopoly with predictable earnings, the PG&E
19   stock which the trust will receive has a meaningful
20   chance of increasing in value as PG&E's earnings grow
21   after bankruptcy.  And that goes back again to what I
22   mentioned before.  The new PG&E will not be saddled with
23   the claims of the victims, the insurance companies,
24   FEMA, California, and all the others that we have worked
25   so hard to obtain deals with and, hopefully, will be

1    availing itself of over $10 million in matching funds
2    under AB-1054.
3         Third, the stock in the trust, and this is
4    important to note, does not need to be sold immediately.
5    Remember, the trust is receiving 6.75 billion in three
6    tranches.  The first tranche, 5.4 billion is more than
7    sufficient to pay the initial claims.  So there isn't
8    going to be any fire sale or unloading of the stock.  As
9    the victims are paid, the stock will be sold in the
10   market in a rational manner by financial professionals
11   to raise funds necessary to pay the victims.  Our best
12   estimate is that the stock will be held for at least 180
13   days and then liquidated thereafter.
14        Fourth, the trust, as we mentioned before,
15   has hired major investment bankers at Houlihan Lokey to
16   ensure that the value of the shares are maximized.
17   Likewise, the TCC has hired Mark Cohen of the Royal Bank
18   of Canada to similarly ensure that the values of the
19   shares are maximized.  So, to simplify, the stock will
20   be funded based on the effective date which is shortly
21   after coming out of bankruptcy, and it's going to go to
22   the trustee.  It's not going to individuals.  It's going
23   to the trustee who will appoint these financial
24   professionals to manage it and maximize its value for
25   the good of the victims.  Obviously, if you were to

1    unload several hundred thousand shares in a day, you
2    would send the value of the stock down.  The trustee,
3    again, does not have to liquidate the stock immediately,
4    as we have 5.4 billion in cash on hand.  Furthermore,
5    there will also be the shareholder rights agreement,
6    which is being negotiated now by many of those on this
7    call.  That is an agreement that we're hopeful will even
8    further improve our position.
9         The fifth point I want to make is many
10   people have asked us, why take stock at all?  And this
11   is worth reiterating.  There is only so much cash
12   available in a bankruptcy.  We have maximized the amount
13   of cash that the victims can receive, and, in addition
14   to that cash have obtained the stock.  Unlike other
15   creditor groups, such as the insurance companies, we
16   refused to steeply discount the victims' claims.  The
17   stock is in addition to.
18        Last thing I want to say, again, I need to
19   emphasize this, that stock is being traded eventually or
20   coming into the trust, rather, pursuant to a formula.
21   We're not licensed investment advisers, so we do need to
22   give you that disclaimer.  The fire victim settlement
23   with PG&E has been estimated to be worth 13.5 and it
24   could be higher and it could be lower.  Half of this
25   value is in the PG&E stock based on a formula that will

Case: 19-30088   Doc# 7129-26   Filed: 05/08/20   Entered: 05/08/20 15:06:44   Page
20 of 61

1  determine the number of shares. When the trust is
2  funded, the stock may be worth more or less than that
3  6.75, and the trust sells the shares, it will increase
4  or decrease that value.
5          There were also claims assigned by PG&E to
6  the trust to pursue the tree trimmers and PG&E's
7  corporate officers. If successful, those claims could
8  add to the value of the trust. So while the settlement
9  is often referred to as 13.5 billion, the actual value
10  will be different. Again, we're not investment
11  advisers, and you can hire a licensed investment adviser
12  for that type of advice. But we do not give our clients
13  advice about the stock market in general or PG&E stock
14  in particular.
15          MR. WATTS: Rich, thank you for that very
16  detailed answer. Rebecca asked you in the same Santa
17  Rosa Press Democrat on April 22nd, why not just wait to
18  vote? She said, each of us who has a vote must research
19  carefully to come to your own conclusions, but there is
20  no immediate hurry. The deadline to vote is May 15.
21  Take your time and do your homework.
22          My response to Rebecca is we agree. Our
23  job as your lawyers is to diligently and persistently
24  get you the information you need to make a sound
25  decision. In that regard, my firm has done 24 in-person

1  town hall meetings where I stand there and answer
2  questions until everybody runs out of gas. We've been
3  doing quarterly update letters, more recently weekly
4  update e-mails, more recently because of COVID-19
5  telephonic town halls like what we're doing here.
6          Again, that information we're trying to
7  provide. We've done -- this is, I think, our sixth
8  telephonic town hall or fifth. March 21, 26, 31,
9  April 4, 11, 18. We're going to do four more. On the
10  25th, here we are. May 2nd, May 9th and May 15th.
11  We've debated with people who are against the plan:
12  Will Abrams, lawyers Bonnie Kane and Fran Scarpulla.
13  You know, in public on Facebook Live, we've put that up
14  on the website.
15          I do recommend that you go to
16  www.firesettlementfacts.com where, in effect, pretty
17  much every question I've ever been asked is up there,
18  and I warrant it. So we're trying to post a few
19  documents and orders in the case, posting videos of our
20  answers to questions that are submitted to us, posting
21  transcripts of these past meetings.
22          We, too, only want people to vote when
23  they feel that they've been informed. That being said,
24  please don't wait until the last day. If you do, you
25  crash the system, your vote could be late. We want your

1  vote to count. We want everybody to have a say.
2          So Robert Bryson, let me ask you, Randy
3  wrote to my law firm on April 22nd, I hope you don't
4  mind answering it for me, are PG&E's payments
5  guaranteed?
6          MR. BRYSON: That's a very important
7  question, and you can understand how folks would be
8  concerned about that, because there needs to be
9  guarantees in place to ensure that the moneys are
10  available to pay all of our clients and all the affected
11  fire victims. So all the lawyers on this call and all
12  the lawyers who have tirelessly worked on this case have
13  ensured that PG&E's payments are, in fact, guaranteed.
14  Let me repeat that. PG&E's payments are guaranteed.
15          First simple point: If PG&E doesn't pay
16  5.4 billion by August 29th, barring any special
17  circumstances that were mentioned, for example, COVID-19
18  re-flaring up and generally affecting our economy and
19  the stock market, if that doesn't happen and it's
20  business as usual for the United States, California, and
21  everyone else involved in this case, by the 29th we have
22  the freedom to walk away from the deal.
23          No. 2, many of the lawyers on this call
24  and others worked tirelessly to put into place a
25  12-billion-dollar backstop commitment letter that we

1  compelled PG&E to do in order to ensure that the
2  6.75 billion in stock was delivered, as promised, by the
3  company. And we want to emphasize that -- and
4  particularly Randy and other folks that have this very
5  important question raised on their mind that we -- we,
6  as your lawyers, we negotiated these backstops to
7  provide the very guarantee that you're concerned about
8  and was raised in your question.
9          And, finally, the bankruptcy deal and PG&E
10  generally, they're going to be -- there is going to be
11  oversight by three different federal judges reviewing
12  everything that PG&E does. And if PG&E fails to abide
13  by these agreements, which we commonly refer to as a
14  breach of an agreement, that's made during these
15  periods, then everyone on this phone call that are your
16  lawyers, everyone that represents you, all the other
17  folks that have their attorney will, as soon as
18  possible, be back in front of these Judges in order to
19  ensure that PG&E is bound and honors its legal
20  commitments that were made in this process and that they
21  are ultimately kept.
22          So thank you, again, Mikal, for allowing
23  me to answer that question.
24          MR. WATTS: Great, Robert. And I would
25  just say, regardless of what happens with COVID-19, if

Case: 19-30088  Doc# 7129-26  Filed: 05/08/20  Entered: 05/08/20 15:06:44  Page
21 of 61

1 the money isn't in the trust account by August 29th, we
2 the fire victims have the right to walk away from the
3 deal, regardless. The point that Robert was trying to
4 make is there may be a circumstance where we want to
5 give them more time, but we don't have to. The money is
6 going to be in the account by August 29th, or we have
7 the absolute right to walk away, which is what we
8 negotiated for.
9      Okay. So, Joe Earley, Susan wrote a very
10 interesting e-mail to Erin Brockovich on April 22nd on
11 the subject of homelessness in Chico. Let me just read
12 what she wrote. She said, I live in Chico, California.
13 Our shitty council approved transient camping in our
14 beloved Bidwell Park and along our creeks and waterways.
15 In the two weeks since this has been approved -- and, by
16 the way, they are allowing 50 feet where the state says
17 150 feet to be legal from the water -- the amount of
18 trash, human waste, needle, litter, among other things,
19 is horrific. This will ruin the environment for years
20 to come. Our children are no longer safe to use our
21 creeks. The amount that is flowing downstream is going
22 to destroy habitats for years. Our city leaders have
23 doubled down and are not allowing police to break up any
24 camps, whether toxic or not. Volunteers that have done
25 creek cleanups have now stopped. I cannot tell you how

1 heartbreaking it is to watch the degradation of our
2 ecosystem.
3      Could you address that for us, Joe? You
4 live in Chico right now.
5      MR. EARLEY: I do. And I live near
6 Downtown, and I -- I know how -- I know how it's
7 getting. I know that there is a lot more people who are
8 homeless than were there before. This -- I can't speak
9 about the ecosystem. That's a very important issue, and
10 I certainly support a good, healthy ecosystem and lack
11 of -- of, you know, opioid needles laying around on the
12 ground where little kids can step on them.
13      But I got to focus on what -- what we can
14 do, and that -- this call or this message that was sent
15 to Erin by Susan really exemplified exactly what I'm
16 talking about when -- when I say we are inundated
17 with -- with information from our clients. I'm sure the
18 other lawyers who represent fire victims are getting
19 this, too. But these people are desperate. These
20 people are still living in trailers. They're still
21 living in absolutely awful, awful living situations, all
22 right. These people had a stable place to live and they
23 don't and they haven't.
24      And do the math for the Camp people. It's
25 a long time. And this is breaking my heart. And we

1 can't afford to -- we can't afford to not move forward
2 and get some recovery for these people. They need it.
3 They need it now. They need it as soon as possible.
4 And by delaying this and moving on to a plan that
5 doesn't even exist, where we'd be starting from scratch,
6 makes no sense whatsoever. There's just no -- there's
7 no more gold at the end of that rainbow. We've got a
8 good deal, and we need to move forward because there's
9 lot of people who are desperate.
10      I'm -- I'm really happy for those people
11 who claim to not have any -- any sense of urgency about
12 their recovery and they think maybe they could get a
13 little bit more or a little bit risky or whatever.
14 That's too risky for my clients. We have to move
15 forward. We have to move forward. It's too -- it's too
16 important. It's too important.
17      So please keep that in mind, that if you
18 can afford to be patient, not everyone can. And I'm
19 the one, and I'm sure the other attorneys on here are the
20 ones who are listening to people crying, crying about
21 their living situation and the way it's been for a year
22 and a half now. All right. And I want to thank you for
23 the opportunity to discuss that.
24      MR. WATTS: Yeah, no, thank you, Joe. And
25 I really wanted to you to answer that because, you know,

1 seems to me the short version of what Joe just said is
2 the fastest way to get rid of homelessness is to build
3 homes. PG&E is offering the money it takes to rebuild
4 your homes now, and that's why I thought that was an
5 important question.
6      Jerry, next question. Deborah wrote to
7 Joe Earley on April 24th, she says, I would not sign a
8 contract to buy a car prior to knowing the terms of the
9 deal, and I will not accept this deal while the
10 negotiations are still taking place. It just does not
11 make any sense to me. Asking me to accept this deal
12 while negotiations are still happening is irresponsible
13 of you, based on the concept of accept it then find out
14 the terms and conditions. I will not blindly agree to
15 anything. What's your reaction to what Deborah's
16 concerns are?
17      MR. SINGLETON: Well, I think that's, you
18 know, very reasonable. I wouldn't recommend that anyone
19 accept it and then find out what the terms and
20 conditions are. But that's not what's happening here.
21 One thing that has been said many times that just simply
22 is not correct is this idea that the deal is still being
23 negotiated. That's not right. The deal is negotiated.
24 I completely respect anyone who says I don't agree with
25 the deal, but to say that the deal and the negotiations

Worldwide Court Reporters, Inc.
(800) 745-1101

1  are ongoing just isn't correct.
2          The terms and the conditions that we know
3  of the deal are that there is going to be 5.4 billion
4  paid on the effective date, 650 million paid on
5  January 15, 2021, and 700 million paid on January 15,
6  2022, for a total of 6.75 billion in cash.
7          Then we have the stock. And, as we've
8  discussed, I completely understand people saying I'm
9  worried about the fact that the stock has some risk.
10  That's a legitimate concern. But to say that we're
11  going to be able to somehow change the terms of the deal
12  so that the stock is guaranteed is simply not accurate.
13  The deal has been made, and PG&E is not going to
14  renegotiate it.
15          So, again, going over the terms of the
16  stock. We believe it was very favorable. Rich went
17  into this in detail. But most utility companies trade
18  at roughly 17.33 times the earnings. Here we are
19  getting 14.9 times the earnings, which is roughly a
20  20 percent discount. We also have anti-dilution
21  provisions that are built into the deal, so that while
22  the initial deal called for the trust to own
23  20.9 percent of the total amount of the company, now
24  it's going to be at least 22.4 percent. So, again,
25  while we cannot guarantee what is going to happen to the

1  stock and we can't guarantee that that stock is going to
2  be worth 6.75 billion, we certainly believe it will, and
3  that's why we entered into this deal.
4          But that being said, I think it's very
5  important, and this is something that has been said
6  several times on this call and it's something that I
7  tell all my clients, please do not vote until you have
8  all the information you need and you're ready. Now,
9  people say, well, if that's the case, why are you
10  suggesting that we vote now? And I think it's important
11  to understand there is two different things going on.
12  No. 1, we're saying please wait; if you have questions,
13  ask us; ask to see the documents; review the documents;
14  if you like, we'll send them to you; get as much
15  information as you need. That's No. 1. But, No. 2, and
16  this is why we are encouraging people to vote, once you
17  make up your mind, whether it's yes or no, we do then
18  encourage you to vote for the simple reason that you
19  want to make sure your vote is counted.
20          We've talked a little bit in the past
21  about some issues with Prime Clerk and how a lot of
22  people have had difficulty using smart phones to vote.
23  That's a problem because a lot of us are accustomed to
24  using smart phones and when we're having this shelter in
25  place, a lot of people aren't able to get access to a

1  computer. So one of the things that we've done, and
2  this is something that all of the groups are doing, is
3  we've come up with a work-around where we can send texts
4  to our clients, and we can have them instruct us on how
5  to vote. The text gives them and us a record of how
6  they want to vote. Then we can log on to Prime Clerk
7  and vote for them.
8          What we want to do, and the reason that
9  we're doing that is, again, we want to make sure that
10  everyone's vote is counted. This is a critical
11  decision, and we want to make sure your vote is counted.
12  So once you're ready, then I think it's important to do
13  it.
14          The only issue that is -- is still
15  outstanding is this registration of rights agreement and
16  this was something that both Mikal and Rich alluded to
17  earlier, but this is something that we knew was going to
18  take quite some time and it was likely -- and this is
19  why there is no deadline on when it has to be done. We
20  knew it was likely it would take until after the voting,
21  for the simple reason that the registration rights
22  agreement is something that has to be worked out by the
23  investment bankers who are doing the underwriting.
24          And so right now there are a team of
25  three -- and, again, Mikal and Rich discussed this. But

1  we have the Royal Bank of Canada who is doing it on
2  behalf of the plaintiffs, we have a separate firm that
3  was hired by the trust who is monitoring it, and then
4  you have JPMorgan and I believe Goldman Sachs doing it
5  on behalf of PG&E. What they're doing is coming up with
6  a standard issuance, and they're going to put into place
7  these standard restrictions that are going to apply to
8  everybody. It's not going to be like there is one
9  extremely limited set of rights that applies to the
10  stock and then it's you, know, ^ sp Katy bar the door
11  for everyone else. The same restrictions are going to
12  apply to everyone, and it's the job of these investment
13  bankers to come up with how that's going to work. But
14  that's not something that we can ensure is going to be
15  done by a specific date. It may take some time.
16          So, again, other than that one very
17  limited issue, everything else has been agreed on. And
18  it's important to remember, PG&E is not renegotiating
19  this deal. So if you don't support the deal, by all
20  means, vote against it; but I don't think it is
21  accurate, and, frankly, I don't think it's responsible
22  to say if we wait, somehow we'll be able to get a
23  different deal. Like it or not, this is the deal. So
24  if you support it, vote for it. If you don't, vote
25  against it. But whatever you do, we really encourage

22 (Pages 85 to 88)

1  everyone to vote because this is an important issue and
2  we want your vote to count.
3          Thank you, Mikal.
4          MR. WATTS:  Thank you, Jerry.  You know, I
5  think Jerry's comments are good.
6          By the way, we're two hours in.  We're not
7  going to cut you off.  We just bought another 30 minutes
8  so we could continue to work and get your questions.
9          But -- but let me just try and distinguish
10  between a deal that has already been cut that has the
11  deal points and what we call execution documents that
12  are finalizing those deal points.  So we know what the
13  deal is and there is not going to be a renegotiation,
14  but we're working on documents like registration rights,
15  tax benefit payments, book status updates, exit
16  financing documents, assignment of contractor claims,
17  wildfire fund participation funding.  All of those
18  execution documents are being worked on on a daily
19  basis.  But the terms of the deal, as the Court
20  approved, could go into the disclosure statement as the
21  neutral description of what the deal is.  That's already
22  been hashed out, litigated, approved by the Court.
23          So, Roy, here is an interesting question
24  from Lisa Williams on Facebook.  Not really a question,
25  but she says, Mikal Watts has been saying they've

1  Lisa's agenda is.  But what she said -- when she said on
2  Facebook that we've secured two-thirds of the votes
3  needed to approve the settlement, that's wrong.  It's
4  not true.  It's never been true, and I think Lisa knows
5  that it's true.
6          I can tell you and I just kind of came
7  from the conference call, the Stikos conference call
8  from yesterday.  I know because Mikal and I and the
9  others in our group have been in very close contact
10  about all the negotiations.  Steve Stikos is one of the
11  lawyers, was one of the people who helped negotiate this
12  deal.  And he was there with Mikal.  He helped work on
13  all the hedge fund issues with Mikal.  And they talk all
14  the time about this case.  Both Mr. Stikos and Mikal are
15  conducting and have conducted this whole thing
16  aboveboard, and it's with the mind to make sure that all
17  of us are compensated as much as possible for what we
18  went through.  It's not in anyone's interest to
19  shortchange anybody.
20          So, no, we have never said that we have
21  two-thirds lined up.  That's ridiculous.  The vote
22  continues through May 15th, and I hope everybody has the
23  chance to exercise their right to vote.
24          Thank you, Mikal.
25          MR. WATTS:  Thank you, Roy.

1  already secured the two-thirds vote needed to approve
2  the settlement.  I hope this is another falsehood, is
3  what Lisa said.  Can you react to this canard that's put
4  up on Facebook that I'm running around saying we've
5  already secured the two-thirds vote?
6          MR. MILLER:  Yeah, no problem, Mikal.
7          I think we've spent, I've spent, I'm
8  continuing to spend quite a bit of time addressing
9  misconceptions on places like Facebook.  I have been on
10  every single telephone town hall that Mikal has had.  I
11  have attended all but one of our public town halls
12  before COVID shut down, and I saw a transcript of that
13  one that I missed.  Neither he, nor any of us in the
14  Watts Guerra group have ever said anything that we have
15  obtained two-thirds of the votes.  Because, keep in
16  mind, there are -- say, there are 77,000 unique
17  claimants, and I think that's what the number is,
18  two-thirds of that number would be 51,333.  Now, our
19  group is the largest one, but even our group is only at
20  18,000.  If you look at the other lawyers that are on
21  this call, we're still well short of what would be
22  two-thirds of the vote, even if every one of our clients
23  voted in favor.
24          So we have all the transcripts.  It's
25  clear that we never said that.  I'm not really sure what

1          You know, I just comment, you know, you
2  said what Lisa said is not true and Lisa knows it's not
3  true.  There's kind of a joke about the internet.  You
4  know, if it's on the internet, it's got to be true.
5  That's nonsense.  Anybody can put up a falsehood,
6  knowing it's false, and try to persuade others.  But
7  what we've decided to do, in a respectful way, is when
8  Lisa Williams put something up on Facebook that's not
9  true, we're not going to leave it alone.  We're going to
10  respond to it.  We're not going to yell at her, scream
11  at her.  That's okay.  But we're going to put the facts
12  out.  And that's why we're doing these meetings.  That's
13  why we're transcribing them.  That's why we're putting
14  the transcripts up on the internet for everybody to see.
15  So that when somebody says Mikal Watts is saying X and,
16  in fact, Mikal Watts has said Y, the people that choose
17  to look at it can see that somebody that said that is
18  just flat-out lying.
19          Okay.  Jim Frantz, one of your clients --
20  and I went on Prime Clerk to see -- a woman by the name
21  of Judy, I won't use her last name, said on Facebook on
22  April 24th that she hasn't received her ballot.  What's
23  your advice for your client, Judy, who says she hasn't
24  received a ballot?
25          MR. FRANTZ:  Thank you, Mikal.

Case: 19-30088   Doc# 7129-26   Filed: 05/08/20   Entered: 05/08/20 15:06:44   Page
24 of 61

1        And this will be my advice to all of our
2  clients or any client that has not received the ballot.
3  Call my office at 855-735-5945 or e-mail at
4  wildfires@frantzlawgroup.com, F-r-a-n-t-z. And then you
5  can also contact Prime Clerk directly at 844-339-4217.
6  Or you may e-mail them at pgeballots@primeclerk.com for
7  a new e-ballot ID number.
8        And, as was pointed out by Jerry and
9  others, your vote counts. It's very important that you
10  vote. Whether you vote yes or no, it's very important
11  that you vote, and there is a deadline to do that. And
12  you don't want to wait until the last minute to vote,
13  because they have to be tabulated. So I would urge you
14  to vote as soon as possible, as soon as you believe you
15  have enough information to make a decision one way or
16  the other. And you already know our recommendation,
17  based upon all the facts, that you vote yes on this,
18  because there is no other alternative plan that can help
19  out the wildfire victims.
20        Thank you.
21        MR. WATTS: Great. Thank you.
22        Roy, let me ask you another question that
23  came up from Greg Stikos' town hall. And I do want to
24  reiterate what you said. Steve and Greg are good
25  lawyers. They're my friends. I talk to Steve several

1  because of the timing of the settlement and because the
2  fact we weren't taking zero dollars for Tubbs. So
3  that's why timing -- the timing of the December
4  settlement was the way it was. But they want this case
5  to be finished. We want this case to be finished. I
6  expect that this is going to be wrapped up before
7  August; but if it's not, we have the option to get out,
8  if we want.
9        Thank you, Mikal.
10        MR. WATTS: Thank you. Second-to-last
11  question and then we'll go to live questions. Again, if
12  you have got a live question, push star 3 and we'll
13  start answering in about three minutes.
14        Robert Bryson, Kirk put something up on
15  Facebook and he said, look, even if the plan is rejected
16  by the fire victim vote by the voting deadline of
17  May 15, PG&E can still improve the deal and try to win
18  fire victim approval prior to the court confirmation
19  hearing currently set for May 27th. What is your
20  thought about what Kirk suggests? Is that even
21  feasible?
22        MR. BRYSON: Thank you for that question,
23  Mikal, and thank you for the opportunity to answer it.
24        The short answer is no. There simply is
25  not enough time, given the deadlines that are in place,

1  times a week, trying to optimize this deal. But they
2  did a town hall, and that led to some social media
3  questions. One question, Stikos says that PG&E doesn't
4  have to fund until December, which conflicted with what
5  Mikal previously said.
6        What's your answer to that?
7        MR. MILLER: Sure. If they do not fund
8  the trust by the end of August, we have written into the
9  settlement agreement a termination option. We can opt
10  out of the deal. If we opt out of the deal, all the
11  other deals that are associated with the settlement of
12  the PG&E case can fall by the wayside as well. Could
13  they, would they fund sooner than December? I think
14  they likely will. They're working on trying to get this
15  done by June. They, meaning PG&E, wants this case to be
16  finished almost as much as we do. The new equity
17  owners, which are these hedge funds that have been
18  talked about a lot, obviously want it to be done as
19  well. They have an interest in having this case -- us
20  settle and settle on the basis of what we agreed to last
21  December. Of course they're going to make money out of
22  it. Hedge funds don't do anything without wanting to
23  make money. And we are not -- we're not going to settle
24  without having the right amount of money in the
25  settlement trust. The stock had to be part of it

1  for anyone at this point to be able to change the terms
2  of the deal and effectively allow or enable the fire
3  victims to improve their position. So let me -- just
4  bear with me a little bit of detail here.
5        So it's important to understand that it
6  took 15 days alone for Judge Montali, the bankruptcy
7  Judge, to approve the disclosure statements in mid
8  March, which has -- hopefully, most everyone has
9  received by now or, if not, as Mr. Frantz indicated, you
10  can contact our respective law firms or Prime Clerk in
11  order to obtain those disclosures. So that's 15 days.
12        And then there was this push, the
13  suggestion, that everyone should wait, don't vote for 30
14  days during the month of April and wait until May 1.
15  Well, assuming that were to occur, the votes are due on
16  May 15th. And it takes three to five days, so let's
17  assume five days to give a more reasonable period of
18  time for the votes to be counted. Now, we're at
19  May 20th. So the plan confirmation hearing is for
20  May 27th. If the votes aren't counted until May 20th,
21  that leaves -- and let's say it's a down vote, a no
22  vote, that leaves seven days, a total of seven days to
23  somehow develop some new deal and new plan, which is --
24  would require an intervention by an act of God for that
25  to ever happen, because there is too many moving parts.

Case: 19-30088   Doc# 7129-26   Filed: 05/08/20   Entered: 05/08/20 15:06:44   Page
25 of 61

1    So what is the more likely result if the
2    plan is voted down? First is the equity, the folks, the
3    stockholders, they'll start dumping their stock and
4    they're going to want to cut their losses. They're
5    going to see that this deal is blown up and that there
6    is no solution on the horizon and so they're going to,
7    being a conscientious investor and looking to save their
8    own assets, they're going to dump their stock, which is
9    going to have an adverse effect -- I -- I mean, again,
10   we're not predictors of the future. We're not stock
11   advisers. But it's a reasonable conclusion that
12   stockholders will start dumping their stock.
13          Next, the backstop folks, the people that
14   I discussed earlier that are providing the commitment
15   that provide the guarantee for the plan and the money
16   that PG&E is supposed to pay, they're going to run for
17   cover. The funding that the backstop is going to
18   disappear.
19          Next, as I mentioned before, it's just
20   simply impossible to think that a new plan could be put
21   together in seven days, and then from a realistic
22   perspective that your lawyers would be confronted with
23   trying to deal with, which would be to brief these
24   issues; in other words, get it in front of Montali in
25   time for him to make a decision on May 27th, 2020, which

1    is -- it's not possible.
2          So the short answer, Mikal -- and I'm glad
3    this was asked so that this can address a very critical
4    issue --is there is not enough time to put into place an
5    alternative, viable plan that may or may not improve the
6    fire victims' settlement agreement. The plan that we
7    have is the plan. And everyone should carefully
8    consider their vote. But if everyone on this phone, all
9    the lawyers who are recommending you vote in favor --
10   but, of course, just as -- just like when we vote for
11   the President of the United States, it's each and
12   everyone's individual decision, based upon the
13   information they had available to them and ultimately
14   what they think is best for their family.
15          So thank you for that opportunity, Mikal,
16   and I hope everyone clearly heard me on this very
17   important point.
18          MR. WATTS: Robert, thank you. That's an
19   excellent answer.
20          My friend John Gibbons, who has worked on
21   this, together with Roy Miller, sent me a text in the
22   middle of your answer. He said, remember, summer 2019
23   is when we got AB-1054. That was the rocket fuel to get
24   this working, and it took us from August until December
25   just to negotiate the deal. And then once we had a

1    deal, it took from January to May of 2020 to get a vote
2    on the plan. So it's taken us an entire year to get to
3    the end of the line on this deal. And the idea from
4    Kirk that you're going to be able to, you know, wave a
5    magic wand and come up with a new deal in seven days,
6    and get it briefed, ruled upon, it's just not realistic.
7          So that's all the preprinted questions we
8    got. It's 2:15. Let's take about 15 minutes of live
9    questions. Again, go to star 3.
10          Sam, if you would tell us what the
11   questions are, and we'll go for it.
12          MR. ROECKER: Yeah, our first question is
13   from Gaylin. He wants to know how emotional damages are
14   calculated in the settlement.
15          MR. WATTS: Sure.
16          Jerry, you want to take that?
17          MR. SINGLETON: Sure, I'd be happy to.
18          That's a good question. Now, remember,
19   the emotional component is the hardest thing to
20   calculate. Obviously, when we have something like a
21   structure loss or a tree loss, you can have experts
22   weigh in on that and come up with a report, give you an
23   approximate amount. Here, you can't do that. So,
24   typically, what we do is we look at two different
25   factors.

1          The first is proximity to the fire; that
2    is, where was the person, where was the plaintiff when
3    the fire was happening? For example, we have some
4    people who were on vacation and learned that their home
5    was destroyed. That's obviously very different from
6    someone who was there and, you know, received a frantic
7    phone call that they had to evacuate or, in the case of
8    some people, didn't even find out. They just -- you
9    know, we had clients who woke up with literally their
10   house on fire. So that's the first question. How close
11   were you and your loved ones to the fire?
12          Obviously, if you're someone who had to
13   evacuate on your own, while that's certainly terrifying,
14   it's very different than if you had to evacuate with a
15   young child, with an elderly parent, something like
16   that. So what we do is we look at all the different
17   factors, and that's Category 1. That's considered
18   emotional distress.
19          Then the second category is what happens
20   after the fire? What did you lose in the fire, and how
21   was your life changed as a result of the fire? And here
22   we're looking at, you know, for example, obviously,
23   everyone who lost a home and lost all their possessions
24   has a baseline loss. It's incredibly difficult to have
25   to rebuild your life and it's something that can take

25 (Pages 97 to 100)

Case: 19-30088    Doc# 7129-26    Filed: 05/08/20    Entered: 05/08/20 15:06:44    Page
26 of 61

1  years and, really, in the case of cherished possessions,
2  which is another component, you never are able to
3  replace them. So, you know, the photographs of deceased
4  relatives, the card that your child made you in
5  kindergarten, you know, love letters, those kinds of
6  things, they can never be replaced. So that's -- that's
7  a category. But, also, what was your life like after
8  the fire.
9        If you were somebody with excellent
10  insurance and you were able to find another place and
11  you didn't experience any kind of housing insecurity,
12  then, you know, you're in one category. If you were one
13  of the less fortunate people and you were, if not
14  homeless, but, you know, you had home -- you had
15  insecurity, you had to stay with other people, you know,
16  you went from living in a comfortable three- or
17  four-bedroom home to having to share a one- or
18  two-bedroom apartment with several family members, that
19  kind of thing.
20        So what we do is we'll look at those two
21  categories. We create a narrative to explain how your
22  experience was in each of those. And then we compare
23  that to prior verdicts, arbitration awards, and
24  settlements, and that's how we come up with demand
25  numbers. Again, it's very imprecise. It's a lot more

1  art than science. But those are the factors that go
2  into it.
3        MR. WATTS: Great. Thank you, Jerry.
4        Sam, what's the next question?
5        MR. ROECKER: Yeah, next we have Parrish
6  who wants to know if payments are made in order of the
7  fires or not.
8        MR. WATTS: Yeah, let me answer that. I
9  don't think that that's going to be the way it's done.
10  I think that all the fire victims, whether it's from
11  Butte in 2015, North Bay in 2017, or Camp in 2018, will
12  be in the same group and they'll be processed by -- as
13  we said, BrownGreer is the third-party administrator.
14  They're going to hire 200 people. They're going to get
15  through them as fast as they can. So, really, I think
16  the order will be the order in which the claims are
17  submitted after the claims period opens.
18        Sam, what's next?
19        MR. ROECKER: Next we've got a question
20  from Jake about voting. Jake wants to know if it is
21  two-thirds of the votes that are cast or if it's
22  two-thirds of the total claimants needed.
23        MR. WATTS: Sure.
24        Roy, you want to answer that one?
25        MR. MILLER: Sure.

1        The -- it's based on the votes that are
2  cast. So if people decide not to participate, their
3  voice won't be heard. It's just like any other
4  political election. They have to -- you have to vote in
5  order for your vote to count.
6        MR. WATTS: And what's next, Sam?
7        MR. ROECKER: John wants to know if the
8  retirement of PG&E's CEO has any impact on the
9  settlement.
10        MR. WATTS: Yeah, so let me answer that
11  one. The answer is no. It's pretty obvious that Bill
12  Johnson -- I think that's true. And that is this is a
13  guy who ran the largest utility in the United States,
14  the Tennessee Valley Authority. He was brought in as
15  kind of a stabilizing figure. It was designed to put
16  the company through bankruptcy. I'm not picking on
17  Mr. Johnson because I'm getting old, myself. But he's
18  at the end of his career chronologically. I think he
19  agreed to be a transition figure. And, from what I've
20  been told, this is very typical when you've got a bad
21  management team that causes a problem that puts a
22  company into bankruptcy. You bring in transition
23  figures, and Bill Johnson agreed to be that figure here
24  to guide the company through bankruptcy.
25        But what the company really needs is a --

1  is a -- you know, a CEO, a leader who can transform it
2  into a good company from its history of being a bad
3  company. That's why I was especially pleased that they
4  reached outside of PG&E, and they went and found
5  somebody who's highly data driven, highly technically
6  sound. And this fellow from AT&T, it sure smells like
7  he's the right choice. I think he'll put in a new
8  leadership team.
9        I commend the Governor for requiring a
10  complete overhaul of the board of directors. You got to
11  get new blood in there, somebody that puts people above
12  profits, safety above income. And I think that we're
13  well on our way to achieving that, because nobody wants
14  to be back here again. I mean, this is just a
15  repetitive criminal company that needed to be wiped out
16  and transformed, but, at the same time, we got to keep
17  the lights on and keep the electricity going. So I
18  think it's a new day at PG&E. I hope so. I think
19  they've got new people from outside of PG&E who will
20  lead it. I think you got a new attitude that's being
21  insisted upon by the Governor.
22        And I don't think that -- to directly
23  answer your question, I don't think that Bill Johnson's
24  retirement is going to affect the stock one bit because
25  of the excellence of the gentleman they hired to replace

Worldwide Court Reporters, Inc.
(800) 745-1101

1  him.
2        Go ahead, Sam.
3        MR. ROECKER: Great. Karen wants to know
4  more about how this affects uninsured renters overall.
5  In particular, she also asks if COVID-19 affects the
6  retail market and the cost of replacement values for
7  contents. Is that factored into the settlement?
8        MR. WATTS: Jerry, why don't you go ahead
9  and hit on that one.
10        MR. SINGLETON: Sure. Just to clarify, I
11  want to make sure that I understood the question. So
12  the question is how are renters treated? Is that right?
13        MR. WATTS: Start with that one.
14        MR. ROECKER: No. 1, on renters overall
15  and then, No. 2, on replacement value with the new
16  markets.
17        MR. SINGLETON: Okay, sure. So renters
18  are treated the exact same way as everybody else. The
19  main difference between a renter and a homeowner is that
20  a renter is not going to be able to recover for the
21  damage to the real property because they didn't own
22  that. However, in every other respect, whether it's
23  emotional distress or loss of personal property, it's
24  going to be exactly the same.
25        To answer the second question, which --

1  again, this is the one I want to make sure I understand.
2  So are you asking if the measure of recovery is the
3  replacement cost? Is that what the question is?
4        MR. ROECKER: I think she's concerned
5  about COVID-19 and the market and the cost of
6  replacement goods, either it goes up or down based on
7  COVID-19 and the market. Is that factored into this at
8  all?
9        MR. SINGLETON: Got it, okay.
10        Yeah, so the issue there is that it -- it
11  affects real property a lot more than it reflects -- or
12  affects the personal property. The reason for that is
13  that the measure of damages under California law is fair
14  market value. It's not cost of replacement. So if you
15  had a piece of personal property, for example, a car,
16  it's not going to be the cost to replace that car. It's
17  going to be the fair market value. That is what a third
18  party would pay if the buyer and the seller were not
19  under any kind -- under any sense of urgency, if there
20  was no reason they had to have that particular thing.
21        So what that means is that oftentimes when
22  you're talking about personal possessions in the
23  household, they're worth a little bit less than the cost
24  to replace them, because a used item is typically going
25  to be less expensive than a new item to replace it, and

1  the measure is what the fair market value was at the
2  time of the fire. So when you're talking, again, about
3  personal property, it is going to be a little bit less
4  and it's not going to be affected by current market
5  prices.
6        MR. WATTS: Yeah, in other words -- I
7  mean, I think that was a great answer, Jerry, but -- but
8  I think the gravidum of the question was, hey, if the
9  value of a bunch of houses has gone down because
10  everybody is broke because of COVID-19, does my recovery
11  go down? And Jerry very accurately said, you know,
12  replacement cost is what it is. If you can replace it
13  for less, then, great, we'll rebuild the houses for
14  less.
15        But as to the fair market value side of
16  it, that's fair market value as of the date of the fire.
17  So the COVID-19 effect on the economy is not factored
18  into the fair market value of the analysis.
19        MR. SINGLETON: Right.
20        MR. WATTS: Sam, what's next?
21        MR. ROECKER: Next is Roseanne. Roseanne
22  says she is not represented by any lawyer, but wants to
23  have her vote counted. She also doesn't have a
24  computer. So how should she go about casting her vote?
25        MR. WATTS: So let me answer that one, and

1  I think that Mr. Frantz has already answered it, but let
2  me just -- let me tell you what the thought is.
3        Roseanne, what you need to do, if you
4  don't have a computer, if you have a pen, grab it real
5  quick and I'm going to give you a phone number. If you
6  do have a computer or a smart phone, you can go on
7  pgeballots@primeclerk.com. But if you don't even have
8  an iPhone or a smart device or a computer, just use your
9  phone. And now that you've got pen in your hand, call
10  Prime Clerk on Monday morning: 844-339-4217. And Prime
11  Clerk, who is the court-approved tallier of the votes,
12  they'll send you a ballot. So, again, if you have a
13  computer, go on pgeballots@primeclerk.com. If you
14  don't, use your phone, 844-339-4217, and Prime Clerk
15  will send you a ballot.
16        Go ahead, Sam.
17        MR. ROECKER: Patty has a stock question.
18  She wants to know if the stock is subject to any new
19  fires that happen this year.
20        MR. WATTS: Rich, you want to answer that
21  one?
22        MR. BRIDGFORD: Sure.
23        This is -- let me see if I can back into
24  this question. Any new fires which occur are what would
25  be known in bankruptcy as administrative claims and have

Worldwide Court Reporters, Inc.
(800) 745-1101

1  priority (inaudible) paying for the victims' claims.  So
2  if that is a -- if that is a preface to the question,
3  anything that happens to PG&E after the new stock is
4  issued could affect the stock price, which is why we
5  worked so hard with the legislature and the Governor to
6  get AB-1054, whereby they will be made available over, I
7  think it's $20 billion to the State and the utility
8  money.  The idea behind that is that if there are future
9  fires, in addition to treating, you know, the hardening
10  of the grid to prevent such fires, that they would be
11  more financially viable in order to resolve any claims
12  stemming from those fires.
13          So simple answer is anything that happens
14  to PG&E after they exit bankruptcy could potentially
15  affect the price of the new stock.  But when they exit
16  bankruptcy, they will exit it without being saddled with
17  all the claims they have now and they will have access
18  to the AB-1054 money to ensure that they remain
19  financially viable because Governor Newsom has insisted
20  on that.
21          MR. WATTS:  Okay, great.
22          Sam, what's next?
23          MR. ROECKER:  Yeah, so Bill says that his
24  wife had a stroke in April after the fires.  Can that be
25  part of their claim for damages?

1          MR. WATTS:  Joe, you want to handle that
2  one?
3          MR. EARLEY:  Sure.
4          You know, there were a lot of people who
5  have been injured and who have died since the fire,
6  not -- not as a direct result of the flames, but because
7  of the -- their conditions, their premorbid conditions,
8  their -- and their -- where they had to go to, you know,
9  their medical pre- -- underlying medical conditions has
10  made them very vulnerable to further injury or death and
11  they -- the circumstances that a lot of us had to endure
12  immediately after the fire contributed a whole lot.
13          So here are my problems:  So what we've
14  done is we take -- people will tell us their
15  circumstances, and this -- their circumstances need to
16  be evaluated by a -- a medical doctor, and they need to
17  make a determination of whether there is a legal claim
18  for that damage, whether this was a true -- whatever
19  the -- whatever the harm was was directly related to the
20  fire.  That's a medical and legal question that has to
21  be evaluated.
22          It takes a lot of time to do that.  So for
23  people that haven't done that, I don't know -- I hope
24  there is not that many people who haven't already
25  contacted a lawyer about that.  But if someone believes

1  that their family member either passed away or was
2  harmed, stroke, heart attack, or whatever that you
3  believe was caused by the -- by the circumstances of the
4  fire, that can be compensable loss and it needs to be
5  looked into it, but it takes time.  So call your lawyer
6  and get on that right away.  We're going to have to look
7  at medical records.  And it's an expensive and a
8  time-consuming process that should have been -- should
9  have been already done.  But don't -- don't hesitate any
10  longer, if that's your situation.
11          MR. WATTS:  All right, thanks, Joe.
12          Sam, what else we got?
13          MR. ROECKER:  Yeah, Mike just wants to
14  clarify whether or not this information is for all the
15  fires or if it's just specific to the Camp Fire only.
16          MR. WATTS:  Yeah, let me -- well, I tell
17  you what, Robert, you want to handle that?
18          MR. BRYSON:  Yeah, sure.
19          MR. WATTS:  I've been representing people
20  in the state for more than a decade.  This settlement,
21  which fire does this apply to?
22          MR. BRYSON:  Well, it applies to the Camp
23  Fire, to the North Bay Fire in 2017, and to some of the
24  folks that were harmed from the Butte Fire in 2015.  So
25  it's not just Camp.  It's a whole host of folks that

1  have been harmed by PG&E over a considerable period of
2  time.  I'm going to put my shout-out to those folks that
3  from the Butte Fire, because they -- their lawyers
4  worked hard and I know Jerry worked on that and some of
5  the other folks on this line.  And there was a deal in
6  place and then PG&E didn't fully fund that deal as to
7  some folks.  But many folks got paid.  So some of those
8  folks are in this with us.  So it's a large
9  conglomeration of people.
10          And don't mistake my comment in to
11  thinking that that could be indicative of what they do
12  here.  This is an entirely different experience, and
13  based upon the comments that I've made as well as
14  lawyers on this phone, PG&E will honor the deal, because
15  the consequences are very dire if they don't.  Their
16  company is on the line effectively.  So they need the
17  20-some-billion dollars from the State which -- so
18  they've got to get the deal done by June 30th because
19  it's -- it's -- it's dire if they don't.  And I
20  indicated some of the likely outcomes if it doesn't
21  happen.
22          But those are the big bulk of the fire
23  folks.  Now, there is the Kincade Fire.  That isn't --
24  those are -- there is -- that was discussed a moment
25  ago.  Those are post-petition claims and we represent

Case: 19-30088   Doc# 7129-26   Filed: 05/08/20   Entered: 05/08/20 15:06:44   Page
29 of 61

1  some of those folks and our smarter -- very smart
2  bankruptcy lawyers -- just so if anyone on the Kincade
3  Fire is on the phone, we'll be -- once this deal is
4  struck and the Judge signs it, if it all goes through,
5  then those folks will have a right to prosecute their
6  claims outside of the bankruptcy.  You can elect to
7  participate in the bankruptcy, but we're going to take
8  the avenue and go back to San Francisco Superior Court.
9        MR. WATTS:  Yeah, I want to -- I want to
10  reiterate what Bryson just said.  We represent a whole
11  bunch of people, I know Jerry does as well, Frantz, from
12  the 2019 Kincade Fire.  Those are not going to be part
13  of this 13.5 billion.  We will represent those victims.
14  We think it's an insured claim.  PG&E carries
15  about $430 million in insurance for that claim.  And
16  through the heroic efforts of the Cal Fire folks and
17  other people who fought that fire.  And I remember my
18  friend Roy just built his new house, we had a party in
19  his house to celebrate, and then it felt like it was
20  going to burn down again.
21        The Kincade Fire in 2019 is not part of
22  this deal.  But if there is a claim out there, you know,
23  we'll -- we'll -- the different lawyers -- again, in the
24  same cooperation we're doing right now.  We all have our
25  own individual clients, but it's very much our intent to

1  work together to -- to bring justice to those people as
2  well.
3        Okay.  So here's what I want to do:  I
4  think we have time for one more question.  Sam, could
5  you give me that?
6        MR. ROECKER:  Okay.  Amy is listening
7  online.  She wants to know if there is a deadline to
8  submit documents on their individual claims to their
9  attorney.
10        MR. WATTS:  Okay.  So let me answer that.
11  Right now there is not a deadline.  There will be a
12  deadline.  An important thing that happened last week, I
13  think, is the Judge formally appointed The Honorable
14  John W. Trotter as the trustee, Cathy Yanni, who's one
15  of the most outstanding claims administrators in the
16  United States, as the trustee and the claims
17  administrator.  Approved a budget.  I can tell you they
18  have been working for free for five months.  There is
19  not a lawyer I know that objected to them.  Everybody
20  said they were -- you know, they were the cream of the
21  crop, we need them.  And, to their credit, without even
22  any assurance that they were going to be appointed,
23  they -- they worked hard.  We've got claims rules that
24  are being developed and finalized.
25        The answer to your question is we do not

1  know yet when Justice Trotter, as the trustee of the
2  trust, is going to establish the deadline.  I can tell
3  you there is not a deadline, but as soon as -- it would
4  not surprise me if it happens in the next couple weeks.
5  He may be let's wait for the vote.  I don't know yet.
6  But as soon as Justice Trotter and Cathy Yanni put out
7  their claims deadline, you will be deluged with
8  communications from the lawyers on this call to make
9  sure that that happens.  Okay?
10        So, look, I'd like to wrap this up by
11  reminding everyone to visit firesettlementfacts.com or
12  Facebook.com\firesettlementfacts.  And then, again, if
13  you're represented by Robert Bryson's firm, the Robins
14  Cloud firm, again, I've known them for a generation.
15  Excellent.  Call your lawyer.  If you're represented by
16  Frantz or Bridgford, excellent.  Call your lawyer.  If
17  you're represented by Elliot Adler, call your lawyer.
18  If you're represented by my firm or Joe Earley or Roy
19  Miller, good, call your lawyer, whatever question you
20  have.  Our job is to get the information out.  What I
21  love about you calling your lawyer is I get an e-mail
22  about every one of those questions and then I put it to
23  the side and I build the script for the next week's
24  call.
25        Okay.  So we've got interesting things

1  going on.  We've got a hearing in front of Judge Montali
2  on Tuesday.  We've got a hearing in front of Judge
3  Donato on Thursday.  We'll have another town hall next
4  Saturday.
5        But what I would like to do is if you --
6  and again, about 98 percent of you -- and there were
7  thousands of people on this call who are represented by
8  those of us -- and, again, my good buddy Jerry Singleton
9  has been just a stalwart fighter with me and Frantz and
10  Bridgford and, you know, Robins and all this stuff on
11  behalf of the victims, okay.  So if you're represented
12  by Jerry, you know, I have undying respect for what he's
13  done, and, frankly, for what people on the TCC and our
14  lawyers at, you know, Baker Donelson, we're just really
15  fortunate to have outstanding legal talent helping the
16  victims in this case.
17        But what I want you to do is if you have
18  questions that haven't been developed, send them to us.
19  So next Saturday I'll get all of those, I'll type them
20  all up.  We'll have a meeting with all the lawyers on
21  this and we'll have a bunch more lawyers, I mean, I'm
22  sure of it, and we'll answer those questions.
23        Know that next Saturday Erin Brockovich is
24  going to be on this call to tell you why you -- you
25  know, she thinks that you should vote for this deal,

Worldwide Court Reporters, Inc.
(800) 745-1101

Case: 19-30088   Doc# 7129-26   Filed: 05/08/20   Entered: 05/08/20 15:06:44   Page
30 of 61

1  okay.  So feel free to participate with Erin Brockovich
2  next Saturday.
3        I will tell you Jerry talked about this
4  technology that -- this whole thing about voting during
5  the COVID-19 pandemic, nobody expected that when we set
6  up the processes.  The normal thing is we send the mail.
7  Everybody fills out the mail.  They send it back.  The
8  normal thing is I show up at, you know, the Flamingo
9  Lounge in -- or Flamingo Hotel in Santa Rosa or, you
10  know, the facility that Joe and I do all the town halls
11  in Chico.  But the Governor of the State of California
12  said we can't do that.  So we're doing everything we
13  can.  I know it's not optimal, but we're holding these
14  telephonic town halls because it's our obligation to get
15  you all the information that we can.  That's why we're
16  doing it this way.  That's why six different lawyers
17  from six different law firms have been on this call for
18  two and a half, more than two and a half hours, two
19  hours and 40 minutes so far, because it's our undying
20  hope that we can answer every question you have.
21        So ending points: No. 1, I think I speak
22  for everybody on this call, that it is our unmitigated
23  recommendation that you vote for this plan.  We think
24  it's the only plan.  We think it's a good plan.  There's
25  nothing to be apologetic about.  We think we have

1  secured the third largest tort settlement in the history
2  of the United States, especially in bankruptcy.  We
3  think it's the only plan from the standpoint of here we
4  are, it's the end of April 2020, April 25th.  We have a
5  confirmation hearing on May the 27th.  There is no time
6  for some other plan.  Frankly, I think that a lot of our
7  friends on Facebook have been spreading disinformation.
8  Wouldn't it be great if we have the bondholders come
9  back.  Wouldn't it be great if we had a customer-owned
10  plan.  Wouldn't it be great if we could get funding by
11  September 30th?  That's not the right question.  The
12  right question is the only way anybody will pay for the
13  tens of billions of dollars it will take to take this
14  company out of bankruptcy is if the $20.5 billion of
15  AB-1054 is made available as a risk-sharing pool to
16  mitigate against future wildfire exposure, one.
17        No. 2, that funding only happens if you
18  the wildfire survivors vote -- two-thirds of you have to
19  vote to support this plan.  You have until May 15th to
20  do this.  And we've tried to be very respectful of
21  people who were throwing bombs at this plan, throwing
22  bombs at me personally.  I don't mind that.  I'm willing
23  to answer those.  But you need to vote with respect to
24  the content of the plan.  Vote on the facts, not
25  fiction.  Vote on reality, not hope and prayer.

1        I said last week my concern with some of
2  these guys said, yeah, yeah, just vote no.  Kirk says,
3  we'll have a new plan in seven days.  That is just not
4  true.  It took us a year to get this plan at a vote.  So
5  don't buy off on that nonsense.  When somebody says if
6  you vote down this plan, oh, we'll have new funding for
7  the customer-owned utility by the end of September, news
8  flash, the statute says you got to be out of bankruptcy
9  by June 30th or you're not entitled to participate in a
10  20.5-billion-dollar fund, which every Wall Street banker
11  I've talked to for a year says is the only way this
12  thing gets funded.
13        So I would ask you, feel free to hit us
14  with the hard questions.  Feel free to post stuff on
15  Facebook saying X and Y and Z, although I'm not going to
16  like it, but we're not going to ignore it.  We will be
17  on this telephonic town hall next Saturday.  We will
18  answer every question somebody fires off to us.  Our job
19  is not to tell you how to vote.  Our job is to tell you
20  the information you need to vote, and we plan on doing
21  it.
22        Our recommendation is that you vote to
23  accept.  Two-thirds of you must vote to accept.  There
24  is no other plan.  But at the same time, it's an
25  individual choice based on information being provided to

1  you, and it's our job both next Saturday on May the 2nd,
2  Saturday, May the 9th, and Friday, May the 15th to
3  continue to provide you with all the information.  And I
4  think what you're going to see is a continuing influx of
5  law firms that are going to be participating to provide
6  information to their respective clients.  That's our
7  job, but it's not our vote.  It's your vote.  And so
8  exercise that vote.
9        Get informed.  Go to
10  www.firesettlementfacts.com.  But please make sure you
11  vote on time.
12        We've been going about 2 hours and 45
13  minutes.  I apologize for being this long.  I thank my
14  coparticipants.  We'll be back here next Saturday.  Send
15  us your questions, and we'll get them answered.
16        Thank you very much.  Have a good weekend.
17  And please stay sheltered, sheltered in place.  Just
18  stay safe, first.  But we do encourage you to vote.
19  Every one of you got called because you are a client of
20  one of the six law firms here.  I think every one of you
21  got a text this morning with a ballot.  We encourage you
22  to exercise that -- that vote now, if you feel like
23  you're fully informed.  If you don't, wait until the
24  next meeting and we'll answer more questions and then
25  we'll give you the opportunity to vote again.

Worldwide Court Reporters, Inc.
(800) 745-1101

1    So, Rich, Jim, Robert, Roy, Joe, everybody
2  else, thank you for participating and thank you for well
3  over a thousand people who are still participating.  And
4  thank you for Mark Hamburger, who's helping us film this
5  so that we can make certain that the record of this is
6  on the website www.firesettlementfacts.com.  Stay on
7  that website on a daily basis.  We'll keep posting new
8  information.  We want you to be fully informed.  We want
9  you to vote when you are convinced that you have the
10  information necessary to make an informed vote.
11    God bless you.  Stay safe.  And we look
12  forward to talking to you in the near future.
13    Thank you, Sam.
14    MR. ROECKER:  Thank you, Mikal.  Thanks,
15  Mikal.
16
17
18
19
20
21
22
23
24
25

1  I, PHYLLIS WALTZ, a Texas Certified Shorthand Reporter,
2  Texas Certified Realtime Reporter, Louisiana Certified
3  Court Reporter, Registered Merit Reporter, Certified
4  Realtime Reporter, and Certified Realtime Captioner in
5  and for the State of Texas, certify that the foregoing
6  is a correct transcription, to the best of my ability
7  from the audio recording of the proceedings in the
8  above-entitled matter.
9
10  I further certify that I am neither counsel for, related
11  to, not employed by any of the parties to the action in
12  which this deposition was taken, and further that I am
13  not financially or otherwise interested in the outcome
14  of the action.
15    Certified to by me this 26TH day of APRIL
16  2020.
17
18
    PHYLLIS WALTZ, RMR, CRR, CRC
19  Expiration Date:  12/31/20
    TEXAS CSR, TCRR NO. 6813
20  Expiration Date:  12/31/21
    LOUISIANA CCR NO. 2011010
21  Expiration Date:  12/31/20
22
    Worldwide Court Reporters, Inc.
23  Firm Certification No. 223
    3000 Weslayan, Suite 235
24  Houston, Texas  77027
    (713) 572-2000
25

**A**

**AB-1054** 16:13
16:16 17:13,20
21:7 23:6 43:8
56:11 64:23
75:2 98:23
109:6,18
118:15
**abide** 80:12
**abilities** 48:18
**ability** 122:6
**able** 3:19 5:13
5:13 7:19 19:7
50:23 52:12
85:11 86:25
88:22 96:1
99:4 101:2,10
105:20
**above-entitled**
122:8
**aboveboard**
91:16
**Abrams** 17:18
17:23 27:5,16
29:7 31:20,24
64:18 66:11,11
67:8,9 78:12
**Abrams'** 27:20
27:24 36:14
**absolute** 14:4
81:7
**absolutely** 5:15
38:19 40:20
82:21
**accelerate** 22:19
**accept** 40:4,12
72:18 84:9,11
84:13,19
119:23,23
**acceptable**
12:22 18:13,16
18:18,21
**acceptance**
28:16
**accepted** 70:12
73:2

**access** 10:9
16:14 21:11
86:25 109:17
**accomplished**
52:3
**account** 81:1,6
**accountable**
42:14
**accounts** 71:10
**accurate** 85:12
88:21
**accurately**
107:11
**accustomed**
86:23
**achieve** 19:8
**achieving**
104:13
**acquisition** 30:8
**ACR** 19:16
21:15
**act** 96:24
**action** 122:11,14
**actions** 24:5
**actual** 4:23,25
5:9 7:4 77:9
**Adam** 67:20
**add** 20:13 71:2
77:8
**addition** 24:21
54:25 76:13,17
109:9
**additional** 19:15
19:23
**address** 9:14
82:3 98:3
**addressed** 19:19
**addresses** 13:16
**addressing**
14:16 90:8
**adjusted** 72:20
73:1
**adjustment**
72:21
**Adler** 2:16
115:17
**administer** 45:2

47:1 72:6
**administered**
1:5 48:11
**administration**
45:14 47:24
50:7,21,22
51:17 53:17
**administrative**
16:9,17 19:20
21:3 22:8
24:19 49:5
50:16 54:10,17
64:10 108:25
**administrator**
49:21 50:17
72:10 102:13
114:17
**administrators**
45:8 114:15
**adopted** 22:11
57:17 72:1
**adopting** 26:23
**Adrian** 40:23
**ads** 28:4
**advanced** 34:8
53:4
**advantage** 56:10
**adverse** 97:9
**advice** 3:2 15:12
77:12,13 92:23
93:1
**advise** 41:7,12
44:1
**adviser** 20:20
23:1 77:11
**advisers** 59:11
76:21 77:11
97:11
**advising** 71:14
**advisory** 21:22
54:22
**advocate** 40:3
**affect** 104:24
109:4,15
**affirm** 64:9
**afford** 83:1,1,18
**afforded** 53:22

**afternoon** 2:1
12:11 14:3
**agencies** 62:7
**agency** 61:14,24
**agenda** 91:1
**agent** 34:10
**aggressive** 17:9
17:17
**ago** 12:5 15:14
112:25
**agree** 7:1 47:22
70:15 73:7,7
77:22 84:14,24
**agreed** 13:23
32:18 60:21
63:10 67:24
88:17 94:20
103:19,23
**agreeing** 63:23
**agreement**
23:19,25 24:6
24:23 26:8
41:16,16 43:24
55:13 63:17,21
65:25 66:23
71:13 74:10
76:5,7 80:14
87:15,22 94:9
98:6
**agreements**
80:13
**ahead** 6:23
10:15 27:9
105:2,8 108:16
**Akin** 67:18
**aligned** 38:3
**allegations** 38:8
**Allen** 16:10
**allotted** 45:8,12
53:17
**allow** 16:22
32:24 96:2
**allowance** 46:18
**allowed** 70:14
**allowing** 39:18
80:22 81:16,23
**alluded** 87:16

**alongside** 10:19
**alternate** 56:7
**alternative** 4:13
6:8 7:2 9:5
12:19 93:18
98:5
**amass** 45:22
**amazing** 39:21
54:20
**amended** 19:14
29:25 64:16
**America** 60:24
**American** 34:15
**Ameritek** 34:19
**amount** 44:2
45:12 72:19
74:12 76:12
81:17,21 85:23
94:24 99:23
**amounts** 41:17
47:5
**Amy** 114:6
**analysis** 19:24
107:18
**Angeles** 66:15
**announced** 68:3
**annoyed** 9:3
**annoying** 8:22
9:2
**answer** 2:19
3:15 14:22
36:24 37:1
39:25 41:1
42:3 45:5 54:2
54:3 55:4,9
58:18,25 59:21
60:4 68:16
70:17 73:24
74:1 77:16
78:1 80:23
83:25 94:6
95:23,24 98:2
98:19,22 102:8
102:24 103:10
103:11 104:23
105:25 107:7
107:25 108:20

109:13 114:10
114:25 116:22
117:20 118:23
119:18 120:24
**answered** 3:20
10:5 78:18
108:1 120:15
**answering** 36:23
37:15 43:14
79:4 95:13
**answers** 2:25
3:12,16 10:7
15:1 70:5
78:20
**anti-dilution**
85:20
**anticipate** 64:9
**Antonio** 34:12
34:16
**anybody** 15:13
55:20 91:19
92:5 118:12
**anyone's** 91:18
**anyway** 7:15,24
39:17 58:9
**apartment**
101:18
**Apollo** 65:17,24
68:7
**apologetic**
117:25
**apologize** 4:2
44:10 71:23
120:13
**appeal** 73:8
**appealed** 24:17
73:3
**appear** 7:6
**appears** 31:23
**appellate** 52:6
**application**
46:12 49:7
**applications**
32:10 33:5
46:18
**applies** 30:22
88:9 111:22

**apply** 29:19
72:16,23 88:7
88:12 111:21
**appoint** 73:8
75:23
**appointed** 46:11
53:2 66:20
72:4 114:13,22
**appreciate** 4:7
6:16 9:7,7
39:18 50:10
51:11
**appreciation**
70:24
**appropriate**
25:20 49:5
73:6
**appropriately**
19:18 48:11
**approval** 18:7
52:1 64:23
95:18
**approve** 18:3
23:6 47:22
65:4 90:1 91:3
96:7
**approved** 6:9,10
8:10 11:18,22
16:10 22:21
26:19 46:2,4,7
46:7 47:10,17
59:17 64:17,18
64:25 81:13,15
89:20,22
114:17
**approving** 20:8
48:20
**approximate**
99:23
**approximately**
32:14 50:18
51:16 53:13
55:17
**April** 1:9 16:7
23:13 28:24,25
28:25,25 33:16
37:18 40:2,14

55:6 57:8
69:11,13,19,25
70:8 73:21
77:17 78:9
79:3 81:10
84:7 92:22
96:14 109:24
118:4,4 122:15
**arbitration** 67:3
101:23
**arbitrator** 52:25
73:4
**area** 9:21
**argued** 17:18
**arising** 2:11
**army** 33:11
54:15
**art** 102:1
**article** 48:22
**asked** 4:11
25:10,15 40:24
43:13 44:17
53:15 58:17
64:2 76:10
77:16 78:17
98:3
**asking** 23:10
29:4 37:18
57:8 59:20
84:11 106:2
**asks** 105:5
**assembly** 16:12
16:16
**assert** 7:19
**assess** 72:24
**assessment**
21:21
**asset** 32:16
52:21
**assets** 97:8
**assign** 32:18
**assigned** 51:14
77:5
**assignees** 31:4
65:23 68:21
**assignment**
65:23 68:20

89:16
**assignments**
66:1
**assist** 49:6
**assistance** 53:12
**assisting** 52:10
**associated** 24:21
94:11
**assume** 96:17
**assuming** 96:15
**assumption** 8:9
**assurance**
114:22
**assured** 68:13
**AT&T** 34:4,9,13
34:19,20,23
35:3 104:6
**Atlanta** 34:23
**attack** 111:2
**attempt** 60:2,15
**attempts** 59:20
65:4
**attended** 90:11
**attest** 48:17
**attitude** 104:20
**attorney** 80:17
114:9
**attorneys** 42:9
74:7 83:19
**attorneys'** 58:15
58:21
**attributed** 49:20
**audio** 6:20 10:12
122:7
**auditors** 46:4
**August** 11:12
55:16,25 56:23
57:5 79:16
81:1,6 94:8
95:7 98:24
**auspices** 66:19
**authority** 23:4
103:14
**authorization**
22:14
**authorized** 49:4
**automatically**

56:1
**available** 5:3
10:25 11:5
13:12 31:18
32:1 40:8
76:12 79:10
98:13 109:6
118:15
**availing** 75:1
**avenue** 59:16
113:8
**average** 19:4,8
**avoid** 16:1 52:12
**avoiding** 63:13
**awarded** 58:24
**awards** 101:23
**awesome** 44:12
**awful** 82:21,21

**B**

**B** 27:15,20
**back** 24:15 56:6
58:21 74:21
80:18 104:14
108:23 113:8
117:7 118:9
120:14
**background**
3:24 16:19
**backstop** 58:3
79:25 97:13,17
**backstops** 60:23
63:13 68:9,14
80:6
**backup** 58:6
**bad** 62:10
103:20 104:2
**bailed** 39:10
**Bailey** 72:2
73:20
**Baira** 66:3
**Baker** 116:14
**BakerHostetler**
33:12
**balance** 51:20
**ball** 74:1
**ballot** 28:12

92:22,24 93:2
108:12,15
120:21
**bank** 43:21,22
63:20 65:21
71:7 75:17
88:1
**banker** 119:10
**bankers** 50:15
75:15 87:23
88:13
**banking** 41:6
**bankruptcy** 1:1
1:2 5:14 6:10
11:1,18 16:14
16:23,25 17:6
18:7 23:3 26:3
26:15 27:18
29:15,22,24
30:5,9,11,17
30:22 31:22
32:17 33:10,18
34:5 35:24
41:4 43:2
45:16,23 47:20
50:14 57:11,13
67:11 69:20
74:21 75:21
76:12 80:9
96:6 103:16,22
103:24 108:25
109:14,16
113:2,6,7
118:2,14 119:8
**banks** 43:24
**bar** 29:25 88:10
**barring** 57:3
79:16
**base** 71:22
**based** 33:25
34:16 37:21
41:3 42:17
65:5 74:13
75:20 76:25
84:13 93:17
98:12 103:1
106:6 112:13

119:25
**baseline** 100:24
**basically** 4:21
16:13 28:3
46:15 48:20
55:6 57:24
**basis** 35:17
60:13 89:19
94:20 121:7
**Bay** 2:11,11,16
9:22 13:24
44:18 48:24
102:11 111:23
**bear** 59:12 96:4
**beautiful** 39:13
39:13
**beginning** 2:12
2:17 49:14
**begun** 8:16
**behalf** 13:25
20:24 48:16
61:7 63:24
88:2,5 116:11
**believe** 5:13 6:6
11:1,9 17:11
57:15 59:13,17
64:24 85:16
86:2 88:4
93:14 111:3
**believes** 110:25
**Bell** 34:14,16,19
34:21,24
**beloved** 81:14
**benefit** 24:24
89:15
**benefits** 20:8
25:1
**Bennett** 66:15
**best** 11:1 12:25
13:3 14:21
41:7,25 43:16
44:1 54:6,6
70:24 73:24
74:8 75:11
98:14 122:6
**better** 4:20 8:1
10:14 43:11

**Bidwell** 81:14
**big** 24:24 31:19
34:12 57:12
112:22
**bill** 2:9 12:3
16:12,16 33:17
34:4,8,25
103:11,23
104:23 109:23
**billion** 5:13 7:7
23:20,22 25:12
25:14,15 44:5
51:11 54:7
55:8,8,17,18
59:8 60:23
61:10,12 63:13
68:10,14 75:5
75:6 76:4 77:9
79:16 80:2
85:3,6 86:2
109:7 113:13
118:14
**billions** 118:13
**binding** 58:3
**Bionics** 53:4
**bit** 9:3,3 33:20
51:23 52:24
83:13,13 86:20
90:8 96:4
104:24 106:23
107:3
**bite** 71:23
**bless** 121:11
**blindly** 84:14
**blood** 104:11
**blown** 97:5
**blows** 7:9
**board** 33:23
35:2 36:1
104:10
**Bob** 33:10 61:20
**body** 51:9,18
53:18
**Bolts** 36:5
**bombs** 118:21
118:22
**bondholder**

4:15 42:21
65:18
**bondholders**
4:16 24:15
60:20 67:13
118:8
**bonds** 67:25
**Bonnie** 29:9
78:12
**book** 89:15
**bore** 53:6
**bothering** 8:7
**bottom** 4:3 9:4
14:8 16:10,18
23:6 32:4
35:15,23 44:15
44:22 54:4
59:15 65:11
**bought** 34:18,21
89:7
**bound** 17:19
80:19
**breach** 80:14
**break** 81:23
**breakfast** 69:1
**breaking** 82:25
**Bridgford** 2:6
3:6 15:10 42:4
42:6 43:18
44:11 73:25
108:22 115:16
116:10
**brief** 97:23
**briefed** 99:6
**briefly** 2:22
**bring** 35:2
103:22 114:1
**bringing** 19:14
**Brockovich**
37:17 40:21
81:10 116:23
117:1
**broke** 107:10
**brought** 103:14
**Brown** 50:14
**BrownGreer**
49:20 50:17

72:10,15,21,22
72:25 73:14
102:13
**Bruce** 66:15
**Bryson** 2:8 3:7
12:1,8 15:11
44:25 45:3
79:2,6 95:14
95:22 111:18
111:22 113:10
**Bryson's** 115:13
**buddy** 6:18
116:8
**budget** 49:8
114:17
**build** 84:2
115:23
**built** 74:9 85:21
113:18
**bulk** 112:22
**bunch** 34:24
44:16 62:6
107:9 113:11
116:21
**burn** 113:20
**burned** 13:23
**business** 34:15
35:13 79:20
**business/articl...**
45:21
**busted** 34:13
**Butte** 44:19
62:19,20
102:11 111:24
112:3
**buy** 84:8 119:5
**buyer** 106:18

| C |
| --- |

**Cal** 25:13 61:10
113:16
**calculate** 99:20
**calculated** 99:14
**California** 1:1
12:4 18:25
40:11 43:10
44:20 45:9

61:24 62:7
65:1 74:24
79:20 81:12
106:13 117:11
**call** 3:4 9:25
10:8 11:16
12:11 13:12,16
14:10 15:5
16:2,3,4,6 27:8
37:4 38:4 39:6
49:16 55:14
65:16 68:6
69:17 76:7
79:11,23 80:15
82:14 86:6
89:11 90:21
91:7,7 93:3
100:7 108:9
111:5 115:8,15
115:16,17,19
115:24 116:7
116:24 117:17
117:22
**called** 37:9
40:16 57:20
65:21 73:3
85:22 120:19
**calling** 115:21
**calls** 3:8 6:10
13:16 14:5,6
15:25 20:17
44:24
**Camp** 2:17,20
9:21 44:16,22
82:24 102:11
111:15,22,25
**camping** 81:13
**camps** 81:24
**Canada** 43:22
63:20 71:7
75:18 88:1
**canard** 90:3
**cancer** 39:11
**capacity** 53:2
**capital** 63:19
66:8,10,11,12
66:13 67:7,9,9

67:10,16
**Captioner** 122:4
**car** 84:8 106:15
106:16
**card** 101:4
**care** 4:1 35:5
63:9
**career** 103:18
**carefully** 77:19
98:7
**Carolina** 66:5
**carriers** 61:19
63:10
**carries** 113:14
**case** 1:2 2:20
10:24 11:6
16:22 31:4
32:12,17 42:11
52:18 53:23
66:6,20 78:19
79:12,21 86:9
91:14 94:12,15
94:19 95:4,5
100:7 101:1
116:16
**cases** 10:20
45:10 48:14
52:11 57:12
**cash** 7:7 41:14
51:12 55:8,17
76:4,11,13,14
85:6
**cast** 102:21
103:2
**casting** 107:24
**catastrophe**
57:4
**catastrophic**
56:24 58:5
**categories**
101:21
**category** 100:17
100:19 101:7
101:12
**Cathy** 72:5
114:14 115:6
**cause** 58:23

**caused** 21:13
111:3
**causes** 103:21
**causing** 24:13
**CCR** 122:20
**ceded** 35:25
**celebrate** 113:19
**Cellular** 34:18
**center** 4:12
**Centerbridge**
65:10,12,24
66:3
**CEO** 33:16 34:5
103:8 104:1
**certain** 16:11
32:14 63:24
121:5
**certainly** 27:8
56:16 72:12
82:10 86:2
100:13
**certainty** 20:14
**Certification**
122:23
**certified** 74:2
122:1,2,2,3,4
122:15
**certify** 16:15
122:5,10
**chance** 74:20
91:23
**change** 34:10
85:11 96:1
**changed** 100:21
**Chapter** 1:4
16:22 20:21
57:21
**charged** 46:6
47:10
**charges** 52:1
**charities** 54:13
**cheap** 50:21
**check** 8:13
**checked** 28:9
**cherished** 101:1
**Chico** 28:5,19
31:8,16 68:18

81:11,12 82:4
117:11
**chico@wattsg...**
9:22
**chief** 33:24
**child** 100:15
101:4
**children** 81:20
**choice** 14:19,21
71:8,9 104:7
119:25
**choose** 67:25
92:16
**chose** 15:13
34:24
**Chris** 67:14 68:7
**Chronicle** 40:2
45:20
**chronological**
17:14
**chronologically**
103:18
**circumstance**
81:4
**circumstances**
26:15 63:25
79:17 110:11
110:15,15
111:3
**city** 81:22
**claim** 29:25 30:8
39:8 56:2
58:19 61:6,11
72:14,18,19
83:11 109:25
110:17 113:14
113:15,22
**claimant** 56:3
66:18 67:23
69:4
**claimants** 20:23
26:4 43:21
47:17,19 57:13
72:1,8 73:15
90:17 102:22
**claiming** 59:7
**claims** 8:17 18:2

25:22,23 29:17
30:12 32:19
33:3 36:13
41:22 43:3
47:1 50:9,16
61:14,24 67:24
70:23 72:4,7,9
72:9,15,16,23
73:1,13 74:23
75:7 76:16
77:5,7 89:16
102:16,17
108:25 109:1
109:11,17
112:25 113:6
114:8,15,16,23
115:7
**clairvoyant** 74:2
**clarify** 105:10
111:14
**clarity** 20:14
**cleanups** 81:25
**clear** 9:13 15:1,4
18:5 21:25
26:17 31:17
39:19 54:21
90:25
**clearly** 69:6
98:16
**Clerk** 5:5 55:23
86:21 87:6
92:20 93:5
96:10 108:10
108:11,14
**client** 3:3 9:23
9:25 15:8,9,9
15:10,10,11,18
37:10 69:18
71:21 92:23
93:2 120:19
**clients** 2:5 3:3,5
6:6 8:18,24
9:20 11:15
12:10 13:10,25
14:7 15:2,3
28:8,19 29:4
30:14 31:3,8

31:10 37:6
38:9 42:6,10
46:25 48:17
53:21 55:12
69:9,15 77:12
79:10 82:17
83:14 86:7
87:4 90:22
92:19 93:2
100:9 113:25
120:6
**climate** 18:25
**clock** 65:8
**close** 26:6,22
32:3 40:13
73:16 91:9
100:10
**closes** 72:15
**Cloud** 2:9 12:2,9
115:14
**clunky** 35:8
**co-leads** 2:10
**cochlear** 53:5
**cocktail** 68:25
**Code** 17:4 21:6
21:17
**cofounder** 52:9
**Cohen** 43:22
63:19,23 70:19
71:4,7,10
75:17
**colleagues'**
12:14
**Comcast** 34:18
**come** 7:3 23:16
23:21 24:16
33:21 49:25
51:9 61:16
62:1 77:19
81:20 87:3
88:13 99:5,22
101:24 118:8
**comes** 62:2
**comfortable**
101:16
**coming** 14:6
38:23 39:20

41:4 49:12
63:11 71:21
75:21 76:20
88:5
**command** 35:6
35:10
**commend** 71:6
104:9
**comment** 37:21
92:1 112:10
**comments** 3:17
12:14 89:5
112:13
**commission**
17:6,8,19,23
18:1,7,22,23
19:3,10 20:1
20:19 21:8
22:1,24 25:19
25:25 26:9,23
65:1
**Commission's**
20:14
**Commissioner**
25:24
**commit** 10:1
**commitment**
79:25 97:14
**commitments**
58:4 80:20
**committed**
39:22
**committee** 20:23
29:17,21 30:12
30:15,20 36:13
43:22 47:17
49:2 54:22,22
67:24
**commonly** 80:13
**communication**
31:4
**communicatio...**
31:5 115:8
**communities**
20:7 40:7
**community**
42:22

**companies**
34:22 43:4
62:10,11,16
74:23 76:15
85:17
**company** 1:6
16:13 22:19
26:7 28:9
33:17 34:7,8
34:20 35:9,16
35:19,21,24
40:9,10 43:2
59:6,11 62:21
64:19 67:17,19
80:3 85:23
103:16,22,24
103:25 104:2,3
104:15 112:16
118:14
**comparable**
74:15
**compare** 54:13
101:22
**compared** 7:12
51:14
**comparison**
45:15
**compelled** 40:10
80:1
**compensable**
111:4
**compensated**
6:7 12:23 13:4
13:4 46:16
47:13 57:15
91:17
**compensation**
16:20 19:14
21:15 46:19
53:23
**compete** 25:23
**complaining**
24:18
**complete** 7:15
32:15 68:15
104:10
**completely** 38:5
39:22 57:2

64:11 84:24
85:8
**complex** 71:22
**compliant** 21:7
64:23
**complies** 21:6
23:6
**component**
99:19 101:2
**computer** 87:1
107:24 108:4,6
108:8,13
**computing** 35:5
**Con** 21:10
**concept** 84:13
**concern** 5:17
38:8 57:14
85:10 119:1
**concerned** 79:8
80:7 106:4
**concerning** 5:11
23:15
**concerns** 9:14
39:3 84:16
**concessions** 8:1
**concisely** 45:6
**concluded** 69:5
**conclusion** 22:7
22:23 97:11
**conclusions** 6:3
21:1,4 77:19
**conclusively**
27:3
**condition** 18:19
23:4
**conditionally**
21:16
**conditions** 16:11
84:14,20 85:2
110:7,7,9
**conduct** 20:3
**conducted** 31:7
91:15
**conducting**
91:15
**conference** 91:7
91:7

**confidence**
15:17
**confident** 57:4
**confined** 59:15
**confirm** 42:19
**confirmation**
22:3 95:18
96:19 118:5
**confirmed** 8:10
43:6 58:12
**conflicted** 94:4
**confronted**
97:22
**conglomeration**
112:9
**conscientious**
97:7
**consenting** 56:3
66:18 67:23
69:4
**consequences**
112:15
**consequent** 31:5
**conservative**
51:14
**consider** 2:7
27:15 35:17
57:1 98:8
**considerable**
112:1
**considered**
100:17
**consistent** 18:24
22:15
**construed** 44:4
**consultants** 33:8
61:20
**consumer-ow...**
4:19
**contact** 91:9
93:5 96:10
**contacted**
110:25
**content** 118:24
**contents** 105:7
**contests** 11:21
**contingency** 6:9

56:7
**contingent**
61:17
**continue** 36:11
89:8 120:3
**continued** 67:5
**continues** 91:22
**continuing**
21:23 90:8
120:4
**contract** 84:8
**contractor**
89:16
**contracts** 19:14
**contributed**
32:16 110:12
**contribution**
19:12
**control** 35:7,10
**convinced** 121:9
**cooperation**
113:24
**coordinate**
15:21
**coordinating**
15:4
**coparticipants**
120:14
**corner** 51:6
**coronavirus**
28:22
**corporate** 77:7
**Corporation** 1:3
34:19 58:19
**corporations**
34:14
**corpus** 51:18
**correct** 84:22
85:1 122:6
**corrective** 24:5
**correctly** 72:23
**correspondence**
69:2
**cost** 54:20 58:10
105:6 106:3,5
106:14,16,23
107:12

**costs** 51:25
54:10 58:15
**COU** 4:19 5:6
5:21
**council** 29:17
81:13
**counsel** 20:20,25
22:25 29:20
50:14 122:10
**count** 34:2 40:20
79:1 89:2
103:5
**counted** 86:19
87:10,11 96:18
96:20 107:23
**counterparty**
60:8
**countless** 53:3
**country** 53:1
**counts** 93:9
**couple** 4:22,24
6:25 15:14
28:21 115:4
**course** 17:12
34:17 65:10
94:21 98:10
**court** 1:1 5:9
6:10 27:11
28:15 29:2,11
29:16,25 30:24
30:24,25 31:21
31:23 32:2,12
32:13,17,23,25
33:4 45:10
46:5,12,13,23
47:20 52:6
54:24 55:2
68:4,5 69:20
70:3 72:4 74:5
89:19,22 95:18
113:8 122:3,22
**court-approved**
108:11
**court-ordered**
66:25
**cover** 54:19
97:17

**coverage** 33:8
**covered** 54:12
**COVID** 56:20
90:12
**COVID-19**
63:14 68:8
78:4 79:17
80:25 105:5
106:5,7 107:10
107:17 117:5
**CPUC** 16:7,15
16:19 17:4,13
17:14,25 18:3
18:4,12 19:8
19:22 20:16
21:3,18,21
22:22 23:14
25:16,18 26:18
27:1 64:3,6,8
64:17,19,21
**CPUC's** 22:7
23:11
**crash** 78:25
**crazy** 7:9 8:2
**CRC** 122:18
**cream** 114:20
**create** 101:21
**credit** 25:10
31:5 49:17
62:4 65:20,24
68:20 114:21
**creditor** 30:18
76:15
**creditors** 30:14
30:23
**creek** 81:25
**creeks** 81:14,21
**criminal** 18:16
35:20 104:15
**crisis** 63:14
**criteria** 16:23
**critical** 19:5
22:9,9,12
87:10 98:3
**crop** 114:21
**Cross** 54:15
**CRR** 122:18

**crusade** 43:10
**crying** 83:20,20
**crystal** 74:1
**CSR** 122:19
**curious** 55:12,20
**current** 4:13,17
6:5 11:17 26:5
107:4
**currently** 95:19
**customer** 35:5
**customer-own...**
20:9 118:9
119:7
**cut** 8:13 89:7,10
97:4

**D**
**D** 16:9
**D&O** 33:8 61:19
**D.A** 62:20
**daily** 53:10
60:13 67:8
89:18 121:7
**damage** 57:16
105:21 110:18
**damages** 57:9
59:2,8,14
99:13 106:13
109:25
**data** 104:5
**date** 25:6 29:25
41:3 55:16
75:20 85:4
88:15 107:16
122:19,20,21
**dates** 68:24
**David** 67:8
**day** 31:9,17 32:5
32:6 33:14
41:10 59:23
66:15 67:2
76:1 78:24
104:18 122:15
**days** 16:5 17:12
41:21 70:22
75:13 96:6,11
96:14,16,17,22

96:22 97:21
99:5 119:3
**deadline** 17:5,8
17:19,22,22,25
18:1 77:20
87:19 93:11
95:16 114:7,11
114:12 115:2,3
115:7
**deadlines** 95:25
**deal** 3:14 9:24
14:7,9,10 24:7
24:14 40:8,16
40:19 44:7
55:15 56:9
60:7,11,14,19
60:19 63:8
65:8 67:6 68:4
68:8,14,23
69:5 79:22
80:9 81:3 83:8
84:9,9,11,22
84:23,25,25
85:3,11,13,21
85:22 86:3
88:19,19,23,23
89:10,11,12,13
89:19,21 91:12
94:1,10,10
95:17 96:2,23
97:5,23 98:25
99:1,3,5 112:5
112:6,14,18
113:3,22
116:25
**dealing** 38:15
**deals** 74:25
94:11
**dealt** 32:2 38:15
66:14
**dearly** 47:3
**death** 110:10
**debate** 29:7
**debated** 36:16
78:11
**Deborah** 84:6
**Deborah's** 84:15

**debt** 20:18 22:14 22:16 31:6 65:19 67:12,16 67:18 68:1,22
**debtor** 20:3 30:6 65:19
**debtors** 1:7 16:22 32:18 68:2
**decade** 12:4 111:20
**deceased** 101:3
**December** 30:1 31:8,14 65:12 66:22 67:1 68:18 69:7,22 94:4,13,21 95:3 98:24
**decent** 38:6
**decide** 56:4 103:2
**decided** 27:9 35:1 92:7
**decision** 12:12 23:2,15,19 58:22 64:10 68:1 73:6,10 73:10 77:25 87:11 93:15 97:25 98:12
**decisions** 48:16 50:23
**decrease** 77:4
**dedicated** 52:8
**deemed** 18:21
**deems** 17:21 49:6
**defenses** 33:2
**defined** 30:9
**degradation** 82:1
**delay** 31:25
**delaying** 83:4
**deliver** 40:11 45:6 55:8
**delivered** 28:7 28:11 80:2

**deluge** 14:4
**deluged** 115:7
**demand** 35:25 101:24
**Democrat** 28:5 72:3 73:21 77:17
**denied** 31:21 32:3
**Dennis** 37:17 39:24
**Dennis'** 40:15
**denying** 27:24
**depending** 13:18
**deplete** 53:18
**depleted** 51:19
**deposition** 122:12
**depriving** 44:15
**description** 69:3 89:21
**designate** 27:16 27:21 28:15
**designated** 45:13
**designed** 103:15
**desire** 15:7
**desperate** 38:13 82:19 83:9
**destroy** 81:22
**destroyed** 100:5
**detail** 18:10 68:23 69:12 85:17 96:4
**detailed** 77:16
**details** 23:8 54:3
**determination** 110:17
**determinations** 17:7
**determine** 33:1 41:25 43:16 77:1
**determined** 18:23 19:3,11 74:3

**devaluation** 41:18
**develop** 96:23
**developed** 13:1 114:24 116:18
**development** 19:24
**device** 108:8
**died** 110:5
**Diego** 21:10 52:16
**difference** 105:19
**differences** 68:2 68:17 69:8,21 69:24 96:11
**different** 10:10 13:13 15:2,2 15:20,20 16:3 16:3 34:14 53:8 65:6 77:10 80:11 86:11 88:23 99:24 100:5,14 100:16 112:12 113:23 117:16 117:17
**difficult** 100:24
**difficulty** 86:22
**digitally** 28:11
**diligence** 21:23
**diligently** 13:24 16:1 36:11 67:5 74:8 77:23
**dinner** 69:1
**dire** 112:15,19
**direct** 110:6
**directly** 5:4 6:3 25:4 40:18 59:22 93:5 104:22 110:19
**directors** 36:1 40:9 104:10
**disagree** 17:24 30:24
**disagrees** 32:25
**disallowed** 23:23

**disappear** 97:18
**discharged** 22:5
**disclaimer** 76:22
**disclosable** 30:6
**disclosed** 31:3 68:19
**disclosure** 28:7 29:13,22,23 30:4,10,17,25 31:14 70:1 74:4 89:20 96:7
**disclosures** 29:18 31:2 68:17 69:8,21 69:24 96:11
**discount** 76:16 85:20
**discretion** 56:5 57:2,3
**discuss** 65:11 83:23
**discussed** 10:7 31:2 48:21 51:23 65:10 85:8 87:25 97:14 112:24
**discusses** 48:22 57:23
**discussion** 12:17 36:5
**discussions** 67:6 67:8 70:19 71:3
**disinformation** 118:7
**dismissed** 58:20
**disposition** 30:8
**dissent** 59:19
**dissimilar** 25:22
**distinguish** 89:9
**distress** 100:18 105:23
**distributed** 73:16
**distribution** 10:2 52:13

53:12
**DISTRICT** 1:1
**doctor** 110:16
**document** 5:5 5:10 6:2 17:1 23:21 27:14,18 27:22,22 28:1 32:12 46:13 47:7,15 49:3,9 54:24,25 57:24 63:9 67:4 69:20
**documents** 5:1 18:13 69:23 78:19 86:13,13 89:11,14,16,18 114:8
**doing** 15:16,19 54:8 63:23 72:13 78:3,5 87:2,9,23 88:1 88:4,5 92:12 113:24 117:12 117:16 119:20
**dollars** 25:14 95:2 112:17 118:13
**donate** 54:14
**Donato** 116:3
**Donelson** 116:14
**door** 88:10
**doubled** 81:23
**doubling** 12:22
**doubt** 55:3
**dovetails** 46:21
**downstream** 81:21
**Downtown** 82:6
**dramatically** 35:10
**draw** 6:3
**driven** 104:5
**due** 26:2 61:1,1 96:15
**dump** 97:8
**dumped** 8:11
**dumping** 97:3

97:12
**duplicating**
12:13
**Durant** 54:5

**E**

**e-ballot** 93:7
**e-mail** 9:20
11:15 13:15
28:11,21 31:10
37:17 69:2
81:10 93:3,6
115:21
**e-mails** 14:5,6
78:4
**Earley** 2:3 3:5
6:22,24 37:16
37:20,24 81:9
82:5 84:7
110:3 115:18
**earlier** 39:1
56:10 70:22
72:5,11 87:17
97:14
**early** 13:6 37:17
41:21 51:5,6
70:22
**earned** 53:19
**earnings** 74:18
74:20 85:18,19
**economic** 30:6,7
**economy** 56:22
68:8 79:18
107:17
**ecosystem** 82:2
82:9,10
**Ed** 34:15 35:1
**Edison** 21:10
**editorial** 40:2
**educate** 37:11
**Edward** 66:12
**effect** 25:1 78:16
97:9 107:17
**effective** 25:6
32:21 41:3
75:20 85:4
**effectively** 96:2

112:16
**effectuate** 71:14
**efficient** 47:2
51:21
**efficiently** 15:21
38:7 50:19
**efforts** 15:4 62:5
113:16
**eight** 68:17
**either** 67:1
106:6 111:1
**elderly** 100:15
**elect** 113:6
**election** 103:4
**electric** 1:5
21:10 52:17
74:17
**electricity** 40:11
104:17
**eliminated**
25:15
**elimination**
61:10
**Elliot** 2:16 44:15
44:22 115:17
**Elliott** 67:16,19
**elusive** 7:5
**elusory** 42:22
**emerge** 16:14
**Emergency**
61:11
**emotional** 99:13
99:19 100:18
105:23
**emphasize** 42:15
42:23 44:3
50:20 52:2
76:19 80:3
**employed**
122:11
**employees** 35:12
**employing** 50:18
**enable** 96:2
**enables** 52:21
**encourage** 5:1
5:23 86:18
88:25 120:18

120:21
**encouraging**
86:16
**ended** 39:11
**endorse** 11:17
**ends** 53:6
**endure** 110:11
**enforcement**
20:13 22:11
**enforcing** 20:15
**engaged** 43:9
**engagement**
49:4
**engineering**
35:5,14
**enhanced** 20:12
22:10
**enhancement**
24:2
**enjoy** 70:24
**ensure** 14:10
48:10 50:8,18
51:21 53:21
58:4 74:8
75:16,18 79:9
80:1,19 88:14
109:18
**ensured** 79:13
**ensuring** 60:25
**entered** 27:25
29:16 86:3
**Enterprise-Re...**
28:6
**entire** 64:25
99:2
**entirely** 112:12
**entities** 28:16
65:15
**entitled** 36:5
119:9
**entity** 30:13,19
**environment**
81:19
**equipment**
35:11
**equities** 66:23
**equity** 30:18

31:6 34:6
60:12,22 62:23
63:6 66:7,9,15
66:24 67:25
68:1,3,12,22
69:5 94:16
97:2
**Erin** 37:17,22
38:3 39:17
40:1,15,20
81:10 82:15
116:23 117:1
**especially** 104:3
118:2
**essential** 38:15
**establish** 115:2
**established**
19:13
**estimate** 41:19
41:19 70:18
75:12
**estimated** 45:16
76:23
**evacuate** 100:7
100:13,14
**evaluated**
110:16,21
**event** 58:5
**events** 15:24
**eventually** 59:9
67:22 73:15
76:19
**everybody** 3:4
10:4 15:17
26:25 71:5,18
78:2 79:1 88:8
91:22 92:14
105:18 107:10
114:19 117:7
117:22 121:1
**everyone's**
38:16 87:10
98:12
**evidencing**
69:23
**ex** 32:3
**exact** 105:18

**exactly** 82:15
105:24
**examined** 46:4,7
**example** 47:25
56:20 79:17
100:3,22
106:15
**examples** 60:17
**excellence**
104:25
**excellent** 71:1
98:19 101:9
115:15,16
**execution** 89:11
89:18
**executive** 19:13
19:15 21:15
33:25 34:4
**executives** 21:19
33:9 34:22,25
**exemplary**
45:11
**exemplified**
82:15
**exercise** 91:23
120:8,22
**exist** 83:5
**exit** 16:22 35:24
43:5,7 89:15
109:14,15,16
**exorbitant** 47:11
**expect** 33:19
43:25 95:6
**expected** 117:5
**expenditures**
22:19 23:23
**expenses** 20:20
22:24 24:22
25:5 46:17,19
54:17 58:21
**expensive** 45:23
48:4 54:6
106:25 111:7
**experience**
10:23 101:11
101:22 112:12
**expert** 37:7

expertise 35:21
experts 20:25
  41:11 44:23
  99:21
Expiration
  122:19,20,21
explain 53:16
  71:24 101:21
explained 38:25
  46:22 68:20,23
  73:12
explaining 39:6
explanation
  38:11
exposure 118:16
extension 56:18
  57:1
extremely 88:9

F

F-r-a-n-t-z 93:4
Facebook 3:18
  4:24 5:2 14:15
  27:7 29:7 36:5
  55:6 57:8 70:8
  78:13 89:24
  90:4,9 91:2
  92:8,21 95:15
  118:7 119:15
Facebook.com...
  115:12
facility 31:5
  65:20 68:20
  117:10
fact 18:9,11
  19:10,17 20:11
  20:16 29:6
  31:23 51:2
  74:18 79:13
  85:9 92:16
  95:2
factored 105:7
  106:7 107:17
factors 18:21
  99:25 100:17
  102:1
facts 60:16

92:11 93:17
  118:24
fails 80:12
failure 56:24
fair 74:15
  106:13,17
  107:1,15,16,18
fairly 6:7 8:25
  48:16
faith 28:17
  62:10
fall 8:20 60:20
  94:12
false 65:5 92:6
falsehood 90:2
  92:5
family 14:11,19
  14:21 58:1
  98:14 101:18
  111:1
fantastic 49:17
  49:23
far 29:8 117:19
fashion 13:5
fast 102:15
fastest 84:2
favor 6:6 9:1
  90:23 98:9
favorable 85:16
feasible 95:21
federal 45:25
  53:1 61:14
  80:11
fee 46:17,18
feel 7:14 9:15,20
  14:20 17:19
  57:4,18 78:23
  117:1 119:13
  119:14 120:22
fees 20:19 22:24
  45:23 46:2,3,5
  46:16,23 47:22
  48:21 49:11,13
  49:24 58:15,21
feet 81:16,17
fellow 36:2
  104:6

felon 35:20
felt 38:9 113:19
FEMA 25:12
  43:4 61:6
  74:24
fiction 118:25
fiduciary 8:24
fifth 2:5 76:9
  78:8
fight 24:4 66:8
fighter 116:9
figure 103:15,19
  103:23
figured 15:19
figures 103:23
file 27:9,23
  46:17 58:22
  70:2
filed 11:1 27:12
  27:19,24 28:1
  29:25 31:19
  32:10 36:13,16
  57:21 68:4
  69:20
fills 53:7 117:7
film 31:10 121:4
filmed 31:9
final 46:18
  51:22 73:8,9
  73:10
finalized 63:18
  114:24
finalizing 72:6
  89:12
finally 80:9
financial 5:15
  18:18 20:20
  21:1,12 22:25
  26:5 41:24
  43:15,19 58:3
  59:11 60:23,24
  63:13 68:14
  74:2 75:10,23
financially 61:3
  109:11,19
  122:13
financing 89:16

find 25:20 84:13
  84:19 100:8
  101:10
Finding 18:11
  19:10,17 20:11
  20:16
findings 18:9
finds 26:10
fine 13:22 23:12
  24:11,19 25:20
  25:21,25 26:2
  26:11,16,21
  27:1 63:1 64:3
  64:6,12
fines 24:13,16
  62:19,20 63:4
  64:11
fingertips 14:17
finished 94:16
  95:5,5
fire 2:11,17,20
  10:23 11:5
  20:4 21:13
  22:3 23:11,16
  25:9,21 26:25
  29:20,24 31:25
  32:9 35:18
  40:12 44:16,19
  44:19,20,23
  46:25 47:19
  51:5 52:17
  56:2,2 57:24
  58:1,18 61:1
  62:6,9,22
  63:10 64:1,13
  66:18 67:23
  68:15 69:4
  75:8 76:22
  79:11 81:2
  82:18 95:16,18
  96:2 98:6
  100:1,3,10,11
  100:20,20,21
  101:8 102:10
  107:2,16 110:5
  110:12,20
  111:4,15,21,23

111:23,24
  112:3,22,23
  113:3,12,16,17
  113:21
fire-related 59:2
fires 2:11,16
  9:22 13:24
  20:12 32:17
  33:23 42:18
  43:8 59:7
  102:7 108:19
  108:24 109:9
  109:10,12,24
  111:15 119:18
firesettlement...
  55:22
firesettlement...
  5:4 115:11
firm 12:3,5 15:6
  15:7,13 28:4
  30:1 52:14,15
  65:19 67:14
  77:25 79:3
  88:2 115:13,14
  115:18 122:23
firm's 12:7
firms 3:4,11
  9:24 15:2,20
  47:21 53:13
  96:10 117:17
  120:5,20
first 2:25 3:12
  12:8 15:14
  37:16 42:23
  44:25 45:6
  68:18 72:21
  74:12 75:6
  79:15 97:2
  99:12 100:1,10
  120:18
five 2:22 9:24
  16:5 96:16,17
  114:18
five-member
  26:23
flames 110:6
Flamingo 117:8

Case: 19-30088   Doc# 7129-26   Filed: 05/08/20   Entered: 05/08/20 15:06:44   Page
41 of 61

117:9
**flash** 119:8
**flat-out** 8:21
  14:12 92:18
**flavor** 23:8
**floating** 14:14
**flowing** 81:21
**fluctuation** 7:12
**FNET** 34:18
**focus** 2:15 82:13
**focused** 4:19
  44:21
**focuses** 2:17
**folks** 2:1 10:13
  12:12,20 37:22
  44:3,18 47:18
  48:11 50:12
  51:20 52:15
  53:16,20 60:13
  70:20 71:3,11
  79:7 80:4,17
  97:2,13 111:24
  111:25 112:2,5
  112:7,7,8,23
  113:1,5,16
**follow** 17:9
  31:22
**following** 26:19
  72:25
**football** 69:2
**forbid** 56:19
**force** 22:19
**forced** 8:1
**foregoing** 122:5
**forgot** 42:5
**forgotten** 60:9
**form** 26:21
**formally** 64:25
  114:13
**former** 29:10
  33:8 34:4 52:6
**formula** 74:5
  76:20,25
**forth** 25:1 26:12
  26:14 30:1
  31:13 32:24
  49:7 69:21

**fortunate**
  101:13 116:15
**forward** 4:15
  7:3 13:9 14:22
  38:14 39:20
  44:7 83:1,8,15
  83:15 121:12
**forwarded**
  13:17
**fought** 113:17
**found** 33:25
  35:16 45:11
  48:15 104:4
**four** 9:24 25:6
  78:9
**four-bedroom**
  101:17
**Fourth** 75:14
**Fran** 29:9 36:16
  78:12
**franchise** 48:1
**Francisco** 40:2
  45:19 67:1
  113:8
**Frank** 61:7 62:4
**frankly** 3:17
  60:7 66:14
  88:21 116:13
  118:6
**frantic** 100:6
**Frantz** 2:6 3:6
  6:17 10:14,16
  15:10 40:25
  41:1 42:7 70:7
  70:18 92:19,25
  96:9 108:1
  113:11 115:16
  116:9
**Frantz's** 52:15
**free** 9:20 114:18
  117:1 119:13
  119:14
**freedom** 79:22
**frequent** 67:6
**frequently** 60:13
  62:14
**Friday** 36:13

120:2
**friend** 12:3
  13:21 33:10
  61:7 62:4,12
  64:17 98:20
  113:18
**friends** 93:25
  118:7
**front** 45:11
  80:18 97:24
  116:1,2
**fuel** 98:23
**full** 57:19
**fully** 9:16,16
  57:14 112:6
  120:23 121:8
**functions** 35:7
  35:11
**fund** 5:14,18
  16:15,24 23:17
  23:21 24:11
  26:21 54:18
  55:25 56:6,11
  57:5 61:17,22
  62:2,3 63:11
  89:17 91:13
  94:4,7,13
  112:6 119:10
**funded** 41:3
  59:1 75:20
  77:2 119:12
**funding** 5:25,25
  18:2 55:15,16
  57:25 58:6
  89:17 97:17
  118:10,17
  119:6
**funds** 23:22 26:1
  33:13 67:10
  75:1,11 94:17
  94:22
**further** 76:8
  110:10 122:10
  122:12
**Furthermore**
  76:4
**future** 5:8 13:10

20:12 21:13
  25:4 35:8 43:8
  56:16 61:18
  73:23 97:10
  109:8 118:16
  121:12

**G**

**game** 54:6 69:2
**gas** 1:5 52:16
  78:2
**Gavin** 35:25
  66:3
**Gaylin** 99:13
**general** 24:11
  26:21 65:20
  77:13
**generally** 79:18
  80:10
**generate** 51:15
**generated** 51:13
**generation**
  115:14
**gentleman** 27:5
  34:3 67:13
  104:25
**gentleman's**
  33:22
**gentlemen** 2:23
  13:19 43:9
  66:16
**getting** 3:24
  4:11 14:4 23:3
  33:9,12 37:4
  38:22 39:2,4
  42:12 43:6
  44:11 45:1
  82:7,18 85:19
  103:17
**Gibbons** 98:20
**give** 2:22,23 3:2
  7:16 13:14
  14:1 25:9,15
  37:22 49:17
  56:5 60:17
  62:4 71:25
  73:23 76:22

77:12 81:5
  96:17 99:22
  108:5 114:5
  120:25
**given** 51:6 95:25
**gives** 87:5
**giving** 15:18
  53:25 56:18
  57:1
**glad** 44:24 53:15
  98:2
**global** 43:20
**go** 2:24 3:25 5:4
  6:23 7:14 8:14
  9:5 10:15 15:6
  17:3,15 23:7
  27:9 29:2,6,14
  32:11 33:12
  36:20 37:12
  41:5,4 19,20
  50:5,7 55:22
  56:6 63:8
  68:14 74:6,6
  74:11 75:21
  78:15 89:20
  95:11 99:9,11
  102:1 105:2,8
  107:11,24
  108:6,13,16
  110:8 113:8
  120:9
**goal** 51:3,4
**goals** 18:25
**God** 56:19 96:24
  121:11
**goes** 9:6 11:11
  13:6 25:4 53:5
  54:16 74:21
  106:6 113:4
**going** 2:25 3:9
  3:12,13,19
  6:25 7:6,6,16
  7:23 8:12,12
  8:14 9:9 10:10
  12:15 13:13
  14:10,15 17:12
  18:4 19:6

Case: 19-30088   Doc# 7129-26   Filed: 05/08/20   Entered: 05/08/20 15:06:44   Page
42 of 61

21:18 22:3
24:17 25:12,13
27:2 28:9,10
32:24 33:21,24
34:3 35:16
36:17,22 37:13
37:14 39:2,14
39:15,16 42:14
42:17,19 43:1
43:3 44:7
46:22 48:23
49:11,20,25
50:4,5,7,12
51:12,20,25
54:12,21 56:8
56:21 57:5
59:1,13,18
61:2 63:5 64:1
64:8,9 70:1,2,2
70:3 75:8,21
75:22,22 78:9
80:10,10 81:6
81:21 85:3,11
85:13,15,24,25
86:1,11 87:17
88:6,7,8,11,13
88:14 89:7,13
92:9,9,10,11
94:21,23 95:6
97:4,5,6,8,9,16
97:17 99:4
102:9,14,14
104:17,24
105:20,24
106:16,17,24
107:3,4 108:5
111:6 112:2
113:7,12,20
114:22 115:2
116:1,24
119:15,16
120:4,5,12
**gold** 83:7
**Goldman** 43:25
88:4
**good** 2:1 9:6
12:4 14:2

21:22 22:21
23:1,14 24:9
25:2 28:17
32:5,5,9 33:10
33:14 40:11
42:4,23 44:7
50:3 55:10
61:12 62:12
64:14 71:8
73:25 75:25
82:10 83:8
89:5 93:24
99:18 104:2
115:19 116:8
117:24 120:16
**goods** 106:6
**Governor** 19:7
22:17 35:25
64:20 104:9,21
109:5,19
117:11
**Governor's**
22:21
**grab** 108:4
**granted** 22:13
46:13
**granting** 33:4
49:1
**gravidum** 107:8
**great** 10:19
43:10 54:2
57:6 80:24
93:21 102:3
105:3 107:7,13
109:21 118:8,9
118:10
**Greg** 93:23,24
**grid** 22:19 24:3
24:4,8 109:10
**grossly** 35:21
**ground** 82:12
**grounds** 17:21
**group** 10:19
29:21 30:12,19
38:2,14 56:3
63:20 90:14,19
90:19 91:9

102:12
**groups** 76:15
87:2
**grow** 33:12
61:22 74:20
**guarantee** 7:7
80:7 85:25
86:1 97:15
**guaranteed** 79:5
79:13,14 85:12
**guarantees** 79:9
**Gubner** 67:21
**Guerra** 3:5 9:20
28:4 29:21
30:5,11,13,18
30:21 90:14
**guessing** 20:22
**guide** 103:24
**guilty** 62:24
**Gump** 67:18
**guru** 42:2
**gusset** 29:19
**guy** 15:6 33:21
35:1,16 66:3
71:6 103:13
**guys** 14:16
25:10 36:21
37:20 63:7
64:7 67:20
119:2

_____
### H
**habitats** 81:22
**half** 31:20 34:21
34:22 54:7
59:10 65:14
76:24 83:22
117:18,18
**hall** 1:9 28:19
31:7,12 40:17
40:21 69:11,14
78:1,8 90:10
93:23 94:2
116:3 119:17
**halls** 9:18 15:5
28:23 78:5
90:11 117:10

117:14
**Hamburger**
121:4
**hammer** 56:12
**hand** 7:10 41:14
54:23 65:17
76:4 108:9
**handle** 40:25
110:1 111:17
**handled** 10:20
49:16 50:19
52:17
**handling** 54:7
**hands** 50:24
**happen** 6:8 13:6
27:2 39:15
56:9,21 57:12
61:2,3 63:22
79:19 85:25
96:25 108:19
112:21
**happened** 5:10
15:14 16:5
23:9 27:4 32:8
33:13,23 36:3
36:19 38:25
114:12
**happening** 4:1
22:20 36:8
84:12,20 100:3
**happens** 55:7
56:12 58:5,10
59:15 80:25
100:19 109:3
109:13 115:4,9
118:17
**happy** 30:25
39:17 65:11
83:10 99:17
**hard** 50:11
51:21 63:6
74:25 109:5
112:4 114:23
119:14
**hardening** 22:20
24:3,4,8 109:9
**hardest** 99:19

**hardware** 35:4
**harm** 110:19
**harmed** 111:2
111:24 112:1
**hashed** 89:22
**he'll** 104:7
**head** 14:16
60:18 63:19
**healthy** 82:10
**hear** 9:2 40:18
49:11 73:5,9
**heard** 38:16
42:7 53:23
71:8 98:16
103:3
**hearing** 7:5,18
8:8 39:19
42:18 49:7
65:2 66:4
95:19 96:19
116:1,2 118:5
**hears** 38:12
**heart** 82:25
111:2
**heartbreaking**
82:1
**heck** 8:4
**hedge** 91:13
94:17,22
**held** 41:20 59:8
65:18 70:21
75:12
**Helen** 36:4
**hello** 42:6
**help** 93:18
**helped** 61:13
91:11,12
**helping** 14:22
41:25 43:16
46:24 71:12
116:15 121:4
**helps** 15:3
**heroic** 113:16
**hesitate** 111:9
**hey** 13:20 14:25
17:17 20:7
25:11 27:15

Case: 19-30088   Doc# 7129-26   Filed: 05/08/20   Entered: 05/08/20 15:06:44   Page
43 of 61

28:4 37:18
40:16 42:4
55:7 60:10
68:13 73:22
107:8
**high** 35:21
**high-tech** 35:11
**higher** 76:24
**highest** 48:10,15
70:15
**highly** 34:2
104:5,5
**hinted** 50:4
**hire** 15:13 48:2
49:2 63:19
77:11 102:14
**hired** 43:20,22
49:24 50:13
70:20 71:11
75:15,17 88:3
104:25
**hiring** 71:7
**history** 18:14
40:6 104:2
118:1
**hit** 105:9 119:13
**hold** 11:21,22
42:13
**holder** 30:19
**holding** 15:5
70:12 117:13
**home** 13:23
65:21 100:4,23
101:14,17
**homeless** 82:8
101:14
**homelessness**
81:11 84:2
**homeowner**
105:19
**homes** 40:7 84:3
84:4
**homework**
77:21
**honor** 2:7
112:14
**Honorable**

114:13
**honors** 80:19
**hope** 61:22 70:5
79:3 90:2
91:22 98:16
104:18 110:23
117:20 118:25
**hoped** 42:11
**hopeful** 76:7
**hopefully** 8:6
13:5 47:2
74:25 96:8
**horizon** 97:6
**horrific** 56:19
81:19
**host** 111:25
**Hotel** 117:9
**Houlihan** 41:6
43:20 44:1
50:15 70:20
71:11 75:15
**hour** 36:22 47:8
47:13
**hours** 27:19
31:20 59:22
89:6 117:18,19
120:12
**house** 100:10
113:18,19
**household**
106:23
**houses** 107:9,13
**housing** 101:11
**Houston** 122:24
**human** 81:18
**hundred** 32:14
41:9 65:7 76:1
**hundreds** 26:4
**hurry** 77:20
**hurting** 39:16

---

**I**

**I.15-08-019**
19:19
**i.e** 16:25
**ID** 93:7
**idea** 4:19,21 5:6

5:7 20:9 37:22
48:8 84:22
99:3 109:8
**ideas** 11:21
**ignorance** 60:16
**ignore** 119:16
**immediate**
77:20
**immediately**
41:13 75:4
76:3 110:12
**impact** 103:8
**imperfect** 39:13
**implant** 53:5
**implementation**
19:25
**importance**
53:20
**important** 12:12
16:8 20:12
21:14 25:9
45:4 46:1,10
47:16 49:10
50:9 51:24
52:21 53:14
55:19 63:15
66:21 71:24
74:7 75:4 79:6
80:5 82:9
83:16,16 84:5
86:5,10 87:12
88:18 89:1
93:9,10 96:5
98:17 114:12
**importantly**
42:10 54:9
61:15 62:11
**impose** 25:25
**imposed** 19:16
26:11,13
**imposes** 23:19
**impossibility**
17:14
**impossible**
97:20
**imprecise**
101:25

**Improperly**
27:16,21
**improve** 20:6
59:20,24 60:2
60:7,11,14,15
67:5 76:8
95:17 96:3
98:5
**improved** 35:10
60:18
**in-person** 28:18
77:25
**inaccurate**
44:21
**inaudible** 44:13
109:1
**incentivize** 18:6
**included** 25:21
62:21
**includes** 37:19
47:19
**including** 14:11
20:3 22:1
34:25 35:6
46:25 53:3,9
**inclusive** 58:25
**income** 104:12
**increase** 23:24
24:5 70:11,13
77:3
**increasing** 74:20
**incredibly**
100:24
**incurred** 20:19
22:25
**incurs** 46:20
**indebtedness**
26:3
**indemnified**
11:5
**independent**
43:21
**indicated** 26:7
96:9 112:20
**indication** 5:15
**indicative**
112:11

**indict** 62:21
**individual** 15:12
29:20 30:14
72:8 98:12
113:25 114:8
119:25
**individuals** 52:4
54:8,20 66:24
75:22
**influx** 120:4
**information**
9:14,18 10:1
14:4,17,20
15:18 29:4
32:1 37:4,5,6,7
37:8,10,12
44:12 45:25
55:23 72:14,24
77:24 78:6
82:17 86:8,15
93:15 98:13
111:14 115:20
117:15 119:20
119:25 120:3,6
121:8,10
**informed** 9:16
9:17 78:23
120:9,23 121:8
121:10
**infrastructure**
35:13
**infrequent** 67:8
**Infuse** 53:4
**initial** 33:4 51:9
55:7 75:7
85:22
**initially** 60:19
**initiated** 22:9
**initiative** 24:3
**injured** 110:5
**injury** 110:10
**input** 72:13
**insane** 7:13 8:15
38:4
**insecurity**
101:11,15
**inside** 37:4

Case: 19-30088   Doc# 7129-26   Filed: 05/08/20   Entered: 05/08/20 15:06:44   Page
44 of 61

**insider** 37:9
**insignificant**
  65:16
**insisted** 60:22
  104:21 109:19
**insolvency** 16:25
**institute** 20:2
**institutions** 5:16
  60:24
**instruct** 87:4
**instrumental**
  52:10
**insurance** 43:4
  60:25 62:10,11
  62:16 68:10
  74:23 76:15
  101:10 113:15
**insured** 113:14
**integrated** 35:6
**integrity** 38:2
  48:15 52:5
**intelligent** 42:19
**intent** 18:5
  113:25
**interest** 30:6,7,8
  51:13,14 53:19
  54:13,19,19
  62:3 91:18
  94:19
**interested**
  122:13
**interesting**
  81:10 89:23
  115:25
**interests** 6:13
**interim** 33:24
  34:5
**internal** 10:2
**internet** 14:15
  92:3,4,14
**intervention**
  96:24
**interviewed**
  34:24 63:21
  71:8
**introduce** 12:1
**introduced** 66:2

66:6,7 67:14
  67:15
**introducing**
  44:14
**introduction**
  44:10
**introductions**
  68:21
**inundated** 82:16
**invaluable**
  53:20
**investigation**
  21:20,22 22:2
**investigations**
  20:2 22:1
**investment** 41:6
  43:21,24 50:14
  75:15 76:21
  77:10,11 87:23
  88:12
**investor** 97:7
**investors** 70:14
**invitation** 27:7
**invited** 27:8
  30:24
**involuntary**
  62:25
**involved** 3:1 4:8
  52:12 54:21
  58:15 79:21
**involving** 22:2
  66:4
**iPhone** 108:8
**irresponsible**
  84:12
**issuance** 22:16
  88:6
**issue** 5:25 20:17
  22:14 32:2,17
  49:18 56:25
  62:13,15 64:3
  82:9 87:14
  88:17 89:1
  98:4 106:10
**issued** 32:10,13
  109:4
**issues** 19:17,21

86:21 91:13
  97:24
**item** 106:24,25

---

**J**

**jacked-up** 19:7
**Jake** 102:20,20
**James** 48:2
**JAMS** 52:9 67:2
**January** 85:5,5
  99:1
**Jason** 36:4
**JCCP** 2:10
**Jeff** 67:16,19
**Jerry** 2:6 4:3,5
  7:1 11:3,19
  15:8,9 55:4
  84:6 89:4 93:8
  99:16 102:3
  105:8 107:7,11
  112:4 113:11
  116:8,12 117:3
**Jerry's** 89:5
**Jim** 2:6,13 3:6
  6:17,20 10:12
  11:25 15:10
  40:25 42:7
  70:7,17 92:19
  121:1
**job** 49:17,23
  59:24 64:24
  71:12 77:23
  88:12 115:20
  119:18,19
  120:1,7
**Joe** 2:3,13,18
  3:5 6:21 9:12
  37:16,22 39:25
  81:9 82:3
  83:24 84:1,7
  110:1 111:11
  115:18 117:10
  121:1
**John** 66:11 72:4
  98:20 103:7
  114:14
**Johnson** 33:17

103:12,17,23
**Johnson's**
  104:23
**joined** 24:18
  33:17,23
**joint** 57:20
**Jointly** 1:5
**joke** 92:3
**Jones** 66:15 67:2
  67:13
**Jordan** 54:5
**Jose** 4:22
**Journal** 53:10
  53:10
**journals** 53:9
**JPMorgan**
  43:25 88:4
**judge** 16:9,17
  21:3 22:8
  24:19 27:15,23
  28:18 29:5
  31:12 32:9
  36:9 45:11
  46:2 64:10
  66:19,20 96:6
  96:7 113:4
  114:13 116:1,2
**judges** 48:25
  80:11,18
**Judicial** 67:3
**Judy** 92:21,23
**Julian** 33:10
  61:21
**June** 11:18 17:2
  17:7 18:8
  33:19 43:7
  56:23 94:15
  112:18 119:9
**jurisdiction** 23:4
  54:24
**jurist** 45:10 52:6
  52:7
**jurists** 53:1
**justice** 45:9
  46:11,15,24
  47:1,6,8 48:7
  48:12,14 49:2

50:6 51:2,19
  52:3,5,17,20
  114:1 115:1,6

---

**K**

**Kane** 29:9 78:12
**Karen** 105:3
**Katy** 88:10
**keep** 4:1,11 7:4
  8:20 10:10
  12:15 14:5
  59:24 62:11
  83:17 90:15
  104:16,17
  121:7
**keeping** 6:25
**kept** 32:6 80:21
**Kevin** 54:5
**key** 16:20 35:7
  44:11
**kids** 82:12
**Kincade** 20:4
  22:3 112:23
  113:2,12,21
**kind** 2:23 3:11
  7:22 8:22 10:2
  16:4 36:19
  38:2,22 39:11
  42:2 45:24
  56:18 57:4
  73:4 91:6 92:3
  101:11,19
  103:15 106:19
**kindergarten**
  101:5
**kinds** 101:5
**Kirk** 95:14,20
  99:4 119:2
**knew** 28:8 63:4
  87:17,20
**Knighthead**
  66:8,10 67:7
**know** 2:22 4:9
  6:18 9:13,25
  9:25 11:19
  14:3 15:11
  17:23 24:19

25:11,14 27:3
27:6,22 35:1,8
35:20 39:24
41:2 42:13
43:12,14 48:5
53:13 54:3,15
55:7 56:15,17
59:4,5 65:25
66:21 68:10
73:22 78:13
82:6,6,7,11
83:25 84:18
85:2 88:10
89:4,12 91:8
92:1,1,4 93:16
99:4,13 100:6
100:9,22 101:3
101:5,12,14,15
102:6,20 103:7
104:1 105:3
107:11 108:18
109:9 110:4,8
110:23 112:4
113:11,22
114:7,19,20
115:1,5 116:10
116:12,14,23
116:25 117:8
117:10,13
**knowing** 84:8
92:6
**known** 66:4
108:25 115:14
**knows** 38:12
91:4 92:2

**L**

**L.L.P** 2:9
**lack** 4:20 82:10
**ladies** 43:9
**Lahoud** 67:14
67:15 68:7
**large** 47:24,24
49:11 57:13
112:8
**largely** 113:14
**largest** 2:5 40:6

60:24 65:18
90:19 103:13
118:1
**lastly** 3:18 29:15
**late** 78:25
**lately** 37:23
**law** 9:24 12:2
15:2,6,13,20
16:9,17 21:3,4
22:7,8,23
24:19 30:1
53:10 64:10
79:3 96:10
106:13 117:17
120:5,20
**lawsuits** 33:6
**lawyer** 2:2 13:22
33:11 36:15,15
67:18 72:12,12
72:22,25
107:22 110:25
111:5 114:19
115:15,16,17
115:19,21
**lawyers** 2:3,4
3:1,13,22 8:13
8:13,17,23
9:25 10:11,19
10:22 29:9
33:11 45:16,22
46:3 49:16,22
54:21 60:6
66:14 71:24
77:23 78:12
79:11,12,23
80:6,16 82:18
90:20 91:11
93:25 97:22
98:9 112:3,14
113:2,23 115:8
116:14,20,21
117:16
**laying** 82:11
**lead** 63:20
104:20
**leader** 62:5
104:1

**leaders** 81:22
**leadership** 104:8
**learned** 100:4
**leave** 92:9
**leaves** 96:21,22
**Lebron** 48:2,6
**led** 35:20 36:9
61:5 94:2
**legal** 37:19
40:19 53:9
80:19 81:17
110:17,20
116:15
**legalese** 33:6
**legend** 34:15
**legislature** 18:6
109:5
**legitimate** 85:10
**lend** 71:23
**length** 51:7
**lesser** 62:21
**let's** 6:19 10:10
46:9 47:5
96:16,21 99:8
115:5
**letter** 31:11
79:25
**letters** 28:20
78:3 101:5
**leverage** 7:19,24
8:2,3 62:15
**liabilities** 22:5
**liability** 22:4
55:1 63:2
**Liccardo** 4:21
**licensed** 76:21
77:11
**lies** 8:21
**life** 26:4 100:21
100:25 101:7
**light** 18:14,16,18
18:21 33:3
**lights** 104:17
**Likewise** 75:17
**limitation** 55:1
**limitations** 33:2
**limited** 20:4

22:2 88:9,17
**line** 3:7 4:3 6:21
9:4 12:14,21
13:2,11,14
14:8 15:17
16:10,18 23:6
32:4 35:15,23
43:14 44:15,22
48:24 52:5
54:4 59:15
65:12 99:3
112:5,16
**lined** 91:21
**lines** 13:13
**link** 31:10,12
34:11 69:21
**links** 69:8,14
**liquidate** 41:13
44:2 76:3
**liquidated** 40:24
41:21 70:22
75:13
**Lisa** 55:5,11
57:7 58:8
59:19,22 64:15
65:9 68:16
70:5,7 89:24
90:3 91:4 92:2
92:2,8
**Lisa's** 91:1
**list** 10:2 53:5,6
**Listen** 40:1
**listened** 64:15
**listening** 83:20
114:6
**lists** 3:3
**literally** 100:9
**litigate** 29:13
**litigated** 89:22
**litigation** 2:11
10:21,23 44:22
44:23 49:23
51:7 53:3 58:9
61:18
**litter** 81:18
**little** 9:3,3 18:10
18:10 33:20

34:11 51:14
52:24 82:12
83:13,13 86:20
96:4 106:23
107:3
**live** 27:7 29:7
36:25 78:13
81:12 82:4,5
82:22 95:11,12
99:8
**living** 82:20,21
82:21 83:21
101:16
**local** 20:7 48:24
**locations** 68:24
**log** 87:6
**Lokey** 41:6
43:20 50:15
70:21 71:11
75:15
**long** 23:5 31:19
38:17 54:3
64:21 82:25
120:13
**long-term** 20:18
22:14
**longer** 23:16
81:20 111:10
**look** 5:24,24 6:2
17:3 25:18
27:2 29:3,5
42:24 46:14
47:7,14,23
48:21 49:3
52:2 55:20,21
55:22,24 56:16
57:23 60:4
62:24 68:8
90:20 92:17
95:15 99:24
100:16 101:20
111:6 115:10
121:11
**looked** 10:25
111:5
**looking** 13:9
14:22 39:20

97:7 100:22
**looks** 18:4 56:20
  56:24 64:6
**loosely** 44:4
**loosening** 56:21
**Los** 66:15
**lose** 58:23
  100:20
**losing** 58:17
**loss** 26:4 99:21
  99:21 100:24
  105:23 111:4
**losses** 11:6 12:24
  97:4
**lost** 100:23,23
**lot** 8:4,16 14:14
  23:10 25:10
  27:5 31:2
  33:15 36:1
  37:9 39:15
  42:20 48:1
  55:11 56:8
  59:6 82:7 83:9
  86:21,23,25
  94:18 101:25
  106:11 110:4
  110:11,12,22
  118:6
**lots** 41:13
**Louisiana** 122:2
  122:20
**Lounge** 117:9
**love** 29:5 101:5
  115:21
**loved** 100:11
**lower** 76:24
**lucky** 12:18
**lying** 92:18

---

**M**

**magic** 99:5
**magnificent**
  71:12
**mail** 117:6,7
**main** 11:7 55:12
  105:19
**maintained** 62:9

**major** 43:6
  74:15 75:15
**majority** 10:20
**making** 8:9 24:8
  42:12 43:3,4,5
  54:23 63:22
  70:1
**manage** 75:24
**managed** 45:22
**management**
  32:16 66:9,10
  66:11 67:7,9
  67:17,19
  103:21
**managing** 2:8
  12:2
**manner** 75:10
**manslaughter**
  62:25
**March** 28:6,10
  28:12,24,24,24
  57:22 68:6,12
  78:8 96:8
**margin** 74:9
**Mark** 43:22
  63:19 70:19
  71:4,7,10
  75:17 121:4
**market** 75:10
  77:13 79:19
  105:6 106:5,7
  106:14,17
  107:1,4,15,16
  107:18
**markets** 26:6
  105:16
**Martindale-H...**
  53:11
**mass** 53:3
**master** 53:1,8
**match** 63:3
**matched** 24:15
**matching** 75:1
**material** 37:6
**math** 82:24
**matter** 46:6
  122:8

**matters** 47:11
**maximize** 75:24
**maximized**
  75:16,19 76:12
**maximum** 63:1
**Mayor** 4:21
**McNicholas**
  42:8
**mean** 7:13 21:2
  34:22 50:4
  54:11 59:6
  71:4 97:9
  104:14 107:7
  116:21
**meaning** 26:6
  94:15
**meaningful**
  74:19
**meaningfully**
  74:14
**means** 12:19
  14:8 21:7,9,17
  46:21 58:7,10
  59:1 88:20
  106:21
**measure** 106:2
  106:13 107:1
**mechanism**
  51:10
**media** 94:2
**mediated** 32:20
**mediation** 36:9
  36:10 67:3
**mediations**
  66:25 68:25
**mediator** 52:25
  66:20
**medical** 110:9,9
  110:16,20
  111:7
**Medtron** 53:4
**Meek** 36:4
**meet** 17:5 64:9
**meeting** 26:24
  28:12 31:16,18
  40:17,21 69:1
  69:14 116:20

120:24
**meetings** 28:19
  31:12 68:25
  69:1,1,8 78:1
  78:21 92:12
**meets** 16:16,18
  30:2
**member** 30:12
  111:1
**members** 29:10
  60:12 66:17
  67:22,24 69:3
  101:18
**mentioned** 38:1
  47:3 48:13
  50:15 64:2
  72:11 74:14,22
  75:14 79:17
  97:19
**Merit** 122:3
**mesh** 53:4
**message** 11:7
  82:14
**messed** 44:14,15
**met** 33:19 66:23
  71:6
**Michael** 54:5
  66:12 67:18
**mid** 96:7
**middle** 98:22
**Mikal** 2:2 4:7
  6:15,24 9:11
  10:17 11:3
  12:8 14:2,23
  15:8 44:8 45:3
  49:17 54:1
  56:10 59:3
  66:17 70:18
  73:17 80:22
  87:16,25 89:3
  89:25 90:6,10
  91:8,12,13,14
  91:24 92:15,16
  92:25 94:5
  95:9,23 98:2
  98:15 121:14
  121:15

**Mikal's** 5:3
**Mike** 111:13
**Miller** 2:3 3:6
  13:22 14:2
  57:7,11 71:16
  71:20 90:6
  94:7 98:21
  102:25 115:19
**million** 23:11,24
  24:2,6,11 25:4
  25:4,16 26:20
  41:10 45:14,17
  45:22 49:13,20
  50:1,1,3,5 51:9
  51:16,17 53:13
  61:13,15,16,24
  61:25 62:19,20
  63:1,4 64:11
  65:18,19 75:1
  85:4,5 113:15
**million-dollar**
  25:25
**mind** 8:20 22:15
  79:4 80:5
  83:17 86:17
  90:16 91:16
  118:22
**mine** 14:7 27:23
**minute** 2:23
  7:23 38:22
  93:12
**minutes** 27:14
  27:23 89:7
  95:13 99:8
  117:19 120:13
**misconceptions**
  90:9
**missed** 90:13
**misstatements**
  8:21
**mistake** 112:10
**mistruths** 8:21
**mitigate** 118:16
**mitigating** 35:7
**mitigation** 25:5
**modification**
  26:8,20

**modifications**
16:11 23:18
**modified** 21:15
**modifies** 23:4
**moment** 112:24
**Monday** 16:7
23:13 27:12
32:4,5,6 64:5
64:22 108:10
**money** 5:18,21
8:11 11:12
24:4 39:3 40:6
43:7 45:12,15
50:23 51:4,13
52:13 54:16
58:17,23 59:15
67:10,25 73:15
81:1,5 84:3
94:21,23,24
97:15 109:8,18
**moneys** 45:7
51:8 53:17
79:9
**monitoring**
20:15 88:3
**monopoly** 34:13
74:18
**Montali** 32:9
66:20 96:6
97:24 116:1
**month** 96:14
**monthly** 46:17
**months** 43:1
51:15 64:19
114:18
**morning** 27:12
27:25 28:1
42:4 108:10
120:21
**mortgage** 65:21
**motion** 27:9,13
27:16,20,24
31:21 36:14
**Motulsky** 66:11
**mouth** 7:10
39:21
**move** 8:14 12:4

46:9 50:13
83:1,14,15
**moving** 38:14
48:19 83:4
96:25
**Mule** 66:12
**muted** 6:18
**mutual** 13:25
**mutually** 48:16

**N**

**name** 27:5 30:1
33:22 36:15
67:13 92:20,21
**named** 66:3
**narrative**
101:21
**nation** 52:7,10
**National** 53:10
**nature** 25:22
31:13
**nbcbayarea.c...**
48:23
**nd** 40:22
**near** 82:5
121:12
**nears** 42:11
**necessary** 5:14
17:21 46:17
49:6 75:11
121:10
**need** 14:16,21
35:1 39:7,8,8
52:2 56:9 75:4
76:18,21 77:24
83:2,3,3,8 86:8
86:15 108:3
110:15,16
112:16 114:21
118:23 119:20
**needed** 40:7
41:22 70:23
90:1 91:3
102:22 104:15
**needle** 81:18
**needles** 82:11
**needs** 34:7 35:9

35:22 79:8
103:25 111:4
**negotiate** 25:12
25:13 61:13
91:11 98:25
**negotiated** 14:9
22:17 41:16
49:15 58:2
66:6,16,23
74:10 76:6
80:6 81:8
84:23,23
**negotiating**
43:23 60:6
61:7,9 64:20
67:5
**negotiation** 7:22
59:6 60:1,9
62:5
**negotiations**
60:21 61:5
63:20 66:9
67:17 68:24,25
84:10,12,25
91:10
**neither** 23:2
30:18 90:13
122:10
**network** 35:6
**neutral** 19:4,9
22:18 73:3,5
89:21
**neutrals** 73:9
**never** 4:22 5:10
53:6 62:24
64:17 66:6
90:25 91:4,20
101:2,6
**new** 17:12 19:14
32:8 40:10
43:2 58:19
74:22 93:7
94:16 96:23,23
97:20 99:5
104:7,11,18,19
104:20 105:15
106:25 108:18

108:24 109:3
109:15 113:18
119:3,6 121:7
**news** 23:14
38:24 48:24
119:7
**Newsom** 35:25
109:19
**Newsom's** 22:17
64:20
**Newsome** 36:10
66:19
**nine** 21:5
**nobody's** 15:7
42:15,15
**nonpublic** 37:7
**nonsense** 92:5
119:5
**normal** 34:6
117:6,8
**North** 2:10,11
2:16 9:22
13:24 44:18
48:24 102:11
111:23
**NORTHERN**
1:1
**note** 46:1 47:16
48:13 74:7
75:4
**noted** 17:18
**notes** 65:19,19
**notice** 29:25
**November** 2:17
66:25
**number** 2:5 4:18
11:16 13:1,16
57:13 72:20
73:6 77:1
90:17,18 93:7
108:5
**numbers** 101:25
**Nuts** 36:5

**O**

**objected** 114:19
**objection** 36:17

73:5
**obligation**
117:14
**obligations**
24:22
**obtain** 43:7
60:22 74:25
96:11
**obtained** 58:2
76:14 90:15
**obvious** 103:11
**obviously** 12:12
41:9 56:15
75:25 94:18
99:20 100:5,12
100:22
**occur** 96:15
108:24
**occurred** 5:19
68:24
**occurring** 66:25
**October** 2:12
10:24 66:2
**OES** 25:13
**offense** 62:22
**offer** 59:9 68:11
**offering** 68:7
84:3
**office** 22:17,21
61:10 64:20
93:3
**officers** 19:15
40:9 77:7
**offices** 67:2,2
**official** 30:15
**officials** 45:25
**oft-repeated**
31:24
**oftentimes**
106:21
**oh** 15:14 119:6
**okay** 10:16
27:10 37:14
40:23 41:1
44:25 48:25
71:16,20 81:9
92:11,19

105:17 106:9
109:21 114:3,6
114:10 115:9
115:25 116:11
117:1
**old** 29:13 38:24
40:9 103:17
**oldest** 13:21
**onboard** 39:17
**once** 28:22
31:24 39:9
68:15 86:16
87:12 98:25
113:3
**one-** 101:17
**ones** 83:20
100:11
**ongoing** 85:1
**online** 114:7
**open** 21:21 26:2
56:22 68:5
**opens** 102:17
**operating** 24:22
**operations**
33:18 34:9
35:6,14
**opinion** 40:1
**opinions** 10:21
**opioid** 82:11
**opportunity**
7:16 13:3,9
53:16,22 54:1
71:25 83:23
95:23 98:15
120:25
**oppose** 26:7
29:8
**opposed** 15:19
**opposing** 36:14
**opposition**
27:20
**opt** 94:9,10
**optimal** 64:1
65:8 117:13
**optimize** 94:1
**option** 11:4
14:12,13 94:9

95:7
**options** 10:25
11:3,8,20
**order** 11:5 16:8
16:13,23 17:4
17:5 18:5,12
23:7,17 26:10
26:18,23 27:13
27:24 29:16
32:10 46:12
48:3,20 49:1
53:21 55:2,14
56:10 58:4,20
60:24 62:21
80:1,18 96:11
102:6,16,16
103:5 109:11
**ordered** 58:14
**orders** 33:4
78:19
**organized** 36:4
54:9
**organizing**
67:10
**original** 26:8
**originally** 12:3
**outcome** 122:13
**outcomes**
112:20
**outside** 20:20,25
22:25 104:4,19
113:6
**outstanding**
87:15 114:16
116:15
**overall** 105:4,14
**overhaul** 104:10
**overlap** 47:21
**overseen** 53:11
**oversight** 20:13
22:10 46:22
51:24 54:22
80:11
**overwhelmingly**
32:7
**owned** 65:12
**owners** 40:9

94:17
**owning** 65:15
**owns** 70:10

___
## P
**P-F-A-S** 66:4
**p.m** 3:21 40:22
68:18
**Pacific** 1:5 34:18
40:22
**page** 16:23 17:5
18:4,12 24:25
25:3,8,18 26:9
26:17 32:18
46:14 47:7,15
49:8 53:7
54:25
**paid** 8:18,18,19
14:11 29:8
42:12 45:1,8
45:15 46:8
47:6 49:15,25
50:2,7 51:8,10
51:17 52:16
53:19 57:15,19
58:18 71:19
73:1,7 75:9
85:4,4,5 112:7
**pales** 45:14
**pandemic** 117:5
**panel** 73:8
**paper** 28:5
**papers** 68:4
**Paragraph**
46:14 47:7,15
49:9
**paramount**
52:20
**parent** 100:15
**Park** 81:14
**Parrish** 102:5
**part** 3:12,15
9:17,18 12:5
13:6 16:21
24:3 32:19
35:24 40:3
44:11 49:11,12

49:24 59:12
62:11 94:25
109:25 113:12
113:21
**parte** 32:3
**participate**
12:11 13:10
16:24 68:11
103:2 113:7
117:1 119:9
**participated**
27:6 29:7
52:14 60:20
61:4
**participating**
2:14 44:24
120:5 121:2,3
**participation**
89:17
**particular** 3:3
12:9 52:5
77:14 105:5
106:20
**particularly**
80:4
**parties** 26:6
36:11 61:18
122:11
**partner** 2:8 12:2
13:23
**Partners** 66:13
**parts** 2:25 96:25
**party** 17:18 73:3
106:18 113:18
**pass** 10:3 23:25
**passed** 19:6 20:9
21:9 68:11
111:1
**Pat** 42:7
**patient** 83:18
**Patty** 108:17
**pay** 14:12 23:11
27:1 41:22
45:13 47:2
48:3,8,9,25
56:13 57:9
58:15,20 59:12

59:14 70:23
75:7,11 79:10
79:15 97:16
106:18 118:12
**payable** 24:11
26:21
**paying** 21:19
109:1
**payment** 55:8
73:10
**payments** 61:1
79:4,13,14
89:15 102:6
**payout** 72:18
**pays** 18:2
**pen** 108:4,9
**penalties** 23:15
23:16,20,22
24:14,16
**pending** 26:15
**people** 4:10,18
4:22 5:1,18,20
7:18,23 8:8,14
8:23 9:7,15
10:8 11:9
12:22 13:2
14:9 23:10
32:6 38:9,13
38:22 39:2,15
40:11,18 42:19
43:14 48:1
50:18,24,25
52:8,10,22
56:4 57:14
62:23 63:7
64:15 73:14
76:10 78:11,22
82:7,19,20,22
82:24 83:2,9
83:10,20 85:8
86:9,16,22,25
91:11 92:16
97:13 100:4,8
101:13,15
102:14 103:2
104:11,19
110:4,14,23,24

Case: 19-30088   Doc# 7129-26   Filed: 05/08/20   Entered: 05/08/20 15:06:44   Page
49 of 61

111:19 112:9
113:11,17
114:1 116:7,13
118:21 121:3
**percent** 38:8,19
51:15 54:10
65:13,14 85:20
85:23,24 116:6
**percentage**
54:12,16
**perfect** 11:9,10
**performance**
20:15 49:6
**period** 56:24
72:8,15,17
96:17 102:17
112:1
**periods** 80:15
**permanent**
33:25 34:3
35:17 64:5
**permanently**
24:12,20 26:2
26:16,22
**persistently**
77:23
**person** 39:7,21
58:14 66:22
100:2
**personal** 105:23
106:12,15,22
107:3
**personally** 34:23
42:5 45:10
48:14 49:16
52:12 53:11
62:22 118:22
**perspective** 14:1
35:18 97:22
**persuade** 92:6
**Peter** 16:9
**Petri** 61:8 62:4
**PFAS** 66:4
**PG&E** 1:3 6:11
10:21 16:20,24
17:5,22,25
19:5,9 20:5,13

20:17 21:10
22:4,9,11,13
22:23 23:12,20
24:7,15,17
32:15 33:9,16
36:6 39:1
42:13,25 43:2
43:7 48:25
49:15,25 50:2
53:19 55:7,14
55:16 56:5,8
57:8,16,18,18
58:6,11,13,19
58:20,22 60:13
61:3 62:23
63:3 65:13
67:11 70:10
74:10,17,18,22
76:23,25 77:5
77:13 79:15
80:1,9,12,12
80:19 84:3
85:13 88:5,18
94:3,12,15
95:17 97:16
104:4,18,19
109:3,14 112:1
112:6,14
113:14
**PG&E's** 18:7,12
18:14,15,16,17
18:18,20 19:13
20:15,17 21:5
21:14 26:3,15
33:23 43:24
45:15,22 46:3
57:3 64:16
74:20 77:6
79:4,13,14
103:8
**pgeballots@p...**
93:6 108:7,13
**Phase** 36:20
**phone** 39:6 45:5
47:21 49:22
50:10,25 52:16
56:4 80:15

98:8 100:7
108:5,6,9,14
112:14 113:3
**phones** 86:22,24
**photographs**
101:3
**PHYLLIS** 122:1
122:18
**picking** 103:16
**pie** 33:13
**piece** 6:11,11
23:14 40:2
106:15
**PIMCO** 67:20
**PJT** 66:13
**place** 28:24
33:21 41:17
43:11 52:22
62:16 79:9,24
82:22 84:10
86:25 88:6
95:25 98:4
101:10 112:6
120:17
**placed** 63:2
74:13
**places** 90:9
**plaintiff** 100:2
**plaintiffs** 88:2
**plan** 4:13,15,17
4:20,23,25 5:6
5:7,8,14,16,18
5:19,22,22 6:1
6:5,8,9 7:10,11
7:12 8:5,10 9:5
9:5 11:2,18,23
12:16,17,18,19
12:25 13:1
14:18 16:12,16
16:21 17:1,11
17:13,16 18:13
18:15,17,20,24
19:4,6,11 20:3
20:8,17 21:5
21:15 22:15,16
23:3 28:16
29:1,9 32:5,20

35:24 36:6
42:16,20,21,21
42:22,23 43:6
48:25 55:25
56:7 57:16,21
58:6,11 59:17
64:16,23,25
71:17 78:11
83:4 93:18
95:15 96:19,23
97:2,15,20
98:5,6,7 99:2
117:23,24,24
118:3,6,10,19
118:21,24
119:3,4,6,20
119:24
**planned** 56:17
**planning** 35:4,4
35:14
**plans** 4:14 11:21
**play** 48:6
**player** 65:16
**please** 6:1,2
15:12 37:10
55:20 73:24
78:24 83:17
86:7,12 120:10
120:17
**pleased** 104:3
**pled** 62:24
**plenty** 7:3
**plus** 63:1
**pockets** 50:6
**POD** 26:12,14
26:15
**point** 11:10
12:15 25:14
44:17 45:7
46:9 47:5
48:19 49:10
51:22 66:13
73:11,16 76:9
79:15 81:3
96:1 98:17
**pointed** 93:8
**points** 6:25 13:2

89:11,12
117:21
**police** 81:23
**policies** 68:10
**policy** 60:25
**political** 103:4
**pollutant** 66:4
**pool** 21:11,12
118:15
**portfolio** 19:1
65:22
**portion** 55:19
58:23
**portions** 31:4
65:22
**posed** 65:9
**position** 7:22 9:8
76:8 96:3
**possessions**
100:23 101:1
106:22
**possible** 13:5
45:6 53:22,24
56:25 70:15
80:18 83:3
91:17 93:14
98:1
**possibly** 9:19
56:18
**post** 78:18
119:14
**post-petition**
112:25
**posted** 55:5 57:7
69:16
**posting** 78:19,20
121:7
**posts** 4:24 5:2
**potential** 7:11
20:6 22:2
**potentially**
109:14
**Power** 21:10
**powerful** 50:22
**PowerPoint**
31:13 69:22
**practices** 62:10

**prayer** 118:25
**pre-** 110:9
**preceded** 16:5
**precisely** 41:2
**predict** 42:17
  64:16
**predictable**
  74:18
**predicting** 64:24
**predictors** 97:10
**preface** 109:2
**preliminarily**
  21:4
**preliminary**
  17:4 25:17
  26:10 27:20
  70:19
**premature** 33:1
**premier** 44:23
  53:8
**premorbid**
  110:7
**prepared** 33:9
**preparing** 33:7
**preprinted** 99:7
**presentations**
  69:22
**presently** 63:17
**president** 34:9
  98:11
**press** 3:18,19
  28:5 72:3
  73:21 77:17
**pressure** 56:8
  71:9
**pretty** 78:16
  103:11
**prevent** 21:23
  22:20 41:18
  109:10
**previously** 32:18
  94:5
**price** 109:4,15
**prices** 107:5
**primary** 13:14
**Prime** 5:4 55:23
  86:21 87:6

92:20 93:5
  96:10 108:10
  108:10,14
**principal** 66:7
**principals** 31:6
  67:15 68:22
**prior** 19:24 20:3
  52:14 58:6
  84:8 95:18
  101:23
**priority** 109:1
**private** 29:16,20
**privilege** 42:9
  42:10
**privileged** 10:18
**probably** 27:7
  29:19 58:14
**probation** 18:16
**problem** 68:9,13
  86:23 90:6
  103:21
**problems** 24:13
  110:13
**proceeding**
  16:25 17:6,9
  19:18,23 26:19
**proceedings**
  19:20 20:2
  22:1 45:24
  122:7
**process** 6:11
  17:15 20:13
  22:11 34:5
  36:9,10 43:23
  46:5 47:2
  49:14 50:13,19
  51:21,25 52:1
  71:22 72:4,7
  73:12 80:20
  111:8
**processed**
  102:12
**processes** 20:14
  117:6
**procured** 28:17
**procurement**
  19:2 29:14

**professionals**
  41:6,20 49:5
  56:3 66:18
  67:23 69:5
  74:2 75:10,24
**profit** 70:13
**profits** 104:12
**program** 19:1
  53:12
**progressed** 4:23
**project** 13:22
**projects** 8:15
**prolifically**
  15:18
**prominent** 12:5
**promised** 80:2
**properly** 72:23
**property** 26:5
  105:21,23
  106:11,12,15
  107:3
**proposal** 5:22
  19:16 21:15
**proposals** 19:22
**proposed** 4:21
  5:8 23:24 24:6
  25:24 26:18,18
  72:19
**prosecute** 113:5
**protect** 21:12
**provide** 16:20
  78:7 80:7
  97:15 120:3,5
**provided** 31:15
  72:24 119:25
**provides** 13:3
**providing** 31:11
  40:6 97:14
**provision** 28:15
**provisions** 85:21
**proximity** 100:1
**public** 17:3 21:6
  21:16 45:9
  65:1 78:13
  90:11
**publicly** 68:3
  74:16

**published** 72:3
**PUC** 20:7
**purposes** 30:23
**pursuant** 16:12
  17:1 18:25
  26:9 27:17
  29:18 32:25
  55:2 74:3,5
  76:20
**pursue** 17:17
  77:6
**push** 95:12
  96:12
**Push/press**
  36:25
**put** 3:11,17 4:15
  9:19 10:7 21:4
  28:4 34:14
  37:13 51:12
  55:17 56:8
  64:12 70:3,7
  72:8,9 78:13
  79:24 88:6
  90:3 92:5,8,11
  95:14 97:20
  98:4 103:15
  104:7 112:2
  115:6,22
**puts** 103:21
  104:11
**putting** 4:7 9:18
  52:4 67:10
  92:13

———————————
**Q**
**quality** 48:10
**quarter** 53:7
**quarterly** 28:20
  78:3
**quash** 32:22
**question** 10:3
  37:1 39:18,25
  40:15,23 41:24
  43:12 44:25
  45:4 50:3
  53:15 55:5,5
  55:11 57:8

58:8,16 59:18
  65:3,5,9 70:6,8
  70:9 71:16,17
  71:20 72:2,3
  73:19,24,25
  78:17 79:7
  80:5,8,23 84:5
  84:6 89:23,24
  93:22 94:3
  95:11,12,22
  99:12,18
  100:10 102:4
  102:19 104:23
  105:11,12,25
  106:3 107:8
  108:17,24
  109:2 110:20
  114:4,25
  115:19 117:20
  118:11,12
  119:18
**questioning**
  38:2
**questions** 2:15
  2:19,24 3:8,10
  3:16,20 4:10
  4:12 9:21 10:4
  10:6 11:14
  14:7,22 15:1
  36:23,25 37:1
  37:15 72:1
  78:2,20 86:12
  89:8 94:3
  95:11 99:7,9
  99:11 115:22
  116:18,22
  119:14 120:15
  120:24
**quick** 51:21
  108:5
**quickly** 6:7
  13:17 47:2
  50:13,19,23
  53:22,23 58:13
  72:20
**quite** 14:5 47:10
  87:18 90:8

**quote** 26:2,21,22
31:23 32:3
40:13
**quotes** 26:6

**R**

**railroad** 42:16
**rainbow** 83:7
**raise** 5:13 75:11
**raised** 19:18
80:5,8
**ran** 103:13
**Randall** 36:9
66:19
**Randy** 79:2 80:4
**rate** 22:18 47:9
47:9,12,12,14
51:14
**ratepayer** 24:1
25:2
**ratepayers** 19:5
19:6,9,12
24:24
**rates** 19:7 47:8
47:17
**rational** 75:10
**RBC** 41:7 44:1
70:20 71:10
**re-flaring** 79:18
**re-signed** 67:4
**reach** 55:15
**reached** 104:4
**reaching** 52:11
**react** 90:3
**reaction** 84:15
**read** 5:1 33:15
34:1 37:24,25
45:21 48:23
74:5 81:11
**reading** 29:18
**ready** 29:14
33:12 60:5
86:8 87:12
**real** 2:21 21:25
35:2 67:25
105:21 106:11
108:4

**realistic** 97:21
99:6
**reality** 65:6
118:25
**realize** 42:24
**really** 4:9,12 5:1
5:6 6:1 8:22
9:1,1 23:14
32:9 34:10
38:21 39:12,16
39:16 43:9
82:15 83:10,25
88:25 89:24
90:25 101:1
102:15 103:25
116:14
**Realtime** 122:2
122:4,4
**reason** 5:19
56:23 62:25
64:12 86:18
87:8,21 106:12
106:20
**reasonable**
46:16 84:18
96:17 97:11
**reasonableness**
46:23
**reasons** 26:12
26:13 32:23
38:23 44:6
65:6
**Rebecca** 72:2
73:20,22 77:16
77:22
**rebuild** 40:7,13
84:3 100:25
107:13
**receive** 13:18
43:1 47:1
72:19 74:19
76:13
**received** 92:22
92:24 93:2
96:9 100:6
**receiving** 75:5
**Rechtschaffen's**

25:24
**recognize** 45:7
**recognized** 53:8
**recognizes** 19:11
**recommend**
40:19 78:15
84:18
**recommendati...**
72:17 93:16
117:23 119:22
**recommended**
63:18
**recommending**
3:14 6:5 14:18
98:9
**record** 29:14
70:1 87:5
121:5
**recorded** 69:13
**recording** 122:7
**recordings**
29:11
**records** 111:7
**recover** 57:17
105:20
**recovery** 8:19
38:7 58:7,17
58:23 59:2
62:12 83:2,12
106:2 107:10
**rectify** 50:11
**Red** 54:15
**refer** 80:13
**referenced** 5:2
**referred** 77:9
**refinanced**
65:20
**refinement**
19:24
**refining** 24:7
**reflects** 106:11
**refused** 76:16
**regard** 77:25
**regarding** 32:10
**regardless** 69:17
80:25 81:3
**regional** 20:5,9

22:8
**Registered**
122:3
**registration**
87:15,21 89:14
**reimburse** 22:24
**reimbursed**
46:16
**reiterate** 59:5
93:24 113:10
**reiterating**
76:11
**rejected** 95:15
**rejection** 28:16
**relate** 48:1
**related** 18:7
58:1 110:19
122:10
**relates** 58:16
**relating** 2:16
**relation** 30:6
**relation-** 8:24
**relationships**
8:24
**relatives** 101:4
**released** 22:6
**relevant** 18:21
**relied** 32:15
**rely** 39:25
**remain** 21:21
109:18
**remediate** 43:8
**remember** 35:23
55:13 62:19
75:5 88:18
98:22 99:18
113:17
**reminding**
115:11
**renamed** 34:20
**rendered** 20:21
23:1 48:16
**renders** 46:20
**renegotiate**
85:14
**renegotiating**
88:18

**renegotiation**
89:13
**Renewables**
19:1
**renewing** 31:24
**renter** 105:19,20
**renters** 105:4,12
105:14,17
**reorganization**
16:11,16,21
18:13,15,17,20
18:24 19:4,11
20:17 21:5
22:15,16 23:3
32:20 36:6
57:21 64:16
**reorganized**
58:13
**repeat** 43:13
51:5 79:14
**repeatedly** 53:2
**repeating** 16:1
**repetitive** 51:23
104:15
**replace** 36:1
101:3 104:25
106:16,24,25
107:12
**replaced** 101:6
**replacement**
33:25 34:3
105:6,15 106:3
106:6,14
107:12
**report** 99:22
**reported** 69:7
**Reporter** 122:1
122:2,3,3,4
**Reporters**
122:22
**represent** 15:2
30:13 42:11
44:16,18 82:18
112:25 113:10
113:13
**represented**
29:10 30:19

107:22 115:13
115:15,17,18
116:7,11
**representing** 2:4
29:20 30:2
47:18 111:19
**represents** 30:13
30:23 80:16
**reputation** 52:4
**reputations**
52:20
**request** 25:24
27:7,13 31:24
32:3 49:7
72:25
**require** 19:23
20:10 96:24
**required** 17:8
18:25 19:15
29:23,23 30:10
30:17 43:8
**requirement**
16:20 30:4
**requirements**
16:12 19:2
21:6,16 28:13
**requires** 45:5
55:15
**requiring** 29:16
104:9
**research** 77:18
**resigned** 29:10
33:16
**resolution** 17:6
18:6 50:8
52:11
**resolve** 18:2
109:11
**resolved** 17:1
**respect** 10:21
17:16 21:23
23:7 28:14
29:12,23 30:4
30:10,16 31:16
33:2,3 59:19
70:8 71:12,13
84:24 105:22

116:12 118:23
**respected** 52:6
53:9
**respectful** 92:7
118:20
**respectfully**
17:23,24
**respective** 96:10
120:6
**respond** 13:17
36:17 92:10
**response** 28:3
28:18 31:19
36:14 65:3
77:22
**responsibility**
63:14
**responsible** 35:3
88:21
**responsiveness**
20:6
**restriction** 26:1
**restrictions**
56:22 88:7,11
**restructuring**
20:5,10 22:8
66:22
**result** 97:1
100:21 110:6
**resulted** 60:21
**resurgence**
56:20
**retail** 105:6
**retain** 49:2,4
**retains** 54:24
**retired** 33:16
45:9
**retirement**
103:8 104:24
**returned** 24:23
25:1
**review** 25:24
51:25 86:13
**reviewing** 80:11
**revised** 26:16
**Rich** 2:6,13 3:6
15:10 42:2,6

44:9,11,15
73:19 77:15
85:16 87:16,25
108:20 121:1
**rid** 84:2
**ridiculous** 91:21
**right** 2:24 7:20
9:9,9 11:2
24:17 35:16
38:4,16 39:1
41:23 50:6
51:6 55:2
56:15 61:11
62:9,17 65:22
65:25 70:10
71:2 72:7 81:2
81:7 82:4,22
83:22 84:23
87:24 91:23
94:24 104:7
105:12 107:19
111:6,11 113:5
113:24 114:11
118:11,12
**rights** 41:15
43:24 63:17
71:13 76:5
87:15,21 88:9
89:14
**risk** 7:8,12 8:5
12:13 21:21
35:7 43:6
63:12 85:9
**risk-sharing**
21:11 118:15
**risks** 23:10
**risky** 7:11,14
83:13,14
**RMR** 122:18
**Robert** 2:8,12
2:15 3:6 12:1,6
13:20 15:11
44:25 79:2
80:24 81:3
95:14 98:18
111:17 115:13
121:1

**Robins** 2:8,9
12:2,3,9
115:13 116:10
**robust** 50:22
**rock** 71:5
**rocket** 98:23
**ROECKER**
99:12 102:5,19
103:7 105:3,14
106:4 107:21
108:17 109:23
111:13 114:6
121:14
**role** 35:17
**room** 61:6,9
**Rosa** 13:22 28:5
28:20 31:9,14
68:19 73:21
77:17 117:9
**Roseanne**
107:21,21
108:3
**Rosenbaum**
67:16,19
**roughly** 73:14
85:18,19
**Roy** 2:3,13,15
3:5 13:22 14:1
57:7 59:4
71:16 89:23
91:25 93:22
98:21 102:24
113:18 115:18
121:1
**Royal** 43:22
63:20 71:7
75:17 88:1
**RSA** 55:13
**Rudnick** 50:14
**ruin** 81:19
**rule** 16:9 27:18
29:15,18,19,22
29:24 30:3,5,9
30:11,17,22,23
31:1,22,22
32:10,25 33:5
72:7

**ruled** 99:6
**rules** 72:16,23
114:23
**ruling** 16:9,17
25:17
**run** 35:11 45:2
97:16
**running** 90:4
**runs** 12:5 78:2
**rushed** 38:10

---

**S**

**Sachs** 43:25
88:4
**saddled** 43:3
74:22 109:16
**safe** 81:20
120:18 121:11
**safely** 40:10
**safer** 43:10
**safety** 18:14
20:6,15 21:21
74:9 104:12
**sale** 63:25 70:9
71:15 75:8
**Salvation** 54:15
**Sam** 99:10 102:4
102:18 103:6
105:2 107:20
108:16 109:22
111:12 114:4
121:13
**San** 4:22 21:10
34:12,16 40:2
45:19 52:16
67:1 113:8
**Santa** 13:22
28:5,20 31:9
31:14 68:19
73:21 77:16
117:9
**santarosa@w...**
9:23
**satisfied** 21:16
32:1
**satisfy** 16:24
**Saturday** 40:17

40:22 116:4,19
116:23 117:2
119:17 120:1,2
120:14
**save** 7:7 97:7
**savings** 24:21
**saw** 90:12
**saying** 8:14
10:18 20:7
23:5,25 28:4
37:23 68:4
85:8 86:12
89:25 90:4
92:15 119:15
**says** 5:9 17:5
19:22 23:18,21
24:14 25:18
26:18 28:15
40:5 55:24
63:9 68:8 71:5
81:16 84:7,24
89:25 92:15,23
94:3 107:22
109:23 119:2,5
119:8,11
**Scarpulla** 29:9
36:16 78:12
**scenes** 62:8,18
63:16
**schedule** 11:12
17:9,17
**science** 66:5
102:1
**Scott** 67:20
**scratch** 83:5
**scream** 92:10
**screw** 39:13
**script** 115:23
**SEC** 37:7
**second** 2:5 3:15
17:10 23:9
30:16 46:9
58:8 74:17
100:19 105:25
**Second-to-last**
95:10
**secondly** 61:4

**section** 17:4
21:7,17 27:17
27:17 28:13
55:19,24 57:22
57:22
**secured** 90:1,5
91:2 118:1
**security** 30:19
**Sedwick** 36:4
**see** 9:6 12:18
30:21 39:12
56:18 64:5,22
69:17 86:13
92:14,17,20
97:5 108:23
120:4
**seek** 72:20
**seeking** 33:1
46:24 62:11
**seen** 48:5
**selected** 52:23
63:21
**sell** 41:9,12,25
43:17 62:24
65:22 70:14
**seller** 106:18
**selling** 41:7
**sells** 77:3
**send** 76:2 86:14
87:3 108:12,15
116:18 117:6,7
120:14
**senior** 65:19
**sense** 7:21,25
12:4 83:6,11
84:11 106:19
**sent** 3:10,16
31:9 37:17
69:8,14 74:4
82:14 98:21
**separate** 47:20
58:22 88:2
**separately** 58:11
**September**
118:11 119:7
**series** 18:9
**serve** 33:24

**served** 2:9 53:3
**service** 35:13
52:8
**services** 20:21
23:1 46:19
49:7 61:11
67:3
**set** 17:19 24:25
26:12,14 31:13
32:23 49:7
69:21 72:7
88:9 95:19
117:5
**sets** 30:1
**settle** 94:20,20
94:23
**settled** 61:14,25
68:2
**settlement** 3:2
8:10 23:18,25
24:6,23 25:7
26:18 32:20
38:24 39:7,14
40:5,12 52:13
59:21 60:2,15
61:23 62:10,19
65:4 70:11
76:22 77:8
90:2 91:3 94:9
94:11,25 95:1
95:4 98:6
99:14 103:9
105:7 111:20
118:1
**settlements** 39:1
40:6 101:24
**Settling** 26:6
**seven** 96:22,22
97:21 99:5
119:3
**seventh** 65:17
**share** 101:17
**shareholder**
24:22 41:15
63:17 71:13
76:5
**shareholders'**

43:23
**shares** 41:10
75:16,19 76:1
77:1,3
**sharing** 37:6
**She'll** 47:13
**shed** 22:4 54:18
**shelter** 86:24
**sheltered** 120:17
120:17
**shitty** 81:13
**short** 12:15 17:8
41:1 53:14
56:24 84:1
90:21 95:24
98:2
**short-term**
20:18 22:14
70:13
**shortchange**
91:19
**shorten** 27:24
31:21
**shortening**
27:13
**Shorthand**
122:1
**shortly** 31:11
41:4 75:20
**shot** 27:9
**shout-out** 112:2
**show** 72:22
117:8
**shut** 90:12
**side** 7:10 48:13
66:8 67:12,16
68:22 107:15
115:23
**sides** 9:13
**sign** 84:7
**signed** 21:18
36:2,10 55:14
64:21 66:22
**significant**
10:23 54:16
65:15
**signs** 113:4

**Silver** 66:13
**similar** 17:1
53:2
**similarities**
39:12
**similarly** 50:25
75:18
**simple** 12:15
48:8 64:12
73:25 79:15
86:18 87:21
109:13
**simplify** 75:19
**simply** 60:16
67:15 84:21
85:12 95:24
97:20
**sincere** 51:4
**single** 30:14,23
90:10
**Singleton** 2:6
4:5,6 15:8,9
27:6 29:6 55:4
55:10 84:17
99:17 105:10
105:17 106:9
107:19 116:8
**singular** 62:25
**sir** 10:15
**sitting** 56:15
**situated** 51:1
**situation** 26:3
37:13 56:14,17
59:13 83:21
111:10
**situations** 82:21
**six** 2:22 3:12
15:19,20 38:17
51:15 53:13
117:16,17
120:20
**six-part** 45:5
**sixth** 78:7
**size** 38:14
**skills** 48:17
**skip** 6:19
**skipping** 44:10

Case: 19-30088   Doc# 7129-26   Filed: 05/08/20   Entered: 05/08/20 15:06:44   Page
54 of 61

**Slides** 31:15
**small** 34:14
  54:12
**smart** 13:1
  86:22,24 108:6
  108:8 113:1
**smarter** 12:14
  113:1
**smartest** 71:5
**smells** 104:6
**Smith** 33:22
  34:8,25
**so-and-so** 15:15
**social** 94:2
**sold** 6:11 41:2
  41:18 70:14
  73:22 75:4,9
**sole** 57:17,25
  58:7
**solely** 45:13
**solicitation**
  29:13
**solicited** 27:16
  27:21 28:17
**solution** 9:10
  97:6
**Solutions** 63:19
**somebody** 7:3
  8:3 29:12
  35:18 63:8
  92:15,17 101:9
  104:5,11 119:5
  119:18
**soon** 41:17
  80:17 83:3
  93:14,14 115:3
  115:6
**sooner** 14:11,12
  94:13
**sorry** 26:13
**sort** 7:5 38:1
**sought** 32:22
**sound** 71:23
  77:24 104:6
**source** 26:1
  57:25
**South** 34:19,21

34:24 66:5
**southern** 12:5
  44:19
**Southwestern**
  34:16
**sp** 88:10
**space** 35:4
**speak** 60:12,13
  67:7 82:8
  117:21
**special** 2:7 52:25
  53:8 79:16
**specialists** 41:25
  43:16,19
**specific** 2:19
  31:15 69:2
  72:7,9 88:15
  111:15
**specifically** 5:5
  5:24 28:9 31:7
  49:13 55:24
**spend** 24:4
  36:22 90:8
**spent** 90:7,7
**spoke** 63:18
**spoken** 60:16
**sports** 47:25
**spread** 8:22 39:4
**spreading** 118:7
**stabilize** 33:18
**stabilizing**
  103:15
**stable** 82:22
**staff** 49:5 50:16
**stage** 4:23
**stake** 65:15
**stalwart** 116:9
**Stamer** 67:18
**stand** 37:18 78:1
**standard** 19:1
  47:9,12,14
  88:6,7
**standpoint**
  118:3
**star** 3:19,19
  36:25 71:5
  95:12 99:9

**start** 37:12,14
  95:13 97:3,12
  105:13
**started** 28:23
  39:2
**starting** 62:22
  83:5
**starts** 56:22
**state** 12:6 19:2
  43:5 44:23
  61:24 62:7
  81:16 109:7
  111:20 112:17
  117:11 122:5
**State's** 18:24
**stated** 51:3
**statement** 46:17
  60:16 89:20
**statements** 28:7
  37:21 46:18
  74:4 96:7
**states** 1:1 46:15
  47:8 79:20
  98:11 103:13
  114:16 118:2
**status** 89:15
**statute** 33:2
  119:8
**stay** 17:2 101:15
  120:17,18
  121:6,11
**steeply** 76:16
**stemming**
  109:12
**step** 82:12
**Stern** 66:12
**Steve** 62:12
  66:13 71:4
  91:10 93:24,25
**Stifel** 65:21
**Stikos** 62:12
  71:4 91:7,10
  91:14 94:3
**Stikos'** 93:23
**stock** 7:12 37:8
  37:13 40:24
  41:2,3,5,8,10

41:13,17,18,20
  42:1,2,25 43:1
  43:17 44:2,4
  55:9,18 56:25
  59:12 63:25
  65:13,14 70:9
  70:10,10,12,14
  70:21,25 71:15
  74:3,5,6,10,12
  74:19 75:3,8,9
  75:12,19 76:2
  76:3,10,14,17
  76:19,25 77:2
  77:13,13 79:19
  80:2 85:7,9,12
  85:16 86:1,1
  88:10 94:25
  97:3,8,10,12
  104:24 108:17
  108:18 109:3,4
  109:15
**stockholders**
  97:3,12
**stocks** 73:19,22
**Stonehill** 66:12
**stop** 17:10 63:4
  64:18
**stopped** 81:25
**stopping** 20:12
**storage** 35:5
**stories** 39:11
**Street** 41:11
  119:10
**strengths** 15:25
**stress** 4:9,14
**stresses** 5:7
**Striegel** 67:20
**string** 25:7
**stroke** 109:24
  111:2
**strongly** 18:6
**struck** 24:14
  38:21 60:19
  113:4
**structure** 19:14
  21:12 99:21
**stuff** 71:6

116:10 119:14
**subject** 17:2
  49:8 81:11
  108:18
**submit** 114:8
**submits** 73:13
**submitted** 5:9
  36:23 78:20
  102:17
**subordinate**
  25:13
**subordination**
  61:5
**subpoenas**
  32:14,23,25
**subrogation**
  62:14 63:7,10
**substance** 7:4
**substantial** 74:9
**substantiated**
  7:13
**success** 61:21
**successes** 61:18
**successful** 77:7
**sue** 57:8,18
  58:19 62:9
**sued** 58:9
**suffered** 47:3
  50:10
**sufficient** 75:7
**suggest** 73:1
**suggested** 72:18
**suggesting** 63:23
  86:10
**suggestion** 60:14
  96:13
**suggests** 95:20
**suing** 58:11,14
**suit** 58:12,20,22
**Suite** 122:23
**sum** 61:14
**summary** 6:4
**summer** 98:22
**superior** 69:6
  113:8
**supervised**
  35:12

Case: 19-30088   Doc# 7129-26   Filed: 05/08/20   Entered: 05/08/20 15:06:44   Page
55 of 61

**support** 5:19
  37:19 40:19
  60:22 66:23
  68:7 82:10
  88:19,24
  118:19
**supported** 5:16
  7:15
**supporting** 4:16
  5:21 6:4,14
  7:11 9:8,8
**supports** 38:5
  68:3
**supposed** 97:16
**sure** 3:23 4:6
  5:17 6:22
  14:20 28:10
  39:10 54:23
  55:10 57:11
  61:21 62:6,15
  62:16 64:8
  82:17 83:19
  86:19 87:9,11
  90:25 91:16
  94:7 99:15,17
  102:23,25
  104:6 105:10
  105:11,17
  106:1 108:22
  110:3 111:18
  115:9 116:22
  120:10
**surprise** 115:4
**surrounding**
  63:25
**survivor's** 29:24
**survivors** 23:11
  30:2 61:1 62:9
  68:15 118:18
**Susan** 81:9
  82:15
**suspend** 26:2,16
  64:11
**suspended**
  24:12,20 26:22
**suspension** 64:6
**sustained** 12:24

59:8
**switch** 15:7
**system** 78:25

**T**

**tab** 73:1
**table** 8:5 11:3,8
**tabulated** 93:13
**tag** 48:24
**take** 3:7 4:11
  5:24 6:2,12
  10:5 12:10
  15:12,23 17:20
  17:20 25:19
  33:21 37:8,10
  37:12,14 39:7
  45:18 48:21
  56:10 57:10
  59:18 63:8
  64:10 76:10
  77:21 87:18,20
  88:15 99:8,16
  100:25 110:14
  113:7 118:13
  118:13
**take-away** 52:19
**taken** 28:24 99:2
  122:12
**takes** 41:16 84:3
  96:16 110:22
  111:5
**talent** 48:4
  116:15
**talented** 54:8
**talk** 3:13 4:24
  10:13 47:5
  62:14 91:13
  93:25
**talked** 62:22
  86:20 94:18
  117:3 119:11
**talking** 47:23,25
  82:16 106:22
  107:2 121:12
**talks** 5:6 25:3
**tallier** 108:11
**tank** 41:10

**tax** 24:21 89:15
**TCC** 29:10
  32:11,13,19,24
  33:1,10 36:17
  56:4 60:1,5,19
  63:18 66:17
  69:4 71:4,6
  75:17 116:13
**TCRR** 122:19
**team** 35:12
  37:19,20 40:20
  42:8 44:11
  87:24 103:21
  104:8
**team's** 13:15
**tears** 39:5
**technical** 35:4
**technically**
  104:5
**technologically**
  34:8
**technology** 34:9
  35:9,13,21
  117:4
**telephone** 90:10
**telephonic** 1:9
  9:17 28:23
  40:17 69:10,14
  78:5,8 117:14
  119:17
**Telesis** 34:18
**tell** 3:1,22 4:4
  6:19 7:22 12:6
  16:4 27:11
  29:8 33:20
  36:7,18 56:15
  59:22 60:5
  81:25 86:7
  91:6 99:10
  108:2 110:14
  111:16 114:17
  115:2 116:24
  117:3 119:19
  119:19
**telling** 27:1
  33:11
**tells** 34:25

**temporarily**
  70:11
**ten** 27:23 28:23
  34:17 60:17
  65:6
**Tennessee**
  103:14
**tens** 118:13
**tentative** 64:22
**term** 4:20 49:4
**terminates** 56:1
**termination**
  94:9
**terms** 6:8 46:23
  54:5 65:24
  70:16 84:8,14
  84:19 85:2,11
  85:15 89:19
  96:1
**terribly** 50:10
**terrifying**
  100:13
**Texas** 12:3
  122:1,2,5,19
  122:24
**text** 28:11 87:5
  98:21 120:21
**texts** 87:3
**thank** 2:13 4:6
  9:11 10:16
  11:24,25 12:8
  12:10 13:8,10
  13:20 14:23,24
  44:9 45:3
  53:25 59:3,4
  73:17,18 77:15
  80:22 83:22,24
  89:3,4 91:24
  91:25 92:25
  93:20,21 95:9
  95:10,22,23
  98:15,18 102:3
  120:13,16
  121:2,2,4,13
  121:14
**thanks** 6:15,24
  9:12 13:19

14:2 39:23
  41:23 44:8,12
  111:11 121:14
**thereof** 68:20
**thing** 4:9 5:11
  7:5 8:2,7 15:1
  16:1 20:22,24
  23:9 24:10
  25:9,16 27:4
  32:8 36:3 37:3
  38:22,25 54:23
  55:12 59:5
  62:17 71:2
  76:18 84:21
  91:15 99:19
  101:19 106:20
  114:12 117:4,6
  117:8 119:12
**things** 4:25 6:25
  14:14 24:25
  35:19 36:8
  60:9,10 71:25
  81:18 86:11
  87:1 101:6
  115:25
**think** 3:2,13 4:8
  6:12,18 7:2,8
  7:21 8:6 9:9
  11:14,19 15:3
  16:2 23:8 34:9
  36:17 37:25
  42:14,23 44:7
  48:1,5 54:7,10
  55:19 56:7
  58:12 61:25
  65:5 78:7
  83:12 84:17
  86:4,10 87:12
  88:20,21 89:5
  90:7,17 91:4
  94:13 97:20
  98:14 102:9,10
  102:15 103:12
  103:18 104:7
  104:12,18,18
  104:20,22,23
  106:4 107:7,8

108:1 109:7
113:14 114:4
114:13 117:21
117:23,24,25
118:3,6 120:4
120:20
**thinking** 39:2
112:11
**thinks** 116:25
**third** 2:5 24:10
58:16 61:18
73:3 75:3
106:17 118:1
**third-party**
49:21 50:17
72:10 73:5
102:13
**Thomas** 44:20
**thoroughly** 5:20
**thought** 27:11
42:5 84:4
95:20 108:2
**thoughts** 2:24
4:4,4 12:7
**thousand** 44:17
76:1 121:3
**thousands** 44:18
116:7
**three** 2:25 13:13
27:19 65:10
73:9 75:5
80:11 87:25
95:13 96:16
**three-** 101:16
**three-firm** 42:8
**throwing** 118:21
118:21
**thrown** 58:13
**Thursday** 36:7
36:10 116:3
**time** 4:11 7:3 9:6
11:11 12:10,22
17:13,21 25:16
27:13,25 31:22
38:17 40:22
41:25 42:13
43:16 44:2

47:10 50:9
52:24 56:5,25
71:21,21 72:8
72:17 77:21
81:5 82:25
87:18 88:15
90:8 91:14
95:25 96:18
97:25 98:4
104:16 107:2
110:22 111:5
112:2 114:4
118:5 119:24
120:11
**time-consuming**
111:8
**timely** 13:5 50:8
**times** 65:11
84:21 85:18,19
86:6 94:1
**timing** 70:9
71:15 95:1,3,3
**tirelessly** 62:13
79:12,24
**today** 2:18 10:7
11:7 14:16
69:25
**told** 28:18 29:2
29:11 31:12
39:7 59:11
64:3,19 70:23
103:20
**Tom** 66:8,10
67:6 68:12
**tomorrow** 10:5
**tons** 62:4
**Tony** 53:15
**top** 54:5 60:17
61:22
**tort** 20:23 29:17
36:13 43:21
47:17,18 49:2
53:3 67:24
118:1
**total** 23:19
61:25 85:6,23
96:22 102:22

**touch** 44:6
**town** 1:9 9:17
15:5 28:18,23
31:7,12 40:17
40:21 69:10,14
78:1,5,8 90:10
90:11 93:23
94:2 116:3
117:10,14
119:17
**toxic** 81:24
**TPA** 50:17
**track** 45:25
**trade** 37:8 85:17
**traded** 42:25
74:16 76:19
**trading** 37:10,12
**tragic** 12:23
39:12
**trailers** 82:20
**tranche** 75:6
**tranches** 75:6
**transcribe** 70:2
**transcribing**
92:13
**transcript** 31:17
69:16 90:12
**transcription**
122:6
**transcripts**
29:11 78:21
90:24 92:14
**transform** 104:1
**transformed**
104:16
**transient** 81:13
**transition** 34:7
103:19,22
**transvaginal**
53:4
**trash** 81:18
**treat** 8:25
**treated** 105:12
105:18
**treating** 109:9
**tree** 32:22 33:7
61:19 77:6

99:21
**trial** 34:13
**trials** 52:12
**tried** 45:10
48:14 118:20
**trimmers** 32:22
33:7 61:19
77:6
**Trotter** 45:1,9
46:11,15,24
47:6 48:7,12
48:14 49:2,3
50:6 51:2,19
52:3,5,17,20
54:4 55:1 72:5
114:14 115:1,6
**Trotter's** 46:2
47:8
**trouble** 37:9
**true** 28:8 47:12
47:23 48:7
91:4,4,5 92:2,3
92:4,9 103:12
110:18 119:4
**trust** 8:11 11:12
25:10,21 39:22
40:24 43:20
44:1 45:2,14
47:24 48:10
49:12 50:1,8
50:21,22 51:4
51:10,12,18
52:22 53:18,18
53:20 54:22,22
55:18 57:9,25
58:7,18,24
59:1,14,16
63:3 64:3,13
70:12,13,20
71:11 72:6,16
73:16 74:13,19
75:3,5,14
76:20 77:1,3,6
77:8 81:1
85:22 88:3
94:8,25 115:2
**trustee** 41:5,5,12

71:14 72:6
73:8 75:22,23
76:2 114:14,16
115:1
**trustees** 8:12
**try** 3:7,11 4:1
33:12 38:16
45:6 46:8
64:18 89:9
92:6 95:17
**trying** 15:22,25
34:6 42:15
59:23 60:14
78:6,18 81:3
94:1,14 97:23
**Tubbs** 95:2
**Tuesday** 32:8
33:13 116:2
**turn** 3:22 4:4
**turned** 20:25
**turning** 43:12
**turns** 34:11
**two** 2:23 9:13
12:19,20 13:2
13:4,25 31:20
54:20 65:23
67:9,20 81:15
86:11 89:6
99:24 101:20
117:18,18,18
**two-bedroom**
101:18
**two-thirds** 90:1
90:5,15,18,22
91:2,21 102:21
102:22 118:18
119:23
**type** 56:19 77:12
116:19
**types** 53:9
**typical** 103:20
**typically** 99:24
106:24

---

**U**

**U.S** 63:19
**U.S.C** 27:17

Case: 19-30088   Doc# 7129-26   Filed: 05/08/20   Entered: 05/08/20 15:06:44   Page
57 of 61

28:13
**ultimately** 52:16
59:10 80:21
98:13
**underlying**
110:9
**undermining**
59:20 60:2,15
65:4
**underpaid**
50:21
**understand** 8:23
12:21 51:24
52:2 79:7 85:8
86:11 96:5
106:1
**understands**
38:5,19
**understood**
38:11,18
105:11
**underwriting**
87:23
**undying** 116:12
117:19
**unforeseen** 58:5
**Unfortunately**
45:4
**uninsured** 105:4
**unique** 26:3,13
26:14 90:16
**United** 1:1 54:15
79:20 98:11
103:13 114:16
118:2
**universally** 53:7
**unknown** 7:14
7:15
**unload** 76:1
**unloading** 75:8
**unmitigated**
117:22
**unrelated** 66:5
**unsure** 38:23
**untold** 63:23
**unusual** 47:11
**update** 28:20

78:3,4
**updates** 28:22
89:15
**upheaval** 26:5
**upset** 38:23
**urge** 93:13
**urgency** 83:11
106:19
**use** 41:5 81:20
92:21 108:8,14
**usual** 2:4 79:20
**utilities** 17:3
21:6,17 65:1
74:15
**utility** 4:20 20:9
34:7 74:17
85:17 103:13
109:7 119:7
**utmost** 15:17

---
**V**

**vacate** 33:4
**vacation** 100:4
**Valley** 103:14
**valuation** 74:13
74:14
**value** 30:7 41:11
57:19 70:11,15
74:3,15,20
75:16,24 76:2
76:25 77:4,8,9
105:15 106:14
106:17 107:1,9
107:15,16,18
**values** 75:18
105:6
**vapor** 66:5
**vegetation** 32:15
**vendors** 32:14
32:19,22
**verdicts** 101:23
**version** 84:1
**vetted** 5:20
**viable** 6:1 7:2
11:23 98:5
109:11,19
**victim** 76:22

95:16,18
**victims** 11:5
13:4 16:21
20:24 25:9,21
25:23 27:1
29:20 31:25
32:9 39:22
40:4,12 42:18
44:16 46:25
47:19 51:5
59:7 62:6
63:11 64:1
74:23 75:9,11
75:25 76:13
79:11 81:2
82:18 93:19
96:3 102:10
113:13 116:11
116:16
**victims'** 6:13
23:16 35:18
57:2,24 62:12
64:13 76:16
98:6 109:1
**video** 31:11
**videos** 69:8,15
69:23 78:19
**videotape** 10:6
**view** 26:12,14
35:16
**viewed** 34:4
**vigorous** 59:19
**visit** 115:11
**voice** 38:16
103:3
**volume** 3:23
13:18
**Volunteers**
81:24
**vote** 3:15 6:6
7:24 8:3 9:15
14:19 21:9
26:23 37:11
40:12 42:17
59:25 60:5,5
68:15 77:18,18
77:20 78:22,25

79:1 86:7,10
86:16,18,19,22
87:5,6,7,10,11
88:20,24,24
89:1,2 90:1,5
90:22 91:21,23
93:9,10,10,11
93:12,14,17
95:16 96:13,21
96:22 98:8,9
98:10 99:1
103:4,5 107:23
107:24 115:5
116:25 117:23
118:18,19,23
118:24,25
119:2,4,6,19
119:20,22,23
120:7,7,8,11
120:18,22,25
121:9,10
**voted** 12:18,20
14:18 17:11
21:8 90:23
97:2
**votes** 8:4 27:16
27:21 29:14
71:18 90:15
91:2 96:15,18
96:20 102:21
103:1 108:11
**voting** 7:20,20
8:4 17:16
31:25 32:6
42:16 59:25
87:20 95:16
102:20 117:4
**vulnerable**
110:10

---
**W**

**W** 114:14
**Wagner** 66:8,10
67:6 68:12
**wait** 7:23 59:25
64:8 77:17
78:24 86:12

88:22 93:12
96:13,14 115:5
120:23
**waiting** 12:23
**waived** 22:5
**walk** 79:22 81:2
81:7
**Wall** 41:11
119:10
**WALTZ** 122:1
122:18
**wand** 99:5
**want** 4:9,10,10
4:14 5:17 7:1
7:18,19 8:3
9:13,14,15
12:1,10 14:25
17:3 18:10
27:15 33:20
42:6,15,22
44:3 50:20,21
50:22 51:5
54:7 56:9 57:9
57:23 59:5
63:7 64:7 76:9
76:18 78:22,25
79:1 80:3 81:4
83:22 86:19
87:6,8,9,11
89:2 93:12,23
94:18 95:4,5,8
97:4 99:16
102:24 105:11
106:1 108:20
110:1 111:17
113:9,9 114:3
116:17 121:8,8
**wanted** 7:1
22:18,18 54:3
62:20 83:25
**wanting** 94:22
**wants** 29:12
30:25 55:6
73:22 94:15
99:13 102:6,20
103:7 104:13
105:3 107:22

108:18 111:13
114:7
**wasn't** 24:17
63:22
**waste** 81:18
**watch** 82:1
**watched** 64:17
**water** 11:22
81:17
**waterways**
81:14
**Watts** 2:1,2 3:5
6:16,23 9:12
9:20 10:15
11:25 13:20
14:24 15:9
28:4 29:21
30:5,11,13,18
30:21 37:19
39:24 41:23
43:15 44:9
49:17 54:2
57:6 59:4
66:17 71:1
73:18 77:15
80:24 83:24
89:4,25 90:14
91:25 92:15,16
93:21 95:10
98:18 99:15
102:3,8,23
103:6,10 105:8
105:13 107:6
107:20,25
108:20 109:21
110:1 111:11
111:16,19
113:9 114:10
**wave** 99:4
**way** 23:5 24:15
38:19 47:22
54:9,15 57:17
61:20 64:7
70:24 81:16
83:21 84:2
89:6 92:7
93:15 95:4

102:9 104:13
105:18 117:16
118:12 119:11
**ways** 15:20
**wayside** 94:12
**we'll** 2:24 3:7,15
4:1 36:24
39:19 41:11
68:10 86:14
88:22 95:11,12
99:11 101:20
107:13 113:3
113:23,23
116:3,20,21,22
119:3,6 120:14
120:15,24,25
121:7
**we're** 3:9,24 6:5
6:13 7:10,18
7:23 10:22
14:15 15:4,5
15:11,15,16,22
15:25 25:11,13
29:4 30:24
33:7 36:22
38:5,14 42:14
43:1,3,9 44:23
59:15 60:10
64:4 70:1,2,2,3
70:23 76:7,21
77:10 78:5,6,9
78:18 85:10
86:12,24 87:9
89:6,6,14
90:21 92:9,9
92:10,11,12,13
92:13 94:23
96:18 97:10,10
100:22 104:12
111:6 113:7,24
116:14 117:12
117:13,15
119:16
**we've** 2:4,7 3:3
3:16 8:16 9:5
10:2,24 31:1,2
37:1 48:5

51:14 65:7
68:8 78:2,7,11
78:13 83:7
85:7 86:20
87:1,3 90:4,7
91:2 92:7
102:19 110:13
114:23 115:25
116:1,2 118:20
120:12
**webinar** 36:5
**website** 5:3,3
10:8 29:2
32:12 35:3
45:20 55:22
69:17 78:14
121:6,7
**websites** 55:21
**Wednesday**
33:15 36:4
**week** 3:10,17,18
15:24 36:18,20
36:24 39:20
41:16 64:5,22
94:1 114:12
119:1
**week's** 16:2,3,4
115:23
**weekend** 120:16
**weekly** 15:25
28:21 78:3
**weeks** 15:14
38:17 64:4
81:15 115:4
**weigh** 99:22
**welcome** 2:13
**well-renowned**
52:7
**went** 34:22,22
34:23 37:20
58:8 59:9
69:11 72:5
85:16 91:18
92:20 101:16
104:4
**weren't** 95:2
**Weslayan**

122:23
**whatsoever** 7:8
83:6
**Whitacre** 34:15
34:23 35:1
**wholeheartedly**
11:17
**wife** 109:24
**wildfire** 13:3
16:21 25:5,22
26:4 40:4
52:14 53:12
89:17 93:19
118:16,18
**wildfire-related**
23:23
**wildfires** 35:8
**wildfires@fra...**
11:16 93:4
**William** 27:15
27:20 33:22
67:13
**Williams** 55:5
57:7 59:19
65:9 70:7
89:24 92:8
**willing** 48:3 60:8
118:22
**win** 95:17
**wiped** 104:15
**withdrawn** 4:16
**woke** 100:9
**woman** 92:20
**Woolsey** 44:20
**word** 6:2 25:19
45:18
**words** 20:22
25:7 47:9
71:18 97:24
107:6
**work** 6:20 8:15
15:3 22:21
24:17 36:11
42:7,9,10
49:13 56:10
59:22,23 60:18
61:12 63:5,24

67:5 71:17
88:13 89:8
91:12 114:1
**work-around**
87:3
**worked** 8:17
10:12 13:24
35:12 36:8
49:22 61:23
62:8,13,18
63:6,9,16 65:7
74:24 79:12,24
87:22 89:18
98:20 109:5
112:4,4 114:23
**working** 7:25
10:19,22,24
15:11 36:11
50:11 51:20
60:7,11 61:20
62:13 64:4
74:8 89:14
94:14 98:24
114:18
**Worldwide**
122:22
**worried** 26:25
85:9
**worst** 56:25
**worth** 44:4,5,6
48:4 73:23
76:11,23 77:2
86:2 106:23
**wouldn't** 34:1
84:18 118:8,9
118:10
**wrap** 115:10
**wrapped** 95:6
**written** 69:23
94:8
**wrong** 37:5 91:3
**wrote** 40:1 72:2
73:20 79:3
81:9,12 84:6
**www.firesettle...**
9:19 29:3 70:4
78:16 120:10

Case: 19-30088   Doc# 7129-26   Filed: 05/08/20   Entered: 05/08/20 15:06:44   Page
59 of 61

121:6

**X**

**X** 92:15 119:15

**Y**

**Y** 92:16 119:15
**Yanni** 45:1,12
46:3,11 47:6
47:13 48:8,12
51:3,19 52:3
52:19,25 54:4
55:1 72:5
114:14 115:6
**Yanni's** 50:6
**yeah** 6:19,24 9:2
10:15 39:24
54:2,6 70:18
83:24 90:6
99:12 102:5,8
103:10 106:10
107:6 109:23
111:13,16,18
113:9 119:2,2
**year** 11:13 13:6
33:24 83:21
99:2 108:19
119:4,11
**years** 6:12 12:19
12:20 13:25
25:6 28:21
34:17 81:19,22
101:1
**yell** 92:10
**yesterday** 91:8
**young** 100:15

**Z**

**Z** 119:15
**Zelin** 66:13
**zero** 95:2
**Zoom** 3:23

**0**

**0.14** 54:10
**00** 61:24

**1**

**1** 12:16 18:11,12
21:5 51:15
60:21 65:14
68:17 86:12,15
96:14 100:17
105:14 117:21
**1.46** 65:13
**1.823** 23:22
**10** 19:22 59:10
64:15 75:1
**100** 18:12 38:8
39:13,19
**100,000** 35:12
**105** 53:13
**11** 1:4 16:22
18:4 20:1,21
27:17 28:13,25
57:21 59:10
66:17 67:23
69:3 78:9
**11:59** 27:25
**1125(b)** 27:17
28:13
**1126(e)** 27:17
28:14
**114** 24:2
**117** 61:15,16
**11th** 69:13
**12** 20:5 60:23
63:13 67:22
68:10,14 69:4
**12-billion-doll...**
58:3 79:25
**12/31/20** 122:19
122:21
**12/31/21** 122:20
**12:00** 40:22
**12:10:34** 69:20
**124** 65:19
**1250** 47:13
**12th** 31:8,14
68:18 69:7,23
**13** 20:11 54:7
66:18
**13.5** 7:7 24:16
59:10 61:22
62:6 76:23

77:9 113:13
**13.5-billion-d...**
23:17 40:4
61:17 62:2,3
**130** 61:25
**14** 20:16 47:15
51:9
**14.9** 85:19
**140** 45:17,22
**15** 17:12 20:19
47:7 77:20
85:5,5 95:17
96:6,11 99:8
**15-08-019** 21:20
**150** 81:17
**1500** 47:8
**15th** 29:1 78:10
91:22 96:16
118:19 120:2
**16** 54:25 59:22
**17** 54:25 65:14
**17.33** 85:18
**18** 28:25 57:8
69:13 78:9
**18,000** 90:20
**180** 41:21 70:21
75:12
**18th** 55:6 69:11
70:8
**19** 45:12,14 50:1
50:3,5
**19-30088** 32:13
**19-30088-DM**
1:3
**198** 23:24 25:4

**2**

**2** 18:15 21:14
25:14 32:18
36:20 40:22
63:12 69:7
79:23 86:15
105:15 118:17
120:12
**2.137** 23:20
**2.4** 25:15 61:10
**2.5** 49:13,20

**2:00** 3:21 68:18
**2:15** 99:8
**20** 27:14 85:20
109:7
**20-some-billion**
112:17
**20.5** 118:14
**20.5-billion-d...**
16:15 21:11
119:10
**20.9** 85:23
**200** 23:11 24:11
25:16,25 26:20
50:18 62:19,20
64:11 102:14
**200-million-d...**
26:11 63:2
64:6
**2004** 32:10,25
33:5
**2006** 52:13
**2011010** 122:20
**2015** 102:11
111:24
**2017** 2:12,16
10:24 65:12
102:11 111:23
**2018** 2:18,20
102:11
**2019** 27:18
29:15 30:22
31:8 66:22
68:18 98:22
113:12,21
**2019(a)(1)(A)**
30:9
**2019(c)(1)(A)**
29:22
**2019(c)(1)(B)**
29:24
**2019(c)(2)(B)**
30:5
**2019(c)(2)(C)**
30:11
**2019(e)(3)** 30:17
**2019(e)(3)** 31:1
**2020** 1:9 17:2,7

18:8 26:24
55:25 65:2
69:19,25 97:25
99:1 118:4
122:16
**2021** 41:21 51:5
51:6 70:23
85:5
**2022** 85:6
**20th** 16:7 23:13
69:19 96:19,20
**21** 28:24 78:8
**21-billion-doll...**
56:11
**21st** 65:2
**22.4** 85:24
**223** 122:23
**22nd** 33:16
73:21 77:17
79:3 81:10
**235** 122:23
**24** 28:18 77:25
**24th** 84:7 92:22
**25** 1:9
**25th** 28:25 68:6
68:12 69:25
78:10 118:4
**26** 28:24 78:8
**26TH** 122:15
**27th** 95:19 96:20
97:25 118:5
**29th** 55:16,25
57:5 79:16,21
81:1,6
**2nd** 29:1 40:3,14
40:18 78:10
120:1

**3**

**3** 3:19,19 16:23
18:17 21:20
36:25 46:14,14
47:5 49:8,9
61:9 69:10
95:12 99:9
**3(a)** 55:24
**3.48** 63:1

**3.9** 25:12
**3.9-billion-dol...**
  61:6
**30** 17:2,7 18:8
  89:7 96:13
**3000** 122:23
**306** 5:5,10
**30th** 43:7 112:18
  118:11 119:9
**31** 30:1 78:8
**310-929-4200**
  13:14,15
**31st** 28:6,10,12
  28:24 65:12
**3292(b)** 17:4
**3292(b)(1)** 21:7
**33** 24:25 51:16
  51:17
**33,750,000**
  51:16
**39** 25:3

_____

**4**

**4** 17:5 18:20
  21:25 28:24
  48:19 61:13,23
  63:4 69:13
  78:9
**4.26** 57:22
**40** 117:19
**400** 61:13
**430** 113:15
**45** 120:12
**462** 25:4
**49** 25:8,18
**4955** 2:10
**4th** 66:2

_____

**5**

**5** 18:23 22:7
  49:10 50:1
  61:23 69:16
**5.4** 51:11 55:8
  55:17 59:8,9
  75:6 76:4
  79:16 85:3
**50** 81:16

**500,000** 63:1
**506** 65:18
**51,333** 90:18
**53** 31:15
**572-2000** 122:24
**5723** 47:7,15
**5726-1** 46:14
**59** 5:13

_____

**6**

**6** 19:3 22:10
  59:9 62:8
  69:19
**6.3** 61:12
**6.75** 44:5 55:8
  55:18 75:5
  77:3 80:2 85:6
  86:2
**6:30** 68:19
**6353** 57:24
**64** 24:6
**650** 85:4
**6759** 54:25
**6760** 49:3,9
  54:24
**6798** 27:14
**6799** 27:18,22
**6800** 28:2
**6801** 69:20
**6813** 122:19
**6866** 32:12
**6th** 66:22

_____

**7**

**7** 19:10 22:13
  26:24 59:9
  62:18 69:25
**70** 60:23
**70,000** 73:14,14
**700** 85:5
**713** 122:24
**73** 26:9
**77,000** 90:16
**77027** 122:24
**7th** 27:3 64:8

_____

**8**

**8** 19:13 22:23
  47:7 63:16
**8:55** 27:12
**80** 26:17 31:16
**80s** 34:13
**8389(e)(6)(C)**
  21:17
**844-339-4217**
  93:5 108:10,14
**855-735-5945**
  11:17 93:3
**8th** 2:12,18

_____

**9**

**9** 19:16,17 21:16
  23:2 47:15
  59:10 64:2
  68:17
**9:16** 27:14
**9006-1** 31:22
**98** 116:6
**9th** 29:1 78:10
  120:2