# EXHIBIT G

## December 16th, 2019


**Opened** the email 12-13 Client Update.
10:27 AM

## December 13th, 2019


**Was Sent** the email 12-13 Client Update.
11:20 PM