# EXHIBIT H

# LIST OF FINANCIAL INSTITUTIONS FILING PROOF OF CLAIMS

US Bank, N.A
Union Bank
The Bank of New York Mellon
The Bank of New York
The State Bank of Geneva
Sumitomo Mitsui Trust Bank
Swedbank Robur
State Street Trust and Banking Company
MUFG Union Bank
Mitsubishi UFJ Trust and Banking
Mizuho Bank
Key Bank
JP Morgan Chase Bank
Inter-American Development Bank
CECABANKS
Liechtensteinische Landesbank
Deutsche Bank
Broadridge FBO Frost Bank
Bank of Korea
Capital Bank and Trust Company
Bank of America
Citigroup
Wells Fargo
Fifth Third Bank
Arab Bank
Exchange Bank
Hamlin Bank
HSA Bank
Inter-American Development Bank
TD BANK
The Master Trust Bank of Japan