# EXHIBIT 18

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>   - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>               Debtors. | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION OF SPENCER ZACK REGARDING WILLIAM B. ABRAMS MOTION TO DESIGNATE IMPROPERLY SOLICITED VOTES PURSUANT TO 11 U.S.C. §1125(B) AND 1126(E) AND BANKRUPTCY RULE 2019** |
| ☐Affects PG&E Corporation<br>☐Affects Pacific Gas and Electric Company<br>☒Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Date: May 12, 2020<br>Time: 10:00 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA 94102<br><br>Re: Docket No. 6799, 6964, 6963 |

## DECLARATION OF SPENCER ZACK

Spencer Zack declares the following pursuant to 28 U.S.C. § 1746:

1.    I am the WATTS GUERRA employee responsible for the content of its California Fires website during the voting period of March 31, 2020 and May 15, 2020.

2.    Exhibits "A" through "AAA" herein are screen shots of video excerpts of questions Mikal Watts has answered that presently are available to our clients and others on the publicly-available on www.firesettlementfact.com.

3.    I am the WATTS GUERRA employee responsible for the content of its newspaper display advertising that has run in the Santa Rosa ("North Bay") and Chico areas beginning on March 31, 2020.

4.    Exhibit "AAB" is the display ad that ran in the Press Democrat, Santa Rosa, California one time only, on March 31, 2020.

5.      Exhibit "AAC" is the display ad that ran in the Press Democrat, Santa Rosa, California one time only, on April 17, 2020.

6.      Exhibit "AAD" is the display ad that ran in the Chico Enterprise Record, Chico, California for three dates, March 31, 2020, April 1, 2020 and April 2, 2020.

7.      Exhibit "AAE" is the display ad that ran in the Chico Enterprise Record, Chico, California one time only, on April 17, 2020.

8.      Exhibit "AAF" is the display ad that ran in the Chico Enterprise Record, Chico, California for two dates, April 30, 2020 and May 1, 2020.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this the 8th day of May, 2020.

*/s/ Spencer Zack*
Spencer Zack