# EXHIBIT I



# UNDERSTANDING THE PG&E SETTLEMENT

CAN YOU ADDRESS THE HOMELESSNESS IN CHICO?