# EXHIBIT O



# UNDERSTANDING THE PG&E SETTLEMENT
CAN YOU ADDRESS THE TIMING OF SALE OF STOCK?