# EXHIBIT Z



# UNDERSTANDING THE PG&E SETTLEMENT
WHAT HAPPENED WITH WILL ABRAMS' MOTION?