# EXHIBIT CC

