# EXHIBIT FF

Case: 19-30088   Doc# 7129-63   Filed: 05/08/20   Entered: 05/08/20 15:06:44   Page 1 of 2

