# EXHIBIT GG

Case: 19-30088    Doc# 7129-64    Filed: 05/08/20    Entered: 05/08/20 15:06:44    Page 1 of 2



UNDERSTANDING THE PG&E SETTLEMENT

WHY ISN'T THERE JUST ONE CLAIM PER STRUCTURE LOST?