# EXHIBIT KK

Case: 19-30088 Doc# 7129-68 Filed: 05/08/20 Entered: 05/08/20 15:06:44 Page 1 of 2

