# EXHIBIT QQ

