# EXHIBIT QQ



# UNDERSTANDING THE PG&E SETTLEMENT

4/18/20 FIRE SETTLEMENT FACTS TELEPHONE TOWN HALL

Case: 19-30088    Doc# 7129-75    Filed: 05/08/20    Entered: 05/08/20 15:06:44    Page 2 of 2