# EXHIBIT SS

