# EXHIBIT TT



Case: 19-30088    Doc# 7129-77    Filed: 05/08/20    Entered: 05/08/20 15:06:44    Page 2 of 2