# EXHIBIT VV

