# EXHIBIT AAA

