# EXHIBIT AAB

# Fire Settlement Facts 

**PG&E has proposed a $13.5 billion settlement with wildfire victims across California.**

 This settlement is an opportunity for families and communities to continue to rebuild and recover from the devastation caused by PG&E.

 As part of the settlement process, anyone with a claim against PG&E will have a chance to vote on this proposal.

 Approving this settlement is the fastest way for victims to receive their payment from PG&E. Delaying the settlement jeopardizes the $13.5 billion fund

## You have questions.
## Here's how to have them answered:

 **Join our live, toll-free, telephone discussion** where you can have questions about the settlement answered by experts. **On Saturday, April 4th @ NOON PT, join this call by dialing 855-962-1335.** We'll take your questions live.

 Visit **FireSettlementFacts.com** to see answers to the most common questions about the settlement and see what other fire survivors are saying about it.

**Join our live telephone town hall to ask your questions about PG&E's $13.5 billion settlement and what fire survivors must do to ensure it's paid.**

### April 4th @ Noon: 855-962-1335

### FireSettlementFacts.com
### Facebook.com/FireSettlementFacts

ADVERTISEMENT: Roy Miller of the Hansen & Milller Law Firm is the attorney responsible for this advertisement