# EXHIBIT AAE

# Fire Settlement Facts 

## Firms representing over 30,000 fire victims will answer your settlement questions LIVE

     

**Elliot Adler** - *Adler Law Group*, **Rich Bridgford** - *Bridgford, Gleason, & Artinian*, **James Frantz** - *Frantz Law Group*, **Gerald Singleton** - *Singleton Law Firm*, **Mikal Watts** - *Watts Guerra LLP*, **Joe Earley** - *Law Office of Joseph Earley*

**1** **Join our live, toll-free, telephone discussion** where you can ask your questions. **On Saturday, April 18th @ NOON PT, call 855-962-1335 or stream audio at FireSettlementFacts.com**. We'll take your questions live.

**2** Visit **FireSettlementFacts.com** to see answers to the most common questions about the settlement and see what other fire survivors are saying about it.

## Join our live telephone townhall to ask your questions about PG&E's $13.5 billion settlement and what fire survivors must do for the court to approve the settlement.

### Join Us April 18th @ Noon PT
### Call: 855-962-1335
### Or Stream Audio Live: FireSettlementFacts.com and Facebook.com/FireSettlementFacts

The above-named attorneys are responsible for the content of this message.