# EXHIBIT AAF

# Fire Settlement Facts 



**Join Erin Brockovich** and firms representing over 30,000 fire victims will answer your settlement questions LIVE

     

**Elliot Adler** - *Adler Law Group*, **Rich Bridgford** - *Bridgford, Gleason, & Artinian*, **James Frantz** - *Frantz Law Group*, **Gerald Singleton** - *Singleton Law Firm*, **Mikal Watts** - *Watts Guerra LLP*, **Joe Earley** - *Law Office of Joseph Earley*

 **1** Join our live, toll-free, telephone discussion where you can ask your questions. **On Saturday, May 2nd @ NOON PT, call 855-962-1335 or stream audio at FireSettlementFacts.com**. We'll take your questions live.

 **2** Visit **FireSettlementFacts.com** to see answers to the most common questions about the settlement and see what other fire survivors are saying about it.

**Join our live telephone townhall to ask your questions about PG&E's $13.5 billion settlement and what fire survivors must do for the court to approve the settlement.**

### Join Us May 2nd @ Noon PT
### Call: 855-962-1335
### Or Stream Audio Live: FireSettlementFacts.com and Facebook.com/FireSettlementFacts

The above-named attorneys are responsible for the content of this message.