**EXHIBIT A**

| TIME SUMMARY BY CATEGORY | | | | |
|---|---|---|---|---|
| Matter | Name | Billing Rate | Hours | Amount |
| **CRIMINAL INVESTIGATION (10006)** | | | | |
| | Reid J. Schar | $1,155 | 35.5 | $41,002.50 |
| | Matthew S. Hellman | $895 | 31.8 | $28,461.00 |
| | E. Glenn Rippie | $895 | 0.4 | $358.00 |
| | Matthew E. Price | $840 | 6.0 | $5,040.00 |
| | Coral A. Negron | $840 | 24.7 | $20,748.00 |
| | Emily M. Loeb | $830 | 0.2 | $166.00 |
| | Adrienne Lee Benson | $700 | 6.8 | $4,760.00 |
| | Noah B. Bokat-Lindell | $660 | 42.5 | $28,050.00 |
| | Theresa L. Busch | $323 | 6.5 | $2,099.50 |
| | **TOTAL** | | **154.4** | **$130,685.00** |
| **DOI INVESTIGATION (10014)** | | | | |
| | Brian P. Hauck | $920 | 0.3 | $276.00 |
| | Matthew L. Haws | $895 | 1.8 | $1,611.00 |
| | Emily M. Loeb | $830 | 1.9 | $1,577.00 |
| | Carla J. Weiss | $791 | 1.7 | $1,344.70 |
| | **TOTAL** | | **5.7** | **$4,808.70** |
| **FCC REGULATORY ADVICE & COUNSEL (10081)** | | | | |
| | David M. Didion | $791 | 2.1 | $1,661.10 |
| | **TOTAL** | | **2.1** | **$1,661.10** |
| **LOCATE & MARK (10111)** | | | | |
| | Randall E. Mehrberg | $1,050 | 1.4 | $1,470.00 |
| | Reid J. Schar | $1,155 | 0.5 | $577.50 |
| | Brian P. Hauck | $920 | 16.3 | $14,996.00 |
| | Andrew F. Merrick | $840 | 4.9 | $4,116.00 |
| | Wesley M. Griffith | $791 | 3.4 | $2,689.40 |
| | Samuel Jahangir | $660 | 36.2 | $23,892.00 |
| | **TOTAL** | | **62.7** | **$47,740.90** |
| **BANKRUPTCY EMPLOYMENT (10252)** | | | | |
| | Randall E. Mehrberg | $1,050 | 0.4 | $420.00 |
| | Brian P. Hauck | $920 | 7.8 | $7,176.00 |
| | Angela M. Allen | $825 | 10.6 | $8,745.00 |
| | William A. Williams | $595 | 4.5 | $2,677.50 |
| | **TOTAL** | | **23.3** | **$19,018.50** |
| **BAKERSFIELD LITIGATION (10325)** | | | | |
| | Andrew F. Merrick | $840 | 0.7 | $588.00 |
| | **TOTAL** | | **0.7** | **$588.00** |

| PSPS PROCEEDINGS (10341) | | | | |
|---|---|---|---|---|
| | Brian P. Hauck | $920 | 105 | $96,600.00 |
| | E. Glenn Rippie | $895 | 41.4 | $37,053.00 |
| | Andrew F. Merrick | $840 | 59.1 | $49,644.00 |
| | Wesley M. Griffith | $791 | 88.5 | $70,003.50 |
| | Hanna M. Conger | $731 | 22.7 | $16,593.70 |
| | Monika N. Kothari | $660 | 72.6 | $47,916.00 |
| | Amir A. Shakoorian Tabrizi | $540 | 94.1 | $50,814.00 |
| | Amy Egerton-Wiley | $540 | 35.9 | $19,386.00 |
| | Theresa L. Busch | $323 | 105.4 | $34,044.20 |
| | Megan Cahillane | $198 | 8.8 | $1,742.40 |
| | **TOTAL** | | **633.5** | **$423,796.80** |
| **SECTION 203 FILING RE BANKRUPTCY PLAN (10562)** | | | | |
| | Suedeen G. Kelly | $1,025 | 82.2 | $84,255.00 |
| | E. Glenn Rippie | $895 | 83.0 | $74,285.00 |
| | Michael Guerra | $840 | 77.3 | $64,932.00 |
| | Hanna M. Conger | $731 | 86.2 | $63,012.20 |
| | Jason T. Perkins | $595 | 95.4 | $56,763.00 |
| | Christian Rodriguez | $198 | 1.0 | $198.00 |
| | Megan Cahillane | $198 | 7.1 | $1,405.80 |
| | **TOTAL** | | **432.2** | **$344,851.00** |
| **HOURLY RATE MATTER TOTAL** | | | **1,314.6** | **$973,150.00** |

| FLAT RATE MATTERS | |
|---|---|
| FERC Monitoring (10333) | $1,800.00 |
| U.S. Dept. of Health & Human Services Monitoring (10368) | $2,700.00 |
| Federal Communications Commission Monitoring (10422) | $1,800.00 |
| Environmental Protection Agency Monitoring (10431) | $1,800.00 |
| California Air Resources Board Monitoring (10449) | $1,800.00 |
| California State Water Resources Control Board Monitoring (10457) | $1,800.00 |
| Occupational Safety & Health Administration Monitoring (10465) | $1,800.00 |
| Securities & Exchange Commission Monitoring (10493) | $1,800.00 |
| New York Stock Exchange Monitoring (10503) | $1,800.00 |
| Internal Revenue Service Monitoring (10511) | $1,800.00 |
| Federal Aviation Administration Monitoring (10528) | $1,800.00 |
| **FLAT RATE MATTER TOTAL** | **$20,700.00** |
| **GRAND TOTAL** | **$993,850.00** |