# EXHIBIT B

## TIME SUMMARY BY PROFESSIONAL
### (HOURLY MATTERS ONLY)

| TITLE | NAME OF PROFESSIONAL | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL AMOUNT REQUESTED |
|---|---|---|---|---|---|---|
| **Partners** | Randall E. Mehrberg | Energy | 1980 | $1,050 | 1.8 | $1,890.00 |
| | Reid J. Schar | Litigation | 1997 | $1,155 | 36.0 | $41,580.00 |
| | Suedeen G. Kelly | Energy | 1976 | $1,025 | 82.2 | $84,255.00 |
| | Brian P. Hauck | Energy | 2001 | $920 | 129.4 | $119,048.00 |
| | Matthew S. Hellman | Litigation | 2003 | $895 | 31.8 | $28,461.00 |
| | Matthew L. Haws | Gov't Contracts | 2002 | $895 | 1.8 | $1,611.00 |
| | E. Glenn Rippie | Energy | 1985 | $895 | 124.8 | $111,696.00 |
| | Andrew F. Merrick | Litigation | 2006 | $840 | 64.7 | $54,348.00 |
| | Matthew E. Price | Litigation | 2007 | $840 | 6.0 | $5,040.00 |
| | Coral A. Negron | Litigation | 2008 | $840 | 24.7 | $20,748.00 |
| | Michael Guerra | Energy | 1988 | $840 | 77.3 | $64,932.00 |
| | Emily M. Loeb | Litigation | 2010 | $830 | 2.1 | $1,743.00 |
| | Angela M. Allen | Restr. & Bankr. | 2008 | $825 | 10.6 | $8,745.00 |
| **Special Counsel** | David M. Didion | Litigation | 2011 | $791 | 2.1 | $1,661.10 |
| | Carla J. Weiss | Litigation | 2011 | $791 | 1.7 | $1,344.70 |
| **Total Partners & Special Counsel:** | | | | | **597.0** | **$547,102.80** |
| | Wesley M. Griffith | Litigation | 2012 | $791 | 91.9 | $72,692.90 |
| | Hanna M. Conger | Energy | 2012 | $731 | 108.9 | $79,605.90 |
| | Adrienne Lee Benson | Litigation | 2019 | $700 | 6.8 | $4,760.00 |
| | Samuel Jahangir | Litigation | 2016 | $660 | 36.2 | $23,892.00 |
| | Monika N. Kothari | Litigation | 2016 | $660 | 72.6 | $47,916.00 |
| | Noah B. Bokat-Lindell | Litigation | 2016 | $660 | 42.5 | $28,050.00 |
| | William A. Williams | Restr. & Bankr. | 2015 | $595 | 4.5 | $2,677.50 |
| | Jason T. Perkins | Litigation | 2017 | $595 | 95.4 | $56,763.00 |
| | Amy Egerton-Wiley | Litigation | 2018 | $540 | 35.9 | $19,386.00 |
| | Amir A. Shakoorian Tabrizi | Litigation | 2018 | $540 | 94.1 | $50,814.00 |
| **Total Associates:** | | | | | **588.8** | **$386,557.30** |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Paralegals** | Theresa L. Busch | Litigation | N/A | $323 | 111.9 | $36,143.70 |
| | Megan Cahillane | Litigation | N/A | $198 | 15.9 | $3,148.20 |
| **Practice Assistant** | Christian Rodriguez | Litigation | N/A | $198 | 1.0 | $198.00 |
| **Total Paraprofessionals and Other Staff:** | | | | | 128.8 | $39,489.90 |
| | | | | | 1,314.6 | $ 973,150.00 |

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL AMOUNT REQUESTED |
|---|---|---|---|
| Partners & Special Counsel | $916.42 | 597.0 | $ 547,102.80 |
| Associates | $656.52 | 588.8 | $ 386,557.30 |
| Paraprofessionals and other non-legal staff | $306.60 | 128.8 | $ 39,489.90 |
| Blended Attorney Rate | $787.37 | 1,185.8 | $ 933,660.10 |
| **Total Fees Incurred** | **$740.26** | **1,314.6** | **$ 973,150.00** |