# EXHIBIT C

## DISBURSEMENT SUMMARY

| EXPENSES | AMOUNT |
|---|---|
| Travel | $1,596.15 |
| In-City Transportation | $56.48 |
| **TOTAL DISBURSEMENT** | **$1,652.63** |