1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT E

## EXPENSE DETAIL

Electronic Invoice

LAW OFFICES
# JENNER & BLOCK LLP
353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

CLIENT NUMBER:      56604
MATTER NUMBER:     10287

PACIFIC GAS AND ELECTRIC COMPANY                                 APRIL 22, 2020
ATTN: LEGAL FINANCE SUPPORT GROUP                      INVOICE #  9524195
77 BEALE STREET
B30A
SAN FRANCISCO, CA  94105

**EXPENSES**
**1907533**

FOR PROFESSIONAL SERVICES RENDERED                                  $ .00
THROUGH FEBRUARY 29, 2020:

DISBURSEMENTS                                                                     $ 1,652.63

                                        TOTAL INVOICE            $ 1,652.63

LAW OFFICES

# JENNER & BLOCK LLP

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

PACIFIC GAS AND ELECTRIC COMPANY                                          INVOICE #  9524195
ATTN: LEGAL FINANCE SUPPORT GROUP
77 BEALE STREET
B30A
SAN FRANCISCO, CA  94105

CLIENT NUMBER:  56604                                                     APRIL 22, 2020

FOR PROFESSIONAL SERVICES RENDERED
THROUGH FEBRUARY 29, 2020:


EXPENSES                                                           MATTER NUMBER - 10287
1907533

**DISBURSEMENTS**

| | | |
|---|---|---|
| 2/19/20 | In-City Transportation, SUEDEEN G. KELLY, 02/13/2020; Uber to/from FERC. | 42.18 |
| 2/21/20 | In-City Transportation, MONIKA N. KOTHARI, 02/05/2020; overtime | 14.30 |
| 2/21/20 | Travel, REID J. SCHAR, 02/17-19/2020; San Francisco, CA; hearing. | 1,596.15 |
| | TOTAL DISBURSEMENTS | $ 1,652.63 |


INVOICE TOTAL                                                              $ 1,652.63

Case: 19-30088   Doc# 7131-5   Filed: 05/08/20   Entered: 05/08/20 15:47:36   Page 3