

Signed and Filed: May 8, 2020

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>PG&E CORPORATION,<br>    - and -<br>PACIFIC GAS AND ELECTRIC COMPANY,<br>    Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and<br>    Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered<br><br>Date:   May 12, 2020<br>Time:   10:00 AM<br>Place:  Courtroom 17<br>        450 Golden Gate Ave.<br>        16th Floor<br>        San Francisco, CA |

**ORDER RE HEARING ON MOTION TO DESIGNATE BALLOTS**

At the hearing on May 12, 2020, at 10:00 AM, the court will allow a total of forty minutes for oral argument by William B. Abrams on his Motion to Designate Improperly Solicited Votes (Dkt. Nos. 6799 & 6946). That motion has been joined by Karen Gowins (Dkt. Nos. 6944 & 7073), Wagner Law Group (Dkt. No. 6981) and Cheryl Maynard (Dkt. No. 7004). Mr. Abrams should confer with counsel for Ms. Gowins and Wagner and with Ms. Maynard to

-1-

divide their time as they choose, reserving a portion of their total time for rebuttal.

Counsel for Certain Fire Victims (Dkt. No. 6939) filed a purported joinder that does not address the issues raised by Mr. Abrams or the issue identified by this court in the Order Shortening Time for Hearing on Motion to Designate (Dkt. No. 7049). If Mr. Abrams chooses to share his time with this group, he may do so. Otherwise the court will not permit it to argue.

The court will also allow a total of forty minutes for oral argument in opposition to the motion, to be divided among Watts Guerra (Dkt. Nos. 6801, 6973, 7129), the SLF Fire Victims (Dkt. Nos. 6891 & 6983) and any other party who files a joinder by the May 8, 2020 deadline.

***END OF ORDER***

COURT SERVICE LIST

William Abrams
1519 Branch Owl Place
Santa Rosa, CA 95409

Cheryl Maynard
fordt57@gmail.com
Chambers to serve by email