# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−3 | User: lparada | Date Created: 5/8/2020 |
| Case: 19−30088 | Form ID: pdfeoc | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
intp      William B. Abrams      1519 Branch Owl Pl.      Santa Rosa, CA 95409

TOTAL: 1