Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
600 Montgomery Street, Suite 3100
San Francisco, CA 94111-2806
Telephone:  415.659.2600
Facsimile:  415.659.2601
Email:  rjulian@bakerlaw.com
Email:  cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
David J. Richardson (SBN 168592)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone:  310.820.8800
Facsimile:  310.820.8859
Email: esagerman@bakerlaw.com
Email: drichardson@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel for the Official Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>-and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**RESERVATION OF RIGHTS OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS TO THE MOTION OF WILLIAM B. ABRAMS TO DESIGNATE IMPROPERLY SOLICITED VOTES PURSUANT TO §§ 1125(b) AND 1126(e) AND BANKRUPTCY RULE 2019 [Dkt. No. 6799]**<br><br>Date:  May 12, 2020<br>Time:  10:00 a.m.<br>Place:  **Telephonic Appearances Only**<br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

The Official Committee of Tort Claimants (the "**TCC**") in the above-captioned chapter 11 cases files this reservation of rights to the motion (the "**Motion**") of William B. Abrams for entry of an order designating improperly solicited votes [Dkt. No. 6799]. The TCC reserves all rights with respect to the Motion, including the right to address the issues raised in the Motion at the hearing on May 12, 2020.

Dated: May 8, 2020               BAKER & HOSTETLER LLP

By: */s/ Lauren T. Attard*
     Lauren T. Attard

*Counsel for the Official Committee of Tort Claimants*