BRAD BRIAN (State Bar No. 79001)
Brad.Brian@mto.com
THOMAS B. WALPER (State Bar No. 96667)
thomas.walper@mto.com
HENRY WEISSMANN (State Bar No. 132418)
henry.weissmann@mto.com
BRADLEY SCHNEIDER (State Bar No. 235296)
bradley.schneider@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071
Telephone:     (213) 683-9100
Facsimile:     (213) 683-3702

*Attorneys for Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>    -and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br>        Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**FOURTH SUPPLEMENTAL DECLARATION OF HENRY WEISSMANN IN SUPPORT OF APPLICATION OF DEBTORS PURSUANT TO 11 U.S.C. § 327(e) AND FED. R. BANKR. P. 2014(a) AND 2016 FOR AUTHORITY TO RETAIN AND EMPLOY MUNGER, TOLLES & OLSON LLP AS COUNSEL FOR CERTAIN MATTERS FOR THE DEBTORS EFFECTIVE AS OF THE PETITION DATE** |

1   Pursuant to 28 U.S.C. § 1746, I, Henry Weissmann, hereby declare as follows:

2   I am a partner at Munger, Tolles & Olson LLP ("**MTO**" or the "**Firm**"), located at 350 S. Grand Ave., 50th Floor, Los Angeles, California 90071, and have been duly admitted to practice law in the State of California and the United States District Courts in California.

3   I submit this declaration ("**Fourth Supplemental Declaration**") to supplement my initial declaration filed on April 1, 2019 [Docket No. 1168] (as amended and supplemented by my amended declaration filed on April 2, 2019 [Docket No. 1181]), first supplemental declaration filed on April 10, 2019 [Dkt No. 1301], second supplemental declaration filed on June 14, 2019 [Dkt. 2522], and third supplemental declaration filed on February 4, 2020 [Dkt. 5614] in support of the Application of PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), for authority to employ and retain MTO as their counsel for certain Specific Matters as set forth in the orders authorizing the retention of MTO, effective as of January 29, 2019 (the "**Petition Date**"), pursuant to section 327(e) of title 11 of the United States Code (the "**Application**").[1]

The *Order Authorizing Debtors Pursuant to 11 U.S.C. § 327(e) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ Munger, Tolles & Olson LLP as Counsel for Certain Matters for the Debtors Effective as of the Petition Date* [Docket No. 1677] was entered on April 25, 2019, as amended by orders dated October 2, 2019 [Docket No. 4083], and November 15, 2019 [Docket No. 4757].

Exhibit 2 to the April 2, 2019 Weissmann Declaration listed those parties in interest who, or whose affiliates, are current or former clients of MTO and were included on a list of potential parties in interest in the Debtors chapter 11 cases that Weil, Gotshal & Manges LLP ("Weil") provided to MTO.

Weil subsequently provided an updated list of potential parties in interest in the Debtors chapter 11 cases, attached hereto as **Exhibit 1**. To comply with Bankruptcy Rule 2014 and as

---
[1] Capitalized terms used but not defined herein shall have the meaning given those terms in the Application.

stated in the Application and Weissman Declarations, MTO conducted a supplemental investigation of its records, comparing the names of the potential parties in interest on Exhibit 1 with its list of current and former clients, pursuant to the procedures described in the Weissmann Declarations. *See* April 2, 2019 Weissmann Declaration at p.11. [Docket No. 1181] The potential parties in interest on Exhibit 1 who, or whose affiliates, are or have been MTO clients within the last two years ending March 31, 2020, are listed on **Exhibit 2** to this Fourth Supplemental Declaration.

None of the representations listed on Exhibit 2 are adverse to the interests of the Debtors or their estates with respect to the Specific Matters, and all prior and current MTO representations of the clients, former clients, or their affiliates and/or subsidiaries listed on Exhibit 2 are or have been in matters unrelated to the Specific Matters.

Certain parties in interest are insurance companies who provide insurance to clients of MTO and in some circumstances pay the invoices of MTO in representations of insured persons. MTO is not receiving payment from any insurer for the Specific Matters in which MTO is representing the Debtors in these chapter 11 cases.

To the extent MTO is representing the Debtors in a Specific Matter and there is an actual conflict of interest between the Debtors and a party on Exhibit 2 who is a current client and for which a written informed consent waiver does not exist or is not obtained, the Debtors will be represented by separate counsel with respect to that party or that matter.

I believe that MTO does not represent or hold any interest adverse to the Debtors or their estates with respect to the Specific Matters.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

| | | | |
|---|---|---|---|
| 1 | DATED: May 8, 2020 | By: | /s/ Henry Weissmann |
| 2 | | | Henry Weissmann |
| | | | MUNGER, TOLLES & OLSON LLP |
| 3 | | | 350 South Grand Avenue, 50th Floor |
| | | | Los Angeles, California, 90071 |
| 4 | | | Telephone: (213) 683-9150 |
| | | | Facsimile: (213) 683-5150 |

# Exhibit 1

- Advent International Corp.
- Advent International GmbH
- Advent Underwriting Ltd.
- Aegon Asset Management
- Agajanian Inc.
- AIG - Certain affiliates of American International Group
- AIG Investments
- American Construction and Supply Inc.
- American International Group, Inc.
- American Modern Home Insurance Company
- Baker, Lynn A., Special Counsel, Ad Hoc Group of Unsecured Tort Claimant Creditors
- Burns & McDonnell Engineering Company Inc.
- Capital Group
- Citigroup Financial Products, Inc.
- Citigroup Global Markets
- City of San Jose
- County of Alameda
- County of Calaveras
- County of Fresno
- County of Madera
- County of Marin
- County of Mariposa
- County of Monterey
- County of Santa Clara Department of Tax and Collections
- County of Santa Cruz
- County of Sonoma
- County of Stanislaus
- County of Tulare
- County of Tuolumne
- County of Yolo
- Covington & Burling LLP
- Cushman & Wakefield, Inc.
- Deuschel, Laurie A.
- Dighton, John Randall
- Dighton, Linda
- Fidelity Management & Research Company, on behalf of certain funds and accounts
- Fir Tree Partners
- Freemont Bank N.A.
- FTI Consulting, Inc.
- Gowins, Karen K.
- HMT LLC
- Interstate Fire and Casualty Company
- Kelly, Richard
- KMPG Abogados
- KMPG AG
- KPMG LLP
- KMPG SA
- KPMG Law Rechtsanwaltsgesellschaft
- Law Office of Juliana M. Cipriano
- Liberty Mutual
- Live Nation c/o Matt Prieshoff and Contra Costa County
- Lockhart, Karen
- Loo, Angela
- Marble Ridge Capital
- MassMutual Life Insurance Company

| | |
|---|---|
| 1 | Maxwell, Samuel |
| | Monarch Alternative Capital LP, on its own behalf and on behalf of its advisory clients |
| 2 | MSD Capital, L.P., |
| | Napa County Recycling & Waste Services LLC |
| 3 | Napa Recycling & Waste Services LLC |
| | Newsome, Judge Randall, was appointed as mediator |
| 4 | Northern Holdings LLC |
| | Northern Recycling and Waste Services LLC |
| 5 | Oliver, Nancy |
| | Oliver, Teddy |
| 6 | OneBeacon / Atlantic Specialty Ins. Co. |
| | Pacific Life Insurance Company |
| 7 | Paradise Irrigation District |
| | Paradise Unified School District |
| 8 | Quanta Energy Services LLC |
| | Santa Clara Department of Tax and Collections |
| 9 | Sculptor Capital Management |
| | Silver, Wayne A. |
| 10 | Sixth Street Partners – Subrogation Claimant |
| | Slocum, Susan |
| 11 | Smelser, Grant |
| | State Farm Mutual Automobile Insurance Company |
| | State Farm Mutual Automobile Insurance Company and its affiliates and subsidiaries |
| 12 | Strategic Value Partners, LLC |
| | TerraForm Power, Inc. |
| 13 | Travelers Indemnity Company of Connecticut |
| | Trident DMG LLC |
| 14 | Trotter (Ret), Hon. John K., as Trustee, Ad Hoc Group of Unsecured Tort Claimant Creditors |
| | United States of America |
| 15 | United States of America Interested Party United States on behalf of the Federal Energy Regulatory Commission |
| | United States on behalf of the Federal Energy Regulatory Commission |
| 16 | Wagner Family Wines-Caymus Vineyards |
| | Wehe, Tommy |
| 17 | Whitebox Advisors LLC |
| | Whitebox Asymmetric Partners, LP |
| 18 | Whitebox Multi-Strategy Partners, LP |
| | Wilson, Gregory |
| 19 | Yanni, Cathy, as claims administrator, Ad Hoc Group of Unsecured Tort Claimant Creditors |
| | Zenith Insurance Company |
| 20 | Zurich Insurance Company Ltd. |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**Exhibit 2**

| Interested Party | Status |
|---|---|
| Citigroup Financial Products, Inc. | MTO has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Citigroup Global Markets | MTO has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Fidelity Management & Research Company, on behalf of certain funds and accounts | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Marble Ridge Capital | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Sixth Street Partners – Subrogation Claimant | MTO has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| United States of America; United States of America Interested Party United States on behalf of the Federal Energy Regulatory Commission; United States on behalf of the Federal Energy Regulatory Commission | MTO presently represents the United States House of Representatives in a pro bono matter that is wholly unrelated to the Debtors' chapter 11 cases. |