Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>    - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                                    **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM). | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**FIFTH SUPPLEMENTAL DECLARATION OF JAMES MESTERHARM OF AP SERVICES, LLC**<br><br>Related Doc: Dkt. Nos. 867, 868, 1299, 1342, 1773, 4718, 5251 |

Pursuant to 28 U.S.C. § 1746, I, James Mesterharm, state under penalty of perjury, that:

1. I am a Managing Director of AlixPartners, LLP ("**AlixPartners**"), which has a place of business at 909 Third Avenue, Floor 30, New York, New York 10022.

2. I am duly authorized to execute this fifth supplemental declaration on behalf of AP Services, LLC ("**APS**"), an affiliate of AlixPartners LLP.

3. Except as otherwise noted, I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently thereto.

4. I am filing this fifth supplemental declaration to supplement the disclosures that were included in my original declaration dated March 13, 2019 [ECF No. 867], my supplemental declaration dated April 11, 2019 [ECF No. 1342], my second supplemental declaration dated May 1, 2019 [ECF No. 1773], my third supplemental declaration dated November 13, 2019 [ECF No. 4718] and my fourth supplemental declaration dated January 2, 2020 [ECF No. 5251].

5. Unless otherwise noted, references to AP below collectively refer to AP Holdings, LLP, APS, and each of their respective subsidiaries. APS wishes to disclose the following:

- Advent International and Advent International GmbH, 2019 statement parties to the Debtors, and affiliates ("**Advent**") are creditors, bondholders, shareholders, lenders and parent companies to current and former AP clients in matters unrelated to the Debtors. Advent is a current and former AP client in matters unrelated to the Debtors.

- Covington & Burling LLP, a professional in this bankruptcy matter, and affiliates ("**Covington**") are counsel, creditors, opposing counsel, professionals and vendors to current and former AP clients in matters unrelated to the Debtor. Covington & Burling, LLP is a current and former AP client in matters unrelated to the Debtor. Covington previously represented certain shareholders and board members, in the past. Those representations were completed more than five years ago.

- Sixth Street Partners LLC, a litigation party and subrogation claimant to the Debtors, and affiliates ("**SSP**") are shareholders, creditors, vendors, contract parties, lenders, investors, related parties and parent companies to current and former AP clients in matters unrelated to the Debtors. SSP is a current and former AP client in matters unrelated to the Debtors.

- Whitebox Advisors, LLC, a 2019 statement party to the Debtors, and affiliates ("**Whitebox**") are investors, lenders, indenture trustees, bondholders, noteholders, litigation parties and related parties to current and former AP clients in matters unrelated to the Debtors. Whitebox is an AP debtholder.

APS does not believe that the fifth supplemental disclosures above impact its disinterestedness. I continue to reserve the right to supplement APS' disclosures in the event that APS discovers any additional connections that require disclosure. If any new material relevant facts or relationships are discovered or arise, APS will promptly file a supplemental declaration pursuant to Bankruptcy Rule 2014(a).

I declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing is true and correct.

Dated: May 8, 2020             AP Services, LLC

_____
James Mesterharm
Authorized Representative