```
In re:                                                    Case No. 19-30088-DM
PG&E Corporation                                          Chapter 11
            Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0971-3        User: lparada           Page 1 of 12         Date Rcvd: May 08, 2020
                            Form ID: pdfeoc          Total Noticed: 1
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 10, 2020.
intp          +William B. Abrams,    1519 Branch Owl Pl.,    Santa Rosa, CA 95409-4352
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0
```

```
        ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2020                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 8, 2020 at the address(es) listed below:
        Aaron C. Smith    on behalf of Creditor    California Insurance Guarantee Association
         asmith@lockelord.com,  autodocket@lockelord.com
        Aaron J. Mohamed    on behalf of Plaintiff Mark   Elward ajm@brereton.law,
         aaronmohamedlaw@gmail.com
        Aaron L. Agenbroad    on behalf of Interested Party    GE Grid Solutions, LLC
         alagenbroad@jonesday.com,  saltamirano@jonesday.com
        Abigail  O'Brient   on behalf of Creditor    Marin Clean Energy aobrient@mintz.com,
         docketing@mintz.com
        Adam  Malatesta    on behalf of Interested Party    Dynegy Marketing and Trade, LLC
         adam.malatesta@lw.com,  adam--malatesta-8393@ecf.pacerpro.com
        Adam C. Harris    on behalf of Creditor    Centerbridge Partners, L.P. adam.harris@srz.com,
         james.bentley@srz.com
        Alaina R. Heine    on behalf of Interested Party    State Farm Mutual Automobile Insurance Company
         alaina.heine@dechert.com,  brett.stone@dechert.com
        Alan D. Smith    on behalf of Creditor    Puget Sound Energy, Inc. adsmith@perkinscoie.com,
         al-smith-9439@ecf.pacerpro.com
        Alan I. Nahmias    on behalf of Creditor    EN Engineering, LLC anahmias@mbnlawyers.com,
         jdale@mbnlawyers.com
        Alan J. Stone    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors
         AStone@milbank.com,  DMcCracken@Milbank.com
        Alan W. Kornberg    on behalf of Creditor    California Public Utilities Commision
         akornberg@paulweiss.com
        Alexander James Demitro Lewicki    on behalf of Defendant    The Ad Hoc Group of Subrogation Claim
         Holders kdiemer@diemerwei.com
        Alexander James Demitro Lewicki    on behalf of Interested Party    Ad Hoc Group of Subrogation
         Claim Holders alewicki@diemerwei.com
        Alexandra S. Horwitz    on behalf of Interested Party    G4S Secure Integration LLC
         allie.horwitz@dinsmore.com
        Alicia  Clough    on behalf of Interested Party    California Power Exchange Corporation
         aclough@loeb.com
        Alisa C. Lacey    on behalf of Creditor    Public Advocates Office at the California Public
         Utilities Commission alisa.lacey@stinson.com,  karen.graves@stinson.com
        Allan Robert Rosin    on behalf of Creditor    Contra Costa Electric, Inc. arrosin@alr-law.com
        Ameneh Maria Bordi    on behalf of Interested Party    Calpine Corporation
         ameneh.bordi@kirkland.com,  leo.rosenberg@kirkland.com
        Amy C. Quartarolo    on behalf of Intervenor    Crockett Cogeneration amy.quartarolo@lw.com
        Amy L. Goldman    on behalf of Creditor    RE Astoria LLC goldman@lbbslaw.com
        Amy S. Park    on behalf of Interested Party    Atlantica Yield plc amy.park@skadden.com,
         alissa.turnipseed@skadden.com
        Andrea  Wong    on behalf of Creditor    Pension Benefit Guaranty Corporation wong.andrea@pbgc.gov,
         efile@pbgc.gov
        Andrew  Jones    on behalf of Creditor    Sencha Funding, LLC andrew@ajoneslaw.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Andrew Van Ornum   on behalf of Creditor   Bradley Concrete avanornum@vlmglaw.com,
hchea@vlmglaw.com

Andrew Yaphe   on behalf of Creditor   Citibank N.A., as Administrative Agent for the Utility
Revolving Credit Facility andrew.yaphe@davispolk.com,  pge.dpw.routing@davispolk.com

Andrew David Behlmann   on behalf of Interested Party   Public Employees Retirement Association
of New Mexico abehlmann@lowenstein.com, elawler@lowenstein.com

Andrew H. Levin   on behalf of Creditor   Marin Clean Energy alevin@wcghlaw.com

Andrew H. Morton   on behalf of Creditor   Mustang Project Companies andrew.morton@stoel.com,
lisa.petras@stoel.com

Andrew I. Silfen   on behalf of Interested Party   BOKF, NA andrew.silfen@arentfox.com

Andrew Michael Leblanc   on behalf of Creditor Committee   Official Committee Of Unsecured
Creditors ALeblanc@milbank.com

Andy S. Kong   on behalf of Creditor   Genesys Telecommunications Laboratories, Inc.
kong.andy@arentfox.com,  Yvonne.Li@arentfox.com

Anna Kordas   on behalf of stockholders   PG&E Shareholders akordas@jonesday.com,
mmelvin@jonesday.com

Annadel A. Almendras   on behalf of Interested Party   California Department of Toxic Substances
Control annadel.almendras@doj.ca.gov

Anne Andrews   on behalf of Creditor   Agajanian, Inc. aa@andrewsthornton.com,
aandrews@andrewsthornton.com

Anne Costin   on behalf of Creditor Todd   Hearn anne@costinlawfirm.com

Anthony P. Cali   on behalf of Creditor   Public Advocates Office at the California Public
Utilities Commission anthony.cali@stinson.com,  lindsay.petrowski@stinson.com

Antonio Yanez, Jr.   on behalf of Interested Party   Ad Hoc Group of Subrogation Claim Holders
ayanez@willkie.com

Aram Ordubegian   on behalf of Interested Party   BOKF, NA Ordubegian.Aram@ArentFox.com

Ashley Vinson Crawford   on behalf of Creditor   Ad Hoc Committee of Senior Unsecured Creditors
of Pacific Gas and Electric Company avcrawford@akingump.com,  dkrasa-berstell@akingump.com

Bao M. Vu   on behalf of Intervenor   Capital Dynamics, Inc. bao.vu@stoel.com,
sharon.witkin@stoel.com

Barry S. Glaser   on behalf of Creditor   Sonoma County Treasurer & Tax Collector
bglaser@lkfirm.com

Benjamin Mintz   on behalf of Interested Party   AT&T Corp. benjamin.mintz@arnoldporter.com,
valerie.foley@arnoldporter.com

Benjamin P. McCallen   on behalf of Interested Party   Ad Hoc Group of Subrogation Claim Holders
bmccallen@willkie.com

Bennett G. Young   on behalf of Creditor   Mizuho Bank, Ltd. byoung@jmbm.com,  jb8@jmbm.com

Bennett J. Murphy   on behalf of Creditor   Canyon Capital Advisors LLC
bmurphy@bennettmurphylaw.com

Bennett L. Spiegel   on behalf of Creditor   McKinsey & Company, Inc. U.S. blspiegel@jonesday.com

Bernard Kornberg   on behalf of Interested Party   Certain Interested Underwriters at Lloyds,
London subscribing to Apollo Liability Consortium 9984 bjk@severson.com

Bonnie E. Kane   on behalf of Creditor Karen   Gowins bonnie@thekanelawfirm.com,
skane@thekanelawfirm.com

Boris Kukso   on behalf of Interested Party   Internal Revenue Service boris.kukso@usdoj.gov,
western.taxcivil@usdoj.gov

Brad T. Summers   on behalf of Creditor   Pacific Mobile Structures, Inc. summerst@lanepowell.com,
docketing-pdx@lanepowell.com

Bradley C. Knapp   on behalf of Creditor   International Brotherhood of Electrical Workers Local
Union 1245 bknapp@lockelord.com,  Yamille.Harrison@lockelord.com

Bradley R. Schneider   on behalf of Debtor   PG&E Corporation bradley.schneider@mto.com,
jeffrey.wu@mto.com

Brendan M. Kunkle   on behalf of Creditor   Fire Victims bkunkle@abbeylaw.com,
lmeyer@abbeylaw.com

Brett D. Fallon   on behalf of Creditor   Quest Diagnostics Health & Wellness LLC
bfallon@morrisjames.com,  wweller@morrisjames.com

Brian D. Huben   on behalf of Creditor   Campos EPC, LLC hubenb@ballardspahr.com

Brian S. Conlon   on behalf of Plaintiff Anthony   Gantner bsc@phillaw.com,  rac@phillaw.com

Brittany Zummer   on behalf of Creditor Mirna   Trettevik bzummer@theadlerfirm.com,
nfournier@theadlerfirm.com

Brittany J. Nelson   on behalf of Creditor   Michels Corporation bnelson@foley.com,
hsiagiandraughn@foley.com

Bryan L. Hawkins   on behalf of Interested Party   Avangrid Renewables, LLC, Klondike Wind Power
III LLC, and Shiloh I Wind Project LLC bryan.hawkins@stoel.com,  Sharon.witkin@stoel.com

Bryn G. Letsch   on behalf of Interested Party Everett   Waining, Jr. BLetsch@braytonlaw.com

C. Luckey McDowell   on behalf of Interested Party   Agua Caliente Solar, LLC
Luckey.McDowell@Shearman.com

Cameron Gulden   on behalf of U.S. Trustee   Office of the U.S. Trustee / SF
cameron.m.gulden@usdoj.gov

Candace J. Morey   on behalf of Creditor   California Public Utilities Commision cjm@cpuc.ca.gov

Carissa A. Lynch   on behalf of Interested Party   California Franchise Tax Board
Carissa.Lynch@ftb.ca.gov,  Martha.Gehrig@ftb.ca.gov

Carl L. Grumer   on behalf of Other Prof.   Carmel Financing, LLC cgrumer@manatt.com,
mchung@manatt.com

Carol C. Villegas   on behalf of Attorney   Public Employees Retirement Association of New Mexico
cvillegas@labaton.com,  NDonlon@labaton.com

Caroline A. Reckler   on behalf of Interested Party   Dynegy Marketing and Trade, LLC
caroline.reckler@lw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Carolyn Frederick    on behalf of Interested Party    The Mosaic Company cfrederick@prklaw.com
Catherine Martin    on behalf of Creditor    Simon Property Group cmartin@simon.com,
    rtucker@simon.com;bankruptcy@simon.com
Cathy Yanni    on behalf of Other Prof. Cathy Yanni cathy@cathyyanni.com, pstrunk@browngreer.com
Cecily Ann Dumas    on behalf of Creditor Committee    Official Committee of Tort Claimants
    cdumas@bakerlaw.com, hhammonturano@bakerlaw.com
Chane Buck    on behalf of stockholders    PG&E Shareholders cbuck@jonesday.com
Charles Cording    on behalf of Interested Party    Ad Hoc Group of Subrogation Claim Holders
    ccording@willkie.com, mao@willkie.com
Charles Scott Penner    on behalf of 3rd Party Plaintiff    AECOM Technical Services, Inc.
    penner@carneylaw.com, caragol@carneylaw.com
Cheryl L. Stengel    on behalf of Creditor    US Air Conditioning Distributors
    clstengel@outlook.com, stengelcheryl40@gmail.com
Chris Bator    on behalf of Creditor Committee    Official Committee of Tort Claimants
    cbator@bakerlaw.com, jmcguigan@bakerlaw.com
Chris Johnstone    on behalf of Interested Party    ICE NGX Canada Inc.
    chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com
Christina Lin Chen    on behalf of Creditor    MRO Integrated Solutions, LLC
    christina.chen@morganlewis.com, christina.lin.chen@gmail.com
Christopher Gessner    on behalf of Creditor    Ad Hoc Committee of Senior Unsecured Noteholders
    of Pacific Gas and Electric Company cgessner@akingump.com, NYMCO@akingump.com
Christopher E. Prince    on behalf of Interested Party    CH2M HILL Engineers, Inc.
    cprince@lesnickprince.com
Christopher H. Hart    on behalf of Interested Party    Public Entities Impacted by the Wildfires
    chart@nutihart.com, nwhite@nutihart.com
Christopher Kwan Shek Wong    on behalf of Creditor    Genesys Telecommunications Laboratories,
    Inc. christopher.wong@arentfox.com
Christopher L. Young    on behalf of Interested Party    Winding Creek Solar LLC
    cyoung@cairncross.com, nspringstroh@cairncross.com
Christopher O. Rivas    on behalf of 3rd Party Plaintiff    AECOM Technical Services, Inc.
    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
Courtney L. Morgan    on behalf of Creditor    Pension Benefit Guaranty Corporation
    morgan.courtney@pbgc.gov
Craig Goldblatt    on behalf of Interested Party    Comcast Cable Communications, LLC
    Craig.Goldblatt@wilmerhale.com, whdocketing@wilmerhale.com
Craig Margulies    on behalf of Creditor    Aegion Corporation and its subsidiary entities:
    Corrpro Companies, Inc., Insituform Technologies, LLC and Fibrwrap Construction Services, Inc.
    cmargulies@margulies-law.com, lsalazar@margulies-law.com
Craig S. Simon    on behalf of Interested Party    American Alternative Insurance Corporation
    csimon@bergerkahn.com, aketcher@bergerkahn.com
Craig Solomon Ganz    on behalf of Creditor    Discovery Hydrovac ganzc@ballardspahr.com,
    hartt@ballardspahr.com
Cristina A. Henriquez    on behalf of Creditor    BNP Paribas chenriquez@mayerbrown.com
Dana M. Andreoli    on behalf of Creditor    Tanforan Industrial Park, LLC dandreoli@steyerlaw.com,
    mterry@steyerlaw.com
Dania Slim    on behalf of Creditor    BANK OF AMERICA N.A dania.slim@pillsburylaw.com,
    melinda.hernandez@pillsburylaw.com
Daniel Robertson    on behalf of Creditor    Pension Benefit Guaranty Corporation
    robertson.daniel@pbgc.gov, efile@pbgc.gov
Daniel I. Forman    on behalf of Interested Party    Ad Hoc Group of Subrogation Claim Holders
    dforman@willkie.com
Dara Levinson Silveira    on behalf of Debtor    PG&E Corporation dsilveira@kbkllp.com
Daren M Schlecter    on behalf of Creditor Jesus Mendoza daren@schlecterlaw.com,
    info@schlecterlaw.com
Dario de Ghetaldi    on behalf of Creditor    Fire Victims deg@coreylaw.com, lf@coreylaw.com
David Emerzian    on behalf of Creditor    A.J. Excavation Inc. Melany.Hertel@mccormickbarstow.com
David Holtzman    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY
    david.holtzman@hklaw.com
David Levine    on behalf of Debtor    PG&E Corporation dnl@groom.com
David Neier    on behalf of Creditor    CF Inspection Management, LLC dneier@winston.com
David Wirt    on behalf of Interested Party    Deutsche Bank david.wirt@hklaw.com,
    denise.harmon@hklaw.com
David A. Rosenzweig    on behalf of Creditor    Adventist Health System/West and Feather River
    Hospital david.rosenzweig@nortonrosefulbright.com, thomas.burns@nortonrossefulbright.com
David A. Wood    on behalf of Creditor    SLF Fire Victim Claimants dwood@marshackhays.com,
    lbuchanan@marshackhays.com
David B. Levant    on behalf of Interested Party    Avangrid Renewables, LLC, Klondike Wind Power
    III LLC, and Shiloh I Wind Project LLC david.levant@stoel.com, rene.alvin@stoel.com
David B. Rivkin, Jr.    on behalf of Creditor Committee    Official Committee of Tort Claimants
    drivkin@bakerlaw.com, jmeeks@bakerlaw.com
David B. Shemano    on behalf of Interested Party    East Bay Community Energy Authority
    dshemano@pwkllp.com
David I. Kornbluh    on behalf of Creditor    De Anza Tile Co., Inc. dik@millermorton.com,
    mhr@millermorton.com
David J. Richardson    on behalf of Creditor Committee    Official Committee of Tort Claimants
    drichardson@bakerlaw.com, aagonzalez@bakerlaw.com
David L. Neale    on behalf of Interested Party    California Independent System Operator
    dln@lnbyb.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

David M. Feldman    on behalf of Creditor    Ad Hoc Committee of Holders of Trade Claims DFeldman@gibsondunn.com

David M. Reeder    on behalf of Creditor    City of American Canyon david@reederlaw.com, secretary@reederlaw.com

David M. Stern    on behalf of Interested Party    NextEra Energy Inc., et al. dstern@ktbslaw.com

David P. Matthews    on behalf of Creditor    Fire Victims jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com

David W. Moon    on behalf of Creditor    Mizuho Bank, Ltd. lacalendar@stroock.com, mmagzamen@stroock.com

David Walter Wessel    on behalf of Creditor Marina    Gelman DWessel@efronlawfirm.com, hporter@chdlawyers.com

Debra I. Grassgreen    on behalf of Creditor Debra    Grassgreen dgrassgreen@pszjlaw.com, hphan@pszjlaw.com

Dennis F. Dunne    on behalf of Interested Party    Official Committee Of Unsecured Creditors cprice@milbank.com, jbrewster@milbank.com

Dennis F. Dunne    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors ddunne@milbank.com, jbrewster@milbank.com

Derrick Talerico    on behalf of Creditor    Western Electricity Coordinating Council dtalerico@ztlegal.com, sfritz@ztlegal.com

Diane Marger Moore    on behalf of Creditor    Majesti Mai Bagorio, etc. dmargermoore@baumhedlundlaw.com

Donald H. Cram, III    on behalf of Interested Party    HDI Global Specialty SE dhc@severson.com

Donna Taylor Parkinson    on behalf of Creditor    Outback Contractors, Inc. donna@parkinsonphinney.com

Douglas Wolfe    on behalf of Creditor    ASM Capital X LLC dwolfe@asmcapital.com

Douglas B. Provencher    on behalf of Interested Party    Provencher & Flatt dbp@provlaw.com

Drew M. Widders    on behalf of Creditor    Molin-Wilcoxen Camp Fire Victims Group dwidders@wilcoxenlaw.com, nina@wilcoxenlaw.com

Duane M. Geck    on behalf of Interested Party    HDI Global Specialty SE dmg@severson.com

Dustin M. Dow    on behalf of Creditor Committee    Official Committee of Tort Claimants ddow@bakerlaw.com, jmcguigan@bakerlaw.com

Edward J. Leen    on behalf of Creditor    Jefferies Leveraged Credit Products, LLC eleen@mkbllp.com

Edward J. Tredinnick    on behalf of Creditor    City and County of San Francisco etredinnick@greeneradovsky.com

Edward R. Huguenin    on behalf of Creditor    K. Hovnanian California Region, Inc., et al ehuguenin@hugueninkahn.com, jguzman@hugueninkahn.com

Elisa Tolentino    on behalf of Creditor    City of San Jose cao.main@sanjoseca.gov

Elizabeth A. Green    on behalf of Creditor Committee    Official Committee of Tort Claimants egreen@bakerlaw.com, orlbankruptcy@bakerlaw.com

Elizabeth J. Cabraser    on behalf of Creditor    Wildfire Class Claimants ecabraser@lchb.com, awolf@lchb.com

Elizabeth Lee Thompson    on behalf of Interested Party    The Okonite Company ethompson@stites.com, docketclerk@stites.com

Elizabeth M. Guffy    on behalf of Creditor    Quanta Energy Services LLC eguffy@lockelord.com, autodocket@lockelord.com

Elliot Adler    on behalf of Creditor Mirna    Trettevik eadler@theadlerfirm.com, bzummer@theadlerfirm.com

Elyssa S. Kates    on behalf of Creditor Committee    Official Committee of Tort Claimants ekates@bakerlaw.com

Emily P. Rich    on behalf of Creditor    Engineers and Scientists of California, Local 20, IFPTE erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net

Eric A. Grasberger    on behalf of Plaintiff    JH Kelly, LLC eric.grasberger@stoel.com, docketclerk@stoel.com

Eric A. Gravink    on behalf of Creditor Csaba Wendel Mester eric@rhrc.net

Eric D. Goldberg    on behalf of Creditor    Ad Hoc Committee of Unsecured Tort Claimant Creditors eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com

Eric E. Sagerman    on behalf of Creditor Committee    Official Committee of Tort Claimants esagerman@bakerlaw.com

Eric J. Seiler    on behalf of Interested Party    The Baupost Group, L.L.C. eseiler@fklaw.com, mclerk@fklaw.com

Eric R. Goodman    on behalf of Creditor Committee    Official Committee of Tort Claimants egoodman@bakerlaw.com

Eric R. Wilson    on behalf of Creditor    Kompogas SLO LLC kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com

Eric S. Goldstein    on behalf of Interested Party    Gartner, Inc. egoldstein@goodwin.com

Erica Lee    on behalf of Creditor    California Department of Parks and Recreation Erica.Lee@doj.ca.gov

Erica L. Kerman    on behalf of Interested Party    Ad Hoc Group of Subrogation Claim Holders ekerman@willkie.com

Erika L. Morabito    on behalf of Creditor    Michels Corporation emorabito@foley.com, hsiagiandraughn@foley.com

Erin Elizabeth Dexter    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors edexter@milbank.com

Erin N. Brady    on behalf of Interested Party    Hummingbird Energy Storage, LLC enbrady@jonesday.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

            Estela O. Pino   on behalf of Interested Party   Individual Plaintiffs Executive Committee
             Appointed by the California Superior Court in the North Bay Fire Cases, Judicial Council
             Coordination Proceeding Number 4955, Pursuant to the terms of the epino@epinolaw.com,
             rmahal@epinolaw.com
            Eve H. Karasik   on behalf of Creditor   Traffic Management, Inc. ehk@lnbyb.com
            Evelina Gentry   on behalf of Creditor   Transwestern Pipeline Company, LLC
             evelina.gentry@akerman.com, rob.diwa@akerman.com
            Francis J. Lawall   on behalf of Interested Party   HydroChemPSC lawallf@pepperlaw.com,
             henrys@pepperlaw.com
            Francis O. Scarpulla   on behalf of Creditor   GER Hospitality, LLC fos@scarpullalaw.com,
             cpc@scarpullalaw.com
            Frank A. Merola   on behalf of Creditor   JPMorgan Chase Bank, N.A., as DIP Administrative Agent
             lacalendar@stroock.com, mmagzamen@stroock.com
            G. Larry Engel   on behalf of Creditor   Sonoma Clean Power Authority larry@engeladvice.com
            Gabriel Ozel   on behalf of Attorney Gabriel   Ozel gabeozel@gmail.com
            Gabriel I. Glazer   on behalf of Interested Party   The Baupost Group, L.L.C. gglazer@pszjlaw.com
            Gabrielle Glemann   on behalf of Intervenor   Capital Dynamics, Inc. gabrielle.glemann@stoel.com,
             rene.alvin@stoel.com
            Gary M. Kaplan   on behalf of Creditor   TTR Substations, Inc. gkaplan@fbm.com, calendar@fbm.com
            Geoffrey B. Dryvynsyde   on behalf of Creditor   California Public Utilities Commision
             gbd@cpuc.ca.gov, geoffrey.dryvynsyde@cpuc.ca.gov
            Geoffrey E. Marr   on behalf of Creditor Mirna   Trettevik gemarr59@hotmail.com
            Geoffrey S. Stewart   on behalf of stockholders   PG&E Shareholders gstewart@jonesday.com,
             mmelvin@jonesday.com
            George H. Kalikman   on behalf of Interested Party   Compass Lexecon, LLC gkalikman@schnader.com,
             sdavenport@schnader.com
            Gerald Singleton   on behalf of Creditor   Ad Hoc Committee of Unsecured Tort Claimant Creditors
             gerald@slfirm.com, BKECFCANB@SLFirm.com
            Gerald P. Kennedy   on behalf of Creditor   Agile Sourcing Partners, Inc.
             gerald.kennedy@procopio.com, kristina.terlaga@procopio.com
            Gerardo Mijares-Shafai   on behalf of Interested Party   AT&T Corp.
             Gerardo.Mijares-Shafai@arnoldporter.com, kenneth.anderson@arnoldporter.com
            Gregg M. Galardi   on behalf of Interested Party   Elliott Management Corporation
             gregg.galardi@ropesgray.com
            Gregory Plaskett   on behalf of Creditor   Murga, Strange & Chalmers, Inc.
             GREGORY.PLASKETT@GMAIL.COM, HKHAPPYGRRL@GMAIL.COM
            Gregory A. Bray   on behalf of Creditor Committee   Official Committee Of Unsecured Creditors
             gbray@milbank.com
            Gregory A. Rougeau   on behalf of Creditor Gregory   Frase Enterprises, Inc. dba Kortick
             Manufacturing Company grougeau@brlawsf.com
            Gregory C. Nuti   on behalf of Creditor   Butte County gnuti@nutihart.com, nwhite@nutihart.com
            Gregory K. Jones   on behalf of Creditor   Elster American Meter Company, LLC GJones@dykema.com,
             cacossano@dykema.com
            Hagop T. Bedoyan   on behalf of Creditor   KINGS RIVER WATER ASSOCIATION hbedoyan@kleinlaw.com,
             ecf@kleinlaw.com
            Hannah C. Kreuser   on behalf of Creditor   Burnett & Sons Planing Mill and Lumber Co.
             hkreuser@porterlaw.com, ooberg@porterlaw.com
            Harriet A. Steiner   on behalf of Creditor   Valley Clean Energy Alliance
             harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com
            Harvey S. Schochet   on behalf of Creditor   City of San Jose Harveyschochet@dwt.com
            Heinz Binder   on behalf of Creditor   Almendariz Consulting, Inc. heinz@bindermalter.com
            Herb Baer   hbaer@primeclerk.com, ecf@primeclerk.com
            Howard J. Steinberg   on behalf of Interested Party   HercRentals steinbergh@gtlaw.com,
             pearsallt@gtlaw.com
            Howard S. Nevins   on behalf of Creditor   Performance Contracting, Inc. hnevins@hsmlaw.com
            Hugh M. McDonald   on behalf of Intervenor   Consolidated Edison Development, Inc.
             hugh.mcdonald@troutman.com, john.murphy@troutman.com
            Hugh M. McDonald   on behalf of Creditor   Consolidated Edison Development, Inc.
             john.murphy@troutman.com
            Hugh M. Ray, III   on behalf of Creditor   Chevron Products Company a division of Chevron U.S.A.
             Inc. hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com
            Huonganh Annie Duong   on behalf of Creditor   A.J. Excavation Inc.
             annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com
            Iain A. Macdonald   on behalf of Creditor   Surf to Snow Environmental Resource Management, Inc.
             iain@macfern.com, ecf@macfern.com
            Ivan C. Jen   on behalf of Interested Party   Synergy Project Management, Inc. ivan@icjenlaw.com
            J. Eric Ivester   on behalf of Interested Party   Atlantica Yield plc Andrea.Bates@skadden.com
            J. Eric Ivester   on behalf of Intervenor   First Solar, Inc. Eric.Ivester@skadden.com,
             Andrea.Bates@skadden.com
            J. Noah Hagey   on behalf of Creditor   Ad Hoc Committee of Senior Unsecured Noteholders of
             Pacific Gas and Electric Company hagey@braunhagey.com, tong@braunhagey.com
            J. Russell Cunningham   on behalf of Creditor   Baseline 80 Investors, LLC rcunningham@dnlc.net,
             emehr@dnlc.net
            Jack A. Reitman   on behalf of Plaintiff   Chico Rent-A-Fence srichmond@lgbfirm.com
            Jacob M. Faircloth   on behalf of Creditor   Aztrack Construction Corporation
             jacob.faircloth@smolsonlaw.com
            Jacob Taylor Beiswenger   on behalf of Interested Party   Department of Finance for the State of
             California jbeiswenger@omm.com, llattin@omm.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Jacquelyn H. Choi   on behalf of Creditor   County of Santa Clara Department of Tax and
          Collections jchoi@raineslaw.com,  bclark@raineslaw.com
          Jae Angela Chun   on behalf of Creditor   Certain Fire Damage Plaintiffs/Claimants Relating to
          the North Bay Fire Litigation of October 2017 and the Camp Fire Litigation ajc@chun.law,
          teresa@tosdallaw.com
          Jaime Godin   on behalf of Plaintiff   Allco Renewable Energy Limited Jtouchstone@fddcm.com
          James A. Shepherd   on behalf of Creditor   W. Bradley Electric, Inc. jim@jsheplaw.com,
          shepIGN@gmail.com
          James C. Behrens   on behalf of Creditor Committee   Official Committee Of Unsecured Creditors
          jbehrens@milbank.com,  mkoch@milbank.com
          James D. Curran   on behalf of Creditor   Liberty Mutual Insurance Company
          jcurran@wolkincurran.com,  dstorms@wolkincurran.com
          James J. Ficenec   on behalf of Creditor   Exponent, Inc. James.Ficenec@ndlf.com,
          caroline.pfahl@ndlf.com
          James L. Bothwell   on behalf of Creditor   K. Hovnanian California Region, Inc., et al
          jbothwell@hugueninkahn.com,  jguzman@hugueninkahn.com
          James M. Davis   on behalf of Creditor   Certain Fire Damage Plaintiffs/Claimants Relating to the
          North Bay Fire Litigation of October 2017 and the Camp Fire Litigation jdavis@cglaw.com
          James O. Johnston   on behalf of stockholders   PG&E Shareholders jjohnston@jonesday.com
          James T. Bentley   on behalf of Creditor   Centerbridge Partners, L.P. james.bentley@srz.com,
          Kelly.Knight@srz.com
          Jamie P. Dreher   on behalf of Creditor   A. Teichert & Son, Inc., dba Teichert Waterwork
          Services jdreher@downeybrand.com
          Jan D. Sokol   on behalf of Creditor   Liberty Mutual Insurance Company jdsokol@lawssl.com,
          dwright@lawssl.com
          Jan M Hayden   on behalf of Creditor   APTIM jhayden@bakerdonelson.com,
          gmitchell@bakerdonelson.com
          Jane Kim   on behalf of Debtor   PG&E Corporation jkim@kbkllp.com
          Jane Luciano   on behalf of Creditor Jane Luciano jane-luciano@comcast.net
          Jane G. Kearl   on behalf of Creditor   Barnard Pipeline, Inc. jkearl@watttieder.com,
          jbento@watttieder.com
          Janet D. Gertz   on behalf of Creditor   PaR Systems, LLC jgertz@btlaw.com,  amattingly@btlaw.com
          Jason Blumberg   on behalf of U.S. Trustee   Office of the U.S. Trustee / SF
          jason.blumberg@usdoj.gov,  ustpregion17.sf.ecf@usdoj.gov
          Jason Borg   on behalf of Creditor Grant Smelser jborg@jasonborglaw.com
          Jason C. Rubinstein   on behalf of Interested Party   The Baupost Group, L.L.C.
          jrubinstein@fklaw.com,  mclerk@fklaw.com
          Jason D. Strabo   on behalf of Interested Party   Individual Officers Anthony F. Earley, Jr.,
          Geisha J. Williams, Nickolas Stavropoulos, Julie M. Kane, Christopher P. Johns, Patrick M. Hogan,
          David Thomason, and Dinyar Mistry jstrabo@mwe.com,  shill@mwe.com
          Jason P. Williams   on behalf of Creditor   Clear Blue Insurance Company
          jwilliams@wplgattorneys.com,  maryanne@wplgattorneys.com
          Jay M. Ross   on behalf of Creditor   City of Oakland jross@hopkinscarley.com,
          eamaro@hopkinscarley.com
          Jeffrey C. Krause   on behalf of Creditor   Topaz Solar Farms LLC jkrause@gibsondunn.com
          Jeffrey K. Garfinkle   on behalf of Interested Party   Jay Alix jgarfinkle@buchalter.com
          Jeffrey M. Reisner   on behalf of Creditor   Davey Tree Expert Co., Davey Tree Surgery Co. and
          Davey Resource Group, Inc. jreisner@irell.com
          Jennifer C. Hayes   on behalf of Creditor   Aggreko jhayes@fhlawllp.com
          Jennifer L. Mersing   on behalf of Interested Party   Avangrid Renewables, LLC, Klondike Wind
          Power III LLC, and Shiloh I Wind Project LLC jennifer.mersing@stoel.com,  lisa.petras@stoel.com
          Jennifer Machlin Cecil   on behalf of Interested Party   City of San Jose, California
          JCecil@winston.com,  ECF_SF@winston.com
          Jennifer N. Slocum   on behalf of Creditor   Mustang Project Companies jennifer.slocum@stoel.com,
          docketclerk@stoel.com
          Jennifer V. Doran   on behalf of Creditor   Telvent USA, LLC jdoran@hinckleyallen.com
          Joana Fang   on behalf of Creditor   Fire Victims jf@kbklawyers.com,  icd@kbklawyers.com
          Joel S. Miliband   on behalf of Other Prof. Cathy Yanni jmiliband@brownrudnick.com
          John A. Moe, II   on behalf of Interested Party   Capital Power Corporation john.moe@dentons.com,
          glenda.spratt@dentons.com
          John A. Vos   on behalf of Interested Party John A. Vos InvalidEMailECFonly@gmail.com,
          PrivateECFNotice@gmail.com
          John B. Coffman   on behalf of Interested Party   AARP john@johncoffman.net
          John C. Thornton   on behalf of Creditor   Agajanian, Inc. jct@andrewsthornton.com,
          aandrews@andrewsthornton.com
          John D. Fiero   on behalf of Creditor   TRC Companies, Inc. jfiero@pszjlaw.com,
          ocarpio@pszjlaw.com
          John E. Lattin   on behalf of Creditor David Alonzo jlattin@ostergar.com,  cslovenec@ostergar.com
          John H. MacConaghy   on behalf of Creditor Committee   Official Committee of Tort Claimants
          macclaw@macbarlaw.com,  smansour@macbarlaw.com, kmuller@macbarlaw.com
          John P. Dillman   on behalf of Creditor   Harris County houston_bankruptcy@publicans.com
          John R. Rizzardi   on behalf of Interested Party   Winding Creek Solar LLC
          kcoselman@cairncross.com,  tnguyen@cairncross.com
          John William Lucas   on behalf of Interested Party   The Baupost Group, L.L.C. jlucas@pszjlaw.com,
          ocarpio@pszjlaw.com
          Jonathan Forstot   on behalf of Intervenor   Consolidated Edison Development, Inc.
          jonathan.forstot@troutman.com,  john.murphy@troutman.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Jonathan  Forstot   on behalf of Creditor   Consolidated Edison Development, Inc.
john.murphy@troutman.com
Jonathan  Hughes   on behalf of Interested Party   AT&T Corp. jane.rustice@aporter.com
Jonathan A. Loeb   on behalf of Creditor   Sabre Industries, Inc. jon.loeb@bingham.com
Jonathan C. Sanders   on behalf of Interested Party   Board of PG&E Corporation
jsanders@stblaw.com
Jonathan D. Waisnor   on behalf of Interested Party   Ad Hoc Group of Subrogation Claim Holders
jwaisnor@willkie.com, mao@willkie.com
Jonathan R. Doolittle   on behalf of Creditor   BP Energy Company jdoolittle@reedsmith.com
Jorian L. Rose   on behalf of Creditor Committee   Official Committee of Tort Claimants
jrose@bakerlaw.com
Joseph  Sorkin   on behalf of Creditor   Ad Hoc Committee of Senior Unsecured Noteholders of
Pacific Gas and Electric Company jsorkin@akingump.com, NYMCO@akingump.com
Joseph  West   on behalf of Creditor   International Church of the Foursquare Gospel
westjoseph@earthlink.net, josephw998@gmail.com
Joseph A. Eisenberg   on behalf of Creditor   The Act 1 Group, Inc. JAE1900@yahoo.com
Joseph G. Minias   on behalf of Interested Party   Ad Hoc Group of Subrogation Claim Holders
jminias@willkie.com
Joseph Kyle Feist   on behalf of Creditor   Fire Victims jfeistesq@gmail.com,
info@norcallawgroup.net
Joseph M. Esmont   on behalf of Creditor Committee   Official Committee of Tort Claimants
jesmont@bakerlaw.com
Joseph M. Welch   on behalf of Creditor   Bradley Tanks, Inc. jwelch@buchalter.com,
dcyrankowski@buchalter.com
Joseph R. Lucia   on behalf of Creditor   Fire Victims PersonallnjuryGroup@RLSlawyers.com
Joshua D. Morse   on behalf of Creditor   Ad Hoc Committee of Unsecured Tort Claimant Creditors
Joshua.Morse@dlapiper.com, joshua-morse-0092@ecf.pacerpro.com
Joshua M. Mester   on behalf of stockholders   PG&E Shareholders jmester@jonesday.com
Judith A. Descalso   on behalf of Creditor   CM Distributors, Inc. jad_9193@ecf.courtdrive.com
Julie E. Oelsner   on behalf of Attorney c/o Julie E. Oelsner   Intech Mechanical, Inc.
joelsner@weintraub.com, bjeminias@weintraub.com
Julie H. Rome-Banks   on behalf of Creditor   Thunderbird Mobile Home Park julie@bindermalter.com
Justin E. Rawlins   on behalf of Creditor   CF Inspection Management, LLC
justinrawlins@paulhastings.com
Karen J. Chedister   on behalf of Creditor   GER Hospitality, LLC kchedister@h-jlaw.com
Katharine  Malone   on behalf of Creditor   Osmose Utilities Services, Inc. malonek@gtlaw.com
Katherine Kohn   on behalf of Debtor   PG&E Corporation kkohn@groom.com, ashahinllari@groom.com
Katherine Rose Catanese   on behalf of Interested Party   CoreLogic Solutions, LLC
kcatanese@foley.com
Kathryn E. Barrett   on behalf of Creditor   TURN-The Utility Reform Network keb@svlg.com,
amt@svlg.com
Kathryn S. Diemer   on behalf of Plaintiff   Ad Hoc Group of Subrogation Claim Holders
kdiemer@diemerwhitman.com
Kathryn S. Diemer   on behalf of Interested Party   Ad Hoc Group of Subrogation Claim Holders
kdiemer@diemerwei.com
Keith J. Cunningham   on behalf of Interested Party   California Department of Water Resources
kcunningham@pierceatwood.com, rkelley@pierceatwood.com
Keith J. Cunningham   on behalf of Interested Party   California Independent System Operator
rkelley@pierceatwood.com
Kelly V. Knight   on behalf of Creditor   Centerbridge Partners, L.P. kelly.knight@srz.com
Kenneth  Pasquale   on behalf of Creditor   Mizuho Bank, Ltd. mlaskowski@stroock.com
Kenneth T. Law   on behalf of Creditor   Recology Inc. klaw@bklaw.com
Kerri  Lyman   on behalf of Creditor   Davey Tree Expert Co., Davey Tree Surgery Co. and Davey
Resource Group, Inc. klyman@irell.com
Kesha  Tanabe   on behalf of Creditor   Cedar Glade LP kesha@tanabelaw.com
Kevin  Chiu   on behalf of Interested Party   Marubeni Corporation kevin.chiu@bakerbotts.com,
rory.fontena@bakerbotts.com
Kevin  Montee   on behalf of Creditor   Nearon Sunset, LLC kmontee@monteeassociates.com
Kevin G. Collins   on behalf of Interested Party   Miller Pipeline, LLC kevin.collins@btlaw.com
Kevin M. Eckhardt   on behalf of Interested Party   DTE Stockton, LLC keckhardt@hunton.com,
candonian@huntonak.com
Kimberly S. Fineman   on behalf of Creditor   Association of California Water Agencies Joint
Powers Insurance Authority kfineman@nutihart.com, nwhite@nutihart.com
Kimberly S. Morris   on behalf of Creditor Committee   Official Committee of Tort Claimants
kmorris@bakerlaw.com, hhammonturano@bakerlaw.com
Kimberly S. Winick   on behalf of Interested Party   California Community Choice Association
kwinick@clarktrev.com, knielsen@clarktrev.com
Kinga  Wright   on behalf of Creditor   Quanta Energy Services LLC kinga.wright@lockelord.com,
autodocket@lockelord.com
Kirsten A. Worley   on behalf of Creditor   Ballard Marine Construction, Inc. kw@wlawcorp.com,
admin@wlawcorp.com
Kizzy L. Jarashow   on behalf of Creditor   MassMutual Life Insurance Company
KJarashow@goodwinlaw.com, AFraticelliLouallen@goodwinlaw.com
Kody D. L. Kleber   on behalf of Creditor Committee   Official Committee of Tort Claimants
kkleber@bakerlaw.com, dmartinez@bakerlaw.com
Krista M. Enns   on behalf of Creditor   ACRT, Inc. kenns@beneschlaw.com
Kristine Theodesia Takvoryan   on behalf of Creditor   SOLON ktakvoryan@ckrlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Kristopher M. Hansen   on behalf of Creditor   JPMorgan Chase Bank, N.A., as DIP Administrative
Agent dmohamed@stroock.com, mmagzamen@stroock.com
Lacey E. Rochester   on behalf of Creditor   APTIM lrochester@bakerdonelson.com,
gmitchell@bakerdonelson.com
Laila  Masud   on behalf of Creditor   SLF Fire Victim Claimants lmasud@marshackhays.com,
lmasud@ecf.courtdrive.com
Larry W. Gabriel   on behalf of Interested Party   Itron, Inc. lgabriel@bg.law, nfields@bg.law
Lars H. Fuller   on behalf of Creditor Committee   Official Committee of Tort Claimants
lfuller@bakerlaw.com
Lary Alan Rappaport   on behalf of Interested Party   Ad Hoc Group of Institutional Bondholders
of Pacific Gas and Electric Co. lrappaport@proskauer.com, PHays@proskauer.com
Lauren  Kramer   on behalf of Creditor   North American Fence & Railing, Inc. lkramer@rjo.com
Lauren T. Attard   on behalf of Creditor Committee   Official Committee of Tort Claimants
lattard@bakerlaw.com, agrosso@bakerlaw.com
Laurie  Hager   on behalf of Interested Party   Wilson Construction Company
lhager@sussmanshank.com
Leah E. Capritta   on behalf of Defendant   Tiger Natural Gas, Inc. leah.capritta@hklaw.com,
lori.labash@hklaw.com
Leonard M. Shulman   on behalf of Interested Party   Cushman & Wakefield, Inc. lshulman@shbllp.com
Liam K. Malone   on behalf of Creditor   Level-It Installations, Ltd. malone@oles.com,
shahin@oles.com
Lillian G. Stenfeldt   on behalf of Interested Party   certain Retiree Claimants
lillian.stenfeldt@rimonlaw.com, jon.arneson@sedgwicklaw.com
Lillian G. Stenfeldt   on behalf of Creditor   Pivot Interiors, Inc. lillian.stenfeldt@sdma.com,
jon.arneson@sedgwicklaw.com
Lindsey E. Kress   on behalf of Creditor   California Insurance Guarantee Association
lkress@lockelord.com, autodocket@lockelord.com
Lindsi M. Weber   on behalf of Creditor   Dignity Health and its Affiliates lweber@polsinelli.com,
yderac@polsinelli.com
Lisa  Lenherr   on behalf of Other Prof. Michael G. Kasolas llenherr@wendel.com,
bankruptcy@cgsh.com
Lisa  Schweitzer   on behalf of Interested Party   BlueMountain Capital Management, LLC
lschweitzer@cgsh.com
Lisa S. Gast   on behalf of Interested Party   City of Santa Clara lsg@dwgp.com, lmk@dwgp.com
Louis  Gottlieb   on behalf of Interested Party   Public Employees Retirement Association of New
Mexico Lgottlieb@labaton.com, mpenrhyn@labaton.com
Lovee  Sarenas   on behalf of Creditor   RE Astoria LLC Lovee.sarenas@lewisbrisbois.com
Luke N. Eaton   on behalf of Interested Party   Burns & McDonnell Engineering Company, Inc.
eatonl@pepperlaw.com, monugiac@pepperlaw.com
Lydia Vanessa Ko   on behalf of Creditor Athanasia  Vlazkis Lvko@stonelawoffice.com
Lynette C. Kelly   on behalf of U.S. Trustee   Office of the U.S. Trustee / SF
ustpregion17.oa.ecf@usdoj.gov
M. David Minnick   on behalf of Creditor   BANK OF AMERICA N.A dminnick@pillsburylaw.com,
docket@pillsburylaw.com
M. Ryan Pinkston   on behalf of Creditor   Turner Construction Company rpinkston@seyfarth.com,
jmcdermott@seyfarth.com
Manuel  Corrales, Jr.   on behalf of Creditor Barbara  Zelmer mannycorrales@yahoo.com,
hcskanchy@hotmail.com
Marc  Kieselstein   on behalf of Interested Party   Federal Monitor carrie.oppenheim@kirkland.com
Marc A. Levinson   on behalf of Creditor   CCP Credit Acquisition Holdings, L.L.C.
Malevinson@orrick.com, casestream@ecf.courtdrive.com
Margarita  Padilla   on behalf of Interested Party   California Department of Toxic Substances
Control Margarita.Padilla@doj.ca.gov
Mario R. Nicholas   on behalf of Plaintiff   JH Kelly, LLC mario.nicholas@stoel.com,
cherie.clark@stoel.com
Mark  Bostick   on behalf of Other Prof. Michael G. Kasolas mbostick@wendel.com,
bankruptcy@wendel.com
Mark A. Gorton   on behalf of Attorney Mark  Gorton mgorton@boutininc.com, cdomingo@boutininc.com
Mark A. Gorton   on behalf of Creditor   Sonoma Clean Power Authority mgorton@boutinjones.com,
cdomingo@boutininc.com
Mark D. Plevin   on behalf of Interested Party   Renaissance Reinsurance Ltd. mplevin@crowell.com
Mark D. Poniatowski   on behalf of Creditor   Holt of California ponlaw@ponlaw.com
Mark E. Felger   on behalf of Creditor   Liberty Mutual Insurance Company mfelger@cozen.com
Mark V. Isola   on behalf of Creditor   MDR INC. dba ACCU-BORE DIRECTIONAL DRILLING
mvi@sbj-law.com
Marsha  Houston   on behalf of 3rd Party Plaintiff   AECOM Technical Services, Inc.
mhouston@reedsmith.com, hvalencia@reedsmith.com
Marta  Villacorta   on behalf of U.S. Trustee   Office of the U.S. Trustee / SF
marta.villacorta@usdoj.gov
Mary Ellmann Tang   on behalf of Creditor Cristina  Mendoza mtang@frenchlyontang.com,
nblackwell@frenchlyontang.com
Mary H. Kim   on behalf of Interested Party   State Farm Mutual Automobile Insurance Company
Mary.Kim@dechert.com, brett.stone@dechert.com
Matthew  Heyn   on behalf of Creditor   California Governor's Office of Emergency Services
matthew.heyn@doj.ca.gov
Matthew A. Feldman   on behalf of Interested Party   Ad Hoc Group of Subrogation Claim Holders
mfeldman@willkie.com
Matthew A. Gold   on behalf of Creditor   Argo Partners courts@argopartners.net

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Matthew A. Lesnick   on behalf of Interested Party   CH2M HILL Engineers, Inc.
matt@lesnickprince.com,  jmack@lesnickprince.com
Matthew D. McGill   on behalf of Creditor   Ad Hoc Committee of Holders of Trade Claims
MMcGill@gibsondunn.com
Matthew D. Metzger   on behalf of Creditor Dan  Clarke belvederelegalecf@gmail.com
Matthew Hampton Foushee   on behalf of Interested Party   Hummingbird Energy Storage, LLC
hampton.foushee@hoganlovells.com,  hfoushee@gmail.com
Matthew Jon Olson   on behalf of Interested Party Wendy A. Nathan matt@macfern.com,
stell.laura@dorsey.com
Matthew Jordan Troy   on behalf of Creditor   United States of America matthew.troy@usdoj.gov
Matthew K. Kelsey   on behalf of Creditor   Ad Hoc Committee of Holders of Trade Claims
mkelsey@gibsondunn.com
Matthew Ryan Klinger   on behalf of Creditor   CitiGroup Financial Products Inc.
mklinger@sheppardmullin.com,  DGatmen@sheppardmullin.com
Matthew W. Grimshaw   on behalf of Creditor   Certain Post-Petition Tort and Fire Claimants
matt@grimshawlawgroup.com,  ecfmarshackhays@gmail.com
Meagan S. Tom   on behalf of Creditor   International Brotherhood of Electrical Workers Local
Union 1245 Meagan.tom@lockelord.com,  autodocket@lockelord.com
Melissa T. Ngo   on behalf of Creditor   Pension Benefit Guaranty Corporation
ngo.melissa@pbgc.gov,  efile@pbgc.gov
Merle C. Meyers   on behalf of Creditor E. R., a Minor mmeyers@mlg-pc.com
Michael Lauter   on behalf of Creditor   CitiGroup Financial Products Inc.
mlauter@sheppardmullin.com
Michael Rogers   on behalf of Creditor   William Kreysler & Associates, Inc.
mrogers@lambertrogers.com,  jan@lambertrogers.com
Michael St. James   on behalf of Interested Party   Garcia and Associates ecf@stjames-law.com
Michael Tye   on behalf of Creditor   United States of America Michael.Tye@usdoj.gov
Michael A. Isaacs   on behalf of Creditor   Southwire Company, LLC Michael.Isaacs@dentons.com,
Alissa.Worthing@dentons.com
Michael B. Lubic   on behalf of Creditor   CN Utility Consulting, Inc. michael.lubic@klgates.com
Michael C. Fallon   on behalf of Creditor   Ahlborn Fence & Steel, Inc manders@fallonlaw.net
Michael D. Breslauer   on behalf of Creditor   Righetti Ranch LP and Righetti NC, LLC
mbreslauer@ecf.courtdrive.com,  wyones@swsslaw.com
Michael G. Kasolas   trustee@kasolas.net,  CA30@ecfcbis.com,ecf.alert+Kasolas@titlexi.com
Michael H. Strub   on behalf of Interested Party   BlueMountain Capital Management, LLC
mstrub@irell.com,  mhstrubl@gmail.com
Michael I. Gottfried   on behalf of Creditor   Chico Rent-A-Fence MGottfried@elkinskalt.com,
AAburto@elkinskalt.com
Michael J. Gomez   on behalf of Creditor   Lyles Utility Construction, LLC mgomez@frandzel.com,
dmoore@frandzel.com
Michael K. Slattery   on behalf of Creditor   Ad Hoc California Public Entites Committee
mslattery@lkfirm.com,  rramirez@lkfirm.com
Michael P. Esser   on behalf of Interested Party   Calpine Corporation michael.esser@kirkland.com,
michael-esser-3293@ecf.pacerpro.com
Michael R. Hogue   on behalf of Creditor   Cardno, Inc. hoguem@gtlaw.com,  navarrom@gtlaw.com
Michael S. Etkin   on behalf of Interested Party   Public Employees Retirement Association of New
Mexico metkin@lowenstein.com
Michael S. Myers   on behalf of Creditor   Discovery Hydrovac myersms@ballardspahr.com
Michael S. Neumeister   on behalf of Creditor   Ad Hoc Committee of Holders of Trade Claims
MNeumeister@gibsondunn.com
Michael Thomas Krueger   on behalf of Creditor   ERM-West, Inc. michael.krueger@ndlf.com,
Havilyn.lee@ndlf.com
Michael W. Goodin   on behalf of Creditor   XL Insurance America, Inc., etc. mgoodin@clausen.com,
mgenova@clausen.com
Michael W. Malter   on behalf of Creditor   ChargePoint, Inc. michael@bindermalter.com
Michele Ellison   on behalf of Creditor   Camblin Steel Service, Inc. mellison@gibbsgiden.com,
lrochelle@gibbsgiden.com
Mirco J. Haag   on behalf of Creditor   Bradley Tanks, Inc. mhaag@buchalter.com,
dcyrankowski@buchalter.com
Mitchell B. Greenberg   on behalf of Creditor   Fire Victims mgreenberg@abbeylaw.com,
mmeroney@abbeylaw.com
Monique Jewett-Brewster   on behalf of Interested Party   The City of Oakland
mjb@hopkinscarley.com,  eamaro@hopkinscarley.com
Monique D. Almy   on behalf of Creditor   Nexant Inc. malmy@crowell.com
Morgan R. Hirst   on behalf of stockholders   PG&E Shareholders mhirst@jonesday.com,
mmelvin@jonesday.com
Nancy Mitchell   on behalf of Interested Party   Department of Finance for the State of
California nmitchell@omm.com
Nanette D. Sanders   on behalf of Creditor   Certain Fire Damage Plaintiffs/Claimants Relating to
the North Bay Fire Litigation of October 2017 and the Camp Fire Litigation
nanette@ringstadlaw.com,  becky@ringstadlaw.com
Natalie Kathleen Sanders   on behalf of Interested Party   Black & Veatch Construction, Inc.
natalie.sanders@bakerbotts.com
Nathan A. Schultz   on behalf of Creditor   MassMutual Life Insurance Company
nschultz@goodwinlaw.com,  kjarashow@goodwinlaw.com
Nathan Q. Rugg   on behalf of Interested Party   Adler Tank Rental and Mobile Modular
nathan.rugg@bfkn.com,  jean.montgomery@bfkn.com

Case: 19-30088   Doc# 7139   Filed: 05/10/20   Entered: 05/10/20 21:14:37   Page 9 of
15

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Neil Jon Bloomfield   on behalf of Creditor    American Construction and Supply Inc.
   njbloomfield@njblaw.com,  gklump@njblaw.com
Nicholas  Wagner    on behalf of Creditor    Wildfire Class Claimants kschemen@wagnerjones.com,
   bwagner@wagnerjones.com
Nicholas A. Carlin   on behalf of Plaintiff Anthony  Gantner nac@phillaw.com,  rac@phillaw.com
Nicolas  De Lancie   on behalf of Interested Party   SummerHill Homes, LLC ndelancie@jmbm.com
Nicole M. Zeiss   on behalf of Interested Party    Public Employees Retirement Association of New
   Mexico nzeiss@labaton.com
Office of the U.S. Trustee / SF   USTPRegion17.SF.ECF@usdoj.gov
Omeed  Latifi    on behalf of Creditor Mirna  Trettevik olatifi@theadlerfirm.com,
   kdeubler@theadlerfirm.com
Oren Buchanan Haker   on behalf of Interested Party   Avangrid Renewables, LLC, Klondike Wind
   Power III LLC, and Shiloh I Wind Project LLC oren.haker@stoel.com,  rene.alvin@stoel.com
Ori  Katz   on behalf of Interested Party   PG&E Holdco Group okatz@sheppardmullin.com,
   LSegura@sheppardmullin.com
Oscar  Garza   on behalf of Other Prof.   Centerview Partners LLC ogarza@gibsondunn.com
Paige  Boldt   on behalf of Creditor    Fire Victims pboldt@wattsguerra.com,
   cwilson@wattsguerra.com
Pamela  Allen   on behalf of Interested Party   California Department of Industrial Relations
   pallen@dir.ca.gov
Patricia  Savage   on behalf of Creditor Ashley  Duitsman psavesq@gmail.com,
   jodi.savage@gmail.com
Patrick C. Maxcy   on behalf of Interested Party   Horace Mann Property & Casualty Insurance
   Company patrick.maxcy@snrdenton.com
Paul F. Ready   on behalf of Creditor Sarah  Pazdan smeyer@farmerandready.com
Paul H. Zumbro   on behalf of Debtor   PG&E Corporation mao@cravath.com
Paul J. Pascuzzi   on behalf of Creditor    35th District Agricultural Association
   ppascuzzi@ffwplaw.com,  docket@ffwplaw.com
Paul M. Rosenblatt   on behalf of Creditor    Oldcastle Infrastructure, Inc. f/k/a Oldcastle
   Precast, Inc. and affiliates prosenblatt@kilpatricktownsend.com,
   mwilliams@kilpatricktownsend.com
Paul R. Gaus   on behalf of Creditor    Tim Messer Construction Inc. paul.gaus@mccormickbarstow.com
Paul R. Glassman   on behalf of Creditor    Johnson Controls, Inc. pglassman@sycr.com
Peter  Friedman   on behalf of Interested Party   Department of Finance for the State of
   California pfriedman@omm.com
Peter  Meringolo   on behalf of Creditor   Mount Veeder Springs LLC peter@pmrklaw.com
Peter C. Califano   on behalf of Creditor   CALAVERAS TELEPHONE COMPANY pcalifano@cwclaw.com
Peter J. Benvenutti   on behalf of 3rd Pty Defendant   Pacific Gas  and Electric Company
   pbenvenutti@kbklllp.com
Peter R. Boutin   on behalf of Creditor    Citibank N.A., as Administrative Agent for the Utility
   Revolving Credit Facility peter.boutin@kyl.com,  lara.joel@kyl.com
Peter S. Munoz   on behalf of Creditor   Lodi Gas Storage, L.L.P. pmunoz@reedsmith.com,
   gsandoval@reedsmith.com
Peter S. Partee, Sr.   on behalf of Interested Party   DTE Stockton, LLC candonian@huntonak.com
Philip S. Warden   on behalf of Creditor    Chevron Products Company a division of Chevron U.S.A.
   Inc. philip.warden@pillsburylaw.com,  kathy.stout@pillsburylaw.com
Phillip K. Wang   on behalf of Creditor   Pivot Interiors, Inc. phillip.wang@rimonlaw.com
R. Alexander Pilmer   on behalf of Interested Party   Federal Monitor
   alexander.pilmer@kirkland.com,  keith.catuara@kirkland.com
Randy  Michelson   on behalf of Defendant    Public Employees Retirement Association of New Mexico
   randy.michelson@michelsonlawgroup.com
Randye B. Soref   on behalf of Creditor    Dignity Health and its Affiliates rsoref@polsinelli.com
Rebecca  Suarez   on behalf of Intervenor   KES Kingsburg, L.P. rsuarez@crowell.com
Rebecca J. Winthrop   on behalf of Creditor   Adventist Health System/West and Feather River
   Hospital rebecca.winthrop@nortonrosefulbright.com,  evette.rodriguez@nortonrosefulbright.com
Rhonda Stewart Goldstein   on behalf of Creditor   The Regents of the University of California
   Rhonda.Goldstein@ucop.edu,  Lissa.Ly@ucop.edu
Richard A. Chesley   on behalf of Other Prof.   FTI Consulting, Inc. richard.chesley@dlapiper.com,
   bill.countryman@dlapiper.com
Richard A. Lapping   on behalf of Creditor   GER Hospitality, LLC rich@trodellalapping.com
Richard A. Marshack   on behalf of Creditor   SLF Fire Victim Claimants
   rmarshack@marshackhays.com,  rmarshack@ecf.courtdrive.com
Richard H. Golubow   on behalf of Creditor   Hoffman Southwest Corp. rgolubow@wcghlaw.com,
   jmartinez@wcghlaw.com
Richard L. Antognini   on behalf of Requestor Richard Lawrence Antognini rlalawyer@yahoo.com,
   hallonaegis@gmail.com
Richard L. Gallagher   on behalf of Interested Party   Elliott Management Corporation
   richard.gallagher@ropesgray.com
Richard W. Esterkin   on behalf of Creditor   ARG Contact LLC richard.esterkin@morganlewis.com,
   melissa.boey@morganlewis.com
Riley C. Walter   on behalf of Attorney   Aera Energy LLC ecf@W2LG.com
Risa Lynn Wolf-Smith   on behalf of Creditor   Diablo Winds, LLC rwolf@hollandhart.com,
   lmlopezvelasquez@hollandhart.com
Robert  Berens   on behalf of Creditor    XL Specialty Insurance Company rberens@smtdlaw.com,
   sr@smtdlaw.com
Robert  Sahyan   on behalf of Interested Party   Columbus Hill Capital Management, L.P.
   rsahyan@sheppardmullin.com,  JNakaso@sheppardmullin.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Robert A. Julian    on behalf of Creditor Committee    Official Committee of Tort Claimants rjulian@bakerlaw.com, hhammonturano@bakerlaw.com

Robert B. Kaplan    on behalf of Creditor Peter    Ouborg rbk@jmbm.com

Robert G. Harris    on behalf of Attorney Anthony    Gantner, Individually and on behalf of all those similarly situated rob@bindermalter.com

Robert N.H. Christmas    on behalf of Interested Party    California Self-Insurers' Security Fund rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

Robert T. Kugler    on behalf of Creditor    Public Advocates Office at the California Public Utilities Commission robert.kugler@stinson.com

Roberto J. Kampfner    on behalf of Interested Party    San Diego Gas & Electric Company rkampfner@whitecase.com, mco@whitecase.com

Rodney Allen Morris    on behalf of Creditor    United States of America Rodney.Morris2@usdoj.gov

Roger F. Friedman    on behalf of Creditor    ARB, Inc. rfriedman@rutan.com, csolorzano@rutan.com

Ronald F. Berestka, Jr.    on behalf of Creditor George    Vlazakis rberestka@stonelawoffice.com, csepulveda@stonelawoffice.com

Ronald S. Beacher    on behalf of Creditor    SPCP Group, LLC rbeacher@pryorcashman.com

Ryan A. Witthans    on behalf of Creditor    Roebbelen Contracting, Inc. rwitthans@fhlawllp.com

Samuel A. Khalil    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors skhalil@milbank.com, jbrewster@milbank.com

Samuel M. Kidder    on behalf of Interested Party    NextEra Energy Inc., et al. skidder@ktbslaw.com

Samuel R. Maizel    on behalf of Creditor    Southwire Company, LLC samuel.maizel@dentons.com, alicia.aguilar@dentons.com

Sblend A. Sblendorio    on behalf of Interested Party    Wilson Construction Company sas@hogefenton.com

Scott  Esbin    on behalf of Creditor    SPCP Group, LLC sesbin@esbinalter.com

Scott  Lee    on behalf of Creditor    RE Astoria LLC scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com

Scott  Olson    on behalf of Creditor    Interstate Fire & Casualty Company solson@vedderprice.com, nortega@vedderprice.com

Scott H. McNutt    on behalf of Examiner Bruce A Markell SMcNutt@ml-sf.com, csnell@ml-sf.com

Sean  Nolan    on behalf of Creditor    Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company snolan@akingump.com, NYMCO@akingump.com

Sean T. Higgins    on behalf of Creditor    Agajanian, Inc. aandrews@andrewsthornton.com, shiggins@andrewsthornton.com

Shane  Huang    on behalf of Defendant    Federal Energy Regulatory Commission shane.huang@usdoj.gov

Shawn M. Christianson    on behalf of Creditor    Oracle America, Inc. schristianson@buchalter.com

Shmuel  Vasser    on behalf of Interested Party    State Farm Mutual Automobile Insurance Company shmuel.vasser@dechert.com, brett.stone@dechert.com

Shounak S. Dharap    on behalf of Creditor Enrique    Guzman ssd@arnslaw.com, mec@arnslaw.com

Stacey C. Quan    on behalf of Creditor    Tanforan Industrial Park, LLC squan@steyerlaw.com, pspencer@steyerlaw.com

Stacy H. Rubin    on behalf of Creditor    Realty Income Corporation rubins@ballardspahr.com, BKTDocket_West@ballardspahr.com

Stephen D. Finestone    on behalf of Creditor    Aggreko sfinestone@fhlawllp.com

Stephen E. Hessler, P.C.    on behalf of Interested Party    Federal Monitor jozette.chong@kirkland.com

Steven G. Polard    on behalf of Creditor    Creative Ceilings, Inc. spolard@eisnerlaw.com

Steven J. Reisman    on behalf of Interested Party    Lazard Freres & Co. LLC sreisman@katten.com, nyc.bknotices@kattenlaw.com

Steven M. Campora    on behalf of Creditor    Chippewa Pest Control, Inc. scampora@dbbwc.com, nlechuga@dbbwc.com

Steven M. Olson    on behalf of Attorney Steven M. Olson smo@smolsonlaw.com

Stuart G. Gross    on behalf of Creditor    San Francisco Herring Association sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com

Sunny S. Sarkis    on behalf of Counter-Defendant    JH Kelly, LLC sunny.sarkis@stoel.com, dawn.forgeur@stoel.com

Tacie H. Yoon    on behalf of Interested Party    Renaissance Reinsurance Ltd. tyoon@crowell.com

Tambra  Curtis    on behalf of Creditor    Sonoma County tambra.curtis@sonoma-county.org, Kristin.whalley@sonoma-county.org

Tanya  Behnam    on behalf of Creditor    MRC Opportunities Fund I LP - Series C tbehnam@polsinelli.com, tanyabehnam@gmail.com

Thomas  Melone    on behalf of Interested Party    Allco Finance Limited & Subsidiaries Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com

Thomas B. Rupp    on behalf of 3rd Pty Defendant    Pacific Gas  and Electric Company trupp@kbkllp.com

Thomas C. Mitchell    on behalf of Creditor    EDF Renewables, Inc. tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com

Thomas E. McCurnin    on behalf of Interested Party    City of Morgan Hill tmccurnin@bkolaw.com, kescano@bkolaw.com

Thomas F. Koegel    on behalf of Creditor    AT&T Corp. tkoegel@crowell.com

Thomas G. Mouzes    on behalf of Creditor    Sonoma Clean Power Authority tmouzes@boutinjones.com, cdomingo@boutininc.com

Thomas R. Kreller    on behalf of Attorney    Milbank LLP tkreller@milbank.com

Thomas R. Phinney    on behalf of Creditor    Outback Contractors, Inc. tom@parkinsonphinney.com

Tiffany Strelow Cobb    on behalf of Creditor    Nuance Communications, Inc. tscobb@vorys.com

Timothy M. Flaherty    on behalf of Creditor    Petro-Canada America Lubricants, Inc. tflaherty@mpplaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Timothy S. Laffredi   on behalf of U.S. Trustee   Office of the U.S. Trustee / SF
   timothy.s.laffredi@usdoj.gov,  patti.vargas@usdoj.gov
Tobias S. Keller   on behalf of Debtor   PG&E Corporation tkeller@kbkllp.com
Tracy L. Mainguy   on behalf of Creditor   Engineers and Scientists of California, Local 20,
   IFPTE tmainguy@unioncounsel.net,  bankruptcycourtnotices@unioncounsel.net
Tyson  Arbuthnot   on behalf of Interested Party   ACCO Engineered Systems, Inc.
   tarbuthnot@rjo.com,  jyeung@rjo.com
Valerie Bantner Peo   on behalf of Creditor   Oracle America, Inc. vbantnerpeo@buchalter.com
Victor A. Vilaplana   on behalf of Creditor   Michels Corporation vavilaplana@foley.com,
   rhurst@foley.com
W. Steven Bryant   on behalf of Creditor   International Brotherhood of Electrical Workers Local
   Union 1245 molly.batiste-debose@lockelord.com
Wayne A. Silver   on behalf of Creditor   Lewis & Tibbitts, Inc. w_silver@sbcglobal.net,
   ws@waynesilverlaw.com
William L. Porter   on behalf of Creditor   New West Partitions bporter@porterlaw.com,
   Ooberg@porterlaw.com
William M. Kaufman   on behalf of Creditor   Daleo Inc. wkaufman@smwb.com
William S. Lisa   on behalf of Interested Party   California Self-Insurers' Security Fund
   wlisa@nixonpeabody.com,  jcaruso@nixonpeabody.com
William Thomas Lewis   on behalf of Interested Party   Fremont Bank wtl@roblewlaw.com,
   kimwrenn@msn.com
Xiyi  Fu   on behalf of Creditor   Quanta Energy Services LLC jackie.fu@lockelord.com,
   taylor.warren@lockelord.com
Yosef  Peretz   on behalf of Creditor Cara  Feneis skim@peretzlaw.com

                                                                    TOTAL: 487



Signed and Filed: May 8, 2020

_____

**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) Bankruptcy Case |
| | ) No. 19-30088-DM |
| PG&E CORPORATION, | ) |
| | ) Chapter 11 |
| - and - | ) |
| | ) Jointly Administered |
| PACIFIC GAS AND ELECTRIC COMPANY,) | |
| | ) |
| Debtors. | ) Date:   May 12, 2020 |
| | ) Time:   10:00 AM |
| ☐ Affects PG&E Corporation | ) Place:  Courtroom 17 |
| ☐ Affects Pacific Gas and | )          450 Golden Gate Ave. |
| Electric Company | )          16th Floor |
| ☒ Affects both Debtors | )          San Francisco, CA |
| | ) |
| * All papers shall be filed in | ) |
| the Lead Case, No. 19-30088 (DM). | ) |
| | ) |

### ORDER RE HEARING ON MOTION TO DESIGNATE BALLOTS

At the hearing on May 12, 2020, at 10:00 AM, the court will allow a total of forty minutes for oral argument by William B. Abrams on his Motion to Designate Improperly Solicited Votes (Dkt. Nos. 6799 & 6946).  That motion has been joined by Karen Gowins (Dkt. Nos. 6944 & 7073), Wagner Law Group (Dkt. No. 6981) and Cheryl Maynard (Dkt. No. 7004).  Mr. Abrams should confer with counsel for Ms. Gowins and Wagner and with Ms. Maynard to

-1-

divide their time as they choose, reserving a portion of their total time for rebuttal.

Counsel for Certain Fire Victims (Dkt. No. 6939) filed a purported joinder that does not address the issues raised by Mr. Abrams or the issue identified by this court in the Order Shortening Time for Hearing on Motion to Designate (Dkt. No. 7049). If Mr. Abrams chooses to share his time with this group, he may do so. Otherwise the court will not permit it to argue.

The court will also allow a total of forty minutes for oral argument in opposition to the motion, to be divided among Watts Guerra (Dkt. Nos. 6801, 6973, 7129), the SLF Fire Victims (Dkt. Nos. 6891 & 6983) and any other party who files a joinder by the May 8, 2020 deadline.

***END OF ORDER***

-2-

COURT SERVICE LIST

William Abrams
1519 Branch Owl Place
Santa Rosa, CA 95409

Cheryl Maynard
fordt57@gmail.com
Chambers to serve by email

-3-