JEREMIAH F. HALLISEY (SBN 4001)
KAREN J. CHEDISTER (SBN 99473)
HALLISEY AND JOHNSON PC
465 California St, Ste 405
San Francisco, CA 94104
Telephone: (415) 433—5300
Email: jfhallisey@h-jlaw.com
jfhallisey@gmail.com

FRANCIS O. SCARPULLA (SBN 41059)
PATRICK B. CLAYTON (SBN 240191)
LAW OFFICES OF FRANCIS O. SCARPULLA
456 Montgomery Street, 17th Floor
San Francisco, CA 94104
Tel: (415) 788-7210
Email: fos@scarpullalaw.com
pbc@scarpullalaw.com

QUENTIN L. KOPP (SBN 25070)
DANIEL S. MASON (SBN 54065)
THOMAS W. JACKSON (SBN 107608)
FURTH SALEM MASON & LI LLP
640 Third Street, 2nd Floor
Santa Rosa, CA 95404-4445
Telephone: (707) 244-9422
Email: quentinlkopp@gmail.com
dmason@fsmllaw.com
tjackson@fsmllaw.com

*[Attorneys for clients as listed on signature page])*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors. | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br><br>(Jointly Administered)<br><br>**DECLARATION OF JEREMIAH F. HALLISEY, ESQ. IN SUPPORT OF JOINDER OF CERTAIN FIRE VICTIMS IN WILLIAM B. ABRAMS MOTION TO DESIGNATE IMPROPERLY SOLICITED VOTES PURSUANT TO 11 U.S.C. §§ 1125(B) AND 1126(E) AND BANKRUPTCY RULE 2019**<br><br>Date: May 12, 2020<br>Time: 10:00 a.m.:<br>Place: Courtroom 17, 450 Golden Gate Ave., 16th Floor, San Francisco, CA |

I, Jeremiah F. Hallisey, declare as follows:

1. I am a member in good standing of the State Bar of California and am the attorney

of record for claimants/fire victims William O'Brien, Ming O'Brien, Fuguan O'Brien; Michael Heinstein, Kye Heinstein, Karen Roberds. Anita Freeman; William N. Steel, and Clinton Reilly in this proceeding.

2. I have personal knowledge of the facts stated herein and I could and would competently and truthfully testify to those facts if called as witness.

3. This Declaration is submitted in support of the Joinder of Certain Fire Victims in William B. Abrams Motion to Designate Improperly Solicited Votes Pursuant to 11 U.S.C. §§ 1125(B) and 1126(E) and Bankruptcy Rule 2019 14 3.

4. Attached hereto as **Exhibit 1** is a true and correct copy of the Declaration of Karen Lynn Ingalls, *Pro Per* Claimant and Fire Victim, dated May 7, 2020. Attached hereto as **Exhibit 2** is a true and correct copy of the Declaration of Debbie Pool, *Pro Per* Claimant and Fire Victim, dated May 7, 2020.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 10, 2020 at San Francisco California.

/s/ Jeremiah F. Hallisey
Jeremiah F. Hallisey
Hallisey and Johnson, PC
465 California Street, Suite 405
San Francisco, CA 94104-1812
Telephone: (415) 433-5300
Email: jfhallisey@gmail.com

Attorneys for William, Ming, and Fuguan O'Brien; Kye and Michael Heinstein; Clint Reilly; Karen Roberds and Anita Freeman; and William N. Steel

FRANCIS O. SCARPULLA (SBN 41059)
PATRICK B. CLAYTON (SBN 240191)
LAW OFFICES OF FRANCIS O. SCARPULLA
456 Montgomery Street, 17th Floor
San Francisco, CA 94104
Tel: (415) 788-7210
Email: fos@scarpullalaw.com
pbc@scarpullalaw.com

Attorneys for GER HOSPITALITY, LLC and ADOLFO VERONESE FAMILY

QUENTIN L. KOPP (SBN 25070)
DANIEL S. MASON (SBN 54065)
THOMAS W. JACKSON (SBN 107608)

- 2 -   USBC/NDCA NO. 19-30088 (DM)

FURTH SALEM MASON & LI LLP
640 Third Street, 2nd Floor
Santa Rosa, CA 95404-4445
Telephone: (707) 244-9422
Email: quentinlkopp@gmail.com
dmason@fsmllaw.com
tjackson@fsmllaw.com

Attorneys for Ken Born, Christine Born, Cathy Ference, William Ference, Allen Goldberg, Robert Johnson, Patricia Goodberg, Paul Goodberg, Terence Redmond, Melissa Redmond, Sonoma Court Shops, Inc., and Rita Godward

# CERTIFICATE OF SERVICE

I, Karen J. Chedister, declare as follows:

I am over the age of eighteen (18) years and not a party to the within action. My business address is 465 California street, Suite 405, San Francisco, CA 94104.

On May 10, 2020, I served document(s) described as:

**DECLARATION OF JEREMIAH F. HALLISEY, ESQ. IN SUPPORT OF JOINDER OF CERTAIN FIRE VICTIMS IN WILLIAM B. ABRAMS MOTION TO DESIGNATE IMPROPERLY SOLICITED VOTES PURSUANT TO 11 U.S.C. §§ 1125(B) AND 1126(E) AND BANKRUPTCY RULE 2019**

on the interested parties in this action as follows:

BY E-MAIL/NEF: Service was accomplished through the Notice of Electronic Filing ("NEF") for all parties and counsel who are registered ECF Users and those identified below:

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. This declaration was executed on May 7, 2020 at San Francisco, California.

*/s/ Karen J. Chedister*

Karen J. Chedister, Esq.

**EXHIBIT 1 TO**

**DECLARATION OF JEREMIAH F. HALLISEY, ESQ. IN SUPPORT OF JOINDER OF CERTAIN FIRE VICTIMS IN WILLIAM B. ABRAMS MOTION TO DESIGNATE IMPROPERLY SOLICITED VOTES PURSUANT TO 11 U.S.C. §§ 1125(B) AND 1126(E) AND BANKRUPTCY RULE 2019**

Karen Lynn Ingalls
108 Ivy Lane
Calistoga, CA 94515
*Claimant*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

In re:

PG&E CORPORATION,

-and-

PACIFIC GAS AND ELECTRIC COMPANY,

Debtors.

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☒ Affects both Debtors

\* *All papers shall be filed in the lead case, No. 19-30088 (DM)*

Bankr. Case No. 19-30088 (DM)
Chapter 11
(Lead Case)
(Jointly Administered)

**DECLARATION OF KAREN LYNN INGALLS**

I hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. I am a fire claimant in the above-referenced case. I incurred fire damage and losses at 8811 Franz Valley School Road, Calistoga, CA during the Tubbs Fire. My Proof of Claim is number 85774, filed on October 21, 2019. I am not represented by an attorney in the PG&E matter.

DECLARATION OF KAREN LYNN INGALLS
1

2. As of May 6, 2020, I had not received the Disclosure Statement, Ballots and related materials

I declare under penalty of perjury pursuant to the Laws of the State of California that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct and that this declaration was executed at Calistoga on May 7, 2020.

108 Ivy Lane

*Karen Lynn Ingalls*
Karen Lynn Ingalls, Claimant

---

DECLARATION OF KAREN LYNN INGALLS

2

**EXHIBIT 2 TO**

**DECLARATION OF JEREMIAH F. HALLISEY, ESQ. IN SUPPORT OF JOINDER OF CERTAIN FIRE VICTIMS IN WILLIAM B. ABRAMS MOTION TO DESIGNATE IMPROPERLY SOLICITED VOTES PURSUANT TO 11 U.S.C. §§ 1125(B) AND 1126(E) AND BANKRUPTCY RULE 2019**

Debbie Pool
121 Penzance Ave, #152
Chico, CA 95973
*Claimant*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re:

PG&E CORPORATION,

    -and-

PACIFIC GAS AND ELECTRIC COMPANY,

              Debtors.

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☒ Affects both Debtors

\* *All papers shall be filed in the lead case, No. 19-30088 (DM)*

Bankr. Case No. 19-30088 (DM)
Chapter 11
(Lead Case)
(Jointly Administered)

**DECLARATION OF DEBBIE POOL**

    I hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

    1.    I am a fire claimant in the above-referenced case. I incurred fire damage and losses at 9183 Skyway in Paradise, CA during the Camp Fire. My Proof of Claim is number 13959, filed on October 4, 2019. I amended my Proof of Claim on March 11, 2020, to remove Joseph M. Earley as my attorney.

2. I engaged Joseph M. Earley III to represent me in connection with my claims against Debtors. At the time I engaged Mr. Earley, I did not understand that Watts Guerra would also be representing me and managing my claim.

3. I have been urged and pushed to vote to approve the PG&E Plan of Reorganization since the beginning of February 2020. Attached as **Exhibit A** are true and correct copies of two emails urging me to accept the Plan and that I received in February 2020.

4. I told Watts Guerra that I was terminating their engagement on February 28, 2020, then again on February 29, 2020, and a third time on March 3, 2020. I spoke to Guy Watts on March 9, 2020. He asked why I was terminating the relationship, so I gave him several reasons. He raised his voice and argued with me. I felt rudely treated. I did not get confirmation that they had closed my file until April 6, 2020.

5. Although Guy Watts told me he would close my file on March 12, 2020, I continued receiving calls, e-mails, and texts URGING me to vote yes. In total, there were seven texts, twelve calls, and three emails, all about voting through their portal even though I was no longer a client. Attached as **Exhibit B** is a true and correct copy of an email I received at 8:23 AM urging me to accept the Plan. Attached as **Exhibit C** is a true and correct copy of the list of phone messages I received from Watts Guerra urging me to vote to approve the Plan. Attached as **Exhibit D** are true and correct copies of the text messages I received urging me to vote to approve the Plan.

6. To my knowledge, at no time while Watts Guerra was representing me did I receive any written or verbal disclosures from Watts Guerra regarding its line of credit or financing arrangements with Centerbridge Partners or Apollo Capital.

I declare under penalty of perjury pursuant to the Laws of the State of California that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct and that this declaration was executed at 11 AM on May 7, 2020.

                                              /s/ Debbie Pool
                                              Debbie Pool
                                              Claimant

# EXHIBIT A

## Vote Solicitation Prior to March 31



DECLARATION OF DEBBIE POOL
3

# EXHIBIT B

## Vote Solicitation on March 31



# EXHIBIT C

## Voicemail List

 

# EXHIBIT D

## Text Messages





