**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**,<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>*\* All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF AGENDA FOR MAY 12, 2020, 10:00 A.M. OMNIBUS HEARING**<br><br>Date: May 12, 2020<br>Time: 10:00 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

**PROPOSED AGENDA FOR
MAY 12, 2020, 10:00 A.M. (PACIFIC TIME)
OMNIBUS HEARING**

**I:** **MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**

*CONTESTED MATTER GOING FORWARD*

 1. **Abrams' Motion to Designate**: *William B. Abrams Motion to Designate Improperly Solicited Votes Pursuant to 11 U.S.C. §§ 1125(b) and 1126(e) and Bankruptcy Rule 2019* [**Dkt. 6799**].

  Response Deadline: May 8, 2020, at 4:00 p.m. (Pacific Time).

  Responses Filed:

  A. Preliminary Opposition to William B. Abrams Motion to Designate Improperly Solicited Votes Pursuant to 11 U.S.C. §§ 1125(b) and 1126(e) and Bankruptcy Rule 2019 [**Dkt. 6801**].

  B. Opposition to William B. Abrams Motion to Designate Improperly Solicited Votes Pursuant to 11 U.S.C. §§ 1125(b) and 1126(e) and Bankruptcy Rule 2019; Joinder to Preliminary Opposition to William B. Abrams Motion to Designate Improperly Solicited Votes Pursuant to 11 U.S.C. §§ 1125(b) and 1126(e) and Bankruptcy Rule 2019 Filed by Numerous Wild Fire Claimants [**Dkt. 6891**].

  C. Joinder of Certain Fire Victims in William B. Abrams Motion to Designate Improperly Solicited Votes Pursuant to 11 U.S.C. §§ 1125(b) and 1126(e) and Bankruptcy Rule 2019 [**Dkt. 6939**].

  D. Joinder on Behalf of Karen Gowins in William B. Abrams' Motion to Designate Improperly Solicited Votes Pursuant to 11 U.S.C. §§ 1125(b) and 1126(e) and Bankruptcy Rule 2019 [**Dkt. 6944**].

  E. Response to the Opposition of William B. Abrams Motion to Designate Improperly Solicited Votes Pursuant to 11 U.S.C. §§ 1125(b) and 1126(e) and Bankruptcy Rule 2019 [**Dkt. 6946**].

  F. Reply to Doc. #6944 (Kane/Gowins) Regarding William B. Abrams Motion to Designate Improperly Solicited Votes Pursuant to 11 U.S.C. §§ 1125(b) and 1126(e) and Bankruptcy Rule 2019 [**Dkt. 6973**].

  G. Joinder of Certain Fire Victims in William B. Abrams' Motion Designating Improperly Solicited Votes Pursuant to 11 U.S.C. §§ 1125(b) and 1126(e) and Bankruptcy Rule 2019 [**Dkt. 6981**].

  H. Joinder by 11,300 Individual Fire Victim Claimants to Doc. 6973, Reply to Doc# 6944, Regarding Abrams Motion to Designated Improperly Solicited Votes [**Dkt. 6983**].

  I. Letter to the Court from Cheryl Maynard [**Dkt. 7004**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

J.     Notice of Plan Voting Procedure Irregularities [**Dkt. 7069**].

K.     Supplement to Joinder on Behalf of Karen Gowins in William B. Abrams' Motion to Designate Improperly Solicited Votes Pursuant to 11 U.S.C. §§ 1125(b) and 1126(e) and Bankruptcy Rule 2019 [**Dkt. 7073**].

L.     Debtors' Response to Motion of William B. Abrams to Designate Votes Pursuant to 11 U.S.C. §§ 1125(b) and 1126(e) and Fed. R. Bankr. P. 2019 [**Dkt. 7128**].

M.     Supplement to Joinder by 11,300 Individual Fire Victim Claimants to Dk. No. 6973, Reply to Dk. No. 6944, Regarding Abrams Motion to Designated Improperly Solicited Votes [**Dkt. 7132**].

N.     Reservation of Rights of the Official Committee of Tort Claimants to the Motion of William B. Abrams to Designate Improperly Solicited Votes Pursuant to §§ 1125(b) and 1126(e) and Bankruptcy Rule 2019 [**Dkt. 7135**].

O.     Declaration of Jeremiah F. Hallisey, Esq. in Support of Joinder of Certain Fire Victims in William B. Abrams Motion to Designate Improperly Solicited Votes Pursuant to 11 U.S.C. §§ 1125(b) and 1126(e) and Bankruptcy Rule 2019 [**Dkt. 7140**].

<u>Related Orders</u>:

P.     Order Denying Motion to Shorten Time [**Dkt. 6800**].

Q.     Order Denying Second Motion to Shorten Time [**Dkt. 6976**].

R.     Order Shortening Time for Hearing on Motion to Designate [**Dkt. 7049**].

S.     Order Re Hearing on Motion to Designate Ballots [**Dkt. 7134**].

<u>Status</u>: This matter is going forward on a contested basis.

*STATUS CONFERENCE*

2.     **Confirmation Hearing Protocol.**

<u>Status</u>: The Debtors propose to discuss a proposed schedule and procedures for the Confirmation Hearing that the Debtors intend to file prior to the hearing.

*RESOLVED AND CONTINUED MATTERS*

3.     **Hinkley Movants' Relief from Stay Motions**: *Hinkley Movants' Motions for Relief from Automatic Stay by the Unsecured Creditors in Pro Se* [**Dkts. 6803, 6805, 6807, 6809, 6811, 6814, 6815, 6817, 6819, 6821, 6823, 6825, 6828, 6830, 6832, 6834, 6836, 6838, 6840, 6842, 6844, 6846, 6848, 6850, 6852, and 6854**].

<u>Response Deadline</u>: May 5, 2020.

Responses Filed:

A. Notice of the Utility's Non-Opposition to Motions by 26 Hinkley Claimants for Relief from the Automatic Stay [**Dkt. 6962**].

Related Order:

B. Order Setting Hearing and the Tentative Ruling on Motions for Relief from Stay [**Dkt. 6867**].

C. Order Granting Motions for Relief from Stay [**Dkt. 6998**].

Status: This matter has been resolved and taken off calendar by order [**Dkt. 6998**].

4. **Motion to Enlarge Time**: *Motion Pursuant to Fed. R. Bankr. P. 9006(b)(1) to Enlarge the Time for Gene Descalzi and Leonarda Rombaoa to File Proof of Claims* [**Dkt. 6777**].

Response Deadline: May 5, 2020.

Responses Filed:

A. Stipulation Enlarging Time for Gene Descalzi and Leonarda Rombaoa to File Proofs of Claim [**Dkt. 6952**].

Related Documents:

B. Declaration of Arsen Sarapinian in Support of Motion Pursuant to Fed. R. Bankr. P. 9006(b)(1) to Enlarge the Time for Gene Descalzi and Leonarda Rombaoa to File Proof of Claims [**Dkt. 6778**].

C. Declaration of Gene Descalzi in Support of Motion Pursuant to Fed. R. Bankr. P. 9006(b)(1) to Enlarge the Time for Gene Descalzi and Leonarda Rombaoa to File Proof of Claims [**Dkt. 6779**].

D. Declaration of Leonarda Rombaoa in Support of Motion Pursuant to Fed. R. Bankr. P. 9006(b)(1) to Enlarge the Time for Gene Descalzi and Leonarda Rombaoa to File Proof of Claims [**Dkt. 6780**].

Related Order:

E. Order Approving Stipulation Enlarging Time for Gene Descalzi and Leonarda Rombaoa to File Proofs of Claim [**Dkt. 7021**].

Status: This matter has been resolved and taken off calendar by order [**Dkt. 7021**].

5. **Debtors' 503(b)(9) Motion**: *Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9)* [**Dkt. 2896**].

Response Deadline: July 31, 2019, at 4:00 p.m. (Pacific Time).

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Responses Filed:

A. Response in Opposition to Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3263**].

B. Response of C.H. Reynolds Electric, Inc. to Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3267**].

C. Opposition of Shiloh IV Lessee, LLC to Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3284**].

D. Opposition of Marsh Landing, LLC to Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3286**].

E. Proposed Document Filed Under Seal [**Dkt. 3287**].

F. Response of Claimant Global Ampersand LLC to Objection of Debtors to Claim Asserted by Claimant Pursuant to 11. U.S.C. § 503(b)(9) [**Dkt. 3288**].

G. Response of Surf to Snow Environmental Resource Management, Inc. to Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3302**].

H. Omnibus Stipulation Between Debtors and Certain Claimants Extending Time to Respond to Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3306**].

I. Response of U.S. Telepacific Corp. DBA TPX Communications to Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3313**].

J. Letter to Court from Hypower, Inc. Regarding Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3315**].

K. Exhibit A of Response of C.H. Reynolds Electric, Inc. to Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3324**].

Related Documents:

L. Declaration of Robb C. McWilliams in Support of Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 2897**].

| | |
|---|---|
| M. | Notice of Filing of Revised Proposed Order Approving Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3522**]. |

Related Orders:

| | |
|---|---|
| N. | Order Granting Omnibus Stipulation Between Debtors and Certain Claimants Extending Time to Respond to Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3365**]. |
| O. | Order Granting Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3564**]. |

Status: This matter has been continued to May 19, 2020, solely with respect to the Marsh Landing LLC Claim.

6. **Governmental Fire Claims Settlements Motion**: *Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 9019 for Entry of an Order (I) Approving Settlements with Federal and State Agencies of Governmental Agency Fire Claims, and (II) Granting Related Relief* [**Dkt. 6940**].

Response Deadline: May 4, 2020, at 4:00 p.m. (Pacific Time).

Responses Filed:

| | |
|---|---|
| A. | Joinder by the Singleton Law Firm Fire Victim Claimants in the Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 9019 for Entry of an Order (I) Approving Settlements with Federal and State Agencies of Governmental Agency Fire Claims, and (II) Granting Related Relief [**Dkt. 7018**]. |
| B. | Joinder of the Official Committee of Tort Claimants in the Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 9019 for Entry of an Order (I) Approving Settlements with Federal and State Agencies of Governmental Agency Fire Claims, and (II) Granting Related Relief (the "Governmental Fire Claims Settlements Motion") [**Dkt. 7127**]. |

Related Documents:

| | |
|---|---|
| C. | Declaration of Stephen Karotkin in Support of Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 9019 for Entry of an Order (I) Approving Settlements with Federal and State Agencies of Governmental Agency Fire Claims, and (II) Granting Related Relief [**Dkt. 6941**]. |

Status: This matter was granted and taken off calendar by May 10, 2020 Docket Text Order.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at:pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: May 11, 2020

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**

By: */s/ Dara Silveira*
     Dara L. Silveira

*Attorneys for Debtors and Debtors in Possession*