M. Anthony Soares (SBN 078934)
MINASIAN, MEITH, SOARES,
SEXTON & COOPER, LLP
1681 Bird Street
Post Office Box 1679
Oroville, California 95965-1679
Telephone: 530.533.2885
Facsimile: 530.533.0197

Attorneys for BUTTE COUNTY
MOSQUITO AND VECTOR CONTROL DISTRICT

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>   -and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>                Debtors. | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case) (Jointly Administered)<br><br>**JOINDER IN OBJECTION OF ADVENTIST HEALTH, AT&T, PARADISE ENTITIES AND COMCAST TO TRUST DOCUMENTS**<br><br>Date:   May 15, 2020<br>Time:  10:00 a.m. (PT)<br>Place:  Courtroom 17<br>Judge:  Honorable Dennis Montali |

Claimant Butte County Mosquito and Vector Control District, by this filing, supports and joins in the Objection of Adventist Health, AT&T, Paradise Entities and Comcast to Trust Documents.

DATED: May 8, 2020

                              MINASIAN, MEITH, SOARES,
                              SEXTON & COOPER, LLP

                        By:  /s/ M. Anthony Soares
                              M. ANTHONY SOARES
                              Attorney for Plaintiff, BUTTE COUNTY
                              MOSQUITO AND VECTOR CONTROL
                              DISTRICT