# EXHIBIT A

**Confirmation Hearing Protocol**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153-0119

# PROPOSED PG&E CONFIRMATION HEARING PROTOCOL

| | |
|---|---|
| May 15, 2020 | Plan Objection Deadline including Supporting Witness Declarations for Objections[1] |
| May 18, 2020 | Objecting Parties That Intend to Participate at Confirmation Hearing To Identify Exhibits For Hearing |
| May 19, 2020 | Pre-Confirmation Hearing Court Scheduling Conference to Discuss the Conduct of the Confirmation Hearing |
| May 22, 2020 | Plan Proponents/Supporters Reply to Plan Confirmation Objections including Reply Supporting Witness Declarations |
| May 22, 2020 | Plan Proponents/Supporters Identify Exhibits For Confirmation Hearing |
| May 22, 2020 | All Parties That Intend to Participate at Confirmation Hearing to Provide Names/Email to Court of Speaking Attorneys and Witnesses |
| May 22, 2020 | Debtors Advise Court of Unresolved Disputes |
| May 25, 2020 | Deadline For All Parties To Object to Exhibits (4 pm Pacific) |
| May 27, 2020 | Confirmation Hearing Begins |

---

[1] All affirmative testimony of witnesses to be provided by declaration and declarants for all Parties to be available for cross-examination during the hearing.