WATTS GUERRA LLP
Mikal C. Watts
Paige Boldt, SBN 308772
70 Stony Point Road, Suite A
Santa Rosa, California 95401
Phone: (707) 241-4567
2561 California Park Drive, Suite 100
Chico, California 95928
Phone: (530) 240-6116
Email: mcwatts@wattsguerra.com

*Attorney for Numerous Wild Fire Claimants*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**OPPOSITION TO DECLARATION AND SUPPLEMENTAL DECLARATION OF JEREMIAH F. HALLISEY, ESQ. IN SUPPORT OF JOINDER OF CERTAIN FIRE VICTIMS IN WILLIAM B. ABRAMS MOTION TO DESIGNATE IMPROPERLY SOLICITED VOTES PURSUANT TO 11 U.S.C. §1125(B) AND 1126(E) AND BANKRUPTCY RULE 2019**<br><br>Date: May 12, 2020<br>Time: 10:00 a.m.<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA 94102<br><br>Re: Docket No. 7140, 7148 |

TO THE COURT, ALL PARTIES, AND ALL ATTORNEYS OF RECORD

On May 10, 2020, at 11:14:15 p.m. on a Sunday evening, Jeremiah Hallisey filed his Declaration of Jeremiah Hallisey, Esq. in Support of Joinder of Certain Fire Victims in William B. Abrams Motion to Designate Improperly Solicited Votes Pursuant to 11 U.S.C. §§ 1125(B) and

- 1 -

1126(E) and Bankruptcy Rule 2019 (Doc. #7140). On May 11, 2020, at 9:06:09 p.m., Jeremiah Hallisey then filed his Supplemental Declaration of Jeremiah Hallisey, Esq. in Support of Joinder of Certain Fire Victims in William B. Abrams Motion to Designate Improperly Solicited Votes Pursuant to 11 U.S.C. §§ 1125(B) and 1126(E) and Bankruptcy Rule 2019 (Doc. #7148). Though Doc. #7140 and Doc, #7148 are untimely and should be stricken for that reason alone, WATTS GUERRA LLP - out of an abundance of caution - provides the following short Opposition to these filings for this Court's consideration.

## I. RESPONSE TO EX. I - DECLARATION OF KAREN LYNN INGALLS

WATTS GUERRA has never represented Karen Lynn Ingalls, and has no information concerning her receipt or non-receipt of information from Prime Clerk. Nonetheless, the declaration of a single individual does not justify the relief sought – the disenfranchisement of more than 13,000 WATTS GUERRA clients who already have voted to ACCEPT the Plan.

## II. RESPONSE TO EX. II - DECLARATION OF DEBBIE POOL

WATTS GUERRA respectfully responds herewith to each of the statements made in the Declaration of Debbie Pool ("POOL"), its former client.

### A. POOL KNEW OR SHOULD HAVE KNOWN OF WATTS GUERRA'S INVOLVEMENT IN REPRESENTING HER AND MANAGING HER CLAIM

1. In Paragraph 2 of her Declaration, POOL writes, "[a]t *the time I engaged Mr. Earley, I did not understand that Watts Guerra would also be representing me and managing my claim."* (Doc. #7140, p. 9). However, she signed a Contract of Employment and Consent to Fee Sharing (Camp Fire) with WATTS GUERRA and others that specifically states otherwise. *See* Declaration of Mikal C. Watts, ¶4, attached hereto as Exhibit 1. In that contract, POOL personally signed a Contract of Employment and Consent to Fee Sharing (Camp Fire) that stated:

> - "The undersigned called "Client" (Client's printed name – Debbie Pool), hereby employs the Law Office of Doug Boxer, Law Office of Joseph Earley, Watts Guerra LLP, and Mauro O'Neill Archer LLC, called "the Firms," as my

- 2 -

- attorneys to represent me in all claims, suits, or other matters arising out of and resulting from damages suffered by me from the November 2018 wildfire occurring in Butte County, California.

- 3. CONTINGENCY FEE ARRANGEMENT. The Firms will assume joint responsibility for the Client's representation….

- 3. Client consents to the Firms' sharing these attorneys' fees as follows: 5% to the Law Office of Douglas Boxer, 5% to the Law Office of Joseph Earley, 60% to Watts Guerra LLP and 30% to Mauro O'Neill Archer LLC.

Moreover, after POOL personally signed this contract, and a copy of it was sent to her by WATTS GUERRA, together with a litany of quarterly update letters from WATTS GUERRA, together with weekly updates from Joe Earley from March, 2019 to the present. *See* Declaration of Mikal Watts, ¶4, , attached hereto as Exhibit 1.

### B. EARLEY'S FEBRUARY, 2020 EMAILS TO POOL WERE NORMAL CLIENT UPDATES, NOT SOLICITATIONS FOR VOTES PRIOR TO MARCH 31, 2020

In Paragraph 2 of her Declaration, POOL writes, "[a]ttached as Exhibit A are true and correct copies of two emails urging me to accept the Plan and that I received in February 2020." For four reasons, those emails are not premature solicitations of votes under 11 U.S.C. §1125(b).

*First*, Joe Earley's February 14, 2020 email to POOL was not a solicitation for her vote prior to the transmission of the court-ordered Disclosure Statement and other materials. Rather, it was an email in direct reply to the email that she sent to him. *See* Exhibit "A" to the Declaration of Joe Earley, ¶5, attached hereto as Exhibit 2.

*Second*, POOL now confuses Joe Earley's weekly client update email on February 21, 2020 as a solicitation for her to accept the Plan then. Indeed, no email from Joe Earley, nor any other lawyer working with WATTS GUERRA, ever solicited a vote from any of its clients prior to March 31, 2020 when WATTS GUERRA transmitted to its clients the court-ordered materials, including the court-approved Disclosure Statement. *See* Declaration of Joe Earley, ¶¶6, 8, attached hereto as Exhibit 2.

***Third***, no client of WATTS GUERRA, nor of Joe Earley, nor any other lawyer working with WATTS GUERRA, was even given an opportunity to vote prior to March 31, 2020. *See* Declaration of Mikal C. Watts, ¶5, attached hereto as Exhibit 1; Declaration of Joe Earley, ¶7, attached hereto as Exhibit 2; Declaration of Roy Miller, ¶5, attached hereto as Exhibit 4.

***Fourth***, clients of WATTS GUERRA and Joe Earley have continued to receive weekly updates since the voting period began. Since March 31, 2020, Joe Earley has sent out the following weekly client updates:

- 04/03/2020 - April 3rd Client Update;
- 04/10/2020 - April 10th Client Update;
- 04/17/2020 - April 17th Client Update;
- 04/24/2020 - April 24th Client Update;
- 05/01/2020 - Bankruptcy Vote / Settlement Claims Update; and
- 05/08/2020 - May 8th Client Update.

**C. ONLY AFTER POOL TERMINATED HER ENGAGEMENT WITH WATTS GUERRA IN WRITING DID WATTS GUERRA THEN APPROPRIATELY CLOSE HER FILE ON APRIL 6, 2020**

In Paragraphs 4-5 of her Declaration, POOL writes:

> I told Watts Guerra that I was terminating their engagement on February 28, 2020, then again on February 29, 2020, and a third time on March 3, 2020. I spoke to Guy Watts on March 9, 2020. He asked why I was terminating the relationship, so I gave him several reasons. He raised his voice and argued with me. I felt rudely treated. I did not get confirmation that they had closed my file until April 6, 2020.

However, WATTS GUERRA tracks each communication it has with its clients, and its records of communications with POOL demonstrates that it terminated its relationship with her. These contemporaneously-prepared records of WATTS GUERRA's communication with POOL support the recollection of Guy L. Watts II, who in his Declaration, attached hereto as Exhibit 3, declares under penalty of perjury as follows:

- On March 6, 2020, I was asked by a member of our firm to contact client Debbie Pool ("POOL"), who had asked to speak with a lawyer. On March 6, 2020, I left a voice message on Ms. Pool's mobile phone. This message did not solicit or even mention a vote of PG&E's reorganization plan. (Declaration of Guy L. Watts II, Ex. 3 hereto, ¶3);

- On March 9, 2020, I spoke with Ms. Pool. I vividly recall my conversation with POOL, because after addressing several of her concerns, POOL thanked me for my work and for spending so much time on the phone with her (I looked at my office phone and noted a 51-minute call). (Declaration of Guy L. Watts II, Ex. 3 hereto, ¶4);

- Before hanging up, I confirmed with Ms. Pool that she wanted us to continue working on her behalf. She said she did, so I told her I would send an email to her, confirming her desire for us to continue her representation and providing her contact information for other members of our team who could help with any future questions. (Declaration of Guy L. Watts II, Ex. 3 hereto, ¶5);

- After the call, on March 9, 2020 at 12:55 pm, I emailed Ms. Pool, referencing our call, confirming our continued representation, and introducing her to other members of our team. (Declaration of Guy L. Watts II, Ex. 3 hereto, ¶6);

- Thereafter, I received a communication from Ms. Pool asking that we end our representation of her. I then copied my assistant, and advised Ms. Pool that we would be closing her file. (Declaration of Guy L. Watts II, Ex. 3 hereto, ¶7); and

- Our firm's correspondence concerning the termination of our attorney-client relationship with Ms. Pool occurred on April 6, 2020. (Declaration of Guy L. Watts II, Ex. 3 hereto, ¶8).

**D. EXHIBIT "B" TO POOL'S DECLARATION, DATED MARCH 31, 2020, IS THE FIRST SOLICITATION OF A VOTE ON THE PLAN, AND CAME WITH A TRANSMISSION OF ALL COURT-ORDERED MATERIALS, INCLUDING THE DISCLOSURE STATEMENT**

In paragraph 5 of her declaration, POOL writes, "[a]ttached as Exhibit B is a true and correct copy of an email I received at 8:23 AM urging me to accept the Plan." Exhibit B is the first solicitation by WATTS GUERRA, or any lawyer with whom it is working, of a vote on the Plan, and it was sent to POOL together with a transmission of all court-ordered materials, including the Disclosure Statement. *See* Declaration of Mikal C. Watts, ¶6, attached hereto as Exhibit 1; Declaration of Joe Earley, ¶5, attached hereto as Exhibit 2; Declaration of Roy Miller, ¶6, attached hereto as Exhibit 4. In fact, WATTS GUERRA did not email POOL at 8:23 a.m.; she was texted

- 5 -

on March 31, 2020 at 9:43 p.m. PDT, and she first opened the it on April 1, 2020 at 10:12 a.m. PDT. The 8:23 a.m. shown on Exhibit B to POOL's declaration is the current time when she took a screenshot of the email, as all of the screenshots used in her exhibits have times between 8:23 a.m. and 8:45 a.m. *See* Declaration of Mikal C. Watts, ¶6, attached hereto as Exhibit 1. Nonetheless, the first voting solicitation sent to POOL went to her on March 31, 2020, together with the court-ordered documents including the Disclosure Statement.

### E. EXHIBIT "C" TO POOL'S DECLARATION, LISTING PHONE MESSAGES FROM WATTS GUERRA, DOES NOT INCLUDE A SOLICIATION OF VOTES PRIOR TO MARCH 31, 2020

In paragraph 5 of her declaration, POOL writes, "[a]ttached as Exhibit C is a true and correct copy of the list of phone messages I received from Watts Guerra urging me to vote to approve the Plan." WATTS GUERRA maintains the text of each message sent in this case, and affirms that no phone message prior to March 31, 2020 urged POOL or any other client to vote to approve the Plan prior to March 31, 2020 when the court-required materials including the Disclosure Statements were transmitted to WATTS GUERRA's clients, including POOL. *See* Declaration of Mikal C. Watts, ¶6, attached hereto as Exhibit 1. With respect to each of the Voicemails entitled "Lawsuit," referenced by POOL in Exhibit C, Mikal Watts personally left those for WATTS GUERRA's clients including POOL as follows:

| Date | Length | Text of Voice Mail Left by WATTS GUERRA |
|------|--------|------------------------------------------|
| 03/20 | 01:08 | "Hi, this is Mikal Watts, your attorney representing you in the wildfire cases against PG&E. I'm calling to invite you to a live, telephonic community forum tomorrow morning at 11 AM. There will be no in-person meeting this weekend because of the coronavirus, so this will be your opportunity to ask questions and be updated on the current status of the case. At 11 AM tomorrow, you will receive a call from this number and automatically be joined into our discussion. This call is for current clients only. Paid for by Watts Guerra LLP 530-413-8151." |
| 03/25 | 00:36 | "Hi, this is Mikal Watts, one of your attorneys, with Joe Earley, representing you in the wildfire case against PG&E. I'm calling to |

| | | | |
|---|---|---|---|
| | | | invite you to a second live telephone town hall community forum tomorrow afternoon at 4:40 PM. This will be your opportunity to ask questions and be updated on the current state of the case. At 4:40 pm tomorrow, you will receive a call from this number and automatically be joined into our live discussion. This call is for current clients only. Paid for by Watts Guerra LLP 530-413-8151." |
| | 03/26 | 00:33 | "Hi, this is Mikal Watts, your attorney representing you in the wildfire cases against PG&E. I'm calling to invite you to a live telephonic town hall meeting to update you on your case. If you'd like to join, please visit pgelawsuit.com/update right now to listen in and have your questions answered. Paid for by Watts Guerra LLP 530-413-8151." |
| | 03/30 | 00:35 | "Hi, this is Mikal Watts, your attorney representing you in the wildfire cases against PG&E. I'm calling to invite you to a live telephone community forum tomorrow evening at 5:20 PM. I'll update you on the status of your case, the upcoming vote, and I'll also be able to take your questions on this call. At 5:20 pm tomorrow you will receive a call from this number and automatically be joined into our live discussion. This call is for current clients only. Paid for by Watts Guerra LLP 530-413-8151." |
| | 03/31 | 00:42 | "Hi, this is Mikal Watts, your attorney representing you in the wildfire cases against PG&E. After extensive negotiations, last night PG&E announced that their $4 million fine that's owed to the district attorney in Butte County for the Camp Fire will not come from the Fire Victims Trust. That means it will not affect the amount available to you in the Trust. Later today, you'll receive a text and email information on how you can vote to accept this settlement. We'll also be calling you shortly after 5:20 this evening for a live telephone town hall. We urge you to vote to accept this settlement and we will continue to answer any questions you have. Paid for by Watts Guerra LLP 530-413-8151." |
| | 03/31 | 00:32 | "Hi, this is Mikal Watts, your attorney representing you in the wildfire cases against PG&E. I'm calling to invite you to a live telephonic town hall meeting to update you on your case. If you'd like to join, please visit pgelawsuit.com/update right now to listen in and have your questions answered. Paid for by Watts Guerra LLP 530-413-8151." |
| | 04/01 | 00:30 | "Hi, this is Mikal Watts, your attorney in the wildfire litigation against PG&E. Voting on PG&E's $13.5 billion settlement has begun. You should've already received a text message with instructions on how to cast a ballot. We strongly urge all of our clients to vote to accept this settlement, but if you've not already |

| | | |
|---|---|---|
| | | responded to each of the links we've texted you, please do so today. Thank you. Paid for by Watts Guerra LLP 530-413-8151." |
| 04/04 | 00:33 | "Hi, this is Mikal Watts, your attorney representing you in the wildfire cases against PG&E. I'm calling to invite you to a live telephonic town hall meeting to update you on your case. If you'd like to join, please visit pgelawsuit.com/update right now to listen in and have your questions answered. Paid for by Watts Guerra LLP 530-413-8151." |

*See* Declaration of Mikal C. Watts, ¶7, attached hereto as Exhibit 1. As to the call from Guy Watts dated March 6, 2020, it did not involve a solicitation of POOL for her to vote in favor of the Plan. Declaration of Guy L. Watts II, ¶3, attached hereto as Exhibit 3. Moreover, while a call from "George" is referenced in Exhibit C to POOL's Declaration, Exhibit 2 to Doc. #7140, it is not a call, nor a solicitation for votes, from WATTS GUERRA. *See* Declaration of Mikal C. Watts, ¶9, attached hereto as Exhibit 1. The reference to a call from "George" on October 24, 2019 in Exhibit C of Exhibit 2 to Doc. #7140 does not involve a solicitation for votes from WATTS GUERRA. Indeed, at no time during WATTS GUERRA's involvement in this litigation against PG&E, from October of 2017 to the present, has WATTS GUERRA employed an individual named "George." *See* Declaration of Mikal C. Watts, ¶9, attached hereto as Exhibit 1.

  F. **EXHIBIT "D" TO POOL'S DECLARATION, LISTING TEXT MESSAGES FROM WATTS GUERRA, DOES NOT INCLUDE A SOLICIATION OF VOTES PRIOR TO MARCH 31, 2020, WHEN THE COURT-ORDERED MATERIALS, INCLUDING THE COURT-APPROVED DISCLOSURE STATEMEMT, WERE TRANSMITTED TO THE FIRE SURVIVORS**

  In paragraph 5 of her declaration, POOL writes, "[a]ttached as Exhibit D are true and correct copies of the text messages I received urging me to vote to approve the Plan." Instead, the texts actually received demonstrate no solicitations until after the transmission of court-ordered documents and the Disclosure Statement were received by WATTS GUERRA and disseminated to its clients. To be clear, no lawyer associated with WATTS GUERRA – or employed by it, or contractually associated with it in this litigation, has solicited votes via text until after the court-

- 8 -

ordered documents including the court-approved Disclosure Statements were transmitted to WATTS GUERRA's clients on March 31, 2020. *See* Declaration of Mikal C. Watts, ¶10, attached hereto as Exhibit 1.

III. **RESPONSE TO SUPPLEMENTAL DECLARATION OF JEREMIAH HALLISEY**

On May 11, 2020, at 9:06:09 p.m. on Monday evening, Jeremiah Hallisey filed his Supplemental Declaration of Jeremiah Hallisey, Esq. in Support of Joinder of Certain Fire Victims in William B. Abrams Motion to Designate Improperly Solicited Votes Pursuant to 11 U.S.C. §§ 1125(B) and 1126(E) and Bankruptcy Rule 2019 (Doc. #7148), which attached as Exhibit A thereto a PETITION TO GOVERNOR GAVIN NEWSOME from Victims of the 2017 and 2018 Northern California Wildfires ("the Petition"). WATTS GUERRA responds thereto as follows:

***First***, 11 U.S.C. §1126 provides that "[a] class of interests has accepted a plan if such plan has been accepted by holders of such interests, other than any entity designated under subsection (e) of this section, that hold at least two-thirds in amount of the allowed interests of such class held by holders of such interests, other than any entity designated under subsection (e) of this section, that have accepted or rejected such plan." It does not state that if less than five percent of the holders of such interests purport to sign an internet petition over six days, that permits them to thereby disenfranchise the votes of those "that hold at least two-thirds in amount of the allowed interests of such class held by holders of such interests." As such, why this petition is even relevant to the relief sought herein is unknown.

***Second,*** while Mr. Hallisey swears that his Petition is signed by "Victims of the 2017 and 2018 Northern California Wildfires," this statement is suspect at best as the Petition appears to have been accessible for persons to sign – whether or not they filed Proof of Claim forms with Prime Clerk. A cursory comparison in the early-morning hours of the date of this filing revealed hundreds

- 9 -

of names on the petition that do not show a corresponding Proof of Claim forms filed with Prime Clerk. Some obvious examples of this are as follows:

(1) the presence on the Petition of Micaela Scarpulla (p. 118 of 163, row 3), the daughter of Mr. Hallisey's co-counsel, Francis Scarpulla, but not an individual who filed a Proof of Claim form with Prime Clerk;

(2) despite the fact that no one named "Scarpulla" filed a Proof of Claim with Prime Clerk, the presence of three individuals with the last name "Scarpulla" on the Petition[1]; and

(3) the presence of other names that quite obviously are fictitious and not real people, and for which no Proof of Claim form has been filed with Prime Clerk:

| Name | Date | Location |
|---|---|---|
| Error 04 Fort Worth, US | 2020-05-05 | p. 025 of 163, row 09 |
| Nugget 92 City, US | 2020-05-05 | p. 026 of 163, row 02 |
| Mario jumpman Mario, Massachusetts, US | 2020-05-05 | p. 027 of 163, row 20 |
| Follow me ! thkiddo_.kiara Brighton, US | 2020-05-06 | p. 048 of 163, row 12 |
| Mexican Joe Wichita, US | 2020-05-06 | p. 065 of 163, row 19 |
| Kookie Bt21 US | 2020-05-07 | p. 074 of 163, row 21 |
| Wouldn't You Like To Know Westminster US | 2020-05-07 | p. 077 of 163, row 08 |
| Octii's junk acc 4 school US | 2020-05-07 | p. 116 of 163, row 09 |
| Poison Stars Summerville US | 2020-05-08 | p. 129 of 163, row 16 |
| Aaaa eeee Hialeah, US | 2020-05-08 | p. 140 of 163, row 20 |
| Wolf Cool US | 2020-05-08 | p. 141 of 163, row 17 |
| Lego Speedwagon Murfreesboro, US | 2020-05-09 | p. 142 of 163, row 13 |
| This shut dumb Petitions don't do shit Yeeter, US | 2020-05-09 | p. 144 of 163, row 01 |
| Treeboon martin niggersville, US | 2020-05-09 | p. 145 of 163, row 08 |
| who who Brooklyn, US | 2020-05-09 | p. 150 of 163, row 17 |
| Sam the man Tulsa, US | 2020-05-09 | p. 150 of 163, row 21 |
| Childish Gambino Charlotte, US | 2020-05-10 | p. 153 of 163, row 18 |
| Jenna Oof Area 51, US | 2020-05-10 | p. 154 of 163, row 14 |
| you're mom US | 2020-05-10 | p. 155 of 163, row 03 |
| Big Boy Tommy Hicksville, US | 2020-05-10 | p. 154 of 163, row 12 |
| Cold Judas Joe, US | 2020-05-10 | p. 154 of 163, row 19 |

---

[1] John Scarpulla San Francisco, CA  2020-05-07  p. 075 of 163, row 19
Micaela Scarpulla San Francisco, CA  2020-05-07  p. 118 of 163, row 03
Danielle Scarpulla San Francisco, Italy  2020-05-10  p. 155 of 163, row 09

***Third***, the Petition appears to have solicited participants on an internet page where individuals all over the world could click and sign, regardless of whether they were victims of the 2017 and 2018 Northern California Wildfires. While these wildfires caused persons to have to move, it is doubtful that true fire victims now reside in many of the following locations referenced in the Petition:

| Name, Location | Date | Reference |
|---|---|---|
| Paul Brown Malmesbury, England, UK | 2020-05-05 | p. 030 of 163, row 07 |
| Virginia Udall Tai Tam, Hong Kong | 2020-05-06 | p. 053 of 163, row 11 |
| ioannis bournakis Δάφια, Greece | 2020-05-06 | p. 061 of 163, row 01 |
| Samara Lucas Yonamine São Paulo, Brazil | 2020-05-07 | p. 073 of 163, row 11 |
| sejeong Hwang 로스앤젤레스, US | 2020-05-07 | p. 080 of 163, row 20 |
| Sylvie Lemaire Féternes, France | 2020-05-07 | p. 084 of 163, row 05 |
| Mary Castelberg Athens, Greece | 2020-05-07 | p. 084 of 163, row 08 |
| Mamadou Dia Bamako, Mali | 2020-05-07 | p. 085 of 163, row 02 |
| Ian Philip Tucay GUIUAN, Philippines | 2020-05-07 | p. 085 of 163, row 05 |
| Robert Borg Birkirkara, Malta | 2020-05-07 | p. 085 of 163, row 22 |
| Mirjana Matyas Belgrade, Serbia | 2020-05-07 | p. 086 of 163, row 03 |
| Androniki Hatjoullis Golders Green, UK | 2020-05-07 | p. 086 of 163, row 06 |
| Aria Mehrparvar Iran | 2020-05-07 | p. 086 of 163, row 07 |
| Eliza Pater Warsaw, Poland | 2020-05-07 | p. 086 of 163, row 08 |
| Lyudmil Grigorov Конкорд, US | 2020-05-07 | p. 087 of 163, row 17 |
| Eva Huda Toronto, Canada | 2020-05-07 | p. 088 of 163, row 18 |
| Lino Apap Mosta, Malta | 2020-05-07 | p. 088 of 163, row 21 |
| simon Agius Mosta, Malta | 2020-05-07 | p. 091 of 163, row 07 |
| Αθανασιος Καραγκουνης Athens, Greece | 2020-05-07 | p. 091 of 163, row 11 |
| Leonard Bezzina Swieqi, Malta | 2020-05-07 | p. 091 of 163, row 12 |
| anna efremithi volos, Greece | 2020-05-07 | p. 093 of 163, row 07 |
| edward dem San Gwann, Malta | 2020-05-07 | p. 108 of 163, row 03 |
| Kiara Koutoulakis, Athens, Greece | 2020-05-07 | p. 112 of 163, row 06 |
| Μαρία Παπαναστασίου Athens, Greece | 2020-05-07 | p. 112 of 163, row 08 |
| John Anthony Accra, Ghana | 2020-05-07 | p. 112 of 163, row 13 |
| arlette simon France | 2020-05-07 | p. 118 of 163, row 02 |
| Aggelikh Tseggene Pátra, Greece | 2020-05-07 | p. 118 of 163, row 06 |
| Patrick Jones Blasco Cebu City, Philippines | 2020-05-08 | p. 118 of 163, row 17 |
| Keith Lenard Basuan Santa Rosa Laguna, Philippines | 2020-05-08 | p. 119 of 163, row 01 |
| Pilar Conde Montevideo, Uruguay | 2020-05-08 | p. 122 of 163, row 04 |
| Marianthi Karadima Athens, Greece | 2020-05-08 | p. 129 of 163, row 04 |
| Luis Pimentel Mexico | 2020-05-08 | p. 129 of 163, row 07 |
| Nicole Solis Manila, Philippines | 2020-05-08 | p. 129 of 163, row 18 |
| Nalin Utreja Shimla, India | 2020-05-08 | p. 129 of 163, row 19 |
| Minda Agno Cavite, Philippines | 2020-05-08 | p. 129 of 163, row 20 |
| Bárbara Teixeira Charneca De Caparica, Portugal | 2020-05-08 | p. 132 of 163, row 11 |

| # | Name | Date | Reference |
|---|---|---|---|
| 1 | Hope Peters Roermond, Netherlands | 2020-05-08 | p. 132 of 163, row 14 |
| 2 | Chantal Peters Roermond, UK | 2020-05-08 | p. 132 of 163, row 15 |
|   | Emman Domingo` Los Baños, Philippines | 2020-05-08 | p. 132 of 163, row 16 |
| 3 | Anita Sephton Wigan, UK | 2020-05-08 | p. 132 of 163, row 17 |
|   | Catherine Modeste London, UK | 2020-05-08 | p. 132 of 163, row 20 |
| 4 | Θαλεια Ευτυχιδου Athens, Greece | 2020-05-08 | p. 132 of 163, row 21 |
|   | Ana Vieyra Mexico | 2020-05-08 | p. 132 of 163, row 22 |
| 5 | Martha Girma Mumbai, India | 2020-05-08 | p. 133 of 163, row 05 |
| 6 | Jacques Brun Pointe-du-Chêne, Canada | 2020-05-08 | p. 134 of 163, row 05 |
|   | Modou Lamin Jammeh Abuko, Gambia | 2020-05-08 | p. 134 of 163, row 07 |
| 7 | Sainey Loum Banjul, Gambia | 2020-05-08 | p. 134 of 163, row 08 |
|   | Piet Ellis Boksburg, South Africa | 2020-05-08 | p. 134 of 163, row 09 |
| 8 | linc conard Uden, Netherlands | 2020-05-08 | p. 134 of 163, row 10 |
|   | Nadine Pecorella Sliema, Malta | 2020-05-08 | p. 134 of 163, row 14 |
| 9 | James Thompson Ottawa, Canada | 2020-05-08 | p. 134 of 163, row 17 |
|   | YVONNE SHOEBRIDGE Lydd, UK | 2020-05-08 | p. 134 of 163, row 18 |
| 10 | NAND KISHORE NEGI Shimla, India | 2020-05-08 | p. 134 of 163, row 21 |
| 11 | Julie Wiebe Winnipeg, Canada | 2020-05-08 | p. 135 of 163, row 02 |
|   | AMIT SHARMA India | 2020-05-08 | p. 135 of 163, row 03 |
| 12 | Wilhelm Silfwerarm Banjul, Gambia | 2020-05-08 | p. 135 of 163, row 04 |
|   | Mohammad Hosein Alaei Tehran, Iran | 2020-05-08 | p. 137 of 163, row 21 |
| 13 | Irum Tariq Birmingham, UK | 2020-05-08 | p. 138 of 163, row 03 |
|   | Georgia Allan Mytilene, Greece | 2020-05-08 | p. 138 of 163, row 07 |
| 14 | IOULIA SKOUFIA Athens, Greece | 2020-05-08 | p. 138 of 163, row 16 |
| 15 | cecilia azevedo sao paulo, Brazil | 2020-05-08 | p. 138 of 163, row 17 |
|   | Amaya Noah Iola, Venezuela | 2020-05-08 | p. 138 of 163, row 19 |
| 16 | Ikhlaas Mohammed Rotterdam, Netherlands | 2020-05-08 | p. 139 of 163, row 02 |
|   | Dimitra Kazoglou Thessaloníki, Greece | 2020-05-08 | p. 139 of 163, row 11 |
| 17 | Rosa Cabrerizo L'Hospitalet, Spain | 2020-05-09 | p. 143 of 163, row 05 |
| 18 | John Paul Saliva Pasig City, Philippines | 2020-05-09 | p. 143 of 163, row 10 |
|   | Victoria Chelliú Villa Alemana, Chile | 2020-05-09 | p. 143 of 163, row 11 |
| 19 | Aswin Lakshman Palghat, India | 2020-05-09 | p. 144 of 163, row 11 |
|   | Thalia Chatzilari Athens, Greece | 2020-05-09 | p. 144 of 163, row 17 |
| 20 | Josell Cainoy Bacolod, Philippines | 2020-05-09 | p. 144 of 163, row 18 |
| 21 | Varneet Singh Ludhiana, India | 2020-05-09 | p. 144 of 163, row 19 |
| 22 | Mary-Ann van der Linden Nijmegen, Netherlands | 2020-05-09 | p. 145 of 163, row 04 |
|   | Anjali Gulaniya Jaipur, India | 2020-05-09 | p. 145 of 163, row 06 |
| 23 | Kanchan Rathore Jaipur, India | 2020-05-09 | p. 145 of 163, row 09 |
| 24 | Andreas Mylopoulos Athens, Greece | 2020-05-09 | p. 145 of 163, row 22 |
|   | Nátaly Lima Sao Paulo, Brazil | 2020-05-09 | p. 148 of 163, row 14 |
| 25 | Paula McCarthy Liverpool, UK | 2020-05-09 | p. 148 of 163, row 17 |
|   | Sasa Obradovic Sarajevo, Bosnia | 2020-05-09 | p. 149 of 163, row 01 |
| 26 | Jomon John Thiruvananthapuram, India | 2020-05-09 | p. 149 of 163, row 22 |
|   | Boris Lukeza Sarajevo, Bosnia | 2020-05-09 | p. 150 of 163, row 01 |
| 27 | ILIAS KATSINARIS Patras, Greece | 2020-05-09 | p. 151 of 163, row 10 |
|   | Mara Costa Portugal | 2020-05-09 | p. 151 of 163, row 11 |
| 28 | M L Kalinovik, Bosnia | 2020-05-09 | p. 152 of 163, row 18 |

| | | |
|---|---|---|
| Valory Xiomara Jönköping, Sweden | 2020-05-10 | p. 153 of 163, row 10 |
| dimple sirvi Coimbatore, India | 2020-05-10 | p. 154 of 163, row 08 |
| Raymond Manalo Calamva, Philippines | 2020-05-10 | p. 154 of 163, row 11 |
| Janos Bercades Cainta, Rizal, Philippines | 2020-05-10 | p. 154 of 163, row 15 |
| Danielle Scarpulla San Francisco, Italy | 2020-05-10 | p. 155 of 163, row 09 |
| Gaetano D'Angelo Birkirkara, Malta | 2020-05-10 | p. 155 of 163, row 10 |
| Helen Kaleab Addis Ababa, Ethiopia | 2020-05-10 | p. 155 of 163, row 12 |
| Simon McFarlane Pembroke, Malta | 2020-05-10 | p. 155 of 163, row 15 |
| konstantinos panousos karlovassi samos, Greece | 2020-05-10 | p. 155 of 163, row 18 |
| Fahime Ghazian Iran | 2020-05-10 | p. 155 of 163, row 19 |
| Iokasti Siohou Athens, Greece | 2020-05-10 | p. 156 of 163, row 03 |
| Vedant Gannarpwar Nagpur, India | 2020-05-10 | p. 156 of 163, row 04 |
| Jean Chagnon Montréal, Germany | 2020-05-10 | p. 156 of 163, row 16 |
| Albert Suda Lija, Malta | 2020-05-10 | p. 156 of 163, row 17 |
| Priya Bagdas Chennai, India | 2020-05-10 | p. 157 of 163, row 11 |
| MohammadAli Jamei Iran | 2020-05-10 | p. 158 of 163, row 02 |
| Jelena Djokic Sarajevo, Bosnia | 2020-05-10 | p. 159 of 163, row 03 |
| artemis sheydaee iran, US | 2020-05-10 | p. 159 of 163, row 10 |
| Aleksandar Banović Trstenik, Serbia | 2020-05-10 | p. 159 of 163, row 15 |
| Nerissa Iglopas Cebu City, Philippines | 2020-05-11 | p. 160 of 163, row 20 |
| Flavia Viera La Paz, Bolivia | 2020-05-11 | p. 161 of 163, row 04 |
| Cristina Gabrielli Canazei, Italy | 2020-05-11 | p. 161 of 163, row 19 |
| Samim Kamyab Iran | 2020-05-11 | p. 161 of 163, row 07 |
| Nastasja Babic Sarajevo, Bosnia | 2020-05-11 | p. 162 of 163, row 13 |
| Abbie Stewart Woolwich, UK | 2020-05-11 | p. 162 of 163, row 16 |
| Marina Milosevic Banja Luka, Bosnia | 2020-05-11 | p. 162 of 163, row 17 |
| Dejan Toholj Sarajevo, Bosnia | 2020-05-11 | p. 162 of 163, row 18 |

Respectfully submitted,

Dated: May 12, 2020

WATTS GUERRA LLP

By: /s/ Mikal C. Watts
Mikal C. Watts

*Attorney for Numerous Wild Fire Claimants*