UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors. | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION OF GUY L. WATTS II IN OPPOSITION TO DECLARATION OF JEREMIAH F. HALLISEY, ESQ. IN SUPPORT OF JOINDER OF CERTAIN FIRE VICTIMS IN WILLIAM B. ABRAMS MOTION TO DESIGNATE IMPROPERLY SOLICITED VOTES PURSUANT TO 11 U.S.C. §1125(B) AND 1126(E) AND BANKRUPTCY RULE 2019** |
| ☐Affects PG&E Corporation<br>☐Affects Pacific Gas and Electric Company<br>☒Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Date: May 12, 2020<br>Time: 10:00 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA 94102<br><br>Re: Docket No. 6799, 6964, 6963 |

**DECLARATION OF GUY L. WATTS II**

GUY L. WATTS II declares the following pursuant to 28 U.S.C. § 1746:

1. I am an attorney with Watts Guerra LLP. I have been working on the PG&E litigation for over two years. As part of the Individual Plaintiffs' Steering Committee for the 2017 North Bay Fires, I worked extensively on the Tubbs Fire.

2. Additionally, I engage in daily conversations with Watts Guerra clients to address a variety of concerns.

3. On March 6, 2020, I was asked by a member of our firm to contact client Debbie Pool, who had asked to speak with a lawyer. On March 6, 2020, I left a voice message on Ms. Pool's mobile phone. This message did not solicit or even mention a vote of PG&E's reorganization

plan.

4. On March 9, 2020 I spoke with Ms. Pool. I vividly recall my conversation with Ms. Pool, because after addressing several of her concerns, Ms. Pool thanked me for my work and for spending so much time on the phone with her (I looked at my office phone and noted a 51-minute call).

5. Before hanging up, I confirmed with Ms. Pool that she wanted us to continue working on her behalf. She said she did, so I told her I would send an email to her, confirming her desire for us to continue her representation and providing her contact information for other members of our team who could help with any future questions.

6. After the call, on March 9, 2020 at 12:55 pm, I emailed Ms. Pool, referencing our call, confirming our continued representation, and introducing her to other members of our team.

7. Thereafter, I received an email from Ms. Pool asking that we end our representation of her. I then copied my assistant, and advised Ms. Pool that we would be closing her file.

8. Our firm's correspondence concerning the termination of our attorney-client relationship with Ms. Pool occurred on April 6, 2020.

9. I declare under penalty of perjury under the laws of the United States and the State of California that the forgoing is true and correct and executed this 12th day of May 2020.

                                              /s/ Guy L. Watts II
                                              Guy L. Watts II