UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>   - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>              Debtors. | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION OF ROY E. MILLER IN OPPOSITION TO DECLARATION OF JEREMIAH F. HALLISEY, ESQ. IN SUPPORT OF JOINDER OF CERTAIN FIRE VICTIMS IN WILLIAM B. ABRAMS MOTION TO DESIGNATE IMPROPERLY SOLICITED VOTES PURSUANT TO 11 U.S.C. §1125(B) AND 1126(E) AND BANKRUPTCY RULE 2019** |
| ☐Affects PG&E Corporation<br>☐Affects Pacific Gas and Electric Company<br>☒Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Date: May 12, 2020<br>Time: 10:00 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA 94102<br><br>Re: Docket No. 7140 |

**DECLARATION OF ROY E. MILLER**

Roy E. Miller declares the following pursuant to 28 U.S.C. § 1746:

1. I am an attorney and a partner at Hansen & Miller Law firm in Santa Rosa, CA.

2. I currently represent approximately 3,000 clients within the Watts Guerra group concerning the wildfires subject to the proposed settlement.

3. My family and I are also clients of Watts Guerra given we lost our home and possessions in the Tubbs Fire.

4. Since November, 2017, I've sent out regular updates to my client group. The updates concerned the progress of the litigation, requests for supporting documentation and offers of encouragement given the stress all who were affected by the wildfires were going through.

5. No client of mine and WATTS GUERRA was even given an opportunity to vote prior to March 31, 2020.

6. In paragraph 5 of her declaration, POOL writes, "[a]ttached as Exhibit B is a true and correct copy of an email I received at 8:23 AM urging me to accept the Plan." Exhibit B is the first solicitation by WATTS GUERRA, or any lawyer with whom it is working, of a vote on the Plan, and it was emailed together with a transmission of all court-ordered materials, including the Disclosure Statement.

7. I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct and executed this 11th day of May 2020.

*/s/ Roy E. Miller*
Roy E. Miller