1   WATTS GUERRA LLP
    Mikal C. Watts
2   Paige Boldt, SBN 308772
    70 Stony Point Road, Suite A
3   Santa Rosa, California 95401
    Phone: (707) 241-4567
4   2561 California Park Drive, Suite 100
    Chico, California 95928
5   Phone: (530) 240-6116
    Email: mcwatts@wattsguerra.com
6
    *Attorney for Numerous Wild Fire Claimants*
7
                    UNITED STATES BANKRUPTCY COURT
8                   NORTHERN DISTRICT OF CALIFORNIA
                        SAN FRANCISCO DIVISION
9

10  In re:                                  Bankruptcy Case
                                            No. 19-30088 (DM)
11  PG&E CORPORATION
                                            Chapter 11
12        - and -                           (Lead Case)
                                            (Jointly Administered)
13  PACIFIC GAS AND ELECTRIC
    COMPANY,                                **CERTIFICATE OF SERVICE**
14

15                  Debtors.

16  ☐Affects PG&E Corporation
17  ☐Affects Pacific Gas and Electric Company
    ☒Affects both Debtors
18
    * *All papers shall be filed in the Lead Case,*
19  *No. 19-30088 (DM).*

20

21

22                  <u>**CERTIFICATE OF SERVICE**</u>

23      I, the undersigned, declare that I am employed in Austin, Texas. I am over the age of 18
    years and not a party to the within entitled action. My business address is 811 Barton Springs Rd,
24  Ste. 725, Austin, Texas 78704.

25      I certify that on May 12, 2020, I electronically filed a true and correct copy of the following
    document with the Clerk of the Court using the CM/ECF system, which will send notification of
26  such filing to the CM/ECF participants registered to receive service in this matter.

27

28

                                            - 1 -

**OPPOSITION TO DECLARATION AND SUPPLEMENTAL DECLARATION OF JEREMIAH F. HALLISEY, ESQ. IN SUPPORT OF JOINDER OF CERTAIN FIRE VICTIMS IN WILLIAM B. ABRAMS MOTION TO DESIGNATE IMPROPERLY SOLICITED VOTES PURSUANT TO 11 U.S.C. §1125(B) AND 1126(E) AND BANKRUPTCY RULE 2019**

I declare, under penalty of perjury that the foregoing is true and correct.

Executed on May 12, 2020 at Austin, Texas.

/s/ Cindy A. Wilson
Cindy A. Wilson
