Kizzy L. Jarashow (*pro hac vice* pending)
kjarashow@goodwinlaw.com
**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel: (212) 813-8800

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E Corporation<br><br><br><br>Debtor(s). | Case No. 19-30088<br>Chapter: 11<br><br>APPLICATION FOR<br>ADMISSION OF ATTORNEY<br>*PRO HAC VICE* |

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, __Kizzy L. Jarashow__, an active member in good standing of the bar of __the Eastern District of NY__, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Creditor Massachusetts Mutual Life Insurance Company in the above entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: Nathan A. Schultz (SBN 223539); Goodwin Procter LLP, Three Embarcadero Center, San Francisco, CA 94111. Telephone: (415) 733 6000.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: __05/12/2020__              /s/Kizzy L. Jarashow
                                                    Kizzy L. Jarashow

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

## CERTIFICATE OF GOOD STANDING

I,    Douglas C. Palmer   , Clerk of this Court, certify that    Kizzy Lyn Jarashow   , Bar #    KR9086   , was duly admitted to practice in this Court on    08/06/2009   , and is in good standing as a member of the Bar of this Court.

Dated at    Brooklyn    on    05/11/2020   

*(Location)*     *(Date)*

Douglas C. Palmer
*CLERK OF COURT*

*Salomon Mejia Jr* (signature)
Salomon Mejia Jr, *DEPUTY CLERK*

