DocuSign Envelope ID: B3FAD44F-E20E-4804-AF94-FC7B1F4B372D

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Northern District of California

In re PG&E Corp. and Pacific Gas & Elec. Co. ,    Case No. 19-30088 (DM)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Garade LLC | Certain Underwriters at Lloyd's, London |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Skierski Jain PLLC
400 N Saint Paul, Ste 510 Dallas TX 75201

Court Claim # (if known): 23542
Amount of Claim: $610,819.25
Date Claim Filed: 10/08/2019

Phone: (214) 446-0330
Last Four Digits of Acct #: _____

Phone: (214) 446-0330
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Boaz Weinstein*
Transferee/Transferee's Agent

Date: 5/5/2020

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

DocuSign Envelope ID: B3FAD44F-E20E-4804-AF94-FC7B1F4B372D

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re* PG&E Corporation and Pacific Gas and Electric Company, *Debtors*. | Case No. 19-30088 (Lead Case) |

### EXHIBIT A: EVIDENCE OF TRANSFER OF CLAIM

TO:  Clerk of Court

AND TO:  PG&E Corporation
Pacific Gas and Electric Company

AND TO:  Trustee, Subrogation Trust, in the event the Debtors' chapter 11 plan is confirmed

For value received, the adequacy and sufficiency of which is hereby acknowledged, Certain Underwriters at Lloyd's, London Subscribing to Policy No. VBX618591R1 as subrogees of Kim Dougherty-Ingersoll (Loss Location: 13637 Yahi Court, Magalia, California 95954) ("Assignors") hereby unconditionally and irrevocably sells, transfers and assigns to Garade LLC ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with Assignors' claim (as such term is defined in Section 101(5) of the UNITED STATES BANKRUPTCY CODE) against PG&E Corporation and Pacific Gas and Electric Company ("Debtors") in the above-styled chapter 11 case ("Bankruptcy Case") pending in the United States Bankruptcy Court for the Northern District of California (the "Bankruptcy Court") and the relevant portion of any and all proofs of claim (including without limitation Claim No. 23542, as amended) filed by Assignors or its predecessor-in-interest with the Bankruptcy Court in respect of the foregoing claim.

Assignors hereby waive any objection to the transfer of the claim to Assignee on the books and records of the Debtors and the Bankruptcy Court and hereby waive to the fullest extent permitted by law any notice or right to a hearing as may be imposed by FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001, the BANKRUPTCY CODE, applicable local bankruptcy rules or applicable law. Assignors acknowledge and understand and hereby stipulate that an order of the Bankruptcy Court may be entered without further notice to Assignors and that said order may transfer to Assignee the foregoing claim, recognize Assignee as the sole owner and holder of the claim and directing that all payments or distributions of money or property in respect of the claim be delivered or made to the Assignee.

DocuSign Envelope ID: B3FAD44F-E20E-4804-AF94-FC7B1F4B372D

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this __5th__ day of May 2020.

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NO. VBX618591R1 as subrogees of Kim Dougherty-Ingersoll by and through their authorized agent North American Subrogation, LLC | GARADE LLC |
| By: *[signature]* | By: *Boaz Weinstein* |
| Name: Elliot Schuler | Name: Boaz Weinstein |
| Title: Authorized Signatory | Title: Authorized Signatory |