STEPTOE & JOHNSON LLP
One Market Plaza, Spear Tower, Suite 3900
San Francisco, CA 94105

# EXHIBIT A

## COMPENSATION BY PROFESSIONAL
## FEBRUARY 1, 2020 THROUGH FEBURARY 29, 2020

The attorneys and paraprofessionals who rendered professional services in these Chapter 11 Cases during the Fee Period are:

| Name of Professional Person | Department | Year Admitted | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| **Partners** | | | | | |
| Laurie Edelstein | Litigation | 1992 | $775 | 142.10 | $110,127.50 |
| **Associates** | | | | | |
| Michael Flynn-O'Brien | Litigation | 2010 | $615 | 8.70 | $5,350.50 |
| Michael Keough | Litigation | 2014 | $615 | 84.00 | $51,660.00 |
| Patrick Casey Matthews | Litigation | 2016 | $525 | 74.90 | $39,322.50 |
| Johanna Oh | Litigation | 2017 | $525 | 152.60 | $80,115.00 |
| Kelly Champ | Litigation | 2017 | $525 | 59.10 | $31,027.50 |
| **Paralegals and Non-Legal Staff** | | | | | |
| Etelle Stephan | N/A | N/A | $250 | 31.50 | $7,875.00 |
| Daniel Huerta | N/A | N/A | $225 | 2.90 | $652.50 |
| | | | | | |
| **Total Hours and Fees Incurred** | | | | 555.80 | $326,310.50 |
| **Less 2.5% Volume Discount Per Master Services Agreement** | | | | | ($5,732.89) |
| **Total Requested** | | | | | $320,397.61 |

| Professionals | Blended Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|
| Partners | $775 | 142.10 | $110,127.50 |
| Associates | $561 | 379.30 | $207,475.50 |
| Paraprofessionals | $237.50 | 34.40 | $8,527.50 |
| Blended Attorney Rate | $596.67 | | |
| **Total Fees Incurred** | | | $326,130.50 |
| **Less 2.5% Volume Discount Per Master Services Agreement** | | | ($5,732.89) |
| **Total Requested** | | | $320,397.61 |

STEPTOE & JOHNSON LLP
One Market Plaza, Spear Tower, Suite 3900
San Francisco, CA 94105