STEPTOE & JOHNSON LLP
One Market Plaza, Spear Tower, Suite 3900
San Francisco, CA 94105

**EXHIBIT B**

**COMPENSATION BY WORK TASK CODE FOR
SERVICES RENDERED BY STEPTOE & JOHNSON LLP
FOR THE PERIOD FEBRUARY 1, 2020 THROUGH FEBURARY 29, 2020**

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 114.3 | $59,418.00 |
| L120 | Analysis/Strategy | 123.6 | $74,134.50 |
| L130 | Experts/Consultants | 49.54 | $31,127.50 |
| L160 | Settlement/Non-Binding ADR | 4 | $3,100.00 |
| L200 | Pre-Trial Pleadings and Motions | 50.75 | $29,873.00 |
| L310 | Written Discovery | 24.7 | $15,369.00 |
| L330 | Depositions | 153.7 | $95,555.50 |
| L350 | Discovery Motions | 1.1 | $577.50 |
| L630 | Processing | 1.8 | $765.00 |
| L650 | Review | 28 | $14,122.50 |
| L653 | First Pass Document Review | 1.1 | $577.50 |
| L670 | Production | 1.7 | $425.00 |
| L900 | Settlement Process | 1.4 | $1,085.00 |
| **Total Hours and Fees:** | | | **$326,130.50** |
| **Less 2.5% Volume Discount Per Master Services Agreement** | | | **($5,732.89)** |
| **Total Requested** | | | **$320,397.61** |