**EXHIBIT C**

**EXPENSE SUMMARY**
**FEBRUARY 1 THROUGH FEBRUARY 29, 2020**

| EXPENSE | AMOUNTS |
|---|---:|
| Air Fare | $376.80 |
| Deposition Transcripts | $7,360.85 |
| Fees - Court | $60.50 |
| Filing Fees | $1,382.50 |
| Hearing Transcripts | $75.44 |
| Hotel | $1,138.58 |
| Arbitrators/Mediators | $3,195.28 |
| Meals | $1,232.72 |
| Postage | $1.00 |
| Taxis | $153.55 |
| Trial Transcripts | $4,776.00 |
| Federal Express | $131.70 |
| | |
| **Total Expenses Requested:** | **$19,884.92** |