STEPTOE & JOHNSON LLP
One Market Plaza, Spear Tower, Suite 3900
San Francisco, CA 94105

1

# EXHIBIT D

2

**DETAILED TIME ENTRIES**
**FEBRUARY 1 THROUGH FEBRUARY 29, 2020**

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



One Market Plaza
Spear Tower, Suite 3900
San Francisco, CA 94105
TEL: 415.365.6700
FAX: 415.365.6699
www.steptoe.com

May 6, 2020

**INVOICE SUMMARY**

| **Our Matter No. 084371.00008** | | **Invoice No. 2677300** |
|---|---|---|

CORE TRANSPORT AGENT CASES
1506049

For professional services rendered through February 29, 2020

| | | | |
|---|---|---|---|
| Total Fees: | $ | | 1,860.00 |
| Total Expenses: | | | 0.50 |
| **Total Due for this Period:** | | | **1,860.50** |
| Previous Balance: | | | 7,967.65 |
| **Total Amount Due:** | $ | | **9,828.15** |

## FEE SUMMARY

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| L. Edelstein | Partner | 2.40 | 775.00 | 1,860.00 |
| | | | **TOTAL FEES** | **$1,860.00** |

## FEE DETAIL

| Date | TK | Hours | Amount | Description | Task | Activity |
|---|---|---|---|---|---|---|
| 02/03/20 | LE | 0.80 | 620.00 | Phone call with client and bankruptcy counsel to discuss meditation (.4), call with Tiger counsel (.2), and follow up call with client and bankruptcy counsel (.2) | L900 | |
| 02/11/20 | LE | 0.10 | 77.50 | Review and respond to correspondence from Tiger counsel regarding mediation date | L160 | |
| 02/13/20 | LE | 0.20 | 155.00 | Correspondence regarding May 11 mediation date | L160 | |
| 02/14/20 | LE | 0.10 | 77.50 | Correspondence confirming May 11 mediation date | L160 | |
| 02/14/20 | LE | 0.30 | 232.50 | Attend to issues regarding joint status report to court in Tiger action | L200 | |
| 02/20/20 | LE | 0.10 | 77.50 | Attend to issues regarding joint status report to court in Tiger action | L200 | |
| 02/21/20 | LE | 0.40 | 310.00 | Attend to issues regarding joint status report to court in Tiger action and review and revise same | L200 | |
| 02/24/20 | LE | 0.40 | 310.00 | Correspondence with client and bankruptcy counsel regarding joint status report to court in Tiger action and finalize for filing | L200 | |
| **TOTAL** | | **2.40** | **$1,860.00** | | | |

## TASK SUMMARY

| Code | Description | Amount |
|---|---|---|
| L160 | Settlement/Non-Binding ADR | 310.00 |
| L200 | Pre-Trial Pleadings and Motions | 930.00 |
| L900 | Settlement Process | 620.00 |
| | **TOTAL** | **$1,860.00** |

## EXPENSE DETAIL

| Description | Amount |
|---|---|
| Postage | 0.50 |
| **TOTAL** | **$0.50** |

## CURRENT ACCOUNTS RECEIVABLE AGING

| Current | 31 to 60 | 61 to 90 | 91 to 120 | Over 120 | Balance |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 7,967.65 | 7,967.65 |



One Market Plaza
Spear Tower, Suite 3900
San Francisco, CA 94105
TEL: 415.365.6700
FAX: 415.365.6699
www.steptoe.com

May 6, 2020

**INVOICE SUMMARY**

**Our Matter No. 084371.00008**                                              **Invoice No. 2677300**

CORE TRANSPORT AGENT CASES
1506049

For professional services rendered through February 29, 2020

| | | |
|---|---|---|
| Total Fees: | $ | 1,860.00 |
| Total Expenses: | | 0.50 |
| **Total Due for this Period:** | | **1,860.50** |
| Previous Balance: | | 7,967.65 |
| **Total Amount Due:** | $ | **9,828.15** |

**INVOICE IS DUE AND PAYABLE UPON RECEIPT**
**PLEASE RETURN THIS COPY WITH YOUR REMITTANCE**

Please send remittance to:

Limited Liability Partnership under the laws of the District of Columbia, U.S.A.
BEIJING  BRUSSELS  CHICAGO  HONG KONG  LONDON  LOS ANGELES  NEW YORK  SAN FRANCISCO  WASHINGTON



One Market Plaza
Spear Tower, Suite 3900
San Francisco, CA 94105
TEL: 415.365.6700
FAX: 415.365.6699
www.steptoe.com

May 6, 2020

## INVOICE SUMMARY

**Our Matter No. 084371.00010**                                           **Invoice No. 2677301**

GHOST SHIP FIRE LITIGATION
1706719

For professional services rendered through February 29, 2020

| | | |
|---|---|---|
| Fees: | $ | 309,047.50 |
| 2.5% Volume Discount | | (5,732.89) |
| Total Fees: | | 303,314.61 |
| Total Expenses: | | 19,666.90 |
| **Total Due for this Period:** | | **322,981.51** |
| Previous Balance: | | 483,607.44 |
| **Total Amount Due:** | $ | **806,588.95** |

## FEE SUMMARY

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| L. Edelstein | Partner | 136.10 | 775.00 | 105,477.50 |
| M.A. Keough | Associate | 84.00 | 615.00 | 51,660.00 |
| K. Champ | Associate | 59.10 | 525.00 | 31,027.50 |
| Patrick Casey Matthews | Associate | 74.90 | 525.00 | 39,322.50 |
| J. Oh | Associate | 139.30 | 525.00 | 73,132.50 |
| E. Stephan | Paralegal | 31.10 | 250.00 | 7,775.00 |
| D.A. Huerta | ePS | 2.90 | 225.00 | 652.50 |
| | | | **FEES** | **$309,047.50** |
| | | | **2.5% VOLUME DISCOUNT** | **(5,732.89)** |
| | | | **TOTAL FEES** | **$303,314.61** |

## FEE DETAIL

| Date | TK | Hours | Amount | Description | Task | Activity |
|---|---|---:|---:|---|---|---|
| 02/01/20 | LE | 0.30 | 232.50 | Attend to issues regarding hearing in criminal case | L120 | |
| 02/01/20 | LE | 0.40 | 310.00 | Attend to issues regarding PMK insurance deposition notices. | L330 | |
| 02/01/20 | LE | 0.50 | 387.50 | Attend to issues regarding case management and draft summary for client | L120 | |
| 02/01/20 | LE | 2.30 | 1,782.50 | Review and revise deposition summaries and review deposition transcripts | L330 | |
| 02/02/20 | LE | 2.30 | 1,782.50 | Review and analyze prior legal motions | L200 | |
| 02/02/20 | LE | 2.10 | 1,627.50 | Research fact and legal issues | L120 | |
| 02/02/20 | JO | 3.40 | 1,785.00 | Legal research regarding plaintiffs' causes of action and damages | L120 | |
| 02/02/20 | JO | 3.10 | 1,627.50 | Legal research and draft memo concerning plaintiffs' causes of action and damages | L120 | |
| 02/03/20 | LE | 1.10 | 852.50 | Conference call with client regarding case management and status | L120 | |
| 02/03/20 | LE | 1.10 | 852.50 | Attend to various case management and strategy issues | L120 | |
| 02/03/20 | MAK | 0.70 | 430.50 | Coordinate and oversee document review protocol for review of produced documents | L110 | |
| 02/03/20 | MAK | 0.50 | 307.50 | Review and analyze produced documents | L110 | |
| 02/03/20 | MAK | 0.70 | 430.50 | Legal research regarding discovery issue | L310 | |
| 02/03/20 | KC | 0.80 | 420.00 | Review and analyze recent pleadings regarding claims asserted | L110 | |
| 02/03/20 | KC | 5.60 | 2,940.00 | Review and analyze produced documents for fact development | L650 | |
| 02/04/20 | LE | 4.30 | 3,332.50 | Lead team meeting to discuss case status and strategy | L120 | |
| 02/04/20 | LE | 0.10 | 77.50 | Attend to issues regarding PMK deposition notices. | L330 | |

| Date | TK | Hours | Amount | Description | Task | Activity |
|------|-----|-------|--------|-------------|------|----------|
| 02/04/20 | LE | 3.50 | 2,712.50 | Meeting with Consultant C | L130 | |
| 02/04/20 | LE | 0.40 | 310.00 | Correspondence with client regarding insurance PMK depositions. | L330 | |
| 02/04/20 | MAK | 3.50 | 2,152.50 | Meeting with Consultant C | L130 | |
| 02/04/20 | MAK | 4.30 | 2,644.50 | Participate in team meeting to discuss case status and strategy | L120 | |
| 02/04/20 | KC | 9.20 | 4,830.00 | Review and analyze produced documents for fact development | L650 | |
| 02/04/20 | JO | 4.30 | 2,257.50 | Participate in team meeting to discuss case status and strategy | L120 | |
| 02/04/20 | JO | 3.50 | 1,837.50 | Meeting with Consultant C | L130 | |
| 02/04/20 | JO | 2.20 | 1,155.00 | Review and analyze document in preparation for meeting with Consultant C | L110 | |
| 02/04/20 | ES | 4.30 | 1,075.00 | Participate in team meeting to discuss case status and strategy | L120 | |
| 02/04/20 | DAH | 0.70 | 157.50 | Prepare and import deposition transcripts and exhibits to database | L330 | |
| 02/05/20 | LE | 6.80 | 5,270.00 | Meeting with co-counsel to discuss case status and strategy and prepare for same | L120 | |
| 02/05/20 | LE | 0.70 | 542.50 | Review and finalize deposition summaries | L330 | |
| 02/05/20 | MAK | 6.00 | 3,690.00 | Meeting with co-counsel to discuss case status and strategy | L120 | |
| 02/05/20 | KC | 9.60 | 5,040.00 | Review and analyze produced documents for fact development | L650 | |
| 02/05/20 | JO | 6.00 | 3,150.00 | Meeting with co-counsel to discuss case status and strategy | L120 | |
| 02/05/20 | DAH | 0.50 | 112.50 | Prepare and import deposition transcripts and exhibits to database | L330 | |
| 02/06/20 | LE | 1.10 | 852.50 | Review and analyze documents in preparation for deposition | L330 | |
| 02/06/20 | LE | 0.90 | 697.50 | Review and analyze materials in preparation for deposition. | L330 | |
| 02/06/20 | LE | 0.90 | 697.50 | Attend to issues regarding plaintiffs' cause of action for negligent hiring | L200 | |
| 02/06/20 | LE | 0.30 | 232.50 | Conference call with co-counsel | L120 | |
| 02/06/20 | LE | 0.30 | 232.50 | Attend to issues regarding potential mediation | L900 | |
| 02/06/20 | LE | 0.10 | 77.50 | Attend to issues regarding criminal trial transcripts. | L110 | |
| 02/06/20 | LE | 0.30 | 232.50 | Attend to issues regarding upcoming deposition. | L330 | |
| 02/06/20 | MAK | 1.00 | 615.00 | Prepare materials for upcoming deposition. | L330 | |
| 02/06/20 | MAK | 1.50 | 922.50 | Attend to fact and legal research issues | L120 | |
| 02/06/20 | KC | 1.40 | 735.00 | Review of documents to identify potential deposition exhibits. | L330 | |

| Date | TK | Hours | Amount | Description | Task | Activity |
|---|---|---|---|---|---|---|
| 02/06/20 | JO | 5.50 | 2,887.50 | Review and analyze documents and deposition transcript for potential use in motion. | L110 | |
| 02/06/20 | JO | 1.50 | 787.50 | Review of document productions and prepare for Relativity processing. | L650 | |
| 02/06/20 | JO | 3.10 | 1,627.50 | Legal research and review of authorities in preparation for anticipated issues at deposition. | L330 | |
| 02/06/20 | ES | 2.10 | 525.00 | Review produced documents to identify missing productions. | L650 | |
| 02/07/20 | LE | 1.20 | 930.00 | Attend to issues regarding PMK insurance deposition including call with client | L330 | |
| 02/07/20 | LE | 0.20 | 155.00 | Attend to issues regarding document management and production including call with client | L630 | |
| 02/07/20 | LE | 2.50 | 1,937.50 | Meeting with defense counsel. | L120 | |
| 02/07/20 | LE | 0.30 | 232.50 | Conference call with co-counsel to discuss case status and strategy | L120 | |
| 02/07/20 | LE | 0.50 | 387.50 | Conference call with M. Keough to discuss deposition preparation. | L330 | |
| 02/07/20 | MAK | 0.50 | 307.50 | Conference call with L. Edelstein to discuss deposition preparation. | L120 | |
| 02/07/20 | JO | 3.30 | 1,732.50 | Draft memorandum in preparation for deposition. | L330 | |
| 02/07/20 | JO | 2.10 | 1,102.50 | Review and analyze documents to prepare for deposition. | L330 | |
| 02/07/20 | JO | 1.00 | 525.00 | Legal research and analysis regarding plaintiffs' causes of actions against PG&E. | L120 | |
| 02/07/20 | JO | 2.10 | 1,102.50 | Review and analyze documents in preparation deposition. | L110 | |
| 02/07/20 | ES | 2.80 | 700.00 | Review documents to identify potential exhibits for deposition. | L330 | |
| 02/08/20 | LE | 0.60 | 465.00 | Review of materials in preparation for deposition (.5) and draft email to plaintiffs regarding deposition dates (.1) | L330 | |
| 02/08/20 | LE | 0.80 | 620.00 | Attend to issues regarding upcoming depositions and correspondence to client regarding same | L330 | |
| 02/08/20 | LE | 0.30 | 232.50 | Attend to issues regarding proposed mediators | L900 | |
| 02/08/20 | LE | 5.40 | 4,185.00 | Review and analysis of fact issues in connection with written discovery | L310 | |
| 02/08/20 | LE | 0.10 | 77.50 | Attend to issues regarding stipulation concerning wrongful death witness testimony | L330 | |
| 02/09/20 | LE | 0.70 | 542.50 | Attend to issues regarding written discovery to plaintiffs | L310 | |
| 02/09/20 | LE | 1.10 | 852.50 | Review and analyze materials in preparation for deposition. | L330 | |

| Date | TK | Hours | Amount | Description | Task | Activity |
|------|-----|-------|--------|-------------|------|----------|
| 02/09/20 | LE | 2.30 | 1,782.50 | Review and analyze materials in preparation for deposition. | L330 | |
| 02/10/20 | LE | 7.10 | 5,502.50 | Participate in deposition of wrongful death plaintiff E. Grandchamps. | L330 | |
| 02/10/20 | LE | 0.20 | 155.00 | Conference call with client | L120 | |
| 02/10/20 | LE | 0.20 | 155.00 | Attend to issues regarding written discovery and correspondence with client regarding same | L310 | |
| 02/10/20 | LE | 0.10 | 77.50 | Correspondence regarding fact issue | L130 | |
| 02/10/20 | LE | 0.10 | 77.50 | Attend to issues related to insurance PMK deposition of PG&E. | L330 | |
| 02/10/20 | LE | 3.30 | 2,557.50 | Review and analyze material in preparation for deposition (.3) and meeting with M. Keough and J. Oh to discuss case management and research issues (2.0) | L330 | |
| 02/10/20 | MAK | 3.50 | 2,152.50 | Attend end of Grandchamps deposition. | L330 | |
| 02/10/20 | MAK | 2.00 | 1,230.00 | Meeting with L. Edelstein and J. Oh regarding case management and research issues. | L120 | |
| 02/10/20 | MAK | 0.40 | 246.00 | Review documents to identify potential exhibits for use at depositions. | L330 | |
| 02/10/20 | MAK | 1.20 | 738.00 | Review and analyze materials in preparation for deposition. | L330 | |
| 02/10/20 | MAK | 0.30 | 184.50 | Coordinate with discovery vendor regarding export of documents | L130 | |
| 02/10/20 | MAK | 0.20 | 123.00 | Coordinate export of documents for meeting with consultant | L130 | |
| 02/10/20 | PW | 0.10 | 52.50 | Meeting with M. Keough regarding fact research | L110 | |
| 02/10/20 | PW | 6.10 | 3,202.50 | Review and analyze deposition testimony of witnesses while case as stayed against PG&E | L110 | |
| 02/10/20 | JO | 2.70 | 1,417.50 | Legal research regarding written discovery | L310 | |
| 02/10/20 | JO | 1.10 | 577.50 | Draft written discovery. | L310 | |
| 02/10/20 | JO | 3.50 | 1,837.50 | Review and analyze recent documents production in preparation for deposition | L110 | |
| 02/10/20 | JO | 2.00 | 1,050.00 | Meeting with L. Edelstein, M. Keough regarding case status and strategy | L120 | |
| 02/10/20 | ES | 2.50 | 625.00 | Search and review documents for potential deposition exhibits | L110 | |
| 02/11/20 | LE | 0.60 | 465.00 | Conference call with co-counsel | L160 | |
| 02/11/20 | LE | 0.10 | 77.50 | Attend to follow up fact issues | L120 | |
| 02/11/20 | LE | 0.30 | 232.50 | Attend to issues regarding written discovery and discuss same with J. Oh. | L310 | |
| 02/11/20 | LE | 0.50 | 387.50 | Draft deposition summary for client | L330 | |

| Date | TK | Hours | Amount | Description | Task | Activity |
|------|----|-------|--------|-------------|------|----------|
| 02/11/20 | LE | 0.20 | 155.00 | Draft correspondence to client regarding case status update and agenda for call regarding status and strategy. | L120 | |
| 02/11/20 | LE | 3.30 | 2,557.50 | Review and analyze materials for deposition, including recent documents produced, and begin drafting outline of questions | L330 | |
| 02/11/20 | LE | 1.00 | 775.00 | Meet and confer with defense counsel | L160 | |
| 02/11/20 | MAK | 2.10 | 1,291.50 | Review and analyze materials in preparation for deposition. | L330 | |
| 02/11/20 | MAK | 0.80 | 492.00 | Meet with team regarding case management tasks and ongoing projects. | L120 | |
| 02/11/20 | MAK | 0.40 | 246.00 | Attend to issues regarding written discovery to plaintiffs | L310 | |
| 02/11/20 | MAK | 0.30 | 184.50 | Attend to issues regarding Consultant  B | L130 | |
| 02/11/20 | PW | 5.20 | 2,730.00 | Review and analyze depositions taken during stay for certain facts at request of client | L110 | |
| 02/11/20 | JO | 2.40 | 1,260.00 | Review of documents productions in preparation for deposition. | L330 | |
| 02/11/20 | JO | 4.70 | 2,467.50 | Prepare memorandum and materials in preparation for deposition. | L330 | |
| 02/11/20 | JO | 2.60 | 1,365.00 | Review materials in preparation for and use at deposition. | L330 | |
| 02/12/20 | LE | 0.20 | 155.00 | Phone call with PG&E paralegal regarding document depository | L630 | |
| 02/12/20 | LE | 0.50 | 387.50 | Phone call with client to discuss case status and strategy.. | L120 | |
| 02/12/20 | LE | 2.60 | 2,015.00 | Meeting with Consultant B | L130 | |
| 02/12/20 | LE | 0.10 | 77.50 | Attend to issues regarding storage of trailer | L130 | |
| 02/12/20 | LE | 3.10 | 2,402.50 | Review and analyze materials and prepare for deposition | L330 | |
| 02/12/20 | MAK | 0.20 | 123.00 | Attend to issues regarding written discovery to plaintiffs | L310 | |
| 02/12/20 | MAK | 0.30 | 184.50 | Edit and circulate notes from deposition. | L330 | |
| 02/12/20 | MAK | 2.60 | 1,599.00 | Meeting with Consultant B | L130 | |
| 02/12/20 | MAK | 0.30 | 184.50 | Follow up regarding case management issues. | L120 | |
| 02/12/20 | MAK | 0.70 | 430.50 | Confer with L. Edelstein regarding case management issues. | L120 | |
| 02/12/20 | PW | 1.30 | 682.50 | Legal research regarding plaintiffs' claims | L120 | |
| 02/12/20 | PW | 3.90 | 2,047.50 | Review and analyze depositions taken during stay for certain facts at request of client | L110 | |
| 02/12/20 | JO | 0.20 | 105.00 | Meeting with M. Keough and E. Stephan regarding written discovery | L310 | |
| 02/12/20 | JO | 2.30 | 1,207.50 | Review and revise written discovery to plaintiffs | L310 | |
| 02/12/20 | JO | 1.40 | 735.00 | Review defendants' discovery responses for certain information | L110 | |

| Date | TK | Hours | Amount | Description | Task | Activity |
|------|-----|-------|--------|-------------|------|----------|
| 02/12/20 | JO | 2.60 | 1,365.00 | Meeting with Consultant B | L130 | |
| 02/12/20 | JO | 1.10 | 577.50 | Review materials in preparation for deposition. | L330 | |
| 02/12/20 | ES | 5.10 | 1,275.00 | Create deposition exhibit chart | L330 | |
| 02/12/20 | DAH | 0.50 | 112.50 | Import additional deposition transcripts and exhibits to West case Notebook database and copy same materials to team network folder. | L330 | |
| 02/13/20 | LE | 0.70 | 542.50 | Meeting with M. Keough to discuss case status, task list, and upcoming events. | L120 | |
| 02/13/20 | LE | 7.70 | 5,967.50 | Prepare for and participate in J. Hrabko deposition. | L330 | |
| 02/13/20 | LE | 1.10 | 852.50 | Discussion with defense counsel | L330 | |
| 02/13/20 | LE | 0.20 | 155.00 | Correspondence with client regarding discovery vendor and processing of documents | L630 | |
| 02/13/20 | LE | 0.40 | 310.00 | Attend to issues regarding written discovery | L310 | |
| 02/13/20 | MAK | 0.20 | 123.00 | Correspond with C. Mathews regarding legal research tasks. | L120 | |
| 02/13/20 | MAK | 0.30 | 184.50 | Call with K. Champ regarding legal research tasks. | L120 | |
| 02/13/20 | MAK | 0.50 | 307.50 | Call with discovery vendor regarding document processing issue. | L110 | |
| 02/13/20 | MAK | 1.20 | 738.00 | Edit and revise written discovery and manage preparation of documents for service. | L310 | |
| 02/13/20 | MAK | 0.50 | 307.50 | Attend to issues regarding review of deposition testimony and edit and revise memorandum regarding the same. | L110 | |
| 02/13/20 | KC | 0.90 | 472.50 | Conference with M. Keough regarding legal research for potential motion | L120 | |
| 02/13/20 | PW | 2.50 | 1,312.50 | Review and analyze depositions taken during stay for certain facts at request of client | L110 | |
| 02/13/20 | PW | 3.20 | 1,680.00 | Legal research regarding plaintiffs' claims | L120 | |
| 02/13/20 | JO | 3.10 | 1,627.50 | Legal research and analysis of discovery issues in preparation for upcoming deposition. | L330 | |
| 02/13/20 | ES | 0.60 | 150.00 | Attend to issues regarding service of written discovery on plaintiffs. | L310 | |
| 02/14/20 | LE | 0.20 | 155.00 | Phone call with client to prepare for meeting. | L120 | |
| 02/14/20 | LE | 0.70 | 542.50 | Meeting with J. Oh to discuss development of factual issues for preparation of defense | L110 | |
| 02/14/20 | LE | 0.60 | 465.00 | Conference with M. Keough to discuss discovery issues and attend to issues regarding same | L310 | |
| 02/14/20 | LE | 0.50 | 387.50 | Phone call with T. Tsekerides of Weil regarding issues in connection with upcoming deposition. | L330 | |

| Date | TK | Hours | Amount | Description | Task | Activity |
|------|-----|-------|--------|-------------|------|----------|
| 02/14/20 | MAK | 0.20 | 123.00 | Attend to issues regarding Consultant B | L130 | |
| 02/14/20 | MAK | 1.30 | 799.50 | Attend to issues with discovery vendor and document review protocol | L310 | |
| 02/14/20 | MAK | 1.50 | 922.50 | Attend to issues regarding plaintiff's discovery letter. | L310 | |
| 02/14/20 | MAK | 0.20 | 123.00 | Update case management materials | L120 | |
| 02/14/20 | MAK | 0.60 | 369.00 | Confer with L. Edelstein regarding document production issues. | L120 | |
| 02/14/20 | PW | 2.10 | 1,102.50 | Legal research regarding plaintiffs' claims | L120 | |
| 02/14/20 | JO | 0.90 | 472.50 | Attend to issues regarding answer to Fourth Amended Complaint | L200 | |
| 02/14/20 | JO | 3.20 | 1,680.00 | Legal research and analysis of discovery issues in preparation for upcoming deposition. | L330 | |
| 02/14/20 | JO | 4.90 | 2,572.50 | Draft memorandum regarding discovery issues in connection with upcoming deposition | L330 | |
| 02/14/20 | ES | 0.30 | 75.00 | Finalize and serve written discovery on plaintiffs | L310 | |
| 02/15/20 | LE | 0.40 | 310.00 | Draft summary of deposition for client | L330 | |
| 02/15/20 | LE | 0.60 | 465.00 | Attend to issues regarding storage of trailer and draft correspondence regarding same | L130 | |
| 02/15/20 | LE | 1.20 | 930.00 | Review of notes and draft memo regarding deposition for client | L330 | |
| 02/15/20 | LE | 0.40 | 310.00 | Draft correspondence to co-counsel regarding discovery issue | L310 | |
| 02/16/20 | LE | 1.40 | 1,085.00 | Review and edit memo regarding summary of certain fact issues from depositions and review related material | L110 | |
| 02/16/20 | LE | 1.10 | 852.50 | Attend to issues regarding Consultant A | L130 | |
| 02/16/20 | LE | 0.80 | 620.00 | Review and analyze draft memo on legal issues | L120 | |
| 02/16/20 | JO | 1.30 | 682.50 | Attend to issues regarding answer to Fourth Amended Complaint | L200 | |
| 02/16/20 | ES | 0.40 | 100.00 | Correspond with discovery vendor regarding document processing of party productions. | L630 | |
| 02/17/20 | LE | 0.10 | 77.50 | Review and respond to correspondence from client regarding deposition. | L330 | |
| 02/17/20 | LE | 1.70 | 1,317.50 | Review of materials and research in preparation for upcoming deposition | L330 | |
| 02/17/20 | LE | 0.10 | 77.50 | Review and respond to correspondence from client | L130 | |
| 02/17/20 | JO | 1.70 | 892.50 | Review documents in preparation for upcoming depositions of co-defendants. | L330 | |
| 02/18/20 | LE | 0.50 | 387.50 | Attend to issues regarding answer to Fourth Amended Complaint | L200 | |

| Date | TK | Hours | Amount | Description | Task | Activity |
|------|-----|-------|--------|-------------|------|----------|
| 02/18/20 | LE | 1.80 | 1,395.00 | Meeting with witness to prepare for deposition and prepare for same | L330 | |
| 02/18/20 | LE | 0.30 | 232.50 | Attend to issues regarding supplemental document request . | L310 | |
| 02/18/20 | MAK | 0.80 | 492.00 | Legal research and review regarding discovery issues and review and edit summary of the same. | L310 | |
| 02/18/20 | KC | 3.00 | 1,575.00 | Legal research regarding discovery issue | L310 | |
| 02/18/20 | PW | 4.10 | 2,152.50 | Legal research and draft memo regarding plaintiffs' claims | L120 | |
| 02/18/20 | PW | 2.00 | 1,050.00 | Draft memo of deposition testimony taken during stay focusing on certain facts at request of client | L110 | |
| 02/18/20 | JO | 3.60 | 1,890.00 | Review pertinent documents in connection with upcoming depositions of co-defendants | L330 | |
| 02/18/20 | JO | 0.30 | 157.50 | Appear by telephone for Informal Discovery Conference regarding the depositions of City of Oakland police officers. | L350 | |
| 02/18/20 | JO | 0.80 | 420.00 | Attend to issues regarding Informal Discovery Hearing. | L350 | |
| 02/18/20 | JO | 3.30 | 1,732.50 | Prepare memorandum regarding upcoming depositions of co-defendants | L330 | |
| 02/18/20 | ES | 0.30 | 75.00 | Correspond with discovery vendor regarding document processing errors and identification of documents. | L630 | |
| 02/19/20 | LE | 0.20 | 155.00 | Phone call with co-counsel | L130 | |
| 02/19/20 | LE | 0.30 | 232.50 | Attend to issues regarding potential mediation | L160 | |
| 02/19/20 | LE | 1.10 | 852.50 | Review of materials to prepare for depositions of co-defendants | L330 | |
| 02/19/20 | KC | 2.40 | 1,260.00 | Legal research for potential motion | L120 | |
| 02/19/20 | PW | 2.40 | 1,260.00 | Legal research and draft memo regarding plaintiffs' claims | L120 | |
| 02/19/20 | JO | 2.20 | 1,155.00 | Prepare memorandum regarding upcoming depositions of co-defendants. | L330 | |
| 02/19/20 | JO | 3.70 | 1,942.50 | Review of recently produced documents in connection with depositions of co-defendants. | L330 | |
| 02/20/20 | LE | 0.10 | 77.50 | Attend to issues regarding fifth cause of action for negligent hiring. | L200 | |
| 02/20/20 | LE | 6.00 | 4,650.00 | Participate in deposition of Oakland employee Sabrina Landreth. | L330 | |
| 02/20/20 | LE | 0.80 | 620.00 | Attend to issues regarding insurance | L120 | |
| 02/20/20 | LE | 0.30 | 232.50 | Attend to issues regarding meeting with Consultant A | L130 | |
| 02/20/20 | LE | 0.20 | 155.00 | Attend to issues regarding answer and draft correspondence to client regarding same | L200 | |

| Date | TK | Hours | Amount | Description | Task | Activity |
|------|-----|-------|--------|-------------|------|----------|
| 02/20/20 | MAK | 1.80 | 1,107.00 | Review and analyze depositions of defendants taken during stay | L330 | |
| 02/20/20 | MAK | 1.20 | 738.00 | Confer and correspond with associates and project assistant regarding ongoing tasks and update case task list | L120 | |
| 02/20/20 | KC | 4.60 | 2,415.00 | Continue legal research for potential motion | L200 | |
| 02/20/20 | KC | 1.90 | 997.50 | Draft and revise summary of legal research for potential motion | L200 | |
| 02/20/20 | PW | 3.10 | 1,627.50 | Legal research and draft memo regarding plaintiffs' claims | L200 | |
| 02/20/20 | JO | 0.60 | 315.00 | Attend to issues regarding Oakland deposition. | L330 | |
| 02/20/20 | ES | 1.70 | 425.00 | Update production tracking chart | L670 | |
| 02/20/20 | ES | 0.30 | 75.00 | Correspond with discovery vendor regarding uploading of documents and new productions. | L630 | |
| 02/21/20 | LE | 1.20 | 930.00 | Call with defense counsel | L120 | |
| 02/21/20 | LE | 1.30 | 1,007.50 | Meeting with client to discuss case status and strategy. | L120 | |
| 02/21/20 | LE | 0.10 | 77.50 | Attend to issues regarding continued deposition of J. Hrabko. | L330 | |
| 02/21/20 | LE | 2.00 | 1,550.00 | Meeting with Consultant A | L130 | |
| 02/21/20 | MAK | 0.40 | 246.00 | Correspond with Steptoe team regarding upcoming filings and appearances. | L120 | |
| 02/21/20 | MAK | 1.00 | 615.00 | Review and analyze depositions of defendants taken during stay | L330 | |
| 02/21/20 | PW | 5.10 | 2,677.50 | Legal research and draft memo regarding plaintiffs' claims | L120 | |
| 02/21/20 | PW | 4.80 | 2,520.00 | Draft memo of deposition testimony taken during stay focusing on certain facts at request of client | L110 | |
| 02/21/20 | JO | 1.60 | 840.00 | Research and analyze documents for development of factual issues | L110 | |
| 02/21/20 | DAH | 0.70 | 157.50 | Import additional deposition transcripts and exhibits to West Case Notebook database. | L330 | |
| 02/23/20 | LE | 1.50 | 1,162.50 | Conference call with M. Dockterman | L120 | |
| 02/23/20 | LE | 0.10 | 77.50 | Attend to issues with client regarding costs for storing trailer. | L130 | |
| 02/23/20 | LE | 1.40 | 1,085.00 | Review and analyze legal research relating to plaintiffs' claims and theories and follow up research regarding same | L120 | |
| 02/23/20 | LE | 0.10 | 77.50 | Attend to issues regarding letter from plaintiffs | L160 | |
| 02/23/20 | JO | 2.20 | 1,155.00 | Draft memorandum summarizing research on factual issues | L110 | |

| Date | TK | Hours | Amount | Description | Task | Activity |
|------|-----|-------|--------|-------------|------|----------|
| 02/23/20 | JO | 2.90 | 1,522.50 | Review and analyze documents, including deposition transcripts, for development of factual issues | L110 | |
| 02/24/20 | LE | 0.70 | 542.50 | Phone call with co-counsel regarding case status and strategy | L120 | |
| 02/24/20 | LE | 0.60 | 465.00 | Phone call with client regarding case issues | L120 | |
| 02/24/20 | LE | 0.30 | 232.50 | Phone call with plaintiffs' counsel regarding mediation. | L160 | |
| 02/24/20 | LE | 0.70 | 542.50 | Phone call with Consultant B. | L130 | |
| 02/24/20 | LE | 0.30 | 232.50 | Attend to issues regarding letter from plaintiffs and phone call plaintiff's counsel. | L160 | |
| 02/24/20 | LE | 0.60 | 465.00 | Phone call with outside counsel for PG&E counsel to discuss issues in connection with upcoming deposition. | L330 | |
| 02/24/20 | LE | 0.10 | 77.50 | Draft correspondence to client regarding written discovery | L310 | |
| 02/24/20 | LE | 0.90 | 697.50 | Prepare materials for meeting with co-counsel and client | L120 | |
| 02/24/20 | LE | 1.30 | 1,007.50 | Meeting with J. Oh to discuss factual development task, data, and additional areas of development. | L110 | |
| 02/24/20 | LE | 0.30 | 232.50 | Review and finalize pleading regarding Fourth Amended Complaint. | L200 | |
| 02/24/20 | MAK | 0.60 | 369.00 | Confer with L. Edelstein regarding case management and strategy. | L120 | |
| 02/24/20 | MAK | 2.00 | 1,230.00 | Review and analyze documents for upcoming plaintiffs' depositions. | L330 | |
| 02/24/20 | MAK | 3.30 | 2,029.50 | Review and analyze legal claim for potential motion | L200 | |
| 02/24/20 | MAK | 0.40 | 246.00 | Confer with Steptoe team members regarding ongoing tasks and update task tracking chart. | L120 | |
| 02/24/20 | PW | 0.30 | 157.50 | Meeting with L. Edelstein regarding fact and legal research tasks. | L120 | |
| 02/24/20 | PW | 1.10 | 577.50 | Legal research regarding plaintiffs' claims | L120 | |
| 02/24/20 | PW | 3.00 | 1,575.00 | Review and analyze plaintiffs' deposition testimony taken during stay | L110 | |
| 02/24/20 | JO | 0.90 | 472.50 | Prepare and finalize pleading concerning Fourth Amended Master Complaint for filing and for service. | L200 | |
| 02/24/20 | JO | 2.10 | 1,102.50 | Review and analyze documents, including deposition transcripts, for development of factual issues and prepare memorandum | L110 | |
| 02/24/20 | JO | 3.50 | 1,837.50 | Review and analyze documents, including deposition transcripts, for development of factual issues and prepare memorandum | L110 | |
| 02/24/20 | JO | 1.30 | 682.50 | Meeting with L. Edelstein to develop and analyze factual issue and data | L110 | |

| Date | TK | Hours | Amount | Description | Task | Activity |
|------|-----|-------|--------|-------------|------|----------|
| 02/24/20 | ES | 0.30 | 75.00 | File and serve master answer to the fourth amended master complaint. | L200 | |
| 02/24/20 | ES | 0.80 | 200.00 | Review deposition exhibits and prepare tracking chart of deposition exhibits. | L330 | |
| 02/25/20 | LE | 0.80 | 620.00 | Phone call with client to discuss follow up items from team meeting. | L120 | |
| 02/25/20 | LE | 3.30 | 2,557.50 | Meeting with client and co-counsel to discuss case status and strategy (2.8) and prepare for meeting (.5) | L120 | |
| 02/25/20 | LE | 0.30 | 232.50 | Attend to issues regarding costs for storing trailer | L130 | |
| 02/25/20 | LE | 0.40 | 310.00 | Finalize memo regarding factual issue and transmit to client | L110 | |
| 02/25/20 | LE | 0.10 | 77.50 | Attend to issues regarding follow up plaintiff's'deposition | L330 | |
| 02/25/20 | LE | 0.20 | 155.00 | Attend to deposition notices to PG&E | L330 | |
| 02/25/20 | MAK | 2.80 | 1,722.00 | Client meeting regarding case updates and strategy. | L120 | |
| 02/25/20 | MAK | 0.50 | 307.50 | Meeting with Steptoe team to prepare for client meeting. | L120 | |
| 02/25/20 | MAK | 0.40 | 246.00 | Confer with L. Edelstein and co-counsel regarding case strategy and outstanding tasks. | L120 | |
| 02/25/20 | MAK | 0.30 | 184.50 | Confer with associate team regarding outstanding tasks in response to client meeting. | L120 | |
| 02/25/20 | MAK | 1.50 | 922.50 | Analyze and draft summary of potential motions for client. | L200 | |
| 02/25/20 | MAK | 1.70 | 1,045.50 | Review and analyze depositions of defendants taken during stay | L330 | |
| 02/25/20 | KC | 1.70 | 892.50 | Draft outline of potential legal motion | L200 | |
| 02/25/20 | KC | 2.10 | 1,102.50 | Legal research regarding potential motion | L120 | |
| 02/25/20 | PW | 0.50 | 262.50 | Meeting with Steptoe team to prepare for client meeting regarding case strategy. | L120 | |
| 02/25/20 | PW | 2.80 | 1,470.00 | Meeting with client and co-counsel regarding case strategy. | L120 | |
| 02/25/20 | PW | 0.40 | 210.00 | Meeting with Steptoe team and co-counsel regarding follow-up tasks from meeting with client | L120 | |
| 02/25/20 | PW | 0.30 | 157.50 | Meeting with M. Keough, J. Oh, E. Stephan regarding follow-up tasks from meeting with client. | L120 | |
| 02/25/20 | PW | 2.70 | 1,417.50 | Review and analyze plaintiffs' depositions taken during stay | L110 | |
| 02/25/20 | JO | 2.90 | 1,522.50 | Review and analyze documents, including deposition transcripts, for development of factual issues | L110 | |

| Date | TK | Hours | Amount | Description | Task | Activity |
|------|-----|------|--------|-------------|------|----------|
| 02/25/20 | JO | 0.30 | 157.50 | Confer with M. Keough, C. Mathews, E. Stephan regarding case plan following client meeting. | L120 | |
| 02/25/20 | JO | 2.20 | 1,155.00 | Prepare and supplement memorandum on factual issues, including analysis of additional documents | L110 | |
| 02/25/20 | JO | 0.50 | 262.50 | Steptoe team meeting to prepare for meeting with client. | L120 | |
| 02/25/20 | JO | 0.40 | 210.00 | Meeting with Steptoe team and co-counsel regarding strategy and plan. | L120 | |
| 02/25/20 | JO | 2.80 | 1,470.00 | Meeting with client and co-counsel regarding case strategy. | L120 | |
| 02/25/20 | ES | 2.80 | 700.00 | Meet with client and co-counsel regarding case management and organization. | L120 | |
| 02/25/20 | ES | 0.50 | 125.00 | Meet with Steptoe team to prepare for meeting with client | L120 | |
| 02/25/20 | ES | 2.60 | 650.00 | Draft and revise case information materials for client | L110 | |
| 02/25/20 | ES | 0.40 | 100.00 | Confer with Steptoe team and co-counsel about case management and organization. | L120 | |
| 02/26/20 | LE | 0.10 | 77.50 | Follow up with client regarding documents | L110 | |
| 02/26/20 | LE | 1.70 | 1,317.50 | Review and revise draft summary of legal issues for client | L200 | |
| 02/26/20 | LE | 0.30 | 232.50 | Attend to issues regarding potential mediation | L160 | |
| 02/26/20 | LE | 0.60 | 465.00 | Review and revise case materials documents requested by client | L120 | |
| 02/26/20 | LE | 0.20 | 155.00 | Attend to issues regarding new deposition notices to PG&E | L330 | |
| 02/26/20 | LE | 0.10 | 77.50 | Correspondence with client regarding recenlty filed pleadings | L200 | |
| 02/26/20 | LE | 0.60 | 465.00 | Phone call with  co-counsel regarding case status and strategy | L120 | |
| 02/26/20 | MAK | 0.60 | 369.00 | Attention to issues regarding creation of document file sharing site. | L110 | |
| 02/26/20 | MAK | 6.90 | 4,243.50 | Review and analyze depositions of defendants taken during stay | L330 | |
| 02/26/20 | MAK | 0.40 | 246.00 | Factual research regarding basis for plaintiff's claim | L110 | |
| 02/26/20 | MAK | 0.70 | 430.50 | Edit and revise outline for potential legal motion. | L200 | |
| 02/26/20 | KC | 2.70 | 1,417.50 | Legal research regarding potential motion | L200 | |
| 02/26/20 | KC | 3.60 | 1,890.00 | Draft and revise outline for motion and begin to draft motion. | L200 | |
| 02/26/20 | PW | 4.60 | 2,415.00 | Review and analyze plaintiffs' depositions taken during stay. | L110 | |

| Date | TK | Hours | Amount | Description | Task | Activity |
|------|-----|-------|--------|-------------|------|----------|
| 02/26/20 | JO | 2.30 | 1,207.50 | Prepare and supplement memorandum on factual issues, including analysis of additional documents | L110 | |
| 02/26/20 | JO | 3.20 | 1,680.00 | Review and analyze documents relating to factual issue | L110 | |
| 02/26/20 | ES | 1.00 | 250.00 | Revise and edit case materials for client | L110 | |
| 02/26/20 | ES | 0.20 | 50.00 | Correspondence with discovery vendor regarding document structure and information. | L630 | |
| 02/26/20 | DAH | 0.50 | 112.50 | Import new deposition transcript and exhibits to West Case Notebook database and add same materials to the team's network folder. | L330 | |
| 02/27/20 | LE | 2.30 | 1,782.50 | Phone call with potential consultant and follow up call with cleint and co-counsel | L130 | |
| 02/27/20 | LE | 0.60 | 465.00 | Attend to issues regading mediations | L160 | |
| 02/27/20 | LE | 0.20 | 155.00 | Phone call with defense counsel | L330 | |
| 02/27/20 | LE | 0.30 | 232.50 | Attend to issues regarding legal research | L110 | |
| 02/27/20 | LE | 0.20 | 155.00 | Correspondence with M. Keough regarding potential motions | L200 | |
| 02/27/20 | LE | 0.20 | 155.00 | Correspondence with witness regarding preparation for upcoming depositions. | L330 | |
| 02/27/20 | MAK | 4.30 | 2,644.50 | Review and analyze depositions of defendants taken during stay | L330 | |
| 02/27/20 | MAK | 5.50 | 3,382.50 | Draft memorandum regarding depositions of defendants taken during stay | L330 | |
| 02/27/20 | KC | 0.60 | 315.00 | Review and analyze recent pleadings regarding claims asserted and update chart | L200 | |
| 02/27/20 | KC | 1.60 | 840.00 | Continue legal research regarding motion | L200 | |
| 02/27/20 | KC | 4.80 | 2,520.00 | Draft and revise legal motion | L200 | |
| 02/27/20 | PW | 1.20 | 630.00 | Run searches through select deposition transcripts for specific fact issues | L110 | |
| 02/27/20 | PW | 4.50 | 2,362.50 | Review and analyze plaintiff's deposition taken during stay. | L110 | |
| 02/27/20 | PW | 1.90 | 997.50 | Draft memorandum regarding plaintiffs' depositions reviewed to date | L110 | |
| 02/27/20 | JO | 2.60 | 1,365.00 | Prepare and supplement memorandum on factual issues, including analysis of additional documents | L110 | |
| 02/27/20 | JO | 3.40 | 1,785.00 | Review and analyze documents relating to factual issue | L110 | |
| 02/28/20 | LE | 0.10 | 77.50 | Review of deposition summary in connection with potential motion | L330 | |
| 02/28/20 | LE | 0.40 | 310.00 | Attend to issues regarding additional PMK deposition notices | L330 | |
| 02/28/20 | LE | 0.30 | 232.50 | Attend to issues regarding review of documents to be produced in connection with deposition notice. | L330 | |

| Date | TK | Hours | Amount | Description | Task | Activity |
|------|-----|-------|--------|-------------|------|----------|
| 02/28/20 | LE | 0.40 | 310.00 | Attend to issues regarding potential consultant | L130 | |
| 02/28/20 | LE | 0.70 | 542.50 | Draft summary of completed depositions for client | L330 | |
| 02/28/20 | LE | 0.20 | 155.00 | Attend to issues regarding depostion notices. | L330 | |
| 02/28/20 | MAK | 1.80 | 1,107.00 | Research viability of motion on claim for relief and draft summary of the same. | L200 | |
| 02/28/20 | MAK | 4.60 | 2,829.00 | Edit and revise legal motion | L200 | |
| 02/28/20 | PW | 5.70 | 2,992.50 | Review and analyze plaintiffs' deposition transcripts and prepare summary of same. | L110 | |
| 02/28/20 | JO | 1.10 | 577.50 | Review and analyze documents in preparation for document production in response to document request | L653 | |
| 02/28/20 | JO | 3.30 | 1,732.50 | Prepare and supplement memorandum on factual issues, including analysis of additional documents | L110 | |
| 02/28/20 | JO | 2.50 | 1,312.50 | Review and analyze documents relating factual issue | L110 | |
| 02/28/20 | ES | 1.00 | 250.00 | Review and finalize case materials for client | L110 | |
| 02/28/20 | ES | 1.10 | 275.00 | Draft chart of upcoming depositions for client | L330 | |
| 02/29/20 | LE | 5.10 | 3,952.50 | Review and revise memo for client regarding plaintiff depositions during stay and review and analyze underlying transcripts | L330 | |
| 02/29/20 | LE | 2.10 | 1,627.50 | Review and edit memo for client regarding defendant depositions taken during stay and review and analyze underlying transcripts. | L330 | |
| 02/29/20 | KC | 2.60 | 1,365.00 | Legal research regarding potential motion and causes of action | L200 | |
| **TOTAL** | | **527.40** | **$309,047.50** | | | |

## TASK SUMMARY

| Code | Description | Amount |
|------|-------------|-------:|
| L110 | Fact Investigation/Development | 59,418.00 |
| L120 | Analysis/Strategy | 72,147.50 |
| L130 | Experts/Consultants | 18,729.00 |
| L160 | Settlement/Non-Binding ADR | 2,712.50 |
| L200 | Pre-Trial Pleadings and Motions | 28,183.50 |
| L310 | Written Discovery | 15,369.00 |
| L330 | Depositions | 95,555.50 |
| L350 | Discovery Motions | 577.50 |
| L630 | Processing | 765.00 |
| L650 | Review | 14,122.50 |
| L653 | First Pass Document Review | 577.50 |
| L670 | Production | 425.00 |
| L900 | Settlement Process | 465.00 |
| | **TOTAL** | **$309,047.50** |

## EXPENSE DETAIL

| Description | Amount |
|-------------|-------:|
| Lexis On-Line Research | 0.00 |
| Postage | 0.50 |
| Westlaw On-Line Research | 0.00 |
| Air Fare Change Ticket Fee on Jan-18-2020 - Laurie Edelstein, Alaska, Change ticket fee because of deposition rescheduling. | 90.00 |
| Hotel Lodging on Jan-26-2020 - Laurie Edelstein, The Ludlow, New York City, New York, Hotel stay in NY for depositions of R. Runnels, L. Runnels, and L. Moran. | 284.64 |
| Hotel Lodging on Jan-26-2020 - Laurie Edelstein, The Ludlow, New York City, New York, Hotel stay in NY for depositions of R. Runnels, L. Runnels, and L. Moran. | 284.66 |
| Meals Lunch on Jan-26-2020 - Laurie Edelstein, Napa Farms Market, San Francisco, California, Lunch at SFO. | 13.32 |
| Meals Dinner on Jan-26-2020 - Laurie Edelstein, Whole Foods, New York City, New York, Dinner during trip to NY for depositions of R. Runnels, L. Runnels, and L. Moran. | 27.00 |
| Taxis Taxi on Jan-26-2020 - Laurie Edelstein, Driver 5165073, New York City, New York, from NY Hotel to JFK, Taxi from JFK. | 65.30 |
| Air Fare Airfare on Jan-27-2020 - Laurie Edelstein, to New York City, New York, Flight to NY for depositions of R. Runnels, L. Runnels, and L. Moran. | 286.80 |
| Hotel Lodging on Jan-27-2020 - Laurie Edelstein, The Ludlow, New York City, New York, Hotel stay in NY for depositions of R. Runnels, L. Runnels, and L. Moran. | 284.64 |
| Hotel Lodging on Jan-28-2020 - Laurie Edelstein, The Ludlow, New York City, New York, Hotel stay in NY for depositions of R. Runnels, L. Runnels, and L. Moran. | 284.64 |
| Meals Dinner on Jan-28-2020 - Laurie Edelstein, The Odeon, New York City, New York, Dinner during trip to NY for depositions of R. Runnels, L. Runnels, and L. Moran. | 81.69 |
| Deposition Transcripts - U.S. LEGAL SUPPORT INC. Inv.110340508 dated DEC-28-2019 re 1 Certified copy of transcript of Jose Yanez | 903.55 |

| Description | Amount |
|---|---|
| Meals Dinner on Jan-29-2020 - Laurie Edelstein, Becco Restaurant, New York City, New York, Dinner during trip to NY for depositions of R. Runnels, L. Runnels, and L. Moran. | 44.49 |
| Taxis Taxi on Jan-30-2020 - Laurie Edelstein, Driver 5195356, New York City, New York, from NY Hotel to JFK, Taxi to JFK. | 66.35 |
| Taxis Taxi on Jan-30-2020 - Laurie Edelstein, Square Retailer, San Francisco, California, from SFO to Home, Taxi home from SFO. | 21.90 |
| Hearing Transcripts  - CAROL NYGARD & ASSOCIATES, INC. Inv.105407 dated FEB-04-2020 re Case Management Conference Transcript | 75.44 |
| Deposition Transcripts  - U.S. LEGAL SUPPORT INC. Inv.110352648 dated FEB-05-2020 re 1 Certified Copy Transcript of: Yrjo Timonen | 707.20 |
| Deposition Transcripts  - U.S. LEGAL SUPPORT INC. Inv.110352681 dated FEB-05-2020 re 1 Certified Copy of Transcript of: Lesley Coleman Moran | 1,064.25 |
| Deposition Transcripts  - U.S. LEGAL SUPPORT INC. Inv.110352685 dated FEB-05-2020 re 1 Certified Copy of Transcript of: Kirsi Timonen | 1,040.30 |
| Trial Transcripts  - KATHY A. LYONS, CSR Inv.17-CR-017349AB dated FEB-06-2020 re Criminal Trial Transcript | 1,757.00 |
| Arbitrators/Mediators  - AMERICAN EXPRESS Inv.RR02012020485413 dated FEB-01-2020 re JAMS; deposit for mediation services (Jan. 14) | 3,195.28 |
| Meals  - GRUBHUB HOLDINGS INC. F/K/A SEAMLESS NORTH AMERICA, LLC Inv.SL-I968-6I dated FEB-02-2020 re Catered lunch for depositions in NY | 301.81 |
| Meals  - GRUBHUB HOLDINGS INC. F/K/A SEAMLESS NORTH AMERICA, LLC Inv.SL-I968-6I dated FEB-02-2020 re Catered Meal for depositions in NY | 289.23 |
| Meals  - GRUBHUB HOLDINGS INC. F/K/A SEAMLESS NORTH AMERICA, LLC Inv.SL-I968-6I dated FEB-02-2020 re Catered lunch for depositions in NY | 301.81 |
| Meals  - AMERICAN EXPRESS Inv.RR02012020485413 dated FEB-01-2020 re Meals for meeting with co-counsel and  consultant B (Jan. 10) | 87.55 |
| Filing Fees  - SPECIALIZED LEGAL SERVICES, INC. Inv.P178082 dated DEC-31-2019 re Notice of Appearance of Michael A. Keough on Behalf of Defendants Pacific Gas and Electric Company and PG&E Corporation | 155.00 |
| Filing Fees  - SPECIALIZED LEGAL SERVICES, INC. Inv.P178763 dated JAN-31-2020 re Position Statement of Defendants PG&E and PG&E Corp on Case Management and Proposed Pretrial and Trial Schedule | 229.50 |
| Filing Fees  - SPECIALIZED LEGAL SERVICES, INC. Inv.P178783 dated JAN-31-2020 re Corrected Position Statement of Defendants PG&E and PG&E Corp on Case Management and Proposed Pretrial and Trial Schedule | 229.50 |
| Trial Transcripts  - GERALD A. DOHRMANN Inv.20200206 dated FEB-06-2020 re This is for the court reporter for the criminal trial related to the Ghost Ship Litigation. . | 3,019.00 |
| Fees - Court Court Costs on Feb-19-2020 - John Jensen, Superior Court of Alameda Calfornia, Superior Court of Alameda - filing retrieval - 1) Demurrer Sustained with Leave to Amend (26 pages); 2) Demurrer to the first amended complaint - overruled (117 pages) | 55.50 |
| Deposition Transcripts  - U.S. LEGAL SUPPORT INC. Inv.110349559 dated JAN-28-2020 re 1 Certified Copy of Transcript of: Cyrus Hoda | 266.10 |
| Deposition Transcripts  - U.S. LEGAL SUPPORT INC. Inv.110349582 dated JAN-28-2020 re 1 Certified Copy of Transcript of: Gary Plotkin | 349.00 |
| Deposition Transcripts  - U.S. LEGAL SUPPORT INC. Inv.110349586 dated JAN-28-2020 re 1 Certified Copy of Transcript of: Valerie Plotkin | 102.50 |
| Deposition Transcripts  - U.S. LEGAL SUPPORT INC. Inv.110349835 dated JAN-28-2020 re Deposition Transcript of Pamela Krueger | 160.00 |

| Description | Amount |
|---|---|
| Filing Fees  - SPECIALIZED LEGAL SERVICES, INC. Inv.P178187 dated JAN-31-2020 re Pro Hac Vice application for Evan Glassman | 768.50 |
| U.S. Legal Support, Inv. 110349601 dated 01/28/2020 re Deposition Transcript of Edward N. Wadswork | 709.50 |
| Fees - Court Court Costs on Feb-26-2020 - John Jensen, Alameda County Superior Court, Alameda Superior Court - Transaction 052011 -  Case RG16843631 - Civil Law and Motion Hearing Commenced and Completed | 5.00 |
| Deposition Transcripts  - U.S. LEGAL SUPPORT INC. Inv.110357063 dated FEB-19-2020 re Deposition transcript of Lorraine Marie Runnels. | 406.60 |
| Deposition Transcripts  - U.S. LEGAL SUPPORT INC. Inv.110357067 dated FEB-19-2020 re Deposition transcript of Richard Allen Runnels. | 738.05 |
| Deposition Transcripts  - U.S. LEGAL SUPPORT INC. Inv.110360207 dated FEB-26-2020 re Deposition transcript of Emilie Grandchamps. | 913.80 |
| **TOTAL** | **$19,666.90** |

## CURRENT ACCOUNTS RECEIVABLE AGING

| Current | 31 to 60 | 61 to 90 | 91 to 120 | Over 120 | Balance |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 376,793.63 | 62,887.77 | 43,926.04 | 483,607.44 |



One Market Street
Spear Tower, Suite 3900
San Francisco, CA 94105
TEL: 415.365.6700
FAX: 415.365.6699
www.steptoe.com

May 6, 2020

## INVOICE SUMMARY

**Our Matter No. 084371.00010**                                    **Invoice No. 2677301**

GHOST SHIP FIRE LITIGATION
1706719

For professional services rendered through February 29, 2020

| | | |
|---|---|---|
| Fees: | $ | 309,047.50 |
| 2.5% Volume Discount | | (5,732.89) |
| Total Fees: | | 303,314.61 |
| Total Expenses: | | 19,666.90 |
| **Total Due for this Period:** | | **322,981.51** |
| Previous Balance: | | 483,607.44 |
| **Total Amount Due:** | $ | **806,588.95** |

## INVOICE IS DUE AND PAYABLE UPON RECEIPT
## PLEASE RETURN THIS COPY WITH YOUR REMITTANCE

Please send remittance to:

Limited Liability Partnership under the laws of the District of Columbia, U.S.A.
BEIJING BRUSSELS CHICAGO HONG KONG LONDON LOS ANGELES NEW YORK SAN FRANCISCO WASHINGTON



One Market Plaza
Spear Tower, Suite 3900
San Francisco, CA 94105
TEL: 415.365.6700
FAX: 415.365.6699
www.steptoe.com

May 6, 2020

**INVOICE SUMMARY**

| **Our Matter No. 084371.00011** | | **Invoice No. 2677302** |
|---|---|---|

VALERO REFINERY OUTAGE
1706792

For professional services rendered through February 29, 2020

| | | |
|---|---|---|
| Total Fees: | $ | 13,828.00 |
| Total Expenses: | | 217.52 |
| **Total Due for this Period:** | | **14,045.52** |
| Previous Balance: | | 29,375.16 |
| **Total Amount Due:** | **$** | **43,420.68** |

## FEE SUMMARY

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| L. Edelstein | Partner | 1.80 | 775.00 | 1,395.00 |
| M.E. Flynn-O'Brien | Associate | 8.70 | 615.00 | 5,350.50 |
| J. Oh | Associate | 13.30 | 525.00 | 6,982.50 |
| E. Stephan | Paralegal | 0.40 | 250.00 | 100.00 |
| | | | **TOTAL FEES** | **$13,828.00** |

## FEE DETAIL

| Date | TK | Hours | Amount | Description | Task | Activity |
|---|---|---|---|---|---|---|
| 02/01/20 | LE | 0.10 | 77.50 | Attend to issues regarding expert reports | L130 | |
| 02/01/20 | LE | 0.10 | 77.50 | Attend to issues regarding mediation | L160 | |
| 02/01/20 | MEFO | 0.20 | 123.00 | Attend to issues regarding expert reports | L130 | |
| 02/01/20 | JO | 3.70 | 1,942.50 | Review and analyze documents in connection with expert reports | L130 | |
| 02/03/20 | JO | 3.10 | 1,627.50 | Review and analyze documents in connection with expert reports | L130 | |
| 02/03/20 | JO | 2.00 | 1,050.00 | Review and analyze documents in connection with expert reports | L130 | |
| 02/04/20 | LE | 0.10 | 77.50 | Correspondence regarding expert reports | L130 | |
| 02/04/20 | LE | 0.10 | 77.50 | Correspondence with client regarding case developments | L120 | |
| 02/10/20 | MEFO | 0.90 | 553.50 | Identify and compile documents for expert review | L130 | |
| 02/11/20 | LE | 0.40 | 310.00 | Conference call with client regarding case status and developments | L120 | |
| 02/12/20 | MEFO | 0.30 | 184.50 | Attend to issues regarding expert retention | L130 | |
| 02/13/20 | JO | 2.60 | 1,365.00 | Identify and compile documents for expert | L130 | |
| 02/13/20 | ES | 0.40 | 100.00 | Prepare materials for expert review | L130 | |
| 02/18/20 | JO | 0.40 | 210.00 | Emails and telephone call with expert regarding documents | L130 | |
| 02/19/20 | MEFO | 0.50 | 307.50 | Conference with L. Edelstein and J. Oh regarding expert reports | L120 | |
| 02/24/20 | LE | 0.10 | 77.50 | Attend to issues regarding expert reports | L130 | |
| 02/24/20 | MEFO | 2.80 | 1,722.00 | Identify, collect, and organize materials for experts | L130 | |
| 02/25/20 | MEFO | 0.20 | 123.00 | Conference call with consulting firm regarding materials for expert review. | L130 | |
| 02/26/20 | LE | 0.60 | 465.00 | Attend to issues regarding expert reports | L130 | |
| 02/26/20 | LE | 0.30 | 232.50 | Attend to issues regarding correspondence from Valero counsel regarding date for expert report | L130 | |

| Date | TK | Hours | Amount | Description | Task | Activity |
|------|-----|-------|--------|-------------|------|----------|
| 02/26/20 | MEFO | 3.50 | 2,152.50 | Identify, collect, and organize materials for experts, and confer with J. Oh regarding same. | L130 | |
| 02/26/20 | MEFO | 0.30 | 184.50 | Correspondence with Valero counsel regarding deadline for replacement expert reports. | L120 | |
| 02/26/20 | JO | 0.60 | 315.00 | Confer with L. Edelstein and M. Flynn-O'Brien regarding experts. | L120 | |
| 02/26/20 | JO | 0.30 | 157.50 | Confer with M. Flynn-O'Brien regarding case status and plan. | L120 | |
| 02/26/20 | JO | 0.60 | 315.00 | Prepare materials for expert review. | L130 | |
| **TOTAL** | | **24.20** | **$13,828.00** | | | |

## TASK SUMMARY

| Code | Description | Amount |
|------|-------------|--------|
| L120 | Analysis/Strategy | 1,352.00 |
| L130 | Experts/Consultants | 12,398.50 |
| L160 | Settlement/Non-Binding ADR | 77.50 |
| | **TOTAL** | **$13,828.00** |

## EXPENSE DETAIL

| Description | Amount |
|-------------|--------|
| Federal Express | 131.70 |
| Meals - AMERICAN EXPRESS Inv.RR02012020485413 dated FEB-01-2020 re Mixt; meals for deposition prep session with expert (Jan. 14) | 39.56 |
| Meals - AMERICAN EXPRESS Inv.RR02012020485413 dated FEB-01-2020 re Tender Greens; meals for deposition of expert (Jan. 15) | 46.26 |
| **TOTAL** | **$217.52** |

## CURRENT ACCOUNTS RECEIVABLE AGING

| Current | 31 to 60 | 61 to 90 | 91 to 120 | Over 120 | Balance |
|---------|----------|----------|-----------|----------|---------|
| 0.00 | 0.00 | 0.00 | 0.00 | 29,375.16 | 29,375.16 |



Steptoe
STEPTOE & JOHNSON LLP

One Market Plaza
Spear Tower, Suite 3900
San Francisco, CA 94105
TEL: 415.365.6700
FAX: 415.365.6699
www.steptoe.com

May 6, 2020

**INVOICE SUMMARY**

**Our Matter No. 084371.00011** **Invoice No. 2677302**

VALERO REFINERY OUTAGE
1706792

For professional services rendered through February 29, 2020

| | | |
|---|---|---|
| Total Fees: | $ | 13,828.00 |
| Total Expenses: | | 217.52 |
| **Total Due for this Period:** | | **14,045.52** |
| Previous Balance: | | 29,375.16 |
| **Total Amount Due:** | **$** | **43,420.68** |

**INVOICE IS DUE AND PAYABLE UPON RECEIPT**
**PLEASE RETURN THIS COPY WITH YOUR REMITTANCE**

Please send remittance to:

Case: 19-30088 Doc# 7160-4 Filed: 05/12/20 Entered: 05/12/20 14:16:18 Page 28 of 31

One Market Plaza
Spear Tower, Suite 3900
San Francisco, CA 94105
TEL: 415.365.6700
FAX: 415.365.6699
www.steptoe.com

May 6, 2020

**INVOICE SUMMARY**

**Our Matter No. 084371.00015**                                                                                 **Invoice No. 2677851**

GANTNER PSPS CLASS ACTION

For professional services rendered through February 28, 2020

| | | |
|---|---|---|
| Total Fees: | $ | 1,395.00 |
| Total Expenses: | | 0.00 |
| **Total Due for this Period:** | | **1,395.00** |
| Previous Balance: | | 10,152.50 |
| **Total Amount Due:** | $ | **11,547.50** |

## FEE SUMMARY

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| L. Edelstein | Partner | 1.80 | 775.00 | 1,395.00 |
| | | | **TOTAL FEES** | **$1,395.00** |

## FEE DETAIL

| Date | TK | Hours | Amount | Description | Task | Activity |
|---|---|---|---|---|---|---|
| 02/10/20 | LE | 0.10 | 77.50 | Review and respond to correspondence from client regarding San Ramon Valley Fire District ordinance | L120 | |
| 02/14/20 | LE | 0.80 | 620.00 | Review and analyze materials in connection with San Ramon Valley Fire Protection District and phone call with client and bankruptcy counsel regarding same | L120 | |
| 02/27/20 | LE | 0.90 | 697.50 | Review and analyze opposition to motion to dismiss PSPS class action | L200 | |
| **TOTAL** | | **1.80** | **$1,395.00** | | | |

## TASK SUMMARY

| Code | Description | Amount |
|---|---|---|
| L120 | Analysis/Strategy | 697.50 |
| L200 | Pre-Trial Pleadings and Motions | 697.50 |
| | **TOTAL** | **$1,395.00** |

## CURRENT ACCOUNTS RECEIVABLE AGING

| Current | 31 to 60 | 61 to 90 | 91 to 120 | Over 120 | Balance |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 10,152.50 | 0.00 | 0.00 | 10,152.50 |



One Market Plaza
Spear Tower, Suite 3900
San Francisco, CA 94105
TEL: 415.365.6700
FAX: 415.365.6699
www.steptoe.com

May 6, 2020

## INVOICE SUMMARY

**Our Matter No. 084371.00015**                                       **Invoice No. 2677851**

GANTNER PSPS CLASS ACTION

For professional services rendered through February 28, 2020

| | | |
|---|---|---|
| Total Fees: | $ | 1,395.00 |
| Total Expenses: | | 0.00 |
| **Total Due for this Period:** | | **1,395.00** |
| Previous Balance: | | 10,152.50 |
| **Total Amount Due:** | $ | **11,547.50** |

**INVOICE IS DUE AND PAYABLE UPON RECEIPT**
**PLEASE RETURN THIS COPY WITH YOUR REMITTANCE**

Please send remittance to:

Limited Liability Partnership under the laws of the District of Columbia, U.S.A.
BEIJING BRUSSELS CHICAGO HONG KONG LONDON LOS ANGELES NEW YORK SAN FRANCISCO WASHINGTON