# EXHIBIT E

**DETAILED EXPENSE ENTRIES
FEBRUARY 1 THROUGH FEBRUARY 29, 2020**

## EXPENSE DETAIL

| Description | Amount |
|---|---:|
| Lexis On-Line Research | 0.00 |
| Postage | 0.50 |
| Westlaw On-Line Research | 0.00 |
| Air Fare Change Ticket Fee on Jan-18-2020 - Laurie Edelstein, Alaska, Change ticket fee because of deposition rescheduling. | 90.00 |
| Hotel Lodging on Jan-26-2020 - Laurie Edelstein, The Ludlow, New York City, New York, Hotel stay in NY for depositions of R. Runnels, L. Runnels, and L. Moran. | 284.64 |
| Hotel Lodging on Jan-26-2020 - Laurie Edelstein, The Ludlow, New York City, New York, Hotel stay in NY for depositions of R. Runnels, L. Runnels, and L. Moran. | 284.66 |
| Meals Lunch on Jan-26-2020 - Laurie Edelstein, Napa Farms Market, San Francisco, California, Lunch at SFO. | 13.32 |
| Meals Dinner on Jan-26-2020 - Laurie Edelstein, Whole Foods, New York City, New York, Dinner during trip to NY for depositions of R. Runnels, L. Runnels, and L. Moran. | 27.00 |
| Taxis Taxi on Jan-26-2020 - Laurie Edelstein, Driver 5165073, New York City, New York, from NY Hotel to JFK, Taxi from JFK. | 65.30 |
| Air Fare Airfare on Jan-27-2020 - Laurie Edelstein, to New York City, New York, Flight to NY for depositions of R. Runnels, L. Runnels, and L. Moran. | 286.80 |
| Hotel Lodging on Jan-27-2020 - Laurie Edelstein, The Ludlow, New York City, New York, Hotel stay in NY for depositions of R. Runnels, L. Runnels, and L. Moran. | 284.64 |
| Hotel Lodging on Jan-28-2020 - Laurie Edelstein, The Ludlow, New York City, New York, Hotel stay in NY for depositions of R. Runnels, L. Runnels, and L. Moran. | 284.64 |
| Meals Dinner on Jan-28-2020 - Laurie Edelstein, The Odeon, New York City, New York, Dinner during trip to NY for depositions of R. Runnels, L. Runnels, and L. Moran. | 81.69 |
| Deposition Transcripts - U.S. LEGAL SUPPORT INC. Inv.110340508 dated DEC-28-2019 re 1 Certified copy of transcript of Jose Yanez | 903.55 |
| Meals Dinner on Jan-29-2020 - Laurie Edelstein, Becco Restaurant, New York City, New York, Dinner during trip to NY for depositions of R. Runnels, L. Runnels, and L. Moran. | 44.49 |
| Taxis Taxi on Jan-30-2020 - Laurie Edelstein, Driver 5195356, New York City, New York, from NY Hotel to JFK, Taxi to JFK. | 66.35 |
| Taxis Taxi on Jan-30-2020 - Laurie Edelstein, Square Retailer, San Francisco, California, from SFO to Home, Taxi home from SFO. | 21.90 |
| Hearing Transcripts - CAROL NYGARD & ASSOCIATES, INC. Inv.105407 dated FEB-04-2020 re Case Management Conference Transcript | 75.44 |
| Deposition Transcripts - U.S. LEGAL SUPPORT INC. Inv.110352648 dated FEB-05-2020 re 1 Certified Copy Transcript of: Yrjo Timonen | 707.20 |
| Deposition Transcripts - U.S. LEGAL SUPPORT INC. Inv.110352681 dated FEB-05-2020 re 1 Certified Copy of Transcript of: Lesley Coleman Moran | 1,064.25 |
| Deposition Transcripts - U.S. LEGAL SUPPORT INC. Inv.110352685 dated FEB-05-2020 re 1 Certified Copy of Transcript of: Kirsi Timonen | 1,040.30 |
| Trial Transcripts - KATHY A. LYONS, CSR Inv.17-CR-017349AB dated FEB-06-2020 re Criminal Trial Transcript | 1,757.00 |
| Arbitrators/Mediators - AMERICAN EXPRESS Inv.RR02012020485413 dated FEB-01-2020 re JAMS; deposit for mediation services (Jan. 14) | 3,195.28 |
| Meals - GRUBHUB HOLDINGS INC. F/K/A SEAMLESS NORTH AMERICA, LLC Inv.SL-I968-6I dated FEB-02-2020 re Catered lunch for depositions in NY | 301.81 |
| Meals - GRUBHUB HOLDINGS INC. F/K/A SEAMLESS NORTH AMERICA, LLC Inv.SL-I968-6I dated FEB-02-2020 re Catered Meal for depositions in NY | 289.23 |

| Description | Amount |
|---|---:|
| Meals  - GRUBHUB HOLDINGS INC. F/K/A SEAMLESS NORTH AMERICA, LLC Inv.SL-I968-6I dated FEB-02-2020 re Catered lunch for depositions in NY | 301.81 |
| Meals  - AMERICAN EXPRESS Inv.RR02012020485413 dated FEB-01-2020 re Meals for meeting with co-counsel and  consultant B (Jan. 10) | 87.55 |
| Filing Fees  - SPECIALIZED LEGAL SERVICES, INC. Inv.P178082 dated DEC-31-2019 re Notice of Appearance of Michael A. Keough on Behalf of Defendants Pacific Gas and Electric Company and PG&E Corporation | 155.00 |
| Filing Fees  - SPECIALIZED LEGAL SERVICES, INC. Inv.P178763 dated JAN-31-2020 re Position Statement of Defendants PG&E and PG&E Corp on Case Management and Proposed Pretrial and Trial Schedule | 229.50 |
| Filing Fees  - SPECIALIZED LEGAL SERVICES, INC. Inv.P178783 dated JAN-31-2020 re Corrected Position Statement of Defendants PG&E and PG&E Corp on Case Management and Proposed Pretrial and Trial Schedule | 229.50 |
| Trial Transcripts  - GERALD A. DOHRMANN Inv.20200206 dated FEB-06-2020 re This is for the court reporter for the criminal trial related to the Ghost Ship Litigation. . | 3,019.00 |
| Fees - Court Court Costs on Feb-19-2020 - John Jensen, Superior Court of Alameda Calfornia, Superior Court of Alameda - filing retrieval - 1) Demurrer Sustained with Leave to Amend (26 pages); 2) Demurrer to the first amended complaint - overruled (117 pages) | 55.50 |
| Deposition Transcripts  - U.S. LEGAL SUPPORT INC. Inv.110349559 dated JAN-28-2020 re 1 Certified Copy of Transcript of: Cyrus Hoda | 266.10 |
| Deposition Transcripts  - U.S. LEGAL SUPPORT INC. Inv.110349582 dated JAN-28-2020 re 1 Certified Copy of Transcript of: Gary Plotkin | 349.00 |
| Deposition Transcripts  - U.S. LEGAL SUPPORT INC. Inv.110349586 dated JAN-28-2020 re 1 Certified Copy of Transcript of: Valerie Plotkin | 102.50 |
| Deposition Transcripts  - U.S. LEGAL SUPPORT INC. Inv.110349835 dated JAN-28-2020 re Deposition Transcript of Pamela Krueger | 160.00 |
| Filing Fees  - SPECIALIZED LEGAL SERVICES, INC. Inv.P178187 dated JAN-31-2020 re Pro Hac Vice application for Evan Glassman | 768.50 |
| U.S. Legal Support, Inv. 110349601 dated 01/28/2020 re Deposition Transcript of Edward N. Wadswork | 709.50 |
| Fees - Court Court Costs on Feb-26-2020 - John Jensen, Alameda County Superior Court, Alameda Superior Court - Transaction 052011 -  Case RG16843631 - Civil Law and Motion Hearing Commenced and Completed | 5.00 |
| Deposition Transcripts  - U.S. LEGAL SUPPORT INC. Inv.110357063 dated FEB-19-2020 re Deposition transcript of Lorraine Marie Runnels. | 406.60 |
| Deposition Transcripts  - U.S. LEGAL SUPPORT INC. Inv.110357067 dated FEB-19-2020 re Deposition transcript of Richard Allen Runnels. | 738.05 |
| Deposition Transcripts  - U.S. LEGAL SUPPORT INC. Inv.110360207 dated FEB-26-2020 re Deposition transcript of Emilie Grandchamps. | 913.80 |
| **TOTAL** | **$19,666.90** |

PACIFIC GAS AND ELECTRIC COMPANY  Invoice No. 2677302
Our Matter No. 084371.00011  Invoice Date 05/06/2020
Page 1

## EXPENSE DETAIL

| Description | Amount |
|---|---|
| Federal Express | 131.70 |
| Meals - AMERICAN EXPRESS Inv.RR02012020485413 dated FEB-01-2020 re Mixt; meals for deposition prep session with expert (Jan. 14) | 39.56 |
| Meals - AMERICAN EXPRESS Inv.RR02012020485413 dated FEB-01-2020 re Tender Greens; meals for deposition of expert (Jan. 15) | 46.26 |
| **TOTAL** | **$217.52** |

## EXPENSE DETAIL

| Description | Amount |
|---|---:|
| Postage | 0.50 |
| **TOTAL** | **$0.50** |