Dustin C. Cooper (SBN 245774)
M. Anthony Soares (SBN 078934)
MINASIAN, MEITH, SOARES,
SEXTON & COOPER, LLP
1681 Bird Street
Post Office Box 1679
Oroville, California 95965-1679
Telephone: 530.533.2885
Facsimile: 530.533.0197

Attorneys for FIRE VICTIMS

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re:<br>PG&E CORPORATION,<br>And<br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>　　　　　Debtors | Chapter 11 Case<br>No.: 19-30088 (DM)<br>Lease Case<br>(Jointly Administered)<br><br>**AFFIDAVIT OF DUSTIN C. COOPER EVIDENCING SERVICE OF SOLICITATION PACKAGES AND BALLOTS TO FIRE VICTIMS** |

I, Dustin C. Cooper, declare as follows:

1. I am an attorney at law duly licensed to practice before all courts of the State of California and am a senior partner with the law firm of Minasian, Meith, Soares, Sexton & Cooper, LLP, (the "Firm") on whose behalf I make this affidavit.

-1-

**AFFIDAVIT OF DUSTIN C. COOPER EVIDENCING SERVICE OF SOLICITATION PACKAGES AND BALLOTS TO FIRE VICTIMS**

MINASIAN, MEITH, SOARES, SEXTON & COOPER, LLP
1681 Bird Street
P.O. Box 1679
Oroville, CA 95965
(530) 533-2885

2. On March 3, 2020 the Firm transmitted to Pacific Gas & Electric Company and its solicitation agent, Prime Clerk, a Fire Victim Plan Solicitation Directive with "indirect solicitation method" selected.

3. In the month of April, 2020 we were alerted to the fact that solicitation packages were mailed, but delayed, due to the COVID-19 pandemic.

4. As of May 6, 2020, the Firm had only received the solicitation package for three (3) of its twenty-seven (27) clients. Consequently, on May 6, 2020, we requested and Prime Clerk provided the E-ballot IDs for this Firm's remaining clients in this matter.

5. On May 7, 2020, the Firm served, by letter, the E-ballot IDs and a link to the solicitation package to all of the Firm's remaining clients.

6. Pursuant to the indirect solicitation method:

   a. Service of the solicitation packages is complete;

   b. Service took place on May 7, 2020; and

   c. The Firm has provided its client list to the solicitation agent.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 11th day of May, 2020 in Oroville, California

Respectfully submitted,

MINASIAN, MEITH, SOARES,
SEXTON & COOPER, LLP

By: _____
DUSTIN C. COOPER

-2-

**AFFIDAVIT OF DUSTIN C. COOPER EVIDENCING SERVICE OF SOLICITATION PACKAGES AND BALLOTS TO FIRE VICTIMS**