RICHARD A. MARSHACK, #107291
rmarshack@marshackhays.com
D. EDWARD HAYS, #162507
ehays@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Gerald Singleton, SBN 208783
Gary LoCurto, SBN 270372
SINGLETON LAW FIRM, APC
450 A Street, 5th Floor
San Diego, CA 92101
Tel: (619) 771-3473
Email: gerald@slffirm.com
glocurto@slffirm.com

Attorneys for SLF Fire Victim Claimants

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br><br>Debtors<br><br>Affects:<br>☐ PG&E Corporation<br>☐ Pacific Gas & Electric Company<br>☒ Both Debtors<br><br>* All papers shall be filed in the Lead Case No. 19-30088 (DM). | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case–Jointly Administered)<br><br>**RESERVATION OF RIGHTS AND JOINDER BY THE SINGLETON LAW FIRM FIRE VICTIM CLAIMANTS IN THE RESPONSE OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS (Docket No. 7159) TO OBJECTION OF ADVENTIST HEALTH, AT&T, PARADISE ENTITIES AND COMCAST TO TRUST DOCUMENTS (Docket No. 7072)**<br><br>**Hearing Date:**<br>Date: May 15, 2020<br>Time: 10:00 a.m. (Pacific) |

1

|   |   |
|---|---|
| Place: | United States Bankruptcy Court: Courtroom 17, 16th Floor San Francisco, CA 94102 |

The Singleton Law Firm ("SLF"), on behalf of its fire victim claimants, hereby join the *RESPONSE OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS TO OBJECTION OF ADVENTIST HEALTH, AT&T, PARADISE ENTITIES AND COMCAST TO TRUST DOCUMENTS, Dk. No. 7159,* filed on May 12, 2020.

Further, SLF reserves its rights to be heard on all issues, including but not limited to whether pursuant to California Code of Civil Procedure §1036 - and as recognized by the CRP - statutorily required attorneys' fees for inverse condemnation claims, designed to make inverse plaintiffs whole, will be awarded by the Trust as recoverable economic damages.

Dated: May 12, 2020　　　　　　MARSHACK HAYS LLP

By: */s Richard A. Marshack*
　　RICHARD A. MARSHACK
　　DAVID A. WOOD
　　LAILA MASUD
　　Attorneys for SLF CLAIMANTS

Dated: May 12, 2020　　　　　　SINGLETON LAW FIRM, APC

By: */s Gerald Singleton*
　　Gerald Singleton
　　Gary LoCurto
　　Attorneys for the Singleton Law
　　Firm Fire Victim Claimants