RICHARD A. MARSHACK, #107291
rmarshack@marshackhays.com
DAVID A. WOOD, #272406
dwood@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Gerald Singleton, SBN 208783
Gary LoCurto, SBN 270372
SINGLETON LAW FIRM, APC
450 A Street, 5th Floor
San Diego, CA 92101
Tel: (619) 771-3473
Fax: (619) 255-1515
Email: gerald@slffirm.com
glocurto@slffirm.com

Attorneys for Claimants,
SLF Fire Victims

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br>    Debtors.<br><br>Affects:<br>☐ PG&E Corporation<br>☐ Pacific Gas & Electric Company<br>☒ Both Debtors<br><br>*All papers shall be filed in the Lead Case,<br>No. 19-3008 (DM) | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case-Jointly Administered)<br><br>**CERTIFICATE OF SERVICE** |

I, LAYLA BUCHANAN, do declare and state as follows:

1.  I am employed in Orange County in the State of California. I am over the age of 18 and not a party to this action. My business address is 870 Roosevelt, Irvine, California 92620.

2. I certify that on May 12, 2020, I caused a true and correct copy of each of the following documents to be served via e-mail on the Standard Party Email Service List attached hereto as **Exhibit A**:

> **RESERVATION OF RIGHTS AND JOINDER BY THE SINGLETON LAW FIRM FIRE VICTIM CLAIMANTS IN THE RESPONSE OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS (Docket No. 7159) TO OBJECTION OF ADVENTIST HEALTH, AT&T, PARADISE ENTITIES AND COMCAST TO TRUST DOCUMENTS (Docket No. 7072)**

3. I certify that on May 12, 2020, I caused a true and correct copy of each of the above documents to be served via First Class Mail on the Standard Party First Class Mail Service List attached hereto as **Exhibit B**.

4. I certify that on May 12, 2020, I caused a true and correct copy of each of the above documents to be served via e-mail on the Master Email Service List attached hereto as **Exhibit C**.

5. I have reviewed the Notice of Electronic Filing for the above-listed document, and I understand that the parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing System.

6. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that if called upon to witness, I could and would testify competently thereto.

Executed on May 12, 2020, at Irvine, California.

*/s/ Layla Buchanan*
LAYLA BUCHANAN

# In re: PG&E Corporation, *et al.*
## Standard Party Email Service List
### Case No. 19-30088 (DM)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Debtor | Weil, Gotshal & Manges LLP | Attn: Stephen Karotkin, Jessica Liou, Matthew Goren | stephen.karotkin@weil.com<br>matthew.goren@weil.com<br>jessica.liou@weil.com |
| Counsel to Debtor | Keller Benvenutti Kim LLP | Attn: Tobias S. Keller, Jane Kim | tkeller@kbkllp.com<br>jkim@kbkllp.com |
| Counsel for JPMorgan Chase Bank, N.A., as DIP Administrative Agent | Stroock & Stroock & Lavan LLP | Attn: Frank A. Merola | fmerola@stroock.com |
| Counsel for JPMorgan Chase Bank, N.A., as DIP Administrative Agent | Stroock & Stroock & Lavan LLP | Attn: Kristopher M. Hansen, Erez E. Gilad, Matthew G. Garofalo | khansen@stroock.com<br>egilad@stroock.com<br>mgarofalo@stroock.com |
| Counsel for Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility | Davis Polk & Wardwell LLP | Attn: Andrew D. Yaphe | andrew.yaphe@davispolk.com |
| Counsel to California Public Utilities Commission | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Alan W. Kornberg, Brian S. Hermann, Walter R. Rieman, Sean A. Mitchell, Neal P. Donnelly | akornberg@paulweiss.com<br>bhermann@paulweiss.com<br>wrieman@paulweiss.com<br>smitchell@paulweiss.com<br>ndonnelly@paulweiss.com |
| Office of the United States Trustee | Office of the United States Trustee | Attn: James L. Snyder, Esq. & Timothy Lafreddi, Esq., Marta E. Villacorta | James.L.Snyder@usdoj.gov<br>timothy.s.laffredi@usdoj.gov<br>Marta.Villacorta@usdoj.gov |
| Counsel to the Federal Energy Regulatory Commission | U.S. Department of Justice, Civil Division | Attn: Joseph H. Hunt, Ruth A. Harvey, Kirk Manhardt, Matthew Troy, Marc S. Sacks, Shane Huang, Michael S. Tye, Rodney A. Morris | shane.huang@usdoj.gov<br>michael.tye@usdoj.gov<br>Rodney.Morris2@usdoj.gov |
| Counsel for the Official Committee of Unsecured Creditors | Milbank LLP | Attn: Dennis F. Dunne, Samuel A. Khalil | ddunne@milbank.com<br>skhalil@milbank.com |
| Counsel for the Official Committee of Unsecured Creditors | Milbank LLP | Attn: Gregory A. Bray, Thomas R. Kreller, Samir L. Vora | Gbray@milbank.com<br>TKreller@milbank.com<br>svora@milbank.com |
| Counsel for Official Committee of Tort Claimants | BAKER & HOSTETLER, LLP | Attn: Eric E. Sagerman, Lauren T. Attard | esagerman@bakerlaw.com<br>lattard@bakerlaw.com |

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel for Official Committee of Tort Claimants | BAKER & HOSTETLER, LLP | Attn: Robert A. Julian, Cecily A. Dumas | rjulian@bakerlaw.com cdumas@bakerlaw.com |

**In re: PG&E Corporation, *et al.***
Standard Party First Class Mail Service List
Case No. 19-30088 (DM)

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| PG&E Corporation | Attn: President or General Counsel | 77 Beale Street | P.O. Box 77000 | San Francisco | CA | 94177 |
| U.S. Nuclear Regulatory Commission | Attn: General Counsel | U.S. NRC Region IV | 1600 E. Lamar Blvd. | Arlington | TX | 76011 |

In re: PG&E Corporation, et al.
Master Service List
Case No. 19-30088 (DM)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Proposed Special Counsel for Official Committee of Tort Claimants | MacConaghy & Barnier, PLC | John H. MacConaghy | macclaw@macbarlaw.com |
| Counsel for Adventist Health | Norton Rose Fulbright US LLP | Rebecca J. Winthrop<br>Robin D. Ball | service by NEF<br>robin.ball@nortonrosefulbright.com |
| Counsel for AT&T | Arnold & Porter Kaye Scholer LLP | Brian J. Lohan<br>Benjamin Mintz | service by NEF<br>benjamin.mintz@arnoldporter.com |
| Counsel for Comcast | Wilmer Cutler Pickering Hale and Dorr LLP | Lauren Lifland<br>Alllyson Pierce | lauren.lifland@wilmerhale.com<br>allyson.pierce@wilmerhale.com |
| Counsel for Paradise Entities | Reed Smith LLP | David E. Weiss<br>Peter Munoz | dweiss@reedsmith.com<br>pmunoz@reedsmith.com |