# UNITED STATES BANKRUPTCY COURT
## Northern District of California

*In re PG&E Corporation and Pacific Gas and Electric Company*
Case Number: 19-30088 (DM)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **VonWin Capital Management, L.P.** | **Action Battery Wholesalers, Inc.** |
| Name of Transferee | Name of Transferor |

| | |
|---|---|
| Name and Address where notices to transferee should be sent: | Scheduled Claim #: **1033757** <br> Scheduled Amount: **$5,757.00** <br> Proof of Claim #: **N/A** <br> POC Amount: **N/A** |
| **261 Fifth Avenue, 22nd Floor** <br> **New York, NY 10016** | Debtor: **Pacific Gas and Electric Company** |
| Phone: **(212) 889-1601** <br> Last Four Digits of Acct #: **N/A** | Phone: **(715) 247-5512** <br> Last Four Digits of Acct #: **N/A** |

Name and Address where transferee
Payments should be sent (if
different from above):

**SAME ADDRESS AS ABOVE**

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____     Date: _____05-12-2020_____
    Transferee/Transferee's Agent