MICHAEL A. KELLY (State Bar #71460)
mkelly@walkuplawoffice.com
KHALDOUN A. BAGHDADI (State Bar #190111)
kbaghdadi@walkuplawoffice.com
WALKUP, MELODIA, KELLY & SCHOENBERGER
650 California Street, 26th Floor
San Francisco, CA 94108
Phone: (415) 981-7210
Fax (415) 391-6965

BRENDAN KUNKLE (State Bar # 173292)
bkunkle@abbeylaw.com
MICHAEL D. GREEN (State Bar # 214142)
mgreen@abbeylaw.com
ABBEY, WEITZENBERG, WARREN & EMRY, PC
100 Stony Point Road
PO Box 1566
Santa Rosa, CA 95402
Phone; (707) 5050
Fax: (707) 542-2589

[Additional members listed on signature page]

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re:<br><br>PG&E CORPORATION,<br><br>-and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**JOINDER TO RESPONSE OF THE OFFICAL COMMITTEE OF TORT CLAIMANTS TO OBJECTIONS TO TRUST DOCUMENTS** |

The undersigned are members of the Consenting Fire Claimant Professional Group, who collectively represent over 70% of the fire victim claimants, hereby join the Response of the Official Committee of Tort Claimants (TCC) to the Objections

1

JOINDER TO RESPONSE OF THE OFFICAL COMMITTEE OF TORT CLAIMANTS TO OBJECTIONS TO TRUST DOCUMENTS - CASE NO. 19-30088 (DM)

Case: 19-30088    Doc# 7165    Filed: 05/12/20    Entered: 05/12/20 16:12:41    Page 1 of 5

filed by Adventist Health and other entities to Trust Documents. The undersigned represent over 280 business entities in this case. Enabling a handful of business to rewrite the claims process to meet their own objectives would subvert the goals of this Plan.

## I. INTRODUCTION

Objectors Adventist Health, AT&T, Comcast and Paradise Entities object to the Claims Resolution Process and to the establishment of the Fire Victims Trust under the stated guise of vindicating Fire Victim rights. That is not what's going on here. In truth, a handful of objectors (out of 80,000) seek tactical leverage to extract larger sums of money from the estate and are readily willing to sacrifice speed and certainty to the detriment of all other fire victims. These objectors have demonstrated by their conduct what would happen if permitted to hold up a negotiated plan administration process with repeated trips to court. Regardless of motive, a determined handful will delay compensation for all others. That is precisely the outcome this Plan seeks to avoid, and the objections should be overruled.

## II. GRANTING THE RELIEF SOUGHT HERE WOULD UNDERMINE THE GOAL OF FAIR AND EXPEDITIOUS COMPENSATION TO FIRE VICTIMS

The Fire Victims Trust presents the best solution to the logistical challenge of expeditiously adjudicating over 80,000 fire claims while meeting the outcome of fair and equitable treatment for all claimants. Enabling all claims to proceed through a capped settlement trust, and then coming back to court for *de novo* review is the surefire way to prevent that outcome.

In practice, every claim for which the Court grants *de novo* review could potentially alter the allocation budget for each damage claim category, diminishing the monies in the Trust that are available to compensate victims. As a result, while judicial review is pending, no other similar claims can be paid, for fear that an inconsistent decision is rendered at the trial or appellate level. The capped settlement Trust will come to a halt, while objectors position themselves for a

2

JOINDER TO RESPONSE OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS TO OBJECTIONS TO TRUST DOCUMENTS - CASE NO. 19-30088 (DM)

Case: 19-30088    Doc# 7165    Filed: 05/12/20    Entered: 05/12/20 16:12:41    Page 2 of 5

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

seemingly better outcome. Such delay for the fire victims who have lost everything will be devastating.

### III. THE COLLATERAL SOURCE RULE DOES NOT APPLY HERE, AND WOULD ENABLE DOUBLE RECOVERY FOR THESE OBJECTORS

Objectors contend that the insurance provisions in the Trust Documents violate the collateral source rule. California law provides otherwise. The collateral source rule is inapplicable here for two reasons: (1) the insurers have filed subrogation claims; and (2) the underlying policy considerations do not support the application of the Rule in the context of a limited fire victim trust fund.

First, when the insurance carrier becomes subrogated to the claim of an insured against a third-party tortfeasor, the payment of insurance proceeds is no longer a collateral source. *Miller v. Ellis* (2002) 103 CA4th 373, 379, 126 CR2d 667. The rationale is clear; the tortfeasor should not pay both the injured plaintiff (who received insurance proceeds) and the injured plaintiff's insured again for those same proceeds. This would be a double payment.

Second, the policy rationale of the collateral source rule is absent in the context of a fixed amount of compensation available to satisfy all claims. The Plan contemplates $13.5 billion to fund the FVT and satisfy over 80,000 fire victim claims. With limited funds available, the claims administration process must account for insurance payments received or payable in order to preserve the available funds for uncovered claims. Otherwise, the entire class of fire victims is unlikely to be made whole for their damages.

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

## IV. CONCLUSION

There is no legal basis to enable these objectors to stall the recovery and compensation process for all other fire victims. The undersigned respectfully request these Objections be overruled.

Dated: May 12, 2020  WALKUP, MELODIA, KELLY & SCHOENBERGER

By:    /s/ Michael A. Kelly
MICHAEL A. KELLY
mkelly@walkuplawoffice.com
KHALDOUN A. BAGHDADI
kbaghdadi@walkuplawoffice.com
650 California Street, 26th Floor
San Francisco, CA 94108
Phone: (415) 981-7210
Member of the Consenting Fire Claimant Professional Group

Dated: May 12, 2020  ABBEY, WEITZENBERG, WARREN & EMERY, PC

By:    /s/ Brendan Kunkle
BRENDAN KUNKLE
bkunkle@abbeylaw.com
MICHAEL D. GREEN
mgreen@abbeylaw.com
100 Stony Point Road
PO Box 1566
Santa Rosa, CA 95402
Phone; (707) 5050
Member of the Consenting Fire Claimant Professional Group

[continued on following page]

4
JOINDER TO RESPONSE OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS TO OBJECTIONS TO TRUST DOCUMENTS - CASE NO. 19-30088 (DM)

Case: 19-30088    Doc# 7166    Filed: 05/12/20    Entered: 05/12/20 16:12:41    Page 4 of 5

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

| | | |
|---|---|---|
| Dated: May 12, 2020 | | COTCHETT, PITRE & MCCARTHY, LLP |
| | By: | /s/ Frank Pitre |
| | | FRANK M. PITRE |
| | | fpitre@cpmlegal.com |
| | | ALISON CORDOVA |
| | | acordova@cpmlegal.com |
| | | 840 Malcom Road |
| | | Burlingame, CA 94010 |
| | | Phone: (650) 697-6000 |
| | | Members of the Consenting Fire Claimant Professional Group |
| Dated: May 12, 2020 | | DREYER BABICH BUCCOLA WOOD CAMPORA, LLP |
| | By: | /s/ Steven M. Campora |
| | | STEVEN M. CAMPORA |
| | | scampora@dbbwc.com |
| | | 20 Bicentennial Circle |
| | | Sacramento, CA 95826 |
| | | Phone: (916) 379-3500 |
| | | Member of the Consenting Fire Claimant Professional Group |
| Dated: May 12, 2020 | | PANISH SHEA & BOYLE |
| | By: | /s/ Brian J. Panish |
| | | BRIAN J. PANISH |
| | | panish@psblaw.com |
| | | RAHUL RAVIPUDI |
| | | ravipudi@psblaw.com |
| | | 11111 Santa Monica Blvd, Ste 700, |
| | | Los Angeles, CA 90025-3341 |
| | | Phone Number: (310) 477-1700 |
| | | Members of the Consenting Fire Claimant Professional Group |

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

5
JOINDER TO RESPONSE OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS TO OBJECTIONS TO TRUST DOCUMENTS - CASE NO. 19-30088 (DM)

Case: 19-30088    Doc# 7165    Filed: 05/12/20    Entered: 05/12/20 16:12:41    Page 5 of 5