# EXHIBIT A

David S. Casey, Jr., SBN 060768
dcasey@cglaw.com
Jeremy Robinson, SBN 188325
jrobinson@cglaw.com
Angela Jae Chun, SBN 248571
ajc@cglaw.com
P. Camille Guerra, SBN 326546
camille@cglaw.com
James M. Davis, SBN 301636
jdavis@cglaw.com
**CASEY GERRY SCHENK**
**FRANCAVILLA BLATT &**
**PENFIELD, LLP**
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811
Facsimile: (619) 544-9232

*Attorneys for Certain Victims From the*
*Camp Fire and 2017 North Bay Fires*

Francis O. Scarpulla (SBN 41059)
LAW OFFICES OF FRANCIS O. SCARPULLA
456 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 788-7210
Email: fos@scarpullalaw.com

Jeremiah F. Hallisey (SBN 40001)
HALLISEY & JOHNSON, PC
465 California Street, Suite 405
San Francisco, CA 94104
Telephone: (415) 433-5300
Email: jfhallisey@gmail.com

*Attorneys for Creditors*
*GER HOSPITALITY, LLC*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION** <br><br> -and- <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br> **Debtors** | Bankruptcy Case No.: 19-30088 (DM) <br><br> Hon. Dennis Montali <br><br> Chapter 11 <br> (Lead Case) (Jointly Administered) <br><br> **STIPULATION RE MOTION TO EXPUNGE CLASS PROOF OF CLAIM FILED BY GER HOSPITALITY, LLC** |

This stipulation is made between Certain Victims from the Camp Fire and 2017 North Bay Fires ("Certain Fire Victims") and GER Hospitality, LLC ("GER"), by and through their respective counsel. The parties stipulate as follows:

1. On March 23, 2020, certain victims from the Camp Fire and 2017 North Bay Fires ("Certain Fire Victims") filed a Motion to Expunge Class Proof of Claim filed by GER Hospitality, LLC (Doc#6438). An amended motion was filed on April 7, 2020. (Doc#6675). The hearing on this motion is set for April 29, 2020, at 10:00.a.m.

2. On April 9, 2020, GER Hospitality, LLC ("GER) filed an Opposition to the Motion to Expunge Class Proof of Claim. (Doc#6716)

3. On April 22, 2020, Certain Fire Victims filed a reply to GER's opposition. (Doc#6887).

4. Certain Fire Victims agree to withdraw their pending Motion to Expunge.

5. In exchange, GER agrees to limit its proposed class by excluding any and all potential class members/fire victims that have retained an attorney and are represented by legal counsel for their claims against PG&E arising out of the 2018 Camp fire.

6. By withdrawing their motion to expunge, Certain Fire Victims are <u>not</u> agreeing that class treatment is appropriate for GER's proposed class claims or that the proposed class claims are proper.

7. The trustee of the PG&E fire victims trust will determine the validity and value

of GER's class claims at a later date.

8. Paragraphs 5-7 of this stipulation also applies the following other class claims, including any amendments thereto, asserted by counsel for GER:

   a. Anita Freeman, on behalf of herself and of all residents of Butte County as of November 8, 2018 who suffered loss and damage arising from the Camp fire, claim number 5938, filed 8/1/19 (Camp fire, property/economic damage);

   b. Karen Roberds on behalf of herself and of all residents of Butte County as of November 8, 2018 who suffered loss and damage arising from the Camp fire, claim number 5632, filed 7/23/2019, (North Bay fires, property/economic damage);

   c. William N. Steel on behalf of himself and all persons who resided in the Veterans Home of California, claim number 5666, filed 7/24/2019 (North bay fires).

Dated: April 29, 2020

CASEY GERRY SCHENK
FRANCAVILLA BLATT
& PENFIELD, LLP

By: *Angela Jae Chun*
Angela Jae Chun

Attorneys for Certain Victims
From the Camp Fire and
2017 North Bay Fires

| | | |
|---|---|---|
| 1 | Dated: 4/29/20 | **LAW OFFICES OF FRANCIS O. SCARPULLA** |
| 2 | | |
| 3 | | By: *[signature]* |
| 4 | | Francis O. Scarpulla |
| 5 | | Attorneys for GER Hospitality, LLC |
| 6 | Dated: | **HALLISLEY & JOHNSON, PC** |
| 7 | | |
| 8 | | By:_____ |
| 9 | | Jeremiah F. Hallisley |
| | | Attorneys for GER Hospitality, LLC |

| | | |
|---|---|---|
| Dated: | | **LAW OFFICES OF FRANCIS O. SCARPULLA** |
| | | By: _____ |
| | | Francis O. Scarpulla |
| | | Attorneys for GER Hospitality, LLC |
| Dated: | | **HALLISLEY & JOHNSON, PC** |
| | | By: *Jeremiah F Hallisley* |
| | | Jeremiah F. Hallisley |
| | | Attorneys for GER Hospitality, LLC |