| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors. | Bankruptcy Case<br><br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**[PROPOSED ORDER] RE MOTION OF CREDITOR GER HOSPITALITY, LLC PURSUANT TO FED. R. BANKR. P. 9023 FOR RECONSIDERATION OF APRIL 30, 2020 ORDER GRANTING MOTION TO EXPUNGE CLASS PROOF OF CLAIM (DOC. 7022)** |

1   Upon consideration, this Court reverses its Order Granting Motion To Expunge Class
2   Proof Of Claim (Doc. 7022).  The class proof of claim filed by Creditor GER Hospitality, LLC
3   ("GER") is hereby reinstated.

4   Dated: _____ 2020          By: _____
5                                                The Hon. Dennis Montali

[PROPOSED] ORDER RE MOTION TO RECONSIDER
ORDER GRANTING MOTION TO EXPUNGE CLASS
PROOF OF CLAIM
- 2 -
USBC/NDCA NO. 19-30088 (DM)

Case: 19-30088    Doc# 7173-3    Filed: 05/13/20    Entered: 05/13/20 13:13:30    Page 2 of 2