Francis O. Scarpulla (SBN 41059)
Patrick B. Clayton (SBN 240191)
LAW OFFICES OF FRANCIS O. SCARPULLA
456 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 788-7210
Email: fos@scarpullalaw.com
       pbc@scarpullalaw.com

Jeremiah F. Hallisey (SBN 40001)
HALLISEY & JOHNSON, PC
465 California Street, Suite 405
San Francisco, CA 94104
Telephone: (415) 433-5300
Email: jfhallisey@gmail.com

Attorneys for Creditor
GER HOSPITALITY, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | Chapter 11 |
| PACIFIC GAS AND ELECTRIC COMPANY, | (Lead Case) |
| | (Jointly Administered) |
| Debtors. | **CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

I, Francis O. Scarpulla, declare as follows:

I am a citizen of the United States and over the age of eighteen (18) years and not a party to the within action. My business address is 456 Montgomery Street, 17th Floor, San Francisco, CA 94014.

On May 13, 2020, I served document(s) described as:

**MOTION OF CREDITOR GER HOSPITALITY, LLC PURSUANT TO FED. R. BANKR. P. 9023 FOR RECONSIDERATION OF APRIL 30, 2020 ORDER GRANTING MOTION TO EXPUNGE CLASS PROOF OF CLAIM (DOC. 7022);**

**DECLARATION OF FRANCIS O. SCARPULLA IN SUPPORT OF MOTION OF CREDITOR GER HOSPITALITY, LLC PURSUANT TO FED. R. BANKR. P. 9023 FOR RECONSIDERATION OF APRIL 30, 2020 ORDER GRANTING MOTION TO EXPUNGE CLASS PROOF OF CLAIM (DOC. 7022);**

**[PROPOSED] ORDER RE MOTION OF CREDITOR GER HOSPITALITY, LLC PURSUANT TO FED. R. BANKR. P. 9023 FOR RECONSIDERATION OF APRIL 30, 2020 ORDER GRANTING MOTION TO EXPUNGE CLASS PROOF OF CLAIM (DOC. 7022); and**

**CERTIFICATE OF SERVICE**

on the interested parties in this action as follows:

[ ] BY MAIL: Service was accomplished by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, addressed as set forth above.

[X] BY E-MAIL/NEF: Service was accomplished through the Notice of Electronic Filing ("NEF") for all parties and counsel who are registered ECF Users and those identified below:

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. This declaration was executed on May 13, 2020 at San Francisco, California.

                                                                                        /s/ Francis O. Scarpulla
                                                                                         Francis O. Scarpulla