# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−3 | User: dchambers | Date Created: 5/14/2020 |
| Case: 19−30088 | Form ID: TRANSC | Total: 12 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Gerald Singleton | gerald@slffirm.com |
| aty | Gregory A. Bray | gbray@milbank.com |
| aty | Michael S. Etkin | metkin@lowenstein.com |
| aty | Mikal C. Watts | mcwatts@wattsguerra.com |
| aty | Richard A. Marshack | rmarshack@marshackhays.com |
| aty | Robert A. Julian | rjulian@bakerlaw.com |

TOTAL: 6

**Recipients submitted to the Claims Agent (Prime Clerk):**

| | | | | |
|---|---|---|---|---|
| intp | William B. Abrams | 1519 Branch Owl Pl. | Santa Rosa, CA 95409 | |
| aty | Stephen Karotkin | Weil, Gotshal & Manges LLP | 767 Fifth Avenue | New York, NY 10153 |
| aty | Steven S. Kane | The Kane Law Firm | 402 W. Broadway, # 2500 | San Diego, CA 92101 |
| aty | Theodore Tsekerides | Weil, Gotshal & Manges LLP | 767 Fifth Avenue | New York, NY 10153 |
| | ABID QURESHI | Akin Gump Strauss Hauer & Feld, LLP | One Bryant Park | New York, NY 10036 |
| | THOMAS TOSDAL | Tosdal Law Firm | 777 S. Highway 101, Suite 215 | Solana Beach, CA 92075 |

TOTAL: 6