Kizzy L. Jarashow (*pro hac vice* pending)
kjarashow@goodwinlaw.com
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel: (212) 813-8800
Fax: (212) 355-3333

Nathan A. Schultz (SBN 223539)
nschultz@goodwinlaw.com
GOODWIN PROCTER LLP
Three Embarcadero Center
San Francisco, CA 94111
Tel: (415) 733 6000
Fax: (415) 677- 9041

Entered on Docket
May 13, 2020
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: May 12, 2020

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re **PG&E Corporation** | Case No. **19-30088** |
| Debtor(s). | Chapter **11** |

## ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Kizzy L. Jarashow, whose business address and telephone number is

**GOODWIN PROCTER LLP**
**The New York Times Building**
**620 Eighth Avenue**
**New York, NY 10018**
**Tel: (212) 813 - 8800**

and who is an active member in good standing of the bar of the Eastern District of New York, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Massachusetts Mutual Life Insurance Company

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

**END OF ORDER**