# Notice Recipients

District/Off: 0971–3           User: lparada              Date Created: 5/13/2020

Case: 19–30088                 Form ID: pdfeoc            Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

intp          William B. Abrams          1519 Branch Owl Pl.          Santa Rosa, CA 95409

TOTAL: 1