# EXHIBIT A

## COMPENSATION BY PROFESSIONAL
## FEBRUARY 1, 2020 THROUGH FEBRUARY 29, 2020

The attorneys who rendered professional services in these chapter 11 cases during the Fee Period are:

| NAME OF PROFESSIONAL PARTNERS AND COUNSEL: | DEPARTMENT[1] | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Karotkin, Stephen | BFR | 1977 | $1,695.00 | 207.50 | $351,712.50 |
| Bond, Michael W. | Corporate | 1980 | $1,695.00 | 22.40 | $37,968.00 |
| Goldring, Stuart J. | Tax | 1984 | $1,695.00 | 48.20 | $81,699.00 |
| Slack, Richard W. | Litigation | 1987 | $1,325.00 | 114.20 | $151,315.00 |
| Pari, Joseph M. | Tax | 1988 | $1,695.00 | 47.60 | $80,682.00 |
| Wessel, Paul J. | Tax | 1988 | $1,695.00 | 10.10 | $17,119.50 |
| Tsekerides, Theodore E. | Litigation | 1994 | $1,225.00 | 130.80 | $160,230.00 |
| Goltser, Lyuba | Corporate | 2002 | $1,250.00 | 4.60 | $5,750.00 |
| Liou, Jessica | BFR | 2009 | $1,175.00 | 204.10 | $239,817.50 |
| Goslin, Thomas D. (Counsel) | Corporate | 2003 | $1,100.00 | 7.50 | $8,250.00 |
| Goren, Matthew (Counsel) | BFR | 2007 | $1,125.00 | 183.80 | $206,775.00 |
| Byrne, Peter M. (Counsel) | Corporate | 2007 | $1,100.00 | 6.90 | $7,590.00 |
| Kramer, Kevin (Counsel) | Litigation | 2010 | $1,100.00 | 155.60 | $171,160.00 |
| Silber, Gary (Counsel) | Tax | 2011 | $1,100.00 | 56.70 | $62,370.00 |
| Steiger, Caitlin Fenton (Counsel) | Corporate | 2011 (FL) | $1,100.00 | 5.00 | $5,500.00 |
| Swenson, Robert M. (Counsel) | Litigation | 2013 | $1,100.00 | 55.80 | $61,380.00 |
| **Total Partners and Counsel:** | | | | **1,260.80** | **$1,649,318.50** |

---

[1] BFR – Business Finance & Restructuring

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| NAME OF PROFESSIONAL ASSOCIATES: | DEPARTMENT[2] | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Friedman, Julie T. | BFR | 2003 | $625.00 | 20.90 | $13,062.50 |
| Bitter, Blake | Tax | 2011 (VA) | $1,050.00 | 54.50 | $57,225.00 |
| Minga, Jay | Litigation | 2013 | $1,050.00 | 185.20 | $194,460.00 |
| Rosenblum, Amanda | Tax | 2014 | $1,050.00 | 15.60 | $16,380.00 |
| Schinckel, Thomas Robert | BFR | 2014 (Australia) | $845.00 | 98.50 | $83,232.50 |
| Nolan, John J. | Litigation | 2015 | $1,010.00 | 23.90 | $24,139.00 |
| Smith, Gabriela | BFR | 2015 | $1,010.00 | 33.70 | $34,037.00 |
| Brookstone, Benjamin | Tax | 2015 | $980.00 | 66.20 | $64,876.00 |
| Lane, Erik | Litigation | 2016 | $930.00 | 111.00 | $103,230.00 |
| Niles-Weed, Robert B. | Litigation | 2017 | $930.00 | 48.80 | $45,384.00 |
| Mendelsohn, Evan | Corporate | 2017 | $930.00 | 3.30 | $3,069.00 |
| McGrath, Colin | Litigation | 2017 | $845.00 | 73.00 | $61,685.00 |
| McNulty, Shawn C. | Litigation | 2017 | $845.00 | 84.00 | $70,980.00 |
| Foust, Rachel L. | BFR | 2018 | $845.00 | 125.90 | $106,385.50 |
| Hufendick, Jason | BFR | 2018 | $845.00 | 3.40 | $2,873.00 |
| Carens, Elizabeth Anne | BFR | 2018 | $730.00 | 130.20 | $95,046.00 |
| Green, Austin Joseph | Litigation | 2019 | $730.00 | 1.90 | $1,387.00 |
| Sonkin, Clifford | BFR | 2019 | $730.00 | 39.80 | $29,054.00 |
| Hayes, Emily A | Litigation | 2019 (CA) | $595.00 | 125.50 | $74,672.50 |
| Morganelli, Brian | BFR | 2020 | $595.00 | 195.90 | $116,560.50 |
| **Total Associates:** | | | | **1,441.20** | **$1,197,738.50** |

---

[2] BFR – Business Finance & Restructuring

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153-0119

| NAME OF PARAPROFESSIONALS: | DEPARTMENT[3] | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Lee, Kathleen | BFR | $435.00 | 6.20 | $2,697.00 |
| Stauble, Christopher A. | BFR | $420.00 | 5.50 | $2,310.00 |
| Gilchrist, Roy W. | Litigation | $400.00 | 9.60 | $3,840.00 |
| Biratu, Sirak D. | Litigation | $345.00 | 1.90 | $655.50 |
| Altman-Desole, Jacob | BFR | $250.00 | 5.00 | $1,250.00 |
| Peene, Travis J. | BFR | $250.00 | 24.70 | $6,175.00 |
| **Total Paraprofessionals:** | | | **52.90** | **$16,927.50** |

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $1,308.15 | 1,260.80 | $1,649,318.50 |
| Associates | $831.07 | 1,441.20 | $1,197,738.50 |
| Paraprofessionals | $319.99 | 52.90 | $16,927.50 |
| **Blended Attorney Rate** | **$1,053.69** | | |
| **Total Fees Incurred:** | | **2,754.90** | **$2,863,984.50** |

---

[3] BFR – Business Finance & Restructuring

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119