# EXHIBIT B

## COMPENSATION BY WORK TASK CODE FOR
## SERVICES RENDERED BY WEIL, GOTSHAL & MANGES LLP
## FOR THE PERIOD FEBRUARY 1, 2020 THROUGH FEBRUARY 29, 2020

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 001 | Administrative Expense Claim | 0.20 | $225.00 |
| 003 | Automatic Stay | 144.50 | $146,948.50 |
| 004 | Bankruptcy Litigation | 458.30 | $428,479.00 |
| 005 | Bar Date Motion/Claims Reconciliation/Claim Reconciliation Issue | 376.90 | $388,394.00 |
| 006 | Case Administration (docket updates, WIP and calendar) | 20.10 | $11,497.50 |
| 007 | CCA and other Aggregator Issues | 8.30 | $9,752.50 |
| 008 | Chapter 11 Plan/Plan Confirmation | 398.40 | $390,858.00 |
| 009 | Communications with Client | 3.50 | $3,496.50 |
| 010 | Corporate Governance and Board Issues | 31.80 | $43,678.00 |
| 011 | Customer, Supplier and Vendor Issues | 2.70 | $3,071.50 |
| 013 | Disclosure Statement | 334.40 | $327,788.50 |
| 014 | Employee Issues | 137.50 | $136,087.50 |
| 016 | Exclusivity | 16.80 | $13,833.00 |
| 017 | Executory Contracts/Lease Issues | 6.20 | $6,051.00 |
| 018 | General Case Strategy (includes calls with client and team calls) | 54.00 | $58,741.50 |
| 019 | Hearings and Court Matters | 120.20 | $136,906.50 |
| 022 | Non-Working Travel | 54.60 | $78,271.00 |
| 024 | Reclamation/503(b)(9) | 6.60 | $5,363.00 |
| 025 | Regulatory Issues including CPUC and FERC | 110.20 | $122,760.00 |
| 026 | Retention/Billing/Fee Applications: WGM | 51.40 | $40,318.00 |
| 028 | Retention/Fee Application: Other Professionals | 18.20 | $13,593.50 |
| 029 | Schedules/Statement of Financial Affairs | 0.40 | $450.00 |
| 030 | Tax Issues | 267.90 | $341,061.00 |
| 031 | U.S. Trustee issues/ meetings/ communications/monthly operating | 2.90 | $3,220.00 |
| 032 | Unsecured Creditor Issues/ Communications/Meetings | 1.60 | $1,418.00 |
| 035 | Real Estate and Real Property Issues | 51.80 | $64,694.00 |
| 036 | Tort Claimants Committee, Including Wildfire Claimants | 12.50 | $13,175.50 |
| 037 | Insurance Issues | 63.00 | $73,852.00 |
| **Total:** | | **2,754.90** | **$2,863,984.50** |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119