**EXHIBIT C**

**EXPENSE SUMMARY
FOR THE PERIOD FEBRUARY 1, 2020 THROUGH FEBRUARY 29, 2020**

| EXPENSES | AMOUNTS |
|---|---|
| Computerized Research | $11,144.93 |
| CourtCall | $57.50 |
| Consultants and Witness Fees | $753,693.05 |
| Duplicating | $1,991.50 |
| Firm Messenger Service | $34.80 |
| Meals | $1,395.00 |
| Transportation | $4,180.77 |
| Travel | $24,498.80 |
| **Total Expenses Requested:** | **$796,996.35** |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119