Steven J. Skikos (SBN 148110)
Gregory T. Skikos (SBN 176531)
Matthew J. Skikos (SBN 269765)
Tarik J. Naber (SBN 255665)
Uzair Saleem (SBN 302620)
**SKIKOS, CRAWFORD, SKIKOS & JOSEPH**

One Sansome Street, Suite 2830
San Francisco, CA 94104
Telephone: 415-546-7300
Facsimile: 415-546-7301
sskikos@skikos.com

701A Fourth Street #209
Santa Rosa, CA 95404
Telephone: 707-757-7610
Facsimile: 415-546-7301

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | |
| -and- | Chapter 11 (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | |
| Debtors. | **CERTIFICATE OF SERVICE** |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas and Electric Company | |
| ■ Affects both Debtors | Date: May 14, 2020<br>Time: 10:00 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Relates to Dkt. Nos. 7072, 7159 |

I, Steven J. Skikos do declare, and state as follows:

1. I am employed in San Francisco County in the State of California, I am more than eighteen years old and not a party to this action. My business address is Skikos, Crawford, Skikos & Joseph LLP, One Sansome Street, Suite 2830, San Francisco, CA 94104.

2. I certify that on May 13, 2020, I caused a true and correct copy of the following document to be served via the Court's CM/ECF filing system on all attorneys of record.

**JOINDER TO THE RESPONSE OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS TO OBJECTION OF ADVENTIST HEALTH, AT&T, PARADISE ENTITIES AND COMCAST TO TRUST DOCUMENTS**

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would testify thereto.

Executed this 13th day of May, 2020, at San Francisco, CA.

       /s/ Steven J. Skikos
       Steven J. Skikos