

Signed and Filed: May 13, 2020

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

| | |
|---|---|
| WEIL, GOTSHAL & MANGES LLP<br>Stephen Karotkin (*pro hac vice*)<br>(stephen.karotkin@weil.com)<br>Theodore Tsekerides (*pro hac vice*)<br>(theodore.tsekerides@weil.com)<br>Jessica Liou (*pro hac vice*)<br>(jessica.liou@weil.com)<br>Matthew Goren (*pro hac vice*)<br>(matthew.goren@weil.com)<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>Tel: 212 310 8000<br>Fax: 212 310 8007<br><br>KELLER BENVENUTTI KIM LLP<br>Tobias S. Keller (#151445)<br>(tkeller@kbkllp.com)<br>Jane Kim (#298192)<br>(jkim@kbkllp.com)<br>650 California Street, Suite 1900<br>San Francisco, CA 94108<br>Tel: 415 496 6723<br>Fax: 650 636 9251<br><br>*Attorneys for Debtors<br>and Debtors in Possession* | |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>    - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                              **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case,<br>No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**ORDER ESTABLISHING<br>CONFIRMATION HEARING PROTOCOL**<br><br>Date:  May 12, 2020<br>Time:  10:00 a.m. (Pacific Time)<br>Place:  (Telephonic Appearances Only)<br>         United States Bankruptcy Court<br>         Courtroom 17, 16th Floor<br>         San Francisco, CA 94102 |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Upon review of the *Notice of Filing of Debtors' Proposed Confirmation Hearing Protocol* (the "**Notice**"), filed on May 12, 2020, by PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and debtors in possession (collectively, "**PG&E**" or the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), for the establishment of a protocol of procedures and deadlines governing the Confirmation Hearing[1] (the "**Confirmation Hearing Protocol**"); and this Court having jurisdiction to consider the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, and the *Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges*, General Order 24 and Rule 5011-1(a) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California (the "**Bankruptcy Local Rules**"); and consideration of the Notice and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having considered the Notice and the Debtors' proposed Confirmation Hearing Protocol at the hearing held on May 12, 2020 with appearances as noted on the record; and upon the record of all of the proceedings had before this Court; and this Court having found and determined that the establishment of the Confirmation Hearing Protocol, as modified herein, is in the best interests of the Debtors, their estates, creditors, shareholders, and all parties in interest; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Confirmation Hearing Protocol, as set forth below, is established.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Notice.

| | | |
|---|---|---|
| | May 15, 2020 | Any objections to the Plan must be filed by 4:00 p.m. (Prevailing Pacific Time) and every effort should be made to also provide any supporting witness declarations in connection with the objections by this time.[2] |
| | May 18, 2020 | Objecting parties that intend to participate at the Confirmation Hearing must identify all exhibits they intend to use at the Confirmation Hearing. |
| | May 19, 2020 | The Court will conduct a scheduling conference to discuss the conduct of the Confirmation Hearing at 10:00 a.m. (Prevailing Pacific Time) |
| | May 22, 2020 | Proponents and supporters of the Plan (and the TCC, but limited solely to responding to issues raised in any objections) must file any replies to objections to confirmation, including any declarations of witnesses filed in support of such replies, by 4:00 p.m. (Prevailing Pacific Time). |
| | May 22, 2020 | Plan proponents and supporters (and the TCC with respect to responses to issues raised in any objections) must identify all exhibits they intend to use at the Confirmation Hearing. |
| | May 22, 2020 | All parties that intend to participate at the Confirmation Hearing must provide the Court with the names and e-mail addresses of all speaking attorneys and witnesses. |
| | May 22, 2020 | Counsel for the Debtors shall advise the Court of all unresolved disputes relating to Plan confirmation. |
| | May 25, 2020 | All objections to exhibits must be filed by 4:00 p.m. (Prevailing Pacific Time). |
| | May 27, 2020 | Confirmation Hearing to begin at 10:00 a.m. (Prevailing Pacific Time). |

---

[2] All affirmative testimony of witnesses to be provided by declaration and declarants for all parties must be available for cross-examination during the Confirmation Hearing.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

2. During the pendency of the Chapter 11 Cases, this Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the implementation, interpretation or enforcement of this Order.

** END OF ORDER **

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119