CLERK'S NOTICE RE PG&E Corporation and Pacific Gas and Electric Company Chapter 11 cases (Case No. 19-30088-DM (Lead Case)).

HEARING TO BE CONDUCTED VIA VIDEO CONFERENCE on **May 15, 2020, at 11:00 AM**, will be conducted by Judge Dennis Montali via video conference through Zoom Webinar.

# Please click the link below to join the webinar:

https://www.zoomgov.com/j/1604420043?pwd=UGVGSjV6SXVIaExEa1lmZndxanJ2QT09

Password: 656334

Or join by phone:
**Note: Parties who dial-in via phone are in listen-only mode. They will not have a live line to address the court.**

   Dial(for higher quality, dial a number based on your current location):
     US: +1 669 254 5252  or +1 646 828 7666
   Webinar ID: 160 442 0043
   Password: 656334
   International numbers available: https://www.zoomgov.com/u/abXxknQbdX

ATTORNEYS AND OTHERS INTENDING TO APPEAR AND BE HEARD ON MATTERS ON THE CALENDAR SHOULD **NOT** REGISTER WITH COURTCALL AS THEY HAD IN THE PAST.

Counsel who intend to enter an appearance are requested to notify Lorena Parada, Lorena_Parada@canb.uscourts.gov, of the party they will be appearing on behalf of and the attorney first and last name and who they represent no later than 4:00 p.m. (PT) the day prior to the hearing.

**Important Notice to the Media and Public**

Persons granted remote access to hearings and other proceedings held before the Court via Zoom or any other communication service are reminded that recording, photographing, rebroadcasting or retransmission of such proceedings (including streaming, screen-shots or any other audio or video reproduction) is absolutely prohibited by policy of the Judicial Conference of the United States.

A violation of these prohibitions is subject to sanctions, including but not limited to removal of court-issued media credentials, restricted access to future hearings, or any other sanctions deemed necessary by the Court. [*]

Please see https://www.cand.uscourts.gov/zoom/ for information on preparing for and participating in a Zoom Webinar. Counsel are instructed to familiarize themselves with and practice Zoom Webinar functions, and to test their internet, video, and audio capabilities prior to the hearing.

---

[*] General Order 38 (Second Amended): Matters Pending In The Northern District of California In Re: Covid-19 Public Health Emergency, at paragraph 4; United States District Court, Northern District of California General Order 58, at paragraph III