Thomas Tosdal SBN 67834
Tosdal Law Firm APC
777 S. Highway 101, Ste. 215
Solana Beach, CA 92075
Tel.: (858) 704-4709
E mail: tom@tosdallaw.com
Fax: (888) 740-3859

Michael S. Feinberg SBN 81867
41911 Fifth Street, Ste. 300
Temecula, CA 92590
Tel.: (951) 698-9900
E mail: feinberg@feinbergfitchlaw.com
Fax: (951) 698-9909

Angela Jae Chun SBN 248571
Law Office of Angela Jae Chun
777 S. Highway 101, Ste. 215
Solana Beach, CA 92075
Tel.: (619) 719-5757
E mail: ajc@chun.law

David S. Casey, Jr. SBN 60768
Casey Gerry Schenk Francavilla
Blatt & Penfield
110 Laurel St.
San Diego, CA 92101
Tel: (619) 544-9232
Email: dcasey@cglaw.com
Fax: (619) 544-9232

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re:<br><br>PG&E CORPORATION<br><br>and<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtors. | Bankr. Case No. 19-30088-DM<br><br>**SECOND NOTICE OF VOTING PROCEDURE IRREGULARITIES** |

This notice of procedural irregularities in the ongoing process of the fire victims voting on PG&E's proposed plan is filed by the undersigned counsel for many (1,021) persons and businesses harmed by the Atlas (Napa), Redwood Valley (Mendocino), and Camp (Paradise) fires.

On May 5, 2020, the undersigned filed in this Court a Notice of Plan Voting Procedure Irregularities, with ten exhibits, setting forth six different ways law firms favoring acceptance of the plan made it harder for their clients to vote to reject the plan and identifying problems of missing, late, and duplicate ballots. (Doc. 7069)

Since then, two additional devices have come to our attention by which attorneys favoring acceptance of the plan made it harder for fire victims to vote to reject the plan.

- A law firm voting to accept the plan without its client's knowledge or consent and contrary to the client's desire to vote to reject (Exhibit 1),
- A law firm requiring its clients to contact the firm if they wanted to vote to reject the plan and then attempting to convince the clients to change their vote to "accept" (Exhibit 2).

The first notice of procedural irregularities provided examples of missing, late, and duplicate ballots. This notice supplements these problems with additional irregularities noted by fire victims on letters and applications to the Court and on social media platforms, including:

- Fire victims not receiving solicitation materials, including ballots, at all (Application of Ms. Wallace, 5/11/20, Doc. 71410; Exhibit 3),
- Solicitation materials not received by fire victims until the end of April 2020 (Exhibit 4),

- Solicitation packages sent to fire victims with cover letters from the wrong attorneys (Exhibit 5), and
- Much suspicion and distrust by fire victims of the Master Ballot system by which attorneys solicit, receive, and report votes of their clients (examples Exhibits 6, 7, 8).

These materials are provided to the Court for its information and made part of the record of this case.

Dated: May 13, 2020  /s/ Thomas Tosdal
Attorney