# Exhibit 2



▶ **Wildfire Victims Settlement Discussion Group**

28 mins ·

Called our Attorneys yesterday (Baron & Budd)-my wife Judie & I will be voting NO.Final answer.Attorney tried talking us out of it.Not gonna happen.