# Exhibit 3

I amended my 3 claims on 3/12/30 and waited patiently for voting materials that did not come.
I called a couple weeks later and spoke with a very nice woman who said she would send me an email, which I never got.
I tried calling multiple times after that, but the number wasn't working, so I sent a message from their website and finally received a response on April 29, 20
All that was sent were 3 voter ID numbers.

