# Exhibit 4

7:40 🔵 ⬛ Ⓜ ⋯ 📶 📊 🔋

← 🔍 🛡️



I received my packet less than 2 weeks before the vote is due. Because I don't have an attorney, it's up to me to read these documents and seek explanations. Not sure how anyone could read and understand the disclosures with enough time to mail back a vote. If courts have calendar deadlines, why was the mailing of these disclosures not held to the same standards of timeliness?



Case: 19-30088   Doc# 7186-4   Filed: 05/14/20   Entered: 05/14/20 09:26:28   Page 2 of 2