# Exhibit 6

Case: 19-30088    Doc# 7186-6    Filed: 05/14/20    Entered: 05/14/20 09:26:28    Page 1 of 2



> I think that the vote should have never went through the lawyers.. it should have be mailed out to the clients and sent in by mail . I believe that the votes were tampered with and falsely entered and how could we know for sure that our votes are entered correctly.. I knew that we weren't going to be treated fairly..😡😡😡