# Exhibit 7



😡 1          5 Comments

👍 Like          💬 Comment

is 😞 feeling annoyed.    •••

32 mins • 🖼️

Prime clerk said contact my attorney for my ballot # ... since I haven't recieved my ballot yet.... my attorney gave the wrong number but states that's the only number prime clerk has given. I need to vote on Prime clerk since my attorney is doing a master ballot. This is such crap. If this goes thru with all the mishaps and confusion we our votes didnt matter anyway....