# Exhibit 8



✕                          📎  ✈  ⋮

To        dennis_montali@canb.uscourts.gov              ⌄

From  🔵  ▮▮▮  ▮▮▮  ▮

Voting

To the Hon Judge Montali;

Your Honor,

I have seen a lot of things in my lifetime and I do not trust these attorneys. There is absolutely no transparency. How does anyone know the vote is honest when attorneys are running the show.

I will not believe any voting system that doesn't have transparency sir. Especially in this lawsuit. How will we know if our votes were accurately counted? Or that the attorneys didn't vote for us? I don't want anyone to vote for me except me. I have been trying to vote for over a week. This is an unacceptable situation that could have been a much simpler process if the votes were handled only by fire survivors. It's our vote. No one else's.

I have tried to reach the prime clerk office for casting my vote. They sent me papers from another attorney. I do not, as of today, May 7, have a ballot. I will be very upset if I cannot vote. I want to vote, and it's my right. I earned it.

Respectfully,

▮▮▮▮▮▮▮▮▮▮▮