Brian S. Kabateck, SBN 152054
 (bsk@kbklawyers.com)
Christopher B. Noyes, SBN 270094
 (cn@kbklawyers.com)
Nineli Sarkissian, SBN 317724
 (ns@kbklawyers.com)
Kabateck LLP
633 W. Fifth Street, Suite 3200
Los Angeles, CA  90071
T (213) 217-5000 | F (213) 217-5010

*Attorneys for Tort Claimants*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**  <br><br>**PG&E CORPORATION,**  <br><br>- and -  <br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**  <br>**Debtors.**  <br><br>☐ Affects PG&E Corporation  <br>☐ Affects Pacific Gas and Electric Company  <br>☒ Affects both Debtors  <br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Chapter 11 Case  <br><br>No. 19-30088 (DM)  <br><br>(Lead Case)  <br><br>(Jointly Administered)  <br><br><br>**DECLARATION OF NINELI SARKISSIAN IN SUPPORT OF COMPLETED E-MAIL SERVICE** |

## <u>DECLARATION OF NINELI SARKISSIAN</u>

I, Nineli Sarkissian, declare the following:

    1.    I am an attorney at law and member of the State Bar of California. I am an attorney with the law firm of Kabateck LLP, counsel of record for the Fire Victims in this case.  The facts stated herein are true of my own personal knowledge except those matters stated on information and belief, and, as to those matters, I believe them to be true. If called as a witness, I could and

1

1 | would competently testify to the same.

2. Kabateck, LLP did not receive a paper ballot from Prime Clerk for its entire client list in time for the vote of May 15, 2020.

3. For those clients that Kabateck, LLP did not receive a paper ballot for, it requested an online ballot number from various Prime Clerk agents via electronic correspondence.

4. These online ballot numbers were then provided to clients via telephone and electronic correspondence with instructions on how to vote.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 14, 2020 in Los Angeles, California.

       /s/ Nineli Sarkissian
       Nineli Sarkissian

# CERTIFICATE OF SERVICE

I, Nineli Sarkissian, declare as follows:

I am a citizen of the United States and over the age of eighteen (18) years and not a party to the within action. My business address is 633 West Fifth Street, Suite 3200, Los Angeles, California, 90071.

On May 14, 2020, I served document(s) described as:

**DECLARATION OF NINELI SARKISSIAN IN SUPPORT OF COMPLETED E-MAIL SERVICE** on the interested parties in this action as follows:

[X] BY E-MAIL/NEF: Service was accomplished through the Notice of Electronic Filing ("NEF") for all parties and counsel who are registered ECF.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. This declaration was executed on May 14, 2020 at Los Angeles California.

      /s/ Nineli Sarkissian
      Nineli Sarkissian