B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Northern District of California
San Francisco Division

In re <u>PG&E Corporation; Pacific Gas & Electric Company</u>, Debtor          Case No. <u>19-30088-DM (Jointly Administered)</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Fulcrum Credit Partners LLC</u>
Name of Transferee

<u>Spinnaker Insurance Company</u>
Name of Transferor

Name and Address where notices to transferee should be sent:

FULCRUM CREDIT PARTNERS LLC
Attn: Shelby Zawel
Email: fulcrumtrading@fulcruminv.com
(with copies to mhamilton@fulcruminv.com, tbennett@fulcruminv.com, and szawel@fulcruminv.com)
Tel: +1 (512) 852-3103
Fax: +1 (512) 473-2772
111 Congress Ave, Suite 2550
Austin, TX 78701

Court Claim # (if known): <u>56094; 56179</u>
Amount of Claim: <u>$12,336,980.33</u>
Date Claim Filed: <u>October 21, 2019; October 18, 2019</u>
Debtor: <u>PG&E Corporation; Pacific Gas & Electric Company</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____[signature]_____          Date: May 13, 2020
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# NOTICE OF TRANSFER OF CLAIM

TO:   United States Bankruptcy Court ("Bankruptcy Court")
      Northern District of California, San Francisco Division
      Attn: Clerk

RE:   *In re PG&E Corporation; Pacific Gas & Electric Company,* ("Debtors") Case Number 19-30088

**Claim #: 56179 and 56094**
**Proof of Claim Amount: $12,336,980.33**
**Percentage of Claim Assigned: 100%**

**SPINNAKER INSURANCE COMPANY,** and any and all of its affiliates, subsidiaries, related parties, successors, assigns or designees (collectively, the "Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sells, transfers and assigns unto:

**FULCRUM CREDIT PARTNERS LLC**
Wells Fargo Building
111 Congress Avenue, Suite 2550
Austin, TX 78701
Attention: Shelby Zawel
E-mail: szawel@fulcruminv.com

its successors and assigns ("Purchaser"), all rights, title and interest in and to **100%** of the Claim of Seller, including all rights of stoppage in transit, replevin, reclamation and cure payments, against the Debtors in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtors.

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the Claim and recognizing the Purchaser as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Purchaser.

DocuSign Envelope ID: 4018B8E9-DF70-4D46-8128-1DC200ED004D

IN WITNESS WHEREOF, the undersigned has duly executed this Notice of Transfer of Claim by its duly authorized representative.

**SELLER**

**SPINNAKER INSURANCE COMPANY**

By: _____
    DocuSigned by: [signature]
    DAE70E89B04E499...

Name: Nicholas Scott

Title: Secretary & General Counsel

DocuSign Envelope ID: 4018B8E9-DF70-4D46-8128-1DC200ED004D

**PURCHASER**

**FULCRUM CREDIT PARTNERS LLC**

By: _____

Name: _____Timothy Horrigan_____

Title: _____Authorized Signatory_____