1  Thomas Tosdal SBN 67834
   Tosdal Law Firm APC
2  777 S. Highway 101, Ste. 215
   Solana Beach, CA 92075
3  Tel.: (858) 704-4709
   Email: tom@tosdallaw.com
4  Fax: (888) 740-3859

5  Michael S. Feinberg SBN 81867
   41911 Fifth Street, Ste. 300
6  Temecula, CA 92590
   Tel.: (951) 698-9900
7  Email: feinberg@feinbergfitchlaw.com
   Fax: (951) 698-9909
8
   Angela Jae Chun SBN 248571
9  Law Office of Angela Jae Chun
   777 S. Highway 101, Ste. 215
10 Solana Beach, CA 92075
   Tel.: (619) 719-5757
11 Email: ajc@chun.law

12 David S. Casey, Jr. SBN 60768
   James Davis SBN 301636
13 Casey Gerry Schenk Francavilla
   Blatt & Penfield, LLP
14 110 Laurel St.
   San Diego, CA 92101
15 Tel: (619) 238-1811
   Fax: (619) 544-9232
16 Email: dcasey@cglaw.com
   Email: jdavis@cglaw.com

17

**UNITED STATES BANKRUPTCY COURT**

18

**NORTHERN DISTRICT OF CALIFORNIA**

19

**SAN FRANCISCO DIVISION**

20

| | |
|---|---|
| 21  In Re: | Bankr. Case No. 19-30088-DM |
| 22  PG&E CORPORATION | **CERTIFICATE OF SERVICE** |
| 23   and | |
| 24  PACIFIC GAS & ELECTRIC COMPANY, | |
| 25           Debtors. | |
| 26  ☐ Affects PG&E Corporation | |
|     ☐ Affects Pacific Gas and Electric Company | |
| 27  ☒ Affects both Debtors | |
| 28  *All papers shall be filed in the Lead Case No. 19-30088 (DM)* | |

# CERTIFICATE OF SERVICE

I, James M. Davis, declare as follows:

I am an active member of the State Bar of California and am not a party to the case for which the document identified below pertains. My business address is 110 Laurel Street, San Diego, California 92101.

I certify that on May 14, 2020, I caused a true and correct copy of the following document to be served via Electronic Mail, unless otherwise noted, to all "Notice Parties" listed in Exhibit A:

**GARRISON OBJECTION TO PROPOSED REORGANIZATION PLAN**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 14, 2020, at San Diego, California.

/s/ James M. Davis
JAMES M. DAVIS

# EXHIBIT A

| COUNSEL | SERVED ON |
|---|---|
| The Debtors, c/o PG&E Corporation and Pacific Gas and Electric Company | 77 Beale Street P.O. Box 770000 San Francisco, CA 94105<br>Attn: Janet Loduca, Esq.<br>*Via Mail* |
| Stephen Karotkin<br>Jessia Liou<br>Matthew Goren<br>Weil, Gotshal & Manges LLP<br>Counsel for *Debtors* | stephen.karotkin@weil.com;<br>jessica.liou@weil.com;<br>matthew.goren@weil.com; |
| Paul H. Zumbro<br>Kevin J. Orsini<br>Omid H. Nasab<br>Cravath, Swaine & Moore LLP<br>Special Counsel to *Debtors* | pzumbro@cravath.com;<br>korsini@cravath.com;<br>onasab@cravath.com; |
| Tobias Keller<br>Jane Kim<br>Keller Benvenutti Kim LLP<br>Counsel to *Debtors* | tkeller@kbkllp.com;<br>jkim@kbkllp.com; |
| James L. Snyder<br>Timothy Laffredi<br>Office of the United States Trustee | james.l.snyder@usdoj.gov;<br>timothy.s.laffredi@usdoj.gov; |
| Kristopher M. Hansen<br>Erez E. Gilad<br>Matthew G. Garofalo<br>Stroock & Stroock & Lavan LLP<br>Counsel for the Administrative Agent Under the Debtors' Debtor-in-Possession Financing Facility | khansen@stroock.com;<br>egilad@stroock.com;<br>mgarofalo@stroock.com; |
| Eli J. Vonnegut<br>David Schiff<br>Timothy Graulich<br>Davis Polk & Wardwell LLP<br>Counsel for the Collateral Agent Under the Debtors' Debtor-in Possession Financing Facility | eli.vonnegut@davispolk.com;<br>david.schiff@davispolk.com;<br>timothy.graulich@davispolk.com; |

| | |
|---|---|
| Alan W. Kornberg<br>Brian S. Hermann<br>Walter R. Rieman<br>Sean A. Mitchell<br>Neal P. Donnelly<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>Counsel for the California Public Utilities Commission | akornberg@paulweiss.com;<br>bhermann@paulweiss.com;<br>wrieman@paulweiss.com;<br>smitchell@paulweiss.com;<br>ndonnelly@paulweiss.com; |
| Dennis F. Dunne<br>Samuel A. Khalil<br>Gregory A. Bray<br>Thomas R. Kreller<br>Milbank LLP<br>Counsel for the Creditors Committee | ddunne@milbank.com;<br>skhalil@milbank.com;<br>gbray@milbank.com;<br>tkreller@milbank.com; |
| Robert A. Julian<br>Cecily A. Dumas<br>Eric E. Sagerman<br>Lauren T. Attard<br>Baker & Hostetler LLP<br>Counsel for Official Committee of Tort Claimants | rjulian@bakerlaw.com;<br>cdumas@bakerlaw.com;<br>esagerman@bakerlaw.com;<br>lattard@bakerlaw.com; |
| Matthew A. Feldman<br>Joseph G. Minias<br>Benjamin P. McCallen<br>Daniel I. Forman<br>Willkie Farr & Gallagher LLP<br>Counsel for the Ad Hoc Group of Subrogation Claimholders | mfeldman@willkie.com;<br>jminias@willkie.com;<br>bmccallen@willkie.com;<br>dforman@willkie.com; |
| Kathryn S. Diemer<br>Diemer & Wei, LLP<br>Counsel for the Ad Hoc Group of Subrogation Claimholders | kdiemer@diemerwei.com; |

| | |
|---|---|
| Bruce S. Bennett<br>Joshua M. Mester<br>James O. Johnston<br>Jones Day<br>Counsel for the Shareholder Proponents | bbennett@jonesday.com;<br>jmester@jonesday.com;<br>jjohnston@jonesday.com; |
| Michael S. Stamer<br>Ira S. Dizengoff<br>David H. Botter<br>Abid Qureshi<br>Ashley Vinson Crawford<br>Akin Gump Strauss Hauer & Feld LLP<br>Counsel for the Ad Hoc Committee of Senior Unsecured Noteholders | mstamer@akingump.com;<br>idizengoff@akingump.com;<br>dbotter@akingump.com;<br>aqureshi@akingump.com;<br>avcrawford@akingump.com; |