GREGG M. FICKS (State Bar No. 148093)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email: ef-gmf@cpdb.com

*Special Counsel to Debtors
and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| -and- | (Lead Case) |
| **PACIFIC GAS & ELECTRIC COMPANY,** | (Jointly Administered) |
| Debtors. | **FIFTH SUPPLEMENTAL DECLARATION OF GREGG M. FICKS PURSUANT TO 11 U.S.C. § 327(e) AND FED. R. BANKR. P. 2014(a) ON BEHALF OF SPECIAL COUNSEL COBLENTZ PATCH DUFFY & BASS LLP** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | |
| * *All papers shall be filed in Lead Case No. 19-30088 (DM).* | [Re: Dkt. Nos. 2595, 2596, and 2926]<br><br>[No Hearing Requested] |

I, Gregg M. Ficks, declare:

1. I am a partner at the law firm of Coblentz Patch Duffy & Bass LLP ("**Coblentz**" or the "**Firm**"), resident in Coblentz's San Francisco office located at One Montgomery Street, Suite 3000, San Francisco, CA 94104. I am a member in good standing of the State Bar of California, and of this Court. I submit this Declaration to supplement my declaration dated June 18, 2019 [Docket No. 2596] (the "**Original Declaration**") and my declarations dated July 8, 2019 [Docket No. 2888], September 4, 2019 [Docket No. 3803], November 22, 2019 [Docket No. 4844], and February 6, 2020 [Docket No. 5665] (the "**Supplemental Declarations**") filed in support of, and/or related to, the Application of the above-captioned debtors and debtors in possession (collectively, "**PG&E**" or the "**Debtors**"), for an order, pursuant to section 327(e) of title 11 of the United States Code (the "**Bankruptcy Code**") and Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), approving the employment and retention of Coblentz as one of the Debtors' special counsel effective *nunc pro tunc* to January 29, 2019 (the "**Retention Application**") [Dkt. No. 2595]. Unless otherwise stated in this Declaration, I have personal knowledge of the matters set forth herein.

2. As anticipated in the Original Declaration, this declaration is submitted to supplement information disclosed in the Original Declaration and the Supplemental Declarations. As additional information or further analysis regarding creditors and other parties in interest in these Bankruptcy Cases becomes available or known to Coblentz, one or more supplemental declarations will be submitted to the Court reflecting additional disclosures, if applicable.

3. Since the time of Coblentz's conflicts check for the original Declaration and the Supplemental Declarations, Coblentz has added additional client(s) that match name(s) on the conflicts check lists Chapter 11 bankruptcy counsel to the Debtors provided to Coblentz on or about March 4, 2019, as updated on or about April 16, 2019, as again updated on or about December 20, 2019, and as again updated on or about April 23, 2020, or had existing clients that newly appeared on the amended conflicts check list Coblentz received on or about April 23, 2020. The additional matched client(s) are as follows:

///

| Matched Entity | Relationship to Debtors | Relationship to Coblentz |
|---|---|---|
| Lynn A. Baker, Special Counsel | Ad Hoc Committee of Unsecured Tort Claimant Creditors - Professionals and Members | Potential affiliate of former client in matter(s) unrelated to Debtors or these Bankruptcy Cases |
| Richard Kelly | Interested Parties/Notice of Appearance Parties | Potential affiliate of current client in matter(s) unrelated to Debtors or these Bankruptcy Cases |
| MassMutual Life Insurance Company | Interested Parties/Notice of Appearance Parties | Potential affiliate of current client in matter(s) unrelated to Debtors or these Bankruptcy Cases |

I declare under penalty of perjury that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct and that this declaration was executed at San Francisco, California, on May 14, 2020.

/s/ Gregg M. Ficks
Gregg M. Ficks

Coblentz Patch Duffy & Bass LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 · Fax 415.989.1663

**NOTICE PARTIES**

PG&E Corporation
c/o Pacific Gas & Electric Company
77 Beale Street
San Francisco, CA 94105
Attn: Janet Loduca, Esq.

Keller & Benvenutti LLP
650 California Street, Suite 1900
San Francisco, CA 94108
Attn: Tobias S. Keller, Esq.
 Jane Kim, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0019
Attn: Stephen Karotkin, Esq.
 Jessica Liou, Esq.
 Matthew Goren, Esq.

The Office of the United States Trustee for Region 17
450 Golden Gate Avenue, 5th Floor, Suite #05-0153
San Francisco, CA 94102
Attn: James L. Snyder, Esq.
 Timothy Laffredi, Esq.

Milbank LLP
55 Hudson Yards
New York, NY 10001-2163
Attn: Dennis F. Dunne, Esq.
 Sam A Kahlil, Esq.

Milbank LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Attn: Paul S. Aronzon, Esq.
 Gregory A. Bray, Esq.
 Thomas R. Kreller, Esq.

Baker & Hostetler LLP
11601 Wilshire Blvd, Suite 1400
Los Angeles, CA 90025-0509
Attn: Eric E. Sagerman, Esq.
 Lauren T. Attard, Esq.

Bruce A. Markell
Fee Examiner
541 N. Fairbanks Court, Suite 2200
Chicago, IL 60611-3710

| | |
|---|---|
| 1 | Scott H. McNutt |
| 2 | 324 Warren Road<br>San Mateo, CA  94401 |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Coblentz Patch Duffy & Bass LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 · Fax 415.989.1663