GELLERT SCALI BUSENKELL & BROWN, LLC
Michael Busenkell
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
Phone: 302-425-5812
Fax: 302-425-5814
E-mail: mbusenkell@gsbblaw.com

JENKINS MULLIGAN & GABRIEL LLP
Larry W. Gabriel SBN 68329
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Tel: (818) 943-8992
Fax: (818) 827-9099
E-mail: lgabriel@bg.law

*Counsel for Itron and, Itron Networked
Solutions, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>**-and-**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.** | Case Number: 19-30088 (DM)<br><br>Chapter 11<br><br>**LIMITED OBJECTION TO CURE AMOUNTS IN CONNECTION WITH DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION DATED MARCH 16, 2020**<br><br>Related Docket Nos. 6320 & 7037 |

Itron and Itron Networked Solutions Inc (collectively, "Itron") hereby file this *Limited Objection to Amounts in Connection with Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020* (this "Limited Objection") to assumption and assignment and the cure amount listed for Itron by the debtors (the "Debtors") in their *Notice of Filing of Plan Supplement in Connection with Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020* [Docket No. 7037] (the "Notice of Assumption") and respectfully state as follows:

1

## BACKGROUND

1.      On March 16, 2020, the Plan Proponents filed the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization, Dated March 16, 2020* [Docket No. 6320] (together with all schedules and exhibits thereto, and as may be modified, amended, or supplemented, the "Plan").

2.      In accordance with the Plan, on May 1, 2020, the Plan Proponents filed the Notice of Assumption [Docket. No. 7037].  The Notice of Assumption includes the amounts the Debtors believe are necessary to cure defaults under the contracts to be assumed (the "Cure Amounts").

3.      Five (5) Itron contracts are listed in the Notice of Assumption with the following proposed Cure Amounts:

| Contract Counterparty | Debtors' Agreement Title | Effective Date of Agreement | Proposed Cure Amount |
|---|---|---|---|
| Itron | Itron R3 OA - SLA | 12/5/2005 | - |
| Itron | Itron Smartmeter SSN Transition Project | 2/8/2018 | - |
| Itron Networked Solutions Inc | SSN SM Network SVCS (FKA 2500089262) | 7/23/2008 | - |
| Itron Networked Solutions Inc | Purchase Order #2700050820 dated 01/11/2018 | 1/11/2018 | $7,050.30 |
| Itron Networked Solutions Inc | Purchase Order #2700166020 dated 09/19/2018 | 9/19/2018 | $9,548.00 |

4.      Based on information and belief, the applicable agreements and amounts necessary to cure defaults are as follows:

2

| Contract Counterparty | Debtors' Agreement Title | Itron Contract Reference | Effective Date of Agreement | Proposed Cure Amount | Itron's Cure Amount |
|---|---|---|---|---|---|
| Itron | Itron R3 OA - SLA | Software License and Maintenance Agreement dated Dec. 15, 2005 | 12/5/2005[1] | - | $151,705.18 |
| Itron | Itron Smartmeter SSN Transition Project | Master Service Agreement No. (C137) 4400003301 dated July 23, 2008 | 2/8/2018 | - | $220,996.10 |
| Itron Networked Solutions Inc | SSN SM Network SVCS (FKA 2500089262) | | 7/23/2008 | - | |
| Itron Networked Solutions Inc | Purchase Order #2700050820 dated 01/11/2018 | | 1/11/2018 | $7,050.30 | |
| Itron Networked Solutions Inc | Purchase Order #2700166020 dated 09/19/2018 | | 9/19/2018 | $9,548.00 | |

## **OBJECTION TO CURE AMOUNTS**

5.      Itron has no objection to the assumption of the Itron contracts provided the proper cure amount(s) is paid.  Accordingly, Itron files this Limited Objection objecting to the proposed Cure Amounts set forth in the Notice of Assumption.

6.      Pursuant to 11 U.S.C. § 365(b)(1)(A), the Debtors must cure any defaults under the Itron contracts in connection with any proposed assumption, as well as provide adequate assurance of future performance.  In this case, Debtors' proposed Cure Amounts fail to cure the existing defaults of the Itron contracts, as is required under Section 365 prior to assumption.

---

[1]  The correct contract is dated Dec. 15, 2005.

3

7.     Moreover, the Debtors wrongly parse out separate purchase orders for assumption which fall under the umbrella of a master service agreement dated July 23, 2008. In order to assume the purchase orders, the entire master service agreement must be assumed.

8.     The principle of *cum onere* applies to a debtor's assumption of an executory contract under 11 U.S.C. § 365. *See In re Fleming Cos.*, 499 F.3d 300, 308 (3d Cir. 2007). Accordingly, "[s]ection 365(f) requires a debtor to assume a contract subject to the benefits and burdens thereunder." *Id.*; *see also Huron Consulting Servs., LLC v. Physiotherapy Holdings, Inc. (In re Physiotherapy Holdings, Inc.)*, 538 B.R. 225, 237 (D. Del. 2015) (holding individual agreements with different execution dates were part of the same contract under a master service agreement when, based on the language of the agreements, the parties expressed the intent to create a single contract to govern the entire transaction). Here, the individual purchase orders and statements of work were part of the master service agreement, and so any attempt to assume said agreements requires the Debtors to cure the default under the master service agreement prior to assumption.

9.     The correct cure amount is $151,705.18 for prepetition payment defaults under the software agreement dated December 5, 2005 (the "2005 Contract") and $220,996.10 for prepetition payment defaults in the Master Service Agreement No. (C137) 4400003301 dated July 23, 2008 (the "2008 Contract"). As a result, under 11 U.S.C. § 365(b)(1)(A), in order to assume the 2005 Contract and the 2008 Contract, Itron must receive a cure payment of at least $151,705.18 for the 2005 Contract and $220,996.10 for the 2008 Contract. Otherwise, the 2005 and 2008 Contracts cannot be assumed pursuant to Section 365.

WHEREFORE, Itron prays (i) that the Cure Amounts set forth in the Notice of Assumption be corrected to reflect the correct prepetition cure amounts of $151,705.18 for the 2005 Contract and $220,996.10 for the 2008 Contract, which represents prepetition amounts due and owing under the respective contracts; (ii) that Itron be paid a cure amount of $151,705.18 for the 2005 Contract and $220,996.10 for the 2008 Contract in connection with ///

4

the assumption of the respective contracts; and (iii) that Itron be awarded such other and further relief to which it may be justly entitled at law or in equity.

DATED: May 14, 2020        JENKINS MULLIGAN & GABRIEL LLP

                         /s/ Larry W. Gabriel

By: _____
              Larry W. Gabriel
              Attorneys for Itron, Inc., and Itron
              Networked Solutions, Inc.

5

# EXHIBIT A



(800) 635-5461
www.itron.com



**Terms and Conditions:**
Absent a written agreement between us to the contrary, the purchase of goods or services described herein is governed by the terms of sale at www.itron.com/termsofsale. Receipt of this document, without written objection within 7 days, constitutes acceptance of these terms.

| Invoice Number | 470502 |
| Invoice Date | 12-DEC-17 |
| Customer Number | 2155 |
| Itron Contract No. | SC00003064 |

| TO: | Pacific Gas & Electric Company<br>4801 Oakport Street<br>Oakland, CA 94601-4907<br>United States | SHIP TO: | Pacific Gas & Electric Company<br>4801 Oakport Street<br>Oakland, CA 94601-4907<br>United States |

| Terms | Customer PO | Contract Term - FROM | Contract Term - TO |
| --- | --- | --- | --- |
| Net 30 | PO 2700202911 | 01-JAN-18 | 31-DEC-18 |

**Billing Period From: 01-JAN-18 To :31-DEC-18**

**Software Maintenance and Other**

| Product Description | Quantity | Taxable Amt | Ext. Amount |
| --- | --- | --- | --- |
| MVLT XI BASE | 1 | | 0.00 |

| Serial Number | Start Date | End Date | Amt | Sub Qty |
| --- | --- | --- | --- | --- |
| | 01-JAN-18 | 31-DEC-18 | 0.00 | 1 |

| Product Description | Quantity | Taxable Amt | Ext. Amount |
| --- | --- | --- | --- |
| MVLT XI (COPIES 50+),ELECTRONIC DELIVERY<br>200 Licenses | 1 | | 51,162.75 |

| Serial Number | Start Date | End Date | Amt | Sub Qty |
| --- | --- | --- | --- | --- |
| | 01-JAN-18 | 31-DEC-18 | 51,162.75 | 1 |

----------------------

**Software Maintenance and Other Subtotal:**                                                   51,162.75

| Banking Information: Please Include Your Invoice Number On Check. | | |
| --- | --- | --- |
| **Wire payment to:**<br>Itron, Inc.<br>Wells Fargo Bank<br>420 Montgomery Street<br>San Francisco, CA 94105<br>ABA # 121000248<br>ACCOUNT # 4375688983 | **Remit-to:**<br>Itron, Inc.<br>P.O. Box 200209<br>Dallas, TX 75320-0209 | Subtotal Amount    51,162.75<br>Tax Amount    0.00<br>Total Amount    51,162.75<br>Currency    USD |

Case: 19-30088    Doc# 7201    Filed: 05/14/20    Entered: 05/14/20 14:34:57    Page 7 of 32

 

(800) 635-5461
www.itron.com

**Terms and Conditions:**
Absent a written agreement between us to the contrary, the purchase of goods or services described herein is governed by the terms of sale at www.itron.com/termsofsale.  Receipt of this document, without written objection within 7 days, constitutes acceptance of these terms.

| Invoice Number | 477083 |
|---|---|
| Invoice Date | 09-FEB-18 |
| Customer Number | 2155 |
| Itron Contract No. | SC00003982 |

| TO: | Pacific Gas & Electric Company<br>PO Box 7760<br>San Francisco, CA 94120-7760<br>United States | SEND TO: | Pacific Gas & Electric Company<br>77 Beale Street<br>San Francisco, CA 94105-1890<br>United States |
|---|---|---|---|

Regular Invoice

| Terms | Customer PO | Contract Term - FROM | Contract term - TO |
|---|---|---|---|
| Net 30 | PO 2700208915 | 01-DEC-17 | 30-NOV-18 |

**Billing Period From: 01-DEC-17 To :30-NOV-18**
**Software Maintenance and Other**

| Product Description | Quantity | Taxable  Amt | Ext. Amount |
|---|---|---|---|
| MV-90 XI BASE NETWORK | 1 | | 0.00 |

| | Serial Number | Start Date<br>01-DEC-17 | End Date<br>30-NOV-18 | Amt<br>0.00 | Sub Qty<br>1 |
|---|---|---|---|---|---|

| Product Description | | | | | | Ext. Amount |
|---|---|---|---|---|---|---|
| METERING INSTALLATION &<br>CONFIGURATION PACKAGE<br>WITH TCP/IP , ELECT DEL<br>Attn: Doug Rae | | | | 1 | | 2,325.13 |

| | Serial Number | Start Date<br>01-DEC-17 | End Date<br>30-NOV-18 | Amt<br>2,325.13 | Sub Qty<br>1 |
|---|---|---|---|---|---|

| Product Description | | | | | | Ext. Amount |
|---|---|---|---|---|---|---|
| 15,001 - 20,000<br>METERS,MV-90 XI<br>NETWORK<br>CONFIGURATION , ELECT<br>DEL<br>Attn: Doug Rae | | | | 1 | | 47,025.80 |

| | Serial Number | Start Date<br>01-DEC-17 | End Date<br>30-NOV-18 | Amt<br>47,025.80 | Sub Qty<br>1 |
|---|---|---|---|---|---|

----------------------

**Software Maintenance and Other Subtotal:**                    49,350.93



(800) 635-5461
www.itron.com



**Terms and Conditions:**
Absent a written agreement between us to the contrary, the purchase of
goods or services described herein is governed by the terms of sale at
www.itron.com/termsofsale.  Receipt of this document, without written
objection within 7 days, constitutes acceptance of these terms.

| | |
|---|---|
| **Invoice Number** | 477083 |
| **Invoice Date** | 09-FEB-18 |
| **Customer Number** | 2155 |
| **Itron Contract No.** | SC00003982 |

| TO: | Pacific Gas & Electric Company<br>PO Box 7760<br>San Francisco, CA 94120-7760<br>United States | SHIP TO: | Pacific Gas & Electric Company<br>77 Beale Street<br>San Francisco, CA 94105-1890<br>United States |
|---|---|---|---|

| Terms | Customer PO | Contract Term - FROM | Contract Term - TO |
|---|---|---|---|
| Net 30 | PO 2700208915 | 01-DEC-17 | 30-NOV-18 |

**Banking Information:  Please Include Your Invoice Number On Check.**

**Wire payment to:**
Itron, Inc.
Wells Fargo Bank
420 Montgomery Street
San Francisco, CA 94105
ABA # 121000248
ACCOUNT # 4375688983

**Remit-to:**
Itron, Inc.
P.O. Box 200209
Dallas, TX 75320-0209

| | |
|---|---|
| **Subtotal Amount** | 49,350.93 |
| **Tax Amount** | 0.00 |
| **Total Amount** | 49,350.93 |
| **Currency** | USD |

Case: 19-30088   Doc# 7201   Filed: 05/14/20   Entered: 05/14/20 14:34:57   Page 9 of 32



**Itron**

Itron Networked Solutions, Inc
230 W Tasman Drive
San Jose 95134
United States

Org: US_060_OU

# Invoice

## No. 100032

### Date: 19-OCT-18

www.itron.com

Original print date: 22-OCT-18

Itron Networked Solutions, Inc 230 W Tasman Drive   San Jose 95134 United States

| Bill To: | | Ship To: | |
|---|---|---|---|
| **Pacific Gas and Electric Company**<br>**Po Box 7760**<br>**San Francisco, CA 94120-7760**<br>**UNITED STATES** | 457630 | Pacific Gas and Electric Company<br>Attn: Receiving Department<br>Fremont Materials<br>42105 Boyce Rd<br>Fremont, CA 94538<br>UNITED STATES | 457616 |

| Customer: | Pacific Gas and Electric Company          107647<br>Po Box 7760<br>San Francisco, CA 94120-7760<br>United States |
|---|---|
| **Sales Order** | 160000463 |
| **Your PO No.** | 3501170208 |

| | | | |
|---|---|---|---|
| **Contact:** | Rodriguez, Magdalena | **Sales Person:** | Treu, Brian Schott |
| **Telephone:** | | **Telephone:** | |
| **Fax:** | | **Email:** | |
| **E-mail:** | magda.rodriguez@itron.com | | brian.treu@itron.com |

| Ship Date | Incoterms |
|---|---|
| 19-OCT-18 | INCOTERMS 2010 DDP |

**Remarks:**

| Line | Item # / Description | Unit (UM) | Qty | Unit Price (excl Tax) (USD) | Amount (excl Tax) (USD) | Tax |
|---|---|---|---|---|---|---|
| 1 | *Customer Item No.:* M241499<br>200-450009 /<br>BACKUP BATTERY, AP4.5/5.0, 8AH<br>Sales Order Line: 1.1 | Each | 1 | 431.27 | 431.27 | 9.25% |
| 2 | *Customer Item No.:* M241499<br>200-450009 /<br>BACKUP BATTERY, AP4.5/5.0, 8AH<br>Sales Order Line: 1.2 | Each | 1 | 431.27 | 431.27 | 9.25% |
| 3 | *Customer Item No.:* M241499<br>200-450009 /<br>BACKUP BATTERY, AP4.5/5.0, 8AH<br>Sales Order Line: 1.3 | Each | 1 | 431.27 | 431.27 | 9.25% |
| 4 | *Customer Item No.:* M241499<br>200-450009 /<br>BACKUP BATTERY, AP4.5/5.0, 8AH<br>Sales Order Line: 1.4 | Each | 1 | 431.27 | 431.27 | 9.25% |
| 5 | *Customer Item No.:* M241499<br>200-450009 /<br>BACKUP BATTERY, AP4.5/5.0, 8AH<br>Sales Order Line: 1.5 | Each | 1 | 431.27 | 431.27 | 9.25% |
| 6 | *Customer Item No.:* M241499<br>200-450009 /<br>BACKUP BATTERY, AP4.5/5.0, 8AH<br>Sales Order Line: 1.6 | Each | 1 | 431.27 | 431.27 | 9.25% |
| 7 | *Customer Item No.:* M241499<br>200-450009 /<br>BACKUP BATTERY, AP4.5/5.0, 8AH<br>Sales Order Line: 1.7 | Each | 1 | 431.27 | 431.27 | 9.25% |



**Invoice**

**No. 100032**

www.itron.com

Itron Networked Solutions, Inc
230 W Tasman Drive
San Jose 95134
United States

Org: US_060_OU


**Date: 19-OCT-18**

Original print date: 22-OCT-18

Page: 2/5

| Line | Item # / Description | Unit (UM) | Qty | Unit Price (excl Tax) (USD) | Amount (excl Tax) (USD) | Tax |
|------|---------------------|-----------|-----|------------------------------|--------------------------|-----|
| 8 | *Customer Item No.:* M241499<br>200-450009 /<br>BACKUP BATTERY, AP4.5/5.0, 8AH<br>Sales Order Line: 1.8 | Each | 1 | 431.27 | 431.27 | 9.25% |
| 9 | *Customer Item No.:* M241499<br>200-450009 /<br>BACKUP BATTERY, AP4.5/5.0, 8AH<br>Sales Order Line: 1.9 | Each | 1 | 431.27 | 431.27 | 9.25% |
| 10 | *Customer Item No.:* M241499<br>200-450009 /<br>BACKUP BATTERY, AP4.5/5.0, 8AH<br>Sales Order Line: 1.10 | Each | 1 | 431.27 | 431.27 | 9.25% |
| 11 | *Customer Item No.:* M241499<br>200-450009 /<br>BACKUP BATTERY, AP4.5/5.0, 8AH<br>Sales Order Line: 1.11 | Each | 1 | 431.27 | 431.27 | 9.25% |
| 12 | *Customer Item No.:* M241499<br>200-450009 /<br>BACKUP BATTERY, AP4.5/5.0, 8AH<br>Sales Order Line: 1.12 | Each | 1 | 431.27 | 431.27 | 9.25% |
| 13 | *Customer Item No.:* M241499<br>200-450009 /<br>BACKUP BATTERY, AP4.5/5.0, 8AH<br>Sales Order Line: 1.13 | Each | 1 | 431.27 | 431.27 | 9.25% |
| 14 | *Customer Item No.:* M241499<br>200-450009 /<br>BACKUP BATTERY, AP4.5/5.0, 8AH<br>Sales Order Line: 1.14 | Each | 1 | 431.27 | 431.27 | 9.25% |
| 15 | *Customer Item No.:* M241499<br>200-450009 /<br>BACKUP BATTERY, AP4.5/5.0, 8AH<br>Sales Order Line: 1.15 | Each | 1 | 431.27 | 431.27 | 9.25% |
| 16 | *Customer Item No.:* M241499<br>200-450009 /<br>BACKUP BATTERY, AP4.5/5.0, 8AH<br>Sales Order Line: 1.16 | Each | 1 | 431.27 | 431.27 | 9.25% |
| 17 | *Customer Item No.:* M241499<br>200-450009 /<br>BACKUP BATTERY, AP4.5/5.0, 8AH<br>Sales Order Line: 1.17 | Each | 1 | 431.27 | 431.27 | 9.25% |
| 18 | *Customer Item No.:* M241499<br>200-450009 /<br>BACKUP BATTERY, AP4.5/5.0, 8AH<br>Sales Order Line: 1.18 | Each | 1 | 431.27 | 431.27 | 9.25% |
| 19 | *Customer Item No.:* M241499<br>200-450009 /<br>BACKUP BATTERY, AP4.5/5.0, 8AH<br>Sales Order Line: 1.19 | Each | 1 | 431.27 | 431.27 | 9.25% |
| 20 | *Customer Item No.:* M241499<br>200-450009 /<br>BACKUP BATTERY, AP4.5/5.0, 8AH<br>Sales Order Line: 1.20 | Each | 1 | 431.27 | 431.27 | 9.25% |



Itron Networked Solutions, Inc
230 W Tasman Drive
San Jose 95134
United States



Org: US_060_OU

# Invoice

## No. 100032

www.itron.com

### Date: 19-OCT-18

Original print date: 22-OCT-18

| Line | Item # / Description | Unit (UM) | Qty | Unit Price (excl Tax) (USD) | Amount (excl Tax) (USD) | Tax |
|---|---|---|---|---|---|---|
| 21 | Customer Item No.: M241499<br>200-450009 /<br>BACKUP BATTERY, AP4.5/5.0, 8AH<br>Sales Order Line: 1.21 | Each | 1 | 431.27 | 431.27 | 9.25% |
| 22 | Customer Item No.: M241499<br>200-450009 /<br>BACKUP BATTERY, AP4.5/5.0, 8AH<br>Sales Order Line: 1.22 | Each | 1 | 431.27 | 431.27 | 9.25% |
| 23 | Customer Item No.: M241499<br>200-450009 /<br>BACKUP BATTERY, AP4.5/5.0, 8AH<br>Sales Order Line: 1.23 | Each | 1 | 431.27 | 431.27 | 9.25% |
| 24 | Customer Item No.: M241499<br>200-450009 /<br>BACKUP BATTERY, AP4.5/5.0, 8AH<br>Sales Order Line: 1.24 | Each | 1 | 431.27 | 431.27 | 9.25% |
| 25 | Customer Item No.: M241499<br>200-450009 /<br>BACKUP BATTERY, AP4.5/5.0, 8AH<br>Sales Order Line: 1.25 | Each | 1 | 431.27 | 431.27 | 9.25% |
| 26 | Customer Item No.: M241499<br>200-450009 /<br>BACKUP BATTERY, AP4.5/5.0, 8AH<br>Sales Order Line: 1.26 | Each | 1 | 431.27 | 431.27 | 9.25% |
| 27 | Customer Item No.: M241499<br>200-450009 /<br>BACKUP BATTERY, AP4.5/5.0, 8AH<br>Sales Order Line: 1.27 | Each | 1 | 431.27 | 431.27 | 9.25% |
| 28 | Customer Item No.: M241499<br>200-450009 /<br>BACKUP BATTERY, AP4.5/5.0, 8AH<br>Sales Order Line: 1.28 | Each | 1 | 431.27 | 431.27 | 9.25% |
| 29 | Customer Item No.: M241499<br>200-450009 /<br>BACKUP BATTERY, AP4.5/5.0, 8AH<br>Sales Order Line: 1.29 | Each | 1 | 431.27 | 431.27 | 9.25% |
| 30 | Customer Item No.: M241499<br>200-450009 /<br>BACKUP BATTERY, AP4.5/5.0, 8AH<br>Sales Order Line: 1.30 | Each | 1 | 431.27 | 431.27 | 9.25% |
| 31 | Customer Item No.: M241499<br>200-450009 /<br>BACKUP BATTERY, AP4.5/5.0, 8AH<br>Sales Order Line: 1.31 | Each | 1 | 431.27 | 431.27 | 9.25% |
| 32 | Customer Item No.: M241499<br>200-450009 /<br>BACKUP BATTERY, AP4.5/5.0, 8AH<br>Sales Order Line: 1.32 | Each | 1 | 431.27 | 431.27 | 9.25% |
| 33 | Customer Item No.: M241499<br>200-450009 /<br>BACKUP BATTERY, AP4.5/5.0, 8AH<br>Sales Order Line: 1.33 | Each | 1 | 431.27 | 431.27 | 9.25% |



Itron Networked Solutions, Inc
230 W Tasman Drive
San Jose 95134
United States

Org: US_060_OU

# Invoice

## No. 100032

www.itron.com

## Date: 19-OCT-18

Original print date: 22-OCT-18

| Line | Item # / Description | Unit (UM) | Qty | Unit Price (excl Tax) (USD) | Amount (excl Tax) (USD) | Tax |
|---|---|---|---|---|---|---|
| 34 | *Customer Item No.: M241499*<br>200-450009 /<br>BACKUP BATTERY, AP4.5/5.0, 8AH<br>Sales Order Line: 1.34 | Each | 1 | 431.27 | 431.27 | 9.25% |
| 35 | *Customer Item No.: M241499*<br>200-450009 /<br>BACKUP BATTERY, AP4.5/5.0, 8AH<br>Sales Order Line: 1.35 | Each | 1 | 431.27 | 431.27 | 9.25% |
| 36 | *Customer Item No.: M241499*<br>200-450009 /<br>BACKUP BATTERY, AP4.5/5.0, 8AH<br>Sales Order Line: 1.36 | Each | 1 | 431.27 | 431.27 | 9.25% |
| 37 | *Customer Item No.: M241499*<br>200-450009 /<br>BACKUP BATTERY, AP4.5/5.0, 8AH<br>Sales Order Line: 1.37 | Each | 1 | 431.27 | 431.27 | 9.25% |
| 38 | *Customer Item No.: M241499*<br>200-450009 /<br>BACKUP BATTERY, AP4.5/5.0, 8AH<br>Sales Order Line: 1.38 | Each | 1 | 431.27 | 431.27 | 9.25% |
| 39 | *Customer Item No.: M241499*<br>200-450009 /<br>BACKUP BATTERY, AP4.5/5.0, 8AH<br>Sales Order Line: 1.39 | Each | 1 | 431.27 | 431.27 | 9.25% |
| 40 | *Customer Item No.: M241499*<br>200-450009 /<br>BACKUP BATTERY, AP4.5/5.0, 8AH<br>Sales Order Line: 1.40 | Each | 1 | 431.27 | 431.27 | 9.25% |
| 41 | *Customer Item No.: M241499*<br>200-450009 /<br>BACKUP BATTERY, AP4.5/5.0, 8AH<br>Sales Order Line: 1.41 | Each | 1 | 431.27 | 431.27 | 9.25% |
| 42 | *Customer Item No.: M241499*<br>200-450009 /<br>BACKUP BATTERY, AP4.5/5.0, 8AH<br>Sales Order Line: 1.42 | Each | 1 | 431.27 | 431.27 | 9.25% |
| 43 | *Customer Item No.: M241499*<br>200-450009 /<br>BACKUP BATTERY, AP4.5/5.0, 8AH<br>Sales Order Line: 1.43 | Each | 1 | 431.27 | 431.27 | 9.25% |



**Itron**

# Invoice

## No. 100032

Itron Networked Solutions, Inc
230 W Tasman Drive
San Jose 95134
United States

Org: US_060_OU

**Date: 19-OCT-18**

www.itron.com

Original print date: 22-OCT-18

| Tax type desc | Tax usage | Tax Date | Tax amount | Tax Rate | Taxable |
|---|---|---|---|---|---|
| Tax @ 0.50 | Tax | | 370.88 | .5 % | 74,178.44 |
| Tax @ 1.25 | Tax | | 231.81 | 1.25 % | 18,544.61 |
| Tax @ 6.00 | Tax | | 1,112.69 | 6 % | 18,544.61 |

| | |
|---|---|
| Our Tax ID: 431966972 | **Total (Excl. Tax)**     18,544.61 |
| Your Tax ID: | |
| **Payment Terms:** | **Tax**     1,715.38 |
| Customer Invoices are due in 30 Days | |
| **Due Date: 18-NOV-18** | **Total**     **(USD)**     **20,259.99** |

Processed by Computer

**Terms and Conditions:**

Absent a written agreement between us to the contrary, the purchase of goods or services described herein is governed by the terms of sale at:
Receipt of this document, without written objection within 7 days, constitutes acceptance of these terms.

Payment Address:

Itron Networked Solutions, Inc
300 Convent Street Suite 1200
San Antonio 78205
United States

Bank: JP Morgan Chase Bank NA
Swift ID / BIC: CHASUS33XXX
Account Number: 950521836
Wire ABA#: 21000021
ACH ABA#: 111000614

Case: 19-30088   Doc# 7201   Filed: 05/14/20   Entered: 05/14/20 14:34:57   Page 14 of 32

 

(800) 635-5461
www.itron.com

| Invoice Number | 501062 |
|---|---|
| Invoice Date | 01-NOV-18 |
| Customer Number | 2155 |
| Itron Contract No. | SC00006335 |

**Terms and Conditions:**
Absent a written agreement between us to the contrary, the purchase of goods or services described herein is governed by the terms of sale at www.itron.com/termsofsale. Receipt of this document, without written objection within 7 days, constitutes acceptance of these terms.

**TO:**
Pacific Gas & Electric Company
PO Box 7760
San Francisco, CA 94120-7760
United States

**SEND TO:**
Pacific Gas & Electric Company
77 Beale Street
San Francisco, CA 94105-1890
United States

Regular Invoice

| Terms | Customer PO | Contract Term - FROM | Contract term - TO |
|---|---|---|---|
| Net 30 | PO2700226980 | 01-DEC-18 | 30-NOV-19 |

**Billing Period From: 01-DEC-18 To :30-NOV-19**

## Software Maintenance and Other

| Product Description | | | Quantity | | Taxable | Amt | Ext. Amount |
|---|---|---|---|---|---|---|---|
| MV-90 XI TCP-IP NETWORK ELECT DEL | | | 1 | | | | 2,120.00 |
| System 2 - Attn: Doug Rae | | | | | | | |

| | Serial Number | Start Date | End Date | Amt | Sub Qty | |
|---|---|---|---|---|---|---|
| | | 01-DEC-18 | 30-NOV-19 | 2,120.00 | 1 | |

| Product Description | | | Quantity | | Taxable | Amt | Ext. Amount |
|---|---|---|---|---|---|---|---|
| SGL PC, ODBC (WITHOUT MV-WEB), ELECT DEL | | | 1 | | | | 2,120.00 |
| System 2 - Attn: Doug Rae | | | | | | | |

| | Serial Number | Start Date | End Date | Amt | Sub Qty | |
|---|---|---|---|---|---|---|
| | | 01-DEC-18 | 30-NOV-19 | 2,120.00 | 1 | |

| Product Description | | | Quantity | | Taxable | Amt | Ext. Amount |
|---|---|---|---|---|---|---|---|
| MV-90 XI BASE NETWORK | | | 1 | | | | 0.00 |
| System 2 - Attn: Doug Rae | | | | | | | |

| | Serial Number | Start Date | End Date | Amt | Sub Qty | |
|---|---|---|---|---|---|---|
| | | 01-DEC-18 | 30-NOV-19 | 0.00 | 1 | |

| Product Description | | | Quantity | | Taxable | Amt | Ext. Amount |
|---|---|---|---|---|---|---|---|
| MV-90 XI NETWORK 500 METER ELECT DELIVERY | | | 1 | | | | 17,440.00 |
| System 2 - Attn: Doug Rae | | | | | | | |

| | Serial Number | Start Date | End Date | Amt | Sub Qty | |
|---|---|---|---|---|---|---|
| | | 01-DEC-18 | 30-NOV-19 | 17,440.00 | 1 | |

**Software Maintenance and Other Subtotal:**                                21,680.00

Case: 19-30088   Doc# 7201   Filed: 05/14/20   Entered: 05/14/20 14:34:57   Page 15 of 32





(800) 635-5461
www.itron.com

| Invoice Number | 501062 |
|---|---|
| Invoice Date | 01-NOV-18 |
| Customer Number | 2155 |
| Itron Contract No. | SC00006335 |

**Terms and Conditions:**
Absent a written agreement between us to the contrary, the purchase of goods or services described herein is governed by the terms of sale at www.itron.com/termsofsale. Receipt of this document, without written objection within 7 days, constitutes acceptance of these terms.

| TO: | Pacific Gas & Electric Company<br>PO Box 7760<br>San Francisco, CA 94120-7760<br>United States | SHIP TO: | Pacific Gas & Electric Company<br>77 Beale Street<br>San Francisco, CA 94105-1890<br>United States |
|---|---|---|---|

| Terms | Customer PO | Contract Term - FROM | Contract Term - TO |
|---|---|---|---|
| Net 30 | PO2700226980 | 01-DEC-18 | 30-NOV-19 |

| Banking Information: Please Include Your Invoice Number On Check. | | |
|---|---|---|
| **Wire payment to:**<br>Itron, Inc.<br>Wells Fargo Bank<br>420 Montgomery Street<br>San Francisco, CA 94105<br>ABA # 121000248<br>ACCOUNT # 4375688983 | **Remit-to:**<br>Itron, Inc.<br>P.O. Box 200209<br>Dallas, TX 75320-0209 | **Subtotal Amount** 21,680.00<br>**Tax Amount** 0.00<br>**Total Amount** 21,680.00<br>**Currency** USD |

Case: 19-30088    Doc# 7201    Filed: 05/14/20    Entered: 05/14/20 14:34:57    Page 16 of 32

 

(800) 635-5461
www.itron.com

**Terms and Conditions:**
Absent a written agreement between us to the contrary, the purchase of goods or services described herein is governed by the terms of sale at www.itron.com/termsofsale. Receipt of this document, without written objection within 7 days, constitutes acceptance of these terms.

| Invoice Number | 501878 |
|---|---|
| Invoice Date | 11-NOV-18 |
| Customer Number | 2155 |
| Itron Contract No. | SC00003982 |

| | | | |
|---|---|---|---|
| **TO:** | Pacific Gas & Electric Company<br>PO Box 7760<br>San Francisco, CA 94120-7760<br>United States | **SEND TO:** | Pacific Gas & Electric Company<br>77 Beale Street<br>San Francisco, CA 94105-1890<br>United States |

Regular Invoice
Request 916013 rejected by 51827.

| Terms | Customer PO | Contract Term - FROM | Contract term - TO |
|---|---|---|---|
| Net 30 | PO 2700208917 | 01-DEC-18 | 30-NOV-19 |

**Billing Period From: 01-DEC-18 To :30-NOV-19**

## Software Maintenance and Other

| Product Description | Quantity | Taxable Amt | Ext. Amount |
|---|---|---|---|
| METERING INSTALLATION & CONFIGURATION PACKAGE WITH TCP/IP , ELECT DEL Attn: Doug Rae | 1 | | 2,371.63 |

| | Serial Number | Start Date | End Date | Amt | Sub Qty |
|---|---|---|---|---|---|
| | | 01-DEC-18 | 30-NOV-19 | 2,371.63 | 1 |

| Product Description | Quantity | Taxable Amt | Ext. Amount |
|---|---|---|---|
| MV-90 XI BASE NETWORK | 1 | | 0.00 |

| | Serial Number | Start Date | End Date | Amt | Sub Qty |
|---|---|---|---|---|---|
| | | 01-DEC-18 | 30-NOV-19 | 0.00 | 1 |

| Product Description | Quantity | Taxable Amt | Ext. Amount |
|---|---|---|---|
| 15,001 - 20,000 METERS,MV-90 XI NETWORK CONFIGURATION , ELECT DEL Attn: Doug Rae | 1 | | 47,966.31 |

| | Serial Number | Start Date | End Date | Amt | Sub Qty |
|---|---|---|---|---|---|
| | | 01-DEC-18 | 30-NOV-19 | 47,966.31 | 1 |

**Software Maintenance and Other Subtotal:**      50,337.94

 **Itron**

 INVOICE

(800) 635-5461
www.itron.com

**Terms and Conditions:**
Absent a written agreement between us to the contrary, the purchase of
goods or services described herein is governed by the terms of sale at
www.itron.com/termsofsale. Receipt of this document, without written
objection within 7 days, constitutes acceptance of these terms.

| | |
|---|---|
| Invoice Number | 501878 |
| Invoice Date | 11-NOV-18 |
| Customer Number | 2155 |
| Itron Contract No. | SC00003982 |

| TO: | Pacific Gas & Electric Company<br>PO Box 7760<br>San Francisco, CA 94120-7760<br>United States | SHIP TO: | Pacific Gas & Electric Company<br>77 Beale Street<br>San Francisco, CA 94105-1890<br>United States |
|---|---|---|---|

| Terms | Customer PO | Contract Term - FROM | Contract Term - TO |
|---|---|---|---|
| Net 30 | PO 2700208917 | 01-DEC-18 | 30-NOV-19 |

**Banking Information: Please Include Your Invoice Number On Check.**

**Wire payment to:**
Itron, Inc.
Wells Fargo Bank
420 Montgomery Street
San Francisco, CA 94105
ABA # 121000248
ACCOUNT # 4375688983

**Remit-to:**
Itron, Inc.
P.O. Box 200209
Dallas, TX 75320-0209

| | |
|---|---|
| Subtotal Amount | 50,337.94 |
| Tax Amount | 0.00 |
| Total Amount | 50,337.94 |
| Currency | USD |

Case: 19-30088   Doc# 7201   Filed: 05/14/20   Entered: 05/14/20 14:34:57   Page 18
of 32



**Itron**

Itron Networked Solutions, Inc
230 W Tasman Drive
San Jose 95134
United States

Org: US_060_OU

# Invoice

## No. 100525

Date: **28-NOV-18**

www.itron.com

Original print date: 29-NOV-18

Page: 1/1

Itron Networked Solutions, Inc 230 W Tasman Drive   San Jose 95134 United States

| Bill To: | | Ship To: | |
|---|---|---|---|
| **Pacific Gas and Electric Company**<br>**Po Box 7760**<br>**San Francisco, CA 94120-7760**<br>**UNITED STATES** | 457630 | Pacific Gas and Electric Company<br>Attn: Receiving Department<br>Fremont Materials<br>42105 Boyce Rd<br>Fremont, CA 94538<br>UNITED STATES | 457616 |

| Customer: | Pacific Gas and Electric Company | 107647 |
|---|---|---|
| Sales Order | | 19786 |
| Your PO No. | | |

**Remarks:**

PO 2700100148 (Line 3)

| Line | Item # / Description | Unit (UM) | Qty | Unit Price (excl Tax) (USD) | Amount (excl Tax) (USD) | Tax |
|---|---|---|---|---|---|---|
| 1 | 09_App Integration<br>    App Integration<br>Integration and Configuration ( 50% upon completion of the work) | Each | 1 | 7,638.48 | 7,638.48 | 0% |

| Tax type desc | Tax usage | Tax Date | Tax amount | Tax Rate | Taxable |
|---|---|---|---|---|---|
| Tax @ 0.00 | Tax | | 0.00 | 0 % | 7,638.48 |
| Tax @ 0.00 | Tax | | 0.00 | 0 % | 7,638.48 |
| Tax @ 0.00 | Tax | | 0.00 | 0 % | 30,553.92 |

| | | | |
|---|---|---|---|
| **Our Tax ID: 431966972**<br>**Your Tax ID:** | | Total (Excl. Tax) | 7,638.48 |
| **Payment Terms:**<br>   Customer Invoices are due in 30 Days<br>**Due Date: 28-DEC-18** | | Tax | 0.00 |
| | | **Total**                    (USD) | **7,638.48** |

Processed by Computer

**Terms and Conditions:**

Absent a written agreement between us to the contrary, the purchase of goods or services described herein is governed by the terms of sale at: Receipt of this document, without written objection within 7 days, constitutes acceptance of these terms.

Payment Address:

Itron Networked Solutions, Inc
300 Convent Street  Suite 1200
San Antonio 78205
United States

Bank: JP Morgan Chase Bank NA
Swift ID / BIC: CHASUS33XXX
Account Number: 950521836
Wire ABA#: 21000021
ACH ABA#: 322271627



(800)635-5461
www.Itron.com

# INVOICE



| Invoice #: | 505771 |
|---|---|
| Invoice Date: | 15-DEC-18 |
| Customer #: | 2155 |
| Project Name: | Fire Investigation Meter Data Retrieval |
| Itron Project #: | 20145 |
| Terms : | Net 30 |

**Terms and Conditions:**
Absent a written agreement between us to the contrary, the purchase of goods or services described herein is governed by the terms of sale at www.itron.com/termsofsale. Receipt of this document, without written objection within 7 days, constitutes acceptance of these terms.

| TO: | Pacific Gas & Electric Company<br>77 Beale Street<br>San Francisco, CA 94105-1890 | SHIP<br>TO: | Pacific Gas & Electric Company<br>Receiving Department/Fremont Materials<br>42105 Boyce Rd<br>Fremont, CA 94538 |
|---|---|---|---|

Notes : Fees charged on a per meter price

**TASK** : Application Integration
CATEGORY : Professional Services

| Name | Date | Type | Description | Qty | Rate | Ext. Amount |
|---|---|---|---|---|---|---|
| | 15-DEC-18 | Professional Services | Data Restoration (1 meter) | | | 4,774.00 |
| | 15-DEC-18 | Professional Services | Data Restoration (1 meter) | | | 4,774.00 |

Application Integration **Sub Total** :                                        9,548.00

**Banking Information: Please Include Your Invoice Number On Check.**

**Wire payment to:**
Itron, Inc.
Wells Fargo Bank
420 Montgomery Street
San Francisco, CA 94105
ABA # 121000248
ACCOUNT # 4375688983

**Remit-to :**
Itron,Inc.
P.O. Box 200209
Dallas, TX 75320-0209

| SubTotal Amount | 9,548.00 |
|---|---|
| Tax Amount | 0.00 |
| Total Amount | 9,548.00 |
| Currency | USD |



**Itron**

Itron Networked Solutions, Inc
230 W Tasman Drive
San Jose 95134
United States

Org: US_060_OU

# Invoice

## No. 100900    Date: 17-DEC-18

www.itron.com

Itron Networked Solutions, Inc 230 W Tasman Drive   San Jose 95134 United States

| Bill To: | | Ship To: | |
|---|---|---|---|
| **Pacific Gas and Electric Company**<br>Po Box 7760<br>San Francisco, CA 94120-7760<br>UNITED STATES | 457630 | Pacific Gas and Electric Company<br>77 Beale St<br>San Francisco, CA 94105-1814<br>UNITED STATES | 457642 |

| | | |
|---|---|---|
| **Customer:** | Pacific Gas and Electric Company | 107647 |
| **Itron Contract No.** | | SC00011135 |
| **Your PO No.** | | 2501241055 |

| Contact | Email | Telephone |
|---|---|---|
| Neubauer, Laurie | laurie.neubauer@itron.com | |

| Contract Term – FROM | Contract Term – TO |
|---|---|
| 01-JAN-19 | 31-JUL-25 |

**Remarks:**
Regular Invoice

**Billing Period From: 01-JAN-19 To: 31-DEC-19**

| Item # / Description | Unit (UM) | Qty | Tax | Amount (excl Tax ) (USD) |
|---|---|---|---|---|
| COP SW SUPPORT<br>COP Annual Software Maintenance & Support | Year | 1 | 0% | 1,020,000.00 |

| | Serial Number | Unit Price (USD) | UOM | Sub Qty | Start Date | End Date | Amount (USD) |
|---|---|---|---|---|---|---|---|
| 290-010008 /<br>COP SOFTWARE LICENSE | | 1,020,000.00 | | 1 | 01-JAN-19 | 31-DEC-19 | 1,020,000.00 |

| | | |
|---|---|---|
| **Subtotal:** | | 1,020,000.00 |



# Invoice

**No. 100900**     **Date: 17-DEC-18**

www.itron.com

Itron Networked Solutions, Inc
230 W Tasman Drive
San Jose 95134
United States

Org: US_060_OU

| Tax type desc | Tax usage | Tax Date | Tax amount | Tax Rate | Taxable |
|---|---|---|---|---|---|
| Tax  @ 0.00 | Tax | | 0.00 | 0 % | 1,020,000.00 |
| Tax  @ 0.00 | Tax | | 0.00 | 0 % | 1,020,000.00 |
| Tax  @ 0.00 | Tax | | 0.00 | 0 % | 3,060,000.00 |

| | | |
|---|---|---|
| **Our Tax ID:** 431966972 | **Total (Excl. Tax)** | 1,020,000.00 |
| **Your Tax ID:** | **Tax** | 0.00 |
| **Payment Terms:** | | |
| Customer Invoices are due in 30 Days | **Total**          (USD) | **1,020,000.00** |
| **Due Date:** 16-JAN-19 | | |

Processed by Computer

**Terms and Conditions:**
Absent a written agreement between us to the contrary, the purchase of goods or services described herein is governed by the terms of sale at:
Receipt of this document, without written objection within 7 days, constitutes acceptance of these terms.

Payment Address:
Itron Networked Solutions, Inc
300 Convent Street  Suite 1200
San Antonio 78205
United States
www.itron.com

Bank: JP Morgan Chase Bank NA
**Swift ID / BIC:** CHASUS33XXX
**Account Number:** 950521836
**Wire ABA#:** 21000021
ACH ABA#: 322670260



**Itron**

Itron Networked Solutions, Inc
230 W Tasman Drive
San Jose 95134
United States

Org: US_060_OU

# Invoice

## No. 101072

**Date: 28-DEC-18**

Original print date: 29-DEC-18

www.itron.com

Page: 1/2

Itron Networked Solutions, Inc 230 W Tasman Drive   San Jose 95134 United States

| Bill To: | | Ship To: | |
|---|---|---|---|
| **Pacific Gas and Electric Company**<br>**Po Box 7760**<br>**San Francisco, CA 94120-7760**<br>**UNITED STATES** | 457630 | Pacific Gas and Electric Company<br>Floor 5th/Room 513A<br>77 Beale St<br>San Francisco, CA 94105-1814<br>UNITED STATES | 457653 |

| Customer: | Pacific Gas and Electric Company<br>Po Box 7760<br>San Francisco, CA 94120-7760<br>United States | 107647 |
|---|---|---|
| **Sales Order** | | 160000991 |
| **Your PO No.** | | 2700050820 |

| Contact: | Raye, Stephanie | Sales Person: | Sieben, Mark - Gust |
|---|---|---|---|
| Telephone: | | Telephone: | |
| Fax: | | Email: | Mark.Sieben@itron.com |
| E-mail: | stephanie.raye@itron.com | | |

| Ship Date | Incoterms |
|---|---|
| 28-DEC-18 | INCOTERMS 2010 FCA |

**Remarks:**

| Line | Item # / Description | Unit (UM) | Qty | Unit Price (excl Tax) (USD) | Amount (excl Tax) (USD) | Tax |
|---|---|---|---|---|---|---|
| 1 | 140-000100 /<br>CERTIFICATE, ZIGBEE<br>Sales Order Line: 1.1<br>Delivery: 23245387   28-DEC-18 | Each | 14536 | 0.10 | 1,453.60 | 0% |
| 2 | 140-000100 /<br>CERTIFICATE, ZIGBEE<br>Sales Order Line: 1.2<br>Delivery: 23245387   28-DEC-18 | Each | 15967 | 0.10 | 1,596.70 | 0% |
| 3 | 075-000114 /<br>ZIGBEE SMART ENERGY ORDER PROCESSING<br>FEE<br>Sales Order Line: 2.1 | Each | 1 | 2,000.00 | 2,000.00 | 0% |
| 4 | 075-000114 /<br>ZIGBEE SMART ENERGY ORDER PROCESSING<br>FEE<br>Sales Order Line: 2.2 | Each | 1 | 2,000.00 | 2,000.00 | 0% |



# Itron

**Invoice**

## No. 101072

Itron Networked Solutions, Inc
230 W Tasman Drive
San Jose 95134
United States

Org: US_060_OU

**Date: 28-DEC-18**

Original print date: 29-DEC-18

www.itron.com

| Tax type desc | Tax usage | Tax Date | Tax amount | Tax Rate | Taxable |
|---|---|---|---|---|---|
| Tax @ 0.00 | Tax | | 0.00 | 0 % | 7,050.30 |
| Tax @ 0.00 | Tax | | 0.00 | 0 % | 7,050.30 |
| Tax @ 0.00 | Tax | | 0.00 | 0 % | 21,150.90 |

| | | |
|---|---|---|
| **Our Tax ID:** 431966972 | **Total (Excl. Tax)** | 7,050.30 |
| **Your Tax ID:** | | |
| **Payment Terms:** | **Tax** | 0.00 |
| Customer Invoices are due in 30 Days | | |
| **Due Date:** 27-JAN-19 | **Total** (USD) | **7,050.30** |

Processed by Computer

**Terms and Conditions:**

Absent a written agreement between us to the contrary, the purchase of goods or services described herein is governed by the terms of sale at: Receipt of this document, without written objection within 7 days, constitutes acceptance of these terms.

Payment Address:
Itron Networked Solutions, Inc
300 Convent Street  Suite 1200
San Antonio 78205
United States

Bank: JP Morgan Chase Bank NA
Swift ID / BIC: CHASUS33XXX
Account Number: 950521836
Wire ABA#: 21000021
ACH ABA#: 322070060

Case: 19-30088   Doc# 7201   Filed: 05/14/20   Entered: 05/14/20 14:34:57   Page 24 of 32





# INVOICE

(800)635-5461
www.Itron.com

**Terms and Conditions:**
Absent a written agreement between us to the contrary, the purchase of goods or services described herein is governed by the terms of sale at www.itron.com/termsofsale. Receipt of this document, without written objection within 7 days, constitutes acceptance of these terms.

| | |
|---|---|
| Invoice #: | 509503 |
| Invoice Date: | 31-JAN-19 |
| Customer #: | 2155 |
| Project Name: | MDM-PGE-UpgrMV90xi |
| Itron Project #: | 19494 |
| Terms : | Net 30 |

| TO: | Pacific Gas & Electric Company<br>PO Box 7760<br>San Francisco, CA 94120-7760 | SHIP TO: | Pacific Gas & Electric Company<br>77 Beale Street<br>San Francisco, CA 94105-1890 |
|---|---|---|---|

Notes : PO # 2700125874
January 2019

**TASK :** Project Management
CATEGORY : LABOR
Gaudreau, Michelle A.

| Name | Date | Type | Description | Qty | Rate | Ext. Amount |
|---|---|---|---|---|---|---|
| | 23-JAN-19 | Labor | Day Info | .083 | 225.00 | 18.68 |

Ingram, Tim R.

| Name | Date | Type | Description | Qty | Rate | Ext. Amount |
|---|---|---|---|---|---|---|
| | 03-OCT-18 | Labor | | 1 | 225.00 | 225.00 |
| | 24-JAN-19 | Labor | | 1 | 225.00 | 225.00 |
| | 25-JAN-19 | Labor | | 1 | 225.00 | 225.00 |

Project Management **Sub Total :** 693.68

**TASK :** System Services
CATEGORY : LABOR
Goodman, Robert B

| Name | Date | Type | Description | Qty | Rate | Ext. Amount |
|---|---|---|---|---|---|---|
| | 14-JAN-19 | Labor | Day Info | 1 | 225.00 | 225.00 |
| | 16-JAN-19 | Labor | Day Info | .5 | 225.00 | 112.50 |
| | 17-JAN-19 | Labor | Day Info | .5 | 225.00 | 112.50 |
| | 18-JAN-19 | Labor | Day Info | 1 | 225.00 | 225.00 |

Kibler, Michael K. (Mike)

| Name | Date | Type | Description | Qty | Rate | Ext. Amount |
|---|---|---|---|---|---|---|
| | 24-SEP-18 | Labor | | 8 | 225.00 | 1,800.00 |
| | 25-SEP-18 | Labor | | 8 | 225.00 | 1,800.00 |
| | 26-SEP-18 | Labor | | 8 | 225.00 | 1,800.00 |
| | 11-OCT-18 | Labor | | 8 | 225.00 | 1,800.00 |
| | 12-OCT-18 | Labor | | 8 | 225.00 | 1,800.00 |

Satterfield, Cynthia A.

| Name | Date | Type | Description | Qty | Rate | Ext. Amount |
|---|---|---|---|---|---|---|
| | 07-SEP-18 | Labor | Discuss Performance testing, Travel planning | 1 | 225.00 | 225.00 |
| | 02-OCT-18 | Labor | Preload Test Software | 1 | 225.00 | 225.00 |
| | 05-OCT-18 | Labor | Preload Test Software | 1 | 225.00 | 225.00 |
| | 29-OCT-18 | Labor | | 8 | 225.00 | 1,800.00 |




# INVOICE

**(800)635-5461**
**www.ltron.com**

**Terms and Conditions:**
Absent a written agreement between us to the contrary, the purchase of goods or services described herein is governed by the terms of sale at www.itron.com/termsofsale. Receipt of this document, without written objection within 7 days, constitutes acceptance of these terms.

| Invoice #: | 509503 |
|---|---|
| Invoice Date: | 31-JAN-19 |
| Customer #: | 2155 |
| Project Name: | MDM-PGE-UpgrMV90xi |
| Itron Project #: | 19494 |
| Terms : | Net 30 |

| TO: | Pacific Gas & Electric Company<br>PO Box 7760<br>San Francisco, CA 94120-7760 | SHIP TO: | Pacific Gas & Electric Company<br>77 Beale Street<br>San Francisco, CA 94105-1890 |
|---|---|---|---|

Notes : PO # 2700125874
January 2019

| | Date | Type | Description | Qty | Rate | Ext. Amount |
|---|---|---|---|---|---|---|
| | 30-OCT-18 | Labor | | 7 | 225.00 | 1,575.00 |
| | 31-OCT-18 | Labor | | 8 | 225.00 | 1,800.00 |
| | 01-NOV-18 | Labor | | 8 | 225.00 | 1,800.00 |
| | 06-DEC-18 | Labor | | 1 | 225.00 | 225.00 |
| | 14-JAN-19 | Labor | AT&T APN testing meetings | 2 | 225.00 | 450.00 |
| | 24-JAN-19 | Labor | | 1 | 225.00 | 225.00 |

System Services **Sub Total :**          18,225.00

**TASK :** Travel Hours
CATEGORY : LABOR
  **Satterfield, Cynthia A.**

| Name | Date | Type | Description | Qty | Rate | Ext. Amount |
|---|---|---|---|---|---|---|
| | 28-OCT-18 | Labor | | 8 | 225.00 | 1,800.00 |
| | 02-NOV-18 | Labor | | 8 | 225.00 | 1,800.00 |

Travel Hours **Sub Total :**          3,600.00

---

**Banking Information: Please Include Your Invoice Number On Check.**

**Wire payment to:**
Itron, Inc.
Wells Fargo Bank
420 Montgomery Street
San Francisco, CA 94105
ABA # 121000248
ACCOUNT # 4375688983

**Remit-to :**
Itron,Inc.
P.O. Box 200209
Dallas, TX 75320-0209

| | |
|---|---|
| **SubTotal Amount** | 22,518.68 |
| **Tax Amount** | 0.00 |
| **Total Amount** | 22,518.68 |
| **Currency** | USD |



**Itron**

Itron Networked Solutions, Inc
230 W Tasman Drive
San Jose 95134
United States

Org: US_060_OU

## Invoice

## No. 101467    Date: 16-JAN-19

www.itron.com

Itron Networked Solutions, Inc 230 W Tasman Drive   San Jose 95134 United States

| Bill To: | | Ship To: | |
|---|---|---|---|
| **Pacific Gas and Electric Company**<br>**Po Box 7760**<br>**San Francisco, CA 94120-7760**<br>**UNITED STATES** | 457630 | Pacific Gas and Electric Company<br>Attn: Receiving Department<br>Fremont Materials<br>42105 Boyce Rd<br>Fremont, CA 94538<br>UNITED STATES | 457616 |

| **Customer:** | Pacific Gas and Electric Company        107647<br>Po Box 7760<br>San Francisco, CA 94120-7760<br>United States |
|---|---|
| **Sales Order** | 160000464 |
| **Your PO No.** | 3501172623 |

| **Contact:** | Rodriguez, Magdalena | **Sales Person:** | Treu, Brian Schott |
|---|---|---|---|
| **Telephone:** | | **Telephone:** | |
| **Fax:** | | **Email:** | |
| **E-mail:** | magda.rodriguez@itron.com | | brian.treu@itron.com |

| Ship Date | Incoterms |
|---|---|
| 16-JAN-19 | INCOTERMS 2010 DDP |

**Remarks:**

| Line | Item # / Description | Unit (UM) | Qty | Unit Price (excl Tax) (USD) | Amount (excl Tax) (USD) | Tax |
|---|---|---|---|---|---|---|
| 1 | *Customer Item No.: M241574*<br>200-005000 /<br>ACCESS POINT 5.0, CELLULAR, VERIZON, USA<br>*Sales Order Line: 1.1* | Each | 10 | 4,515.67 | 45,156.70 | 9.25% |

Case: 19-30088    Doc# 7201    Filed: 05/14/20    Entered: 05/14/20 14:34:57    Page 27 of 32



**Itron**

**Invoice**

**No. 101467**

Itron Networked Solutions, Inc
230 W Tasman Drive
San Jose 95134
United States

Org: US_060_OU

**Date: 16-JAN-19**

www.itron.com

| Tax type desc | Tax usage | Tax Date | Tax amount | Tax Rate | Taxable |
|---|---|---|---|---|---|
| Tax @ 0.50 | Tax | | 903.12 | .5 % | 180,626.80 |
| Tax @ 1.25 | Tax . | | 564.46 | 1.25 % | 45,156.70 |
| Tax @ 6.00 | Tax | | 2,709.41 | 6 % | 45,156.70 |

| | | |
|---|---|---|
| **Our Tax ID:** 431966972 | **Total (Excl. Tax)** | 45,156.70 |
| **Your Tax ID:** | | |
| **Payment Terms:** | **Tax** | 4,176.99 |
| Customer Invoices are due in 30 Days | | |
| **Due Date:** 15-FEB-19 | **Total**            (USD) | 49,333.69 |

Processed by Computer

**Terms and Conditions:**
Absent a written agreement between us to the contrary, the purchase of goods or services described herein is governed by the terms of sale at:
Receipt of this document, without written objection within 7 days, constitutes acceptance of these terms.

Payment Address:
Itron Networked Solutions, Inc
300 Convent Street  Suite 1200
San Antonio 78205
United States
www.itron.com

Bank: JP Morgan Chase Bank NA
Swift ID / BIC: CHASUS33XXX
Account Number: 950521836
Wire ABA#: 21000021
ACH ABA#: 128070750



**Invoice**

**No. 103189**     **Date: 09-MAY-19**

www.itron.com

Itron Networked Solutions, Inc
230 W Tasman Drive
San Jose 95134
United States

Org: US_060_OU

Itron Networked Solutions, Inc 230 W Tasman Drive   San Jose 95134 United States

| Bill To: | | Ship To: | |
|---|---|---|---|
| **Pacific Gas & Electric Company**<br>**PO Box 7760**<br>**San Francisco, CA 94120-7760**<br>**UNITED STATES** | 510316 | Pacific Gas & Electric Company<br>PO Box 7760<br>San Francisco, CA 94120-7760<br>UNITED STATES | 510317 |

| Customer: | Pacific Gas & Electric Company | 2155 |
|---|---|---|
| Itron Contract No. | | SU00000115 |
| Your PO No. | | 2700264811 |

| Contract Term – FROM | Contract Term – TO |
|---|---|
| 01-JAN-19 | 31-DEC-19 |

**Remarks:**
Regular Invoice

**Billing Period From: 01-JAN-19 To: 30-JUN-19**

| Item # / Description | | | | Unit (UM) | Qty | Tax | Amount (excl Tax ) (USD) |
|---|---|---|---|---|---|---|---|
| GRIDSCAPE MANAGED SERVICES MONTHLY FEE - PROD<br>Existing Racking, CD03 | | | | Each | 1 | 0% | 18,000.00 |
| | **Serial Number** | **Unit Price (USD)** | **UOM** | **Sub Qty** | **Start Date** | **End Date** | **Amount (USD)** |
| 290-001086 /<br>GRIDSCAPE MANAGED SERVICES MONTHLY FEE - PROD<br>Existing Racking, CD03 | | 0.00 | | 1 | 01-JAN-19 | 30-JUN-19 | 18,000.00 |
| GRIDSCAPE MANAGED SERVICES MONTHLY FEE - PROD<br>Existing Racking, SI03 | | | | Each | 1 | 0% | 18,000.00 |
| | **Serial Number** | **Unit Price (USD)** | **UOM** | **Sub Qty** | **Start Date** | **End Date** | **Amount (USD)** |
| 290-001086 /<br>GRIDSCAPE MANAGED SERVICES MONTHLY FEE - PROD<br>Existing Racking, SI03 | | 0.00 | | 1 | 01-JAN-19 | 30-JUN-19 | 18,000.00 |
| **Subtotal:** | | | | | | | 36,000.00 |



**Invoice**

**No. 103189**   **Date: 09-MAY-19**

Itron Networked Solutions, Inc
230 W Tasman Drive
San Jose 95134
United States

Org: US_060_OU

www.itron.com

| Tax type desc | Tax usage | Tax Date | Tax amount | Tax Rate | Taxable |
|---|---|---|---|---|---|
| Tax @ 0.00 | Tax | | 0.00 | 0 % | 36,000.00 |
| Tax @ 0.00 | Tax | | 0.00 | 0 % | 36,000.00 |
| Tax @ 0.00 | Tax | | 0.00 | 0 % | 108,000.00 |

| | |
|---|---|
| **Our Tax ID:** 431966972 | |
| **Your Tax ID:** | **Total (Excl. Tax)** 36,000.00 |
| **Payment Terms:** | **Tax** 0.00 |
| Customer Invoices are due in 30 Days | **Total** **(USD)** **36,000.00** |
| **Due Date:** 08-JUN-19 | |

Processed by Computer

**Terms and Conditions:**

Absent a written agreement between us to the contrary, the purchase of goods or services described herein is governed by the terms of sale at:
Receipt of this document, without written objection within 7 days, constitutes acceptance of these terms.

Payment Address:

Itron Networked Solutions, Inc
300 Convent Street  Suite 1200
San Antonio 78205
United States
www.itron.com

**Bank:** JP Morgan Chase Bank NA
**Swift ID / BIC:** CHASUS33XXX
**Account Number:** 950521836
**Wire ABA#:** 21000021
**ACH ABA#:** 322271627



(800)635-5461
www.Itron.com



# INVOICE

**Terms and Conditions:**
Absent a written agreement between us to the contrary, the purchase of
goods or services described herein is governed by the terms of sale at
www.itron.com/termsofsale.  Receipt of this document, without written
objection within 7 days, constitutes acceptance of these terms.

| Invoice #: | 520794 |
|---|---|
| Invoice Date: | 21-MAY-19 |
| Customer #: | 2155 |
| Project Name: | MDM-PGE-UpgrMV90xi |
| Itron Project #: | 19494 |
| Terms : | Net 30 |

| TO: | Pacific Gas & Electric Company<br>PO Box 7760<br>San Francisco, CA  94120-7760 | SHIP TO: | Pacific Gas & Electric Company<br>77 Beale Street<br>San Francisco,   CA  94105-1890 |
|---|---|---|---|

Notes : PO # 2700125874
April 2019

**TASK :** Project Management
CATEGORY :  LABOR
**Ingram, Tim R.**

| Name | Date | Type | Description | Qty | Rate | Ext. Amount |
|---|---|---|---|---|---|---|
|  | 19-MAR-19 | Labor |  | 1 | 225.00 | 225.00 |

Project Management **Sub Total :**      225.00

**TASK :** System Services
CATEGORY :  LABOR
**Goodman, Robert B**

| Name | Date | Type | Description | Qty | Rate | Ext. Amount |
|---|---|---|---|---|---|---|
|  | 13-FEB-19 | Labor | Day Info | 1 | 225.00 | 225.00 |
|  | 15-FEB-19 | Labor | Day Info | 1 | 225.00 | 225.00 |
|  | 22-APR-19 | Labor | Day Info | 1 | 225.00 | 225.00 |

**Satterfield, Cynthia A.**

| Name | Date | Type | Description | Qty | Rate | Ext. Amount |
|---|---|---|---|---|---|---|
|  | 29-JAN-19 | Labor | TEST A3 TMS meters on new Private APN | 2 | 225.00 | 450.00 |
|  | 30-JAN-19 | Labor | Continued testing | 1 | 225.00 | 225.00 |
|  | 04-FEB-19 | Labor |  | .5 | 225.00 | 112.50 |
|  | 08-FEB-19 | Labor |  | .5 | 225.00 | 112.50 |
|  | 06-MAR-19 | Labor | Training | 3 | 225.00 | 675.00 |
|  | 07-MAR-19 | Labor | Training | 3 | 225.00 | 675.00 |
|  | 19-MAR-19 | Labor |  | 8 | 225.00 | 1,800.00 |
|  | 20-MAR-19 | Labor |  | 8 | 225.00 | 1,800.00 |
|  | 21-MAR-19 | Labor |  | 10 | 225.00 | 2,250.00 |
|  | 22-MAR-19 | Labor |  | 8 | 225.00 | 1,800.00 |
|  | 17-APR-19 | Labor |  | 1 | 225.00 | 225.00 |
|  | 22-APR-19 | Labor |  | 8 | 225.00 | 1,800.00 |
|  | 23-APR-19 | Labor |  | 7 | 225.00 | 1,575.00 |
|  | 24-APR-19 | Labor |  | 8 | 225.00 | 1,800.00 |

System Services **Sub Total :**      15,975.00



(800)635-5461
www.itron.com

**Terms and Conditions:**
Absent a written agreement between us to the contrary, the purchase of
goods or services described herein is governed by the terms of sale at
www.itron.com/termsofsale.  Receipt of this document, without written
objection within 7 days, constitutes acceptance of these terms.

| Invoice #: | 520794 |
|---|---|
| Invoice Date: | 21-MAY-19 |
| Customer #: | 2155 |
| Project Name: | MDM-PGE-UpgrMV90xi |
| Itron Project #: | 19494 |
| Terms : | Net 30 |

| TO: | Pacific Gas & Electric Company<br>PO Box 7760<br>San Francisco,  CA  94120-7760 | SHIP TO: | Pacific Gas & Electric Company<br>77 Beale Street<br>San Francisco,   CA  94105-1890 |
|---|---|---|---|

Notes : PO # 2700125874
April 2019

**Banking Information: Please Include Your Invoice Number On Check.**

**Wire payment to:**
Itron, Inc.
Wells Fargo Bank
420 Montgomery Street
San Francisco, CA 94105
ABA # 121000248
ACCOUNT # 4375688983

**Remit-to :**
Itron,Inc.
P.O. Box 200209
Dallas, TX 75320-0209

| SubTotal Amount | 16,200.00 |
|---|---|
| Tax Amount | 0.00 |
| Total Amount | 16,200.00 |
| Currency | USD |