**EXHIBIT A**

## COMPENSATION BY PROFESSIONAL FOR THE
## PERIOD FROM MARCH 1, 2020 THROUGH MARCH 31, 2020

| Name of Professional Person | Department, Date of First Admission *or* Years in Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| **Partners and Of Counsel** | | | | |
| Hill, Joshua | Dep't: Litigation<br>Admission: 2002 | $905.25 | 76.10 | $68,889.64 |
| Wong, Christine Y. | Dep't: Litigation<br>Admission: 2001 | $828.75 | 3.90 | $3,232.15 |
| **Associates and Attorneys** | | | | |
| Kissner, Andrew | Dep't: Business Restructuring & Insolvency<br>Admission: 2017 | $595.00 | 1.70 | $1,011.50 |
| Neitzey, Christina Nicole | Dep't: Litigation<br>Admission: 2018 | $505.75 | 86.20 | $43,595.76 |
| Nicholson, Julie A. | Dep't: Litigation<br>Admission: 2012 | $709.75 | 8.60 | $6,103.88 |
| **Paralegals and Non-Legal Staff** | | | | |
| Guido, Laura | Dep't: Business Restructuring & Insolvency<br>Title: Senior Paralegal<br>Years in Position: 12 | $318.75 | 2.20 | $701.26 |
| Im, Amanda | Dep't: Litigation<br>Title: Senior Paralegal<br>Years in Position: 2 ½ | $310.25 | 0.20 | $62.05 |
| Middleman, Caitlin K. | Dep't: Litigation<br>Title: Senior Paralegal<br>Years in Position: 8.5 | $314.50 | 44.30 | $13,932.35 |
| **Total Incurred:** | | | 223.2 | $137,528.59 |
| **Less Client Accommodation for Time Entry Review (100% of Fees Incurred):** | | | n/a | $(119.00) |
| **Total Requested:** | | | 223.2 | $137,409.59 |

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

**Total Partners, Of Counsel, Associates and Paraprofessionals**

| PROFESSIONALS | BLENDED RATES | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $901.52 | 80 | $72,121.79 |
| Associates and Attorneys | $525.50 | 96.5 | $50,711.14 |
| **Total Incurred by All Attorneys:** | **$695.93** | **176.5** | **$122,832.93** |
| Less Client Accommodation for Time Entry Review (100% of Fees Incurred): | n/a | n/a | $(119.00) |
| **Blended Attorney Rate:** | **$695.26** | **176.5** | **$122,713.93** |
| Paraprofessionals and Non-Legal Staff | $314.68 | 46.7 | $14,695.66 |
| **Total Requested:** | **$615.63** | **223.2** | **$137,409.59** |

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105