# EXHIBIT B

**COMPENSATION BY WORK TASK CODE FOR
SERVICES RENDERED MORRISON & FOERSTER LLP
FOR THE PERIOD FROM MARCH 1, 2020 THROUGH MARCH 31, 2020**

| Project Category | Description | Hours | Amount |
|---|---|---|---|
| C200 | C200 RESEARCHING LAW | 14.00 | $7,080.50 |
| C312 | C312 CLIENT COUNSEL - STAT/REG/JUDICIAL | 10.40 | $8,021.49 |
| P100 | P100 PROJECT ADMINISTRATION | 5.10 | $1,603.95 |
| P280 | P280 OTHER | 0.30 | $178.50 |
| P300 | P300 STRUCTURE/STRATEGY/ANALYSIS | 189.80 | $119,109.89 |
| P400 | P400 INITIAL DOCUMENT PREPARATION/FILING | 3.40 | $1,415.26 |
| Z032 | Time Entry Review | 0.20 | $119.00 |
| **Total Incurred:** | | 223.2 | $137,528.59 |
| **Less Client Accommodation for Time Entry Review (100% of Fees Incurred):** | | n/a | $(119.00) |
| **Total Requested:** | | 223.2 | $137,409.59 |

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

ny-1914471