# EXHIBIT C

## EXPENSE SUMMARY FOR THE PERIOD
## FROM MARCH 1, 2020 THROUGH MARCH 31, 2020

None.