# EXHIBIT D

## DETAILED TIME ENTRIES FOR THE PERIOD FROM MARCH 1, 2020 THROUGH MARCH 31, 2020

# MORRISON | FOERSTER

PO BOX 742335
LOS ANGELES
CALIFORNIA 90074-2335

TELEPHONE: 415 268 7000
FACSIMILE: 415 268 7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, WASHINGTON, D.C.,
SAN DIEGO, PALO ALTO, BOSTON,
DENVER, NORTHERN VIRGINIA

TOKYO, BEIJING, SHANGHAI,
HONG KONG, SINGAPORE

LONDON, BRUSSELS, BERLIN

Pacific Gas And Electric Company

**Taxpayer ID #**
Invoice Number: 5909251
Invoice Date: April 30, 2020

Client/Matter Number: 050386-0000020

Matter Name: CPUC INVESTIGATION/OII

Client Ref: 1707076

RE: CPUC INVESTIGATION/OII

For Professional Services Rendered through March 31, 2020

|  | U.S.Dollars |
|---|---|
| Original Fees | 178,309.50 |
| Fee Discount Value | (40,780.91) |
| Client Accommodation - Time Entry Review | (119.00) |
| **Total This Invoice** | **137,409.59** |

**Payment may be made by Electronic Funds transfer to the firm's account**

# MORRISON | FOERSTER

Matter Number: 050386-0000020  Invoice Number: 5909251
Matter Name: CPUC INVESTIGATION/OII  Invoice Date: April 30, 2020

## Time Detail

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| **C200 RESEARCHING LAW** | | | | |
| 01-Mar-20 | Conduct legal research regarding POD appeal process. | Neitzey, Christina Nic | 5.80 | 2,933.35 |
| 02-Mar-20 | Conduct legal research regarding appeal of POD. | Neitzey, Christina Nic | 2.60 | 1,314.95 |
| 08-Mar-20 | Conduct legal research for appeal of POD. | Neitzey, Christina Nic | 5.60 | 2,832.20 |
| **Total: C200** | **C200 RESEARCHING LAW** | | **14.00** | **7,080.50** |
| **C312 CLIENT COUNSEL -STAT/REG/JUDICIAL** | | | | |
| 02-Mar-20 | Correspond with client regarding procedural strategy. | Hill, Joshua | 0.50 | 452.63 |
| 02-Mar-20 | Correspond with client regarding appeal of proposed order and decision. | Wong, Christine Y. | 0.40 | 331.50 |
| 03-Mar-20 | Call with client regarding tax implications of POD. | Hill, Joshua | 0.50 | 452.63 |
| 03-Mar-20 | Call with client regarding tax implications of POD. | Neitzey, Christina Nic | 0.50 | 252.88 |
| 03-Mar-20 | Call with client regarding tax implications of POD. | Wong, Christine Y. | 0.50 | 414.38 |
| 04-Mar-20 | Call with client regarding response to POD. | Hill, Joshua | 0.40 | 362.10 |
| 06-Mar-20 | Call with client regarding modifications to settlement. | Hill, Joshua | 0.80 | 724.20 |
| 06-Mar-20 | Call with client regarding financial aspects of POD. | Neitzey, Christina Nic | 0.80 | 404.60 |
| 09-Mar-20 | Call with R. Kenney regarding strategy for response to POD. | Hill, Joshua | 0.60 | 543.15 |
| 09-Mar-20 | Call with E. Seals (PG&E) and C. Neitzey regarding POD response. | Hill, Joshua | 0.40 | 362.10 |
| 09-Mar-20 | Call with E. Seals (PG&E) and J. Hill regarding POD response. | Neitzey, Christina Nic | 0.40 | 202.30 |
| 13-Mar-20 | Call with client regarding potential developments. | Hill, Joshua | 0.30 | 271.58 |
| 17-Mar-20 | Call with Paul Weiss and client regarding tax modification to POD. | Hill, Joshua | 0.30 | 271.58 |
| 17-Mar-20 | Call with Paul Weiss and client regarding tax modification to POD. | Neitzey, Christina Nic | 0.30 | 151.73 |
| 20-Mar-20 | Revise update for client regarding status of appeal. | Hill, Joshua | 0.40 | 362.10 |
| 25-Mar-20 | Correspond with client regarding Cal Advocates' response to Del Monte motion. | Hill, Joshua | 0.10 | 90.53 |
| 26-Mar-20 | Correspond with client regarding TCC's comments on appeal. | Hill, Joshua | 0.20 | 181.05 |
| 30-Mar-20 | Call with client regarding strategy for response to POD request for review and Del Monte's appeal. | Hill, Joshua | 0.60 | 543.15 |

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 30-Mar-20 | Call with client regarding strategy for response to POD request for review and Del Monte's appeal. | Neitzey, Christina Nic | 0.60 | 303.45 |
| 30-Mar-20 | Call with client regarding strategy for response to POD request for review and Del Monte's appeal. | Wong, Christine Y. | 0.60 | 497.25 |
| 31-Mar-20 | Call with client regarding request for review response. | Hill, Joshua | 0.60 | 543.15 |
| 31-Mar-20 | Call with client regarding request for review response. | Neitzey, Christina Nic | 0.60 | 303.45 |
| **Total: C312** | **C312 CLIENT COUNSEL -STAT/REG/JUDICIAL** | | **10.40** | **8,021.49** |

**P100 PROJECT ADMINISTRATION**

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 05-Mar-20 | Revise CPUC submissions file. | Middleman, Caitlin K. | 0.80 | 251.60 |
| 10-Mar-20 | Revise CPUC submissions file. | Middleman, Caitlin K. | 0.40 | 125.80 |
| 19-Mar-20 | Revise CPUC submissions file. | Middleman, Caitlin K. | 0.40 | 125.80 |
| 20-Mar-20 | Revise CPUC submissions file. | Middleman, Caitlin K. | 0.60 | 188.70 |
| 23-Mar-20 | Revise CPUC submissions file. | Middleman, Caitlin K. | 0.40 | 125.80 |
| 24-Mar-20 | Revise CPUC submissions file. | Middleman, Caitlin K. | 0.20 | 62.90 |
| 25-Mar-20 | Revise CPUC submissions file. | Middleman, Caitlin K. | 0.60 | 188.70 |
| 26-Mar-20 | Revise CPUC submissions file. | Middleman, Caitlin K. | 0.30 | 94.35 |
| 27-Mar-20 | Revise CPUC submissions file. | Middleman, Caitlin K. | 0.20 | 62.90 |
| 30-Mar-20 | Revise CPUC submissions file. | Middleman, Caitlin K. | 1.20 | 377.40 |
| **Total: P100** | **P100 PROJECT ADMINISTRATION** | | **5.10** | **1,603.95** |

**P280 OTHER**

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 10-Mar-20 | Analyze plan of reorganization and correspond with J. Hill regarding same. | Kissner, Andrew | 0.30 | 178.50 |
| **Total: P280** | **P280 OTHER** | | **0.30** | **178.50** |

**P300 STRUCTURE/STRATEGY/ANALYSIS**

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 01-Mar-20 | Analyze procedural and timing options regarding POD appeal. | Hill, Joshua | 1.30 | 1,176.83 |
| 02-Mar-20 | Call with C. Neitzey regarding appeal of POD. | Hill, Joshua | 0.10 | 90.53 |
| 02-Mar-20 | Draft appeal to POD. | Hill, Joshua | 1.60 | 1,448.40 |
| 02-Mar-20 | Draft appeal of POD. | Neitzey, Christina Nic | 1.80 | 910.35 |
| 02-Mar-20 | Call with J. Hill regarding appeal of POD. | Neitzey, Christina Nic | 0.10 | 50.58 |
| 02-Mar-20 | Analyze transcript from OII hearing. | Wong, Christine Y. | 0.40 | 331.50 |
| 03-Mar-20 | Analyze arguments for response to POD. | Hill, Joshua | 3.20 | 2,896.80 |
| 03-Mar-20 | Correspond with internal working group regarding rate-setting issues. | Hill, Joshua | 0.30 | 271.58 |

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 03-Mar-20 | Call with J. Nicholson and C. Neitzey regarding response to POD. | Hill, Joshua | 0.40 | 362.10 |
| 03-Mar-20 | Correspond with internal working group regarding rate-setting issues. | Neitzey, Christina Nic | 0.50 | 252.88 |
| 03-Mar-20 | Call with J. Hill and J. Nicholson regarding response to POD. | Neitzey, Christina Nic | 0.40 | 202.30 |
| 03-Mar-20 | Call with J. Nicholson regarding appeal of POD. | Neitzey, Christina Nic | 0.30 | 151.73 |
| 03-Mar-20 | Draft appeal of POD. | Neitzey, Christina Nic | 4.40 | 2,225.31 |
| 03-Mar-20 | Call with J. Hill and C. Neitzey regarding response to POD. | Nicholson, Julie A. | 0.40 | 283.90 |
| 03-Mar-20 | Call with C. Neitzey regarding appeal of POD. | Nicholson, Julie A. | 0.30 | 212.93 |
| 03-Mar-20 | Correspond with internal working group regarding rate-setting issues. | Wong, Christine Y. | 0.30 | 248.63 |
| 04-Mar-20 | Analyze potential responses to POD. | Hill, Joshua | 1.50 | 1,357.88 |
| 04-Mar-20 | Draft appeal of POD. | Neitzey, Christina Nic | 2.70 | 1,365.53 |
| 05-Mar-20 | Analyze potential responses to POD. | Hill, Joshua | 1.40 | 1,267.35 |
| 05-Mar-20 | Analyze OII testimony for potential relevance to POD response. | Hill, Joshua | 1.20 | 1,086.30 |
| 05-Mar-20 | Draft appeal of POD. | Neitzey, Christina Nic | 4.70 | 2,377.03 |
| 06-Mar-20 | Analyze and draft potential responses to POD. | Hill, Joshua | 2.50 | 2,263.13 |
| 06-Mar-20 | Draft appeal of POD. | Neitzey, Christina Nic | 8.10 | 4,096.58 |
| 06-Mar-20 | Correspond with J. Hill and C. Wong regarding client update. | Nicholson, Julie A. | 0.10 | 70.98 |
| 07-Mar-20 | Draft response to POD. | Hill, Joshua | 4.80 | 4,345.20 |
| 08-Mar-20 | Draft response to POD. | Hill, Joshua | 7.40 | 6,698.85 |
| 09-Mar-20 | Draft response to POD. | Hill, Joshua | 8.60 | 7,785.15 |
| 09-Mar-20 | Prepare documents cited in appeal of POD. | Middleman, Caitlin K. | 4.80 | 1,509.60 |
| 09-Mar-20 | Draft appeal of POD. | Neitzey, Christina Nic | 4.90 | 2,478.18 |
| 10-Mar-20 | Draft response to POD. | Hill, Joshua | 6.80 | 6,155.70 |
| 10-Mar-20 | Analyze Del Monte motion. | Hill, Joshua | 0.10 | 90.53 |
| 10-Mar-20 | Call with J. Simon regarding POD response strategy. | Hill, Joshua | 0.90 | 814.73 |
| 10-Mar-20 | Analyze appeal of POD. | Middleman, Caitlin K. | 4.40 | 1,383.80 |
| 10-Mar-20 | Draft appeal of POD. | Neitzey, Christina Nic | 2.20 | 1,112.65 |
| 10-Mar-20 | Analyze and revise draft appeal of POD. | Wong, Christine Y. | 0.50 | 414.38 |
| 11-Mar-20 | Draft response to POD. | Hill, Joshua | 6.90 | 6,246.23 |
| 11-Mar-20 | Correspond with H. Weissmann and R. Kenney regarding response to POD. | Hill, Joshua | 0.90 | 814.73 |
| 11-Mar-20 | Cite-check appeal of POD. | Middleman, Caitlin K. | 2.90 | 912.05 |

# MORRISON | FOERSTER

Matter Number: 050386-0000020  Invoice Number: 5909251
Matter Name: CPUC INVESTIGATION/OII  Invoice Date: April 30, 2020

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 11-Mar-20 | Draft appeal of POD and summary of next steps. | Neitzey, Christina Nic | 9.30 | 4,703.48 |
| 11-Mar-20 | Correspond with internal working group regarding appeal of POD. | Neitzey, Christina Nic | 0.70 | 354.03 |
| 12-Mar-20 | Draft response to POD. | Hill, Joshua | 5.40 | 4,888.35 |
| 12-Mar-20 | Correspond with C. Neitzey regarding response to POD. | Hill, Joshua | 0.50 | 452.63 |
| 12-Mar-20 | Draft POD appeal. | Neitzey, Christina Nic | 1.10 | 556.33 |
| 12-Mar-20 | Correspond with J. Hill regarding POD appeal. | Neitzey, Christina Nic | 0.40 | 202.30 |
| 13-Mar-20 | Fact-check appeal of POD. | Middleman, Caitlin K. | 4.60 | 1,446.70 |
| 13-Mar-20 | Draft POD appeal. | Neitzey, Christina Nic | 0.50 | 252.88 |
| 13-Mar-20 | Correspond with J. Hill and C. Wong regarding client update. | Nicholson, Julie A. | 0.40 | 283.90 |
| 13-Mar-20 | Analyze and comment on board weekly update. | Wong, Christine Y. | 0.20 | 165.75 |
| 14-Mar-20 | Draft response to POD and analyze comments regarding same. | Hill, Joshua | 2.10 | 1,901.03 |
| 14-Mar-20 | Draft POD appeal. | Neitzey, Christina Nic | 0.60 | 303.45 |
| 15-Mar-20 | Analyze revised POD appeal. | Hill, Joshua | 0.30 | 271.58 |
| 15-Mar-20 | Cite-check revised appeal of POD. | Middleman, Caitlin K. | 7.30 | 2,295.85 |
| 15-Mar-20 | Draft appeal of POD. | Neitzey, Christina Nic | 2.70 | 1,365.53 |
| 16-Mar-20 | Analyze and revise appeal in response to POD. | Hill, Joshua | 2.60 | 2,353.65 |
| 16-Mar-20 | Fact-check revised POD appeal. | Middleman, Caitlin K. | 8.40 | 2,641.80 |
| 16-Mar-20 | Revise POD appeal. | Middleman, Caitlin K. | 2.10 | 660.45 |
| 16-Mar-20 | Draft appeal of POD. | Neitzey, Christina Nic | 2.70 | 1,365.53 |
| 17-Mar-20 | Analyze and revise response to POD. | Hill, Joshua | 1.10 | 995.78 |
| 17-Mar-20 | Analyze and provide comments on talking points for investor relations. | Hill, Joshua | 0.20 | 181.05 |
| 17-Mar-20 | Draft appeal of POD. | Neitzey, Christina Nic | 11.50 | 5,816.13 |
| 18-Mar-20 | Finalize response to POD. | Hill, Joshua | 1.80 | 1,629.45 |
| 18-Mar-20 | Analyze exhibits for filing. | Im, Amanda | 0.20 | 62.05 |
| 18-Mar-20 | Draft appeal of POD and motion requesting other relief in response to POD. | Neitzey, Christina Nic | 3.40 | 1,719.55 |
| 19-Mar-20 | Analyze SED and CUE responses to appeal of POD. | Neitzey, Christina Nic | 0.50 | 252.88 |
| 19-Mar-20 | Draft opposition to Del Monte motion to reopen proceedings. | Nicholson, Julie A. | 3.80 | 2,697.05 |
| 19-Mar-20 | Correspond with J. Hill and C. Wong regarding client update. | Nicholson, Julie A. | 0.80 | 567.80 |
| 20-Mar-20 | Analyze and revise draft opposition to Del Monte motion to reopen proceedings. | Hill, Joshua | 1.40 | 1,267.35 |
| 20-Mar-20 | Analyze draft response to Del Monte motion. | Neitzey, Christina Nic | 0.10 | 50.58 |

5

# MORRISON | FOERSTER

Matter Number: 050386-0000020  
Matter Name: CPUC INVESTIGATION/OII

Invoice Number: 5909251  
Invoice Date: April 30, 2020

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 20-Mar-20 | Revise opposition to Del Monte motion to reopen proceedings. | Nicholson, Julie A. | 1.40 | 993.65 |
| 23-Mar-20 | Analyze and circulate final copy of response to Del Monte motion. | Hill, Joshua | 0.30 | 271.58 |
| 23-Mar-20 | Cite-check opposition to Del Monte motion to reopen proceedings. | Middleman, Caitlin K. | 1.40 | 440.30 |
| 23-Mar-20 | Correspond with internal working group regarding appeal responses. | Neitzey, Christina Nic | 0.20 | 101.15 |
| 23-Mar-20 | Revise opposition to Del Monte motion to reopen proceedings. | Nicholson, Julie A. | 0.50 | 354.88 |
| 23-Mar-20 | Analyze press reports regarding case developments. | Wong, Christine Y. | 0.10 | 82.88 |
| 24-Mar-20 | Analyze opposition to Del Monte motion to reopen proceedings. | Neitzey, Christina Nic | 0.10 | 50.58 |
| 25-Mar-20 | Analyze Cal Advocates' response to Del Monte motion. | Hill, Joshua | 0.40 | 362.10 |
| 25-Mar-20 | Analyze TCC's comments on appeal and motion for party status. | Hill, Joshua | 0.40 | 362.10 |
| 25-Mar-20 | Analyze and draft summaries of TCC's comments on POD appeal and motion for party status. | Neitzey, Christina Nic | 1.10 | 556.33 |
| 25-Mar-20 | Correspond with J. Hill and C. Wong regarding client update. | Nicholson, Julie A. | 0.50 | 354.88 |
| 26-Mar-20 | Analyze status summary. | Hill, Joshua | 0.10 | 90.53 |
| 26-Mar-20 | Correspond with internal working group regarding TCC's comments and motion for party status. | Neitzey, Christina Nic | 0.20 | 101.15 |
| 26-Mar-20 | Correspond with J. Hill and C. Wong regarding client update. | Nicholson, Julie A. | 0.30 | 212.93 |
| 27-Mar-20 | Analyze TCC's request for review and summarize same. | Hill, Joshua | 0.60 | 543.15 |
| 27-Mar-20 | Correspond with internal working group regarding Del Monte appeal of POD. | Hill, Joshua | 0.20 | 181.05 |
| 27-Mar-20 | Analyze filings and rulings and draft summary of Del Monte appeal. | Neitzey, Christina Nic | 2.40 | 1,213.80 |
| 29-Mar-20 | Correspond with internal working group regarding strategy in response to TCC's request for review. | Hill, Joshua | 0.40 | 362.10 |
| 30-Mar-20 | Draft response to TCC's request for review. | Hill, Joshua | 1.50 | 1,357.88 |
| 30-Mar-20 | Correspond with internal working group regarding process following request for review. | Hill, Joshua | 0.40 | 362.10 |
| 30-Mar-20 | Analyze Del Monte appeal papers. | Hill, Joshua | 0.50 | 452.63 |
| 30-Mar-20 | Correspond with internal working group regarding responses to POD request for review and Del Monte appeal. | Neitzey, Christina Nic | 1.20 | 606.90 |
| 30-Mar-20 | Analyze Del Monte appeal. | Nicholson, Julie A. | 0.10 | 70.98 |

Matter Number: 050386-0000020  
Matter Name: CPUC INVESTIGATION/OII  

Invoice Number: 5909251  
Invoice Date: April 30, 2020

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 30-Mar-20 | Analyze POD decision and Del Monte appeal. | Wong, Christine Y. | 0.90 | 745.88 |
| 31-Mar-20 | Analyze tax modification. | Hill, Joshua | 0.30 | 271.58 |
| 31-Mar-20 | Prepare documents cited in Del Monte appeal for attorney review. | Middleman, Caitlin K. | 3.30 | 1,037.85 |
| 31-Mar-20 | Correspond with internal working group regarding Del Monte appeal. | Neitzey, Christina Nic | 0.20 | 101.15 |
| **Total: P300** | **P300 STRUCTURE/STRATEGY/ANALYSIS** | | **189.80** | **119,109.89** |
| **P400 INITIAL DOCUMENT PREPARATION/FILING** | | | | |
| 02-Mar-20 | Correspond with L. Guido regarding certificate of no objection. | Kissner, Andrew | 0.10 | 59.50 |
| 05-Mar-20 | Prepare certificate of no objection for MoFo's September fee statement. | Guido, Laura | 0.20 | 63.75 |
| 06-Mar-20 | Correspond with internal working group regarding fee applications and coordinate filings relating to same. | Kissner, Andrew | 0.30 | 178.50 |
| 13-Mar-20 | Prepare certificates of no objection for October and November 2019 fee statements. | Guido, Laura | 0.50 | 159.38 |
| 13-Mar-20 | Analyze and coordinate filing of certificates of no objection for fee applications. | Kissner, Andrew | 0.30 | 178.50 |
| 24-Mar-20 | Prepare MoFo's December fee statement and finalize same. | Guido, Laura | 1.30 | 414.38 |
| 24-Mar-20 | Prepare supporting exhibits for MoFo's 6th monthly fee statement. | Guido, Laura | 0.20 | 63.75 |
| 24-Mar-20 | Analyze and revise December fee application. | Kissner, Andrew | 0.30 | 178.50 |
| 24-Mar-20 | Analyze fee backup and correspond with fee examiner regarding same. | Kissner, Andrew | 0.20 | 119.00 |
| **Total: P400** | **P400 INITIAL DOCUMENT PREPARATION/FILING** | | **3.40** | **1,415.26** |
| **Time Entry Review** | | | | |
| 23-Mar-20 | Analyze invoice for compliance with U.S. Trustee's guidelines. | Kissner, Andrew | 0.20 | 119.00 |
| **Total: Z032** | **Time Entry Review** | | **0.20** | **119.00** |
| | | **Current Fees** | | **137,409.59** |

7

# MORRISON | FOERSTER

Matter Number: 050386-0000020  Invoice Number: 5909251
Matter Name: CPUC INVESTIGATION/OII  Invoice Date: April 30, 2020

## Timekeeper Summary

| No. | Timekeeper | Rate | Hours | Value |
|---|---|---|---|---|
| 21211 | Hill, Joshua | 905.25 | 76.10 | 68,889.64 |
| 23383 | Wong, Christine Y. | 828.75 | 3.90 | 3,232.15 |
| 19671 | Kissner, Andrew | 595.00 | 1.70 | 1,011.50 |
| 23787 | Neitzey, Christina Nic | 505.75 | 86.20 | 43,595.76 |
| 16384 | Nicholson, Julie A. | 709.75 | 8.60 | 6,103.88 |
| 13849 | Guido, Laura | 318.75 | 2.20 | 701.26 |
| 22273 | Im, Amanda | 310.25 | 0.20 | 62.05 |
| 16127 | Middleman, Caitlin K. | 314.50 | 44.30 | 13,932.35 |
| | Client Accommodation - Time Entry Review | | | (119.00) |
| | **TOTAL** | | **223.20** | **137,409.59** |

# MORRISON | FOERSTER

Matter Number: 050386-0000020  
Matter Name: CPUC INVESTIGATION/OII

Invoice Number: 5909251  
Invoice Date: April 30, 2020

## Task Code Summary

| Task Code | Description | Hours | Value |
|---|---|---|---|
| C200 | C200 RESEARCHING LAW | 14.00 | 7,080.50 |
| C312 | C312 CLIENT COUNSEL -STAT/REG/JUDICIAL | 10.40 | 8,021.49 |
| P100 | P100 PROJECT ADMINISTRATION | 5.10 | 1,603.95 |
| P280 | P280 OTHER | 0.30 | 178.50 |
| P300 | P300 STRUCTURE/STRATEGY/ANALYSIS | 189.80 | 119,109.89 |
| P400 | P400 INITIAL DOCUMENT PREPARATION/FILING | 3.40 | 1,415.26 |
| Z032 | Time Entry Review | 0.20 | 119.00 |
|  | Client Accommodation - Time Entry Review |  | (119.00) |
|  | **TOTAL** | **223.20** | **137,409.59** |

MORRISON | FOERSTER

Matter Number: 050386-0000020  Invoice Number: 5909251
Matter Name: CPUC INVESTIGATION/OII  Invoice Date: April 30, 2020

## Invoice Summary

|  | U.S.Dollars |
|---|---:|
| Total Fees | 137,409.59 |
| **Total Amount Due** | **137,409.59** |

10

Case: 19-30088    Doc# 7202-4    Filed: 05/14/20    Entered: 05/14/20 15:55:01    Page 11 of 12

# MORRISON | FOERSTER

Matter Number: 050386-0000020  
Matter Name: CPUC INVESTIGATION/OII

Invoice Number: 5909251  
Invoice Date: April 30, 2020

For your convenience, we have listed below previous invoices on this matter which our records show as outstanding and the total balance due on this account. If you have already submitted payment, we appreciate your promptness. If your records are not in agreement, or if we can provide additional assistance, please call our Billing Department at (415) 268-6446 or (866) 314-5320

| Date | Invoice Number | Currency | Original Invoice Amount | Payments Applied | Amount Outstanding |
|---|---|---|---|---|---|
| 31-Dec-18 | 5788544 | USD | 11,540.98 | 0.00 | 11,540.98 |
| 14-Jan-19 | 5789728 | USD | 53,273.86 | 0.00 | 53,273.86 |
| 30-Sep-19 | 5855259 | USD | 133,934.94 | 0.00 | 133,934.94 |
| 30-Sep-19 | 5887635 | USD | 1,491.75 | 0.00 | 1,491.75 |
| 07-Nov-19 | 5864250 | USD | 187,092.39 | 118,522.33 | 68,570.06 |
| 12-Nov-19 | 5872848 | USD | 25,272.11 | 20,276.95 | 4,995.16 |
| 13-Nov-19 | 5872849 | USD | 293,040.35 | 232,959.61 | 60,080.74 |
| 14-Nov-19 | 5872850 | USD | 210,206.59 | 164,109.84 | 46,096.75 |
| 15-Nov-19 | 5872851 | USD | 184,478.01 | 144,043.98 | 40,434.03 |
| 18-Nov-19 | 5872852 | USD | 139,409.29 | 105,605.74 | 33,803.55 |
| 19-Nov-19 | 5872853 | USD | 117,730.16 | 92,767.33 | 24,962.83 |
| 20-Nov-19 | 5872854 | USD | 420,218.70 | 332,330.25 | 87,888.45 |
| 30-Jan-20 | 5885685 | USD | 201,520.29 | 0.00 | 201,520.29 |
| 07-Feb-20 | 5887765 | USD | 332,996.02 | 0.00 | 332,996.02 |
| 07-Feb-20 | 5887767 | USD | 641,794.21 | 0.00 | 641,794.21 |
| 24-Mar-20 | 5898691 | USD | 2,696.60 | 0.00 | 2,696.60 |
| 24-Mar-20 | 5898699 | USD | 220,352.74 | 0.00 | 220,352.74 |
| 15-Apr-20 | 5903880 | USD | 199,276.15 | 0.00 | 199,276.15 |
| 15-Apr-20 | 5904169 | USD | 131.20 | 0.00 | 131.20 |
| 24-Apr-20 | 5906885 | USD | 62,808.84 | 0.00 | 62,808.84 |
| 24-Apr-20 | 5906886 | USD | 131.20 | 0.00 | 131.20 |