# EXHIBIT E

**DETAILED EXPENSES FOR THE PERIOD FROM MARCH 1, 2020 THROUGH MARCH 31, 2020**

None.