## EXHIBIT A

<table>
<tr><th colspan="5">TIME SUMMARY BY CATEGORY</th></tr>
<tr><th>Matter</th><th>Name</th><th>Billing Rate</th><th>Hours</th><th>Amount</th></tr>
<tr><td colspan="5"><strong>CRIMINAL INVESTIGATION (10006)</strong></td></tr>
<tr><td></td><td>Reid J. Schar</td><td>$1,155</td><td>13.5</td><td>$15,592.50</td></tr>
<tr><td></td><td>Coral A. Negron</td><td>$840</td><td>5.2</td><td>$4,368.00</td></tr>
<tr><td></td><td>Emily M. Loeb</td><td>$830</td><td>0.2</td><td>$166.00</td></tr>
<tr><td colspan="2" align="center"><strong>TOTAL</strong></td><td></td><td><strong>18.9</strong></td><td><strong>$20,126.50</strong></td></tr>
<tr><td colspan="5"><strong>DOI INVESTIGATION (10014)</strong></td></tr>
<tr><td></td><td>Thomas J. Perrelli</td><td>$1,315</td><td>0.2</td><td>$263.00</td></tr>
<tr><td></td><td>Matthew L. Haws</td><td>$895</td><td>1.0</td><td>$895.00</td></tr>
<tr><td></td><td>Emily M. Loeb</td><td>$830</td><td>2.1</td><td>$1,743.00</td></tr>
<tr><td colspan="2" align="center"><strong>TOTAL</strong></td><td></td><td><strong>3.3</strong></td><td><strong>$2,901.00</strong></td></tr>
<tr><td colspan="5"><strong>FEDERAL CONTRACTS ADVICE & COUNSEL (10065)</strong></td></tr>
<tr><td></td><td>Matthew L. Haws</td><td>$895</td><td>1.2</td><td>$1,074.00</td></tr>
<tr><td colspan="2" align="center"><strong>TOTAL</strong></td><td></td><td><strong>1.2</strong></td><td><strong>$1,074.00</strong></td></tr>
<tr><td colspan="5"><strong>LOCATE & MARK (10111)</strong></td></tr>
<tr><td></td><td>Brian P. Hauck</td><td>$920</td><td>9.5</td><td>$8,740.00</td></tr>
<tr><td></td><td>Samuel C. Birnbaum</td><td>$731</td><td>11.5</td><td>$8,406.50</td></tr>
<tr><td colspan="2" align="center"><strong>TOTAL</strong></td><td></td><td><strong>21.0</strong></td><td><strong>$17,146.50</strong></td></tr>
<tr><td colspan="5"><strong>BANKRUPTCY EMPLOYMENT (10252)</strong></td></tr>
<tr><td></td><td>Brian P. Hauck</td><td>$920</td><td>4.9</td><td>$4,508.00</td></tr>
<tr><td></td><td>Angela M. Allen</td><td>$825</td><td>14.9</td><td>$12,292.50</td></tr>
<tr><td></td><td>William A. Williams</td><td>$595</td><td>21.5</td><td>$12,792.50</td></tr>
<tr><td colspan="2" align="center"><strong>TOTAL</strong></td><td></td><td><strong>41.3</strong></td><td><strong>$29,593.00</strong></td></tr>
<tr><td colspan="5"><strong>BANKRUPTCY ADMINISTRATION (10261)</strong></td></tr>
<tr><td></td><td>Angela M. Allen</td><td>$825</td><td>0.5</td><td>$412.50</td></tr>
<tr><td></td><td>William A. Williams</td><td>$595</td><td>0.7</td><td>$416.50</td></tr>
<tr><td colspan="2" align="center"><strong>TOTAL</strong></td><td></td><td><strong>1.2</strong></td><td><strong>$829.00</strong></td></tr>
<tr><td colspan="5"><strong>FERC INTERLOCK ADVICE (10309)</strong></td></tr>
<tr><td></td><td>Suedeen G. Kelly</td><td>$1,025</td><td>7.6</td><td>$7,790.00</td></tr>
<tr><td></td><td>Jason T. Perkins</td><td>$595</td><td>5.3</td><td>$3,153.50</td></tr>
<tr><td colspan="2" align="center"><strong>TOTAL</strong></td><td></td><td><strong>12.9</strong></td><td><strong>$10,943.50</strong></td></tr>
</table>

| PSPS PROCEEDINGS (10341) | | | | |
|---|---|---|---|---|
| | Brian P. Hauck | $920 | 81.8 | $75,256.00 |
| | Andrew F. Merrick | $840 | 45.2 | $37,968.00 |
| | Michael Guerra | $840 | 6.8 | $5,712.00 |
| | Wesley M. Griffith | $791 | 104.9 | $82,975.90 |
| | Monika N. Kothari | $660 | 80.2 | $52,932.00 |
| | Amir A. Shakoorian Tabrizi | $540 | 104.5 | $56,430.00 |
| | Theresa L. Busch | $323 | 45.5 | $14,696.50 |
| **TOTAL** | | | **468.9** | **$325,970.40** |
| SECTION 203 FILING RE BANKRUPTCY PLAN (10562) | | | | |
| | Suedeen G. Kelly | $1,025 | 16.4 | $16,810.00 |
| | E. Glenn Rippie | $895 | 11.5 | $10,292.50 |
| | Michael Guerra | $840 | 9.8 | $8,232.00 |
| | Hanna M. Conger | $731 | 13.5 | $9,868.50 |
| | Jason T. Perkins | $595 | 11.2 | $6,664.00 |
| **TOTAL** | | | **62.4** | **$51,867.00** |
| **HOURLY RATE MATTER TOTAL** | | | **631.1** | **$    460,450.90** |

| FLAT RATE MATTERS | |
|---|---|
| FERC Monitoring (10333) | $1,800.00 |
| U.S. Dept. of Health & Human Services Monitoring (10368) | $2,700.00 |
| Federal Communications Commission Monitoring (10422) | $1,800.00 |
| Environmental Protection Agency Monitoring (10431) | $1,800.00 |
| California Air Resources Board Monitoring (10449) | $1,800.00 |
| California State Water Resources Control Board Monitoring (10457) | $1,800.00 |
| Occupational Safety & Health Administration Monitoring (10465) | $1,800.00 |
| Securities & Exchange Commission Monitoring (10493) | $1,800.00 |
| New York Stock Exchange Monitoring (10503) | $1,800.00 |
| Internal Revenue Service Monitoring (10511) | $1,800.00 |
| Federal Aviation Administration Monitoring (10528) | $1,800.00 |
| **FLAT RATE MATTER TOTAL** | **$20,700.00** |
| **GRAND TOTAL** | **$481,150.90** |