# EXHIBIT B

**TIME SUMMARY BY PROFESSIONAL**
**(HOURLY MATTERS ONLY)**

| TITLE | NAME OF PROFESSIONAL | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL AMOUNT REQUESTED |
|---|---|---|---|---|---|---|
| | Thomas J. Perrelli | Litigation | 1991 | $1,315 | 0.2 | $263.00 |
| | Reid J. Schar | Litigation | 1997 | $1,155 | 13.5 | $15,592.50 |
| | Suedeen G. Kelly | Energy | 1976 | $1,025 | 24.0 | $24,600.00 |
| | Brian P. Hauck | Energy | 2001 | $920 | 96.2 | $88,504.00 |
| | Matthew L. Haws | Gov't Contracts | 2002 | $895 | 2.2 | $1,969.00 |
| | E. Glenn Rippie | Energy | 1985 | $895 | 11.5 | $10,292.50 |
| | Andrew F. Merrick | Litigation | 2006 | $840 | 45.2 | $37,968.00 |
| | Coral A. Negron | Litigation | 2008 | $840 | 5.2 | $4,368.00 |
| | Michael Guerra | Energy | 1988 | $840 | 16.6 | $13,944.00 |
| | Emily M. Loeb | Litigation | 2010 | $830 | 2.3 | $1,909.00 |
| | Angela M. Allen | Restr. & Bankr. | 2008 | $825 | 15.4 | $12,705.00 |
| **Total Partners:** | | | | | **232.3** | **$212,115.00** |
| | Wesley M. Griffith | Litigation | 2012 | $791 | 104.9 | $82,975.90 |
| | Hanna M. Conger | Energy | 2012 | $731 | 13.5 | $9,868.50 |
| | Samuel Birnbaum | Litigation | 2015 | $731 | 11.5 | $8,406.50 |
| | Monika N. Kothari | Litigation | 2016 | $660 | 80.2 | $52,932.00 |
| | William A. Williams | Restr. & Bankr. | 2015 | $595 | 22.2 | $13,209.00 |
| | Jason T. Perkins | Litigation | 2017 | $595 | 16.5 | $9,817.50 |
| | Amir A. Shakoorian Tabrizi | Litigation | 2018 | $540 | 104.5 | $56,430.00 |
| **Total Associates:** | | | | | **353.3** | **$233,639.40** |
| **Paralegals** | Theresa L. Busch | Litigation | N/A | $323 | 45.5 | $14,696.50 |
| **Total Paraprofessionals and Other Staff:** | | | | | **45.5** | **$14,696.50** |
| | | | | | **631.1** | **$460,450.90** |

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL AMOUNT REQUESTED |
|---|---|---|---|
| Partners & Special Counsel | $913.11 | 232.3 | $ 212,115.00 |
| Associates | $661.31 | 353.3 | $ 233,639.40 |
| Paraprofessionals and other non-legal staff | $323.00 | 45.5 | $ 14,696.50 |
| Blended Attorney Rate | $761.19 | 585.6 | $ 445,754.40 |
| **Total Fees Incurred** | **$729.60** | **631.1** | **$ 460,450.90** |