MARK GORTON (SBN 99312)
**BOUTIN JONES INC.**
555 Capitol Mall, Fifteenth Floor
Sacramento, CA 95814
Telephone: (916) 321-4444
Email: mgorton@boutinjones.com

LISA S. GAST (*pro hac vice*)
**DUNCAN, WEINBERG, GENZER & PEMBROKE, P.C.**
1667 K Street NW, Suite 700
Washington, DC 20006
Telephone: (202) 791-3601
Email: lsg@dwgp.com

BRIAN DOYLE (SBN 112923)
City Attorney
**CITY OF SANTA CLARA**
1500 Warburton Avenue
Santa Clara, CA 95050
(508) 615-2234
BDoyle@SantaClaraCA.gov

*Attorney for Creditor and Party-in-Interest*
*CITY OF SANTA CLARA dba SILICON VALLEY POWER*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION<br>-and-<br>PACIFIC GAS AND ELECTRIC COMPANY,<br>                Debtors.<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>☒ Affects both Debtors.<br><br>* All papers shall be filed in the Lead Case No. 19-30088 DM | Case Nos. 19-30088 DM (Lead Case)<br>                19-30089 DM<br>Chapter 11<br>Jointly Administered<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OBJECTION TO CURE AMOUNT AND REQUEST FOR ADEQUATE ASSURANCE OF FUTURE PERFORMANCE BY COUNTERPARTY CITY OF SANTA CLARA DBA SILICON VALLEY POWER**<br><br>Date: May 27, 2020<br>Time: 10:00 a.m.<br>Courtroom: 17<br>Place: 450 Golden Gate Ave., 16th Floor<br>        San Francisco, CA 94102<br>Judge: Hon. Dennis Montali |

The City of Santa Clara dba Silicon Valley Power ("Santa Clara"), in support of its Objection to Cure Amount and pursuant to Federal Rule of Evidence 201, as made applicable in bankruptcy court by Federal Rule of Evidence 1101 and to this case by Federal Rule of Bankruptcy Procedure 9017, hereby requests the Court to take judicial notice of the following facts:

1. Attached as **Exhibit 1** is a true and correct copy of Grizzly Development and Mokelumne Settlement Agreement ("GDMSA") between Pacific Gas and Electric Company and the City of Santa Clara, entered into on March 8, 1990, and most recently filed by PG&E at the Federal Energy Regulatory Commission ("FERC") as a stand-alone agreement in FERC Docket No. ER17-1752-000, effective August 1, 2017.

2. Attached as **Exhibit 2** is a true and correct copy of the referenced pages of the PG&E/Santa Clara Final License Application for Bucks Creek Hydroelectric Project, FERC Project No. 619 (FERC filed Dec. 12, 2016) at Volume I, Exhibit A, Pages A-1, A-13 - A-20 (FERC filed Dec. 12, 2016) and the complete application can be found at http://www.bucksrelicensing.com/Public/default.aspx.

3. Attached as **Exhibit 3** is a true and correct copy of a FERC Order in which FERC notes that PG&E and Santa Clara agree that the first reverter date is in November 2027 filed in *Public Utilities With Existing Contracts in the California Independent System Operator Corporation Region*, 112 FERC ¶61,007 (2005).

4. Attached as **Exhibit 4** is a true and correct copy of Cal Fire News Release, "Cal Fire Investigators Determine Cause of Camp Fire," May 15, 2019, which can also be found at https://www.fire.ca.gov/media/5121/campfire_cause.pdf.

5. Attached as **Exhibit 5** is a true and correct copy of PG&E December 11, 2018 Supplement to the California Public Utilities Commission regarding Electric Incident Report Nos. EI181108A and EI181108B, which can also be found at http://dig.abclocal.go.com/kgo/PDF/121118-pge-camp-fire-letter-to-cpuc.pdf.

6. Attached as **Exhibit 6** is a true and correct copy of PG&E Response to Request for Information, *United States of America v. Pacific Gas and Electric Company*, Case

3:14-cr-00175-WHA, Docket 1078 (N.D.Cal., filed July 31, 2019).

7. Attached as **Exhibit 7** is a true and correct copy of Order Modifying Conditions of Probation, *United States of America v. Pacific Gas and Electric Company*, Case 3:14-cr-00175-WHA, Docket 1186 (N.D.Cal., filed April 29, 2020).

DATED: May 15, 2020.

RESPECTFULLY SUBMITTED,

BOUTIN JONES INC.

By: _____/s/ Mark Gorton_____
          Mark Gorton

-and-

Lisa S. Gast
DUNCAN, WEINBERG, GENZER & PEMBROKE, P.C.

-and-

Brian Doyle
City Attorney
CITY OF SANTA CLARA

Attorneys *for Creditor and Party-in-Interest,*
*CITY OF SANTA CLARA dba SILICON VALLEY POWER*