# EXHIBIT A - PAYMENT SCHEDULE

**Potrero Interconnect -- PG&E**

|  | Period | Received | Amount | Interest | Principal |
|---|---|---|---|---|---|
| Catchup Payment for 13 Months (Feb'16-Feb'17) | (328,629) |  | 328,628.76 |  | 328,628.76 |
| 6 | Quarterly Payment - 2Q2017 | 7/3/2017 | $ 80,435.41 | 10,014.96 | 70,420.45 |
| 7 | Quarterly Payment - 3Q2017 | 10/2/2017 | $ 80,413.11 | 9,992.66 | 70,420.45 |
| 8 | Quarterly Payment - 4Q2017 | 1/10/2018 | $ 80,302.78 | 9,882.33 | 70,420.45 |
| 9 | Quarterly Payment - 1Q2018 | 4/10/2018 | $ 79,648.46 | 9,228.01 | 70,420.45 |
| 10 | Quarterly Payment - 2Q2018 | 7/10/2018 | $ 79,339.20 | 8,918.75 | 70,420.45 |
| 11 | Quarterly Payment - 3Q2018 | 10/9/2018 | $ 78,952.47 | 8,532.02 | 70,420.45 |
| 12 | Quarterly Payment - 4Q2018 | 1/2/2019 | $ 78,570.44 | 8,149.99 | 70,420.45 |
| 13 | Quarterly Payment - 1Q2019 | 1/6/2020 | $ 75,555.27 | 5,134.82 | 70,420.45 |
| 14 | Quarterly Payment - 2Q2019 | 1/6/2020 | $ 74,939.10 | 4,518.65 | 70,420.45 |
| 15 | Quarterly Payment - 3Q2019 | 1/6/2020 | $ 74,322.92 | 3,902.47 | 70,420.45 |
| 16 | Quarterly Payment - 4Q2019 | 1/6/2020 | $ 73,706.74 | 3,286.29 | 70,420.45 |
| 17 | Quarterly Payment - 1Q2020 |  | $ 73,090.56 | 2,670.11 | 70,420.45 |
| 18 | Quarterly Payment - 2Q2020 |  | $ 72,474.38 | 2,053.93 | 70,420.45 |
| 19 | Quarterly Payment - 3Q2020 |  | $ 71,858.20 | 1,437.75 | 70,420.45 |
| 20 | Quarterly Payment - 4Q2020 |  | $ 94,715.50 | 821.57 | 93,893.93 |
|  |  |  | 1,496,953 | 88,544 | 1,408,409 |

305,155.28