PILLSBURY WINTHROP SHAW PITTMAN LLP

Leo T. Crowley (*pro hac vice*)
31 West 52nd Street
New York, NY 10019-6131
(212) 858-1000
leo.crowley@pillsburylaw.com

Matthew S. Walker
12255 El Camino Real, Suite 300
San Diego, CA 92130-4088
(858) 847-4158
matthew.walker@pillsburylaw.com

Dania Slim (*pro hac vice*)
324 Royal Palm Way, Suite 220
Palm Beach, FL 33480-4309
(561) 232-3300
dania.slim@pillsburylaw.com

*Counsel for Wilmington Trust, National Association,
as the HoldCo Revolver Loan Administrative Agent*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION**<br>   - and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                              **Debtors.** | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered) |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | **WILMINGTON TRUST, NATIONAL ASSOCIATION'S LIMITED OBJECTION AND RESERVATION OF RIGHTS TO DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION**<br><br>**Hearing Date and Time**<br>Date:    May 27, 2020<br>Time:    10:00 a.m.<br>Place:   U.S. Bankruptcy Court<br>            Courtroom 17, 16th Floor<br>            San Francisco, CA 94102 |

Wilmington Trust, National Association ("**Wilmington Trust**"), in its capacity as successor administrative agent under that certain Second Amended and Restated Credit Agreement among PG&E Corporation as borrower and the agents and lenders thereunder, dated as of April 27, 2015 respectfully submits this limited objection and reservation of rights to the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization* [Doc. No. 6320] (the "**Plan**").

On March 30, 2020, Wilmington Trust filed a *Motion for an Order Allowing Proofs of Claim Nos. 31005 and 55147 and Requiring Plan Treatment Consistent Therewith, and Memorandum of Points and Authorities in Support* [Doc. No. 6529] ("**Motion**"). After Wilmington Trust and the Plan Proponents consensually resolved the issues raised in the Motion, Wilmington Trust withdrew its Motion based on the Plan Proponents' representation that the next iteration of the Plan would reflect the parties' agreement. As of the date of this filing, the Plan Proponents have not filed an amended version of the Plan. While we expect the Plan Proponents to honor their agreement, since today is the objection deadline, Wilmington Trust is filing this limited objection to the Plan and to reserve its rights.

Dated: May 15, 2020　　　　　　　　　**PILLSBURY WINTHROP SHAW PITTMAN LLP**

　　　　　　　　　　　　　　　　　　By: /s/ *Leo Crowley*
　　　　　　　　　　　　　　　　　　Leo T. Crowley (*pro hac vice*)

　　　　　　　　　　　　　　　　　　31 West 52nd Street
　　　　　　　　　　　　　　　　　　New York, NY 10019-6131
　　　　　　　　　　　　　　　　　　(212) 858-1000
　　　　　　　　　　　　　　　　　　leo.crowley@pillsburylaw.com

　　　　　　　　　　　　　　　　　　Dania Slim (*pro hac vice*)
　　　　　　　　　　　　　　　　　　324 Royal Palm Way, Suite 220
　　　　　　　　　　　　　　　　　　Palm Beach, FL 33480-4309
　　　　　　　　　　　　　　　　　　(561) 232-3300
　　　　　　　　　　　　　　　　　　dania.slim@pillsburylaw.com

　　　　　　　　　　　　　　　　　　*Counsel for Wilmington Trust, National Association, as the HoldCo Revolver Loan Administrative Agent*