Kenneth N. Klee (State Bar No. 63372)
David M. Stern (State Bar No. 67697)
Samuel M. Kidder (State Bar No. 284015)
KTBS LAW LLP, *f/k/a* KLEE, TUCHIN,
BOGDANOFF & STERN LLP
1999 Avenue of the Stars, Thirty-Ninth Floor
Los Angeles, California 90067
Telephone:   310-407-4000
Facsimile:   310-407-9090
Email:       kklee@ktbslaw.com
             dstern@ktbslaw.com
             skidder@ktbslaw.com

*Attorneys for Trans Bay Cable LLC*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>-and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case,*<br>*No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION OF LENNEAL GARDNER IN SUPPORT OF OBJECTION OF TRANS BAY CABLE LLC TO PROPOSED CURE AMOUNT IN CONNECTION WITH SPECIAL AGREEMENT FOR UNMETERED ELECTRICAL SERVICE**<br><br>[Hearing Date TBD] |

I, Lenneal Gardner, hereby declare as follows:

1.    I am employed as in-house corporate counsel for Trans Bay Cable LLC ("TBC"), a subsidiary of NextEra Energy Transmission, LLC.

2.    The facts set forth in this declaration are based upon my personal knowledge or my review of relevant documents.  If called upon to testify, I would testify to the facts set forth in this declaration.

KTBS LAW LLP
1999 AVENUE OF THE STARS, THIRTY-NINTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

KTBS LAW LLP
1999 AVENUE OF THE STARS, THIRTY-NINTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

3.      Attached hereto as Exhibit 1 is a true and correct copy the *Special Agreement for Unmetered Electrical Service – Limited Exception*, dated August 7, 2017 (the "Special Agreement"), by and between TBC and Pacific Gas and Electric Company ("PG&E").

4.      Attached hereto as Exhibit 2 is a true and correct copy of that certain *Amendment to Special Agreement for Electrical Service – Limited Exception*, executed on or about August 21, 2017.

5.      On or about January 25, 2019, I sent a letter to Alyssa Koo of PG&E regarding TBC's request for a refund of payments made under the Special Agreement.  A true and correct copy of that letter is attached hereto as Exhibit 3.

I declare under penalty of perjury under the laws of the United States, pursuant to section 1746 of title 28 of the United States Code, that the foregoing is true and correct and I executed this declaration on May 14, 2020 at San Francisco, California.

*/s/ Lenneal Gardner*

Lenneal Gardner

# EXHIBIT 1

**SPECIAL AGREEMENT**

**FOR**
**UNMETERED ELECTRICAL SERVICE – LIMITED EXCEPTION**

**BETWEEN**
**TRANS BAY CABLE LLC**
**AND**
**PACIFIC GAS AND ELECTRIC COMPANY**

**FOR THE TRANS BAY CABLE TRANSMISSION LINE**

PACIFIC GAS AND ELECTRIC COMPANY, a California corporation ("PG&E"), and TRANS BAY CABLE LLC, a Delaware limited liability company ("TBC") (either entity a "Party" or collectively the "Parties") hereby enter into this agreement ("Agreement") regarding the determination of retail electric charges for TBC's Transmission Line (defined below).

## RECITALS

**Whereas,** TBC constructed, owns, and operates a High Voltage Direct Current ("DC") transmission line (the "DC Transmission Line") between the PG&E Pittsburg Power Plant Substation and the PG&E Potrero Power Plant Substation.

**Whereas,** TBC has two converter stations, one which is located at 570 W 10th St., Pittsburg, CA in Contra Costa County and is connected to the PG&E electric system at 230kV (the "Pittsburg Converter Station") and the other which is located 601 23rd St., San Francisco, CA in San Francisco County and is connected to the PG&E electric system at 115 kV (the "Potrero Converter Station").

**Whereas,** TBC requires electric energy to support the converter equipment ("non-retail power") and to provide the power needs of the supporting buildings and other non-transmission equipment ("retail power"), which is taken from the Transmission Line when it is energized.

**Whereas,** TBC has no generating facilities that interconnect directly to PG&E's electrical system, therefore PG&E's standby tariff is not applicable for service to TBC. Accordingly, the current rate schedule, Schedule E-19 (see http://www.pge.com/tariffs/tm2/pdf/ELEC_SCHEDS_E-19.pdf), is applicable to the TBC Facilities (defined below).

**Whereas,** TBC has two retail Schedule E-19-P accounts with PG&E, one for the Pittsburg Converter Station, serviced under PG&E account number 6490430917, and the other for the Potrero Converter Station, serviced under PG&E account number 1592848224, where service under each account commenced on November 23, 2010.

**Whereas,** TBC may draw retail power either from PG&E's distribution system under TBC's two retail Schedule E-19-P accounts or from TBC's on-site diesel generators when the Transmission Line is not energized.

**Whereas,** there is no metering to separately measure the retail energy used at either Converter Station when the Transmission Line is energized, so the existing retail meters at either converter station do not fully and accurately capture the retail portion of the load under all operating conditions. Particularly, when the third winding of the transformer (tertiary line) is energized, usage that should be served by retail power is not separately metered.

**Whereas,** TBC and PG&E have reached an agreement regarding an appropriate methodology to determine energy costs owed to PG&E from TBC for any un-metered retail energy that is consumed by the Pittsburg Converter Station, Potrero Converter Station, and other buildings and related equipment that support the Transmission Line (collectively the "Facilities").

**Whereas,** as accurate usage data is not available, TBC and PG&E agree that PG&E would include an adder to TBC's Schedule E-19-P account bills for estimated consumption of retail power under PG&E's California Public Utilities Commission ("CPUC") Electric Rule No. 9, Section C.

**NOW, THEREFORE**, in consideration of the foregoing facts and for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties hereby agree to the covenants below:

**TERMS AND CONDITIONS**

1.  TBC will continue to receive a separate electric bill from PG&E for each Converter Station on a monthly basis under schedule E-19-P Electrical Service.

2.  Each monthly E-19-P electric bill will include an additional amount for the estimated unmetered usage as calculated in Paragraph 4 below ("Monthly Retail Adder"). This amount will be included in the monthly billing statement by adding charges for the estimated monthly unmetered usage (kWh) at each Converter Station, as described in Paragraph 4 below, to the charges for the measured monthly usage (kWh) of each E-19-P account. The E-19 rates are subject to change from time to time as a result of rate proceedings at the CPUC and FERC.

3.  TBC and PG&E have agreed on the methodology and calculations used to determine the estimated retail load ("Estimated Retail Demand") for each converter station, as of the date of the agreement. These calculations are

PG&E - TBC SPECIAL AGREEMENT                                                    2

shown on Attachment A to this Agreement. The retail load estimates were derived from analysis of all connected electrical equipment and their associated load factors at each converter station, exclusive of electrical equipment specifically designated for operation of the transmission line. As of the date of the agreement, the Estimated Retail Demand numbers are 92.48 kW for the Pittsburg Converter Station and 88.53 kW for the Potrero Converter Station. The Estimated Retail Demand numbers may change from time to time if there are changes to the unmetered retail loads at either converter station. TBC shall notify PG&E in writing within thirty (30) days of becoming aware of any material modification to the retail loads at either converter station. Within sixty (60) days of (a) TBC's notice to PG&E or (b) a written request by PG&E if PG&E has a reasonable basis to believe that either retail load has increased, the Parties shall review and agree in writing to updates to the calculation of the Estimated Retail Demand for each or either converter station. This review may require TBC and PG&E to perform a physical review of either converter station, a review of past TBC retail bills, and other appropriate inspections.

4.  As of the Effective Date of this Agreement, the monthly energy charge that PG&E will bill TBC as an adder to its E-19-P energy bills, per Paragraph 2 above, shall be calculated as follows, as illustrated on the workpapers attached to this Agreement:

    a.  First, PG&E will calculate the total estimated unmetered monthly energy usage at each converted station ("Monthly Energy Usage"), which shall consist of 1/12th of the Estimated Retail Demand for each Converter Station.
    b.  Second, PG&E will calculate a "Modified Monthly Energy Usage" by subtracting a "Monthly Outage Allowance" from the "Monthly Energy Usage." The Monthly Outage Allowance shall consist of 1/12th of the total kwh for 11 days to allow for an estimated period of time when either the Transmission Line would not be energized, so retail power usage would be fully metered at the existing PG&E distribution meters, or TBC backup generators would operate to serve the estimated unmetered load.
    c.  Third, PG&E will allocate the Modified Monthly Energy Usage to the time-of-use periods defined in the appropriate PG&E retail rate Schedule (Schedule E-19 as of the Execution Date), based upon TBC's historical usage patterns, and then multiply that usage by the appropriate current PG&E retail rate (the E-19-Transmission rate as of the Execution Date) as published in PG&E's tariffed rate schedule, to arrive at the "Monthly Retail Adder" for each Converter Station.
    d.  As of the execution date of this Agreement, the Modified Monthly Energy Usage is 65,474 kWhs for the Pittsburg Converter Facility, initially amounting to a Monthly Retail Adder of approximately

Case: 19-30088    Doc# 7223    Filed: 05/15/20    Entered: 05/15/20 11:37:56    Page 6 of
28

$8,000.00; and 62,681 kWhs for the Potrero Converter Facility, initially amounting to a Monthly Retail Adder of approximately $7,500.00. These amounts are subject to change pursuant to Paragraphs 2 and 3, above.

5.    On each anniversary of the Effective Date of this Agreement, TBC may request an adjustment to the prior 12 months' Monthly Retail Adders. TBC must notify PG&E within 30 days of the anniversary or forfeit such adjustment.  Such a request shall include documentation showing the hours that the Transmission Line was not energized and/or the hours that the backup generators operated in a manner to serve the unmetered retail load (collectively "Adjustment Hours").  PG&E shall make an adjustment when the cumulative annual total of Adjustment Hours for either Converter Station exceeds 264 hours (11 days x 24 hours).  TBC will keep operating logs to validate the two operating scenarios that produce "Adjustment Hours" that qualify for the adjustment. TBC will make these logs available to PG&E before any such adjustment is calculated. To perform the adjustment calculation, PG&E will multiply the "Adjustment Hours" in excess of 264 for each Converter Station by the agreed-upon estimated demand at each respective Converter Station by the effective average E-19P rate at the time of adjustment.

6.    This Agreement shall become effective upon the later of 1) final approval by the Federal Energy Regulatory Commission ("FERC") of the Offer of Settlement or Settlement in FERC Docket No. ER16-2332-000; or 2) final approval by the California Public Utilities Commission of this Agreement ("Effective Date").

7.    Termination of this Agreement shall occur upon the earliest of 1) the billing cycle after the installation of adequate metering to accurately capture all retail loads; or 2)  termination of the Schedule E-19-P accounts for the Pittsburg and Potrero Converter Stations without equivalent replacement or successor accounts.

8.    Nothing in this Agreement shall be construed to create any duty to, any standard of care with reference to, or any liability to, any third party.

9.    This Agreement may be amended or modified only by a written instrument signed by the authorized representatives of both Parties.

10.    Any undertaking by either Party under any provision of this Agreement is rendered strictly as an accommodation and shall not constitute the dedication by either Party of any or all of its facilities to the other, the public, or any third party.

11.   By entering into this Agreement with TBC, PG&E does not commit itself to furnish any like or similar undertaking to any other person.

12.   This Agreement establishes no precedent with regard to any other entity or agreement. Nothing contained in this Agreement shall establish any rights to or precedent for other agreements as may exist, now or in the future, between PG&E and TBC for the provision of any form of electric service. Additionally nothing contained in this Agreement shall create any relationship of partnership or agency between PG&E and TBC.

13.   Under this Agreement, neither Party undertakes to provide or make available any transmission service, distribution service, ancillary services, control area services, or any other services not explicitly set forth herein using any part of either Party's electric facilities or any other facility, whether owned by a Party or a third party.

14.   All notices or communications herein provided to be given by either Party to the other shall be deemed to have been duly give if delivered by electronic facsimile transmission with confirmed receipt, or when made in writing and delivered in person or deposited in the United States mail, postage prepaid, certified mail, return receipt requested, and addressed as follows:

**To PG&E:**

Mail Code B8Q; P.O. Box 770,000 San Francisco CA 94177
Attn: Tariff Interpretation

**To TBC:**

Trans Bay Cable LLC; One Letterman Dr., Bldg. C, 5th Fl.,
San Francisco, CA 94129
Attn: Legal Department

15.   Neither Party shall assign this Agreement or its rights hereunder without the prior written consent of the other Party, which consent shall not be unreasonably withheld; provided, however, either Party may, without the consent of the other Party (and without relieving itself from liability hereunder), transfer, sell, pledge, encumber or assign this Agreement or the accounts, revenues or proceeds hereof to its financing providers and the financing provider(s) shall assume the payment and performance obligations provided under this Agreement with respect to the transferring Party provided, however, that in each such case, any such assignee shall agree in writing to be bound by the terms and conditions hereof and so long as the transferring Party delivers such tax and enforceability assurance as the non-transferring Party may reasonably request.

PG&E - TBC SPECIAL AGREEMENT                                          5

16.     This Agreement and the rights and duties of the Parties hereunder shall be governed by and construed, enforced and performed in accordance with the laws of the state of California, without regard to principles of conflict of law. To the extent enforceable at such time, each Party waives its respective rights to any jury trial with respect to any litigation.

17.     Unless otherwise expressly ordered by the California Public Utilities Commission, this Agreement at all times shall be subject to such modifications as the California Public Utilities Commission may direct from time to time in the exercise of its jurisdiction.

18.     If any provision in this Agreement is determined to be invalid, void, or unenforceable by the California Public Utilities Commission or any court having proper jurisdiction, such determination shall not invalidate, void, or make unenforceable any other provision, agreement or covenant of this Agreement and the Parties shall use their best efforts to modify this Agreement to give effect to the original intention of the Parties.

19.     This Agreement may be executed in one or more counterparts each of which shall be deemed an original and all of which shall be deemed one and the same Agreement.  Delivery of an executed counterpart of this Agreement by facsimile or electronic mail ("email") transmission of a PDF file will be deemed as effective as delivery of an originally executed counterpart. Each Party delivering an executed counterpart of this Agreement by facsimile or email transmission will also deliver an original executed counterpart, but the failure of any Party to deliver an original executed counterpart of this Agreement will not affect the validity or effectiveness of this Agreement.

20.     This Agreement shall be considered for all purposes as prepared through the joint efforts of the Parties and shall not be construed against one Party or the other as a result of the preparation, substitution, submission or other event of negotiation, drafting or execution hereof.  Except to the extent provided for, no amendment to or modification of this Agreement shall be enforceable unless reduced to writing and executed by both Parties.  This Agreement shall not impart any rights enforceable by any third party (other than a permitted successor or assignee bound to this Agreement).  Waiver by a Party of any default by the other Party shall not be construed as a waiver of any other default.  The term "including" when used in this Agreement shall be by way of example only and shall not be considered in any way to be in limitation.  The headings used herein are for convenience and reference purposes only.

PG&E - TBC SPECIAL AGREEMENT                                          6

**IN WITNESS WHEREOF**, each Party has caused this Agreement to be duly executed by its authorized representative as of the date of last signature provided below ("Execution Date")

**PACIFIC GAS AND ELECTRIC COMPANY**

By: _____

Name:   Aaron August

Title:    Director, Business Energy Solutions

Date:    8/7/17

**TRANS BAY CABLE LLC**

By: _____

Name:   Sean O'Reilly

Title:    Chief Operating Officer

Date:    _____

## 3. ATTACHMENTS
Worksheet showing determination of unmetered load.

**IN WITNESS WHEREOF**, each Party has caused this Agreement to be duly executed by its authorized representative as of the date of last signature provided below ("Execution Date")

## PACIFIC GAS AND ELECTRIC COMPANY

By: _____

Name: Aaron August

Title: Director, Business Energy Solutions

Date: _____

## TRANS BAY CABLE LLC

By: _____

Name: Sean O'Reilly

Title: Chief Operating Officer

Date: 8/7/17

## 3. ATTACHMENTS

Worksheet showing determination of unmetered load.

Attachment to Special Agreement between Pacific Gas and Electric and TBC

## TRAN BAY CABLE LLC - ANALYSIS OF RETAIL ELECTRIC CHARGES

### Potrero Trans Bay Cable LLC

| | | | |
|---|---|---|---|
| Name | TRANS BAY CABLE LLC | Service ID 5930398579 | Premise ID 7526104528 |
| Address | 525 23RD ST | Old Account | Status 0 |
| City | SAN FRANCISCO | Account ID 5830398864 | Rate Schedule** E-19T= $0.1242/kWh |
| Business Desc | | Meter No. 1004570048 | Voltage Transmission |

### Pittsburg Trans Bay Cable LLC

| | | | |
|---|---|---|---|
| Name | TRANS BAY CABLE LLC | Service ID 5184759345 | Premise ID 3972549834 |
| Address | ST | Old Account | Status 0 |
| City | PITTSBURG | Account ID 5184759750 | Rate Schedule** E-19T= $0.12420/kWh |
| Business Desc | | Meter No. 1004449396 | Voltage Transmission |

| | System | TBC Designation | Rated Power (kW) | Fixed Load Factor | Power Demand (KW/H) | Annual Operational *** | Fixed Rate Per KWH ** | Annual Cost |
|---|---|---|---|---|---|---|---|---|
| **Pittsburg** | HVAC Spare Part Room, Indoor Unit | +11U71 +CU19 | 13.00 | 0.70 | 9.10 | 8,496.00 | 0.1242 | $9,603.18 |
| | HVAC Spare Part Room, Outdoor Unit | +11U71 +PAC19 | 14.00 | 0.70 | 9.80 | 8,496.00 | 0.1242 | $10,341.89 |
| | Building Services in Conv. Building | +10N001 +NI001 | 126.30 * | | 39.70 | 8,496.00 | 0.1242 | $41,894.15 |
| | Building Services in Operations Build. | +10N002 +NI001 | 51.60 * | | 33.88 | 8,496.00 | 0.1242 | $35,752.34 |
| | **Pittsburg Monthly Totals (ADDER)** | | 145,069.20 * | | 65,474.42 | 708.00 | 0.1242 | **$8,132.63** |
| | Pittsburg Annual Totals | | 1,740,830.40 * | | 785,693.09 | 8,496.00 | 0.1242 | $97,591.57 |
| **Potrero** | HVAC Spare Part Room, Indoor Unit | +21U71 +CU19 | 13.00 | 0.65 | 8.45 | 8,496.00 | 0.1242 | $8,917.24 |
| | HVAC Spare Part Room, Outdoor Unit | +21U71 +PAC19 | 14.00 | 0.65 | 9.10 | 8,496.00 | 0.1242 | $9,603.18 |
| | Building Services in Conv. Building | +20N001 +NI001 | 100.10 * | | 39.25 | 8,496.00 | 0.1242 | $41,419.27 |
| | Building Services in Operations Build. | +20N002 + NI001 | 50.40 * | | 31.73 | 8,496.00 | 0.1242 | $33,488.73 |
| | **Potrero Monthly Totals (ADDER)** | | 135,670.00 * | | 62,681.36 | 708.00 | 0.1242 | **$7,785.70** |
| | Potrero Annual Totals | | 1,508,040.00 * | | 752,176.37 | 8,496.00 | 0.1242 | $99,428.43 |
| | **Total Monthly Retail Power Usage Pittsburg+Potrero** | | 270,739.20 | * | 128,155.79 | | 0.1242 | $15,918.33 |
| | **Total Annual Retail Power Usage Pittsburg+Potrero** | | 3,248,870.40 | - | 1,537,869.46 | | 0.1242 | $191,020.00 |

\* See Individual Load Factors broken down on station sheets.

\*\* Fixed rate = E-19T Transmission rate ($0.11448/kWh X 1.085 (8.5% taxes) = $0.1242108/kWh

\*\*\* 8760 hrs : (11 DAYS FOR MAINTENANCE X 24 H/DAY) = 8496 hours/year
Cell H29 = 708 HOURS is the monthly operating hours

## PITTSBURG DESIGN LOADS PER SIEMENS SPECIFICATIONS

### Auxiliary Power Loads

| System | TBC Designation | Rated Power | Load Factor | Power Demand |
|---|---|---|---|---|
| Converter Cooling System | =11U61 +UT1 | 429.00 | 0.95 | 408.00 |
| Converter Hall Chiller System 1 | =11U71 -CHL1 | 136.00 | 1.00 | 136.00 |
| Converter Hall Chiller System 2 | =11U71 -CHL2 | 136.00 | 0.00 | 0.00 |
| Converter Hall Ventilation System | =11U71 +UX1 | 68.00 | 1.00 | 68.00 |
| Converter Transf. Phase L1, Cooling | =11T01.L1 +GH009 | 11.00 | 1.00 | 11.00 |
| Converter Transf. Phase L2, Cooling | =11T01.L1 +GH009 | 11.00 | 1.00 | 11.00 |
| Converter Transf. Phase L3, Cooling | =11T01.L1 +GH009 | 11.00 | 1.00 | 11.00 |
| Spare Converter Transf. | =11T01.SP +GH009 | 6.00 | 0.50 | 3.00 |
| HVA/C Aux. Pwr. Room 1, Indoor Unit | =11U71 -FCU11 | 12.00 | 1.00 | 12.00 |
| HVA/C Aux. Pwr. Room 1, Outdoor Unit | =11U71 +PAC11 | 14.00 | 0.90 | 13.00 |
| HVA/C Aux. Pwr. Room 1, Indoor Unit | =11U71 -FCU12 | 12.00 | 0.00 | 0.00 |
| HVA/C Aux. Pwr. Room 1, Outdoor Unit | =11U71 +PAC12 | 14.00 | 0.00 | 0.00 |
| HVA/C Aux. Pwr. Room 2, Indoor Unit | =11U71 -FCU13 | 12.00 | 1.00 | 12.00 |
| HVA/C Aux. Pwr. Room 2, Outdoor Unit | =11U71 +PAC13 | 14.00 | 0.90 | 13.00 |
| HVA/C Aux. Pwr. Room 2, Indoor Unit | =11U71 -FCU14 | 12.00 | 0.00 | 0.00 |
| HVA/C Aux. Pwr. Room 2, Outdoor Unit | =11U71 +PAC14 | 14.00 | 0.00 | 0.00 |
| HVA/C C&P Room, Indoor Unit | =11U71 -FCU15 | 8.00 | 1.00 | 8.00 |
| HVA/C C&P Room, Outdoor Unit | =11U71 -PAC15 | 9.00 | 0.90 | 8.00 |
| HVA/C C&P Room, Indoor Unit | =11U71 -FCU16 | 8.00 | 0.00 | 0.00 |
| HVA/C C&P Room, Outdoor Unit | =11U71 +PAC16 | 9.00 | 0.00 | 0.00 |
| HVA/C Cooling Room, Indoor Unit | =11U71 -FCU17 | 13.00 | 1.00 | 13.00 |
| HVA/C Cooling Room, Outdoor Unit | =11U71 +PAC17 | 14.00 | 0.90 | 13.00 |
| HVA/C Cooling Room, Indoor Unit | =11U71 +FCU18 | 13.00 | 0.00 | 0.00 |
| HVA/C Cooling Room, Outdoor Unit | =11U71 -PAC18 | 14.00 | 0.00 | 0.00 |
| HVA/C Spare Part Room, Indoor Unit | =11U71 -FCU19 | 13.00 | 1.00 | 13.00 |
| HVA/C Spare Part Room, Outdoor Unit | =11U71 +PAC19 | 14.00 | 0.90 | 13.00 |
| Battery Charger | =10NK11 +G11 | 35.00 | 0.20 | 7.00 |
| Battery Charger | =10NK21 +G11 | 35.00 | 0.20 | 7.00 |
| Transformer 480 / 208 V (75 kVA) | =10NB01 -T01 | 75.00 | 0.10 | 8.00 |
| Building Services in Conv. Building | =10ND01 +ND01 | 89.00 | 0.60 | 53.00 |
| Building Services in Operations Build. | =10ND02 + ND01 | 58.00 | 0.60 | 35.00 |
| UPS for Control System ** | =10NG01+NG01 | 5.00 | 0.00 | 0.00 |
| UPS for Control System ** | =10NG02+NG01 | 5.00 | 0.00 | 0.00 |
| | | | Total | 876.00 |

**Operations Building Services Panel LA Circuit 1**

| System | TBC Designation | Rated Power | Load Factor | Power Demand |
|---|---|---|---|---|
| TEL Board | 1 | 0.4 | 1 | 0.40 |
| FATC-1** | 3 | 0.2 | 1 | 0.20 |
| LCC2 | 5 | 0.2 | 1 | 0.20 |
| Server | 7 | 1 | 1 | 1.00 |
| Server | 9 | 1 | 1 | 1.00 |
| Receptacle | 11 | 1.1 | 0.8 | 0.88 |
| Receptacle | 13 | 0.9 | 0.8 | 0.72 |
| Receptacle | 15 | 0.9 | 0.8 | 0.72 |
| Fax/Copy | 17 | 1 | 0.2 | 0.20 |
| Fax/Copy | 19 | 1 | 0.2 | 0.20 |
| Fax/Copy | 21 | 1 | 0.2 | 0.20 |
| Receptacle | 23 | 1.1 | 0.8 | 0.88 |
| Receptacle | 25 | 0.7 | 0.8 | 0.56 |
| Receptacle | 27 | 0.4 | 0.8 | 0.32 |
| Refrigerator | 29 | 1 | 0.8 | 0.80 |
| Kitchen Receptacles | 31 | 1 | 0.8 | 0.80 |
| Kitchen Receptacles | 33 | 1 | 0.8 | 0.80 |
| Duct Smoke Detector | 35 | 0.2 | 1 | 0.20 |
| Spare | 37 | 0 | | 0.00 |
| Spare | 39 | 0 | | 0.00 |
| Spare | 41 | 0 | | 0.00 |
| Lights | 2 | 1.2 | 1 | 1.20 |
| Lights | 4 | 1 | 1 | 1.00 |
| Lights | 6 | 1 | 1 | 1.00 |
| Wall Lights | 8 | 0.3 | 0.42 | 0.13 |
| | 10 | 0.3 | 0.42 | 0.13 |
| | 12 | 3.7 | 0.7 | 2.59 |
| PAC 40 | 14 | 3.7 | 0.7 | 2.59 |
| | 16 | 3.7 | 0.7 | 2.59 |
| | 18 | 3.7 | 0.7 | 2.59 |
| | 20 | 3.7 | 0.7 | 2.59 |
| PAC 41 | 22 | 3.7 | 0.7 | 2.59 |
| | 24 | 0.1 | 0.7 | 0.07 |
| FCU 40 | 26 | 0.1 | 0.7 | 0.07 |
| Attic Lights | 28 | 1 | 0.01 | 0.01 |
| | 30 | 0.1 | 0.7 | 0.07 |
| FCU 41 | 32 | 0.1 | 0.7 | 0.07 |
| Attic Lights/Receptacle | 34 | 1 | 0.01 | 0.01 |
| | 36 | 0.1 | 0.7 | 0.07 |
| FCU 42 | 38 | 0.1 | 0.7 | 0.07 |
| Attic Lights/Receptacle | 40 | 1 | 0.01 | 0.01 |
| Receptacles | 42 | 0.5 | 0.8 | 0.40 |
| Total | | 44.2 | 0.688974359 | 29.92 |

**Operations Building Services Panel LA Circuit 2**

| System | TBC Designation | Rated Power | Load Factor | Power Demand |
|---|---|---|---|---|
| Outside Receptacle | 43 | 0.2 | 0.01 | 0.002 |
| Kitchen Receptacle | 45 | 1 | 0.80 | 0.8 |
| Disposal | 47 | 1 | 0.01 | 0.01 |
| Ceiling Receptacle | 49 | 0.5 | 0.01 | 0.005 |
| Spare | 51 | 0 | | 0 |
| Quad | 53 | 0.4 | 1.00 | 0.4 |
| | 55 | 0.1 | 0.70 | 0.07 |
| FCU 48 | 57 | 0.1 | 0.70 | 0.07 |
| | 59 | 0.1 | 1.00 | 0.1 |
| G-50A | 61 | 0.1 | 1.00 | 0.1 |
| Spare | 63 | 0 | | 0 |
| Spare | 65 | 0 | | 0 |
| Spare | 67 | 0 | | 0 |
| Spare | 69 | 0 | | 0 |
| Spare | 71 | 0 | | 0 |
| Spare | 73 | 0 | | 0 |
| Spare | 75 | 0 | | 0 |
| Spare | 77 | 0 | | 0 |
| Spare | 79 | 0 | | 0 |
| Spare | 81 | 0 | | 0 |
| Spare | 83 | 0 | | 0 |
| EWH-1 | 44 | 1 | 0.40 | 0.4 |
| | 46 | 1 | 0.40 | 0.4 |
| Spare | 48 | 0 | | 0 |
| Spare | 50 | 0 | | 0 |
| Siemens CUB | 52 | 0.5 | 1.00 | 0.5 |
| | 54 | 0.1 | 0.70 | 0.07 |
| FCU 43 | 56 | 0.1 | 0.70 | 0.07 |
| | 58 | 0.1 | 0.70 | 0.07 |
| FCU 44 | 60 | 0.1 | 0.70 | 0.07 |
| | 62 | 0.1 | 0.70 | 0.07 |
| FCU 45 | 64 | 0.1 | 0.70 | 0.07 |
| | 66 | 0.1 | 0.70 | 0.07 |
| FCU 46 | 68 | 0.1 | 0.70 | 0.07 |
| | 70 | 0.1 | 0.70 | 0.07 |
| FCU 47 | 72 | 0.1 | 0.70 | 0.07 |
| | 74 | 0.1 | 1.00 | 0.1 |
| BCC 1 | 76 | 0.1 | 1.00 | 0.1 |
| | 78 | 0.1 | 1.00 | 0.1 |
| BCC 2 | 80 | 0.1 | 1.00 | 0.1 |
| Spare | 82 | 0 | | 0 |
| Spare | 84 | 0 | | 0 |
| Total | | 7.4 | 0.69 | 3.96 |

Attachment to Special Agreement between Pacific Gas and Electric and TBC

**3**

**Converter Building Services Panel L1 Circuit 1**

| System | Designation | Rated Power | Load Factor | Power Demand |
|---|---|---|---|---|
| Irrigation Control | 1 | 0.2 | 1 | 0.2 |
|  | 3 | 1.4 | 0.01 | 0.014 |
| Gate A Panel | 5 | 1.4 | 0.01 | 0.014 |
| Spare | 7 | 0 |  | 0 |
| Spare | 9 | 0 |  | 0 |
| Gate C Panel | 11 | 1.4 | 0.01 | 0.014 |
|  | 13 | 1.4 | 0.01 | 0.014 |
| Gate B Panel | 15 | 1.4 | 0.01 | 0.014 |
|  | 17 | 1.4 | 0.01 | 0.014 |
| Valve Heater | 19 | 0.2 | 0 | 0 |
| Valve Heater | 21 | 0.2 | 0 | 0 |
|  | 23 | 0.2 | 0.01 | 0.002 |
| WP REC | 25 | 0.2 | 0.01 | 0.002 |
|  | 27 | 0.2 | 0.01 | 0.002 |
| WP REC | 29 | 0.5 | 0.01 | 0.005 |
|  | 31 | 0.2 | 0.01 | 0.002 |
| WP REC | 33 | 0.2 | 0.01 | 0.002 |
|  | 35 | 0.2 | 0.01 | 0.002 |
| WP REC | 37 | 0.2 | 0.01 | 0.002 |
| WP REC | 39 | 0.2 | 0.01 | 0.002 |
| Spare | 41 | 0 |  |  |
| C&P RM Lights | 2 | 1 | 1 | 1 |
| C&P RM Lights | 4 | 1 | 1 | 1 |
| AUX PWR RM Lights | 6 | 1 | 1 | 1 |
| PUMP RM Lights | 8 | 1 | 1 | 1 |
| Exit Lights | 10 | 0.2 | 1 | 0.2 |
| Receptacles | 12 | 0.9 | 0.8 | 0.72 |
| Receptacles | 14 | 1.1 | 0.8 | 0.88 |
| Receptacles | 16 | 1.3 | 0.8 | 1.04 |
| Receptacles | 18 | 0.5 | 0.8 | 0.4 |
| Receptacles | 20 | 0.2 | 0.8 | 0.16 |
| BEF 1 | 22 | 0.5 | 0 | 0 |
| BEF 2 | 24 | 0.5 | 0 | 0 |
| Help Call Box | 26 | 1 | 1 | 1 |
| LCC1 | 28 | 0.2 | 1 | 0.2 |
|  | 30 | 0.2 | 0.01 | 0.002 |
| WP REC | 32 | 0.2 | 0.01 | 0.002 |
|  | 34 | 0.2 | 0.01 | 0.002 |
| Spare | 36 | 0 | 0 | 0 |
|  | 38 | 0 | 0 | 0 |
| Panel L2 (SEE Panel L2 breakdown) | 40 | 0 | 0 | 0 |
|  | 42 | 0 | 0 | 0 |
| Total | 42 | 22.1 | 0.320526316 | 8.911 |

**3**

**Converter Building Services Panel H**

| System | Designation | Rated Power | Load Factor | Power Demand |
|---|---|---|---|---|
| Site Pole Light | 1 | 3 | 0.42 | 1.26 |
|  | 3 | 3 | 0.42 | 1.26 |
| Site Pole Light | 5 | 3 | 0.42 | 1.26 |
|  | 7 | 3 | 0.42 | 1.26 |
| Site Pole Light | 9 | 3 | 0.42 | 1.26 |
|  | 11 | 3 | 0.42 | 1.26 |
| Site Pole Light | 13 | 3 | 0.42 | 1.26 |
|  | 15 | 3 | 0.42 | 1.26 |
| Site Pole Light | 17 | 3 | 0.42 | 1.26 |
| Wall Lights | 19 | 3 | 0.42 | 1.26 |
|  | 21 | 3 | 1.00 | 3 |
| Converter Hall Lights | 23 | 3 | 1.00 | 3 |
|  | 25 | 0 |  | 0 |
|  | 27 | 0 |  | 0 |
| Spare | 29 | 0 |  | 0 |
|  | 31 | 0 |  | 0 |
| Spare | 33 | 0 |  | 0 |
|  | 35 | 0 |  | 0 |
| Spare | 37 | 0 |  | 0 |
| Panel 'L1' (See Panel L1 Details) | 39 | 0 |  | 0 |
|  | 41 | 0 |  | 0 |
| Spare | 2 | 0 |  | 0 |
|  | 4 | 0 |  | 0 |
| Spare | 6 | 0 |  | 0 |
|  | 8 | 0 |  | 0 |
| Spare | 10 | 0 |  | 0 |
|  | 12 | 0 |  | 0 |
| Spare | 14 | 0 |  | 0 |
|  | 16 | 0 |  | 0 |
| Spare | 18 | 0 |  | 0 |
|  | 20 | 0 |  | 0 |
| Spare | 22 | 0 |  | 0 |
|  | 24 | 0 |  | 0 |
| Spare | 26 | 3 | 0.01 | 0.03 |
| Maintenance Socket | 28 | 3 | 0.01 | 0.03 |
|  | 30 | 3 | 0.01 | 0.03 |
|  | 32 | 3 | 0.01 | 0.03 |
| Maintenance Socket | 34 | 3 | 0.01 | 0.03 |
|  | 36 | 3 | 0.01 | 0.03 |
|  | 38 | 3 | 0.01 | 0.03 |
| Maintenance Socket | 40 | 3 | 0.01 | 0.03 |
|  | 42 | 3 | 0.01 | 0.03 |
| Total |  | 63 | 0.30 | 18.87 |

**3**

### Converter Building Services Panel L1 Circuit 2

| System | Designation | Rated Power | Load Factor | Power Demand |
|---|---|---|---|---|
| Spare | 43 | 0 | | 0 |
| Power Gate D | 45 | 1.2 | 0.01 | 0.012 |
| Power Gate D | 47 | 1.2 | 0.01 | 0.012 |
| Power Gate A | 49 | 1.2 | 0.01 | 0.012 |
| Power Gate A | 51 | 1.2 | 0.01 | 0.012 |
| Receptacles | 53 | 0.9 | 0.8 | 0.72 |
| Receptacles | 55 | 0.7 | 0.8 | 0.56 |
| Thermostats | 57 | 0.2 | 1 | 0.2 |
| Spare | 59 | 0 | | 0 |
| Thermostats | 61 | 0.2 | 1 | 0.2 |
| Spare | 63 | 0 | | 0 |
| Spare | 65 | 0 | | 0 |
| Spare | 67 | 0 | | 0 |
| Spare | 69 | 0 | | 0 |
| Spare | 71 | 0 | | 0 |
| Spare | 73 | 0 | | 0 |
| Spare | 75 | 0 | | 0 |
| Spare | 77 | 0 | | 0 |
| Spare | 79 | 0 | | 0 |
| Spare | 81 | 0 | | 0 |
| Spare | 83 | 0 | | 0 |
| Spare | 44 | 0 | | 0 |
| DUCT Smoke DET | 46 | 0.2 | 1 | 0.2 |
| Spare | 48 | 0 | | 0 |
| Spare | 50 | 0 | | 0 |
| Spare | 52 | 0 | | 0 |
| Spare | 54 | 0 | | 0 |
| Vesda Panel | 56 | 0.2 | 1 | 0.2 |
| Spare | 58 | 0 | | 0 |
| Spare | 60 | 0 | | 0 |
| Spare | 62 | 0 | | 0 |
| Spare | 64 | 0 | | 0 |
| Spare | 66 | 0 | | 0 |
| Spare | 68 | 0 | | 0 |
| Spare | 70 | 0 | | 0 |
| Spare | 72 | 0 | | 0 |
| Spare | 74 | 0 | | 0 |
| Spare | 76 | 0 | | 0 |
| Spare | 78 | 0 | | 0 |
| Spare | 80 | 0 | | 0 |
| Spare | 82 | 0 | | 0 |
| Spare | 84 | 0 | | 0 |
| Total | | 7.2 | 0.564 | 2.128 |

**3**

### Converter Building Services Panel L2

| System | Designation | Rated Power | Load Factor | Power Demand |
|---|---|---|---|---|
| Lights | 1 | 1 | 1.00 | 1 |
| Receptacles | 3 | 0.5 | 0.80 | 0.4 |
| FATC 2 | 5 | 0.2 | 1.00 | 0.2 |
| Spare | 7 | 0 | | 0 |
| Spare | 9 | 0 | | 0 |
| Spare | 11 | 0 | | 0 |
| Spare | 13 | 0 | | 0 |
| Spare | 15 | 0 | | 0 |
| Spare | 17 | 0 | | 0 |
| Spare | 19 | 0 | | 0 |
| Spare | 21 | 0 | | 0 |
| Spare | 23 | 0 | | 0 |
| Spare | 25 | 0 | | 0 |
| Spare | 27 | 0 | | 0 |
| Spare | 29 | 0 | | 0 |
| Spare | 31 | 0 | | 0 |
| Spare | 33 | 0 | | 0 |
| Spare | 35 | 0 | | 0 |
| Spare | 37 | 0 | | 0 |
| Spare | 39 | 0 | | 0 |
| Spare | 41 | 0 | | 0 |
| FCU 30 | 2 | 2.4 | 0.70 | 1.68 |
| FCU 30 | 4 | 2.4 | 0.70 | 1.68 |
| | 6 | 2.4 | 0.70 | 1.68 |
| PAC 30 | 8 | 1.5 | 0.70 | 1.05 |
| | 10 | 1.5 | 0.70 | 1.05 |
| | 12 | 1.5 | 0.70 | 1.05 |
| Spare | 14 | 0 | | 0 |
| Spare | 16 | 0 | | 0 |
| Spare | 18 | 0 | | 0 |
| Spare | 20 | 0 | | 0 |
| Spare | 22 | 0 | | 0 |
| Spare | 24 | 0 | | 0 |
| Spare | 26 | 0 | | 0 |
| Spare | 28 | 0 | | 0 |
| Spare | 30 | 0 | | 0 |
| Spare | 32 | 0 | | 0 |
| Spare | 34 | 0 | | 0 |
| Spare | 36 | 0 | | 0 |
| Spare | 38 | 0 | | 0 |
| Spare | 40 | 0 | | 0 |
| Spare | 42 | 0 | | 0 |
| Total | | 13.4 | 0.78 | 9.79 |

## Pittsburg Retail Power Loads Summary (mostly Un-Metered due to electrical configuration)

| System | TBC Designation | Rated Power | Load Factor | Power Demand |
|---|---|---|---|---|
| 1 HVAC Spare Part Room, Indoor Unit | +21J/21+EO19 | 13.00 | 0.70 | 9.10 |
| 2 HVAC Spare Part Room, Outdoor Unit | +21J/21+PAC19 | 14.00 | 0.70 | 9.80 |
| 3 Building Services in Conv. Building (rated power not used but actual) | +DN001+NOO1 (Sum of converter (BLDG panels) | 105.70 | * | 39.70 |
| 4 Building Services in Operations Build (rated power not used but actual) | +DN002+NOO1 (operating BLDG panels 1 and 2) | 51.60 | * | 33.88 |
| Total | | 184.30 | - | 92.48 |

### PG&E Retail Power Billing (Pittsburg)

| | |
|---|---|
| Power Demand | 92.48 |
| Operational Hours in Year | 8496 |
| PGE Fixed rate Billing | 0.1242 |

| Estimated Annual unmetered Retail Electric Charges | $97,591.57 |
|---|---|

Fixed rate = E-19T Transmission rate ($0.11448/kWh  X 1.085 (8.5% taxes) = $0.1242108/kWh.

## Assumptions

| |
|---|
| Exterior Lights are utilized for approximately 10h per day and have a 42% Load Factor |
| Exterior Receptacles including Maintenance Sockets, Wall Plug Receptacles, and receptacles/lighting in the attic have been estimated to have a Load Factor of 1% due to the lack of use. |
| HVAC Load factors have been assumed to be at 70%. |
| Indoor Receptacle Load Factor is assumed to be 80% on average. (General estimation - obtained from TBC Operations manager - Curt Wiebelhaus) |
| Gates are operated on average of 20 times per day and operate on average of 1 minute per cycle so an assumed 1% Load Factor is substantial. (General estimation - obtained from TBC Operations manager - Curt Wiebelhaus) |
| Fax and copy machines are used during normal business hours and on occasion after hours. These machines have a power save function and so a Load Factor of 20% is assumed. |
| Electric Water heater (EWH1) is assumed to have a Load Factor of 40% due to minimal usage |
| Cells highlighted in GREEN are considered to be Operational Loads and therefore not retail. |
| Load Factor is based on each individual component. |
| Operational Hours= (365-11)*24 |

## POTRERO DESIGN LOADS PER SIEMENS SPECIFICATIONS

| System | TBC Designation | Auxiliary Power Loads | | |
|---|---|---|---|---|
| | | Rated Power | Load Factor | Power Demand |
| Converter Cooling System | =21U61 +UT1 | 429.00 | 0.95 | 408.00 |
| Converter Hall Chiller System 1 | =21U71 –CHIL1 | 136.00 | 1.00 | 136.00 |
| Converter Hall Chiller System 2 | =21U71 –CHIL2 | 136.00 | 0.00 | 0.00 |
| Converter Hall Ventilation System | =21U71 +UX1 | 68.00 | 1.00 | 68.00 |
| Converter Transf. Phase L1, Cooling | =21T01.L1 +GH009 | 11.00 | 1.00 | 11.00 |
| Converter Transf. Phase L2, Cooling | =21T01.L1 +GH009 | 11.00 | 1.00 | 11.00 |
| Converter Transf. Phase L3, Cooling | =21T01.L1 +GH009 | 11.00 | 1.00 | 11.00 |
| Spare Converter Transf. | =21T01.SP +GH009 | 6.00 | 0.50 | 3.00 |
| HVA/C Aux. Pwr. Room 1, Indoor Unit | =21U71 +FCU11 | 12.00 | 1.00 | 12.00 |
| HVA/C Aux. Pwr. Room 1, Outdoor Unit | =21U71 +PAC11 | 14.00 | 0.90 | 13.00 |
| HVA/C Aux. Pwr. Room 1, Indoor Unit | =21U71 +FCU12 | 12.00 | 0.00 | 0.00 |
| HVA/C Aux. Pwr. Room 1, Outdoor Unit | =21U71 +PAC12 | 14.00 | 0.00 | 0.00 |
| HVA/C Aux. Pwr. Room 2, Indoor Unit | =21U71 +FCU13 | 12.00 | 1.00 | 12.00 |
| HVA/C Aux. Pwr. Room 2, Outdoor Unit | =21U71 +PAC13 | 14.00 | 0.90 | 13.00 |
| HVA/C Aux. Pwr. Room 2, Indoor Unit | =21U71 +FCU14 | 12.00 | 0.00 | 0.00 |
| HVA/C Aux. Pwr. Room 2, Outdoor Unit | =21U71 +PAC14 | 14.00 | 0.00 | 0.00 |
| HVA/C C&P Room, Indoor Unit | =21U71 +FCU15 | 8.00 | 1.00 | 8.00 |
| HVA/C C&P Room, Outdoor Unit | =21U71 +PAC15 | 9.00 | 0.90 | 8.00 |
| HVA/C C&P Room, Indoor Unit | =21U71 +FCU16 | 8.00 | 0.00 | 0.00 |
| HVA/C C&P Room, Outdoor Unit | =21U71 +PAC16 | 9.00 | 0.00 | 0.00 |
| HVA/C Cooling Room, Indoor Unit | =21U71 +FCU17 | 13.00 | 1.00 | 13.00 |
| HVA/C Cooling Room, Outdoor Unit | =21U71 +PAC17 | 14.00 | 0.90 | 13.00 |
| HVA/C Cooling Room, Indoor Unit | =21U71 +FCU18 | 13.00 | 0.00 | 0.00 |
| HVA/C Cooling Room, Outdoor Unit | =21U71 +PAC18 | 14.00 | 0.00 | 0.00 |
| HVA/C Spare Part Room, Indoor Unit | =21U71 +FCU19 | 13.00 | 1.00 | 13.00 |
| HVA/C Spare Part Room, Outdoor Unit | =21U71 +PAC19 | 14.00 | 0.90 | 13.00 |
| Battery Charger | =20NK11 +G11 | 35.00 | 0.20 | 7.00 |
| Battery Charger | =20NK21 +G11 | 35.00 | 0.20 | 7.00 |
| Transformer 480 / 208 V (75 kVA) | =20NB01 –T01 | 75.00 | 0.10 | 8.00 |
| Building Services in Conv. Building | =20ND01 +ND01 | 89.00 | 0.60 | 53.00 |
| Building Services in Admin. Building | =20ND02 + ND01 | 50.00 | 0.60 | 30.00 |
| UPS for Control System ** | =20NG01+NG01 | 5.00 | 0.00 | 0.00 |
| UPS for Control System ** | =20NG02+NG01 | 5.00 | 0.00 | 0.00 |
| | | | Total | 871.00 |

### Operations Building Services Panel 1A Circuit 1 — 4

| System | TBC Designati | Rated Power | Load Factor | Power Demand |
|---|---|---|---|---|
| TEL Board | 1 | 0.4 | 0.95 | 0.38 |
| FATC-1** | 3 | 0.2 | 0.95 | 0.19 |
| LCC2 | 5 | 0.2 | 0.95 | 0.19 |
| Server | 7 | 1 | 0.95 | 0.95 |
| Server | 9 | 1 | 0.95 | 0.95 |
| Receptacle | 11 | 1.1 | 0.85 | 0.935 |
| Receptacle | 13 | 0.9 | 0.85 | 0.765 |
| Receptacle | 15 | 0.9 | 0.85 | 0.765 |
| Fax/Copy | 17 | 1 | 0.15 | 0.15 |
| Fax/Copy | 19 | 1 | 0.15 | 0.15 |
| Fax/Copy | 21 | 1 | 0.15 | 0.15 |
| Receptacle | 23 | 1.1 | 0.75 | 0.825 |
| Receptacle | 25 | 0.7 | 0.75 | 0.525 |
| Receptacle | 27 | 0.4 | 0.75 | 0.3 |
| Refrigerator | 29 | 1 | 0.75 | 0.75 |
| Kitchen Receptacles | 31 | 1 | 0.75 | 0.75 |
| Kitchen Receptacles | 33 | 1 | 0.75 | 0.75 |
| Duct Smoke Detector | 35 | 0.2 | 0.95 | 0.19 |
| Spare | 37 | 0 | | 0 |
| Spare | 39 | 0 | | 0 |
| Spare | 41 | 0 | | 0 |
| Lights | 2 | 1.2 | 0.95 | 1.14 |
| Lights | 4 | 1 | 0.95 | 0.95 |
| Lights | 6 | 1 | 0.95 | 0.95 |
| Wall Lights | 8 | 0.3 | 0.42 | 0.126 |
| | 10 | 0.3 | 0.42 | 0.126 |
| PAC 40 | 12 | 3.7 | 0.65 | 2.405 |
| | 14 | 3.7 | 0.65 | 2.405 |
| | 16 | 3.7 | 0.65 | 2.405 |
| | 18 | 3.7 | 0.65 | 2.405 |
| PAC 41 | 20 | 3.7 | 0.65 | 2.405 |
| | 22 | 3.7 | 0.65 | 2.405 |
| | 24 | 0.1 | 0.65 | 0.065 |
| FCU 40 | 26 | 0.1 | 0.65 | 0.065 |
| SPARE | 28 | 0 | 0.01 | 0 |
| FCU 41 | 30 | 0.1 | 0.65 | 0.065 |
| | 32 | 0.1 | 0.65 | 0.065 |
| Attic Lights/Receptacle | 34 | 1 | 0.01 | 0.01 |
| | 36 | 0.1 | 0.65 | 0.065 |
| FCU 42 | 38 | 0.1 | 0.65 | 0.065 |
| Attic Lights/Receptacle | 40 | 1 | 0.01 | 0.01 |
| Receptacles | 42 | 0.5 | 0.75 | 0.375 |
| Total | | 43.2 | 0.653077 | 28.172 |

### Operations Building Services Panel 1A Circuit 2 — 4

| System | TBC Designati | Rated Power | Load Factor | Power Demand |
|---|---|---|---|---|
| Outside Receptacle | 43 | 0.2 | 0.01 | 0.002 |
| Kitchen Receptacle | 45 | 1 | 0.75 | 0.75 |
| Disposal | 47 | 1 | 0.01 | 0.01 |
| Ceiling Receptacle | 49 | 0.5 | 0.01 | 0.005 |
| Spare | 51 | 0 | | 0 |
| Quad | 53 | 0.4 | 1 | 0.4 |
| | 55 | 0 | | 0 |
| SPARE | 57 | 0 | | 0 |
| G-50A | 59 | 0.1 | 0.95 | 0.095 |
| | 61 | 0.1 | 0.95 | 0.095 |
| Spare | 63 | 0 | | 0 |
| Spare | 65 | 0 | | 0 |
| Spare | 67 | 0 | | 0 |
| Spare | 69 | 0 | | 0 |
| Spare | 71 | 0 | | 0 |
| Spare | 73 | 0 | | 0 |
| Spare | 75 | 0 | | 0 |
| Spare | 77 | 0 | | 0 |
| Spare | 79 | 0 | | 0 |
| Spare | 81 | 0 | | 0 |
| Spare | 83 | 0 | | 0 |
| EWH-1 | 44 | 1 | 0.35 | 0.35 |
| | 46 | 1 | 0.35 | 0.35 |
| Spare | 48 | 0 | | 0 |
| Spare | 50 | 0 | | 0 |
| Siemens CUB | 52 | 0.5 | 0.95 | 0.475 |
| FCU 43 | 54 | 0.1 | 0.65 | 0.065 |
| | 56 | 0.1 | 0.65 | 0.065 |
| FCU 44 | 58 | 0.1 | 0.65 | 0.065 |
| | 60 | 0.1 | 0.65 | 0.065 |
| | 62 | 0.1 | 0.65 | 0.065 |
| FCU 45 | 64 | 0.1 | 0.65 | 0.065 |
| | 66 | 0.1 | 0.65 | 0.065 |
| FCU 46 | 68 | 0.1 | 0.65 | 0.065 |
| | 70 | 0.1 | 0.65 | 0.065 |
| FCU 47 | 72 | 0.1 | 0.65 | 0.065 |
| | 74 | 0.1 | 0.95 | 0.095 |
| BCC 1 | 76 | 0.1 | 0.95 | 0.095 |
| | 78 | 0.1 | 0.95 | 0.095 |
| BCC 2 | 80 | 0.1 | 0.95 | 0.095 |
| Spare | 82 | 0 | | 0 |
| Spare | 84 | 0 | | 0 |
| Total | | 7.2 | 0.65125 | 3.562 |

**Converter Building Services Panel H** — 3

| System | Designation | Rated Power | Load Factor | Power Demand |
|---|---|---|---|---|
| Site Pole Light | 1 | 3 | 0.42 | 1.26 |
|  | 3 | 3 | 0.42 | 1.26 |
| Site Pole Light | 5 | 3 | 0.42 | 1.26 |
|  | 7 | 3 | 0.42 | 1.26 |
| Site Pole Light | 9 | 3 | 0.42 | 1.26 |
|  | 11 | 3 | 0.42 | 1.26 |
| Site Pole Light | 13 | 3 | 0.42 | 1.26 |
|  | 15 | 3 | 0.42 | 1.26 |
| Wall Lights | 17 | 3 | 0.42 | 1.26 |
|  | 19 | 3 | 0.42 | 1.26 |
| Converter Hall Lights | 21 | 3 | 1 | 3 |
|  | 23 | 3 | 1 | 3 |
| Spare | 25 | 0 |  | 0 |
|  | 27 | 0 |  | 0 |
| Spare | 29 | 0 |  | 0 |
|  | 31 | 0 |  | 0 |
| Spare | 33 | 0 |  | 0 |
|  | 35 | 0 |  | 0 |
| Panel 'L1' (See Panel L1 Details) | 37 | 0 |  | 0 |
|  | 39 | 0 |  | 0 |
|  | 41 | 0 |  | 0 |
| POLE LTS | 2 | 0.2 | 0.42 | 0.084 |
|  | 4 | 0.2 | 0.42 | 0.084 |
| Spare | 6 | 0 |  | 0 |
|  | 8 | 0 |  | 0 |
|  | 10 | 0 |  | 0 |
| Spare | 12 | 0 |  | 0 |
|  | 14 | 0 |  | 0 |
|  | 16 | 0 |  | 0 |
| Spare | 18 | 0 |  | 0 |
|  | 20 | 0 |  | 0 |
| Spare | 22 | 0 |  | 0 |
|  | 24 | 0 |  | 0 |
| Maintenance Socket | 26 | 3 | 0.01 | 0.03 |
|  | 28 | 3 | 0.01 | 0.03 |
|  | 30 | 3 | 0.01 | 0.03 |
| Maintenance Socket | 32 | 3 | 0.01 | 0.03 |
|  | 34 | 3 | 0.01 | 0.03 |
|  | 36 | 3 | 0.01 | 0.03 |
| Maintenance Socket | 38 | 3 | 0.01 | 0.03 |
|  | 40 | 3 | 0.01 | 0.03 |
|  | 42 | 3 | 0.01 | 0.03 |
| Total |  | 63.4 | 0.31 | 19.038 |

**Converter Building Services Panel L1 Circuit 1** — 3

| System | Designation | Rated Power | Load Factor | Power Demand |
|---|---|---|---|---|
| Irrigation Control | 1 | 0.2 | 1 | 0.2 |
| Gate A Panel | 3 | 1.4 | 0.01 | 0.014 |
|  | 5 | 1.4 | 0.01 | 0.014 |
| CAMERA LTS | 7 | 0.2 | 0.42 | 0.084 |
| CAMERA LTS | 9 | 0.2 | 0.42 | 0.084 |
| SPARE | 11 | 0 |  | 0 |
|  | 13 | 0 |  | 0 |
| SPARE | 15 | 0 |  | 0 |
|  | 17 | 0 |  | 0 |
| Valve Heater | 19 | 0.2 |  | 0 |
| Valve Heater | 21 | 0.2 |  | 0 |
| WP REC | 23 | 0.2 | 0.01 | 0.002 |
|  | 25 | 0.2 | 0.01 | 0.002 |
|  | 27 | 0.2 | 0.01 | 0.002 |
| WP REC | 29 | 0.5 | 0.01 | 0.005 |
|  | 31 | 0.2 | 0.01 | 0.002 |
|  | 33 | 0.2 | 0.01 | 0.002 |
| WP REC | 35 | 0.2 | 0.01 | 0.002 |
|  | 37 | 0.2 | 0.01 | 0.002 |
| WP REC | 39 | 0.2 | 0.01 | 0.002 |
| WP REC | 41 | 0.2 | 0.01 | 0.002 |
| C&P RM Lights | 2 | 1 | 0.95 | 0.95 |
| C&P RM Lights | 4 | 1 | 0.95 | 0.95 |
| AUX PWR RM Lights | 6 | 1 | 0.95 | 0.95 |
| PUMP RM Lights | 8 | 1 | 0.95 | 0.95 |
| WALL LIGHTS | 10 | 0.5 | 0.42 | 0.21 |
| Recepticles | 12 | 0.9 | 0.75 | 0.675 |
| Recepticles | 14 | 1.1 | 0.75 | 0.825 |
| Recepticles | 16 | 1.3 | 0.75 | 0.975 |
| Recepticles | 18 | 0.5 | 0.75 | 0.375 |
| SPARE | 20 | 0 |  | 0 |
| BEF 1 | 22 | 0.5 |  | 0 |
| BEF 2 | 24 | 0.5 |  | 0 |
| CONV EXIT LTS | 26 | 0.2 | 1 | 0.2 |
| LCC1 | 28 | 0.2 | 1 | 0.2 |
|  | 30 | 0.2 | 0.01 | 0.002 |
| WP REC | 32 | 0.2 | 0.01 | 0.002 |
|  | 34 | 0.2 | 0.01 | 0.002 |
| Spare | 36 | 0 |  | 0 |
| Panel 'L2' (See Panel L2 Details) | 38 | 0 |  | 0 |
|  | 40 | 0 |  | 0 |
|  | 42 | 0 |  | 0 |
| Total |  | 16.4 | 0.386551724 | 7.685 |

Attachment to Special Agreement between Pacific Gas and Electric and TBC

## Converter Building Services Panel L1 Circuit 2

| System | Designation | Rated Power | Load Factor | Power Demand |
|---|---|---|---|---|
| CCTV CAMERAS S | 43 | 0.5 | 1 | 0.5 |
| DELUGE PANEL*** | 45 | 0.4 | 1 | 0.4 |
| CCTV CAMERAS N | 47 | 0.5 | 1 | 0.5 |
| Power Gate A | 49 | 1.2 | 0.01 | 0.012 |
| Power Gate A | 51 | 1.2 | 0.01 | 0.012 |
| Receptacles | 53 | 0.9 | 0.75 | 0.675 |
| Receptacles | 55 | 0.7 | 0.75 | 0.525 |
| Thermostats | 57 | 0.2 | 1 | 0.2 |
| Spare | 59 | 0 | | 0 |
| Thermostats | 61 | 0.2 | 1 | 0.2 |
| Spare | 63 | 0 | | 0 |
| Spare | 65 | 0 | | 0 |
| Spare | 67 | 0 | | 0 |
| Spare | 69 | 0 | | 0 |
| Spare | 71 | 0 | | 0 |
| Spare | 73 | 0 | | 0 |
| Spare | 75 | 0 | | 0 |
| Spare | 77 | 0 | | 0 |
| Spare | 79 | 0 | | 0 |
| Spare | 81 | 0 | | 0 |
| Spare | 83 | 0 | | 0 |
| DATA GATHER BOX | 44 | 0.5 | 1 | 0.5 |
| DUCT Smoke DET*** | 46 | 0.2 | 1 | 0.2 |
| BURGLAR ALARM | 48 | 0.2 | 1 | 0.2 |
| Spare | 50 | 0 | | 0 |
| Spare | 52 | 0 | | 0 |
| Spare | 54 | 0 | | 0 |
| Spare | 56 | 0 | | 0 |
| OUTSIDE REC | 58 | 0.2 | 0.01 | 0.002 |
| Spare | 60 | 0 | | 0 |
| Spare | 62 | 0 | | 0 |
| Spare | 64 | 0 | | 0 |
| Spare | 66 | 0 | | 0 |
| Spare | 68 | 0 | | 0 |
| Spare | 70 | 0 | | 0 |
| Spare | 72 | 0 | | 0 |
| Spare | 74 | 0 | | 0 |
| Spare | 76 | 0 | | 0 |
| Spare | 78 | 0 | | 0 |
| Spare | 80 | 0 | | 0 |
| Spare | 82 | 0 | | 0 |
| Spare | 84 | 0 | | 0 |
| Total | | 6.9 | 0.733076923 | 3.926 |

## Converter Building Services Panel L2

| System | Designation | Rated Power | Load Factor | Power Demand |
|---|---|---|---|---|
| Lights | 1 | 1 | 0.42 | 0.42 |
| Receptacles | 3 | 0.5 | 0.75 | 0.375 |
| FATC 2**** | 5 | 0.2 | 1.00 | 0.2 |
| Spare | 7 | 0 | | 0 |
| Spare | 9 | 0 | | 0 |
| Spare | 11 | 0 | | 0 |
| Spare | 13 | 0 | | 0 |
| Spare | 15 | 0 | | 0 |
| Spare | 17 | 0 | | 0 |
| Spare | 19 | 0 | | 0 |
| Spare | 21 | 0 | | 0 |
| Spare | 23 | 0 | | 0 |
| Spare | 25 | 0 | | 0 |
| Spare | 27 | 0 | | 0 |
| Spare | 29 | 0 | | 0 |
| Spare | 31 | 0 | | 0 |
| Spare | 33 | 0 | | 0 |
| Spare | 35 | 0 | | 0 |
| Spare | 37 | 0 | | 0 |
| Spare | 39 | 0 | | 0 |
| Spare | 41 | 0 | | 0 |
| FCU-30 | 2 | 2.4 | 0.65 | 1.56 |
| FCU-30 | 4 | 2.4 | 0.65 | 1.56 |
| FCU-30 | 6 | 2.4 | 0.65 | 1.56 |
| PAC-30 | 8 | 1.5 | 0.65 | 0.975 |
| PAC-30 | 10 | 1.5 | 0.65 | 0.975 |
| PAC-30 | 12 | 1.5 | 0.65 | 0.975 |
| Spare | 14 | 0 | | 0 |
| Spare | 16 | 0 | | 0 |
| Spare | 18 | 0 | | 0 |
| Spare | 20 | 0 | | 0 |
| Spare | 22 | 0 | | 0 |
| Spare | 24 | 0 | | 0 |
| Spare | 26 | 0 | | 0 |
| Spare | 28 | 0 | | 0 |
| Spare | 30 | 0 | | 0 |
| Spare | 32 | 0 | | 0 |
| Spare | 34 | 0 | | 0 |
| Spare | 36 | 0 | | 0 |
| Spare | 38 | 0 | | 0 |
| Spare | 40 | 0 | | 0 |
| Spare | 42 | 0 | | 0 |
| Total | | 13.4 | 0.67 | 8.6 |

| Assumptions |
| --- |
| Exterior lights are utilized for approximately 10h per day and have a 42% Load Factor. |
| Exterior Receptacles including Maintenance Sockets, WP Receptacles, and receptacles/lighting in the attic have been estimated to have a Load Factor of 1% due to the lack of use. |
| HVAC Load Factors have been assumed to be at 65%. |
| Indoor Receptacle Load Factor is assumed to be 75% on average. (General estimation) |
| Gates are operated on average of 20 times per day and operate on average of 1 minute per cycle so an assumed 1% Load Factor is assumed. |
| Fax and copy machines are used during normal business hours and on occasion after hours. These machines have a power save function and so a Load Factor of 20% is assumed. |
| Electric Water heater (EWH1) is assumed to have a Load Factor of 40% due to minimal usage. |
| Cells highlighted in GREEN are considered to be Operational Loads and therefore not retail. |
| A 5% Load Factor has been deducted comparatively to Pittsburg in regards to receptacles, HVAC, and other general energy usage due to Potrero being an unmanned station and due to the climatology difference. |
| Load Factor is based on each individual component. |
| Operational Hours= (365-11)*24 |

| Potrero Retail Power Loads Summary (mostly Un-Metered due to electrical configuration) | | | | |
| --- | --- | --- | --- | --- |
| System | Designation | Retail Power | Load Factor | Power Demand |
| 1 HVAC Spare Part Room, Indoor Unit | +11J71 –FD39 | 13.00 | 0.65 | 8.45 |
| 2 HVAC Spare Part Room, Outdoor Unit | +11J71 –FAC19 | 14.00 | 0.65 | 9.10 |
| 3 Building Services in Conv. Building (rated power not used but actuals) | +3IN0D3 +IN01 (sum of converter BLDG panels) | 100.10 | * | 39.25 |
| 4 Building Services in Operations Build (rated power not used but actuals) | +3IN0D2 +IN01 (operating BLDG panels 1 and 2) | 50.60 | * | 31.73 |
| Total | | 177.50 | * | 88.53 |

| PG&E Retail Power Billing (Potrero) | |
| --- | --- |
| Power Demand | 88.53 |
| Operational Hours in Year | 8496 |
| PG&E Fixed rate Billing | 0.1242 |
| Estimated Annual unmetered Retail Electric Charges | $93,428.43 |

Fixed rate = E-19T Transmission rate ($0.11448/kWh X 1.085% (8.5% taxes) = $0.1242108/kWh

3 x 600k w Generac generators (1.8 MW) - backup for load at each station.

# EXHIBIT 2

## AMENDMENT TO SPECIAL AGREEMENT

### FOR
### UNMETERED ELECTRICAL SERVICE – LIMITED EXCEPTION

### BETWEEN
### TRANS BAY CABLE LLC
### AND
### PACIFIC GAS AND ELECTRIC COMPANY

### FOR THE TRANS BAY CABLE TRANSMISSION LINE

This Amendment ("Amendment"), dated as of the Effective Date, is entered into PACIFIC GAS AND ELECTRIC COMPANY, a California corporation ("PG&E"), and TRANS BAY CABLE LLC, a Delaware limited liability company ("TBC") (either entity a "Party" or collectively the "Parties").

### RECITALS

**Whereas,** the Parties entered into a Special Agreement for Unmetered Electrical Service – Limited Exception Between Trans Bay Cable LLC and Pacific Gas and Electric Company for the Trans Bay Cable Transmission Line ("Agreement"), dated as of August 7, 2017; and

**Whereas,** the Parties desire to enter into this Amendment to correct the Agreement as set forth below;

**NOW, THEREFORE**, it is agreed:

1. Amendment to Agreement: Paragraph 5 of the Agreement is hereby amended to replace "average E-19P rate" with "average E-19T rate."

2. No waiver: Except as specifically provided above, this Amendment shall in no way operate as a consent, waiver, forbearance under any provision of the Agreement, and all of the terms of the Agreement shall remain in full force and effect.

3. Effective Date: This Amendment shall become effective as of the later of the Execution Date of this Amendment or the effective date of the Agreement.

4. This Agreement and the rights and duties of the Parties hereunder shall be governed by and construed, enforced and performed in accordance with the laws of the state of California, without regard to principles of

conflict of law. To the extent enforceable at such time, each Party waives its respective rights to any jury trial with respect to any litigation.

5.  Unless otherwise expressly ordered by the California Public Utilities Commission, this Agreement at all times shall be subject to such modifications as the California Public Utilities Commission may direct from time to time in the exercise of its jurisdiction.

6.  If any provision in this Agreement is determined to be invalid, void, or unenforceable by the California Public Utilities Commission or any court having proper jurisdiction, such determination shall not invalidate, void, or make unenforceable any other provision, agreement or covenant of this Agreement and the Parties shall use their best efforts to modify this Agreement to give effect to the original intention of the Parties.

7.  This Agreement may be executed in one or more counterparts each of which shall be deemed an original and all of which shall be deemed one and the same Agreement. Delivery of an executed counterpart of this Agreement by facsimile or electronic mail ("email") transmission of a PDF file will be deemed as effective as delivery of an originally executed counterpart. Each Party delivering an executed counterpart of this Agreement by facsimile or email transmission will also deliver an original executed counterpart, but the failure of any Party to deliver an original executed counterpart of this Agreement will not affect the validity or effectiveness of this Agreement.

8.  This Agreement shall be considered for all purposes as prepared through the joint efforts of the Parties and shall not be construed against one Party or the other as a result of the preparation, substitution, submission or other event of negotiation, drafting or execution hereof. Except to the extent provided for, no amendment to or modification of this Agreement shall be enforceable unless reduced to writing and executed by both Parties. This Agreement shall not impart any rights enforceable by any third party (other than a permitted successor or assignee bound to this Agreement). Waiver by a Party of any default by the other Party shall not be construed as a waiver of any other default. The term "including" when used in this Agreement shall be by way of example only and shall not be considered in any way to be in limitation. The headings used herein are for convenience and reference purposes only.

AMENDMENT TO SPECIAL AGREEMENT                                    2

**IN WITNESS WHEREOF**, each Party has caused this Agreement to be duly executed by its authorized representative as of the date of last signature provided below ("Execution Date")

**PACIFIC GAS AND ELECTRIC COMPANY**

By:

Name: Aaron August

Title: Director, Business Energy Solutions

Date: 8/21/17

**TRANS BAY CABLE LLC**

By:

Name: Sean O'Reilly

Title: Chief Operating Officer

Date: 8/18/17

AMENDMENT TO SPECIAL AGREEMENT                                    3

# EXHIBIT 3



January 25, 2019

Pacific Gas and Electric Company
77 Beale Street
San Francisco, CA 94105
Attention: Alyssa Koo

Re:     Special Agreement for Unmetered Electric Service

Dear Ms. Koo:

Reference is made to that certain Special Agreement for Unmetered Electrical Service – Limited
Exception between Trans Bay Cable LLC ("TBC") and Pacific Gas and Electric Company
("PG&E") for the Trans Bay Cable Transmission Line executed August 7, 2017 (the "Special
Agreement"). Capitalized terms have the definitions ascribed to them in the Special Agreement
unless otherwise defined in this letter.

Pursuant to Section 3 of the Special Agreement, TBC hereby notifies PG&E that TBC is aware
of material modification to the retail loads at both its converter station as a result of new
information regarding the retail load demands. TBC has installed meters at both its facilities to
track previously unmetered retail load and compared those outputs with those utilized in
Attachment A to the Special Agreement. Based on TBC's calculation, from March 2018 to
current, TBC has overpaid the Monthly Retail Adder by an estimated total sum of $154,000 and
formally requests refund of the overpayment. TBC is open to any review and other inspections as
required by the Special Agreement for the verification of its findings.

Please contact the undersigned to discuss the matter at your earliest convenience.

Sincerely,

Lenneal K. Gardner
Corporate Counsel
TRANS BAY CABLE LLC

Trans Bay Cable LLC
One Letterman Drive • Bldg C • 5th Floor • San Francisco CA 94129
T +1 415 291 2300 • F +1 415 651 9500 • www.transbaycable.com