Kenneth N. Klee (State Bar No. 63372)
David M. Stern (State Bar No. 67697)
Samuel M. Kidder (State Bar No. 284015)
KTBS LAW LLP, *f/k/a* KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, Thirty-Ninth Floor
Los Angeles, California 90067
Telephone: 310-407-4000
Facsimile: 310-407-9090
Email: kklee@ktbslaw.com
dstern@ktbslaw.com
skidder@ktbslaw.com

*Attorneys for Trans Bay Cable LLC*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>-and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION OF MICHAEL BLUNT IN SUPPORT OF OBJECTION OF TRANS BAY CABLE LLC TO PROPOSED CURE AMOUNT IN CONNECTION WITH SPECIAL AGREEMENT FOR UNMETERED ELECTRICAL SERVICE**<br><br>[Hearing Date TBD] |

I, Michael Blunt, hereby declare as follows:

1. I am employed as the Director of Operations at Trans Bay Cable LLC ("TBC"), a subsidiary of NextEra Energy Transmission, LLC. I have served as Director of Operations since 2017. I have been continuously employed in the operation and maintenance of TBC's transmission facility since 2010. As Director of Operations, I am familiar with all aspects of TBC's operations, including its retail energy usage.

KTBS LAW LLP
1999 AVENUE OF THE STARS, THIRTY-NINTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

2. The facts set forth in this declaration are based upon my personal knowledge or my review of relevant documents. If called upon to testify, I would testify to the facts set forth in this declaration.

3. TBC constructed, owns, and operates a 53-mile direct current electrical transmission cable buried in the San Francisco Bay. The transmission line extends from a converter station in the city of Pittsburg, CA to a similar converter station in San Francisco, CA. It provides up to approximately 40% of the peak electrical power needs of the city of San Francisco.

4. I have reviewed the *Special Agreement for Unmetered Electrical Service – Limited Exception*, dated August 7, 2017 (the "Special Agreement") and am familiar with the methodology set forth therein for calculating TBC's "Estimated Retail Demand."

5. In or about July 2018, I supervised the installation of four brand new metering units to meter the consumption of the circuits that draw retail energy at TBC's converter station in Pittsburg, CA ("Pittsburg Converter Station") and its converter station in San Francisco, CA (the "Potrero Converter Station" and, together with the Pittsburg Converter Station, the "Converter Stations"). I provided the engineering input for the meter locations to ensure the appropriate circuits were metered. With those meters installed, TBC is able to directly measure the retail energy consumed by each Converter Station. TBC initially collected a three-month (July, August, and September of 2018) sample of meter readings to ensure accuracy and consistency, and has continued to collect usage data from the meters in each month thereafter.

6. The meter readings showed that the Estimated Retail Demand assumed in the Special Agreement is substantially larger than TBC's actual retail energy consumption. Attached hereto as Exhibit 4 is a true and correct copy of relevant excerpts from an Excel workbook that I prepared. Exhibit 4 displays the actual retail consumption, in Kilowatt hours (kWh) of each of the Converter Stations for each month from July 2018 through April 2020. The usage data included in Exhibit 4 was downloaded directly from the meters and copied into the Excel workbook.

7. Exhibit 4 also displays the amount that TBC would have been charged for each month from July 2018 through April 2020 if charges had been based on its actual metered usage

rather than the Estimated Retail Demand assumption. To estimate what the monthly bill would have been if it had been based on metered usage, I multiplied the metered usage by the rates set forth in the applicable PG&E rate schedule (Schedule E-19-T). As Exhibit 4 shows, if PG&E had applied this methodology, the total estimated amount of TBC's charges for retail energy for the period from July 2018 through April 2020 would have been $152,364.71 ($105,046.43 for the Pittsburg station plus $47,318.28 for the Potrero station).

8. Exhibit 4 also shows the amounts actually billed by PG&E for unmetered retail energy in each month from July 2018 through April 2020 (*i.e.*, the amounts derived from the Estimated Retail Demand figures set forth in the Special Agreement). PG&E billed (and TBC paid) a total amount during such period of $423,125.47 ($207,499.45 for the Pittsburg station plus $215,626.02 for the Potrero station).

9. On November 28, 2018, after TBC had reviewed and verified its three-month sample of meter readings, I emailed a PG&E representative to discuss changes to the methodology for measuring TBC's retail load. A true and correct copy of an email chain beginning with that email is attached hereto as Exhibit 5.

10. On or about November 29, 2018, I had a phone call with Andrew D'Amico, PG&E's account representative for the TBC accounts. As set forth in the November 29, 2018 email I sent to Mr. D'Amico, which is included in the email chain in Exhibit 5, the call concerned TBC's "request to review the unmetered load agreement for our facility." I explained on the call that TBC's meter data demonstrated that TBC was using substantially less retail energy than the amount estimated in the Special Agreement. On December 14, 2018, I had a follow-up call with Mr. D'Amico and Dylan Savidge of PG&E, during which I again explained the issue and requested that PG&E review and revise the estimates of retail demand under the Special Agreement.

11. In an email exchange spanning the period from December 12, 2018 to February 12, 2019, I sent PG&E representatives a link to access certain line drawings and technical information regarding the meters installed by TBC. A true and correct copy of that email exchange is attached hereto as Exhibit 6. Exhibit 6 shows that on February 12, 2019, Mr. Savidge of PG&E responded:

KTBS LAW LLP
1999 AVENUE OF THE STARS, THIRTY-NINTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

"I just spoke with our metering engineer. He has reviewed the metering information and single lines and feels that we can work with this. He would like to visit both sites and it looks like he's available the week of February 25."

12. On April 9, 2019, Messrs. D'Amico and Savidge visited the Pittsburg Converter Station to inspect and verify the meter installed by TBC. After we discussed the issue and they reviewed the meters installed by TBC, they acknowledged that the Estimated Retail Demand figures in the Special Agreement overstated TBC's actual retail energy consumption. They did not dispute the accuracy of TBC's meter readings. Mr. Savidge stated, however, that due to technical incompatibilities between PG&E's technology and TBC's meters, PG&E would not be able to draw usage data from TBC's meters for purposes of calculating retail load. We discussed potential workarounds, including installation by PG&E of its own meters at the Converter Stations. They stated that they would look into such solutions and get back to me.

13. Having heard nothing further from PG&E, on September 13, 2019, I followed up with an email to Messrs. D'Amico and Savidge asking "how your meter department is doing with regards to our meter solution, and if they are able to integrate with out [*sic*] meters?" A true and correct copy of that email is attached hereto as <u>Exhibit 7</u>. I did not receive a response to that email.

I declare under penalty of perjury under the laws of the United States, pursuant to section 1746 of title 28 of the United States Code, that the foregoing is true and correct and I executed this declaration on May 15, 2020 at Oakley, California.

> */s/ Michael Blunt*
> Michael Blunt

# EXHIBIT 4

| PGE E-19-T Fixed Rate | $0.1242108 | /kwH | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Monthly Billing Interval | Pittsburg KWH | Pittsburg Monthly Cost (By TBC Meter) | Pittsburg Monthly Cost (Billed by PG&E) | Estimated Pittsburg Overpayment | Potrero KWH | Potrero Monthly Cost (by TBC Meter) | Potrero Monthly Cost (Billed by PG&E) | Estimated Potrero Overpayment |
| July-18 | 40,210.5 | $4,994.58 | $10,231.21 | $5,236.63 | 18,440.2 | $2,290.47 | $10,639.07 | $ 8,348.60 |
| August-18 | 38,770.1 | $4,815.66 | $10,231.21 | $5,415.55 | 18,053.3 | $2,242.42 | $10,639.07 | $ 8,396.65 |
| September-18 | 36,260.4 | $4,503.93 | $10,186.80 | $5,682.87 | 18,273.8 | $2,269.80 | $10,590.82 | $ 8,321.02 |
| October-18 | 38,558.4 | $4,789.37 | $10,245.93 | $5,456.56 | 18,885.3 | $2,345.76 | $10,654.38 | $ 8,308.62 |
| November-18 | 36,528.1 | $4,537.18 | $8,700.08 | $4,162.90 | 18,113.7 | $2,249.91 | $9,043.29 | $ 6,793.38 |
| December-18 | 39,083.4 | $4,854.58 | $8,759.21 | $3,904.63 | 18,467.0 | $2,293.80 | $9,106.85 | $ 6,813.05 |
| January-19 | 39,453.0 | $4,900.48 | $8,663.51 | $3,763.03 | 19,346.0 | $2,402.98 | $9,007.58 | $ 6,604.60 |
| February-19 | 35,514.4 | $4,411.27 | $8,486.10 | $4,074.83 | 17,760.4 | $2,206.04 | $8,816.87 | $ 6,610.83 |
| March-19 | 35,853.4 | $4,453.38 | $8,734.46 | $4,281.08 | 17,741.1 | $2,203.63 | $9,081.01 | $ 6,877.38 |
| April-19 | 39,330.6 | $4,885.28 | $8,675.33 | $3,790.05 | 18,213.0 | $2,262.25 | $9,017.44 | $ 6,755.19 |
| May-19 | 36,137.0 | $4,488.61 | $10,295.46 | $5,806.85 | 18,218.5 | $2,262.93 | $10,706.14 | $ 8,443.21 |
| June-19 | 38,904.7 | $4,832.39 | $10,236.33 | $5,403.94 | 16,591.7 | $2,060.86 | $10,642.57 | $ 8,581.71 |
| July-19 | 37,829.2 | $4,698.79 | $10,497.39 | $5,798.60 | 16,667.9 | $2,070.33 | $10,914.40 | $ 8,844.07 |
| August-19 | 39,716.3 | $4,933.19 | $10,497.39 | $5,564.20 | 16,295.1 | $2,024.03 | $10,914.40 | $ 8,890.37 |
| September-19 | 38,570.6 | $4,790.89 | $10,438.26 | $5,647.37 | 14,280.6 | $1,773.80 | $10,850.83 | $ 9,077.03 |
| October-19 | 39,230.2 | $4,872.81 | $10,532.91 | $5,660.10 | 16,108.8 | $2,000.88 | $10,950.21 | $ 8,949.33 |
| November-19 | 38,363.4 | $4,765.15 | $8,587.59 | $3,822.44 | 17,128.4 | $2,127.53 | $8,910.81 | $ 6,783.28 |
| December-19 | 40,536.4 | $5,035.05 | $8,633.58 | $3,598.53 | 17,048.3 | $2,117.58 | $8,960.25 | $ 6,842.67 |
| January-20 | 43,124.2 | $5,356.49 | $8,751.17 | $3,394.68 | 18,119.5 | $2,250.64 | $9,082.09 | $ 6,831.45 |
| February-20 | 38,245.8 | $4,750.54 | $8,659.18 | $3,908.64 | 16,844.0 | $2,092.21 | $8,983.20 | $ 6,890.99 |
| March-20 | 39,277.8 | $4,878.73 | $8,751.17 | $3,872.44 | 16,028.6 | $1,990.93 | $9,082.09 | $ 7,091.16 |
| April-20 | 36,213.3 | $4,498.09 | $8,705.18 | $4,207.09 | 14,326.5 | $1,779.50 | $9,032.65 | $ 7,253.15 |
| Totals | 845,710.9 | $105,046.43 | $207,499.45 | $102,453.02 | 380,951.4 | $47,318.28 | $215,626.02 | $ 168,307.74 |

# EXHIBIT 5

Case: 19-30088 Doc# 7225 Filed: 05/15/20 Entered: 05/15/20 11:43:21 Page 7 of 18

| From: | Blunt, Michael |
|---|---|
| To: | D"Amico, Andrew |
| Cc: | Ismail Al-Jihad; Dubon, Rene; Miles, Kathleen; SharedMailbox, SeanOReilly; Gardner, Lenneal; Savidge, Dylan |
| Subject: | Re: Trans Bay Cable - Account Representation |
| Attachments: | image003.png |

Yes I am, please set this up and send me the details.

Get Outlook for Android

---

**From:** D'Amico, Andrew
**Sent:** Wednesday, December 12, 2018 3:46:09 PM
**To:** Michael Blunt (TBC Ops)
**Cc:** Ismail Al-Jihad; Dubon, Rene; Miles, Kathleen; Sean O'Reilly; Lenneal Gardner; Savidge, Dylan
**Subject:** RE: Trans Bay Cable - Account Representation

Hi Michael,

Thanks for reaching out. After we spoke, I did some digging and found the Tariff Analyst (Dylan Savidge) that helped set up and get approved this contract. If you are free on Friday, 12/14 between 2:30 and 3:30, Dylan and I would like to have a phone meeting with you to continue discussions.

Are you free at this time?

Thank you,

**Andrew D'Amico | Customer Relationship Manager**
**BES |** Business Energy Solutions – Mid Market
Pacific Gas & Electric | 800 W 2nd St | Antioch, CA 94509
M: 510.359.0203 | E-mail: A1DQ@pge.com



The **PG&E Small and Medium Business Team** wants to help you get your rebate dollars faster! Now you can use our convenient online self-service application to apply for your energy efficiency rebates. Because we understand that in business, saving time is saving money.

**From:** Michael Blunt (TBC Ops)
**Sent:** Wednesday, December 12, 2018 2:17 PM
**To:** D'Amico, Andrew
**Cc:** Ismail Al-Jihad ; Dubon, Rene ; Miles, Kathleen ; Sean O'Reilly ; Lenneal Gardner
**Subject:** RE: Trans Bay Cable - Account Representation

*****CAUTION: This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.*****

Hi Andrew,

I wanted to follow up with you to see if you have had a chance to review the agreement between TBC and PG&E, and if you are able to discuss metering those unmetered electrical loads? Please contact me via email or at 925-206-0483.

Best Regards,
Michael Blunt

**Michael Blunt** | **Director Of Operations** | **Trans Bay Cable LLC**
One Letterman Drive | Building C | 5th Floor | San Francisco, CA 94129 |: 925.635.9922 |: 925.206.0483 |
Michael.Blunt@transbaycable.com



**From:** Michael Blunt (TBC Ops)
**Sent:** Thursday, November 29, 2018 2:22 PM
**To:** D'Amico, Andrew <A1Dq@pge.com>

**Cc:** Ismail Al-Jihad <ismail.al-jihad@transbaycable.com>; Dubon, Rene <R2Dg@pge.com>; Miles, Kathleen <KGM4@pge.com>; Sean O'Reilly <sean.oreilly@transbaycable.com>; Lenneal Gardner <lenneal.gardner@transbaycable.com>
**Subject:** RE: Trans Bay Cable - Account Representation

Hi Andrew,

Thank you for giving me a call today regarding our request to review the unmetered load agreement for our facility. Please find the executed copy of this agreement attached for your review. Let me know if you have any questions, and I'll be in touch with you next week to schedule a site visit so we can sit and discuss this further.

Best Regards,
Michael Blunt

**Michael Blunt** | **Director Of Operations** | **Trans Bay Cable LLC**

One Letterman Drive | Building C | 5th Floor | San Francisco, CA 94129 |: 925.635.9922 |: 925-206-0483 |
Michael.Blunt@transbaycable.com



**From:** Woerner, Naomi <NEW3@pge.com>
**Sent:** Thursday, November 29, 2018 12:44 PM
**To:** Michael Blunt (TBC Ops) <michael.blunt@transbaycable.com>
**Cc:** Ismail Al-Jihad <ismail.al-jihad@transbaycable.com>; Dubon, Rene <R2Dg@pge.com>; D'Amico, Andrew <A1Dq@pge.com>; Miles, Kathleen <KGM4@pge.com>
**Subject:** RE: Trans Bay Cable - Account Representation

Hello Michael,

Please excuse my delay in response.

I am not in the Customer Account Relations organization. My role is to announce to customers any advance planned maintenance that will result in a temporary interruption in electric service to one or more of the customer's meters.

I have reached out to the department that manages customer account relations. You will be hearing back from Andrew D'Amico. I am confident Andrew will be able to assist you with your inquiry.

Regards,
Naomi Woerner
Planned Outage Coordinator
Pacific Gas and Electric Company
925-674-6571

**From:** Michael Blunt (TBC Ops) <Michael.Blunt@Transbaycable.com>
**Sent:** Wednesday, November 28, 2018 4:10 PM
**To:** Woerner, Naomi <NEW3@pge.com>
**Cc:** Ismail Al-Jihad <ismail.al-jihad@transbaycable.com>
**Subject:** Trans Bay Cable - Account Representation

*****CAUTION: This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.*****

Hi Naomi,

I have an email from you indicating that you would be our account rep for the following accounts. TBC would like to confirm you are our point of contact and would like to schedule some time with you to discuss our unmetered accounts. Also we would like to discuss our other unmetered accounts in San Francisco that we have.

Thanks for your time, please contact me at Michael.blunt@transbaycable.com or via cell at 925-206-0483. My office hours are typically 8am – 4pm M-F, although I do have some travel planned, so email would probably be best.

| Account ID | Customer of Record | Meter# | Service Point (Physical Address) |
|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 5184759750 | TRANS BAY CABLE LLC BUILDING C, 5TH FLOOR 1 LETTERMAN DR SAN FRANCISCO, CA, 94129-1494 | 1010108544 | | 570 W 10TH ST PITTSBURG, CA, 94565 |
| 4371434654 | TRANS BAY CABLE LLC 1 LETTERMAN DR, BLDG C, 5TH FLR SAN FRANCISCO, CA, 94129 | UNMTR | | 570 W 10TH ST - UN-METERED BACK BILL PITTSBURGH, CA, 94565 |
| 4371434654 | TRANS BAY CABLE LLC 1 LETTERMAN DR, BLDG C, 5TH FLR SAN FRANCISCO, CA, 94129 | UNMTR | | 570 W 10TH ST - UN-METERED CURRENT BILL FORWARD PITTSBURGH, CA, 94565 |

Best Regards,
Michael Blunt

**Michael Blunt** | **Director Of Operations** | **Trans Bay Cable LLC**

One Letterman Drive | Building C | 5th Floor | San Francisco, CA 94129 |: 925.635.9922 |: 925-206-0483 |

Michael.Blunt@transbaycable.com



We respect your privacy. Please review our privacy policy for more information.
http://www.pge.com/en/about/company/privacy/customer/index.page

# EXHIBIT 6

| | |
|---|---|
| **From:** | Savidge, Dylan |
| **To:** | Blunt, Michael; D"Amico, Andrew; Pham, Albert |
| **Cc:** | Ismael Bills |
| **Subject:** | RE: PG&E and Trans Bay Cable - Special Agreement Discussion |
| **Date:** | Tuesday, February 12, 2019 11:11:37 AM |

CAUTION - EXTERNAL EMAIL

Hi Michael,

I just spoke with our metering engineer. He has reviewed the metering information and single lines and feels that we can work with this. He would like to visit both sites and it looks like he's available the week of February 25.

Would your folks have time for us to come visit Potrero on Friday, April 1? And we were looking at possibly Monday, Tuesday or Thursday of that week to visit Pittsburg?

If these dates don't work, please suggest other dates the following week.

Thanks.

Dylan

**From:** Michael Blunt (TBC Ops)
**Sent:** Tuesday, February 05, 2019 4:19 PM
**To:** Savidge, Dylan ; D'Amico, Andrew
**Cc:** Ismael Bills
**Subject:** RE: PG&E and Trans Bay Cable - Special Agreement Discussion

*****CAUTION: This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.*****

Hi Dylan,

Thanks. Here's the link to the MP200 Meters that we have installed, just to make sure we're on the same page. I think previously I sent a cut sheet for shark meters product line, so just wanted to make sure you had the right information. I look forward to following up with your meter techs.

https://electroind.com/product-info/shark-mp200-multi-point-high-density-metering-system/

Thanks,

Michael Blunt

**From:** Savidge, Dylan <DxS6@pge.com>
**Sent:** Tuesday, February 05, 2019 4:17 PM
**To:** Michael Blunt (TBC Ops) <Michael.Blunt@Transbaycable.com>; D'Amico, Andrew <A1Dq@pge.com>
**Cc:** Ismael Bills <ismael.bills@transbaycable.com>
**Subject:** RE: PG&E and Trans Bay Cable - Special Agreement Discussion

CAUTION - EXTERNAL EMAIL

Hi Michael,

Thanks for the information. I'll take a look once I set up the Microsoft account. In the meantime, Andrew was able to forward the information on the meter specs which I'll use to discuss with our meter techs. I'll keep you posted with feedback I receive.

Best,

Dylan

**From:** Michael Blunt (TBC Ops) <Michael.Blunt@Transbaycable.com>
**Sent:** Monday, February 04, 2019 12:24 PM
**To:** Savidge, Dylan <DxS6@pge.com>; D'Amico, Andrew <A1Dq@pge.com>

**Cc:** Ismael Bills <ismael.bills@transbaycable.com>

**Subject:** RE: PG&E and Trans Bay Cable - Special Agreement Discussion

**\*\*\*\*\*CAUTION: This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.\*\*\*\*\***

Hi Dylan, and Andrew

As we discussed last week, TBC has created and invited you to collaborate on our hosted sharepoint team site. This should let you access the documents and paperwork you are looking for in order to move things forward from here. I included the cut sheet for the Shark MP200 Multi-Point metering solution we have installed and look forward to talking to your meter guys. If you have anyone who you would like to add to the team site so they have access to see the information, please let me know. Also, as contributors, you will be able to upload documents to this site as well.

Thanks, Please let me know if you have any questions or need technical assistance, and I'll be sure to get it taken care of.

Best Regards,

Michael Blunt

**From:** Savidge, Dylan <DxS6@pge.com>
**Sent:** Tuesday, January 29, 2019 3:32 PM
**To:** Michael Blunt (TBC Ops) <Michael.Blunt@Transbaycable.com>; D'Amico, Andrew <A1Dq@pge.com>
**Subject:** RE: PG&E and Trans Bay Cable - Special Agreement Discussion

CAUTION - EXTERNAL EMAIL

That works for me.

**From:** Michael Blunt (TBC Ops) <Michael.Blunt@Transbaycable.com>
**Sent:** Tuesday, January 29, 2019 3:30 PM
**To:** D'Amico, Andrew <A1Dq@pge.com>; Savidge, Dylan <DxS6@pge.com>
**Subject:** RE: PG&E and Trans Bay Cable - Special Agreement Discussion

**\*\*\*\*\*CAUTION: This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.\*\*\*\*\***

How does Thursday at around 11AM sound?

**From:** D'Amico, Andrew <A1Dq@pge.com>
**Sent:** Tuesday, January 29, 2019 3:29 PM
**To:** Michael Blunt (TBC Ops) <Michael.Blunt@Transbaycable.com>; Savidge, Dylan <DxS6@pge.com>
**Subject:** RE: PG&E and Trans Bay Cable - Special Agreement Discussion

CAUTION - EXTERNAL EMAIL

Hello,

For this week, I am available on Thursday, 01/31 and any day next week works for me except for Thursday, 02/07.

**Andrew D'Amico | Customer Relationship Manager**

**BES |** Business Energy Solutions – Mid Market

Pacific Gas & Electric | 800 W 2nd St | Antioch, CA 94509

M: 510.359.0203 | E-mail: A1DQ@pge.com



The **PG&E Small and Medium Business Team** wants to help you get your rebate dollars faster! Now you can use our convenient online self-service application to apply for your energy efficiency rebates. Because we understand that in business, saving time is saving money.

**From:** Michael Blunt (TBC Ops) <Michael.Blunt@Transbaycable.com>
**Sent:** Tuesday, January 29, 2019 3:26 PM
**To:** Savidge, Dylan <DxS6@pge.com>; D'Amico, Andrew <A1Dq@pge.com>
**Subject:** RE: PG&E and Trans Bay Cable - Special Agreement Discussion

*****CAUTION: This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.*****

Andrew, whats your thoughts on this? I'm generally available this week and next

**From:** Savidge, Dylan <DxS6@pge.com>
**Sent:** Tuesday, January 29, 2019 3:22 PM
**To:** Michael Blunt (TBC Ops) <Michael.Blunt@Transbaycable.com>; D'Amico, Andrew <A1Dq@pge.com>
**Subject:** RE: PG&E and Trans Bay Cable - Special Agreement Discussion

CAUTION - EXTERNAL EMAIL

Michael/Andrew,
Sure, a site visit would be OK with me.
Dylan

**From:** Michael Blunt (TBC Ops) <Michael.Blunt@Transbaycable.com>
**Sent:** Tuesday, January 29, 2019 3:18 PM
**To:** D'Amico, Andrew <A1Dq@pge.com>; Savidge, Dylan <DxS6@pge.com>
**Subject:** RE: PG&E and Trans Bay Cable - Special Agreement Discussion

*****CAUTION: This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.*****

Hi Andrew, Dylan,
I think the attachments are not going through for security reasons. Would it be possible to get a file transfer, or schedule an On-site Meeting here in Pittsburg where you can review the drawing? I can provide a copy on a Flash Drive if you were to bring one with you.
Thanks,
Michael B.

**From:** D'Amico, Andrew <A1Dq@pge.com>
**Sent:** Tuesday, January 29, 2019 2:08 PM
**To:** Savidge, Dylan <DxS6@pge.com>
**Cc:** Michael Blunt (TBC Ops) <Michael.Blunt@Transbaycable.com>
**Subject:** RE: PG&E and Trans Bay Cable - Special Agreement Discussion

CAUTION - EXTERNAL EMAIL

Hi Dylan,
We still have not received the single line drawing. Were you able to resend?
Thanks,

**Andrew D'Amico | Customer Relationship Manager**
**BES |** Business Energy Solutions – Mid Market
Pacific Gas & Electric | 800 W 2nd St | Antioch, CA 94509
M: 510.359.0203 | E-mail: A1DQ@pge.com



The **PG&E Small and Medium Business Team** wants to help you get your rebate dollars faster! Now you can use our convenient online self-service application to apply for your energy efficiency rebates. Because we understand that in business, saving time is saving money.

**From:** Michael Blunt (TBC Ops) <Michael.Blunt@Transbaycable.com>
**Sent:** Thursday, January 24, 2019 12:19 PM
**To:** D'Amico, Andrew <A1Dq@pge.com>; Savidge, Dylan <DxS6@pge.com>
**Subject:** RE: PG&E and Trans Bay Cable - Special Agreement Discussion

*****CAUTION: This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.*****

Hi Dylan, Andrew,

I just wanted to check in and follow up on TBC's House power agreement… I was reviewing my email and it seems that some of my drawings did not go through. I'm trying to re-send it now.

-----Original Appointment-----
**From:** D'Amico, Andrew <A1Dq@pge.com>
**Sent:** Wednesday, December 12, 2018 3:58 PM
**To:** D'Amico, Andrew; Michael Blunt (TBC Ops); Savidge, Dylan
**Subject:** PG&E and Trans Bay Cable - Special Agreement Discussion
**When:** Friday, December 14, 2018 2:30 PM-3:30 PM (UTC-08:00) Pacific Time (US & Canada).
**Where:** WebEx

Hello Michael and Dylan,

Setting aside this time to discuss the special agreement between TBC and PG&E. Please use the WebEx conferencing information below to join the meeting on Friday.

**Andrew D'Amico | Customer Relationship Manager**
**BES |** Business Energy Solutions – Mid Market
Pacific Gas & Electric | 800 W 2nd St | Antioch, CA 94509
M: 510.359.0203 | E-mail: A1DQ@pge.com



The **PG&E Small and Medium Business Team** wants to help you get your rebate dollars faster! Now you can use our convenient online self-service application to apply for your energy efficiency rebates. Because we understand that in business, saving time is saving money. Andrew D'Amico invites you to an online meeting using WebEx.

Meeting Number: 811 796 912
Meeting Password: This meeting does not require a password.

-------------------------------------------------------
To join this meeting
-------------------------------------------------------

1. Go to https://pge.webex.com/pge/j.php?MTID=md39b51b502d4038ed6ca58a5f620929a
2. If requested, enter your name and email address.
3. If a password is required, enter the meeting password: This meeting does not require a password.
4. Click "Join".
5. Follow the instructions that appear on your screen.

-------------------------------------------------------
Audio conference information
-------------------------------------------------------

To receive a call back, provide your phone number when you join the meeting, or call the number below and enter the access code.
US Toll: +1 270 240 0886
US Toll Free: +1 800 603 7556
Having trouble dialing in? Try these backup numbers:

US Toll Free: +1 800 603 7556
US Toll: +1 270 240 0886
Access code:811 796 912
Global call-in numbers: https://pge.webex.com/pge/globalcallin.php?serviceType=MC&ED=443392373&tollFree=1
Toll-free dialing restrictions: https://www.webex.com/pdf/tollfree_restrictions.pdf
***ONLY for Conference Room access ***
JOIN FROM A VIDEO CONFERENCING SYSTEM OR APPLICATION
Dial sip:811796912@pge.webex.com
You can also dial 173.243.2.68 and enter your meeting number.
https://www.webex.com
IMPORTANT NOTICE: This Webex service includes a feature that allows audio and any documents and other materials exchanged or viewed during the session to be recorded. By joining this session, you automatically consent to such recordings. If you do not consent to the recording, discuss your concerns with the meeting host prior to the start of the recording or do not join the session. Please note that any such recordings may be subject to discovery in the event of litigation.
We respect your privacy. Please review our privacy policy for more information.
http://www.pge.com/en/about/company/privacy/customer/index.page
We respect your privacy. Please review our privacy policy for more information.
http://www.pge.com/en/about/company/privacy/customer/index.page
We respect your privacy. Please review our privacy policy for more information.
http://www.pge.com/en/about/company/privacy/customer/index.page
We respect your privacy. Please review our privacy policy for more information.
http://www.pge.com/en/about/company/privacy/customer/index.page
We respect your privacy. Please review our privacy policy for more information.
http://www.pge.com/en/about/company/privacy/customer/index.page
We respect your privacy. Please review our privacy policy for more information.
http://www.pge.com/en/about/company/privacy/customer/index.page
We respect your privacy. Please review our privacy policy for more information.
http://www.pge.com/en/about/company/privacy/customer/index.page

# EXHIBIT 7

| From: | Blunt, Michael |
|---|---|
| To: | Savidge, Dylan; D"Amico, Andrew |
| Cc: | Gardner, Lenneal |
| Subject: | TBC - House Power Agreement |

Hi Dylan, Andrew,

I'd like to touch base with you guys regarding how your meter department is doing with regards to our meter solution, and if they are able to integrate with out meters?

Also, I would like to provide some update information if you are able to use this information to re-negotiate the calculations in the House Power Agreement. If you are open to re-negotiating the agreement, let me know, and I will work with our attorney Lenneal to provide the data to you.

Best Regards,

Michael Blunt

**Michael Blunt** | **Director Of Operations** | **Trans Bay Cable LLC**

One Letterman Drive | Building C | 5th Floor | San Francisco, CA 94129 |D: 925.635.9922 |C: 860-917-3928 |*New Cell

Michael.Blunt@transbaycable.com

