Nicole Lavallee (SBN 165755)
Daniel E. Barenbaum (SBN 209261)
Victor S. Elias (SBN 262269)
**BERMAN TABACCO**
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: nlavallee@bermantabacco.com
dbarenbaum@bermantabacco.com
velias@bermantabacco.com

*Attorneys for Shareholder Oklahoma
Firefighters Pension and Retirement System*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION,** <br><br> -and- <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> **Debtors.** <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br><br> *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) <br><br> (Jointly Administered) <br><br> **NOTICE OF APPEARANCE AND REQUEST FOR NOTICES** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**PLEASE TAKE NOTICE** that the undersigned appears in the above-captioned Chapter 11 cases of PG&E Corporation, et al. on behalf of Oklahoma Firefighters Pension and Retirement System, pursuant to rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and sections 342 and 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), and hereby requests that any and all notices given or required to be given, and all papers served or required to be served, in these cases be delivered to and be served upon the persons identified below:

> Daniel E. Barenbaum
> Berman Tabacco
> 44 Montgomery Street, Suite 650
> San Francisco, CA 94104
> Telephone: (415) 433-3200
> Facsimile: (415) 433-6382
> Email: dbarenbaum@bermantabacco.com

**PLEASE TAKE FURTHER NOTICE,** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders and notices of applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegraph, telex, electronic mail or otherwise, in these cases and any proceedings therein.

This Notice of Appearance and any subsequent appearance, pleading, claim or suits shall not be deemed or construed to be a waiver of the rights of Oklahoma Firefighters Pension & Retirement System: (1) to have final orders in non-core matters entered only after de novo review by a United States District Judge; (2) to trial by jury in any proceeding so triable in these cases or in any case, controversy or proceeding related to these cases; (3) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) to any other rights, claims, actions, defenses, setoffs or recoupments to which Oklahoma Firefighters Pension & Retirement System may be entitled under agreement, in law,

or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments expressly are hereby reserved.

DATED: May 15, 2020

**BERMAN TABACCO**

By: */s/ Daniel E. Barenbaum*
 Daniel E. Barenbaum

44 Montgomery Street, Suite 650
San Francisco, CA  94104
Telephone: (415) 433-3200
Facsimile:  (415) 433-6382
Email: dbarenbaum@bermantabacco.com

*Attorneys for Shareholder Oklahoma Firefighters Pension and Retirement System*