Nicole Lavallee (SBN 165755)
Daniel E. Barenbaum (SBN 209261)
Victor S. Elias (SBN 262269)
**BERMAN TABACCO**
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: nlavallee@bermantabacco.com
      dbarenbaum@bermantabacco.com
      velias@bermantabacco.com

*Attorneys for Shareholder Oklahoma Firefighters Pension and Retirement System*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| -and- | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| Debtors. | **PROOF OF SERVICE** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | |
| *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | |

| | |
|---|---|
| 1 | I, Sheralyn Tuiasosopo, hereby declare as follows: |
| 2 | I am employed by Berman Tabacco, 44 Montgomery St., Suite 650, San Francisco, California, 94104. I am over the age of 18 years and am not a party to this action. On May 15, 2020, I filed and served true and correct copies of the document(s) described as follows: |

1. **OBJECTION OF OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM TO CONFIRMATION OF DEBTOR'S AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION, DATED MARCH 16, 2020 [Docket No. 6320];**

2. **NOTICE OF APPEARANCE AND REQUEST FOR NOTICES [Daniel E. Barenbaum]; AND**

3. **PROOF OF SERVICE.**

__X__ by causing personal delivery of the documents listed above to persons at the address set forth below:

__X__ by placing the documents listed above enclosed in sealed envelopes, affixing proper first class postage, and depositing them in the United States Mail at San Francisco, California, in accordance with Berman Tabacco's ordinary business practices addressed as set forth below:

_____ by depositing the documents listed above in a sealed envelope with delivery fees provided for a FedEx pick up box or office designated for overnight delivery, and addressed as set forth below:

_____ by facsimile transmission of the documents listed above to persons at the facsimile numbers set forth below:

__X__ by transmitting a true and correct Portable Document Format (PDF) copy via email the document(s) listed above on this date to the person(s) at the email address(es) set forth below:

**See attached service list**

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed at San Francisco, California, on May 15, 2020.

_____
Sheralyn Tuiasosopo

# Service List

*In re PG&E CORPORATION and PACIFIC GAS AND ELECTRIC COMPANY*

Bankruptcy Case No. 19-30088 (DM)

| | |
|---|---|
| **Clerk**<br>U.S. Bankruptcy Court for the Northern District of California<br>450 Golden Gate Avenue, 18th Floor<br>San Francisco, CA 94102 | Court<br><br>*Via Drop Box Drop Off* |
| **PG&E Corporation and Pacific Gas and Electric Company**<br>77 Beale Street, P.O. Box 770000<br>San Francisco, CA 94177<br>Attn: Janet Loduca, Esq. | Debtors<br><br>*Via Hand Delivery and Mail* |
| **Weil, Gotshal & Manges LLP**<br>767 Fifth Avenue<br>New York, NY 10153<br>Stephen Karotkin, Esq.<br>stephen.karotkin@weil.com<br>Jessica Liou, Esq.<br>jessica.liou@weil.com<br>Matthew Goren, Esq.<br>matthew.goren@weil.com<br><br>**Keller Benvenutti Kim LLP**<br>650 California Street, Suite 1900<br>San Francisco, CA 94108<br>Tobias S. Keller, Esq.<br>tkeller@kbkllp.com<br>Jane Kim, Esq.<br>jkim@kbkllp.com<br><br>**Cravath, Swaine & Moore LLP**<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019<br>Paul H. Zumbro, Esq<br>pzumbro@cravath.com<br>Kevin J. Orsini, Esq.<br>korsini@cravath.com<br>Omid H. Nasab, Esq.<br>onasab@cravath.com | Attorneys for Debtors<br><br>*Via Email* |
| James L. Snyder, Esq.<br>James.L.Snyder@usdoj.gov<br>Timothy Laffredi, Esq.<br>Timothy.S.Laffredi@usdoj.gov<br>450 Golden Gate Avenue, 5th Floor<br>Suite 05-0153<br>San Francisco, CA 94102 | U.S. Trustee<br><br>*Via Email* |

2

| | |
|---|---|
| **Strook & Stroock & Lavan LLP**<br>180 Maiden Lane<br>New York, NY 10038-4982<br>Kristopher M. Hansen, Esq.<br>khansen@stroock.com<br>Erez E. Gilad, Esq.<br>egilad@stroock.com<br>Matthew G. Garofalo, Esq.<br>mgarofalo@stroock.com<br><br>**Stroock & Stroock & Lavan LLP**<br>2029 Century Park East<br>Los Angeles, CA 90067-3086<br>Frank A. Merola, Esq.<br>fmerola@stroock.com | Attorneys for Administrative Agent Under the Debtors' Debtor-In-Possession Financing Facility<br><br>*Via Email* |
| **Davis Polk & Wardwell LLP**<br>450 Lexington Avenue<br>New York, NY 10017<br>Eli J. Vonnegut, Esq.<br>eli.vonnegut@davispolk.com<br>David Schiff, Esq.<br>david.schiff@davispolk.com<br>Timothy Graulich, Esq.<br>timothy.graulich@davispolk.com | Attorneys for Collateral Agent Under the Debtors' Debtor-In-Possession Financing Facility<br><br>*Via Email* |
| **Paul, Weiss, Rifkind, Wharton & Garrison LLP**<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>Alan W. Kornberg, Esq.<br>akornberg@paulweiss.com<br>Brian S. Hermann, Esq.<br>bhermann@paulweiss.com<br>Walter R. Rieman, Esq.<br>wrieman@paulweiss.com<br>Sean A. Mitchell, Esq.<br>smitchell@paulweiss.com<br>Neal P. Donnelly, Esq.<br>ndonnelly@paulweiss.com | Attorneys for the California Public Utilities Commission<br><br>*Via Email* |

| | |
|---|---|
| **Milbank LLP**<br>55 Hudson Yards<br>New York, NY 10001-2163<br>Dennis F. Dunne, Esq.<br>DDunne@milbank.com<br>Samuel A. Kahlil, Esq.<br>skhalil@milbank.com<br><br>**Milbank LLP**<br>2029 Century Park East, 33rd Floor<br>Los Angeles, CA 90067<br>Gregory A. Bray, Esq.<br>GBray@milbank.com<br>Thomas R. Kreller, Esq.<br>TKreller@milbank.com | Attorneys for Creditors Committee<br><br>*Via Email* |
| **Baker & Hostetler LLP**<br>1160 Battery Street, Suite 100<br>San Francisco, CA 94111<br>Robert A. Julian, Esq.<br>rjulian@bakerlaw.com<br>Cecily A. Dumas, Esq.<br>cdumas@bakerlaw.com<br><br>**Baker & Hostetler LLP**<br>11601 Wilshire Blvd, Suite 1400<br>Los Angeles, CA 90025-0509<br>Eric E. Sagerman, Esq.<br>esagerman@bakerlaw.com<br>Laren T. Attard, Esq.<br>lattard@bakerlaw.com | Attorneys for the Official Committee of Tort Claimants<br><br>*Via Email* |
| **Willkie Farr & Gallagher LLP**<br>787 Seventh Avenue<br>New York, NY 10019-6099<br>Matthew A. Feldman, Esq.<br>mfeldman@willkie.com<br>Joseph G. Minias, Esq.<br>jminias@willkie.com<br>Benjamin P. McCallen, Esq.<br>bmccallen@willkie.com<br>Daniel I. Forman, Esq.<br>dforman@willkie.com<br><br>**Diemer & Wei, LLP**<br>100 West San Fernando Street, Suite 555<br>San Jose, CA 95113<br>Kathryn S. Diemer<br>kdiemer@diemerwei.com | Attorneys for the Ad Hoc Group of Subrogation Claim Holders<br><br>*Via Email* |

| | |
|---|---|
| **Jones Day**<br>555 South Flower Street, 50th Floor<br>Los Angeles, CA 90071-2300<br>Bruce S. Bennett, Esq.<br>bbennett@jonesday.com<br>Joshua M. Mester, Esq.<br>jmester@jonesday.com<br>James O. Johnston, Esq.<br>jjohnston@jonesday.com | Attorneys for Shareholder Proponents<br><br>*Via Email* |
| **Akin Gump Strauss Hauer & Feld LLP**<br>One Bryant Park<br>New York, NY 10036<br>Michael S. Stamer, Esq.<br>mstamer@akingump.com<br>Ira S. Dizengoff, Esq.<br>idizengoff@akingump.com<br>David H. Botter, Esq.<br>dbotter@akingump.com<br>Abid Qureschi, Esq.<br>aqureshi@akingump.com<br><br>**Akin Gump Strauss Hauer & Feld LLP**<br>580 California Street, Suite 1500<br>San Francisco, CA 94104<br>Ashley Vinson Crawford, Esq.<br>avcrawford@akingump.com | Attorneys for the Ad Hoc Committee of Senior Unsecured Noteholders<br><br>*Via Email* |