Kenneth N. Klee (State Bar No. 63372)
David M. Stern (State Bar No. 67697)
Samuel M. Kidder (State Bar No. 284015)
KTBS LAW LLP, *f/k/a* KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, Thirty-Ninth Floor
Los Angeles, California 90067
Telephone: 310-407-4000
Facsimile: 310-407-9090
Email: kklee@ktbslaw.com
dstern@ktbslaw.com
skidder@ktbslaw.com

*Attorneys for Trans Bay Cable LLC*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>-and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**CERTIFICATE OF SERVICE** |

STATE OF CALIFORNIA )
)
CITY OF LOS ANGELES )

I, Shanda D. Pearson, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1999 Avenue of the Stars, 39th Floor, Los Angeles, California 90067.

On May 15, 2020, I caused to be served the following document in the manner stated below:

- **OBJECTION OF TRANS BAY CABLE LLC TO PROPOSED CURE AMOUNT IN CONNECTION WITH SPECIAL AGREEMENT FOR UNMETERED ELECTRICAL SERVICE [Docket No. 7222]**

- **DECLARATION OF LENNEAL GARDNER IN SUPPORT OF OBJECTION OF TRANS BAY CABLE LLC TO PROPOSED CURE AMOUNT IN CONNECTION WITH SPECIAL AGREEMENT FOR UNMETERED ELECTRICAL SERVICE [Docket No. 7223]**

- **DECLARATION OF MICHAEL BLUNT IN SUPPORT OF OBJECTION OF TRANS BAY CABLE LLC TO PROPOSED CURE AMOUNT IN CONNECTION WITH SPECIAL AGREEMENT FOR UNMETERED ELECTRICAL SERVICE [Docket No. 7225]**

| ☒ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On **May 15, 2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below. |
|---|---|
| ☒ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
| ☐ | (BY OVERNIGHT DELIVERY) By sending by FedEx and/or USPS Express Mail to the addressee(s) as indicated on the attached list. |
| ☒ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address. |
| ☐ | (PERSONAL DELIVERY) I arranged for service on the following persons and/or entities by personal delivery. |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on May 15, 2020 at Los Angeles, California.

*/s/ Shanda D. Pearson*
Shanda D. Pearson

**NEF/ECF LIST:**

- Elliot Adler    eadler@theadlerfirm.com, bzummer@theadlerfirm.com
- Aaron L. Agenbroad    alagenbroad@jonesday.com, saltamirano@jonesday.com
- Pamela Allen    pallen@dir.ca.gov
- Annadel A. Almendras    annadel.almendras@doj.ca.gov
- Monique D. Almy    malmy@crowell.com
- Dana M. Andreoli    dandreoli@steyerlaw.com, mterry@steyerlaw.com
- Anne Andrews    aa@andrewsthornton.com, aandrews@andrewsthornton.com
- Richard L. Antognini    rlalawyer@yahoo.com, hallonaegis@gmail.com
- Tyson Arbuthnot    tarbuthnot@rjo.com, jyeung@rjo.com
- Lauren T. Attard    lattard@bakerlaw.com, agrosso@bakerlaw.com
- Herb Baer    hbaer@primeclerk.com, ecf@primeclerk.com
- Kathryn E. Barrett    keb@svlg.com, amt@svlg.com
- Chris Bator    cbator@bakerlaw.com, jmcguigan@bakerlaw.com
- Ronald S. Beacher    rbeacher@pryorcashman.com
- Hagop T. Bedoyan    hbedoyan@kleinlaw.com, ecf@kleinlaw.com
- Andrew David Behlmann    abehlmann@lowenstein.com, elawler@lowenstein.com
- Tanya Behnam    tbehnam@polsinelli.com, tanyabehnam@gmail.com
- James C. Behrens    jbehrens@milbank.com, mkoch@milbank.com
- Jacob Taylor Beiswenger    jbeiswenger@omm.com, llattin@omm.com
- James T. Bentley    james.bentley@srz.com, Kelly.Knight@srz.com
- Peter J. Benvenutti    pbenvenutti@kbkllp.com
- Robert Berens    rberens@smtdlaw.com, sr@smtdlaw.com
- Ronald F. Berestka    rberestka@stonelawoffice.com, csepulveda@stonelawoffice.com
- Heinz Binder    heinz@bindermalter.com
- Neil Jon Bloomfield    njbloomfield@njblaw.com, gklump@njblaw.com
- Jason Blumberg    jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov
- Paige Boldt    pboldt@wattsguerra.com, cwilson@wattsguerra.com
- Ameneh Maria Bordi    ameneh.bordi@kirkland.com, leo.rosenberg@kirkland.com
- Jason Borg    jborg@jasonborglaw.com
- Mark Bostick    mbostick@wendel.com, bankruptcy@wendel.com
- James L. Bothwell    jbothwell@hugueninkahn.com, jguzman@hugueninkahn.com
- Peter R. Boutin    peter.boutin@kyl.com, lara.joel@kyl.com
- Erin N. Brady    enbrady@jonesday.com
- Gregory A. Bray    gbray@milbank.com
- Michael D. Breslauer    mbreslauer@ecf.courtdrive.com, wyones@swsslaw.com
- W. Steven Bryant    , molly.batiste-debose@lockelord.com
- Chane Buck    cbuck@jonesday.com
- Elizabeth J. Cabraser    ecabraser@lchb.com, awolf@lchb.com
- Anthony P. Cali    anthony.cali@stinson.com, lindsay.petrowski@stinson.com
- Peter C. Califano    pcalifano@cwclaw.com
- Steven M. Campora    scampora@dbbwc.com, nlechuga@dbbwc.com
- Leah E. Capritta    leah.capritta@hklaw.com, lori.labash@hklaw.com
- Nicholas A. Carlin    nac@phillaw.com, rac@phillaw.com
- Katherine Rose Catanese    kcatanese@foley.com
- Jennifer Machlin Cecil    JCecil@winston.com, ECF_SF@winston.com
- Karen J. Chedister    kchedister@h-jlaw.com

KTBS LAW LLP
1999 AVENUE OF THE STARS, THIRTY-NINTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

KTBS LAW LLP
1999 AVENUE OF THE STARS, THIRTY-NINTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

- Christina Lin Chen     christina.chen@morganlewis.com, christina.lin.chen@gmail.com
- Richard A. Chesley     richard.chesley@dlapiper.com, bill.countryman@dlapiper.com
- Kevin Chiu     kevin.chiu@bakerbotts.com, rory.fontenla@bakerbotts.com
- Jacquelyn H. Choi     jchoi@raineslaw.com, bclark@raineslaw.com
- Shawn M. Christianson     schristianson@buchalter.com
- Robert N.H. Christmas     rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- Jae Angela Chun     ajc@chun.law, teresa@tosdallaw.com
- Alicia Clough     aclough@loeb.com
- Tiffany Strelow Cobb     tscobb@vorys.com
- John B. Coffman     john@johncoffman.net
- Kevin G. Collins     kevin.collins@btlaw.com
- Brian S. Conlon     bsc@phillaw.com, rac@phillaw.com
- Charles Cording     ccording@willkie.com, mao@willkie.com
- Manuel Corrales     mannycorrales@yahoo.com, hcskanchy@hotmail.com
- Anne Costin     anne@costinlawfirm.com
- Donald H. Cram     dhc@severson.com
- Ashley Vinson Crawford     avcrawford@akingump.com, dkrasa-berstell@akingump.com
- J. Russell Cunningham     rcunningham@dnlc.net, emehr@dnlc.net
- Keith J. Cunningham     , rkelley@pierceatwood.com
- Keith J. Cunningham     kcunningham@pierceatwood.com, rkelley@pierceatwood.com
- James D. Curran     jcurran@wolkincurran.com, dstorms@wolkincurran.com
- Tambra Curtis     tambra.curtis@sonoma-county.org, Kristin.whalley@sonoma-county.org
- James M. Davis     jdavis@cglaw.com
- Nicolas De Lancie     ndelancie@jmbm.com
- Judith A. Descalso     , jad_9193@ecf.courtdrive.com
- Erin Elizabeth Dexter     edexter@milbank.com
- Shounak S. Dharap     ssd@arnslaw.com, mec@arnslaw.com
- Kathryn S. Diemer     kdiemer@diemerwei.com
- Kathryn S. Diemer     kdiemer@diemerwhitman.com
- John P. Dillman     houston_bankruptcy@publicans.com
- Jonathan R. Doolittle     jdoolittle@reedsmith.com
- Jennifer V. Doran     jdoran@hinckleyallen.com
- Dustin M. Dow     ddow@bakerlaw.com, jmcguigan@bakerlaw.com
- Jamie P. Dreher     jdreher@downeybrand.com
- Todd Dressel     tdressel@mcguirewoods.com, JTabisaura@mcguirewoods.com
- Geoffrey B. Dryvynsyde     gbd@cpuc.ca.gov, geoffrey.dryvynsyde@cpuc.ca.gov
- Cecily Ann Dumas     cdumas@bakerlaw.com, hhammonturano@bakerlaw.com
- Dennis F. Dunne     cprice@milbank.com, jbrewster@milbank.com
- Dennis F. Dunne     ddunne@milbank.com, jbrewster@milbank.com
- Huonganh Annie Duong     annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com
- Luke N. Eaton     eatonl@pepperlaw.com, monugiac@pepperlaw.com
- Kevin M. Eckhardt     keckhardt@hunton.com, candonian@huntonak.com
- Joseph A. Eisenberg     JAE1900@yahoo.com
- Michele Ellison     mellison@gibbsgiden.com, lrochelle@gibbsgiden.com
- David Emerzian     , Melany.Hertel@mccormickbarstow.com
- G. Larry Engel     larry@engeladvice.com

- Krista M. Enns     kenns@beneschlaw.com
- Scott Esbin     sesbin@esbinalter.com
- Joseph M. Esmont     jesmont@bakerlaw.com
- Michael P. Esser     michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com
- Richard W. Esterkin     richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com
- Michael S. Etkin     metkin@lowenstein.com
- Jacob M. Faircloth     jacob.faircloth@smolsonlaw.com
- Brett D. Fallon     bfallon@morrisjames.com, wweller@morrisjames.com
- Michael C. Fallon     , manders@fallonlaw.net
- Joana Fang     jf@kbklawyers.com, icd@kbklawyers.com
- Joseph Kyle Feist     jfeistesq@gmail.com, info@norcallawgroup.net
- David M. Feldman     DFeldman@gibsondunn.com
- Matthew A. Feldman     mfeldman@willkie.com
- Mark E. Felger     mfelger@cozen.com
- James J. Ficenec     James.Ficenec@ndlf.com, caroline.pfahl@ndlf.com
- John D. Fiero     jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- Kimberly S. Fineman     kfineman@nutihart.com, nwhite@nutihart.com
- Stephen D. Finestone     sfinestone@fhlawllp.com
- Timothy M. Flaherty     tflaherty@mpplaw.com
- Daniel I. Forman     dforman@willkie.com
- Jonathan Forstot     jonathan.forstot@troutman.com, john.murphy@troutman.com
- Jonathan Forstot     , john.murphy@troutman.com
- Matthew Hampton Foushee     hampton.foushee@hoganlovells.com, hfoushee@gmail.com
- Carolyn Frederick     cfrederick@prklaw.com
- Peter Friedman     pfriedman@omm.com
- Roger F. Friedman     rfriedman@rutan.com, csolorzano@rutan.com
- Xiyi Fu     jackie.fu@lockelord.com, taylor.warren@lockelord.com
- Lars H. Fuller     lfuller@bakerlaw.com
- Larry W. Gabriel     lgabriel@bg.law, nfields@bg.law
- Gregg M. Galardi     gregg.galardi@ropesgray.com
- Richard L. Gallagher     richard.gallagher@ropesgray.com
- Craig Solomon Ganz     ganzc@ballardspahr.com, hartt@ballardspahr.com
- Jeffrey K. Garfinkle     jgarfinkle@buchalter.com
- Oscar Garza     ogarza@gibsondunn.com
- Lisa S. Gast     lsg@dwgp.com, lmk@dwgp.com
- Paul R. Gaus     paul.gaus@mccormickbarstow.com
- Duane M. Geck     dmg@severson.com
- Evelina Gentry     evelina.gentry@akerman.com, rob.diwa@akerman.com
- Janet D. Gertz     jgertz@btlaw.com, amattingly@btlaw.com
- Christopher Gessner     cgessner@akingump.com, NYMCO@akingump.com
- Barry S. Glaser     bglaser@lkfirm.com
- Paul R. Glassman     pglassman@sycr.com
- Gabriel I. Glazer     gglazer@pszjlaw.com
- Gabrielle Glemann     gabrielle.glemann@stoel.com, rene.alvin@stoel.com
- Jaime Godin     Jtouchstone@fddcm.com
- Matthew A. Gold     courts@argopartners.net
- Eric D. Goldberg     eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com

KTBS LAW LLP
1999 AVENUE OF THE STARS, THIRTY-NINTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

- Craig Goldblatt  Craig.Goldblatt@wilmerhale.com, whdocketing@wilmerhale.com
- Amy L. Goldman  goldman@lbbslaw.com
- Eric S. Goldstein  egoldstein@goodwin.com
- Rhonda Stewart Goldstein  Rhonda.Goldstein@ucop.edu, Lissa.Ly@ucop.edu
- Richard H. Golubow  rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com
- Michael J. Gomez  mgomez@frandzel.com, dmoore@frandzel.com
- Michael W. Goodin  mgoodin@clausen.com, mgenova@clausen.com
- Eric R. Goodman  egoodman@bakerlaw.com
- Mark A. Gorton  mgorton@boutinjones.com, cdomingo@boutininc.com
- Mark A. Gorton  mgorton@boutininc.com, cdomingo@boutininc.com
- Michael I. Gottfried  MGottfried@elkinskalt.com, AAburto@elkinskalt.com
- Louis Gottlieb  Lgottlieb@labaton.com, mpenrhyn@labaton.com
- Eric A. Grasberger  eric.grasberger@stoel.com, docketclerk@stoel.com
- Debra I. Grassgreen  dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- Eric A. Gravink  eric@rhrc.net
- Elizabeth A. Green  egreen@bakerlaw.com, orlbankruptcy@bakerlaw.com
- Mitchell B. Greenberg  mgreenberg@abbeylaw.com, mmeroney@abbeylaw.com
- Matthew W. Grimshaw  matt@grimshawlawgroup.com, ecfmarshackhays@gmail.com
- Stuart G. Gross  sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com
- Carl L. Grumer  cgrumer@manatt.com, mchung@manatt.com
- Elizabeth M. Guffy  eguffy@lockelord.com, autodocket@lockelord.com
- Cameron Gulden  cameron.m.gulden@usdoj.gov
- Mirco J. Haag  mhaag@buchalter.com, dcyrankowski@buchalter.com
- Laurie Hager  lhager@sussmanshank.com
- J. Noah Hagey  hagey@braunhagey.com, tong@braunhagey.com
- Oren Buchanan Haker  oren.haker@stoel.com, rene.alvin@stoel.com
- Kristopher M. Hansen  dmohamed@stroock.com, mmagzamen@stroock.com
- Adam C. Harris  adam.harris@srz.com, james.bentley@srz.com
- Robert G. Harris  rob@bindermalter.com
- Christopher H. Hart  chart@nutihart.com, nwhite@nutihart.com
- Bryan L. Hawkins  bryan.hawkins@stoel.com, Sharon.witkin@stoel.com
- Jan M Hayden  jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com
- Jennifer C. Hayes  jhayes@fhlawllp.com
- Alaina R. Heine  alaina.heine@dechert.com, brett.stone@dechert.com
- Cristina A. Henriquez  chenriquez@mayerbrown.com
- Stephen E. Hessler, P.C.  , jozette.chong@kirkland.com
- Matthew Heyn  matthew.heyn@doj.ca.gov
- Sean T. Higgins  aandrews@andrewsthornton.com, shiggins@andrewsthornton.com
- Morgan R. Hirst  mhirst@jonesday.com, mmelvin@jonesday.com
- Michael R. Hogue  hoguem@gtlaw.com, navarrom@gtlaw.com
- David Holtzman  david.holtzman@hklaw.com
- Alexandra S. Horwitz  allie.horwitz@dinsmore.com
- Marsha Houston  mhouston@reedsmith.com, hvalencia@reedsmith.com
- Shane Huang  shane.huang@usdoj.gov
- Brian D. Huben  hubenb@ballardspahr.com
- Jonathan Hughes  , jane.rustice@aporter.com
- Edward R. Huguenin  ehuguenin@hugueninkahn.com, jguzman@hugueninkahn.com
- Michael A. Isaacs  Michael.Isaacs@dentons.com, Alissa.Worthing@dentons.com

KTBS LAW LLP
1999 AVENUE OF THE STARS, THIRTY-NINTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

- Mark V. Isola  mvi@sbj-law.com
- J. Eric Ivester  Eric.Ivester@skadden.com, Andrea.Bates@skadden.com
- J. Eric Ivester  , Andrea.Bates@skadden.com
- Kizzy L. Jarashow  KJarashow@goodwinlaw.com, AFraticelliLouallen@goodwinlaw.com
- Ivan C. Jen  ivan@icjenlaw.com
- Monique Jewett-Brewster  mjb@hopkinscarley.com, eamaro@hopkinscarley.com
- James O. Johnston  jjohnston@jonesday.com
- Chris Johnstone  chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com
- Andrew Jones  andrew@ajoneslaw.com
- Gregory K. Jones  GJones@dykema.com, cacossano@dykema.com
- Robert A. Julian  rjulian@bakerlaw.com, hhammonturano@bakerlaw.com
- George H. Kalikman  gkalikman@schnader.com, sdavenport@schnader.com
- Roberto J. Kampfner  rkampfner@whitecase.com, mco@whitecase.com
- Bonnie E. Kane  bonnie@thekanelawfirm.com, skane@thekanelawfirm.com
- Gary M. Kaplan  gkaplan@fbm.com, calendar@fbm.com
- Robert B. Kaplan  rbk@jmbm.com
- Eve H. Karasik  ehk@lnbyb.com
- Michael G. Kasolas  trustee@kasolas.net, CA30@ecfcbis.com,ecf.alert+Kasolas@titlexi.com
- Elyssa S. Kates  ekates@bakerlaw.com
- Ori Katz  okatz@sheppardmullin.com, LSegura@sheppardmullin.com
- William M. Kaufman  wkaufman@smwb.com
- Jane G. Kearl  jkearl@watttieder.com, jbenton@watttieder.com
- Tobias S. Keller  tkeller@kbkllp.com
- Lynette C. Kelly  ustpregion17.oa.ecf@usdoj.gov
- Matthew K. Kelsey  mkelsey@gibsondunn.com
- Gerald P. Kennedy  gerald.kennedy@procopio.com, kristina.terlaga@procopio.com
- Erica L. Kerman  ekerman@willkie.com
- Samuel A. Khalil  skhalil@milbank.com, jbrewster@milbank.com
- Samuel M. Kidder  skidder@ktbslaw.com
- Marc Kieselstein  , carrie.oppenheim@kirkland.com
- Jane Kim  jkim@kbkllp.com
- Mary H. Kim  Mary.Kim@dechert.com, brett.stone@dechert.com
- Kody D. L. Kleber  kkleber@bakerlaw.com, dmartinez@bakerlaw.com
- Matthew Ryan Klinger  mklinger@sheppardmullin.com, DGatmen@sheppardmullin.com
- Bradley C. Knapp  bknapp@lockelord.com, Yamille.Harrison@lockelord.com
- Kelly V. Knight  kelly.knight@srz.com
- Lydia Vanessa Ko  Lvko@stonelawoffice.com
- Thomas F. Koegel  tkoegel@crowell.com
- Katherine Kohn  kkohn@groom.com, ashahinllari@groom.com
- Andy S. Kong  kong.andy@arentfox.com, Yvonne.Li@arentfox.com
- Anna Kordas  akordas@jonesday.com, mmelvin@jonesday.com
- Alan W. Kornberg  , akornberg@paulweiss.com
- Bernard Kornberg  bjk@severson.com
- David I. Kornbluh  dik@millermorton.com, mhr@millermorton.com
- Lauren Kramer  lkramer@rjo.com

KTBS LAW LLP
1999 AVENUE OF THE STARS, THIRTY-NINTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

- Jeffrey C. Krause    jkrause@gibsondunn.com
- Thomas R. Kreller    tkreller@milbank.com
- Lindsey E. Kress    lkress@lockelord.com, autodocket@lockelord.com
- Hannah C. Kreuser    hkreuser@porterlaw.com, ooberg@porterlaw.com
- Michael Thomas Krueger    michael.krueger@ndlf.com, Havilyn.lee@ndlf.com
- Robert T. Kugler    robert.kugler@stinson.com
- Boris Kukso    boris.kukso@usdoj.gov, western.taxcivil@usdoj.gov
- Brendan M. Kunkle    bkunkle@abbeylaw.com, lmeyer@abbeylaw.com
- Alisa C. Lacey    alisa.lacey@stinson.com, karen.graves@stinson.com
- Timothy S. Laffredi    timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov
- Timothy S. Laffredi    timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov
- Richard A. Lapping    rich@trodellalapping.com
- Omeed Latifi    olatifi@theadlerfirm.com, kdeubler@theadlerfirm.com
- John E. Lattin    jlattin@ostergar.com, cslovenec@ostergar.com
- Michael Lauter    mlauter@sheppardmullin.com
- Kenneth T. Law    klaw@bbslaw.com
- Francis J. Lawall    lawallf@pepperlaw.com, henrys@pepperlaw.com
- Andrew Michael Leblanc    ALeblanc@milbank.com
- Erica Lee    Erica.Lee@doj.ca.gov
- Scott Lee    scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com
- Paul J. Leeds    leedsp@higgslaw.com
- Edward J. Leen    eleen@mkbllp.com
- Lisa Lenherr    llenherr@wendel.com, bankruptcy@wendel.com
- Matthew A. Lesnick    matt@lesnickprince.com, jmack@lesnickprince.com
- Bryn G. Letsch    bletsch@braytonlaw.com
- David B. Levant    david.levant@stoel.com, rene.alvin@stoel.com
- Andrew H. Levin    alevin@wcghlaw.com
- David Levine    dnl@groom.com
- Marc A. Levinson    Malevinson@orrick.com, casestream@ecf.courtdrive.com
- Dara Levinson Silveira    dsilveira@kbkllp.com
- Alexander James Demitro Lewicki    kdiemer@diemerwei.com
- Alexander James Demitro Lewicki    alewicki@diemerwei.com
- William Thomas Lewis    wtl@roblewlaw.com, kimwrenn@msn.com
- William S. Lisa    , jcaruso@nixonpeabody.com
- William S. Lisa    wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com
- Jonathan A. Loeb    jon.loeb@bingham.com
- Michael B. Lubic    michael.lubic@klgates.com
- John William Lucas    jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Joseph R. Lucia    PersonalInjuryGroup@RLSlawyers.com
- Jane Luciano    jane-luciano@comcast.net
- Kerri Lyman    klyman@irell.com
- Carissa A. Lynch    Carissa.Lynch@ftb.ca.gov, Martha.Gehrig@ftb.ca.gov
- John H. MacConaghy    macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com
- Iain A. Macdonald    iain@macfern.com, ecf@macfern.com
- Tracy L. Mainguy    tmainguy@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- Samuel R. Maizel    samuel.maizel@dentons.com, alicia.aguilar@dentons.com

- Adam Malatesta    adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com
- Katharine Malone    malonek@gtlaw.com
- Liam K. Malone    malone@oles.com, shahin@oles.com
- Michael W. Malter    michael@bindermalter.com
- Craig Margulies    cmargulies@margulies-law.com, lsalazar@margulies-law.com
- Geoffrey E. Marr    gemarr59@hotmail.com
- Richard A. Marshack    rmarshack@marshackhays.com, rmarshack@ecf.courtdrive.com
- Catherine Martin    cmartin@simon.com, rtucker@simon.com;bankruptcy@simon.com
- Laila Masud    lmasud@marshackhays.com, lmasud@ecf.courtdrive.com
- David P. Matthews    jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com
- Patrick C. Maxcy    patrick.maxcy@snrdenton.com
- Benjamin P. McCallen    bmccallen@willkie.com
- Thomas E. McCurnin    tmccurnin@bkolaw.com, kescano@bkolaw.com
- Hugh M. McDonald    hugh.mcdonald@troutman.com, john.murphy@troutman.com
- Hugh M. McDonald    , john.murphy@troutman.com
- C. Luckey McDowell    Luckey.McDowell@Shearman.com
- Matthew D. McGill    MMcGill@gibsondunn.com
- Scott H. McNutt    SMcNutt@ml-sf.com, csnell@ml-sf.com
- Thomas Melone    Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com
- Peter Meringolo    peter@pmrklaw.com
- Frank A. Merola    lacalendar@stroock.com, mmagzamen@stroock.com
- Jennifer L. Mersing    jennifer.mersing@stoel.com, lisa.petras@stoel.com
- Joshua M. Mester    jmester@jonesday.com
- Matthew D. Metzger    belvederelegalecf@gmail.com
- Merle C. Meyers    mmeyers@mlg-pc.com
- Randy Michelson    randy.michelson@michelsonlawgroup.com
- Gerardo Mijares-Shafai    Gerardo.Mijares-Shafai@arnoldporter.com, kenneth.anderson@arnoldporter.com
- Joel S. Miliband    jmiliband@brownrudnick.com
- Joseph G. Minias    jminias@willkie.com
- M. David Minnick    dminnick@pillsburylaw.com, docket@pillsburylaw.com
- Benjamin Mintz    benjamin.mintz@arnoldporter.com, valerie.foley@arnoldporter.com
- Nancy Mitchell    nmitchell@omm.com
- Thomas C. Mitchell    tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com
- John A. Moe    john.moe@dentons.com, glenda.spratt@dentons.com
- Aaron J. Mohamed    ajm@brereton.law, aaronmohamedlaw@gmail.com
- Kevin Montee    kmontee@monteeassociates.com
- David W. Moon    lacalendar@stroock.com, mmagzamen@stroock.com
- Diane Marger Moore    dmargermoore@baumhedlundlaw.com
- Erika L. Morabito    emorabito@foley.com, hsiagiandraughn@foley.com
- Candace J. Morey    cjm@cpuc.ca.gov
- Courtney L. Morgan    morgan.courtney@pbgc.gov
- Kimberly S. Morris    kmorris@bakerlaw.com, hhammonturano@bakerlaw.com
- Rodney Allen Morris    Rodney.Morris2@usdoj.gov
- Joshua D. Morse    Joshua.Morse@dlapiper.com, joshua-morse-0092@ecf.pacerpro.com
- Andrew H. Morton    andrew.morton@stoel.com, lisa.petras@stoel.com

- Thomas G. Mouzes   tmouzes@boutinjones.com, cdomingo@boutininc.com
- Peter S. Munoz   pmunoz@reedsmith.com, gsandoval@reedsmith.com
- Bennett J. Murphy   bmurphy@bennettmurphylaw.com
- Michael S. Myers   myersms@ballardspahr.com
- Alan I. Nahmias   anahmias@mbnlawyers.com, jdale@mbnlawyers.com
- David L. Neale   dln@lnbrb.com
- David L. Neale   dln@lnbyb.com
- David Neier   dneier@winston.com
- Brittany J. Nelson   bnelson@foley.com, hsiagiandraughn@foley.com
- Michael S. Neumeister   MNeumeister@gibsondunn.com
- Howard S. Nevins   hnevins@hsmlaw.com
- Melissa T. Ngo   ngo.melissa@pbgc.gov, efile@pbgc.gov
- Mario R. Nicholas   mario.nicholas@stoel.com, cherie.clark@stoel.com
- Sean Nolan   snolan@akingump.com, NYMCO@akingump.com
- Gregory C. Nuti   gnuti@nutihart.com, nwhite@nutihart.com
- Abigail O'Brient   aobrient@mintz.com, docketing@mintz.com
- Julie E. Oelsner   joelsner@weintraub.com, bjennings@weintraub.com
- Office of the U.S. Trustee / SF   USTPRegion17.SF.ECF@usdoj.gov
- Matthew Jon Olson   matt@macfern.com, stell.laura@dorsey.com
- Scott Olson   solson@vedderprice.com, nortega@vedderprice.com
- Steven M. Olson   smo@smolsonlaw.com
- Aram Ordubegian   Ordubegian.Aram@ArentFox.com
- Gabriel Ozel   , gabeozel@gmail.com
- Margarita Padilla   Margarita.Padilla@doj.ca.gov
- Amy S. Park   amy.park@skadden.com, alissa.turnipseed@skadden.com
- Donna Taylor Parkinson   donna@parkinsonphinney.com
- Peter S. Partee   ppartee@huntonak.com, candonian@huntonak.com
- Paul J. Pascuzzi   ppascuzzi@ffwplaw.com, docket@ffwplaw.com
- Kenneth Pasquale   , mlaskowski@stroock.com
- Charles Scott Penner   penner@carneylaw.com, caragol@carneylaw.com
- Valerie Bantner Peo   vbantnerpeo@buchalter.com
- Yosef Peretz   , skim@peretzlaw.com
- Thomas R. Phinney   tom@parkinsonphinney.com
- R. Alexander Pilmer   alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
- M. Ryan Pinkston   rpinkston@seyfarth.com, jmcdermott@seyfarth.com
- Estela O. Pino   epino@epinolaw.com, rmahal@epinolaw.com
- Gregory Plaskett   GREGORY.PLASKETT@GMAIL.COM, HKHAPPYGRL1@GMAIL.COM
- Mark D. Plevin   mplevin@crowell.com
- Steven G. Polard   spolard@eisnerlaw.com
- Mark D. Poniatowski   ponlaw@ponlaw.com
- William L. Porter   bporter@porterlaw.com, Ooberg@porterlaw.com
- Christopher E. Prince   cprince@lesnickprince.com
- Douglas B. Provencher   dbp@provlaw.com
- Stacey C. Quan   squan@steyerlaw.com, pspencer@steyerlaw.com
- Amy C. Quartarolo   amy.quartarolo@lw.com
- Lary Alan Rappaport   lrappaport@proskauer.com, PHays@proskauer.com
- Justin E. Rawlins   justinrawlins@paulhastings.com

KTBS LAW LLP
1999 AVENUE OF THE STARS, THIRTY-NINTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

KTBS LAW LLP
1999 AVENUE OF THE STARS, THIRTY-NINTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

- Hugh M. Ray    hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com
- Paul F. Ready    smeyer@farmerandready.com
- Caroline A. Reckler    caroline.reckler@lw.com
- David M. Reeder    david@reederlaw.com, secretary@reederlaw.com
- Steven J. Reisman    sreisman@katten.com, nyc.bknotices@kattenlaw.com
- Jeffrey M. Reisner    jreisner@irell.com
- Jack A. Reitman    , srichmond@lgbfirm.com
- Emily P. Rich    erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- David J. Richardson    drichardson@bakerlaw.com, aagonzalez@bakerlaw.com
- Christopher O. Rivas    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- David B. Rivkin    drivkin@bakerlaw.com, jmeeks@bakerlaw.com
- John R. Rizzardi    kcoselman@cairncross.com, tnguyen@cairncross.com
- Daniel Robertson    robertson.daniel@pbgc.gov, efile@pbgc.gov
- Lacey E. Rochester    lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com
- Michael Rogers    mrogers@lambertrogers.com, jan@lambertrogers.com
- Julie H. Rome-Banks    julie@bindermalter.com
- Jorian L. Rose    jrose@bakerlaw.com
- Paul M. Rosenblatt    prosenblatt@kilpatricktownsend.com, mwilliams@kilpatricktownsend.com
- David A. Rosenzweig    david.rosenzweig@nortonrosefulbright.com, thomas.burns@nortonrossefulbright.com
- Allan Robert Rosin    arrosin@alr-law.com
- Jay M. Ross    jross@hopkinscarley.com, eamaro@hopkinscarley.com
- Gregory A. Rougeau    grougeau@brlawsf.com
- Stacy H. Rubin    rubins@ballardspahr.com, BKTDocket_West@ballardspahr.com
- Jason C. Rubinstein    jrubinstein@fklaw.com, mclerk@fklaw.com
- Nathan Q. Rugg    nathan.rugg@bfkn.com, jean.montgomery@bfkn.com
- Thomas B. Rupp    trupp@kbkllp.com
- Eric E. Sagerman    esagerman@bakerlaw.com
- Robert Sahyan    rsahyan@sheppardmullin.com, JNakaso@sheppardmullin.com
- Jonathan C. Sanders    jsanders@stblaw.com
- Nanette D. Sanders    nanette@ringstadlaw.com, becky@ringstadlaw.com
- Natalie Kathleen Sanders    natalie.sanders@bakerbotts.com
- Lovee Sarenas    Lovee.sarenas@lewisbrisbois.com
- Sunny S. Sarkis    sunny.sarkis@stoel.com, dawn.forgeur@stoel.com
- Patricia Savage    psavesq@gmail.com, jodi.savage@gmail.com
- Sblend A. Sblendorio    sas@hogefenton.com
- Francis O. Scarpulla    fos@scarpullalaw.com, cpc@scarpullalaw.com
- Daren M Schlecter    daren@schlecterlaw.com, info@schlecterlaw.com
- Bradley R. Schneider    bradley.schneider@mto.com, jeffrey.wu@mto.com
- Harvey S. Schochet    Harveyschochet@dwt.com
- Nathan A. Schultz    nschultz@goodwinlaw.com, kjarashow@goodwinlaw.com
- Lisa Schweitzer    lschweitzer@cgsh.com
- Eric J. Seiler    eseiler@fklaw.com, mclerk@fklaw.com
- David B. Shemano    dshemano@pwkllp.com
- James A. Shepherd    jim@jsheplaw.com, shepIGN@gmail.com
- Leonard M. Shulman    lshulman@shbllp.com
- Andrew I. Silfen    andrew.silfen@arentfox.com

KTBS LAW LLP
1999 AVENUE OF THE STARS, THIRTY-NINTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

- Wayne A. Silver   w_silver@sbcglobal.net, ws@waynesilverlaw.com
- Craig S. Simon   csimon@bergerkahn.com, aketcher@bergerkahn.com
- Gerald Singleton   gerald@slffirm.com, BKECFCANB@SLFfirm.com
- Steven J. Skikos   sskikos@skikos.com, mmontoya@skikos.com
- Michael K. Slattery   mslattery@lkfirm.com, rramirez@lkfirm.com
- Dania Slim   dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com
- Jennifer N. Slocum   jennifer.slocum@stoel.com, docketclerk@stoel.com
- Aaron C. Smith   asmith@lockelord.com, autodocket@lockelord.com
- Alan D. Smith   adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com
- Jan D. Sokol   jdsokol@lawssl.com, dwright@lawssl.com
- Randye B. Soref   rsoref@polsinelli.com
- Joseph Sorkin   jsorkin@akingump.com, NYMCO@akingump.com
- Bennett L. Spiegel   blspiegel@jonesday.com
- Michael St. James   ecf@stjames-law.com
- Diane C. Stanfield   diane.stanfield@alston.com, nelly.villaneda@alston.com
- Howard J. Steinberg   steinbergh@gtlaw.com, pearsallt@gtlaw.com
- Harriet A. Steiner   harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com
- Lillian G. Stenfeldt   lillian.stenfeldt@rimonlaw.com, jon.arneson@sedgwicklaw.com
- Lillian G. Stenfeldt   lillian.stenfeldt@sdma.com, jon.arneson@sedgwicklaw.com
- Cheryl L. Stengel   clstengel@outlook.com, stengelcheryl40@gmail.com
- David M. Stern   dstern@ktbslaw.com
- Geoffrey S. Stewart   gstewart@jonesday.com, mmelvin@jonesday.com
- Alan J. Stone   AStone@milbank.com, DMcCracken@Milbank.com
- Jason D. Strabo   jstrabo@mwe.com, shill@mwe.com
- Michael H. Strub   mstrub@irell.com, mhstrub1@gmail.com
- Rebecca Suarez   rsuarez@crowell.com
- Brad T. Summers   summerst@lanepowell.com, docketing-pdx@lanepowell.com
- Kristine Theodesia Takvoryan   ktakvoryan@ckrlaw.com
- Derrick Talerico   dtalerico@ztlegal.com, sfritz@ztlegal.com
- Kesha Tanabe   kesha@tanabelaw.com
- Mary Ellmann Tang   mtang@frenchlyontang.com, nblackwell@frenchlyontang.com
- Elizabeth Lee Thompson   ethompson@stites.com, docketclerk@stites.com
- John C. Thornton   jct@andrewsthornton.com, aandrews@andrewsthornton.com
- Elisa Tolentino   cao.main@sanjoseca.gov
- Meagan S. Tom   Meagan.tom@lockelord.com, autodocket@lockelord.com
- Edward J. Tredinnick   etredinnick@greeneradovsky.com
- Matthew Jordan Troy   matthew.troy@usdoj.gov
- Michael Tye   Michael.Tye@usdoj.gov
- Andrew Van Ornum   avanornum@vlmglaw.com, hchea@vlmglaw.com
- Shmuel Vasser   shmuel.vasser@dechert.com, brett.stone@dechert.com
- Victor A. Vilaplana   vavilaplana@foley.com, rhurst@foley.com
- Marta Villacorta   marta.villacorta@usdoj.gov
- Carol C. Villegas   cvillegas@labaton.com, NDonlon@labaton.com
- John A. Vos   InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
- Bao M. Vu   bao.vu@stoel.com, sharon.witkin@stoel.com
- Nicholas Wagner   kschemen@wagnerjones.com, bwagner@wagnerjones.com
- Jonathan D. Waisnor   jwaisnor@willkie.com, mao@willkie.com
- Riley C. Walter   ecf@W2LG.com

- Phillip K. Wang    phillip.wang@rimonlaw.com
- Philip S. Warden    philip.warden@pillsburylaw.com, kathy.stout@pillsburylaw.com
- Mikal C. Watts    mcwatts@wattsguerra.com, cwilson@wattsguerra.com
- Lindsi M. Weber    lweber@polsinelli.com, yderac@polsinelli.com
- Joseph M. Welch    jwelch@buchalter.com, dcyrankowski@buchalter.com
- David Walter Wessel    DWessel@efronlawfirm.com, hporter@chdlawyers.com
- Joseph West    westjoseph@earthlink.net, josephw998@gmail.com
- Drew M. Widders    dwidders@wilcoxenlaw.com, nina@wilcoxenlaw.com
- Jason P. Williams    jwilliams@wplgattorneys.com, maryanne@wplgattorneys.com
- Eric R. Wilson    kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com
- Kimberly S. Winick    kwinick@clarktrev.com, knielsen@clarktrev.com
- Rebecca J. Winthrop    rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonrosefulbright.com
- David Wirt    david.wirt@hklaw.com, denise.harmon@hklaw.com
- Ryan A. Witthans    rwitthans@fhlawllp.com
- Risa Lynn Wolf-Smith    rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com
- Douglas Wolfe    dwolfe@asmcapital.com
- Andrea Wong    wong.andrea@pbgc.gov, efile@pbgc.gov
- Christopher Kwan Shek Wong    christopher.wong@arentfox.com
- David A. Wood    dwood@marshackhays.com, lbuchanan@marshackhays.com
- Kirsten A. Worley    kw@wlawcorp.com, admin@wlawcorp.com
- Kinga Wright    kinga.wright@lockelord.com, autodocket@lockelord.com
- Antonio Yanez    ayanez@willkie.com
- Cathy Yanni    cathy@cathyyanni.com, pstrunk@browngreer.com
- Andrew Yaphe    andrew.yaphe@davispolk.com, pge.dpw.routing@davispolk.com
- Tacie H. Yoon    tyoon@crowell.com
- Bennett G. Young    byoung@jmbm.com, jb8@jmbm.com
- Christopher L. Young    cyoung@cairncross.com, nspringstroh@cairncross.com
- Nicole M. Zeiss    nzeiss@labaton.com
- Paul H. Zumbro    mao@cravath.com
- Brittany Zummer    bzummer@theadlerfirm.com, nfournier@theadlerfirm.com
- Dario de Ghetaldi    deg@coreylaw.com, lf@coreylaw.com

**SERVED VIA U.S. MAIL:**

| | | |
|---|---|---|
| PG&E Corporation and Pacific Gas and Electric Company<br>Attn: Janet Loduca, Esq.<br>PO Box 770000<br>77 Beale Street<br>San Francisco, CA 94105 | Office of the United States Trustee for Region 17<br>Attn: James L. Snyder, Esq.<br>Timothy Laffredi, Esq.<br>450 Golden Gate Ave., 5th Fl.<br>Suite #05-0153<br>San Francisco, CA 94102 | Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>Attn: Alan W. Kornberg, Esq.<br>Brian S. Hermann, Esq.<br>Walter R. Rieman, Esq.<br>Sean A. Mitchell, Esq.<br>Neal P. Donnelly, Esq.<br>1285 Avenue of the Americas<br>New York, NY 10019-6064 |
| Weil, Gotshal & Manges LLP<br>Attn: Stephen Karotkin, Esq.<br>Jessica Liou, Esq.<br>Matthew Goren, Esq.<br>Tom Schinckel, Esq.<br>767 Fifth Avenue<br>New York, NY 10153 | Jones Day<br>Attn: Bruce S. Bennett, Esq.<br>Joshua M. Mester, Esq.<br>James O. Johnston, Esq.<br>555 South Flower St.,<br>Fiftieth Floor<br>Los Angeles, CA 90071-2300 | Stroock & Stroock & Lavan LLP<br>Attn: Kristopher M. Hansen, Esq.<br>Erez E. Gilad, Esq.<br>Matthew G. Garofalo, Esq.<br>180 Maiden Lane<br>New York, NY 10038-4982 |
| Stroock & Stroock & Lavan LLP<br>Attn: Frank A. Merola, Esq.<br>2029 Century Park East<br>Los Angeles, CA 90067-3086 | U.S. Department of Justice<br>Attn: Danielle A. Pham, Esq.<br>1100 L Street, NW<br>Room 7106<br>Washington DC 20005 | Keller Benvenutti Kim LLP<br>Attn: Tobias S. Keller<br>Jane Kim<br>650 California Street, Ste 1900<br>San Francisco, CA 94108 |
| U.S. Nuclear Regulatory Commission<br>Attn: General Counsel<br>Washington, DC 20555-0001 | Milbank LLP,<br>Attn: Dennis F. Dunne, Esq.<br>Sam A. Khalil, Esq.<br>55 Hudson Yards<br>New York, NY 10001-2163 | Milbank LLP<br>Attn: Paul S. Aronzon, Esq.<br>Gregory A. Bray, Esq.<br>Thomas R. Kreller, Esq.<br>2029 Century Park East, 33rd Floor<br>Los Angeles, CA 90067 |
| Davis Polk & Wardwell LLP<br>Eli J. Vonnegut, Esq.<br>David Schiff, Esq.<br>Timothy Graulich, Esq.<br>450 Lexington Avenue<br>New York, NY 10017 | Baker & Hostetler LLP<br>Attn: Eric Sagerman, Esq.<br>Cecily Dumas, Esq.<br>11601 Wilshire Blvd.<br>Suite 1400<br>Los Angeles, CA 90025-0509 | |

**SERVED VIA EMAIL:**

- stephen.karotkin@weil.com
- jessica.liou@weil.com
- matthew.goren@weil.com
- tom.schinckel@weil.com
- tkeller@kbkllp.com
- jkim@kbkllp.com
- bbennett@jonesday.com
- jmester@jonesday.com
- jjohnston@jonesday.com

KTBS LAW LLP
1999 AVENUE OF THE STARS, THIRTY-NINTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000