1  **MEYER LAW GROUP LLP**
2   A Limited Liability Partnership
   BRENT D. MEYER, Cal. Bar No. 266152
3  268 Bush Street #3639
   San Francisco, California 94104
4  Telephone:  (415) 765-1588
   Facsimile:  (415) 762-5277
5  Email:      brent@meyerllp.com

6  **GODFREY & KAHN, S.C.**
   Nicholas Hahn, Wis. Bar No. 1085675*
7  100 West Lawrence Street
   Appleton, Wisconsin 54912
8  Telephone:  (920) 830-2800
   Facsimile:  (920) 830-3530
9  Email:      nhahn@gklaw.com

   [* Not Licensed to Practice Law in California]
10
11 Attorneys for Creditor
   JOHNSON CONTROLS INC. and
12 JOHNSON CONTROLS SECURITY SOLUTIONS LLC

13

14                UNITED STATES BANKRUPTCY COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16                    SAN FRANCISCO DIVISION

17

18 In re                                  BK Case No.:  19-30088-DM (Lead Case)
                                                        19-30089-DM
19 PG&E CORPORATION,
                                          Chapter 11
20        -  and  -
                                          **JOHNSON CONTROLS INC.'S AND**
21 PACIFIC GAS AND ELECTRIC               **JOHNSON CONTROLS SECURITY**
   COMPANY,                               **SOLUTIONS LLC'S OBJECTION TO**
22                                        **PLAN AND CURE AMOUNT**
              Debtors.
23

24

25 ☐ Affect PG&E Corporation
   ☐ Affects Pacific Gas and Electric Corporation
26 ☒ Affects both Debtors

27

28

MEYER LAW GROUP LLP
268 BUSH STREET #3639
SAN FRANCISCO CA 94104
www.meyerllp.com

Creditors JOHNSON CONTROLS, INC. and JOHNSON CONTROLS SECURITY SOLUTIONS LLC (also known as Tyco Integrated Security, LLC) (collectively, "Johnson Controls"), by and through the undersigned counsel, hereby files this Objection to Plan and Cure Amount ("Objection"). In support of this Objection, Johnson Controls represents the following:

**Contracts Proposed for Assumption**

1. On May 1, 2020, the Debtor filed its Schedule of Executory Contracts and Unexpired Leases to be Assumed Pursuant to the Plan and Proposed Cure Amounts ("Assumption Schedule"). The Assumption Schedule lists the following contracts to be assumed with Johnson Controls on pages 890 and 1694 of docket entry 7037:

| Non-Debtor Counter Party | Match ID | Contract ID | Title of Agreement | Effective Date of Agreement | Cure Amount |
|---|---|---|---|---|---|
| Johnson Controls, Government Systems, LLC | 1016334 | SRCDAL_01768 | Contract (Long Form) – Utility Energy Services Contract | 6/28/2018 | - |
| Johnson Controls, Inc. | 1007752 | CCNRD_02989 | UESC – Vendor MSA | | - |
| Tyco Electronics Corporation | 1007752 | CCNGSA_00918 | Natural Gas Service Agreement | 9/1/2014 | - |
| Tyco Integrated Security LLC | 1007752 | SRCPOS_2700021614 | Purchase Order #2700021614 Dated 10/24/2017 | 10/24/2017 | $463,887.04 |

2. Johnson Controls does not object the cure amount listed for the Contract (Long Form) – Utility Energy Services Contract, dated June 28, 2018 because its records reflect that no amounts are due from the Debtor. Similarly, it does object to the cure amount listed for the UESC – Vendor MSA because that contract is the same contract as the Contract (Long Form) – Utility Energy Services Contract.

3. Johnson Controls has no record of the Natural Gas Service Agreement, and the Debtors have been unable to produce a copy of this agreement. Accordingly, to the extent the Debtor seeks to bind Johnson Controls under the Natural Gas Service Agreement, it should not be assumed.

///

MEYER LAW GROUP LLP
268 BUSH STREET #3639
SAN FRANCISCO CA 94104
www.meyerllp.com

**Objection to Cure Amount**

4.      Johnson Controls does, however, object to the stated cure amount for the Purchase Order #2700021614 Dated 10/24/2017 (the "PO") for the following reasons:

        A.      The Assumption Schedule refers to just one purchase order that was issued under the Master Services Agreement, dated July 7, 2017, PG&E Contract No. 4400011710, as amended by Change Order No. 1 dated (collectively, the "Master Services Agreement").

        B.      The PO referenced in the Assumption Schedule represents just one of many projects and related billings under the Master Services Agreement.

        C.      Johnson Controls' internal records reflect that the cure amount for pre-petition and post-petition goods and services under the Master Services Agreement is $4,572,766.93, as of May 15, 2020.

        D.      Furthermore, Johnson Controls continues to provide goods and services under the Master Services Agreement post-petition. As a result, the amounts due and owing will necessarily continue to increase.

5.      The Master Services Agreement is too voluminous to file on the docket.  Instead, Johnson Controls has attached copies of the signed cover pages with identifying information as **Exhibit A**.  Johnson Controls has provided a complete copy of the Master Services Agreement to the Debtors' professionals, and they have agreed that the Master Services Agreement will be assumed.

6.      A schedule of amounts due and owing under the Master Services Agreement is attached as **Exhibit B**.

7.      **Exhibit B** contains three parts, which represent (a) prepetition amounts due; (b) post-petition amounts that have been invoiced but not paid; and (c) amounts for goods and services provided post-petition for which no invoices have been issued.

///
///
///
///

MEYER LAW GROUP LLP

268 BUSH STREET #3639
SAN FRANCISCO CA 94104
www.meyerllp.com

CASE NO. 19-30088-DM

JOHNSON CONTROLS INC.'S AND JOHNSON CONTROLS SECURITY SOLUTIONS LLC'S OBJECTION TO PLAN AND CURE AMOUNT

8. The name and contact information for the person authorized to resolve this objection are as follows:

Carla O. Andres, Esq.
**Godfrey & Kahn, S.C.**
Attorney for Johnson Controls, Inc.
100 West Lawrence Street
Appleton, WI 54911-5754
Telephone: (920) 831-6362
Facsimile: (920) 830-3530
Email: candres@gklaw.com

WHEREFORE, Johnson Controls, Inc. requests that the Court deny confirmation pending a resolution of Johnson Controls, Inc.'s objection to the cure amount.

Dated: May 15, 2020                    **MEYER LAW GROUP LLP**


By: /s/ BRENT D. MEYER
Brent D. Meyer
Attorneys for Creditors
JOHNSON CONTROLS INC. and
JOHNSON CONTROLS SECURITY
SOLUTIONS LLC

MEYER LAW GROUP LLP
268 BUSH STREET #3639
SAN FRANCISCO CA 94104
w w w . m e y e r l l p . c o m

CASE NO. 19-30088-DM

JOHNSON CONTROLS INC.'S AND JOHNSON CONTROLS SECURITY SOLUTIONS LLC'S OBJECTION TO PLAN AND CURE AMOUNT

# Exhibit A

# Master Services Agreement



# Contract (Long Form)

This is a Contract between the below named Contractor ("Contractor"), a Florida corporation, and Pacific Gas and Electric Company ("PG&E"), a California corporation with its headquarters located at 77 Beale Street, San Francisco, California 94105.

| Contractor's Legal Name: | TYCO INTEGRATED SECURITY LLC | PG&E Contract No. 4400011710 |
|---|---|---|
| Contractor's Address: | 3801 BAY CENTER PLACE HAYWARD, CA 94545 | This Contract consists of 137 pages. |

Project Name:

Job Location: PG&E Territory as requested

**WORK**: Contractor shall, at its own risk and expense, perform the Work described in this Contract and furnish all labor, equipment, and materials necessary to complete the Work as summarized below and as more fully described in Attachment 1, Scope of Work. This is not an exclusive Contract. This Contract does not guarantee Contractor any Work nor is there any guarantee as to any volume or duration of Work.

1. Contractor shall The Contractor shall furnish and install, including but not limited to Security Access Control Systems, Alarm systems, wired and wireless closed Circuit Televisions Systems (CCTV), Perimeter Detection systems, Intrusion Detection systems, thermal radar and deployable trailers, microwave detection, Card Access Systems, Identification Devices, and diagnostic Devices.

**ATTACHMENTS:** Each of the following documents is attached to this Contract and incorporated herein by this reference:

Attachment 1: Specific Conditions, 25 pages with Exhibits, 100 pages;

Attachment 2: Amended General Conditions 06132017, 35 pages

**CONTRACT TERM:** This Contract is effective upon signature by both parties and expires on **June 30, 2018**.

**COMPLETION:** Contractor shall commence performance hereof when directed to do so by PG&E. Work shall be completed by the completion date of **June 30, 2018**. Time is of the essence.

**INSURANCE:** Contractor shall maintain insurance in accordance with Section 9 of the Amended General Conditions.

**TERMS OF PAYMENT:** In accordance with Section 13.1 of the Amended General Conditions.

**CONSIDERATION:** As full consideration for satisfactory performance of the Work by Contractor, PG&E's total obligation to Contractor shall not exceed the following amount. This amount is inclusive of all taxes incurred in the performance of the Work. Any change to this amount shall only be authorized in writing by a PG&E Contract Change Order, fully executed by both PG&E and Contractor.

**TOTAL:** THE SUM OF ALL EXECUTED CONTRACT WORK AUTHORIZATIONS.

THE PARTIES, BY SIGNATURE OF THEIR AUTHORIZED REPRESENTATIVES, HEREBY AGREE TO THE TERMS OF THIS CONTRACT.

| PACIFIC GAS AND ELECTRIC COMPANY | | CONTRACTOR: Tyco Integrated Security | |
|---|---|---|---|
| Signature | e-Signed by David Kevane on 2017-07-07 15:04:32 GMT | Signature | Digitally signed by Bobby Louissaint DN: C=US, E=blouissaint@tyco.com, O=Tyco IS, OU=Director National/Strategic Accounts, CN=Bobby Louissaint Reason: I am approving this document Date: 2017.07.07 07:32:32-07'00' |
| Name | | Name | Bobby Louissaint |
| Title | Director, Sourcing | Title | Regional Director |
| Date | | Date | |



| ADMINISTRATION | | | |
|---|---|---|---|
| **PG&E Negotiator** | Brendan A. Kearney | **Contractor Representative** | Bobby Louissaint |
| **Phone** | 415-973-1329 | **Phone** | 310-941-2088 |
| **Email** | BAK8@pge.com | **Email** | blouissaint@tyco.com |

| | |
|---|---|
| **Accounting Reference** | *Specific to each BPO and Post Order* |

| | |
|---|---|
| **PG&E Work Supervisor:** | **Brian Walker, Manager Corporate Security Department**    **Phone:  925-324-9305 mobile** |

| **INVOICE INSTRUCTIONS**: Contractor shall send invoices for each payment when due, showing the Contract number, to: PACIFIC GAS AND ELECTRIC COMPANY | **Send ORIGINAL Invoice to:** | PG&E Accounts Payable* PO Box 7760 San Francisco, CA 94120-7760 |
|---|---|---|
| | **Send COPY of Invoice to:** | Work Supervisor as requested on CWAs |

For information regarding invoice status, call PG&E's Paid Help Line at (800) 756-PAID (7243) or go to AP Web Reporting site at www.pge.com/actpay.
**\*Note**:  Contractors using the XIGN System do not need to mail a copy of the invoice to PG&E.

| INTERNAL PG&E USE ONLY | |
|---|---|
| **Distribution Date** | |
| **Distribution of Copies** | ☐ Document Services (Signed Original Copy) Mail Code N5D 245 MARKET ST., SAN FRANCISCO    ☐ Contractor (Signed Original Copy) |
| | ☐ Work Supervisor    ☐ Manager |
| | ☐ Invoice Approver    ☐ Supervisor |
| | ☐ V.P.    ☐ Sourcing/ Purchasing |
| | ☐ Director    ☐ Law: Pending 3/120/17 |



# Contract Change Order

**This is Change Order ("CO") No. 1 to Contract No. 4400011710 dated 07/07/2017 between the below-named Contractor ("Contractor"), a Florida corporation, and Pacific Gas and Electric Company ("PG&E"), a California corporation with its headquarters located at 77 Beale Street, San Francisco, California 94105. Contractor shall perform all Work under this Contract, as amended by this Change Order, pursuant to and in accordance with the terms and conditions of the Contract.**

| | | |
|---|---|---|
| **Contractor's Legal Name:** | TYCO INTEGRATED SECURITY LLC | **This Contract Change Order consists of 4 page(s).** |
| **Contractor's Address:** | 3801 BAY CENTER PLACE<br>HAYWARD, CA 94545 | |

**Project Name**:

**Job Location**:     PG&E Territory as requested

**CHANGES:  The Parties hereby modify the Contract referenced above as follows:**

All other terms and conditions of the MSA remain the same.

Please refer to page 3.

**ATTACHMENTS:  The following are attached to this Contract Change Order and incorporated herein by this reference.**
None

| PRICING CHANGES: | | |
|---|---|---|
| | Previous Total Contract Value: | $ The Sum of all Duly Authorized Contract Work Authorizations |
| | Addition or Deduction: | $ The Sum of all Duly Authorized Contract Work Authorizations |
| | Revised Total Contract Value: | $ The Sum of all Duly Authorized Contract Work Authorizations |

DocuSign Envelope ID: 2C18D3CD-FBB5-4156-8E8D-553B8638E100

All other terms and conditions of the Contract, as it may have been amended by previous Contract Change Order(s), if any, shall remain the same.

THE PARTIES, BY SIGNATURE OF THEIR AUTHORIZED REPRESENTATIVES, HEREBY AGREE TO THE TERMS OF THIS CONTRACT CHANGE ORDER.

| PACIFIC GAS AND ELECTRIC COMPANY | | CONTRACTOR: TYCO INTEGRATED SECURITY LLC. | |
|---|---|---|---|
| Signature | *Steven S. Coleman (signature)*<br>86ECAFFA69E04B6... | Signature | *Neal Vanskiver (signature)*<br>68C0E917F487467... |
| Name | Steven S. Coleman | Name | Neal Vanskiver |
| Title | Sr. Director, Electric T&D Sourcing | Title | Sr. Director, Sourcing |
| Date | 4/24/2018 | Date | 4/24/2018 |

| ADMINISTRATION | | | |
|---|---|---|---|
| PG&E Negotiator | Brendan Kearney | Contractor Representative | Bobby Louissaint |
| Phone | 415-973-1329 | Phone | 310-941*-2088 |
| Email: | Bak8@pge.com | Email: | blouissaint@tyco.com |
| Accounting Reference | As specified in each applicable CWA | | |

| INTERNAL PG&E USE ONLY | |
|---|---|
| Distribution Date | |
| Distribution of Copies | ☐ Document Services (Signed Original Copy) Mail Code N5D 245 MARKET ST., SAN FRANCISCO      ☒ Contractor (Signed Original Copy) |
| | ☐ Work Supervisor      ☐ Manager |
| | ☐ Invoice Approver      ☐ Supervisor |
| | ☐ V.P.      ☐ Sourcing/ Purchasing |
| | ☐ Director      ☐ Law |

# Exhibit B
# Cure Amounts

| | | Prepetition Amounts Due | |
|---|---|---|---|
| PO Number: | Invoice # | Total | Job Description |
| 2501511319 | 29945885 | $ 1,621.92 | Installation |
| 2501511319 | 29945887 | $ 1,598.76 | Installation |
| 2501511319 | 29945888 | $ 694.30 | Installation |
| 2501511319 | 29945889 | $ 1,158.11 | Installation |
| 2501511319 | 29945890 | $ 1,158.11 | Installation |
| 2501511319 | 29945893 | $ 1,849.20 | Installation |
| 2501511319 | 29945894 | $ 1,148.85 | Installation |
| 2501511319 | 29945895 | $ 1,158.11 | Installation |
| 2501511319 | 29945896 | $ 1,371.49 | Installation |
| 2501511319 | 29945897 | $ 1,722.82 | Installation |
| 2501511319 | 29945898 | $ 2,285.62 | Installation |
| 2501511319 | 29945899 | $ 1,162.74 | Installation |
| 2501511319 | 29945900 | $ 1,589.51 | Installation |
| 2501511319 | 29945901 | $ 1,144.21 | Installation |
| 2501511319 | 29945902 | $ 2,503.65 | Installation |
| 2501511319 | 29945903 | $ 2,299.52 | Installation |
| 2501511319 | 29945904 | $ 1,366.86 | Installation |
| 2501511319 | 29945905 | $ 2,726.29 | Installation |
| 2501511319 | 29945906 | $ 2,058.35 | Installation |
| 2501511319 | 29945907 | $ 1,148.85 | Installation |
| 2501511319 | 29945909 | $ 1,148.85 | Installation |
| 2501511319 | 29945910 | $ 1,380.76 | Installation |
| 2501511319 | 29945911 | $ 1,635.81 | Installation |
| 2501511319 | 29945912 | $ 1,621.92 | Installation |
| 2501511319 | 29945914 | $ 1,162.74 | Installation |
| 2501511319 | 29945915 | $ 1,385.38 | Installation |
| 2501511319 | 29945916 | $ 1,366.86 | Installation |
| 2501511319 | 29945918 | $ 1,390.02 | Installation |
| 2501511319 | 29945919 | $ 1,144.21 | Installation |
| 2501511319 | 29945920 | $ 1,148.85 | Installation |
| 2501511319 | 29945921 | $ 1,153.47 | Installation |
| 2501511319 | 29945922 | $ 1,158.11 | Installation |
| 2501511319 | 29945923 | $ 694.30 | Installation |
| 2501511319 | 29945924 | $ 1,148.85 | Installation |
| 2501511319 | 29945925 | $ 1,158.11 | Installation |
| 2501511319 | 29945926 | $ 1,380.76 | Installation |
| 2501511319 | 29945927 | $ 1,635.81 | Installation |
| 2501511319 | 29945928 | $ 1,158.11 | Installation |
| 2501511319 | 29945929 | $ 916.94 | Installation |
| 2501511319 | 29945930 | $ 1,390.02 | Installation |
| 2501511319 | 29945932 | $ 1,162.74 | Installation |
| 2501511319 | 29945936 | $ 1,153.47 | Installation |
| 2501511319 | 29945937 | $ 2,168.12 | Installation |
| 2501511319 | 29945938 | $ 1,376.12 | Installation |
| 2501511319 | 29945939 | $ 1,390.02 | Installation |

| | | | |
|---|---|---|---|
| 2501511319 | 29945940 | $ 1,385.38 | Installation |
| 2501511319 | 29945941 | $ 2,062.97 | Installation |
| 2501511319 | 29945944 | $ 1,148.85 | Installation |
| 2501511319 | 29947303 | $ 1,371.49 | Installation |
| 2501511319 | 29947317 | $ 1,945.47 | Installation |
| 2501511319 | 29947333 | $ 680.41 | Installation |
| 2501511319 | 29947336 | $ 1,153.47 | Installation |
| 2501511319 | 29947339 | $ 1,589.51 | Installation |
| 2501511319 | 29947340 | $ 1,148.85 | Installation |
| 2501511319 | 29947344 | $ 685.03 | Installation |
| 2501511319 | 30073734 | $ 1,162.74 | Installation |
| 2501511319 | 31031425 | $ 1,385.38 | Installation |
| 2501511319 | 31369189 | $ 1,167.37 | Installation |
| 2501511319 | 31369196 | $ 1,380.76 | Installation |
| 2501511319 | 31369206 | $ 2,285.62 | Installation |
| 2501511319 | 31369222 | $ 1,394.64 | Installation |
| 2501511319 | 31369226 | $ 1,171.99 | Installation |
| 2501511319 | 31512439 | $ 880.00 | Installation |
| 2501511319 | 31512440 | $ 880.00 | Installation |
| 2501511319 | 31513699 | $ 1,100.00 | Installation |
| 2501511319 | 31672130 | $ 9,779.49 | Installation |
| 2501519321 | 29945917 | $ 854.04 | Installation |
| 2501519321 | 29945933 | $ 854.04 | Installation |
| 2501519321 | 31512415 | $ 649.92 | Installation |
| 2501519321 | 31512416 | $ 649.92 | Installation |
| 2501519321 | 31512418 | $ 893.71 | Installation |
| 2501519321 | 31512419 | $ 649.92 | Installation |
| 2501526040 | 29945879 | $ 1,024.41 | Installation |
| 2501526040 | 30086635 | $ 824.75 | Pro-Rated Service |
| 2501526040 | 30086636 | $ 635.73 | Pro-Rated Service |
| 2501526040 | 30086638 | $ 6,583.92 | Installation |
| 2501526040 | 30086639 | $ 18,240.04 | Installation |
| 2501590218 | 30086634 | $ 849.05 | Pro-Rated Service |
| 2501607059 | 31116500 | $ 162.25 | Recurring Service |
| 2501607059 | 31595769 | $ 162.25 | Recurring Service |
| 2501617044 | 30416754 | $ 130.00 | Pro-Rated Service |
| 2501617044 | 30734393 | $ 360.00 | Recurring Service |
| 2501618058 | 30398989 | $ 90.23 | Pro-Rated Service |
| 2501618058 | 31116501 | $ 100.25 | Recurring Service |
| 2501618058 | 31595770 | $ 100.25 | Recurring Service |
| 2700004710 | 29773837 | $ 2,068.20 | Pro-Rated Service |
| 2700004710 | 30953336 | $ 2,326.75 | Recurring Service |
| 2700005957 | 30403503 | $ 2,234.86 | Installation |
| 2700021614 | 30871109 | $ 272.94 | Installation |
| 2700021614 | 31369186 | $ 19,623.20 | Installation |
| 2700021614 | 31369190 | $ 17,829.38 | Installation |
| 2700021614 | 31369193 | $ 17,251.38 | Installation |

| | | | | |
|---|---|---|---|---|
| 2700021614 | 31369199 | $ | 16,827.05 | Installation |
| 2700021614 | 31369213 | $ | 19,887.34 | Installation |
| 2700021614 | 31369218 | $ | 19,464.83 | Installation |
| 2700021614 | 31369225 | $ | 21,326.13 | Installation |
| 2700021614 | 31509549 | $ | 17,698.26 | Installation |
| 2700021614 | 31512423 | $ | 19,221.95 | Installation |
| 2700021614 | 31512428 | $ | 20,010.40 | Installation |
| 2700021614 | 31512436 | $ | 19,702.75 | Installation |
| 2700021614 | 31512449 | $ | 16,637.46 | Installation |
| 2700021614 | 31512455 | $ | 16,324.98 | Installation |
| 2700021614 | 31512459 | $ | 16,273.14 | Installation |
| 2700021614 | 31512464 | $ | 16,583.41 | Installation |
| 2700021614 | 31512468 | $ | 15,920.98 | Installation |
| 2700021614 | 31512476 | $ | 18,193.70 | Installation |
| 2700021614 | 31512481 | $ | 17,586.49 | Installation |
| 2700021614 | 31672127 | $ | 19,764.27 | Installation |
| 2700021614 | 31672132 | $ | 19,641.22 | Installation |
| 2700021614 | 31677871 | $ | 18,443.95 | Installation |
| 2700021614 | 31677874 | $ | 22,707.58 | Installation |
| 2700021614 | 31677879 | $ | 18,443.96 | Installation |
| 2700021614 | 31677886 | $ | 20,079.27 | Installation |
| 2700116437 | 31036916 | $ | 2,827.15 | Installation |
| 2700133910 | 31029504 | $ | 3,677.72 | Installation |
| 2700141010 | 31031424 | $ | 19,054.18 | Installation |
| 2700141010 | 31369187 | $ | 28,244.67 | Installation |
| 2700141010 | 31369188 | $ | 8,890.52 | Installation |
| 2700141010 | 31369194 | $ | 28,129.18 | Installation |
| 2700141010 | 31369195 | $ | 8,872.93 | Installation |
| 2700141010 | 31369200 | $ | 28,206.17 | Installation |
| 2700141010 | 31369201 | $ | 8,884.66 | Installation |
| 2700141010 | 31369204 | $ | 28,206.17 | Installation |
| 2700141010 | 31369205 | $ | 9,709.66 | Installation |
| 2700141010 | 31369210 | $ | 28,174.07 | Installation |
| 2700141010 | 31369211 | $ | 8,884.66 | Installation |
| 2700141010 | 31369215 | $ | 28,228.89 | Installation |
| 2700141010 | 31369216 | $ | 8,893.46 | Installation |
| 2700141010 | 31369220 | $ | 28,206.17 | Installation |
| 2700141010 | 31369221 | $ | 8,884.66 | Installation |
| 2700141010 | 31369223 | $ | 28,206.17 | Installation |
| 2700141010 | 31369224 | $ | 8,884.66 | Installation |
| 2700141010 | 31369231 | $ | 28,177.30 | Installation |
| 2700141010 | 31369232 | $ | 9,667.76 | Installation |
| 2700141010 | 31512412 | $ | 20,783.17 | Installation |
| 2700141010 | 31512424 | $ | 28,137.51 | Installation |
| 2700141010 | 31512425 | $ | 19,653.80 | Installation |
| 2700141010 | 31512429 | $ | 28,283.17 | Installation |
| 2700141010 | 31512430 | $ | 9,821.39 | Installation |

| | | | | |
|---|---|---|---|---|
| 2700141010 | 31512437 | $ | 20,735.04 | Installation |
| 2700141010 | 31512438 | $ | 19,751.56 | Installation |
| 2700141010 | 31512444 | $ | 20,577.15 | Installation |
| 2700141010 | 31512445 | $ | 19,793.46 | Installation |
| 2700141010 | 31512450 | $ | 20,742.74 | Installation |
| 2700141010 | 31512451 | $ | 19,108.35 | Installation |
| 2700141010 | 31512460 | $ | 20,685.00 | Installation |
| 2700141010 | 31512461 | $ | 8,881.44 | Installation |
| 2700141010 | 31512466 | $ | 9,737.59 | Installation |
| 2700141010 | 31512477 | $ | 20,728.89 | Installation |
| 2700141010 | 31512482 | $ | 20,667.67 | Installation |
| 2700141010 | 31512483 | $ | 19,653.80 | Installation |
| 2700141010 | 31672121 | $ | 8,013.15 | Installation |
| 2700141010 | 3.2E+07 | $ | 8,013.15 | Installation |
| 2700141010 | 31672123 | $ | 11,059.61 | Installation |
| 2700141010 | 31672124 | $ | 8,013.15 | Installation |
| 2700141010 | 31672128 | $ | 28,210.62 | Installation |
| 2700141010 | 31672129 | $ | 9,765.52 | Installation |
| 2700141010 | 31672133 | $ | 20,858.17 | Installation |
| 2700141010 | 31672134 | $ | 19,100.09 | Installation |
| 2700141010 | 31677875 | $ | 20,173.77 | Installation |
| 2700141010 | 31677876 | $ | 8,622.12 | Installation |
| 2700141010 | 31677880 | $ | 12,683.40 | Installation |
| 2700141010 | 31677881 | $ | 8,026.71 | Installation |
| 2700141010 | 31677882 | $ | 28,167.67 | Installation |
| 2700141010 | 31677883 | $ | 19,653.80 | Installation |
| 2700141010 | 31679742 | $ | 20,241.14 | Installation |
| 2700141010 | 1512413A | $ | 9,188.39 | Installation |
| 2700141010 | 1512465A | $ | 20,250.67 | Installation |
| 2700174157 | 31029502 | $ | 160,656.66 | Installation |
| 2700190611 | 31672136 | $ | 1,779.57 | Installation |
| 2700190612 | 31672135 | $ | 168,725.29 | Installation |
| 2700190618 | 31672131 | $ | 84,931.11 | Installation |
| 2700190992 | 31672126 | $ | 91,367.45 | Installation |
| 2700201685 | 30717841 | $ | 1,295,661.09 | Installation |
| 2700202053 | 31491641 | $ | 114,134.19 | Installation |
| 2700202058 | 31746178 | $ | 74,564.00 | Installation |
| 2700215196 | 29945883 | $ | 854.04 | Installation |
| 2700215196 | 29945891 | $ | 854.04 | Installation |
| 2700215196 | 29945892 | $ | 854.04 | Installation |
| 2700215196 | 29945908 | $ | 893.71 | Installation |
| 2700215196 | 29945913 | $ | 854.04 | Installation |
| 2700215196 | 29945934 | $ | 1,032.59 | Installation |
| 2700215196 | 29945935 | $ | 854.04 | Installation |
| 2700215196 | 29947324 | $ | 854.04 | Installation |
| 2700215196 | 29947329 | $ | 854.04 | Installation |
| 2700215196 | 29947334 | $ | 854.04 | Installation |

| | | | |
|---|---|---|---|
| 2700215196 | 29947335 | $ 854.04 | Installation |
| 2700215196 | 29947337 | $ 854.04 | Installation |
| 2700215196 | 31512414 | $ 1,760.00 | Installation |
| 2700215196 | 31512420 | $ 974.88 | Installation |
| 2700215196 | 31512431 | $ 649.92 | Installation |
| 2700215196 | 3.2E+07 | $ 649.92 | Installation |
| 2700215196 | 31512433 | $ 812.40 | Installation |
| 2700215196 | 31512441 | $ 649.92 | Installation |
| 2700215196 | 31512446 | $ 649.92 | Installation |
| 2700215196 | 31512452 | $ 649.92 | Installation |
| 2700215196 | 31512456 | $ 649.92 | Installation |
| 2700215196 | 31512467 | $ 812.40 | Installation |
| 2700215196 | 31512469 | $ 812.40 | Installation |
| 2700215196 | 31512470 | $ 649.92 | Installation |
| 2700215196 | 31512471 | $ 649.92 | Installation |
| 2700215196 | 31512472 | $ 812.40 | Installation |
| 2700215196 | 31512473 | $ 649.92 | Installation |
| 2700222859 | 30093697 | $ 3,340.04 | Time and Material Service |
| 2700222859 | 30427486 | $ 1,493.76 | Time and Material Service |
| 2700222859 | 30563790 | $ 901.53 | Time and Material Service |
| 2700222859 | 30563791 | $ 7,533.15 | Time and Material Service |
| 2700222859 | 30563792 | $ 7,063.07 | Time and Material Service |
| 2700222859 | 30563793 | $ 5,446.39 | Time and Material Service |
| 2700222859 | 31223697 | $ 1,612.03 | Time and Material Service |
| 2700222862 | 29931679 | $ 490.72 | Time and Material Service |
| 2700222862 | 29951819 | $ 624.84 | Time and Material Service |
| 2700222862 | 30080923 | $ 5,699.48 | Time and Material Service |
| 2700222862 | 30262026 | $ 772.12 | Time and Material Service |
| 2700222862 | 30412871 | $ 1,452.50 | Time and Material Service |
| 2700222862 | 30424982 | $ 480.70 | Time and Material Service |
| 2700222862 | 30717842 | $ 230.00 | Time and Material Service |
| 2700222862 | 30725131 | $ 460.00 | Time and Material Service |
| 2700222862 | 30725132 | $ 230.00 | Time and Material Service |
| 2700222862 | 30729340 | $ 258.75 | Time and Material Service |
| 2700222862 | 30729341 | $ 230.00 | Time and Material Service |
| 2700222862 | 30731364 | $ 230.00 | Time and Material Service |
| 2700222862 | 30732766 | $ 115.00 | Time and Material Service |
| 2700222862 | 30732767 | $ 230.00 | Time and Material Service |
| 2700222862 | 30738468 | $ 488.75 | Time and Material Service |
| 2700222862 | 30738469 | $ 872.85 | Time and Material Service |
| 2700222862 | 30738470 | $ 517.35 | Time and Material Service |
| 2700222862 | 30743325 | $ 932.10 | Time and Material Service |
| 2700222862 | 30743326 | $ 287.50 | Time and Material Service |
| 2700222862 | 30743327 | $ 258.75 | Time and Material Service |
| 2700222862 | 30863924 | $ 373.75 | Time and Material Service |
| 2700222862 | 30864975 | $ 402.50 | Time and Material Service |
| 2700222862 | 30866302 | $ 345.00 | Time and Material Service |

| | | | |
|---|---|---|---|
| 2700222862 | 30868500 | $ 431.25 | Time and Material Service |
| 2700222862 | 30869803 | $ 546.25 | Time and Material Service |
| 2700222862 | 30869804 | $ 287.50 | Time and Material Service |
| 2700222862 | 30872538 | $ 402.50 | Time and Material Service |
| 2700222862 | 30876341 | $ 747.50 | Time and Material Service |
| 2700222862 | 30880417 | $ 316.25 | Time and Material Service |
| 2700222862 | 30882164 | $ 373.75 | Time and Material Service |
| 2700222862 | 30896624 | $ 776.25 | Time and Material Service |
| 2700222862 | 30900248 | $ 1,437.50 | Time and Material Service |
| 2700222862 | 30900249 | $ 287.50 | Time and Material Service |
| 2700222862 | 30902666 | $ 632.50 | Time and Material Service |
| 2700222862 | 30902667 | $ 431.25 | Time and Material Service |
| 2700222862 | 30903827 | $ 230.00 | Time and Material Service |
| 2700222862 | 30903828 | $ 143.75 | Time and Material Service |
| 2700222862 | 30905072 | $ 603.75 | Time and Material Service |
| 2700222862 | 30905073 | $ 1,150.00 | Time and Material Service |
| 2700222862 | 30905074 | $ 230.00 | Time and Material Service |
| 2700222862 | 30905075 | $ 345.00 | Time and Material Service |
| 2700222862 | 30905076 | $ 258.75 | Time and Material Service |
| 2700222862 | 30905077 | $ 230.00 | Time and Material Service |
| 2700222862 | 30906407 | $ 1,351.25 | Time and Material Service |
| 2700222862 | 30906408 | $ 891.25 | Time and Material Service |
| 2700222862 | 31016200 | $ 316.25 | Time and Material Service |
| 2700222862 | 31019789 | $ 402.50 | Time and Material Service |
| 2700222862 | 31021056 | $ 575.00 | Time and Material Service |
| 2700222862 | 31021057 | $ 230.00 | Time and Material Service |
| 2700222862 | 31022423 | $ 345.00 | Time and Material Service |
| 2700222862 | 31023710 | $ 402.50 | Time and Material Service |
| 2700222862 | 31023711 | $ 316.25 | Time and Material Service |
| 2700222862 | 31023712 | $ 230.00 | Time and Material Service |
| 2700222862 | 31025041 | $ 115.00 | Time and Material Service |
| 2700222862 | 31026347 | $ 230.00 | Time and Material Service |
| 2700222862 | 31029505 | $ 632.50 | Time and Material Service |
| 2700222862 | 31031440 | $ 402.50 | Time and Material Service |
| 2700222862 | 31031441 | $ 546.25 | Time and Material Service |
| 2700222862 | 31031442 | $ 143.75 | Time and Material Service |
| 2700222862 | 31033862 | $ 230.00 | Time and Material Service |
| 2700222862 | 31033863 | $ 230.00 | Time and Material Service |
| 2700222862 | 31036917 | $ 345.00 | Time and Material Service |
| 2700222862 | 31192119 | $ 575.00 | Time and Material Service |
| 2700222862 | 31192120 | $ 2,185.00 | Time and Material Service |
| 2700222862 | 31192121 | $ 373.75 | Time and Material Service |
| 2700222862 | 31194474 | $ 402.50 | Time and Material Service |
| 2700222862 | 31197869 | $ 402.50 | Time and Material Service |
| 2700222862 | 31199449 | $ 230.00 | Time and Material Service |
| 2700222862 | 31199450 | $ 115.00 | Time and Material Service |
| 2700222862 | 31199451 | $ 431.25 | Time and Material Service |

| | | | | |
|---|---|---|---|---|
| 2700222862 | 31200926 | $ | 287.50 | Time and Material Service |
| 2700222862 | 31206335 | $ | 460.00 | Time and Material Service |
| 2700222862 | 31211992 | $ | 258.75 | Time and Material Service |
| 2700222862 | 31214227 | $ | 603.75 | Time and Material Service |
| 2700222862 | 31218724 | $ | 287.50 | Time and Material Service |
| 2700222862 | 31223693 | $ | 431.25 | Time and Material Service |
| 2700222862 | 31223694 | $ | 488.75 | Time and Material Service |
| 2700222862 | 31223695 | $ | 661.25 | Time and Material Service |
| 2700222862 | 31223696 | $ | 287.50 | Time and Material Service |
| 2700222862 | 31223698 | $ | 115.00 | Time and Material Service |
| 2700222862 | 31225988 | $ | 316.25 | Time and Material Service |
| 2700222862 | 31227273 | $ | 230.00 | Time and Material Service |
| 2700222862 | 31227274 | $ | 603.75 | Time and Material Service |
| 2700222862 | 31227275 | $ | 258.75 | Time and Material Service |
| 2700222862 | 31228355 | $ | 690.00 | Time and Material Service |
| 2700222862 | 31345420 | $ | 460.00 | Time and Material Service |
| 2700222862 | 31346506 | $ | 460.00 | Time and Material Service |
| 2700222862 | 31346507 | $ | 1,150.00 | Time and Material Service |
| 2700222862 | 31347802 | $ | 402.50 | Time and Material Service |
| 2700222862 | 31347803 | $ | 517.50 | Time and Material Service |
| 2700222862 | 31347804 | $ | 230.00 | Time and Material Service |
| 2700222862 | 31347805 | $ | 517.50 | Time and Material Service |
| 2700222862 | 31350082 | $ | 1,178.75 | Time and Material Service |
| 2700222862 | 31350083 | $ | 345.00 | Time and Material Service |
| 2700222862 | 31353473 | $ | 460.00 | Time and Material Service |
| 2700222862 | 31354992 | $ | 230.00 | Time and Material Service |
| 2700222862 | 31357546 | $ | 316.25 | Time and Material Service |
| 2700222862 | 31359397 | $ | 943.01 | Time and Material Service |
| 2700222862 | 31360983 | $ | 230.00 | Time and Material Service |
| 2700222862 | 31363936 | $ | 316.25 | Time and Material Service |
| 2700222862 | 31363937 | $ | 230.00 | Time and Material Service |
| 2700222862 | 31363938 | $ | 230.00 | Time and Material Service |
| 2700222862 | 31367072 | $ | 316.25 | Time and Material Service |
| 2700222862 | 31369233 | $ | 373.75 | Time and Material Service |
| 2700222862 | 31372311 | $ | 287.50 | Time and Material Service |
| 2700222862 | 31375375 | $ | 431.25 | Time and Material Service |
| 2700222862 | 31375376 | $ | 230.00 | Time and Material Service |
| 2700222862 | 31488416 | $ | 230.00 | Time and Material Service |
| 2700222862 | 31491643 | $ | 345.00 | Time and Material Service |
| 2700222862 | 31496014 | $ | 230.00 | Time and Material Service |
| 2700222862 | 31496015 | $ | 575.00 | Time and Material Service |
| 2700222862 | 31499081 | $ | 747.50 | Time and Material Service |
| 2700222862 | 31499082 | $ | 517.50 | Time and Material Service |
| 2700222862 | 31501139 | $ | 230.00 | Time and Material Service |
| 2700222862 | 31502944 | $ | 546.25 | Time and Material Service |
| 2700222862 | 31504631 | $ | 488.75 | Time and Material Service |
| 2700222862 | 31504632 | $ | 632.50 | Time and Material Service |

| | | | |
|---|---|---|---|
| 2700222862 | 31504633 | $ 316.25 | Time and Material Service |
| 2700222862 | 31504634 | $ 115.00 | Time and Material Service |
| 2700222862 | 31504635 | $ 115.00 | Time and Material Service |
| 2700222862 | 31509550 | $ 287.50 | Time and Material Service |
| 2700222862 | 31511133 | $ 1,811.25 | Time and Material Service |
| 2700222862 | 31511134 | $ 258.75 | Time and Material Service |
| 2700222862 | 31511135 | $ 345.00 | Time and Material Service |
| 2700222862 | 31511136 | $ 517.50 | Time and Material Service |
| 2700222862 | 31512484 | $ 345.00 | Time and Material Service |
| 2700222862 | 31513700 | $ 230.00 | Time and Material Service |
| 2700222862 | 31514927 | $ 115.00 | Time and Material Service |
| 2700222862 | 31514928 | $ 258.75 | Time and Material Service |
| 2700222862 | 31514929 | $ 230.00 | Time and Material Service |
| 2700222862 | 31516379 | $ 690.00 | Time and Material Service |
| 2700222862 | 31517848 | $ 546.25 | Time and Material Service |
| 2700222862 | 31519304 | $ 648.19 | Time and Material Service |
| 2700222862 | 31520797 | $ 230.00 | Time and Material Service |
| 2700222862 | 31520798 | $ 230.00 | Time and Material Service |
| 2700222862 | 31522215 | $ 115.00 | Time and Material Service |
| 2700222862 | 31675210 | $ 460.00 | Time and Material Service |
| 2700222862 | 31679743 | $ 172.50 | Time and Material Service |
| 2700222862 | 31681687 | $ 431.25 | Time and Material Service |
| 2700222862 | 31747462 | $ 373.75 | Time and Material Service |
| 2700222862 | 31751418 | $ 230.00 | Time and Material Service |
| 2700222862 | 31751419 | $ 230.00 | Time and Material Service |
| 2700222862 | 31751420 | $ 230.00 | Time and Material Service |
| 2700222862 | 31873453 | $ 488.75 | Time and Material Service |
| 2700222862 | 31875064 | $ 424.69 | Time and Material Service |
| 2700222862 | 31876633 | $ 258.75 | Time and Material Service |
| 2700222862 | 31876634 | $ 172.50 | Time and Material Service |
| 2700222862 | 31876635 | $ 1,150.00 | Time and Material Service |
| 2700222862 | 31876636 | $ 345.00 | Time and Material Service |
| 2700222862 | 31876637 | $ 230.00 | Time and Material Service |
| 2700222862 | 31878145 | $ 517.50 | Time and Material Service |
| 2700222862 | 31881476 | $ 230.00 | Time and Material Service |
| 2700222862 | 31884677 | $ 488.75 | Time and Material Service |
| 2700242588 | 31218723 | $ 83,968.52 | Installation |
| 2700439950 | 31595771 | $ 10,040.25 | Recurring Service |
| | 30086637 | $ 84.79 | Pro-Rated Service |
| | 31512478 | $ 19,118.46 | Installation |
| | 10416961 | $ 1,726.00 | Recurring Service |
| | 10419691 | $ 2,326.75 | Recurring Service |
| | 10422331 | $ 794.82 | Recurring Service |
| | 31116502 | $ 10,040.25 | Recurring Service |
| | 31116503 | $ 1,953.25 | Recurring Service |
| | 31427187 | $ 2,326.75 | Recurring Service |
| | 31595772 | $ 609.08 | Recurring Service |

| | | | | |
|---|---|---|---|---|
| Multiple | 10421076 | $ | 11,162.23 | Recurring Service |
| Multiple | 10423284 | $ | 2,326.75 | Recurring Service |
| Multiple | 10424980 | $ | 12,436.00 | Recurring Service |
| Not issued | 31036915 | $ | 3,049.30 | Installation |
| Not provided | 31681686 | $ | 10,108.55 | Installation |
| | **Total:** | **$** | **3,821,102.56** | |

**Post-petition Amounts Invoiced and Unpaid**

| PO Number: | Invoice # | Total | Job Description |
|---|---|---|---|
| | 31886589 | $ 8,013.06 | PROGRESS BILL INSTL |
| | 31886592 | $ 8,013.06 | PROGRESS BILL INSTL |
| | 31886597 | $ 9,653.80 | INSTALLATION CHARGE |
| | 31886588 | $ 11,059.62 | PROGRESS BILL INSTL |
| | 31886590 | $ 11,059.62 | PROGRESS BILL INSTL |
| | 31886591 | $ 11,059.62 | PROGRESS BILL INSTL |
| | 31886596 | $ 28,167.67 | INSTALLATION CHARGE |
| | 31888552 | $ 11,059.62 | PROGRESS BILL INSTL |
| | 31888553 | $ 20,686.92 | INSTALLATION CHARGE |
| | 31888556 | $ 20,706.17 | INSTALLATION CHARGE |
| | 31888554 | $ 20,735.04 | INSTALLATION CHARGE |
| 4148733 | 31893738 | $ 230.00 | T+M SERVICE |
| 4151894 | 31895656 | $ 1,265.00 | T+M SERVICE |
| | 31947376 | $ 2,326.75 | QUARTERLY BILLING |
| 4196889 | 32268140 | $ 1,459.51 | T+M SERVICE |
| | 32270053 | $ 51,332.89 | INSTALLATION CHARGE |
| | 32211922 | $ 107.77 | QUARTERLY BILLING |
| | 32211921 | $ 162.25 | QUARTERLY BILLING |
| | 32081664 | $ 774.00 | ANNUAL SVC |
| | 32211923 | $ 10,040.25 | QUARTERLY BILLING |
| 20190322-3 | 32279779 | $ 1,778.16 | T+M SERVICE |
| | 32402542 | $ 10,486.00 | INSTALLATION CHARGE |
| | 32537860 | $ 9,000.00 | PRO RATED SVC |
| 20190404-38 | 32543194 | $ 2,156.25 | T+M SERVICE |
| | 32472690 | $ 2,326.75 | QUARTERLY BILLING |
| | 32701805 | $ 230.00 | T+M SERVICE |
| NA | 32703693 | $ 230.00 | T+M SERVICE |
| 20190404-38 | 32716257 | $ 3,113.29 | T+M SERVICE |
| | 32626651 | $ 107.77 | QUARTERLY BILLING |
| | 32626650 | $ 162.25 | QUARTERLY BILLING |
| | 32626652 | $ 10,040.25 | QUARTERLY BILLING |
| | 32730787 | $ 1,484.35 | T+M SERVICE |
| 20190404-39 | 32734541 | $ 1,006.25 | T+M SERVICE |
| | 32735194 | $ 2,277.93 | T+M SERVICE |
| 20190705-4 | 32857296 | $ 1,134.38 | T+M SERVICE |
| | 32878940 | $ 948.75 | T+M SERVICE |
| 20190705-6 | 32877069 | $ 1,703.74 | T+M SERVICE |
| | 32779754 | $ 17,500.00 | MONTHLY BILLING |
| 20190722-6 | 32989180 | $ 1,382.58 | T+M SERVICE |
| | 32472691 | $ 350.00 | MONTHLY BILLING |
| PROJECT | 32996464 | $ 575.00 | T+M SERVICE |
| | 32998112 | $ 977.50 | T+M SERVICE |
| | 32928156 | $ 2,326.75 | QUARTERLY BILLING |
| | 32928157 | $ 17,500.00 | MONTHLY BILLING |
| | 32266627 | $ 62,814.81 | PRO RATED SVC |

|  | 33086782 | $ | 115.85 | QUARTERLY BILLING |
|  | 33086781 | $ | 174.42 | QUARTERLY BILLING |
|  | 33086783 | $ | 10,793.27 | QUARTERLY BILLING |
|  | 33086785 | $ | 17,500.00 | MONTHLY BILLING |
|  | 31886595 | $ | 18,445.96 | INSTALLATION CHARGE |
|  | 32026915 | $ | 995.14 | INSTALLATION CHARGE |
|  | 33247565 | $ | 17,500.00 | MONTHLY BILLING |
|  | 32779753 | $ | 45,000.00 | ANNUAL SVC |
|  | 32779753A | $ | 72,000.00 |  |
|  | 33385267 | $ | 2,326.75 | QUARTERLY BILLING |
| 2700144193 | 33385268 | $ | 17,500.00 | MONTHLY BILLING |
|  | 33533421 | $ | 107.77 | QUARTERLY BILLING |
|  | 33533420 | $ | 162.25 | QUARTERLY BILLING |
|  | 33533423 | $ | 1,953.25 | QUARTERLY BILLING |
|  | 33533422 | $ | 10,040.25 | QUARTERLY BILLING |
| 2700144193 | 33533424 | $ | 17,500.00 | MONTHLY BILLING |
| 2700144193 | 33676615 | $ | 17,500.00 | MONTHLY BILLING |
|  | 33957912 | $ | 107.77 | QUARTERLY BILLING |
|  | 33957911 | $ | 162.25 | QUARTERLY BILLING |
|  | 33957910 | $ | 832.05 | ANNUAL SVC |
|  | 33957914 | $ | 1,953.25 | QUARTERLY BILLING |
|  | 33957913 | $ | 10,040.25 | QUARTERLY BILLING |
| 2700144193 | 33957915 | $ | 17,500.00 | MONTHLY BILLING |
|  | 32419077 | $ | 2,014.53 | T+M SERVICE |
| 2700144193 | 34114578 | $ | 17,500.00 | MONTHLY BILLING |
|  | **Total:** | **$** | **679,250.39** |  |

| Unpaid Post-petition Amounts to be Invoiced | | | | | | | |
|---|---|---|---|---|---|---|---|
| Billed | PO Number: | PGE Action Needed | Estimate # | Total | | Customer # | Comments |
| Invoice not billed | | PO Issued | 1-3HWJW71 | $ | 284,002.13 | 109139590 | Pre Tax |
| Invoice not billed | | PO Issued | 1-3ee4sc2 | $ | 416,538.59 | 145715178 | Pre Tax |
| | | | **Total:** | **$** | **700,540.72** | | |