**MEYER LAW GROUP LLP**
  A Limited Liability Partnership
BRENT D. MEYER, Cal. Bar No. 266152
268 Bush Street #3639
San Francisco, California 94104
Telephone:   (415) 765-1588
Facsimile:    (415) 762-5277
Email:         brent@meyerllp.com

**GODFREY & KAHN, S.C.**
Nicholas Hahn, Wis. Bar No. 1085675*
100 West Lawrence Street
Appleton, Wisconsin 54912
Telephone:   (920) 830-2800
Facsimile:    (920) 830-3530
Email:         nhahn@gklaw.com

[* Not Licensed to Practice Law in California]

Attorneys for Creditor
JOHNSON CONTROLS INC. and
JOHNSON CONTROLS SECURITY SOLUTIONS LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>   -   and   -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>           Debtors.<br><br>☐ Affect PG&E Corporation<br>☐ Affects Pacific Gas and Electric Corporation<br>☒ Affects both Debtors | BK Case No.: 19-30088-DM (Lead Case)<br>                         19-30089-DM<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

AP CASE NO. 19-04050-RLE

- 1 -

CERTIFICATE OF SERVICE

I, Brent D. Meyer, hereby declare as follows:

I am an active member of the State Bar of California and I am not a party to the above-captioned action; my business mailing address is 268 Bush Street #3639, San Francisco, California, 94104.

On May 15, 2020, I served copies of the following document(s):

**JOHNSON CONTROLS INC.'S AND JOHNSON CONTROLS SECURITY SOLUTIONS LLC'S OBJECTION TO PLAN AND CURE AMOUNT**

in the following manner on the parties listed below:

☐ **BY FEDERAL EXPRESS**: I enclosed said document(s) in an envelope or package provided by Federal Express and addressed to the persons at the address(es) listed below. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of Federal Express or delivered such document(s) to a courier or driver authorized by Federal Express to receive documents.

☐ **BY FIRST CLASS MAIL**: Pursuant to Federal Rule of Bankruptcy Procedure 7004(b), I enclosed said document(s) in a sealed envelope addressed to the persons at the address(es) listed below, placed first class postage fully prepaid thereon, and deposited said envelope in a United States mailbox.

☒ **BY NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to Bankruptcy Local Rule 9013-3(c), service of the document(s) was also effective on the following persons whom are registered participants of the Court's CM/ECF system, consented to electronic service, and received an electronic copy of the document(s) by the Clerk of the Court via Notice of Electronic Filing.

   **SEE ATTACHED LIST**

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed on May 15, 2020 at San Francisco, California.

/s/ BRENT D. MEYER
Brent D. Meyer

# NEF SERVICE LIST

Elliot Adler       eadler@theadlerfirm.com, bzummer@theadlerfirm.com
Aaron L. Agenbroad       alagenbroad@jonesday.com, saltamirano@jonesday.com
Pamela Allen       pallen@dir.ca.gov
Annadel A. Almendras       annadel.almendras@doj.ca.gov
Monique D. Almy       malmy@crowell.com
Dana M. Andreoli       dandreoli@steyerlaw.com, mterry@steyerlaw.com
Anne Andrews       aa@andrewsthornton.com, aandrews@andrewsthornton.com
Richard L. Antognini       rlalawyer@yahoo.com, hallonaegis@gmail.com
Tyson Arbuthnot       tarbuthnot@rjo.com, jyeung@rjo.com
Lauren T. Attard       lattard@bakerlaw.com, agrosso@bakerlaw.com
Herb Baer       hbaer@primeclerk.com, ecf@primeclerk.com
Kathryn E. Barrett       keb@svlg.com, amt@svlg.com
Chris Bator       cbator@bakerlaw.com, jmcguigan@bakerlaw.com
Ronald S. Beacher       rbeacher@pryorcashman.com
Hagop T. Bedoyan       hbedoyan@kleinlaw.com, ecf@kleinlaw.com
Andrew David Behlmann       abehlmann@lowenstein.com, elawler@lowenstein.com
Tanya Behnam       tbehnam@polsinelli.com, tanyabehnam@gmail.com
James C. Behrens       jbehrens@milbank.com, mkoch@milbank.com
Jacob Taylor Beiswenger       jbeiswenger@omm.com, llattin@omm.com
James T. Bentley       james.bentley@srz.com, Kelly.Knight@srz.com
Peter J. Benvenutti       pbenvenutti@kbkllp.com
Robert Berens       rberens@smtdlaw.com, sr@smtdlaw.com
Ronald F. Berestka       rberestka@stonelawoffice.com, csepulveda@stonelawoffice.com
Heinz Binder       heinz@bindermalter.com
Neil Jon Bloomfield       njbloomfield@njblaw.com, gklump@njblaw.com
Jason Blumberg       jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov
Paige Boldt       pboldt@wattsguerra.com, cwilson@wattsguerra.com
Ameneh Maria Bordi       ameneh.bordi@kirkland.com, leo.rosenberg@kirkland.com
Jason Borg       jborg@jasonborglaw.com
Mark Bostick       mbostick@wendel.com, bankruptcy@wendel.com
James L. Bothwell       jbothwell@hugueninkahn.com, jguzman@hugueninkahn.com
Peter R. Boutin       peter.boutin@kyl.com, lara.joel@kyl.com
Erin N. Brady       enbrady@jonesday.com
Gregory A. Bray       gbray@milbank.com
Michael D. Breslauer       mbreslauer@ecf.courtdrive.com, wyones@swsslaw.com
W. Steven Bryant       , molly.batiste-debose@lockelord.com
Chane Buck       cbuck@jonesday.com
Elizabeth J. Cabraser       ecabraser@lchb.com, awolf@lchb.com
Anthony P. Cali       anthony.cali@stinson.com, lindsay.petrowski@stinson.com
Peter C. Califano       pcalifano@cwclaw.com
Steven M. Campora       scampora@dbbwc.com, nlechuga@dbbwc.com
Leah E. Capritta       leah.capritta@hklaw.com, lori.labash@hklaw.com
Nicholas A. Carlin       nac@phillaw.com, rac@phillaw.com



| | |
|---|---|
| 1 | Katherine Rose Catanese    kcatanese@foley.com |
|   | Jennifer Machlin Cecil    JCecil@winston.com, ECF_SF@winston.com |
| 2 | Karen J. Chedister    kchedister@h-jlaw.com |
|   | Christina Lin Chen    christina.chen@morganlewis.com, christina.lin.chen@gmail.com |
| 3 | Richard A. Chesley    richard.chesley@dlapiper.com, bill.countryman@dlapiper.com |
| 4 | Kevin Chiu    kevin.chiu@bakerbotts.com, rory.fontenla@bakerbotts.com |
|   | Jacquelyn H. Choi    jchoi@raineslaw.com, bclark@raineslaw.com |
| 5 | Shawn M. Christianson    schristianson@buchalter.com |
|   | Robert N.H. Christmas    rchristmas@nixonpeabody.com, |
| 6 | nyc.managing.clerk@nixonpeabody.com |
| 7 | Jae Angela Chun    ajc@chun.law, teresa@tosdallaw.com |
|   | Alicia Clough    aclough@loeb.com |
| 8 | Tiffany Strelow Cobb    tscobb@vorys.com |
|   | John B. Coffman    john@johncoffman.net |
| 9 | Kevin G. Collins    kevin.collins@btlaw.com |
| 10 | Brian S. Conlon    bsc@phillaw.com, rac@phillaw.com |
|   | Charles Cording    ccording@willkie.com, mao@willkie.com |
| 11 | Manuel Corrales    mannycorrales@yahoo.com, hcskanchy@hotmail.com |
|   | Anne Costin    anne@costinlawfirm.com |
| 12 | Donald H. Cram    dhc@severson.com |
| 13 | Ashley Vinson Crawford    avcrawford@akingump.com, dkrasa-berstell@akingump.com |
|   | J. Russell Cunningham    rcunningham@dnlc.net, emehr@dnlc.net |
| 14 | Keith J. Cunningham    , rkelley@pierceatwood.com |
| 15 | Keith J. Cunningham    kcunningham@pierceatwood.com, rkelley@pierceatwood.com |
|   | James D. Curran    jcurran@wolkincurran.com, dstorms@wolkincurran.com |
| 16 | Tambra Curtis    tambra.curtis@sonoma-county.org, Kristin.whalley@sonoma-county.org |
|   | James M. Davis    jdavis@cglaw.com |
| 17 | Nicolas De Lancie    ndelancie@jmbm.com |
| 18 | Judith A. Descalso    , jad_9193@ecf.courtdrive.com |
|   | Erin Elizabeth Dexter    edexter@milbank.com |
| 19 | Shounak S. Dharap    ssd@arnslaw.com, mec@arnslaw.com |
|   | Kathryn S. Diemer    kdiemer@diemerwei.com |
| 20 | Kathryn S. Diemer    kdiemer@diemerwhitman.com |
| 21 | John P. Dillman    houston_bankruptcy@publicans.com |
|   | Jonathan R. Doolittle    jdoolittle@reedsmith.com |
| 22 | Jennifer V. Doran    jdoran@hinckleyallen.com |
|   | Dustin M. Dow    ddow@bakerlaw.com, jmcguigan@bakerlaw.com |
| 23 | Jamie P. Dreher    jdreher@downeybrand.com |
| 24 | Todd Dressel    tdressel@mcguirewoods.com, JTabisaura@mcguirewoods.com |
|   | Geoffrey B. Dryvynsyde    gbd@cpuc.ca.gov, geoffrey.dryvynsyde@cpuc.ca.gov |
| 25 | Cecily Ann Dumas    cdumas@bakerlaw.com, hhammonturano@bakerlaw.com |
|   | Dennis F. Dunne    cprice@milbank.com, jbrewster@milbank.com |
| 26 | Dennis F. Dunne    ddunne@milbank.com, jbrewster@milbank.com |
| 27 | Huonganh Annie Duong    annie.duong@mccormickbarstow.com, |
|   | dawn.houston@mccormickbarstow.com |
| 28 | Luke N. Eaton    eatonl@pepperlaw.com, monugiac@pepperlaw.com |

AP CASE NO. 19-04050-RLE

- 4 -

CERTIFICATE OF SERVICE

| | |
|---|---|
| 1 | Kevin M. Eckhardt    keckhardt@hunton.com, candonian@huntonak.com |
| | Joseph A. Eisenberg    JAE1900@yahoo.com |
| 2 | Michele Ellison    mellison@gibbsgiden.com, lrochelle@gibbsgiden.com |
| 3 | David Emerzian    , Melany.Hertel@mccormickbarstow.com |
| | G. Larry Engel    larry@engeladvice.com |
| 4 | Krista M. Enns    kenns@beneschlaw.com |
| | Scott Esbin    sesbin@esbinalter.com |
| 5 | Joseph M. Esmont    jesmont@bakerlaw.com |
| | Michael P. Esser    michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com |
| 6 | Richard W. Esterkin    richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com |
| 7 | Michael S. Etkin    metkin@lowenstein.com |
| | Jacob M. Faircloth    jacob.faircloth@smolsonlaw.com |
| 8 | Brett D. Fallon    bfallon@morrisjames.com, wweller@morrisjames.com |
| 9 | Michael C. Fallon    , manders@fallonlaw.net |
| | Joana Fang    jf@kbklawyers.com, icd@kbklawyers.com |
| 10 | Joseph Kyle Feist    jfeistesq@gmail.com, info@norcallawgroup.net |
| | David M. Feldman    DFeldman@gibsondunn.com |
| 11 | Matthew A. Feldman    mfeldman@willkie.com |
| | Mark E. Felger    mfelger@cozen.com |
| 12 | James J. Ficenec    James.Ficenec@ndlf.com, caroline.pfahl@ndlf.com |
| 13 | John D. Fiero    jfiero@pszjlaw.com, ocarpio@pszjlaw.com |
| | Kimberly S. Fineman    kfineman@nutihart.com, nwhite@nutihart.com |
| 14 | Stephen D. Finestone    sfinestone@fhlawllp.com |
| 15 | Timothy M. Flaherty    tflaherty@mpplaw.com |
| | Daniel I. Forman    dforman@willkie.com |
| 16 | Jonathan Forstot    jonathan.forstot@troutman.com, john.murphy@troutman.com |
| | Jonathan Forstot    , john.murphy@troutman.com |
| 17 | Matthew Hampton Foushee    hampton.foushee@hoganlovells.com, hfoushee@gmail.com |
| 18 | Carolyn Frederick    cfrederick@prklaw.com |
| | Peter Friedman    pfriedman@omm.com |
| 19 | Roger F. Friedman    rfriedman@rutan.com, csolorzano@rutan.com |
| | Xiyi Fu    jackie.fu@lockelord.com, taylor.warren@lockelord.com |
| 20 | Lars H. Fuller    lfuller@bakerlaw.com |
| 21 | Larry W. Gabriel    lgabriel@bg.law, nfields@bg.law |
| | Gregg M. Galardi    gregg.galardi@ropesgray.com |
| 22 | Richard L. Gallagher    richard.gallagher@ropesgray.com |
| 23 | Craig Solomon Ganz    ganzc@ballardspahr.com, hartt@ballardspahr.com |
| | Jeffrey K. Garfinkle    jgarfinkle@buchalter.com |
| 24 | Oscar Garza    ogarza@gibsondunn.com |
| | Lisa S. Gast    lsg@dwgp.com, lmk@dwgp.com |
| 25 | Paul R. Gaus    paul.gaus@mccormickbarstow.com |
| 26 | Duane M. Geck    dmg@severson.com |
| | Evelina Gentry    evelina.gentry@akerman.com, rob.diwa@akerman.com |
| 27 | Janet D. Gertz    jgertz@btlaw.com, amattingly@btlaw.com |
| | Christopher Gessner    cgessner@akingump.com, NYMCO@akingump.com |
| 28 | Barry S. Glaser    bglaser@lkfirm.com |



- 5 -

AP CASE NO. 19-04050-RLE

CERTIFICATE OF SERVICE

| | |
|---|---|
| 1 | Paul R. Glassman    pglassman@sycr.com |
| | Gabriel I. Glazer    gglazer@pszjlaw.com |
| 2 | Gabrielle Glemann    gabrielle.glemann@stoel.com, rene.alvin@stoel.com |
| | Jaime Godin    Jtouchstone@fddcm.com |
| 3 | Matthew A. Gold    courts@argopartners.net |
| 4 | Eric D. Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com |
| | Craig Goldblatt    Craig.Goldblatt@wilmerhale.com, whdocketing@wilmerhale.com |
| 5 | Amy L. Goldman    goldman@lbbslaw.com |
| | Eric S. Goldstein    egoldstein@goodwin.com |
| 6 | Rhonda Stewart Goldstein    Rhonda.Goldstein@ucop.edu, Lissa.Ly@ucop.edu |
| 7 | Richard H. Golubow    rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com |
| | Michael J. Gomez    mgomez@frandzel.com, dmoore@frandzel.com |
| 8 | Michael W. Goodin    mgoodin@clausen.com, mgenova@clausen.com |
| | Eric R. Goodman    egoodman@bakerlaw.com |
| 9 | Mark A. Gorton    mgorton@boutinjones.com, cdomingo@boutininc.com |
| 10 | Mark A. Gorton    mgorton@boutininc.com, cdomingo@boutininc.com |
| | Michael I. Gottfried    MGottfried@elkinskalt.com, AAburto@elkinskalt.com |
| 11 | Louis Gottlieb    Lgottlieb@labaton.com, mpenrhyn@labaton.com |
| 12 | Eric A. Grasberger    eric.grasberger@stoel.com, docketclerk@stoel.com |
| | Debra I. Grassgreen    dgrassgreen@pszjlaw.com, hphan@pszjlaw.com |
| 13 | Eric A. Gravink    eric@rhrc.net |
| | Elizabeth A. Green    egreen@bakerlaw.com, orlbankruptcy@bakerlaw.com |
| 14 | Mitchell B. Greenberg    mgreenberg@abbeylaw.com, mmeroney@abbeylaw.com |
| 15 | Matthew W. Grimshaw    matt@grimshawlawgroup.com, ecfmarshackhays@gmail.com |
| | Stuart G. Gross    sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com |
| 16 | Carl L. Grumer    cgrumer@manatt.com, mchung@manatt.com |
| | Elizabeth M. Guffy    eguffy@lockelord.com, autodocket@lockelord.com |
| 17 | Cameron Gulden    cameron.m.gulden@usdoj.gov |
| 18 | Mirco J. Haag    mhaag@buchalter.com, dcyrankowski@buchalter.com |
| | Laurie Hager    lhager@sussmanshank.com |
| 19 | J. Noah Hagey    hagey@braunhagey.com, tong@braunhagey.com |
| | Oren Buchanan Haker    oren.haker@stoel.com, rene.alvin@stoel.com |
| 20 | Kristopher M. Hansen    dmohamed@stroock.com, mmagzamen@stroock.com |
| 21 | Adam C. Harris    adam.harris@srz.com, james.bentley@srz.com |
| | Robert G. Harris    rob@bindermalter.com |
| 22 | Christopher H. Hart    chart@nutihart.com, nwhite@nutihart.com |
| | Bryan L. Hawkins    bryan.hawkins@stoel.com, Sharon.witkin@stoel.com |
| 23 | Jan M Hayden    jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com |
| 24 | Jennifer C. Hayes    jhayes@fhlawllp.com |
| | Alaina R. Heine    alaina.heine@dechert.com, brett.stone@dechert.com |
| 25 | Cristina A. Henriquez    chenriquez@mayerbrown.com |
| 26 | Stephen E. Hessler, P.C.    , jozette.chong@kirkland.com |
| | Matthew Heyn    matthew.heyn@doj.ca.gov |
| 27 | Sean T. Higgins    aandrews@andrewsthornton.com, shiggins@andrewsthornton.com |
| | Morgan R. Hirst    mhirst@jonesday.com, mmelvin@jonesday.com |
| 28 | Michael R. Hogue    hoguem@gtlaw.com, navarrom@gtlaw.com |

MEYER LAW GROUP LLP
268 BUSH STREET #3639
SAN FRANCISCO CA 94104
www.meyerllp.com

| | |
|---|---|
| 1 | David Holtzman    david.holtzman@hklaw.com |
| | Alexandra S. Horwitz    allie.horwitz@dinsmore.com |
| 2 | Marsha Houston    mhouston@reedsmith.com, hvalencia@reedsmith.com |
| | Shane Huang    shane.huang@usdoj.gov |
| 3 | Brian D. Huben    hubenb@ballardspahr.com |
| 4 | Jonathan Hughes    , jane.rustice@aporter.com |
| | Edward R. Huguenin    ehuguenin@hugueninkahn.com, jguzman@hugueninkahn.com |
| 5 | Michael A. Isaacs    Michael.Isaacs@dentons.com, Alissa.Worthing@dentons.com |
| | Mark V. Isola    mvi@sbj-law.com |
| 6 | J. Eric Ivester    Eric.Ivester@skadden.com, Andrea.Bates@skadden.com |
| 7 | J. Eric Ivester    , Andrea.Bates@skadden.com |
| | Kizzy L. Jarashow    KJarashow@goodwinlaw.com, AFraticelliLouallen@goodwinlaw.com |
| 8 | Ivan C. Jen    ivan@icjenlaw.com |
| | Monique Jewett-Brewster    mjb@hopkinscarley.com, eamaro@hopkinscarley.com |
| 9 | James O. Johnston    jjohnston@jonesday.com |
| 10 | Chris Johnstone    chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com |
| | Andrew Jones    andrew@ajoneslaw.com |
| 11 | Gregory K. Jones    GJones@dykema.com, cacossano@dykema.com |
| | Robert A. Julian    rjulian@bakerlaw.com, hhammonturano@bakerlaw.com |
| 12 | George H. Kalikman    gkalikman@schnader.com, sdavenport@schnader.com |
| 13 | Roberto J. Kampfner    rkampfner@whitecase.com, mco@whitecase.com |
| | Bonnie E. Kane    bonnie@thekanelawfirm.com, skane@thekanelawfirm.com |
| 14 | Gary M. Kaplan    gkaplan@fbm.com, calendar@fbm.com |
| 15 | Robert B. Kaplan    rbk@jmbm.com |
| | Eve H. Karasik    ehk@lnbyb.com |
| 16 | Michael G. Kasolas    trustee@kasolas.net, CA30@ecfcbis.com,ecf.alert+Kasolas@titlexi.com |
| | Elyssa S. Kates    ekates@bakerlaw.com |
| 17 | Ori Katz    okatz@sheppardmullin.com, LSegura@sheppardmullin.com |
| 18 | William M. Kaufman    wkaufman@smwb.com |
| | Jane G. Kearl    jkearl@watttieder.com, jbenton@watttieder.com |
| 19 | Tobias S. Keller    tkeller@kbkllp.com |
| | Lynette C. Kelly    ustpregion17.oa.ecf@usdoj.gov |
| 20 | Matthew K. Kelsey    mkelsey@gibsondunn.com |
| 21 | Gerald P. Kennedy    gerald.kennedy@procopio.com, kristina.terlaga@procopio.com |
| | Erica L. Kerman    ekerman@willkie.com |
| 22 | Samuel A. Khalil    skhalil@milbank.com, jbrewster@milbank.com |
| 23 | Samuel M. Kidder    skidder@ktbslaw.com |
| | Marc Kieselstein    , carrie.oppenheim@kirkland.com |
| 24 | Jane Kim    jkim@kbkllp.com |
| | Mary H. Kim    Mary.Kim@dechert.com, brett.stone@dechert.com |
| 25 | Kody D. L. Kleber    kkleber@bakerlaw.com, dmartinez@bakerlaw.com |
| 26 | Matthew Ryan Klinger    mklinger@sheppardmullin.com, DGatmen@sheppardmullin.com |
| | Bradley C. Knapp    bknapp@lockelord.com, Yamille.Harrison@lockelord.com |
| 27 | Kelly V. Knight    kelly.knight@srz.com |
| 28 | Lydia Vanessa Ko    Lvko@stonelawoffice.com |
| | Thomas F. Koegel    tkoegel@crowell.com |



| | |
|---|---|
| 1 | Katherine Kohn    kkohn@groom.com, ashahinllari@groom.com |
| | Andy S. Kong    kong.andy@arentfox.com, Yvonne.Li@arentfox.com |
| 2 | Anna Kordas    akordas@jonesday.com, mmelvin@jonesday.com |
| 3 | Alan W. Kornberg    , akornberg@paulweiss.com |
| | Bernard Kornberg    bjk@severson.com |
| 4 | David I. Kornbluh    dik@millermorton.com, mhr@millermorton.com |
| | Lauren Kramer    lkramer@rjo.com |
| 5 | Jeffrey C. Krause    jkrause@gibsondunn.com |
| | Thomas R. Kreller    tkreller@milbank.com |
| 6 | Lindsey E. Kress    lkress@lockelord.com, autodocket@lockelord.com |
| 7 | Hannah C. Kreuser    hkreuser@porterlaw.com, ooberg@porterlaw.com |
| | Michael Thomas Krueger    michael.krueger@ndlf.com, Havilyn.lee@ndlf.com |
| 8 | Robert T. Kugler    robert.kugler@stinson.com |
| | Boris Kukso    boris.kukso@usdoj.gov, western.taxcivil@usdoj.gov |
| 9 | Brendan M. Kunkle    bkunkle@abbeylaw.com, lmeyer@abbeylaw.com |
| 10 | Alisa C. Lacey    alisa.lacey@stinson.com, karen.graves@stinson.com |
| | Timothy S. Laffredi    timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov |
| 11 | Timothy S. Laffredi    timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov |
| | Richard A. Lapping    rich@trodellalapping.com |
| 12 | Omeed Latifi    olatifi@theadlerfirm.com, kdeubler@theadlerfirm.com |
| 13 | John E. Lattin    jlattin@ostergar.com, cslovenec@ostergar.com |
| | Michael Lauter    mlauter@sheppardmullin.com |
| 14 | Kenneth T. Law    klaw@bbslaw.com |
| 15 | Francis J. Lawall    lawallf@pepperlaw.com, henrys@pepperlaw.com |
| | Andrew Michael Leblanc    ALeblanc@milbank.com |
| 16 | Erica Lee    Erica.Lee@doj.ca.gov |
| | Scott Lee    scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com |
| 17 | Paul J. Leeds    leedsp@higgslaw.com |
| 18 | Edward J. Leen    eleen@mkbllp.com |
| | Lisa Lenherr    llenherr@wendel.com, bankruptcy@wendel.com |
| 19 | Matthew A. Lesnick    matt@lesnickprince.com, jmack@lesnickprince.com |
| | Bryn G. Letsch    bletsch@braytonlaw.com |
| 20 | David B. Levant    david.levant@stoel.com, rene.alvin@stoel.com |
| 21 | Andrew H. Levin    alevin@wcghlaw.com |
| | David Levine    dnl@groom.com |
| 22 | Marc A. Levinson    Malevinson@orrick.com, casestream@ecf.courtdrive.com |
| | Dara Levinson Silveira    dsilveira@kbkllp.com |
| 23 | Alexander James Demitro Lewicki    kdiemer@diemerwei.com |
| 24 | Alexander James Demitro Lewicki    alewicki@diemerwei.com |
| | William Thomas Lewis    wtl@roblewlaw.com, kimwrenn@msn.com |
| 25 | William S. Lisa    , jcaruso@nixonpeabody.com |
| 26 | William S. Lisa    wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com |
| | Jonathan A. Loeb    jon.loeb@bingham.com |
| 27 | Michael B. Lubic    michael.lubic@klgates.com |
| | John William Lucas    jlucas@pszjlaw.com, ocarpio@pszjlaw.com |
| 28 | Joseph R. Lucia    PersonalInjuryGroup@RLSlawyers.com |

| | |
|---|---|
| 1 | Jane Luciano   jane-luciano@comcast.net |
| | Kerri Lyman   klyman@irell.com |
| 2 | Carissa A. Lynch   Carissa.Lynch@ftb.ca.gov, Martha.Gehrig@ftb.ca.gov |
| | John H. MacConaghy   macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com |
| 3 | |
| 4 | Iain A. Macdonald   iain@macfern.com, ecf@macfern.com |
| | Tracy L. Mainguy   tmainguy@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net |
| 5 | Samuel R. Maizel   samuel.maizel@dentons.com, alicia.aguilar@dentons.com |
| | Adam Malatesta   adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com |
| 6 | Katharine Malone   malonek@gtlaw.com |
| 7 | Liam K. Malone   malone@oles.com, shahin@oles.com |
| | Michael W. Malter   michael@bindermalter.com |
| 8 | Craig Margulies   cmargulies@margulies-law.com, lsalazar@margulies-law.com |
| | Geoffrey E. Marr   gemarr59@hotmail.com |
| 9 | Richard A. Marshack   rmarshack@marshackhays.com, rmarshack@ecf.courtdrive.com |
| 10 | Catherine Martin   cmartin@simon.com, rtucker@simon.com;bankruptcy@simon.com |
| | Laila Masud   lmasud@marshackhays.com, lmasud@ecf.courtdrive.com |
| 11 | David P. Matthews   jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com |
| | Patrick C. Maxcy   patrick.maxcy@snrdenton.com |
| 12 | Benjamin P. McCallen   bmccallen@willkie.com |
| 13 | Thomas E. McCurnin   tmccurnin@bkolaw.com, kescano@bkolaw.com |
| | Hugh M. McDonald   hugh.mcdonald@troutman.com, john.murphy@troutman.com |
| 14 | Hugh M. McDonald   , john.murphy@troutman.com |
| | C. Luckey McDowell   Luckey.McDowell@Shearman.com |
| 15 | Matthew D. McGill   MMcGill@gibsondunn.com |
| 16 | Scott H. McNutt   SMcNutt@ml-sf.com, csnell@ml-sf.com |
| | Thomas Melone   Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com |
| 17 | Peter Meringolo   peter@pmrklaw.com |
| 18 | Frank A. Merola   lacalendar@stroock.com, mmagzamen@stroock.com |
| | Jennifer L. Mersing   jennifer.mersing@stoel.com, lisa.petras@stoel.com |
| 19 | Joshua M. Mester   jmester@jonesday.com |
| | Matthew D. Metzger   belvederelegalecf@gmail.com |
| 20 | Merle C. Meyers   mmeyers@mlg-pc.com |
| 21 | Randy Michelson   randy.michelson@michelsonlawgroup.com |
| | Gerardo Mijares-Shafai   Gerardo.Mijares-Shafai@arnoldporter.com, kenneth.anderson@arnoldporter.com |
| 22 | |
| | Joel S. Miliband   jmiliband@brownrudnick.com |
| 23 | Joseph G. Minias   jminias@willkie.com |
| 24 | M. David Minnick   dminnick@pillsburylaw.com, docket@pillsburylaw.com |
| | Benjamin Mintz   benjamin.mintz@arnoldporter.com, valerie.foley@arnoldporter.com |
| 25 | Nancy Mitchell   nmitchell@omm.com |
| 26 | Thomas C. Mitchell   tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com |
| | John A. Moe   john.moe@dentons.com, glenda.spratt@dentons.com |
| 27 | Aaron J. Mohamed   ajm@brereton.law, aaronmohamedlaw@gmail.com |
| | Kevin Montee   kmontee@monteeassociates.com |
| 28 | David W. Moon   lacalendar@stroock.com, mmagzamen@stroock.com |



- 9 -

AP CASE NO. 19-04050-RLE

CERTIFICATE OF SERVICE

| | |
|---|---|
| 1 | Diane Marger Moore    dmargermoore@baumhedlundlaw.com |
|   | Erika L. Morabito    emorabito@foley.com, hsiagiandraughn@foley.com |
| 2 | Candace J. Morey    cjm@cpuc.ca.gov |
|   | Courtney L. Morgan    morgan.courtney@pbgc.gov |
| 3 | Kimberly S. Morris    kmorris@bakerlaw.com, hhammonturano@bakerlaw.com |
| 4 | Rodney Allen Morris    Rodney.Morris2@usdoj.gov |
|   | Joshua D. Morse    Joshua.Morse@dlapiper.com, joshua-morse-0092@ecf.pacerpro.com |
| 5 | Andrew H. Morton    andrew.morton@stoel.com, lisa.petras@stoel.com |
|   | Thomas G. Mouzes    tmouzes@boutinjones.com, cdomingo@boutininc.com |
| 6 | Peter S. Munoz    pmunoz@reedsmith.com, gsandoval@reedsmith.com |
| 7 | Bennett J. Murphy    bmurphy@bennettmurphylaw.com |
|   | Michael S. Myers    myersms@ballardspahr.com |
| 8 | Alan I. Nahmias    anahmias@mbnlawyers.com, jdale@mbnlawyers.com |
| 9 | David L. Neale    dln@lnbrb.com |
|   | David L. Neale    dln@lnbyb.com |
| 10 | David Neier    dneier@winston.com |
|   | Brittany J. Nelson    bnelson@foley.com, hsiagiandraughn@foley.com |
| 11 | Michael S. Neumeister    MNeumeister@gibsondunn.com |
|   | Howard S. Nevins    hnevins@hsmlaw.com |
| 12 | Melissa T. Ngo    ngo.melissa@pbgc.gov, efile@pbgc.gov |
| 13 | Mario R. Nicholas    mario.nicholas@stoel.com, cherie.clark@stoel.com |
|   | Sean Nolan    snolan@akingump.com, NYMCO@akingump.com |
| 14 | Gregory C. Nuti    gnuti@nutihart.com, nwhite@nutihart.com |
| 15 | Abigail O'Brient    aobrient@mintz.com, docketing@mintz.com |
|   | Julie E. Oelsner    joelsner@weintraub.com, bjennings@weintraub.com |
| 16 | Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov |
|   | Matthew Jon Olson    matt@macfern.com, stell.laura@dorsey.com |
| 17 | Scott Olson    solson@vedderprice.com, nortega@vedderprice.com |
| 18 | Steven M. Olson    smo@smolsonlaw.com |
|   | Aram Ordubegian    Ordubegian.Aram@ArentFox.com |
| 19 | Gabriel Ozel    , gabeozel@gmail.com |
|   | Margarita Padilla    Margarita.Padilla@doj.ca.gov |
| 20 | Amy S. Park    amy.park@skadden.com, alissa.turnipseed@skadden.com |
| 21 | Donna Taylor Parkinson    donna@parkinsonphinney.com |
|   | Peter S. Partee    ppartee@huntonak.com, candonian@huntonak.com |
| 22 | Paul J. Pascuzzi    ppascuzzi@ffwplaw.com, docket@ffwplaw.com |
| 23 | Kenneth Pasquale    , mlaskowski@stroock.com |
|   | Charles Scott Penner    penner@carneylaw.com, caragol@carneylaw.com |
| 24 | Valerie Bantner Peo    vbantnerpeo@buchalter.com |
|   | Yosef Peretz    , skim@peretzlaw.com |
| 25 | Thomas R. Phinney    tom@parkinsonphinney.com |
| 26 | R. Alexander Pilmer    alexander.pilmer@kirkland.com, keith.catuara@kirkland.com |
|   | M. Ryan Pinkston    rpinkston@seyfarth.com, jmcdermott@seyfarth.com |
| 27 | Estela O. Pino    epino@epinolaw.com, rmahal@epinolaw.com |
| 28 | Gregory Plaskett    GREGORY.PLASKETT@GMAIL.COM, HKHAPPYGRL1@GMAIL.COM |

| | |
|---|---|
| 1 | Mark D. Plevin    mplevin@crowell.com |
| | Steven G. Polard    spolard@eisnerlaw.com |
| 2 | Mark D. Poniatowski    ponlaw@ponlaw.com |
| | William L. Porter    bporter@porterlaw.com, Ooberg@porterlaw.com |
| 3 | Christopher E. Prince    cprince@lesnickprince.com |
| 4 | Douglas B. Provencher    dbp@provlaw.com |
| | Stacey C. Quan    squan@steyerlaw.com, pspencer@steyerlaw.com |
| 5 | Amy C. Quartarolo    amy.quartarolo@lw.com |
| | Lary Alan Rappaport    lrappaport@proskauer.com, PHays@proskauer.com |
| 6 | Justin E. Rawlins    justinrawlins@paulhastings.com |
| 7 | Hugh M. Ray    hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com |
| | Paul F. Ready    smeyer@farmerandready.com |
| 8 | Caroline A. Reckler    caroline.reckler@lw.com |
| | David M. Reeder    david@reederlaw.com, secretary@reederlaw.com |
| 9 | Steven J. Reisman    sreisman@katten.com, nyc.bknotices@kattenlaw.com |
| 10 | Jeffrey M. Reisner    jreisner@irell.com |
| | Jack A. Reitman    , srichmond@lgbfirm.com |
| 11 | Emily P. Rich    erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net |
| 12 | David J. Richardson    drichardson@bakerlaw.com, aagonzalez@bakerlaw.com |
| | Christopher O. Rivas    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com |
| 13 | David B. Rivkin    drivkin@bakerlaw.com, jmeeks@bakerlaw.com |
| | John R. Rizzardi    kcoselman@cairncross.com, tnguyen@cairncross.com |
| 14 | Daniel Robertson    robertson.daniel@pbgc.gov, efile@pbgc.gov |
| 15 | Lacey E. Rochester    lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com |
| | Michael Rogers    mrogers@lambertrogers.com, jan@lambertrogers.com |
| 16 | Julie H. Rome-Banks    julie@bindermalter.com |
| 17 | Jorian L. Rose    jrose@bakerlaw.com |
| | Paul M. Rosenblatt    prosenblatt@kilpatricktownsend.com, mwilliams@kilpatricktownsend.com |
| 18 | David A. Rosenzweig    david.rosenzweig@nortonrosefulbright.com, thomas.burns@nortonrossefulbright.com |
| 19 | Allan Robert Rosin    arrosin@alr-law.com |
| 20 | Jay M. Ross    jross@hopkinscarley.com, eamaro@hopkinscarley.com |
| 21 | Gregory A. Rougeau    grougeau@brlawsf.com |
| | Stacy H. Rubin    rubins@ballardspahr.com, BKTDocket_West@ballardspahr.com |
| 22 | Jason C. Rubinstein    jrubinstein@fklaw.com, mclerk@fklaw.com |
| 23 | Nathan Q. Rugg    nathan.rugg@bfkn.com, jean.montgomery@bfkn.com |
| | Thomas B. Rupp    trupp@kbkllp.com |
| 24 | Eric E. Sagerman    esagerman@bakerlaw.com |
| | Robert Sahyan    rsahyan@sheppardmullin.com, JNakaso@sheppardmullin.com |
| 25 | Jonathan C. Sanders    jsanders@stblaw.com |
| 26 | Nanette D. Sanders    nanette@ringstadlaw.com, becky@ringstadlaw.com |
| | Natalie Kathleen Sanders    natalie.sanders@bakerbotts.com |
| 27 | Lovee Sarenas    Lovee.sarenas@lewisbrisbois.com |
| | Sunny S. Sarkis    sunny.sarkis@stoel.com, dawn.forgeur@stoel.com |
| 28 | Patricia Savage    psavesq@gmail.com, jodi.savage@gmail.com |

| | |
|---|---|
| 1 | Sblend A. Sblendorio    sas@hogefenton.com <br> Francis O. Scarpulla    fos@scarpullalaw.com, cpc@scarpullalaw.com |
| 2 | Daren M Schlecter    daren@schlecterlaw.com, info@schlecterlaw.com |
| 3 | Bradley R. Schneider    bradley.schneider@mto.com, jeffrey.wu@mto.com <br> Harvey S. Schochet    Harveyschochet@dwt.com |
| 4 | Nathan A. Schultz    nschultz@goodwinlaw.com, kjarashow@goodwinlaw.com <br> Lisa Schweitzer    lschweitzer@cgsh.com |
| 5 | Eric J. Seiler    eseiler@fklaw.com, mclerk@fklaw.com |
| 6 | David B. Shemano    dshemano@pwkllp.com <br> James A. Shepherd    jim@jsheplaw.com, shepIGN@gmail.com |
| 7 | Leonard M. Shulman    lshulman@shbllp.com <br> Andrew I. Silfen    andrew.silfen@arentfox.com |
| 8 | Wayne A. Silver    w_silver@sbcglobal.net, ws@waynesilverlaw.com |
| 9 | Craig S. Simon    csimon@bergerkahn.com, aketcher@bergerkahn.com <br> Gerald Singleton    gerald@slffirm.com, BKECFCANB@SLFfirm.com |
| 10 | Steven J. Skikos    sskikos@skikos.com, mmontoya@skikos.com <br> Michael K. Slattery    mslattery@lkfirm.com, rramirez@lkfirm.com |
| 11 | Dania Slim    dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com |
| 12 | Jennifer N. Slocum    jennifer.slocum@stoel.com, docketclerk@stoel.com <br> Aaron C. Smith    asmith@lockelord.com, autodocket@lockelord.com |
| 13 | Alan D. Smith    adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com <br> Jan D. Sokol    jdsokol@lawssl.com, dwright@lawssl.com |
| 14 | Randye B. Soref    rsoref@polsinelli.com |
| 15 | Joseph Sorkin    jsorkin@akingump.com, NYMCO@akingump.com <br> Bennett L. Spiegel    blspiegel@jonesday.com |
| 16 | Michael St. James    ecf@stjames-law.com <br> Diane C. Stanfield    diane.stanfield@alston.com, nelly.villaneda@alston.com |
| 17 | Howard J. Steinberg    steinbergh@gtlaw.com, pearsallt@gtlaw.com |
| 18 | Harriet A. Steiner    harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com <br> Lillian G. Stenfeldt    lillian.stenfeldt@rimonlaw.com, jon.arneson@sedgwicklaw.com |
| 19 | Lillian G. Stenfeldt    lillian.stenfeldt@sdma.com, jon.arneson@sedgwicklaw.com <br> Cheryl L. Stengel    clstengel@outlook.com, stengelcheryl40@gmail.com |
| 20 | David M. Stern    dstern@ktbslaw.com |
| 21 | Geoffrey S. Stewart    gstewart@jonesday.com, mmelvin@jonesday.com <br> Alan J. Stone    AStone@milbank.com, DMcCracken@Milbank.com |
| 22 | Jason D. Strabo    jstrabo@mwe.com, shill@mwe.com <br> Michael H. Strub    mstrub@irell.com, mhstrub1@gmail.com |
| 23 | Rebecca Suarez    rsuarez@crowell.com |
| 24 | Brad T. Summers    summerst@lanepowell.com, docketing-pdx@lanepowell.com <br> Kristine Theodesia Takvoryan    ktakvoryan@ckrlaw.com |
| 25 | Derrick Talerico    dtalerico@ztlegal.com, sfritz@ztlegal.com <br> Kesha Tanabe    kesha@tanabelaw.com |
| 26 | Mary Ellmann Tang    mtang@frenchlyontang.com, nblackwell@frenchlyontang.com |
| 27 | Elizabeth Lee Thompson    ethompson@stites.com, docketclerk@stites.com <br> John C. Thornton    jct@andrewsthornton.com, aandrews@andrewsthornton.com |
| 28 | Elisa Tolentino    cao.main@sanjoseca.gov |


MEYER LAW GROUP LLP
268 BUSH STREET #3639
SAN FRANCISCO CA 94104
www.meyerllp.com

AP CASE NO. 19-04050-RLE
CERTIFICATE OF SERVICE

- 12 -

Case: 19-30088  Doc# 7234-1  Filed: 05/15/20  Entered: 05/15/20 12:29:55  Page 12 of 13

| | |
|---|---|
| 1 | Meagan S. Tom    Meagan.tom@lockelord.com, autodocket@lockelord.com |
| | Edward J. Tredinnick    etredinnick@greeneradovsky.com |
| 2 | Matthew Jordan Troy    matthew.troy@usdoj.gov |
| 3 | Michael Tye    Michael.Tye@usdoj.gov |
| | Andrew Van Ornum    avanornum@vlmglaw.com, hchea@vlmglaw.com |
| 4 | Shmuel Vasser    shmuel.vasser@dechert.com, brett.stone@dechert.com |
| | Victor A. Vilaplana    vavilaplana@foley.com, rhurst@foley.com |
| 5 | Marta Villacorta    marta.villacorta@usdoj.gov |
| 6 | Carol C. Villegas    cvillegas@labaton.com, NDonlon@labaton.com |
| | John A. Vos    InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com |
| 7 | Bao M. Vu    bao.vu@stoel.com, sharon.witkin@stoel.com |
| 8 | Nicholas Wagner    kschemen@wagnerjones.com, bwagner@wagnerjones.com |
| | Jonathan D. Waisnor    jwaisnor@willkie.com, mao@willkie.com |
| 9 | Riley C. Walter    ecf@W2LG.com |
| | Phillip K. Wang    phillip.wang@rimonlaw.com |
| 10 | Philip S. Warden    philip.warden@pillsburylaw.com, kathy.stout@pillsburylaw.com |
| | Mikal C. Watts    mcwatts@wattsguerra.com, cwilson@wattsguerra.com |
| 11 | Lindsi M. Weber    lweber@polsinelli.com, yderac@polsinelli.com |
| 12 | Joseph M. Welch    jwelch@buchalter.com, dcyrankowski@buchalter.com |
| | David Walter Wessel    DWessel@efronlawfirm.com, hporter@chdlawyers.com |
| 13 | Joseph West    westjoseph@earthlink.net, josephw998@gmail.com |
| | Drew M. Widders    dwidders@wilcoxenlaw.com, nina@wilcoxenlaw.com |
| 14 | Jason P. Williams    jwilliams@wplgattorneys.com, maryanne@wplgattorneys.com |
| 15 | Eric R. Wilson    kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com |
| | Kimberly S. Winick    kwinick@clarktrev.com, knielsen@clarktrev.com |
| 16 | Rebecca J. Winthrop    rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonrosefulbright.com |
| 17 | David Wirt    david.wirt@hklaw.com, denise.harmon@hklaw.com |
| | Ryan A. Witthans    rwitthans@fhlawllp.com |
| 18 | Risa Lynn Wolf-Smith    rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com |
| 19 | Douglas Wolfe    dwolfe@asmcapital.com |
| | Andrea Wong    wong.andrea@pbgc.gov, efile@pbgc.gov |
| 20 | Christopher Kwan Shek Wong    christopher.wong@arentfox.com |
| 21 | David A. Wood    dwood@marshackhays.com, lbuchanan@marshackhays.com |
| | Kirsten A. Worley    kw@wlawcorp.com, admin@wlawcorp.com |
| 22 | Kinga Wright    kinga.wright@lockelord.com, autodocket@lockelord.com |
| 23 | Antonio Yanez    ayanez@willkie.com |
| | Cathy Yanni    cathy@cathyyanni.com, pstrunk@browngreer.com |
| 24 | Andrew Yaphe    andrew.yaphe@davispolk.com, pge.dpw.routing@davispolk.com |
| | Tacie H. Yoon    tyoon@crowell.com |
| 25 | Bennett G. Young    byoung@jmbm.com, jb8@jmbm.com |
| 26 | Christopher L. Young    cyoung@cairncross.com, nspringstroh@cairncross.com |
| | Nicole M. Zeiss    nzeiss@labaton.com |
| 27 | Paul H. Zumbro    mao@cravath.com |
| | Brittany Zummer    bzummer@theadlerfirm.com, nfournier@theadlerfirm.com |
| 28 | Dario de Ghetaldi    deg@coreylaw.com, lf@coreylaw.com |

MEYER LAW GROUP LLP
268 BUSH STREET #3639
SAN FRANCISCO CA 94104
www.meyerllp.com

AP CASE NO. 19-04050-RLE
CERTIFICATE OF SERVICE

- 13 -

Case: 19-30088    Doc# 7234-1    Filed: 05/15/20    Entered: 05/15/20 12:29:55    Page 13 of 13