| | |
|---|---|
| **DAVIS POLK & WARDWELL LLP** | |
| Timothy Graulich (admitted *pro hac vice*) | Andrew D. Yaphe (SBN 274172) |
| timothy.graulich@davispolk.com | andrew.yaphe@davispolk.com |
| David Schiff (admitted *pro hac vice*) | 1600 El Camino Real |
| david.schiff@davispolk.com | Menlo Park, California 94025 |
| 450 Lexington Avenue | Telephone: (650) 752-2000 |
| New York, New York 10017 | Facsimile: (650) 752-2111 |
| Telephone: (212) 450-4000 | |
| Facsimile: (212) 701-5800 | |

*Counsel for Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br><br>\* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**RESERVATION OF RIGHTS WITH RESPECT TO CONFIRMATION OF DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION DATED MARCH 16, 2020**<br><br>**Hearing**<br>Date: May 27, 2020<br>Time: 10:00 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA 94102<br><br>**Re: Docket No. 6320** |

Citibank, N.A., as administrative agent (in such capacity, the "**Administrative Agent**")[1] under that certain Second Amended and Restated Credit Agreement dated as of April 27, 2015 (as amended, supplemented or otherwise modified) (the "**Credit Agreement**") among Pacific Gas and Electric Company (the "**Utility**") and the lenders (the "**Lenders**") and other parties from time to time party thereto, hereby submits this reservation of rights (this "**Reservation of Rights**") with respect to confirmation of the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization dated March 16, 2020* [Docket No. 6320] (the "**Plan**").[2] In support of this Reservation of Rights, the Administrative Agent respectfully states the following:

1. The Administrative Agent does not object to approval of the Plan in its current form. However, the Administrative Agent understands that the Debtors intend to make further amendments and modifications to the Plan and the Administrative Agent reserves all rights to the extent such amendments or modifications prejudice the Administrative Agent, the Lenders or the obligations under the Credit Agreement or treat any of the foregoing in a manner less favorable than is currently provided or is proposed to be provided with respect to similarly situated parties and claims. Without limiting the foregoing, the Administrative Agent understands that modifications to the Plan may provide for payment or reimbursement of fees and expenses for certain other Funded Debt Trustees under the Debtors' other debt instruments, and the Administrative Agent reserves all rights to seek equivalent treatment with respect to itself and the obligations under the Credit Agreement.

2. Wherefore, for the reasons stated above, the Administrative Agent respectfully reserves its rights with respect to confirmation of the Plan.

---

[1] The Administrative Agent's address and amount and nature of its Claim are set forth in the master proof of claim that the Administrative Agent filed in the Utility's case on October 18, 2019 [Claim No. 79772].

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Plan.

DATED: May 15, 2020

**DAVIS POLK & WARDWELL LLP**

/s/ *Timothy Graulich*
TIMOTHY GRAULICH
DAVID SCHIFF
ANDREW D. YAPHE (SBN 274172)

*Counsel for Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility*