BRETT D. FALLON (DE Bar No. 2480)
(Admitted *Pro Hac Vice Pending*)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: bfallon@morrisjames.com

TRACY GREEN (SB No. 114876)
WENDEL ROSEN LLP
111 Broadway, 24th Floor
Oakland, CA 94607
Telephone: (510) 834-6000
Facsimile: (510) 8341928
E-mail: tgreen@wendel.com

Attorneys for Quest Diagnostics Health & Wellness LLC

Wendel Rosen LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>**- and –**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors,**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>**All papers shall be filed in the Lead Case No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION OF TYLER J. WITTSTRUCK IN SUPPORT OF OBJECTION OF QUEST DIAGNOSTICS HEALTH & WELLNESS LLC TO CURE AMOUNT**<br><br>Date: May 27, 2020<br>Time: 10:00 a.m. (PT)<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102<br>Judge: The Hon. Dennis Montali |

I, Tyler J. Wittstruck declare as follows:

1. I am the Controller of Quest Diagnostics entities addressing Employer Population Health. I am authorized to make this Declaration on behalf of Quest Diagnostics Health & Wellness LLC.

2. I have personal knowledge of the facts stated herein and I could and would competently and truthfully testify to those facts if called as witness.

3. This Declaration is submitted in support of the Objection of Quest Diagnostics Health & Wellness LLC to Cure Amount (the "Objection").

4. Attached hereto as **Exhibit A** is a true and correct copy of the Contract Change Order No. 11 containing the amended and restated description of services and pricing in effect for the unpaid invoice at issue. Attached hereto as **Exhibit B** is a true and correct copy of the corrected invoice directed to the Debtors for amounts due prior to the petition date.

5. I have reviewed the facts contained in paragraphs 2-3 and 5 of the Objection, and the facts contained therein are true and correct.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 15, 2020 at Lenexa, Kansas.

*/s/ Tyler J. Wittstruck*
Tyler J. Wittstruck, Controller
Quest Diagnostics

Wendel Rosen LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036

# EXHIBIT A



DocuSign Envelope ID: D28F2945-8532-49CB-B15B-837EB354CAA2

# Contract Change Order

**This is Change Order ("CO") No. 11 to Contract No. C610 (formerly 4400006686) dated** May 3, 2012 **between the below-named Contractor ("Contractor"), a Rhode Island limited liability company, and Pacific Gas and Electric Company ("PG&E"), a California corporation with its headquarters located at 77 Beale Street, San Francisco, California 94105. Contractor shall perform all Work under this Contract, as amended by this Change Order, pursuant to and in accordance with the terms and conditions of the Contract.**

| | | |
|---|---|---|
| **Contractor's Legal Name:** | Provant Health Solutions, LLC | **This Contract Change Order consists of 30** |
| **Contractor's Address:** | 42 Ladd Street<br>East Greenwich, RI 02818 | |

**Project Name**: Wellness Services

**Job Location**: PG&E Services Territory

**CHANGES: The Parties hereby modify the Contract referenced above as follows:**

**Change Order # 11 is executed to amend and restate the following sections of MSA 4400006686 and extend the contract term to September 30, 2019.**

**Exhibit 1 – Description of Services (amended and restated as of 1/1/2018)**

**Exhibit 2 – Services and Pricing (amended and restated as of 1/1/2018)**

**All other terms and conditions remain the same.**

**ATTACHMENTS: The following are attached to this Contract Change Order and incorporated herein by this reference.**

Exhibit 1 Pages 3-27, Exhibit 2 Pages 28-30

| **PRICING CHANGES**: | | |
|---|---|---|
| | Previous Total Contract Value: | **$Total Value of All Authorized CWAs** |
| | Addition or Deduction: | **$Total Value of All Authorized CWAs** |
| | Revised Total Contract Value: | **$Total Value of All Authorized CWAs** |

**All other terms and conditions of the Contract, as it may have been amended by previous Contract Change Order(s), if any, shall remain the same.**

**THE PARTIES, BY SIGNATURE OF THEIR AUTHORIZED REPRESENTATIVES, HEREBY AGREE TO THE TERMS OF THIS CONTRACT CHANGE ORDER.**

| **PACIFIC GAS AND ELECTRIC COMPANY** | | **CONTRACTOR: PROVANT HEALTH SOLUTIONS, LLC** | |
|---|---|---|---|
| **Signature** | DocuSigned by: Gun Shim D50692437ED64F6... | **Signature** | DocuSigned by: Kevin Johnson 1798E6BF020C443... |
| **Name** | Gun Shim | **Name** | Kevin Johnson |
| **Title** | VP Supply Chain Management | **Title** | Chief Financial Officer |
| **Date** | 2/23/2018 | **Date** | 2/23/2018 |

Case: 19-30088 Doc# 7238-1 Filed: 05/15/20 Entered: 05/15/20 12:40:27 Page 4 of 36

| ADMINISTRATION | | | |
|---|---|---|---|
| **PG&E Negotiator** | Kathleen Elliott/Maria Loconte | **Contractor Representative** | Kate Kennedy |
| **Phone** | | **Phone** | |
| **Email:** | kme8@pge.com/MLLU@pge,com | **Email:** | kkennedy@provanthealth.com |
| **Accounting Reference** | [enter Account # or Delete] | | |

| INTERNAL PG&E USE ONLY | | |
|---|---|---|
| **Distribution Date** | | |
| **Distribution of Copies** | ☐ Document Services (Signed Original Copy) Mail Code N5D 245 MARKET ST., SAN FRANCISCO | ☐ Contractor (Signed Original Copy) |
| | ☐ Work Supervisor | ☒ Manager Jeremy Martins |
| | ☐ Invoice Approver | ☐ Supervisor |
| | ☐ V.P. | ☐ Sourcing/ Purchasing |
| | ☐ Director | ☐ Law |



# Revised Exhibit 1 – Description of Services
# PG&E Wellness Programming
# Effective January 1, 2018

## Onsite Biometric Health Screenings with Waist Circumference and Cotinine Test

**Summary:**
Provant shall provide clinical preventive screenings to eligible employees and their adult dependents as determined by PG&E. Clinical preventive screenings are aimed at the early identification of certain risk factors that lead to costly chronic disease. Participants review results with a qualified health professional which empowers them to take the next steps toward adopting a healthier lifestyle. Nicotine screens in the field are typically provided by measuring for a metabolite of nicotine, Cotinine. Cotinine screens provide an effective way for employers to test for tobacco usage.

Clinical Know Your Numbers screenings are provided via fingerstick on a non-fasting basis. The onsite biometric non-fasting fingerstick health screenings with waist circumference and cotinine test includes: Total Cholesterol, HDL, TC/HDL Cardiac Ratio, Glucose, Measured Height, Measured Weight, Body Composition, BMI, Waist Circumference, Blood Pressure, Saliva Cotinine Test, and Results Review which is a 1-2-minute encounter with a qualified health educator (Nurse, Health Education Specialist, RD, EMT, etc.) to review the results with the participant.

The Saliva Cotinine Test detects cotinine, the principle metabolite of nicotine using a saliva sample. The test is highly sensitive and will detect even the smallest concentrations of cotinine. This methodology typically detects cotinine for approximately 48 hours. The participant's results are loaded to Provant's health and wellness portal within 10 business days. Onsite health screenings are scheduled four weeks from when event details (location, site contact, projected participation) are provided and can be held 5AM-7PM PST M-F.

**Method:**
This gold standard screening package is recommended by the U.S. Preventive Service Task Force as part of adult preventive guidelines. The finger-stick methodology requires a capillary puncture and the collection of a very small blood sample for onsite analysis. As long as the screening vendor is utilizing a CDC Cholesterol Method Laboratory Network (CRMLN) for measuring Total Cholesterol and High Density Lipoprotein Cholesterol (which Provant utilizes and shall continue to utilize for the duration of this Agreement), the results have been proven as accurate and reliable as a venipuncture sample analysis. Saliva Based Cotinine Collection requires swab to be kept in participant mouth 2-5 minutes.

**Program Components:**
- Screening Team – The number of providers will be determined based on expected participation during the designated screening hours. The screening team will consist of Provant Providers and a Provant Team Lead
- Travel to and from the screening event
- Supplies for the clinical screenings and cotinine testing
- Shipping appropriate machines and supplies to the Provant providers. These providers will bring the supplies to each event.
- Event & Logistical Planning – The number of events will be determined according to PG&Es open enrollment scheduling number of participants by site and the number of sites where screenings will be offered.
- Complimentary Registration System by Location (Choice of one of three: Online, Telephonic, or Paper Registration available for each location)
- Event Set-Up & Clean-Up including Biohazard Disposal
- Standard Communication e-Toolkit that supports pre-launch, launch, and post-launch (Program Launch Announcement, Screening FAQs, Welcome Email/Flyer for Registration, Reminder Email to Register, Why Screenings Are So Important Flyer, Poster, Online Registration System Appointment Reminder, Satisfaction Survey with Online Registration System, and Next Steps piece)



- Results Counseling (see separate service description): 3-5-minute encounter to review results, discuss personal health goals, and make program referrals
- Participant Health Scorecard Results Counseling form provided at onsite screening event
- Employer Health Screening Outcomes Analysis (HSOA) Report with Economic Impact Analysis (Aggregate and Location reporting available upon request if 25 or more individuals at location); Report provided to employer 10 business days after the last onsite event date
- Medical Director Oversight – To ensure that event processes, critical interventions, supplies and equipment meet Provant established clinical guidelines for quality and accuracy
- Critical Value Intervention – As dictated by the standing orders, participants with emergent values are referred directly to their personal physician or Emergency Medical Services (EMS) is initiated depending on the results, the symptoms and how the two fit into the standing orders critical care decision tree. Participants with identified abnormal results that are outside of desired ranges but non-emergent are referred to follow up with their primary care physician. Additionally, the participant reviews and signs a "Documentation & Standing Orders" form to ensure they understand the potential risks and are clear on the recommended follow-up.
- State Permit Fees – Provant shall be responsible for payment of all applicable state permit fees.
- Federal & State Compliance – All services provide by Provant and its employee and agents will comply with all applicable federal and state regulations.
- Year over Year Measurement – Up to 3 years of Provant aggregate year over year population health results reported, available upon request
- Unlimited Data Feeds with Up to 3 Unique Third Parties – includes Last Name, First Name, DOB, Unique ID, Gender, Biometric Screening Values via secure s FTP site (Please note: Carrier/Data Warehouse vendor may charge employer for data feeds even though Provant does not charge for such feeds)
- Data upload to Provant's portal.

**Results:**

- Onsite: Participant receives results immediately for all metrics except Cotinine levels through the Health Scorecard; this package contains an Informed Consent that the participant signs prior to being screened (includes HIPAA, how information is used, etc.) and the participant's results.
- Cotinine level results are posted on Provant's Online Reporting Center 5 business days post testing/event or the participant receives a Results Letter via home mailing 2-3 weeks post testing if employer requires mailed report (Letter states positive or negative test).
- Health Screening Outcome Analysis Report (HSOA): Outcome analysis report of all locations and all biometrics – Provides PG&E with their population health risks for the total population. Data can be broken out by total population and by worksite location, as long as there are a minimum of 25 employees at a location. Aggregate data is stratified and compared to national benchmarks as well as to the previous years' data when available. Employer receives 10 business days post final screening event date.

**Billing Terms:**

- Projected participation is confirmed 5 business days prior to the onsite screening event
- Billing tiers:
  - Regular Health Screening – 40 or more projected participants
  - Mid-tier Health Screening – 16-39 projected participants
- As described in Section 4.0 of the General Conditions
- Final bill/invoice is based on projected participation numbers or actual participation, whichever is higher.
- Cancellation of events must be received two weeks before event to prevent cancellation fees. Event cancellation of less than two weeks prior to event will result in a 50% fee of total program scope billed to employer. Event cancellation of less than one week prior to event will result in a 100% fee of total program scope billed to employer. For all onsite services including biometric screenings, flu vaccinations and seminars, should a storm or power outage occur that requires PG&E personnel to be engaged in recovery efforts, onsite events will be cancelled and re-scheduled for no additional fees.



## Remote Concierge Health Screenings with Waist Circumference and Cotinine Test

**Summary:**
This screening option allows PG&E participants who cannot attend an onsite screening or use a Health Screening Results form the ability to schedule a private screening at their workplace or home at a time convenient for them. The Remote Concierge Health Screening is a Know Your Numbers non-fasting partial lipid panel and includes the following: Total Cholesterol, HDL, TC/HDL Cardiac Ratio, Glucose, Measured Height, Measured Weight, Body Mass Index, Waist Circumference, Blood Pressure, and the oral applicator cotinine test.

**Method:**
PG&E participants who are unable to attend an onsite health screening event or do not wish to utilize a Health Screening Results Form contact Provant's call center using PG&E's dedicated line at (866)271-7144 between 5am -5pm to schedule a private appointment with a Provant health screening professional. Remote concierge health screenings are scheduled two weeks from when a participant calls for an appointment and can be held Monday-Friday, 6am – 6pm PST. Remote concierge appointments can accommodate between 1-15 participants. Participants are required to provide a form of Personal Identification (driver's license, passport) at the time of the Concierge Health Screening.

The Know Your Numbers non-fasting lipid panel is administered by a health screening professional who obtains a blood sample via a fingerstick and then sends it to a lab using a Dried Blood Spot Card. The cotinine test is administered via an oral swab applicator.

**Results:**
Cotinine level results are posted on Provant's Online Reporting Center 5 business days post testing/event. The participant receives a Results Letter via home mailing 2-3 weeks post testing (letter states positive or negative test). Health Screening and cotinine results are also available through the secure participant account on the Provant portal at https://pge.provantone.com.

**Billing Terms:**

- As described in Section 4.0 of the General Conditions.
- Projected participation is confirmed 5 business days prior to the concierge appointment
- Final bill/invoice is based on projected participation numbers or actual participation, whichever is higher
- PG&E will be billed for cancellations/no-shows that are not rescheduled at least 48 hours prior to the scheduled appointment time. For all onsite services including biometric screenings, flu vaccinations and seminars, should a storm or power outage occur that requires PG&E personnel to be engaged in recovery efforts, onsite events will be cancelled and re-scheduled for no additional fee.

## Onsite Biometric Health Screenings – Results Counseling

**Summary:**
Provant provides health coaches to meet with onsite health screening participants for a 3-5 minute results counseling session following their biometric screening.

**Method:**
Provant's Results Counseling provides each onsite health screening participant with a personalized, 3-5 minute session with a health coach following their health screening session. During the interaction, a trained health coach reviews the participant's screening results, provides guidance regarding actions a participant can take on the path toward a healthier lifestyle, and refers participants to their primary care physician and PG&E-specific support programs, including Provant's health coaching program. Each participant receives a Personalized Health Action Plan (PHAP) which documents the coaching conversation and provides important reference information for program referrals. Provant provides aggregate reporting on program referrals.



**Results:**
Participants receive personalized guidance and referrals that support them in taking action toward behavior change and adopting healthy lifestyle changes that may reduce health risks.

**Billing Terms:**
As described in Section 4.0 of the General Conditions.

## Onsite/Remote Concierge Biometric Health Screenings – Privacy Screens

**Summary:**
PG&E would like to employ the use of privacy screens at onsite health screening events in order to address participants' privacy concerns.

**Method:**
Provant will provide privacy screens at all onsite events except for those held in the General Office (GO), according to the following methodology:

Events with 16+ participants: 2 privacy screens per body composition station
1 privacy screen per results counseling station

Provant will exclude the privacy screen for the results counseling station at certain locations where it is not required.

**Billing Terms:**
As described in Section 4.0 of the General Conditions

## Onsite Biometric Health Screenings – Off Hours

**Summary:**
Provant's standard window for onsite screenings is 5AM-7PM M-F. Provant may schedule an event outside of these normal hours, for example in order to accommodate a graveyard shift, by charging an off-hours flat fee of $450.00 per event.

**Billing Terms:**
As described in Section 4.0 of the General Conditions

## Onsite Biometric Health Screenings – Additional Hours

**Summary:**
Provant uses a proprietary model for planning event hours based on the number of projected participants. Provant will accommodate scheduling an event for more hours than our projections would dictate (according to our model), by charging an additional fee of $525.00 per additional hour.

**Billing Terms:**
As described in Section 4.0 of the General Conditions



## Onsite Biometric Health Screenings – Additional Providers

**Summary:**
Provant uses a proprietary model for planning event staffing based on the number of projected participants and number of event hours. Upon PG&E's request and based on mutual agreement between PG&E and Provant, Provant will accommodate scheduling additional providers than our projections would dictate (according to our model), for example in order to accommodate a larger number of participants in a compressed timeframe, by charging an additional fee of $85.00 per additional provider per hour.

**Billing Terms:**
As described in Section 4.0 of the General Conditions

## Onsite Biometric Health Screenings – Late Event Confirmation Fee

**Summary:**
PG&E has requested that Provant make an exception to its four-week planning timeline to accommodate expedited planning for certain events such as Safety Kickoff Meetings.

**Method:**
Provant will accommodate receiving event details (date, location, initial projected participants) between three and four weeks before an event date. Events that are confirmed with the three-week exception notification prior to an event date will incur a late event confirmation charge of $375.00 per event.

**Results:**
Participants will be granted the opportunity to participate in health screenings at Safety Kickoff and other meetings.

**Billing Terms:**
As described in Section 4.0 of the General Conditions

## Onsite Flu Shot Administration

**Summary:**
Provant shall administer onsite flu shots to PG&E determined eligible participants, at PG&E determined onsite flu clinics (which may be combined with onsite biometric screening events) during standard hours from 5:00am to 7:00pm, Monday through Friday. Vaccine administration is performed by a Provant's qualified provider such as a Registered Nurse (RN), Licensed Practical Nurse (LPN), paramedic, physician, or licensed vocational nurse under the supervision of a Registered Nurse.

**Method:**
Upon entering the clinic location, the participant is greeted by the Provant team who assists them in completing a standard informed consent and provides them with the CDC seasonal influenza education materials. The participant is then directed to the available Registered Nurse. Prior to vaccinating a participant, the Registered Nurse reviews the consent with the participant to ensure the vaccination is not contraindicated. The Registered Nurse then administers the vaccine to the participant. Once the participant has received their vaccination they are free to leave the clinic and return to work. If the flu vaccination experience is the first flu vaccination for the participant, the participant is required to stay with our team for an observation period to ensure there are no adverse reactions.

**Program Components:**
Provant shall provide:

- Vaccination Team – The number of providers will be determined based on expected participation during the designated vaccination hours. The team will consist of Provant Providers and a Provant Team Lead
- Travel to and from the vaccination event
- Supplies for the vaccinations (quadrivalent vaccine)
- Shipping Appropriate supplies to the Provant providers. These providers will bring the supplies to each event.
- Event & Logistical Planning - The number of events will be determined according to PG&Es open enrollment scheduling number of participants by site and the number of sites where vaccinations will be offered.
- Complimentary Registration System by Location (Choice of Online, Telephonic, or Paper Registration available for each location)
- Event Set-Up & Clean-Up including Biohazard Disposal
- Standard Communication e-Toolkit that supports pre-launch, launch, and post-launch (Program Launch Announcement, Vaccination FAQs, Welcome Email/Flyer for Registration, Reminder Email to Register, Why Vaccinations are so Important Flyer, Poster, Online Registration System Appointment Reminder and Satisfaction Survey with Online Registration System)
- Provant provides flu vaccines which adhere to evidence-based clinical guidelines and regulatory guidelines (e.g. HIPAA, ADA, CDC, US Preventive Services Task Force, etc.)
- Provant complies with vaccine manufacturers and the CDC for the ordering and the storing of vaccine. Provant provides all participants with a standard Informed Consent Form to affirm participants have read and agree to the protocols, techniques, personal responsibility, and privacy information in relation to the Flu Administration Services provided by Provant. The participant is also provided with the CDC seasonal influenza education materials.
- Provant uses 22-25 gauge, one-inch needles to administer FDA approved vaccine. We abide by all federal and local requirements as well.
- Provant tracks vaccine lots and notifies appropriate parties of vaccine recalls should there be any.
- Provant has Standing Orders for Flu Clinic medical emergencies. Our protocol is to call 911, monitor the participant, continually assess, and initiate the appropriate care (e.g. CPR) until emergency services arrive.
- Provant completes all requirements and notifications of adverse vaccine events.

**Results:**

Seasonal Influenza Participation Report: Participation and economic impact are provided in this report. This report is provided to the employer annually.

**Billing Terms:**

- Projected participation is confirmed 5 business days prior to the onsite screening event.
- Billing minimum of 30 screens applies when projected order is less than 30. Flu shots are offered at events where there are 50 or more health screening projected participants.
- As described in Section 4.0 of the General Conditions
- Final bill/invoice is based on projected participation numbers or actual participation, whichever is higher.
- Cancellation of events must be received two weeks before event to prevent cancellation fees. Event cancellation of less than two weeks prior to event will result in a 50% fee of total program scope billed to employer. Event cancellation of less than one week prior to event will result in a 100% fee of total program scope billed to employer. For all onsite services including biometric screenings, flu vaccinations and seminars, should a storm or power outage occur that requires PG&E personnel to be engaged in recovery efforts, onsite events will be cancelled and re-scheduled for no additional fee.
- Notwithstanding anything in the Contract to the contrary, if, during the term of the Contract, the cost charged to Provant by its supplier for any immunization or vaccine increases or decreases calendar year over calendar year by more than two percent (2%), Provant has the right to increase or decrease the contract rate for the immunization or vaccine by the same proportional increase. The new rate will be effective thirty (30) days following PG&E's receipt of such rates unless PG&E notifies Provant that it does not agree to the adjusted rate within the thirty (30) day period, in which case Provant may discontinue providing those immunization or vaccination services.



## Remote Biometric Screenings/Doctor's Office (HSRF)

**Summary:**
Biometric information is captured at the participant's physician office during a preventive care visit via Provant's Health Screening Results Form (HSRF).

**Method:**
PG&E participants download this pre-populated form from the Provant portal and take it to their physician's office for completion. The physician/office then emails, faxes, or mails the form to Provant for data processing. PG&E is able to determine the biometric measures to be captured on the Health Screening Results Form. Measures for a non-fasting partial lipid panel include Total Cholesterol, HDL, TC/HDL Cardiac Ratio, Glucose, Measured Height, Measured Weight, Body Composition, BMI, and Blood Pressure. Waist Circumference is provided via participant self-report based on instructions provided. Additionally, the HSRF will be customized with company name, brand, as well as the end dates and look-back period for the biometric screening campaign. The participant receives a confirmation email from Provant on receipt of the HSRF. If the HSRF is missing any data, the participant receives an email of the missing data. Provant provides one follow-up call to the physician's office regarding the missing information.

**Program Components:**
HSRF downloaded from the Provant portal and submitted by physician/office for data validation and upload.

**Results:**
HSRF results are posted on Provant's Online Reporting Center 5 business days post data receipt from Physician's office or the participant receives a Results Letter via home mailing 2-3 weeks post data receipt. HSRF results can be incorporated into the Health Screening Outcome Analysis (HSOA) Report.

**Billing Terms:**
- As described in Section 4.0 of the General Conditions
- Billing based on actual Health Screening Results Forms received and processed

## Remote Lab Screenings

**Summary:**
Lab Screenings provide access to a national network of over 1,250 LabCorp Patient Service Center laboratory locations throughout the country. Lab Screenings include Total Cholesterol, HDL, TC/HDL Ratio, Triglycerides, LDL, Glucose, Cotinine, Height, Weight, Waist Circumference, BMI, and Blood Pressure.

**Method:**
Participants obtain a Lab Screening Kit from Provant's on-line pre-filled form site which contains their lab requisition form, instruction letter and additional necessary information. The instruction letter includes how to locate a LabCorp Patient Service Center and how to prepare for their screening visit.

The participant visits one of the LabCorp locations and submits the Lab requisition for. Their screening is performed via venipuncture and biometrics measured.

**Program Components:**
Provant Lab Screening Kit which includes:
- Introductory letter from Provant Medical Director
- Fasting instructions
- Lab Requisition Form, ordered by Provant Medical Director: Total Cholesterol, HDL, TC/HDL Ratio, Triglycerides, LDL, Glucose, Cotinine, Height, Weight, Waist Circumference, BMI, Blood Pressure.
- Informed Consent
- List of closest LabCorp locations based on zip code entered



- LabCorp URL for additional locations

**Results:**

- Lab results are posted to Provant's portal within 5 business days post receipt of lab data.
- Health Screening Outcome Analysis Report (HSOA): An outcome analysis report of all locations and all biometrics. Provides PG&E with their total population health risks. Data can be segmented by total population and by worksite location, with a minimum of 25 employees at a location required. Aggregate data is stratified and compared to national benchmarks and the previous years' data if available. LabCorp results can be incorporated into this report; PG&E receives report within pre-defined reporting timeframe.

**Billing Terms:**

- Billing will be based on actual Lab Screening Kits received and processed.
- As described in Section 4.0 of the General Conditions

## Dedicated Phone Line/Wellness Support

**Summary/Method:**

Provant shall provide a dedicated phone line from the Mercer IVR system that will route participants to Provant's call center for incentive (HAP credit) inquiries, health screening scheduling/support and health coaching scheduling/support. Provant will provide an IVR for this phone line to route participants to the appropriate skill groups. Provant's Incentive Specialist team will provide support for incentive inquiries that require escalated research. Provant will provide warm transfers to and from PG&E's Employee Benefits Service Center (outsourced to Mercer).

**Results:**

Participants receive direct, personalized customer service support for health screenings, health coaching, and incentive inquiries.

**Billing Terms:**

As described in Section 4.0 of the General Conditions

## Dedicated Email Support

**Summary:**

Provant will provide a dedicated email address (pgesupport@provanthealth.com) to answer incentive, screening and health coaching inquiries for PG&E participants.

**Method:**

Emails received will be responded to by close of business two (2) business days after receipt for daily volume of fifty (50) emails or fewer. For daily volume exceeding fifty (50) emails, responses will be provided by close of business three (3) business days after receipt.

**Program Components:**

Reporting will be provided on a monthly basis summarizing the number of emails received and the topics based on the following categories: Incentives and Customer Service.

**Results:**

PG&E participants will have dedicated email support to respond to their incentive, screening and health coaching inquiries.

**Billing Terms:**

As described in Section 4.0 of the General Conditions



## Standards Based Incentive Management

**Summary:**
Provant provides full incentive administration for PG&E's standard/result-based programs, tracking, reporting, data integration, and fulfillment upon request.

**Method:**
Program features include:
- Incentive modeling and design that supports a compliant, multi-year strategy
- Annual legal compliance (ERISA, DOL, GINA) sign-off including co-fiduciary responsibility for the wellness incentive design
- Basic and Medical Appeals administration
- Reasonable Accommodation structuring for participants
- SPD language for wellness benefit
- Incentive configuration on Provant Health and Wellness portal
- Automated incentive tracking of each participant's incentives completed on portal (participant incentive scorecard)
- HIPAA compliant employer detail reporting on incentives earned for each employee
- Weekly incentive data feeds with 2 health carriers (Kaiser and Anthem or administrators), including calculation of Health Account Plan dollars through the administration of plan business rules (Please note: Carrier may charge employer for data feeds even though Provant does not charge for such data transfer)
- Participant Welcome Kit (optional)

**Program Components:**
- Program administration is flexible and customizable and can support and track incentives that are part of the Provant program as well as other as incentives that are part of other employer-sponsored programs
- Provant actively manages all aspects of standard/outcomes-based incentive program

**Results:**
Incentive Eligibility Report/Data Feed: The incentive eligibility report provides incentive qualifier information to fulfill the incentive program including pertinent information regarding incentive dollars earned for each activity/result. Provided as frequently as program requires, online, included in base price.

**Billing Terms:**
As described in Section 4.0 of the General Conditions

## Customized Incentive File Processing for COBRA Participants

**Summary:**
Provant will provide a customized incentive file solution to manage Health Account credits on behalf of PG&E COBRA participants.

**Method:**
COBRA processing will be completed in a three (3) step process. First, Provant is reviewing participants who were receiving COBRA benefits prior to December 31 and will appropriately identify and award their seed credit. Secondly, Provant is reviewing participants who were receiving COBRA benefits on or post December 31 and will identify the appropriate earned credits if they have not previously been sent to Kaiser or YSA. Step two (2) accounts for the case of a participant falling off the eligibility file prior to Provant processing their earned credit, and therefore resulting in a non-match. The final and ongoing process will be for Provant to review



any non-match earned incentives to the ongoing COBRA file Provant currently is receiving from WageWorks. For each identified step, Provant will provide Kaiser and Anthem (or administrators) with the appropriate contribution amounts.

**Results:**
Participants who elect COBRA on separation from the company will receive their Health Account Credits according to the business rules for the plan.

**Billing Terms:**
As described in Section 4.0 of the General Conditions

## Mid-Year Carrier Change and Late Enrollee Processing

**Summary:**
PG&E is requesting that Provant provide a custom data solution to manage incentives for mid-year carrier changes and late enrollees.

**Method:**
Provant will analyze the eligibility file received by PG&E and notify PG&E via a bi-weekly report of any participants that indicate a mid-year coverage change coverage from Kaiser to Anthem or from Anthem to Kaiser. Provant will hold prior and accumulated credits for affected participants for 60 days from coverage term date. Coverage term date will be calculated as medical plan effective date on the eligibility file minus one. Provant will send affected participants on the original carrier's file with a zero balance during the freeze period. On the next weekly file following the 60-day period, Provant will send any additional credits earned due to coverage level change to the new carrier. At this time, the prior carrier sends the existing balance from their records to the new carrier, and new carrier is responsible for making any additional balance adjustments to the participant's account.

For PG&E employees that enroll in the HAP plan after the open enrollment eligibility file is sent but before January 1 each year, Provant will receive a manual file from Mercer weekly through January each year containing late elections from the end of the prior year. Provant will research each participant manually and provide the amount to be funded to the carriers within 5 business days. Carriers will then fund via manual adjustments.

Additional information:

- The mid-year carrier change solution is built to work either way (Kaiser to Anthem or Anthem to Kaiser).
- No changes will be required to the existing eligibility file format. Coverage term date = medical effective date minus one.
- No special considerations for new hires are required.
- No additional reporting requirements are required.
- PG&E's Benefits Service Center will take responsibility for proactive participant communication and fielding participant inquiries at the start of and during the 60-day freeze.

**Results:**
Participants that transfer from one carrier to the other will experience a smooth transition of their health account credits, with accurate account balances after the 60-day freeze. Participants that enroll in the HAP plan after the initial open enrollment period will not experience a delay in receiving their HAP credits in January.

**Billing Terms:**
As described in Section 4.0 of the General Conditions

## Provant Portal with Health Risk Assessment and Team Challenges

**Summary:**



Provant's portal provides a robust set of tools including a Health Assessment, online coaching, lifestyle workshops, a mobile application, social networking tools, virtual employer challenges, incentive tracker if purchased with Provant's incentive administration, health library and much more.

**Method:**

The participant can either link from the www.mypgebenefits.com page to the Provant portal or use the direct link from the web www.pge.provantone.com to connect. (Single sign-on is available with an additional set-up charge.) The online portal is a secure site that personalizes health recommendations based on the participant's responses to the HRA and their biometric screening results. The portal includes a wealth of personal workshops, planners, logs, trackers, recipes, heath library, online community, and messaging center.

The Health Risk Assessment (HRA) contains 62 questions and is available to PG&E Wellness program participants through Provant's secure Health and Wellness portal. The HRA utilizes multiple models of health screening to assess risk for the most common and preventable chronic diseases and is compliant with all state and federal regulations. The HRA can be taken as often as the participant wishes; and data will be uploaded and available for viewing on the portal. Participants are provided with a personal outcome report upon completion that generates an individualized wellness plan that includes actionable steps and recommendations for behavior and lifestyle changes formulated to reduce personal health risks.

Provant shall provide PG&E participants with the ability to engage in four (4) customized, branded challenges per year through Provant's portal. These are available to encourage participants to engage in activities in a group setting or individually. Common challenges include walking, running and weight loss. A graph on the participant's dashboard (on the portal) displays their individual progress in the challenge and messaging to encourage staying on track. Provant's wellness team will work with PG&E in assessing PG&E wellness population conditions and solutions towards engaging participants on challenges that assist in the path to optimal health and well-being.

Effective January 1, 2018, Provant shall provide PG&E participants with access to additional functionality within the Humology platform including access to features provided through our nutrition partnership.

**Program Components:**

The Health and Wellness online tools and programs, including the online Health Risk Assessment (HRA), team challenges and personalized nutritional content, provide a 24/7 comprehensive and portable solution across the total population. Health coach/participant data sharing functionality and progress messaging results in increased engagement.

**Results:**

- Participants are provided with a personal outcome report upon completion that generates an individualized wellness plan that includes actionable steps and recommendations for behavior and lifestyle changes formulated to reduce personal health risks.
- PG&E is provided with a monthly report detailing number of user accounts, number of active users, wellness workshop enrollment and completion, activity minutes logged, and health assessment completions for the month. This report is provided on the 15th of every month for the previous month's activity.

**Billing Terms:**

- PG&E will be billed for the number of eligible participants provided on the eligibility file that are designated as eligible for the portal. The total number of portal eligibles will be billed monthly for a minimum of a 12-month period. The per eligible per month fee is billed monthly for "seats" utilized the prior month.
- As described in Section 4.0 of the General Conditions

## Gym Discount Program

**Summary:**



Provant will provide PG&E's participants with access to International Fitness Club Network (IFCN), a leading gym discount program. With nearly 14,000 clubs in all 50 states and 51 countries, IFCN features a club for every person wherever they live, work, and travel.

Every IFCN member club has agreed to extend new IFCN members the *lowest membership rate for the type of membership selected.* IFCN only enrolls high quality fitness clubs that abide by either the IHRSA (International Health, Racquet and Sports Club Association) and/or ACSM (American College of Sports and Medicine) industry safety standards. IFCN members receive an unlimited number of one-week free trial certificates. This certificate can be printed and used at clubs around the member's area.

**Method:**

The International Fitness Club Network (IFCN) provides nationally dispersed populations with convenient fitness club access, preferred membership rates, and incorporates a wide choice in fitness options to appeal to, and engage, more members.

**Program Components:**

Participants are provided with a large selection of:

- Locations
- Equipment
- Exercise classes
- Personal training

**Results:**

*PG&E employees receive:*

- Guaranteed lowest rates for the type of membership request for employees and their immediate family members
- Unlimited one week free trial certificates at participating IFCN clubs
- Clubs that abide by the highest industry safety standards, ACSM and/or IHRSA
- Passport Travel Program
- Preferred pricing on home fitness equipment – 10% discount on fitness equipment at Sears

Monthly utilization reporting includes:

- Number of members accessing the benefit
- Website activity
    - Search for clubs
    - Print one-week trial coupon
    - Club referrals
    - Home fitness equipment discounts

**Billing Terms:**

As described in Section 4.0 of the General Conditions

## Health Coaching – Onsite/Telephonic/Online

**Summary:**

People don't fit into pre-determined "curriculum-based" coaching modules. That's why Provant provides a holistic and personalized approach to lifestyle health coaching which is based on a traditional clinical counseling model. Health coaches address the primary, secondary, and tertiary risks of each participant beginning with the risk factor that the participant is most ready to explore and change. Provant shall provide online, onsite and telephonic access to coaching programs for PG&E participants. Telephonic health coaching hours: M-F 7AM – 7PM PST. Onsite health coaching hours as specified by location (minimum four-hour time blocks per day).

**Method:**

Health coaches support and empower individuals with personal goal setting, skill building, self-management, and the optimization of resources to achieve their health-related goals. Personalized for each participant and available onsite, via telephone, and online, health coaching helps keep individuals motivated, engaged, and on the road to better health.

Provant health coaching is available to all individuals regardless of risk level. Building an inclusive culture of health is an important aspect to any wellness program, and keeping healthy people healthy is just as important as the migration of those currently at risk. Using a proactive outreach approach, initial scheduling calls are performed within 10 business days following the completion of the opt-in form (typically at an onsite biometric screening). Low risk participants typically receive (per the guideline that the coaches follow) 1-2 outreaches per year; Moderate risk participants receive 4-5 calls per year with subsequent calls performed quarterly; High risk participants receive 12-13 calls per year and with subsequent calls performed monthly. Participants in the Low and Moderate risk categories desiring additional calls are provided this opportunity. The number of sessions is dependent on the participant's needs and is a collaborative discussion between coach and participant.

The Health Coach establishes a personal health care plan with the participant based on a specific goal. The care plan is modified as the participant moves through behavior change. A program is considered successful when an individual participant achieves a risk level migration or a decrease in the number of personal health risks identified upon initial assessment. Maintaining a low or moderate risk status and not increasing is also considered a positive outcome. Readiness to change according to Prochaska's model is also tracked throughout the coaching engagement.

**Program Components:**

Provant's Health Coaches utilize a risk stratification model that enables them to place participants into low risk, moderate risk, and high-risk categories which determine the number of outbound health coaching sessions each participant receives as well as the most appropriate lifestyle and condition management program(s).

Stratification is based on the following parameters:

| Stratification Index | Risk Parameters |
|---|---|
| Low Risk | 0-1 Risk Indicators |
| Moderate Risk | 2-3 Risk Indicators |
| High Risk | 4+ Risk Indicators |

**Telephonic Coaching Member Experience:**

- Once a participant has opted in to the program, the initial out-reach is done by a health coaching scheduler on the customer service team within 10 business days post opt-in. The team makes 3 attempts to connect with the participant to schedule their first appointment.
- The health coaching scheduler enters the appointment into the health coaching scheduling system.
- If the participant is not available for the call as scheduled, the health coach leaves a message asking the participant to call back to reschedule (2 attempts are made at the time of the scheduled appointment).
- When the participant and coach connect, the coach assists the participant in setting a care plan which is designed to move the participant towards successful attainment of their health goals, migrate risk and provide ongoing support/accountability during the coaching program. The care plan takes into account the participant's primary, secondary and tertiary health risks and provides goals surrounding decreasing risk and supporting appropriate lifestyle choices, medication compliance and appropriate medical care as applicable.

**Onsite Coaching Member Experience:**

- Provant's onsite coaches utilize a number of methods to encourage enrollment of PG&E participants into the health coaching program, including attending department/staff meetings and onsite promotion (at health screening events and via communications).
- Either the onsite health coach or the health coaching scheduler enters the initial appointment into the health coaching scheduling system.
- When the participant and coach meet in person, the coach assists the participant in setting a care plan which is designed to move the participant towards successful attainment of their health goals, migrate risk and provide ongoing



support/accountability during the coaching program. The care plan takes into account the participant's primary, secondary and tertiary health risks and provides goals surrounding decreasing risk and supporting appropriate lifestyle choices, medication compliance and appropriate medical care as applicable.

**Online Coaching Member Experience:**

- PG&E participants submit questions to Provant's health coaches online via the wellness portal (Talk to a Trainer / Talk to a Dietician). Participants receive responses to their inquiries within 48 business hours.

**Results:**

The Health Coach establishes a personal health care plan with the participant. The care plan is modified as the participant moves through behavior change. A program is considered successful when an individual participant achieves a risk level migration or a decrease in the number of personal health risks identified upon initial assessment. Maintaining a low or moderate risk status and not increasing is also considered a positive outcome. Readiness to change according to Prochaska's model is also tracked throughout the coaching engagement.

Provant provides its Health Coaching clients with a detailed, comprehensive quarterly report that includes the following information:

- Clinical context for health coaching addressing population health risk factors
- Demographic information on enrollment, compliance and completion rates
- Risk level participant migration
- Stages of change migration
- Lifestyle (primary) risk factors
- Clinical (secondary) risk factors
- Program referrals

**Billing Terms:**

As described in Section 4.0 of the General Conditions

## Tobacco Cessation Program

**Summary:**

Provant's Tobacco Cessation Program is a five-session telephonic coaching program to be completed within a 10-week period and helps participants improve their health by teaching them the necessary behavior skills required to achieve a tobacco free life. Our certified tobacco cessation instructors help participants improve their health by teaching them the necessary behavior skills required to achieve a tobacco free life. They address concerns about Nicotine Replacement Therapy (NRT), discuss symptoms associated with withdrawal, and provide suggestions for handling cravings and ideas for overcoming relapse. The program incorporates ICSI (Institute for Clinical System Improvement) and US Surgeon General Treating Tobacco Use and Dependence Guidelines for tobacco use prevention and cessation. Each session is directed to the individual's needs and values to align the program to maximize their potential to quit.

**Method:**

Our tobacco cessation program is aimed at reducing tobacco use and providing education and information about the dangers of tobacco, and how to quit. The program includes and is not limited to the following discussion points:

- Help participants understand why and when they smoke or use tobacco.
- Begin to break the habits that lead them to tobacco use, what to expect, and how a support system of people and, if appropriate, NRT can help.
- Focus on positive changes to participants' lifestyles and replacing previous habits with healthy alternatives.
- Develop self-management skills to overcome nicotine cravings, avoid triggers, and effectively manage any relapse in tobacco habits.
- Reinforce the positive changes participants have made and provide education and resources to help the participants continue to improve on their journey to end their tobacco use habit.

**Program Components:**

PG&E Tobacco Cessation Program participants receive a kit with the program that includes:

- Participant Workbook (containing activities and questionnaires aligned with each session)
- Guided Imagery CD,
- Break IT Survival Kit (with hard candy, gum, a straw, and rubber bands with tips to help manage nicotine cravings),
- Community Resource Information, and
- Program Completion Certificate

Provant offers the following nicotine replacement therapy (NRT) options to PG&E participants: gum, lozenges and patches.

**Member Experience:**

Provant tobacco cessation is available to all PG&E participants regardless of risk level. Using a proactive outreach approach, initial scheduling calls are performed within 10 business days following the completion of the opt-in form (typically at an onsite biometric screening). The goal is to schedule the initial telephonic session no later than 10 business days from opt-in, depending on participant's scheduling availability. Once the initial appointment is scheduled, Provant ships the Tobacco Cessation kit (including workbook) to the participant.

The Health Coach establishes a personal health care plan with the participant based on a specific goal. The care plan is modified as the participant moves through behavior change. A program is considered successful when an individual participant quits smoking or decreases their use of tobacco as identified upon initial assessment. Readiness to change according to Prochaska's model is also tracked throughout the coaching engagement. Once a tobacco cessation instructor has worked with a participant to establish a quit date, the participant may elect NRT options.

**Results:**

- Participants improve their health by learning and maintaining the necessary behavior skills required to achieve a tobacco free life

Provant provides its Tobacco Cessation clients with a detailed, comprehensive quarterly report that includes the following information:

- Clinical context for tobacco use as a population health risk factor
- Demographic information on enrollment, compliance and completion rates
- Forms and length of tobacco use
- Stages of change migration
- NRT distribution
- Quit dates
- Quit rates
- Program referrals

**Billing Terms:**

As described in Section 4.0 of the General Conditions

## Nicotine Replacement Therapy

**Summary:**

Should PG&E Tobacco Cessation enrollees wish to obtain Nicotine Replacement Therapy (NRT) support as part of their tobacco cessation program, Provant will offer gum, lozenges or patches.

**Method:**



Participants enrolled in Tobacco Cessation who have established a quit date will work with their Tobacco Cessation counselor to determine the best option for NRT, including combining therapies.

- Nicotine gum is a type of chewing gum that delivers nicotine to the body. It is used as an aid in nicotine replacement therapy (NRT), a process for smoking cessation and quitting smokeless tobacco.
- A nicotine lozenge is a tablet (usually flavored) that contains a dose of nicotine which dissolves slowly in the mouth to release the nicotine. It is used as an aid in nicotine replacement therapy (NRT), a process for smoking cessation.
- A nicotine patch is a transdermal patch that releases nicotine into the body through the skin. It is used as an aid in nicotine replacement therapy (NRT), a process for smoking cessation.



**Program Components:**

**Basic NRT – 6 weeks**

| NRTs | Weeks Supply |
|---|---|
| **Patch**: 21 mg , 14 mg, 7 mg | 6 weeks (42 patches) |
| -OR- | |
| **Gum**: 4 mg, 2 mg | 6 weeks (440 pieces/4 boxes) |
| -OR- | |
| **Lozenge**: 4 mg, 2 mg | 6 weeks (432 pieces/6 boxes) |

**Advanced NRT – 8 weeks**

| NRTs | Weeks Supply |
|---|---|
| **Patch**: 21 mg , 14 mg, 7 mg | 8 weeks (56 patches) |
| -OR- | |
| **Gum**: 4 mg, 2 mg | 8 weeks (550 pieces/5 boxes) |
| -OR- | |
| **Lozenge**: 4 mg, 2 mg | 8 weeks (576 pieces/8 boxes) |

**Billing Terms:**

As described in Section 4.0 of the General Conditions

## Enhanced Health Coaching – Weight Management Program

**Summary:**

Provant shall provide online, onsite and telephonic weight management programs which support improved personal health decisions concerning healthier food choices and appropriate physical activity which may improve health and well-being. Helping individuals change behavior is an important part of the program. PG&E participants receive a personalized nutrition and fitness plan that addresses nutrition and dietary habits, cardiovascular fitness, strength training, and stress management techniques along with the following participant kit: Shopping Tote, Workbook, Food & Exercise Log, Calorie King Book, Pedometer, Tape Measure, and Measuring Cups. The telephonic and onsite programs are 5-week programs typically completed in 10-12 weeks.

**Method:**

This 5-week intensive onsite or telephonic program addresses participant nutrition and dietary habits, cardiovascular fitness, strength training, and stress management techniques. Helping participants understand their readiness to change, barriers to change, possible triggers and how to overcome these triggers are important components of the program.

There are over 30 comprehensive online Wellness Workshops on the Provant health and wellness portal including a 6-week program on nutrition, a 7-week program on weight management, and a 6-week program on exercise, all of which complement the onsite and telephonic weight management programs.

**Program Components:**

- The Telephonic and Onsite programs are 5-week intensive programs that address nutrition and dietary habits, cardiovascular fitness, strength training, and stress management techniques.
- PG&E participants receive a personalized nutrition and fitness plan that addresses nutrition and dietary habits, cardiovascular fitness, strength training, and stress management techniques along with the following participant kit: Shopping Tote, Workbook, Food & Exercise Log, Calorie King Book, Pedometer, Tape Measure, and Measuring Cups
- Throughout the programs, participants are guided through a series of tasks (worksheets, articles, videos or instructions) to strengthen their understanding of healthy lifestyle habits.



**Results:**

- Participants receive tools and guidance throughout the programs to manage their weight through lifestyle changes.
- Participants can access the online programs at any time to reinforce their practices for weight management

**Billing Terms:**
As described in Section 4.0 of the General Conditions

## Enhanced Health Coaching – Metabolic Syndrome Program

**Summary:**
Provant shall provide onsite and telephonic metabolic syndrome management programs, which support improved personal health decisions and increase understanding of pre-diabetes and diabetes, including the risk factors associated with each, and strategies to manage the disease. The program is based on sound physical and behavioral principles and uses a positive behavior modification approach.

The targeted coaching program provides participants with strategies to modify eating habits and establish a physical activity plan that will help with metabolic syndrome education, prevention and control of certain risk factors, thereby reducing the risk of associated complications. Helping individuals change behavior is an important part of the program.

**Method:**
The five-session, intensive onsite or telephonic program educates participants on understanding and monitoring glucose, cholesterol levels, blood pressure, weight and working with a healthcare provider to monitor and manage these numbers. Participants will learn how to reduce their risks significantly by reducing their weight (particularly abdominal obesity), increasing your physical activity, eating a heart-healthy diet that's rich in whole grains, fruits, vegetables and fish. It covers potential complications of metabolic syndrome and participants are taught how to avoid risks by self-management skills. Helping participants understand their readiness to change, barriers to change, possible triggers and how to overcome these triggers are important components of the program.

**Program Components:**
The onsite or telephonic program is 5 coaching sessions that are typically completed within 10-12 weeks. This intensive program addresses monitoring, your glucose, cholesterol, blood pressure and weight, as well as understanding complications, medications and overcoming barriers and obstacles.

PG&E participants receive a program kit that will include a shopping tote, workbook supplies, know your numbers card, food and exercise log, calorie king book, pedometer, tape measure.

**Results:**
Participants receive tools, guidance and support throughout the programs to manage their metabolic syndrome through lifestyle changes.

**Billing Terms:**
As described in Section 4.0 of the General Conditions

## Enhanced Health Coaching – Cardiovascular Health Program

**Summary:**
Provant shall provide onsite or telephonic Cardiac Health programs, which support participants in taking a positive approach to managing cardiac risk through lifestyle changes. There are many risk factors associated with coronary heart disease and stroke. Some risk factors, such as family history, ethnicity and age, cannot be changed. Other risk factors that can be treated or changed

include tobacco exposure, high blood pressure (hypertension), high cholesterol, obesity, physical inactivity, diabetes, unhealthy diets, and harmful use of alcohol. This program supports improved personal health decisions concerning healthier food choices and appropriate physical activity, which may improve health and well-being. Helping individuals change behavior is an important part of the program. PG&E participants receive a personalized nutrition and fitness plan that addresses nutrition and dietary habits, cardiovascular fitness, strength training, and stress management techniques.

**Method:**

The five-session, intensive onsite or telephonic program addresses participant nutrition and dietary habits, cardiovascular fitness, strength training, and stress management techniques. Helping participants understand their readiness to change, barriers to change, possible triggers and how to overcome these triggers are important components of the program.

**Program Components:**

The onsite or telephonic program is 5 coaching sessions that are typically completed within 10-12 weeks. This intensive program addresses cardiac health, including nutrition and dietary habits, cardiovascular fitness, strength training, and stress management techniques.

PG&E participants receive a personalized nutrition and fitness plan that addresses nutrition and dietary habits, cardiovascular fitness, strength training, and stress management techniques, along with the following participant kit: Shopping tote, workbook, food and exercise log, calorie tracking book, pedometer, relaxation CD, healthy heart education pamphlet, and a massager.

**Results:**

Participants receive tools and guidance throughout the programs to manage their cardiac health through lifestyle changes.

**Billing Terms:**

As described in Section 4.0 of the General Conditions

## Enhanced Health Coaching – Pre-Diabetes/Diabetes Program

**Summary:**

Provant shall provide onsite and telephonic diabetes management programs, which support participants in adopting a positive approach to pre-diabetes/diabetes control. This targeted coaching program will provide participants with strategies to modify his or her eating habits and establish a physical activity plan that will help with diabetes prevention and control, thereby reducing the risk of associated complications.

The program is based on sound physical and behavioral principles and uses a positive behavior modification approach. The program will teach participants to use various behavior skills that will help develop a healthier lifestyle, which will enable him or her to actively take control of their pre-diabetes or diabetes.

**Method:**

The five-session, intensive onsite or telephonic program educates participants on understanding and monitoring their glucose levels and understanding how foods impact those levels. The participant will create healthy meals to support their health goals. The program will help the participant identify any barriers and establish goals for success. If applicable, the health coach and participant will discuss medications and insulin management. Helping participants understand their readiness to change, barriers to change, possible triggers and how to overcome these triggers are important components of the program.

**Program Components:**

The onsite or telephonic program is 5 coaching sessions that are typically completed within 10-12 weeks. PG&E participants receive a participant kit that includes a shopping tote, workbook, glucometer log book, sharps container, and glucose tab. Throughout the program, participants are guided through a series of tasks (worksheets, articles, videos or instructions) to strengthen their understanding of healthy lifestyle habits.



DocuSign Envelope ID: D28F2945-8532-49CB-B15B-837EB354CAA2

**Results:**
Participants receive tools, guidance and support throughout the program to manage their pre-diabetes and diabetes through lifestyle changes.

**Billing Terms:**
As described in Section 4.0 of the General Conditions

## Stress Management Program

**Summary:**
Provant shall provide online, onsite and telephonic stress management programs which support improved personal health decisions which may improve health and well-being. Helping individuals change behavior is an important part of the program.

The PG&E participant kit includes:
- Nylon Tote
- dStress Book
- Stress Ball
- Workbook
- Yoga to Go Kit
- Relaxation CD

**Method:**
The onsite and telephonic stress management program teaches individuals coping skills required to maintain healthy levels of stress. The program reviews the unique differences between acute and chronic stress and how these types of stress both mentally and physically affect individual health. The program includes coping strategies for stress response in an effort to reduce anxiety, control appetite, diffuse anger, address sleep disturbance and potentially lower stress induced hypertension.

**Program Components:**
- The PG&E participant kit includes: Nylon Tote, dStress Book, Stress Ball, Workbook, Yoga to Go Kit, Relaxation CD
- Throughout the programs, participants are guided through a series of tasks (worksheets, articles, videos or instructions) to strengthen their understanding of healthy lifestyle habits.

Participants may continue to reinforce their stress management behaviors through online programs. Within Provant's health and wellness portal, there numerous workshops focused on stress management.

**Results:**
- Participants receive tools and guidance throughout the programs to manage their stress.
- Participants can access the online programs at any time to reinforce their practices for stress management.

**Billing Terms:**
As described in Section 4.0 of the General Conditions

## Back Pain Management

**Summary:**
Provant shall provide online, onsite and telephonic Back Pain management programs which support improved personal health decisions which may improve health and well-being. Helping individuals change behavior is an important part of the program.

**Method:**

Provant's onsite and telephonic Back Pain Management program addresses back pain and chronic pain management. The program utilizes ICSI guidelines and is designed to educate participants and help them address their back and chronic pain using a variety of resources including ergonomics and strength exercises.

Participants learn the causes of pain, pain relief exercises, and pain prevention. Provant's decision support tools and comprehensive health library provide additional information that can help participants understand the multiple causes and symptoms related to back pain and chronic pain.

Provant's online health and wellness portal has various exercise trackers, online exercise programs, the ability to communicate with a Coach, and videos and information that demonstrate how to safely and properly do a multitude of exercise programs.

**Program Components:**

- The PG&E participant kit includes: Tote Bag, Workbook, Back Pain CD, Food/Exercise Log, Stretching Guide Ruler, Massager, Healthy Back Educational Pamphlet.
- Throughout the programs, participants are guided through a series of tasks (worksheets, articles, videos or instructions) to strengthen their understanding of healthy lifestyle habits.

**Results:**

- Participants receive tools and guidance throughout the programs to manage their back pain.
- Participants can access the online programs at any time to research back pain information including exercises for strengthening their back.

**Billing Terms:**

As described in Section 4.0 of the General Conditions

## New Mothers/Infant Program

**Summary:**

Provant shall offer eligible PG&E participants a 5-week onsite or telephonic program that supports new mothers and infants with education concerning breastfeeding, stress management, health and nutrition planning and post-natal care.

**Method:**

The Healthy Pregnancy program addresses each phase of pregnancy including; prenatal pregnancy, and post-partum health. The program incorporates educational modules with evidence-based information about nutrition, exercise, dental health, post-partum depression, diabetes, stress, breast feeding, and other health topics, and is supported by advocates who can coordinate care and recommend appropriate resources.

**Program Components:**

Participants receive the following kit: Tote Bag, Breathing/Stress CD, Foot Massage, Healthy Pregnancy Nutrition Information, Baby Nutrition Information, Fitness During Pregnancy Information, and Breast Feeding Pamphlet.

**Results:**

- Participants receive tools and guidance throughout the program to assist in a healthy pregnancy and prepare them for their new arrival.

**Billing Terms:**

As described in Section 4.0 of the General Conditions



# Onsite Seminars/Classes (Standard)

**Summary:**
Provant's staff of health professionals is available for onsite seminars. These comprehensive hour-long seminars help participants access targeted and relevant health education information. Provant provides a variety of health and well-being seminars to educate individuals on a variety of health topics.

**Method:**

- Seminar subjects are discussed and developed by Provant based on PG&E input, wellness programming data (such as biometric data), and participant interest. Provant requests an 8-week lead time for standard seminar planning and implementation.
- Participants sign up for announced seminars at their location.
- Seminars are generally 45 minutes in length and are facilitated by a qualified Provant team member with a 15-minute question and answer period.
- Participants receive educational materials pertaining to each unique topic.
- Each seminar is tailored to meet the unique health risks of PG&E's population.
- Current seminar topics include:
    - Healthy Eating on the Run
    - Healthy Cooking
    - Cold and Flu Prevention
    - Sun Safety
    - Stress Management
    - Women's Health
    - Men's Health
    - Diabetes
    - Healthy Holiday Eating
    - Sleep and Health
    - Nutrition 101
    - Tobacco Cessation
    - Weight Management
    - Benefits of Physical Activity
    - Cancer Prevention
    - Wellness in the Workplace
    - General Health
    - Goal Setting
    - Motivational Strategies
    - Know Your Numbers
    - Healthy Eating on a Budget
    - Relaxation
    - Time Management
    - Worksite Fitness



**Program Components:**

Provant's Onsite seminar cost includes:

- Tailored seminar with topics based on PG&E input, participant input, and data analysis
- Qualified professional for service delivery
- Travel time to the seminar site

**Results:**

Each onsite Seminar includes handouts for up to 50 participants. Seminars are generally 45 minutes in length and are facilitated by a qualified Provant team member with a 15-minute question and answer period. Participants are invited to interact during the seminar and are referred to PG&E, Provant and any other available sources for follow-up.

**Billing Terms:**

- Seminars are for up to 50 participants per seminar
- As described in Section 4.0 of the General Conditions

## Onsite Seminars/Classes (Custom)

**Summary:**

Provant can deliver custom seminars that not only address specific health topics that meet your employees' health and educational needs, but also promote the full suite of PG&E's Health & Safety programs. Specific seminar topics that address targeted PG&E populations can be developed with additional lead time as targeted population risk interventional strategies. Provant's health professionals deliver these custom seminars at PG&E's Safety Fairs or other planned gatherings of PG&E employee work groups.

**Method:**

- Seminar subjects are discussed and developed by Provant based on PG&E input, wellness programming data (such as biometric data), and participant interest. Additional lead time is required for custom seminar development. Provant requests a 12-week lead time for custom seminar planning and implementation.
- Participants sign up for announced seminars at their location.
- Seminars are generally 45 minutes in length and are facilitated by a qualified Provant team member with a 15-minute question and answer period.
- Participants receive educational and program referral materials pertaining to each unique topic.
- Each seminar is tailored to meet the unique health risks of PG&E's population.
- Current seminar topics include:
  - Healthy Eating on the Run
  - Healthy Cooking
  - Cold and Flu Prevention
  - Sun Safety
  - Stress Management
  - Women's Health
  - Men's Health
  - Diabetes
  - Healthy Holiday Eating
  - Sleep and Health
  - Nutrition 101
  - Tobacco Cessation
  - Weight Management
  - Benefits of Physical Activity
  - Cancer Prevention
  - Wellness in the Workplace
  - General Health
  - Goal Setting
  - Motivational Strategies
  - Know Your Numbers
  - Healthy Eating on a Budget
  - Relaxation
  - Time Management
  - Worksite Fitness



**Program Components:**

Provant's Onsite seminar cost includes:

- Tailored seminar with topics based on PG&E input, participant input, and data analysis
- Qualified professional for service delivery
- Travel time to the seminar site

**Results:**

Each onsite Seminar includes handouts for up to 50 participants. Seminars are generally 45 minutes in length and are facilitated by a qualified Provant team member with a 15-minute question and answer period. Participants are invited to interact during the seminar and are referred to PG&E, Provant and any other available sources for follow-up.

**Billing Terms:**

- Seminars are for up to 50 participants per seminar
- As described in Section 4.0 of the General Conditions

## Online Webinars

**Summary:**

Provant's staff of health professionals is available for online webinars. These comprehensive hour-long webinars help participants access targeted and relevant health education information. Provant provides a variety of health and well-being webinars to educate individuals on a variety of health topics. Specific webinar topics that address targeted PG&E populations can be developed with additional lead time as targeted population risk interventional strategies.

**Method:**

- Webinar subjects are discussed and developed by Provant based on PG&E input, wellness programming data (such as biometric data), and participant interest. Provant requests a 6-week lead time for standard webinar planning and implementation.
- Participants sign up for announced webinars. Additional lead time is required for custom webinar development.
- Webinars are generally 45 minutes in length and are facilitated by a qualified Provant team member with a 15-minute question and answer period.
- Participants receive educational materials pertaining to each unique topic.
- Each seminar is tailored to meet the unique health risks of PG&E's population.
- Current webinar topics include:
  - Healthy Eating on the Run
  - Healthy Cooking
  - Cold and Flu Prevention
  - Sun Safety
  - Stress Management
  - Women's Health
  - Men's Health
  - Diabetes
  - Healthy Holiday Eating
  - Sleep and Health
  - Nutrition 101
  - Tobacco Cessation
  - Weight Management
  - Benefits of Physical Activity
  - Cancer Prevention
  - Wellness in the Workplace
  - General Health
  - Goal Setting
  - Motivational Strategies
  - Know Your Numbers
  - Healthy Eating on a Budget
  - Relaxation
  - Time Management
  - Worksite Fitness



**Program Components:**

Provant's webinar cost includes:

- Tailored webinar with topics based on PG&E input, participant input, and data analysis
- Qualified professional for service delivery
- Pre-recorded webinar can be posted to Provant wellness portal or distributed within PG&E

**Results:**

Webinars are generally 45 minutes in length and are facilitated by a qualified Provant team member with a 15-minute question and answer period. Participants are invited to interact during the webinar and are referred to PG&E, Provant and any other available sources for follow-up.

**Billing Terms:**

- As described in Section 4.0 of the General Conditions

## Impact Stations

**Summary:**

Provant's staff of health professionals is available to deliver onsite impact stations at PG&E Safety Fairs or other planned gatherings of PG&E employee work groups. Impact stations are fun, interactive means for PG&E to engage your employees in health education.

**Method:**

- Impact station subjects are discussed and developed by Provant based on PG&E input, wellness programming data (such as biometric data), and participant interest. Provant requests a 12-week lead time for Impact Station planning and implementation.
- Provant offers PG&E the following impact stations:
    - Healthy Eating on the Run (includes Health-to-Go kit) promotes quick, convenient foods that can be easily packed for a healthy snack or meal. Featuring an interactive display focused on proper portion sizes, and staffed by a registered dietician (RD), *Healthy Eating on the Run* encourages participants to sample healthy, pre-portioned snack options and to adopt fast, easy, appetizing recipes for meals that are nutrient-dense, low in fat, salt, and calories, and offer a variety of health benefits. This station provides participants with two handouts, including "Packing a Power Lunch" and "Simple Snack Ideas". The RD provides tips and answers to all participants' health-related questions.
    - Fitness 2 Go educates participants about how they can incorporate fun, effective fitness activities, such as walking or jumping rope, into their daily routines at work and at home. Provant's personal trainer provides physical activity handouts and demonstrates various exercises using an exercise band and a fitness ball. PG&E's participants learn how to maximize workouts in minimal time and can view demonstrations about how to incorporate Dyna-Bands® and fitness balls into their routine for a more effective workout. The personal trainer reviews the recommended physical activity guidelines pertaining to cardiovascular, strength training, flexibility, and functional fitness. Participants learn the various benefits of exercise and receive support in identifying sustainable, enjoyable physical activities that align with their fitness level and goals.
    - D-Stress focuses on recognizing the signs and symptoms of stress, including increased heart rate, rapid breathing, tense muscles, and increased blood pressure. The impact station facilitator reviews typical emotional responses to stress and offers practical, healthy coping strategies for stress management. The facilitator provides educational information about the impact of stress on one's health, coupled with valuable tips for better managing or decreasing levels of stress. Our health educators distribute a stress booklet, brochures, and/or stress balls, among other stress-related items. They emphasize the importance of adopting time management and organizational skills, exercise, relaxation, meditation, and yoga as actionable ways to manage stress.
- Participants receive educational materials pertaining to each unique topic. Health-to-Go kits are optional for the Fitness 2 Go and D-Stress impact stations.
- Each impact station is tailored to meet the unique health risks of PG&E's population.



**Program Components:**

- Provant staffs these flexible learning stations with knowledgeable health educators, such as registered dieticians, personal trainers, and nurses, who discuss health concerns and then provide actionable takeaways for participants to implement to attain optimal health.
- To appeal to your participants, colorful, informational handouts and items, such as food samples, recipes, and meal ideas, are included as part of impact stations.
- Health-to-Go kits, tailored to each health education topic and available for an additional cost, are effective accompaniments to impact stations. They provide participants with the resources needed to begin putting their newfound knowledge into practice.

**Results:**

Impact stations are facilitated by a qualified Provant team member. Participants are invited to interact during the impact station and are referred to PG&E, Provant and any other available sources for follow-up.

**Billing Terms:**

- As described in Section 4.0 of the General Conditions

## Custom Communications

**Summary:**

Provant shall provide custom Communication materials that will include PG&E-specific program details and messaging/text.

**Method:**

The following are potential communication vehicles that will be discussed and agreed to by PG&E prior to development/distribution:

- Program Branding
- Personalized Participant Results Letter
- Flyers/handouts for distribution at onsite health screenings (FAQ, Resource Guide, Reference Card)
- Four (4) printed engagement postcards drop shipped to each PG&E location
- Quarterly hard copy newsletters drop shipped to each PG&E location
- Targeted email reminders (Not Yet Screened, by targeted location)

Provant consults with PG&E in a creative session to determine the culture and design palette of the organization for customization. Sample custom communication projects include logo design, direct mail campaigns, custom health literature for cafeterias, health service centers, or benefit departments, etc., and can include PG&E's communications group in strategy and design as requested by PG&E.

**Program Components:**

Provant's communication support includes a comprehensive package of communication collateral to facilitate the communication and promotion of Provant's Know Your Numbers screening and other wellness programs. The materials encompass a series of time-specific communications and reminders via an employer e-toolkit and support the program pre-launch and launch. Materials include a program announcement, participant Frequently Asked Questions, promotional posters for onsite events, reminder email, email on how to register, and a post-event survey from the online registration system.

**Results:**

Participants receive tools, guidance and information on how to access programs and services to facilitate their journey to better health.

**Billing Terms:**

As described in Section 4.0 of the General Conditions

# REVISED EXHIBIT 2
## Effective 1/1/2018
## Wellness Services and Pricing

| Wellness Services (Additional cost for services below - if applicable) | # of Estimated Participants | Unit Price | Frequency |
|---|---|---|---|
| Onsite Biometric Health Screenings 40+ participants - non-fasting PLP with Waist Circumference and Cotinine $34.95/$4.00/$36.95; Total $75.90 | 20,977 | $75.90 | per screen |
| Onsite Biometric Health Screenings 16-39 participants - non-fasting PLP with Waist Circumference and Cotinine $45.05/$4.00/$36.95; Total $86.00 | 3,656 | $86.00 | per screen |
| Remote Concierge Screenings/Biometrics - non-fasting PLP with Waist Circumference $99.00/$4.00; Total $103.00 | 2,161 | $103.00 | per screen |
| Results Counseling | 23,460 | $12.00 | per screen |
| Privacy Screens | 884 | $35.00 | per privacy screen |
| Off Hours | 2 | $450.00 | per event |
| Additional Hours | 10 | $545.00 | per hour |
| Additional Providers | 200 | $85.00 | per provider per hour |
| Late Event Confirmation Fee | 6 | $375.00 | per event |
| Flu Shot Administration | 7,500 | $28.50* | per vaccine |
| Remote Biometric Screenings/Doctor's Office | 300 | $15.00 | per form |
| Lab Screenings $87.00 per redeemed screening | 600 | $87.00 | per screen |

*Notwithstanding anything in the Contract to the contrary, if, during the term of the Contract, the cost charged to Provant by its supplier for any immunization or vaccine increases or decreases calendar year over calendar year by more than two percent (2%), Provant has the right to increase or decrease the contract rate for the immunization or vaccine by the same proportional increase. The new rate will be effective thirty (30) days following PG&E’s receipt of such rates unless PG&E notifies Provant that it does not agree to the adjusted rate within the thirty (30) day period, in which case Provant may discontinue providing those immunization or vaccination services.



| Wellness Services (Additional cost for services below - if applicable) | # of Estimated Participants | Unit Price | Frequency |
|---|---|---|---|
| Dedicated Phone Line/Wellness Support | 37,123 | $2,000.00 | per month |
| Dedicated Email Support | 37,123 | $3,075.00 | per month |
| Standards Based Incentive Management | 22,741 | $15.00 | per HAP-enrolled eligible employee ("EE") |
| Customized Incentive File Processing for COBRA Participants | 22,741 | $35,000.00 | per year |
| Mid-Year Carrier Change and Late Enrollee Processing | 22,741 | $6,875.00 | per year |
| Portal including Health Risk Assessment, 4 Team Challenges and nutritional partnership | 24,590 | $2.61 | Per HAP-eligible employee per month (HAP-eligible SPs/DPs included) |
| Gym Discount Program | 23,788 | $0.33 | per HAP-eligible employee per month |
| Coaching: Online | 100 | included in portal | included in portal |
| Coaching: Telephonic | 1,680 | $145.00 | per enrolled participant |
| Coaching: In-person | 3,120 hours | $105.00/hr. | per hour |
| Tobacco Cessation Program (including retirees) | 1,050 | $225.00 | per enrolled participant |
| Nicotine Replacement Therapy - Gum | 900 | $54.95 | per box of 110 |
| Nicotine Replacement Therapy - Lozenges | 750 | $64.95 | per box of 72 |
| Nicotine Replacement Therapy - Patches | 800 | $54.95 | per box of 7 |
| Enhanced Health Coaching: Weight Management Program | 50 | $225.00 | per enrolled participant |
| Enhanced Health Coaching: Metabolic Syndrome Program | 20 | $225.00 | per enrolled participant |
| Enhanced Health Coaching: Cardiovascular Health Program | 20 | $225.00 | per enrolled participant |
| Enhanced Health Coaching: Pre-Diabetes/Diabetes Program | 20 | $225.00 | per enrolled participant |
| Stress Management Program | 0 | $175.00 | per enrolled participant |
| Back Pain Management Program | 0 | $195.00 | per enrolled participant |
| Healthy Pregnancy Program (New Mother/Infant) | 0 | $175.00 | per enrolled participant |
| Onsite Seminars/Classes (standard) | 15 | $395.00 | per seminar |
| Onsite Seminars/Classes (custom) | 5 | $765.00 | per seminar |



| Wellness Services (Additional cost for services below - if applicable) | # of Estimated Participants | Unit Price | Frequency |
|---|---|---|---|
| Online Webinars - 4 @ $325.00 each; 12 @ $300.00 each | 12 | $300/$325 | per webinar |
| Healthy Eating on the Run Impact Station (includes Health-to-go Kit) - $929.63 | 5 | $929.63 | Per 50-person group |
| Fitness 2 Go (Health-to-go Kit not included) - $900.00<br><br>Health-to-go Kit for Fitness 2 Go ("Fit Kit") - $1,194.70 | 5 | $900.00<br><br>$1,194.70 | Per 50-person group<br><br>Per 50-person group |
| D-Stress (Health-to-go Kit not included) - $832.00<br><br>D-Stress Health-to-go Kit - $326.27 | 5 | $832.00<br><br>$326.27 | Per 50-person group<br><br>Per 50-person group |
| Custom Communication - Annual budget | 23,788 | $3.50 | per HAP-eligible employee per year |
| AdHoc Reporting | Programming cost | $115/hr. | as needed |
| Project Implementation Fee Year 1 /On-going Fee | Annual | $2,500 portal; $2,500 incentive | annual |

# EXHIBIT B

provant life. changing. wich, RI 02818

**Invoice**

**Page:** 1

**Sold To:**

**Invoice Number:** 0004589-IN

PG & E Corporation

**Customer Number:** 07-

Attn: Accounts Payable PO Box 7760

12/5/2018

| | | Price | Amount |
|---|---|---|---|
| Web Portal | 21,855.90 | $ 2.61 | $57,043.89 |
| Gym Memberships | 20,791.00 | $ 0.33 | $6,861.03 |
| Onsite Coaching | 80.00 | $ 105.00 | $8,400.00 |
| Dedicated Phone Line | 1.00 | $ 2,000.00 | $2,000.00 |
| Physician Forms Processed | 55.00 | $ 15.00 | $825.00 |
| Health Coaching | 563.00 | $ 145.00 | $81,635.00 |
| Tobacco Cessation | 240.00 | $ 225.00 | $54,000.00 |
| Dedicated Email Support | 1.00 | $ 3,075.00 | $3,075.00 |
| Prepaid Communication - 2018 | | | $(79,366.00) |

134,473.92

Please submit electronic payments via :

PNC Bank,Two Tower Center Blvd-23 Floor
East Brunswick, NJ 08816
EFT/ACH
Routing # 031000053
Account # 8610305342

Please Submit Check payments to Lockbox:

PNC Bank
P.O.Box 740709
Atlanta,GA 30374-0709