BRETT D. FALLON (DE Bar No. 2480)
(*Pro Hac Vice Pending*)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: bfallon@morrisjames.com

TRACY GREEN (SB No. 114876)
WENDEL ROSEN LLP
111 Broadway, 24th Floor
Oakland, CA 94607
Telephone: (510) 834-6000
Facsimile: (510) 8341928
E-mail: tgreen@wendel.com

*Attorneys for Quest Diagnostics Health & Wellness LLC*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re: | Case No. 19-30088 (DM) |
|---|---|
| PG&E CORPORATION, | Chapter 11 (Lead Case) (Jointly Administered) |
| - and – | |
| PACIFIC GAS AND ELECTRIC COMPANY, | **CERTIFICATE OF SERVICE** |
| Debtors, | Date: May 27, 2020<br>Time: 10:00 a.m. (PT)<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102<br>Judge: The Hon. Dennis Montali |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | |
| *All papers shall be filed in the Lead Case No. 19-30088 (DM)* | |

### **CERTIFICATE OF SERVICE**

I, Jeanne Rose, declare:

I am a citizen of the United States and am employed in Alameda County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is

| | |
|---|---|
| 1 | 1111 Broadway, 24th Floor, Oakland, California 94607. |
| 2 | On the date set forth below, I served a copy of the following document(s): |
| 3 | |
| 4 | **OBJECTION OF QUEST DIAGNOSTICS HEALTH & WELLNESS LLC TO CURE AMOUNT** |
| 5 | **DECLARATION OF TYLER J. WITTSTRUCK IN SUPPORT OF OBJECTION OF QUEST DIAGNOSTICS HEALTH & WELLNESS LLC TO CURE AMOUNT** |
| 6 | |
| 7 | by electronic mail to the parties listed below at the email address indicated. |
| 8 | I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on May 15, 2020, at Oakland, California. |
| 9 | |
| 10 | |
| 11 | /s/ Jeanne Rose<br>JEANNE ROSE |
| 12 | **Attorneys for the Debtors**<br>Weil, Gotshal & Manges LLP, |
| 13 | 767 Fifth Avenue<br>New York, New York 10153 |
| 14 | |
| 15 | **Stephen Karotkin (stephen.karotkin@weil.com),**<br>**Jessica Liou (jessica.liou@weil.com),**<br>**Matthew Goren (matthew.goren@weil.com),** |
| 16 | **Tom Schinckel (tom.schinckel@weil.com)** |
| 17 | Keller Benvenutti Kim LLP<br>650 California Street, Suite 1900, |
| 18 | San Francisco, California 94108 |
| 19 | **Tobias S. Keller (tkeller@kbkllp.com)**<br>**Jane Kim (jkim@kbkllp.com)** |
| 20 | |
| 21 | **Attorneys for the Shareholder Proponents,**<br>Jones Day |
| 22 | 555 South Flower Street, Fiftieth Floor,<br>Los Angeles, California 90071-2300 |
| 23 | **Bruce S. Bennett (bbennett@jonesday.com)** |
| 24 | **Joshua M. Mester (jmester@jonesday.com),**<br>**James O. Johnston. (jjohnston@jonesday.com)** |

024192.0001\5851046.1

CERTIFICATE OF SERVICE      2

and by electronic mail to the parties listed below and on the attached Standard Parties Email Service list.

**Attorneys for Tort Claimants Committee**
Baker & Hostetler LLP,
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Eric Sagerman, Esq. esagerman@bakerlaw.com
Cecily Dumas, Esq. cdumas@bakerlaw.com

024192.0001\5851046.1        CERTIFICATE OF SERVICE                3

# Standard Parties Email Service List
## Served via Email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Debtors | Weil, Gotshal & Manges LLP | Attn: Stephen Karotkin, Jessica Liou, Matthew Goren | stephen.karotkin@weil.com<br>matthew.goren@weil.com<br>jessica.liou@weil.com |
| Special Counsel to Debtors | Cravath, Swaine & Moore LLP | Attn: Paul H. Zumbro, Kevin J. Orsini, George E. Zobitz, Stephen M. Kessing and Nicholas A. Dorsey, Omid H. Nasab | pzumbro@cravath.com<br>korsini@cravath.com<br>jzobitz@cravath.com<br>skessing@cravath.com<br>ndorsey@cravath.com<br>onasab@cravath.com |
| Counsel to Debtors | Keller Benvenutti Kim LLP | Attn: Tobias Keller, Jane Kim | tkeller@kbkllp.com<br>jkim@kbkllp.com |
| Office of the United States Trustee | Office of the United States Trustee | Attn: James L. Snyder, Esq., Timothy Lafreddi, Esq., Marta E. Villacorta | James.L.Snyder@usdoj.gov<br>timothy.s.laffredi@usdoj.gov<br>Marta.Villacorta@usdoj.gov |
| Counsel for the Official Committee of Unsecured Creditors | Milbank LLP | Attn: Dennis F. Dunne, Samuel A. Khalil, Gregory A. Bray, Thomas R. Kreller, Alan J. Stone, Samir Vora | ddunne@milbank.com<br>skhalil@milbank.com<br>Gbray@milbank.com<br>TKreller@milbank.com<br>astone@milbank.com<br>svora@milbank.com |
| Counsel for the administrative agent under the Debtors' debtor in possession financing facilities | Stroock & Stoock & Lavan LLP | Attn: Kristopher M. Hansen, Erez E. Gilad, Matthew G. Garofalo, Frank A. Merola | khansen@stroock.com<br>egilad@stroock.com<br>mgarofalo@stroock.com<br>fmerola@stroock.com |
| Counsel for the agent under the Debtors' proposed debtor in possession financing facilities | Davis Polk & Wardwell LLP | Attn: Eli J. Vonnegut, David Schiff, Timothy Graulich | eli.vonnegut@davispolk.com<br>david.schiff@davispolk.com<br>timothy.graulich@davispolk.com |
| Counsel to California Public Utilities Commission | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Alan W. Kornberg, Brian S. Hermann, Walter R. Rieman, Sean A. Mitchell, Neal P. Donnelly | akornberg@paulweiss.com<br>bhermann@paulweiss.com<br>wrieman@paulweiss.com<br>smitchell@paulweiss.com<br>ndonnelly@paulweiss.com |
| Interested Party United States on behalf of the Federal Energy Regulatory Commission | U.S. Department of Justice | Attn: Danielle A. Pham | danielle.pham@usdoj.gov |
| PG&E Shareholders | Jones Day | Attn: Bruce S. Bennett, Joshua M. Mester, James O. Johnston, | bbennett@jonesday.com<br>jmester@jonesday.com<br>jjohnston@jonesday.com |

Standard Parties Email Service List
Served via Email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company | Akin Gump Strauss Hauer & Feld LLP | Attn: Ashley Vinson Crawford | avcrawford@akingump.com |
| Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company | Akin Gump Strauss Hauer & Feld LLP | Attn: Michael S. Stamer, Ira S. Dizengoff, David H. Botter | mstamer@akingump.com idizengoff@akingump.com dbotter@akingump.com |
| Co-Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company | Braunhagey & Borden LLP | Attn: J. Noah Hagey, Jeffrey M. Theodore, David H. Kwasniewski, Andrew Levine | hagey@braunhagey.com theodore@braunhagey.com kwasniewski@braunhagey.com levine@braunhagey.com |
| Counsel for Ad Hoc Group of Subrogation Claim Holders | Willkie Farr & Gallagher LLP | Attn: Matthew A. Feldman, Joseph G. Minias, Daniel I. Forman, Benjamin P. McCallen; Antonio Yanez, Jr., Erica L. Kerman, Jonathan D. Waisnor, Matthew Freimuth | mfeldman@willkie.com jminias@willkie.com dforman@willkie.com bmccallen@willkie.com ayanez@willkie.com ekerman@willkie.com jwaisnor@willkie.com mfreimuth@willkie.com |
| Counsel for Ad Hoc Group of Subrogation Claim Holders | Diemer & Wei, LLP | Attn: Kathryn S. Diemer, Alexander J. Lewicki | kdiemer@diemerwei.com alewicki@diemerwei.com |
| U.S. Nuclear Regulatory Commission | U.S. Nuclear Regulatory Commission | Attn: Anita Ghosh Naber | anita.ghoshnaber@nrc.gov |