# EXHIBIT 1

Exhibit 1

| Project | Invoice No | Invoice Amount | Division | Entity | Total by Division |
|---|---|---|---|---|---|
| 191166 | 426180 | 20,551.68 | Power | BVCI | |
| 400141 | 426177 | 56,650.16 | Power | BVCI | |
| 400141 | 426355 | 86,112.60 | Power | BVCI | |
| 400276 | 426319 | 9,863.02 | Power | BVCI | |
| 192713 | 426361 | 18,524.40 | Power | BVCI | |
| 400959 | 426378 | 28,352.36 | Power | BVCI | |
| 400959 | 426384 | 285,463.45 | Power | BVCI | |
| 400959 | 426644 | 7,805.75 | Power | BVCI | |
| 189391 | 426415 | 1,762.82 | Power | BVCI | |
| 189391 | 426312 | 8,301.80 | Power | BVCI | |
| 193443 | 426174A | 10,211.39 | Power | BVCI | |
| 193443 | 426174B | 3,930.11 | Power | BVCI | |
| 193443 | 426332 | 10,415.25 | Power | BVCI | |
| 193443 | 426340 | 7,517.18 | Power | BVCI | |
| 193443 | 426340A | 1,830.15 | Power | BVCI | |
| 400391 | 426019 | 21,206.27 | Power | BVCI | |
| 400391 | 426175 | 46,811.85 | Power | BVCI | |
| 400391 | 426356 | 40,494.09 | Power | BVCI | |
| 400993 | 426358 | 10,028.74 | Power | BVCI | |
| 400997 | 426323 | 1,126.52 | Power | BVCI | |
| 195123 | 426181 | 30,243.39 | Power | BVCI | |
| 198702 | 426183 | 548,315.00 | Power | BVCI | |
| 193829 | 425077 | 536,227.00 | Power | BVCI | |
| 193829 | 425077A | 153,135.00 | Power | BVCI | |
| 192193 | 424983 | 79,030.09 | Power | BVCI | |
| 196960 | 426182A | 18,282.80 | Power | BVCI | |
| 196960 | 426182B | 9,030.46 | Power | BVCI | |
| 400346 | 426176 | 31,938.24 | Power | BVCI | |
| 400346 | 426357 | 10,702.78 | Power | BVCI | |
| 400090 | 426225 | 291,756.00 | Power | BVCI | |
| 400090 | 426261 | 217,934.42 | Power | BVCI | |
| 190504 | 426179 | 17,085.14 | Power | BVCI | |
| 400807 | 426143 | 1,316.00 | Power | BVCI | |
| 400807 | 426270 | 1,082.34 | Power | BVCI | |
| 400506 | 426224 | 608,422.00 | Power | BVCI | |
| 400506 | 426374 | 185,155.00 | Power | BVCI | |
| 196679 | 426184 | 29,994.26 | Power | BVCI | |
| 195619 | 426422 | 6,948.17 | Power | BVCI | |
| 199203 | 426131 | 40,046.71 | Power | BVCI | |
| 199203 | 426223 | 209,622.65 | Power | BVCI | |
| 196374 | 425792C1 | 1,023,726.77 | Power | BVCI | |
| 196374 | 425959b | 1,148,098.00 | Power | BVCI | |
| 196374 | 426543A | 3,599.08 | Power | BVCI | |
| 192188 | 426185 | 39,993.24 | Power | BVCI | |
| 192188 | 426359 | 22,581.44 | Power | BVCI | |

Exhibit 1

| Project | Invoice No | Invoice Amount | Division | Entity | Total by Division |
|---|---|---|---|---|---|
| 195613 | 425264A | 1,478,812.00 | Power | BVCI | |
| 195613 | 426173 | 1,422,457.00 | Power | BVCI | |
| 195613 | 426173CR | (5,953.00) | Power | BVCI | |
| 195613 | 426365 | 737,970.00 | Power | BVCI | |
| 195613 | 426542 | 801,571.71 | Power | BVCI | |
| 195613 | 426730 | 89,629.30 | Power | BVCI | |
| 195613 | 426774B | 573,492.00 | Power | BVCI | |
| 195633 | 426421 | 3,739.53 | Power | BVCI | |
| 193214 | 426316 | 8,360.13 | Power | BVCI | |
| 400974 | 426220 | 162,408.00 | Power | BVCI | |
| 400974 | 426373 | 170,529.00 | Power | BVCI | |
| 199893 | 426260 | 79,162.43 | Power | BVCI | |
| 195613 | 426178A | 1,864,446.00 | Power | BVCI | |
| 197031 | 426362B | 14,731.00 | Power | BVCI | |
| 198673 | 426417 | 3,437.36 | Power | BVCI | |
| 199203 | 426760 | 11,245.90 | Power | BVCI | |
| 195619 | 426741 | 19,992.05 | Power | BVCI | |
| 400090 | 426814A | 30,061.53 | Power | BVCI | |
| 400090 | 426814R-B | 142,639.85 | Power | BVCI | |
| 400090 | 426814S | 74,261.76 | Power | BVCI | |
| 400506 | 427408S-A | 18,619.47 | Power | BVCI | 13,642,838.59 |
| | | | | | |
| 191299 | 426062 | 6,791.00 | Telecom | BVCI | |
| 191299 | 426063 | 2,467.00 | Telecom | BVCI | |
| 196527 | 425762A | 151,375.30 | Telecom | BVCI | |
| 196527 | 426324 | 88,924.80 | Telecom | BVCI | |
| 196527 | 426341 | 122,928.65 | Telecom | BVCI | |
| 196567 | 426205 | 345,525.97 | Telecom | BVCI | |
| 196567 | 426207 | 2,009.00 | Telecom | BVCI | |
| 196567 | 426208A | 133,851.00 | Telecom | BVCI | |
| 196567 | 426208B | 17,942.00 | Telecom | BVCI | |
| 196567 | 426210 | 34,289.00 | Telecom | BVCI | |
| 196567 | 426211 | 29,954.15 | Telecom | BVCI | |
| 196567 | 426212 | 29,420.50 | Telecom | BVCI | |
| 196567 | 426213A | 23,919.00 | Telecom | BVCI | |
| 196567 | 426326R | 152,276.41 | Telecom | BVCI | |
| 196567 | 426327R | 26,548.41 | Telecom | BVCI | |
| 196567 | 426447 | 178,573.48 | Telecom | BVCI | |
| 199691 | 426083 | 144,397.04 | Telecom | BVCI | |
| 199691 | 426085 | 104,704.44 | Telecom | BVCI | |
| 199691 | 426087 | 207,642.09 | Telecom | BVCI | |
| 199691 | 425977R | 178,677.50 | Telecom | BVCI | |
| 199691 | 426215 | 224,679.00 | Telecom | BVCI | |
| 199691 | 426217 | 161,177.60 | Telecom | BVCI | |

Exhibit 1

| Project | Invoice No | Invoice Amount | Division | Entity | Total by Division |
|---|---|---:|---|---|---:|
| 199691 | 426218 | 152,504.00 | Telecom | BVCI | |
| 199691 | 426219 | 43,619.70 | Telecom | BVCI | |
| 199691 | 426330 | 138,428.06 | Telecom | BVCI | |
| 199691 | 426331R | 136,381.05 | Telecom | BVCI | |
| 199691 | 426515 | 52,352.22 | Telecom | BVCI | |
| 199691 | 426516 | 23,050.66 | Telecom | BVCI | |
| 196527 | 426471R | 28,191.98 | Telecom | BVCI | |
| 196567 | 426719 | 89,862.46 | Telecom | BVCI | |
| 196567 | 426722 | 23,555.00 | Telecom | BVCI | |
| 196527 | 427278 | 30,000.00 | Telecom | BVCI | |
| 196567 | 427317 | 135,096.00 | Telecom | BVCI | |
| 196567 | 427280 | 59,592.00 | Telecom | BVCI | |
| 196567 | 427280 | 2,140.00 | Telecom | BVCI | |
| 196567 | 427280 | 4,907.00 | Telecom | BVCI | |
| 196527 | 427407 | 41,235.00 | Telecom | BVCI | |
| 199691 | 427364 | 69,981.98 | Telecom | BVCI | |
| 196567 | 1965670114 | 17,768.00 | Telecom | BVCI | |
| 196527 | 426603 | 92,252.12 | Telecom | BVCI | |
| 196527 | 426701 | 54,139.00 | Telecom | BVCI | |
| 196567 | 2.7E+09 | 58,169.51 | Telecom | BVCI | |
| 196567 | 427503 | 18,726.95 | Telecom | BVCI | |
| 198449 | 426220 | 19,889.57 | Telecom | BVCI | |
| 196527 | 427395 | 10,558.74 | Telecom | BVCI | **3,670,474.34** |
| | | | | | |
| 401032 | 1287980 | 21,854.96 | Telecom | BVCOR | **21,854.96** |
| | | | | | |
| 181396 | 1289340 | 1,266.63 | Water | BVCOR | |
| 188887 | 1286225 | 3,397.92 | Water | BVCOR | |
| 188887 | 1288283 | 6,221.18 | Water | BVCOR | |
| 188887 | 1289361 | 738.14 | Water | BVCOR | |
| 191345 | 1287997 | 2,364.18 | Water | BVCOR | |
| 193510 | 1285886 | 7,828.64 | Water | BVCOR | |
| 193510 | 1287288 | 1,341.12 | Water | BVCOR | |
| 194802 | 1286168 | 8,943.52 | Water | BVCOR | |
| 194802 | 1287599 | 1,868.70 | Water | BVCOR | |
| 194802 | 1289332 | 2,369.88 | Water | BVCOR | |
| 194989 | 1288064 | 5,204.41 | Water | BVCOR | |
| 195746 | 1288179 | 1,736.83 | Water | BVCOR | |
| 195746 | 1289344 | 1,263.21 | Water | BVCOR | |
| 197152 | 1285928 | 4,092.76 | Water | BVCOR | |
| 197795 | 1286306 | 110,866.52 | Water | BVCOR | |
| 197795 | 1286920 | 80,786.75 | Water | BVCOR | |
| 197795 | 1289236 | 85,306.45 | Water | BVCOR | |
| 197914 | 1286141 | 27,825.73 | Water | BVCOR | |
| 197914 | 1287552 | 4,222.23 | Water | BVCOR | |

Exhibit 1

| Project | Invoice No | Invoice Amount | Division | Entity | Total by Division |
|---|---|---|---|---|---|
| 197914 | 1289092 | 1,447.41 | Water | BVCOR | |
| 197916 | 1289093 | 1,263.67 | Water | BVCOR | |
| 197980 | 1274352 | 1,220.80 | Water | BVCOR | |
| 198002 | 1286317 | 1,151.46 | Water | BVCOR | |
| 198002 | 1286911 | 704.06 | Water | BVCOR | |
| 198214 | 1285803 | 8,991.44 | Water | BVCOR | |
| 198214 | 1287208 | 1,721.09 | Water | BVCOR | |
| 198505 | 1285500 | 6,399.16 | Water | BVCOR | |
| 198505 | 1287024 | 2,887.60 | Water | BVCOR | |
| 198506 | 1288893 | 5,475.33 | Water | BVCOR | |
| 198754 | 1285309 | 17,285.54 | Water | BVCOR | |
| 198754 | 1287008 | 30,908.69 | Water | BVCOR | |
| 198754 | 1288712 | 29,984.17 | Water | BVCOR | |
| 198797 | 1286318 | 2,809.24 | Water | BVCOR | |
| 198797 | 1286318 | 735.58 | Water | BVCOR | |
| 198913 | 1285068 | 24,909.71 | Water | BVCOR | |
| 198913 | 1287015 | 28,076.17 | Water | BVCOR | |
| 198913 | 1289449 | 20,764.26 | Water | BVCOR | |
| 199118 | 1286319 | 1,679.16 | Water | BVCOR | |
| 199118 | 1287023 | 4,598.23 | Water | BVCOR | |
| 199148 | 1285075 | 22,568.93 | Water | BVCOR | |
| 199505 | 1287638 | 1,271.46 | Water | BVCOR | |
| 199505 | 1289363 | 702.44 | Water | BVCOR | |
| 199577 | 1287033 | 884.06 | Water | BVCOR | |
| 199577 | 1289369 | 220.72 | Water | BVCOR | |
| 199637 | 1285469 | 3,981.60 | Water | BVCOR | |
| 199637 | 1289345 | 1,224.36 | Water | BVCOR | |
| 199798 | 1284983 | 11,351.33 | Water | BVCOR | |
| 199798 | 1287597 | 2,092.54 | Water | BVCOR | |
| 199798 | 1288898 | 3,676.75 | Water | BVCOR | |
| 199845 | 1286224 | 3,810.24 | Water | BVCOR | |
| 199845 | 1287496 | 5,292.53 | Water | BVCOR | |
| 199845 | 1288891 | 6,487.72 | Water | BVCOR | |
| 199991 | 1285734 | 22,670.47 | Water | BVCOR | |
| 199991 | 1287122 | 24,027.02 | Water | BVCOR | |
| 199991 | 1288896 | 4,000.68 | Water | BVCOR | |
| 199992 | 1286320 | 1,502.54 | Water | BVCOR | |
| 199992 | 1287595 | 2,453.01 | Water | BVCOR | |
| 199992 | 1288884 | 7,547.15 | Water | BVCOR | |
| 199993 | 1286316 | 3,388.51 | Water | BVCOR | |
| 199993 | 1287497 | 3,119.40 | Water | BVCOR | |
| 199993 | 1288885 | 7,440.43 | Water | BVCOR | |
| 199994 | 1285925 | 4,701.16 | Water | BVCOR | |
| 199994 | 1287162 | 4,356.76 | Water | BVCOR | |
| 199994 | 1289419 | 3,167.70 | Water | BVCOR | |

Exhibit 1

| Project | Invoice No | Invoice Amount | Division | Entity | Total by Division |
|---|---|---|---|---|---|
| 400045 | 1285313 | 13,457.74 | Water | BVCOR | |
| 400045 | 1287291 | 26,176.33 | Water | BVCOR | |
| 400143 | 1286315 | 6,979.30 | Water | BVCOR | |
| 400143 | 1287153 | 10,484.76 | Water | BVCOR | |
| 400144 | 1285813 | 8,856.99 | Water | BVCOR | |
| 400144 | 1287598 | 2,027.70 | Water | BVCOR | |
| 400144 | 1289331 | 4,339.77 | Water | BVCOR | |
| 400146 | 1286321 | 2,986.34 | Water | BVCOR | |
| 400146 | 1286902 | 1,651.74 | Water | BVCOR | |
| 400298 | 1286152 | 23,070.15 | Water | BVCOR | |
| 400298 | 1287290 | 26,921.74 | Water | BVCOR | |
| 400299 | 1285843 | 35,702.32 | Water | BVCOR | |
| 400299 | 1287287 | 15,456.75 | Water | BVCOR | |
| 400536 | 1285874 | 8,205.39 | Water | BVCOR | |
| 400536 | 1287580 | 7,206.97 | Water | BVCOR | |
| 400536 | 1288868 | 9,721.46 | Water | BVCOR | |
| 400542 | 1288175 | 36,243.31 | Water | BVCOR | |
| 400542 | 1289399 | 1,104.52 | Water | BVCOR | |
| 400543 | 1286222 | 4,111.19 | Water | BVCOR | |
| 400543 | 1287195 | 1,897.94 | Water | BVCOR | |
| 400543 | 1289364 | 593.84 | Water | BVCOR | |
| 400545 | 1286561 | 5,780.75 | Water | BVCOR | |
| 400546 | 1285806 | 14,584.18 | Water | BVCOR | |
| 400624 | 1287117 | 9,245.98 | Water | BVCOR | |
| 400694 | 1286223 | 4,283.11 | Water | BVCOR | |
| 400694 | 1287027 | 6,188.36 | Water | BVCOR | |
| 400694 | 1289457 | 1,509.74 | Water | BVCOR | |
| 400797 | 1289360 | 1,135.63 | Water | BVCOR | |
| 400822 | 1287141 | 14,489.18 | Water | BVCOR | |
| 400822 | 1288888 | 6,808.80 | Water | BVCOR | |
| 400824 | 1288168 | 2,939.39 | Water | BVCOR | |
| 400824 | 1289291 | 2,571.93 | Water | BVCOR | |
| 400825 | 1287979 | 2,839.51 | Water | BVCOR | |
| 400825 | 1289329 | 8,139.56 | Water | BVCOR | |
| 400827 | 1287926 | 1,353.06 | Water | BVCOR | |
| 400827 | 1288894 | 4,453.58 | Water | BVCOR | |
| 401102 | 1288718 | 21,311.00 | Water | BVCOR | |
| 401105 | 1289306 | 28,180.81 | Water | BVCOR | **1,085,607.90** |
| | | | | **Grand** | **18,420,775.79** |

*BVCOR = Black & Veatch Corp.
*BVCI = Black & Veatch Construction, Inc.