| | |
|---|---|
| JONATHAN SHAPIRO (SBN 257199)<br>Jonathan.shapiro@bakerbotts.com<br>DANIEL MARTIN (SBN 306794)<br>Daniel.martin@bakerbotts.com<br>BAKER BOTTS LLP<br>101 California Street, Suite 3600<br>San Francisco, CA 94111<br>Telephone: +1.415.291.6200<br>Fax: +1.415.291.6300 | Michael D. Fielding (MO #53124)<br>michael.fielding@huschblackwell.com<br>HUSCH BLACKWELL LLP<br>4801 Main Street, Suite 1000<br>Kansas City, MO 64112<br>Telephone: +1.816.983.8000<br>Fax: +1.816.983.8080<br><br>Pro Hac Vice Application to Be Filed |

Attorneys for
BLACK & VEATCH CONSTRUCTION, INC.
AND BLACK & VEATCH CORPORATION

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re:<br><br>PG&E CORPORATION,<br><br>   - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>       Debtors. | Bankruptcy Case<br>Case No.: 19-30088-DM (Lead Case)<br>Chapter 11<br><br>(Jointly Administered)<br><br>**CERTIFICATE OF SERVICE** |

**Certificate of Service**

I hereby certify that on this 15th day of May, 2020, a true and correct copy of the above and foregoing was served upon filing, via the CM/ECF system which sent notification to Debtor's counsel and all parties participating in the CM/ECF system in this matter.

I further certify that on May 15, 2020, I have also caused a true and correct copy of the:

1. **LIMITED OBJECTION OF BLACK & VEATCH CONSTRUCTION, INC. AND BLACK & VEATCH CORPORATION TO JOINT CHAPTER 11 PLAN REGARDING PROPOSED CURE AMOUNTS; and**
2. **DECLARATION OF JUN YANG**

be served via email and caused to be served via U.S. Mail on the following parties-in-interest:

i. Clerk, U.S. Bankruptcy Court for the Northern District of California, 450 Golden Gate Avenue, 18th Floor, San Francisco, California 94102;

ii. The Debtors, c/o PG&E Corporation and Pacific Gas and Electric Company, 77 Beale Street, P.O. Box 770000, San Francisco, California 94177 (Attn: Janet Loduca, Esq.);

iii. The attorneys for the Debtors, (A) Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York,, New York 10153 (Attn: Stephen Karotkin, Esq. (stephen.karotkin@weil.com), Jessica Liou, Esq. (jessica.liou@weil.com), and Matthew Goren, Esq. (matthew.goren@weil.com)), (B) Keller Benvenutti Kim LLP, 650 California Street, Suite 1900, San Francisco, California 94108 (Attn: Tobias S. Keller, Esq. (tkeller@kbkllp.com) and Jane Kim, Esq.(jkim@kbkllp.com)), and (C) Cravath, Swaine & Moore LLP, Worldwide Plaza, 825 Eighth Avenue, New York, New York 10019 (Attn: Paul H. Zumbro, Esq. (pzumbro@cravath.com), Kevin J. Orsini, Esq. (korsini@cravath.com), and Omid H. Nasab, Esq.(onasab@cravath.com));

iv. The U.S. Trustee, 450 Golden Gate Avenue, 5th Floor, Suite 05-0153, San Francisco, California 94102 (Attn: James L. Snyder, Esq. (James.L.Snyder@usdoj.gov) and Timothy Laffredi, Esq. (Timothy.S.Laffredi@usdoj.gov));

v. The attorneys for the administrative agent under the Debtors' debtor-in-possession financing facility, (A) Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (Attn: Kristopher M. Hansen, Esq. (khansen@stroock.com), Erez E. Gilad, Esq. ( egilad@stroock.com), and Matthew G. Garofalo, Esq. (mgarofalo@stroock.com)) and (B) Stroock & Stroock & Lavan LLP, 2029 Century Park East, Los Angeles, California 90067-3086 (Attn: Frank A. Merola, Esq.(fmerola@stroock.com));

vi. The attorneys for the collateral agent under the Debtors' debtor-in-possession financing facility, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017 (Attn: Eli J. Vonnegut, Esq. (eli.vonnegut@davispolk.com), David Schiff, Esq. ( david.schiff@davispolk.com) and Timothy Graulich, Esq. (timothy.graulich@davispolk.com));

vii. The attorneys for the CPUC, Paul, Weiss, Rifkind, Wharton & Ganison LLP, 1285 Avenue of the Americas, New York, New York 10019-6064 (Attn: Alan W.Kornberg, Esq. (akornberg@paulweiss.com), Brian S. Hermann, Esq., (bhermann@paulweiss.com),  R.

Rieman, Esq. (wrieman@paulweiss.com), A. Mitchell, Esq. (smitchell@paulweiss.com), Neal P. Donnelly, Esq., (ndonnelly@paulweiss.com));

viii. The attorneys for the Creditors Committee, (A) Milbank LLP, 55 Hudson Yards, New York, New York 10001-2163 (Attn: Dennis F. Dunne, Esq. (DDunne@milbank.com) and Samuel A. Kahlil, Esq. (skhalil@milbank.com)) and (B) Milbank LLP, 2029 Century Park East, 33 Floor, Los Angles, California 90067 (Attn: Gregory A. Bray, Esq., bgray@milbank.com, and Thomas R. Kreller, Esq. (TKreller@milbank.com));

ix. The attorneys for the Tort Claimants Committee, (A) Baker & Hostetler LLP, 1160 Battery Street, Suite 100, San Francisco, California 94111 (Attn: Robert A. Julian, Esq. (rjulian@bakerlaw.com) and Cecily A. Dumas, Esq. (cdumas@bakerlaw.com)) and (B) Baker & Hostetler LLP, 11601 Wilshire Boulevard, Suite 1400, Los Angeles, California, 90025-0509 (Attn: Eric E. Sage1man, Esq. (esage1man@bakerlaw.com) and Lauren T. Attard, Esq. (lattard@bakerlaw.com));

x. The attorneys for the Ad Hoc Group of Subrogation Claim Holders, (A) Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, New York 10019-6099 (Attn: Matthew A. Feldman, Esq. (mfeldman@willkie.com), Joseph G Minias Esq. Gminias@willkie.com), Benjamin P. McCallen Esq. (bmccallen@willkie.com), · and Daniel I. Forman Esq. (dforman@willkie.com) and (B) Diemer & Wei, LLP, 100 West San Fernando Street, Suite 555, San Jose, California 95113 (Attn: Kathryn S. Diemer (kdiemer@diemerwei.com));

xi. The attorneys for the Shareholder Proponents, Jones Day, 555 South Flower Street, Fiftieth Floor, Los Angeles, California 90071-2300 (Attn: Bruce S. Bennett, Esq. (bbennett@jonesday.com), Joshua M. Mester, Esq. (jmester@jonesday.com), and James 0. Johnston, Esq. (jjohnston@jonesday.com)); and

xii. The attorneys for the Ad Hoc Committee of Senior Unsecured Noteholders, (A) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York, 10036 Michael S. Stamer, Esq., (mstamer@akingump.com), S. Dizengoff, Esq., (idizengoff@akingump.com), H. Botter, Esq., dbotter@akingump.com), Abid Qureshi, Esq. (aqureshi@akingump.com) and (B) Akin Gump Strauss Hauer & Feld LLP, 580 California Street, Suite 1500, San Francisco, California 94104 (Attn: Ashley Vinson Crawford, Esq. (avcrawford@akingump.com)).

        */s/ Natalie Young*
        Attorney