Peter S. Partee, Sr. (admitted *pro hac vice*)
Robert A. Rich (to be admitted *pro hac vice*)
**HUNTON ANDREWS KURTH LLP**
200 Park Avenue
New York, New York 10166
Tel: (212) 309-1132 / Fax: (212) 309-1100
ppartee@huntonak.com
rrich2@huntonak.com

-and-

Matthew Bobb (CA BAR 253308)
**HUNTON ANDREWS KURTH LLP**
550 South Hope St., Suite 2000
Los Angeles, CA 90071
Tel: (213) 532-2116 / Fax: (704) 331-4239
mbobb@huntonak.com

*Counsel for Potrero Hills Energy Producers, LLC*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>- and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br><br>\* *All papers shall be filed in the lead case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**AFFIDAVIT OF SERVICE**<br><br>**Related Docket No. 7213** |

STATE OF NEW YORK      )
                                              ): SS
COUNTY OF WESTCHESTER  )

Constance Andonian being duly sworn, deposes and says:

1. I am not a party to this action, am over the age of eighteen years and am employed by Hunton Andrews Kurth LLP. My business address is 200 Park Avenue, New York, New York 10166.

2. On May 15, 2020, *Potrero Hills Energy Producers LLC's Objection to Proposed Cure Amount* [DN 7213] (the "<u>Objection</u>") was filed via the Court's CM/ECF system which caused all parties receiving CM/ECF notices in this case to receive the Objection.

3. On May 15, 2020, I served a true and complete copy of the Objection upon the parties listed on the annexed service lists as specified.

Dated: May 15, 2020
Peekskill, New York

_Constance Andonian_
Constance Andonian

Sworn to before me on this
15th day of May 2020

_signature_
Notary Public

BRADFORD C. MULDER
Notary Public, State of New York
No. 02MU5067057
Qualified In Kings County
Certificate Filed in New York County
Commission Expires Oct. 7, 2022

Hunton Andrews Kurth LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

## Notary Certification Pursuant to New York State Executive Order 202.7

I certify that the attached document was notarized remotely pursuant to New York Executive Order 202.7, dated March 19, 2020.

Signed: _____   Date: May 15, 2020
　　　　　　Notary Public

**Hunton Andrews Kurth LLP**
**550 South Hope Street, Suite 2000**
**Los Angeles, California 90071-2627**

| | |
|---|---|
| 1 | **SERVICE LIST** |
| 2 | **ECF AND ELECTRONIC MAIL** |
| 3 | Keller Benvenutti Kim LLP |
| 4 | 650 California Street, Suite 1900<br>San Francisco, California 94108 |
| 5 | Attn: Tobias S. Keller (tkeller@kbkllp.com)<br>Jane Kim (jkim@kbkllp.com) |
| 6 | Jones Day |
| 7 | 555 South Flower Street, Fiftieth Floor<br>Los Angeles, California 90071-2300 |
| 8 | Joshua M. Mester (jmester@jonesday.com)<br>James O. Johnston (jjohnston@jonesday.com) |
| 9 | 2029 Century Park East |
| 10 | Los Angeles, CA 90067-3086<br>Attn: Frank A. Merola, Esq. (lacalendar@stroock.com, mmagzamen@stroock.com) |
| 11 | Office of the United States Trustee for Region 17 |
| 12 | 450 Golden Gate Avenue, 5th Floor, Suite #05-0153<br>San Francisco, CA 94102 |
| 13 | Timothy Laffredi, Esq. (timothy.s.laffredi@usdoj.gov;  patti.vargas@usdoj.gov) |
| 14 | Jason Blumberg<br>Office of the U.S. Trustee |
| 15 | 501 I St. #7-500<br>Sacramento, CA 95814 |
| 16 | (916) 930-2076<br>Email: jason.blumberg@usdoj.gov |
| 17 | Cameron Gulden |
| 18 | Office of the United States Trustee<br>300 Booth St., Room 3009 |
| 19 | Reno, NV 89509<br>(775) 784-5335 |
| 20 | Email: cameron.m.gulden@usdoj.gov |
| 21 | Lynette C. Kelly<br>Office of the United States Trustee |
| 22 | Phillip J. Burton Federal Building<br>450 Golden Gate Ave. 5th Fl., #05-0153 |
| 23 | San Francisco, CA 94102<br>(415) 252-2065 |
| 24 | Email: ustpregion17.oa.ecf@usdoj.gov |
| 25 | Marta Villacorta<br>Office of the United States Trustee |
| 26 | Phillip J. Burton Federal Building<br>450 Golden Gate Ave. 5th Fl., #05-0153 |
| 27 | San Francisco, CA 94102<br>(415) 252-2062 |
| 28 | Email: marta.villacorta@usdoj.gov |

| | |
|---|---|
| 1 | Milbank LLP |
| | 55 Hudson Yards |
| 2 | New York, NY 10001-2163 |
| | Attn: Dennis F. Dunne, Esq. ddunne@milbank.com, |
| 3 | Sam A. Khalil, Esq. skhalil@milbank.com, jbrewster@milbank.com |
| 4 | Milbank LLP |
| | 2029 Century Park East, 33rd Floor |
| 5 | Los Angeles, CA 90067 |
| | Attn: Paul S. Aronzon, Esq. paronzon@milbank.com |
| 6 | Gregory A. Bray, Esq. gbray@milbank.com |
| | Thomas R. Kreller, Esq. tkreller@milbank.com |
| 7 | |
| 8 | Baker & Hostetler LLP |
| | 11601 Wilshire Boulevard, Suite 1400 |
| | Los Angeles, CA 90025-0509 |
| 9 | Attn: Eric Sagerman, Esq. esagerman@bakerlaw.com |
| | Cecily Dumas, Esq. cdumas@bakerlaw.com, hhammonturano@bakerlaw.com |
| 10 | |
| 11 | Lauren T. Attard |
| | Baker Hostetler LLP |
| | 11601 Wilshire Blvd. #1400 |
| 12 | Los Angeles, CA 90025-0509 |
| | (310) 820-8800 |
| 13 | Email: lattard@bakerlaw.com |
| 14 | Chris Bator |
| | Baker & Hostetler LLP |
| 15 | 127 Public Square #2000 |
| | Cleveland, OH 44114 |
| 16 | (216) 621-0200 |
| | Email: cbator@bakerlaw.com |
| 17 | |
| 18 | Dustin M. Dow |
| | Baker & Hostetler LLP |
| | 127 Public Square #2000 |
| 19 | Cleveland, OH 44114 |
| | (216) 621-0200 |
| 20 | Email: ddow@bakerlaw.com |
| 21 | Joseph M. Esmont |
| | Baker & Hostetler LLP |
| 22 | 127 Public Sq., #2000 |
| | Cleveland, OH 44147 |
| 23 | (216) 861-7835 |
| | Email: jesmont@bakerlaw.com |
| 24 | |
| 25 | Lars H. Fuller |
| | Baker & Hostetler LLP |
| | 1801 California St #4400 |
| 26 | Denver, CO 80202 |
| | (303) 764-4114 |
| 27 | Email: lfuller@bakerlaw.com |
| 28 | |

**Hunton Andrews Kurth LLP**
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

| | |
|---|---|
| 1 | Eric R. Goodman<br>Baker & Hostetler LLP |
| 2 | Key Tower, 127 Public Sq., #2000<br>Cleveland, OH 44114-1214 |
| 3 | (216) 621-0200<br>Email: egoodman@bakerlaw.com |
| 4 | |
| 5 | Elizabeth A. Green<br>BakerHostetler LLP |
| 6 | 200 S. Orange Ave. #2300<br>Orlando, FL 32801 |
| 7 | (407) 649-4000<br>Email: egreen@bakerlaw.com |
| 8 | Robert A. Julian |
| 9 | Baker and Hostetler LLP<br>Transamerica Pyramid Center |
| 10 | 600 Montgomery Street, Suite 3100<br>San Francisco, CA 94111-2806 |
| 11 | (415) 569-2600<br>Email: rjulian@bakerlaw.com |
| 12 | Elyssa S. Kates |
| 13 | Baker & Hostetler LLP<br>45 Rockefeller Plaza |
| 14 | New York, NY 10111<br>(212) 589-4227 |
| 15 | Email: ekates@bakerlaw.com |
| 16 | Kody D. L. Kleber<br>Baker & Hostetler LLP |
| 17 | 811 Main St., #1100<br>Houston, TX 77005 |
| 18 | (713) 703-1315<br>Email: kkleber@bakerlaw.com |
| 19 | John H. MacConaghy |
| 20 | MacConaghy and Barnier<br>645 1st St. W #D |
| 21 | Sonoma, CA 95476<br>(707) 935-3205 |
| 22 | Email: macclaw@macbarlaw.com |
| 23 | Kimberly S. Morris<br>Baker & Hostetler LLP |
| 24 | Transamerica Pyramid Center<br>600 Montgomery Street, Suite 3100 |
| 25 | San Francisco, CA 94111<br>(415) 659-2600 |
| 26 | Email: kmorris@bakerlaw.com |
| 27 | David J. Richardson<br>Baker & Hostetler, LLP |
| 28 | 11601 Wilshire Blvd.,<br>14th Floor |

Hunton Andrews Kurth LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

Los Angeles, CA 90025
(310) 442-8858
Email: drichardson@bakerlaw.com

David B. Rivkin, Jr.
Baker and Hostetler LLP
1050 Connecticut Ave., N.W., #1100
Washington, DC 20036
(202) 861-1731
Email: drivkin@bakerlaw.com

Jorian L. Rose
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
(212) 589-4200
Email: jrose@bakerlaw.com

James C. Behrens
Milbank, LLP
2029 Century Park E, 33rd Fl.
Los Angeles, CA 90067
(424) 386-4436
Email: jbehrens@milbank.com

Erin Elizabeth Dexter
Milbank LLP
1850 K St., NW, #1100
Washington, DC 20006
(202) 835-7500
Email: edexter@milbank.com

Andrew Michael Leblanc
Milbank LLP
1850 K St., NW, #1100
Washington, DC 20006
(202) 835-7500
Email: ALeblanc@milbank.com

Alan J. Stone
Milbank LLP
55 Hudson Yards
New York, NY 10001
(212) 530-5000
Email: AStone@milbank.com

Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Attn: Alan W. Kornberg, Esq. akornberg@paulweiss.com

**ELECTRONIC MAIL ONLY**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Stephen Karotkin (stephen.karotkin@weil.com)
Jessica Liou (jessica.liou@weil.com)
Matthew Goren (matthew.goren@weil.com)
Tom Schinckel (tom.schinckel@weil.com)

Jones Day
555 South Flower Street, Fiftieth Floor
Los Angeles, California 90071-2300
Attn: Bruce S. Bennett (bbennett@jonesday.com)

**U.S. FIRST CLASS MAIL**

PG&E Corporation and Pacific Gas and Electric Company
PO Box 770000, 77 Beale Street
San Francisco, CA 94105
Attn: Janet Loduca, Esq.

Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982
Attn: Kristopher M. Hansen, Esq.
Erez E. Gilad, Esq.
Matthew G. Garofalo, Esq.

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
Attn: Eli J. Vonnegut, Esq.
David Schiff, Esq.
Timothy Graulich, Esq.

Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Attn: Brian S. Hermann, Esq.
Walter R. Rieman, Esq.
Sean A. Mitchell, Esq.
Neal P. Donnelly, Esq.

U.S. Nuclear Regulatory Commission
Washington, DC 20555-0001
Attn: General Counsel

U.S. Department of Justice
1100 L Street, NW, Room 7106
Washington DC 20005
Attn: Danielle A. Pham, Esq.

Office of the United States Trustee for Region 17
450 Golden Gate Avenue, 5th Floor, Suite #05-0153

San Francisco, CA 94102
Attn: James L. Snyder, Esq.