Aron M. Oliner (SBN: 152373)
Geoffrey A. Heaton (SBN: 206990)
**DUANE MORRIS LLP**
One Market Plaza
Spear Tower, Suite 2200
San Francisco, CA 94105-1127
Telephone: (415) 957-3000
Facsimile: (415) 957-3001
Email: roliner@duanemorris.com

Attorneys for International Business Machines Corporation

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>   - and –<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>                   Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>X Affects both Debtors<br>\* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**DECLARATION OF MARK FRAZE IN SUPPORT OF INTERNATIONAL BUSINESS MACHINES CORPORATION'S OBJECTION AND RESERVATION OF RIGHTS TO ASSUMPTION OF EXECUTORY CONTRACTS PURSUANT TO THE PLAN AND PROPOSED CURE AMOUNTS** |

I, Mark Fraze, declare:

1. I am a bankruptcy coordinator at International Business Machines Corporation ("IBM") responsible for handling all bankruptcy and collection legal escalations for customers in the United States.

2. I make this declaration based upon my review of the books and records kept in the ordinary course of business by IBM.

3. Pacific Gas and Electric Company and IBM entered into certain agreements and related transaction documents, pursuant to which IBM provided services to the Debtors[1], including, but not limited to, specified licensed programs and software, hardware and software maintenance, web hosting services, Power8 Migration services, Guardium services, and consulting services (collectively, as amended, modified and supplemented, the "<u>IBM Agreements</u>"). IBM has continued to provide services to the Debtors post-petition, and Debtors have in part continued to pay IBM for such services.

4. I have reviewed the Schedule of Assumed Contracts, which fails to identify with specificity the potential contracts between the Debtors and IBM. As such, I have undertaken the process of attempting to identify the contracts listed therein, as well as determining the cure amounts associated with those contracts. I have reviewed the outstanding accounts receivables based on the IBM Agreements. Based on IBM's books and records and the limited information provided by the Debtors, the calculation chart annexed hereto as <u>Exhibit A</u> accurately reflects the correct outstanding invoice amounts needed to cure the defaults under the IBM Agreements as of May 11, 2020. As set forth on the calculation chart, as of May 11, 2020, the cure amounts for the combined IBM Agreements total $730,519.93, and not $353,694.10 set forth on the Schedule of Assumed Contracts.

5. As noted in its Objection, IBM continues to provide post-petition services to the Debtors, and Debtors continue post-petition to pay in part for such services. Additional invoices are in process and will continue to be rendered in the ordinary course for services being provided post-petition.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 13, 2020, at San Francisco, California.

                                                  /s/ Mark Fraze
                                                  MARK FRAZE

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in IBM's Objection.

# EXHIBIT A

# EXHIBIT A

**Pacific Gas & Electric** CONTRACTS AND OPEN BILLING   As of: 5/11/2020

Petition Date: 1/29/19

| CUSTNAM | INVNO | INVDATE | NETINV | Unpaid Period | Pre-Petition | Post-Petition | CONTRACT DESCRIPTION |
|---|---|---|---|---|---|---|---|
| Pacific Gas & Electric Co | 8098121 | 1/4/2019 | $62,542.37 | 1/1/19-1/29/19 | $62,542.37 | $0.00 | Licensed Program Charges - 2500979479  DB2 Annual Software Subscription and Support, and Basic Monthly License Charges for Tier C, and MSU 32, 36, 37 AEWLC (DB2, Cobol, z/OS, etc) |
| | | | | | **$62,542.37** | **$0.00** | **PO 2500979479 - LICENSED PROGRAM CHARGES** |
| Pacific Gas & Electric Co | 1904974 | 1/5/2019 | $1,858.09 | 1/1/19-1/29/19 | $1,858.09 | $0.00 | Maintenance Agreement - CONTRACT NUMBER AV3J0F  PO# 2500990090 |
| Pacific Gas & Electric Co | 1906392 | 1/5/2019 | $108,030.00 | 1/1/19-1/29/19 | $108,030.00 | $0.00 | HWMA Maintenance Agreement - CONTRACT NUMBER AV3J0F  PO# 2500990090 |
| | | | | | **$109,888.09** | **$0.00** | **PO 2500990090 - HW MAINTENANCE AGREEMENT** |
| Pacific Gas & Electric Co | 2540988 | 1/31/2019 | $18,262.30 | 1/1/19-12/31/19 | $1,870.97 | $16,391.33 | Distributed Software - 2501123350 - SALES ORDER NO : 0061744217 WSI Trader - North America - National Active |
| | | | | | **$1,870.97** | **$16,391.33** | **PO 2501123350 - DISTRIBUTED SOFTWARE** |
| Pacific Gas & Electric Co | RS56640 | 10/29/2018 | $1,000.00 | 11/1/18-11/30/18 | $1,000.00 | $0.00 | Services - Contract CFTQTYR, Work Number WT0ST - PO# 2501366740 - CWA No. 2501366740  5999674 - Adrienne Lee - 03/30/2017  5999674 - PCR 01    Web Hosting |
| Pacific Gas & Electric Co | RS57356 | 12/27/2018 | $903.23 | 1/1/19-1/29/19 | $903.23 | $0.00 | Services - Contract CFTQTYR, Work Number WT0ST - PO# 2501366740 - CWA No. 2501366740  5999674 - Adrienne Lee - 03/30/2017  5999674 - PCR 01    Web Hosting |
| Pacific Gas & Electric Co | PAC0320 | 3/27/2020 | $47,400.00 | 3/1/20-3/31/20 | $0.00 | $47,400.00 | Services - Contract CFTQTYR, Work Number WT0ST - No. C18161/PO 2501366740   PCR#3 - CWA PO#2501366740   Web Hosting Services |
| Pacific Gas & Electric Co | PAC0420 | 4/27/2020 | $47,400.00 | 4/1/20-4/30/20 | $0.00 | $47,400.00 | Services - Contract CFTQTYR, Work Number WT0ST - No. C18161/PO 2501366740   PCR#3 - CWA# C18161   Web Hosting Services |
| Pacific Gas & Electric Co | PGE0420 | 4/27/2020 | $1,914.32 | 3/1/20-3/31/20 | $0.00 | $1,914.32 | Services - Contract CFTQTYR, Work Number WT06T - CWA# C18161   Web Hosting Services |
| | | | | | **$1,903.23** | **$96,714.32** | **PO 2501366740 - SERVICES - WEB HOSTING** |
| Pacific Gas & Electric Co | D800741 | 12/30/2018 | ($10,302.48) | 11/1/18-12/31/18 | ($10,302.48) | $0.00 | SWMA Maintenance Agreement - PO# 2700186681  11/01/2018 - 10/31/2023   CONTRACT NUMBER A108D1 |
| Pacific Gas & Electric Co | 1905861 | 1/5/2019 | $156,023.61 | 1/1/19-1/29/19 | $156,023.61 | $0.00 | SWMA Maintenance Agreement - PO# 2700186681  11/01/2018 - 10/31/2023   CONTRACT NUMBER A108D1 |
| Pacific Gas & Electric Co | 1905862 | 1/5/2019 | $32,327.76 | 1/1/19-1/29/19 | $32,327.76 | $0.00 | HWMA Maintenance Agreement - PO# 2700186681  11/01/2018 - 10/31/2023   CONTRACT NUMBER A108D1 |

DM1:11130455.2

| CUSTNAM | INVNO | INVDATE | NETINV | Period | Pre-Petition | Post-Petition | CONTRACT DESCRIPTION | |
|---|---|---|---|---|---|---|---|---|
| Pacific Gas & Electric Co | 1905861 | 1/19/2019 | ($16,777.30) | 1/1/19-3/31/19 | ($16,777.30) | $0.00 | SWMA Maintenance Agreement - PO# 2700186681 11/01/2018 - 10/31/2023 CONTRACT NUMBER A108D1 | |
| Pacific Gas & Electric Co | 4905354 | 5/11/2019 | ($16,421.20) | 4/1/19-6/30/19 | $0.00 | ($16,421.20) | SWMA Maintenance Agreement - PO# 2700186681 11/01/2018 - 10/31/2023 CONTRACT NUMBER A108D1 | |
| | | | | | **$161,271.59** | **($16,421.20)** | **PO 2700186681 - HW & SW MAINTENANCE AGREEMENT** | |
| Pacific Gas & Electric Co | D808433 | 12/28/2018 | $84,800.00 | 11/26/18-12/21/18 | $84,800.00 | $0.00 | Services - Contract CFTCHWS, Work Number WZDHV - Migration US75-1710112NDK/PO#2700102790 Kim Marcincak/5/2/2018 6269549/Power8 Migration Services | Power8 |
| Pacific Gas & Electric Co | 811212 | 10/30/2018 | ($795.00) | 10/13/2018 | ($795.00) | $0.00 | Services - Contract CFTCHWS, Work Number WZDHV - Migration US75-1710112NDK/PO#2700102790 Kim Marcincak/5/2/2018 6269549/Power8 Migration Services | Power8 |
| | | | | | **$84,005.00** | **$0.00** | **PO 2700102790 - SERVICES - POWER8 MIGRATION** | |
| Pacific Gas & Electric Co | C20BV71 | 4/29/2020 | $7,458.00 | 3/30/20-4/24/20 | $0.00 | $7,458.00 | Services - Contract CFTKMPS, Work Number WGDRW - NUMBER: PO2700309525/2700380388 SECUS1905074374575/2700380388 Alex Victor/Kim Marcincak/06/04/2019 010248981/Guardium at PG&E | PO |
| | | | | | **$0.00** | **$7,458.00** | **PO 2700309525 - SERVICES - GUARDIUM** | |
| Pacific Gas & Electric Co | 45177 | 5/1/2020 | $6,733.97 | 5/1/20-5/31/20 | $0.00 | $6,733.97 | Licensed Program Charges - 2700372604 Tier C Basic Monthly Charges | |
| Pacific Gas & Electric Co | 45179 | 5/1/2020 | $24,876.56 | 5/1/20-5/31/20 | $0.00 | $24,876.56 | Licensed Program Charges - 2700372604 Basic Monthly License Charges for Tier C, and MSU 6, 7, 8 AEWLC | |
| | | | | | **$0.00** | **$31,610.53** | **PO 2700372604 - LICENSED PROGRAM CHARGES** | |
| Pacific Gas & Electric Co | RS57283 | 12/21/2018 | $102,050.00 | 11/30/18-12/31/18 | $102,050.00 | $0.00 | Services - Contract CFTF61S, Work Number W4D1V - C12176 Consulting Services - Application Optimization Kim Marcincak: Sign 11/28/2018 Perform Assess / GTSUS1811303467380 | PO# |
| Pacific Gas & Electric Co | C19BCG7 | 1/14/2019 | $5,317.02 | 11/26/18-12/20/18 | $5,317.02 | $0.00 | Services - Contract CFTF61S, Work Number W4D1V - C12176 Consulting Services - Application Optimization Kim Marcincak: Sign 11/28/2018 Perform Assess / GTSUS1811303467380 | PO# |
| Pacific Gas & Electric Co | C19BFJG | 1/30/2019 | $1,470.47 | 1/5/19-1/17/19 | $1,470.47 | $0.00 | Services - Contract CFTF61S, Work Number W4D1V - C12176 Consulting Services - Application Optimization Kim Marcincak: Sign 11/28/2018 Perform Assess / GTSUS1811303467380 | PO# |
| Pacific Gas & Electric Co | RS57739 | 1/30/2019 | $88,600.00 | 1/1/19-1/28/19 | $88,600.00 | $0.00 | Services - Contract CFTF61S, Work Number W4D1V - C12176 Consulting Services - Application Optimization Kim Marcincak: Sign 11/28/2018 Perform Assess / GTSUS1811303467380 | PO# |

DM1:11130455.2

| CUSTNAM | INVNO | INVDATE | NETINV | Period | Pre-Petition | Post-Petition | CONTRACT DESCRIPTION | |
|---|---|---|---|---|---|---|---|---|
| Pacific Gas & Electric Co | C19BJFP | 2/15/2019 | $2,621.05 | 1/9/19-1/18/19 | $2,621.05 | $0.00 | Services - Contract CFTF61S, Work Number W4D1V - C12176   Consulting Services - Application Optimization  Kim Marcincak: Sign 11/28/2018  Perform Assess / GTSUS1811303467380 | PO# |
| | | | | | **$200,058.54** | **$0.00** | **PO C12176 - SERVICES - CONSULTING - APPLICATION OPTIMIZATION** | |
| Pacific Gas & Electric Co | 2533859 | 1/25/2019 | $203.47 | 1/1/19-1/29/19 | $203.47 | $0.00 | Distributed Software - LEGACY WSI CONTRACT - Pilotbrief Optima | |
| | | | | | **$203.47** | **$0.00** | **PO NOT LISTED - OPTIMA LEGACY WSI CONTRACT** | |
| Pacific Gas & Electric Co | BC39378 | 9/12/2019 | ($13,585.81) | | $0.00 | ($13,585.81) | Unassociated cash payment | |
| Pacific Gas & Electric Co | MI90904 | 4/3/2020 | ($8,983.50) | | $0.00 | ($8,983.50) | Unassociated cash payment | |
| Pacific Gas & Electric Co | MI90943 | 5/6/2020 | ($4,407.00) | | $0.00 | ($4,407.00) | Unassociated cash payment | |
| | | | | | **$0.00** | **($26,976.31)** | **UNASSOCIATED CASH PAYMENT** | |
| | | | $730,519.93 | | **$621,743.26** | **$108,776.67** | | |

DM1:11130455.2