Keith C. Owens (SBN 184841)
FOX ROTHSCHILD LLP
10250 Constellation Blvd., Suite 900
Los Angeles, CA 90067
Telephone: 424-285-7056
Facsimile: 310-556-9828
kowens@foxrothschild.com

Attorneys for Microsoft Corporation and
Microsoft Licensing, GP

Fox Rothschild LLP
1001 4th Ave. Suite 4500
Seattle, WA 98154

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtor.<br><br>☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors | Lead Case No.: 19-30088 (DM)<br><br>Jointly administered<br><br>Chapter 11 Cases<br><br>**CURE OBJECTION BY MICROSOFT CORPORATION AND MICROSOFT LICENSING, GP**<br><br>**[RELATES TO DOCKET NO. 7037]** |

Microsoft Corporation and its wholly owned affiliate, Microsoft Licensing, GP (collectively "Microsoft"), hereby object (the "*Cure Objection*") to the *Notice of Filing of Plan Supplement in Connection with Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020* (Docket No. 7037, at page 993 of 2063) filed by PG&E Corporation and Pacific Gas & Electric Company (collectively, the "Debtors"). In support of the

1

Cure Objection, Microsoft respectfully states as follows:

1. Debtors propose to assume the following executory licensing contracts (the "Licenses") entered into by and between Microsoft and Pacific Gas and Electric Company:

| Agreement | Number |
|---|---|
| Microsoft Enterprise Agreement | E7763766 |
| Microsoft Enterprise Enrollment | 82842058 |

2. The Licenses are the contractual vehicles by which Debtors obtained licenses to use Microsoft software and products ("Software") throughout their enterprise. They enable Debtors to license Microsoft's copyrighted software and products across their enterprise.

3. Any licenses that Debtors have to Software are licenses of copyrighted materials and, therefore, may not be assumed or assigned without Microsoft's consent. *In re Catapult Entertainment*, 165 F.3d 747 (9th Cir. 1999) (since federal patent law excused non-debtor licensor from rendering performance, debtor could not assume or assign the non-exclusive patent license without the non-debtor's licensor's consent). The Ninth Circuit's analysis in *Catapult* holds true for non-exclusive copyright licenses. *See In re Access Beyond Technologies, Inc.*, 237 B.R. 32, 48, 49 (Bankr. D. Del. 1999) (citing *In re West Elec., Inc.*, 852 F.2d 79 (3d Cir. 1988)); *In re Patient Educ. Media*, 210 B.R. 237, 243 (Bankr. S.D.N.Y. 1997) (holding that debtor could not assume and assign nonexclusive license without copyright owner's consent).

4. The amount required to cure all monetary defaults under the Licenses that arose before the petition date on January 29, 2019, is $6,975.91 as set forth in the Exhibits attached to Microsoft 's Proof of Claim (Claim No. 8933), and summarized below:

| Exhibit | Billing Document | Document Date | Net due date | Amount |
|---|---|---|---|---|
| A | 9877550759 | 11/12/2018 | 12/12/2018 | $5,001.21 |
| B | 9877643644 | 12/12/2018 | 01/11/2019 | $957.96 |
| C | 9877747249 | 01/11/2019 | 02/10/2019 | $1,016.74 |
|   |   |   |   | $6,975.91 |

Fox Rothschild LLP
1001 4th Ave. Suite 4500
Seattle, WA 98154

1  5. The amount required to cure all monetary defaults under the Licenses that have arisen
2  after the petition day is $416,338.78, which Microsoft expects that Debtors will be in the ordinary
3  course but is yet unpaid, is set forth below:

| PO Number | Document Number | Document Date | Net due date | Reference | Amount in doc. curr. |
|---|---|---|---|---|---|
| 2700121387-O111 | 1600238268 | 9/3/2019 | 9/3/2019 | OFFSET | (0.42) |
| 9878222057 | 1333891389 | 1/23/2020 | 1/23/2020 | 9520261111 | (26,414.42) |
|  | 1401213344 | 2/21/2020 | 2/21/2020 | 000470245 | 21,751.50 |
|  | 1334509922 | 5/1/2020 | 5/1/2020 | 9660924134 | (72,230.40) |
| 2700402997 | 1334413305 | 4/17/2020 | 5/17/2020 | 9879124025 | 63,690.00 |
| 2700423716 | 1334430841 | 4/21/2020 | 5/21/2020 | 9879127677 | 76,428.00 |
| 2700438291 | 1334432656 | 4/21/2020 | 5/21/2020 | 9879128741 | 25,476.00 |
| 2700425992 | 1334432657 | 4/21/2020 | 5/21/2020 | 9879128742 | 25,476.00 |
| 2700404016 | 1334432662 | 4/21/2020 | 5/21/2020 | 9879128747 | 12,738.00 |
| 2700424697 | 1334432658 | 4/21/2020 | 5/21/2020 | 9879128743 | 6,369.00 |
| 2700397579 | 1334432659 | 4/21/2020 | 5/21/2020 | 9879128744 | 6,369.00 |
| 2700395406 | 1334432660 | 4/21/2020 | 5/21/2020 | 9879128745 | 6,369.00 |
| 2700402480 | 1334432661 | 4/21/2020 | 5/21/2020 | 9879128746 | 6,369.00 |
| 2700273155 | 1334441710 | 4/22/2020 | 5/22/2020 | 9879129802 | 48,848.80 |
| 2700438721 | 1334457274 | 4/24/2020 | 5/24/2020 | 9879134611 | 57,784.32 |
| 2700439978 | 1334457275 | 4/24/2020 | 5/24/2020 | 9879134612 | 19,107.00 |
| 2700441411 | 1334469983 | 4/27/2020 | 5/27/2020 | 9879136982 | 72,230.40 |
| 2700441413 | 1334469984 | 4/27/2020 | 5/27/2020 | 9879136983 | 38,214.00 |
| 2700441410 | 1334469985 | 4/27/2020 | 5/27/2020 | 9879136984 | 25,476.00 |
| 2700443215 | 1334480050 | 4/28/2020 | 5/28/2020 | 9879139104 | 2,288.00 |
|  |  |  |  |  | **416,338.78** |

19  6. Accordingly, the total amount that will be necessary to cure all monetary defaults under
20  the Licenses is $423,314.69, which is the sum of $6,975.91 plus $416,338.78 (the "*Cure*
21  *Amount*").
22  7. Microsoft reserves the right to withdraw or revise this Cure Objection pending further
23  investigation or further information from Debtors.
24  WHEREFORE, Microsoft objects to Debtors' proposed cure amount, and asserts that the
25  total amount required to cure all monetary defaults under the Licenses is $416,338.78. Absent
26  payment of the Cure Amount, Microsoft objects to and does not consent to any proposed
27  assumption and assignment of the Licenses.

3

Fox Rothschild LLP
1001 4th Ave. Suite 4500
Seattle, WA 98154

Dated: May 15, 2020

Respectfully submitted,

FOX ROTHSCHILD LLP

By: _/s/ Keith C. Owens_
    Keith C. Owens (SBN 184841)
    Attorneys for Microsoft

4

# CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2020, a true and correct copy of the foregoing Cure Objection by Microsoft Corporation and Microsoft Licensing, GP was served via the Court's CM/ECF electronic notification system on all parties requesting same, including the parties listed in Exhibit A.

/s/ Keith C. Owens
Keith C. Owens

# EXHIBIT A
## Standard Parties Service List

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Debtor | PG&E Corporation and Pacific Gas and Electric Company | Attn: Janet Loduca | j1lc@pge.com |
| Counsel to Debtors | Weil, Gotshal & Manges LLP | Attn: Stephen Karotkin, Jessica Liou, Matthew Goren | stephen.karotkin@weil.com<br>matthew.goren@weil.com<br>jessica.liou@weil.com |
| Special Counsel to Debtors | Cravath, Swaine & Moore LLP | Attn: Paul H. Zumbro, Kevin J. Orsini, George E. Zobitz, Stephen M. Kessing and Nicholas A. Dorsey, Omid H. Nasab | pzumbro@cravath.com<br>korsini@cravath.com<br>jzobitz@cravath.com<br>skessing@cravath.com<br>ndorsey@cravath.com<br>onasab@cravath.com |
| Counsel to Debtors | Keller Benvenutti Kim LLP | Attn: Tobias Keller, Jane Kim | tkeller@kbkllp.com<br>jkim@kbkllp.com |
| Office of the United States Trustee | Office of the United States Trustee | Attn: James L. Snyder, Esq., Timothy Lafreddi, Esq., Marta E. Villacorta | James.L.Snyder@usdoj.gov<br>timothy.s.laffredi@usdoj.gov<br>Marta.Villacorta@usdoj.gov |
| Counsel for the Official Committee of Unsecured Creditors | Milbank LLP | Attn: Dennis F. Dunne, Samuel A. Khalil, Gregory A. Bray, Thomas R. Kreller, Alan J. Stone, Samir Vora | ddunne@milbank.com<br>skhalil@milbank.com<br>Gbray@milbank.com<br>TKreller@milbank.com<br>astone@milbank.com<br>svora@milbank.com |
| Counsel for Tort Claimants Committee | Baker & Hostetler LLP | Attn: Eric Sagerman, Cecily Dumas | esagerman@bakerlaw.com<br>cdumas@bakerlaw.com |
| Counsel for the administrative agent under the Debtors' debtor in possession financing facilities | Stroock & Stoock & Lavan LLP | Attn: Kristopher M. Hansen, Erez E. Gilad, Matthew G. Garofalo, Frank A. Merola | khansen@stroock.com<br>egilad@stroock.com<br>mgarofalo@stroock.com<br>fmerola@stroock.com |
| Counsel for the agent under the Debtors' proposed debtor in possession financing facilities | Davis Polk & Wardwell LLP | Attn: Eli J. Vonnegut, David Schiff, Timothy Graulich | eli.vonnegut@davispolk.com<br>david.schiff@davispolk.com<br>timothy.graulich@davispolk.com |
| Counsel to California Public Utilities Commission | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Alan W. Kornberg, Brian S. Hermann, Walter R. Rieman, Sean A. Mitchell, Neal P. Donnelly | akornberg@paulweiss.com<br>bhermann@paulweiss.com<br>wrieman@paulweiss.com<br>smitchell@paulweiss.com<br>ndonnelly@paulweiss.com |
| Interested Party United States on behalf of the Federal Energy Regulatory Commission | U.S. Department of Justice | Attn: Danielle A. Pham | danielle.pham@usdoj.gov |
| PG&E Shareholders | Jones Day | Attn: Bruce S. Bennett, Joshua M. Mester, James O. Johnston | bbennett@jonesday.com<br>jmester@jonesday.com<br>jjohnston@jonesday.com |

Case: 19-30088    Doc# 7246    Filed: 05/15/20    Entered: 05/15/20 13:10:11    Page 6 of 7

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company | Akin Gump Strauss Hauer & Feld LLP | Attn: Ashley Vinson Crawford | avcrawford@akingump.com |
| Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company | Akin Gump Strauss Hauer & Feld LLP | Attn: Michael S. Stamer, Ira S. Dizengoff, David H. Botter | mstamer@akingump.com<br>idizengoff@akingump.com<br>dbotter@akingump.com |
| Co-Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company | Braunhagey & Borden LLP | Attn: J. Noah Hagey, Jeffrey M. Theodore, David H. Kwasniewski, Andrew Levine | hagey@braunhagey.com<br>theodore@braunhagey.com<br>kwasniewski@braunhagey.com<br>levine@braunhagey.com |
| Counsel for Ad Hoc Group of Subrogation Claim Holders | Willkie Farr & Gallagher LLP | Attn: Matthew A. Feldman, Joseph G. Minias, Daniel I. Forman, Benjamin P. McCallen; Antonio Yanez, Jr., Erica L. Kerman, Jonathan D. Waisnor, Matthew Freimuth | mfeldman@willkie.com<br>jminias@willkie.com<br>dforman@willkie.com<br>bmccallen@willkie.com<br>ayanez@willkie.com<br>ekerman@willkie.com<br>jwaisnor@willkie.com<br>mfreimuth@willkie.com |
| Counsel for Ad Hoc Group of Subrogation Claim Holders | Diemer & Wei, LLP | Attn: Kathryn S. Diemer, Alexander J. Lewicki | kdiemer@diemerwei.com<br>alewicki@diemerwei.com |
| U.S. Nuclear Regulatory Commission | U.S. Nuclear Regulatory Commission | Attn: Anita Ghosh Naber | anita.ghoshnaber@nrc.gov |