# EXHIBIT "A"

**LIMITED OBJECTIONS OF THE CITY AND COUNTY OF SAN FRANCISCO TO SCHEDULE OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES
TO BE ASSUMED PURSUANT TO THE PLAN AND PROPOSED CURE AMOUNTS**

Case No.: 19-30088

**EXHIBIT A**

| Item No. | Effective Date of Agreement | Non-Debtor Counterparty Name | Match ID | Contract ID | Title of Agreement | Address | Page No. | CCSF Approved cure amount | Objection and CCSF Stated cure amount |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 3/1/1998 | City & Cnty of SF- Cal Pal of the Legn of Hon | 1026184 | CCNGSA_00428 | Natural Gas Agreement | 100 34th Avenue | 269 | The City and County of San Francisco approves the cure amount listed by PG&E | |
| 2 | 4/27/2007 | City & Co of San Francisco- CA Academy of Science | 1002877 | CCNGSA_00445 | Natural Gas Agreement | 55 Concourse Dr in Golden Gate Park | 269 | The City and County of San Francisco approves the cure amount listed by PG&E | |
| 3 | 3/1/1998 | City & County of S.F.- City College | 1026102 | CCNGSA_00300 | Natural Gas Agreement | 50 Phelan Avenue | 269 | The City and County of San Francisco approves the cure amount listed by PG&E | |
| 4 | 3/1/1998 | City & County of S.F.- Laguna Honda Hosptl. | 1025994 | CCNGSA_00115 | Natural Gas Agreement | 375 Laguna Honda Blvd. | 269 | The City and County of San Francisco approves the cure amount listed by PG&E | |
| 5 | | City & County of San Francisco | 1002877 | CCCRSOT_00033 | Annual Fees | 200 Larkin Street | 269 | | PG&E has failed to provide detailed information regarding this executory contract. Therefore the City and County of San Francisco cannot determine the cure amounts. The City requests that PG&E provides additional information. |
| 6 | 3/16/2003 | City & County of San Francisco | 1002877 | CCNGSA_00435 | Natural Gas Agreement | 200 Larkin Street | 269 | The City and County of San Francisco approves the cure amount listed by PG&E | |
| 7 | 12/4/2001 | City & County of San Francisco | 1002877 | CCNGSA_00434 | Natural Gas Agreement | 750 Phelps Street | 269 | The City and County of San Francisco approves the cure amount listed by PG&E | |
| 8 | 3/1/1998 | City & County of SF Oceanside Sewer Pelt. | 1026143 | CCNGSA_00371 | Natural Gas Agreement | 3500 Greet Highway | 269 | The City and County of San Francisco approves the cure amount listed by PG&E | |
| 9 | 7/1/1999 | City & County of SF- SE Comm Ctr. | 1026188 | CCNGSA_00433 | Natural Gas Agreement | 150 Phelps Street | 269 | The City and County of San Francisco approves the cure amount listed by PG&E | |
| 10 | 3/1/1998 | City & County of SF- Treasure Island | 1026185 | CCNGSA_00429 | Natural Gas Agreement | 410 Palm Avenue, Treasure Island | 270 | The City and County of San Francisco approves the cure amount listed by PG&E | |
| 11 | 3/1/1998 | City & County of SF General Hospital | 1025992 | CCNGSA_00113 | Natural Gas Agreement | 22nd Avenue & Potrero | 270 | The City and County of San Francisco approves the cure amount listed by PG&E | |
| 12 | 6/1/1998 | City & County of SF War Memorial | 1026186 | CCNGSA_00431 | Natural Gas Agreement | 501 McAllister | 270 | The City and County of San Francisco approves the cure amount listed by PG&E | |
| 13 | 3/1/1998 | City & County of SF Youth Guidance Center | 1025993 | CCNGSA_00114 | Natural Gas Agreement | 375 Woodside Avenue | 270 | The City and County of San Francisco approves the cure amount listed by PG&E | |
| 14 | | City & County of San Francisco | 1002877 | CRPSECFRN_00001 | Electric Franchise Ordinance No. 414 | 25 Van Ness Ave., Suite 400 | 270 | | The City and County of San Francisco objects to PG&E's stated cure amount of zero for the Gas and Electric Franchise Ordinances. The City refers the Court and PG&E to the City's pending Claim #65036, which includes numerous claims under the Franchise Agreements that remain unresolved and outstanding. While some of these claims are contingent and unliquidated, the City estimates that the total cure amount of pre-petition claims is well in excess of $1 million. Furthermore, San Francisco has identified additional post-petition claims under the Franchise Agreements, including claims arising out of the 1995 Evans Street project. |

| Item No. | Effective Date of Agreement | Non-Debtor Counterparty Name | Match ID | Contract ID | Title of Agreement | Address | Page No. | CCSF Approved cure amount | Objection and CCSF Stated cure amount |
|---|---|---|---|---|---|---|---|---|---|
| 15 | | City & County of San Francisco | 1002877 | CRPSECFRN_00281 | Gas Franchise Ordinance No. 413 | 25 Van Ness Ave., Suite 400 | 270 | | The City and County of San Francisco objects to PG&E's stated cure amount of zero for the Gas and Electric Franchise Ordinances. The City refers the Court and PG&E to the City's pending Claim #65036, which includes numerous claims under the Franchise Agreements that remain unresolved and outstanding. While some of these claims are contingent and unliquidated, the City estimates that the total cure amount of pre-petition claims is well in excess of $1 million. Furthermore, San Francisco has identified additional post-petition claims under the Franchise Agreements, including claims arising out of the 1995 Evans Street project. |
| 16 | | City & County of San Francisco | 1002877 | CRPSECLIC4_1003 | Twin Peaks Radio | 25 Van Ness Ave., Suite 400 | 270 | The City and County of San Francisco approves the cure amount listed by PG&E | |
| 17 | | City & County of San Francisco | 1002877 | CRPSECLM_00412 | Memorandum of Understanding for Hunters Point | Office of Economic and Workplace Development, City Hall Rm. 448 | 270 | | The City and County of San Francisco has determined the cure amount to be equal to: $10,709 (Invoices attached as **Exhibit B**) |
| 18 | | City & County of San Francisco | 1002877 | CRPSECLM_00413 | Agreement to Close the Hunters Point Power Plant | Office of Economic and Workplace Development, City Hall Rm. 448 | 270 | | Incorporated into cure amount listed for entry for Hunter's Point MOU: Agreement to Close the Hunters Point Power Plant |
| 19 | 7/1/2015 | City & County of San Francisco | 1002877 | ELCOPS4_00002 | Interconnection Agreement | 25 Van Ness Ave., Suite 400 | 270 | | PG&E has failed to provide detailed information regarding this executory contract. Therefore the City and County of San Francisco cannot determine the cure amounts until additional documentation is provided by PG&E. |
| 20 | | City & County of San Francisco-Airport Dist. | 1002877 | CRPSECLIC4_497403 | SF Inter Airport S/S | SF International Airport | 270 | The City and County of San Francisco approves the cure amount listed by PG&E | |
| 21 | 10/1/2014 | City of San Francisco Recreation and Parks Dept | 1002877 | CRPSECLM_00209 | Cost Sharing Agreement (CSA) Covered Costs Starting January 2013 | 501 Stanyan Street | 311 | | The City and County of San Francisco estimates that the total cure amount is in excess of $65,000 |
| 22 | 8/25/2016 | City of San Francisco Recreation and Parks Dept | 1002877 | CRPSECLM_00210 | CSA Amendment 1 | 501 Stanyan Street | 312 | | The City and County of San Francisco estimates that the total cure amount is in excess of $65,000 |
| 23 | | Clean Power SF | 1016588 | EPPEMCL_33B242R01 | EMCL Agreement | 525 Golden Gate Avenue, 7th FL | 330 | The City and County of San Francisco approves the cure amount listed by PG&E | |
| 24 | | Clean Power SF | 1016588 | EPPEMCL_33B243 | SGIP | 525 Golden Gate Avenue, 7th FL | 330 | The City and County of San Francisco approves the cure amount listed by PG&E | |
| 25 | 5/1/2005 | DeYoung Museum | 1026193 | CCNGSA_00439 | Natural Gas Agreement | 50 Tea Garden Drive | 396 | The City and County of San Francisco approves the cure amount listed by PG&E | |
| 26 | | Port of San Francisco | 1002877 | CRPSECLIC4_894803 | Port of San Francisco (License 10015) License for Construction Operation and Maintenance for Intake Conduits for Hunter's Point Power Plant | Pier 1, The Embarcadero | 1225 | The City and County of San Francisco approves the cure amount listed by PG&E | |

| Item No. | Effective Date of Agreement | Non-Debtor Counterparty Name | Match ID | Contract ID | Title of Agreement | Address | Page No. | CCSF Approved cure amount | Objection and CCSF Stated cure amount |
|---|---|---|---|---|---|---|---|---|---|
| 27 | | Port of San Francisco | 1002877 | CRPSECLIC4_895203 | Port of San Francisco (License 16428) Remediation investigations license for offshore sediments for the former North Beach Manufactured Gas Plant (MGP) activities. This license replaces former and terminated Port | Pier 1, The Embarcadero | 1225 | The City and County of San Francisco approves the cure amount listed by PG&E | |
| 28 | 12/7/2018 | Port of San Francisco | 1002877 | CRPSECLM_00201 | License Agreement- Amendment No. 7 | Pier 1, The Embarcadero | 1225 | The City and County of San Francisco approves the cure amount listed by PG&E | |
| 29 | 8/6/2018 | Port of San Francisco | 1002877 | CRPSECLM_00268 | Access Agreement for Pier 39-43.5 investigation | Pier 1, The Embarcadero | 1225 | The City and County of San Francisco approves the cure amount listed by PG&E | |
| 30 | 8/8/2018 | Port of San Francisco | 1002877 | CRPSECLM_00274 | Access Agreement for outside East Harbor investigation | Pier 1, The Embarcadero | 1225 | The City and County of San Francisco approves the cure amount listed by PG&E | |
| 31 | 3/1/1998 | San Francisco Airport | 1022167 | CCNGSA_00196 | Natural Gas Service Agreement | San Francisco Int'l Airport, PO Box 8097 | 1324 | The City and County of San Francisco approves the cure amount listed by PG&E | |
| 32 | 7/1/2002 | San Francisco Airport | 1022167 | GASOPS_00533 | Electronic Commerce System User Agreement | San Francisco Int'l Airport, PO Box 8097 | 1325 | The City and County of San Francisco approves the cure amount listed by PG&E | |
| 33 | | San Francisco Port Commission | 1025888 | CRPSECLIC4_770703 | Port of San Francisco (License 13873) Hunters Point Power 115 KV- lease from San Francisco Port Commission Hunter's Point Underground Trans Line | Pier 1, The Embarcadero | 1326 | The City and County of San Francisco approves the cure amount listed by PG&E | |
| 34 | | San Francisco Port Commission | 1025888 | CRPSECLIC4_770803 | Port of San Francisco (License 15762) Hunters Point Power 115 KV- lease from San Francisco Port Commission Underground Transmission Line near Potrero | Pier 1, The Embarcadero | 1326 | The City and County of San Francisco approves the cure amount listed by PG&E | |
| 35 | | San Francisco Public Utilities Commission [Permits] | 1002877 | CRPSECLIC1_02613 | 311 Permits in total accounted for | 525 Golden Gate Avenue | 1326-1352 | | PG&E has failed to provide detailed information regarding these permits. Therefore the City and County of San Francisco cannot determine the cure amounts until additional documentation is provided by PG&E. The City and County of San Francisco requests PG&E to provide the City permit numbers, the physical permits and physical addresses. |
| 36 | | San Francisco Public Utilities Commission | 1002877 | CRPSECLIC5_00159 | Sewer Street Improvements Agreement | 525 Golden Gate Avenue | 1352 | | PG&E has failed to provide detailed information regarding this executory contract. Therefore the City and County of San Francisco cannot determine the cure amounts until additional documentation is provided by PG&E. |
| 37 | | San Francisco City and County of [Permits] | 1022719 | CRPSECLIC1_03854 | 71 Permits in total accounted for | 1 Carlton B. Goodlet Place, City Hall Room 244 | 1352-1360 | | PG&E has failed to provide detailed information regarding these permits. Therefore the City and County of San Francisco cannot determine the cure amounts until additional documentation is provided by PG&E. The City and County of San Francisco requests PG&E to provide the City permit numbers, the physical permits and physical addresses. |
| 38 | | SFPUC | 1020590 | ELCOPS4_00254 | Small Generator Interconnection Agreement | 525 Golden Gate Avenue | 1385 | The City and County of San Francisco approves the cure amount listed by PG&E | |

| Item No. | Effective Date of Agreement | Non-Debtor Counterparty Name | Match ID | Contract ID | Title of Agreement | Address | Page No. | CCSF Approved cure amount | Objection and CCSF Stated cure amount |
|---|---|---|---|---|---|---|---|---|---|
| 39 | | SFPUC- San Fran Water Dept. | 1013224 | CCCRSOT_00202 | Water Agreement [cure amount $44,778.74] | 525 Golden Gate Avenue | 1385 | | PG&E has failed to provide detailed information regarding this executory contract. Therefore the City and County of San Francisco cannot determine the cure amounts. The City and County of San Francisco requests a copy of the referenced "Water Agreement" from PG&E to determine the cure amount. |