# LIMITED OBJECTIONS OF THE CITY AND COUNTY OF SAN FRANCISCO TO SCHEDULE OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES TO BE ASSUMED PURSUANT TO THE PLAN AND PROPOSED CURE AMOUNTS

CASE NO.: 19-30088

# EXHIBIT B
INOVICES IN SUPPORT OF CITY & COUNTY OF SAN FRANCISCO, MEMORANDUM OF UNDERSTANDING FOR HUNTERS POINT



City and County of San Francisco: Office of Mayor London N. Breed
Economic and Workforce Development: Joaquin Torres, Director

December 21, 2018

Darin Cline
Pacific Gas and Electric Company
77 Beale Street, Room 2977C
San Francisco, CA 94105

Dear Mr. Cline:

Pursuant to the Exclusive Negotiating Agreement between Pacific Gas and Electric Company and the City and County of San Francisco — please find enclosed invoices from City Agencies and City Contractors for work performed on the Hunters Point Power Plant project.

Payment should be made out directly to the Office of Economic and Workforce Development in **one (1) consolidated check**, and mailed to the attention of Thomas Shanahan (address below) for distribution amongst City Agencies and City Contractors.

> Office of Economic and Workforce Development
> Attn: Thomas Shanahan
> City Hall, Rm. 448
> 1 Dr. Carlton B. Goodlett Place
> San Francisco, CA 94102

| Department | Invoice Number | Invoice Period | Total |
|---|---|---|---|
| OEWD | OEWDHPPP_5 | July 1, 2018 - September 30, 2018 | $ 2,580.00 |
| **Total Amount Due:** | | | **$ 2,580.00** |

Sincerely,



Merrick Pascual
Chief Financial Officer
Office of Economic and Workforce Development



1 Dr. Carlton B. Goodlett Place, Room 448     San Francisco, CA 94102 | www.oewd.org
p: 415.554.6969   f: 415.554.6018

DocuSign Envelope ID: 4B6A3B32-8E59-4559-8478-39D8A5A75EFA



City and County of San Francisco: Office of Mayor London N. Breed
Economic and Workforce Development : Joaquin Torres, Director

| | |
|---|---|
| **Date:** | December 21, 2018 |
| **To:** | Darin Cline<br>Pacific Gas and Electric Company<br>77 Beale Street, Room 2977C<br>San Francisco, CA 94105 |
| **CC:** | Thomas Shanahan |
| **From:** | Merrick Pascual |
| **Subject:** | Hunters Point Power Plant, OEWD Invoice No: OEWDHPPP_5, Q1 FY 18-19 |

**This is a payment request for Q1 FY 18-19 (July 1, 2018 - September 30, 2018) in the amount of $2,580.00.**

Please make the check payable to the CCSF – Office of Economic & Workforce Development. If you have questions or need additional information do not hesitate to contact me at (415)701-4811 or merrick.pascual@sfgov.org. Thank you.



Merrick Pascual
Chief Financial Officer
Office of Economic and Workforce Development
1 South Van Ness, San Francisco, CA 94103-5416



1 Dr. Carlton B. Goodlett Place, Room 448   San Francisco, CA 94102 | www.oewd.org
p: 415.554.6969   f: 415.554.6018

Case: 19-30088    Doc# 7252-2    Filed: 05/15/20    Entered: 05/15/20 13:40:00    Page 3 of 17

DocuSign Envelope ID: 4B6A3B32-8E59-4559-8478-39D8A5A75EFA



City and County of San Francisco: Office of Mayor London N. Breed
Economic and Workforce Development : Joaquin Torres, Director

**Hunters Point Power Plant, OEWD Invoice No: OEWDHPPP_5, Q1 FY 18-19**

| **To:** | **Remit Payment to:** |
|---|---|
| Darin Cline | Office of Economic and Workforce Development |
| Pacific Gas and Electric Company | Attn: Thomas Shanahan |
| 77 Beale Street, Room 2977C | 1 Dr. Carlton B. Goodlett Place, Room 448 |
| San Francisco, CA 94105 | San Francisco, CA 94102-4653 |

| Description | # of Hours | Hourly Rate | Amount |
|---|---:|---:|---:|
| **Leigh Lutenski, Project Manager** <br> Office of Economic and Workforce Development <br> July 1, 2018 - September 30, 2018 | 20.00 | $ 129.00 | $ 2,580.00 |
| | | **TOTAL AMOUNT DUE:** | **$ 2,580.00** |

DocuSign Envelope ID: 4B6A3B32-8E59-4559-8478-39D8A5A75EFA



City and County of San Francisco: Office of Mayor London N. Breed
Economic and Workforce Development: Joaquin Torres, Director

**Hunters Point Power Plant, OEWD Invoice No: OEWDHPPP_5, Q1 FY 18-19**

| To: | Remit Payment to: |
|---|---|
| Darin Cline | Office of Economic and Workforce Development |
| Pacific Gas and Electric Company | Attn: Thomas Shanahan |
| 77 Beale Street, Room 2977C | 1 Dr. Carlton B. Goodlett Place, Room 448 |
| San Francisco, CA 94105 | San Francisco, CA 94102-4653 |

| Leigh Lutenski, July 1, 2018 - September 30, 2018 ||||||
|---|---|---|---|---|---|
| Months | Description of Work | # of Hours | Hourly Rate || Amount ||
| July | Coordinated with internal City staff regarding project and other City-PG&E items. | 6.00 | $ | 129.00 | $ | 774.00 |
| August | | 9.00 | $ | 129.00 | $ | 1,161.00 |
| September | | 5.00 | $ | 129.00 | $ | 645.00 |
| | | **Subtotal this Invoice** || | $ | 2,580.00 |
| | | **TOTAL AMOUNT DUE:** || | $ | 2,580.00 |

1 Dr. Carlton B. Goodlett Place, Room 448    San Francisco, CA 94102  |  www.oewd.org

p: 415.554.6969   f: 415.554.6018

DocuSign Envelope ID: 8CD61D08-60DA-439B-A705-508F561B246D



City and County of San Francisco: Office of Mayor London N. Breed
Economic and Workforce Development: Joaquin Torres, Director

May 1, 2019

Darin Cline
Pacific Gas and Electric Company
77 Beale Street, Room 2977C
San Francisco, CA 94105

Dear Mr. Cline:

Pursuant to the Exclusive Negotiating Agreement between Pacific Gas and Electric Company and the City and County of San Francisco — please find enclosed invoices from City Agencies and City Contractors for work performed on the Hunters Point Power Plant project.

Payment should be made out directly to the Office of Economic and Workforce Development in **one (1) consolidated check**, and mailed to the attention of Thomas Shanahan (address below) for distribution amongst City Agencies and City Contractors.

    Office of Economic and Workforce Development
    Attn: Thomas Shanahan
    City Hall, Rm. 448
    1 Dr. Carlton B. Goodlett Place
    San Francisco, CA 94102

| Department | Invoice Number | Invoice Period | Total |
|---|---|---|---|
| OEWD | OEWDHPPP_6 | October 1, 2018 - December 31, 2018 | $ 6,063.00 |
| **Total Amount Due:** | | | **$ 6,063.00** |

Sincerely,

*[DocuSigned by: 8687E129144B45D...]*

Merrick Pascual
Chief Financial Officer
Office of Economic and Workforce Development



1 Dr. Carlton B. Goodlett Place, Room 448     San Francisco, CA 94102 | www.oewd.org
p: 415.554.6969    f: 415.554.6018

DocuSign Envelope ID: 8CD61D08-60DA-439B-A705-508F561B246D



City and County of San Francisco: Office of Mayor London N. Breed
Economic and Workforce Development: Joaquin Torres, Director

| | |
|---|---|
| **Date:** | May 1, 2019 |
| **To:** | Darin Cline<br>Pacific Gas and Electric Company<br>77 Beale Street, Room 2977C<br>San Francisco, CA 94105 |
| **CC:** | Thomas Shanahan |
| **From:** | Merrick Pascual |
| **Subject:** | Hunters Point Power Plant, OEWD Invoice No: OEWDHPPP_6, Q2 FY 18-19 |

**This is a payment request for Q2 FY 18-19 (October 1, 2018 - December 31, 2018) in the amount of $6,063.00.**

Please make the check payable to the CCSF – Office of Economic & Workforce Development. If you have questions or need additional information do not hesitate to contact me at (415)701-4811 or merrick.pascual@sfgov.org. Thank you.



Merrick Pascual
Chief Financial Officer
Office of Economic and Workforce Development
1 South Van Ness, San Francisco, CA 94103-5416



1 Dr. Carlton B. Goodlett Place, Room 448    San Francisco, CA 94102 | www.oewd.org
p: 415.554.6969   f: 415.554.6018

DocuSign Envelope ID: 8CD61D08-60DA-439B-A705-508F561B246D



**Hunters Point Power Plant, OEWD Invoice No: OEWDHPPP_6, Q2 FY 18-19**

**To:**
Darin Cline
Pacific Gas and Electric Company
77 Beale Street, Room 2977C
San Francisco, CA 94105

**Remit Payment to:**
Office of Economic and Workforce Development
Attn: Thomas Shanahan
1 Dr. Carlton B. Goodlett Place, Room 448
San Francisco, CA 94102-4653

| Description | # of Hours | Hourly Rate | Amount |
|---|---:|---:|---:|
| **Leigh Lutenski, Project Manager** | | | |
| Office of Economic and Workforce Development | 47.00 | $ 129.00 | $ 6,063.00 |
| October 1, 2018 - December 31, 2018 | | | |
| | | **TOTAL AMOUNT DUE:** | **$ 6,063.00** |

1 Dr. Carlton B. Goodlett Place, Room 448　　San Francisco, CA 94102 | www.oewd.org
p: 415.554.6969　f: 415.554.6018



**Hunters Point Power Plant, OEWD Invoice No: OEWDHPPP_6, Q2 FY 18-19**

**To:**
Darin Cline
Pacific Gas and Electric Company
77 Beale Street, Room 2977C
San Francisco, CA 94105

**Remit Payment to:**
Office of Economic and Workforce Development
Attn: Thomas Shanahan
1 Dr. Carlton B. Goodlett Place, Room 448
San Francisco, CA 94102-4653

| Leigh Lutenski, October 1, 2018 - December 31, 2018 | | | | |
|---|---|---|---|---|
| **Months** | **Description of Work** | **# of Hours** | **Hourly Rate** | **Amount** |
| October | Coordinated with internal City staff regarding project and other City-PG&E items. | 19.00 | $ 129.00 | $ 2,451.00 |
| November | | 23.00 | $ 129.00 | $ 2,967.00 |
| December | | 5.00 | $ 129.00 | $ 645.00 |
| | | *Subtotal this Invoice* | | $ 6,063.00 |
| | | **TOTAL AMOUNT DUE:** | | **$ 6,063.00** |



1 Dr. Carlton B. Goodlett Place, Room 448    San Francisco, CA 94102 | www.oewd.org
p: 415.554.6969   f: 415.554.6018

DocuSign Envelope ID: 47A35AAF-2C12-472A-B367-3A3AA99DB4BB



City and County of San Francisco: Office of Mayor London N. Breed
Economic and Workforce Development : Joaquin Torres, Director

July 25, 2019

Darin Cline
Pacific Gas and Electric Company
77 Beale Street, Room 2977C
San Francisco, CA 94105

Dear Mr. Cline:

Pursuant to the MOU between Pacific Gas and Electric Company and the City and County of San Francisco — please find enclosed invoices from City Agencies and City Contractors for work performed on the Hunters Point Power Plant project.

Payment should be made out directly to the Office of Economic and Workforce Development in one (1) consolidated check, and mailed to the attention of J'Wel Vaughan (address below) for distribution amongst City Agencies and City Contractors.

    Office of Economic and Workforce Development
    Attn: J'Wel Vaughan
    City Hall, Rm. 448
    1 Dr. Carlton B. Goodlett Place
    San Francisco, CA 94102

| Department | Invoice Number | Invoice Period | Total |
|---|---|---|---|
| OEWD | OEWDHPPP_7 | December 31, 2018 - January 29, 2019 | $ 1,911.00 |
| **Total Amount Due:** | | | **$ 1,911.00** |

Sincerely,



Merrick Pascual
Chief Financial Officer
Office of Economic and Workforce Development



1 Dr. Carlton B. Goodlett Place, Room 448     San Francisco, CA 94102 | www.oewd.org
p: 415.554.6969    f: 415.554.6018

DocuSign Envelope ID: 47A35AAF-2C12-472A-B367-3A3AA99DB4BB



City and County of San Francisco: Office of Mayor London N. Breed
Economic and Workforce Development : Joaquin Torres, Director

| | |
|---|---|
| **Date:** | July 25, 2019 |
| **To:** | Darin Cline<br>Pacific Gas and Electric Company<br>77 Beale Street, Room 2977C<br>San Francisco, CA 94105 |
| **CC:** | J'Wel Vaughan |
| **From:** | Merrick Pascual |
| **Subject:** | Hunters Point Power Plant, OEWD Invoice No: OEWDHPPP_7, Q3 FY 18-19 Invoice 1 of 2 |

**This is a payment request for Q3 FY 18-19 Invoice 1 of 2 (December 31, 2018 - January 29, 2019) in the amount of $1,911.00.**

Please make the check payable to the CCSF – Office of Economic & Workforce Development. If you have questions or need additional information do not hesitate to contact me at (415)701-4811 or merrick.pascual@sfgov.org. Thank you.



Merrick Pascual
Chief Financial Officer
Office of Economic and Workforce Development
1 South Van Ness, San Francisco, CA 94103-5416



1 Dr. Carlton B. Goodlett Place, Room 448   San Francisco, CA 94102 | www.oewd.org
p: 415.554.6969   f: 415.554.6018



City and County of San Francisco: Office of Mayor London N. Breed
Economic and Workforce Development : Joaquin Torres, Director

**Hunters Point Power Plant, OEWD Invoice No: OEWDHPPP_7, Q3 FY 18-19 Invoice 1 of 2**

| To: | Remit Payment to: |
|---|---|
| Darin Cline | Office of Economic and Workforce Development |
| Pacific Gas and Electric Company | Attn: J'Wel Vaughan |
| 77 Beale Street, Room 2977C | 1 Dr. Carlton B. Goodlett Place, Room 448 |
| San Francisco, CA 94105 | San Francisco, CA 94102-4653 |

| Description | # of Hours | Hourly Rate | Amount |
|---|---:|---:|---:|
| **Leigh Lutenski, Project Manager** | | | |
| Office of Economic and Workforce Development | 4.00 | $ 129.00 | $ 516.00 |
| December 31, 2018 - January 11, 2019 | | | |
| **Leigh Lutenski, Project Manager** | | | |
| Office of Economic and Workforce Development | 9.00 | $ 155.00 | $ 1,395.00 |
| January 14, 2019 - January 29, 2019 | | | |
| | | **TOTAL AMOUNT DUE:** | **$ 1,911.00** |

1 Dr. Carlton B. Goodlett Place, Room 448        San Francisco, CA 94102 | www.oewd.org
p: 415.554.6969   f: 415.554.6018

DocuSign Envelope ID: 47A35AAF-2C12-472A-B367-3A3AA99DB4BB



City and County of San Francisco: Office of Mayor London N. Breed
Economic and Workforce Development : Joaquin Torres, Director

**Hunters Point Power Plant, OEWD Invoice No: OEWDHPPP_7, Q3 FY 18-19 Invoice 1 of 2**

| To: | Remit Payment to: |
|---|---|
| Darin Cline | Office of Economic and Workforce Development |
| Pacific Gas and Electric Company | Attn: J'Wel Vaughan |
| 77 Beale Street, Room 2977C | 1 Dr. Carlton B. Goodlett Place, Room 448 |
| San Francisco, CA 94105 | San Francisco, CA 94102-4653 |

| Leigh Lutenski, December 31, 2018 - January 11, 2019 | | | | |
|---|---|---|---|---|
| Months | Description of Work | # of Hours | Hourly Rate | Amount |
| December | Coordinated with internal City staff regarding project and other City-PG&E items. | 1.00 | $ 129.00 | $ 129.00 |
| January | | 3.00 | $ 129.00 | $ 387.00 |
| | | *Subtotal this Invoice* | | $ 516.00 |

| Leigh Lutenski, January 14, 2019 - January 29, 2019 | | | | |
|---|---|---|---|---|
| Months | Description of Work | # of Hours | Hourly Rate | Amount |
| January | Coordinated with internal City staff regarding project and other City-PG&E items. | 9.00 | $ 155.00 | $ 1,395.00 |
| | | *Subtotal this Invoice* | | $ 1,395.00 |
| | | **TOTAL AMOUNT DUE:** | | **$ 1,911.00** |



DocuSign Envelope ID: 47A35AAF-2C12-472A-B367-3A3AA99DB4BB



City and County of San Francisco: Office of Mayor London N. Breed
Economic and Workforce Development : Joaquin Torres, Director

July 25, 2019

Darin Cline
Pacific Gas and Electric Company
77 Beale Street, Room 2977C
San Francisco, CA 94105

Dear Mr. Cline:

Pursuant to the MOU between Pacific Gas and Electric Company and the City and County of San Francisco — please find enclosed invoices from City Agencies and City Contractors for work performed on the Hunters Point Power Plant project.

Payment should be made out directly to the Office of Economic and Workforce Development in one (1) consolidated check, and mailed to the attention of J'Wel Vaughan (address below) for distribution amongst City Agencies and City Contractors.

    Office of Economic and Workforce Development
    Attn: J'Wel Vaughan
    City Hall, Rm. 448
    1 Dr. Carlton B. Goodlett Place
    San Francisco, CA 94102

| Department | Invoice Number | Invoice Period | Total |
|---|---|---|---|
| OEWD | OEWDHPPP_8 | January 30, 2019 - March 31, 2019 | $ 155.00 |
| **Total Amount Due:** | | | **$ 155.00** |

Sincerely,



Merrick Pascual
Chief Financial Officer
Office of Economic and Workforce Development



1 Dr. Carlton B. Goodlett Place, Room 448    San Francisco, CA 94102 | www.oewd.org
p: 415.554.6969   f: 415.554.6018

DocuSign Envelope ID: 47A35AAF-2C12-472A-B367-3A3AA99DB4BB



City and County of San Francisco: Office of Mayor London N. Breed
Economic and Workforce Development: Joaquin Torres, Director

| | |
|---|---|
| **Date:** | July 25, 2019 |
| **To:** | Darin Cline<br>Pacific Gas and Electric Company<br>77 Beale Street, Room 2977C<br>San Francisco, CA 94105 |
| **CC:** | J'Wel Vaughan |
| **From:** | Merrick Pascual |
| **Subject:** | Hunters Point Power Plant, OEWD Invoice No: OEWDHPPP_8, Q3 FY 18-19 Invoice 2 of 2 |

**This is a payment request for Q3 FY 18-19 Invoice 2 of 2 (January 30, 2019 - March 31, 2019) in the amount of $155.00.**

Please make the check payable to the CCSF – Office of Economic & Workforce Development. If you have questions or need additional information do not hesitate to contact me at (415)701-4811 or merrick.pascual@sfgov.org. Thank you.



Merrick Pascual
Chief Financial Officer
Office of Economic and Workforce Development
1 South Van Ness, San Francisco, CA 94103-5416



1 Dr. Carlton B. Goodlett Place, Room 448      San Francisco, CA 94102 | www.oewd.org
p: 415.554.6969   f: 415.554.6018

DocuSign Envelope ID: 47A35AAF-2C12-472A-B367-3A3AA99DB4BB



City and County of San Francisco: Office of Mayor London N. Breed
Economic and Workforce Development : Joaquin Torres, Director

**Hunters Point Power Plant, OEWD Invoice No: OEWDHPPP_8, Q3 FY 18-19 Invoice 2 of 2**

**To:**
Darin Cline
Pacific Gas and Electric Company
77 Beale Street, Room 2977C
San Francisco, CA 94105

**Remit Payment to:**
Office of Economic and Workforce Development
Attn: J'Wel Vaughan
1 Dr. Carlton B. Goodlett Place, Room 448
San Francisco, CA 94102-4653

| Description | # of Hours | Hourly Rate | Amount |
|---|---|---|---|
| **Leigh Lutenski, Project Manager** <br> Office of Economic and Workforce Development <br> January 30, 2019 - March 31, 2019 | 1.00 | $ 155.00 | $ 155.00 |
| | | **TOTAL AMOUNT DUE:** | **$ 155.00** |

1 Dr. Carlton B. Goodlett Place, Room 448   San Francisco, CA 94102  |  www.oewd.org
p: 415.554.6969   f: 415.554.6018
Case: 19-30088    Doc# 7252-2    Filed: 05/15/20    Entered: 05/15/20 13:40:00    Page 16 of 17

DocuSign Envelope ID: 47A35AAF-2C12-472A-B367-3A3AA99DB4BB



City and County of San Francisco: Office of Mayor London N. Breed
Economic and Workforce Development : Joaquin Torres, Director

**Hunters Point Power Plant, OEWD Invoice No: OEWDHPPP_8, Q3 FY 18-19 Invoice 2 of 2**

**To:**
Darin Cline
Pacific Gas and Electric Company
77 Beale Street, Room 2977C
San Francisco, CA 94105

**Remit Payment to:**
Office of Economic and Workforce Development
Attn: J'Wel Vaughan
1 Dr. Carlton B. Goodlett Place, Room 448
San Francisco, CA 94102-4653

| Leigh Lutenski, January 30, 2019 - March 31, 2019 | | | | |
|---|---|---|---|---|
| **Months** | **Description of Work** | **# of Hours** | **Hourly Rate** | **Amount** |
| February | Coordinated with internal City staff regarding project and other City-PG&E items. | 1.00 | $ 155.00 | $ 155.00 |
| | | *Subtotal this Invoice* | | $ 155.00 |
| | | **TOTAL AMOUNT DUE:** | | **$ 155.00** |

1 Dr. Carlton B. Goodlett Place, Room 448    San Francisco, CA 94102 | www.oewd.org
p: 415.554.6969   f: 415.554.6018