RICHARD A. MARSHACK, #107291
rmarshack@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Gerald Singleton, SBN 208783
Gary LoCurto, SBN 270372
SINGLETON LAW FIRM, APC
450 A Street, 5th Floor
San Diego, CA 92101
Tel: (619) 771-3473
Email:  gerald@slffirm.com
         glocurto@slffirm.com

Attorneys for SLF Fire Victim Claimants

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>   and<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br><br>                    Debtors<br><br>Affects:<br>☐ PG&E Corporation<br>☐ Pacific Gas & Electric Company<br>☒ Both Debtors<br><br>* All papers shall be filed in the Lead Case,<br>   No. 19-30088 (DM). | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case–Jointly Administered)<br><br>NOTICE OF HEARING ON MOTION TO ALLOW/DEEM TIMELY LATE FILING OF PROOF OF CLAIM OF Mr. JAMES BOSTON, JR.<br><br>Date:   June 9, 2020<br>Time:  10:00 a.m. (Pacific)<br>Place:  **Telephonic Appearances Only**<br>           United States Bankruptcy Court:<br>           Courtroom 17, 16th Floor<br>           San Francisco, CA 94102<br><br>Objection Deadline:  May 26, 2020 |

**PLEASE TAKE NOTICE** that on May 15, 2020, as Dk. No. 7251, the Singleton Law Firm ("SLF") filed a motion on behalf of Mr. James Boston, Jr. ("Movant") to allow/deem timely late filed proof of claim and leave to submit ballot prior to the May 15, 2020 deadline ("Motion").

1

**PLEASE TAKE NOTICE** that the telephonic hearing on the Motion will take place on June 9, 2020, at 10:00 a.m. (Pacific Time) in the Courtroom of the Honorable Dennis Montali, United States Bankruptcy Judge, Courtroom 17, 16th Floor, 450 Golden Gate Avenue, San Francisco, CA 91402.

**PLEASE TAKE FURTHER NOTICE** that any oppositions or responses to the Motion must be in writing, filed with the Bankruptcy Court, and served on the counsel for the SLF Fire Victim Claimants at the above-referenced addresses so as to be received by the time set by the Bankruptcy Court. Any oppositions or responses must be filed and served on all "Standard Parties" as defined in, and in accordance with, the Second Amended Order Implementing Certain Notice and Case Management Procedures entered on May 14, 2019 (EFC No. 1996) ("Case Management Order"). Any relief requested in the Motion may be granted without a hearing if no opposition is timely filed and served in accordance with the Case Management Order. In deciding the Motion, the Court may consider any other document filed in these Chapter 11 Cases and related adversary proceedings.

**PLEASE TAKE FURTHER NOTICE THAT** that copies of the Motion and its supporting papers can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC , at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by email at: pgeinfo@primeclerk.com.

Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: May 15, 2020                MARSHACK HAYS LLP

                                   /S/ *Laila Masud*
                                   BY: RICHARD A. MARSHACK
                                        LAILA MASUD
                                        ATTORNEYS FOR SLF CLAIMANTS