1  RUTAN & TUCKER, LLP
   Roger F. Friedman (State Bar No. 186070)
2  rfriedman@rutan.com
   Philip J. Blanchard (State Bar No. 192378)
3  pblanchard@rutan.com
   Ashley M. Teesdale (State Bar No. 289919)
4  ateesdale@rutan.com
   611 Anton Boulevard, Suite 1400
5  Costa Mesa, California 92626-1931
   Telephone:   714-641-5100
6  Facsimile:    714-546-9035

7  Attorneys for Creditor ARB, INC.

8                    UNITED STATES BANKRUPTCY COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11 | In re                          | Case No. 19-30088 DM (Lead Case)

12 | PG&E CORPORATION               | (Jointly Administered with Case No. 19-30089 DM)

13 |                                |

14 |      and                       | Chapter 11

   | PACIFIC GAS AND ELECTRIC
15 | COMPANY

16 |           Debtors.             | **ARB, INC.'S OBJECTION TO SCHEDULE OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES TO BE ASSUMED PURSUANT TO THE PLAN AND PROPOSED CURE AMOUNTS, AND RESERVATION OF RIGHTS**

17 | ☐ Affects PG&E Corporation

18 | ☐ Affects Pacific Gas and Electric
   |     Company                    | [Related Dkt. Nos. 6320 & 7037]
19 | ☒ Affects both Debtors.

20 |                                | Date:      May 27, 2020
   | * All papers shall be filed in the Lead | Time:      10:00 a.m.
21 | Case No. 19-30088 DM.          | Courtroom: 17
22

23          ARB, Inc. ("ARB"), hereby asserts its objection and reservation of rights

24 ("Objection") to the Debtors' *Schedule of Executory Contracts and Unexpired Leases to be*

25 *Assumed Pursuant to the Plan and Proposed Cure Amounts* ("Assumption Schedule"),

26 which is attached as Exhibit B to the *Notice of Filing of Plan Supplement in Connection*

27 *With Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated*

28 *March 16, 2020* [Dkt. No. 7037] ("Plan Supplement"), and states as follows:

Rutan & Tucker, LLP
attorneys at law
15073750.2 a05/15/20

1.     The Assumption Schedule lists a total of 19 ARB contracts with the Debtors. The Debtors have omitted from the Assumption Schedule several of ARB's contracts with the Debtors, and the Debtors have not correctly identified the amounts required to cure the ARB contracts.  Due to the limited descriptions and information the Debtors provided in the Assumption Schedule, it is unclear which of ARB contracts the Debtors are seeking to assume, and what cure balances are associated with each of ARB's contracts the Debtors are seeking to assume.  Therefore, for the purpose of preserving all of ARB's rights and claims against the Debtors in these bankruptcy cases in which the proposed Plan provides for payment in full of ARB's allowed claims, ARB files this Objection.

**Procedural Background**

2.     On January 29, 2019 ("Petition Date"), the Debtors commenced their bankruptcy cases under chapter 11 of title 11 of the United States Code ("Bankruptcy Code").  The Debtors' bankruptcy cases currently are pending before this Court.

3.     The Debtors continue to operate their businesses and manage their properties as debtors-in-possession under sections 1107(a) and 1108 of the Bankruptcy Code.

4.     The Debtors' chapter 11 bankruptcy cases are being jointly administered.

5.     On or about March 16, 2020, the Debtors filed the *Debtors' and Shareholder Proponents' Chapter 11 Plan of Reorganization dated March 16, 2020* [Dkt. No. 6320] ("Plan").

6.     On or about May 1, 2020, the Debtors filed the Plan Supplement, including the Assumption Schedule as Exhibit B to the Plan Supplement.

**ARB's Contracts With the Debtors, and ARB's Claims Against the Debtors**

7.     ARB is a corporation that has provided and delivered labor, services, equipment, and materials for the construction and improvement of various projects on real property located in the State of California and owned by the Debtors, under the terms of various contracts between ARB and the Debtors.

8.     ARB recorded with various County Recorders mechanics liens and amended mechanics liens with respect to some of the projects, and ARB also filed with the

Rutan & Tucker, LLP
attorneys at law
15073750.2 a05/15/20

-2-

Bankruptcy Court in the Debtors' bankruptcy cases Notices of Continued Perfection of Mechanics Liens Pursuant to 11 U.S.C. § 546(b)(2) and Notices of Continued Perfection of Amended Mechanics Liens Pursuant to 11 U.S.C. § 546(b)(2) with respect to its recorded mechanics liens. Thus, a portion of ARB's claims against the Debtors is secured. On or about October 8, 2019, ARB filed a *Proof of Claim* for ARB's secured claims against the Debtors ("Claim No. 17414"). A true and correct copy of Claim No. 17414 is attached hereto as Exhibit 1. On or about October 16, 2019, CitiGroup Financial Products, Inc. ("CitiGroup") filed a *Transfer of Claim Other Than for Security* [Dkt. No 4224], evidencing a transfer of Claim No. 17414 from ARB to CitiGroup.

9.      ARB did not record mechanics liens with respect to some of the projects. Thus, a portion of ARB's claims against the Debtors is unsecured. On or about October 8, 2019, ARB filed a *Proof of Claim* for ARB's unsecured claims against the Debtors with respect to those invoices that the Debtors had approved in the Debtors' Taulia Business Exchange System as of October 3, 2019 ("Claim No. 17455"). A true and correct copy of Claim No. 17455 is attached hereto as Exhibit 2. On or about October 16, 2019, CitiGroup filed a *Transfer of Claim Other Than for Security* [Dkt. No 4223], evidencing a transfer of Claim No. 17455 from ARB to CitiGroup.

10.      ARB has additional unsecured claims against the Debtors with respect to invoices that the Debtors had not yet approved in the Debtors' Taulia Business Exchange System as of October 3, 2019. On or about October 21, 2019, ARB filed a *Proof of Claim* for ARB's unsecured claims against the Debtors with respect to those invoices that the Debtors had not yet approved in the Debtors' Taulia Business Exchange System as of October 3, 2019 ("Claim No. 68150"). A true and correct copy of Claim No. 68150 is attached hereto as Exhibit 3. ARB has not transferred Claim No. 68150.

11.      In addition to the amounts identified in Claim No. 17414, Claim No. 17455, and Claim No. 68150 for prepetition amounts owing, ARB also has administrative claims against the Debtors with respect to services ARB provided to the Debtors after the Petition

Date, which amounts remain unpaid. A schedule the these unpaid amounts for postpetition services is attached hereto as Exhibit 4.

12. Documentation in support of the above-referenced claims is voluminous and includes, among other things, contract documents, change orders, invoices, pay applications, written communications between ARB and the Debtors, engineering and design documents, and expert reports. All documentation can be provided upon request.

13. ARB has performed all of the obligations, conditions, covenants, and promises that ARB is required to perform in accordance with the contracts governing ARB's construction and improvement of projects for the Debtors, except for those terms for which performance has been excused. ARB properly invoiced the Debtors pursuant to the payment terms of those contracts for ARB's construction and improvement of projects for the Debtors. ARB reasonably incurred these costs to construct and improve the projects on the Debtors' behalf and for the Debtors' benefit.

14. The Debtors are required to pay some or all of the amounts identified in Exhibits 1 through 4 attached to this Objection for the Debtors to cure and assume the contracts between ARB and the Debtors. ARB is continuing to investigate the various ARB contracts listed in the Assumption Schedule and the various ARB contracts not listed in the Assumption Schedule. ARB reserves all of its rights and claims to assert additional or different cure amounts once it is able to reconcile with the Debtors what contracts they are attempting to assume and the outstanding balances associated therewith.

## DISCUSSION

15. Section 365(b)(1) of the Bankruptcy Code provides, in relevant part, as follows:

> If there has been a default in an executory contract or unexpired lease of the debtor, the trustee may not assume such contract or lease unless, at the time of assumption of such contract or lease, the trustee –

1    (A) cures, or provides adequate assurance that the trustee will

2    promptly cure, such default. . .

3

4    (B) compensates, or provides adequate assurance that the trustee will

5    promptly compensate, a party other than the debtor to such contract

6    or lease, for any actual pecuniary loss to such party resulting from

7    such default; and

8

9    (C) provides adequate assurance of future performance under such

10   contract or lease.

11   (11 U.S.C. § 365(b)(1).)

12        16.    Paragraph 3 of the Assumption Schedule states, in relevant part,

13   Schedule of Assumed Contracts. **Pursuant to Article VIII of the**

14   **Plan, as of, and subject to, the occurrence of the Effective Date**

15   **of the Plan and the payment of any applicable Cure Amount (as**

16   **defined below), all executory contracts and unexpired leases of**

17   **the Reorganized Debtors shall be deemed assumed** unless any

18   such executory contract or unexpired lease (i) was previously

19   assumed or rejected by the Debtors, pursuant to a Final Order,

20   (ii) previously expired or terminated pursuant to its own terms or by

21   agreement of the parties thereto, (iii) is the subject of a motion to

22   assume, assume and assign, or reject filed by the Debtors on or

23   before the Confirmation Date, or (iv) is specifically designated as an

24   executory contract or unexpired lease to be rejected under the Plan in

25   the Schedule of Rejected Contracts

26   (Assumption Schedule, at ¶ 3 [emphasis added].)

27        17.    None of the qualifying language in Paragraph 3 of the Assumption Schedule

28   applies to ARB's contracts with the Debtors, and therefore, according to Paragraph 3 of the

Rutan & Tucker, LLP
attorneys at law
15073750.2 a05/15/20

Assumption Schedule, all of ARB's contracts with the Debtors are to be assumed by the Debtors. ARB does not object to the Debtors' assumption of ARB's contracts with the Debtors.

18. It appears, however, that the Debtors have omitted from the Assumption Schedule several of ARB's contracts with the Debtors, and the Debtors have not correctly identified the amounts required to cure the ARB contracts. Due to the limited descriptions and information the Debtors provided in the Assumption Schedule, it is unclear from the Debtors' listing of contracts in the Assumption Schedule which of ARB's contracts the Debtors are attempting to assume and the amounts of the cure balances associated with each of ARB's contracts.

19. Accordingly, the Debtors should be required to (a) clarify which of ARB's contracts the Debtors are seeking to assume under the Plan and the Assumption Schedule, (b) provide ARB and its counsel with sufficient identifying information to identify each of ARB's contracts the Debtors are seeking to assume, and (c) clarify and/or correct the amounts of the cure balances associated with each of ARB's contracts the Debtors are seeking to assume.

20. In addition, ARB should be given sufficient time after receiving that information to investigate the same, determine the correct amounts owing under each contract to be assumed, and file any further objections it may then have to the Assumption Schedule.

## **RESERVATION OF RIGHTS**

21. ARB reserves all of its rights to object to the Assumption Schedule and the cure amounts listed therein once the Debtors have clarified which ARB contracts they are seeking to assume under the Plan and the Assumption Schedule. ARB reserves all of its rights, claims, and liens against the Debtors, the Debtors' property, and all other parties. ARB reserves all of its rights to amend, modify, or supplement this Objection and its objections to the Assumption Schedule and the cure amounts for any reason, at any time

1  and from time to time, and in any respect, as additional information becomes available,

2  including as to any additional amounts that become due before the assumption date.

3        WHEREFORE, for the foregoing reasons, this Court should enter an order

4  (1) requiring the Debtors to properly and adequately identify in the Assumption Schedule

5  each of the ARB contracts the Debtors are seeking to assume, (2) allowing ARB, after

6  such proper identification, a reasonable period of time to investigate and assert any

7  applicable objections to the Assumption Schedule with respect to the identified ARB

8  contracts, (3) requiring, as a condition to the Debtors' assumption or assignment of any

9  ARB contracts, that the Debtors pay all unpaid prepetition and post-petition amounts

10  accrued thereunder through the effective date of assumption, and (4) granting such other

11  and further relief that the Court deems just and appropriate.

12

13  Dated:  May 15, 2020                 RUTAN & TUCKER, LLP
                                      ROGER F. FRIEDMAN

14                                        PHILIP J. BLANCHARD
                                      ASHLEY M. TEESDALE

15

16

17                                By: _____ /s/ Roger F. Friedman _____

                                      Roger F. Friedman

18                                        Attorneys for Creditor ARB, INC.

19

20

21

22

23

24

25

26

27

28

Rutan & Tucker, LLP
attorneys at law
15073750.2 a05/15/20

# EXHIBIT 1

## United States Bankruptcy Court, Northern District of California

**Fill in this information to identify the case (Select only one Debtor per claim form):**

☐ PG&E Corporation (19-30088)

☒ Pacific Gas and Electric Company (19-30089)

Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

Unless an exception in the Bar Date Order applies to you, you should not use this form to submit a claim that arises out of or relates to the fires that occurred in Northern California prior to January 29, 2019.

### Part 1: Identify the Claim

**1. Who is the current creditor?**

ARB, Inc.

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Rutan & Tucker, LLP
c/o Roger F. Friedman
611 Anton Boulevard, Suite 1400
Costa Mesa, CA  92626

Contact phone   714-641-5100
Contact email   rfriedman@rutan.com

Where should payments to the creditor be sent? (if different)

Contact phone _____
Contact email _____

**4. Does this claim amend one already filed?**

☒ No
☐ Yes. Claim number on court claims registry (if known)_____

Filed on _____
                     MM  / DD  / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☒ No
☐ Yes. Who made the earlier filing? _____

Case: 19-30088    Doc# 7255    Filed: 05/15/20    Entered: 05/15/20 13:54:57    Page 9 of
64

Exhibit 9    Page 8

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

**7. How much is the claim?**

$ 28,041,655.92

**Does this amount include interest or other charges?**

☒ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

See attached.

_____

**9. Is all or part of the claim secured?**

☐ No

☑ Yes. The claim is secured by a lien on property.

**Nature of property:**

☑ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** Mechanics liens.  See attached.

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $_____

**Amount of the claim that is secured:** $_____

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $_____

**Annual Interest Rate** (when case was filed) _____%

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

☐ Yes. *Check one:*

|  |  | **Amount entitled to priority** |
|---|---|---|
| ☐ | Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ | Up to $2,850 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☐ | Wages, salaries, or commissions (up to $12,850) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| ☐ | Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| ☐ | Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| ☐ | Other. Specify subsection of 11 U.S.C. § 507(a)(____) that applies. | $_____ |

\* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

---

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

**Signature:** *Roger F. Friedman*
Roger F. Friedman (Oct 8, 2019)

**Email:** rfriedman@rutan.com

_____
Signature

Print the name of the person who is completing and signing this claim:

| | |
|---|---|
| Name | Roger F. Friedman |
| | First name    Middle name    Last name |
| Title | Partner |
| Company | Rutan & Tucker, LLP |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. |
| Address | 611 Anton Boulevard, Suite 1400 |
| | Number    Street |
| | Costa Mesa, CA  92626 |
| | City    State    ZIP Code |
| Contact phone | 714-641-5100 |    Email    rfriedman@rutan.com |

**Attach Supporting Documentation** (limited to a single PDF attachment that is less than 5 megabytes in size and under 100 pages):

☒ I have supporting documentation.
  (attach below)

☐ I do not have supporting documentation.

 **Attachment**

PLEASE REVIEW YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTS AND REDACT ACCORDINGLY PRIOR TO UPLOADING THEM. PROOFS OF CLAIM AND ATTACHMENTS ARE PUBLIC DOCUMENTS THAT WILL BE AVAILABLE FOR ANYONE TO VIEW ONLINE.

IMPORTANT NOTE REGARDING REDACTING YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTATION When you submit a proof of claim and any supporting documentation you must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. The responsibility for redacting personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) rests solely with the party submitting the documentation and their counsel. Prime Clerk and the Clerk of the Court will not review any document for redaction or compliance with this Rule and you hereby release and agree to hold harmless Prime Clerk and the Clerk of the Court from the disclosure of any personal data identifiers included in your submission. In the event Prime Clerk or the Clerk of the Court discover that personal identifier data or information concerning a minor individual has been included in a pleading, Prime Clerk and the Clerk of the Court are authorized, in their sole discretion, to redact all such information from the text of the filing and make an entry indicating the correction.

# Instructions for Proof of Claim

United States Bankruptcy Court                                                          12/15

These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- **Fill in all of the information about the claim as of January 29, 2019.**

- **Fill in the caption at the top of the form.**

- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.** Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *redaction* on the next page.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents because attachments may be destroyed after scanning.**

- **If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.**

- **A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.** See Bankruptcy Rule 9037.

- **For a minor child, fill in only the child's initials and the full name of the child's parent or guardian.** For example, write *A.B., a minor child* (*John Doe, parent*). See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, either enclose a stamped self-addressed envelope and a copy of this form. You may view a list of filed claims in this case by visiting the Claims and Noticing Agent's website at https://restructuring.primeclerk.com/pge.

## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. § 101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may be required to give more information if the trustee or someone else in interest objects to the claim.

Case: 19-30088    Doc# 7255    Filed: 05/15/20    Entered: 05/15/20 13:54:37    Exhibit 1, Page 12
of 64

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. § 507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

**Secured claim under 11 U.S.C. § 506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of § 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

**Please send completed Proof(s) of Claim to:**

**If by first class mail:**
PG&E Corporation Claims Processing Center
c/o Prime Clerk LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**If by overnight courier or hand delivery:**
PG&E Corporation Claims Processing Center
c/o Prime Clerk LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

**You may also hand deliver your completed Proof(s) of Claim to any of the following service center offices (beginning July 15, 2019 through the Bar Date (October 21, 2019) during the hours of 8:30 a.m. – 5:00 p.m. Prevailing Pacific Time):**

Chico Service Center
350 Salem Street
Chico, CA 95928

Marysville Service Center
231 "D" Street
Marysville, CA 95901

Napa Service Center
1850 Soscol Ave. Ste 105
Napa, CA 94559

Oroville Service Center
1567 Huntoon Street
Oroville, CA 95965

Redding Service Center
3600 Meadow View Road
Redding, CA 96002

Santa Rosa Service Center
111 Stony Circle
Santa Rosa, CA 95401

**Photocopy machines will not be available at the Claim Service Centers; you must bring a photocopy of your claim if you wish to receive a date-stamped copy.**

| Do not file these instructions with your form |
| --- |

# United States Bankruptcy Court, Northern District of California

<div style="border:1px solid black">

**Fill in this information to identify the case (Select only one Debtor per claim form):**

☐ PG&E Corporation (19-30088)

☒ Pacific Gas and Electric Company (19-30089)

</div>

Official Form 410

# Proof of Claim

04/16

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

**Unless an exception in the Bar Date Order applies to you, you should not use this form to submit a claim that arises out of or relates to the fires that occurred in Northern California prior to January 29, 2019.**

## Part 1: Identify the Claim

| | |
|---|---|
| 1. Who is the current creditor? | ARB, Inc.<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor _____ |
| 2. Has this claim been acquired from someone else? | ☒ No<br>☐ Yes. From whom? _____ |
| 3. Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br><br>Rutan & Tucker, LLP<br>c/o Roger F. Friedman<br>611 Anton Boulevard, Suite 1400<br>Costa Mesa, CA 92626<br><br>Contact phone 714-641-5100<br>Contact email rfriedman@rutan.com | **Where should payments to the creditor be sent?** (if different)<br><br><br>Contact phone _____<br>Contact email _____ |
| 4. Does this claim amend one already filed? | ☒ No<br>☐ Yes. Claim number on court claims registry (if known) _____    Filed on _____ <br>   MM / DD / YYYY |
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☒ No<br>☐ Yes. Who made the earlier filing? _____ |

Case: 19-30088    Doc# 7255    Filed: 05/15/20    Entered: 05/15/20 13:54:57    Page 1 of 64    Exhibit 1 Page 14

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

**7. How much is the claim?**

$ $28,041,655.92 (see attached).

**Does this amount include interest or other charges?**

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

See attached.

**9. Is all or part of the claim secured?**

☐ No

☑ Yes. The claim is secured by a lien on property.

**Nature of property:**

☑ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:**    Mechanics liens. See attached.

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**    $_____

**Amount of the claim that is secured:**    $_____

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**    $_____

**Annual Interest Rate** (when case was filed)_____%

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.**    $_____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☒ No

☐ Yes. *Check one:*

**Amount entitled to priority**

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

$ _____

☐ Up to $2,850 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).

$ _____

☐ Wages, salaries, or commissions (up to $12,850) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).

$ _____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).

$ _____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).

$ _____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(____) that applies.

$ _____

\* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

---

**Part 3:  Sign Below**

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☒ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   10/08/2019 _____ (mm/dd/yyyy)


/S/ Roger F. Friedman
_____
Signature

Print the name of the person who is completing and signing this claim:

Name     Roger                    F.                     Friedman
         First name              Middle name            Last name

Title    Partner

Company  Rutan & Tucker, LLP
         Identify the corporate servicer as the company if the authorized agent is a servicer.

Address  611 Anton Boulevard, Suite 1400
         Number        Street
         Costa Mesa                      CA        92626
         City                            State     ZIP Code

Contact phone   714-641-5100            Email     rfriedman@rutan.com

Case: 19-30088   Doc# 7255   Filed: 05/15/20   Entered: 05/15/20 13:54:57   Page 17 of 64

Exhibit 1, Page 16

# ADDENDUM TO PROOF OF CLAIM

## SUBMITTED BY ARB, INC.

ARB, Inc. ("ARB" or "Creditor") submits its Proof of Claim in this bankruptcy case and asserts against PG&E Corporation and/or Pacific Gas and Electric Company (collectively, the "Debtors") the claims described below and on the attached exhibit. The Debtors' bankruptcy estate is obligated to Creditor as set forth below:

ARB is a corporation that has provided and delivered labor, services, equipment, and materials for the construction and improvement of various projects on real property located in the State of California and owned by the Debtors. ARB recorded with various County Recorders mechanics liens and amended mechanics liens with respect to some of the projects, and ARB also filed with the Bankruptcy Court in the Debtors' bankruptcy cases Notices of Continued Perfection of Mechanics Liens Pursuant to 11 U.S.C. § 546(b)(2) and Notices of Continued Perfection of Amended Mechanics Liens Pursuant to 11 U.S.C. § 546(b)(2) with respect to its recorded mechanics liens. Thus, a portion of ARB's total claim against the Debtors is secured. Attached hereto as Exhibit 1 is a table summarizing ARB's secured claims against the Debtors. This Proof of Claim is for ARB's secured claims against the Debtors.

ARB did not record mechanics liens with respect to some of the projects. Thus, a portion of ARB's total claim against the Debtors is unsecured. ARB is filing separately a Proof of Claim for ARB's unsecured claims against the Debtors.

ARB has performed all of the obligations, conditions, covenants, and promises required to be performed by it in accordance with the agreements governing ARB's construction and improvement of projects for the Debtors, except for those terms for which performance has been excused. ARB properly invoiced the Debtors pursuant to the payment terms of those agreements for ARB's construction and improvement of projects for the Debtors. ARB reasonably incurred these costs to construct and improve the projects on the Debtors' behalf and for the Debtors' benefit.

Documentation in support of ARB's claims is voluminous and includes, among other things, contract documents, change orders, invoices, pay applications, written communications between ARB and the Debtors, engineering and design documents, and expert reports. All documentation can be provided upon request.

## RESERVATION OF RIGHTS

Creditor reserves all legal, equitable, and contractual rights against all parties. Nothing contained herein is intended, nor should it be construed, to be (i) an admission or waiver by Creditor of any matter or thing, (ii) a waiver of a right to a jury trial on any matter or thing to which such a right exists, (iii) consent to the entry of a final order or a final judgment by the Bankruptcy Court, (iv) a release, waiver, or modification of any rights of Creditor against any person, entity, or property, or any property in which Creditor may have a security interest or lien, (v) a release, waiver, or modification of any provision of, or obligation under, any contract,

agreement, or understanding between Creditor and any other party, or (vi) an election of remedies by Creditor.

Creditor reserves the right to amend, modify, or supplement this Proof of Claim for any reason, at any time and from time to time, and in any respect, including, without limitation, for purposes of recharacterizing in any manner the claims set forth herein, asserting all or a portion of the claims set forth in this Proof of Claim against one or more of the Debtors if the Debtors or any other party-in-interest disputes that Creditor filed this Proof of Claim in the correct Debtor's bankruptcy case, reflecting any additional amounts owing from the Debtors, and including herein further relevant evidence and information.

2149/018579-0185
14759862.2 a05/08/19

# EXHIBIT 1

# Secured Claims

2149/018579-0185
14175986.2 a0/08/10

# OUTSTANDING SECURED MECHANICS LIEN CLAIMS

| NO. | REF. NO. | LIEN AMOUNT | JOB NAME | COUNTY | DATE RECORDED & DOC. NO. | NOTICE OF CONTINUED PERFECTION OF MECHANICS LIEN FILED |
|---|---|---|---|---|---|---|
| 1. | #3 | **$873,023.44** | R-349 L-101 Phase B Palo Alto | Santa Clara | 01/24/2019 Doc. No. 24102934<br><br>Amended 07/24/2019 Doc. No. 24238100 | 02/22/2019 Bankruptcy Dkt. No. 554<br><br>Amended 10/03/2019 Bankruptcy Dkt. No. 4093 |
| 2. | #4 | **$6,620,938.44** | R-506 San Rafael | Marin | 01/25/2019 Doc. No. 2019-0002415<br><br>Amended 06/14/2019 Doc. No. 2019-0020719<br><br>Amended 07/29/2019 Doc. No. 2019-0026698 | 02/22/2019 Bankruptcy Dkt. No. 555<br><br>Amended 10/03/2019 Bankruptcy Dkt. No. 4094 |
| 3. | #5 | **$382,003.80** | T-1406 Dixon | Solano | 01/24/2019 Doc. No. 201900004322<br><br>Amended 07/24/2019 Doc. No. 201900048601 | 02/22/19 Bankruptcy Dkt. No. 556<br><br>Amended 10/03/2019 Bankruptcy Dkt. No. 4095 |

| NO. | REF. NO. | LIEN AMOUNT | JOB NAME | COUNTY | DATE RECORDED & DOC. NO. | NOTICE OF CONTINUED PERFECTION OF MECHANICS LIEN FILED |
|---|---|---|---|---|---|---|
| 4. | #6 | **$12,341,188.47** | PB-028 Oakland | Alameda | 01/25/2019 Doc. No. 2019012305 <br><br> Amended 06/14/2019 Doc. No. 2019113026 <br><br> Amended 09/05/2019 Doc. No. 2019175755 <br><br> Partial Release 10/02/2019 Doc. No. 2019198764 | 02/22/2019 Bankruptcy Dkt. No. 557 <br><br> Amended 10/03/2019 Bankruptcy Dkt. No. 4097 |
| 5. | #7 | **$7,362,135.01** | PB-038 San Mateo | San Mateo | 01/25/2019 Doc. No. 2019-005552 <br><br> Amended 06/14/2019 Doc. No. 2019-045970 <br><br> Amended 07/24/2019 Doc. No. 2019-058057 <br><br> Amended 08/28/2019 Doc. No. 2019-069673 | 02/22/2019 Bankruptcy Dkt. No. 558 <br><br> Amended 10/03/2019 Bankruptcy Dkt. No. 4096 |

2149/018579-0185
14175986.2 a10/08/19

Case: 19-30088    Doc# 7255    Filed: 05/15/20    Entered: 05/15/20 13:54:57    Page 22 of 64

Exhibit 1, Page 21

| NO. | REF. NO. | LIEN AMOUNT | JOB NAME | COUNTY | DATE RECORDED & DOC. NO. | NOTICE OF CONTINUED PERFECTION OF MECHANICS LIEN FILED |
|---|---|---|---|---|---|---|
| 6. | #40 | **$84,568.39** | D-135 Bakersfield | Kern | 01/25/2019 Doc. No. 219008685<br><br>Amended 08/28/2019 Doc No. 219110407 | 02/22/2019 Bankruptcy Dkt. No. 599<br><br>Amended 10/03/2019 Bankruptcy Dkt. No. 4098 |
| 7. | #41 | **$377,798.37** | D-400 Bakersfield | Kern | 01/25/2019 Doc. No. 219008684<br><br>Amended 08/28/2019 Doc No. 219110408 | 02/22/2019 Bankruptcy Dkt. No. 600<br><br>Amended 10/03/2019 Bankruptcy Dkt. No. 4099 |
| **TOTAL** | | **$28,041,655.92** | | | | |

2149/018579-0185
14175986.2 a10/08/19

Exhibit 1, Page 22

# Electronic Proof of Claim_#NPZR27386

**Final Audit Report** 2019-10-08

| | |
|---|---|
| Created: | 2019-10-08 |
| By: | Prime Clerk E-Filing (efiling@primeclerk.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAU1_BJ1YWj4a5WsG_hoyNTrLbw40t6n4S |

## "Electronic Proof of Claim_#NPZR27386" History

📄 **Web Form created by Prime Clerk E-Filing (efiling@primeclerk.com)**
2019-10-08 - 11:38:43 PM GMT

📎 Roger F. Friedman (rfriedman@rutan.com) uploaded the following supporting documents:
📎 Attachment
2019-10-08 - 11:47:53 PM GMT

📄 **Web Form filled in by Roger F. Friedman (rfriedman@rutan.com)**
2019-10-08 - 11:47:53 PM GMT- IP address: 170.76.131.12

🖋 (User email address provided through API User-Agent: Mozilla/5.0 (Windows NT 10.0; WOW64; Trident/7.0; rv:11.0) like Gecko)
2019-10-08 - 11:47:57 PM GMT- IP address: 170.76.131.12

✅ Signed document emailed to Prime Clerk E-Filing (efiling@primeclerk.com) and Roger F. Friedman (rfriedman@rutan.com)
2019-10-08 - 11:47:57 PM GMT

# EXHIBIT 2

# United States Bankruptcy Court, Northern District of California

**Fill in this information to identify the case (Select only one Debtor per claim form):**

☐ PG&E Corporation (19-30088)

☒ Pacific Gas and Electric Company (19-30089)

Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. **Do not use this form to make a request for payment of an administrative expense.** Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

Unless an exception in the Bar Date Order applies to you, you should not use this form to submit a claim that arises out of or relates to the fires that occurred in Northern California prior to January 29, 2019.

| Part 1: | Identify the Claim |
| --- | --- |

**1. Who is the current creditor?**

ARB, inc.

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☑ No

☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Rutan & Tucker, LLP
c/o Roger F. Friedman
611 Anton Boulevard, Suite 1400
Costa Mesa, CA  92626

Contact phone  714-641-5100

Contact email  rfriedman@rutan.com

Where should payments to the creditor be sent? (if different)

Contact phone _____

Contact email _____

**4. Does this claim amend one already filed?**

☑ No

☐ Yes. Claim number on court claims registry (if known) _____

Filed on _____ MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No

☐ Yes. Who made the earlier filing? _____

6. **Do you have any number you use to identify the debtor?**

☒ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

7. **How much is the claim?**

$ 23,194,577.91

**Does this amount include interest or other charges?**

☒ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. **What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

See attached.

9. **Is all or part of the claim secured?**

☒ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**                     $_____

**Amount of the claim that is secured:**   $_____

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $_____

**Annual Interest Rate** (when case was filed) _____%

☐ Fixed
☐ Variable

10. **Is this claim based on a lease?**

☒ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____

11. **Is this claim subject to a right of setoff?**

☒ No

☐ Yes. Identify the property: _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

☐ Yes. *Check one:*

| | **Amount entitled to priority** |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ Up to $2,850 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☐ Wages, salaries, or commissions (up to $12,850) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(____) that applies. | $_____ |

\* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

---

## Part 3:   Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

**Signature:** *Roger F. Friedman*
Roger F. Friedman (Oct 8, 2019)

**Email:** rfriedman@rutan.com

_____
Signature

Print the name of the person who is completing and signing this claim:

| Name | Roger F. Friedman |
|---|---|
| | First name         Middle name         Last name |
| Title | Partner |
| Company | Rutan & Tucker, LLP |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. |
| Address | 611 Anton Boulevard, Suite 1400 |
| | Number        Street |
| | Costa Mesa, CA  92626 |
| | City         State    ZIP Code |
| Contact phone | 714-641-5100 |    Email | rfriedman@rutan.com |

**Attach Supporting Documentation** (limited to a single PDF attachment that is less than 5 megabytes in size and under 100 pages):

☒ I have supporting documentation.
(attach below)

☐ I do not have supporting documentation.

 **Attachment**

PLEASE REVIEW YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTS AND REDACT ACCORDINGLY PRIOR TO UPLOADING THEM. PROOFS OF CLAIM AND ATTACHMENTS ARE PUBLIC DOCUMENTS THAT WILL BE AVAILABLE FOR ANYONE TO VIEW ONLINE.

IMPORTANT NOTE REGARDING REDACTING YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTATION When you submit a proof of claim and any supporting documentation you must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. The responsibility for redacting personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) rests solely with the party submitting the documentation and their counsel. Prime Clerk and the Clerk of the Court will not review any document for redaction or compliance with this Rule and you hereby release and agree to hold harmless Prime Clerk and the Clerk of the Court from the disclosure of any personal data identifiers included in your submission. In the event Prime Clerk or the Clerk of the Court discover that personal identifier data or information concerning a minor individual has been included in a pleading, Prime Clerk and the Clerk of the Court are authorized, in their sole discretion, to redact all such information from the text of the filing and make an entry indicating the correction.

# Instructions for Proof of Claim

These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.

> **A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.** 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- **Fill in all of the information about the claim as of January 29, 2019.**

- **Fill in the caption at the top of the form.**

- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.**
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *redaction* on the next page.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents because attachments may be destroyed after scanning.**

- **If the claim is based on delivering health care goods or services, do not disclose confidential health care information.** Leave out or redact confidential information both in the claim and in the attached documents.

- **A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.** See Bankruptcy Rule 9037.

- **For a minor child, fill in only the child's initials and the full name of the child's parent or guardian.** For example, write *A.B., a minor child* (*John Doe, parent*). See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, either enclose a stamped self-addressed envelope and a copy of this form. You may view a list of filed claims in this case by visiting the Claims and Noticing Agent's website at https://restructuring.primeclerk.com/pge.

## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. § 101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

Case: 19-30088    Doc# 7255    Filed: 05/15/20    Entered: 05/15/20 13:54:51    Exhibit 2, Page 28 of 64    Page 30

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. § 507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

**Secured claim under 11 U.S.C. § 506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of § 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

**Please send completed Proof(s) of Claim to:**

**If by first class mail:**
PG&E Corporation Claims Processing Center
c/o Prime Clerk LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**If by overnight courier or hand delivery:**
PG&E Corporation Claims Processing Center
c/o Prime Clerk LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

**You may also hand deliver your completed Proof(s) of Claim to any of the following service center offices (beginning July 15, 2019 through the Bar Date (October 21, 2019) during the hours of 8:30 a.m. – 5:00 p.m. Prevailing Pacific Time):**

Chico Service Center
350 Salem Street
Chico, CA 95928

Marysville Service Center
231 "D" Street
Marysville, CA 95901

Napa Service Center
1850 Soscol Ave. Ste 105
Napa, CA 94559

Oroville Service Center
1567 Huntoon Street
Oroville, CA 95965

Redding Service Center
3600 Meadow View Road
Redding, CA 96002

Santa Rosa Service Center
111 Stony Circle
Santa Rosa, CA 95401

**Photocopy machines will not be available at the Claim Service Centers; you must bring a photocopy of your claim if you wish to receive a date-stamped copy.**

> **Do not file these instructions with your form**

Exhibit 2, Page 29

# United States Bankruptcy Court, Northern District of California

**Fill in this information to identify the case (Select only one Debtor per claim form):**

☐ PG&E Corporation (19-30088)

☒ Pacific Gas and Electric Company (19-30089)

Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. **Do not use this form to make a request for payment of an administrative expense.** Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

Unless an exception in the Bar Date Order applies to you, you should not use this form to submit a claim that arises out of or relates to the fires that occurred in Northern California prior to January 29, 2019.

## Part 1:  Identify the Claim

| | |
|---|---|
| 1. Who is the current creditor? | **ARB, Inc.** <br> Name of the current creditor (the person or entity to be paid for this claim) <br><br> Other names the creditor used with the debtor _____ |
| 2. Has this claim been acquired from someone else? | ☒ No <br> ☐ Yes. From whom? _____ |
| 3. Where should notices and payments to the creditor be sent? <br><br> Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?** <br><br> Rutan & Tucker, LLP <br> c/o Roger F. Friedman <br> 611 Anton Boulevard, Suite 1400 <br> Costa Mesa, CA 92626 <br><br> Contact phone 714-641-5100 <br> Contact email rfriedman@rutan.com | **Where should payments to the creditor be sent?** (if different) <br><br><br><br><br> Contact phone _____ <br> Contact email _____ |
| 4. Does this claim amend one already filed? | ☒ No <br> ☐ Yes. Claim number on court claims registry (if known) _____    Filed on ____/____/____ <br>          MM / DD / YYYY |
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☒ No <br> ☐ Yes. Who made the earlier filing? _____ |

Official Form 410        Proof of Claim        page 1

**6. Do you have any number you use to identify the debtor?**

☒ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

**7. How much is the claim?**

$ 23,194,577.91 (see attached).

**Does this amount include interest or other charges?**

☒ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

See attached.

**9. Is all or part of the claim secured?**

☒ No

☐ Yes. The claim is secured by a lien on property.

Nature of property:

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

Basis for perfection: _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:      $_____

Amount of the claim that is secured:    $_____

Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition:    $_____

Annual Interest Rate (when case was filed)_____%

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☒ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.**    $_____

**11. Is this claim subject to a right of setoff?**

☒ No

☐ Yes. Identify the property: _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☒ No

☐ Yes. *Check one:*

**Amount entitled to priority**

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).   $ _____

☐ Up to $2,850 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).   $ _____

☐ Wages, salaries, or commissions (up to $12,850) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).   $ _____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).   $ _____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).   $ _____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)( ____ ) that applies.   $ _____

\* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

---

**Part 3:  Sign Below**

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☐ I am the creditor.

☒ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   10/08/2019   (mm/dd/yyyy)

/S/ Roger F. Friedman
_____
Signature

Print the name of the person who is completing and signing this claim:

Name     Roger              F.              Friedman
         First name         Middle name     Last name

Title    Partner

Company  Rutan & Tucker, LLP
         Identify the corporate servicer as the company if the authorized agent is a servicer.

Address  611 Anton Boulevard, Suite 1400
         Number        Street
         Costa Mesa                CA        92626
         City                      State     ZIP Code

Contact phone  714-641-5100        Email    rfriedman@rutan.com

# ADDENDUM TO PROOF OF CLAIM

## SUBMITTED BY ARB, INC.

ARB, Inc. ("ARB" or "Creditor") submits its Proof of Claim in this bankruptcy case and asserts against PG&E Corporation and/or Pacific Gas and Electric Company (collectively, the "Debtors") the claims described below and on the attached exhibit. The Debtors' bankruptcy estate is obligated to Creditor as set forth below:

ARB is a corporation that has provided and delivered labor, services, equipment, and materials for the construction and improvement of various projects on real property located in the State of California and owned by the Debtors. ARB recorded with various County Recorders mechanics liens and amended mechanics liens with respect to some of the projects, and ARB also filed with the Bankruptcy Court in the Debtors' bankruptcy cases Notices of Continued Perfection of Mechanics Liens Pursuant to 11 U.S.C. § 546(b)(2) and Notices of Continued Perfection of Amended Mechanics Liens Pursuant to 11 U.S.C. § 546(b)(2) with respect to its recorded mechanics liens. Thus, a portion of ARB's total claim against the Debtors is secured. ARB is filing separately a Proof of Claim for ARB's secured claims against the Debtors.

ARB did not record mechanics liens with respect to some of the projects. Thus, a portion of ARB's total claim against the Debtors is unsecured. Attached hereto as Exhibit 1 is a table summarizing ARB's unsecured claims against the Debtors with respect to those invoices that the Debtors have approved in the Debtors' Taulia Business Exchange System as of October 3, 2019. Accordingly, this Proof of Claim is for ARB's unsecured claims against the Debtors with respect to those invoices that the Debtors have approved in the Debtors' Taulia Business Exchange System as of October 3, 2019.

ARB has performed all of the obligations, conditions, covenants, and promises required to be performed by it in accordance with the agreements governing ARB's construction and improvement of projects for the Debtors, except for those terms for which performance has been excused. ARB properly invoiced the Debtors pursuant to the payment terms of those agreements for ARB's construction and improvement of projects for the Debtors. ARB reasonably incurred these costs to construct and improve the projects on the Debtors' behalf and for the Debtors' benefit.

Documentation in support of ARB's claims is voluminous and includes, among other things, contract documents, change orders, invoices, pay applications, written communications between ARB and the Debtors, engineering and design documents, and expert reports. All documentation can be provided upon request.

## RESERVATION OF RIGHTS

Creditor reserves all legal, equitable, and contractual rights against all parties. Nothing contained herein is intended, nor should it be construed, to be (i) an admission or waiver by Creditor of any matter or thing, (ii) a waiver of a right to a jury trial on any matter or thing to which such a right exists, (iii) consent to the entry of a final order or a final judgment by the

Case: 19-30088    Doc# 7255    Filed: 05/15/20    Entered: 05/15/20 13:54:57    Page 35
of 64                                                                    Exhibit 2, Page 33

Bankruptcy Court, (iv) a release, waiver, or modification of any rights of Creditor against any person, entity, or property, or any property in which Creditor may have a security interest or lien, (v) a release, waiver, or modification of any provision of, or obligation under, any contract, agreement, or understanding between Creditor and any other party, or (vi) an election of remedies by Creditor.

Creditor reserves the right to amend, modify, or supplement this Proof of Claim for any reason, at any time and from time to time, and in any respect, including, without limitation, for purposes of recharacterizing in any manner the claims set forth herein, asserting all or a portion of the claims set forth in this Proof of Claim against one or more of the Debtors if the Debtors or any other party-in-interest disputes that Creditor filed this Proof of Claim in the correct Debtor's bankruptcy case, reflecting any additional amounts owing from the Debtors, and including herein further relevant evidence and information.

2149/018579-0185
14200723.1 a10/08/19

# EXHIBIT 1

# Unsecured Claims

2149/018579-0185
14200723.1 a01/08/10

Case: 19-30088    Doc# 7255    Filed: 05/15/20    Entered: 05/15/20 13:54:57    Page 35
of 64

Exhibit 2, Page 35

| Vendor | G/L Account | Document Number | Document type | Line item | Amount in local currency | Posting period | Fiscal Year | Posting Key | Terms of Payment | Payment Block | Posting Date | Company Code | Invoice reference | Debit/Credit ind | Reference | Assignment | Object key | Document Header Text | Entry Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1037864 | 2320000 | 1900176876 | RI | 1 | -29,976.29 | 3 | 2019 | 31 | PT62 | Y | 3/14/2019 | PGE1 | 1900176876 | H | BK009691 | 2700123531 | 51001042212019 | | 3/14/2019 |
| 1047761 | 2320000 | 1900007421 | RI | 1 | -122,283.78 | 1 | 2019 | 31 | | Y | 1/4/2019 | PGE1 | 1900007421 | H | BK-12832 | 2700196931 | 51000041242019 | 20190107 | 1/4/2019 |
| 1037864 | 2320000 | 1900007473 | RI | 1 | -41,111.14 | 1 | 2019 | 31 | | Y | 1/4/2019 | PGE1 | 1900007473 | H | BK-12833 | 2700282086 | 51000041242019 | 20190110 | 1/4/2019 |
| 1047761 | 2320000 | 1900006443 | RI | 1 | -60,249.40 | 1 | 2019 | 31 | | Y | 1/4/2019 | PGE1 | 1900006443 | H | BK-12834 | 2700192579 | 51000042032019 | 20190104 | 1/4/2019 |
| 1047761 | 2320000 | 1900006449 | RI | 1 | -29,685.43 | 1 | 2019 | 31 | | Y | 1/4/2019 | PGE1 | 1900006449 | H | BK-12835 | 2700208413 | 51000042032019 | 20190104 | 1/4/2019 |
| 1047761 | 2320000 | 1900055223 | RI | 1 | -27,627.23 | 1 | 2019 | 31 | | Y | 1/22/2019 | PGE1 | 1900055223 | H | BK12840 | 2700192579 | 51000339052019 | 20190123 | 1/22/2019 |
| 1047761 | 2320000 | 1900054255 | RI | 1 | -9,408.04 | 1 | 2019 | 31 | | Y | 1/22/2019 | PGE1 | 1900054255 | H | BK12849 | 2700196931 | 51000338392019 | | 1/22/2019 |
| 1047761 | 2320000 | 1900054709 | RI | 1 | -22,278.33 | 1 | 2019 | 31 | | Y | 1/22/2019 | PGE1 | 1900054709 | H | BK12850 | 2700208413 | 51000338392019 | 20190123 | 1/22/2019 |
| 1047761 | 2320000 | 1900205078 | RI | 1 | -98,894.10 | 3 | 2019 | 31 | PT62 | Y | 3/26/2019 | PGE1 | 1900205078 | H | BK-12852 | 2700234077 | 51001212562019 | | 3/26/2019 |
| 1037864 | 2320000 | 1900275039 | RI | 4 | -32,640.19 | 4 | 2019 | 31 | PT35 | Y | 4/23/2019 | PGE1 | 1900275039 | H | BK12853 | 2700261597 | 51001637152019 | | 4/23/2019 |
| 1047761 | 2320000 | 1900584017 | RI | 8 | -102,501.03 | 8 | 2019 | 31 | PT35 | Y | 8/23/2019 | PGE1 | 1900584017 | H | FF00046 | 2700109572 | 51003439652019 | | 8/23/2019 |
| 1047761 | 2320000 | 1900584021 | RI | 8 | -33,096.12 | 8 | 2019 | 31 | PT35 | Y | 8/23/2019 | PGE1 | 1900584021 | H | FF00047 | 2700109572 | 51003439692019 | | 8/23/2019 |
| 1047761 | 2320000 | 1900584029 | RI | 8 | -5,517.91 | 8 | 2019 | 31 | PT35 | Y | 8/23/2019 | PGE1 | 1900584029 | H | FF00048 | 2700109572 | 51003439652019 | | 8/23/2019 |
| 1047761 | 2320000 | 1900598621 | RI | 8 | -131,496.01 | 8 | 2019 | 31 | PT10 | Y | 9/29/2019 | PGE1 | 1900598621 | H | FF00076 | 2701112014 | 51003524632019 | | 8/23/2019 |
| 1047761 | 2320000 | 1900691414 | RI | 10 | -2,119.93 | 10 | 2019 | 31 | PT35 | Y | 10/1/2019 | PGE1 | 1900691414 | H | FF00097R | 2700245644 | 51004026352019 | | 10/1/2019 |
| 1037864 | 2320000 | 1900005644 | RI | 1 | -26,889.91 | 1 | 2019 | 31 | | Y | 1/3/2019 | PGE1 | 1900005644 | H | PT25798 | 2700152748 | 51000010622019 | 20190103 | 1/3/2019 |
| 1047761 | 2320000 | 1900000663 | RI | 1 | -3,051.70 | 1 | 2019 | 31 | | Y | 1/2/2019 | PGE1 | 1900000663 | H | PT25890 | 2501604869 | 51000004062019 | | 1/2/2019 |
| 1047761 | 2320000 | 1900042368 | RI | 1 | -42,316.38 | 1 | 2019 | 31 | | Y | 1/16/2019 | PGE1 | 1900042368 | H | PT25935 | 2501541412 | 51000275152019 | 1/16/2019 |
| 1047761 | 2320000 | 1900040108 | RI | 1 | -112,439.45 | 1 | 2019 | 31 | | Y | 1/16/2019 | PGE1 | 1900040108 | H | PT26068 | 2700105897 | 51000243962019 | 20190116 | 1/16/2019 |
| 1047761 | 2320000 | 1900261645 | RI | 4 | -4,063.45 | 4 | 2019 | 31 | PT35 | Y | 4/30/2019 | PGE1 | 1900261645 | H | PT26165A | 2700011478 | 51001745952019 | | 4/30/2019 |
| 1047761 | 2320000 | 1900291636 | RI | 4 | -100,081.37 | 4 | 2019 | 31 | PT35 | Y | 4/30/2019 | PGE1 | 1900291636 | H | PT26166A | 2700011478 | 51001745952019 | | 4/30/2019 |
| 1047761 | 2320000 | 1902279444 | RI | 4 | -130,914.06 | 4 | 2019 | 31 | PT35 | Y | 4/25/2019 | PGE1 | 1902279444 | H | PT26169 | 2700109572 | 51001676062019 | | 4/25/2019 |
| 1047761 | 2320000 | 1900040320 | RI | 1 | -200,723.52 | 1 | 2019 | 31 | | Y | 1/16/2019 | PGE1 | 1900040320 | H | PT26246 | 2700074772 | 51002258682019 | 20190116 | 1/16/2019 |
| 1047761 | 2320000 | 1900841743 | RI | 12 | -9,144.38 | 12 | 2018 | 31 | | Y | 12/31/2018 | PGE1 | 1900841743 | H | PT26249 | 2700084772 | 51004787772018 | 20181231 | 12/31/2018 |
| 1047761 | 2320000 | 1900841741 | RI | 12 | -78,142.81 | 12 | 2018 | 31 | | Y | 12/31/2018 | PGE1 | 1900841741 | H | PT26252 | 2700084772 | 51004787752018 | 20181231 | 12/31/2018 |
| 1047761 | 2320000 | 1900841735 | RI | 12 | -34,018.86 | 12 | 2018 | 31 | | Y | 12/31/2018 | PGE1 | 1900841735 | H | PT26288 | 2700084772 | 51004787692018 | 20181231 | 12/31/2018 |
| 1047761 | 2320000 | 1900271177 | RI | 1 | -386,105.80 | 1 | 2019 | 31 | | Y | 1/11/2019 | PGE1 | 1900271177 | H | PT26300 | 2700171714 | 51001608042019 | 20190111 | 1/11/2019 |
| 1047761 | 2320000 | 1900676343 | RI | 9 | -46,347.72 | 9 | 2019 | 31 | PT62 | Y | 9/25/2019 | PGE1 | 1900676343 | H | PT26355R | 2700138807 | 51003388012019 | | 9/25/2019 |
| 1047761 | 2320000 | 1900039999 | RI | 1 | -95,648.22 | 1 | 2019 | 31 | | Y | 1/16/2019 | PGE1 | 1900039999 | H | PT26373 | 2700084772 | 51000242572019 | 20190116 | 1/16/2019 |
| 1047761 | 2320000 | 1900049812 | RI | 1 | -39,538.70 | 1 | 2019 | 31 | | Y | 1/21/2019 | PGE1 | 1900049812 | H | PT26374 | 2700105897 | 51000311522019 | 20190121 | 1/21/2019 |
| 1047761 | 2320000 | 1900691890 | RI | 10 | -172,448.27 | 10 | 2019 | 31 | PT35 | Y | 10/1/2019 | PGE1 | 1900691890 | H | PT26437 | 2700271652 | 51004035302019 | | 10/1/2019 |
| 1047761 | 2320000 | 1900163108 | RI | 1 | -313,703.95 | 3 | 2019 | 31 | PT35 | Y | 3/8/2019 | PGE1 | 1900163108 | H | PT26442 | 2700134758 | 51000863202019 | 20190308 | 3/8/2019 |
| 1047761 | 2320000 | 1900061555 | RI | 1 | -33,029.40 | 8 | 2019 | 31 | PT62 | Y | 8/29/2019 | PGE1 | 1900061555 | H | PT26479 | 2501441032 | 51003354355 2019 | | 8/29/2019 |
| 1047761 | 2320000 | 1900005000 | RI | 1 | -186,818.00 | 1 | 2019 | 31 | | Y | 1/2/2019 | PGE1 | 1900005000 | H | PT26511 | 2700179784 | 51000014222019 | 20190102 | 1/2/2019 |
| 1037864 | 2320000 | 1900000144 | RI | 1 | -43,591.12 | 1 | 2019 | 31 | | Y | 1/2/2019 | PGE1 | 1900000144 | H | PT26515 | 2700191063 | 51000003142019 | 20190102 | 1/2/2019 |
| 1047761 | 2320000 | 1900170385 | RI | 3 | -435,301.12 | 3 | 2019 | 31 | PT35 | Y | 3/12/2019 | PGE1 | 1900170385 | H | PT26518 | 2700108721 | 51000899862019 | | 3/12/2019 |
| 1047761 | 2320000 | 1900839613 | RI | 12 | -7,500.00 | 12 | 2018 | 31 | | Y | 12/31/2018 | PGE1 | 1900839613 | H | PT26519 | 2700084772 | 51004789062018 | 20181231 | 12/31/2018 |
| 1047761 | 2320000 | 1900841761 | RI | 12 | -5,000.00 | 12 | 2018 | 31 | | Y | 12/31/2018 | PGE1 | 1900841761 | H | PT26520 | 2700084772 | 51004788002018 | 20181231 | 12/31/2018 |
| 1047761 | 2320000 | 1900839607 | RI | 12 | -77,331.22 | 12 | 2018 | 31 | | Y | 12/31/2018 | PGE1 | 1900839607 | H | PT26521 | 2700084772 | 51004788002018 | 20181231 | 12/31/2018 |
| 1047761 | 2320000 | 1900841755 | RI | 12 | -38,197.95 | 12 | 2018 | 31 | | Y | 12/31/2018 | PGE1 | 1900841755 | H | PT26522 | 2700084772 | 51004787872018 | 20181231 | 12/31/2018 |
| 1047761 | 2320000 | 1900841733 | RI | 12 | -139,302.88 | 12 | 2018 | 31 | | Y | 12/31/2018 | PGE1 | 1900841733 | H | PT26523 | 2700084772 | 51004787672018 | 20181231 | 12/31/2018 |
| 1047761 | 2320000 | 1900839601 | RI | 12 | -42,433.16 | 12 | 2018 | 31 | | Y | 12/31/2018 | PGE1 | 1900839601 | H | PT26524 | 2700084772 | 51004789002018 | 20181231 | 12/31/2018 |
| 1047761 | 2320000 | 1900839010 | RI | 12 | -126,177.69 | 12 | 2018 | 31 | | Y | 12/31/2018 | PGE1 | 1900839010 | H | PT26525 | 2700084772 | 51004787802018 | 20181231 | 12/31/2018 |
| 1047761 | 2320000 | 1900841004 | RI | 12 | -38,444.63 | 12 | 2018 | 31 | | Y | 12/31/2018 | PGE1 | 1900841004 | H | PT26526 | 2700084772 | 51004788132018 | 20181231 | 12/31/2018 |
| 1047761 | 2320000 | 1900841749 | RI | 12 | -88,155.46 | 12 | 2018 | 31 | | Y | 12/31/2018 | PGE1 | 1900841749 | H | PT26527 | 2700084772 | 51004788052018 | 20181231 | 12/31/2018 |
| 1047761 | 2320000 | 1900841748 | RI | 12 | -19,272.35 | 12 | 2018 | 31 | | Y | 12/31/2018 | PGE1 | 1900841748 | H | PT26528 | 2700084772 | 51004787912018 | 20181231 | 12/31/2018 |
| 1047761 | 2320000 | 1900839608 | RI | 12 | -232,375.09 | 12 | 2018 | 31 | | Y | 12/31/2018 | PGE1 | 1900839608 | H | PT26529 | 2700084772 | 51004788022018 | 20181231 | 12/31/2018 |
| 1047761 | 2320000 | 1900841146 | RI | 12 | -10,534.78 | 12 | 2018 | 31 | | Y | 12/31/2018 | PGE1 | 1900841146 | H | PT26530 | 2700084772 | 51004788562018 | 20181231 | 12/31/2018 |
| 1047761 | 2320000 | 1900839606 | RI | 12 | -69,509.62 | 12 | 2018 | 31 | | Y | 12/31/2018 | PGE1 | 1900839606 | H | PT26531 | 2700084772 | 51004788302018 | 20181231 | 12/31/2018 |
| 1047761 | 2320000 | 1900030736 | RI | 1 | -67,534.88 | 1 | 2019 | 31 | | Y | 1/14/2019 | PGE1 | 1900030736 | H | PT26532 | 2700171714 | 51001902012019 | 20190114 | 1/14/2019 |
| 1047761 | 2320000 | 1900034726 | RI | 1 | -37,892.55 | 1 | 2019 | 31 | | Y | 1/14/2019 | PGE1 | 1900034726 | H | PT26533 | 2700171714 | 51001951622019 | 20190114 | 1/14/2019 |
| 1047761 | 2320000 | 1900035408 | RI | 1 | -25,878.32 | 1 | 2019 | 31 | | Y | 1/14/2019 | PGE1 | 1900035408 | H | PT26534 | 2700171714 | 51002001122019 | 20190114 | 1/14/2019 |
| 1047761 | 2320000 | 1900035378 | RI | 1 | -6,686.16 | 1 | 2019 | 31 | | Y | 1/14/2019 | PGE1 | 1900035378 | H | PT26535 | 2700171714 | 51002000512019 | 20190114 | 1/14/2019 |
| 1047761 | 2320000 | 1900034827 | RI | 1 | -18,106.63 | 1 | 2019 | 31 | | Y | 1/14/2019 | PGE1 | 1900034827 | H | PT26536 | 2700171714 | 51002044252019 | 20190114 | 1/14/2019 |
| 1047761 | 2320000 | 1900010135 | RI | 1 | -345,304.91 | 1 | 2019 | 31 | | Y | 1/4/2019 | PGE1 | 1900010135 | H | PT26539 | 2700134053 | 51000048472019 | 20190104 | 1/4/2019 |
| 1047761 | 2320000 | 1900841745 | RI | 12 | -21,833.68 | 12 | 2018 | 31 | | Y | 12/31/2018 | PGE1 | 1900841745 | H | PT26543 | 2700084772 | 51004787822018 | 20181231 | 12/31/2018 |
| 1047761 | 2320000 | 1900841752 | RI | 12 | -24,531.28 | 12 | 2018 | 31 | | Y | 12/31/2018 | PGE1 | 1900841752 | H | PT26544 | 2700084772 | 51004787932018 | 20181231 | 12/31/2018 |
| 1047761 | 2320000 | 1900841001 | RI | 12 | -7,609.46 | 12 | 2018 | 31 | | Y | 12/31/2018 | PGE1 | 1900841001 | H | PT26585 | 2700084772 | 51004789102018 | 20181231 | 12/31/2018 |
| 1047761 | 2320000 | 1900841753 | RI | 12 | -12,703.50 | 12 | 2018 | 31 | | Y | 12/31/2018 | PGE1 | 1900841753 | H | PT26586 | 2700084772 | 51004789032018 | 20181231 | 12/31/2018 |
| 1047761 | 2320000 | 1900839009 | RI | 12 | -13,108.25 | 12 | 2018 | 31 | | Y | 12/31/2018 | PGE1 | 1900839009 | H | PT26587 | 2700084772 | 51004788102018 | 20181231 | 12/31/2018 |
| 1047761 | 2320000 | 1900841006 | RI | 12 | -2,338.81 | 12 | 2018 | 31 | | Y | 12/31/2018 | PGE1 | 1900841006 | H | PT26589 | 2700084772 | 51004788422018 | 20181231 | 12/31/2018 |
| 1047761 | 2320000 | 1900839008 | RI | 12 | -2,559.93 | 12 | 2018 | 31 | | Y | 12/31/2018 | PGE1 | 1900839008 | H | PT26590 | 2700084772 | 51004788412018 | 20181231 | 12/31/2018 |
| 1047761 | 2320000 | 1900839603 | RI | 12 | -14,765.42 | 12 | 2018 | 31 | | Y | 12/31/2018 | PGE1 | 1900839603 | H | PT26591 | 2700084772 | 51004788162018 | 20181231 | 12/31/2018 |
| 1047761 | 2320000 | 1900841760 | RI | 12 | -5,000.00 | 12 | 2018 | 31 | | Y | 12/31/2018 | PGE1 | 1900841760 | H | PT26591 | 2700084772 | 51004787992018 | 20181231 | 12/31/2018 |
| 1047761 | 2320000 | 1900040168 | RI | 1 | -20,250.00 | 1 | 2019 | 31 | | Y | 1/16/2019 | PGE1 | 1900040168 | H | PT26592 | 2700105897 | 51002249982019 | 20190116 | 1/16/2019 |
| 1047761 | 2320000 | 1900040194 | RI | 1 | -57,110.00 | 1 | 2019 | 31 | | Y | 1/16/2019 | PGE1 | 1900040194 | H | PT26593 | 2700105897 | 51002252772019 | 20190116 | 1/16/2019 |
| 1047761 | 2320000 | 1900035555 | RI | 1 | -5,262.66 | 1 | 2019 | 31 | | Y | 1/14/2019 | PGE1 | 1900035555 | H | PT26598 | 2700171714 | 51002023722019 | 20190114 | 1/14/2019 |

Case: 19-30088    Doc# 7255    Filed: 05/15/20    Entered: 05/15/20 13:54:57    Page 38 of 64    Exhibit 2, Page 36

Case: 19-30088  Doc# 7255  Filed: 05/15/20  Entered: 05/15/20 13:54:57  Page 39 of 64  Exhibit 2, Page 37

| Vendor | G/L Account | Document Number | Document type | Line item | Amount in local currency | Posting period | Fiscal Year | Posting Key | Terms of Payment | Payment Block | Posting Date | Company Code | Invoice reference | Debit/Credit ind | Reference | Assignment | Object key | Document Header Text | Entry Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1047761 | 2320000 | 1900349253 | RI | 1 | -618,257.77 | 5 | 2019 | 31 | PT10 | Y | 5/22/2019 | PGE1 | 1900349253 | H | PT26607 | 2700133285 | 5100209360 | 2019 | 5/22/2019 |
| 1047761 | 2320000 | 1900149952 | RI | 1 | -21,524.34 | 3 | 2019 | 31 | PT62 | Y | 3/4/2019 | PGE1 | 1900149952 | H | PT26610R2 | 2700008782 | 5100088442 | 2019 | 20190304 | 3/4/2019 |
| 1047761 | 2320000 | 1900042546 | RI | 1 | -23,648.63 | 1 | 2019 | 31 | | Y | 1/16/2019 | PGE1 | 1900042546 | H | PT26611 | 2700808582 | 5100026053 | 2019 | 20190116 | 1/16/2019 |
| 1047761 | 2320000 | 1900000682 | RI | 1 | -33,448.43 | 1 | 2019 | 31 | | Y | 1/2/2019 | PGE1 | 1900000682 | H | PT26812 | 2700203797 | 5100004652 | 2019 | 20190102 | 1/2/2019 |
| 1047761 | 2320000 | 1900000175 | RI | 1 | -373,836.00 | 1 | 2019 | 31 | | Y | 1/2/2019 | PGE1 | 1900000175 | H | PT26813 | 2700179784 | 5100000505 | 2019 | | 1/2/2019 |
| 1047761 | 2320000 | 1900222799 | RI | 4 | -50,814.50 | 4 | 2019 | 31 | PT35 | Y | 4/3/2019 | PGE1 | 1900222799 | H | PT26814 | 2700172563 | 5100132061 | 2019 | | 4/3/2019 |
| 1047761 | 2320000 | 1900225658 | RI | 4 | -43,746.50 | 4 | 2019 | 31 | PT35 | Y | 4/3/2019 | PGE1 | 1900225658 | H | PT26815 | 2700160868 | 5100133570 | 2019 | | 4/3/2019 |
| 1047761 | 2320000 | 1900072573 | RI | 1 | -361,745.27 | 1 | 2019 | 31 | PT35 | Y | 1/30/2019 | PGE1 | 1900072573 | H | PT26816 | 2700152886 | 5100427482 | 2019 | 20190130 | 1/30/2019 |
| 1047761 | 2320000 | 1900072613 | RI | 1 | -103,923.43 | 1 | 2019 | 31 | PT35 | Y | 1/30/2019 | PGE1 | 1900072613 | H | PT26817A | 2700146165 | 5100428232 | 2019 | 20190130 | 1/30/2019 |
| 1047761 | 2320000 | 1900034835 | RI | 1 | -12,808.94 | 1 | 2019 | 31 | | Y | 1/14/2019 | PGE1 | 1900034835 | H | PT26835 | 2700171714 | 5100024632 | 2019 | 20190114 | 1/14/2019 |
| 1047761 | 2320000 | 1900827481 | RI | 12 | -3,520.32 | 12 | 2018 | 31 | | Y | 12/26/2018 | PGE1 | 1900827481 | H | PT26643 | 2700056403 | 5100472971 | 2018 | 20190124 | 12/26/2018 |
| 1047761 | 2320000 | 1900827487 | RI | 12 | -90,774.02 | 12 | 2018 | 31 | PT62 | Y | 12/26/2018 | PGE1 | 1900827487 | H | PT26644 | 2700056403 | 5100472977 | 2018 | 20181226 | 12/26/2018 |
| 1047761 | 2320000 | 1900830960 | RI | 12 | -14,973.54 | 12 | 2018 | 31 | | Y | 12/26/2018 | PGE1 | 1900830960 | H | PT26645 | 2700056403 | 5100473193 | 2018 | 20190124 | 12/26/2018 |
| 1047761 | 2320000 | 1900830993 | RI | 12 | -3,520.32 | 12 | 2018 | 31 | | Y | 12/26/2018 | PGE1 | 1900830993 | H | PT26646 | 2700056403 | 5100473226 | 2018 | 20190124 | 12/26/2018 |
| 1047761 | 2320000 | 1900833557 | RI | 12 | -21,089.94 | 12 | 2018 | 31 | | Y | 12/26/2018 | PGE1 | 1900833557 | H | PT26650 | 2700056403 | 5100473278 | 2018 | 20190124 | 12/26/2018 |
| 1047761 | 2320000 | 1900833545 | RI | 12 | -37,497.20 | 12 | 2018 | 31 | | Y | 12/26/2018 | PGE1 | 1900833545 | H | PT26650 | 2700056403 | 5100473278 | 2018 | 20190124 | 12/26/2018 |
| 1047761 | 2320000 | 1900055235 | RI | 1 | -950.04 | 1 | 2019 | 31 | PT10 | Y | 1/22/2019 | PGE1 | 1900055235 | H | PT26653 | 2700196658 | 5100033927 | 2019 | 20190122 | 1/22/2019 |
| 1047761 | 2320000 | 1900035593 | RI | 1 | -13,974.19 | 1 | 2019 | 31 | | Y | 1/14/2019 | PGE1 | 1900035593 | H | PT26655 | 2700171714 | 5100025033 | 2019 | 20190114 | 1/14/2019 |
| 1047761 | 2320000 | 1900167013 | RI | 3 | -33,591.00 | 3 | 2019 | 31 | PT35 | Y | 3/12/2019 | PGE1 | 1900167013 | H | PT26676 | 2700112014 | 5100098933 | 2019 | | 3/12/2019 |
| 1047761 | 2320000 | 1900002993 | RI | 1 | -373,836.00 | 1 | 2019 | 31 | | Y | 1/2/2019 | PGE1 | 1900002993 | H | PT26877 | 2700179784 | 5100013552 | 2019 | 20190102 | 1/2/2019 |
| 1047761 | 2320000 | 1900110765 | RI | 2 | -26,064.18 | 2 | 2019 | 31 | PT35 | Y | 2/19/2019 | PGE1 | 1900110765 | H | PT26878 | 2700197785 | 5100085945 | 2019 | 20190219 | 2/19/2019 |
| 1047761 | 2320000 | 1900005008 | RI | 1 | -22,821.98 | 1 | 2019 | 31 | | Y | 1/2/2019 | PGE1 | 1900005008 | H | PT26879 | 2700112014 | 5100017622 | 2019 | 20190102 | 1/2/2019 |
| 1037864 | 2320000 | 1900009529 | RI | 1 | -2,000.00 | 1 | 2019 | 31 | | Y | 1/4/2019 | PGE1 | 1900009529 | H | PT26702 | 2700081198 | 5100043063 | 2019 | 20190104 | 1/4/2019 |
| 1047761 | 2320000 | 1900038795 | RI | 1 | -39,590.48 | 1 | 2019 | 31 | | Y | 1/15/2019 | PGE1 | 1900038795 | H | PT26709 | 2700064772 | 5100023582 | 2019 | 20190115 | 1/15/2019 |
| 1047761 | 2320000 | 1900038787 | RI | 1 | -14,144.38 | 1 | 2019 | 31 | | Y | 1/15/2019 | PGE1 | 1900038787 | H | PT26710 | 2700064772 | 5100035542 | 2019 | 20190115 | 1/15/2019 |
| 1047761 | 2320000 | 1900038785 | RI | 1 | -113,155.08 | 1 | 2019 | 31 | | Y | 1/15/2019 | PGE1 | 1900038785 | H | PT26711 | 2700064772 | 5100035522 | 2019 | 20190115 | 1/15/2019 |
| 1047761 | 2320000 | 1900038783 | RI | 1 | -46,885.68 | 1 | 2019 | 31 | | Y | 1/15/2019 | PGE1 | 1900038783 | H | PT26712 | 2700064772 | 5100035662 | 2019 | 20190115 | 1/15/2019 |
| 1047761 | 2320000 | 1900039342 | RI | 1 | -5,000.00 | 1 | 2019 | 31 | | Y | 1/16/2019 | PGE1 | 1900039342 | H | PT26713 | 2700064772 | 5100024812 | 2019 | 20190116 | 1/16/2019 |
| 1047761 | 2320000 | 1900039348 | RI | 1 | -39,031.49 | 1 | 2019 | 31 | | Y | 1/16/2019 | PGE1 | 1900039348 | H | PT26714 | 2700064772 | 5100024822 | 2019 | 20190116 | 1/16/2019 |
| 1047761 | 2320000 | 1900039799 | RI | 1 | -2,500.00 | 1 | 2019 | 31 | | Y | 1/15/2019 | PGE1 | 1900039799 | H | PT26715 | 2700064772 | 5100035662 | 2019 | 20190115 | 1/15/2019 |
| 1047761 | 2320000 | 1900278054 | RI | 4 | -13,503.71 | 4 | 2019 | 31 | PT35 | Y | 4/24/2019 | PGE1 | 1900278054 | H | PT26716 | 2700064772 | 5100165856 | 2019 | | 4/24/2019 |
| 1047761 | 2320000 | 1900039349 | RI | 1 | -5,000.00 | 1 | 2019 | 31 | | Y | 1/16/2019 | PGE1 | 1900039349 | H | PT26717 | 2700064772 | 5100024832 | 2019 | 20190116 | 1/16/2019 |
| 1047761 | 2320000 | 1900039343 | RI | 1 | -116,802.57 | 1 | 2019 | 31 | | Y | 1/16/2019 | PGE1 | 1900039343 | H | PT26718 | 2700064772 | 5100024822 | 2019 | 20190116 | 1/16/2019 |
| 1047761 | 2320000 | 1900039340 | RI | 1 | -218,200.04 | 1 | 2019 | 31 | | Y | 1/16/2019 | PGE1 | 1900039340 | H | PT26719 | 2700064772 | 5100024812 | 2019 | 20190116 | 1/16/2019 |
| 1047761 | 2320000 | 1900040690 | RI | 1 | -70,721.92 | 1 | 2019 | 31 | | Y | 1/16/2019 | PGE1 | 1900040690 | H | PT26720 | 2700064772 | 5100247382 | 2019 | 20190116 | 1/16/2019 |
| 1047761 | 2320000 | 1900038786 | RI | 1 | -11,897.11 | 1 | 2019 | 31 | | Y | 1/16/2019 | PGE1 | 1900038786 | H | PT26721 | 2700064772 | 5100035032 | 2019 | 20190115 | 1/15/2019 |
| 1047761 | 2320000 | 1900039362 | RI | 1 | -53,290.44 | 1 | 2019 | 31 | | Y | 1/16/2019 | PGE1 | 1900039362 | H | PT26722 | 2700064772 | 5100084122 | 2019 | 20190116 | 1/16/2019 |
| 1047761 | 2320000 | 1900040705 | RI | 1 | -11,897.11 | 1 | 2019 | 31 | | Y | 1/16/2019 | PGE1 | 1900040705 | H | PT26723 | 2700064772 | 5100047322 | 2019 | 20190116 | 1/16/2019 |
| 1047761 | 2320000 | 1900040716 | RI | 1 | -17,945.66 | 1 | 2019 | 31 | | Y | 1/16/2019 | PGE1 | 1900040716 | H | PT26724 | 2700064772 | 5100048482 | 2019 | 20190116 | 1/16/2019 |
| 1047761 | 2320000 | 1900040698 | RI | 1 | -41,705.77 | 1 | 2019 | 31 | | Y | 1/16/2019 | PGE1 | 1900040698 | H | PT26725 | 2700064772 | 5100048662 | 2019 | 20190116 | 1/16/2019 |
| 1047761 | 2320000 | 1900038450 | RI | 1 | -21,559.96 | 1 | 2019 | 31 | | Y | 1/15/2019 | PGE1 | 1900038450 | H | PT26726 | 2700064772 | 5100023602 | 2019 | 20190115 | 1/15/2019 |
| 1047761 | 2320000 | 1900038459 | RI | 1 | -12,328.05 | 1 | 2019 | 31 | | Y | 1/15/2019 | PGE1 | 1900038459 | H | PT26727 | 2700064772 | 5100023611 | 2019 | 20190115 | 1/15/2019 |
| 1047761 | 2320000 | 1900042460 | RI | 1 | -50,000.00 | 1 | 2019 | 31 | | Y | 1/16/2019 | PGE1 | 1900042460 | H | PT26728 | 2700064772 | 5100025937 | 2019 | 20190116 | 1/16/2019 |
| 1047761 | 2320000 | 1900040702 | RI | 1 | -7,921.86 | 1 | 2019 | 31 | | Y | 1/16/2019 | PGE1 | 1900040702 | H | PT26729 | 2700064772 | 5100024870 | 2019 | 20190116 | 1/16/2019 |
| 1047761 | 2320000 | 1900042018 | RI | 1 | -17,945.66 | 1 | 2019 | 31 | | Y | 1/16/2019 | PGE1 | 1900042018 | H | PT26731 | 2700064772 | 5100054082 | 2019 | 20190116 | 1/16/2019 |
| 1047761 | 2320000 | 1900040316 | RI | 1 | -70,461.01 | 1 | 2019 | 31 | | Y | 1/16/2019 | PGE1 | 1900040316 | H | PT26732 | 2700064772 | 5100025392 | 2019 | 20190116 | 1/16/2019 |
| 1047761 | 2320000 | 1900042011 | RI | 1 | -5,490.62 | 1 | 2019 | 31 | | Y | 1/16/2019 | PGE1 | 1900042011 | H | PT26733 | 2700064772 | 5100025393 | 2019 | 20190116 | 1/16/2019 |
| 1047761 | 2320000 | 1900042382 | RI | 1 | -5,000.00 | 1 | 2019 | 31 | | Y | 1/16/2019 | PGE1 | 1900042382 | H | PT26734 | 2700064772 | 5100025492 | 2019 | 20190116 | 1/16/2019 |
| 1047761 | 2320000 | 1900042382 | RI | 1 | -50,000.00 | 1 | 2019 | 31 | | Y | 1/16/2019 | PGE1 | 1900042382 | H | PT26735 | 2700064772 | 5100025892 | 2019 | 20190116 | 1/16/2019 |
| 1047761 | 2320000 | 1900042482 | RI | 1 | -32,943.74 | 1 | 2019 | 31 | | Y | 1/16/2019 | PGE1 | 1900042482 | H | PT26736 | 2700064772 | 5100058022 | 2019 | 20190116 | 1/16/2019 |
| 1047761 | 2320000 | 1900042282 | RI | 1 | -30,000.00 | 1 | 2019 | 31 | | Y | 1/16/2019 | PGE1 | 1900042282 | H | PT26737 | 2700064772 | 5100025832 | 2019 | 20190116 | 1/16/2019 |
| 1047761 | 2320000 | 1900059635 | RI | 1 | -7,500.00 | 1 | 2019 | 31 | | Y | 1/24/2019 | PGE1 | 1900059635 | H | PT26738 | 2700064772 | 5100086962 | 2019 | 20190124 | 1/24/2019 |
| 1047761 | 2320000 | 1900040317 | RI | 1 | -17,500.00 | 1 | 2019 | 31 | | Y | 1/16/2019 | PGE1 | 1900040317 | H | PT26739 | 2700064772 | 5100025052 | 2019 | 20190116 | 1/16/2019 |
| 1047761 | 2320000 | 1900042493 | RI | 1 | -20,000.00 | 1 | 2019 | 31 | | Y | 1/16/2019 | PGE1 | 1900042493 | H | PT26740 | 2700064772 | 5100025970 | 2019 | 20190116 | 1/16/2019 |
| 1047761 | 2320000 | 1900018645 | RI | 1 | -54,094.36 | 1 | 2019 | 31 | | Y | 1/9/2019 | PGE1 | 1900018645 | H | PT26755 | 2700138247 | 5100008822 | 2019 | 20190121 | 1/21/2019 |
| 1047761 | 2320000 | 1900049828 | RI | 1 | -128,278.18 | 1 | 2019 | 31 | | Y | 1/21/2019 | PGE1 | 1900049828 | H | PT26756 | 2700105897 | 5100010424 | 2019 | 20190121 | 1/21/2019 |
| 1047761 | 2320000 | 1900040144 | RI | 1 | -70,260.00 | 1 | 2019 | 31 | | Y | 1/16/2019 | PGE1 | 1900040144 | H | PT26758 | 2700105897 | 5100024974 | 2019 | 20190116 | 1/16/2019 |
| 1047761 | 2320000 | 1900038995 | RI | 1 | -10,847.61 | 1 | 2019 | 31 | | Y | 1/16/2019 | PGE1 | 1900038995 | H | PT26757 | 2700171714 | 5100039212 | 2019 | 20190116 | 1/16/2019 |
| 1047761 | 2320000 | 1900021414 | RI | 1 | -31,363.64 | 1 | 2019 | 31 | | Y | 1/9/2019 | PGE1 | 1900021414 | H | PT26759 | 2700174842 | 5100122732 | 2019 | 20190123 | 1/9/2019 |
| 1047761 | 2320000 | 1900040289 | RI | 1 | -23,924.65 | 1 | 2019 | 31 | | Y | 1/16/2019 | PGE1 | 1900040289 | H | PT26760 | 2700064772 | 5100258372 | 2019 | 20190116 | 1/16/2019 |
| 1047761 | 2320000 | 1900042345 | RI | 1 | -2,500.00 | 1 | 2019 | 31 | | Y | 1/16/2019 | PGE1 | 1900042345 | H | PT26761 | 2700064772 | 5100025832 | 2019 | 20190116 | 1/16/2019 |
| 1047761 | 2320000 | 1900042381 | RI | 1 | -215,283.78 | 1 | 2019 | 31 | | Y | 1/16/2019 | PGE1 | 1900042381 | H | PT26762 | 2700064772 | 5100258202 | 2019 | 20190116 | 1/16/2019 |
| 1047761 | 2320000 | 1900207281 | RI | 3 | -44,590.17 | 3 | 2019 | 31 | PT35 | Y | 3/27/2019 | PGE1 | 1900207281 | H | PT26764 | 2700155202 | 5100122540 | 2019 | | 3/27/2019 |
| 1047761 | 2320000 | 1900043492 | RI | 1 | -17,584.88 | 1 | 2019 | 31 | | Y | 1/17/2019 | PGE1 | 1900043492 | H | PT26774 | 2700068782 | 5100069962 | 2019 | 20190124 | 1/17/2019 |
| 1047761 | 2320000 | 1900043496 | RI | 1 | -477.99 | 1 | 2019 | 31 | | Y | 1/17/2019 | PGE1 | 1900043496 | H | PT26775 | 2700068782 | 5100072552 | 2019 | 20190124 | 1/17/2019 |
| 1047761 | 2320000 | 1900034485 | RI | 5 | -84,345.82 | 5 | 2019 | 31 | PT35 | Y | 5/16/2019 | PGE1 | 1900034485 | H | PT26776 | 2700271652 | 5100198252 | 2019 | | 5/16/2019 |
| 1047761 | 2320000 | 1900034895 | RI | 5 | -61,863.69 | 5 | 2019 | 31 | PT35 | Y | 5/16/2019 | PGE1 | 1900034895 | H | PT26778 | 2700271652 | 5100198252 | 2019 | | 5/16/2019 |
| 1047761 | 2320000 | 1900034895 | RI | 6 | -54,990.39 | 6 | 2019 | 31 | PT35 | Y | 6/26/2019 | PGE1 | 1900034895 | H | PT26779 | 2700271652 | 5100258329 | 2019 | | 6/26/2019 |

| Vendor | G/L Account | Document Number | Document type | Line item | Amount in local currency | Posting period | Fiscal Year | Posting Key | Terms of Payment | Payment Block | Posting Date | Company Code | Invoice reference | Debit/Credit ind | Reference | Assignment | Object key | Document Header Text | Entry Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1047761 | 2320000 | 1900324493 | RI | 1 | -37,053.07 | 5 | 2019 | 31 | PT35 | Y | 5/16/2019 | PGE1 | 1900324493 | H | PT26780 | 2700271652 | 5100198260201 |  | 5/16/2019 |
| 1047761 | 2320000 | 1900324494 | RI | 1 | -31,884.48 | 5 | 2019 | 31 | PT35 | Y | 5/16/2019 | PGE1 | 1900324494 | H | PT26781 | 2700271652 | 5100198261201 |  | 5/16/2019 |
| 1047761 | 2320000 | 1900072492 | RI | 1 | -61,737.78 | 1 | 2019 | 31 | PT82 | Y | 1/31/2019 | PGE1 | 1900072492 | H | PT26799R | 2700068769 | 5100043067201 | 20190131 | 1/31/2019 |
| 1047761 | 2320000 | 1900045027 | RI | 1 | -43,619.73 | 1 | 2019 | 31 |  | Y | 1/17/2019 | PGE1 | 1900045027 | H | PT26800 | 2700068769 | 5100028329201 | 20190117 | 1/17/2019 |
| 1047761 | 2320000 | 1900044138 | RI | 1 | -102,452.92 | 1 | 2019 | 31 |  | Y | 1/17/2019 | PGE1 | 1900044138 | H | PT26801 | 2700068769 | 5100028280201 | 20190117 | 1/17/2019 |
| 1047761 | 2320000 | 1900044134 | RI | 1 | -11,940.82 | 1 | 2019 | 31 |  | Y | 1/17/2019 | PGE1 | 1900044134 | H | PT26802 | 2700068769 | 5100028285201 | 20190117 | 1/17/2019 |
| 1047761 | 2320000 | 1900198328 | RI | 1 | -12,508.86 | 3 | 2019 | 31 | PT82 | Y | 3/25/2019 | PGE1 | 1900198328 | H | PT26803 | 2700068769 | 5100119032201 |  | 3/25/2019 |
| 1047761 | 2320000 | 1900418832 | RI | 1 | -16,681.60 | 6 | 2019 | 31 | PT35 | Y | 6/19/2019 | PGE1 | 1900418832 | H | PT26804 | 2700271652 | 5100247954201 |  | 6/19/2019 |
| 1047761 | 2320000 | 1900057363 | RI | 1 | -151,962.30 | 1 | 2019 | 31 |  | Y | 1/24/2019 | PGE1 | 1900057363 | H | PT26808 | 2700132825 | 5100038083201 | 20190124 | 1/24/2019 |
| 1047761 | 2320000 | 1900691883 | RI | 1 | -55,470.94 | 10 | 2019 | 31 |  | Y | 10/1/2019 | PGE1 | 1900691883 | H | PT26808 | 2700271652 | 5100403523201 |  | 10/1/2019 |
| 1047761 | 2320000 | 1900327555 | RI | 1 | -53,950.80 | 5 | 2019 | 31 | PT35 | Y | 5/16/2019 | PGE1 | 1900327555 | H | PT26810 | 2700271652 | 5100184222201 |  | 5/16/2019 |
| 1047761 | 2320000 | 1900132875 | RI | 1 | -51,065.63 | 2 | 2019 | 31 | PT82 | Y | 2/26/2019 | PGE1 | 1900132875 | H | PT26816 | 2700133285 | 5100077655201 | 20190226 | 2/26/2019 |
| 1047761 | 2320000 | 1900054726 | RI | 1 | -1,063.22 | 1 | 2019 | 31 | PT62 | Y | 1/22/2019 | PGE1 | 1900054726 | H | PT26821 | 2700056403 | 5100033941201 | 20190122 | 1/22/2019 |
| 1047761 | 2320000 | 1900054723 | RI | 1 | -115,510.46 | 1 | 2019 | 31 | PT62 | Y | 1/22/2019 | PGE1 | 1900054723 | H | PT26822 | 2700056403 | 5100033932201 | 20190122 | 1/22/2019 |
| 1047761 | 2320000 | 1900054729 | RI | 1 | -33,758.39 | 1 | 2019 | 31 | PT62 | Y | 1/22/2019 | PGE1 | 1900054729 | H | PT26823 | 2700056403 | 5100033946201 | 20190122 | 1/22/2019 |
| 1047761 | 2320000 | 1900054732 | RI | 1 | -2,143.24 | 1 | 2019 | 31 | PT62 | Y | 1/22/2019 | PGE1 | 1900054732 | H | PT26824 | 2700056403 | 5100033948201 | 20190122 | 1/22/2019 |
| 1047761 | 2320000 | 1900340623 | RI | 1 | -33,807.78 | 5 | 2019 | 31 | PT10 | Y | 5/20/2019 | PGE1 | 1900340623 | H | PT26825 | 2700261184 | 5100242130201 |  | 5/20/2019 |
| 1047761 | 2320000 | 1900340626 | RI | 1 | -51,563.28 | 5 | 2019 | 31 | PT10 | Y | 5/20/2019 | PGE1 | 1900340626 | H | PT26826 | 2700261184 | 5100242132201 |  | 5/20/2019 |
| 1047761 | 2320000 | 1900057375 | RI | 1 | -123,252.00 | 1 | 2019 | 31 |  | Y | 1/24/2019 | PGE1 | 1900057375 | H | PT26828 | 2700132825 | 5100036095201 | 20190124 | 1/24/2019 |
| 1047761 | 2320000 | 1900325482 | RI | 1 | -29,832.78 | 5 | 2019 | 31 | PT35 | Y | 5/16/2019 | PGE1 | 1900325482 | H | PT26830 | 2700271652 | 5100198309201 |  | 5/16/2019 |
| 1047761 | 2320000 | 1900327503 | RI | 1 | -50,421.87 | 5 | 2019 | 31 | PT35 | Y | 5/16/2019 | PGE1 | 1900327503 | H | PT26831 | 2700271652 | 5100198402201 |  | 5/16/2019 |
| 1047761 | 2320000 | 1900326578 | RI | 1 | -12,262.00 | 5 | 2019 | 31 | PT35 | Y | 5/16/2019 | PGE1 | 1900326578 | H | PT26832 | 2700271652 | 5100198178201 |  | 5/16/2019 |
| 1047761 | 2320000 | 1900133727 | RI | 2 | -169,537.34 | 2 | 2019 | 31 | PT35 | Y | 2/26/2019 | PGE1 | 1900133727 | H | PT26844 | 2700133285 | 5100077680201 | 20190226 | 2/26/2019 |
| 1047761 | 2320000 | 1900058238 | RI | 1 | -27,444.22 | 1 | 2019 | 31 |  | Y | 1/23/2019 | PGE1 | 1900058238 | H | PT26858 | 2700087859 | 5100035549201 | 20190123 | 1/23/2019 |
| 1047761 | 2320000 | 1900057214 | RI | 1 | -40,321.00 | 1 | 2019 | 31 |  | Y | 1/23/2019 | PGE1 | 1900057214 | H | PT26858 | 2700211653 | 5100035514201 | 20190123 | 1/23/2019 |
| 1047761 | 2320000 | 1900207293 | RI | 3 | -14,490.00 | 3 | 2019 | 31 | PT35 | Y | 3/27/2019 | PGE1 | 1900207293 | H | PT26859 | 2700155202 | 5100122552201 |  | 3/27/2019 |
| 1047761 | 2320000 | 1900079305 | RI | 2 | -1,246.68 | 2 | 2019 | 31 | PT12 | Y | 2/5/2019 | PGE1 | 1900079305 | H | PT26861 | 2700221940 | 5100047798201 | 20190205 | 2/5/2019 |
| 1047761 | 2320000 | 1900070063 | RI | 1 | -11,033.54 | 1 | 2019 | 31 |  | Y | 1/30/2019 | PGE1 | 1900070063 | H | PT26863 | 2700169326 | 5100416022201 | 20190130 | 1/30/2019 |
| 1047761 | 2320000 | 1900326119 | RI | 1 | -83,736.91 | 5 | 2019 | 31 | PT35 | Y | 5/16/2019 | PGE1 | 1900326119 | H | PT26865 | 2700271652 | 5100198353201 |  | 5/16/2019 |
| 1047761 | 2320000 | 1900325594 | RI | 1 | -133,973.00 | 5 | 2019 | 31 | PT35 | Y | 5/16/2019 | PGE1 | 1900325594 | H | PT26865 | 2700271652 | 5100198372201 |  | 5/16/2019 |
| 1047761 | 2320000 | 1900325595 | RI | 1 | -36,927.62 | 5 | 2019 | 31 | PT35 | Y | 5/16/2019 | PGE1 | 1900325595 | H | PT26866 | 2700271652 | 5100198373201 |  | 5/16/2019 |
| 1047761 | 2320000 | 1900067939 | RI | 1 | -59,800.32 | 1 | 2019 | 31 | PT82 | Y | 1/28/2019 | PGE1 | 1900067939 | H | PT26873 | 2700068769 | 5100041016201 | 20190128 | 1/28/2019 |
| 1047761 | 2320000 | 1900202921 | RI | 1 | -298,997.80 | 3 | 2019 | 31 | PT35 | Y | 3/25/2019 | PGE1 | 1900202921 | H | PT26890 | 2700112014 | 5100119553201 |  | 3/25/2019 |
| 1047761 | 2320000 | 1900170674 | RI | 3 | -49,518.29 | 3 | 2019 | 31 | PT35 | Y | 3/12/2019 | PGE1 | 1900170674 | H | PT26891 | 2700112014 | 5100098337201 |  | 3/12/2019 |
| 1047761 | 2320000 | 1900110777 | RI | 1 | -94,271.84 | 2 | 2019 | 31 | PT35 | Y | 2/19/2019 | PGE1 | 1900110777 | H | PT26892 | 2700152886 | 5100065687201 | 20190219 | 2/19/2019 |
| 1047761 | 2320000 | 1900086178 | RI | 3 | -209,827.00 | 2 | 2019 | 31 | PT35 | Y | 2/6/2019 | PGE1 | 1900086178 | H | PT26893 | 2700179784 | 5100049331201 | 20190206 | 2/6/2019 |
| 1047761 | 2320000 | 1900170401 | RI | 3 | -149,926.50 | 3 | 2019 | 31 | PT35 | Y | 3/12/2019 | PGE1 | 1900170401 | H | PT26894 | 2700207541 | 5100100012201 |  | 3/12/2019 |
| 1047864 | 2320000 | 1900170495 | RN | 1 | -1,808.45 | 3 | 2019 | 31 | PT35 | Y | 3/12/2019 | PGE1 | 1900170495 | H | PT26900 | 2700081198 | 5100107032201 |  | 3/12/2019 |
| 1047761 | 2320000 | 1900133755 | RI | 1 | -55,715.63 | 2 | 2019 | 31 | PT35 | Y | 2/26/2019 | PGE1 | 1900133755 | H | PT26901 | 2700133285 | 5100077423201 | 20190226 | 2/26/2019 |
| 1047761 | 2320000 | 1900338647 | RI | 5 | -14,975.92 | 5 | 2019 | 31 | PT35 | Y | 5/20/2019 | PGE1 | 1900338647 | H | PT26903 | 2700271652 | 5100204242201 |  | 5/20/2019 |
| 1047761 | 2320000 | 1900351693 | RI | 1 | -27,002.92 | 5 | 2019 | 31 | PT35 | Y | 5/23/2019 | PGE1 | 1900351693 | H | PT26904 | 2700271652 | 5100211222201 |  | 5/23/2019 |
| 1047761 | 2320000 | 1900351254 | RC | 1 | -1,587.61 | 5 | 2019 | 31 | PT35 | Y | 5/23/2019 | PGE1 | 1900351254 | S | PT26905 | 2700271652 | 5100210479201 |  | 5/23/2019 |
| 1047761 | 2320000 | 1900439008 | RC | 6 | 134,349.47 | 6 | 2019 | 21 | PT10 | Y | 6/27/2019 | PGE1 | 1900439008 | S | PT26908CR | 2501574093 | 5100260035201 |  | 6/27/2019 |
| 1047761 | 2320000 | 1900078872 | RC | 3 | 3,840.93 | 2 | 2019 | 21 | PT10 | Y | 2/15/2019 | PGE1 | 1900078872 | S | PT26809 | 2501573374 | 5100047658201 | 20190205 | 2/15/2019 |
| 1047761 | 2320000 | 1900417589 | RC | 6 | 221,230.16 | 6 | 2019 | 21 | PT10 | Y | 6/26/2019 | PGE1 | 1900417589 | S | PT26810CR | 2501573613 | 5100258643201 |  | 6/26/2019 |
| 1047761 | 2320000 | 1900109354 | RI | 2 | -129,158.26 | 2 | 2019 | 31 | PT35 | Y | 2/15/2019 | PGE1 | 1900109354 | H | PT26925AB | 2700064772 | 5100064100201 | 20190215 | 2/15/2019 |
| 1047761 | 2320000 | 1900109355 | RI | 2 | -11,897.10 | 2 | 2019 | 31 | PT35 | Y | 2/15/2019 | PGE1 | 1900109355 | H | PT26926 | 2700064772 | 5100064102201 | 20190215 | 2/15/2019 |
| 1047761 | 2320000 | 1900109356 | RI | 2 | -104,225.58 | 2 | 2019 | 31 | PT35 | Y | 2/15/2019 | PGE1 | 1900109356 | H | PT26927AB | 2700064772 | 5100064104201 | 20190215 | 2/15/2019 |
| 1047761 | 2320000 | 1900109358 | RI | 2 | -122,443.35 | 2 | 2019 | 31 | PT35 | Y | 2/15/2019 | PGE1 | 1900109358 | H | PT26929 | 2700064772 | 5100064106201 | 20190215 | 2/15/2019 |
| 1047761 | 2320000 | 1900109360 | RI | 2 | -92,952.61 | 2 | 2019 | 31 | PT35 | Y | 2/15/2019 | PGE1 | 1900109360 | H | PT26930 | 2700064772 | 5100064108201 | 20190215 | 2/15/2019 |
| 1047761 | 2320000 | 1900109365 | RI | 2 | -42,433.16 | 2 | 2019 | 31 | PT35 | Y | 2/15/2019 | PGE1 | 1900109365 | H | PT26930 | 2700064772 | 5100064114201 | 20190215 | 2/15/2019 |
| 1047761 | 2320000 | 1900109370 | RI | 2 | -142,596.67 | 2 | 2019 | 31 | PT35 | Y | 2/15/2019 | PGE1 | 1900109370 | H | PT26931 | 2700064772 | 5100064116201 | 20190215 | 2/15/2019 |
| 1047761 | 2320000 | 1900109366 | RI | 2 | -60,312.08 | 2 | 2019 | 31 | PT35 | Y | 2/15/2019 | PGE1 | 1900109366 | H | PT26932 | 2700064772 | 5100064118201 | 20190215 | 2/15/2019 |
| 1047761 | 2320000 | 1900109367 | RI | 2 | -9,256.00 | 2 | 2019 | 31 | PT35 | Y | 2/15/2019 | PGE1 | 1900109367 | H | PT26933AB | 2700064772 | 5100064112201 | 20190215 | 2/15/2019 |
| 1047761 | 2320000 | 1900109371 | RI | 2 | -19,165.32 | 2 | 2019 | 31 | PT35 | Y | 2/15/2019 | PGE1 | 1900109371 | H | PT26934 | 2700064772 | 5100064120201 | 20190215 | 2/15/2019 |
| 1047761 | 2320000 | 1900109375 | RI | 2 | -29,894.71 | 2 | 2019 | 31 | PT35 | Y | 2/15/2019 | PGE1 | 1900109375 | H | PT26935 | 2700064772 | 5100064121201 | 20190215 | 2/15/2019 |
| 1047761 | 2320000 | 1900109373 | RI | 2 | -57,636.99 | 2 | 2019 | 31 | PT35 | Y | 2/15/2019 | PGE1 | 1900109373 | H | PT26936 | 2700064772 | 5100064123201 | 20190215 | 2/15/2019 |
| 1047761 | 2320000 | 1900108490 | RI | 2 | -2,645.74 | 2 | 2019 | 31 | PT35 | Y | 2/15/2019 | PGE1 | 1900108490 | H | PT26936 | 2700064772 | 5100064123201 | 20190215 | 2/15/2019 |
| 1047761 | 2320000 | 1900095748 | RI | 2 | -27,721.76 | 2 | 2019 | 31 | PT82 | Y | 2/14/2019 | PGE1 | 1900095748 | H | PT26941 | 2700056403 | 5100056058201 | 20190214 | 2/14/2019 |
| 1047761 | 2320000 | 1900105376 | RI | 2 | -8,814.38 | 2 | 2019 | 31 | PT82 | Y | 2/14/2019 | PGE1 | 1900105376 | H | PT26942 | 2700056403 | 5100061321201 | 20190214 | 2/14/2019 |
| 1047761 | 2320000 | 1900304978 | RI | 5 | -31,598.20 | 5 | 2019 | 31 | PT35 | Y | 5/8/2019 | PGE1 | 1900304978 | H | PT26943R | 2700056403 | 5100182484201 |  | 5/8/2019 |
| 1047761 | 2320000 | 1900338649 | RI | 5 | -51,886.78 | 5 | 2019 | 31 | PT10 | Y | 5/20/2019 | PGE1 | 1900338649 | H | PT26944 | 2700261184 | 5100204281201 |  | 5/20/2019 |
| 1047761 | 2320000 | 1900087233 | RI | 1 | -100,286.23 | 2 | 2019 | 31 | PT82 | Y | 2/6/2019 | PGE1 | 1900087233 | H | PT26951 | 2700211653 | 5100052039201 | 20190206 | 2/6/2019 |
| 1047761 | 2320000 | 1900319034 | RI | 5 | -118,939.99 | 5 | 2019 | 31 | PT35 | Y | 5/13/2019 | PGE1 | 1900319034 | H | PT26960R | 2700112827 | 5100191264201 |  | 5/13/2019 |
| 1047761 | 2320000 | 1900102958+D494 | RI | 2 | -2,663.10 | 2 | 2019 | 31 | PT82 | Y | 2/14/2019 | PGE1 | 1900102958 | H | PT26961 | 2700056403 | 5100061579201 | 20190214 | 2/14/2019 |
| 1047761 | 2320000 | 1900104772 | RI | 2 | -39,862.66 | 2 | 2019 | 31 | PT62 | Y | 2/14/2019 | PGE1 | 1900104772 | H | PT26981 | 2700068769 | 5100060683201 | 20190214 | 2/14/2019 |
| 1047761 | 2320000 | 1900104767 | RI | 2 | -15,500.79 | 2 | 2019 | 31 | PT62 | Y | 2/14/2019 | PGE1 | 1900104767 | H | PT26982 | 2700068769 | 5100060677201 | 20190214 | 2/14/2019 |
| 1047761 | 2320000 | 1900104775 | RI | 2 | -9,593.96 | 2 | 2019 | 31 | PT62 | Y | 2/14/2019 | PGE1 | 1900104775 | H | PT26983 | 2700068769 | 5100060685201 | 20190214 | 2/14/2019 |

| Vendor | G/L Account | Document Number | Document type | Line item | Amount in local currency | Posting period | Fiscal Year | Posting Key | Terms of Payment | Payment Block | Posting Date | Company Code | Invoice reference | Debit/Credit ind | Reference | Assignment | Object key | Document Header Text | Entry Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1047761 | 2320000 | 1900128393 | RI | 1 | -126,304.06 | 2 | 2019 | 31 | PT35 | Y | 2/26/2019 | PGE1 | 1900128393 | H | PT26985 | 2700133285 | 51000772562019 | 20190226 | 2/26/2019 |
| 1047761 | 2320000 | 1900225767 | RI | 1 | -118,014.32 | 4 | 2019 | 31 | PT35 | Y | 4/4/2019 | PGE1 | 1900225767 | H | PT26986 | 2700133285 | 51001337892019 | | 4/4/2019 |
| 1047761 | 2320000 | 1900300688 | RI | 1 | -112,791.72 | 5 | 2019 | 31 | PT35 | Y | 5/8/2019 | PGE1 | 1900300688 | H | PT27033 | 2700133285 | 51001808282019 | | 5/8/2019 |
| 1047761 | 2320000 | 1900225773 | RI | 1 | -54,387.64 | 4 | 2019 | 31 | PT35 | Y | 4/4/2019 | PGE1 | 1900225773 | H | PT26988 | 2700133285 | 51001338852019 | | 4/4/2019 |
| 1047761 | 2320000 | 1900338658 | RI | 1 | -2,817.50 | 5 | 2019 | 31 | PT35 | Y | 5/20/2019 | PGE1 | 1900338658 | H | PT26990 | 2700271652 | 51002034362019 | | 5/20/2019 |
| 1047761 | 2320000 | 1900327129 | RI | 1 | -51,970.86 | 5 | 2019 | 31 | PT35 | Y | 5/16/2019 | PGE1 | 1900327129 | H | PT26991 | 2700271652 | 51001990192019 | | 5/16/2019 |
| 1047761 | 2320000 | 1900094711 | RI | 1 | -35,886.92 | 2 | 2019 | 31 | PT82 | Y | 2/13/2019 | PGE1 | 1900094711 | H | PT28993 | 2700095871 | 51000862802019 | 20190213 | 2/13/2019 |
| 1047761 | 2320000 | 1900155089 | RI | 1 | -6,993.20 | 3 | 2019 | 31 | PT82 | Y | 3/5/2019 | PGE1 | 1900155089 | H | PT27005 | 2700211653 | 51000904342019 | 20190305 | 3/5/2019 |
| 1047761 | 2320000 | 1900110184 | RI | 1 | -2,499.11 | 2 | 2019 | 31 | PT82 | Y | 2/18/2019 | PGE1 | 1900110184 | H | PT27011 | 2700108439 | 51001084782019 | 20190218 | 2/18/2019 |
| 1047761 | 2320000 | 1900110188 | RI | 1 | -1,298.97 | 2 | 2019 | 31 | PT10 | Y | 2/18/2019 | PGE1 | 1900110188 | H | PT27012 | 2700228932 | 51001084782019 | 20190218 | 2/18/2019 |
| 1047761 | 2320000 | 1900275374 | RI | 1 | -14,287.88 | 4 | 2019 | 31 | PT35 | Y | 4/24/2019 | PGE1 | 1900275374 | H | PT27032 | 2700155202 | 51001645602019 | | 4/24/2019 |
| 1047761 | 2320000 | 1900199238 | RI | 1 | -105,982.20 | 3 | 2019 | 31 | PT35 | Y | 3/27/2019 | PGE1 | 1900199238 | H | PT27033 | 2700155202 | 51001237082019 | | 3/27/2019 |
| 1047761 | 2320000 | 1900137161 | RI | 1 | -17,974.77 | 2 | 2019 | 31 | PT10 | Y | 2/27/2019 | PGE1 | 1900137161 | H | PT27062 | 2700235125 | 51000804692019 | 20190227 | 2/27/2019 |
| 1047761 | 2320000 | 1900137153 | RI | 1 | -19,509.65 | 2 | 2019 | 31 | PT10 | Y | 2/27/2019 | PGE1 | 1900137153 | H | PT27063 | 2700234931 | 51000804182019 | 20190227 | 2/27/2019 |
| 1047761 | 2320000 | 1900336075 | RI | 1 | -111,258.28 | 5 | 2019 | 31 | PT10 | Y | 5/20/2019 | PGE1 | 1900336075 | H | PT27065 | 2700235648 | 51002042912019 | | 5/20/2019 |
| 1047761 | 2320000 | 1900138516 | RI | 1 | -46,585.30 | 2 | 2019 | 31 | PT10 | Y | 2/27/2019 | PGE1 | 1900138516 | H | PT27066 | 2700235288 | 51000814842019 | 20190227 | 2/27/2019 |
| 1047761 | 2320000 | 1900138519 | RI | 1 | -21,836.05 | 2 | 2019 | 31 | PT10 | Y | 2/27/2019 | PGE1 | 1900138519 | H | PT27067 | 2700235354 | 51000814672019 | 20190227 | 2/27/2019 |
| 1047761 | 2320000 | 1900141608 | RI | 1 | -67,090.76 | 2 | 2019 | 31 | PT82 | Y | 2/28/2019 | PGE1 | 1900141608 | H | PT27068 | 2700124183 | 51000835412019 | 20190228 | 2/28/2019 |
| 1047761 | 2320000 | 1900138526 | RI | 1 | -16,666.19 | 2 | 2019 | 31 | PT82 | Y | 2/27/2019 | PGE1 | 1900138526 | H | PT27069 | 2700134554 | 51000815442019 | 20190227 | 2/27/2019 |
| 1047761 | 2320000 | 1900138219 | RI | 1 | -1,820.26 | 2 | 2019 | 31 | PT10 | Y | 2/27/2019 | PGE1 | 1900138219 | H | PT27070 | 2700135747 | 51000815152019 | 20190227 | 2/27/2019 |
| 1037864 | 2320000 | 1900170682 | RI | 1 | -1,227,880.00 | 3 | 2019 | 31 | PT00 | Y | 3/12/2019 | PGE1 | 1900170682 | H | PT27075 | 2700053968 | 51000989712019 | | 3/12/2019 |
| 1037864 | 2320000 | 1900170420 | RI | 1 | -26,700.65 | 3 | 2019 | 31 | PT00 | Y | 3/12/2019 | PGE1 | 1900170420 | H | PT27076 | 2700053968 | 51000102862019 | | 3/12/2019 |
| 1047761 | 2320000 | 1900434888 | RI | 1 | -861.00 | 6 | 2019 | 31 | PT10 | Y | 6/26/2019 | PGE1 | 1900434888 | H | PT27078 | 2700133285 | 51002583222019 | | 6/26/2019 |
| 1047761 | 2320000 | 1900339235 | RI | 1 | -22,590.25 | 5 | 2019 | 31 | PT35 | Y | 5/20/2019 | PGE1 | 1900339235 | H | PT27079 | 2700271652 | 51002037152019 | | 5/20/2019 |
| 1047761 | 2320000 | 1900339237 | RI | 1 | -55,317.02 | 5 | 2019 | 31 | PT35 | Y | 5/20/2019 | PGE1 | 1900339237 | H | PT27080 | 2700271652 | 51002031752019 | | 5/20/2019 |
| 1047761 | 2320000 | 1900339240 | RI | 1 | -8,300.00 | 5 | 2019 | 31 | PT35 | Y | 5/20/2019 | PGE1 | 1900339240 | H | PT27081 | 2700271652 | 51002037382019 | | 5/20/2019 |
| 1047761 | 2320000 | 1900340015 | RI | 1 | -1,956.15 | 5 | 2019 | 31 | PT35 | Y | 5/20/2019 | PGE1 | 1900340015 | H | PT27082 | 2700271652 | 51002298532019 | | 5/20/2019 |
| 1047761 | 2320000 | 1900340017 | RI | 1 | -10,035.55 | 5 | 2019 | 31 | PT35 | Y | 5/20/2019 | PGE1 | 1900340017 | H | PT27083 | 2700271652 | 51002298712019 | | 5/20/2019 |
| 1047761 | 2320000 | 1900147873 | RI | 1 | -3,649.76 | 3 | 2019 | 31 | PT82 | Y | 3/4/2019 | PGE1 | 1900147873 | H | PT27094 | 2700139950 | 51000890242019 | 20190304 | 3/4/2019 |
| 1047761 | 2320000 | 1900352895 | RI | 1 | -2,143.24 | 5 | 2019 | 31 | PT10 | Y | 5/24/2019 | PGE1 | 1900352895 | H | PT27115 | 2700261184 | 51002117702019 | | 5/24/2019 |
| 1047761 | 2320000 | 1900196176 | RI | 1 | -37,960.82 | 3 | 2019 | 31 | PT35 | Y | 3/22/2019 | PGE1 | 1900196176 | H | PT27128 | 2700064772 | 51001163022019 | | 3/22/2019 |
| 1047761 | 2320000 | 1900196184 | RI | 1 | -75,538.07 | 3 | 2019 | 31 | PT35 | Y | 3/22/2019 | PGE1 | 1900196184 | H | PT27129 | 2700064772 | 51001163032019 | | 3/22/2019 |
| 1047761 | 2320000 | 1900181295 | RI | 1 | -86,202.24 | 3 | 2019 | 31 | PT35 | Y | 3/22/2019 | PGE1 | 1900181295 | H | PT27130 | 2700064772 | 51001163002019 | | 3/22/2019 |
| 1047761 | 2320000 | 1900181305 | RI | 1 | -136,813.67 | 3 | 2019 | 31 | PT35 | Y | 3/22/2019 | PGE1 | 1900181305 | H | PT27131 | 2700064772 | 51001163002019 | | 3/22/2019 |
| 1047761 | 2320000 | 1900181315 | RI | 1 | -14,315.70 | 3 | 2019 | 31 | PT35 | Y | 3/22/2019 | PGE1 | 1900181315 | H | PT27132 | 2700064772 | 51001163402019 | | 3/22/2019 |
| 1047761 | 2320000 | 1900181310 | RI | 1 | -267,416.78 | 3 | 2019 | 31 | PT35 | Y | 3/22/2019 | PGE1 | 1900181310 | H | PT27133 | 2700064772 | 51001163522019 | | 3/22/2019 |
| 1047761 | 2320000 | 1900181324 | RI | 1 | -1,137.94 | 3 | 2019 | 31 | PT35 | Y | 3/22/2019 | PGE1 | 1900181324 | H | PT27134 | 2700064772 | 51001163492019 | | 3/22/2019 |
| 1047761 | 2320000 | 1900195278 | RI | 1 | -14,877.95 | 3 | 2019 | 31 | PT35 | Y | 3/22/2019 | PGE1 | 1900195278 | H | PT27135 | 2700064772 | 51001163612019 | | 3/22/2019 |
| 1047761 | 2320000 | 1900195280 | RI | 1 | -6,100.00 | 3 | 2019 | 31 | PT35 | Y | 3/22/2019 | PGE1 | 1900195280 | H | PT27136 | 2700064772 | 51001163012019 | | 3/22/2019 |
| 1047761 | 2320000 | 1900196192 | RI | 1 | -186,535.52 | 3 | 2019 | 31 | PT35 | Y | 3/22/2019 | PGE1 | 1900196192 | H | PT27137 | 2700064772 | 51001631820019 | | 3/22/2019 |
| 1047761 | 2320000 | 1900196190 | RI | 1 | -192,890.78 | 3 | 2019 | 31 | PT35 | Y | 3/22/2019 | PGE1 | 1900196190 | H | PT27138 | 2700064772 | 51001631632019 | | 3/22/2019 |
| 1047761 | 2320000 | 1900196194 | RI | 1 | -102,107.23 | 3 | 2019 | 31 | PT35 | Y | 3/22/2019 | PGE1 | 1900196194 | H | PT27139 | 2700064772 | 51001637202019 | | 3/22/2019 |
| 1047761 | 2320000 | 1900195302 | RI | 1 | -29,587.69 | 3 | 2019 | 31 | PT35 | Y | 3/22/2019 | PGE1 | 1900195302 | H | PT27140 | 2700064772 | 51001636562019 | | 3/22/2019 |
| 1047761 | 2320000 | 1900195310 | RI | 1 | -122,216.35 | 3 | 2019 | 31 | PT35 | Y | 3/22/2019 | PGE1 | 1900195310 | H | PT27141 | 2700064772 | 51001640122019 | | 3/22/2019 |
| 1047761 | 2320000 | 1900195315 | RI | 1 | -83,274.19 | 3 | 2019 | 31 | PT35 | Y | 3/22/2019 | PGE1 | 1900195315 | H | PT27143 | 2700064772 | 51001640802019 | | 3/22/2019 |
| 1047761 | 2320000 | 1900195327 | RI | 1 | -5,000.00 | 3 | 2019 | 31 | PT35 | Y | 3/22/2019 | PGE1 | 1900195327 | H | PT27144 | 2700064772 | 51001641820019 | | 3/22/2019 |
| 1047761 | 2320000 | 1900195328 | RI | 1 | -305,179.85 | 3 | 2019 | 31 | PT35 | Y | 3/22/2019 | PGE1 | 1900195328 | H | PT27145 | 2700064772 | 51001643202019 | | 3/22/2019 |
| 1047761 | 2320000 | 1900195339 | RI | 1 | -77,860.38 | 3 | 2019 | 31 | PT35 | Y | 3/22/2019 | PGE1 | 1900195339 | H | PT27147 | 2700064772 | 51001642202019 | | 3/22/2019 |
| 1047761 | 2320000 | 1900195335 | RI | 1 | -11,439.18 | 3 | 2019 | 31 | PT35 | Y | 3/22/2019 | PGE1 | 1900195335 | H | PT27147 | 2700064772 | 51001642602019 | | 3/22/2019 |
| 1047761 | 2320000 | 1900170893 | RI | 1 | -5,020.75 | 3 | 2019 | 31 | PT82 | Y | 3/12/2019 | PGE1 | 1900170893 | H | PT27152 | 2700198439 | 51001003622019 | | 3/12/2019 |
| 1047761 | 2320000 | 1900222766 | RI | 1 | -79,168.00 | 4 | 2019 | 31 | PT35 | Y | 4/3/2019 | PGE1 | 1900222766 | H | PT27153A | 2700121755 | 51001320222019 | | 4/3/2019 |
| 1047761 | 2320000 | 1900222775 | RI | 1 | -111,518.38 | 4 | 2019 | 31 | PT35 | Y | 4/3/2019 | PGE1 | 1900222775 | H | PT27153B | 2700204448 | 51001320372019 | | 4/3/2019 |
| 1047761 | 2320000 | 1900484024 | RI | 1 | -64,751.06 | 7 | 2019 | 31 | PT35 | Y | 7/17/2019 | PGE1 | 1900484024 | H | PT27154R | 2700152886 | 51002078262019 | | 7/17/2019 |
| 1047761 | 2320000 | 1900245880 | RI | 1 | -118,243.28 | 4 | 2019 | 31 | PT35 | Y | 4/12/2019 | PGE1 | 1900245880 | H | PT27155 | 2700112014 | 51001477242019 | | 4/12/2019 |
| 1047761 | 2320000 | 1900184649 | RI | 1 | -58,130.71 | 6 | 2019 | 31 | PT35 | Y | 6/19/2019 | PGE1 | 1900184649 | H | PT27156 | 2700179784 | 51002477202019 | | 6/19/2019 |
| 1047761 | 2320000 | 1900200654 | RI | 1 | -24,530.33 | 3 | 2019 | 31 | PT10 | Y | 3/25/2019 | PGE1 | 1900200654 | H | PT27162 | 2700178628 | 51001193492019 | | 3/25/2019 |
| 1047761 | 2320000 | 1900419893 | RI | 1 | -126,865.68 | 6 | 2019 | 31 | PT35 | Y | 6/19/2019 | PGE1 | 1900419893 | H | PT27163 | 2700149572 | 51002493372019 | | 6/19/2019 |
| 1047761 | 2320000 | 1900224649 | RI | 1 | -204,826.15 | 4 | 2019 | 31 | PT35 | Y | 4/3/2019 | PGE1 | 1900224649 | H | PT27164 | 2700149572 | 51001326252019 | | 4/3/2019 |
| 1047761 | 2320000 | 1900240720 | RI | 1 | -59,405.00 | 4 | 2019 | 31 | PT35 | Y | 4/10/2019 | PGE1 | 1900240720 | H | PT27168AB | 2700159085 | 51001428722019 | | 4/10/2019 |
| 1047761 | 2320000 | 1900202922 | RI | 1 | -40,000.00 | 3 | 2019 | 31 | PT35 | Y | 3/25/2019 | PGE1 | 1900202922 | H | PT27170 | 2700123518 | 51001195842019 | | 3/25/2019 |
| 1047761 | 2320000 | 1900173058 | RI | 1 | -4,547.94 | 3 | 2019 | 31 | PT10 | Y | 3/12/2019 | PGE1 | 1900173058 | H | PT27185 | 2700226432 | 51001011722019 | | 3/12/2019 |
| 1047761 | 2320000 | 1900173114 | RI | 1 | -18,435.55 | 3 | 2019 | 31 | PT10 | Y | 3/12/2019 | PGE1 | 1900173114 | H | PT27185 | 2700225778 | 51001116922019 | | 3/12/2019 |
| 1047761 | 2320000 | 1900351232 | RI | 1 | -17,683.94 | 5 | 2019 | 31 | PT10 | Y | 5/23/2019 | PGE1 | 1900351232 | H | PT27193R | 2700261184 | 51002104272019 | | 5/23/2019 |
| 1047761 | 2320000 | 1900360337 | RI | 1 | -22,179.21 | 5 | 2019 | 31 | PT10 | Y | 5/28/2019 | PGE1 | 1900360337 | H | PT27194 | 2700261184 | 51002154522019 | | 5/28/2019 |
| 1047761 | 2320000 | 1900357109 | RI | 1 | -5,648.69 | 5 | 2019 | 31 | PT82 | Y | 5/28/2019 | PGE1 | 1900357109 | H | PT27195 | 2700205396 | 51002144882019 | | 5/28/2019 |
| 1047761 | 2320000 | 1900360336 | RI | 1 | -7,262.99 | 5 | 2019 | 31 | PT10 | Y | 5/28/2019 | PGE1 | 1900360336 | H | PT27196R | 2700261184 | 51002154512019 | | 5/28/2019 |
| 1047761 | 2320000 | 1900327257 | RI | 1 | -260,047.59 | 5 | 2019 | 31 | PT10 | Y | 5/17/2019 | PGE1 | 1900327257 | H | PT27197 | 2700261184 | 51002006792019 | | 5/17/2019 |
| 1047761 | 2320000 | 1900427873 | RC | 1 | 289.17 | 6 | 2019 | 21 | PT10 | Y | 6/26/2019 | PGE1 | 1900427873 | S | PT27200CR | 2501622122 | 51002580022019 | | 6/26/2019 |

Case: 19-30088    Doc# 7255    Filed: 05/15/20    Entered: 05/15/20 13:54:57    Page 41 of 64    Exhibit 2, Page 39

| Vendor | G/L Account | Document Number | Document type | Line item | Amount in local currency | Posting period | Fiscal Year | Posting Key | Terms of Payment | Payment Block | Posting Date | Company Code | Invoice reference | Debit/Credit ind | Reference | Assignment | Object key | Document Header Text | Entry Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1047761 | 2320000 | 1900427863 | RC | 1 | 9,603.21 | 6 | 2019 | 21 | PT10 | Y | 6/26/2019 | PGE1 | 1900427863 | S | PT27201CR | 2501623568 | 5100259582019 | | 6/26/2019 |
| 1047761 | 2320000 | 1900359277 | RI | 1 | -7,884.40 | 5 | 2019 | 31 | PT82 | Y | 5/28/2019 | PGE1 | 1900359277 | H | PT27202 | 2700264157 | 5100214563019 | | 5/28/2019 |
| 1047761 | 2320000 | 1900202626 | RI | 1 | -20,837.44 | 3 | 2019 | 31 | PT35 | Y | 3/25/2019 | PGE1 | 1900202626 | H | PT27231 | 2700187188 | 5100118991019 | | 3/25/2019 |
| 1047761 | 2320000 | 1900189324 | RI | 1 | -383,787.45 | 3 | 2019 | 31 | PT10 | Y | 3/20/2019 | PGE1 | 1900189324 | H | PT27231 | 2700245627 | 5100112560019 | | 3/20/2019 |
| 1047761 | 2320000 | 1900219784 | RI | 1 | -35,374.62 | 4 | 2019 | 31 | PT10 | Y | 4/2/2019 | PGE1 | 1900219784 | H | PT27261 | 2700251988 | 5100133732019 | | 4/2/2019 |
| 1047761 | 2320000 | 1900396841 | RI | 1 | -421,728.28 | 6 | 2019 | 31 | PT10 | Y | 6/14/2019 | PGE1 | 1900396841 | H | PT27274AB | 2700207541 | 51002416842019 | | 6/14/2019 |
| 1047761 | 2320000 | 1900331792 | RI | 1 | -54,134.23 | 5 | 2019 | 31 | PT35 | Y | 5/16/2019 | PGE1 | 1900331792 | H | PT27278AB | 2700156408 | 5100216802019 | | 5/16/2019 |
| 1047761 | 2320000 | 1900277913 | RI | 1 | -19,097.95 | 4 | 2019 | 31 | PT35 | Y | 4/24/2019 | PGE1 | 1900277913 | H | PT27283 | 2700084772 | 5100165675209 | | 4/24/2019 |
| 1047761 | 2320000 | 1900277916 | RI | 1 | -75,587.72 | 4 | 2019 | 31 | PT35 | Y | 4/24/2019 | PGE1 | 1900277916 | H | PT27285 | 2700084772 | 5100165682019 | | 4/24/2019 |
| 1047761 | 2320000 | 1900277921 | RI | 1 | -73,143.94 | 4 | 2019 | 31 | PT35 | Y | 4/24/2019 | PGE1 | 1900277921 | H | PT27285 | 2700084772 | 5100165683019 | | 4/24/2019 |
| 1047761 | 2320000 | 1900277926 | RI | 1 | -197,549.37 | 4 | 2019 | 31 | PT35 | Y | 4/24/2019 | PGE1 | 1900277926 | H | PT27286 | 2700084772 | 5100165688019 | | 4/24/2019 |
| 1047761 | 2320000 | 1900277925 | RI | 1 | -37,821.91 | 4 | 2019 | 31 | PT35 | Y | 4/24/2019 | PGE1 | 1900277925 | H | PT27287 | 2700084772 | 5100165687019 | | 4/24/2019 |
| 1047761 | 2320000 | 1900277198 | RI | 1 | -14,575.32 | 4 | 2019 | 31 | PT35 | Y | 4/24/2019 | PGE1 | 1900277198 | H | PT27288 | 2700084772 | 5100165524019 | | 4/24/2019 |
| 1047761 | 2320000 | 1900277205 | RI | 1 | -106,618.45 | 4 | 2019 | 31 | PT35 | Y | 4/24/2019 | PGE1 | 1900277205 | H | PT27289 | 2700084772 | 5100165711019 | | 4/24/2019 |
| 1047761 | 2320000 | 1900277213 | RI | 1 | -26,982.82 | 4 | 2019 | 31 | PT35 | Y | 4/24/2019 | PGE1 | 1900277213 | H | PT27290 | 2700084772 | 5100165719019 | | 4/24/2019 |
| 1047761 | 2320000 | 1900277218 | RI | 1 | -25,195.22 | 4 | 2019 | 31 | PT35 | Y | 4/24/2019 | PGE1 | 1900277218 | H | PT27291 | 2700084772 | 5100165721019 | | 4/24/2019 |
| 1047761 | 2320000 | 1900335300 | RI | 1 | -45,074.67 | 5 | 2019 | 31 | PT35 | Y | 5/17/2019 | PGE1 | 1900335300 | H | PT27292 | 2700084772 | 5100202203019 | | 5/17/2019 |
| 1047761 | 2320000 | 1900277219 | RI | 1 | -8,705.30 | 4 | 2019 | 31 | PT35 | Y | 4/24/2019 | PGE1 | 1900277219 | H | PT27293 | 2700084772 | 5100165725209 | | 4/24/2019 |
| 1047761 | 2320000 | 1900277225 | RI | 1 | -5,948.56 | 4 | 2019 | 31 | PT35 | Y | 4/24/2019 | PGE1 | 1900277225 | H | PT27294 | 2700084772 | 5100165731209 | | 4/24/2019 |
| 1047761 | 2320000 | 1900277226 | RI | 1 | -125,272.93 | 4 | 2019 | 31 | PT35 | Y | 4/24/2019 | PGE1 | 1900277226 | H | PT27296 | 2700084772 | 5100165732019 | | 4/24/2019 |
| 1047761 | 2320000 | 1900277228 | RI | 1 | -13,604.82 | 4 | 2019 | 31 | PT35 | Y | 4/24/2019 | PGE1 | 1900277228 | H | PT27297 | 2700084772 | 5100165733019 | | 4/24/2019 |
| 1047761 | 2320000 | 1900277494 | RI | 1 | -45,710.75 | 4 | 2019 | 31 | PT35 | Y | 4/24/2019 | PGE1 | 1900277494 | H | PT27298 | 2700084772 | 5100165748019 | | 4/24/2019 |
| 1047761 | 2320000 | 1900278031 | RI | 1 | -7,829.00 | 4 | 2019 | 31 | PT35 | Y | 4/24/2019 | PGE1 | 1900278031 | H | PT27299 | 2700084772 | 5100165833019 | | 4/24/2019 |
| 1047761 | 2320000 | 1900225139 | RI | 1 | -179,563.43 | 4 | 2019 | 31 | PT82 | Y | 4/5/2019 | PGE1 | 1900225139 | H | PT27305 | 2700156999 | 5100137424209 | | 4/5/2019 |
| 1047761 | 2320000 | 1900437539 | RC | 1 | 23,662.28 | 6 | 2019 | 21 | PT10 | Y | 6/26/2019 | PGE1 | 1900437539 | S | PT27311CR | 2501536672 | 5100259574209 | | 6/26/2019 |
| 1047761 | 2320000 | 1900239850 | RI | 1 | -2,670.50 | 4 | 2019 | 31 | PT82 | Y | 4/8/2019 | PGE1 | 1900239850 | H | PT27315 | 2700124183 | 5100142240019 | | 4/8/2019 |
| 1047761 | 2320000 | 1900634680 | RC | 1 | 29,954.46 | 8 | 2019 | 21 | PT10 | Y | 9/10/2019 | PGE1 | 1900634680 | S | PT27372 | 2501622913 | 5100368407209 | | 9/10/2019 |
| 1047761 | 2320000 | 1900427861 | RC | 1 | 97,671.04 | 6 | 2019 | 21 | PT10 | Y | 6/26/2019 | PGE1 | 1900427861 | S | PT27376CR | 2700134616 | 5100259580209 | | 6/26/2019 |
| 1047761 | 2320000 | 1900437565 | RC | 1 | 33,740.44 | 6 | 2019 | 21 | PT10 | Y | 6/26/2019 | PGE1 | 1900437565 | S | PT27377CR | 2501616597 | 5100259617209 | | 6/26/2019 |
| 1047761 | 2320000 | 1900265560 | RI | 1 | -95,576.62 | 4 | 2019 | 31 | PT82 | Y | 4/19/2019 | PGE1 | 1900265560 | H | PT27378 | 2700188142 | 5100158652019 | | 4/19/2019 |
| 1047761 | 2320000 | 1900362767 | RI | 1 | -9,399.05 | 5 | 2019 | 31 | PT10 | Y | 5/29/2019 | PGE1 | 1900362767 | H | PT27452 | 2700261184 | 5100216982019 | | 5/29/2019 |
| 1047761 | 2320000 | 1900362770 | RI | 1 | -34,557.63 | 5 | 2019 | 31 | PT35 | Y | 5/29/2019 | PGE1 | 1900362770 | H | PT27453 | 2700261184 | 5100216863019 | | 5/29/2019 |
| 1047761 | 2320000 | 1900335318 | RI | 1 | -37,202.19 | 5 | 2019 | 31 | PT35 | Y | 5/17/2019 | PGE1 | 1900335318 | H | PT27470 | 2700084772 | 5100202221019 | | 5/17/2019 |
| 1047761 | 2320000 | 1900335314 | RI | 1 | -229,548.80 | 5 | 2019 | 31 | PT35 | Y | 5/17/2019 | PGE1 | 1900335314 | H | PT27471 | 2700084772 | 5100202217019 | | 5/17/2019 |
| 1047761 | 2320000 | 1900335341 | RI | 1 | -27,364.96 | 5 | 2019 | 31 | PT35 | Y | 5/17/2019 | PGE1 | 1900335341 | H | PT27474 | 2700084772 | 5100202244209 | | 5/17/2019 |
| 1047761 | 2320000 | 1900336312 | RI | 1 | -17,268.37 | 5 | 2019 | 31 | PT35 | Y | 5/17/2019 | PGE1 | 1900336312 | H | PT27475 | 2700084772 | 5100204942019 | | 5/17/2019 |
| 1047761 | 2320000 | 1900335344 | RI | 1 | -60,220.80 | 5 | 2019 | 31 | PT35 | Y | 5/17/2019 | PGE1 | 1900335344 | H | PT27476 | 2700084772 | 5100202264019 | | 5/17/2019 |
| 1047761 | 2320000 | 1900335348 | RI | 1 | -5,490.62 | 5 | 2019 | 31 | PT35 | Y | 5/17/2019 | PGE1 | 1900335348 | H | PT27477 | 2700084772 | 5100202262019 | | 5/17/2019 |
| 1047761 | 2320000 | 1900335351 | RI | 1 | -5,525.99 | 5 | 2019 | 31 | PT35 | Y | 5/17/2019 | PGE1 | 1900335351 | H | PT27478 | 2700084772 | 5100202264209 | | 5/17/2019 |
| 1047761 | 2320000 | 1900334021 | RI | 1 | -140,413.03 | 5 | 2019 | 31 | PT35 | Y | 5/17/2019 | PGE1 | 1900334021 | H | PT27479 | 2700084772 | 5100217692019 | | 5/17/2019 |
| 1047761 | 2320000 | 1900335361 | RI | 1 | -94,548.94 | 5 | 2019 | 31 | PT35 | Y | 5/17/2019 | PGE1 | 1900335361 | H | PT27480 | 2700084772 | 5100202287019 | | 5/17/2019 |
| 1047761 | 2320000 | 1900307187 | RI | 1 | -19,293.21 | 5 | 2019 | 31 | PT82 | Y | 5/8/2019 | PGE1 | 1900307187 | H | PT27505 | 2700264157 | 5100185879209 | | 5/8/2019 |
| 1047761 | 2320000 | 1900331777 | RI | 1 | -59,784.72 | 5 | 2019 | 31 | PT35 | Y | 5/16/2019 | PGE1 | 1900331777 | H | PT27515 | 2501579665 | 5100200312019 | | 5/16/2019 |
| 1047761 | 2320000 | 1900349048 | RC | 1 | 4,791.69 | 5 | 2019 | 21 | PT10 | Y | 5/22/2019 | PGE1 | 1900349048 | S | PT27517 | 2501578668 | 5100208071209 | | 5/22/2019 |
| 1047761 | 2320000 | 1900365345 | RI | 1 | -38,304.30 | 5 | 2019 | 31 | PT82 | Y | 5/30/2019 | PGE1 | 1900365345 | H | PT27585 | 2700136747 | 5100218487019 | | 5/30/2019 |
| 1047761 | 2320000 | 1900401406 | RI | 1 | -59,030.96 | 6 | 2019 | 31 | PT35 | Y | 6/13/2019 | PGE1 | 1900401406 | H | PT27640 | 2700084772 | 5100240402019 | | 6/13/2019 |
| 1047761 | 2320000 | 1900401410 | RI | 1 | -108,352.22 | 6 | 2019 | 31 | PT35 | Y | 6/13/2019 | PGE1 | 1900401410 | H | PT27641 | 2700084772 | 5100240412019 | | 6/13/2019 |
| 1047761 | 2320000 | 1900401415 | RI | 1 | -3,000.00 | 6 | 2019 | 31 | PT35 | Y | 6/13/2019 | PGE1 | 1900401415 | H | PT27642 | 2700084772 | 5100240422019 | | 6/13/2019 |
| 1047761 | 2320000 | 1900401419 | RI | 1 | -12,566.67 | 6 | 2019 | 31 | PT35 | Y | 6/13/2019 | PGE1 | 1900401419 | H | PT27643 | 2700084772 | 5100240432019 | | 6/13/2019 |
| 1047761 | 2320000 | 1900401421 | RI | 1 | -22,763.00 | 6 | 2019 | 31 | PT35 | Y | 6/13/2019 | PGE1 | 1900401421 | H | PT27644 | 2700084772 | 5100240442019 | | 6/13/2019 |
| 1047761 | 2320000 | 1900401437 | RI | 1 | -1,845.00 | 6 | 2019 | 31 | PT35 | Y | 6/13/2019 | PGE1 | 1900401437 | H | PT27645 | 2700084772 | 5100240452019 | | 6/13/2019 |
| 1047761 | 2320000 | 1900401429 | RI | 1 | -10,765.01 | 6 | 2019 | 31 | PT35 | Y | 6/13/2019 | PGE1 | 1900401429 | H | PT27647 | 2700084772 | 5100240472019 | | 6/13/2019 |
| 1047761 | 2320000 | 1900397495 | RI | 1 | -6,981.52 | 6 | 2019 | 31 | PT82 | Y | 6/11/2019 | PGE1 | 1900397495 | H | PT27663 | 2700111303 | 5100237982019 | | 6/11/2019 |
| 1047761 | 2320000 | 1900394861 | RI | 1 | -20,250.58 | 6 | 2019 | 31 | PT35 | Y | 6/11/2019 | PGE1 | 1900394861 | H | PT27664 | 2700095871 | 5100235982019 | | 6/11/2019 |
| 1047761 | 2320000 | 1900339905 | RC | 1 | 9.00 | 6 | 2019 | 21 | PT10 | Y | 6/10/2019 | PGE1 | 1900339905 | S | PT27683 | 2501622122 | 5100230682019 | | 7/9/2019 |
| 1047761 | 2320000 | 1900403505 | RI | 1 | -201,845.73 | 7 | 2019 | 31 | PT35 | Y | 7/9/2019 | PGE1 | 1900403505 | H | PT27686AB | 2700130052 | 5100274852019 | | 7/9/2019 |
| 1047761 | 2320000 | 1900419315 | RC | 1 | 30,679.34 | 6 | 2019 | 21 | PT10 | Y | 6/19/2019 | PGE1 | 1900419315 | S | PT27700 | 2700138950 | 5100248552019 | | 6/19/2019 |
| 1047761 | 2320000 | 1900409798 | RI | 1 | -9,094.40 | 6 | 2019 | 31 | PT35 | Y | 6/19/2019 | PGE1 | 1900409798 | H | PT27720 | 2700211653 | 5100246978019 | | 6/19/2019 |
| 1047761 | 2320000 | 1900422231 | RI | 1 | -7,899.99 | 6 | 2019 | 31 | PT82 | Y | 6/21/2019 | PGE1 | 1900422231 | H | PT27727 | 2700096999 | 5100253280019 | | 6/21/2019 |
| 1047761 | 2320000 | 1900452437 | RI | 1 | -33,501.02 | 7 | 2019 | 31 | PT10 | Y | 7/2/2019 | PGE1 | 1900452437 | H | PT27776 | 2700088769 | 5100268289019 | | 7/2/2019 |
| 1047761 | 2320000 | 1900509295 | RI | 1 | -552.81 | 7 | 2019 | 31 | PT35 | Y | 7/26/2019 | PGE1 | 1900509295 | H | PT27850 | 2700084772 | 5100302715209 | | 7/26/2019 |
| 1047761 | 2320000 | 1900509298 | RI | 1 | -54,758.70 | 7 | 2019 | 31 | PT35 | Y | 7/26/2019 | PGE1 | 1900509298 | H | PT27851 | 2700084772 | 5100302718019 | | 7/26/2019 |
| 1047761 | 2320000 | 1900514205 | RI | 1 | -3,081.20 | 7 | 2019 | 31 | PT35 | Y | 7/29/2019 | PGE1 | 1900514205 | H | PT27906 | 2700211653 | 5100305472019 | | 7/29/2019 |
| 1047761 | 2320000 | 1900520824 | RI | 1 | -60,791.02 | 7 | 2019 | 31 | PT35 | Y | 7/31/2019 | PGE1 | 1900520824 | H | PT27944 | 2700174653 | 5100308084209 | | 7/31/2019 |
| 1047761 | 2320000 | 1900516637 | RI | 1 | 35,323.32 | 7 | 2019 | 21 | PT10 | Y | 7/31/2019 | PGE1 | 1900516637 | S | PT27946 | 2700149300 | 5100311276019 | | 7/31/2019 |
| 1047761 | 2320000 | 1900524286 | RC | 1 | 359,161.80 | 8 | 2019 | 21 | PT10 | Y | 8/2/2019 | PGE1 | 1900524286 | S | PT27957 | 2700149300 | 5100312155209 | | 8/2/2019 |
| 1047761 | 2320000 | 1900568059 | RI | 1 | -14,465.31 | 8 | 2019 | 31 | PT35 | Y | 8/16/2019 | PGE1 | 1900568059 | H | PT27958 | 2700084772 | 5100344536209 | | 8/16/2019 |
| 1047761 | 2320000 | 1900568087 | RI | 1 | -2,000.00 | 8 | 2019 | 31 | PT35 | Y | 8/16/2019 | PGE1 | 1900568087 | H | PT27959 | 2700084772 | 5100345262019 | | 8/16/2019 |

| Vendor | G/L Account | Document Number | Document type | Line item | Amount in local currency | Posting period | Fiscal Year | Posting Key | Terms of Payment | Payment Block | Posting Date | Company Code | Invoice reference | Debit/Credit ind | Reference | Assignment | Object key | Document Header Text | Entry Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1047761 | 2320000 | 1900671636 | RI | 1 | -5,500.00 | 8 | 2019 | 31 | PT35 | Y | 9/23/2019 | PGE1 | 1900671636 | H | PT27961 | 2700064772 | 5100389989 | 2019 | 9/23/2019 |
| 1047761 | 2320000 | 1900566458 | RI | 1 | -6,935.35 | 8 | 2019 | 31 | PT35 | Y | 8/16/2019 | PGE1 | 1900566458 | H | PT27963 | 2700064772 | 5100334644 | 2019 | 8/16/2019 |
| 1047761 | 2320000 | 1900568100 | RI | 1 | -2,843.76 | 8 | 2019 | 31 | PT35 | Y | 8/16/2019 | PGE1 | 1900568100 | H | PT27965 | 2700064772 | 5100334539 | 2019 | 8/16/2019 |
| 1047761 | 2320000 | 1900568110 | RI | 1 | -47,392.37 | 8 | 2019 | 31 | PT35 | Y | 8/16/2019 | PGE1 | 1900568110 | H | PT27967 | 2700064772 | 5100334540 | 2019 | 8/16/2019 |
| 1047761 | 2320000 | 1900568204 | RI | 1 | -8,163.42 | 8 | 2019 | 31 | PT35 | Y | 8/16/2019 | PGE1 | 1900568204 | H | PT27969 | 2700064772 | 5100334523 | 2019 | 8/16/2019 |
| 1047761 | 2320000 | 1900568131 | RC | 1 | 9,876.96 | 8 | 2019 | 21 | PT10 | Y | 8/16/2019 | PGE1 | 1900568131 | S | PT28077 | 2700188439 | 5100345800 | 2019 | 8/16/2019 |
| 1047761 | 2320000 | 1900568120 | RI | 1 | -3,198.77 | 8 | 2019 | 31 | PT62 | Y | 8/16/2019 | PGE1 | 1900568120 | H | PT28078 | 2700316404 | 5100345804 | 2019 | 8/16/2019 |
| 1047761 | 2320000 | 1900591774 | RI | 1 | -99,601.98 | 9 | 2019 | 31 | PT10 | 9 | 8/26/2019 | PGE1 | 1900591774 | H | PT28138 | 2700321181 | 5100347634 | 2019 | 8/26/2019 |
| 1047761 | 2320000 | 1900593441 | RI | 1 | -53,608.33 | 8 | 2019 | 31 | PT62 | Y | 8/29/2019 | PGE1 | 1900593441 | H | PT28170 | 2700149300 | 5100528922 | 2019 | 8/29/2019 |
| 1047761 | 2320000 | 1900621436 | RC | 1 | 32,680.56 | 9 | 2019 | 21 | PT10 | Y | 9/5/2019 | PGE1 | 1900621436 | S | PT28195 | 2700144205 | 5100382138 | 2019 | 9/5/2019 |
| 1047761 | 2320000 | 1900621588 | RC | 1 | 28,362.33 | 9 | 2019 | 21 | PT10 | Y | 9/5/2019 | PGE1 | 1900621588 | S | PT28197 | 2700066999 | 5100382174 | 2019 | 9/5/2019 |
| 1047761 | 2320000 | 1900622018 | RC | 1 | 33,796.59 | 9 | 2019 | 21 | PT10 | Y | 9/5/2019 | PGE1 | 1900622018 | S | PT28204 | 2700134554 | 5100382063 | 2019 | 9/5/2019 |
| 1047761 | 2320000 | 1900648810 | RC | 1 | 6,364.03 | 9 | 2019 | 21 | PT10 | Y | 9/19/2019 | PGE1 | 1900648810 | S | PT28205 | 2700174653 | 5100387292 | 2019 | 9/19/2019 |
| 1047761 | 2320000 | 1900636076 | RC | 1 | 87.65 | 9 | 2019 | 21 | PT10 | Y | 9/10/2019 | PGE1 | 1900636076 | S | PT28225 | 2700188142 | 5100369074 | 2019 | 9/10/2019 |
| 1047761 | 2320000 | 1900676369 | RI | 1 | -120,499.79 | 9 | 2019 | 31 | PT62 | Y | 9/26/2019 | PGE1 | 1900676369 | H | PT28248 | 2700283662 | 5100399000 | 2019 | 9/25/2019 |
| 1047761 | 2320000 | 1900677281 | RI | 1 | -501.84 | 9 | 2019 | 31 | PT35 | Y | 9/26/2019 | PGE1 | 1900677281 | H | PT28259 | 2700064772 | 5100394521 | 2019 | 9/26/2019 |
| 1047761 | 2320000 | 1900675992 | RI | 1 | -17,628.30 | 9 | 2019 | 31 | PT35 | Y | 9/26/2019 | PGE1 | 1900675992 | H | PT28260 | 2700064772 | 5100394542 | 2019 | 9/26/2019 |
| 1047761 | 2320000 | 1900678039 | RI | 1 | -14,403.50 | 9 | 2019 | 31 | PT35 | Y | 9/26/2019 | PGE1 | 1900678039 | H | PT28262 | 2700064772 | 5100394502 | 2019 | 9/26/2019 |
| 1047761 | 2320000 | 1900677293 | RI | 1 | -5,948.55 | 9 | 2019 | 31 | PT35 | Y | 9/26/2019 | PGE1 | 1900677293 | H | PT28263 | 2700064772 | 5100394022 | 2019 | 9/26/2019 |
| 1047761 | 2320000 | 1900677323 | RI | 1 | -1,181.25 | 9 | 2019 | 31 | PT35 | Y | 9/26/2019 | PGE1 | 1900677323 | H | PT28266 | 2700064772 | 5100394622 | 2019 | 9/26/2019 |
| 1047761 | 2320000 | 1900677367 | RI | 1 | -22,598.39 | 9 | 2019 | 31 | PT62 | Y | 9/26/2019 | PGE1 | 1900677367 | H | PT28280 | 2700205396 | 5100374522 | 2019 | 9/18/2019 |
| 1047761 | 2320000 | 1900677443 | RI | 1 | -55,348.70 | 9 | 2019 | 31 | PT62 | Y | 9/26/2019 | PGE1 | 1900677443 | H | PT28299 | 2501574093 | 5100394502 | 2019 | 9/18/2019 |
| 1047761 | 2320000 | 1900661251 | RC | 1 | 30,710.23 | 9 | 2019 | 21 | PT10 | Y | 9/19/2019 | PGE1 | 1900661251 | S | PT28321 | 2700144205 | 5100384507 | 2019 | 9/19/2019 |
| 1047761 | 2320000 | 1900648855 | RI | 1 | -33,500.03 | 9 | 2019 | 31 | PT62 | Y | 9/19/2019 | PGE1 | 1900648855 | H | PT28328 | 2700144205 | 5100384504 | 2019 | 9/19/2019 |
| 1047761 | 2320000 | 1900661285 | RC | 1 | 9,247.07 | 9 | 2019 | 21 | PT10 | Y | 9/19/2019 | PGE1 | 1900661285 | S | PT28329 | 2700135747 | 5100384611 | 2019 | 9/19/2019 |
| 1047761 | 2320000 | 1900661310 | RC | 1 | 23,148.55 | 9 | 2019 | 21 | PT10 | Y | 9/19/2019 | PGE1 | 1900661310 | S | PT28330 | 2700174653 | 5100384630 | 2019 | 9/19/2019 |
| 1047761 | 2320000 | 1900661313 | RC | 1 | 16,928.07 | 9 | 2019 | 21 | PT10 | Y | 9/19/2019 | PGE1 | 1900661313 | S | PT28331 | 2501635947 | 5100384639 | 2019 | 9/19/2019 |
| 1047761 | 2320000 | 1900669632 | RC | 1 | 21,250.60 | 9 | 2019 | 21 | PT10 | Y | 9/23/2019 | PGE1 | 1900669632 | S | PT28332R | 2501633508 | 5100388662 | 2019 | 9/23/2019 |
| 1047761 | 2320000 | 1900661325 | RC | 1 | 72,699.09 | 9 | 2019 | 21 | PT10 | Y | 9/19/2019 | PGE1 | 1900661325 | S | PT28333 | 2501630106 | 5100384651 | 2019 | 9/19/2019 |
| 1047761 | 2320000 | 1900017863 | RI | 1 | -4,777.50 | 1 | 2019 | 31 | | Y | 1/8/2019 | PGE1 | 1900017863 | H | SF-18160 | 2700056362 | 5100080000 | 20190108 | 1/8/2019 |
| 1047761 | 2320000 | 1900016522 | RI | 1 | -40,186.97 | 1 | 2019 | 31 | | Y | 1/8/2019 | PGE1 | 1900016522 | H | SF-18170 | 2700175152 | 5100078952 | 20190108 | 1/8/2019 |
| 1047761 | 2320000 | 1900054342 | RI | 1 | -170,226.14 | 1 | 2019 | 31 | | Y | 1/23/2019 | PGE1 | 1900054342 | H | SF-18186 | 2700175152 | 5100034186 | 2019 | 20190123 | 1/23/2019 |
| 1047761 | 2320000 | 1900017850 | RI | 1 | -80,818.42 | 1 | 2019 | 31 | | Y | 1/8/2019 | PGE1 | 1900017850 | H | SF-18206 | 2700167303 | 5100079873 | 2019 | 20190108 | 1/8/2019 |
| 1047761 | 2320000 | 1900017856 | RI | 1 | -27,347.70 | 1 | 2019 | 31 | | Y | 1/8/2019 | PGE1 | 1900017856 | H | SF-18243 | 2700167303 | 5100079933 | 2019 | 20190108 | 1/8/2019 |
| 1047761 | 2320000 | 1900017851 | RI | 1 | -63,457.26 | 1 | 2019 | 31 | | Y | 1/8/2019 | PGE1 | 1900017851 | H | SF-18244 | 2700167303 | 5100079882 | 2019 | 20190108 | 1/8/2019 |
| 1047761 | 2320000 | 1900054346 | RI | 1 | -123,953.98 | 1 | 2019 | 31 | | Y | 1/23/2019 | PGE1 | 1900054346 | H | SF-18245 | 2700175152 | 5100342102 | 2019 | 20190123 | 1/23/2019 |
| 1047761 | 2320000 | 1900054348 | RI | 1 | -40,505.80 | 1 | 2019 | 31 | | Y | 1/23/2019 | PGE1 | 1900054348 | H | SF-18246 | 2700175152 | 5100342147 | 2019 | 20190123 | 1/23/2019 |
| 1047761 | 2320000 | 1900054343 | RI | 1 | -58,332.23 | 1 | 2019 | 31 | | Y | 1/23/2019 | PGE1 | 1900054343 | H | SF-18247 | 2700175152 | 5100341892 | 2019 | 20190123 | 1/23/2019 |
| 1047761 | 2320000 | 1900054345 | RI | 1 | -23,521.68 | 1 | 2019 | 31 | | Y | 1/23/2019 | PGE1 | 1900054345 | H | SF-18248 | 2700175152 | 5100178674 | 2019 | 20190123 | 1/23/2019 |
| 1047761 | 2320000 | 1900296998 | RI | 1 | -67,368.05 | 5 | 2019 | 31 | PT35 | Y | 5/3/2019 | PGE1 | 1900296998 | H | SF-18249 | 2700175152 | 5100178674 | 2019 | 5/3/2019 |
| 1047761 | 2320000 | 1900054352 | RI | 1 | -16,507.63 | 1 | 2019 | 31 | | Y | 1/23/2019 | PGE1 | 1900054352 | H | SF-18264 | 2700167303 | 5100342160 | 2019 | 20190123 | 1/23/2019 |
| 1047761 | 2320000 | 1900055310 | RI | 1 | -88,391.00 | 1 | 2019 | 31 | | Y | 1/23/2019 | PGE1 | 1900055310 | H | SF-18266 | 2700167303 | 5100342002 | 2019 | 20190123 | 1/23/2019 |
| 1047761 | 2320000 | 1900098993 | RI | 1 | -142,537.18 | 2 | 2019 | 31 | PT35 | Y | 2/12/2019 | PGE1 | 1900098993 | H | SF-18267 | 2700175152 | 5100692220 | 2019 | 20190212 | 2/12/2019 |
| 1047761 | 2320000 | 1900055353 | RI | 1 | -8,003.94 | 1 | 2019 | 31 | | Y | 1/23/2019 | PGE1 | 1900055353 | H | SF-18268 | 2700175152 | 5100341712 | 2019 | 20190123 | 1/23/2019 |
| 1047761 | 2320000 | 1900018001 | RI | 1 | -1,539.86 | 1 | 2019 | 31 | | Y | 1/8/2019 | PGE1 | 1900018001 | H | SF-18269 | 2700056362 | 5100080014 | 2019 | 20190109 | 1/9/2019 |
| 1047761 | 2320000 | 1900015995 | RI | 1 | -4,730.00 | 1 | 2019 | 31 | | Y | 1/8/2019 | PGE1 | 1900015995 | H | SF-18270 | 2700056362 | 5100078702 | 2019 | 20190108 | 1/8/2019 |
| 1047761 | 2320000 | 1900018006 | RI | 1 | -367.58 | 1 | 2019 | 31 | | Y | 1/8/2019 | PGE1 | 1900018006 | H | SF-18271 | 2700056362 | 5100080010 | 2019 | 20190109 | 1/9/2019 |
| 1047761 | 2320000 | 1900055309 | RI | 1 | -5,460.00 | 1 | 2019 | 31 | | Y | 1/23/2019 | PGE1 | 1900055309 | H | SF-18280 | 2700056362 | 5100341992 | 2019 | 20190123 | 1/23/2019 |
| 1047761 | 2320000 | 1900054376 | RI | 1 | -1,365.00 | 1 | 2019 | 31 | | Y | 1/23/2019 | PGE1 | 1900054376 | H | SF-18345 | 2700175152 | 5100342020 | 2019 | 20190115 | 1/23/2019 |
| 1047761 | 2320000 | 1900019174 | RI | 1 | -42,325.00 | 1 | 2019 | 31 | | Y | 1/9/2019 | PGE1 | 1900019174 | H | SF-18355 | 2700056362 | 5100079170 | 2019 | 20190109 | 1/9/2019 |
| 1047761 | 2320000 | 1900054366 | RI | 1 | -111,016.94 | 1 | 2019 | 31 | | Y | 1/23/2019 | PGE1 | 1900054366 | H | SF-18382 | 2700175152 | 5100342520 | 2019 | 20190123 | 1/23/2019 |
| 1047761 | 2320000 | 1900054368 | RI | 1 | -29,331.12 | 1 | 2019 | 31 | | Y | 1/23/2019 | PGE1 | 1900054368 | H | SF-18383 | 2700175152 | 5100342042 | 2019 | 20190123 | 1/23/2019 |
| 1047761 | 2320000 | 1900063051 | RI | 1 | -85,353.36 | 1 | 2019 | 31 | | Y | 1/25/2019 | PGE1 | 1900063051 | H | SF-18394 | 2700167303 | 5100053088 | 2019 | 20190125 | 1/25/2019 |
| 1047761 | 2320000 | 1900039037 | RI | 1 | -2,500.00 | 1 | 2019 | 31 | | Y | 1/16/2019 | PGE1 | 1900039037 | H | SF-18385 | 2700056362 | 5100239872 | 2019 | 20190116 | 1/16/2019 |
| 1047761 | 2320000 | 1900054371 | RI | 1 | -4,038.96 | 1 | 2019 | 31 | | Y | 1/23/2019 | PGE1 | 1900054371 | H | SF-18386 | 2700056362 | 5100342552 | 2019 | 20190123 | 1/23/2019 |
| 1047761 | 2320000 | 1900054372 | RI | 1 | -2,218.80 | 1 | 2019 | 31 | | Y | 1/23/2019 | PGE1 | 1900054372 | H | SF-18387 | 2700056362 | 5100341562 | 2019 | 20190123 | 1/23/2019 |
| 1047761 | 2320000 | 1900054381 | RI | 1 | -3,971.76 | 1 | 2019 | 31 | | Y | 1/23/2019 | PGE1 | 1900054381 | H | SF-18388 | 2700056362 | 5100342722 | 2019 | 20190116 | 1/23/2019 |
| 1047761 | 2320000 | 1900054385 | RI | 1 | -4,985.80 | 1 | 2019 | 31 | | Y | 1/23/2019 | PGE1 | 1900054385 | H | SF-18389 | 2700056362 | 5100342722 | 2019 | 20190123 | 1/23/2019 |
| 1047761 | 2320000 | 1900040534 | RI | 1 | -7,067.84 | 1 | 2019 | 31 | | Y | 1/16/2019 | PGE1 | 1900040534 | H | SF-18390 | 2700056362 | 5100242412 | 2019 | 20190116 | 1/16/2019 |
| 1047761 | 2320000 | 1900054385 | RI | 1 | -2,730.00 | 1 | 2019 | 31 | | Y | 1/16/2019 | PGE1 | 1900054385 | H | SF-18405 | 2700056362 | 5100242552 | 2019 | 20190116 | 1/16/2019 |
| 1047761 | 2320000 | 1900040588 | RI | 1 | -45,650.00 | 1 | 2019 | 31 | | Y | 1/16/2019 | PGE1 | 1900040588 | H | SF-18418 | 2700056362 | 5100242642 | 2019 | 20190116 | 1/16/2019 |
| 1047761 | 2320000 | 1900039970 | RI | 1 | -6,440.50 | 1 | 2019 | 31 | | Y | 1/16/2019 | PGE1 | 1900039970 | H | SF-18428 | 2700056362 | 5100242492 | 2019 | 20190116 | 1/16/2019 |
| 1047761 | 2320000 | 1900040580 | RI | 1 | -10,431.36 | 1 | 2019 | 31 | | Y | 1/16/2019 | PGE1 | 1900040580 | H | SF-18427 | 2700056362 | 5100242572 | 2019 | 20190116 | 1/16/2019 |
| 1047761 | 2320000 | 1900039080 | RI | 1 | -1,382.32 | 1 | 2019 | 31 | | Y | 1/16/2019 | PGE1 | 1900039080 | H | SF-18428 | 2700056362 | 5100242102 | 2019 | 20190116 | 1/16/2019 |
| 1047761 | 2320000 | 1900054849 | RI | 1 | -788.36 | 1 | 2019 | 31 | | Y | 1/16/2019 | PGE1 | 1900054849 | H | SF-18429 | 2700056362 | 5100342120 | 2019 | 20190116 | 1/16/2019 |
| 1047761 | 2320000 | 1900039084 | RI | 1 | -4,948.00 | 1 | 2019 | 31 | | Y | 1/16/2019 | PGE1 | 1900039084 | H | SF-18430 | 2700056362 | 5100342120 | 2019 | 20190116 | 1/16/2019 |
| 1047761 | 2320000 | 1900037934 | RI | 1 | -1,609.28 | 1 | 2019 | 31 | | Y | 1/23/2019 | PGE1 | 1900037934 | H | SF-18431 | 2700057575 | 5100242092 | 2019 | 20190123 | 1/23/2019 |
| 1047761 | 2320000 | 1900054856 | RI | 1 | -7,815.31 | 1 | 2019 | 31 | PT35 | Y | 1/23/2019 | PGE1 | 1900054856 | H | SF-18435 | 2700056362 | 5100342882 | 2019 | 20190123 | 1/23/2019 |

Case: 19-30088   Doc# 7255   Filed: 05/15/20   Entered: 05/15/20 13:54:57   Page 43 of 64   Exhibit 2, Page 41

| Vendor | G/L Account | Document Number | Document type | Line item | Amount in local currency | Posting period | Fiscal Year | Posting Key | Terms of Payment | Payment Block | Posting Date | Company Code | Invoice reference | Debit/Credit ind | Reference | Assignment | Object key | Document Header Text | Entry Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1047761 | 2320000 | 1900063057 | RI | 1 | -75,459.58 | 1 | 2019 | 31 | | Y | 1/25/2019 | PGE1 | 1900063057 | H | SF-18466 | 2700167303 | 5100038920 | 20190125 | 1/25/2019 |
| 1047761 | 2320000 | 1900063056 | RI | 1 | -82,505.44 | 1 | 2019 | 31 | | Y | 1/25/2019 | PGE1 | 1900063056 | H | SF-18467 | 2700175152 | 5100038810 | 20190125 | 1/25/2019 |
| 1047761 | 2320000 | 1900108273 | RI | 1 | -27,080.76 | 2 | 2019 | 31 | PT35 | Y | 2/15/2019 | PGE1 | 1900108273 | H | SF-18468 | 2700175152 | 5100062835 | 20190225 | 2/15/2019 |
| 1047761 | 2320000 | 1900127619 | RI | 1 | -19,682.62 | 2 | 2019 | 31 | PT35 | Y | 2/25/2019 | PGE1 | 1900127619 | H | SF-18469 | 2700176152 | 5100054312 | 20190225 | 2/25/2019 |
| 1047761 | 2320000 | 1900063133 | RI | 1 | -11,688.37 | 1 | 2019 | 31 | | Y | 1/25/2019 | PGE1 | 1900063133 | H | SF-18470 | 2700167303 | 5100038612 | 20190125 | 1/25/2019 |
| 1047761 | 2320000 | 1900063058 | RI | 1 | -9,228.28 | 1 | 2019 | 31 | | Y | 1/25/2019 | PGE1 | 1900063058 | H | SF-18471 | 2700167303 | 5100038812 | 20190125 | 1/25/2019 |
| 1047761 | 2320000 | 1900182295 | RI | 3 | -745.83 | 3 | 2019 | 31 | PT35 | Y | 3/20/2019 | PGE1 | 1900182295 | H | SF-18472 | 2700175152 | 5100012055 | 20190320 | 3/20/2019 |
| 1047761 | 2320000 | 1900247206 | RI | 1 | -27,685.13 | 4 | 2019 | 31 | PT35 | Y | 4/12/2019 | PGE1 | 1900247206 | H | SF-18473 | 2700175152 | 5100147572 | 20190419 | 4/12/2019 |
| 1037864 | 2320000 | 1900036039 | RI | 1 | -218,306.39 | 1 | 2019 | 31 | PT00 | Y | 1/22/2019 | PGE1 | 1900054258 | H | SF-18474 | 2700209921 | 5100033862 | 20190122 | 1/22/2019 |
| 1047761 | 2320000 | 1900039839 | RI | 1 | -2,747.08 | 1 | 2019 | 31 | | Y | 1/18/2019 | PGE1 | 1900039839 | H | SF-18476 | 2700086577 | 5100023865 | 20190116 | 1/18/2019 |
| 1047761 | 2320000 | 1900059184 | RI | 1 | -19,525.32 | 1 | 2019 | 31 | | Y | 1/24/2019 | PGE1 | 1900059184 | H | SF-18477 | 2700086577 | 5100035653 | 20190124 | 1/24/2019 |
| 1047761 | 2320000 | 1900170623 | RI | 3 | -40,148.74 | 3 | 2019 | 31 | PT35 | Y | 3/12/2019 | PGE1 | 1900170623 | H | SF-18478 | 2700240794 | 5100099702 | 20190312 | 3/12/2019 |
| 1047761 | 2320000 | 1900054862 | RI | 1 | -22,319.19 | 1 | 2019 | 31 | | Y | 1/23/2019 | PGE1 | 1900054862 | H | SF-18479 | 2700169640 | 5100042942 | 20190123 | 1/23/2019 |
| 1037864 | 2320000 | 1900038938 | RI | 1 | -14,750.88 | 1 | 2019 | 31 | | Y | 1/16/2019 | PGE1 | 1900038938 | H | SF-18481 | 2700089832 | 5100023864 | 20190116 | 1/16/2019 |
| 1047761 | 2320000 | 1900067515 | RI | 1 | -19,901.21 | 1 | 2019 | 31 | PT35 | Y | 1/18/2019 | PGE1 | 1900067515 | H | SF-18482 | 2700134779 | 5100043055 | 20190128 | 1/18/2019 |
| 1047761 | 2320000 | 1900038962 | RI | 1 | -17,311.91 | 1 | 2019 | 31 | | Y | 1/16/2019 | PGE1 | 1900038962 | H | SF-18483 | 2700152270 | 5100023888 | 20190116 | 1/16/2019 |
| 1047761 | 2320000 | 1900038969 | RI | 1 | -22,363.83 | 1 | 2019 | 31 | | Y | 1/16/2019 | PGE1 | 1900038969 | H | SF-18484 | 2700086577 | 5100023887 | 20190116 | 1/16/2019 |
| 1047761 | 2320000 | 1900064977 | RI | 1 | -2,758.44 | 1 | 2019 | 31 | PT35 | Y | 1/28/2019 | PGE1 | 1900064977 | H | SF-18491 | 2700122721 | 5100045182 | 20190128 | 1/28/2019 |
| 1047761 | 2320000 | 1900054867 | RI | 1 | -1,581.60 | 1 | 2019 | 31 | | Y | 1/23/2019 | PGE1 | 1900054867 | H | SF-18492 | 2700152270 | 5100041260 | 20190123 | 1/23/2019 |
| 1047761 | 2320000 | 1900095629 | RI | 2 | -73,546.18 | 2 | 2019 | 31 | PT35 | Y | 2/12/2019 | PGE1 | 1900095629 | H | SF-18493 | 2700167303 | 5100056699 | 20190212 | 2/12/2019 |
| 1047761 | 2320000 | 1900106369 | RI | 2 | -32,752.59 | 2 | 2019 | 31 | PT35 | Y | 2/14/2019 | PGE1 | 1900106369 | H | SF-18494 | 2700129700 | 5100061946 | 20190214 | 2/14/2019 |
| 1047761 | 2320000 | 1900079094 | RI | 2 | -28,594.01 | 2 | 2019 | 31 | PT35 | Y | 2/5/2019 | PGE1 | 1900079094 | H | SF-18495 | 2700129700 | 5100036230 | 20190205 | 2/5/2019 |
| 1047761 | 2320000 | 1900128748 | RI | 2 | -4,023.76 | 2 | 2019 | 31 | PT35 | Y | 2/25/2019 | PGE1 | 1900128748 | H | SF-18498 | 2700056362 | 5100055562 | 20190225 | 2/25/2019 |
| 1047761 | 2320000 | 1900128759 | RI | 2 | -4,727.56 | 2 | 2019 | 31 | PT35 | Y | 2/25/2019 | PGE1 | 1900128759 | H | SF-18499 | 2700056362 | 5100056872 | 20190225 | 2/25/2019 |
| 1047761 | 2320000 | 1900128736 | RI | 2 | -4,095.00 | 2 | 2019 | 31 | PT35 | Y | 2/25/2019 | PGE1 | 1900128736 | H | SF-18506 | 2700056362 | 5100056362 | 20190225 | 2/25/2019 |
| 1047761 | 2320000 | 1900128648 | RI | 2 | -26,325.00 | 2 | 2019 | 31 | PT35 | Y | 2/25/2019 | PGE1 | 1900128648 | H | SF-18514 | 2700056362 | 5100056872 | 20190225 | 2/25/2019 |
| 1047761 | 2320000 | 1900127621 | RI | 2 | -2,303.44 | 2 | 2019 | 31 | PT35 | Y | 2/25/2019 | PGE1 | 1900127621 | H | SF-18529 | 2700056362 | 5100054312 | 20190225 | 2/25/2019 |
| 1047761 | 2320000 | 1900189145 | RI | 3 | -5,405.00 | 3 | 2019 | 31 | PT35 | Y | 3/20/2019 | PGE1 | 1900189145 | H | SF-18537 | 2700056362 | 5100112812 | 20190319 | 3/20/2019 |
| 1047761 | 2320000 | 1900102248 | RI | 2 | -55,642.58 | 2 | 2019 | 31 | PT35 | Y | 2/13/2019 | PGE1 | 1900102248 | H | SF-18568 | 2700167303 | 5100056230 | 20190213 | 2/13/2019 |
| 1047761 | 2320000 | 1900198099 | RI | 3 | -57,910.27 | 3 | 2019 | 31 | PT35 | Y | 3/25/2019 | PGE1 | 1900198099 | H | SF-18569 | 2700175152 | 5100118146 | 20190325 | 3/25/2019 |
| 1047761 | 2320000 | 1900079091 | RI | 2 | -8,040.47 | 2 | 2019 | 31 | PT35 | Y | 2/5/2019 | PGE1 | 1900079091 | H | SF-18596 | 2700167303 | 5100074860 | 20190205 | 2/5/2019 |
| 1047761 | 2320000 | 1900189641 | RI | 3 | -40,941.20 | 3 | 2019 | 31 | PT35 | Y | 3/20/2019 | PGE1 | 1900189641 | H | SF-18597 | 2700167303 | 5100112320 | 20190320 | 3/20/2019 |
| 1047761 | 2320000 | 1900106359 | RI | 2 | -437.27 | 2 | 2019 | 31 | PT35 | Y | 2/5/2019 | PGE1 | 1900079096 | H | SF-18598 | 2700191462 | 5100074860 | 20190205 | 2/5/2019 |
| 1047761 | 2320000 | 1900106359 | RI | 2 | -2,478.50 | 2 | 2019 | 31 | PT35 | Y | 2/14/2019 | PGE1 | 1900106359 | H | SF-18599 | 2700215716 | 5100061836 | 20190214 | 2/14/2019 |
| 1047761 | 2320000 | 1900101753 | RI | 2 | -27,033.70 | 2 | 2019 | 31 | PT35 | Y | 2/13/2019 | PGE1 | 1900101753 | H | SF-18600 | 2700229190 | 5100058346 | 20190213 | 2/13/2019 |
| 1047761 | 2320000 | 1900079095 | RI | 2 | -2,599.53 | 2 | 2019 | 31 | PT35 | Y | 2/5/2019 | PGE1 | 1900079095 | H | SF-18609 | 2700219163 | 5100074860 | 20190214 | 2/5/2019 |
| 1047761 | 2320000 | 1900106363 | RI | 2 | -1,936.30 | 2 | 2019 | 31 | PT35 | Y | 2/14/2019 | PGE1 | 1900106363 | H | SF-18629 | 2700215716 | 5100061840 | 20190214 | 2/14/2019 |
| 1047761 | 2320000 | 1900224985 | RI | 4 | -8,167.41 | 4 | 2019 | 31 | PT35 | Y | 4/4/2019 | PGE1 | 1900224985 | H | SF-18618 | 2700167303 | 5100134155 | | 4/4/2019 |
| 1047761 | 2320000 | 1900119382 | RI | 2 | -3,342.52 | 2 | 2019 | 31 | PT35 | Y | 2/20/2019 | PGE1 | 1900119382 | H | SF-18620 | 2700222629 | 5100069322 | 20190220 | 2/20/2019 |
| 1047761 | 2320000 | 1900189269 | RI | 3 | -2,744.94 | 3 | 2019 | 31 | PT35 | Y | 3/20/2019 | PGE1 | 1900189269 | H | SF-18660 | 2700167303 | 5100112435 | | 3/20/2019 |
| 1047761 | 2320000 | 1900231037 | RI | 4 | -20,094.53 | 4 | 2019 | 31 | PT35 | Y | 4/5/2019 | PGE1 | 1900231037 | H | SF-18661 | 2700167303 | 5100147553 | | 4/5/2019 |
| 1047761 | 2320000 | 1900250725 | RI | 4 | -12,253.35 | 4 | 2019 | 31 | PT35 | Y | 4/15/2019 | PGE1 | 1900250725 | H | SF-18663 | 2700175152 | 5100149753 | | 4/15/2019 |
| 1047761 | 2320000 | 1900263343 | RI | 4 | -551.97 | 4 | 2019 | 31 | PT35 | Y | 4/18/2019 | PGE1 | 1900263343 | H | SF-18725AB | 2700175152 | 5100157217 | | 4/18/2019 |
| 1047761 | 2320000 | 1900282002 | RI | 4 | -681.55 | 4 | 2019 | 31 | PT35 | Y | 4/26/2019 | PGE1 | 1900282002 | H | SF-18934AB | 2700167303 | 5100168861 | | 4/26/2019 |
| 1047761 | 2320000 | 1800451774 | RI | 1 | -10,110.00 | 7 | 2019 | 31 | PT35 | Y | 7/5/2019 | PGE1 | 1900451774 | H | SF-18971AB | 2700087575 | 5100272414 | | 7/5/2019 |

| | | **TOTAL UNSECURED INVOICES** | | | 23,194,577.91 | | | | | | | | | | | | | | |

# Electronic Proof of Claim_$THUI27386

**Final Audit Report**                                          2019-10-08

| | |
|---|---|
| Created: | 2019-10-08 |
| By: | Prime Clerk E-Filing (efiling@primeclerk.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA5rnPngyg4r02MAoPMAKjGT-mMZAakB4V |

## "Electronic Proof of Claim_$THUI27386" History

📄 **Web Form created by Prime Clerk E-Filing (efiling@primeclerk.com)**
2019-10-08 - 11:50:41 GMT

📎 **Roger F. Friedman (rfriedman@rutan.com) uploaded the following supporting documents:**
📎 Attachment
2019-10-08 - 11:55:12 PM GMT

📄 **Web Form filled in by Roger F. Friedman (rfriedman@rutan.com)**
2019-10-08 - 11:55:12 PM GMT- IP address: 170.76.131.12

🖊 **(User email address provided through API User-Agent: Mozilla/5.0 (Windows NT 10.0; WOW64; Trident/7.0; rv:11.0) like Gecko)**
2019-10-08 - 11:55:15 PM GMT- IP address: 170.76.131.12

✅ **Signed document emailed to Prime Clerk E-Filing (efiling@primeclerk.com) and Roger F. Friedman (rfriedman@rutan.com)**
2019-10-08 - 11:55:15 PM GMT

# EXHIBIT 3

# United States Bankruptcy Court, Northern District of California

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case (Select only one Debtor per claim form):</strong></td></tr>
<tr><td>☐</td><td>PG&E Corporation (19-30088)</td></tr>
<tr><td>☒</td><td>Pacific Gas and Electric Company (19-30089)</td></tr>
</table>

<u>Official Form 410</u>

# Proof of Claim

<div align="right">04/16</div>

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. **Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

Unless an exception in the Bar Date Order applies to you, you should not use this form to submit a claim that arises out of or relates to the fires that occurred in Northern California prior to January 29, 2019.

## Part 1: Identify the Claim

| | |
|---|---|
| **1. Who is the current creditor?** | ARB, Inc.<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor _____ |
| **2. Has this claim been acquired from someone else?** | ☒ No<br>☐ Yes. From whom? _____ |
| **3. Where should notices and payments to the creditor be sent?**<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br><br>Rutan & Tucker, LLP<br>c/o Roger F. Friedman<br>611 Anton Boulevard, Suite 1400<br>Costa Mesa, CA 92626<br><br>Contact phone 714-641-5100<br>Contact email rfriedman@rutan.com | **Where should payments to the creditor be sent?** (if different)<br><br>Contact phone _____<br>Contact email _____ |
| **4. Does this claim amend one already filed?** | ☒ No<br>☐ Yes. Claim number on court claims registry (if known) _____ Filed on _____ MM / DD / YYYY |
| **5. Do you know if anyone else has filed a proof of claim for this claim?** | ☒ No<br>☐ Yes. Who made the earlier filing? _____ |

Case: 19-30088    Doc# 7255    Filed: 05/15/20    Entered: 05/15/20 13:54:57    Page 34    Exhibit P Page 44
of 64

| 6. Do you have any number you use to identify the debtor? | ☑ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____ |
|---|---|

| 7. How much is the claim? | $ 1,320,829.64 (see attached) | **Does this amount include interest or other charges?**<br>☒ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
|---|---|---|

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

See attached.

_____

**9. Is all or part of the claim secured?**

☑ No
☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:** _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $_____

**Amount of the claim that is secured:** $_____

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $_____

**Annual Interest Rate** (when case was filed)_____%
☐ Fixed
☐ Variable

| 10. Is this claim based on a lease? | ☑ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____ |
|---|---|

| 11. Is this claim subject to a right of setoff? | ☑ No<br>☐ Yes. Identify the property: _____ |
|---|---|

Case: 19-30088   Doc# 7255   Filed: 05/15/20   Entered: 05/15/20 13:54:57   Exhibit 3.4  Page 45
of 64

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

☐ Yes. *Check one:*

| | Amount entitled to priority |
|---|---|

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).     $ _____

☐ Up to $2,850 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).     $ _____

☐ Wages, salaries, or commissions (up to $12,850) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).     $ _____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).     $ _____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).     $ _____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(   ) that applies.     $ _____

\* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

---

**Part 3:  Sign Below**

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

**Signature:** *Roger F. Friedman*
Roger F. Friedman (Oct 21, 2019)

**Email:** rfriedman@rutan.com

_____
Signature

Print the name of the person who is completing and signing this claim:

| | | | |
|---|---|---|---|
| Name | Roger | F. | Friedman |
| | First name | Middle name | Last name |
| Title | Partner | | |
| Company | Rutan & Tucker, LLP | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 611 Anton Boulevard, Suite 1400 | | |
| | Number      Street | | |
| | Costa Mesa | CA | 92626 |
| | City | State | ZIP Code |
| Contact phone | 714-641-5100 | Email | rfriedman@rutan.com |

**Attach Supporting Documentation** (limited to a single PDF attachment that is less than 5 megabytes in size and under 100 pages):

☒ I have supporting documentation.
(attach below)

☐ I do not have supporting documentation.

 **Attachment**

PLEASE REVIEW YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTS AND REDACT ACCORDINGLY PRIOR TO UPLOADING THEM. PROOFS OF CLAIM AND ATTACHMENTS ARE PUBLIC DOCUMENTS THAT WILL BE AVAILABLE FOR ANYONE TO VIEW ONLINE.

IMPORTANT NOTE REGARDING REDACTING YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTATION When you submit a proof of claim and any supporting documentation you must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. The responsibility for redacting personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) rests solely with the party submitting the documentation and their counsel. Prime Clerk and the Clerk of the Court will not review any document for redaction or compliance with this Rule and you hereby release and agree to hold harmless Prime Clerk and the Clerk of the Court from the disclosure of any personal data identifiers included in your submission. In the event Prime Clerk or the Clerk of the Court discover that personal identifier data or information concerning a minor individual has been included in a pleading, Prime Clerk and the Clerk of the Court are authorized, in their sole discretion, to redact all such information from the text of the filing and make an entry indicating the correction.

# Instructions for Proof of Claim

These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.

> **A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- **Fill in all of the information about the claim as of January 29, 2019.**

- **Fill in the caption at the top of the form.**

- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.**
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *redaction* on the next page.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents because attachments may be destroyed after scanning.**

- **If the claim is based on delivering health care goods or services, do not disclose confidential health care information.** Leave out or redact confidential information both in the claim and in the attached documents.

- **A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.** See Bankruptcy Rule 9037.

- **For a minor child, fill in only the child's initials and the full name of the child's parent or guardian.** For example, write *A.B., a minor child* (*John Doe, parent*). See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, either enclose a stamped self-addressed envelope and a copy of this form. You may view a list of filed claims in this case by visiting the Claims and Noticing Agent's website at https://restructuring.primeclerk.com/pge.

## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. § 101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. § 507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

**Secured claim under 11 U.S.C. § 506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of § 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

**Please send completed Proof(s) of Claim to:**

**If by first class mail:**
PG&E Corporation Claims Processing Center
c/o Prime Clerk LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**If by overnight courier or hand delivery:**
PG&E Corporation Claims Processing Center
c/o Prime Clerk LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

**You may also hand deliver your completed Proof(s) of Claim to any of the following service center offices (beginning July 15, 2019 through the Bar Date (October 21, 2019) during the hours of 8:30 a.m. – 5:00 p.m. Prevailing Pacific Time):**

Chico Service Center
350 Salem Street
Chico, CA 95928

Marysville Service Center
231 "D" Street
Marysville, CA 95901

Napa Service Center
1850 Soscol Ave. Ste 105
Napa, CA 94559

Oroville Service Center
1567 Huntoon Street
Oroville, CA 95965

Redding Service Center
3600 Meadow View Road
Redding, CA 96002

Santa Rosa Service Center
111 Stony Circle
Santa Rosa, CA 95401

**Photocopy machines will not be available at the Claim Service Centers; you must bring a photocopy of your claim if you wish to receive a date-stamped copy.**

**Do not file these instructions with your form**

# United States Bankruptcy Court, Northern District of California

**Fill in this information to identify the case (Select only one Debtor per claim form):**

☐ PG&E Corporation (19-30088)

☒ Pacific Gas and Electric Company (19-30089)

Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

Unless an exception in the Bar Date Order applies to you, you should not use this form to submit a claim that arises out of or relates to the fires that occurred in Northern California prior to January 29, 2019.

## Part 1: Identify the Claim

| | |
|---|---|
| 1. Who is the current creditor? | ARB, Inc. |
| | Name of the current creditor (the person or entity to be paid for this claim) |
| | Other names the creditor used with the debtor _____ |
| 2. Has this claim been acquired from someone else? | ☒ No <br> ☐ Yes. From whom? _____ |

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Rutan & Tucker, LLP
c/o Roger F. Friedman
611 Anton Boulevard, Suite 1400
Costa Mesa, CA  92626

Contact phone  714-641-5100
Contact email  rfriedman@rutan.com

Where should payments to the creditor be sent? (if different)

Contact phone _____
Contact email _____

| | |
|---|---|
| 4. Does this claim amend one already filed? | ☒ No <br> ☐ Yes. Claim number on court claims registry (if known) _____    Filed on ___/___/_____ <br>    MM / DD / YYYY |
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☒ No <br> ☐ Yes. Who made the earlier filing? _____ |

Case: 19-30088   Doc# 7255   Filed: 05/15/20   Entered: 05/15/20 13:54:57   Page 53 of 64

Exhibit 3, Page 50

**6. Do you have any number you use to identify the debtor?**

☒ No
☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

**7. How much is the claim?**

$ 1,320,829.64 (see attached).

**Does this amount include interest or other charges?**

☒ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

See attached.

**9. Is all or part of the claim secured?**

☒ No
☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:** _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $_____

**Amount of the claim that is secured:** $_____

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $_____

**Annual Interest Rate** (when case was filed) _____%
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☒ No
☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____

**11. Is this claim subject to a right of setoff?**

☒ No
☐ Yes. Identify the property: _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

☑ No

☐ Yes. *Check one:*

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

**Amount entitled to priority**

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).  $ _____

☐ Up to $2,850 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).  $ _____

☐ Wages, salaries, or commissions (up to $12,850) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).  $ _____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).  $ _____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).  $ _____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)( ____ ) that applies.  $ _____

\* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

---

| **Part 3:** | **Sign Below** |
| --- | --- |

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   10/21/2019   (mm/dd/yyyy)

/S/ Roger F. Friedman
_____
Signature

Print the name of the person who is completing and signing this claim:

| Name | Roger | F. | Friedman |
| --- | --- | --- | --- |
| | First name | Middle name | Last name |

| Title | Partner |
| --- | --- |

| Company | Rutan & Tucker, LLP |
| --- | --- |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. |

| Address | 611 Anton Boulevard, Suite 1400 |
| --- | --- |
| | Number          Street |
| | Costa Mesa                              CA           92626 |
| | City                                     State        ZIP Code |

| Contact phone | 714-641-5100 | Email | rfriedman@rutan.com |
| --- | --- | --- | --- |

# ADDENDUM TO PROOF OF CLAIM

# SUBMITTED BY ARB, INC.

ARB, Inc. ("ARB" or "Creditor") submits its Proof of Claim in this bankruptcy case and asserts against PG&E Corporation and/or Pacific Gas and Electric Company (collectively, the "Debtors") the claims described below and on the attached exhibit. The Debtors' bankruptcy estate is obligated to Creditor as set forth below:

ARB is a corporation that has provided and delivered labor, services, equipment, and materials for the construction and improvement of various projects on real property located in the State of California and owned by the Debtors. ARB recorded with various County Recorders mechanics liens and amended mechanics liens with respect to some of the projects, and ARB also filed with the Bankruptcy Court in the Debtors' bankruptcy cases Notices of Continued Perfection of Mechanics Liens Pursuant to 11 U.S.C. § 546(b)(2) and Notices of Continued Perfection of Amended Mechanics Liens Pursuant to 11 U.S.C. § 546(b)(2) with respect to its recorded mechanics liens. Thus, a portion of ARB's total claim against the Debtors is secured. ARB has filed separately a Proof of Claim for ARB's secured claims against the Debtors (Claim No. 17414).

ARB did not record mechanics liens with respect to some of the projects. Thus, a portion of ARB's total claim against the Debtors is unsecured. ARB has filed separately a Proof of Claim for ARB's unsecured claims against the Debtors with respect to those invoices that the Debtors had approved in the Debtors' Taulia Business Exchange System as of October 3, 2019 (Claim No. 17455).

ARB has additional unsecured claims against the Debtors with respect to invoices that the Debtors had not yet approved as of October 3, 2019. Accordingly, this Proof of Claim is for ARB's unsecured claims against the Debtors with respect to those invoices that the Debtors had not yet approved in the Debtors' Taulia Business Exchange System as of October 3, 2019. Attached hereto as Exhibit 1 is a table summarizing ARB's unsecured claims against the Debtors with respect to those invoices that the Debtors had not yet approved in the Debtors' Taulia Business Exchange System as of October 3, 2019. Since that date, the Debtors have approved some of the invoices.

ARB has performed all of the obligations, conditions, covenants, and promises required to be performed by it in accordance with the agreements governing ARB's construction and improvement of projects for the Debtors, except for those terms for which performance has been excused. ARB properly invoiced the Debtors pursuant to the payment terms of those agreements for ARB's construction and improvement of projects for the Debtors. ARB reasonably incurred these costs to construct and improve the projects on the Debtors' behalf and for the Debtors' benefit.

Documentation in support of ARB's claims is voluminous and includes, among other things, contract documents, change orders, invoices, pay applications, written communications

between ARB and the Debtors, engineering and design documents, and expert reports. All documentation can be provided upon request.

## RESERVATION OF RIGHTS

Creditor reserves all legal, equitable, and contractual rights against all parties. Nothing contained herein is intended, nor should it be construed, to be (i) an admission or waiver by Creditor of any matter or thing, (ii) a waiver of a right to a jury trial on any matter or thing to which such a right exists, (iii) consent to the entry of a final order or a final judgment by the Bankruptcy Court, (iv) a release, waiver, or modification of any rights of Creditor against any person, entity, or property, or any property in which Creditor may have a security interest or lien, (v) a release, waiver, or modification of any provision of, or obligation under, any contract, agreement, or understanding between Creditor and any other party, or (vi) an election of remedies by Creditor.

Creditor reserves the right to amend, modify, or supplement this Proof of Claim for any reason, at any time and from time to time, and in any respect, including, without limitation, for purposes of recharacterizing in any manner the claims set forth herein, asserting all or a portion of the claims set forth in this Proof of Claim against one or more of the Debtors if the Debtors or any other party-in-interest disputes that Creditor filed this Proof of Claim in the correct Debtor's bankruptcy case, reflecting any additional amounts owing from the Debtors, and including herein further relevant evidence and information.

2149/018579-0185
14302556.1 a10/21/19

# EXHIBIT 1

# Unsecured Claims

2149/018579-0185
14302556.1 a10/21/19

Exhibit 3, Page 55

# ARB UNSECURED PROOF OF CLAIM - AMOUNTS SINCE 10/3/19

| Document Number | Posting Date | Invoice reference | Reference | Assignment | Object key | Entry Date | ARB Invoice # | ARB Invoice Date | ARB Job | Invoice Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 1900652560 | 9/16/2019 | 1900652560 | FF00063AB | 2700177143 | 51003785492019 | 9/16/2019 | FF00063AB* | 9/5/2019 | 0843201C | 11,985.00 |
| 1900706071 | 10/7/2019 | 1900706071 | FF00067 | 2700105897 | 51004104512019 | 10/7/2019 | FF00067 | 10/7/2019 | 0843202U | 5,382.96 |
| 1900704019 | 10/7/2019 | 1900704019 | FF00070 | 2700271652 | 51004104292019 | 10/7/2019 | FF00070 | 10/7/2019 | 0843200C | 14,799.60 |
| 1900705511 | 10/7/2019 | 1900705511 | FF00071 | 2700271652 | 51004104412019 | 10/7/2019 | FF00071 | 10/7/2019 | 0843200C | 18,832.00 |
| 1900716333 | 10/14/2019 | 1900716333 | FF00122 | 2700112014 | 51004229842019 | 10/14/2019 | FF00122 | 10/14/2019 | 0627003C | 19,886.00 |
| 1900716334 | 10/14/2019 | 1900716334 | FF00123 | 2700112014 | 51004229852019 | 10/14/2019 | FF00123 | 10/14/2019 | 0627003C | 12,683.00 |
| 1900706050 | 10/7/2019 | 1900706050 | PT26438 | 2700271652 | 51004103702019 | 10/7/2019 | PT26438 | 10/7/2019 | 0843200C | 13,517.15 |
| 1900703808 | 10/7/2019 | 1900703808 | PT26439 | 2700271652 | 51004103682019 | 10/7/2019 | PT26439 | 10/7/2019 | 0843200C | 8,620.68 |
| 1900706051 | 10/7/2019 | 1900706051 | PT26464 | 2700271652 | 51004103712019 | 10/7/2019 | PT26464 | 10/7/2019 | 0843200C | 527.70 |
| 1900703814 | 10/7/2019 | 1900703814 | PT26538 | 2700271652 | 51004103842019 | 10/7/2019 | PT26538 | 10/7/2019 | 0843200C | 3,082.91 |
| 1900703815 | 10/7/2019 | 1900703815 | PT26634 | 2700271652 | 51004103852019 | 10/7/2019 | PT26634 | 10/7/2019 | 0843200C | 13,168.91 |
| 1900703816 | 10/7/2019 | 1900703816 | PT26706 | 2700271652 | 51004103862019 | 10/7/2019 | PT26706 | 10/7/2019 | 0843200C | 12,394.98 |
| 1900706062 | 10/7/2019 | 1900706062 | PT26773 | 2700271652 | 51004104022019 | 10/7/2019 | PT26773 | 7/15/2019 | 0843200C | 93,099.16 |
| 1900704018 | 10/7/2019 | 1900704018 | PT26809 | 2700271652 | 51004104222019 | 10/7/2019 | PT26809 | 10/7/2019 | 0843200C | 82,569.36 |
| 1900709740 | 10/7/2019 | 1900709740 | PT27280AB | 2700271652 | 51004119832019 | 10/7/2019 | PT27280 | 9/30/2019 | 0843200C | 5,779.58 |
| 1900702542 | 10/4/2019 | 1900702542 | PT28359 | 2700138807 | 51004087612019 | 10/4/2019 | PT28359 | 10/4/2019 | 0629870C | 90,877.71 |
| 1900710078 | 10/8/2019 | 1900710078 | PT28407 | 2501573936 | 51004127912019 | 10/8/2019 | PT28407 | 10/8/2019 | 0628145C | (3,770.85) |
| 1900706215 | 10/7/2019 | 1900706215 | PT28408 | 2700124183 | 51004109452019 | 10/7/2019 | PT28408 | 10/7/2019 | 0628195C | (33,284.20) |
| 1900731537 | 10/17/2019 | 1900731537 | PT28477 | 2700075330 | 51004271732019 | 10/17/2019 | PT28477 | 10/17/2019 | 0628187C | (97,279.77) |
| 1900731546 | 10/17/2019 | 1900731546 | PT28478 | 2501609218 | 51004273522019 | 10/17/2019 | PT28478 | 10/17/2019 | 0628170C | (14,646.64) |
| 1900659934 | 9/19/2019 | 1900659934 | PT28196AB | 2700144205 | 51003845662019 | 9/19/2019 | PT28196AB | 9/19/2019 | 0628200C | 28,665.23 |
| **INVOICES APPROVED IN TAULIA AFTER OCTOBER 3, 2019** | | | | | | | | | | **286,890.47** |

| CWA# | PO# | WORK ORDER # | | | | | | ARB Job | Invoice Amount |
|---|---|---|---|---|---|---|---|---|---|
| C8271 | 2501536672 | 74010252 | | | | | | 0628140C | 51,731.37 |
| C16831 | 2700316404 | 84002641 | | | | | | 0628145C | 546.52 |
| C7556 | 2501572242 | 84002092 | | | | | | 0628151C | 24,696.49 |
| C13879 | 2501573428 | 31279924 & 84002098 | | | | | | 06281857C | 3,201.43 |
| C8196 | 2700112014 | N/A | | | | | | 0627003C | 355,918.91 |
| C8737 | 2700121755 | N/A | | | | | | 0627026 | 170,866.00 |
| C11490 | 2700179784 | N/A | | | | | | 0627045 | 10,500.00 |
| C1531 | 2700109572 | N/A | | | | | | 0627098 | 41,645.23 |
| 4445 | 2700053968 | N/A | | | | | | 0627109 | 362,347.96 |
| C7570 | 2700245644 | N/A | | | | | | 0627113 | 12,485.26 |
| **ARB UNBILLED AMOUNTS AS OF 10/21/19** | | | | | | | | | **1,033,939.17** |

# Electronic Proof of Claim_OHQBZ27386

**Final Audit Report**                     2019-10-21

| | |
|---|---|
| Created: | 2019-10-21 |
| By: | Prime Clerk E-Filing (efiling@primeclerk.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAb9v-DoUbWKaGR4EYeVPSfYhhzc1WKSCG |

## "Electronic Proof of Claim_OHQBZ27386" History

📄 Web Form created by Prime Clerk E-Filing (efiling@primeclerk.com)
2019-10-21 - 11:13:21 PM GMT

📎 Roger F. Friedman (rfriedman@rutan.com) uploaded the following supporting documents:
   📎 Attachment
2019-10-21 - 11:18:11 PM GMT

📄 Web Form filled in by Roger F. Friedman (rfriedman@rutan.com)
2019-10-21 - 11:18:11 PM GMT- IP address: 204.237.229.186

✍️ (User email address provided through API User-Agent: Mozilla/5.0 (Windows NT 10.0; WOW64; Trident/7.0; rv:11.0) like Gecko)
2019-10-21 - 11:18:15 PM GMT- IP address: 204.237.229.186

✅ Signed document emailed to Prime Clerk E-Filing (efiling@primeclerk.com) and Roger F. Friedman (rfriedman@rutan.com)
2019-10-21 - 11:18:15 PM GMT

# EXHIBIT 4

| ARB JOB # | JOB NAME | CWA # | PO # | POST BK INVOICES PENDING |
|---|---|---|---|---|
| 0627115C | NORTH BAY NEW BUSINESS SPSI 6127046C | C9338 | 2700132825 | $ 54,300.00 |
| 0843200C | FIRE HARDENING PROJECT SPSI 6127056C | C11135 | 2700271652 | $ 88,292.00 |
| 0843202U | 2019 EC TAGS NORTH BAY SPSI# 6127-0XXU | C7217 | 2700105897 | $ 615,356.00 |
| 0843203C | 2019 ROUTINE EMERGENCY WORK SPSI 6127061C | C12894 | 2700209741 | $ 535.00 |
| 0943001 | FRUITLAND 1142 TREE WIRE SPSI#6127-066 | C15487 | 2700283405 | $ 82,224.36 |
| 0943002 | FRUITLAND 1142 CO7449 TREE WIRE SPSI#6127-067 | C15647 | 2700283421 | $ 12,717.58 |
| 0943005 | AUSTIN CREEK RD, CAZADERO SPSI#6127-070 | C15557 | 2700283413 | $ 11,713.70 |
| 0943009C | MAJOR EMERGENCY EVENTS 2019-2020 SPSI#6127-075C | C15806 | 2700297677 | $ 15,212.00 |
| 0943010 | SILVERADO PM 35085681 SPSI#6127-077 | C17255 | 2700324877 | $ 912.79 |
| 0943011U | 2019 DAY RATE CONTRACT WORK SPSI#6127-078U | C16675 | 2700311852 | $ 5,517,858.00 |
| 0943012 | 2019 NEW BUSINESS WORK SPSI 6127079 | MULTIPLE | 2700132826 | $ 842,095.00 |
| 0943013 | SILVERADO PM 35085538 SPSI#6127-080 | C17404 | 2700334024 | $ 64,987.00 |
| 0943015 | SILVERADO PM 35085536 SPSI#6127-082 | C17400 | 2700334013 | $ 24,628.00 |
| 0943016 | SILVERADO PM 35085534 SPSI#6127-083 | C17369 | 2700328615 | $ 9,825.00 |
| 0949001 | VALLEJO B: DEMO OLD CONTROL BUILDING | C14453 | 2700261591 | $ 259,559.00 |
| 0949003 | MV-RE SLAC | C6097 | 2700301951 | $ 43,500.65 |

| | | | Total Electric Division | $ 7,643,716.08 |
|---|---|---|---|---|

| ARB JOB # | JOB NAME | CWA # | PO # | POST BK INVOICES PENDING |
|---|---|---|---|---|
| 0832374C | 2018 BUTT FUSION DIG UPS | C11246 | 2700175152 | $ 115,595.28 |
| 0832380U | 2019 VALVE REPLACEMENTS | C14023 | 2700247455 | $ 21,773.13 |
| 0832398 | 2019 CASING PROJECTS | C13675 | 2700235956 | $ 64,256.00 |
| 0832401U | CRESTVIEW, SAN CARLOS | C13675 | 2700235956 | $ 1,749.30 |
| 0832405 | 59 HPR, SONOMA | C16925 | 2700316601 | $ 150,000.00 |
| 0832408U | PADDOCK PL, WOODLAND | C13675 | 2700235956 | $ 189,937.76 |
| 0832409U | 2ND AVE, SACRAMENTO | C13675 | 2700235956 | $ 45,483.62 |
| 0832411U | GIBSON AVE, WOODLAND | C13675 | 2700235956 | $ 164,045.52 |
| 0832412U | TOM POLK DR, CHICO | C13675 | 2700235956 | $ 6,144.62 |
| 0832421U | PACIFIC AVE, SANTA ROSA | C13675 | 2700235956 | $ 161,552.69 |
| 0832422U | APPIAN WAY, SOUTH SAN FRANCISCO | C13675 | 2700235956 | $ 17,996.55 |
| 0832423U | 2020 VALVE REPLACEMENT PROGRAM | C20125 | 2700402483 | $ 202,658.00 |
| 0832424C | PETALUMA BLVD, PETALUMA | C20437 | 2700407236 | $ 52,059.00 |
| 0832425U | TALBOT AVE, SANTA ROSA | C13675 | 2700235956 | $ 15,441.00 |
| 0832430U | HIGHWAY 29 & DUNWEAL, CALISTOGA | C13675 | 2700235956 | $ 19,750.00 |
| 0846194U | 2020 SF PLUMBING | C745 | 2700448851, 2700441469, 2700364347 | $ 25,000.00 |
| 0846195U | 2020 EAST BAY PLUMBING | C745 | 2700423043 | $ 38,110.00 |
| 0846196U | 2020 NORTH BAY PLUMBING | C745 | 2700380617 | $ 60,000.00 |
| 0846197C | 2020 CROSSBORE REPAIRS | C745 | 2700364347 | $ 1,227.12 |

| | | | Total Gas Distribution | $ 1,352,779.59 |
|---|---|---|---|---|

| ARB JOB # | PG&E WORKSTREAM | PG&E CWA # | PG&E ARIBA PO 3 | PCO/RFI ROM | HARED RISK/SAVIN | POST BK INVOICES PENDING |
|---|---|---|---|---|---|---|
| 0628205C | PSEP | C12495 | 2700211653 | $ - | $ 62,986 | $ 62,986 |
| 0628210C | PSEP | C12780 | 2700211671 | $ - | $ (31,702) | $ (31,702) |
| 0628211C | PSEP | C13269 | 2700221172 | $ - | $ 82,247 | $ 82,247 |
| 0628213C | PSEP | C13475 | 2700225142 | $ - | $ (91,762) | $ (91,762) |
| 0628214C | PSEP | C13475 | 2700225142 | $ (39,083) | $ (37,874) | $ (76,957) |
| 0628215C | PSEP | C15167 | 2700267202 | $ (730,545) | $ (152,844) | $ (883,389) |
| 0628216C | PSEP | C13475 | 2700225142 | $ - | $ 142,495 | $ 142,495 |
| 0628217C | PSEP | C13475 | 2700225142 | $ 367,288 | $ (6,354) | $ 360,934 |
| 0628218C | PSEP | C15621 | 2700279397 | $ - | $ (24,177) | $ (24,177) |
| 0628219C | PSEP | C15719 | 2700280893 | $ - | $ (66,539) | $ (66,539) |
| 0628220C | PSEP | C15873 | 2700284629 | $ - | $ (11,891) | $ (11,891) |
| 0628221C | PSEP | C15841 | 2700285241 | $ - | $ (51,289) | $ (51,289) |
| 0628222C | PSEP | C15920 | 2700288940 | $ - | $ (17,461) | $ (17,461) |
| 0628223C | PSEP | C16247 | 2700295098 | $ - | $ (35,801) | $ (35,801) |
| 0628224C | PSEP | C13475 | 2700225142 | $ 642,116 | $ 335,535 | $ 977,651 |
| 0628225C | PSEP | C13475 | 2700225142 | $ 1,904,290 | $ 408,770 | $ 2,313,060 |
| 0628226C | PSEP | C13475 | 2700225142 | $ 2,541,243 | $ 210,305 | $ 2,751,548 |
| 0628227C | PSEP | C17465 | 2700332744 | $ (17,320) | $ (54,773) | $ (72,093) |
| 0628229C | PSEP | C17938 | 2700344405 | $ - | $ (13,415) | $ (13,415) |
| 0628230C | PSEP | C17672 | 2700339690 | $ 88,021 | $ 31,476 | $ 119,498 |
| 0628231C | PSEP | C18252 | 2700353683 | $ 5,143 | $ (184,242) | $ (179,098) |
| 0628233C | PSEP | C18923 | 2700371313 | $ 2,342,591 | $ (1,008,151) | $ 1,334,440 |
| 0628234C | PSEP | C19848 | 2700391933 | $ - | $ (1,868) | $ (1,868) |
| 0629886C | DIGS | C4596 | 2700064772 | $ 769,950 | $ - | $ 769,950 |
| 0629937U | DIGS | C4596 | 2700064772 | $ 486,836 | $ - | $ 486,836 |

| | | | Total Gas Transmission | $ 8,360,531 | $ (516,327) | $ 7,844,203 |
|---|---|---|---|---|---|---|

| | | | TOTAL UNBILLED POST-PETITION INVOICES | | | $ 16,840,699 |
|---|---|---|---|---|---|---|

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | *(In re PG&E Corporation and Pacific Gas and Electric Company* <br> USBC Case No. 19-30088*)* |
| 3 | **STATE OF CALIFORNIA, COUNTY OF ORANGE** |
| 4 | |

1
2
3
4

**PROOF OF SERVICE**

*(In re PG&E Corporation and Pacific Gas and Electric Company*
USBC Case No. 19-30088*)*

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

5
6
7

      I am employed by the law office of Rutan & Tucker, LLP in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 611 Anton Boulevard, Suite 1400, Costa Mesa, California 92626-1931.  My electronic notification address is csolorzano@rutan.com.

8

      On May 15, 2020, I served on the interested parties in said action the within:

9
10

**ARB, INC.'S OBJECTION TO SCHEDULE OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES TO BE ASSUMED PURSUANT TO THE PLAN AND PROPOSED CURE AMOUNTS, AND RESERVATION OF RIGHTS**

11

as stated below:

12
13

☒    (ELECTRONIC FILING) Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document on all parties requesting same.

14
15

☒    (BY E-MAIL) by transmitting a true copy of the foregoing document(s) to the e-mail addresses set forth on the attached service list.

16
17

      I certify that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

18

      Executed on May 15, 2020, at Costa Mesa, California.

19

      I declare under penalty of perjury that the foregoing is true and correct.

20
21

| Cecilia Solórzano | */s/ Cecilia Solórzano* |
|---|---|
| (Type or print name) | (Signature) |

22
23
24
25
26
27
28

15076811.1 a05/15/20

**SERVICE LIST**

Stephen Karotkin               <u>Attorneys for Debtors</u>
Jessica Liou
Matthew Goren
Tom Schinckel
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
E-mail: stephen.karotkiin@weil.com
       jessica.liou@weil.com
       matthew.goren@weil.com
       tom.schinckel@weil.com

Tobias S. Keller                <u>Attorneys for Debtors</u>
Jane Kim
Keller Benvenutti Kim LLP
650 California St., Ste. 1900
San Francisco, CA 94108
E-mail: tkeller@kbkllp.com
       ikim@kbkllp.com

Bruce S. Bennett              <u>Attorneys for the Shareholder</u>
Joshua M. Mester            <u>Proponents</u>
James O. Johnston
Jones Day
555 South Flower St., 50ᵗʰ Flr.
Los Angeles, CA 90071
E-Mail: jmester@jonesday.com
       jjohnston@jonesday.com

15076811.1 a05/15/20