MAYNARD, COOPER & GALE
Duane Kumagai, Esq.
1901 Avenue of the Stars, Suite 1900
Los Angeles, CA  90067
Telephone:    (310) 596-4500
Email:  dkumagai@maynardcooper.com

*Attorneys for Mesa Associates, Inc.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, NORTHERN DISTRICT
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors.**, | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | **NOTICE OF APEARANCE AND REQUEST FOR SERVICE OF DUANE KUMAGAI, ESQ. ON BEHALF OF MESA ASSOCIATES, INC.** |

**PLEASE TAKE NOTICE** that **Duane Kumagai, Esq.** hereby enters an appearance on behalf of Creditor **Mesa Associates, Inc.** ("Mesa") in the above-captioned chapter 11 proceedings (the "Cases"), and requests the Court and parties to provide all notices to the undersigned through the CM/ECF system, or, if necessary, at the following address:

Duane Kumagai, Esq.
SBN 125063
MAYNARD, COOPER & GALE
1901 Avenue of the Stars Suite 1900
Los Angeles, CA  90067
(310) 596-4500
dkumagai@maynardcooper.com

{05410797.1}

1

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

| | |
|---|---|
| 1 | **PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not |
| 2 | only the notice and papers referred to in the Federal Rules of Bankruptcy Procedure, |
| 3 | Federal Rules of Civil Procedure, and title 11 of the United States Code, but without |
| 4 | limitation, all orders and notices of any application, motion, hearing, petition, request, |
| 5 | complaint, or demand, whether formal or informal, whether written or oral, and whether |
| 6 | transmitted or conveyed by mail, personal delivery, telephone, telegraph, telex, facsimile, |
| 7 | electronic mail, or otherwise, which affect or seek to affect in any way any right or interest |
| 8 | of Mesa in the Cases or any ancillary or related proceedings. |
| 9 | This appearance and demand for notice and service is not and may not be deemed |
| 10 | or construed to be a waiver of any substantive or procedural rights of Mesa. |

DATED: May 15, 2020               MAYNARD COOPER & GALE LLP

By: */s/ Duane Kumagai*
      Duane Kumagai

*Attorneys for Mesa Associates, Inc.*

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1901 Avenue of Stars, Suite 1900, Los Angeles, California, 90067.

On the below date, I served or caused to be served a copy ☒ / original ☐ of the foregoing document(s) described as **NOTICE OF APEARANCE AND REQUEST FOR SERVICE OF DUANE KUMAGAI, ESQ. ON BEHALF OF MESA ASSOCIATES, INC.** on the interested parties in this action addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On **May 15, 2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below.

☒ **BY EMAIL:** I transmitted the above-stated document(s) and a copy of this declaration from my computer to the interested parties in this action whose names and e-mail addresses are listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. Service by e-mail or electronic transmission was agreed upon based on a court order or an agreement of the parties to accept service.

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on **May 15, 2020**, at Los Angeles, California.

/s/ Melody Shabpareh
Melody Shabpareh

PROOF OF SERVICE

# PROOF OF SERVICE

I am employed in the County of Jefferson, State of Alabama. I am over the age of 18 and not a party to the within action; my business address is 1901 Sixth Ave N, Suite 2400, Birmingham, AL 35203.

On the below date, I served or caused to be served a copy ☒ / original ☐ of the foregoing document(s) described as **NOTICE OF APEARANCE AND REQUEST FOR SERVICE OF DUANE KUMAGAI, ESQ. ON BEHALF OF MESA ASSOCIATES, INC.** on the interested parties in this action addressed as follows:

## SEE ATTACHED SERVICE LIST

☒ By placing true copies thereof enclosed in a sealed envelope(s) addressed as stated above.

 ☒ **BY MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the U.S. Postal Service. Under that practice such envelope(s) is deposited with the U.S. postal service on the same day this declaration was executed, with postage thereon fully prepaid.

I declare under penalty of perjury, under the laws of the United States of America that the foregoing is true and correct.

Executed on **May 15, 2020**, at Birmingham, Alabama.

                /s/ Karen Goodson
                Karen Goodson

**NEF/ECF LIST:**

- Elliot Adler    eadler@theadlerfirm.com, bzummer@theadlerfirm.com
- Aaron L. Agenbroad    alagenbroad@jonesday.com, saltamirano@jonesday.com
- Pamela Allen    pallen@dir.ca.gov
- Annadel A. Almendras    annadel.almendras@doj.ca.gov
- Monique D. Almy    malmy@crowell.com
- Dana M. Andreoli    dandreoli@steyerlaw.com, mterry@steyerlaw.com
- Anne Andrews    aa@andrewsthornton.com, aandrews@andrewsthornton.com
- Richard L. Antognini    rlalawyer@yahoo.com, hallonaegis@gmail.com
- Tyson Arbuthnot    tarbuthnot@rjo.com, jyeung@rjo.com
- Lauren T. Attard    lattard@bakerlaw.com, agrosso@bakerlaw.com
- Herb Baer    hbaer@primeclerk.com, ecf@primeclerk.com
- Kathryn E. Barrett    keb@svlg.com, amt@svlg.com
- Chris Bator    cbator@bakerlaw.com, jmcguigan@bakerlaw.com
- Ronald S. Beacher    rbeacher@pryorcashman.com
- Hagop T. Bedoyan    hbedoyan@kleinlaw.com, ecf@kleinlaw.com
- Andrew David Behlmann    abehlmann@lowenstein.com, elawler@lowenstein.com
- Tanya Behnam    tbehnam@polsinelli.com, tanyabehnam@gmail.com
- James C. Behrens    jbehrens@milbank.com, mkoch@milbank.com
- Jacob Taylor Beiswenger    jbeiswenger@omm.com, llattin@omm.com
- James T. Bentley    james.bentley@srz.com, Kelly.Knight@srz.com
- Peter J. Benvenutti    pbenvenutti@kbkllp.com
- Robert Berens    rberens@smtdlaw.com, sr@smtdlaw.com
- Ronald F. Berestka    rberestka@stonelawoffice.com, csepulveda@stonelawoffice.com
- Heinz Binder    heinz@bindermalter.com
- Neil Jon Bloomfield    njbloomfield@njblaw.com, gklump@njblaw.com
- Jason Blumberg    jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov
- Paige Boldt    pboldt@wattsguerra.com, cwilson@wattsguerra.com
- Ameneh Maria Bordi    ameneh.bordi@kirkland.com, leo.rosenberg@kirkland.com
- Jason Borg    jborg@jasonborglaw.com
- Mark Bostick    mbostick@wendel.com, bankruptcy@wendel.com
- James L. Bothwell    jbothwell@hugueninkahn.com, jguzman@hugueninkahn.com
- Peter R. Boutin    peter.boutin@kyl.com, lara.joel@kyl.com
- Erin N. Brady    enbrady@jonesday.com
- Gregory A. Bray    gbray@milbank.com
- Michael D. Breslauer    mbreslauer@ecf.courtdrive.com, wyones@swsslaw.com
- W. Steven Bryant    , molly.batiste-debose@lockelord.com
- Chane Buck    cbuck@jonesday.com
- Elizabeth J. Cabraser    ecabraser@lchb.com, awolf@lchb.com
- Anthony P. Cali    anthony.cali@stinson.com, lindsay.petrowski@stinson.com
- Peter C. Califano    pcalifano@cwclaw.com
- Steven M. Campora    scampora@dbbwc.com, nlechuga@dbbwc.com
- Leah E. Capritta    leah.capritta@hklaw.com, lori.labash@hklaw.com
- Nicholas A. Carlin    nac@phillaw.com, rac@phillaw.com
- Katherine Rose Catanese    kcatanese@foley.com
- Jennifer Machlin Cecil    JCecil@winston.com, ECF_SF@winston.com
- Karen J. Chedister    kchedister@h-jlaw.com

- Christina Lin Chen    christina.chen@morganlewis.com, christina.lin.chen@gmail.com
- Richard A. Chesley    richard.chesley@dlapiper.com, bill.countryman@dlapiper.com
- Kevin Chiu    kevin.chiu@bakerbotts.com, rory.fontenla@bakerbotts.com
- Jacquelyn H. Choi    jchoi@raineslaw.com, bclark@raineslaw.com
- Shawn M. Christianson    schristianson@buchalter.com
- Robert N.H. Christmas    rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- Jae Angela Chun    ajc@chun.law, teresa@tosdallaw.com
- Alicia Clough    aclough@loeb.com
- Tiffany Strelow Cobb    tscobb@vorys.com
- John B. Coffman    john@johncoffman.net
- Kevin G. Collins    kevin.collins@btlaw.com
- Brian S. Conlon    bsc@phillaw.com, rac@phillaw.com
- Charles Cording    ccording@willkie.com, mao@willkie.com
- Manuel Corrales    mannycorrales@yahoo.com, hcskanchy@hotmail.com
- Anne Costin    anne@costinlawfirm.com
- Donald H. Cram    dhc@severson.com
- Ashley Vinson Crawford    avcrawford@akingump.com, dkrasa-berstell@akingump.com
- J. Russell Cunningham    rcunningham@dnlc.net, emehr@dnlc.net
- Keith J. Cunningham    , rkelley@pierceatwood.com
- Keith J. Cunningham    kcunningham@pierceatwood.com, rkelley@pierceatwood.com
- James D. Curran    jcurran@wolkincurran.com, dstorms@wolkincurran.com
- Tambra Curtis    tambra.curtis@sonoma-county.org, Kristin.whalley@sonoma-county.org
- James M. Davis    jdavis@cglaw.com
- Nicolas De Lancie    ndelancie@jmbm.com
- Judith A. Descalso    , jad_9193@ecf.courtdrive.com
- Erin Elizabeth Dexter    edexter@milbank.com
- Shounak S. Dharap    ssd@arnslaw.com, mec@arnslaw.com
- Kathryn S. Diemer    kdiemer@diemerwei.com
- Kathryn S. Diemer    kdiemer@diemerwhitman.com
- John P. Dillman    houston_bankruptcy@publicans.com
- Jonathan R. Doolittle    jdoolittle@reedsmith.com
- Jennifer V. Doran    jdoran@hinckleyallen.com
- Dustin M. Dow    ddow@bakerlaw.com, jmcguigan@bakerlaw.com
- Jamie P. Dreher    jdreher@downeybrand.com
- Todd Dressel    tdressel@mcguirewoods.com, JTabisaura@mcguirewoods.com
- Geoffrey B. Dryvynsyde    gbd@cpuc.ca.gov, geoffrey.dryvynsyde@cpuc.ca.gov
- Cecily Ann Dumas    cdumas@bakerlaw.com, hhammonturano@bakerlaw.com
- Dennis F. Dunne    cprice@milbank.com, jbrewster@milbank.com
- Dennis F. Dunne    ddunne@milbank.com, jbrewster@milbank.com
- Huonganh Annie Duong    annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com
- Luke N. Eaton    eatonl@pepperlaw.com, monugiac@pepperlaw.com
- Kevin M. Eckhardt    keckhardt@hunton.com, candonian@huntonak.com
- Joseph A. Eisenberg    JAE1900@yahoo.com
- Michele Ellison    mellison@gibbsgiden.com, lrochelle@gibbsgiden.com
- David Emerzian    , Melany.Hertel@mccormickbarstow.com
- G. Larry Engel    larry@engeladvice.com

- Krista M. Enns    kenns@beneschlaw.com
- Scott Esbin    sesbin@esbinalter.com
- Joseph M. Esmont    jesmont@bakerlaw.com
- Michael P. Esser    michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com
- Richard W. Esterkin    richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com
- Michael S. Etkin    metkin@lowenstein.com
- Jacob M. Faircloth    jacob.faircloth@smolsonlaw.com
- Brett D. Fallon    bfallon@morrisjames.com, wweller@morrisjames.com
- Michael C. Fallon    , manders@fallonlaw.net
- Joana Fang    jf@kbklawyers.com, icd@kbklawyers.com
- Joseph Kyle Feist    jfeistesq@gmail.com, info@norcallawgroup.net
- David M. Feldman    DFeldman@gibsondunn.com
- Matthew A. Feldman    mfeldman@willkie.com
- Mark E. Felger    mfelger@cozen.com
- James J. Ficenec    James.Ficenec@ndlf.com, caroline.pfahl@ndlf.com
- John D. Fiero    jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- Kimberly S. Fineman    kfineman@nutihart.com, nwhite@nutihart.com
- Stephen D. Finestone    sfinestone@fhlawllp.com
- Timothy M. Flaherty    tflaherty@mpplaw.com
- Daniel I. Forman    dforman@willkie.com
- Jonathan Forstot    jonathan.forstot@troutman.com, john.murphy@troutman.com
- Jonathan Forstot    , john.murphy@troutman.com
- Matthew Hampton Foushee    hampton.foushee@hoganlovells.com, hfoushee@gmail.com
- Carolyn Frederick    cfrederick@prklaw.com
- Peter Friedman    pfriedman@omm.com
- Roger F. Friedman    rfriedman@rutan.com, csolorzano@rutan.com
- Xiyi Fu    jackie.fu@lockelord.com, taylor.warren@lockelord.com
- Lars H. Fuller    lfuller@bakerlaw.com
- Larry W. Gabriel    lgabriel@bg.law, nfields@bg.law
- Gregg M. Galardi    gregg.galardi@ropesgray.com
- Richard L. Gallagher    richard.gallagher@ropesgray.com
- Craig Solomon Ganz    ganzc@ballardspahr.com, hartt@ballardspahr.com
- Jeffrey K. Garfinkle    jgarfinkle@buchalter.com
- Oscar Garza    ogarza@gibsondunn.com
- Lisa S. Gast    lsg@dwgp.com, lmk@dwgp.com
- Paul R. Gaus    paul.gaus@mccormickbarstow.com
- Duane M. Geck    dmg@severson.com
- Evelina Gentry    evelina.gentry@akerman.com, rob.diwa@akerman.com
- Janet D. Gertz    jgertz@btlaw.com, amattingly@btlaw.com
- Christopher Gessner    cgessner@akingump.com, NYMCO@akingump.com
- Barry S. Glaser    bglaser@lkfirm.com
- Paul R. Glassman    pglassman@sycr.com
- Gabriel I. Glazer    gglazer@pszjlaw.com
- Gabrielle Glemann    gabrielle.glemann@stoel.com, rene.alvin@stoel.com
- Jaime Godin    Jtouchstone@fddcm.com
- Matthew A. Gold    courts@argopartners.net
- Eric D. Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com

- Craig Goldblatt     Craig.Goldblatt@wilmerhale.com, whdocketing@wilmerhale.com
- Amy L. Goldman     goldman@lbbslaw.com
- Eric S. Goldstein     egoldstein@goodwin.com
- Rhonda Stewart Goldstein     Rhonda.Goldstein@ucop.edu, Lissa.Ly@ucop.edu
- Richard H. Golubow     rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com
- Michael J. Gomez     mgomez@frandzel.com, dmoore@frandzel.com
- Michael W. Goodin     mgoodin@clausen.com, mgenova@clausen.com
- Eric R. Goodman     egoodman@bakerlaw.com
- Mark A. Gorton     mgorton@boutinjones.com, cdomingo@boutininc.com
- Mark A. Gorton     mgorton@boutininc.com, cdomingo@boutininc.com
- Michael I. Gottfried     MGottfried@elkinskalt.com, AAburto@elkinskalt.com
- Louis Gottlieb     Lgottlieb@labaton.com, mpenrhyn@labaton.com
- Eric A. Grasberger     eric.grasberger@stoel.com, docketclerk@stoel.com
- Debra I. Grassgreen     dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- Eric A. Gravink     eric@rhrc.net
- Elizabeth A. Green     egreen@bakerlaw.com, orlbankruptcy@bakerlaw.com
- Mitchell B. Greenberg     mgreenberg@abbeylaw.com, mmeroney@abbeylaw.com
- Matthew W. Grimshaw     matt@grimshawlawgroup.com, ecfmarshackhays@gmail.com
- Stuart G. Gross     sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com
- Carl L. Grumer     cgrumer@manatt.com, mchung@manatt.com
- Elizabeth M. Guffy     eguffy@lockelord.com, autodocket@lockelord.com
- Cameron Gulden     cameron.m.gulden@usdoj.gov
- Mirco J. Haag     mhaag@buchalter.com, dcyrankowski@buchalter.com
- Laurie Hager     lhager@sussmanshank.com
- J. Noah Hagey     hagey@braunhagey.com, tong@braunhagey.com
- Oren Buchanan Haker     oren.haker@stoel.com, rene.alvin@stoel.com
- Kristopher M. Hansen     dmohamed@stroock.com, mmagzamen@stroock.com
- Adam C. Harris     adam.harris@srz.com, james.bentley@srz.com
- Robert G. Harris     rob@bindermalter.com
- Christopher H. Hart     chart@nutihart.com, nwhite@nutihart.com
- Bryan L. Hawkins     bryan.hawkins@stoel.com, Sharon.witkin@stoel.com
- Jan M Hayden     jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com
- Jennifer C. Hayes     jhayes@fhlawllp.com
- Alaina R. Heine     alaina.heine@dechert.com, brett.stone@dechert.com
- Cristina A. Henriquez     chenriquez@mayerbrown.com
- Stephen E. Hessler, P.C.     , jozette.chong@kirkland.com
- Matthew Heyn     matthew.heyn@doj.ca.gov
- Sean T. Higgins     aandrews@andrewsthornton.com, shiggins@andrewsthornton.com
- Morgan R. Hirst     mhirst@jonesday.com, mmelvin@jonesday.com
- Michael R. Hogue     hoguem@gtlaw.com, navarrom@gtlaw.com
- David Holtzman     david.holtzman@hklaw.com
- Alexandra S. Horwitz     allie.horwitz@dinsmore.com
- Marsha Houston     mhouston@reedsmith.com, hvalencia@reedsmith.com
- Shane Huang     shane.huang@usdoj.gov
- Brian D. Huben     hubenb@ballardspahr.com
- Jonathan Hughes     , jane.rustice@aporter.com
- Edward R. Huguenin     ehuguenin@hugueninkahn.com, jguzman@hugueninkahn.com
- Michael A. Isaacs     Michael.Isaacs@dentons.com, Alissa.Worthing@dentons.com

- Mark V. Isola    mvi@sbj-law.com
- J. Eric Ivester    Eric.Ivester@skadden.com, Andrea.Bates@skadden.com
- J. Eric Ivester    , Andrea.Bates@skadden.com
- Kizzy L. Jarashow    KJarashow@goodwinlaw.com, AFraticelliLouallen@goodwinlaw.com
- Ivan C. Jen    ivan@icjenlaw.com
- Monique Jewett-Brewster    mjb@hopkinscarley.com, eamaro@hopkinscarley.com
- James O. Johnston    jjohnston@jonesday.com
- Chris Johnstone    chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com
- Andrew Jones    andrew@ajoneslaw.com
- Gregory K. Jones    GJones@dykema.com, cacossano@dykema.com
- Robert A. Julian    rjulian@bakerlaw.com, hhammonturano@bakerlaw.com
- George H. Kalikman    gkalikman@schnader.com, sdavenport@schnader.com
- Roberto J. Kampfner    rkampfner@whitecase.com, mco@whitecase.com
- Bonnie E. Kane    bonnie@thekanelawfirm.com, skane@thekanelawfirm.com
- Gary M. Kaplan    gkaplan@fbm.com, calendar@fbm.com
- Robert B. Kaplan    rbk@jmbm.com
- Eve H. Karasik    ehk@lnbyb.com
- Michael G. Kasolas    trustee@kasolas.net, CA30@ecfcbis.com,ecf.alert+Kasolas@titlexi.com
- Elyssa S. Kates    ekates@bakerlaw.com
- Ori Katz    okatz@sheppardmullin.com, LSegura@sheppardmullin.com
- William M. Kaufman    wkaufman@smwb.com
- Jane G. Kearl    jkearl@watttieder.com, jbenton@watttieder.com
- Tobias S. Keller    tkeller@kbkllp.com
- Lynette C. Kelly    ustpregion17.oa.ecf@usdoj.gov
- Matthew K. Kelsey    mkelsey@gibsondunn.com
- Gerald P. Kennedy    gerald.kennedy@procopio.com, kristina.terlaga@procopio.com
- Erica L. Kerman    ekerman@willkie.com
- Samuel A. Khalil    skhalil@milbank.com, jbrewster@milbank.com
- Samuel M. Kidder    skidder@ktbslaw.com
- Marc Kieselstein    , carrie.oppenheim@kirkland.com
- Jane Kim    jkim@kbkllp.com
- Mary H. Kim    Mary.Kim@dechert.com, brett.stone@dechert.com
- Kody D. L. Kleber    kkleber@bakerlaw.com, dmartinez@bakerlaw.com
- Matthew Ryan Klinger    mklinger@sheppardmullin.com, DGatmen@sheppardmullin.com
- Bradley C. Knapp    bknapp@lockelord.com, Yamille.Harrison@lockelord.com
- Kelly V. Knight    kelly.knight@srz.com
- Lydia Vanessa Ko    Lvko@stonelawoffice.com
- Thomas F. Koegel    tkoegel@crowell.com
- Katherine Kohn    kkohn@groom.com, ashahinllari@groom.com
- Andy S. Kong    kong.andy@arentfox.com, Yvonne.Li@arentfox.com
- Anna Kordas    akordas@jonesday.com, mmelvin@jonesday.com
- Alan W. Kornberg    , akornberg@paulweiss.com
- Bernard Kornberg    bjk@severson.com
- David I. Kornbluh    dik@millermorton.com, mhr@millermorton.com
- Lauren Kramer    lkramer@rjo.com

- Jeffrey C. Krause  jkrause@gibsondunn.com
- Thomas R. Kreller  tkreller@milbank.com
- Lindsey E. Kress  lkress@lockelord.com, autodocket@lockelord.com
- Hannah C. Kreuser  hkreuser@porterlaw.com, ooberg@porterlaw.com
- Michael Thomas Krueger  michael.krueger@ndlf.com, Havilyn.lee@ndlf.com
- Robert T. Kugler  robert.kugler@stinson.com
- Boris Kukso  boris.kukso@usdoj.gov, western.taxcivil@usdoj.gov
- Brendan M. Kunkle  bkunkle@abbeylaw.com, lmeyer@abbeylaw.com
- Alisa C. Lacey  alisa.lacey@stinson.com, karen.graves@stinson.com
- Timothy S. Laffredi  timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov
- Timothy S. Laffredi  timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov
- Richard A. Lapping  rich@trodellalapping.com
- Omeed Latifi  olatifi@theadlerfirm.com, kdeubler@theadlerfirm.com
- John E. Lattin  jlattin@ostergar.com, cslovenec@ostergar.com
- Michael Lauter  mlauter@sheppardmullin.com
- Kenneth T. Law  klaw@bbslaw.com
- Francis J. Lawall  lawallf@pepperlaw.com, henrys@pepperlaw.com
- Andrew Michael Leblanc  ALeblanc@milbank.com
- Erica Lee  Erica.Lee@doj.ca.gov
- Scott Lee  scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com
- Paul J. Leeds  leedsp@higgslaw.com
- Edward J. Leen  eleen@mkbllp.com
- Lisa Lenherr  llenherr@wendel.com, bankruptcy@wendel.com
- Matthew A. Lesnick  matt@lesnickprince.com, jmack@lesnickprince.com
- Bryn G. Letsch  bletsch@braytonlaw.com
- David B. Levant  david.levant@stoel.com, rene.alvin@stoel.com
- Andrew H. Levin  alevin@wcghlaw.com
- David Levine  dnl@groom.com
- Marc A. Levinson  Malevinson@orrick.com, casestream@ecf.courtdrive.com
- Dara Levinson Silveira  dsilveira@kbkllp.com
- Alexander James Demitro Lewicki  kdiemer@diemerwei.com
- Alexander James Demitro Lewicki  alewicki@diemerwei.com
- William Thomas Lewis  wtl@roblewlaw.com, kimwrenn@msn.com
- William S. Lisa  , jcaruso@nixonpeabody.com
- William S. Lisa  wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com
- Jonathan A. Loeb  jon.loeb@bingham.com
- Michael B. Lubic  michael.lubic@klgates.com
- John William Lucas  jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Joseph R. Lucia  PersonalInjuryGroup@RLSlawyers.com
- Jane Luciano  jane-luciano@comcast.net
- Kerri Lyman  klyman@irell.com
- Carissa A. Lynch  Carissa.Lynch@ftb.ca.gov, Martha.Gehrig@ftb.ca.gov
- John H. MacConaghy  macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com
- Iain A. Macdonald  iain@macfern.com, ecf@macfern.com
- Tracy L. Mainguy  tmainguy@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- Samuel R. Maizel  samuel.maizel@dentons.com, alicia.aguilar@dentons.com

- Adam Malatesta    adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com
- Katharine Malone    malonek@gtlaw.com
- Liam K. Malone    malone@oles.com, shahin@oles.com
- Michael W. Malter    michael@bindermalter.com
- Craig Margulies    cmargulies@margulies-law.com, lsalazar@margulies-law.com
- Geoffrey E. Marr    gemarr59@hotmail.com
- Richard A. Marshack    rmarshack@marshackhays.com, rmarshack@ecf.courtdrive.com
- Catherine Martin    cmartin@simon.com, rtucker@simon.com;bankruptcy@simon.com
- Laila Masud    lmasud@marshackhays.com, lmasud@ecf.courtdrive.com
- David P. Matthews    jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com
- Patrick C. Maxcy    patrick.maxcy@snrdenton.com
- Benjamin P. McCallen    bmccallen@willkie.com
- Thomas E. McCurnin    tmccurnin@bkolaw.com, kescano@bkolaw.com
- Hugh M. McDonald    hugh.mcdonald@troutman.com, john.murphy@troutman.com
- Hugh M. McDonald    , john.murphy@troutman.com
- C. Luckey McDowell    Luckey.McDowell@Shearman.com
- Matthew D. McGill    MMcGill@gibsondunn.com
- Scott H. McNutt    SMcNutt@ml-sf.com, csnell@ml-sf.com
- Thomas Melone    Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com
- Peter Meringolo    peter@pmrklaw.com
- Frank A. Merola    lacalendar@stroock.com, mmagzamen@stroock.com
- Jennifer L. Mersing    jennifer.mersing@stoel.com, lisa.petras@stoel.com
- Joshua M. Mester    jmester@jonesday.com
- Matthew D. Metzger    belvederelegalecf@gmail.com
- Merle C. Meyers    mmeyers@mlg-pc.com
- Randy Michelson    randy.michelson@michelsonlawgroup.com
- Gerardo Mijares-Shafai    Gerardo.Mijares-Shafai@arnoldporter.com, kenneth.anderson@arnoldporter.com
- Joel S. Miliband    jmiliband@brownrudnick.com
- Joseph G. Minias    jminias@willkie.com
- M. David Minnick    dminnick@pillsburylaw.com, docket@pillsburylaw.com
- Benjamin Mintz    benjamin.mintz@arnoldporter.com, valerie.foley@arnoldporter.com
- Nancy Mitchell    nmitchell@omm.com
- Thomas C. Mitchell    tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com
- John A. Moe    john.moe@dentons.com, glenda.spratt@dentons.com
- Aaron J. Mohamed    ajm@brereton.law, aaronmohamedlaw@gmail.com
- Kevin Montee    kmontee@monteeassociates.com
- David W. Moon    lacalendar@stroock.com, mmagzamen@stroock.com
- Diane Marger Moore    dmargermoore@baumhedlundlaw.com
- Erika L. Morabito    emorabito@foley.com, hsiagiandraughn@foley.com
- Candace J. Morey    cjm@cpuc.ca.gov
- Courtney L. Morgan    morgan.courtney@pbgc.gov
- Kimberly S. Morris    kmorris@bakerlaw.com, hhammonturano@bakerlaw.com
- Rodney Allen Morris    Rodney.Morris2@usdoj.gov
- Joshua D. Morse    Joshua.Morse@dlapiper.com, joshua-morse-0092@ecf.pacerpro.com
- Andrew H. Morton    andrew.morton@stoel.com, lisa.petras@stoel.com

- Thomas G. Mouzes  tmouzes@boutinjones.com, cdomingo@boutininc.com
- Peter S. Munoz  pmunoz@reedsmith.com, gsandoval@reedsmith.com
- Bennett J. Murphy  bmurphy@bennettmurphylaw.com
- Michael S. Myers  myersms@ballardspahr.com
- Alan I. Nahmias  anahmias@mbnlawyers.com, jdale@mbnlawyers.com
- David L. Neale  dln@lnbrb.com
- David L. Neale  dln@lnbyb.com
- David Neier  dneier@winston.com
- Brittany J. Nelson  bnelson@foley.com, hsiagiandraughn@foley.com
- Michael S. Neumeister  MNeumeister@gibsondunn.com
- Howard S. Nevins  hnevins@hsmlaw.com
- Melissa T. Ngo  ngo.melissa@pbgc.gov, efile@pbgc.gov
- Mario R. Nicholas  mario.nicholas@stoel.com, cherie.clark@stoel.com
- Sean Nolan  snolan@akingump.com, NYMCO@akingump.com
- Gregory C. Nuti  gnuti@nutihart.com, nwhite@nutihart.com
- Abigail O'Brient  aobrient@mintz.com, docketing@mintz.com
- Julie E. Oelsner  joelsner@weintraub.com, bjennings@weintraub.com
- Office of the U.S. Trustee / SF  USTPRegion17.SF.ECF@usdoj.gov
- Matthew Jon Olson  matt@macfern.com, stell.laura@dorsey.com
- Scott Olson  solson@vedderprice.com, nortega@vedderprice.com
- Steven M. Olson  smo@smolsonlaw.com
- Aram Ordubegian  Ordubegian.Aram@ArentFox.com
- Gabriel Ozel  , gabeozel@gmail.com
- Margarita Padilla  Margarita.Padilla@doj.ca.gov
- Amy S. Park  amy.park@skadden.com, alissa.turnipseed@skadden.com
- Donna Taylor Parkinson  donna@parkinsonphinney.com
- Peter S. Partee  ppartee@huntonak.com, candonian@huntonak.com
- Paul J. Pascuzzi  ppascuzzi@ffwplaw.com, docket@ffwplaw.com
- Kenneth Pasquale  , mlaskowski@stroock.com
- Charles Scott Penner  penner@carneylaw.com, caragol@carneylaw.com
- Valerie Bantner Peo  vbantnerpeo@buchalter.com
- Yosef Peretz  , skim@peretzlaw.com
- Thomas R. Phinney  tom@parkinsonphinney.com
- R. Alexander Pilmer  alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
- M. Ryan Pinkston  rpinkston@seyfarth.com, jmcdermott@seyfarth.com
- Estela O. Pino  epino@epinolaw.com, rmahal@epinolaw.com
- Gregory Plaskett  GREGORY.PLASKETT@GMAIL.COM, HKHAPPYGRL1@GMAIL.COM
- Mark D. Plevin  mplevin@crowell.com
- Steven G. Polard  spolard@eisnerlaw.com
- Mark D. Poniatowski  ponlaw@ponlaw.com
- William L. Porter  bporter@porterlaw.com, Ooberg@porterlaw.com
- Christopher E. Prince  cprince@lesnickprince.com
- Douglas B. Provencher  dbp@provlaw.com
- Stacey C. Quan  squan@steyerlaw.com, pspencer@steyerlaw.com
- Amy C. Quartarolo  amy.quartarolo@lw.com
- Lary Alan Rappaport  lrappaport@proskauer.com, PHays@proskauer.com
- Justin E. Rawlins  justinrawlins@paulhastings.com

- Hugh M. Ray    hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com
- Paul F. Ready    smeyer@farmerandready.com
- Caroline A. Reckler    caroline.reckler@lw.com
- David M. Reeder    david@reederlaw.com, secretary@reederlaw.com
- Steven J. Reisman    sreisman@katten.com, nyc.bknotices@kattenlaw.com
- Jeffrey M. Reisner    jreisner@irell.com
- Jack A. Reitman    , srichmond@lgbfirm.com
- Emily P. Rich    erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- David J. Richardson    drichardson@bakerlaw.com, aagonzalez@bakerlaw.com
- Christopher O. Rivas    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- David B. Rivkin    drivkin@bakerlaw.com, jmeeks@bakerlaw.com
- John R. Rizzardi    kcoselman@cairncross.com, tnguyen@cairncross.com
- Daniel Robertson    robertson.daniel@pbgc.gov, efile@pbgc.gov
- Lacey E. Rochester    lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com
- Michael Rogers    mrogers@lambertrogers.com, jan@lambertrogers.com
- Julie H. Rome-Banks    julie@bindermalter.com
- Jorian L. Rose    jrose@bakerlaw.com
- Paul M. Rosenblatt    prosenblatt@kilpatricktownsend.com, mwilliams@kilpatricktownsend.com
- David A. Rosenzweig    david.rosenzweig@nortonrosefulbright.com, thomas.burns@nortonrossefulbright.com
- Allan Robert Rosin    arrosin@alr-law.com
- Jay M. Ross    jross@hopkinscarley.com, eamaro@hopkinscarley.com
- Gregory A. Rougeau    grougeau@brlawsf.com
- Stacy H. Rubin    rubins@ballardspahr.com, BKTDocket_West@ballardspahr.com
- Jason C. Rubinstein    jrubinstein@fklaw.com, mclerk@fklaw.com
- Nathan Q. Rugg    nathan.rugg@bfkn.com, jean.montgomery@bfkn.com
- Thomas B. Rupp    trupp@kbkllp.com
- Eric E. Sagerman    esagerman@bakerlaw.com
- Robert Sahyan    rsahyan@sheppardmullin.com, JNakaso@sheppardmullin.com
- Jonathan C. Sanders    jsanders@stblaw.com
- Nanette D. Sanders    nanette@ringstadlaw.com, becky@ringstadlaw.com
- Natalie Kathleen Sanders    natalie.sanders@bakerbotts.com
- Lovee Sarenas    Lovee.sarenas@lewisbrisbois.com
- Sunny S. Sarkis    sunny.sarkis@stoel.com, dawn.forgeur@stoel.com
- Patricia Savage    psavesq@gmail.com, jodi.savage@gmail.com
- Sblend A. Sblendorio    sas@hogefenton.com
- Francis O. Scarpulla    fos@scarpullalaw.com, cpc@scarpullalaw.com
- Daren M Schlecter    daren@schlecterlaw.com, info@schlecterlaw.com
- Bradley R. Schneider    bradley.schneider@mto.com, jeffrey.wu@mto.com
- Harvey S. Schochet    Harveyschochet@dwt.com
- Nathan A. Schultz    nschultz@goodwinlaw.com, kjarashow@goodwinlaw.com
- Lisa Schweitzer    lschweitzer@cgsh.com
- Eric J. Seiler    eseiler@fklaw.com, mclerk@fklaw.com
- David B. Shemano    dshemano@pwkllp.com
- James A. Shepherd    jim@jsheplaw.com, shepIGN@gmail.com
- Leonard M. Shulman    lshulman@shbllp.com
- Andrew I. Silfen    andrew.silfen@arentfox.com

- Wayne A. Silver  w_silver@sbcglobal.net, ws@waynesilverlaw.com
- Craig S. Simon  csimon@bergerkahn.com, aketcher@bergerkahn.com
- Gerald Singleton  gerald@slffirm.com, BKECFCANB@SLFfirm.com
- Steven J. Skikos  sskikos@skikos.com, mmontoya@skikos.com
- Michael K. Slattery  mslattery@lkfirm.com, rramirez@lkfirm.com
- Dania Slim  dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com
- Jennifer N. Slocum  jennifer.slocum@stoel.com, docketclerk@stoel.com
- Aaron C. Smith  asmith@lockelord.com, autodocket@lockelord.com
- Alan D. Smith  adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com
- Jan D. Sokol  jdsokol@lawssl.com, dwright@lawssl.com
- Randye B. Soref  rsoref@polsinelli.com
- Joseph Sorkin  jsorkin@akingump.com, NYMCO@akingump.com
- Bennett L. Spiegel  blspiegel@jonesday.com
- Michael St. James  ecf@stjames-law.com
- Diane C. Stanfield  diane.stanfield@alston.com, nelly.villaneda@alston.com
- Howard J. Steinberg  steinbergh@gtlaw.com, pearsallt@gtlaw.com
- Harriet A. Steiner  harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com
- Lillian G. Stenfeldt  lillian.stenfeldt@rimonlaw.com, jon.arneson@sedgwicklaw.com
- Lillian G. Stenfeldt  lillian.stenfeldt@sdma.com, jon.arneson@sedgwicklaw.com
- Cheryl L. Stengel  clstengel@outlook.com, stengelcheryl40@gmail.com
- David M. Stern  dstern@ktbslaw.com
- Geoffrey S. Stewart  gstewart@jonesday.com, mmelvin@jonesday.com
- Alan J. Stone  AStone@milbank.com, DMcCracken@Milbank.com
- Jason D. Strabo  jstrabo@mwe.com, shill@mwe.com
- Michael H. Strub  mstrub@irell.com, mhstrub1@gmail.com
- Rebecca Suarez  rsuarez@crowell.com
- Brad T. Summers  summerst@lanepowell.com, docketing-pdx@lanepowell.com
- Kristine Theodesia Takvoryan  ktakvoryan@ckrlaw.com
- Derrick Talerico  dtalerico@ztlegal.com, sfritz@ztlegal.com
- Kesha Tanabe  kesha@tanabelaw.com
- Mary Ellmann Tang  mtang@frenchlyontang.com, nblackwell@frenchlyontang.com
- Elizabeth Lee Thompson  ethompson@stites.com, docketclerk@stites.com
- John C. Thornton  jct@andrewsthornton.com, aandrews@andrewsthornton.com
- Elisa Tolentino  cao.main@sanjoseca.gov
- Meagan S. Tom  Meagan.tom@lockelord.com, autodocket@lockelord.com
- Edward J. Tredinnick  etredinnick@greeneradovsky.com
- Matthew Jordan Troy  matthew.troy@usdoj.gov
- Michael Tye  Michael.Tye@usdoj.gov
- Andrew Van Ornum  avanornum@vlmglaw.com, hchea@vlmglaw.com
- Shmuel Vasser  shmuel.vasser@dechert.com, brett.stone@dechert.com
- Victor A. Vilaplana  vavilaplana@foley.com, rhurst@foley.com
- Marta Villacorta  marta.villacorta@usdoj.gov
- Carol C. Villegas  cvillegas@labaton.com, NDonlon@labaton.com
- John A. Vos  InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
- Bao M. Vu  bao.vu@stoel.com, sharon.witkin@stoel.com
- Nicholas Wagner  kschemen@wagnerjones.com, bwagner@wagnerjones.com
- Jonathan D. Waisnor  jwaisnor@willkie.com, mao@willkie.com
- Riley C. Walter  ecf@W2LG.com

- Phillip K. Wang    phillip.wang@rimonlaw.com
- Philip S. Warden    philip.warden@pillsburylaw.com, kathy.stout@pillsburylaw.com
- Mikal C. Watts    mcwatts@wattsguerra.com, cwilson@wattsguerra.com
- Lindsi M. Weber    lweber@polsinelli.com, yderac@polsinelli.com
- Joseph M. Welch    jwelch@buchalter.com, dcyrankowski@buchalter.com
- David Walter Wessel    DWessel@efronlawfirm.com, hporter@chdlawyers.com
- Joseph West    westjoseph@earthlink.net, josephw998@gmail.com
- Drew M. Widders    dwidders@wilcoxenlaw.com, nina@wilcoxenlaw.com
- Jason P. Williams    jwilliams@wplgattorneys.com, maryanne@wplgattorneys.com
- Eric R. Wilson    kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com
- Kimberly S. Winick    kwinick@clarktrev.com, knielsen@clarktrev.com
- Rebecca J. Winthrop    rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonrosefulbright.com
- David Wirt    david.wirt@hklaw.com, denise.harmon@hklaw.com
- Ryan A. Witthans    rwitthans@fhlawllp.com
- Risa Lynn Wolf-Smith    rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com
- Douglas Wolfe    dwolfe@asmcapital.com
- Andrea Wong    wong.andrea@pbgc.gov, efile@pbgc.gov
- Christopher Kwan Shek Wong    christopher.wong@arentfox.com
- David A. Wood    dwood@marshackhays.com, lbuchanan@marshackhays.com
- Kirsten A. Worley    kw@wlawcorp.com, admin@wlawcorp.com
- Kinga Wright    kinga.wright@lockelord.com, autodocket@lockelord.com
- Antonio Yanez    ayanez@willkie.com
- Cathy Yanni    cathy@cathyyanni.com, pstrunk@browngreer.com
- Andrew Yaphe    andrew.yaphe@davispolk.com, pge.dpw.routing@davispolk.com
- Tacie H. Yoon    tyoon@crowell.com
- Bennett G. Young    byoung@jmbm.com, jb8@jmbm.com
- Christopher L. Young    cyoung@cairncross.com, nspringstroh@cairncross.com
- Nicole M. Zeiss    nzeiss@labaton.com
- Paul H. Zumbro    mao@cravath.com
- Brittany Zummer    bzummer@theadlerfirm.com, nfournier@theadlerfirm.com
- Dario de Ghetaldi    deg@coreylaw.com, lf@coreylaw.com

**SERVED VIA U.S. MAIL:**

| | | |
|---|---|---|
| PG&E Corporation and Pacific Gas and Electric Company<br>Attn: Janet Loduca, Esq.<br>PO Box 770000<br>77 Beale Street<br>San Francisco, CA 94105 | Office of the United States Trustee for Region 17<br>Attn: James L. Snyder, Esq.<br>Timothy Laffredi, Esq.<br>450 Golden Gate Ave., 5th Fl.<br>Suite #05-0153<br>San Francisco, CA 94102 | Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>Attn: Alan W. Kornberg, Esq.<br>Brian S. Hermann, Esq.<br>Walter R. Rieman, Esq.<br>Sean A. Mitchell, Esq.<br>Neal P. Donnelly, Esq.<br>1285 Avenue of the Americas<br>New York, NY 10019-6064 |
| Weil, Gotshal & Manges LLP<br>Attn: Stephen Karotkin, Esq.<br>Jessica Liou, Esq.<br>Matthew Goren, Esq.<br>Tom Schinckel, Esq.<br>767 Fifth Avenue<br>New York, NY 10153 | Jones Day<br>Attn: Bruce S. Bennett, Esq.<br>Joshua M. Mester, Esq.<br>James O. Johnston, Esq.<br>555 South Flower St.,<br>Fiftieth Floor<br>Los Angeles, CA 90071-2300 | Stroock & Stroock & Lavan LLP<br>Attn: Kristopher M. Hansen, Esq.<br>Erez E. Gilad, Esq.<br>Matthew G. Garofalo, Esq.<br>180 Maiden Lane<br>New York, NY 10038-4982 |
| Stroock & Stroock & Lavan LLP<br>Attn: Frank A. Merola, Esq.<br>2029 Century Park East<br>Los Angeles, CA 90067-3086 | U.S. Department of Justice<br>Attn: Danielle A. Pham, Esq.<br>1100 L Street, NW<br>Room 7106<br>Washington DC 20005 | Keller Benvenutti Kim LLP<br>Attn: Tobias S. Keller<br>Jane Kim<br>650 California Street, Ste 1900<br>San Francisco, CA 94108 |
| U.S. Nuclear Regulatory Commission<br>Attn: General Counsel<br>Washington, DC 20555-0001 | Milbank LLP,<br>Attn: Dennis F. Dunne, Esq.<br>Sam A. Khalil, Esq.<br>55 Hudson Yards<br>New York, NY 10001-2163 | Milbank LLP<br>Attn: Paul S. Aronzon, Esq.<br>Gregory A. Bray, Esq.<br>Thomas R. Kreller, Esq.<br>2029 Century Park East, 33rd Floor<br>Los Angeles, CA 90067 |
| Davis Polk & Wardwell LLP<br>Eli J. Vonnegut, Esq.<br>David Schiff, Esq.<br>Timothy Graulich, Esq.<br>450 Lexington Avenue<br>New York, NY 10017 | Baker & Hostetler LLP<br>Attn: Eric Sagerman, Esq.<br>Cecily Dumas, Esq.<br>11601 Wilshire Blvd.<br>Suite 1400<br>Los Angeles, CA 90025-0509 | |

**SERVED VIA EMAIL:**

- stephen.karotkin@weil.com
- jessica.liou@weil.com
- matthew.goren@weil.com
- tom.schinckel@weil.com
- tkeller@kbkllp.com
- jkim@kbkllp.com
- bbennett@jonesday.com
- jmester@jonesday.com
- jjohnston@jonesday.com

Case: 19-30088    Doc# 7256    Filed: 05/15/20    Entered: 05/15/20 14:02:09    Page 16 of 16