| | |
|---|---|
| 1 | JOSHUA HILL JR. (SBN 250842)<br>jhill@mofo.com |
| 2 | CHRISTINE Y. WONG (SBN 284026)<br>christinewong@mofo.com |
| 3 | MORRISON & FOERSTER LLP<br>425 Market Street |
| 4 | San Francisco, CA 94105<br>Tel: (415) 268-7000 |
| 5 | Fax: (415) 268-7522 |

*Special Regulatory Counsel to Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**CERTIFICATE OF NO OBJECTION REGARDING CONSOLIDATED SEVENTH MONTHLY FEE STATEMENT OF MORRISON & FOERSTER LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM DECEMBER 18, 2019 THROUGH JANUARY 31, 2020**<br><br>[Re: Docket No. 6792]<br><br>**Objection Deadline:** May 8, 2020 at 4:00 p.m. (Pacific Time) |

ny-1921532

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

On April 17, 2020, Morrison & Foerster LLP ("**Morrison & Foerster**" or the "**Applicant**"), special regulatory counsel to PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and debtors in possession (collectively, "**PG&E**" or the "**Debtors**"), filed its *Consolidated Seventh Monthly Fee Statement of Morrison & Foerster LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period from December 18, 2019 through January 31, 2020* [Dkt. No. 6792] (the "**Monthly Fee Statement**"), pursuant to the *Order Pursuant to 11 U.S.C. §§ 331 and 105(a) and Fed. R. Bankr. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Dkt. No. 701] (the "**Interim Compensation Procedures Order**").

The Monthly Fee Statement was served as described in the certificate of service of Sonia Akter filed on April 22, 2020 [Dkt. No. 6890]. The deadline to file responses or oppositions to the Monthly Fee Statement was May 8, 2020, and no oppositions or responses have been filed with the Court or received by the Applicant. Pursuant to the Interim Compensation Procedures Order, the Debtors are authorized to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement upon the filing of this certification without the need for a further order of the Court. A summary of the fees and expenses sought by the Applicant is attached hereto as **Exhibit A**.

## DECLARATION OF NO RESPONSE RECEIVED

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that:

1. I am a partner of the firm Morrison & Foerster LLP and special regulatory counsel to the Debtors.

2. I certify that I have reviewed the Court's docket in this case and have not received any response or opposition to the Monthly Fee Statement.

3. This declaration was executed in Oakland, California.

*[Signature page follows]*

Dated: May 15, 2020        Respectfully submitted,

                           **MORRISON & FOERSTER LLP**

                           By:    /s/ Joshua Hill Jr.
                                  Joshua Hill Jr.

                           *Special Regulatory Counsel to Debtors
                           and Debtors in Possession*

# EXHIBIT A

| Applicant | Fee Application Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid (80%) | Amount of Expenses Authorized to be Paid (100%) | Amount of Holdback Fees |
|---|---|---|---|---|---|---|---|
| Morrison & Foerster LLP | 12/18/2019 – 1/31/2020<br><br>4/17/2020<br><br>Dkt. No. 6792 | $202,716.10 | $131.20 | 5/8/2020 | $162,172.88 | $131.20 | $40,543.22 |

ny-1921532