**DIEMER & WEI, LLP**
Kathryn S. Diemer (#133977)
55 S Market Street, Suite 1420
San Jose, CA 95113
Telephone: 408-971-6270
Facsimile: 408-971-6271
Email: kdiemer@diemerwei.com

**WILLKIE FARR & GALLAGHER LLP**
Matthew A. Feldman (*pro hac vice*)
Joseph G. Minias (*pro hac vice*)
Benjamin P. McCallen (*pro hac vice*)
Daniel I. Forman (*pro hac vice*)
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
Email: mfeldman@willkie.com
	jminias@willkie.com
	bmccallen@willkie.com
	dforman@willkie.com

*Counsel for Ad Hoc Group of Subrogation Claim Holders*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>-and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>     **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Chapter 11<br>Bankr. Case No. 19-30088 (DM)<br>(Jointly Administered)<br><br>**RESERVATION OF RIGHTS OF THE AD HOC GROUP OF SUBROGATION CLAIM HOLDERS REGARDING THE FIRE VICTIM TRUST AGREEMENT AND RELATED DOCUMENTS**<br><br>Date:   May 27, 2020<br>Time:   10:00 a.m. (PT)<br>Place:   United States Bankruptcy Court<br>      Courtroom 17, 16th Floor<br>      San Francisco, CA 94102 |

The Ad Hoc Group of Subrogation Claim Holders (the "**Ad Hoc Subrogation Group**") in the above-captioned chapter 11 cases of PG&E Corporation and Pacific Gas and Electric Company (collectively, the "**Debtors**"), by its attorneys Willkie Farr & Gallagher LLP and Diemer & Wei, LLP, hereby submits this reservation of rights (the "**Reservation of Rights**") to the Fire Victim Trust Agreement (collectively with all exhibits, the "**Trust Agreement**").[1] In support of this Reservation of Rights, the Ad Hoc Subrogation Group respectfully represents as follows:

## BACKGROUND

On December 12, 2019, the Debtors filed the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated December 12, 2019* (the "**December 12 Plan**") [Docket No. 5101]. The December 12 Plan included as Exhibit B the Mutual Made Whole Release, as negotiated between the Ad Hoc Subrogation Group, the Official Committee of Tort Claimants (the "**TCC**"), and the Consenting Fire Claimant Professionals. The Mutual Made Whole Release, which was the subject of extensive negotiation, provides for the waiver of insureds' rights to assert claims against their insurers under the made whole doctrine and of insurers' rights to make claims for any amount paid to insureds pursuant to the Fire Victim Trust. The Mutual Made Whole Release preserves other claims between insureds and insurers, including those claims related to "the policy of insurance and what is still owed or to be paid under the policy terms and conditions." Mutual Made Whole Release, ¶¶ 2 and 4.

On May 1, 2020, the Debtors filed the Plan Supplement [Docket No. 7037], which attached as Exhibit D the Trust Agreement. The Trust Agreement contains various provisions that relate to the ability of victims who have insurance to recover from the Trust. One such provision is Section 2.6(c), which purports to provide the Trustee authority to receive an assignment of Fire Victim Claimants' rights against their insurers. In particular, section 2.6(c) states, "[i]f a Fire Victim is unsuccessful in obtaining payment of the available policy limits from an insurer. . . the Trustee may, in his or her

---

[1] Capitalized terms used but not defined shall have the meanings ascribed in the *Notice of Filing of Plan Supplement in Connection with Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020* (the "**Plan Supplement**") at Exhibit D – Fire Victim Trust Agreement (with all Exhibits, including the Fire Victim Claims Resolution Procedures) [Docket No. 7037].

1

sole and absolute discretion, accept an assignment of his or her rights against the insurance company. . . ."

**RESERVATION OF RIGHTS**

The Ad Hoc Subrogation Group takes no position at this time regarding whether the Court should approve the Trust Agreement. However, in an abundance of caution, the members of the Ad Hoc Subrogation Group wish to make clear that the rights of any insurance company to object to the validity of the assignment of any insured's rights to the Trustee, the Fire Victim Trust, or to any other person or entity, and to assert any and all defenses or objections in connection with any such assignment is explicitly reserved. In addition, as acknowledged in section 1.4(f) of the Trust Agreement and pursuant to section 4.25(f)(ii) of the Plan, each insured is required to execute the Mutual Made Whole Release as a condition to settling with the Trust. The Ad Hoc Subrogation Group would like to clarify that each insurer's claims, causes of action, defenses, or remedies as preserved in the Mutual Made Whole Release as to any insured are equally preserved as to the Trustee, the Fire Victim Trust, or to any other person or entity accepting assignment of any insured's rights against their insurers, as provided for in paragraph G of the Mutual Made Whole Release. Mutual Made Whole Release, ¶ G ("For the purpose of this Release, Claimant includes the Claimant's heirs, legal representatives, successor or assigns. . ."). Nothing in the Court's order confirming the Debtors' Plan should be construed as addressing the merits of any purported assignment of rights to insurance policy proceeds, and each insurer's rights and defenses with respect to (A) any such assignment or (B) any entitlement to insurance proceeds are hereby expressly reserved.

2

Dated: May 15, 2020

**WILLKIE FARR & GALLAGHER LLP**

*/s/ Matthew A. Feldman*
Matthew A. Feldman (*pro hac vice*)
Joseph G. Minias (*pro hac vice*)
Benjamin P. McCallen (*pro hac vice*)
Daniel I. Forman (*pro hac vice*)
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
Email: mfeldman@willkie.com
jminias@willkie.com
bmccallen@willkie.com
dforman@willkie.com

**DIEMER & WEI, LLP**
Kathryn S. Diemer (#133977)
55 S Market Street, Suite 1420
San Jose, CA 95113
Telephone: (408) 971-6270
Facsimile: (408) 971-6271
Email: kdiemer@diemerwei.com

*Counsel for Ad Hoc Group of Subrogation Claim Holders*