Lawrence M. Schwab (Cal. Bar No. 85600)
Thomas M. Gaa (Cal. Bar. No. 130720)
Gaye N. Heck (Cal. Bar No. 170804)
BIALSON, BERGEN & SCHWAB
A Professional Corporation
633 Menlo Avenue, Suite 100
Menlo Park, California 94025
Telephone: 650/857-9500
Facsimile:  650/494-2738
E-mail: tgaa@bbslaw.com
E-mail: gheck@bbslaw.com

Attorneys for Creditor salesforce.com, inc.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>-and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION OF KEVIN RAMIREZ IN SUPPORT OF THE LIMITED OBJECTION AND RESERVATION OF RIGHTS OF SALESFORCE.COM, INC. TO PROPOSED ASSUMPTION OF CERTAIN EXECUTORY CONTRACTS AND CURE AMOUNTS**<br><br>Related Docket Nos. 6320, 7037 |

I, Kevin Ramirez, declare as follows:

1. I am the AR Analyst-Write-offs for salesforce.com, inc. ("**Salesforce**") and I am authorized to execute this Declaration on behalf of Salesforce. If called to testify, I could and would competently testify to the facts set forth herein based on my personal knowledge of those facts, events and transactions.[1]

---

[1] Capitalized terms used in this Declaration, but which are not defined herein, shall have the meanings ascribed to them in the Cure Objection filed concurrently herewith.

2. Salesforce is a Delaware corporation and, among other activities, it provides on-demand customer relationship management and software application services (collectively, the "**Services**") to Salesforce's business customers. (individually, a "**Customer**" and, collectively, "**Customers**"). This declaration is filed in support of the *Limited Objection and Reservation of Rights of Salesforce.com, Inc. to the Proposed Assumption of Certain Executory Contracts and Cure Amounts* (the "**Assumption Objection**") filed by Salesforce with respect to the possible assumption by the Debtors of those certain executory contract to which the Creditors are a counterparty (as hereinafter identified).

MAINTENANCE OF BUSINESS RECORDS

3. In my official capacity, I have personal knowledge of the method by which Salesforce maintains permanent records of its transactions (individually, a "**Transaction**" and, collectively, the "**Transactions**") with its customers and, thereupon, I declare and state that Salesforce maintains permanent records of all Transactions in a computerized accounting system. All amounts due and owing to Salesforce with respect to any Transaction with a Customer including, but not limited to, payments related to the Services, taxes, interest owed with respect to any Service or agreement, fees, and other charges (individually, an "**Obligation**" and, collectively, the "**Obligations")**, are entered in this accounting system at, or near, the time such Obligations are incurred. Likewise, all payments made by a Customer with respect to any Obligation or Transaction, and all other credits and debits related to any Obligation or Transaction, are entered in this accounting system at, or near, the time such payment is received and/or such credit or debit is made or incurred. Each such entry is made in the regular course of business by employees of Salesforce who process these payments, receipts, credits, and debits. If necessary, Salesforce can print hard copies of all entries.

4. I have personal knowledge of the manner by which Salesforce maintains records of its written contracts, statements of work, schedules and any other documents related to such contracts, and all amendments to any contract, statement of work, schedule, and/or any other document (individually, a "**Agreement**" and, collectively, the "**Agreements**") with its

-2-

Customers. As a regular part of its business, Salesforce maintains permanent records of the Agreements and these records are compiled at the time, or near the time, that a Agreement is received or processed.

## SALESFORCE CONTRACT

5. I have personally reviewed Salesforce's records relating to the Debtors, including the Transactions, the Obligations and the Agreements, and I am personally familiar with Salesforce's Account with certain of the above-named Debtors.

6. Pacific Gas and Electric Company (one of the above-identified Debtors) entered into those certain Order Forms (the **"SFDC Orders"**) [2] whereby (a) Pacific Gas and Electric Company ordered Services from Salesforce and became obligated to pay the aggregate full contract amount for the Services, and Salesforce became obligated to provide the Services to the Debtors.

7. The terms and conditions applicable to the Services that are subject to the Salesforce Orders are set forth in the *Master Subscription Agreements* by and between the Debtors and Salesforce, (the **"MSA"**, the MSA together with the SFDC Orders constitute the "**Salesforce Contract**"). A copy of the Salesforce Contract is not attached hereto due to the confidentiality provisions contained within the Salesforce Contract. However, a copy may be made available to the Debtors and the Committee in the event any response is filed to this Cure Objection.

## BANKRUPTCY CASE

8. Based upon information and belief, I am informed that, on January 29, 2019 (the "**Petition Date**"), each of the above-captioned Debtors (collectively, the "**Debtors**") filed their individual, voluntary petitions in the above-captioned Court (the "**Court**") seeking relief under Chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**").

9. Based on information and belief, I am informed that, on February 7, 2020, the Debtors

---

[2] The SFDC Orders are listed on the "SFDC Cure Amount Summary" which is attached hereto as Exhibit A, and incorporated by reference herein as if fully set forth.

-3-

Case: 19-30088    Doc# 7260-1    Filed: 05/15/20    Entered: 05/15/20 14:15:46    Page 3 of 6

filed their Disclosure Statement[3] (the "**Disclosure Statement**") to their Proposed Plan[4] (the "**Proposed Plan**").

10. Based on information and belied, I am informed that, on February 19, 2020, the Debtors filed their motion seeking, among other things, approval of the Disclosure Statement and procedures for the solicitation and voting of the Proposed Plan and the assumption of certain executory contracts and unexpired leases (the "**Disclosure Statement Motion**").[5]

11. Based on information and belief, I am informed that, on March 17, 2020, the Court entered the Disclosure Statement Order[6] approving the Disclosure Statement and the solicitation and voting procedures (the "**Plan Procedures**") related to the Proposed Plan.

12. Based upon information and belief, I am informed that, on May 1, 2020, pursuant to the Plan Procedures, the Debtors filed their Plan Supplement containing, *Exhibit B—Schedule of Executory Contracts and Unexpired Leases to be Assumed pursuant to the Plan and Proposed Cure Amount* (the "**Cure Notice**")[7] that identifies the executory contracts and unexpired leases that it may assume pursuant to the Proposed Plan, and the monetary defaults (the "**Cure Amounts**") with respect to such contracts and leases that it contends must be cured as a condition of assuming a specific contract or lease. Among other executory contracts and unexpired leases, the Cure Notice identifies the following executory contract and related Cure Amount:

//

//

---

[3] *See [Proposed] Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization* [ECF5700] (the "**Disclosure Statement**")

[4] *See Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated January 31, 2020* [ECF 5590] as revised on March 16, 2020 [ECF 6320] (the "**Proposed Plan**")

[5] *See Debtors' Motion for Entry of an Order (I) Approving Form and Manner of Disclosure Statement; (II) Establishing and Approving Plan Solicitation and Voting Procedures; (III) Approving Form of Ballots, Solicitation Packages, and Related Notices; and (IV) Granting Related Relief* (the "**Disclosure Statement Motion**") [ECF 5835].

[6] See *Order (I) Approving Form and Manner of Disclosure Statement; (II) Establishing and Approving Plan Solicitation and Voting Procedures; (III) Approving Form of Ballots, Solicitation Packages, and Related Notices; and (IV) Granting Related Relief* (the "**Disclosure Statement Order**") [ECF 6340].

[7] *See Notice of Filing of Plan Supplement in Connection with Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of reorganization Dated March 16, 2020* at *Exhibit B—Schedule of Executory Contracts and Unexpired Leases to be Assumed pursuant to the Plan and Proposed Cure Amount at Page 1341-1342* (the "**Cure Notice**") [ECF 7037].

| Non-debtor counterparty | Match ID | Contract ID | Debtor Name | Address | City | State | Country | Zip | Title of Agreement | Effective Date of Agreement | Cure Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SALESFORCE.COM | 1012706 | SRCAST_C91_00869 | PACIFIC GAS AND ELECTRIC COMPANY | 1 MARKET ST, STE 300 | SAN FRANCISCO | CA | US | 94105 | SALESFORCE.COM | 9/27/2012 | 0 |
| SALESFORCE.COM | 1012706 | SRCPOS_2700070676 | PACIFIC GAS AND ELECTRIC COMPANY | 1 MARKET ST, STE 300 | SAN FRANCISCO | CA | US | 94105 | PURCHASE ORDER #2700070676 DATED 2/22/18 | 3/22/2018 | $4,585.75 |
| SALESFORCE.COM, INC. | 1012706 | SRCDAL_02690 | PACIFIC GAS AND ELECTRIC COMPANY | 1 MARKET ST, STE 300 | SAN FRANCISCO | CA | US | 94105 | PROFESSIONAL SERVICES AGREEMENT-SERVICE AGREEMENT | 2/14/2018 | $0.00 |

## CURE AMOUNT

13. Based upon my review of Salesforce's books and records pertinent to the Debtors' account, I declare and state that (a) the Debtors have failed to pay all Fees due and owing pursuant to the Salesforce Contract, and (b) more specifically, as of this date, not less than **US$ 1,562,705.42** (the "**Salesforce Cure Amount**") is due and owing to Salesforce pursuant to the Salesforce Contract. A summary of the Salesforce Cure Amount (the "**SFDC Cure Amount Summary**")[8] is attached hereto as Exhibit A and incorporated by reference herein as if fully set forth. Copies of the Invoices are not attached hereto due to the confidentiality provisions contained within the Salesforce Contract. However, copies of the Invoices will be made available to the Debtors upon request.

14. From and after this date, an additional US$ 21,707,983.42 will become due and owing for Services to be provided through the end of the term of the contract (the "**Future Billing**"). *See* Exhibit "A" attached hereto.

---

[8] The Salesforce Cure Amount and Future Billing referenced in the SFDC Cure Amount Summary represents amounts due as of this date. An on-going reconciliation is being conducted and the Salesforce Cure Amount and Future Billing amounts are subject to being updated in the future.

1    I declare under penalty of perjury that the foregoing is true and correct.  Executed this

2    15th day of May 2020 at San Francisco, California



5/15/2020

**Kevin Ramirez**