# EXHIBIT A
## SFDC CURE AMOUNT SUMMARY

| Account Number | Contract: | Order No. | INVOICE NO. | INVOICE DATE | Service Period | INVOICE BALANCE | Pre-petition | Admin. Exp. Accrued | Future Billing |
|---|---|---|---|---|---|---|---|---|---|
| 4/507305 | 23335159 | Q-03399681 | 16599898 | 3/18/2020 | 3/18/20 to 10/31/20 | $ 42,326.11 | | $ 42,326.11 | |
| 4-265398 | 01842179 | 2700042953 | 13389076 | 9/24/2018 | 9/11/18 to 9/12/18 | $ 1,878.50 | $ 1,878.50 | | |
| | 01842179 | 2700042953 | 13593709 | 10/30/2018 | 10/4/18 to 10/8/18 | $ 1,955.85 | $ 1,955.85 | | |
| | 1842179 | 2700042953 | 13741472 | 11/28/2018 | 10/31/18 to 11/1/18 | $ 1,756.95 | $ 1,756.95 | | |
| | 01842179 | 2700042953 | 14267438 | 2/27/2019 | 2/27/2019 | $ 497.25 | | $ 497.25 | |
| | 01842179 | 2700042953 | 14402706 | 3/22/2019 | 2/20/19 to 2/22/19 3/7/19 to 3/15/19 | $ 1,049.75 | $ 331.50 | $ 718.25 | |
| | 01842179 | 2700042953 | 14620984 | 4/29/2019 | 3/18/19 to 4/19/19 | $ 7,839.98 | | $ 7,839.98 | |
| | 01899670 | 2700082022 | 13750052 | 11/29/2018 | 11/1/18 to 11/13/18 | $ 4,612.50 | $ 4,612.50 | | |
| | 01899670 | 2700082022 | 13878747 | 12/21/2018 | 11/19/18 to 12/14/18 | $ 11,249.50 | $ 11,249.50 | | |
| | 01899670 | 2700082022 | 14097769 | 1/29/2019 | 12/17/18 to 1/18/19 | $ 6,542.75 | $ 6,542.75 | | |
| | 01899670 | 2700082022 | 14267448 | 2/27/2019 | 2/27/2019 | $ 2,485.94 | | $ 2,485.94 | |
| | 01899670 | 2700082022 | 14402715 | 3/22/2019 | 2/19/19 to 3/15/19 | $ 5,305.00 | | $ 5,305.00 | |
| | 01899670 | 2700082022 | 1460998 | 4/29/2019 | 3/18/19 to 4/16/19 | $ 9,661.90 | | $ 9,661.90 | |
| | 01899670 | 2700082022 | 14783200 | 5/28/2019 | 4/22/19 to 5/17/19 | $ 3,519.43 | | $ 3,519.43 | |
| | 01899670 | 2700082022 | 14939422 | 6/24/2019 | 5/20/19 to 6/11/19 | $ 3,689.73 | | $ 3,689.73 | |
| | 01899670 | 2700082022 | 15154137 | 7/30/2019 | 6/17/19 to 6/28/19 | $ 1,155.50 | | $ 1,155.50 | |
| | 2021288 | Q-03468661 | 16848139 | 4/29/2020 | 5/15/20 to 10/31/20 | $ 8,295.00 | | $ 8,295.00 | |
| | 2021288 | Q-03468661 | TBD | | 11/1/20 to 10/31/23 | $ 54,000.00 | | | $ 54,000.00 |
| | 2021288 | Q-03502752 | 16875370 | 4/30/2020 | 5/15/20 to 10/31/20 | $ 5,850.08 | | $ 5,850.08 | |
| | 2021288 | Q-03502752 | TBD | | 11/1/20 to 10/31/23 | $ 38,083.68 | | | $ 38,083.68 |
| | 2021288 | Q-02572464 | 16689194 | 3/31/2020 | 3/31/20 to 10/31/20 | $ 9,380.00 | | $ 9,380.00 | |
| | 1011288 | Q-02184625 | TBD | | 11/1/20 to 10/31/21 | $ 7,205,300.00 | | | $ 7,205,300.00 |
| | 1011288 | Q-02184625 | TBD | | 11/1/21 to 10/31/22 | $ 7,205,300.00 | | | $ 7,205,300.00 |
| | 1011288 | Q-02184625 | TBD | | 11/1/22 to 10/31/23 | $ 7,205,300.00 | | | $ 7,205,300.00 |
| | 02021114 | Q-02185241 | 13623943 | 11/1/2018 | 11/1/18 to 1/31/19 | $ 242,441.70 | $ 242,441.70 | $ - | |

# EXHIBIT A
# SFDC CURE AMOUNT SUMMARY

| Account Number | Contract: | Order No. | INVOICE NO. | INVOICE DATE | Service Period | INVOICE BALANCE | Pre-petition | Admin. Exp. Accrued | Future Billing |
|---|---|---|---|---|---|---|---|---|---|
| 4-442922 | 02021114 | Q-02185241 | 14476456 | 4/1/2019 | 5/1/19 ro 7/31/19 | $ 250,614.00 | | $ 250,614.00 | |
| | 02021114 | Q-02185241 | 15008556 | 7/2/2019 | 8/1/19 to 10/31/19 | $ 250,614.00 | | $ 250,614.00 | |
| | 2257745 | PO2700351930 | 16120180 | 1/2/2020 | 2/1/20 to 4/30/20 | $ 248,092.00 | | $ 248,092.00 | |
| | 2257745 | PO2700351930 | 16696332 | 4/1/2020 | 5/1/20 to 7/31/20 | $ 248,092.00 | | $ 248,092.00 | |
| | | | | | | | | | |
| 4-871252 | 2369476 | Q-03356794 | 16570403 | 3/13/2020 | 3/13/20 to 3/12/21 | $ 193,800.00 | | $ 193,800.00 | |
| | | | | | | $ 23,270,689.10 | $ 270,769.25 | $ 1,291,936.17 | $ 21,707,983.68 |

**SFDC CURE AMOUNT***     $     1,562,705.42

\* The Salesforce Cure Amount and Future Billing referenced in the SFDC Cure Amount Summary represents amounts due as of this date. An on-going reconciliation is being conducted and the Salesforce Cure Amount and Future Billing amounts are subject to being updated in the future.