DOWNEY BRAND LLP
R. DALE GINTER (Bar No. 100784)
dginter@downeybrand.com
JAMIE P. DREHER (Bar No. 209380)
jdreher@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone:    916.444.1000
Facsimile:    916.444.2100

Attorneys for Emmerson Investments, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E Corporation<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY.<br><br>Debtors.<br><br>[ ] Affects PG&E Corporation<br>[ ] Affects Pacific Gas and Electric Company<br>[x] Affects Both Debtors,<br><br>*All papers shall be filed in the Lead Case No. 19-30088-DM | Case No. 19-30088-DM<br><br>Chapter 11<br><br>**DECLARATION OF MICHAEL DALGLISH IN SUPPORT OF EMMERSON INVESTMENT, INC.'S OBJECTION TO THE PROPOSED CURE AMOUNT**<br><br>Date:   May 27, 2020<br>Time:   10:00 a.m.<br>Place:  Courtroom 17<br>        450 Golden Date Avenue<br>        San Francisco, CA 94102<br>Judge:  Hon. Dennis Montali |

I, Michael Dalglish, declare as follows:

I am an employee of Sierra Pacific Industries, an affiliate of Emmerson Investments, Inc. One of my duties is the monitoring and accounting for the performance of the Power Purchase Agreement as defined below.

Emmerson Investments, Inc. ("EII") operates a "small power production facility" as defined in 18 CFR §§292.203(c) and 292.204. Said facility is called the Grasshopper Flat Hydroelectric Project ("Project") and is located at 647 Nelson Creek Road, Big Bend, Ca. 96001.

The Project provides Pacific Gas and Electric Company ("PG&E") with electricity that is a renewable resource pursuant to the Renewable Market Adjusting Tariff Power Purchase Agreement dated January 31, 2017 between EII and PG&E (the "Power Purchase Agreement").

I have read EII's Objection to the Proposed Cure Amount along with EII's proofs of claim attached as exhibits thereto. The amounts stated as owing in these proofs of claim are correct and the total cure amount is $18,778.44.

I declare under penalty of perjury that this declaration is true and correct and that I could so testify thereto before this Court.

DATED: May 14, 2020

By: _____
MICHAEL DALGLISH