DOWNEY BRAND LLP
R. DALE GINTER (Bar No. 100784)
dginter@downeybrand.com
JAMIE P. DREHER (Bar No. 209380)
jdreher@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone:   916.444.1000
Facsimile:   916.444.2100

Attorneys for Emmerson Investments, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E Corporation<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY.<br><br>Debtors.<br><br>[ ] Affects PG&E Corporation<br>[ ] Affects Pacific Gas and Electric Company<br>[x] Affects Both Debtors,<br><br>*All papers shall be filed in the Lead Case No. 19-30088-DM | Case No. 19-30088-DM<br><br>Chapter 11<br><br>**PROOF OF SERVICE**<br><br>Date:   May 27, 2020<br>Time:   10:00 a.m.<br>Place:   Courtroom 17<br>         450 Golden Date Avenue<br>         San Francisco, CA 94102<br>Judge:   Hon. Dennis Montali |

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Sacramento, State of California. My business address is 621 Capitol Mall, 18th Floor, Sacramento, CA 95814.

On May 15, 2020, I served true copies of the following document(s) described as

- **EMMERSON INVESTMENT, INC.'S OBJECTION TO THE PROPOSED CURE AMOUNT**

- **DECLARATION OF MICHAEL DALGLISH IN SUPPORT OF EMMERSON INVESTMENT, INC.'S OBJECTION TO THE PROPOSED CURE AMOUNT**

on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address mfrazier@downeybrand.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 15, 2020, at Sacramento, California.

_____
Marci Frazier

<strong>DOWNEY BRAND LLP</strong>

# SERVICE LIST

**Attorneys for Debtors**
WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin
Jessica Liou
Matthew Goren
Tom Schinckel
Stephen.karotkin@weil.com
Jessica.liou@weil.com
Matthew.goren@weil.com
Tom.shinckel@weil.com

**Attorneys for Debtors**
KELLER BENVENUTTI KIM LLP
Tobias S. Keller
Jane Kim
tkeller@kbkllp.com
jkim@kbkllc.com

**Attorneys for Shareholder Proponents**
JONES DAY
Bruce S. Bennett
Joshua M. Mester
James O. Johnston
bbennett@jonesday.com
jmester@jonesday.com
jjohnston@jonesday.com

**Counsel for Administrative Agent under Debtors' DIP Financing Facility**
STROOCK & STROOCK & LAVAN LLP
Frank A. Merola
khansen@stroock.com
egilad@stroock.com
mgarofalo@stroock.com
fmerola@stroock.com

**Counsel for collateral agent under Debtors' DIP Financing Facility**
DAVIS POLK & WARDELL LLP
Eli J. Vonnegut
David Schiff
Timothy Graulich
eli.vonnegut@davispolk.com
david.schiff@davispolk.com
timothy.graulich@davispolk.com

**Counsel to the California Public Utilities Commission**
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Alan W. Kornberg
Brian Hermann
Walter Rieman
akornberg@paulweiss.com
bhermann@paulweiss.com
wrieman@paulweiss.com
smitchell@paulweiss.com
ndonnelly@paulweiss.com

| | |
|---|---|
| **Office of the U.S. Trustee for Region 17**<br>James Snyder<br>Timothy Laffredi<br>James.L.Snyder@usdoj.gov<br>timothy.s.laffredi@usdoj.gov<br>Marta.Villacorta@usdoj.gov | **U.S. Nuclear Regulatory Commission**<br>Anita Ghosh Naber<br>anita.ghoshnaber@nrc.gov |
| **Counsel for U.S. on behalf of Federal Energy Regulatory Commission**<br>U.S. Department of Justice<br>1101 L Street, NW, Room 7106<br>Washington, DC 20005<br>Danielle Pham<br>danielle.pham@usdoj.gov | **Counsel for Unsecured Creditors Committee**<br>MILBANK LLP<br>Dennis F. Dunne<br>Sam Khalil<br>ddunne@milbank.com<br>skhalil@milbank.com<br>Gbray@milbank.com<br>TKreller@milbank.com<br>astone@milbank.com<br>svora@milbank.com |
| **Counsel for PG&E Shareholders**<br>JONES DAY<br>Bruce Bennett<br>Joshua Mester<br>James Johnson<br>bbennett@jonesday.com<br>jmester@jonesday.com<br>jjohnston@jonesday.com | **Counsel for Tort Claimants Committee**<br>BAKER & HOSTETLER LLP<br>Eric Sagerman<br>Cicily Dumas<br>11601 Wilshire Boulevard, Suite 1400<br>Los Angeles, CA 90025-0509<br>esagerman@bakerlaw.com<br>cdumas@bakerlaw.com |
| **Co-Counsel to Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company**<br>BRAUNHAGEY & BORDEN LLP<br>J. Noah Hagey<br>Jeffrey Theodore<br>David Kwasniewski<br>Andrew Levine<br>hagey@braunhagey.com<br>theodore@braunhagey.com<br>kwasniewski@braunhagey.com<br>levine@braunhagey.com | **Counsel to Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company**<br>Ashley Vinson Crawford<br>AKIN GUMP STRAUSS HAUER & FELD<br>avcrawford@akingump.com |

DOWNEY BRAND LLP

| | |
|---|---|
| **Counsel for Ad Hoc Group of Subrogation Claim Holders** <br> Kathryn Diemer <br> Alexander Lewicki <br> DIEMER & WEIL LLP <br> kdiemer@diemerwei.com <br> alewicki@diemerwei.com | **Counsel for Ad Hoc Group of Subrogation Claim Holders** <br> WILKIE FARR & GALLAGHER LLP <br> Matthew Feldman <br> Joseph Minias <br> Daniel Forman <br> Benjamin McCallen <br> Antonio Yanez <br> Erica Kerman <br> Jonathan Waisnor <br> Matthew Freimuth <br> mfeldman@willkie.com <br> jminias@willkie.com <br> dforman@willkie.com <br> bmccallen@willkie.com <br> ayanez@willkie.com <br> ekerman@willkie.com <br> jwaisnor@willkie.com <br> mfreimuth@willkie.com |