LOCKE LORD LLP
Kinga L. Wright (SBN 213827)
kwright@lockelord.com
101 Montgomery Street, Suite 1950
San Francisco, CA 94104
Telephone: (415) 318-8810
Fax: (415) 676-5816

LOCKE LORD LLP
Elizabeth M. Guffy (admitted *pro hac vice*)
eguffy@lockelord.com
JPMorgan Chase Tower
600 Travis, Suite 2800
Houston, TX 77002
Telephone: (713) 226-1200
Fax: (713) 223-3717

Attorneys for Creditor
Quanta Energy Services, Inc., Underground Construction Co., Inc., Mears Group, Inc., Dashiell Corporation, Quanta Technology LLC, and PAR Electrical Contractors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy No.: 19-30088 |
| PG&E CORPORATION and PACIFIC GAS & ELECTRIC COMPANY, | Chapter 11 |
| Debtors. | **CERTIFICATE OF SERVICE** |

Locke Lord LLP
101 Montgomery Street, Suite 1950
San Francisco, CA 94104

1  I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is: 101 Montgomery Street, Suite 1950, San Francisco, CA 94104. On May 15, 2020, I served the foregoing document described as:

**QUANTA ENTITIES' OBJECTION TO PROPOSED ASSUMPTION OF EXECUTORY CONTRACTS AND PROPOSED CURE AMOUNTS AND RESERVATION OF RIGHTS**

on the parties or attorneys for parties in this action who are identified below, using the following means of service. (If more than one means of service is checked, the means of service used for each party is indicated below).

| | |
|---|---|
| Stephen Karotkin<br>Jessica Liou<br>Matthew Goren<br>Tom Schinckel<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>Email: stephen.karotkin@weil.com<br>        jessica.liou@weil.com<br>        matthew.goren@weil.com<br>        tom.schinckel@weil.com | *Attorney for Debtors* |
| Tobias S. Keller<br>Jane Kim<br>Keller Benvenutti Kim LLP<br>650 California Street, Suite 1900<br>San Francisco, California 94108<br>Email: tkeller@kbkllp.com<br>        jkim@kbkllp.com | *Attorney for Debtors* |
| Bruce S. Bennett<br>Joshua M. Mester<br>James O. Johnston<br>Jones Day<br>555 South Flower Street, Fiftieth Floor<br>Los Angeles, California 90071-2300<br>Email: bbennett@jonesday.com<br>        jmester@jonesday.com<br>        jjohnston@jonesday.com | *Attorneys for Shareholder Proponents* |
| Kristopher M. Hansen, Esq.<br>Erez E. Gilad, Esq.<br>Matthew G. Garofalo, Esq.<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038-4982<br>Email: dmohamed@stroock.com | *Attorneys for the administrative agent under the Debtors' debtor-in-possession financing facility* |
| Attn: Frank A. Merola, Esq.<br>Stroock & Stroock & Lavan LLP<br>2029 Century Park East<br>Los Angeles, CA 90067-3086<br>Email: lacalendar@stroock.com | *Attorneys for the administrative agent under the Debtors' debtor-in-possession financing facility* |

| | | |
|---|---|---|
| 1 | mmagzamen@stroock.com | |
| 2 | Eli J. Vonnegut, Esq. | *Attorneys for the collateral agent under the Debtors' debtor-in-possession financing facility* |
| 3 | David Schiff, Esq.<br>Timothy Graulich, Esq. | |
| 4 | Davis Polk & Wardwell LLP,<br>450 Lexington Avenue | |
| 5 | New York, NY 10017<br>Email: eli.vonnegut@davispolk.com | |
| 6 | david.schiff@davispolk.com<br>timothy.graulich@davispolk.com | |
| 7 | Alan W. Kornberg, Esq. | *Attorneys to the California Public Utilities Commission* |
| 8 | Brian S. Hermann, Esq.<br>Walter R. Rieman, Esq. | |
| 9 | Sean A. Mitchell, Esq.<br>Neal P. Donnelly, Esq. | |
| 10 | Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas | |
| 11 | New York, NY 10019-6064<br>Email: akornberg@paulweiss.com | |
| 12 | James L. Snyder, Esq. | *United States Trustee* |
| 13 | Timothy Laffredi, Esq.<br>Office of the United States Trustee for Region 17 | |
| 14 | 450 Golden Gate Avenue, 5th Floor,<br>Suite #05-0153 | |
| 15 | San Francisco, CA 94102<br>Email: timothy.s.laffredi@usdoj.gov | |
| 16 | USTP.Region17@usdoj.gov | |
| 17 | Attn: General Counsel<br>U.S. Nuclear Regulatory Commission | *U.S. Nuclear Regulatory Commission* |
| 18 | Washington, DC 20555-0001<br>Email: Marian.Zobler@nrc.gov | |
| 19 | Danielle A. Pham, Esq. | *Attorneys for United States on behalf of the Federal Energy Regulatory Commission* |
| 20 | U.S. Department of Justice<br>1100 L Street, NW, Room 7106 | |
| 21 | Washington DC 20005<br>Email: danielle.pham@usdoj.gov | |
| 22 | Dennis F. Dunne, Esq. | *Attorneys for the Official Committee of Unsecured Creditors* |
| 23 | Sam A. Khalil, Esq.<br>Milbank LLP | |
| 24 | 55 Hudson Yards<br>New York, NY 10001-2163 | |
| 25 | Email: ddunne@milbank.com<br>skhalil@milbank.com | |
| 26 | Paul S. Aronzon, Esq. | *Attorneys for the Official Committee of Unsecured Creditors* |
| 27 | Gregory A. Bray, Esq.<br>Thomas R. Kreller, Esq. | |
| 28 | Milbank LLP<br>2029 Century Park East, 33rd Floor<br>Los Angeles, CA 90067 | |

**Locke Lord LLP**
101 Montgomery Street, Suite 1950
San Francisco, CA 94104

Locke Lord LLP
101 Montgomery Street, Suite 1950
San Francisco, CA 94104

|   |   |
|---|---|
| Email: gbray@milbank.com<br>         tkreller@milbank.com |   |
| Eric Sagerman, Esq.<br>Cecily Dumas, Esq.<br>Baker & Hostetler LLP<br>11601 Wilshire Boulevard, Suite 1400<br>Los Angeles, CA 90025-0509<br>Email: esagerman@bakerlaw.com<br>         cdumas@bakerlaw.com | ***Attorneys for the Official Committee of Tort Claimants*** |
| Michael S. Stamer<br>Ira S. Dizengoff<br>David H. Botter<br>Abid Qureshi<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, New York 10036<br>Email: stamer@akingump.com<br>         idizengoff@akingump.com<br>         dbotter@akingump.com<br>         aqureshi@akingump.com | ***Attorneys for the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company*** |
| Ashley Vinson Crawford<br>Akin Gump Strauss Hauer & Feld LLP<br>580 California Street, Suite 1500<br>San Francisco, California 9410<br>Email: avcrawford@akingump.com | ***Attorneys for the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company*** |

☑ **BY E-MAIL.** I caused the foregoing document(s) to be transmitted by e-mail electronic transmission to the e-mail address for each of the parties listed above, as last given by that person on any document which he or she has filed in this action and served upon this office.

☑ **(Federal)** I declare that I am employed in the office of a member of the bar of this court, at whose direction the service was made.

Executed on May 15, 2020, at San Francisco, California.

                                                                               Hayli Holmes