DAVID M. REEDER, ESQ. (California State Bar No. 133150)
REEDER LAW CORPORATION
1801 CENTURY PARK EAST, 16th Floor
LOS ANGELES, CA 90067
PHONE: (310) 774-4060
FAX: (310) 295-2290
EMAIL: david@reederlaw.com

Attorneys for the City of American Canyon

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION AND PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors. | Case No.: 19-30088<br><br>[Chapter 11]<br><br>Jointly Administered<br><br>Date: May 27, 2020<br>Time: 10:00 a.m.<br>Courtroom: 17<br>Place: 430 Golden Gate Avenue, 16th Floor<br>       San Francisco, California<br>Judge: Dennis Montali |

**THE CITY OF AMERICAN CANYON'S JOINDER IN THE OBJECTIONS OF THE MUNICIPAL OBJECTORS 1) TO THE CONFIRMATION OF THE PLAN OF REORGANIZATION [Dkt # 6320] AND 2) TO CURE NOTICE AND OTHER MATTERS PERTAINING TO ASSUMPTION PURSUANT TO 365(B)(1) OF THE BANKRUPTCY CODE [Dkt #7037]**

The City of American Canyon (the "City") hereby joins in the Objection to Confirmation of Plan of Reorganization (Dkt # 6320) and Objection to Cure Notice and Other Matters Pertaining to Assumption Pursuant to the Section 365(B)(1) of the Bankruptcy Code filed by the Northern California Pawer Agency, Transmission Agency of Northern California, Sonoma Clean Power Authority, Valley Clean Energy Alliance, Redwood Coast Energy

1

Authority, and City of Santa Clara dba Silicon Valley Power (collectively the "Municipal Objectors"), filed on May 15, 2020 as ECF Dkt # 7231, and states as follows:

1. The arguments of the Municipal Objectors are well taken;
2. The City joins and adopts the arguments and positions of the Municipal Objectors as if fully set out herein.

Dated: May 15, 2020                     REEDER LAW CORRPORATION

/s/ DAVID M. REEDER
DAVID M. REEDER
Attorneys for the City of American Canyon, Creditor

| In re PG&E Corporation and Pacific Gas and Electric Company, Debtors. | CHAPTER: 11<br>CASE NO.: 19-30088 |
|---|---|

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**Reeder Law Corporation**
**1801 Century Park East, 16th Floor**
**Los Angeles, CA 90067**

A true and correct copy of the foregoing document entitled (*specify*): **THE CITY OF AMERICAN CANYON'S JOINDER IN THE OBJECTIONS OF THE MUNICIPAL OBJECTORS 1) TO THE CONFIRMATION OF THE PLAN OF REORGANIZATION [Dkt # 6320] AND 2) TO CURE NOTICE AND OTHER MATTERS PERTAINING TO ASSUMPTION PURSUANT TO 365(B)(1) OF THE BANKRUPTCY CODE [Dkt #7037]**
will be served or was served in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 15, 2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **May 15, 2020**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 15, 2020 | David M. Reeder | /s/ DAVID M. REEDER |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

3

| In re | CHAPTER: 11 |
| :--- | :--- |
| PG&E Corporation and Pacific Gas and Electric Company,<br><br>Debtors. | CASE NO.: 19-30088 |

# SERVICE LIST

**Service by ECF**

All persons who have requested that they be added to the ECF service list in the Debtor's cases

**Served by Email**

Stephen Karotkin, Esq.
Jessica Liou, Esq.
Matthew Goren, Esq.
Tom Schinckel, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Stephen.karotkin@weil.com
Jessica.liou@weil.com
Matthew.goren@weil.com
Tom.shinckel@weil.com
*Attorneys for Debtors*

Tobias S. Keller, Esq.
Jane Kim, Esq.
Keller Benvenutti Kim LLP
650 California Street, Suite 1900
San Francisco, California 94108
tkeller@kbkllp.com
jkim@kbkllc.com
*Attorneys for Debtors*

Bruce S. Bennett, Esq.
Joshua M. Mester, Esq.
James O. Johnston
Jones Day, Esq.
555 South Flower Street
Fiftieth Floor
Los Angeles, California 90071-2300
bbennett@jonesday.com
jmester@jonesday.com
jjohnston@jonesday.com
*Attorneys for Shareholder Proponents*

4