Thomas R. Phinney – State Bar Number 159435
Donna T. Parkinson – State Bar Number 125574
**PARKINSON PHINNEY**
3600 American River Drive, Suite 145
Sacramento, CA 95864
Telephone:   (916) 449-1444
Facsimile:    (916) 449-1440
E-Mail: tom@parkinsonphinney.com

Attorneys for Amador Water Agency

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>- and –<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                              Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>**OBJECTION OF CLAIMANT AMADOR WATER AGENCY TO PLAN SUPPLEMENT SCHEDULE B**<br><br>Hearing Date:  March 27, 2020<br>Time:                10:00 a.m.<br>Place:  Hon. Dennis Montali<br>           Courtroom 17<br>           450 Golden Gate Ave., 16th Fl.<br>           San Francisco, CA 94102 |

Amador Water Agency ("AWA") hereby submits this objection (the "Objection") to the Debtors' proposed cure amount regarding its agreements with AWA as listed in the Debtors' Notice of Filing of Plan Supplement in Connection with the Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020 (the "Plan Supplement") Dkt No. 7037.

Amount of Cure

The Plan Supplement, Dkt No. 7037 at p. 54 of 2063 lists 5 contracts with AWA and a cure amount on the "Water Agreement" of "$170,290.02." The correct cure amount is $174,654. On its Schedule F, PG&E schedules AWA as holding an allowed liquidated claim

of $174,654 (see Dkt No. 906-4, p. 21 of 568), which figure AWA accepted. In order to assume its agreement with AWA, PG&E must cure the entire amount due. The cure amount should be corrected to be $174,654.

Identification of Agreements Being Assumed

The Plan Supplement lists five agreements with AWA, and provides generally as a default position that PG&E is assuming all agreements. The description of the agreements, however, is very abbreviated and not altogether clear. It is vital for AWA to have certainty that the Plan assumes all agreements with AWA, including (and in particular) the "1985 Stipulation and Agreement between AWA and PG&E" (which concerns 15,000 Acre Feet of water used in the Amador Water System), and including all amendments to this agreement, including as amended in 1991, and as amended in Appendix B to the Jan. 31, 2004 second amended AWSTP agreement, and as amended in the recent 2020 amendment.

Wherefore, Amador Water Agency requests that the Plan Supplement be corrected and clarified as set forth above.

Dated: May 15, 2020

**Parkinson Phinney**
By: /s/ Thomas R. Phinney
Thomas R. Phinney
Attorneys for Amador Water Agency