DOWNEY BRAND LLP
JAMIE P. DREHER (Bar No. 209380)
jdreher@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone:   916.444.1000
Facsimile:   916.444.2100

Attorneys for A. Teichert & Son, Inc. d/b/a
Teichert Aggregates ("Teichert Aggregates")

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E Corporation<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY.<br><br>Debtors.<br><br>[ ] Affects PG&E Corporation<br>[ ] Affects Pacific Gas and Electric Company<br>[x] Affects Both Debtors,<br><br>*All papers shall be filed in the Lead Case No. 19-30088-DM | Case No. 19-30088-DM<br><br>Chapter 11<br><br>**DECLARATION OF SEAN COLLINS IN SUPPORT OF TEICHERT AGGREGATES' OBJECTION TO PROPOSED CURE AMOUNT**<br><br>Date:    May 27, 2020<br>Time:    10:00 a.m.<br>Place:   Courtroom 17<br>         450 Golden Date Avenue<br>         San Francisco, CA 94102<br>Judge:   Hon. Hon. Dennis Montali |

I, Sean Collins, hereby declare as follows:

1.  I make this Declaration and provide this written testimony in support of Teichert Aggregates' ("Teichert") Objection to Proposed Cure Amount ("Cure Objection"). I am over the age of 18, am competent to testify as to these matters (as more fully explained below), and make them of my own personal knowledge.

2.  I am the Credit & Contracts Manager for Teichert, and in that capacity, personally responsible for billings, collections, accounts receivable, credit risk and analysis, contracts,

1635750v3

contract review, and for managing vendor relationships as well as associated record keeping. In that capacity, I am the person responsible for the Teichert's billings to PG&E. I have either personally reviewed, or directed summaries of and received such summaries of, Teichert's billings to PG&E. I have personally therefore conducted a review and analysis of Teichert's receivables due from PG&E. The documents I have reviewed, including the invoices and billings, are those that are kept in the ordinary course of Teichert's business and in its relationship with PG&E.

3. Teichert Aggregates is a contract counterparty of the Debtor, pursuant to that certain agreement described as Master Services Agreement ("MSA") # C2481, which itself incorporates and encompasses associated Contract Work Authorizations ("CWA"), Purchase Orders ("PO"), and Blanket Purchase Orders ("BPO") ("Contract").

4. PG&E is in default under the MSA as a result of unpaid and due and owing amounts totaling $724,615.94, plus interest through June 30, 2020 (from the petition date) of an additional $26,156.24, for a total amount due of $750,772.18, which is required to be paid in order for the Contract to be assumed ("Cure Amount").

5. Attached hereto as Exhibit 1 is a detailed listing of every invoice, identified as set forth therein by amount, invoice number, and additional comprehensive identifying information, that make up the Cure Amount. I personally compiled and prepared Exhibit 1 as set forth above.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on May 14, 2020, at _____Sacramento_____, California.

_____
SEAN COLLINS

# EXHIBIT 1

A. Teichert Son, Inc. d/b/a Teichert Aggregates

| Invoice # | Description | MSA # | PO # | PO Name | Ship Date | Invoice Date | Due Date | Petition Date | Sale Amount | Open Amount | RT | Product | Interest Rate | Daily Interest Rate | # Days Interest | Interest as-of 6/30/20 (6/30/2020) | Daily Interest thereafter |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10222213 | Material Sales | C2481 | 2700170124 | WET SPOILS - Import | | 12/08/18 | 01/07/19 | 01/29/19 | 44,000.00 | 44,000.00 | 2 | SPOIL | 2.59% | 0.0070959% | 540 | $ 1,685.98 | $ 3.12 |
| 10224559 | Material Sales | C2481 | 2700104836 | Materials Line 2 | | 12/20/18 | 01/19/19 | 01/29/19 | 665.28 | 665.28 | 2 | AGG | 2.59% | 0.0070959% | 528 | $ 24.93 | $ 0.05 |
| 10224560 | Material Sales | C2481 | 2700157137 | Materials Line 2 | | 12/20/18 | 01/19/19 | 01/29/19 | 806.04 | 806.04 | 2 | AGG | 2.59% | 0.0070959% | 528 | $ 30.20 | $ 0.06 |
| 10224561 | Material Sales | C2481 | 2700209167 | PARADISE DRY SPOILS | | 12/20/18 | 01/19/19 | 01/29/19 | 700.00 | 700.00 | 2 | SPOIL | 2.59% | 0.0070959% | 528 | $ 26.23 | $ 0.05 |
| 10224562 | Material Sales | C2481 | 2700209167 | PARADISE WET SPOILS | | 12/20/18 | 01/19/19 | 01/29/19 | 31,250.00 | 31,250.00 | 2 | SPOIL | 2.59% | 0.0070959% | 528 | $ 1,170.82 | $ 2.22 |
| 10224563 | Material Sales | C2481 | 2700170124 | WET SPOILS - Import | | 12/20/18 | 01/19/19 | 01/29/19 | 3,401.18 | 3,401.18 | 2 | SPOIL | 2.59% | 0.0070959% | 528 | $ 127.43 | $ 0.24 |
| 10224843 | Material Sales | C2481 | 2700170124 | DRY SPOILS - Import | | 12/21/18 | 01/20/19 | 01/29/19 | 480.00 | 480.00 | 2 | SPOIL | 2.59% | 0.0070959% | 527 | $ 17.95 | $ 0.03 |
| 10224844 | Material Sales | C2481 | 2700157137 | Materials Line 2 | | 12/21/18 | 01/20/19 | 01/29/19 | 2,580.46 | 2,580.46 | 2 | AGG | 2.59% | 0.0070959% | 527 | $ 96.50 | $ 0.18 |
| 10224845 | Material Sales | C2481 | 2700157137 | PARADISE DRY SPOILS | | 12/21/18 | 01/20/19 | 01/29/19 | 1,450.00 | 1,450.00 | 2 | SPOIL | 2.59% | 0.0070959% | 527 | $ 54.22 | $ 0.10 |
| 10224846 | Material Sales | C2481 | 2700219240 | PARADISE WET SPOILS | | 12/21/18 | 01/20/19 | 01/29/19 | 12,750.00 | 12,750.00 | 2 | SPOIL | 2.59% | 0.0070959% | 527 | $ 476.79 | $ 0.90 |
| 10225042 | Material Sales | C2481 | 2700219240 | PARADISE WET SPOILS | | 12/26/18 | 01/25/19 | 01/29/19 | 46,500.00 | 46,500.00 | 2 | SPOIL | 2.59% | 0.0070959% | 522 | $ 1,722.39 | $ 3.30 |
| 10225043 | Material Sales | C2481 | 2700170124 | WET SPOILS - Import | | 12/26/18 | 01/25/19 | 01/29/19 | 1,500.00 | 1,500.00 | 2 | SPOIL | 2.59% | 0.0070959% | 522 | $ 55.56 | $ 0.11 |
| 10225110 | Material Sales | C2481 | 2700157137 | Materials Line 2 | | 12/27/18 | 01/26/19 | 01/29/19 | 4,011.96 | 4,011.96 | 2 | AGG | 2.59% | 0.0070959% | 521 | $ 148.32 | $ 0.28 |
| 10225112 | Material Sales | C2481 | 2700170124 | WET SPOILS - Import | | 12/27/18 | 01/26/19 | 01/29/19 | 750.00 | 750.00 | 2 | SPOIL | 2.59% | 0.0070959% | 521 | $ 27.73 | $ 0.05 |
| 10225448 | Material Sales | C2481 | 2700219240 | PARADISE WET SPOILS | | 12/28/18 | 01/27/19 | 01/29/19 | 1,500.00 | 1,500.00 | 2 | SPOIL | 2.59% | 0.0070959% | 520 | $ 55.35 | $ 0.11 |
| 10225449 | Material Sales | C2481 | 2700157137 | WET SPOILS - Import | | 12/28/18 | 01/27/19 | 01/29/19 | 750.00 | 750.00 | 2 | SPOIL | 2.59% | 0.0070959% | 520 | $ 27.67 | $ 0.05 |
| 10225472 | Material Sales | C2481 | 2700219240 | PARADISE WET SPOILS | | 12/31/18 | 01/30/19 | 01/29/19 | 4,500.00 | 4,500.00 | 2 | SPOIL | 2.59% | 0.0070959% | 517 | $ 165.09 | $ 0.32 |
| 10225758 | Material Sales | C2481 | 2700170124 | DRY SPOILS - Import | | 01/02/19 | 02/01/19 | 01/29/19 | 180.00 | 180.00 | 2 | SPOIL | 2.59% | 0.0070959% | 515 | $ 6.58 | $ 0.01 |
| 10225759 | Material Sales | C2481 | 2700157137 | Materials Line 2 | | 01/02/19 | 02/01/19 | 01/29/19 | 1,729.07 | 1,729.07 | 3 | AC | 2.59% | 0.0070959% | 515 | $ 63.19 | $ 0.12 |
| 10225761 | Material Sales | C2481 | 2700157137 | WET SPOILS - Import | | 01/02/19 | 02/01/19 | 01/29/19 | 400.00 | 400.00 | 2 | SPOIL | 2.59% | 0.0070959% | 515 | $ 14.62 | $ 0.03 |
| 10225762 | Material Sales | C2481 | 2700170124 | WET SPOILS - Import | | 01/02/19 | 02/01/19 | 01/29/19 | 1,500.00 | 1,500.00 | 2 | SPOIL | 2.59% | 0.0070959% | 515 | $ 54.82 | $ 0.11 |
| 10225986 | Material Sales | C2481 | 2700170124 | DRY SPOILS - Import | | 01/03/19 | 02/02/19 | 01/29/19 | 180.00 | 180.00 | 2 | SPOIL | 2.59% | 0.0070959% | 514 | $ 6.57 | $ 0.01 |
| 10225987 | Material Sales | C2481 | 2700209167 | Materials Line 2 | | 01/03/19 | 02/02/19 | 01/29/19 | 2,690.01 | 2,690.01 | 2 | AGG | 2.59% | 0.0070959% | 514 | $ 98.11 | $ 0.19 |
| 10225989 | Material Sales | C2481 | 2700219240 | PARADISE WET SPOILS | | 01/03/19 | 02/02/19 | 01/29/19 | 9,000.00 | 9,000.00 | 2 | SPOIL | 2.59% | 0.0070959% | 514 | $ 328.26 | $ 0.64 |
| 10225990 | Material Sales | C2481 | 2700170124 | WET SPOILS - Import | | 01/03/19 | 02/02/19 | 01/29/19 | 1,500.00 | 1,500.00 | 2 | SPOIL | 2.59% | 0.0070959% | 514 | $ 54.71 | $ 0.11 |
| 10226233 | Material Sales | C2481 | 2700219240 | PARADISE DRY SPOILS | | 01/04/19 | 02/03/19 | 01/29/19 | 300.00 | 300.00 | 2 | SPOIL | 2.59% | 0.0070959% | 513 | $ 10.92 | $ 0.02 |
| 10226234 | Material Sales | C2481 | 2700219240 | PARADISE WET SPOILS | | 01/04/19 | 02/03/19 | 01/29/19 | 15,000.00 | 15,000.00 | 2 | SPOIL | 2.59% | 0.0070959% | 513 | $ 546.03 | $ 1.06 |
| 10226235 | Material Sales | C2481 | 2700209167 | WET SPOILS - Import | | 01/04/19 | 02/03/19 | 01/29/19 | 4,500.00 | 4,500.00 | 2 | SPOIL | 2.59% | 0.0070959% | 513 | $ 163.81 | $ 0.32 |
| 10226515 | RB 10226515/10210044 | C2481 | RB 10210044/270 | Materials Line 2 | 10/16/18 | 01/06/19 | 02/05/19 | 01/29/19 | 533.62 | 533.62 | 2 | AGG | 2.59% | 0.0070959% | 511 | $ 19.35 | $ 0.04 |
| 10226516 | RB 10226516/10212994 | C2481 | RB 10212994/270 | Materials Line 2 | 10/02/18 | 01/06/19 | 02/05/19 | 01/29/19 | 1,091.86 | 1,091.86 | 2 | AGG | 2.59% | 0.0070959% | 511 | $ 39.59 | $ 0.08 |
| 10226517 | RB 10226517/10216446 | C2481 | RB 10216446/270 | Materials Line 2 | 11/07/18 | 01/06/19 | 02/05/19 | 01/29/19 | 2,900.91 | 2,900.91 | 2 | AGG | 2.59% | 0.0070959% | 511 | $ 105.19 | $ 0.21 |
| 10226518 | RB 10226518/10218825 | C2481 | RB 10218825/270 | Materials Line 2 | 11/16/18 | 01/06/19 | 02/05/19 | 01/29/19 | 432.73 | 432.73 | 2 | AGG | 2.59% | 0.0070959% | 511 | $ 15.69 | $ 0.03 |
| 10226524 | O/I 10225111 | C2481 | | 2700219240 PARADISE DRY SPOILS | | 01/06/19 | 02/05/19 | 01/29/19 | 750.00 | 750.00 | 2 | SPOIL | 2.59% | 0.0070959% | 511 | $ 27.20 | $ 0.05 |
| 10226525 | O/I 10225447 | C2481 | | 2700219240 PARADISE DRY SPOILS | | 01/06/19 | 02/05/19 | 01/29/19 | 1,000.00 | 1,000.00 | 2 | SPOIL | 2.59% | 0.0070959% | 511 | $ 36.26 | $ 0.07 |
| 10226526 | O/I 10225471 | C2481 | | 2700219240 PARADISE DRY SPOILS | | 01/06/19 | 02/05/19 | 01/29/19 | 150.00 | 150.00 | 2 | SPOIL | 2.59% | 0.0070959% | 511 | $ 5.44 | $ 0.01 |
| 10226527 | O/I 10225760 | C2481 | | 2700219240 PARADISE DRY SPOILS | | 01/06/19 | 02/05/19 | 01/29/19 | 250.00 | 250.00 | 2 | SPOIL | 2.59% | 0.0070959% | 511 | $ 9.07 | $ 0.02 |
| 10226528 | O/I 10225988 | C2481 | | 2700219240 PARADISE DRY SPOILS | | 01/06/19 | 02/05/19 | 01/29/19 | 200.00 | 200.00 | 2 | SPOIL | 2.59% | 0.0070959% | 511 | $ 7.25 | $ 0.01 |
| 10226529 | O/I 10225111 | C2481 | | 2700219240 PARADISE DRY SPOILS | | 01/06/19 | 02/05/19 | 01/29/19 | 6,000.00 | 6,000.00 | 2 | SPOIL | 2.59% | 0.0070959% | 511 | $ 217.56 | $ 0.43 |
| 10226530 | O/I 10225447 | C2481 | | 2700219240 PARADISE DRY SPOILS | | 01/06/19 | 02/05/19 | 01/29/19 | 12,000.00 | 12,000.00 | 2 | SPOIL | 2.59% | 0.0070959% | 511 | $ 435.12 | $ 0.85 |
| 10226531 | O/I 10225471 | C2481 | | 2700219240 PARADISE DRY SPOILS | | 01/06/19 | 02/05/19 | 01/29/19 | 58,500.00 | 58,500.00 | 2 | SPOIL | 2.59% | 0.0070959% | 511 | $ 2,121.21 | $ 4.15 |
| 10226532 | O/I 10225760 | C2481 | | 2700219240 PARADISE DRY SPOILS | | 01/06/19 | 02/05/19 | 01/29/19 | 13,500.00 | 13,500.00 | 2 | SPOIL | 2.59% | 0.0070959% | 511 | $ 489.51 | $ 0.96 |
| 10226533 | O/I 10225988 | C2481 | | 2700219240 PARADISE DRY SPOILS | | 01/06/19 | 02/05/19 | 01/29/19 | 9,000.00 | 9,000.00 | 2 | SPOIL | 2.59% | 0.0070959% | 511 | $ 326.34 | $ 0.64 |
| 10226577 | Material Sales | C2481 | 2700219240 | PARADISE WET SPOILS | | 01/07/19 | 02/06/19 | 01/29/19 | 19,500.00 | 19,500.00 | 2 | SPOIL | 2.59% | 0.0070959% | 510 | $ 705.69 | $ 1.38 |
| 10226578 | Material Sales | C2481 | 2700209167 | WET SPOILS - Import | | 01/07/19 | 02/06/19 | 01/29/19 | 2,250.00 | 2,250.00 | 2 | SPOIL | 2.59% | 0.0070959% | 510 | $ 81.43 | $ 0.16 |
| 10226710 | Material Sales | C2481 | 2700209167 | DRY SPOILS - Import | | 01/08/19 | 02/07/19 | 01/29/19 | 760.00 | 760.00 | 2 | SPOIL | 2.59% | 0.0070959% | 509 | $ 27.45 | $ 0.05 |
| 10226711 | Material Sales | C2481 | 2700104836 | Materials Line 2 | | 01/08/19 | 02/07/19 | 01/29/19 | 1,291.27 | 1,291.27 | 2 | AGG | 2.59% | 0.0070959% | 509 | $ 46.64 | $ 0.09 |
| 10226712 | Material Sales | C2481 | 2700209167 | Materials Line 2 | | 01/08/19 | 02/07/19 | 01/29/19 | 1,063.32 | 1,063.32 | 2 | AGG | 2.59% | 0.0070959% | 509 | $ 38.41 | $ 0.08 |
| 10226713 | Material Sales | C2481 | 2700219240 | PARADISE WET SPOILS | | 01/08/19 | 02/07/19 | 01/29/19 | 19,500.00 | 19,500.00 | 2 | SPOIL | 2.59% | 0.0070959% | 509 | $ 704.30 | $ 1.38 |
| 10226714 | Material Sales | C2481 | 2700209167 | WET SPOILS - Import | | 01/08/19 | 02/07/19 | 01/29/19 | 3,000.00 | 3,000.00 | 2 | SPOIL | 2.59% | 0.0070959% | 509 | $ 108.35 | $ 0.21 |
| 10226863 | Material Sales | C2481 | 2700209167 | DRY SPOILS - Import | | 01/09/19 | 02/08/19 | 01/29/19 | 220.00 | 220.00 | 2 | SPOIL | 2.59% | 0.0070959% | 508 | $ 7.93 | $ 0.02 |
| 10226864 | Material Sales | C2481 | 2700209167 | Materials Line 2 | | 01/09/19 | 02/08/19 | 01/29/19 | 1,268.63 | 1,268.63 | 2 | AGG | 2.59% | 0.0070959% | 508 | $ 45.73 | $ 0.09 |
| 10226865 | Material Sales | C2481 | 2700219240 | PARADISE WET SPOILS | | 01/09/19 | 02/08/19 | 01/29/19 | 15,000.00 | 15,000.00 | 2 | SPOIL | 2.59% | 0.0070959% | 508 | $ 540.71 | $ 1.06 |
| 10226866 | Material Sales | C2481 | 2700209167 | WET SPOILS - Import | | 01/09/19 | 02/08/19 | 01/29/19 | 6,900.00 | 6,900.00 | 2 | SPOIL | 2.59% | 0.0070959% | 508 | $ 248.73 | $ 0.49 |
| 10227020 | Material Sales | C2481 | 2700170124 | DRY SPOILS - Import | | 01/10/19 | 02/09/19 | 01/29/19 | 60.00 | 60.00 | 2 | SPOIL | 2.59% | 0.0070959% | 507 | $ 2.16 | $ 0.00 |
| 10227021 | Material Sales | C2481 | 2700209167 | DRY SPOILS - Import | | 01/10/19 | 02/09/19 | 01/29/19 | 660.00 | 660.00 | 2 | SPOIL | 2.59% | 0.0070959% | 507 | $ 23.74 | $ 0.05 |
| 10227022 | Material Sales | C2481 | 2700209167 | Materials Line 2 | | 01/10/19 | 02/09/19 | 01/29/19 | 1,935.04 | 1,935.04 | 3 | AC | 2.59% | 0.0070959% | 507 | $ 69.62 | $ 0.14 |
| 10227023 | Material Sales | C2481 | 2700209167 | Materials Line 2 | | 01/10/19 | 02/09/19 | 01/29/19 | 6,557.45 | 6,557.45 | 2 | AGG | 2.59% | 0.0070959% | 507 | $ 235.91 | $ 0.47 |
| 10227024 | Material Sales | C2481 | 2700219240 | PARADISE WET SPOILS | | 01/10/19 | 02/09/19 | 01/29/19 | 24,000.00 | 24,000.00 | 2 | SPOIL | 2.59% | 0.0070959% | 507 | $ 863.43 | $ 1.70 |

Case: 19-30088    Doc# 7278-1    Filed: 05/15/20    Entered: 05/15/20 14:56:25    Page 4

A. Teichert Son, Inc. d/b/a Teichert Aggregates

| # | Invoice # | Description | MSA # | PO # | PO Name | Ship Date | Invoice Date | Due Date | Petition Date | Sale Amount | Open Amount | RT | Product | Interest Rate | Daily Interest Rate | # Days Interest | Interest as-of 6/30/20 | Daily Interest thereafter |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | 6/30/2020 | |
| 61 | 10227025 | Material Sales | C2481 | 2700209167 | WET SPOILS - Import | | 01/10/19 | 02/09/19 | 01/29/19 | 7,900.00 | 7,900.00 | 2 | SPOIL | 2.59% | 0.0070959% | 507 | $ 284.21 | $ 0.56 |
| 62 | 10227230 | Material Sales | C2481 | 2700219240 | PARADISE DRY SPOILS | | 01/11/19 | 02/10/19 | 01/29/19 | 200.00 | 200.00 | 2 | SPOIL | 2.59% | 0.0070959% | 506 | $ 7.18 | $ 0.01 |
| 63 | 10227231 | Material Sales | C2481 | 2700219240 | PARADISE WET SPOILS | | 01/11/19 | 02/10/19 | 01/29/19 | 21,000.00 | 21,000.00 | 2 | SPOIL | 2.59% | 0.0070959% | 506 | $ 754.01 | $ 1.49 |
| 64 | 10227232 | Material Sales | C2481 | 2700209167 | WET SPOILS - Import | | 01/11/19 | 02/10/19 | 01/29/19 | 9,700.00 | 9,700.00 | 2 | SPOIL | 2.59% | 0.0070959% | 506 | $ 348.28 | $ 0.69 |
| 65 | 10227481 | Material Sales | C2481 | 2700209167 | DRY SPOILS - Import | | 01/14/19 | 02/13/19 | 01/29/19 | 350.00 | 350.00 | 2 | AGG | 2.59% | 0.0070959% | 503 | $ 12.49 | $ 0.02 |
| 66 | 10227482 | Material Sales | C2481 | 2700104836 | Materials Line 2 | | 01/14/19 | 02/13/19 | 01/29/19 | 4,081.85 | 4,081.85 | 2 | AGG | 2.59% | 0.0070959% | 503 | $ 145.69 | $ 0.29 |
| 67 | 10227483 | Material Sales | C2481 | 2700209167 | Materials Line 2 | | 01/14/19 | 02/13/19 | 01/29/19 | 1,412.04 | 1,412.04 | 2 | AGG | 2.59% | 0.0070959% | 503 | $ 50.40 | $ 0.10 |
| 68 | 10227484 | Material Sales | C2481 | 2700219240 | PARADISE WET SPOILS | | 01/14/19 | 02/13/19 | 01/29/19 | 59,000.00 | 59,000.00 | 2 | SPOIL | 2.59% | 0.0070959% | 503 | $ 2,105.85 | $ 4.19 |
| 69 | 10227485 | Material Sales | C2481 | 2700209167 | WET SPOILS - Import | | 01/14/19 | 02/13/19 | 01/29/19 | 5,700.00 | 5,700.00 | 2 | SPOIL | 2.59% | 0.0070959% | 503 | $ 203.45 | $ 0.40 |
| 70 | 10227664 | Material Sales | C2481 | 2700209167 | DRY SPOILS - Import | | 01/15/19 | 02/14/19 | 01/29/19 | 170.00 | 170.00 | 2 | SPOIL | 2.59% | 0.0070959% | 502 | $ 6.06 | $ 0.01 |
| 71 | 10227665 | Material Sales | C2481 | 2700104836 | Materials Line 2 | | 01/15/19 | 02/14/19 | 01/29/19 | 3,085.83 | 3,085.83 | 2 | AGG | 2.59% | 0.0070959% | 502 | $ 109.92 | $ 0.22 |
| 72 | 10227666 | Material Sales | C2481 | 2700209167 | Materials Line 2 | | 01/15/19 | 02/14/19 | 01/29/19 | 513.61 | 513.61 | 2 | AGG | 2.59% | 0.0070959% | 502 | $ 18.30 | $ 0.04 |
| 73 | 10227667 | Material Sales | C2481 | 2700219240 | PARADISE WET SPOILS | | 01/15/19 | 02/14/19 | 01/29/19 | 12,000.00 | 12,000.00 | 2 | SPOIL | 2.59% | 0.0070959% | 502 | $ 427.46 | $ 0.85 |
| 74 | 10227668 | Material Sales | C2481 | 2700170124 | WET SPOILS - Import | | 01/15/19 | 02/14/19 | 01/29/19 | 750.00 | 750.00 | 2 | SPOIL | 2.59% | 0.0070959% | 502 | $ 26.72 | $ 0.05 |
| 75 | 10227669 | Material Sales | C2481 | 2700209167 | WET SPOILS - Import | | 01/15/19 | 02/14/19 | 01/29/19 | 3,000.00 | 3,000.00 | 2 | SPOIL | 2.59% | 0.0070959% | 502 | $ 106.86 | $ 0.21 |
| 76 | 10227795 | Material Sales | C2481 | 2700209167 | DRY SPOILS - Import | | 01/16/19 | 02/15/19 | 01/29/19 | 50.00 | 50.00 | 2 | SPOIL | 2.59% | 0.0070959% | 501 | $ 1.78 | $ 0.00 |
| 77 | 10227796 | Material Sales | C2481 | 2700104836 | Materials Line 2 | | 01/16/19 | 02/15/19 | 01/29/19 | 200.30 | 200.30 | 2 | AGG | 2.59% | 0.0070959% | 501 | $ 7.12 | $ 0.01 |
| 78 | 10227797 | Material Sales | C2481 | 2700209167 | Materials Line 2 | | 01/16/19 | 02/15/19 | 01/29/19 | 196.43 | 196.43 | 2 | AGG | 2.59% | 0.0070959% | 501 | $ 6.98 | $ 0.01 |
| 79 | 10227798 | Material Sales | C2481 | 2700219240 | PARADISE DRY SPOILS | | 01/16/19 | 02/15/19 | 01/29/19 | 50.00 | 50.00 | 2 | SPOIL | 2.59% | 0.0070959% | 501 | $ 1.78 | $ 0.00 |
| 80 | 10227799 | Material Sales | C2481 | 2700219240 | PARADISE WET SPOILS | | 01/16/19 | 02/15/19 | 01/29/19 | 6,000.00 | 6,000.00 | 2 | SPOIL | 2.59% | 0.0070959% | 501 | $ 213.30 | $ 0.43 |
| 81 | 10227800 | Material Sales | C2481 | 2700209167 | WET SPOILS - Import | | 01/16/19 | 02/15/19 | 01/29/19 | 4,550.00 | 4,550.00 | 2 | SPOIL | 2.59% | 0.0070959% | 501 | $ 161.75 | $ 0.32 |
| 82 | 10227869 | Material Sales | C2481 | 2700209167 | DRY SPOILS - Import | | 01/17/19 | 02/16/19 | 01/29/19 | 50.00 | 50.00 | 2 | SPOIL | 2.59% | 0.0070959% | 500 | $ 1.77 | $ 0.00 |
| 83 | 10227870 | Material Sales | C2481 | 2700104836 | Materials Line 2 | | 01/17/19 | 02/16/19 | 01/29/19 | 2,461.48 | 2,461.48 | 2 | AGG | 2.59% | 0.0070959% | 500 | $ 87.33 | $ 0.17 |
| 84 | 10227871 | Material Sales | C2481 | 2700219240 | PARADISE DRY SPOILS | | 01/17/19 | 02/16/19 | 01/29/19 | 50.00 | 50.00 | 2 | SPOIL | 2.59% | 0.0070959% | 500 | $ 1.77 | $ 0.00 |
| 85 | 10227872 | Material Sales | C2481 | 2700219240 | PARADISE WET SPOILS | | 01/17/19 | 02/16/19 | 01/29/19 | 9,000.00 | 9,000.00 | 2 | SPOIL | 2.59% | 0.0070959% | 500 | $ 319.32 | $ 0.64 |
| 86 | 10227983 | Material Sales | C2481 | 2700219240 | PARADISE WET SPOILS | | 01/18/19 | 02/17/19 | 01/29/19 | 13,500.00 | 13,500.00 | 2 | SPOIL | 2.59% | 0.0070959% | 499 | $ 478.01 | $ 0.96 |
| 87 | 10227984 | Material Sales | C2481 | 2700209167 | WET SPOILS - Import | | 01/18/19 | 02/17/19 | 01/29/19 | 750.00 | 750.00 | 2 | SPOIL | 2.59% | 0.0070959% | 499 | $ 26.56 | $ 0.05 |
| 88 | 10228344 | Material Sales | C2481 | 2700104836 | Materials Line 2 | | 01/22/19 | 02/21/19 | 01/29/19 | 799.64 | 799.64 | 2 | AGG | 2.59% | 0.0070959% | 495 | $ 28.09 | $ 0.06 |
| 89 | 10228345 | Material Sales | C2481 | 2700219240 | PARADISE DRY SPOILS | | 01/22/19 | 02/21/19 | 01/29/19 | 100.00 | 100.00 | 2 | SPOIL | 2.59% | 0.0070959% | 495 | $ 3.51 | $ 0.01 |
| 90 | 10228346 | Material Sales | C2481 | 2700219240 | PARADISE WET SPOILS | | 01/22/19 | 02/21/19 | 01/29/19 | 12,000.00 | 12,000.00 | 2 | SPOIL | 2.59% | 0.0070959% | 495 | $ 421.50 | $ 0.85 |
| 91 | 10228347 | Material Sales | C2481 | 2700209167 | WET SPOILS - Import | | 01/22/19 | 02/21/19 | 01/29/19 | 4,950.00 | 4,950.00 | 2 | SPOIL | 2.59% | 0.0070959% | 495 | $ 173.87 | $ 0.35 |
| 92 | 10228584 | Material Sales | C2481 | 2700209167 | DRY SPOILS - Import | | 01/23/19 | 02/22/19 | 01/29/19 | 360.00 | 360.00 | 2 | SPOIL | 2.59% | 0.0070959% | 494 | $ 12.62 | $ 0.03 |
| 93 | 10228585 | Material Sales | C2481 | 2700104836 | Materials Line 2 | | 01/23/19 | 02/22/19 | 01/29/19 | 2,342.74 | 2,342.74 | 2 | AGG | 2.59% | 0.0070959% | 494 | $ 82.12 | $ 0.17 |
| 94 | 10228586 | Material Sales | C2481 | 2700209167 | Materials Line 2 | | 01/23/19 | 02/22/19 | 01/29/19 | 2,104.43 | 2,104.43 | 2 | AGG | 2.59% | 0.0070959% | 494 | $ 73.77 | $ 0.15 |
| 95 | 10228587 | Material Sales | C2481 | 2700219240 | PARADISE DRY SPOILS | | 01/23/19 | 02/22/19 | 01/29/19 | 50.00 | 50.00 | 2 | SPOIL | 2.59% | 0.0070959% | 494 | $ 1.75 | $ 0.00 |
| 96 | 10228588 | Material Sales | C2481 | 2700219240 | PARADISE WET SPOILS | | 01/23/19 | 02/22/19 | 01/29/19 | 22,900.00 | 22,900.00 | 2 | SPOIL | 2.59% | 0.0070959% | 494 | $ 802.73 | $ 1.62 |
| 97 | 10228589 | Material Sales | C2481 | 2700209167 | WET SPOILS - Import | | 01/23/19 | 02/22/19 | 01/29/19 | 450.00 | 450.00 | 2 | SPOIL | 2.59% | 0.0070959% | 494 | $ 15.77 | $ 0.03 |
| 98 | 10228818 | Material Sales | C2481 | 2700209167 | Materials Line 2 | | 01/24/19 | 02/23/19 | 01/29/19 | 583.29 | 583.29 | 2 | AGG | 2.59% | 0.0070959% | 493 | $ 20.41 | $ 0.04 |
| 99 | 10228819 | Material Sales | C2481 | 2700209167 | Materials Line 2 | | 01/24/19 | 02/23/19 | 01/29/19 | 2,037.28 | 2,037.28 | 3 | AC | 2.59% | 0.0070959% | 493 | $ 71.27 | $ 0.14 |
| 100 | 10228820 | Material Sales | C2481 | 2700219240 | PARADISE DRY SPOILS | | 01/24/19 | 02/23/19 | 01/29/19 | 50.00 | 50.00 | 2 | SPOIL | 2.59% | 0.0070959% | 493 | $ 1.75 | $ 0.00 |
| 101 | 10228821 | Material Sales | C2481 | 2700219240 | PARADISE WET SPOILS | | 01/24/19 | 02/23/19 | 01/29/19 | 18,000.00 | 18,000.00 | 2 | SPOIL | 2.59% | 0.0070959% | 493 | $ 629.69 | $ 1.28 |
| 102 | 10228822 | Material Sales | C2481 | 2700209167 | WET SPOILS - Import | | 01/24/19 | 02/23/19 | 01/29/19 | 6,000.00 | 6,000.00 | 2 | SPOIL | 2.59% | 0.0070959% | 493 | $ 209.90 | $ 0.43 |
| 103 | 10229077 | Material Sales | C2481 | 2700209167 | DRY SPOILS - Import | | 01/25/19 | 02/24/19 | 01/29/19 | 180.00 | 180.00 | 2 | SPOIL | 2.59% | 0.0070959% | 492 | $ 6.28 | $ 0.01 |
| 104 | 10229078 | Material Sales | C2481 | 2700209167 | Materials Line 2 | | 01/25/19 | 02/24/19 | 01/29/19 | 986.22 | 986.22 | 3 | AC | 2.59% | 0.0070959% | 492 | $ 34.43 | $ 0.07 |
| 105 | 10229079 | Material Sales | C2481 | 2700209167 | Materials Line 2 | | 01/25/19 | 02/24/19 | 01/29/19 | 458.08 | 458.08 | 2 | AGG | 2.59% | 0.0070959% | 492 | $ 15.99 | $ 0.03 |
| 106 | 10229080 | Material Sales | C2481 | 2700219240 | PARADISE WET SPOILS | | 01/25/19 | 02/24/19 | 01/29/19 | 18,000.00 | 18,000.00 | 2 | SPOIL | 2.59% | 0.0070959% | 492 | $ 628.41 | $ 1.28 |
| 107 | 10229081 | Material Sales | C2481 | 2700209167 | WET SPOILS - Import | | 01/25/19 | 02/24/19 | 01/29/19 | 7,500.00 | 7,500.00 | 2 | SPOIL | 2.59% | 0.0070959% | 492 | $ 261.84 | $ 0.53 |
| 108 | 10229495 | Material Sales | C2481 | 2700209167 | DRY SPOILS - Import | | 01/28/19 | 02/27/19 | 01/29/19 | 720.00 | 720.00 | 2 | SPOIL | 2.59% | 0.0070959% | 489 | $ 24.98 | $ 0.05 |
| 109 | 10229496 | Material Sales | C2481 | 2700119285 | Materials Line 2 | | 01/28/19 | 02/27/19 | 01/29/19 | 1,014.81 | 1,014.81 | 3 | AC | 2.59% | 0.0070959% | 489 | $ 35.21 | $ 0.07 |
| 110 | 10229497 | Material Sales | C2481 | 2700209167 | Materials Line 2 | | 01/28/19 | 02/27/19 | 01/29/19 | 4,459.08 | 4,459.08 | 2 | AGG | 2.59% | 0.0070959% | 489 | $ 154.73 | $ 0.32 |
| 111 | 10229498 | Material Sales | C2481 | 2700209167 | PARADISE WET SPOILS | | 01/28/19 | 02/27/19 | 01/29/19 | 45,000.00 | 45,000.00 | 2 | SPOIL | 2.59% | 0.0070959% | 489 | $ 1,561.45 | $ 3.19 |
| 112 | 10229499 | Material Sales | C2481 | 2700170124 | WET SPOILS - Import | | 01/28/19 | 02/27/19 | 01/29/19 | 1,500.00 | 1,500.00 | 2 | SPOIL | 2.59% | 0.0070959% | 489 | $ 52.05 | $ 0.11 |
| 113 | 10229500 | Material Sales | C2481 | 2700209167 | WET SPOILS - Import | | 01/28/19 | 02/27/19 | 01/29/19 | 1,500.00 | 1,500.00 | 2 | SPOIL | 2.59% | 0.0070959% | 489 | $ 52.05 | $ 0.11 |
| 114 | | | | | | | | **TOTAL CLAIM AMOUNT** | | | $724,615.94 | | | | | | $ 26,156.24 | |
| 116 | | | | | | | | **20 Day Pre Amt [503(b) claim]** | | | $ 36,498.23 | | | | | | | |

Case: 19-30088    Doc# 7278-1    Filed: 05/15/20    Entered: 05/15/20 14:56:25    Page 5 of 5