DOWNEY BRAND LLP
R. DALE GINTER (Bar No. 100784)
dginter@downeybrand.com
JAMIE P. DREHER (Bar No. 209380)
jdreher@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone:    916.444.1000
Facsimile:    916.444.2100

Attorneys for Emmerson Investments, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E Corporation<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY.<br><br>Debtors.<br><br>[ ] Affects PG&E Corporation<br>[ ] Affects Pacific Gas and Electric Company<br>[x] Affects Both Debtors,<br><br>*All papers shall be filed in the Lead Case No. 19-30088-DM | Case No. 19-30088-DM<br><br>Chapter 11<br><br>**PROOF OF SERVICE**<br><br>Date:     May 27, 2020<br>Time:     10:00 a.m.<br>Place:    Courtroom 17<br>          450 Golden Date Avenue<br>          San Francisco, CA 94102<br>Judge:    Hon. Dennis Montali |

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Sacramento, State of California. My business address is 621 Capitol Mall, 18th Floor, Sacramento, CA 95814.

On May 15, 2020, I served true copies of the following document(s) described as

- **TEICHERT AGGREGATES' OBJECTION TO PROPOSED CURE AMOUNT**

- **DECLARATION OF SEAN COLLINS IN SUPPORT OF TEICHERT AGGREGATES' OBJECTION TO PROPOSED CURE AMOUNT**

on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address mfrazier@downeybrand.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 15, 2020, at Sacramento, California.

Marci Frazier

# SERVICE LIST

**Attorneys for Debtors**
WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin
Jessica Liou
Matthew Goren
Tom Schinckel
Stephen.karotkin@weil.com
Jessica.liou@weil.com
Matthew.goren@weil.com
Tom.shinckel@weil.com

**Attorneys for Debtors**
KELLER BENVENUTTI KIM LLP
Tobias S. Keller
Jane Kim
tkeller@kbkllp.com
jkim@kbkllc.com

**Attorneys for Shareholder Proponents**
JONES DAY
Bruce S. Bennett
Joshua M. Mester
James O. Johnston
bbennett@jonesday.com
jmester@jonesday.com
jjohnston@jonesday.com

**Counsel for Administrative Agent under Debtors' DIP Financing Facility**
STROOCK & STROOCK & LAVAN LLP
Frank A. Merola
khansen@stroock.com
egilad@stroock.com
mgarofalo@stroock.com
fmerola@stroock.com

**Counsel for collateral agent under Debtors' DIP Financing Facility**
DAVIS POLK & WARDELL LLP
Eli J. Vonnegut
David Schiff
Timothy Graulich
eli.vonnegut@davispolk.com
david.schiff@davispolk.com
timothy.graulich@davispolk.com

**Counsel to the California Public Utilities Commission**
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Alan W. Kornberg
Brian Hermann
Walter Rieman
akornberg@paulweiss.com
bhermann@paulweiss.com
wrieman@paulweiss.com
smitchell@paulweiss.com
ndonnelly@paulweiss.com

DOWNEY BRAND LLP

| | |
|---|---|
| **Office of the U.S. Trustee for Region 17** | **U.S. Nuclear Regulatory Commission** |
| James Snyder | Anita Ghosh Naber |
| Timothy Laffredi | anita.ghoshnaber@nrc.gov |
| James.L.Snyder@usdoj.gov | |
| timothy.s.laffredi@usdoj.gov | |
| Marta.Villacorta@usdoj.gov | |
| | |
| **Counsel for U.S. on behalf of Federal Energy Regulatory Commission** | **Counsel for Unsecured Creditors Committee** |
| U.S. Department of Justice | MILBANK LLP |
| 1101 L Street, NW, Room 7106 | Dennis F. Dunne |
| Washington, DC 20005 | Sam Khalil |
| Danielle Pham | ddunne@milbank.com |
| danielle.pham@usdoj.gov | skhalil@milbank.com |
| | Gbray@milbank.com |
| | TKreller@milbank.com |
| | astone@milbank.com |
| | svora@milbank.com |
| | |
| **Counsel for PG&E Shareholders** | **Counsel for Tort Claimants Committee** |
| JONES DAY | BAKER & HOSTETLER LLP |
| Bruce Bennett | Eric Sagerman |
| Joshua Mester | Cicily Dumas |
| James Johnson | 11601 Wilshire Boulevard, Suite 1400 |
| bbennett@jonesday.com | Los Angeles, CA 90025-0509 |
| jmester@jonesday.com | esagerman@bakerlaw.com |
| jjohnston@jonesday.com | cdumas@bakerlaw.com |
| | |
| **Co-Counsel to Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company** | **Counsel to Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company** |
| BRAUNHAGEY & BORDEN LLP | Ashley Vinson Crawford |
| J. Noah Hagey | AKIN GUMP STRAUSS HAUER & FELD |
| Jeffrey Theodore | avcrawford@akingump.com |
| David Kwasniewski | |
| Andrew Levine | |
| hagey@braunhagey.com | |
| theodore@braunhagey.com | |
| kwasniewski@braunhagey.com | |
| levine@braunhagey.com | |

| | |
|---|---|
| **Counsel for Ad Hoc Group of Subrogation Claim Holders**<br>Kathryn Diemer<br>Alexander Lewicki<br>DIEMER & WEIL LLP<br>kdiemer@diemerwei.com<br>alewicki@diemerwei.com | **Counsel for Ad Hoc Group of Subrogation Claim Holders**<br>WILKIE FARR & GALLAGHER LLP<br>Matthew Feldman<br>Joseph Minias<br>Daniel Forman<br>Benjamin McCallen<br>Antonio Yanez<br>Erica Kerman<br>Jonathan Waisnor<br>Matthew Freimuth<br>mfeldman@willkie.com<br>jminias@willkie.com<br>dforman@willkie.com<br>bmccallen@willkie.com<br>ayanez@willkie.com<br>ekerman@willkie.com<br>jwaisnor@willkie.com<br>mfreimuth@willkie.com |

1637995v1