# Exhibit A



# Contract Work Authorization (CWA) Change Order

**This is Change Order ("CO") No. 1 to Contract Work Authorization No. C12288 dated 11/29/2018 issued under and pursuant to the Blanket Agreement or Master Service Agreement No. C3452 dated 1/5/2018 (the "MSA") between the below-named Contractor ("Contractor"), a Colorado limited liability company, and Pacific Gas and Electric Company ("PG&E"), a California corporation with its headquarters located at 77 Beale Street, San Francisco, California 94105. Contractor shall perform all Work under this CWA, as amended by this Change Order, pursuant to and in accordance with the terms and conditions of the MSA.**

| | | |
|---|---|---|
| **Contractor's Legal Name:** | CAMPOS EPC, LLC | **This Change Order consists of 2 pages.** |
| **Contractor's Address:** | 1401 Blake Street<br>Denver, CO  80202 | |
| **Project Name**: | 2019 As-Built Engineering Support and Coordination Services – PG&E Gas Transmission | |
| **Job Location**: | Various locations within PG&E's Service Territory | |

**CHANGES**: **The Parties hereby modify the Contract Work Authorization referenced above as follows:**

Change Order 1 is hereby issued to:

1. Extend the CWA term and expiration date from 12/31/2019 to 4/30/2020.

**ATTACHMENTS: The following are attached to this CWA Change Order and incorporated herein by this reference.**

Attachments:  NONE

| PRICING CHANGES: | | |
|---|---|---|
| Previous Total CWA Value: | $237,285.00  Time and Materials, Not-to-Exceed |
| Addition or Deduction: | $ NONE |
| Revised Total CWA Value: | $237,285.00  Time and Materials, Not-to-Exceed |

PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**," and, together with PG&E Corp., the "**Debtors**"), are debtors-in-possession in a proceeding pending under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), in the United States Bankruptcy Court for the Northern District of California. Nothing herein shall be deemed to constitute an assumption of the Contract and/or any CWA or a waiver or modification of the Debtors' rights to assume, assume and assign, or reject the Contract and/or any CWA pursuant to section 365 of the Bankruptcy Code. The Debtors hereby reserve all rights available to them under such proceedings. Any amounts paid by the Debtors hereunder must be applied to goods and/or services provided to the Debtors on or after January 29, 2019 (the "**Petition Date**") and shall not be applied to satisfy Claims (as defined in the Bankruptcy Code) arising prior to the Petition Date.

**All other terms and conditions of the CWA, as it may have been amended by previous CWA Change Order(s), if any, shall remain the same.**

**THE PARTIES, BY SIGNATURE OF THEIR AUTHORIZED REPRESENTATIVES, HEREBY AGREE TO THE TERMS OF THIS CWA CHANGE ORDER.**

| PACIFIC GAS AND ELECTRIC COMPANY | | CONTRACTOR: CAMPOS EPC, LLC | |
|---|---|---|---|
| Signature | *Tammy Dragotta*<br>DocuSigned by:<br>EE480086B788478... | Signature | *Andy Duin* |
| Name | Tammy Dragotta | Name | Andy Duin |
| Title | Sourcing Specialist | Title | Principal |
| Date | 12/6/2019 | Date | 12/6/2019 |



| ADMINISTRATION | | | |
|---|---|---|---|
| **PG&E Negotiator** | Tammy Dragotta | **Contractor Representative** | Andy Duin |
| **Phone** | 925-328-5173 | **Phone** | 303-521-4352 |
| **Email:** | Tpd5@pge.com | **Email:** | Andrew.duin@camposepc.com |
| **Accounting Reference** | PR251107-v4 CW2273641 Order No. 2036432 | | |

| INTERNAL PG&E USE ONLY | | |
|---|---|---|
| **Distribution Date** | | |
| **Distribution of Copies:** Sam Pine | ☒ ARIBA Contracts ("CXXXX" series): Buyer uploads an executed copy in Ariba. | ☒ Contractor (Signed Original Copy) |
| | ☒ Work Supervisor:  Wayman Pon | ☐ Manager |
| | ☒ Invoice Approver | ☐ Supervisor |
| | ☐ V.P. | ☒ Sourcing/ Purchasing |
| | ☐ Director | ☐ Law |



## Certificate Of Completion

Envelope Id: D4082B4147F14879B50C2B2BBBEC2F2D
Subject: CW2273641 - partially signed CO 1 CWA C12288 Campos 12062019 tpd5.pdf
Source Envelope:
Document Pages: 2                    Signatures: 1                    Envelope Originator:
Certificate Pages: 1                 Initials: 0                      Tamara Dragotta
AutoNav: Enabled                                                      77 Beale Street
EnvelopeId Stamping: Enabled                                         San Francisco, CA  94105
Time Zone: (UTC-08:00) Pacific Time (US & Canada)                   TPD5@pge.com
                                                                     IP Address: 216.109.110.11

## Record Tracking

Status: Original                     Holder: Tamara Dragotta          Location: DocuSign
         12/6/2019 1:02:50 PM                 TPD5@pge.com

| Signer Events | Signature | Timestamp |
|---|---|---|
| Tammy Dragotta<br>TPD5@pge.com<br>Sourcing Specialist<br>PG&E<br>Security Level: Email, Account Authentication (None) | *Tammy Dragotta*<br>EFA88086B788478...<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 131.89.195.25 | Sent: 12/6/2019 1:03:28 PM<br>Viewed: 12/6/2019 1:18:11 PM<br>Signed: 12/6/2019 1:18:18 PM |

**Electronic Record and Signature Disclosure:**
    Not Offered via DocuSign

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 12/6/2019 1:03:28 PM |
| Certified Delivered | Security Checked | 12/6/2019 1:18:11 PM |
| Signing Complete | Security Checked | 12/6/2019 1:18:18 PM |
| Completed | Security Checked | 12/6/2019 1:18:18 PM |

| Payment Events | Status | Timestamps |
|---|---|---|

## Purchase Order Details

| | | | | | |
|---|---|---|---|---|---|
| **PO Number** | 2700198816 | **Customer** | | **Ship To Address** | |
| **Date** | Nov 29, 2018 | Pacific Gas & Electric Co | | 6121 BOLLLINGER CANYON ROAD | |
| **Status** | Invoiced | 77 Beale Street | | SAN RAMON, CA 94583 | |
| **PO Amount** | $237,285.00 | San Francisco, CA 94177 | | US (United States) | |
| **Invoiced Amount** | $236,981.50 | US (United States) | | | |
| **Currency** | USD (US Dollar) | PO Box 770000 | | | |
| **Buyer Contact** | Ariba Purchasing G | | | | |
| **Customer Contact** | Angie Faulk jaf2@pge.com 925-328-6167 | 415 973 3000 | | | |
| **Payment Terms** | 2.0% - 15 days, 45 days net | | | | |

| Item Number | Description | Ordered Qty | Delivery Date | Invoiced Qty | Item Price | Unit of Measure |
|---|---|---|---|---|---|---|
| 1 | 2019 As-Built Engineering and Coordinati | 237,285 | Dec 31, 2019 | 236,981.5 | $1.00 | USD (US Dollar) |

The Purchase Order data presented in this document does not necessarily contain all information and details that your customer shared with you. This representation reflects the PO data available in the Taulia platform. Typically, the PO data provided through Taulia can not entirely replace the PO information provided to you by your customer



# Contract Work Authorization (CWA) Change Order

**This is Change Order ("CO") No. 1 to Contract Work Authorization No. C8079 dated 5/21/2018 issued under and pursuant to the Blanket Agreement or Master Service Agreement No. C3452 dated 1/5/2018 (the "MSA") between the below-named Contractor ("Contractor"), a Colorado limited liability company, and Pacific Gas and Electric Company ("PG&E"), a California corporation with its headquarters located at 77 Beale Street, San Francisco, California 94105. Contractor shall perform all Work under this CWA, as amended by this Change Order, pursuant to and in accordance with the terms and conditions of the MSA.**

| | | |
|---|---|---|
| **Contractor's Legal Name:** | CAMPOS EPC, LLC | **This Change Order consists of 4 pages.** |
| **Contractor's Address:** | 1401 Blake Street<br>Denver, CO 80202 | |
| **Project Name:** | Stations Engineering Critical Assessment, Phase 1 | |
| **Job Location:** | PG&E Office in Walnut Creek, CA | |

**CHANGES: The Parties hereby modify the Contract Work Authorization referenced above as follows:**

1. This CWA Change Order 1 increases funding by $1,471,980.00 to $2,614,380.00 for continued engineering support. The revised Total CWA Value shall not exceed $2,614,380.00 without prior written authorization in the form of a CWA Change Order signed by both Parties.

2. Extend the CWA expiration date from 3/31/2020 to 7/31/2020.

3. This Change Order 1 represents full and final consideration for the changes described herein, including but not limited to all adjustments to the price, schedule, guaranteed dates and performance criteria.

**ATTACHMENTS: The following are attached to this CWA Change Order and incorporated herein by this reference.**

Attachment 1: Cost Breakdown, 1 page
Exhibit 1A: Subcontractor and Supplier Utilization Plan, 1 page

| **PRICING CHANGES**: | | |
|---|---|---|
| | Previous Total CWA Value: | $1,142,400.00 Time and Materials, Not-to-Exceed |
| | Addition or Deduction: | $1,471,980.00 Time and Materials, Not-to-Exceed |
| | Revised Total CWA Value: | $2,614,380.00 Time and Materials, Not-to-Exceed |

PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**," and, together with PG&E Corp., the "**Debtors**"), are debtors-in-possession in a proceeding pending under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), in the United States Bankruptcy Court for the Northern District of California. Nothing herein shall be deemed to constitute an assumption of the Contract and/or any CWA or a waiver or modification of the Debtors' rights to assume, assume and assign, or reject the Contract and/or any CWA pursuant to section 365 of the Bankruptcy Code. The Debtors hereby reserve all rights available to them under such proceedings. Any amounts paid by the Debtors hereunder must be applied to goods and/or services provided to the Debtors on or after January 29, 2019 (the "**Petition Date**") and shall not be applied to satisfy Claims (as defined in the Bankruptcy Code) arising prior to the Petition Date.

**All other terms and conditions of the CWA, as it may have been amended by previous CWA Change Order(s), if any, shall remain the same.**

**THE PARTIES, BY SIGNATURE OF THEIR AUTHORIZED REPRESENTATIVES, HEREBY AGREE TO THE TERMS OF THIS CWA CHANGE ORDER.**

| **PACIFIC GAS AND ELECTRIC COMPANY** | | **CONTRACTOR: CAMPOS EPC, LLC** | |
|---|---|---|---|
| Signature | *Larry Hernandez* <br> A1577063F87B41E... | Signature | *H. Hanti* |
| Name | Larry Hernandez | Name | *Haytham Hantash* |
| Title | Manager, Sourcing | Title | *Regional Director* |
| Date | 10/4/2019 | Date | *10.3.19* |



| ADMINISTRATION | | | |
|---|---|---|---|
| **PG&E Negotiator** | Tammy Dragotta | **Contractor Representative** | Haytham Hantash |
| **Phone** | 925-328-5173 | **Phone** | 703-980-7718 |
| **Email:** | Tpd5@pge.com | **Email:** | Haytham.hantash@camposepc.com |
| **Accounting Reference** | PR133878-v5<br>CW2250961<br>Order No. 42283816 | | |

| INTERNAL PG&E USE ONLY | | |
|---|---|---|
| **Distribution Date** | | |
| **Distribution of Copies:**<br>Joy Lopez<br>Tiffany Jones Garvin | ☒ ARIBA Contracts ("CXXXX" series): Buyer uploads an executed copy in Ariba. | ☒ Contractor<br>(Signed Original Copy) |
| | ☒ Work Supervisor:  Cody Nabours | ☐ Manager |
| | ☒ Invoice Approver | ☐ Supervisor |
| | ☐ V.P. | ☒ Sourcing/ Purchasing |
| | ☐ Director | ☐ Law |

| | Engineering & Design | | Labor [b] | Sub [c] | ODC | Total Subtask | Total Task |
|---|---|---|---|---|---|---|---|
| | Engr Des II (Engr) $117 | Engr Design I (Assoc) $85 | | | | | |
| **August 2019 - 2 weeks needed** | | | | | | | $63,760.00 |
| SFL Support (Engineer I - 8 engineers) | | 640 | $54,400.00 | | | $54,400.00 | |
| SFL Support (Engineer II - 1 engineer) | 80 | | $9,360.00 | | | $9,360.00 | |
| **September 2019** | | | | | | | $128,020.00 |
| SFL Support (Engineer I - 8 engineers) | | 1280 | $108,800.00 | | $500.00 | $109,300.00 | |
| SFL Support (Engineer II - 1 engineer) | 160 | | $18,720.00 | | | $18,720.00 | |
| **October 2019** | | | | | | | $128,020.00 |
| SFL Support (Engineer I - 8 engineers) | | 1280 | $108,800.00 | | $500.00 | $109,300.00 | |
| SFL Support (Engineer II - 1 engineer) | 160 | | $18,720.00 | | | $18,720.00 | |
| **November 2019** | | | | | | | $128,020.00 |
| SFL Support (Engineer I - 8 engineers) | | 1280 | $108,800.00 | | $500.00 | $109,300.00 | |
| SFL Support (Engineer II - 1 engineer) | 160 | | $18,720.00 | | | $18,720.00 | |
| **December 2019** | | | | | | | $128,020.00 |
| SFL Support (Engineer I - 8 engineers) | | 1280 | $108,800.00 | | $500.00 | $109,300.00 | |
| SFL Support (Engineer II - 1 engineer) | 160 | | $18,720.00 | | | $18,720.00 | |
| **January 2020** | | | | | | | $128,020.00 |
| SFL Support (Engineer I - 8 engineers) | | 1280 | $108,800.00 | | $500.00 | $109,300.00 | |
| SFL Support (Engineer II - 1 engineer) | 160 | | $18,720.00 | | | $18,720.00 | |
| **February 2020** | | | | | | | $128,020.00 |
| SFL Support (Engineer I - 8 engineers) | | 1280 | $108,800.00 | | $500.00 | $109,300.00 | |
| SFL Support (Engineer II - 1 engineer) | 160 | | $18,720.00 | | | $18,720.00 | |
| **March 2020** | | | | | | | $128,020.00 |
| SFL Support (Engineer I - 8 engineers) | | 1280 | $108,800.00 | | $500.00 | $109,300.00 | |
| SFL Support (Engineer II - 1 engineer) | 160 | | $18,720.00 | | | $18,720.00 | |
| **April 2020** | | | | | | | $128,020.00 |
| SFL Support (Engineer I - 8 engineers) | | 1280 | $108,800.00 | | $500.00 | $109,300.00 | |
| SFL Support (Engineer II - 1 engineer) | 160 | | $18,720.00 | | | $18,720.00 | |
| **May 2020** | | | | | | | $128,020.00 |
| SFL Support (Engineer I - 8 engineers) | | 1280 | $108,800.00 | | $500.00 | $109,300.00 | |
| SFL Support (Engineer II - 1 engineer) | 160 | | $18,720.00 | | | $18,720.00 | |
| **June 2020** | | | | | | | $128,020.00 |
| SFL Support (Engineer I - 8 engineers) | | 1280 | $108,800.00 | | $500.00 | $109,300.00 | |
| SFL Support (Engineer II - 1 engineer) | 160 | | $18,720.00 | | | $18,720.00 | |
| **July 2020** | | | | | | | $128,020.00 |
| SFL Support (Engineer I - 8 engineers) | | 1280 | $108,800.00 | | $500.00 | $109,300.00 | |
| SFL Support (Engineer II - 1 engineer) | 160 | | $18,720.00 | | | $18,720.00 | |
| **Total Labor** | 1840 | 14720 | | | | | |
| **Total Cost** | $215,280 | $1,251,200 | $1,466,480.00 | $ - | $5,500.00 | $1,471,980.00 | $1,471,980.00 |

Sourcing
October 2018
Page 1 of 1

## Subcontractor and Supplier Utilization Plan

**EXHIBIT 1A**

| | | |
|---|---|---|
| **Prime Contractor/Supplier Name:** Campos EPC | **PG&E Contract # (if any):** C8079 | **Contract Duration  From:** Aug 2019  **To:** Jul 2020 |
| **Employer Identification # (EIN):** 20-1562187 | **Total Bid/Contract Value:** 1,471,980 | **Total Amount to be Self Performed:** 1,257,700 |
| **PG&E Project/Product:** Stations Engineer Critical Assessment | **Is Prime Contractor/Supplier CPUC Clearinghouse Certified?  Yes X  No  VON #: 9FN00039** | |
| **Name of Preparer:** Neerav Mehta | **Is Prime Contractor/Supplier a Registered Small Business Certified?  Yes  No X  Small Business #:** | |
| **Preparer E-Mail:** Neerav.mehta@camposepc.com | **Estimated Amount to be Paid to all Subcontractors (Subs) and Suppliers:** (for the duration of the contract) | |
| **Preparer Contact Phone:** 510-290-2224 | **Subs and Suppliers:** 1,471,980  **Small Businesses:** | **CPUC Certified Businesses:** 1,257,700 |

| (1) Tier Level | (2) Name of Subcontractors (s) and Supplier (s) | (3) Emergency Point of Contact / Phone # | | (4) Contractor's License # / Motor Carrier Permit | | | (5) Description of Work to be Performed or Major Materials to be Supplied | (6) Is Excavation to be Performed | (7) Gold Shovel Status | (8) Risk Level | (9) ISN ID# and/or PG&E Qualified Vendor # | (10) Union Signatory |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | License/Permit Type | License/Permit # | Expiration Date | Special Permit Required | | | | | | |
| 2 | Kleinfelder | Kris Johnson | 925-766-6446 | Contractor's | 467252 | | N/A | SFL Engineering Support | No | N/A | Low | 400-144499 | N/A |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

The information provided on this form may form the basis of a Statement of Record, against which PG&E may conduct an audit or review to ensure compliance.

Indicate All Subcontractor(s) and Supplier(s) of any tier prior to performing Work on designated project. Submit Exhibit 1A to best demonstrate your plan for the indicated services.

In the event of a change in planned Subcontractor(s) or Supplier(s) of any tier, submit a revised Exhibit 1A prior to performing the Work via the method outlined in the contract or work authorization.

Refer to Exhibit 1 for additional instructions on completing this form.

Please include additional sheets as needed.

| (11) Signature | | Date | 08/14/19 | Rev. #: |
|---|---|---|---|---|

I hereby certify that the information listed is true to the best of my knowledge.

## Purchase Order Details

| | |
|---|---|
| **PO Number** | 2700112087 |
| **Date** | May 21, 2018 |
| **Status** | Invoiced |
| **PO Amount** | $2,614,480.00 |
| **Invoiced Amount** | $2,236,712.40 |
| **Currency** | USD (US Dollar) |
| **Buyer Contact** | Ariba Purchasing G |
| **Customer Contact** | Tiffany Jones Garvin tcj7@pge.com |
| **Payment Terms** | 2.0% - 15 days, 45 days net |

**Customer**
Pacific Gas & Electric Co
77 Beale Street
San Francisco, CA 94177
US (United States)

PO Box 770000

415 973 3000

**Ship To Address**
375 N WIGET LANE SUITE 170
WALNUT CREEK, CA 94598
US (United States)

| Item Number | Description | Ordered Qty | Delivery Date | Invoiced Qty | Item Price | Unit of Measure |
|---|---|---|---|---|---|---|
| 1 | Engineering Critical Assessment, Phase 1 | 1,142,500 | Jul 31, 2020 | 1,142,500 | $1.00 | USD (US Dollar) |
| 2 | Engineering Critical Assessment, Phase 1 | 1,471,980 | Jul 31, 2020 | 1,094,212.4 | $1.00 | USD (US Dollar) |

The Purchase Order data presented in this document does not necessarily contain all information and details that your customer shared with you. This representation reflects the PO data available in the Taulia platform. Typically, the PO data provided through Taulia can not entirely replace the PO information provided to you by your customer



# Contract Work Authorization (CWA)

This Contract Work Authorization ("CWA") No. C9099 is issued under and pursuant to the Blanket Agreement or Master Service Agreement No. (C3452) 4400009142 dated October 7, 2014 (the "MSA") between the below-named Contractor ("Contractor"), a Colorado limited liability company, and Pacific Gas and Electric Company ("PG&E"), a California corporation with its headquarters located at 77 Beale Street, San Francisco, California 94105. Contractor shall perform all Work under this CWA pursuant to and in accordance with the terms and conditions of the MSA.

| | | | |
|---|---|---|---|
| **Contractor's Legal Name:** | Campos EPC, LLC | **Total Number of Pages:** 14 | |
| **Contractor's Address:** | 1401 Blake Street<br>Denver, CO 80202 | | |

| | |
|---|---|
| **Project Name:** | S-610 McDonald Island Controls Upgrade |
| **Job Location:** | McDonald Island Compressor Station |

**WORK**: Contractor shall, at its own risk and expense, perform the Work described in this Contract Work Authorization and furnish all labor, equipment, and materials necessary to complete the Work as summarized below and as more fully described in Attachment 1, Scope of Work.

At the request and direction of PG&E representative, Contractor shall provide design engineering for 60% to IFC (Issue for Construction), construction support, and control system programming, and commissioning and programming support based on the approved Design Criteria (DBM) and Control Philosophy.

**ATTACHMENTS:** Each of the following documents are attached to this CWA and are incorporated herein by this reference:
Attachment 1: Scope of Work, Pages 1 through 9
Attachment 2: Cost Breakdown, Page 1 of 1
Attachment 3: Prime Supplier Subcontracting Instructions and Plan, Pages 1 through 2

| | |
|---|---|
| **CWA TERM:** | This CWA is effective upon signature by both parties and expires on December 31, 2019. Time is of the essence. |
| **CWA COMPLETION:** | Contractor shall commence performance hereof when directed to do so by PG&E and Work shall be completed by the completion date of December 31, 2019. |

**CONSIDERATION:** As full consideration for satisfactory performance of the Work under this CWA by Contractor, PG&E's total obligation to Contractor shall not exceed the following amount. This amount is inclusive of all taxes incurred in the performance of the Work. Any change to this amount shall only be authorized in writing by a PG&E CWA Change Order, fully executed by both PG&E and Contractor.

**TOTAL:** $2,198,451.00 @Time and Materials Not-to-Exceed

THE PARTIES, BY SIGNATURE OF THEIR AUTHORIZED REPRESENTATIVES, HEREBY AGREE TO THE TERMS OF THIS CONTRACT WORK AUTHORIZATION.

| PACIFIC GAS AND ELECTRIC COMPANY | | CONTRACTOR: CAMPOS EPC, LLC | |
|---|---|---|---|
| Signature | *Richard Cordova*<br>DocuSigned by: | Signature | *[signature]* |
| Name | Richard Cordova<br>9C8FC147C... | Name | M. CORY RICHINS |
| Title | Sourcing Manager | Title | DIRECTOR |
| Date | 6/26/2018 | Date | 6/26/2018 |

62-4229 CWA (9/26/11)                    Sourcing

DocuSign Envelope ID: 15FE5826-7094-4A4B-805B-3C5DDB836B15



| ADMINISTRATION | | | |
|---|---|---|---|
| **PG&E Negotiator** | Steven Norvell | **Contractor Represent** | |
| **Phone** | (209)272-8604 | **Phone** | |
| **Email** | Steven.Norvell@pge.com | **Email** | |

| **Accounting Reference** | PR No. 161896  Order No. 74008648<br>CW No. 2256423 |
|---|---|
| **PG&E Work Supervisor:** | David Hickman, DGH0@pge.com    **Phone:**  925-244-3009 |

| **INVOICE INSTRUCTIONS:** Contractor shall send invoices for each payment when due, showing the CWA number, to:<br><br>PACIFIC GAS AND ELECTRIC COMPANY | **Send ORIGINAL Invoice to:**<br>**(See note below if using PG&E's electronic invoicing system)** | PG&E Accounts Payable*<br>PO Box 7760<br>San Francisco, CA 94120-7760 |
|---|---|---|
| | **Send COPY of Invoice to:** | Contract Administration<br>GTSubmittals@pge.com<br>EFB6@pge.com<br>A3ra@pge.com |
| | For information regarding invoice status, call PG&E's Paid Help Line at (800) 756-PAID (7243) or go to AP Web Reporting site at www.pge.com/actpay.<br>*Note:  Contractors using PG&E's electronic invoicing system do not need to mail a copy of the invoice to PG&E Accounts Payable. | |

| INTERNAL PG&E USE ONLY | | |
|---|---|---|
| **Distribution Date** | | |
| **Distribution of Copies:** | ☐ Document Services (Signed Original Copy) Mail Code N5D 245 MARKET ST., SAN FRANCISCO | ☒ Contractor (Signed Original Copy) |
| | ☒ Work Supervisor David Hickman | ☐ Manager |
| | ☒ Invoice Approver Elsa Balagtas | ☐ Supervisor |
| | ☐ V.P. | ☒ Sourcing/ Purchasing |
| | ☐ Director | ☐ Law |

62-4229 CWA (9/26/11)                 Sourcing

DocuSign Envelope ID: 15FE5826-7094-4A4B-805B-3C5DDB836B15



**Scope of Work**
**Engineering Services for**
**S-610 McDonald Island Controls Upgrade**

1. OBJECTIVE

   1.1. This Scope of Work (SOW) is an Attachment to the Contract Work Authorization (CWA) for professional engineering services (herein referred to as "Work") as requested by PG&E, but does not guarantee Contractor any volume or duration of Work nor does it guarantee Work related to CWA will be assigned to Contractor.

   1.2. The objective of the Work is to provide engineering services for S-610 McDonald Island Controls Upgrade, referred to herein as "Project."

2. DEFINITIONS

   2.1. All capitalized terms shall have the same meaning as defined in the Master Services Agreement executed between the Parties, unless otherwise defined in this Section 2.

   2.2. **Contractor** shall mean Campos EPC, LLC.

   2.3. **Contract Workers** shall mean an individual or a group of individuals who is/are:

      2.3.1. A Contractor's employee(s)

      2.3.2. A Subcontractor hired by Contractor to perform the Work under this CWA.

   2.4. **Project** shall mean PG&E-identified project.

3. SCOPE OF WORK

   3.1. General

      3.1.1. Contractor shall complete Work in a manner that support's PG&E's commitment to reduce risk and improves efficiency and performance of gas operations for Projects described herein.

      3.1.2. By Contractor's signature to the CWA, Contractor acknowledges that Contractor's efficient and timely performance of the Work is essential to PG&E's ability to maintain schedules of Projects.

      3.1.3. Contractor shall complete the Project within PG&E policies and procedures by coordinating with assigned resources to meet scope, schedule, cost and quality commitments while reporting to the responsible persons.

      3.1.4. Contractor and its subcontractors and their suppliers at tiers shall comply with PG&E's Outsourced Gas Asset Management Activities Program (OGAMAP) as set forth in the MSA.  Contractor shall be required to view the OGAMAP video available online at https://www.youtube.com/watch?v=Fp9lf28800o.

DocuSign Envelope ID: 15FE5826-7094-4A4B-805B-3C5DDB836B15



    3.1.5.  <u>Corrective Action Program</u>: Contractor Personnel are invited to participate in PG&E's Corrective Action Program (CAP). The CAP website can be found at http://pgeweb/gas/cap/Pages/landingpage.aspx

    3.1.6.  <u>Subcontractor Disbursement Form</u>.  In the event Contractor hires a subcontractor(s) to perform all or a portion of the Work, Contractor shall complete and submit to PG&E the Exhibit 1/1A, Prime Supplier Subcontracting Plan attached hereto as Attachment 3.

    3.1.7.  TRAINING RECORDS:  Contractor shall maintain records demonstrating that its personnel have completed training, as well as any associated assessments required by law, regulation, certifying organization, or PG&E, required to perform Work under this Contract.  Contractor shall also maintain copies of certificates, licenses, and other materials demonstrating that its personnel are qualified to safely and correctly complete the Work. Training and qualification records must be provided to PG&E within forty eight 48 hours of request.

4.  SCOPE OF WORK

    4.1.  Contractor shall provide design engineering for 60% to IFC (Issue for Construction), construction support, and control system programming, and commissioning and programming support based on the approved Design Criteria (DBM) and Control Philosophy.

        4.1.1.  The major scopes areas as outlined in the DBM are as follows:

            4.1.1.1.  Unit PLC Control System

            4.1.1.2.  Station PLC Control System

            4.1.1.3.  Upgraded Hardwired ESD system

            4.1.1.4.  Load / unload Logic for Units

            4.1.1.5.  SDLO Shutdown for Units

            4.1.1.6.  Modify Station SDLO Logic – Manual Reset

            4.1.1.7.  Process Transmitters

            4.1.1.8.  Process Switches

            4.1.1.9.  Control System Field Wiring

            4.1.1.10.  Vibration Transmitters on Units

            4.1.1.11.  Low-Low Suction Shutdown

            4.1.1.12.  V-38 and V-53 Inlet Valve Limit Switch

            4.1.1.13.  High Station Suction Pressure Shutdown

            4.1.1.14.  Install Wireless Transmitter for V-48

            4.1.1.15.  ESD V-1 Verify Operation and Update

DocuSign Envelope ID: 15FE5826-7094-4A4B-805B-3C5DDB836B15



4.1.1.16.   HMI Alarming

4.1.1.17.   V-AC/AB Limit Switch

4.1.1.18.   Relief Valve Flow Switch Replacement

4.1.1.19.   Horsepower Transducer

4.1.1.20.   Compressor Discharge Pressure

4.1.1.21.   Filter Separator Level, Differential Pressure, and Dump Valve Control

4.1.1.22.   Hardwire ESD Bypass Switch

4.1.1.23.   Hardwire ESD Pushbuttons, including new ESD PB at personnel gate

4.1.1.24.   New UPS Data

4.1.1.25.   Unit SOVs

4.1.1.26.   SOV Actuators for Valves

4.1.1.27.   Grounding triad

4.1.1.28.   Replacement of Valve Yard SOV control panel

4.2.   Project Management

4.2.1.   Monitor and report progress through the project.

4.2.2.   Provide updates to scope, schedule, and budget on a monthly basis or upon request.

4.2.3.   Attend project coordination meetings, record meeting minutes and action items and follow up on action items.

4.2.4.   Arrange a kickoff meeting at the earliest possible opportunity.  Attend bi-weekly project meetings, clearance review meetings, 60/90 design and project review meetings, site walks, and PSSR meeting.

4.2.5.   Meeting at project site(s) shall be attended by asset owners and maintenance supervisors.

4.2.6.   Coordinate site meeting(s) with site reconnaissance.

4.2.7.   In general, convene meetings with PG&E Project Team to report status at internals that shall not exceed one (1) calendar month.

4.2.8.   Coordinate Work with PG&E Project Team members and attend meetings at the PG&E office specified below:

Bishop Ranch 1, Building Z
6121 Bellinger Canyon Rd
San Ramon, CA 94583

DocuSign Envelope ID: 15FE5826-7094-4A4B-805B-3C5DDB836B15



4.2.9. Coordinate with stakeholders in real time to achieve the objective for the Work for the duration of the CWA.

    4.2.9.1. Coordination includes, but is not limited to, verbal communications telephone conversations, and email communication to and from each Contractor personnel.

    4.2.9.2. Coordinate with stakeholders for the duration of the Project including, but not limited to PG&E Project Management, Estimating, Engineering, Land, Environmental, Sourcing, Contract Management, Construction Management, General Construction, as well as PG&E contractors, PG&E support personnel, permitting authorities and governmental authorities.

4.2.10. Support the PG&E Project Team by providing documentation to complete the Project Initiation Phase of PG&E's Project Delivery System (PDS).

    4.2.10.1. Collaborate with PG&E Project Management and Project Engineering when completing PDS forms.

    4.2.10.2. Comply with PDS electronic document naming conventions.

    4.2.10.3. Request document numbers from PG&E Lead Engineer.

    4.2.10.4. Email final approved versions of documents to PG&E Project Manager and Lead Engineer GSMRecords@pge.com.

4.2.11. Perform quality assurance/quality control reviews on deliverables.

4.2.12. Field Exploration

    4.2.12.1. Site Reconnaissance

        4.2.12.1.1. Contractor personnel shall conduct one or more site visits as required to assess PG&E gas assets at the site(s) listed below:

        McDonald Island Compressor Station
        1181 Zuckerman Rd, Stockton
        37.985050, -121.48038

    4.2.12.2. Prepare site documentation including, but not limited to, field notes, site photos, inspection reports, condition assessments.

    4.2.12.3. Obtain records and information required to complete the Work described herein.

    4.2.12.4. Collect records that include, but are not limited to, the following:

        4.2.12.4.1. As-Built (Record) Drawings

        4.2.12.4.2. Manufacturer equipment drawings

        4.2.12.4.3. Product literature



DocuSign Envelope ID: 15FE5826-7094-4A4B-805B-3C5DDB836B15

Attachment 1
Scope of Work
Campos EPC, LLC
CWA No. C9099
Page **5** of **9**

| | | |
|---|---|---|
| 4.2.12.4.4. | | Station operation and maintenance instructions (O&MI) |
| 4.2.12.4.5. | | Station features list (SFL) |
| 4.2.12.4.6. | | Wall maps |
| 4.2.12.4.7. | | Operating diagrams |
| 4.2.12.4.8. | | Operating maps |
| 4.2.12.4.9. | | Geographic information system (GIS) maps |
| 4.2.12.4.10. | | Google Earth maps |
| 4.2.12.4.11. | | Gas view maps |
| 4.2.12.4.12. | | Documents pertaining to similar projects at site or projects that may affect Work (i.e. job, Project, GM, and order files) |
| 4.2.12.4.13. | | Structural Analysis |
| 4.2.12.4.14. | | Contractor shall perform structural analysis on equipment pads, antenna pole foundations, and any other foundations that are required for control equipment as part of the project. |
| 4.2.12.4.15. | | Contractor shall develop station program and perform factory acceptance testing (FAT) on the program. |
| 4.2.12.4.16. | | Station Commissioning |
| 4.2.12.4.17. | | Contractor shall develop the functional check out procedure (FCO) for the new program |
| 4.2.12.4.18. | | Contractor shall manage and run FCO in the field |
| 4.2.13. | Construction Drawings | |
| | 4.2.13.1. | 60% Design |
| | 4.2.13.2. | 90% Design |
| | 4.2.13.3. | IFC Drawings |
| | 4.2.13.4. | As-Built Drawings |
| | 4.2.13.4.1. | PLM |
| | 4.2.13.4.2. | Operating and Maintenance Instructions |
| | 4.2.13.4.3. | Operating Map |
| | 4.2.13.4.4. | Operating Diagram |
| 4.2.14. | Engineering Field Support | |

DocuSign Envelope ID: 15FE5826-7094-4A4B-805B-3C5DDB836B15



    4.2.14.1. Support RFIs

    4.2.14.2. 20 site visits during construction

    4.2.14.3. 4 DCNs

  4.2.15. Programming

    4.2.15.1. Define Object List, naming conventions, HMI screen layout, and color legend

    4.2.15.2. Develop Factory Acceptance Testing (FAT) procedure

    4.2.15.3. Develop Commissioning and FCO procedure

    4.2.15.4. Create PLC Tag Name List

    4.2.15.5. Define HMI screen modifications and requirements

    4.2.15.6. Define PLC and HMI Equipment Objects (functionality, faceplate)

    4.2.15.7. Review existing PLC code and outline conversion Allen-Bradley

    4.2.15.8. Configure PLC Racks, redundancy, and control network

    4.2.15.9. Create program for PLC for the Station and Units

    4.2.15.10. Modify HMI program for the Station and each Unit

    4.2.15.11. Modify the existing Cimplicty program

    4.2.15.12. Stage HMI servers and workstation

    4.2.15.13. Factory Acceptance Testing (Panel, PLC, HMI, OIT)

  4.2.16. Commissioning

    4.2.16.1. Participate in PSSR

    4.2.16.2. Support Pre-Commissioning

    4.2.16.3. Support Commissioning and FCO

    4.2.16.4. Perform Training and operational support

5. DELIVERABLES

  5.1. Contractor shall provide the following Deliverables:

    5.1.1. Progress reports

    5.1.2. Invoices

    5.1.3. Meeting minutes

    5.1.4. 60/90/IFC/As-built drawings

    5.1.5. Asset Registry

    5.1.6. FAT Procedure / FAT

DocuSign Envelope ID: 15FE5826-7094-4A4B-805B-3C5DDB836B15



    5.1.7.    Commissioning and FCO Procedure

    5.1.8.    PLC program for Station

    5.1.9.    PLC programs for Units

    5.1.10.    Updated Cimplicity HMI program

    5.1.11.    OMI

    5.1.12.    Operating Map/Diagram updates

5.2.    Deliverables provided by the Contractor upon completion of Work shall be subject to PG&E review and acceptance.

5.3.    Address any PG&E comments to the satisfaction of PG&E prior to submittal in final deliverable.

5.4.    PG&E acceptance of any deliverable provided by Contractor shall in no way waive Contractor limitations or limit PG&E rights specified in the MSA.

6. PG&E RESPONSIBILITIES

6.1.    Provide PDS documents, guide Contractor personnel, and obtain supplemental information for completing PDS forms.

6.2.    Provide supervision, administrative support, onboarding, integration, and training on PG&E methodologies to support Contractor personnel in completing Work.

6.3.    Allocate resources available for attending and hosting meetings

6.4.    Secure access for Contractor to Work site(s) and provide escort as required.

7. ACCEPTANCE CRITERIA

7.1.    PG&E will indicate its acceptance of each Deliverable in writing and forward such written acceptance to Contractor. Once Deliverable is presented for acceptance to PG&E, PG&E shall either: (i) accept the Deliverable in writing; or (ii) reject the Deliverable by notifying Contractor in writing of PG&E's reasons why the Deliverable is not acceptable.

7.2.    In the event PG&E rejects a Deliverable, Contractor will address PG&E's reasons for such rejection and resubmit the Deliverable to PG&E for acceptance at no additional charge. If, after resubmission of the Deliverable by Contractor, PG&E still, by written notice to Contractor, rejects the Deliverable, PG&E may terminate this Contract effective upon notice to Contractor. Upon termination as set forth in this section and subject to payment by PG&E of all hourly fees for services received and accepted, PG&E will have no further obligation to Contractor pursuant to this Contract.

8. COMPENSATION

8.1.    Fees

    8.1.1.    The total amount of this CWA shall not exceed the amount of $2,198,451.00 at Time and Materials.

DocuSign Envelope ID: 15FE5826-7094-4A4B-805B-3C5DDB836B15



8.1.2.    Cost breakdown is described in document attached hereto (refer to Attachment 2).

8.1.3.    Contractor shall complete Work on a time-and-material basis. Rates are based on the PG&E-approved MSA rate schedule as set forth in MSA C3452.

8.1.4.    The total of individual purchases shall not exceed the dollar limits as set forth under this CWA.

8.1.5.    PG&E is obligated only to the extent of authorized purchases made under this CWA.

8.2.    Reimbursable Expenses

8.2.1.    Reimbursable Expenses must be approved by PG&E in writing and shall be in accordance with the terms set forth in the MSA.

8.2.2.    Under no circumstance shall alcoholic beverages be reimbursed.

8.2.3.    PG&E will pay only for Work performed and accepted by PG&E, as documented and approved daily on PG&E's Labor, Materials and Equipment (LM&E) sheets or PG&E approved Contractor weekly time and expense sheets.

8.2.4.    Contractor shall submit receipts and supporting documents for expenses to **GTSubmittals@pge.com**.

8.3.    Invoices

8.3.1.    Contractor shall use care to ensure that all correspondence with PG&E, whether electronic or hard copy, and all invoicing and reporting contain the correct Order Number and the name and location of the specific pipeline that is the subject of the document.

8.3.2.    PG&E will not accept invoices or project documentation that does not provide of sufficient information.

8.3.3.    Contractor shall provide with each invoice, the following information:

8.3.3.1.    Company name, address and contact information;

8.3.3.2.    Name of contract worker or personnel, number of hours worked, and hourly rates;

8.3.3.3.    Approved timesheets

8.3.3.4.    Invoice date;

8.3.3.5.    Invoice number;

8.3.3.6.    Project ID;

8.3.3.7.    CWA number;

8.3.3.8.    MSA contract number;

DocuSign Envelope ID: 15FE5826-7094-4A4B-805B-3C5DDB836B15



8.3.3.9.    Order number;

8.3.3.10.    PO Item line;

8.3.3.11.    Dates of service/period of performance;

8.3.3.12.    List of task (s) performed and percent completion of each task;

8.3.3.13.    List of Deliverables;

8.3.3.14.    Supporting documents that includes Worker name, number of hours worked, rates per hour; and

8.3.3.15.    Contractor shall submit invoices and supporting documentation to: GTSubmittals@pge.com.

## 9. SCHEDULE

9.1.    Contractor shall commence Work upon a fully executed CWA and as directed by PG&E.

9.2.    Work shall be completed on December 31, 2019, unless extended by PG&E under a fully executed Change Order.

9.3.    Submit deliverables on or before the due dates listed below:

| Deliverable | Due Date |
|---|---|
| 60% Drawings | August 7, 2018 |
| 90% Drawings | September 28, 2018 |
| IFC Drawings | December 3, 2018 |
| Programming | November 7, 2018 |

## 10. NOTIFICATION

10.1.    Contractor shall follow up the verbal notice with written notice no later than 24 hours following receipt of the notice to proceed.

10.2.    Immediately notify PG&E regarding any problems which may significantly affect performance of Work.

10.3.    PG&E requires Contractor to respond to a NTP no later than 24 hours following Contractor's receipt of the notice, describing Contractor's resources to be assigned to perform the Work.

10.4.    By signature to this Contract, Contractor acknowledges that Contractor's efficient and timely performance of the Work is essential to PG&E's ability to maintain schedules of Projects.

10.5.    In the event Contractor does not have sufficient resources to perform the assigned task, Contractor shall immediately notify PG&E.

Attachment 2
Cost Breakdown
Campos EPC, LLC
CWA 4006

Page 1 of 1

| Description | Labor (H) | Sub | OCG | Total Subtask | Total Task |
|---|---|---|---|---|---|
| **Engineering Support (Task 1) - SFSI 1020** | | | | | $122,824.00 |
| Communication & Coordination | $50,100.00 | | | $50,100.00 | |
| Invoicing & Project Controls | $41,044.00 | | | $41,044.00 | |
| Project Schedule | $31,680.00 | | | $31,680.00 | |
| **Scope Development (Task 2) - SFSI 3020** | | | | | $0.00 |
| **30% Engineering & Design (Task 3) - SFSI 4010** | | | | | $0.00 |
| 30% Design package and detailed engineering tasks | $0.00 | | $0.00 | $0.00 | |
| 30% Design review and site walk | $0.00 | | $0.00 | $0.00 | |
| Issue / Support IFAA | $0.00 | | | $0.00 | |
| **60% Engineering & Design (Task 4) - SFSI 4020** | | | | | $706,136.00 / -$100,200.00 |
| 5-65% E/BPO-DGS - BPO Incorporated | | | | | |
| 60% Design package and Detailed Engineering task | $679,288.00 | | $5,000.00 | $679,288.00 | |
| 60% Design review and site walk | $21,848.00 | | | $26,848.00 | |
| **90% Engineering & Design (Task 5) - SFSI 4040** | | | | | $391,988.00 |
| 90% Design package and detailed engineering tasks | $365,140.00 | | $5,000.00 | $365,140.00 | |
| 90% Design review and site walk | $21,848.00 | | | $25,848.00 | |
| **IFC Drawings (Task 6) - SFSI 4050** | | | | | $253,356.00 |
| STPR (included) | $0.00 | | | $0.00 | |
| Vault Procedures (included) | $0.00 | | | $0.00 | |
| Sourcing BOM (included) | $0.00 | | | $0.00 | |
| Foreign Prints (included) | $0.00 | | | $0.00 | |
| IFC design package and detailed engineering tasks | $223,568.00 | | $2,000.00 | $225,568.00 | |
| Drawings - Pre IFC Review, Sign, Seal, & Submit | $27,788.00 | | | $27,788.00 | |
| **Field Engineering (Task 8) - SFSI 8000** | | | | | $80,640.00 |
| Support - CPOs (45 CPOs) | $14,000.00 | | | $14,200.00 | |
| Support - RFIs | $17,760.00 | | | $17,760.00 | |
| Material Qty - 10 Site Visits (Construction) | $48,680.00 | | | $48,680.00 | |
| **As-Built Drawings and Critical Docs (Task 9) - SFSI 9120** | | | | | $159,500.00 |
| Drawings - Review Redlines and update drawings | $95,160.00 | | | $95,160.00 | |
| Drawings - Review, Sign As-Builts, and Check In | $17,140.00 | | | $17,140.00 | |
| Other documents (Op Diagram, Op Map, O&M, Asset Registry) | $88,070.00 | | | $88,070.00 | |
| **Programming (Task 10) - SFSI 7200** | | | | | $306,282.00 |
| PLC Program Structure & Object Definition | $15,000.00 | | $400.00 | $15,000.00 | |
| Review Programs w/ PG&E | $6,360.00 | | $0.00 | $6,360.00 | |
| Document Load/Unload & Develop Interface w/ ACI Box | $12,240.00 | | | $12,240.00 | |
| PLC Program - Station | $56,678.00 | | | $56,678.00 | |
| PLC Program - Units | $99,000.00 | | | $99,000.00 | |
| HMI - Station | $42,354.00 | | | $42,354.00 | |
| HMI - Units | $62,364.00 | | | $62,364.00 | |
| Develop FAT procedure | $10,600.00 | | $2,400.00 | $10,600.00 | |
| Factory Acceptance Testing (FAT) | $60,960.00 | | | $63,360.00 | |
| Commissioning & FCO Procedures | $10,600.00 | | | $10,600.00 | |
| **Field Commissioning (Task 11) - SFSI 8200** | | | | | $326,760.00 |
| FSI/Splicing | $4,240.00 | | $1,000.00 | $5,240.00 | |
| Pre-Commissioning | $45,640.00 | | $4,600.00 | $45,640.00 | |
| FCO Commissioning | $229,200.00 | | $24,000.00 | $253,200.00 | |
| Training / Operational Support | $15,280.00 | | $2,400.00 | $17,880.00 | |
| | $0.00 | | | $0.00 | |
| **Total Labor** | $2,311,756.00 | $0.00 | $47,000.00 | $2,356,756.00 | $2,198,451.00 |

DocuSign Envelope ID: 15FE5826-7094-4A4B-805B-3C5DDB836B15

Attachment 3
Exhibit 1 and 1A: Prime Supplier Subcontracting
Plan Instructions and Subcontracting Plan
CWA No. C9099
Campos EPC, LLC
March 2017

# EXHIBIT 1

# PRIME SUPPLIER SUBCONTRACTING PLAN INSTRUCTIONS

Contractor shall provide a signed Prime Supplier Subcontracting Plan (Exhibit 1A) describing Contractor's planned utilization of Subcontractors and Suppliers. The first line on the form is completed as a sample. Line by Line instructions follow. Respond "N/A" for anything that is not applicable.

(1)     Provide the complete name of the Subcontractor or Supplier. Do not abbreviate - please spell out any acronyms.

(2)     Provide the California Contractor's License Number of each Subcontractor or Supplier (if applicable).

(2a)    Provide the Expiration Date of the Subcontractor or Supplier's California Contractor's License.

(3)     Indicate whether Subcontractor or Supplier is signatory to a labor union by responding "Yes" or "No."

(4)     Provide CPUC Clearinghouse Verification Order Number (VON) of Subcontractor's or Supplier as listed in the CPUC Clearinghouse Database (if applicable). To locate the VON, diversity status, or to find potential subcontractors, access the following site:

- CPUC Clearinghouse Database: https://sch.thesupplierclearinghouse.com/frontend/searchcertifieddirectory.asp

(5)     Provide Small Business number of Subcontractor or Supplier (if applicable). To determine status or to find potential subcontractors, access the following sites:

- California Department of General Services (DGS): http://www.dgs.ca.gov/pd/Programs/OSDS.aspx
- U.S. Small Business Administration (SBA): https://www.sba.gov/contracting/getting-started-contractor/qualifying-small-business

(6)     Provide the Small Business Code of Subcontractor or Supplier (if applicable). See Small Business Code List in Exhibit 1A.

(7)     Provide a description of the work to be performed or major materials to be supplied by the Subcontractor or Supplier.

(7a)    Indicate whether the work to be performed by each Subcontractor or Supplier includes excavation by responding "Yes" or "No." Refer to Section 4216 of the California Government Code for the definition of "excavation."

(8)     Indicate the Gold Shovel Status for each Subcontractor or Supplier by responding as appropriate:

- "N/A" for Subcontractor or Supplier who will not perform excavation work.
- "Active" for Subcontractor or Supplier with an active Gold Shovel Certification.
- "Inactive" for Subcontractor or Supplier that does not have current Gold Shovel Certification. Attach an explanation to Exhibit 1A indicating when Contractor anticipates Subcontractor or Supplier will obtain Gold Shovel Certification.

To determine status or to find potential subcontractors, access the following site: http://www.goldshovelstandard.com

(9)     Indicate whether each Subcontractor or Supplier will be performing low, medium, or high risk work by responding "Low", "Med", or "High". Refer to PG&E's Contractor Safety Program Contract Requirements at http://www.pge.com/contractorsafety for risk definitions.

(10)    Provide ISNetworld (ISN) Identification Number of each Subcontractor or Supplier performing medium to high risk work.

- Respond "N/A" for any Subcontractor or Supplier performing low risk work.
- Respond "None" if Subcontractor or Supplier has not completed ISN prequalification. Attach an explanation to Exhibit 1A explaining when Contractor anticipates Subcontractor or Supplier prequalification will be complete.

(10a)   Indicate whether Subcontractor or Supplier performing medium to high risk work is Prequalified in ISN by responding "Yes" or "No." Respond "N/A" for each Subcontractor or Supplier performing low risk work.

- To determine prequalification status or to find potential subcontractors, access the following site:

https://www.pge.com/en_US/for-our-business-partners/purchasing-program/suppliers/suppliers.page

(11)    Provide the estimated amount to be paid to each Subcontractor or Supplier.

(12)    Provide the total estimated amount to be paid to all Subcontractors and Suppliers.

(13)    Provide the total estimated amount to be paid to the Prime Contractor or Supplier for work to be self-performed.

(14)    Provide the total bid value in U.S. Dollars for all work to be performed.

(15)    Provide the total estimated amount to be paid to all CPUC Clearinghouse Subcontractors and Suppliers with a VON.

(16)    Provide the total estimated amount to be paid to all Small Business Subcontractors and Suppliers.

DocuSign Envelope ID: 15FE5826-7094-4A4B-805B-3C5DDB836B15

Attachment
Exhibit I and 1A: Prime Supplier Subcontracting
Plan Instructions and Subcontracting Pl
CWA No. C90
Campos EPC, LL

Sourcing
March 2017
Page 2 of 2

# Pacific Gas and Electric Company

## Prime Supplier Subcontracting Plan

The information provided on this form may form the basis of a Statement of Record, against which PG&E may conduct an audit or review to ensure compliance.

**EXHIBIT 1A**

Prime Contractor/Supplier: Campos EPC

Name of Preparer: Cory Richins

Employer Identification # (EIN): 20-1562187

Telephone: (925 )219 -5189

E-Mail: cory.richins@comcast.net

PG&E Contract Number (if any): C9099

PG&E Project/Product: Engineering

Is Prime Contractor/Supplier CPUC Clearinghouse Certified? Yes X

VON: 9FN00039

Contract Duration (Year): From:2018 To:2018

Is Prime Contractor/Supplier a Registered Small Business? Yes __ No X

Small Business #:

| (1) Name of Subcontractor or Supplier | (2) / (2a) Contractor's License # / Expiration Date | (3) Union Signatory? | (4) CPUC VON? | (5) Small Business #! | (6) Small Business Code | (7) / (7a) Description of Work to be Performed or Major Materials to be Supplied / Excavation Required? | (8) Gold Shovel Status | (9) Risk Level | (10) / (10a) ISN ID# / Prequalified? | | (11) Estimated Amount to be Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Yota Engineering Services | N/A N/A | No | N/A | 2003411 | SBE-DGS | SCADA, Instrumentation, and | No | Low | 400-239977 | Yes | $900,000 |
| | | | | | | | Inactive | | | | $ |
| | | | | | | | | | | | $ |
| | | | | | | | | | | | $ |
| | | | | | | | | | | | $ |
| | | | | | | | | | | | $ |
| | | | | | | | | | | | $ |
| | | | | | | | | | | | $ |
| | | | | | | | | | | | $ |

| | |
|---|---|
| (12) Total All Subcontractors and Suppliers | $900,000.00 |
| (13) Total Self-Performed by Prime Contractor / Supplier: | $2,108,451.00 |
| (14) Total Bid Value: | $2,198,451.00 |
| (15) Total CPUC Clearinghouse Certified: | $2,108,451.00 |
| (16) Total Small Business Certified: | $900,000.00 |

**Small Business Code List**
SBE-DGS   A small business certified by the California Department of General Services (DGS)
SBE-SBA   A small business certified by the U.S. Small Business Administration (SBA)
SBE-OTH   A small business certified by another agency that issues a Small Business number

Signature: _[signature]_

Date: 6/26/2018

I hereby certify that the information listed is true to the best of my knowledge

[1] Subcontractors and Suppliers may have both a CPUC Clearinghouse and a Small Business Certification. Please list both numbers. If a company has more than one Small Business Certification, list the numbers in the following order: (1) DGS, (2) SBA, and (3) any other small business registry where a number is issued.

## Purchase Order Details

**PO Number**: 2700128014

**Date**: Jun 26, 2018

**Status**: Invoiced

**PO Amount**: $2,198,451.00

**Invoiced Amount**: $2,185,576.40

**Currency**: USD (US Dollar)

**Buyer Contact**: Ariba Purchasing G

**Customer Contact**: MacKinnon Douthit m7rj@pge.com
328-5002

**Payment Terms**: 2.0% - 15 days, 45 days net

**Customer**
Pacific Gas & Electric Co
77 Beale Street
San Francisco, CA 94177
US (United States)

PO Box 770000

415 973 3000

**Ship To Address**
6121 BOLLLINGER CANYON ROAD
SAN RAMON, CA 94583
US (United States)

| Item Number | Description | Ordered Qty | Delivery Date | Invoiced Qty | Item Price | Unit of Measure |
|---|---|---|---|---|---|---|
| 1 | Campos_CWA_74008648_1030_Design Manageme | 7,824 | Dec 31, 2019 | 4,314.23 | $1.00 | USD (US Dollar) |
| 2 | Campos_CWA_74008648_4030_60% Engineering | 227,472.9 | Dec 31, 2019 | 227,472.9 | $1.00 | USD (US Dollar) |
| 3 | Campos_CWA_74008648_4040_90% Engineering | 335,515.63 | Dec 31, 2019 | 335,515.63 | $1.00 | USD (US Dollar) |
| 4 | Campos_CWA_74008648_4050_IFC Drawings | 374,743.09 | Dec 31, 2019 | 373,890.56 | $1.00 | USD (US Dollar) |
| 5 | Campos_CWA_74008648_8500_Field Engineeri | 164,283.38 | Dec 31, 2019 | 164,283.38 | $1.00 | USD (US Dollar) |
| 6 | Campos_CWA_74008648_9120_As-Built Drawin | 365,590 | Dec 31, 2019 | 358,472 | $1.00 | USD (US Dollar) |
| 7 | Campos_CWA_74008648_7200_Programming | 403,262 | Dec 31, 2019 | 402,281.59 | $1.00 | USD (US Dollar) |
| 8 | Campos_CWA_74008648_8200_Field Commissio | 319,760 | Dec 31, 2019 | 319,346.11 | $1.00 | USD (US Dollar) |

The Purchase Order data presented in this document does not necessarily contain all information and details that your customer shared with you. This representation reflects the PO data available in the Taulia platform. Typically, the PO data provided through Taulia can not entirely replace the PO information provided to you by your customer