# Exhibit B

# Contract Change Order

This is Change Order ("**CO**") **2** to Contract No. **C3452** dated 01/10/2018 between the below-named Contractor ("**Contractor**"), a Colorado Limited Liability Corporation and Pacific Gas and Electric Company ("**PG&E**"), a California corporation with its headquarters located at 77 Beale Street, San Francisco, California 94105. Contractor shall perform all Work under this Contract, as amended by this Change Order, pursuant to and in accordance with the terms and conditions of the Contract.

| | | |
|---|---|---|
| **Contractor's Legal Name:** | Campos EPC, LLC | This Contract Change Order consists of **5** page(s). |
| **Contractor's Address:** | 1401 Blake Street<br>Denver, CO 80202 | |
| **Project Name**: | Engineering, Design, Drafting and Pipeline Tracking and Cleaning Services | |
| **Job Location**: | Various locations throughout the PG&E Service Territory | |

**CHANGES: The Parties hereby modify the contract referenced above as follows**:

1.  PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**," and, together with PG&E Corp., the "Debtors"), are debtors-in-possession in a proceeding pending under Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**"), in the United States Bankruptcy Court for the Northern District of California. The terms of this Change Order are expressly conditioned upon the Debtors obtaining an order of the Bankruptcy Court authorizing the assumption of the Contract (as amended by this Change Order) pursuant to Section 365 of the Bankruptcy Code.

2.  In consideration for PG&E agreeing to so assume the Contract **C3452, Contractor** hereby agrees to the following price reduction (the "**Price Reduction**") as outlined in <u>Attachments</u> 3, 4 & 6, of this Change Order. The Attachments shall be effective as of **March 1, 2020** through **December 31, 2022**. For the avoidance of doubt the Price Reduction applies to all work performed after March 1, 2020.

3.  The Price Reduction is effective beginning on the date this Change Order is executed by both Parties and shall remain in effect through at least December 31, 2022.

4.  The term of the Contract is hereby extended from **December 31, 2020** to **December 31, 2022**.

**ATTACHMENTS: The following are attached to this Contract Change Order and incorporated herein by this reference.**
<u>Attachment 3:</u> **Engineering Services Labor Rates**
<u>Attachment 4</u>: **Discounts and Mark-up Structure**
<u>Attachment 6</u>: **Pipe Cleaning and Tracking Services**

| **PRICING CHANGES**: | Previous Total Contract Value: | The sum of all duly authorized Contract Work Authorizations |
|---|---|---|
| | Addition or Deduction: | The sum of all duly authorized Contract Work Authorizations |
| | Revised Total Contract Value: | The sum of all duly authorized Contract Work Authorizations |

**All other terms and conditions of the Contract, as it may have been amended by previous Contract Change Order(s), if any, shall remain the same.**

**THE PARTIES, BY SIGNATURE OF THEIR AUTHORIZED REPRESENTATIVES, HEREBY AGREE TO THE TERMS OF THIS CONTRACT CHANGE ORDER.**

| **PACIFIC GAS AND ELECTRIC COMPANY** | | **CONTRACTOR: CAMPOS EPC, LLC** | |
|---|---|---|---|
| **Signature** | *Jamie Martin*<br>DocuSigned by:<br>6D3EF2C3A0804C3... | **Signature** | *Cory Richens*<br>DocuSigned by:<br>8B4F1125BB12439... |
| **Name** | Jamie Martin | **Name** | Cory Richens |

DocuSign Envelope ID: 4D31AC1E-6BC6-4B0E-9A0D-8A8884E1428D

| Title | VP & Chief Procurement Officer Supply Chain/Materials | Title | Director of Engineering |
|---|---|---|---|
| Date | 4/10/2020 | Date | 4/10/2020 |

| **ADMINISTRATION** | | | |
|---|---|---|---|
| **PG&E Negotiator** | Chris Humm/Cindi Preece | **Contractor Representative** | Cory Richins |
| **Phone** | 925-328-5036 | **Phone** | 925-364-4255 |
| **Email:** | CRHu@pge.com | **Email:** | cory.richins@camposepc.com |
| **Accounting Reference** | As stated on the applicable Contract Work Authorization | | |

| **INTERNAL PG&E USE ONLY** | | |
|---|---|---|
| **Distribution Date** | | |
| **Distribution of Copies** | ☐ Document Services (Signed Original Copy) Mail Code N5D 245 MARKET ST., SAN FRANCISCO | ☐ Contractor (Signed Original Copy) |
| | ☐ Work Supervisor | ☐ Manager |
| | ☐ Invoice Approver | ☐ Supervisor |
| | ☐ V.P. | ☒ Sourcing/ Purchasing |
| | ☐ Director | ☐ Law |

## Rate Calculation - California and Non-CA Based Resources

| PG&E Classifications | Labor Description | Required Years of Relevant Experience | Education | Title Requirement | Base Wage ($/hr) | Non Taxable Fringes (Health & Welfare, Holidays, Retirement Benefits, etc.) | Taxable Fringes (Vacation, Sick Days) | Medicare | OASDI | FUI | SUI | Overhead (% of base wage) | Profit (% of base wage) | Fringes | Payroll Taxes | OH & Profit | TOTAL BILLING RATE | 5% Reduction NEW BILLING RATE | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ENTER PERCENTAGES IN THIS ROW** | | | | | | | | 1.45% | 6.20% | 0.30% | 5.30% | 28.60% | 19.50% | | | | | | |
| Administrative | Provides administrative and clerical support | <1 year | Minimum High School Diploma; Associate's degree preferred | N/A | | | | | | | | | | | | | **49.00** | **47.00** | |
| Engineer I (Associate) | Performs engineering assignments and tasks using standard engineering techniques and approaches to develop engineering alternatives. Independently performs tasks needed to complete assignments. Demonstrates sound engineering judgment and work is supervised | 0 - 2 years | Bachelor's degree in Engineering required | N/A | | | | | | | | | | | | | **86.00** | **81.00** | |
| Engineer II (Engineer) | Performs engineering assignments and tasks of an experienced engineer. Understands the application of engineering techniques and approaches to some engineering assignments. Receives close supervision on new assignment and subsequent supervision is focused on unusual or difficult engineering challenges | 2 - 5 years | Bachelor's degree in Engineering required | N/A | | | | | | | | | | | | | **117.00** | **111.00** | |
| Engineer III (Senior) | Independently evaluates, determines and applies standard engineering techniques and approaches using independent judgment. Independently performs all tasks necessary to complete primary design of engineering work | 5 - 10 years | Bachelor's degree in Engineering required | Registered Professional Engineer license required or preferred | | | | | | | | | | | | | **148.00** | **141.00** | |
| Engineer IV (Expert) | Performs advanced engineering work requiring specialized knowledge and experience and directs the work of other employees performing design work | >10 years | Bachelor's degree in Engineering required | Registered Professional Engineer license required for Electrical, Mechanical, Civil and Process PE Preferred for other disciplines | | | | | | | | | | | | | **159.00** | **151.00** | |
| Engineer (Principal) | Manages engineering projects. Supports oversees and coordinates engineering production activities for and operating unit | >15 years | Bachelor's degree in Engineering required | Registered Professional Engineer license required | | | | | | | | | | | | | **163.00** | **155.00** | |
| CADD Drafter I (Design Drafter) | Under limited supervision, performs general drafting or mapping work of a moderately difficult nature frequently requiring a search of data and coordination of information | 0 - 4 years | Minimum High School Diploma; Associate's degree preferred | N/A | | | | | | | | | | | | | **79.00** | **75.00** | |
| CADD Drafter II (Senior Design Drafter) | Under limited supervision, performs design functions in selected disciplines, using standard CAD software | 4 - 8 years | Associate's degree/technical CADD certification or Bachelors degree preferred | N/A | | | | | | | | | | | | | **95.00** | **90.00** | |
| CADD Drafter III | Performs routine as well as non-routine and complex drafting assignments requiring judgment in resolving issues or making recommendations | >8 years | Associate's degree/technical CADD certification or Bachelors degree preferred | N/A | | | | | | | | | | | | | **115.00** | **109.00** | |
| GIS Specialist I (Mapper) | Competent level of experience in map production and data management. Works under the direction of a GIS Specialist or Senior GIS Specialist to gather data | 0 - 4 years | Associate's Degree in related field required | N/A | | | | | | | | | | | | | **79.00** | **75.00** | |
| GIS Specialist II | Generally has 2 to 8 years of GIS experience in managing data collection, manipulation, storage, and map production | 4 - 8 years | Associate's Degree in related field required | N/A | | | | | | | | | | | | | **104.00** | **99.00** | |
| GIS Specialist III | GIS expertise in managing data collection, manipulation, storage, and map production, to able to manage complex projects | >8 years | Bachelor Degree in related field required | N/A | | | | | | | | | | | | | **122.00** | **116.00** | |
| Engineering Consultant Technical I | Provides project analysis; exercises work plans and task definition; participates in data collection. Helps to develop solutions to client problems with a focus on financial analysis and capital investment | 0 - 4 years | Bachelor Degree in related field required | N/A | | | | | | | | | | | | | **115.00** | **104.00** | |
| Engineering Consultant Technical II | Provides project analysis; executes work plans and task definition; participates in data collection. Has a solid foundation of understanding or analysis of client business practices and goals | 5 - 10 years | Bachelor Degree in related field required | N/A | | | | | | | | | | | | | **117.00** | **111.00** | |
| Engineering Consultant Technical III | Senior consultant, has a thorough knowledge of client business practices and goals; develops and formulates solutions to client problems in areas of assigned projects | >10 years | Bachelor Degree in related field required | N/A | | | | | | | | | | | | | **145.00** | **138.00** | |
| Project Coordinator / Doc Control | Gathers project information such as schedules, assignments, tasks, and project meeting calendars. Disseminates information to stakeholders. The Project Coordinator will work with project team members in developing a comprehensive workflow processes, tasks, and project assignments | 0 - 4 years | Associate degree / Bachelor degree or commensurate experience | N/A | | | | | | | | | | | | | | **81.00** | |
| Project Scheduler I | This is a entry level Scheduler position able to work and to provide scheduling support on any distribution and transmission projects. The Scheduler, in coordination with Project Manager develops project schedule and cash flow/forecast plans with functional department input, attend Project meetings | 0 - 4 years | Bachelor degree or commensurate experience | N/A | | | | | | | | | | | | | **114.00** | **108.00** | |
| Project Scheduler II | This is a senior level Scheduler position able to work and to provide scheduling support on any distribution and transmission projects | 5 - 10 years | Bachelor degree or commensurate experience | N/A | | | | | | | | | | | | | **125.00** | **119.00** | |
| Engineering Project Manager I | Oversees projects of a moderate complex nature. Plans, directs and supervises all operations included in programs and projects. Manages and leads the overall project and the project team including all technical and financial | 0 - 4 years | Bachelor degree required; Engineering degree preferred | PMP or equivalent preferred | | | | | | | | | | | | | **124.00** | **118.00** | |
| Engineering Project Manager II | Oversees projects of a moderate to highly complex nature. Plans, directs and supervises all operations included in programs and projects | 5 - 15 years | Bachelor degree required; Engineering degree preferred | PMP or equivalent preferred | | | | | | | | | | | | | **152.00** | **144.00** | |
| Engineering Project Manager III | Oversees projects of a large nature. Plans, directs and supervises all operations included in programs and projects. Manages and leads the overall project and the project team | 15 - 20 years | Bachelor degree required; Engineering degree preferred | PMP or equivalent preferred | | | | | | | | | | | | | **167.00** | **158.00** | |
| Cost Estimator I | Researches, analyzes and compiles program information for estimating project costs of moderate complex nature. Maintains construction cost data and utilizes it to develop and prepare construction functional estimates for projects | 3-5 years | Bachelor degree in Construction Management, Project Management or related field; preferred | Membership in AACE, AACE certification preferred | | | | | | | | | | | | | **95.00** | **90.00** | |
| Cost Estimator II | Researches, analyzes and compiles program information for estimating project costs of larger, complex projects. Maintains construction cost data and utilizes it to develop and prepare construction functional estimates for projects | 5-8 years | Bachelor degree in Construction Management, Project Management or related field; preferred | Membership in AACE, AACE certification preferred | | | | | | | | | | | | | **117.00** | **111.00** | |
| Cost Estimator III | Researches, analyzes and compiles program information for estimating project costs for large, complex projects. Maintains construction cost data and utilizes it to develop and prepare construction functional estimates | 8-10 years | Bachelor degree in Construction Management, Project Management or related field; preferred | Membership in AACE, AACE certification preferred | | | | | | | | | | | | | **137.00** | **130.00** | |
| Cost Estimator IV | Researches, analyzes and compiles program information for estimating project costs for large, complex projects. Maintains construction cost data and utilizes it | >20 years | Bachelor degree in Construction Management, Project Management or related field; preferred | Membership in AACE, AACE certification preferred | | | | | | | | | | | | | **147.00** | **140.00** | |
| Faultline Specialist Engineer | Subject Matter Expert (SME) with 20 plus years of experience and a PhD in Seismic and fault line expertise on earthquake emergency response and ground movements (fault crossing design, landslides design, bridge crossings design, etc.) and how such movements affect pipelines | | PhD in Seismic and Geotechnical Studies | Registered Professional Geotechnical Engineer license required for Electrical, Mechanical, Civil and Process | | | | | | | | | | | | | **220.00** | **209.00** | |
| Geotechnical Engineer (Associate) | | 0 - 4 years | | | | | | | | | | | | | | | **108.00** | **102.00** | |
| Geotechnical Engineer (Engineer) | | 4 - 8 years | | | | | | | | | | | | | | | **123.00** | **117.00** | |
| Geotechnical Engineer (Senior) | | 8 - 12 years | | | | | | | | | | | | | | | **153.00** | **146.00** | |
| Geotechnical Engineer (Expert) | | >12 years | | | | | | | | | | | | | | | **196.00** | **186.00** | |
| Geotechnical Project Engineer (Principal) | | >15 years | | | | | | | | | | | | | | | **202.00** | **192.00** | |

DocuSign Envelope ID: 4D31AC1E-8BC6-4B9E-9A2D-8A98B87A26FD

# ATTACHMENT 4 - DISCOUNTS AND MARK UP STRUCTURE
## MSA C3452
## Campos EPC, LLC

| Discount and Markup Structure | |
|---|---|
| **Metric/Range of Values** | **Discount Rates** |
| **Extended Term Contract**:  Discount if Awarded up to 5-Year Contract.  Discount Applied from Year 1 of Contract | |
| Year 1 | 0% |
| Year 2 | 0% |
| Year 3 | 1.5%-3% (CPI) |
| Year 4 | 1.5%-3% (CPI) |
| Year 5 | 1.5%-3% (CPI) |
| **Early Payment Discounts**:  Discount if Payment Terms are changed from 2% 15 Days, Net 45 Days Posting Date | |
| 3% 10 Days Net 30 Days Posting Date | *2% 15 Days / Net 45* |
| 3% 10 Days, 2% 20 Days, Net 31 Days Posting | |
| **Volume Discount Thresholds**:  No Discounts**.  (This is a change to the original contract terms.  The change was incorporated into the contract by Change Order No. 02)** | |
| $1 to $499,999 | 0.0% |
| $500,000 to $749,999 | 0.0% |
| $750,000 to $999,999 | 0.0% |
| $1,000,000 to $1,999,999 | 0.0% |
| $2,000,000 to $4,999,999 | 0.0% |
| $5,000,000 to $9,999,999 | 0.0% |
| $10,000,000 to $14,999,999 | 0.0% |
| $15,000,000 to $19,999,999 | 0.0% |
| $20,000,000 to $24,999,999 | 0.0% |
| $25,000,000 and Above | 0.0% |
| **Contract Escalation**:  No escalation of contract pricing over the term of the contract.  **(This is a change to the original contract terms.  The change was incorporated into the contract by Change Order No. 02)** | |
| Year 1 | 0% |
| Year 2 | 0% |
| Year 3 | 0% |
| Year 4 | 0% |
| Year 5 | 0% |
| **Subcontractor/Equipment Markups**:  Maximum Markup on Subcontractor Labor Rates and Equipment Rates (Owned and Rental) | |
| Consulting Subcontractors | 5% |
| Construction Subcontractors | 5% |
| Equipment (Owned) | Per Rate Sheet |
| Equipment (Rental) | 5% |
| **Material Markups**:  Maximum Markup on Purchases of Material by Both Contractor and Subcontractor.  Maximum Markup on First $50,000 of Material Purchases - No Markup on Single Material Purchases greater than $50,000 | |
| Purchases up to $9,999 | 5% |
| Purchases from $10,000 to $19,999 | 5% |
| Purchases from $20,000 to $29,999 | 5% |
| Purchases from $30,000 to $39,999 | 5% |
| Purchases from $40,000 to $49,999 | 5% |
| No Additional Markup on Purchases Exceeding $50,000 | 5% |
| **Other Discounts**:  Discounts for co-location of contractor's personnel, discount for direct award of CWA exceeding $1MM, etc. | |

| Contract Change Order No. 02 to Master Service Agreement C3452 | | | | | | | |
|---|---|---|---|---|---|---|---|
| **ATTACHMENT 6** | | | | | | | |
| RATE SHEET FOR: Pipeline Cleaning and Tracking Services provided by Campos EPC | | | | | | | |
| Campos EPC, LLC | | | | | | | |
| | | | | | | | |
| **Labor - Pig Tracking and Cleaning** | Description / Comments | Unit | Price | Price 5% Reduction New Billing Rate | Price 5% Reduction New Billing Rate | 5% Reduction NEW BILLING RATE | Supplier Comments |
| Supervisor - 12 hr Standard Shift (Mon - Sat) | Shift charge should include standard personal equipment to do the job including but not limited to: vehicle (4 wheel drive), geophones/ cell phones / satellite portable radios, computers, 22 Hz Electronic pig receiver devices (WaveTrack, CDI or equivalent) | $/day (12 hr day) | $1,536.00/day (12 hr day) | $1,459.00/day (12 hr day) | | $   1,459.00 | |
| Supervisor - Overtime (>12 hrs per day) | | $/hr | $100.00/hr | $95.00/hr | | $   95.00 | |
| Supervisor - Holiday/Sunday Shift | | $/day (12 hr day) | $1,536.00/day (12 hr day) | $1,459.00/day (12 hr day) | | $   1,459.00 | |
| Supervisor - Standby Charges | | $/day (12 hr day) | 1,000.00/day | 955.00/day | | | All Standby charges are incurred as an 8 hour day |
| Technician - 12 hr Standard Shift (Mon - Sat) | Shift charge should include standard personal equipment to do the job including but not limited to: vehicle (4 wheel drive), geophones/ cell phones / satellite portable radios, computers, 22 Hz Electronic pig receiver devices (WaveTrack, CDI or equivalent) | $/day (12 hr day) | $1,176/day (12 hr day) | $1,117/day (12 hr day) | | $   1,117.00 | |
| Technician - Overtime (>12 hrs per day) | | $/hr | $70.00/hr | $67.00/hr | | $   67.00 | |
| Technician - Holiday/Sunday Shift | | $/day (12 hr day) | $1,176.00/day (12 hr day) | $1,117.00/day (12 hr day) | | $   1,117.00 | |
| Technician - Standby Charges | | $/day (12 hr day) | $680.00/day | $646.00/day | | $   646.00 | All Standby charges are incurred as an 8 hour day |
| **Other Labor Related Charges** | Description / Comments | Unit | Price | | | 5% Reduction NEW BILLING RATE | Supplier Comments |
| Crew Mobilization | Mobilization charge per person (total cost for person to get to site) | $/person | $1,250 to mobilize out of state $400 to mobilize in state w/in 200 miles of SR $600 to mobilize in state outside 200 miles of SR | $1,069 to mobilize out of state $380 to mobilize in state w/in 200 miles of SR $570 to mobilize in state outside 200 miles of SR | | $   570.00 | labor + transportation  See three catagories, in state mobilization 1st supervisor and up to 4 technicians. |
| Crew Demobilization | Demobilization charge per person (total cost for person to get home from site) | $/person | $1,250 to mobilize out of state $400 to mobilize in state w/in 200 miles of SR $600 to mobilize in state outside 200 miles of SR | $1,069 to mobilize out of state $380 to mobilize in state w/in 200 miles of SR $570 to mobilize in state outside 200 miles of SR | | $   570.00 | labor + transportation  See three catagories, in state demobilization 1st supervisor and up to 4 technicians. |
| Per Diem (hotel, meals, incidentals) | | $/day | $185.00 | $176.00 | | $   176.00 | Based on San Ramon California. |
| Vehicle mileage | | $/mile | Current IRS Rate | Current IRS Rate | | | |
| ATV + trailer | | $/day | $275.00 per day | $261.00 per day | | $   261.00 | Includes retreival/return/cleaning/helmets and safety gear. |
| **Standard Equipment** | Description / Comments | Unit | Price | Mob/Demob Freight Charge | Price | Mob/Demob Freight Charge | 5% Reduction NEW BILLING RATE | Supplier Comments |
| Tool Trailer | To include all standard equipment / consumables to do the job including but not limited to:  tools to pull pigs into the launcher (3/8" steel braided cable, pusher, hooks, chain), pull hook to remove pigs from the receiver, containment trays for cleaning pigs, pumps, hoses, cable grips, hand tools, PPE, Pig cleaning consumables (aluminum trays to catch liquid/sludge, rags, cleaning solution (e.g., Simple Green), disposable bags, visquin/plastic sheeting) | $/day | $250 per day | $275 on time fee | $238 per day | $261 on time fee | $   261.00 | daily cost does not include mob/demob and freight charges |
| High Pressure Washer | Must be a fired hot water high pressure washer | $/day | $140 per day | $210 | $133 per day | $200 | $   200.00 | One time mob demob fee to load/deliver/return/fill |
| **Special Equipment** | Description / Comments | Unit | Price | Mob/Demob Freight Charge | Price | Mob/Demob Freight Charge | 5% Reduction NEW BILLING RATE | Supplier Comments |
| Portable Pig Launcher Trap - 30"-42" nominal | With oversized barrel at least two pipe diameter sizes greater than nominal. Must meet PG&E design criteria. | $/day | $1,645.00/day $1,850.00/day | $2,875.00 | $1563.00/day $1758.00/day | $2,731.00 | $   2,731.00 | 30" x 36" Launcher                36" x 48" Launcher          (Two week minimum required) |
| Portable Pig Launcher Trap - 18"-28" nominal | With oversized barrel at least two pipe diameter sizes greater than nominal. Must meet PG&E design criteria. | $/day | $675.00/day $833.00/day $1,012.00/day | $2,875.00 | $641.00/day $791.00/day $961.00/day | $2,731.00 | $   2,731.00 | 18" x 20" Launcher 20" x 30" Launcher 24" x 30" Launcher          (Two week minimum required) |
| Portable Pig Launcher Trap - 6"-16" nominal | With oversized barrel at least two pipe diameter sizes greater than nominal. Must meet PG&E design criteria. | $/day | $195.00/day $225.00/day $325.00/day $345.00/day  $365.00/day $455.00/day | $2,875.00 | $185.00/day $214.00/day $309.00/day $328.00/day  $347.00/day $432.00/day | $2,731.00 | $   432.00 | 6" x 10" Launcher 8" x 12" Launcher          10" x 12" Launcher          12" x 16" Launcher          16" x 20" Launcher          (Two week minimum required) |
| Portable Pig Receiver Trap - 30"-42" nominal | With oversized barrel at least two pipe diameter sizes greater than nominal. Must meet PG&E design criteria. | $/day | $1,645.00/day $1,850.00/day | $2,875.00 | $1,563.00/day $1,758.00/day | $2,731.00 | $   1,758.00 | 30" x 36" Receiver 36" x 48" Receiver          (Two week minimum required) |
| Portable Pig Receiver Trap - 18"-28" nominal | With oversized barrel at least two pipe diameter sizes greater than nominal. Must meet PG&E design criteria. | $/day | $675.00/day $833.00/day $1,012.00/day | $2,875.00 | $641.00/day $791.00/day $9612.00/day | $2,731.00 | $   2,731.00 | 18" x 20" Receiver 20" x 30" Receiver          24" x 30" Receiver          (Two week minimum required) |
| **Special Equipment** | Description / Comments | Unit | Price | Mob/Demob Freight Charge | Price | Mob/Demob Freight Charge | 5% Reduction NEW BILLING RATE | Supplier Comments |
| Portable Pig Receiver Trap - 6"-16" nominal | With oversized barrel at least two pipe diameter sizes greater than nominal. Must meet PG&E design criteria. | $/day | $195.00/day $225.00/day $325.00/day $345.00/day  $365.00/day $455.00/day | $2,875.00 | $185.00/day $214.00/day $309.00/day $328.00/day  $347.00/day $432.00/day | $2,875.00 | $   - | 6" x 10" Receiver 8" x 12" Receiver          10" x 12" Receiver          12" x 16" Receiver          16" Receiver                16" x 20" Receiver          (Two week minimum required) |
| Liquid Separator - 1000 gallon (minimum) | Supplied Separator must be able to handle at least 1,000 gallons – Must including piping to connect to an on-site frac-tank.  Must meet PG&E design criteria for pressure and flow rate. | $/day | $1,875.00 | $2,875.00 | $1,781.00 | $2,731.00 | | Includes 100 ' of 4" or 2" Hammer Pipe |
| Liquid Separator - 500 gallon (minimum) | Supplied Separator must be able to handle at least 500 gallons - Must including piping to connect to an on-site frac-tank. Must meet PG&E design criteria for pressure and flow rate. | $/day | $1,625.00 | $2,875.00 | $1,544.00 | $2,731.00 | | Includes 100 ' of 4" or 2" Hammer Pipe |
| Liquid Separator - 200 gallon (minimum) | Supplied Separator must be able to atleast 200 gallons - Must meet PG&E design criteria for pressure and flow rate. | $/day | $1,625.00 | $2,875.00 | $1,544.00 | $2,731.00 | | Includes 100 ' of 4" or 2" Hammer Pipe |
| Filter:  ≥36" diameter vessel | Must meet PG&E design criteria | $/day | N.A. | $2,875.00 | N.A. | $2,731.00 | | |
| Filter: 24"- 34" diameter vessel | Must meet PG&E design criteria | $/day | $625.00 | $2,875.00 | $594.00 | $2,731.00 | | |
| Filter: ≤22" diameter vessel | Must meet PG&E design criteria | $/day | $625.00 | $2,875.00 | $594.00 | $2,731.00 | | |
| HP Coalescing Filter Elements - 40 microns | | $/each | Cost + 15% | INC in cost | Cost + 15% | INC in cost | | Filter costs will be dependent on size and type of filter used |
| HP Particle Filter Elements (non-coalescing) - 10 microns | | $/each | $515.00 | Cost +15% | $489.00 | Cost +15% | | Freight and demob/mob will be determined on where and how fast. |
| **PIGS** | Description / Comments | Unit | Price | Mob/Demob Freight Charge | Price | Mob/Demob Freight Charge | 5% Reduction NEW BILLING RATE | Supplier Comments |
| Cleaning Pigs | It is anticipated that PG&E will provide all cleaning pigs however, please provide mark-up if pig is not supplied by PG&E.  PG&E will specify the pig to be used. | Cost + ____% | Cost + 15% | INC in cost | Cost + 15% | INC in cost | | Mob/Demob Freight charges will be part of cost.  Price cannot be exact as to type and size of pig varying per each line being pigged. |