XAVIER BECERRA
Attorney General of California
KAREN W. YIU
Supervising Deputy Attorney General
CARA M. PORTER
Deputy Attorney General
State Bar No. 266045
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 510-3508
  Fax: (415) 703-5480
  E-mail: Cara.Porter@doj.ca.gov
*Attorneys for Creditor*
*California Franchise Tax Board*

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION**<br>   **and**<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                                 Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>\* All papers shall be filed in the Lead Case No. 19-30088 DM | Case No. 19-30088 DM<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**CERTIFICATE OF SERVICE**<br><br>Hearing: May 19, 2020<br>Time: 10:00 a.m.<br>Courtroom: 17<br>Judge: The Honorable Dennis J. Montali |

    I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States

Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

On May 15, 2020, I served the attached **CALIFORNIA FRANCHISE TAX BOARD'S OBJECTION TO CONFIRMATION OF DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION** by transmitting a true copy via electronic mail. In addition, I placed a true copy thereof enclosed in a sealed envelope, in the internal mail system of the Office of the Attorney General, addressed as follows:

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING**:

| | | |
|---|---|---|
| *Counsel to Debtor* | Tobias S. Keller | tkeller@kbkllp.com |
| | Jane Kim<br>**Keller Benvenutti Kim LLP** | jkim@kbkllp.com |
| *Counsel for the Shareholder Proponents* | Joshua M. Mester | jmester@jonesday.com |
| | James O. Johnston<br>**Jones Day** | jjohnston@jonesday.com |
| *Counsel for the Administrative Agent* | Kristopher M. Hansen | dmohamed@stroock.com,<br>mmagzamen@stroock.com |
| | Frank A. Merola<br>**Stroock & Stroock & Lavan LLP** | lacalendar@stroock.com,<br>mmagzamen@stroock.com |
| *Counsel to the California Public Utilities Commission* | Alan W. Kornberg<br>**Paul, Weiss, Rifkind, Wharton & Garrison LLP** | akornberg@paulweiss.com |
| *Office of the United States Trustee* | Timothy S. Laffredi | timothy.s.laffredi@usdoj.gov,<br>patti.vargas@usdoj.gov |

| | | |
|---|---|---|
| *Official Committee of Unsecured Creditors* | Dennis F. Dunne | cprice@milbank.com, jbrewster@milbank.com |
| | Samuel A. Khalil | skhalil@milbank.com, |
| | Thomas R. Kreller **Milbank LLP** | tkreller@milbank.com |
| *Counsel for the Official Committee of Tort Claimants* | Eric E. Sagerman | esagerman@bakerlaw.com |
| | Cecily Ann Dumas **Baker & Hostetler LLP** | cdumas@bakerlaw.com, hhammonturano@bakerlaw.com |

☒ **BY EMAIL** On **May 15, 2020** I served the above-referenced document to the addressed:

**Stephen Karotkin**
Weil, Gotshal & Manges LLP
stephen.karotkin@weil.com
*Counsel to Debtor*

**Jessica Liou**
Weil, Gotshal & Manges LLP
jessica.liou@weil.com
*Counsel to Debtor*

**Matthew Goren**
Weil, Gotshal & Manges LLP
matthew.goren@weil.com
*Counsel to Debtor*

**Tom Schinckel**
Weil, Gotshal & Manges LLP
tom.schinckel@weil.com
*Counsel to Debtor*

**Bruce S. Bennett**
Jones Day
bbennett@jonesday.com
*Counsel for the Shareholder Proponents*

| | |
|---|---|
| 1 | ☒ **BY MAIL** On **May 15, 2020** I served the above-referenced document to the addressed: |
| 2 | |
| 3 | **PG&E Corporation and Pacific Gas and Electric Company** |
| | Attn: Janet Loduca, Esq. |
| 4 | PO Box 770000 77 Beale Street |
| | San Francisco, CA 94105 |
| 5 | *Debtor* |
| 6 | **Erez E. Gilad** |
| | Stroock & Stroock & Lavan LLP |
| 7 | 180 Maiden Ln. |
| | New York, NY 10038-4982 |
| 8 | *Counsel for the Administrative Agent* |
| 9 | **Matthew G. Garofalo** |
| | Stroock & Stroock & Lavan LLP |
| 10 | 180 Maiden Ln. |
| | New York, NY 10038-4982 |
| 11 | *Counsel for the Administrative Agent* |
| 12 | **Eli J. Vonnegut** |
| | Davis Polk and Wardwell LLP |
| 13 | 450 Lexington Ave. |
| | New York, NY 10017 |
| 14 | *Counsel for the Collateral Agent* |
| 15 | **David Schiff** |
| | Davis Polk and Wardwell LLP |
| 16 | 450 Lexington Ave. |
| | New York, NY 10017 |
| 17 | *Counsel for the Collateral Agent* |
| 18 | **Timothy Graulich** |
| | Davis Polk and Wardwell LLP |
| 19 | 450 Lexington Ave. |
| | New York, NY 10017 |
| 20 | *Counsel for the Collateral Agent* |
| 21 | **Brian S. Hermann** |
| | Paul, Weiss, Rifkind, Wharton & Garrison LLP |
| 22 | 1285 Avenue of the Americas |
| | New York, NY 10019-6064 |
| 23 | *Counsel to the California Public Utilities Commission* |
| 24 | **Walter R. Rieman** |
| | Paul, Weiss, Rifkind, Wharton & Garrison LLP |
| 25 | 1285 Avenue of the Americas |
| | New York, NY 10019-6064 |
| 26 | *Counsel to the California Public Utilities Commission* |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | **Sean A. Mitchell**<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP |
| 2 | 1285 Avenue of the Americas<br>New York, NY 10019-6064 |
| 3 | *Counsel to the California Public Utilities Commission* |
| 4 | **Neal P. Donnelly**<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP |
| 5 | 1285 Avenue of the Americas<br>New York, NY 10019-6064 |
| 6 | *Counsel to the California Public Utilities Commission* |
| 7 | **Office of the United States Trustee**<br>James L. Snyder |
| 8 | 450 Golden Gate Avenue, 5th Floor Suite #05-0153<br>San Francisco, CA 94102 |
| 9 | |
| 10 | **U.S. Nuclear Regulatory Commission**<br>Washington, DC 20555-0001<br>Attn: General Counsel |
| 11 | |
| 12 | **U.S. Department of Justice**<br>Attn: Danielle A. Pham<br>1100 L Street, NW, Room 7106 |
| 13 | Washington DC 20005<br>*Counsel for United States on behalf of the Federal Energy Regulatory Commission* |
| 14 | |
| 15 | **Paul S. Aronzon**<br>Milbank LLP |
| 16 | 2029 Century Park East, 33rd Fl.<br>Los Angeles, CA 90067<br>*Official Committee of Unsecured Creditors* |
| 17 | |
| 18 | I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on May 15, 2020, at San Francisco, California. |
| 19 | |
| 20 | Tony Tran — Declarant        /s/ Tony Tran — Signature |

3