Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
FINESTONE HAYES LLP
456 Montgomery Street, 20th Floor
San Francisco, California 94104
Telephone: (415) 616-0466
Facsimile: (415) 398-2820
sfinestone@fhlawllp.com
jhayes@fhlawllp.com

Attorneys for Creditor
Schweitzer Engineering Laboratories, Inc.
and SEL Engineering Services, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>    Debtor-in-Possession.<br><br>In re<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Debtor-in-Possession. | Case No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered with<br>Case No. 19-30089 |

**LIMITED OBJECTION TO CURE AMOUNTS IN CONNECTION WITH DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION DATED MARCH 16, 2020**

**RELATED DOCKET NOS. 6320 & 7037**

Creditors Schweitzer Engineering Laboratories, Inc. ("SEL") and SEL Engineering Services, Inc. ("SEL ES," collectively "Schweitzer"),[1] for their *Limited Objection to Amounts in Connection with Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization*

---

[1] While the contracts to be assumed identify the counter-party as Schweitzer Engineering Labs, Inc., the actual party is SEL Engineering Services, Inc.

*Dated March 16, 2020* ("Limited Objection") to assumption and assignment and the cure amount listed for Schweitzer by the debtors ("Debtors") in their *Notice of Filing of Plan Supplement in Connection with Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020* [Docket No. 7037] ("Notice of Assumption"), state as follows:

## BACKGROUND

1. On March 16, 2020, the Plan Proponents filed the Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization, Dated March 16, 2020 [Docket No. 6320] (together with all schedules and exhibits thereto, and as may be modified, amended, or supplemented, the "Plan").

2. In accordance with the Plan, on May 1, 2020, the Plan Proponents filed the Notice of Assumption [Docket. No. 7037]. The Notice of Assumption includes the amounts the Debtors believe are necessary to cure defaults under the contracts to be assumed (the "Cure Amounts").

3. Three (3) Schweitzer contracts are listed in the Notice of Assumption with the following proposed Cure Amounts:

| Non-Debtor Counterparty Name | Title of Agreement Effective | Date of Agreement | Cure Amount |
|---|---|---|---|
| Schweitzer Engineering Labs Inc[2] | PR24891 SEL MOSS LANDING 74001960 | 9/28/2017 | – |
| Schweitzer Engineering Labs Inc | CWA 9890 SEL ENG DESIGN METCALF M6DP | 8/16/2018 | – |
| Schweitzer Engineering Labs Inc | CWA SEL 9897 ENGINEERING SERVICES MOSS LOS BANOS M6DP | 8/16/2018 | – |

---

[2] Unlike the other contracts, Schweitzer Engineering Labs, Inc. may be the counterparty to it. The invoices

4.      As the descriptions of the listed contracts are not specific and the Contract ID numbers listed do not reflect contract numbers used by Schweitzer, it is unclear what contracts the Debtors have listed for assumption. Upon information and belief, the following amounts totaling $175,302.74 for prepetition services remain due on the proposed contracts to be assumed (copies of the invoices are attached as **Exhibit 1**):

| Invoice | Customer PO | Invoice Date | Days Past Due | AR Balance | Substation | Reference |
|---|---|---|---|---|---|---|
| 27383 | 2700085205 | 12/13/2018 | 471 | 94,065.75 | Moss Landing | 74001960 |
| 27609 | 2700104643 | 12/17/2018 | 467 | 31,139.75 | Moss Landing | 74001960 |
| 27929 | 2700151349 | 1/16/2019 | 437 | 24,283.99 | Metcalf | CWA9890 |
| 28498 | 2700151349 | 2/21/2019 | 401 | 13,831.50 | Metcalf | CWA9890 |
| 27930 | 2700151346 | 1/16/2019 | 437 | 9,248.87 | Los Banos | CWA9897 |
| 28499 | 2700151346 | 2/21/2019 | 401 | 2,732.88 | Los Banos | CWA9897 |

5.      Schweitzer has no objection to the assumption of the Schweitzer contracts provided the proper cure amounts are paid. Accordingly, Schweitzer files this Limited Objection to the proposed Cure Amounts set forth in the Notice of Assumption.

6.      Pursuant to 11 U.S.C. § 365(b)(1)(A), the Debtors must cure any defaults under the Schweitzer contracts in connection with any proposed assumption, as well as provide adequate assurance of future performance. Schweitzer has not been able to

confirm that the Debtors' proposes to cure any existing defaults as is required under Section 365 prior to assumption.

WHEREFORE, Schweitzer requests that the Debtors pay the amount necessary to cure any existing defaults under the Schweitzer contracts, no less than $175,302.74, and that Schweitzer be awarded such other and further relief to which it may be justly entitled at law or in equity.

Dated: January 30, 2019                                   FINESTONE HAYES LLP

                                                          By: /s/ Stephen D. Finestone
                                                          Stephen D. Finestone
                                                          Attorneys for Creditors
                                                          Schweitzer Engineering Laboratories, Inc.
                                                          and SEL Engineering Services, Inc.