# Exhibit 1

# Outstanding Invoices on Contracts to be Assumed



**Schweitzer Engineering Laboratories, Inc.**
2350 NE Hopkins Ct. Pullman, WA 99163
Remit: PO Box 956303, St. Louis, MO 63195
ACH Only:Routing #021052053; A/C #37391904
Billing: 509-334-5509 or es-ar@selinc.com

# INVOICE

Pacific Gas and Electric Company
PO BOX 7760
SAN FRANCISCO, CA 94120-7760

**SHIP TO:**
Moss Landing Substation
Hwy 1 & Dolan Rd
Moss Landing CA 95039

December 13, 2018
**Project No:** 0P2705.036.02
**Invoice No:** 27383
**Payment Terms:** 2/15/45
**Customer:** 1397

Project   0P2705.036.02   P2705.036.02 PG&E Control House
Customer PO#2700085205, Contract No. 4600018506, JO#74001960
**Professional Services through December 31, 2018**

| Billing Phase | Fee | Percent Complete | Earned | Previously Invoiced | Current Invoice |
|---|---:|---:|---:|---:|---:|
| 5% Contract Issued | 211,477.00 | 100.00 | 211,477.00 | 211,477.00 | 0.00 |
| 5% Long Lead Materials Ordered | 211,477.00 | 100.00 | 211,477.00 | 211,477.00 | 0.00 |
| 10% Panel Components Received | 422,954.00 | 100.00 | 422,954.00 | 422,954.00 | 0.00 |
| 10% Design Drawings Issued | 432,175.00 | 100.00 | 432,175.00 | 432,175.00 | 0.00 |
| 20% Control House Delivered to SEL | 864,350.00 | 100.00 | 864,350.00 | 864,350.00 | 0.00 |
| 10% Mechanical Build Inspection Approved | 432,175.00 | 100.00 | 432,175.00 | 432,175.00 | 0.00 |
| 10% Panel FAT Complete | 432,175.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 20% Control House Delivered and Set | 864,350.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5% Clearance Support | 216,078.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5% As Built Drawings Complete | 216,078.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| IFR Design Changes, materials updates | 87,300.00 | 100.00 | 87,300.00 | 0.00 | 87,300.00 |
| Total Fee | 4,390,589.00 | | 2,661,908.00 | 2,574,608.00 | 87,300.00 |

**Total This Task**     **$87,300.00**

| Project | 0P2705.036.02 | P2705.036.02 PG&E Control House | Invoice | 27383 |
|---|---|---|---|---|
| | | **Total This Phase** | | **$87,300.00** |

**Taxes**

| | | | | |
|---|---|---|---|---|
| CA Moss Landing 95039 | | 7.75 % of 87,300.00 | 6,765.75 | |
| **Total Taxes** | | | **6,765.75** | **6,765.75** |
| | | **TOTAL THIS INVOICE** | | **$94,065.75** |

**Billings to Date**

| | Current | Prior | Total |
|---|---|---|---|
| Fee | 87,300.00 | 2,574,608.00 | 2,661,908.00 |
| Tax | 6,765.75 | 199,532.13 | 206,297.88 |
| **Totals** | **94,065.75** | **2,774,140.13** | **2,868,205.88** |



**SCHWEITZER ENGINEERING LABORATORIES**

Schweitzer Engineering Laboratories, Inc.
2350 NE Hopkins Ct. Pullman, WA 99163
Remit: PO Box 956303, St. Louis, MO 63195
ACH Only:Routing #021052053; A/C #37391904
Billing: 509-334-5509 or es-ar@selinc.com

# INVOICE

Pacific Gas and Electric Company
PO BOX 7760
SAN FRANCISCO, CA 94120-7760

**SHIP TO:**
Moss Landing Substation
Hwy 1 & Dolan Rd
Moss Landing CA 95039

**December 17, 2018**
**Project No:** 0P2705.036.03
**Invoice No:** 27609
**Payment Terms:** 2/15/45
**Customer:** 1397

Project    0P2705.036.03    P2705-36-3 PG&E ML BATTERY BUILDINGs
Customer PO#2700104643, Contract No. 4600018506, JO#74001960
**Professional Services through December 31, 2018**

| Billing Phase | Fee | Percent Complete | Earned | Previously Invoiced | Current Invoice |
|---|---|---|---|---|---|
| Battery Building Design Approved | 193,428.75 | 100.00 | 193,428.75 | 193,428.75 | 0.00 |
| Battery Building Equipment Ordered | 193,428.75 | 100.00 | 193,428.75 | 193,428.75 | 0.00 |
| Battery Building Delivered to Moss Landi | 193,428.75 | 100.00 | 193,428.75 | 193,428.75 | 0.00 |
| Battery Building Set, Fire and Security | 184,418.75 | 0.00 | 0.00 | 0.00 | 0.00 |
| Scope Change Complete | 28,900.00 | 100.00 | 28,900.00 | 0.00 | 28,900.00 |
| Total Fee | 793,605.00 | | 609,186.25 | 580,286.25 | 28,900.00 |

**Total This Phase** **$28,900.00**

**Taxes**

| CA Moss Landing 95039 | | | 7.75 % of 28,900.00 | 2,239.75 | |
|---|---|---|---|---|---|
| **Total Taxes** | | | | **2,239.75** | **2,239.75** |

**TOTAL THIS INVOICE** **$31,139.75**

**Billings to Date**

| | Current | Prior | Total |
|---|---|---|---|
| Fee | 28,900.00 | 580,286.25 | 609,186.25 |

| | | | | | |
|---|---|---|---|---|---|
| Project | 0P2705.036.03 | P2705-36-3 PG&E ML BATTERY BUILDINGs | | Invoice | 27609 |
| Tax | | 2,239.75 | 44,972.19 | 47,211.94 | |
| **Totals** | | **31,139.75** | **625,258.44** | **656,398.19** | |



**SEL Engineering Services, Inc.**
2350 NE Hopkins Ct. Pullman, WA 99163
Remit: PO Box 956303, St. Louis, MO 63195
ACH Only:Routing #021052053; A/C #37391904
Billing: 509-334-5509 or es-ar@selinc.com

# INVOICE

Pacific Gas and Electric Company
PO BOX 7760
SAN FRANCISCO, CA  94120-7760

**SHIP TO:**
Metcalf Substation
150 Metcalf Rd
San Jose CA 95138

**January 16, 2019**
**Project No:**     0P2705.035.01
**Invoice No:**     27929
**Payment Terms:**  2/15/45
**Customer:**       1397

Project     0P2705.035.01     P2705-35-1 Moss Landing-Metcalf at Metcalf 500kV IMPLEM
Customer PO #2700151349, JO#74003505, MSA#C522, Contract ID: C9890
**Professional Services through January 31, 2019**
**SEL Labor Services**

|  | **Hours** | **Rate** | **Amount** |  |
|---|---|---|---|---|
| Associate Project Manager |  |  |  |  |
| Cook, Carrie | 9.75 | 112.00 | 1,092.00 |  |
| Senior Project Administrator |  |  |  |  |
| McCoy, Kaori | .75 | 74.00 | 55.50 |  |
| Totals | 10.50 |  | 1,147.50 |  |
| **Total Labor** |  |  |  | **1,147.50** |

**Pass Thru**
Consultant
1/9/2019   VEGA ENGINEERING, INC.   PG&E JO#74003505 at Metcalf (0P2705.035.01 Implementation)   23,136.49

| **Total Pass Thru** |  |  | **23,136.49** | **23,136.49** |
|---|---|---|---|---|

| **Billing Limits** | **Current** | **Prior** | **To-Date** |
|---|---|---|---|
| Total Billings | 24,283.99 | 57,344.47 | 81,628.46 |
| Limit |  |  | 458,715.00 |
| Remaining |  |  | 377,086.54 |

|  | **TOTAL THIS INVOICE** | **$24,283.99** |
|---|---|---|

| Project | 0P2705.035.01 | P2705-35-1 Moss Landing-Metcalf at Metca | Invoice | 27929 |

# Billing Backup

Wednesday, January 16, 2019
Invoice 27929 Dated 1/16/2019  10:23:44 AM

Project     0P2705.035.01     P2705-35-1 Moss Landing-Metcalf at Metcalf 500kV IMPLEM

**SEL Labor Services**

|  |  | Hours | Rate | Amount |  |
|---|---|---:|---:|---:|---:|
| *Associate Project Manager* | | | | | |
| Cook, Carrie | 12/17/2018 | 1.25 | 112.00 | 140.00 | |
| Cook, Carrie | 12/18/2018 | .75 | 112.00 | 84.00 | |
| Cook, Carrie | 12/19/2018 | .25 | 112.00 | 28.00 | |
| Cook, Carrie | 12/20/2018 | 3.00 | 112.00 | 336.00 | |
| Cook, Carrie | 12/21/2018 | 2.50 | 112.00 | 280.00 | |
| Cook, Carrie | 12/24/2018 | 1.00 | 112.00 | 112.00 | |
| Cook, Carrie | 12/27/2018 | .50 | 112.00 | 56.00 | |
| Cook, Carrie | 12/29/2018 | .25 | 112.00 | 28.00 | |
| Cook, Carrie | 12/31/2018 | .25 | 112.00 | 28.00 | |
| *Senior Project Administrator* | | | | | |
| McCoy, Kaori | 12/10/2018 | .25 | 74.00 | 18.50 | |
| McCoy, Kaori | 12/14/2018 | .25 | 74.00 | 18.50 | |
| McCoy, Kaori | 12/17/2018 | .25 | 74.00 | 18.50 | |
| Totals | | 10.50 | | 1,147.50 | |
| **Total Labor** | | | | | **1,147.50** |

**Pass Thru**

Consultant

| AP 7768 | 1/9/2019 | VEGA ENGINEERING, INC. / PG&E JO#74003505 at Metcalf (0P2705.035.01 Implementation) / Invoice: SELMLMET191, 1/3/2019 | 23,136.49 | |
|---|---|---|---:|---:|
| **Total Pass Thru** | | | **23,136.49** | **23,136.49** |
| | | **Total This Project** | | **$24,283.99** |
| | | **Total this Report** | | **$24,283.99** |



**SCHWEITZER ENGINEERING LABORATORIES**

SEL Engineering Services, Inc.
2350 NE Hopkins Ct. Pullman, WA 99163
Remit: PO Box 956303, St. Louis, MO 63195
ACH Only:Routing #021052053; A/C #37391904
Billing: 509-334-5509 or es-ar@selinc.com

# INVOICE

Pacific Gas and Electric Company
PO BOX 7760
SAN FRANCISCO, CA  94120-7760

**SHIP TO:**
Los Banos Substation
16182 Jasper-Sears Rd
Gustine CA 95322

**January 16, 2019**
**Project No:**     0P2705.038.01
**Invoice No:**     27930
**Payment Terms:**  2/15/45
**Customer:**       1397

Project        0P2705.038.01        P2705-38-1 Moss Landing-Los Banos at Los Banos 500kV IMPLEM
Customer PO #2700151346, JO#74001961, MSA#C522, Contract ID: C9897

**Professional Services through January 31, 2019**
**SEL Labor Services**

|  | **Hours** | **Rate** | **Amount** |  |
|---|---|---|---|---|
| Associate Project Manager | | | | |
|    Cook, Carrie | 9.25 | 112.00 | 1,036.00 | |
| Project Engineer III | | | | |
|    Bellocci, Frank | 6.50 | 150.00 | 975.00 | |
| Senior Project Administrator | | | | |
|    McCoy, Kaori | .75 | 74.00 | 55.50 | |
|    Totals | 16.50 | | 2,066.50 | |
| **Total Labor** | | | | 2,066.50 |

**Pass Thru**

| | | | | |
|---|---|---|---|---|
| Consultant | | | | |
| 1/9/2019 | VEGA ENGINEERING, INC. | PG&E JO#74001961 at Los Banos (0P2705.038.01 - Implementation) | 7,182.37 | |
| **Total Pass Thru** | | | 7,182.37 | 7,182.37 |

| **Billing Limits** | **Current** | **Prior** | **To-Date** |
|---|---|---|---|
| Total Billings | 9,248.87 | 64,842.02 | 74,090.89 |
|    Limit | | | 359,710.00 |
|    Remaining | | | 285,619.11 |

| | **TOTAL THIS INVOICE** | **$9,248.87** |
|---|---|---|

| Project | 0P2705.038.01 | P2705-38-1 Moss Landing-LB at LB | | Invoice | 27930 |

# Billing Backup

Wednesday, January 16, 2019
Invoice 27930 Dated 1/16/2019   10:23:48 AM

| Project | 0P2705.038.01 | P2705-38-1 Moss Landing-Los Banos at Los Banos 500kV IMPLEM |

**SEL Labor Services**

|  |  | Hours | Rate | Amount |  |
|---|---|---:|---:|---:|---:|
| *Associate Project Manager* | | | | | |
| Cook, Carrie | 12/17/2018 | 1.25 | 112.00 | 140.00 | |
| Cook, Carrie | 12/18/2018 | .75 | 112.00 | 84.00 | |
| Cook, Carrie | 12/19/2018 | .25 | 112.00 | 28.00 | |
| Cook, Carrie | 12/20/2018 | 3.00 | 112.00 | 336.00 | |
| Cook, Carrie | 12/21/2018 | 2.50 | 112.00 | 280.00 | |
| Cook, Carrie | 12/24/2018 | 1.00 | 112.00 | 112.00 | |
| Cook, Carrie | 12/29/2018 | .25 | 112.00 | 28.00 | |
| Cook, Carrie | 12/31/2018 | .25 | 112.00 | 28.00 | |
| *Project Engineer III* | | | | | |
| Bellocci, Frank | 12/10/2018 | 4.00 | 150.00 | 600.00 | |
| Bellocci, Frank | 12/12/2018 | .50 | 150.00 | 75.00 | |
| Bellocci, Frank | 12/13/2018 | 2.00 | 150.00 | 300.00 | |
| *Senior Project Administrator* | | | | | |
| McCoy, Kaori | 12/10/2018 | .25 | 74.00 | 18.50 | |
| McCoy, Kaori | 12/13/2018 | .25 | 74.00 | 18.50 | |
| McCoy, Kaori | 12/14/2018 | .25 | 74.00 | 18.50 | |
| | Totals | 16.50 | | 2,066.50 | |
| | **Total Labor** | | | | **2,066.50** |

**Pass Thru**

Consultant

| AP 7765 | 1/9/2019 | VEGA ENGINEERING, INC. / PG&E JO#74001961 at Los Banos (0P2705.038.01 - Implementation) / Invoice: SELMLLB191, 1/3/2019 | 7,182.37 | |
|---|---|---|---:|---:|
| | **Total Pass Thru** | | **7,182.37** | **7,182.37** |
| | | **Total This Project** | | **$9,248.87** |
| | | **Total this Report** | | **$9,248.87** |



# INVOICE

SEL Engineering Services, Inc.
2350 NE Hopkins Ct. Pullman, WA 99163
Remit: PO Box 956303, St. Louis, MO 63195
ACH Only:Routing #021052053; A/C #37391904
Billing: 509-334-5509 or es-ar@selinc.com

Pacific Gas and Electric Company
PO BOX 7760
SAN FRANCISCO, CA 94120-7760

**SHIP TO:**
Metcalf Substation
150 Metcalf Rd
San Jose CA 95138

February 21, 2019
**Project No:** 0P2705.035.01
**Invoice No:** 28498
**Payment Terms:** 2/15/45
**Customer:** 1397

Project     0P2705.035.01     P2705-35-1 Moss Landing-Metcalf at Metcalf 500kV IMPLEM
Customer PO #2700151349, JO#74003505, MSA#C522, Contract ID: C9890
<u>**Professional Services through February 28, 2019**</u>
**SEL Labor Services**

| | Hours | Rate | Amount | |
|---|---:|---:|---:|---:|
| Associate Project Manager | | | | |
|    Cook, Carrie | 22.75 | 112.00 | 2,548.00 | |
| Project Engineer II | | | | |
|    Town, Ryan | 1.00 | 140.00 | 140.00 | |
| Project Engineer III | | | | |
|    Bellocci, Frank | 20.50 | 150.00 | 3,075.00 | |
|    Schmidt, David | 1.00 | 150.00 | 150.00 | |
| Senior Designer | | | | |
|    Lowder, Bruce | 83.50 | 130.00 | 10,855.00 | |
| Senior Project Administrator | | | | |
|    McCoy, Kaori | 1.25 | 74.00 | 92.50 | |
|    Totals | 130.00 | | 16,860.50 | |
| **Total Labor** | | | | **16,860.50** |

| **Billing Limits** | **Current** | **Prior** | **To-Date** |
|---|---:|---:|---:|
| Total Billings | 16,860.50 | 81,628.46 | 98,488.96 |
|    Limit | | | 458,715.00 |
|    Remaining | | | 360,226.04 |

**TOTAL THIS INVOICE**     **$16,860.50**

| Project | 0P2705.035.01 | P2705-35-1 Moss Landing-Metcalf at Metca | Invoice | 28498 |

# Billing Backup

Thursday, February 21, 2019
Invoice 28498 Dated 2/21/2019  8:01:41 AM

| Project | 0P2705.035.01 | P2705-35-1 Moss Landing-Metcalf at Metcalf 500kV IMPLEM |

**SEL Labor Services**

|  |  | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| *Associate Project Manager* |  |  |  |  |
| Cook, Carrie | 1/2/2019 | .75 | 112.00 | 84.00 |
| Cook, Carrie | 1/2/2019 | 1.00 | 112.00 | 112.00 |
| Cook, Carrie | 1/3/2019 | 1.00 | 112.00 | 112.00 |
| Cook, Carrie | 1/3/2019 | .75 | 112.00 | 84.00 |
| Cook, Carrie | 1/4/2019 | .25 | 112.00 | 28.00 |
| Cook, Carrie | 1/7/2019 | 1.25 | 112.00 | 140.00 |
| Cook, Carrie | 1/8/2019 | 1.50 | 112.00 | 168.00 |
| Cook, Carrie | 1/9/2019 | 1.75 | 112.00 | 196.00 |
| Cook, Carrie | 1/10/2019 | 1.75 | 112.00 | 196.00 |
| Cook, Carrie | 1/11/2019 | 1.25 | 112.00 | 140.00 |
| Cook, Carrie | 1/14/2019 | 1.00 | 112.00 | 112.00 |
| Cook, Carrie | 1/15/2019 | 1.50 | 112.00 | 168.00 |
| Cook, Carrie | 1/17/2019 | 1.00 | 112.00 | 112.00 |
| Cook, Carrie | 1/22/2019 | .75 | 112.00 | 84.00 |
| Cook, Carrie | 1/23/2019 | .75 | 112.00 | 84.00 |
| Cook, Carrie | 1/24/2019 | 2.25 | 112.00 | 252.00 |
| Cook, Carrie | 1/25/2019 | .25 | 112.00 | 28.00 |
| Cook, Carrie | 1/28/2019 | .75 | 112.00 | 84.00 |
| Cook, Carrie | 1/29/2019 | 1.75 | 112.00 | 196.00 |
| Cook, Carrie | 1/30/2019 | 1.00 | 112.00 | 112.00 |
| Cook, Carrie | 1/31/2019 | .50 | 112.00 | 56.00 |
| *Project Engineer II* |  |  |  |  |
| Town, Ryan | 1/23/2019 | 1.00 | 140.00 | 140.00 |
| *Project Engineer III* |  |  |  |  |
| Bellocci, Frank | 1/7/2019 | 5.75 | 150.00 | 862.50 |
| Bellocci, Frank | 1/8/2019 | 2.00 | 150.00 | 300.00 |
| Bellocci, Frank | 1/9/2019 | 5.50 | 150.00 | 825.00 |
| Bellocci, Frank | 1/15/2019 | 3.00 | 150.00 | 450.00 |
| Bellocci, Frank | 1/17/2019 | .50 | 150.00 | 75.00 |
| Bellocci, Frank | 1/18/2019 | 2.00 | 150.00 | 300.00 |
| Bellocci, Frank | 1/24/2019 | 1.75 | 150.00 | 262.50 |
| Schmidt, David | 1/3/2019 | 1.00 | 150.00 | 150.00 |
| *Senior Designer* |  |  |  |  |
| Lowder, Bruce | 1/14/2019 | 2.00 | 130.00 | 260.00 |
| Lowder, Bruce | 1/15/2019 | 8.00 | 130.00 | 1,040.00 |
| Lowder, Bruce | 1/16/2019 | 8.00 | 130.00 | 1,040.00 |
| Lowder, Bruce | 1/17/2019 | 8.00 | 130.00 | 1,040.00 |
| Lowder, Bruce | 1/18/2019 | 2.50 | 130.00 | 325.00 |
| Lowder, Bruce | 1/22/2019 | 4.00 | 130.00 | 520.00 |
| Lowder, Bruce | 1/23/2019 | 8.00 | 130.00 | 1,040.00 |
| Lowder, Bruce | 1/24/2019 | 7.50 | 130.00 | 975.00 |
| Lowder, Bruce | 1/25/2019 | 7.00 | 130.00 | 910.00 |
| Lowder, Bruce | 1/28/2019 | 8.00 | 130.00 | 1,040.00 |
| Lowder, Bruce | 1/29/2019 | 6.00 | 130.00 | 780.00 |

| Project | 0P2705.035.01 | P2705-35-1 Moss Landing-Metcalf at Metca | Invoice | 28498 |
|---|---|---|---|---|
| Lowder, Bruce | | 1/30/2019 | 6.50 | 130.00 | 845.00 |
| Lowder, Bruce | | 1/31/2019 | 8.00 | 130.00 | 1,040.00 |
| Senior Project Administrator | | | | | |
| McCoy, Kaori | | 1/3/2019 | .25 | 74.00 | 18.50 |
| McCoy, Kaori | | 1/15/2019 | .25 | 74.00 | 18.50 |
| McCoy, Kaori | | 1/25/2019 | .50 | 74.00 | 37.00 |
| McCoy, Kaori | | 1/28/2019 | .25 | 74.00 | 18.50 |
| | Totals | | 130.00 | | 16,860.50 |

**Total Labor**     16,860.50

**Total This Project**     $16,860.50

**Total this Report**     $16,860.50



**SEL Engineering Services, Inc.**
**2350 NE Hopkins Ct. Pullman, WA 99163**
**Remit: PO Box 956303, St. Louis, MO 63195**
**ACH Only:Routing #021052053; A/C #37391904**
**Billing: 509-334-5509 or es-ar@selinc.com**

# INVOICE

Pacific Gas and Electric Company
PO BOX 7760
SAN FRANCISCO, CA  94120-7760

**SHIP TO:**
Los Banos Substation
16182 Jasper-Sears Rd
Gustine CA 95322

**February 21, 2019**
**Project No:** 0P2705.038.01
**Invoice No:** 28499
**Payment Terms:** 2/15/45
**Customer:** 1397

Project        0P2705.038.01        P2705-38-1 Moss Landing-Los Banos at Los Banos 500kV IMPLEM
Customer PO #2700151346, JO#74001961, MSA#C522, Contract ID: C9897

**Professional Services through February 28, 2019**
**SEL Labor Services**

|  | Hours | Rate | Amount |  |
|---|---|---|---|---|
| Associate Project Manager |  |  |  |  |
|    Cook, Carrie | 20.25 | 112.00 | 2,268.00 |  |
| Project Engineer III |  |  |  |  |
|    Bellocci, Frank | 2.50 | 150.00 | 375.00 |  |
|    Schmidt, David | .50 | 150.00 | 75.00 |  |
| Senior Project Administrator |  |  |  |  |
|    McCoy, Kaori | .75 | 74.00 | 55.50 |  |
|    Totals | 24.00 |  | 2,773.50 |  |
| **Total Labor** |  |  |  | 2,773.50 |

**Expenses**

| Airfare |  |  | 379.38 |  |
|---|---|---|---|---|
| **Total Expenses** |  |  | 379.38 | 379.38 |

**Billing Limits** | **Current** | **Prior** | **To-Date** |
|---|---|---|---|
| Total Billings | 3,152.88 | 74,090.89 | 77,243.77 |
|   Limit |  |  | 359,710.00 |
|   Remaining |  |  | 282,466.23 |

| **TOTAL THIS INVOICE** | **$3,152.88** |
|---|---|

# Billing Backup

Thursday, February 21, 2019
Invoice 28499 Dated 2/21/2019
8:01:45 AM

| Project | 0P2705.038.01 | P2705-38-1 Moss Landing-Los Banos at Los Banos 500kV IMPLEM |

**SEL Labor Services**

|  |  | **Hours** | **Rate** | **Amount** |  |
|---|---|---|---|---|---|
| Associate Project Manager | | | | | |
| Cook, Carrie | 1/2/2019 | .75 | 112.00 | 84.00 | |
| Cook, Carrie | 1/3/2019 | .75 | 112.00 | 84.00 | |
| Cook, Carrie | 1/3/2019 | 1.00 | 112.00 | 112.00 | |
| Cook, Carrie | 1/4/2019 | .25 | 112.00 | 28.00 | |
| Cook, Carrie | 1/7/2019 | 1.25 | 112.00 | 140.00 | |
| Cook, Carrie | 1/8/2019 | 1.50 | 112.00 | 168.00 | |
| Cook, Carrie | 1/9/2019 | .75 | 112.00 | 84.00 | |
| Cook, Carrie | 1/9/2019 | .50 | 112.00 | 56.00 | |
| Cook, Carrie | 1/10/2019 | 2.50 | 112.00 | 280.00 | |
| Cook, Carrie | 1/11/2019 | 1.25 | 112.00 | 140.00 | |
| Cook, Carrie | 1/14/2019 | 1.00 | 112.00 | 112.00 | |
| Cook, Carrie | 1/15/2019 | 1.25 | 112.00 | 140.00 | |
| Cook, Carrie | 1/16/2019 | 1.00 | 112.00 | 112.00 | |
| Cook, Carrie | 1/17/2019 | .50 | 112.00 | 56.00 | |
| Cook, Carrie | 1/22/2019 | .25 | 112.00 | 28.00 | |
| Cook, Carrie | 1/23/2019 | .25 | 112.00 | 28.00 | |
| Cook, Carrie | 1/23/2019 | .50 | 112.00 | 56.00 | |
| Cook, Carrie | 1/24/2019 | .50 | 112.00 | 56.00 | |
| Cook, Carrie | 1/28/2019 | .75 | 112.00 | 84.00 | |
| Cook, Carrie | 1/29/2019 | 1.75 | 112.00 | 196.00 | |
| Cook, Carrie | 1/30/2019 | 1.00 | 112.00 | 112.00 | |
| Cook, Carrie | 1/31/2019 | 1.00 | 112.00 | 112.00 | |
| Project Engineer III | | | | | |
| Bellocci, Frank | 1/4/2019 | 2.00 | 150.00 | 300.00 | |
| Bellocci, Frank | 1/7/2019 | .50 | 150.00 | 75.00 | |
| Schmidt, David | 1/23/2019 | .50 | 150.00 | 75.00 | |
| Senior Project Administrator | | | | | |
| McCoy, Kaori | 1/15/2019 | .25 | 74.00 | 18.50 | |
| McCoy, Kaori | 1/16/2019 | .25 | 74.00 | 18.50 | |
| McCoy, Kaori | 1/28/2019 | .25 | 74.00 | 18.50 | |
| | Totals | 24.00 | | 2,773.50 | |
| | **Total Labor** | | | | 2,773.50 |

**Expenses**

Airfare

| 0013119 | 1/31/2019 | December & January 2019 Expenses / 01-09-19 D.SCHMIDT - DELTA AIR 0067289 | 372.38 | |
|---|---|---|---|---|
| 0013119 | 1/31/2019 | December & January 2019 Expenses / 01-09-19 D.SCHMIDT - AGENT FEE 8900749 | 7.00 | |
| | **Total Expenses** | | 379.38 | 379.38 |
| | | **Total This Project** | | **$3,152.88** |

Page 2

| Project | 0P2705.038.01 | P2705-38-1 Moss Landing-LB at LB | Invoice | 28499 |
|---|---|---|---|---|
| | | **Total this Report** | | **$3,152.88** |