Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
600 Montgomery Street, Suite 3100
San Francisco, CA 94111-2806
Telephone: 415.659.2600
Facsimile: 415.659.2601
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
David J. Richardson (SBN 168592)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: esagerman@bakerlaw.com
Email: drichardson@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel for Official Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>-and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION OF LAUREN T. ATTARD IN SUPPORT OF EX PARTE APPLICATION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS PURSUANT TO B.L.R. 9013-1(c) FOR ENTRY OF AN ORDER AUTHORIZING OVERSIZE BRIEF IN OBJECTION TO CONFIRMATION OF DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION DATED MARCH 16, 2020** |

Lauren T. Attard, under penalty of perjury, declares:

1. I am an attorney at Baker & Hostetler, LLP ("**Baker Hostetler**"), counsel to the Official Committee of Tort Claimants (hereafter, the "**TCC**") in the above captioned chapter 11

cases of PG&E Corporation and Pacific Gas and Electric Company (collectively, the "**Debtors**" or "**PG&E**").

2. I submit this Declaration in support of Ex Parte Application of the Official Committee of Tort Claimants for Entry of an Order Authorizing Oversize Brief in Objection to the Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization dated March 16, 2020 (the "**Application**"). The Application is filed concurrently herewith.

3. Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein.

4. Objections to confirmation of the Debtors' and Shareholder Proponents' Plan are due on May 15, 2020 [Dkt. 7182].

5. To adequately respond to the numerous issues raised in the Plan, the TCC respectfully submits it is necessary for its Confirmation Brief to exceed the 25-page limit.

6. I do not believe that the relief requested herein will prejudice the Debtors, the Shareholder Proponents or interested parties, nor do I believe the relief requested on behalf of the TCC is extraordinary or unreasonable in light of the circumstances.

7. The TCC therefore respectfully requests that the Court enter an order allowing the TCC to file a Confirmation Brief that exceeds 25 pages.

8. Prior to filing the Application, I contacted Stephen Karotkin, counsel for the Debtors, to inquire whether they would oppose or have no objection to the relief sought therein. Mr. Karotkin stated that he has no objection to this request.

*Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.*

Executed on May 15, 2020.

By: */s/ Lauren T. Attard*
Lauren T. Attard