1  UNITED STATES DEPARTMENT OF JUSTICE
   CIVIL DIVISION
2  JOSEPH H. HUNT
   Assistant Attorney General
3  RUTH A. HARVEY
   Director
4  KIRK MANHARDT
   Deputy Director
5  MATTHEW J. TROY
   RODNEY A. MORRIS
6  Senior Trial Counsel
   P.O. Box 875
7  Ben Franklin Station
   Washington, DC 20044-0875
8  Telephone: (202) 305-1759
   E-mail: Rodney.Morris2@usdoj.gov

   DAVID L. ANDERSON
10 United States Attorney

11 Attorneys for the United States of America

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | |
| - and - | Chapter 11 |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Lead Case) |
| **Debtors.** | (Jointly Administered) |
| ☐ Affects PG&E Corporation | Date: May 19, 2020 |
| ☐ Affects Pacific Gas and Electric Company | Time: 10:00 a.m. |
| ■ Affects both Debtors | Ctrm: 17 |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Judge: Dennis Montali |

**JOINDER OF THE UNITED STATES OF AMERICA IN THE CALIFORNIA STATE AGENCIES' OBJECTIONS TO CONFIRMATION OF DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION DATED MARCH 16, 2020 [DOCKET NO. 6320]**

The United States of America, on behalf of various federal agencies, hereby joins in the *California State Agencies' Objections to the Confirmation of the Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020* ("Objection") [Docket No 7281].[1] Specifically, the United States joins in the arguments made in sections A., B., and E. through H. of the Objection that this Court should not confirm the Plan. In addition, the United States incorporates by reference herein the arguments made in support of its *Objection to Schedule of Executory Contracts and Unexpired Leases to Be Assumed Pursuant to the Plan and Proposed Cure Amounts* [Docket No. 7273].

As noted in the Objection, the United States, with the California State Agencies, have been negotiating language for the Plan and the Confirmation Order to resolve these objections with the Plan Proponents, the TCC, and others, and remains amenable to continuing those negotiations prior to the Confirmation Hearing.

Date: May 15, 2020

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
DAVID L. ANDERSON (CABN 149604)
United States Attorney

/s/ Matthew J. Troy
RUTH A. HARVEY
Director
KIRK MANHARDT
Deputy Director
RODNEY A. MORRIS
MATTHEW J. TROY
Senior Trial Counsel
Attorneys for the United States

---

[1] Terms not otherwise defined herein shall have the meaning ascribed to them in the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March, 2020* [Docket. No. 6320].

# CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2020, I electronically filed the foregoing Objection with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

/s/ Matthew J. Troy
Senior Trial Counsel
Attorney for United States