MORGAN, LEWIS & BOCKIUS LLP
Richard W. Esterkin (SBN 70769)
300 South Grand Ave.
Los Angeles, CA 90071-3132
Tel: +1.213.612.2500
Fax: +1.213.612.2501
richard.esterkin@morganlewis.com

*Attorneys for AV Solar Ranch 1, LLC*

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO

| | |
|---|---|
| **In re** | Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | Chapter 11 |
| -and- | (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **JOINDER OF AV SOLAR RANCH 1, LLC TO LIMITED CURE OBJECTION OF CALPINE AND ITS SUBSIDIARIES TO THE DEBTORS' PROPOSED ASSUMPTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES UNDER THE DEBTORS' AND SHAREHOLDERS' JOINT CHAPTER 11 PLAN OF REORGANIZATION DATED MARCH 16, 2020** |
| **Debtors.** | |
| ☐ Affects PG&E Corporation | Hearing Date: May 27, 2020<br>Time: 10:00 a.m. (PST) |
| ☒ Affects Pacific Gas and Electric Company | |
| ☐ Affects both Debtors | Courtroom: Hon. Dennis Montali<br>450 Golden Gate Avenue<br>16th Floor, Courtroom 17<br>San Francisco, CA 94102 |
| *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | |

AV Solar Ranch 1, LLC ("AVSR") hereby files this this *Joinder* (the "Joinder") to the *Limited Cure Objection of Calpine and Its Subsidiaries to the Debtors' Proposed Assumption of Executory Contracts and Unexpired Leases under the Debtors' and Shareholders' Joint Chapter*

*11 Plan of Reorganization Dated March 16, 2020* [Dkt. No. 7214] (the "Calpine Objection")[1] and respectfully represents the following:

### BACKGROUND

1. AVSR and Pacific Gas and Electric Company (the "Utility") are parties to a Power Purchase and Sale Agreement pursuant to which the Utility agreed to purchase electric power generated by AVSR (the "Agreement").

2. The Plan provides that the Debtors intend to assume, among other things, all Energy Agreements, including the Agreement. *See* Plan at § 8.1(b).

3. However, the Debtors' *Schedule of Executory Contracts and Unexpired Leases to be Assumed Pursuant to the Plan and Proposed Cure Amounts* [Dkt. No. 7037] (the "Cure Notice"), does not provide for the full satisfaction of all amounts due and owing (both pre- and post-petition) as cure payments under the Agreement.

4. Given this discrepancy, AVSR – along with a number of other Energy Agreement counterparties – engaged with the Debtors and ultimately reached a solution to enable AVSR, along with other Energy Agreement counterparties, to reserve all rights and resolve such discrepancies in an orderly manner following confirmation of the Debtors' plan. However, the Debtors have not yet filed the notice reflecting this resolution; thereby necessitating this joinder and reservation of rights.

### JOINDER

5. Accordingly, AVSR hereby joins the Calpine Objection to reserve and preserve its rights with respect to the Agreement, Plan, Cure Amounts, and cure process generally. Like Calpine, AVSR supports the Debtors' efforts to assume all Energy Agreements – but AVSR agrees that the Plan, Cure Notice, and the terms of the Debtors' proposed assumption must be modified to comply with the Bankruptcy Code.

////

////

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Calpine Objection.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

DB1/ 114070808.1
05/15/20

2

Case: 19-30088    Doc# 7293    Filed: 05/15/20    Entered: 05/15/20 15:27:27    Page 2 of 3

## **RESERVATION OF RIGHTS**

6. AVSR further joins, and incorporate by reference, as if fully stated herein, the reservation of rights included in the Calpine Objection.

## **CONCLUSION**

WHEREFORE, AVSR respectfully requests entry of an order granting: (i) this Joinder; and (ii) such other and further relief as is just and proper.

Dated: May 15, 2020　　　　　　　　　　**MORGAN, LEWIS & BOCKIUS LLP**

By: */s/ Richard W. Esterkin*
Richard W. Esterkin (SBN 70769)

*Attorneys for AV Solar Ranch 1, LLC*