# Exhibit A

| Invoice Date | Invoice Number | Invoice Due Date | Discount Due Date | Invoice Amount |
|---|---|---|---|---|
| **Customer:** PACIF007 - Pacific Gas & Electric Company | | | **Phone Number:** (800) 743-5000 | |
| 11/30/2018 | 2966TV02 | 12/30/2018 | 12/10/2018 | 2,152.50 |
| 11/30/2018 | 2971CV01 | 12/30/2018 | 12/10/2018 | 2,264.00 |
| 11/30/2018 | 2980TV04 | 12/30/2018 | 12/10/2018 | 5,809.70 |
| 11/30/2018 | 2996TV03 | 12/30/2018 | 12/10/2018 | 2,644.50 |
| 11/30/2018 | 2998TV01 | 12/30/2018 | 12/10/2018 | 3,511.65 |
| 11/30/2018 | 3200TV02 | 12/30/2018 | 12/10/2018 | 2,152.50 |
| 11/30/2018 | 3201TV03 | 12/30/2018 | 12/10/2018 | 2,152.50 |
| 12/13/2018 | 2476TV10 | 1/12/2019 | 12/23/2018 | 230.00 |
| 12/13/2018 | 2572TV13 | 1/12/2019 | 12/23/2018 | 690.00 |
| 12/13/2018 | 2808TV09 | 1/12/2019 | 12/23/2018 | 1,840.00 |
| 12/13/2018 | 2884TV03 | 1/12/2019 | 12/23/2018 | 3,910.00 |
| 12/13/2018 | 2886TV03 | 1/12/2019 | 12/23/2018 | 230.00 |
| 12/13/2018 | 2887TV03 | 1/12/2019 | 12/23/2018 | 1,111.32 |
| 12/13/2018 | 2890TV04 | 1/12/2019 | 12/23/2018 | 3,396.80 |
| 12/13/2018 | 2963TV02 | 1/12/2019 | 12/23/2018 | 460.00 |
| 12/13/2018 | 2980TV03 | 1/12/2019 | 12/23/2018 | 673.40 |
| 12/13/2018 | 2996TV02 | 1/12/2019 | 12/23/2018 | 230.00 |
| 12/13/2018 | 2999TV02 | 1/12/2019 | 12/23/2018 | 6,701.80 |
| 12/13/2018 | 3201TV02 | 1/12/2019 | 12/23/2018 | 1,868.58 |
| 12/13/2018 | 3202TV02 | 1/12/2019 | 12/23/2018 | 230.00 |
| 12/13/2018 | 3210TV02 | 1/12/2019 | 12/23/2018 | 2,070.00 |
| 12/13/2018 | 3221EX01 | 1/12/2019 | 12/23/2018 | 2,385.00 |
| 12/13/2018 | 3222EX01 | 1/12/2019 | 12/23/2018 | 742.50 |
| 12/13/2018 | 3223EX01 | 1/12/2019 | 12/23/2018 | 742.50 |
| 12/13/2018 | 3224EX01 | 1/12/2019 | 12/23/2018 | 2,974.50 |
| 12/13/2018 | 3226EX01 | 1/12/2019 | 12/23/2018 | 3,352.50 |
| 12/13/2018 | 3227EX01 | 1/12/2019 | 12/23/2018 | 2,385.00 |
| 12/13/2018 | 3228TV01 | 1/12/2019 | 12/23/2018 | 2,385.00 |
| 12/13/2018 | 3229TV01 | 1/12/2019 | 12/23/2018 | 690.00 |
| 12/13/2018 | 3230TV01 | 1/12/2019 | 12/23/2018 | 4,899.80 |
| 12/13/2018 | 3231TV01 | 1/12/2019 | 12/23/2018 | 18,096.40 |
| 12/19/2018 | 2549TV01 | 1/18/2019 | 12/29/2018 | 8,412.60 |
| 12/19/2018 | 2550TV14 | 1/18/2019 | 12/29/2018 | 37.80 |
| 12/19/2018 | 2572TV14 | 1/18/2019 | 12/29/2018 | 771.34 |
| 12/19/2018 | 2819EX03 | 1/18/2019 | 12/29/2018 | 922.50 |
| 12/19/2018 | 2887TV04 | 1/18/2019 | 12/29/2018 | 2,227.50 |
| 12/19/2018 | 2903TV03 | 1/18/2019 | 12/29/2018 | 1,103.08 |
| 12/19/2018 | 2948HX06 | 1/18/2019 | 12/29/2018 | 201,898.42 |
| 12/19/2018 | 2999TV03 | 1/18/2019 | 12/29/2018 | 5,860.84 |
| 12/19/2018 | 3221EX02 | 1/18/2019 | 12/29/2018 | 2,235.02 |
| 12/19/2018 | 3225EX01 | 1/18/2019 | 12/29/2018 | 2,137.50 |
| 12/19/2018 | 3229TV02 | 1/18/2019 | 12/29/2018 | 2,990.00 |
| 12/19/2018 | 3231TV02 | 1/18/2019 | 12/29/2018 | 1,623.60 |
| 12/19/2018 | 3238TV01 | 1/18/2019 | 12/29/2018 | 1,380.00 |

| Date | Reference | Date 2 | Date 3 | Amount |
|---|---|---|---|---|
| 12/19/2018 | 3239TV01 | 1/18/2019 | 12/29/2018 | 9,545.58 |
| 12/19/2018 | 3240TV01 | 1/18/2019 | 12/29/2018 | 1,150.00 |
| 12/19/2018 | 3241TV01 | 1/18/2019 | 12/29/2018 | 3,200.00 |
| 12/19/2018 | 3242TV01 | 1/18/2019 | 12/29/2018 | 1,200.00 |
| 12/19/2018 | 3243EX01 | 1/18/2019 | 12/29/2018 | 832.50 |
| 12/19/2018 | 3244EX01 | 1/18/2019 | 12/29/2018 | 3,307.50 |
| 12/28/2018 | 2572TV15 | 1/27/2019 | 1/7/2019 | 1,755.82 |
| 12/28/2018 | 2810TV09 | 1/27/2019 | 1/7/2019 | 1,642.50 |
| 12/28/2018 | 2884TV04 | 1/27/2019 | 1/7/2019 | 2,603.00 |
| 12/28/2018 | 2887TV05 | 1/27/2019 | 1/7/2019 | 1,623.60 |
| 12/28/2018 | 2903TV04 | 1/27/2019 | 1/7/2019 | 9,464.66 |
| 12/28/2018 | 2903TV05 | 1/27/2019 | 1/7/2019 | 3,974.43 |
| 12/28/2018 | 2916TV02 | 1/27/2019 | 1/7/2019 | 230.00 |
| 12/28/2018 | 2918TV03 | 1/27/2019 | 1/7/2019 | 19,156.90 |
| 12/28/2018 | 2918TV04 | 1/27/2019 | 1/7/2019 | 1,821.94 |
| 12/28/2018 | 2980TV05 | 1/27/2019 | 1/7/2019 | 608.85 |
| 12/28/2018 | 2998TV02 | 1/27/2019 | 1/7/2019 | 5,540.42 |
| 12/28/2018 | 2999TV04 | 1/27/2019 | 1/7/2019 | 5,688.30 |
| 12/28/2018 | 3201TV04 | 1/27/2019 | 1/7/2019 | 1,014.75 |
| 12/28/2018 | 3221EX03 | 1/27/2019 | 1/7/2019 | 1,016.80 |
| 12/28/2018 | 3238TV02 | 1/27/2019 | 1/7/2019 | 2,530.00 |
| 12/28/2018 | 3239TV02 | 1/27/2019 | 1/7/2019 | 6,694.14 |
| 12/28/2018 | 3249EX01 | 1/27/2019 | 1/7/2019 | 450.00 |
| 12/28/2018 | 3250TV01 | 1/27/2019 | 1/7/2019 | 4,753.38 |
| 12/28/2018 | 3251TV01 | 1/27/2019 | 1/7/2019 | 6,104.50 |
| 12/28/2018 | 3254TV01 | 1/27/2019 | 1/7/2019 | 1,875.00 |
| 12/28/2018 | 3255TV01 | 1/27/2019 | 1/7/2019 | 1,937.22 |
| 12/31/2018 | 2260HX03 | 1/30/2019 | 1/10/2019 | 34,329.04 |
| 12/31/2018 | 2421TV05 | 1/30/2019 | 1/10/2019 | 7,517.32 |
| 12/31/2018 | 2572TV16 | 1/30/2019 | 1/10/2019 | 552.40 |
| 12/31/2018 | 2884TV05 | 1/30/2019 | 1/10/2019 | 5,896.00 |
| 12/31/2018 | 2897HX04 | 1/30/2019 | 1/10/2019 | 1,575.00 |
| 12/31/2018 | 2903TV06 | 1/30/2019 | 1/10/2019 | 36,067.50 |
| 12/31/2018 | 2918TV05 | 1/30/2019 | 1/10/2019 | 3,316.82 |
| 12/31/2018 | 2924HX03 | 1/30/2019 | 1/10/2019 | 3,636.45 |
| 12/31/2018 | 2948HX07 | 1/30/2019 | 1/10/2019 | 397,955.75 |
| 12/31/2018 | 2978HX02 | 1/30/2019 | 1/10/2019 | 19,679.28 |
| 12/31/2018 | 2998TV03 | 1/30/2019 | 1/10/2019 | 1,623.60 |
| 12/31/2018 | 2999TV05 | 1/30/2019 | 1/10/2019 | 4,033.30 |
| 12/31/2018 | 2999TV06 | 1/30/2019 | 1/10/2019 | 3,832.84 |
| 12/31/2018 | 2999TV08 | 1/30/2019 | 1/10/2019 | 5,928.60 |
| 12/31/2018 | 3219HX02 | 1/30/2019 | 1/10/2019 | 1,575.00 |
| 12/31/2018 | 3230TV02 | 1/30/2019 | 1/10/2019 | 2,152.50 |
| 12/31/2018 | 3239TV03 | 1/30/2019 | 1/10/2019 | 1,623.60 |
| 12/31/2018 | 3242TV02 | 1/30/2019 | 1/10/2019 | 1,200.00 |
| 12/31/2018 | 3247HX01 | 1/30/2019 | 1/10/2019 | 1,465.00 |
| 12/31/2018 | 3248HX01 | 1/30/2019 | 1/10/2019 | 1,710.00 |
| 12/31/2018 | 3250TV02 | 1/30/2019 | 1/10/2019 | 2,152.50 |
| 12/31/2018 | 3251TV02 | 1/30/2019 | 1/10/2019 | 4,833.90 |

| Date | Ref | Due | Date2 | Amount |
|---|---|---|---|---|
| 12/31/2018 | 3255TV02 | 1/30/2019 | 1/10/2019 | 1,016.80 |
| 12/31/2018 | 3256HX01 | 1/30/2019 | 1/10/2019 | 1,935.00 |
| 12/31/2018 | 3260TV01 | 1/30/2019 | 1/10/2019 | 4,840.00 |
| 12/31/2018 | 3261TV01 | 1/30/2019 | 1/10/2019 | 1,300.00 |
| 12/31/2018 | 3262TV01 | 1/30/2019 | 1/10/2019 | 3,724.64 |
| 1/9/2019 | 2948HX08 | 2/8/2019 | 1/19/2019 | 99,994.32 |
| 1/9/2019 | 3272HX01 | 2/8/2019 | 1/19/2019 | 2,571.83 |
| 1/10/2019 | 2903TV07 | 2/9/2019 | 1/20/2019 | 1,710.00 |
| 1/10/2019 | 2999TV07 | 2/9/2019 | 1/20/2019 | 6,903.98 |
| 1/10/2019 | 3201TV05 | 2/9/2019 | 1/20/2019 | 460.00 |
| 1/10/2019 | 3238TV03 | 2/9/2019 | 1/20/2019 | 2,824.40 |
| 1/10/2019 | 3240TV02 | 2/9/2019 | 1/20/2019 | 3,085.38 |
| 1/10/2019 | 3243EX02 | 2/9/2019 | 1/20/2019 | 3,738.12 |
| 1/10/2019 | 3268TV01 | 2/9/2019 | 1/20/2019 | 7,600.00 |
| 1/10/2019 | 3269TV01 | 2/9/2019 | 1/20/2019 | 1,577.40 |
| 1/10/2019 | 3270EX01 | 2/9/2019 | 1/20/2019 | 2,295.00 |
| 1/11/2019 | 2390TV07 | 2/10/2019 | 1/21/2019 | 5,537.32 |
| 1/11/2019 | 3271TV01 | 2/10/2019 | 1/21/2019 | 7,170.06 |
| 1/16/2019 | 2260HX04 | 2/15/2019 | 1/26/2019 | 11,199.71 |
| 1/16/2019 | 2572TV17 | 2/15/2019 | 1/26/2019 | 460.00 |
| 1/16/2019 | 2810TV10 | 2/15/2019 | 1/26/2019 | 690.00 |
| 1/16/2019 | 2873TV04 | 2/15/2019 | 1/26/2019 | 541.20 |
| 1/16/2019 | 2884TV06 | 2/15/2019 | 1/26/2019 | 570.00 |
| 1/16/2019 | 2889TV03 | 2/15/2019 | 1/26/2019 | 847.00 |
| 1/16/2019 | 2978HX03 | 2/15/2019 | 1/26/2019 | 9,054.16 |
| 1/16/2019 | 2997TV03 | 2/15/2019 | 1/26/2019 | 2,972.74 |
| 1/16/2019 | 2998TV04 | 2/15/2019 | 1/26/2019 | 2,615.50 |
| 1/16/2019 | 3229TV03 | 2/15/2019 | 1/26/2019 | 1,465.86 |
| 1/16/2019 | 3238TV04 | 2/15/2019 | 1/26/2019 | 1,732.42 |
| 1/16/2019 | 3240TV03 | 2/15/2019 | 1/26/2019 | 7,211.68 |
| 1/16/2019 | 3268TV02 | 2/15/2019 | 1/26/2019 | 3,336.00 |
| 1/16/2019 | 3278TV01 | 2/15/2019 | 1/26/2019 | 4,174.60 |
| 1/16/2019 | 3279TV01 | 2/15/2019 | 1/26/2019 | 2,677.24 |
| 1/16/2019 | 3280EX01 | 2/15/2019 | 1/26/2019 | 1,957.50 |
| 1/16/2019 | 3281TV01 | 2/15/2019 | 1/26/2019 | 6,436.90 |
| 1/16/2019 | 3282TV01 | 2/15/2019 | 1/26/2019 | 4,393.18 |
| 1/16/2019 | 3283HX01 | 2/15/2019 | 1/26/2019 | 1,655.00 |
| 1/16/2019 | 3285TV01 | 2/15/2019 | 1/26/2019 | 918.50 |
| 1/16/2019 | 3286TV01 | 2/15/2019 | 1/26/2019 | 1,200.00 |
| 1/16/2019 | 3287TV01 | 2/15/2019 | 1/26/2019 | 230.00 |
| 1/17/2019 | 2948HX09 | 2/16/2019 | 1/27/2019 | 120,156.95 |
| 1/18/2019 | 2948HX10 | 2/17/2019 | 1/28/2019 | 19,993.79 |
| 1/24/2019 | 2810TV11 | 2/23/2019 | 2/3/2019 | 299.12 |
| 1/24/2019 | 2916TV03 | 2/23/2019 | 2/3/2019 | 2,620.08 |
| 1/24/2019 | 2918TV06 | 2/23/2019 | 2/3/2019 | 827.20 |
| 1/24/2019 | 2919TV06 | 2/23/2019 | 2/3/2019 | 1,399.66 |
| 1/24/2019 | 3240TV04 | 2/23/2019 | 2/3/2019 | 320.00 |
| 1/24/2019 | 3281TV02 | 2/23/2019 | 2/3/2019 | 6,592.46 |
| 1/25/2019 | 2260HX05 | 2/24/2019 | 2/4/2019 | 2,737.75 |

| Date | Ref | Due Date | Date 2 | Amount |
|---|---|---|---|---|
| 1/25/2019 | 2510TV11 | 2/24/2019 | 2/4/2019 | 12,870.00 |
| 1/25/2019 | 2873TV05 | 2/24/2019 | 2/4/2019 | 1,521.60 |
| 1/25/2019 | 2917TV02 | 2/24/2019 | 2/4/2019 | 230.00 |
| 1/25/2019 | 2948HX11 | 2/24/2019 | 2/4/2019 | 46,713.79 |
| 1/25/2019 | 2963TV03 | 2/24/2019 | 2/4/2019 | 230.00 |
| 1/25/2019 | 2978HX04 | 2/24/2019 | 2/4/2019 | 5,453.66 |
| 1/25/2019 | 3210TV03 | 2/24/2019 | 2/4/2019 | 1,380.00 |
| 1/25/2019 | 3301TV01 | 2/24/2019 | 2/4/2019 | 2,182.90 |
| 1/25/2019 | 3302EX01 | 2/24/2019 | 2/4/2019 | 2,556.00 |
| 1/25/2019 | 3303EX01 | 2/24/2019 | 2/4/2019 | 6,948.00 |
| 1/25/2019 | 3304TV01 | 2/24/2019 | 2/4/2019 | 1,773.00 |
| 1/29/2019 | 2948HX12 | 2/28/2019 | 2/8/2019 | 68,101.93 |
| 1/30/2019 | 2260HX06 | 3/1/2019 | 2/9/2019 | 8,379.15 |
| 1/30/2019 | 2810TV12 | 3/1/2019 | 2/9/2019 | 1,623.60 |
| 1/30/2019 | 2948HX13 | 3/1/2019 | 2/9/2019 | 21,403.92 |
| 1/30/2019 | 2978HX05 | 3/1/2019 | 2/9/2019 | 2,465.00 |
| 1/30/2019 | 2978HX06 | 3/1/2019 | 2/9/2019 | 1,575.00 |
| 1/30/2019 | 3210TV04 | 3/1/2019 | 2/9/2019 | 230.00 |
| 1/30/2019 | 3241TV02 | 3/1/2019 | 2/9/2019 | 800.00 |
| 1/30/2019 | 3243EX03 | 3/1/2019 | 2/9/2019 | 1,016.80 |
| 1/30/2019 | 3269TV02 | 3/1/2019 | 2/9/2019 | 2,681.40 |
| 1/30/2019 | 3281TV03 | 3/1/2019 | 2/9/2019 | 5,437.23 |
| 1/30/2019 | 3292HX01 | 3/1/2019 | 2/9/2019 | 1,303.45 |
| 1/30/2019 | 3293HX01 | 3/1/2019 | 2/9/2019 | 1,303.45 |
| 1/30/2019 | 3316HX01 | 3/1/2019 | 2/9/2019 | 1,850.00 |
| 1/30/2019 | 3317HX01 | 3/1/2019 | 2/9/2019 | 3,966.41 |
| **Customer PACIF007 - Pacific Gas & Electric Company Totals:** | | | | **1,540,527.58** |
| **Company Nor Cal Pipeline Services Totals:** | | | | **1,540,527.58** |