DOWNEY BRAND LLP
JAMIE P. DREHER (Bar No. 209380)
jdreher@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone:    916.444.1000
Facsimile:    916.444.2100

Attorneys for A. Teichert & Son, Inc. d/b/a
Teichert Aggregates ("Teichert")

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 19-30088-DM |
| PG&E Corporation | Chapter 11 |
| and | **AMENDED PROOF OF SERVICE** |
| PACIFIC GAS AND ELECTRIC COMPANY. | |
| Debtors. | Date:    May 27, 2020<br>Time:    10:00 a.m.<br>Place:    Courtroom 17<br>       450 Golden Date Avenue<br>       San Francisco, CA 94102<br>Judge:    Hon. Dennis Montali |
| [ ] Affects PG&E Corporation<br>[ ] Affects Pacific Gas and Electric Company<br>[x] Affects Both Debtors,<br><br>*All papers shall be filed in the Lead Case No. 19-30088-DM | |

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Sacramento, State of California. My business address is 621 Capitol Mall, 18th Floor, Sacramento, CA 95814.

On May 15, 2020, I served true copies of the following document(s) described as

- **TEICHERT AGGREGATES' OBJECTION TO PROPOSED CURE AMOUNT**

- **DECLARATION OF SEAN COLLINS IN SUPPORT OF TEICHERT AGGREGATES' OBJECTION TO PROPOSED CURE AMOUNT**

on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

1637996v1

DOWNEY BRAND LLP

1  **BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case

2  who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the

3  court rules.

4  **BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a copy of the document(s) to be sent from e-mail address mfrazier@downeybrand.com to the persons at the e-

5  mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

6

7  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this

8  Court at whose direction the service was made.

9  Executed on May 15, 2020, at Sacramento, California.

10

11  Marci Frazier

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1637996v1

**SERVICE LIST**

**Attorneys for Debtors**
WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin
Jessica Liou
Matthew Goren
Tom Schinckel
Stephen.karotkin@weil.com
Jessica.liou@weil.com
Matthew.goren@weil.com

**Attorneys for Debtors**
KELLER BENVENUTTI KIM LLP
Tobias S. Keller
Jane Kim
tkeller@kbkllp.com

**Attorneys for Shareholder Proponents**
JONES DAY
Bruce S. Bennett
Joshua M. Mester
James O. Johnston
bbennett@jonesday.com
jmester@jonesday.com
jjohnston@jonesday.com

**Counsel for Administrative Agent under Debtors' DIP Financing Facility**
STROOCK & STROOCK & LAVAN LLP
Frank A. Merola
khansen@stroock.com
egilad@stroock.com
mgarofalo@stroock.com
fmerola@stroock.com

**Counsel for collateral agent under Debtors' DIP Financing Facility**
DAVIS POLK & WARDELL LLP
Eli J. Vonnegut
David Schiff
Timothy Graulich
eli.vonnegut@davispolk.com
david.schiff@davispolk.com
timothy.graulich@davispolk.com

**Counsel to the California Public Utilities Commission**
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Alan W. Kornberg
Brian Hermann
Walter Rieman
akornberg@paulweiss.com
bhermann@paulweiss.com
wrieman@paulweiss.com
smitchell@paulweiss.com
ndonnelly@paulweiss.com

DOWNEY BRAND LLP

**Office of the U.S. Trustee for Region 17**
James Snyder
Timothy Laffredi
James.L.Snyder@usdoj.gov
timothy.s.laffredi@usdoj.gov
Marta.Villacorta@usdoj.gov

**U.S. Nuclear Regulatory Commission**
Anita Ghosh Naber
anita.ghoshnaber@nrc.gov

**Counsel for U.S. on behalf of Federal Energy Regulatory Commission**
U.S. Department of Justice
1101 L Street, NW, Room 7106
Washington, DC 20005
Danielle Pham
danielle.pham@usdoj.gov

**Counsel for Unsecured Creditors Committee**
MILBANK LLP
Dennis F. Dunne
Sam Khalil
ddunne@milbank.com
skhalil@milbank.com
Gbray@milbank.com
TKreller@milbank.com
astone@milbank.com
svora@milbank.com

**Counsel for PG&E Shareholders**
JONES DAY
Bruce Bennett
Joshua Mester
James Johnson
bbennett@jonesday.com
jmester@jonesday.com
jjohnston@jonesday.com

**Counsel for Tort Claimants Committee**
BAKER & HOSTETLER LLP
Eric Sagerman
Cicily Dumas
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
esagerman@bakerlaw.com
cdumas@bakerlaw.com

**Co-Counsel to Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company**
BRAUNHAGEY & BORDEN LLP
J. Noah Hagey
Jeffrey Theodore
David Kwasniewski
Andrew Levine
hagey@braunhagey.com
theodore@braunhagey.com
kwasniewski@braunhagey.com
levine@braunhagey.com

**Counsel to Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company**
Ashley Vinson Crawford
AKIN GUMP STRAUSS HAUER & FELD
avcrawford@akingump.com

DOWNEY BRAND LLP

**Counsel for Ad Hoc Group of**
**Subrogation Claim Holders**
Kathryn Diemer
Alexander Lewicki
DIEMER & WEIL LLP
kdiemer@diemerwei.com
alewicki@diemerwei.com

**Counsel for Ad Hoc Group of**
**Subrogation Claim Holders**
WILKIE FARR & GALLAGHER LLP
Matthew Feldman
Joseph Minias
Daniel Forman
Benjamin McCallen
Antonio Yanez
Erica Kerman
Jonathan Waisnor
Matthew Freimuth
mfeldman@willkie.com
jminias@willkie.com
dforman@willkie.com
bmccallen@willkie.com
ayanez@willkie.com
ekerman@willkie.com
jwaisnor@willkie.com
mfreimuth@willkie.com

DOWNEY BRAND LLP

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1637996v1