**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**,<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors**.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br><br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**STIPULATION BETWEEN THE DEBTORS AND SBA STEEL II, LLC EXTENDING TIME TO FILE OBJECTION TO PROPOSED CURE AMOUNT**<br><br>[No Hearing Requested] |

This stipulation and agreement for order ("**Stipulation and Agreement for Order**") is entered into by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), and SBA Steel II, LLC ("**SBA Steel**"). The Debtors and SBA Steel are referred to in this Stipulation and Agreement for Order collectively as the "**Parties**," and each as a "**Party**." The Parties hereby stipulate and agree as follows:

## RECITALS

A. On March 17, 2020, the United States Bankruptcy Court for the Northern District of California (the "**Bankruptcy Court**") entered an Order (the "**Solicitation Procedures Order**") that, among other things, approved the disclosure statement for the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* (as may be amended, modified, or supplemented from time to time, and together with all exhibits and schedules thereto, the "**Plan**"). In accordance with the Solicitation Procedures Order, the Debtors commenced solicitation of their Plan on or about March 30, 2020, and the hearing to consider confirmation of the Plan is scheduled for May 27, 2020.

B. Consistent with the provisions of the Plan, on May 1, 2020, the Debtors filed that certain *Notice of Filing of Plan Supplement in Connection with Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization dated March 16, 2020* [Docket No. 7037] (the "**Plan Supplement**"). The Debtors' proposed schedule of executory contracts and unexpired leases (the "**Schedule of Assumed Contracts**[1]") to be assumed under the Plan and corresponding proposed Cure Amounts were set forth as <u>Exhibit B</u> to the Plan Supplement.

C. Consistent with the provisions of the Plan, and as set forth in the Schedule of Assumed Contracts and the related notices served on counterparties to any agreements listed in the Schedule of Assumed Contracts, any objection by a counterparty to an executory contract or

---

[1] Capitalized terms used but not herein defined have the meanings ascribed to such terms in the Schedule of Assumed Contracts.

Case: 19-30088    Doc# 7307    Filed: 05/15/20    Entered: 05/15/20 15:39:23    Page 2 of 4

unexpired lease to (i) any Cure Amount, (ii) the ability of the Reorganized Debtors or any assignee to provide "adequate assurance of future performance" (within the meaning of section 365 of the Bankruptcy Code) under the executory contract or unexpired lease to be assumed, or (iii) any other matter pertaining to assumption, assumption and assignment, or the Cure Amounts required by section 365(b)(1) of the Bankruptcy Code (each, an "**Objection**") was required to be filed, served, and actually received by the Debtors before the deadline set to file objections to confirmation of the Plan, at 4:00 p.m. (Prevailing Pacific Time) on May 15, 2020 (the "**Objection Deadline**").

D. Counsel for SBA Steel has requested, and counsel for the Debtors has agreed, to extend the Objection Deadline for SBA Steel to file an Objection to its proposed Cure Amount as set forth herein.

**NOW, THEREFORE, UPON THE FOREGOING RECITALS, WHICH ARE INCORPORATED AS THOUGH FULLY SET FORTH HEREIN, IT HEREBY IS STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THE COURT TO ORDER, THAT:**

1. The time for SBA Steel to file and serve an Objection to its proposed Cure Amount is extended through 4:00 p.m. (Prevailing Pacific Time) on May 19, 2020.

2. This Stipulation shall constitute the entire agreement and understanding of the parties relating to the subject matter hereof and shall supersede all prior agreements and understandings relating to the subject matter hereof.

3. This Stipulation may be executed in counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same agreement.

4. The Bankruptcy Court shall retain jurisdiction to resolve any disputes or controversies arising from this Stipulation.

[*Signatures on Next Page*]

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| | |
|---|---|
| Dated: May 15, 2020 | Dated: May 15, 2020 |
| WEIL, GOTSHAL & MANGES LLP<br>KELLER BENVENUTTI KIM LLP | SAUL EWING ARNSTEIN & LEHR LLP |
| /s/ *Matthew Goren*<br>Matthew Goren | /s/ *Lucian Murley*<br>Lucian Murley |
| *Attorneys for Debtors*<br>*and Debtors in Possession* | *Attorneys for SBA Steel II, LLC* |