Steven S. Kane, Esq., SBN: 061670
Bonnie E. Kane, Esq., SBN: 167700
**THE KANE LAW FIRM**
402 W. Broadway, Suite 2500
San Diego, CA 92101
Telephone: (619) 236-8700
Facsimile: (619) 236-1370
E-mail: skane@thekanelawfirm.com
E-mail: bonnie@thekanelawfirm.com

Attorneys KAREN GOWINS Creditor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>-and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br>          Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas & Electric<br>■ Affects Both Debtors | Case No. 19-30088-DM<br><br>**JOINDER OF KAREN GOWINS IN GARRISON OBJECTION TO PROPOSED REORGANIZATION PLAN**<br><br>Date: May 27, 2020<br>Time: 10:00 p.m.<br>Place: U.S. Bankruptcy Court<br>       Courtroom 17, 16th Floor<br><br>Related to: Docket Number 7194 |

Karen Gowins, a Fire Victim claimant and Creditor in this Chapter 11 case, and, a former member of the Official Tort Claims Committee, hereby joins in the Garrison Objection to Proposed Reorganization Plan (Dkt No. 7194). Ms. Gowins is the former Controller for the Town of Paradise. She and her family lost their homes in the Campfire, and she has filed a timely proof of claim, is a party in interest and has standing to object to the Proposed Plan. (11 U.S.C. §

JOINDER OF KAREN GOWINS IN GARRISON OBJECTION TO PROPOSED REORGANIZATION PLAN

1324(a).)

Further, she reserves all rights to be heard by the Court in connection with the Plan Confirmation and also reserves her right to amend, supplement or otherwise modify her joinder to the Garrison Objection prior to or at the confirmation hearing.

DATED: May 15, 2020.

Respectfully submitted,

THE KANE LAW FIRM

By: _____/s/ *Bonnie E. Kane*_____
        Bonnie E. Kane
Attorneys for KAREN GOWINS, Creditor

JOINDER OF KAREN GOWINS IN GARRISON OBJECTION TO PROPOSED REORGANIZATION PLAN