TROUTMAN SANDERS LLP
Jared D. Bissell (SBN 272687)
222 Central Park Ave
Suite 2000
Virginia Beach, VA 23462
Telephone:    757.687.7713
Facsimile:    757.687.7510

-and-

TROUTMAN SANDERS LLP
Harris B. Winsberg (admitted *pro hac vice*)
Matthew G. Roberts (admitted *pro hac vice*)
Bank of America Plaza
600 Peachtree Street NE
Suite 3000
Atlanta, GA  30308-2216
Telephone:    404.885.3000
Facsimile:    404.885.3900

*Attorneys for Southern Power Company*

TROUTMAN SANDERS LLP
Hugh M. McDonald (admitted *pro hac vice*)
875 Third Ave
New York, NY 10022
Telephone:    212.704.6000
Facsimile:    212.704.6288

*Attorneys for Consolidated Edison Development, Inc., PSEG and PSEG Solar Source LLC*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:<br><br>PG&E Corporation<br><br>-and-<br><br>Pacific Gas and Electric Company,<br><br>Debtors.<br><br>❑ Affects PG&E Corporation<br><br>❑ Affects Pacific Gas and Electric Company<br><br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 | Case No.  19-30088<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**JOINDER OF SOUTHERN POWER COMPANY, PSEG, PSEG SOLAR SOURCE LLC AND CONSOLIDATED EDISON DEVELOPMENT, INC. TO LIMITED CURE OBJECTION OF CALPINE AND ITS SUBSIDIARIES TO THE DEBTORS' PROPOSED ASSUMPTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES UNDER THE DEBTORS' AND SHAREHOLDERS' JOINT CHAPTER 11 PLAN OF REORGANIZATION DATED MARCH 16, 2020**<br><br>Date:      May 27, 2020<br>Time:     10:00 a.m. (Pacific)<br>Place:     United States Bankruptcy Court<br>              Courtroom 17, 16th Floor<br>              San Francisco, CA 94102<br><br>[Ref. Docket Nos. 6032, 7037, & 7214] |

42310771

Southern Power Company, on behalf of itself and certain of its affiliates[1] (collectively, "Southern"), PSEG and PSEG Solar Source LLC, on behalf of themselves and certain of their affiliates[2] (collectively, "PSEG"), and Consolidated Edison Development, Inc., on behalf of itself and certain of its affiliates[3] (collectively, "ConEd"; and, together with Southern and PSEG, the "Objectors"), by and through respective undersigned counsel, hereby file this *Joinder* (the "Joinder") to the *Limited Cure Objection of Calpine and Its Subsidiaries to the Debtors' Proposed Assumption of Executory Contracts and Unexpired Leases under the Debtors' and Shareholders' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020* [Dkt. No. 7214] (the "Calpine Objection")[4] and respectfully represent the following:

## BACKGROUND

1. The Objectors (separately) and the Debtors are party to a number of agreements related to energy generation and procurement, including, without limitation, generator interconnection agreements ("IAs") and power purchase agreements ("PPAs"). The IAs and PPAs, as each may have been supplemented, modified, amended, or restated, are sometimes collectively referred to hereinafter as the "Energy Agreements."

2. The Plan provides that the Debtors intend to assume, among other things, all Energy Agreements. *See* Plan at § 8.1(b).

3. However, the Debtors' *Schedule of Executory Contracts and Unexpired Leases to be Assumed Pursuant to the Plan and Proposed Cure Amounts* [Dkt. No. 7037] (the "Cure Notice"), does not include all of the Objectors' Energy Agreements and does not provide for the full satisfaction of all amounts due and owing (both pre- and post-petition) as cure payments under the Objectors' Energy Agreements.

---

[1] Including: Morelos Solar, LLC; Blackwell Solar, LLC; Lost Hills Solar, LLC, North Star Solar, LLC; Parrey, LLC; Adobe Solar, LLC; and RE Tranquillity LLC.
[2] Including: Ignite Solar Holdings 1, LLC and Columbia Solar Energy.
[3] Including: Alpaugh 50, LLC, Alpaugh North, LLC, CED Corcoran Solar, LLC, CED Corcoran Solar 3, LLC, CED White River Solar, LLC, CED White River Solar 2, LLC, Coram California Development, LP, CED Avenal Solar, LLC, CED Oro Loma Solar, LLC, CED Lost Hills Solar, LLC, Mesquite Solar 1, LLC, Copper Mountain Solar 1, LLC, Copper Mountain Solar 2, LLC and Great Valley Solar 4, LLC.
[4] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Calpine Objection.

4. Given these discrepancies, the Objectors – along with a number of other Energy Agreement counterparties – engaged with the Debtors and ultimately reached a solution to enable the Objectors and other Energy Agreement counterparties to reserve all rights and resolve such discrepancies in an orderly manner following confirmation of the Debtors' Plan. However, the Debtors have not yet filed the notice reflecting this resolution; thereby necessitating this joinder and reservation of rights.

## JOINDER

5. Accordingly, the Objectors hereby join the Calpine Objection to reserve and preserve the Objectors' rights with respect to the Energy Agreements, Plan, Cure Amounts, and cure process generally. Like Calpine, the Objectors support the Debtors' efforts to assume all Energy Agreements – but the Objectors agree that the Plan, Cure Notice, and the terms of the Debtors' proposed assumption must be modified to comply with the Bankruptcy Code.

## RESERVATION OF RIGHTS

6. The Objectors further join and incorporate by reference, as if fully stated herein, the reservation of rights included in the Calpine Objection.

## CONCLUSION

WHEREFORE, the Objectors respectfully request entry of an order granting: (i) this Joinder; and (ii) such other and further relief as is just and proper.

Dated:    May 15, 2020

[*Signatures on following page*]

//
//
//
//
//
//

| | |
|---|---|
| **TROUTMAN SANDERS LLP** | **TROUTMAN SANDERS LLP** |
| By: /s/ *Hugh M. McDonald* | By: /s/ *Harris B. Winsberg* |
| Hugh M. McDonald<br>TROUTMAN SANDERS LLP<br>875 Third Ave<br>New York, NY 10022<br>Telephone: 212.704.6000<br>Facsimile: 212.704.6288<br>hugh.mcdonald@troutman.com | Harris B. Winsberg<br>Matthew G. Roberts<br>TROUTMAN SANDERS LLP<br>600 Peachtree St. NE<br>Suite 3000<br>Atlanta, GA 30308<br>Telephone: 404.885.3000<br>Facsimile: 404.885.3900<br>harris.winsberg@troutman.com<br>matthew.roberts2@troutman.com |
| Jared D. Bissell (SBN 272687)<br>222 Central Park Ave<br>Suite 2000<br>Virginia Beach, VA 23462<br>Telephone: 757.687.7713<br>Facsimile: 757.687.7510<br>jared.bissell@troutman.com | Jared D. Bissell (SBN 272687)<br>222 Central Park Ave<br>Suite 2000<br>Virginia Beach, VA 23462<br>Telephone: 757.687.7713<br>Facsimile: 757.687.7510<br>jared.bissell@troutman.com |
| *Attorneys for Consolidated Edison Development, Inc., PSEG and PSEG Solar Source LLC* | *Attorneys for Southern Power Company* |

TROUTMAN SANDERS LLP
BANK OF AMERICA PLAZA
600 PEACHTREE STREET NE
SUITE 3000
ATLANTA, GA 30308-2216