JACOB T. BEISWENGER (S.B. #321012)
jbeiswenger@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071-2899
Telephone:    (213) 430-6000
Facsimile:    (213) 430-6407

PETER FRIEDMAN (*pro hac vice*)
pfriedman@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Telephone:    (202) 383-5300
Facsimile:    (202) 383-5414

NANCY A. MITCHELL (*pro hac vice*)
nmitchell@omm.com
MATTHEW L. HINKER (*pro hac vice*)
mhinker@omm.com
O'MELVENY & MYERS LLP
7 Times Square
New York, New York 10036
Telephone:    (212) 326-2000
Facsimile:    (213) 326-2061

*Attorneys for Governor Gavin Newsom*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>   -and-<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>               Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas & Electric Company<br>☒ Affects both Debtors<br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11 Lead Case<br>(Jointly Administered)<br><br>**GOVERNOR GAVIN NEWSOM'S RESERVATION OF RIGHTS IN CONNECTION WITH CONFIRMATION OF DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION**<br><br>**[Related to Docket No. 5700]**<br><br>Date:    May 27, 2020<br>Time:    10:00 a.m. (Pacific Time)<br>Place:   United States Bankruptcy Court<br>        Courtroom 17, 16th Floor<br>        San Francisco, CA 94102 |

Governor Gavin Newsom, by and through his counsel, O'Melveny & Myers LLP, respectfully submits this reservation of rights (the "**Reservation of Rights**") in connection with the hearing to consider confirmation of the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020* [Docket No. 6320] (the "**Plan**").[1] Governor

---

[1] Capitalized terms used but not defined herein have the meaning given to such terms in the Disclosure Statement.

Newsom files this Reservation of Rights in his official capacity as Governor of the state of California, but not on behalf of any agency, department, unit or entity of the state of California.[2] In support of the Reservation of Rights, Governor Newsom respectfully states as follows:

1.      The Debtors and the Governor's Office continue to work to implement the commitments reflected in the *Debtors' Motion Pursuant to 11 U.S.C. §§ 105 and 363 and Fed. R. Bankr. P. 9019 for Entry of an Order (I) Approving Case Resolution Contingency Process and (II) Granting Related Relief* [Docket No. 6398] (the "**Case Resolution Contingency Process**") and Plan OII.

2.      The Debtors' commitments include a requirement that the Plan Documents (including documents included in the Plan Supplement) and any amendments to the Plan be in form and substance acceptable to the Governor's Office. The Plan Documents are not final and therefore, the Governor's Office has not yet reviewed and approved each of the Plan Documents.

3.      Governor Newsom expects the Debtors to fulfill their commitments by the Effective Date. Therefore, the Governor does not object to confirmation of the Plan, and provided the Debtors complete the implementation of their commitments, the Governor supports the confirmation of the Plan.

Dated:    May 15, 2020                          **O'MELVENY & MYERS LLP**

By:   */s/ Jacob T. Beiswenger*
      JACOB T. BEISWENGER

By:   */s/ Matthew L. Hinker*
      NANCY A. MITCHELL (*pro hac vice*)
      PETER FRIEDMAN (*pro hac vice*)
      MATTHEW HINKER (*pro hac vice*)

      *Attorneys for Governor Gavin Newsom*

---

[2]  The Attorney General has appeared in these proceedings on behalf of certain agencies and departments of the state of California. The Governor does not take a position on the issues raised in those filings in this pleading.

Case: 19-30088    Doc# 7317    Filed: 05/15/20    Entered: 05/15/20 15:49:39    Page 2 of 2