DOWNEY BRAND LLP
JAMIE P. DREHER (Bar No. 209380)
Email: jdreher@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone:    916.444.1000
Facsimile:    916.444.2100

DEMAS LAW GROUP, P.C.
JOHN DEMAS (Bar No. 161563)
Email: jnd@demaslawgroup.com
701 Howe Avenue, Suite A-1
Sacramento, CA 95825
Telephone:    916.764.3889
Facsimile:    916.444.8250
Attorneys for John Lee Clark

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E Corporation,<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>[ ] Affects PG&E Corporation<br>[ ] Affects Pacific Gas and Electric Company<br>[x] Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088-DM, | Case No. 19-30088-DM<br><br>Chapter 11<br>Lead Case, Jointly Administered<br><br>**JOINDER TO SUPPORT OF CREDITOR, RAVIN SKONDIN'S OBJECTION TO CONFIRMATION OF DEBTORS' AND SHAREHOLDER PROPONENTS' REORGANIZATION, DATED MARCH 16, 2020**<br><br>Date:    May 27, 2020<br>Time:    10:00 a.m.<br>Crtrm.:    Courtroom 17<br>    450 Golden Gate Avenue<br>    San Francisco, CA 94102<br>Judge:    Hon. Dennis Montali<br><br>RELATED DOCKET NOS: 6320 and 7295 |

Creditor John Lee Clark, by and through counsel, hereby joins the well-reasoned and directly applicable Objection to Confirmation [etc.] filed by creditor Ravin Skondin (Docket No. 7295), incorporates here the argument and authority therein, and also includes and repeats here the same reservation of rights.

| | | |
|---|---|---|
| DATED: May 15, 2020 | | DOWNEY BRAND LLP |
| | By: | /s/ Jamie P. Dreher |
| | | JAMIE P. DREHER |
| | | Attorneys for John Lee Clark |