1
2
3
4

## **EXHIBIT B**

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

CRAVATH, SWAINE & MOORE LLP
Paul H. Zumbro (*pro hac vice*)
(pzumbro@cravath.com)
Kevin J. Orsini (*pro hac vice*)
(korsini@cravath.com)
Omid H. Nasab (*pro hac vice*)
(onasab@cravath.com)
825 Eighth Avenue
New York, NY 10019
Tel: 212 474 1000
Fax: 212 474 3700

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors.** | **NOTICE OF FILING OF AMENDMENT TO TORT CLAIMANTS RESTRUCTURING SUPPORT AGREEMENT** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | **[Relates to Dkt. No. 5038]** |
| *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Date: December 17, 2019<br>Time: 10:00 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PLEASE TAKE NOTICE** that, on December 9, 2019, PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned chapter 11 cases, filed the *Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 for Entry of an Order (i) Authorizing the Debtors and TCC to Enter into Restructuring Support Agreement with the TCC, Consenting Fire Claimant Professionals, and Shareholder Proponents, and (ii) Granting Related Relief* [Docket No. 5038] (the "**Tort Claimants RSA Motion**"). A copy of that certain Restructuring Support Agreement, dated as of December 6, 2019, among the Debtors, the TCC, the Consenting Fire Claimant Professionals, and Shareholder Proponents parties thereto (the "**Original Tort Claimants RSA**") was attached as **Exhibit A** to the Tort Claimants RSA Motion.

**PLEASE TAKE FURTHER NOTICE** that, on December 16, 2019, pursuant to Section 7 of the Original Tort Claimants RSA, the Debtors, the Requisite Consenting Fire Claimant Professionals[1], and the Shareholder Proponents agreed to an amendment of the Tort Claimants RSA (the "**Tort Claimants RSA Amendment**") that, among other things, eliminates Section 3(a)(iii) of the Original Tort Claimants RSA that would automatically terminate the Original Tort Claimants RSA if the Governor of California advises the Debtors that their chapter 11 plan does not, in his sole judgment, comply with Assembly Bill 1054 and the chapter 11 plan is not modified in a manner acceptable to the Governor by December 17, 2019.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit 1** is a copy of the executed Tort Claimants RSA Amendment.

**PLEASE TAKE FURTHER NOTICE** that copies of the Tort Claimants RSA Motion, the Original Tort Claimants RSA, and Tort Claimants RSA Amendment can be viewed and/or obtained: (i) by accessing the Bankruptcy Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: December 16, 2019

**WEIL, GOTSHAL & MANGES LLP**
**CRAVATH, SWAINE & MOORE LLP**
**KELLER & BENVENUTTI LLP**

/s/ *Thomas B. Rupp*
Thomas B. Rupp

*Attorneys for Debtors and Debtors in Possession*

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Tort Claimants RSA Motion.

**Exhibit 1**

**Tort Claimants RSA Amendment**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**FIRST AMENDMENT TO RESTRUCTURING SUPPORT AGREEMENT**

This FIRST AMENDMENT TO THE RESTRUCTURING SUPPORT AGREEMENT (this "**Amendment**"), dated as of December 16, 2019 (the "**Effective Date**"), is entered into by and among (a) the Debtors; (b) the TCC; (c) the Consenting Fire Claimant Professionals; and (d) the Shareholder Proponents (each as defined in the RSA referenced below).

WHEREAS, the Debtors, the TCC, the Consenting Fire Claimant Professionals and the Shareholder Proponents are parties to that certain Restructuring Support Agreement, dated December 6, 2019 (together with all exhibits and attachments thereto, the "**RSA**"); and

WHEREAS, the Parties desire to amend the RSA as set forth herein.

NOW, THEREFORE, in consideration of the premises and mutual covenants herein contained, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties hereto agree as follows:

1.    **Definitions.**  Capitalized terms used herein shall have the meanings given to them in the RSA unless otherwise defined herein.

2.    **Amendment to the RSA.**  Section 3(a)(iii) of the RSA is hereby deleted in its entirety and replaced with the following:

> "iii.    [reserved]."

3.    **Amendment to Amended Plan Definition of "Aggregate Fire Victim Consideration."**  The Debtors and the Shareholder Proponents agree to amend the Amended Plan by deleting the definition of "Aggregate Fire Victim Consideration" in its entirety and replacing it with the following:

> **1.6    Aggregate Fire Victim Consideration** means the aggregate consideration used to fund the Fire Victim Trust of (a) $5.4  billion in cash to be contributed on the Effective Date, (b) $1.35 billion consisting of (i) $650 million to be paid in cash on or before January 15, 2021 pursuant to the Tax Benefits Payment Agreement, and (ii) $700 million to be paid in cash on or before January 15, 2022 pursuant to the Tax Benefits Payment Agreement; (c) $6.75 billion in New HoldCo Common Stock (issued at Fire Victim Equity Value), which shall not be less than 20.9% of the New HoldCo Common Stock based on the number of fully diluted shares of Reorganized HoldCo (calculated using the treasury stock method (using an Effective Date equity value equal to Fire Victim Equity Value)) that will be outstanding as of the Effective Date (assuming all equity offerings and all other equity transactions specified by the Plan, including without limitation, equity issuable upon the exercise of any rights or the conversion or exchange of or for any other securities, are consummated and settled on the Effective Date, but excluding any future equity issuance not specified by the Plan) assuming the Utility's allowed return on equity as of the date of the Tort Claimants RSA and reasonable registration rights consistent with the recommendations of the Debtors' equity underwriter and tax rules and regulations; (d) the assignment by the Debtors and Reorganized Debtors to the Fire Victim Trust of the Assigned Rights and Causes of Action; and (e) assignment of rights, other than the rights of the Debtors to be reimbursed under the 2015 Insurance Policies for claims submitted

prior to the Petition Date, under the 2015 and 2016 Insurance Policies to resolve any claims related to Fires in those policy years. For the avoidance of doubt, the Aggregate Fire Victim Consideration shall not include any amounts for the Public Entities Settlement which shall be satisfied from other Plan financing sources but not from the Aggregate Fire Victim Consideration.

4. **Reservation of Rights / No Waiver**. The Parties acknowledge and agree that except as expressly set forth herein, this Amendment shall not constitute a waiver by any Party of any rights or claims related to the RSA, and all Parties hereby reserve any and all rights not expressly amended or modified herein.

5. **Effectiveness.** This Amendment shall be deemed effective on the date on which the Debtors, the Shareholder Proponents, and the Requisite Consenting Fire Claimant Professionals have duly executed and delivered counterparts of this Amendment.

6. **Integration.** Each Party hereby: (a) acknowledges the terms of this Amendment; (b) agrees that this Amendment, together with the RSA, constitutes the entire agreement among the Parties with respect to the subject matter hereof and supersedes all prior agreements and understandings among the Parties with respect to such subject matter and (c) agrees that each reference to the RSA hereafter made in any document, agreement, instrument, filing, pleading, notice or communication shall mean and be a reference to the RSA as amended and modified by this Amendment.

7. **Counterparts.** This Amendment may be executed in counterparts, each of which shall be deemed an original, but all of which shall constitute the same instrument. Delivery of a copy of this Amendment bearing an original signature by electronic transmission shall have the same effect as physical delivery of the paper document bearing the original signature.

[SIGNATURE PAGES FOLLOW]

IN WITNESS WHEREOF, the Parties have caused this Amendment to be executed and delivered by their respective duly authorized officers, solely in their respective capacities as officers of the undersigned and not in any other capacity, as of the date first set forth above.

**DEBTORS**

**PG&E CORPORATION**

By: _____

       Name: Janet C. Loduca
       Title:  Senior Vice President,
              General Counsel

**PACIFIC GAS AND ELECTRIC COMPANY**

By: _____

       Name: Janet C. Loduca
       Title:  Senior Vice President,
              General Counsel

Case: 19-30088    Doc# 5143-1    Filed: 12/16/19    Entered: 12/16/19 20:41:30    Page 4
Case: 19-30088    Doc# 7322-2    Filed: 05/13/20    Entered: 05/13/20 15:58:31    Page 7
of 26

[First Amendment to the Restructuring Support Agreement]

**TCC**

By: _Cecily A. Dumas_

Name: _Cecily A. Dumas_

Firm: _Baker & Hostetler LLP_
       Attorneys for TCC

[*First Amendment to the Restructuring Support Agreement*]

Case: 19-30088   Doc# 5143-1   Filed: 12/16/19   Entered: 12/16/19 20:41:30   Page 5
Case: 19-30088   Doc# 7322-2   Filed: 05/15/20   Entered: 05/15/20 15:58:31   Page 8
of 26

**CONSENTING FIRE CLAIMANT PROFESSIONAL**

By: _____

Name: Brendan M. Kunkle_____

Firm: Abbey, Weitzenberg, Warren & Emery_____
Attorneys for Holders of Fire Victim Claims

**CONSENTING FIRE CLAIMANT PROFESSIONAL**

By:  _____

Name:  E. Elliot Adler

Firm:  Adler Law Group, APLC
      Attorneys for Holders of Fire
      Victim Claims

**CONSENTING FIRE CLAIMANT PROFESSIONAL**

By: _Mary E Alexander_

Name: _Mary E Alexander_

Firm: _Mary Alexander & Associates_

Attorneys for Holders of Fire
Victim Claims

**CONSENTING FIRE CLAIMANT
PROFESSIONAL**

By: _____

Name: _____Nelson C. BARRY III_____

Firm: _____Law Office of Nelson C. BARRY III_____
     Attorneys for Holders of Fire
     Victim Claims

*[First Amendment to the Restructuring Support Agreement]*

Case: 19-30088   Doc# 5143-1   Filed: 12/16/19   Entered: 12/16/19 20:41:30   Page 9
of 23
Case: 19-30088   Doc# 7322-2   Filed: 05/15/20   Entered: 05/15/20 15:58:31   Page 12
of 26

**CONSENTING FIRE CLAIMANT
PROFESSIONAL**

By: _____

Name: James P. Frantz, Esq.

Firm: Frantz Law Group
      Attorneys for Holders of Fire
      Victim Claims

By: _____

Name: Richard K. Bridgford, Esq.

Firm: Bridgford, Gleason & Artinian
      Attorneys for Holders of Fire
      Victim Claims

By: _____

Name: Patrick McNicholas, Esq.

Firm: McNicholas & McNicholas
      Attorneys for Holders of Fire
      Victim Claims

*[First Amendment to the Restructuring Support Agreement]*

Case: 19-30088   Doc# 5143-1   Filed: 12/16/19   Entered: 12/16/19 20:41:30   Page 10
of 23
Case: 19-30088   Doc# 7322-2   Filed: 05/15/20   Entered: 05/15/20 15:58:31   Page 13
of 26

**CONSENTING FIRE CLAIMANT PROFESSIONAL**

By: _____

Name: JAMES P. FRANTZ

Firm: FRANTZ LAW GROUP A.P.LC.
Attorneys for Holders of Fire
Victim Claims

**CONSENTING FIRE CLAIMANT**
**PROFESSIONAL**

By: _____

Name: Steven M. Campora

Firm: Dreyer, Babich, Buccola, Wood, Campora LLP

      Attorneys for Holders of Fire
      Victim Claims

[*First Amendment to the Restructuring Support Agreement*]

Case: 19-30088   Doc# 5143-1   Filed: 12/16/19   Entered: 12/16/19 20:41:30   Page 12
of 23
Case: 19-30088   Doc# 7322-2   Filed: 05/15/20   Entered: 05/15/20 15:58:31   Page 15
of 26

**CONSENTING FIRE CLAIMANT PROFESSIONAL**

By: _____

Name: Darío de Ghetaldi

Firm: Corey, Luzaich, de Ghetaldi & Riddle LLP
Attorneys for Holders of Fire Victim Claims

By: _____

Name: Michael S. Danko

Firm: Danko Meredith, Trial Lawyers
Attorneys for Holders of Fire Victim Claims

By: _____

Name: Eric Gibbs

Firm: Gibbs Law Group LLP
Attorneys for Holders of Fire Victim Claims

**CONSENTING FIRE CLAIMANT PROFESSIONAL**

By:

Name: Dave Fox

Firm: Fox Law, APC

Attorneys for Holders of Fire Victim
Claims

**CONSENTING FIRE CLAIMANT**
**PROFESSIONAL**

By: _____

Name: _FRANK M PITRE_

Firm: _COTCHETT PITRE & McCARTHY_

Attorneys for Holders of Fire
Victim Claims

[*First Amendment to the Restructuring Support Agreement*]

Case: 19-30088   Doc# 5143-1   Filed: 12/16/19   Entered: 12/16/19 20:41:30   Page 15
of 22
Case: 19-30088   Doc# 7322-2   Filed: 05/15/20   Entered: 05/15/20 15:58:31   Page 18
of 26

**CONSENTING FIRE CLAIMANT PROFESSIONAL**

By: _____

Name: Donald Dowling

Firm: Ross Hackett Dowling, Valencia + Walti

Attorneys for Holders of Fire
Victim Claims

**CONSENTING FIRE CLAIMANT PROFESSIONAL**

By: _Gerald Singleton_ _____

Name: _Gerald Singleton_

Firm: _Singleton Law Firm, APC_
Attorneys for Holders of Fire Victim Claims

**CONSENTING FIRE CLAIMANT PROFESSIONAL**

By:

Name: Steven J. Skikos

Firm: Skikos, Crawford, Skikos & Joseph

Attorneys for Holders of Fire Victim Claims

*[First Amendment to the Restructuring Support Agreement]*

**CONSENTING FIRE CLAIMANT**
**PROFESSIONAL**

By: _Tom Dakal_

Name: _Tom Tosdal_

Firm: _Tosdal Law Firm_

Attorneys for Holders of Fire
Victim Claims

**CONSENTING FIRE CLAIMANT PROFESSIONAL**

By: _____

Name: Khaldoun A. Baghdadi, Esq.

Firm: Walkup, Melodia, Kelly & Schoenberger
      Attorneys for Holders of Fire
      Victim Claims

**CONSENTING FIRE CLAIMANT**
**PROFESSIONAL**

By: ___December 16, 2019___

Name: ___*Mikl Watts*___

Firm: ___Watts Guerra LLP___
        Attorneys for Holders of Fire
        Victim Claims

**SHAREHOLDER PROPONENT**

By:        Abrams Capital Management, L.P. on
behalf of certain funds and accounts it
manages or advises

By: Abrams Capital Management,
LLC, its General Partner

Signature: _David Abrams_ (signature)
Name:    David Abrams
Title:      Managing Member

**SHAREHOLDER PROPONENT**

By:       Knighthead Capital
              Management, LLC
              on behalf of certain funds and
              accounts it manages or advises

Signature: _____

           Name:  Thomas A. Wagner
           Title:   Managing Member

[*First Amendment to the Restructuring Support Agreement*]