**EXHIBIT K**

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

**Exhibit F**

2

**Schedule of Retained Rights and Causes of Action**

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Global Notes and Disclaimers Regarding Schedule of Retained Rights and Causes of Action**

## I. Background

On January 28, 2019, PG&E Corporation and Pacific Gas and Electric Company (the "**Debtors**"), as debtors and debtors-in-possession commenced voluntary cases (the "**Chapter 11 Cases**") filed voluntary cases under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Northern District of California (the "**Bankruptcy Court**").

On March 16, 2020, the Debtors filed the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization dated March 16, 2020* [Docket No. 6320] (together with all exhibits and schedules thereto and as it may be amended, modified, or supplemented from time to time, the "**Plan**").[1]

## II. Retention of Causes of Action under the Plan.

Pursuant to Section 10.11(a) of the Plan, and except as otherwise provided in Section 10.9 thereof, nothing in the Plan or in the Confirmation Order shall be deemed to be a waiver or the relinquishment of any rights or Causes of Action[2] that the Debtors or the Reorganized Debtors may have or which the Reorganized Debtors may choose to assert on behalf of their respective estates under any provision of the Bankruptcy Code or any applicable nonbankruptcy law, including (i) any and all Claims against any Person or Entity, to the extent such Person or Entity asserts a crossclaim, counterclaim, and/or Claim for setoff which seeks affirmative relief against the Debtors, the Reorganized Debtors, or their officers, directors, or representatives and (ii) for the turnover of any property of the Debtors' estates.

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Plan.

[2] Pursuant to the Plan, "**Cause of Action**" means, without limitation, any and all actions, class actions, proceedings, causes of action, controversies, liabilities, obligations, rights, rights of setoff, recoupment rights, suits, damages, judgments, accounts, defenses, offsets, powers, privileges, licenses, franchises, Claims, Avoidance Actions, counterclaims, cross-claims, affirmative defenses, third-party claims, Liens, indemnity, contribution, guaranty, and demands of any kind or character whatsoever, whether known or unknown, asserted or unasserted, reduced to judgment or otherwise, liquidated or unliquidated, fixed or contingent, matured or unmatured, disputed or undisputed, suspected or unsuspected, foreseen or unforeseen, direct or indirect, choate or inchoate, secured or unsecured, assertable directly or derivatively, existing or hereafter arising, in contract or in tort, in law, in equity, or otherwise, whether arising under the Bankruptcy Code or any applicable nonbankruptcy law, based in whole or in part upon any act or omission or other event occurring on or prior to the Petition Date or during the course of the Chapter 11 Cases, including through the Effective Date. Without limiting the generality of the foregoing, when referring to Causes of Action of the Debtors or their estates, Causes of Action shall include (a) all rights of setoff, counterclaim, or recoupment and Claims for breach of contracts or for breaches of duties imposed by law or equity; (b) the right to object to any Claim or Interest; (c) Claims (including Avoidance Actions) pursuant to section 362 and chapter 5 of the Bankruptcy Code, including sections 510, 542, 543, 544 through 550, or 553; (d) Claims and defenses such as fraud, mistake, duress, usury, and any other defenses set forth in section 558 of the Bankruptcy Code; and (e) any Claims under any state or foreign law, including any fraudulent transfer or similar claims.

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

Pursuant to Section 10.11(b) of the Plan, nothing therein or in the Confirmation Order shall be deemed to be a waiver or relinquishment of any rights or Causes of Action, right of setoff, or other legal or equitable defense that the Debtors had immediately prior to the Petition Date, against or with respect to any Claim left unimpaired by the Plan. The Reorganized Debtors shall have, retain, reserve, and be entitled to assert all such claims, Causes of Action, rights of setoff, and other legal or equitable defenses that they had immediately prior to the Petition Date fully as if the Chapter 11 Cases had not been commenced, and all of the Reorganized Debtors' legal and equitable rights with respect to any Claim left unimpaired by the Plan may be asserted after the Confirmation Date to the same extent as if the Chapter 11 Cases had not been commenced.

Pursuant to Section 10.11(c) of the Plan, the Reorganized Debtors reserve and shall retain the applicable Causes of Action notwithstanding the rejection of any executory contract or unexpired lease during the Chapter 11 Cases or pursuant to the Plan. In accordance with section 1123(b)(3) of the Bankruptcy Code, any Causes of Action that a Debtor may hold against any Entity shall vest in the Reorganized Debtors in accordance with the terms hereof. The Reorganized Debtors shall have the exclusive right, authority, and discretion to determine and to initiate, file, prosecute, enforce, abandon, settle, compromise, release, withdraw, or litigate to judgment any such Causes of Action and to decline to do any of the foregoing without the consent or approval of any third party or further notice to or action, order, or approval of the Bankruptcy Court.

### III. Scheduled of Retained Rights and Causes of Action and Global Notes

Attached hereto is the Debtors' *Schedule of Retained Rights and Causes of Action* (the "**Schedule of Retained Causes of Action**"), which sets forth certain rights, Claims, or other Causes of Action that are retained and reserved pursuant to the Plan, and may be asserted by the Reorganized Debtors after the Confirmation Date to the same extent as if the Chapter 11 Cases had not been commenced.

These Global Notes pertain to, are incorporated by reference in, and comprise an integral part of, the Schedule of Retained Causes of Action and should be referred to considered in connection with any review of the Schedule of Retained Causes of Action. The Global Notes are in addition to any specific notes contained in the Schedule of Retained Causes of Action.

**The Schedule of Retained Causes of Action does not include all Causes of Action of the Debtors and the Reorganized Debtors and the identification of any specific Claims or Causes of Action therein shall in no way be deemed to limit or otherwise impair the generally applicability of the provisions of the Plan governing the rights, Claims, and Causes of Action that are to be retained and reserved by the Debtors under the Plan, including those provisions set forth above. No Entity may rely on the absence of a specific reference in the Plan, the Plan Supplement, the Disclosure Statement, or the Schedule of Retained Causes of Action to any Cause of Action against them as any indication that the Debtors or the Reorganized Debtors will not pursue any and all available Causes of Action against them. The Debtors reserve the right to amend, modified, or supplement this Schedule of Retained Causes of Action up to the Effective Date of the Plan.**

**Amounts.** Due to the nature of the Claims listed in the Schedule of Retained Causes of Action, the amounts of many of the Claims are unknown. The description of an amount as "unknown" is not intended to reflect upon the materiality of the amount.

**Attorneys' Fees.** For the avoidance of doubt, all such Claims include any right or amounts the Debtors or Reorganized Debtors may be entitled to recover for attorneys' fees and expenses to the extent provided for under the controlling agreements or applicable law.

**Miscellaneous Claims and Causes of Action.** For the avoidance of doubt, and without limiting the scope of Sections 10.11 and 10.12 of the Plan, in addition to the specific Causes of Action set forth in the Schedule of Retained Causes of Action, the Debtors and Reorganized Debtors reserve and shall retain the following categories of Claims and Causes of Action and, to the extent not otherwise settled, released, or otherwise resolved pursuant to the Plan, all of the Reorganized Debtors rights with respect thereto are retained and reserved pursuant to the Plan, and may be asserted by the Reorganized Debtors after the Confirmation Date to the same extent as if the Chapter 11 Cases had not been commenced:

- **Contract Claims.** Causes of Action of the Debtors arising from or relating to contracts and leases with various non-Debtor counterparties, notwithstanding the rejection of any executory contract or unexpired lease during the Chapter 11 Cases or pursuant to the Plan.

- **Credit Claims.** Causes of Action of the Debtors arising from or relating to amounts owed to the Debtors on account of or relating to utility services provided by the Debtors.

- **Employment Claims.** Causes of Action of the Debtors arising from or relating to employee code of conduct violations.

- **Environmental Claims.**
  - Insurance Claims: The Debtors have affirmative environmental insurance coverage Claims for defense and indemnity obligations under insurance policies with several insurance carriers. The Claim with each insurance carrier involves a large number of individual Claims by the Debtors against the insurance carrier. Each insurance carrier is listed once in this Schedule of Retained Causes of Action, since a final resolution in each Claim involves a single settlement encompassing all Claims against the carrier.

  - Claims Under Executory Contracts: There may be affirmative Claims against others for environmental remediation and indemnity obligations, associated with Debtor-owned and non-owned property, performed in accordance with orders and consent decrees issued by governmental agencies, and with settlements and cost sharing agreements, all of which are considered executory contracts. This Schedule of Retained Causes of Action is not an inclusive list of all such Claims.

  - Divested Power Plants: Causes of Action of the Debtors arising out of agreements relating to contractual liability for environmental contamination at divested power plants, including, but not limited to, the former Potrero, Moss Landing, and Morrow Bay Power Plant sites.

  - Multiple-Party Sites and Historic Manufactured Gas Plant Sites:
    - *Multiple-Party Sites*: Throughout their years of operation, the Debtors disposed of hazardous substances at a number of hazardous waste disposal sites; including, but not limited to, those sites listed below. For these sites,

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

the Debtors are one of many disposers, and the Debtors consider each of the other disposers as a co-defendant for remedial clean-up costs.

- Casmalia Resources
- Geothermal Landfill
- IT Landfills
- Ultra Chem. Cleanup Site
- Yosemite Slough/Bay Area Drum

- *Historic Manufactured Gas Plant Sites*: The Debtors are involved in over 75 historic manufactured gas plant ("**MGP**") sites, located throughout the Debtors' service territory (the Debtors have not listed each site in this Schedule of Retained Causes of Action). Many of these properties may be subject to remediation under the direction of environmental agencies or are the subject of third party Claims. For these sites, the Debtors may have Claims against other parties for a share of the remedial clean-up costs.

- The Debtors assert there is the potential, at some point in time in the future, that they could have Claims against one or more of the other parties associated with the sites covered above, thus each of those other parties would be listed in the Schedule of Retained Causes of Action as a party against whom the Debtors have Claims. However, because the number of parties associated with all of these sites can be quite voluminous (in some cases over 10,000 entries), the Debtors are not listing each party here.

- **Litigation Claims.** Causes of Action of the Debtors arising out of or relating to pending legal proceedings commenced by or against either of the Debtors.

- **Property and Equipment Damage Claims.** Causes of Action of the Debtors arising out of or relating to damages or losses caused to the Debtors' property or utility equipment.

- **Regulatory Proceedings.** Causes of Action of the Debtors arising out of or relating to the numerous regulatory proceedings the Debtors are involved in in the ordinary course, including, but not limited to, those pending before the California Public Utilities Commission and the Federal Energy Regulatory Commission, which are a matter of public record.

- **Tax Claims.** Causes of Action of the Debtors arising out of or relating to amounts owed to the Debtors for tax overpayments.

- **Warranty Claims.** Causes of Action of the Debtors arising out of or relating to amounts owed to the Debtors from various manufacturers and distributors for defective utility equipment.

- **2001 Chapter 11 Proceeding Claims.** Causes of Action of the Debtors arising out of or relating to claims filed against the Utility in its 2001 chapter 11 proceeding that remain pending and unresolved.

4

Case: 19-30088   Doc# 7037   Filed: 05/01/20   Entered: 05/01/20 06:15:57   Page 1942
of 2062
Case: 19-30088   Doc# 7322-11   Filed: 05/15/20   Entered: 05/15/20 15:58:31   Page 6
of 21

| Counterparty | Claim/Cause of Action Description | Amount |
|---|---|---|
| 2121 ARG Lloyd's Syndicate | Claims for damage to Utility equipment and facilities occurring during February 2017 storms and the Tubbs Fire. | Unknown |
| ABB Inc. | Claims for construction defects related to work performed at the Embarcadero Substation and Potrero Substation; claims related to work performed on the Hunters Point project. | Unknown |
| Accurate Corrosion Control Inc. | Claims for volume rebates under MSA with counterparty. | Unknown |
| ACE American (Chubb) | Claims for director, officer, and Debtor insurance coverage under various policies with counterparty. | Unknown |
| Ace American Insurance Company | Claims for damage to Utility equipment and facilities occurring during February 2017 storms, the Tubbs Fire, and the Camp Fire. | Unknown |
| ACE USA | Claims for recovery of covered environmental cleanup costs and attorneys' fees against counterparty providing coverage under legacy insurance policies. | Unknown |
| Aclara Technologies LLC | Claims related to performance of smart meter supply obligations. | Unknown |
| AECOM | Indemnification, mechanics' lien, and other claims arising from contractual agreements with counterparty. | Unknown |
| AEGIS (Associated Electric & Gas Insurance Services Limited) | Claims for director, officer, and Debtor insurance coverage under various policies with counterparty; claims for recovery of liability insurance proceeds under policies with counterparty; claims for recovery of covered environmental cleanup costs and attorneys' fees against counterparty providing coverage under legacy insurance policies. | Unknown |
| AgileOne | Indemnification for claim for wages of contractor placement. | Unknown |
| AIG (Bermuda) | Claims for director, officer, and Debtor insurance coverage under various policies with counterparty. | Unknown |
| AJW Construction | Claims for volume rebates under MSA with counterparty. | Unknown |
| Alameda Contra Costa Transit District | Claims for reimbursement related to utility relocation and/or installation and related work requested by the counterparty pursuant to utility and cost-sharing agreements. | Unknown |

| Counterparty | Claim/Cause of Action Description | Amount |
|---|---|---|
| Alameda County Transportation Commission | Claims for reimbursement related to utility relocation and/or installation and related work requested by the counterparty pursuant to utility and cost-sharing agreements. | Unknown |
| Alisto Engineering Group Inc. | Claims for volume rebates under MSA with counterparty. | Unknown |
| Allianz Global Corporate & Specialty Se | Claims for recovery of liability insurance proceeds under policies with counterparty; claims for damage to Utility equipment and facilities occurring during February 2017 storms and the Tubbs Fire. | Unknown |
| Allianz Global Risk US Insurance Company | Claims for director, officer, and Debtor insurance coverage under various policies with counterparty; claims for damage to Utility equipment and facilities occurring during the Camp Fire. | Unknown |
| Allied World Assurance Co. | Claims for recovery of liability insurance proceeds under policies with counterparty; claims for damage to Utility equipment and facilities occurring during February 2017 storms, the Tubbs Fire, and the Camp Fire. | Unknown |
| American Alternative Ins Corp | Claims for damage to Utility equipment and facilities occurring during February 2017 storms, the Tubbs Fire, and the Camp Fire. | Unknown |
| American International Reinsurance Co. Ltd. | Claims for recovery of liability insurance proceeds under policies with counterparty. | Unknown |
| Amijot Trucking (d/b/a Economy Trucking) | Claims arising from contracts with counterparty and the work performed thereunder, including, but not limited to, work performed in connection with the Butte Program. | Unknown |
| Apollo 1969 at Lloyd's | Claims for recovery of liability insurance proceeds under policies with counterparty. | Unknown |
| Arch Insurance (Bermuda) | Claims for recovery of liability insurance proceeds under policies with counterparty. | Unknown |
| Arch Insurance Company (Europe) Limited | Claims for damage to Utility equipment and facilities occurring during February 2017 storms and the Tubbs Fire. | Unknown |
| Argo Re Ltd. | Claims for recovery of liability insurance proceeds under policies with counterparty. | Unknown |
| Argo Re Ltd. (Bermuda) | Claim for damage to Utility equipment and facilities occurring during the Camp Fire. | Unknown |
| Arrow Drillers Inc. | Claims for volume rebates under MSA with counterparty. | Unknown |

2

Case: 19-30088   Doc# 7037   Filed: 05/01/20   Entered: 05/01/20 06:15:57   Page 1944
of 2062
Case: 19-30088   Doc# 7322-11   Filed: 05/15/20   Entered: 05/15/20 15:58:31   Page 8
of 21

| Counterparty | Claim/Cause of Action Description | Amount |
|---|---|---|
| Aspen Specialty Insurance Company | Claims for damage to Utility equipment and facilities occurring during February 2017 storms, the Tubbs Fire, and the Camp Fire. | Unknown |
| Associated Electric & Gas Insurance Services Limited | Claims for damage to Utility equipment and facilities occurring during February 2017 storms, the Tubbs Fire, and the Camp Fire. | Unknown |
| AT&T Corporation | Claims for nonpayment of fees for work on joint poles; claims for Unresolved Unauthorized Attachments. | Unknown |
| AT&T Wireless Services of California, Inc. | Claims related to non-tariffed products and services (Wireless - Rent; PT-SLA - Rent). | Unknown |
| Atlas Field Services LLC | Claims for overbilling pursuant to contract with counterparty. | Unknown |
| Auto Parts Settlements (c/o GCG) | Claims, counterclaims and cross claims related to lawsuits alleging that defendants fixed the price of auto parts, causing millions of consumers and businesses from around the country to pay more for certain new or leased vehicles and replacement parts (Claim ID No. 10070887). | Unknown |
| Axis Surplus Insurance Co. | Claims for recovery of liability insurance proceeds under policies with counterparty. | Unknown |
| Bay Area Concrete LLC | Claims arising from contract with counterparty. | Unknown |
| Bay Area Hydrovac LLC | Claims arising from contract with counterparty. | Unknown |
| Bay Area Toll Authority | Claims for reimbursement related to utility relocation and/or installation and related work requested by the counterparty pursuant to utility and cost-sharing agreements. | Unknown |
| Bedivere Insurance Company | Claims for recovery of covered environmental cleanup costs and attorneys' fees against counterparty providing coverage under legacy insurance policies. | Unknown |
| Berkley Insurance Company | Claims for director, officer, and Debtor insurance coverage under various policies with counterparty providing coverage under legacy insurance policies. | Unknown |
| Betz Laboratories Inc. | Potential unasserted crossclaim in pending or threatened toxic tort litigation (Chromium litigation). | Unknown |
| Beyrouti, Gary, et al. | Claim for construction delay damages related to refusal to permit system hardening project on an electric transmission line on counterparty's property. | Unknown |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| Counterparty | Claim/Cause of Action Description | Amount |
|---|---|---|
| California Department of Transportation | Claims for reimbursement related to utility relocation and/or installation and related work requested by the counterparty pursuant to utility, cost-sharing, and other agreements; claims related to disputed project overrun costs. | Unknown |
| California Department of Water Resources | Claim for reimbursement related to electric facility relocation from Oroville Dam vicinity in February 2017. | Unknown |
| California Department of Tax and Fee Administration (formerly known as CA State Board of Equalization) | Claim for diesel off road fuel tax refund -filed with the California Department of Tax and Fee Administration (CDTFA) to recover a portion of the clear (undyed) diesel fuel tax costs for vehicles and equipment operated off-road or in Power Take Off (PTO) mode. | Unknown |
| California Department of Water Resources | Claims for reimbursement related to utility relocation and/or installation and related work requested by the counterparty pursuant to utility and cost-sharing agreements. | Unknown |
| California State Controller's Office - Tax Administration Section | Claim for gasoline off-road fuel tax refund - filed with the California State Controller's Office to recover a portion of the gasoline fuel tax costs for vehicles and equipment operated off-road or in Power Take Off (PTO) mode. | Unknown |
| Campos EPC LLC | Claims for volume rebates under MSA with counterparty. | Unknown |
| CCI Management | Claims for fraud; claims arising from contract with counterparty. | |
| Charter Communications Inc. | Claims for unpaid tenant application fees and tenant engineering fees. | Unknown |
| Chriso's Tree Trimming, Inc. | Claims arising from contract with counterparty and acts and/or omissions of counterparty, including, but not limited to, claims for breach of contract, negligence, contractual indemnity, and equitable indemnity. | Unknown |
| Chubb Bermuda Insurance Ltd | Claims for recovery of liability insurance proceeds under policies with counterparty; claims for damage to Utility equipment and facilities occurring during the Tubbs Fire and the Camp Fire. | Unknown |
| City and County of San Francisco | Claims for nonpayment of fees for work on joint poles. | Unknown |
| City of Bakersfield | Claims for reimbursement related to utility relocation and/or installation and related work requested by the counterparty pursuant to utility and | Unknown |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| Counterparty | Claim/Cause of Action Description | Amount |
|---|---|---|
| | cost-sharing agreements; claims related to disputed project overrun costs. | |
| City of Fresno | Claims for reimbursement related to utility relocation and/or installation and related work requested by the counterparty pursuant to utility and cost-sharing agreements. | Unknown |
| City of Healdsburg | Claim for unpaid tenant application fees. | Unknown |
| City of Jackson | Claims for reimbursement related to utility relocation and/or installation and related work requested by the counterparty pursuant to utility and cost-sharing agreements. | Unknown |
| City of Napa | Claims for reimbursement related to utility relocation and/or installation and related work requested by the counterparty pursuant to utility and cost-sharing agreements. | Unknown |
| City of San Jose | Claim for 2019 Electricity Franchise overpayment. | Unknown |
| City of Yuba | Claims for reimbursement related to utility relocation and/or installation and related work requested by the counterparty pursuant to utility and cost-sharing agreements; claims related to disputed project overrun costs. | Unknown |
| City of Yuba | Claims for reimbursement related to utility relocation and/or installation and related work requested by the counterparty pursuant to utility and cost-sharing agreements; claims related to disputed project overrun costs. | Unknown |
| Comcast Corporation | Claims for unpaid tenant application fees and tenant engineering fees; claims related to Unresolved Unauthorized Attachments. | Unknown |
| Concrete Recycling (BAC) | Any and all claims arising from contracts with counterparty and the work performed thereunder, including, but not limited to, work performed in connection with the Butte Program. | Unknown |
| Consolidated Communications Holding (d/b/a Consolidated Communications) | Claims for nonpayment of fees for work on joint poles. | Unknown |
| Continental Casualty Company | Claims for director, officer, and Debtor insurance coverage under various policies with counterparty. | Unknown |
| Contra Costa County | Claims for reimbursement related to utility relocation and/or installation and related work requested by the counterparty pursuant to utility and cost-sharing agreements. | Unknown |

| Counterparty | Claim/Cause of Action Description | Amount |
|---|---|---|
| Contra Costa County Transportation Authority | Claims for reimbursement related to utility relocation and/or installation and related work requested by the counterparty pursuant to utility and cost-sharing agreements. | Unknown |
| Corralitos Creek LLC | Claims resulting from enforcement of easement rights and costs resulting from counterparty's removal of necessary support for gas pipeline. | Unknown |
| County of El Dorado | Claims for reimbursement related to utility relocation and/or installation and related work pursuant to utility and cost-sharing agreements. | Unknown |
| County of Fresno | Claims for indemnity, contribution, trespass, negligence and strict liability; claims related to ongoing litigation arising out of the Line 118B explosion (Lead Case No. 15CECG01274). | Unknown |
| County of Nevada | Claims for reimbursement related to utility relocation and/or installation and related work pursuant to utility and cost-sharing agreements. | Unknown |
| County of Plumas | Claims for reimbursement related to utility relocation and/or installation and related work requested by the counterparty pursuant to utility and cost-sharing agreements. | Unknown |
| County of Tehama | Claims for reimbursement related to utility relocation and/or installation and related work requested by the counterparty pursuant to utility and cost-sharing agreements. | Unknown |
| Crosswhite, Sharon (Plaintiff in existing lawsuit) | Potential cross-complaint against any/all of the co-defendants and/or DOE cross-defendants. | Unknown |
| Crown Castle (f/k/a Quanta Fiber Networks, Inc. "Sunesys") | Claim for unpaid tenant application fees. | Unknown |
| Cupertino Electric Inc (CEI) | Claims related to change orders. | Unknown |
| CVIN, LLC d/b/a Vast Networks | Claim for unpaid tenant application fees. | Unknown |
| Danko, Michael and Mary | Claim for interference with easement, declaratory relief. | Unknown |
| Dishiell Inc. | Claim for damages related to a failed trench at the Gates Facility. | Unknown |
| Dublin Crossings | Claims for reimbursement related to utility relocation and/or installation and related work requested by the counterparty pursuant to utility and cost-sharing agreements. | Unknown |
| E2 Consulting Engineers Inc. | Claims for volume rebates under MSA with counterparty. | Unknown |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| Counterparty | Claim/Cause of Action Description | Amount |
|---|---|---|
| Eaton Corporation | Claims for products liability. | Unknown |
| Economy Trucking Inc. (Amijot Trucking) | Claims arising from contract with counterparty. | Unknown |
| EFACEC Energia Maquinas | Potential contract claim related to breach of contract, and counterparty's failure to perform, including the failure to provide transformers. | Unknown |
| Electric Power Research Institute | Claims related to non-tariffed products and services (ATS - Project Costs). | Unknown |
| Elements Plus, Inc., a California Corporation | Contract claims for past due rent owing under lease. | Unknown |
| Elkhorn Dairy, LLC, (Cornelia Jan de Jong and Bert de Jong) | Claim for damage to electric system and breach of contract. | Unknown |
| EN Engineering LLC | Claims for volume rebates under MSA with counterparty. | Unknown |
| Endurance Risk Solutions Assurance Co. (Sompo Intl.) | Claims for director, officer, and Debtor insurance coverage under various policies with counterparty. | Unknown |
| Energy Experts International | Claims for volume rebates under MSA with counterparty. | Unknown |
| Energy Insurance Mutual Ltd. | Claims for recovery of liability insurance proceeds under policies with counterparty; claims for director, officer, and Debtor insurance coverage under various policies with counterparty; claims for damage to Utility equipment and facilities occurring during February 2017 storms, the Tubbs Fire, and the Camp Fire. | Unknown |
| Energy Insurance Services Inc. | Claims for recovery of liability insurance proceeds under policies with counterparty. | Unknown |
| Energy Insurance Specialty (Cal Phoenix Re Ltd.) | Claims for recovery of liability insurance proceeds under policies with counterparty. | Unknown |
| EOS Energy Storage, LLC | Claims related to non-tariffed products and services (ATS - Project Costs). | Unknown |
| ERM-West Inc | Claims for volume rebates under MSA with counterparty. | Unknown |
| Extentet Systems (CA), LLC. | Claim for unpaid tenant application fees. | Unknown |
| Farwest Corrosion Control Co. | Claims for volume rebates under MSA with counterparty. | Unknown |
| Fidelis Insurance Bermuda Ltd. | Claims for recovery of liability insurance proceeds under policies with counterparty. | Unknown |

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

7

| Counterparty | Claim/Cause of Action Description | Amount |
|---|---|---|
| FilterFab Manufacturing Corporation | Contract claims related to counterparty's failure to comply with contract terms. | Unknown |
| Fort Mojave Indian Tribes | Executory Settlement Agreements - any claims arising out of settlements of CEQA litigation relating to Topock Chromium Remediation. | Unknown |
| Fresno County Peace Officers Association, Inc. | Claims for indemnity, contribution, trespass, negligence and strict liability; claims related to ongoing litigation arising out of the Line 118B explosion (Lead Case No. 15CECG01274). | Unknown |
| Frontier Communications of America, Inc. | Claims for nonpayment of fees for work on joint poles. | Unknown |
| Fry's Electronics, Inc. | Claims resulting from enforcement of easement rights and costs resulting from counterparty's removal of necessary support for gas pipeline. | Unknown |
| Gas Transmission Systems Inc. | Claims for volume rebates under MSA with counterparty. | Unknown |
| General Security Indemnity Company of Arizona | Claims for recovery of liability insurance proceeds under policies with counterparty; claims for damage to Utility equipment and facilities occurring during February 2017 storms, the Tubbs Fire, and the Camp Fire. | Unknown |
| Global Ampersand, LLC | Claims arising under PPAs with counterparty, including, but not limited to, disputes arising under the El Nido and Chowcilla PPAs. | Unknown |
| Golder Associates Inc. | Claims for volume rebates under MSA with counterparty. | Unknown |
| Great Lakes Insurance SE | Claims for recovery of liability insurance proceeds under policies with counterparty; claim for damage to Utility equipment and facilities occurring during the Camp Fire. | Unknown |
| Great Lakes Insurance SE (Munich) | Claims for director, officer, and Debtor insurance coverage under various policies with counterparty. | Unknown |
| GTE Mobilnet of California | Claims related to non-tariffed products and services (Wireless and PT-SLA - Rent). | Unknown |
| Gulf Interstate Field Services Inc. | Claims for volume rebates under MSA with counterparty. | Unknown |
| Hamilton Re | Claims for recovery of liability insurance proceeds under policies with counterparty. | Unknown |
| Hannover Re Bermuda | Claims for recovery of liability insurance proceeds under policies with counterparty. | Unknown |
| HDI Global Insurance Company | Claim for damage to Utility equipment and facilities occurring during the Camp Fire. | Unknown |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

8

| Counterparty | Claim/Cause of Action Description | Amount |
|---|---|---|
| Helvetia Swiss Insurance Ltd. | Claims for damage to Utility equipment and facilities occurring during February 2017 storms, the Tubbs Fire, and the Camp Fire. | Unknown |
| Henkels & McCoy Inc. | Claims for volume rebates under MSA with counterparty. | Unknown |
| Henrietta D. Energy Storage LLC | All claims related to disputes arising under the PPA with counterparty, including, but not limited to, disputes regarding defaults, termination rights, and the Project Development Security (PDS). | Unknown |
| Houston Casualty (Tokio Marine) | Claims for director, officer, and Debtor insurance coverage under various policies with counterparty. | Unknown |
| Hubbell Power Systems Inc. | Potential guaranty claims related to performance of smart meter supply obligations. | Unknown |
| Imerys Minerals California, Inc. | Claim for nonpayment of costs to cancel a planned outage. | Unknown |
| Insight Global, LLC | Claims for volume rebates under MSA with counterparty. | Unknown |
| Interstate Fire & Casualty Co. | Claims for recovery of liability insurance proceeds under policies with counterparty. | Unknown |
| Iron-Starr Excess Agency Ltd./Liberty Specialty Markets | Claims for recovery of liability insurance proceeds under policies with counterparty. | Unknown |
| Irvine Company | Claims for reimbursement related to utility relocation and/or installation and related work requested by the counterparty pursuant to utility and cost-sharing agreements. | Unknown |
| J.H. Kelly | Indemnification, mechanics' lien, and other claims arising from contractual indemnification. | Unknown |
| John C. Garcia d/b/a Garcia and Associates | Claims arising from contractual agreements with counterparty. | Unknown |
| Joint Power Board (Caltrain) | Claim for late fee penalty for overdue invoices. | Unknown |
| Kerotest Manufacturing Corp | Claim for breach of warranty. | Unknown |
| Lexington Insurance | Claims for recovery of covered environmental cleanup costs and attorneys' fees against insurance company providing coverage under legacy insurance policies. | Unknown |
| Liberty International Underwriters, Inc. | Claims for director, officer, and Debtor insurance coverage under various policies with counterparty. | Unknown |
| Liberty Mutual Insurance Europe Ltd. | Claims for recovery of liability insurance proceeds under policies with counterparty. | Unknown |
| Liberty Specialty Insurance (f/k/a Ironshore) | Claim for damage to Utility equipment and facilities occurring during February 2017 storms. | Unknown |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| Counterparty | Claim/Cause of Action Description | Amount |
|---|---|---|
| Liberty Surplus Insurance Company | Claims for recovery of liability insurance proceeds under policies with counterparty; claims for damage to Utility equipment and facilities occurring during February 2017 storms, the Tubbs Fire, and the Camp Fire. | Unknown |
| Livermore Valley Preserve LLC | Breach of contract claim for failure to provide environmental mitigation services as described in the contract with the Utility. | Unknown |
| Lloyd's of London | Claims for director, officer, and Debtor insurance coverage under various policies with counterparty. | Unknown |
| Lloyd's of London Limited | Claims for damage to Utility equipment and facilities occurring during February 2017 storms, the Tubbs Fire, and the Camp Fire. | Unknown |
| Mapfre Global Risks Compañia Internacional De Seguros Y Reaseguros Sa | Claims for damage to Utility equipment and facilities occurring during February 2017 storms and the Tubbs Fire. | Unknown |
| Mastec Services Company, Inc; Mastec Renewables Construction Company, Inc. | Claims for property damage and disruption of service. | Unknown |
| McDermott (CB&I) | Contract and commercial claims for failure to perform pursuant to contract with Utility. | Unknown |
| McLarens Inc. | Claims for damage to Utility equipment and facilities occurring during February 2017 storms, the Tubbs Fire, and the Camp Fire. | Unknown |
| Mears Group Inc. | Claims for volume rebates under MSA with counterparty. | Unknown |
| Merced County Public Works | Claims for reimbursement related to utility relocation and/or installation and related work requested by the counterparty pursuant to utility and cost-sharing agreements. | Unknown |
| Miller, Judy (Plaintiff in existing lawsuit) | Potential cross-complaint against the other cross-defendants and/or DOE cross-defendants. | Unknown |
| Monterey County Public Works | Claims for reimbursement related to utility relocation and/or installation and related work requested by the counterparty pursuant to utility and cost-sharing agreements. | Unknown |
| Mountain F. Enterprises, Inc. | Claims arising from contract with counterparty and acts and/or omissions of counterparty, including, but not limited to, claims for breach of contract, negligence, contractual indemnity, and equitable indemnity. | Unknown |
| MS Amlin | Claims for recovery of liability insurance proceeds under policies with counterparty. | Unknown |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

10

| Counterparty | Claim/Cause of Action Description | Amount |
|---|---|---|
| Munich Reinsurance Company | Claims for damage to Utility equipment and facilities occurring during February 2017 storms and the Tubbs Fire. | Unknown |
| National Fire and Marine Insurance Company | Claims for recovery of liability insurance proceeds under policies with counterparty. | Unknown |
| Navigators Management Company, Inc. | Claims for damage to Utility equipment and facilities occurring during February 2017 storms, the Tubbs Fire, and the Camp Fire. | Unknown |
| Navistar (i.e. International Trucks) | Claim related to Order of the US District Court for the Northern District of Illinois granting preliminary approval to a proposed settlement of multidistrict litigation brought on behalf of plaintiff truck owners and lessees alleging that Navistar, Inc. and Navistar International, Inc. sold or leased 2011-2014 model year vehicles equipped with certain MaxxForce 11- or 13-liter diesel engines equipped with a defective EGR emissions system. | Unknown |
| North American Specialty (Swiss Re) Insurance | Claims for director, officer, and Debtor insurance coverage under various policies with counterparty. | Unknown |
| Oil Casualty Insurance Ltd. | Claims for recovery of liability insurance proceeds under policies with counterparty. | Unknown |
| Pacho Limited Partnership and San Luis Bay Limited Partnership. | Claim for declaratory relief related to lease with counterparties. | Unknown |
| Pacific Gold Marketing | Claim for damages related to a failed trench at the Gates Facility. | Unknown |
| Panoche Energy Center, LLC | Claims arising from PPA with counterparty. | Unknown |
| Pelley, Kathleen and Allen | Claim for interference with easement, abatement of nuisance, and declaratory relief. | Unknown |
| Peninsula Corridor Joint Powers Board | Claims for reimbursement related to utility relocation and/or installation and related work requested by the counterparty pursuant to utility and cost-sharing agreements. | Unknown |
| Pinnacle Pipeline Inspection Inc. | Claims for volume rebates under MSA with counterparty. | Unknown |
| Placer County | Claims for reimbursement related to utility relocation and/or installation and related work requested by the counterparty pursuant to utility and cost-sharing agreements. | Unknown |
| Placido, Kendall (Plaintiff in existing lawsuit) | Potential cross-complaint against an unidentified Utility contractor and/or DOE cross-defendants. | Unknown |
| PMK Contractors LLC | Claims arising from contract with counterparty. | Unknown |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| Counterparty | Claim/Cause of Action Description | Amount |
|---|---|---|
| Port Of Oakland | Claims for reimbursement related to utility relocation and/or installation and related work requested by the counterparty pursuant to utility and cost-sharing agreements; claims for non-bypassable charges associated with counterparty's conversion from retail to wholesale service at Cuthbertson Substation. | Unknown |
| Quanta Energy Services LLC | Any claims related to work performed in 2019, following audit of work; claim for damages related to a failed trench at the Gates Facility. | Unknown |
| Race Telecommunications, Inc. | Claim for unpaid tenant application fees. | Unknown |
| Reclamation District No. 2140 | Claims for reimbursement related to utility relocation and/or installation and related work requested by the counterparty pursuant to utility and cost-sharing agreements. | Unknown |
| Royal & Sun Alliance (Global) | Claims for damage to Utility equipment and facilities occurring during February 2017 storms and the Tubbs Fire. | Unknown |
| Ruby Pipeline, LLC | All claims and causes of action related to contractual dispute regarding the amount of collateral to be posted by the Utility under its contracts with the counterparty. | Unknown |
| Rumsey Band of Wintun Indians (Cache Creek Casino) | Claims for departing load changes. | Unknown |
| San Francisco Bay Area Rapid Transit District (BART) | Claims for past due balances and Monthly Cost of Ownership (MCOO) associated with Utility-financed transmission assets related to BART's receipt of Transmission Voltage discount or qualification for transmission rates for its accounts. | Unknown |
| San Francisquito Creek Joint Powers Authority | Claims for reimbursement related to utility relocation and/or installation and related work requested by the counterparty pursuant to utility and cost-sharing agreements. | Unknown |
| San Joaquin Council of Govts | Claims for reimbursement related to utility relocation and/or installation and related work requested by the counterparty pursuant to utility and cost-sharing agreements. | Unknown |
| San Mateo County Transportation Authority | Claims for reimbursement related to utility relocation and/or installation and related work requested by the counterparty pursuant to utility and cost-sharing agreements. | Unknown |
| Santa Clara Valley Transportation Authority | Any and all claims arising out of three Master Agreements with counterparty related to the BART | Unknown |

| Counterparty | Claim/Cause of Action Description | Amount |
|---|---|---|
| | expansion project; claims for refunds due under various contractual projects with the counterparty. | |
| Santana Ranch Quit Claim - Property Owner Notification | Claims for reimbursement related to utility relocation and/or installation and related work requested by the counterparty pursuant to utility and cost-sharing agreements. | Unknown |
| Schweizerische Rückversicherungs-Gesellschaft AG | Claims for damage to Utility equipment and facilities occurring during February 2017 storms and the Tubbs Fire. | Unknown |
| Sheriff's Foundation for Public Safety | Claims for indemnity, contribution, trespass, negligence and strict liability; claims related to ongoing litigation arising out of the Line 118B explosion (Lead Case No. 15CECG01274). | Unknown |
| Slurry Waste Solutions | Any and all claims arising from contracts with counterparty and the work performed thereunder, including, but not limited to, work performed in connection with the Butte Program. | Unknown |
| SMB Industries, Inc. d/b/a MetalWorks | Any claims for repairs or replacement of warped Gates due to excessive weld heat. | Unknown |
| Solano County Transportation Authority | Claims for reimbursement related to utility relocation and/or installation and related work requested by the counterparty pursuant to utility and cost-sharing agreements. | Unknown |
| Sonic Telecom, LLC | Claim for unpaid tenant application fees. | Unknown |
| Southern California Gas Company | Claim for refund for Utility over-providing gas at Kern River Station meter. | Unknown |
| Sprint Spectrum, L.P. | Claims for tenant engineering fees; claims related to non-tariffed products and services (Wireless - Rent). | Unknown |
| Starr Indemnity & Liability Company | Claims for director, officer, and Debtor insurance coverage under various policies with counterparty. | Unknown |
| State Farm General Insurance Co. | Claims for declaratory relief and breach of contract. | Unknown |
| Suddenlink Communications | Claim for unpaid tenant application fees. | Unknown |
| Swiss Re International SE | Claims for recovery of liability insurance proceeds under policies with counterparty. | Unknown |
| Swiss Reinsurance Co (UK) Ltd. | Claim for damage to Utility equipment and facilities occurring during the Camp Fire. | Unknown |
| Tesoro Refining & Marketing | Claims for reimbursement related to utility relocation and/or installation and related work requested by the counterparty pursuant to utility and cost-sharing agreements. | Unknown |
| Tesseron Vineyards, Inc. | Potential claim related to metering dispute. | Unknown |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| Counterparty | Claim/Cause of Action Description | Amount |
|---|---|---|
| The Hartford Insurance Co. | Claims for director, officer, and Debtor insurance coverage under various policies with counterparty. | Unknown |
| TIO Networks USA, Inc. and PayPal | Breach of contract claim for failure to provide bill payment services and resulting costs of terminating the services, including, but not limited to, removal of software and physical removal of the free-standing kiosks and installed kiosks from the Utility's local customer service offices. | Unknown |
| T-Mobile West LLC and MetroPCS California LLC | Claims related to non-tariffed products and services (Wireless - Project Costs and Rent; PT-SLA - Rent). | Unknown |
| Trinity County | Claims for reimbursement related to utility relocation and/or installation and related work requested by the counterparty pursuant to utility and cost-sharing agreements. | Unknown |
| Tri-Pacific Supply, Inc. | Claims arising from contracts with counterparties, including, but not limited to, breach of contract claims and breach of warranty claims. | Unknown |
| Underwriters at Lloyd's (Talbot) Syndicate No. 1183 (Validus Underwriting Risk Services) | Claims for damage to Utility equipment and facilities occurring during February 2017 storms and the Tubbs Fire. | Unknown |
| United Rentals (North America) Inc. | Claims for volume rebates under MSA with counterparty. | Unknown |
| United States Department of Justice: Federal Bureau of Investigation | Potential claim for rent owed for 2018 and 2019 lease of Utility's Fremont Peak site facility. | Unknown |
| University of California Davis | Claims for reimbursement related to utility relocation and/or installation and related work requested by the counterparty pursuant to utility and cost-sharing agreements. | Unknown |
| US Army Corp of Engineers | Claims for reimbursement related to utility relocation and/or installation and related work requested by the counterparty pursuant to utility and cost-sharing agreements. | Unknown |
| US Auctions | Claim for proceeds of public auction of Utility vehicles and other equipment. | Unknown |
| Utility Data Contractors Inc. | Claims for volume rebates under MSA with counterparty. | Unknown |
| Vantage Wind Energy LLC | Potential contract claim for overpayments with respect to the Vantage Winds PPA and the cost-sharing mechanism thereunder. | Unknown |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

14

| Counterparty | Claim/Cause of Action Description | Amount |
|---|---|---|
| Verizon Wireless | Claim for unpaid tenant application fees and tenant engineering fees. | Unknown |
| Vinculums Services LLC | Claims related to non-tariffed products and services (Wireless - Project Costs). | Unknown |
| Vlazakis, George, et al. | Claim for construction delay damages related to trespass and interference with construction of a gas project on Debtor property. | Unknown |
| Voith Hydro Inc. | Claims related to delayed repairs to HELMS U2 Stator and resulting core damage. | Unknown |
| Wavedivision Holdings LLC (f/k/a Astound Broadband) | Claim for unpaid tenant application fees and joint utility intents. | Unknown |
| WK McLellan Co. | Claims for volume rebates under MSA with counterparty. | Unknown |
| Xl Insurance America Inc. | Claims for damage to Utility equipment and facilities occurring during February 2017 storms, the Tubbs Fire, and the Camp Fire. | Unknown |
| Zurich American Insurance Company | Claims for damage to Utility equipment and facilities occurring during February 2017 storms, the Tubbs Fire, and the Camp Fire. | Unknown |

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

15

Case: 19-30088   Doc# 7037   Filed: 05/01/20   Entered: 05/01/20 06:15:57   Page 1957 of 2063
Case: 19-30088   Doc# 7322-11   Filed: 05/15/20   Entered: 05/15/20 15:58:31   Page 21 of 21