## EXHIBIT Q

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1                 UNITED STATES BANKRUPTCY COURT

2               NORTHERN DISTRICT OF CALIFORNIA

3                     -oOo-

4  In Re:                  ) Case No. 19-30088
                           ) Chapter 11

5  PG&E CORPORATION AND PACIFIC   )
    GAS AND ELECTRIC COMPANY,     ) San Francisco, California

6                        ) Wednesday, May 6, 2020
                Debtors.  ) 1:30 PM

7  _____

8                        TELEPHONE CONFERENCE RE APRIL
                        29, 2020 LETTER BY PUBLIC
                        EMPLOYEES RETIREMENT

9                        ASSOCIATION OF NEW MEXICO
                        [6982] AND [7048]

10

11                 TRANSCRIPT OF PROCEEDINGS
           BEFORE THE HONORABLE DENNIS MONTALI
            UNITED STATES BANKRUPTCY JUDGE

12

APPEARANCES:

13  For the Debtors:          STEPHEN KAROTKIN, ESQ.
                        RICHARD W. SLACK, ESQ.

14                      Weil, Gotshal & Manges LLP
                      767 Fifth Avenue

15                      New York, NY 10153
                      (212)310-8000

16

17  For Public Employees     MICHAEL S. ETKIN, ESQ.
    Retirement Association of  Lowenstein Sandler LLP
    New Mexico:            One Lowenstein Drive

18                      Roseland, NJ 07068
                      (973)597-2500

19

20                      THOMAS A. DUBBS, ESQ.
                      Labaton Sucharow LLP
                      140 Broadway

21                      New York, NY 10005
                      (212)907-0700

22

23

24

25

escribers
(973) 406-2250 | operations@escribers.net | www.escribers.net

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

Court Recorder:                    JOSEPHINE MCCALL
18                                 United States Bankruptcy
                                   Court
19                                 450 Golden Gate Ave.
                                   San Francisco, CA 94102
20

21  Transcriber:                   ALIZA BLUMENFELD
                                   eScribers, LLC
22                                 7227 N. 16th Street
                                   Suite #207
23                                 Phoenix, AZ 85020
                                   (973)406-2250
24

Proceedings recorded by electronic sound recording;
25  transcript provided by transcription service.

PG&E Corp. and Pacific Gas and Electric Co.

1    SAN FRANCISCO, CALIFORNIA, WEDNESDAY, MAY 6, 2020, 1:30 PM

2                              -oOo-

3       (Call to order of the Court.)

4          THE COURT:  All right.  Good afternoon, everyone.

5    This is Judge Montali.  I haven't had any dealings with you in

6    a while.  I hope you're all well and surviving.

7          Mr. Karotkin, are you on the line?

8          MR. KAROTKIN:  Yes, I am, sir.  Thank you.

9          THE COURT:  And Mr. Etkin, I presume you're going to

10   do the lead today, huh?

11         MR. ETKIN:  I am, Your Honor.

12         THE COURT:  Oh.  Or is Mr. Dubbs?

13         MR. DUBBS:  Yes, Your Honor.  Good afternoon.

14         THE COURT:  Oh.  Okay.  Well, there are quite a number

15   of interested parties on the call list, but I'm assuming that

16   you gentlemen are the principal commentators and the writers,

17   since you wrote the letter.

18         Let's get out of the way and not waste time; I don't

19   want to hear another discussion about what the plaintiffs --

20   who they represent yet and what they haven't done.  But

21   similarly, I don't want any criticisms or arguments about what

22   could have been done on the other side.  My goal today -- and

23   I'm looking to you to help me -- is to just clean up what's

24   left of the mess and see what can be done.

25         So Mr. Karotkin, your letter of the 1st, on page 3,

PG&E Corp. and Pacific Gas and Electric Co.

1  says that -- in two different places, that more materials --

2  provision of voting materials have been sent out. And you even

3  referred to packages to 2,800 individuals or entities very

4  recently. Is that the whole package? Were they sent the whole

5  solicitation package, generally, or something less than that?

6  MR. KAROTKIN: Yes, Your Honor. I think, as we

7  explained in the letter, there were about 4,400 claims filed.

8  From our determination, 1,600 of those were claims based on

9  debt securities. And under the plan, those claims are

10  unimpaired and not entitled to vote. They received notice of

11  the confirmation hearing and the other appropriate notices that

12  went to those in nonvoting classes. And 2,800 other people who

13  filed are entities that filed claims, received the entire

14  voting package, including the ballots. And I believe that's

15  reflected in our --

16  THE COURT: Well --

17  MR. KAROTKIN: -- pleading. And --

18  THE COURT: Okay.

19  MR. KAROTKIN: -- those ballots have -- some of those

20  ballots have started to come in.

21  THE COURT: Well, are you amenable to keeping the

22  deadline open a little beyond the deadline -- beyond the May

23  15th deadline, if necessary?

24  MR. KAROTKIN: Depending on how long, Your Honor, yes,

25  I think that would -- we would be amenable to that. But --

escribers
(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corp. and Pacific Gas and Electric Co.

1          THE COURT:  Well --

2          MR. KAROTKIN:  -- again, I think --

3          THE COURT:  -- I mean, this --

4          MR. KAROTKIN:  -- it's important to keep in mind --

5    I'm sorry to interrupt.

6          THE COURT:  No, go ahead.  Go ahead.  That's fine.

7          MR. KAROTKIN:  I think it's important to keep in mind,

8    as we explained in both our letter and in our pleading that was

9    filed earlier to address the late-filed claims, the debtors did

10   fully comply with Your Honor's order with respect to the

11   extended bar date that both Mr. Etkin and other counsel had

12   extensive -- and I mean extensive -- comments on the form of

13   that order and how it would be implemented.  They signed off on

14   that order before it was presented to Your Honor, and we fully

15   complied with that.

16         So any responsibility for late-filed claims does not

17   lie with the debtors or with Prime Clerk.  And any

18   responsibility or -- for that clearly lies with the nominees.

19   And again, Mr. Etkin and Mr. Dubbs knew about these procedures,

20   and they signed off on them.  So I think --

21         THE COURT:  Well, I asked --

22         MR. KAROTKIN:  -- we would be amenable to keeping --

23         THE COURT:  -- I asked --

24         MR. KAROTKIN:  -- to keeping --

25         THE COURT:  -- at the outset that we not start going

PG&E Corp. and Pacific Gas and Electric Co.

1    back into blaming people. I just want to --

2         MR. KAROTKIN: Okay. Well --

3         THE COURT: -- get a fix.

4         MR. KAROTKIN: -- I'm try -- what I'm trying to -- I'm

5    trying to do, Your Honor, is answer your question. We would be

6    amenable to a short extension, but we -- as I'm sure you are --

7    do not think it's appropriate to extend the bar date which

8    could, in any way, in any way upset the schedule moving forward

9    to confirmation.

10        THE COURT: Well, the one thing that -- let's see if

11   we have an agreement on this now. You make a point that I

12   don't disagree with, that for the debt people, they don't get

13   to vote anyway. So in a sense, they don't get a ballot. For

14   the equity, I presume that, no matter what, if you had all the

15   ballots by the deadline, it's probably unlikely that the

16   ballots would change the outcome because of the --

17        MR. KAROTKIN: Well, first of all -- if I could

18   address that --

19        THE COURT: I --

20        MR. KAROTKIN: -- Your Honor -- the equity class, it

21   really doesn't matter how they vote, because, as you well know,

22   equity -- those claims that are subordinated to the equity

23   level and to satisfy the cram-down standards with respect to

24   equity is easy. And that doesn't present any impediment to

25   confirmation at all.

PG&E Corp. and Pacific Gas and Electric Co.

1    But again, we're amenable to extending the bar date

2    for the equity claims for a short period of time.

3    THE COURT:  Okay.  The one -- but what I'm trying to

4    get at is, yes, we could have avoided the whole thing by

5    saying, we don't have ballots going out to any equity because

6    they're either going to vote for the plan or they're going to

7    get crammed down.

8    MR. KAROTKIN:  Right.

9    THE COURT:  But the one thing that's missing -- and I

10   wish we had talked about it before, but we didn't, and so we're

11   dealing with it now.  Even the debtholders who don't get to

12   vote do have the right, under the law, to object to

13   confirmation.

14   MR. KAROTKIN:  Um-hum.

15   THE COURT:  Now, it's probably not likely that there

16   would be meaningful objections to confirmation by a debtholder

17   in this class, in the two nonimpaired securities claims class,

18   and, again, maybe the same is true with the equity class.  But

19   the point is, as a matter of due process, what do I do about

20   the fact that the deadline for objecting is literally days

21   away, and there are people that are still getting their

22   packages?  What do I -- what do you have by way of a solution

23   to that one?

24   MR. KAROTKIN:  Well, Your Honor, as I indicated, 1,600

25   of those debt claimants that filed timely claims received their

PG&E Corp. and Pacific Gas and Electric Co.

1    notice of the time within to which -- within which to object to

2    confirmation, by April 23rd, which is more than adequate

3    notice.

4         And following up on what you said, Your Honor, these

5    people, to the extent they have valid claims, are going to be

6    paid in full.  It's hard for me to conceive of how their due

7    process rights could be adversely impacted.  And to the extent

8    that they have an objection to confirmation, they've been given

9    adequate notice.

10        THE COURT:  Okay.  Mr. Etkin --

11        MR. KAROTKIN:  And it's not like -- and it's not, Your

12   Honor, like this case is not subject to publicity, articles in

13   the newspaper every day, filings on the website, notices on the

14   website.  These people, I am sure, have adequate notice of

15   their ability to object to confirmation.

16        THE COURT:  Well, Mr. Karotkin, you get a lot of mail,

17   and I get a lot of mail.  You might get more than I get, but --

18   and I realize that I -- five or ten letters from disgruntled

19   people doesn't suffice or doesn't answer me for thousands of --

20   whether they're securities claimants or fire victims.  But the

21   point is, when I get a letter saying, politely, what's the hell

22   wrong with you people, you give me a deadline of April 16th,

23   and I get it on April 24th.  So it's not fun to have to deal

24   with that.

25        But Mr. Etkin, you need to tell me what you want me to

PG&E Corp. and Pacific Gas and Electric Co.

1  do given what we're -- what you just heard.  Let's divide it

2  into two or three issues.  The fact that there may be an

3  objecture (sic) to confirmation out there that is a little

4  behind the time, we have to -- that's just a fact.  And the --

5  and certainly, the equity -- excuse me, the debt class members

6  don't get to vote.  So it's unfortunate if they didn't get

7  their ballots -- I mean their packages in time, but they won't

8  have ballots.

9          So tell me a solution that you want me to solve here

10  or to apply.

11          MR. ETKIN:  Well, Your Honor, I'm hearing for the

12  first time a couple of things.  First of all, there was nothing

13  in Mr. Karotkin's letter talking about the 1,600 debt

14  securities claimants that filed claims and whether they did or

15  did not get notice of the confirmation date and the objection

16  deadline through a notice of nonvoting status.  So we're glad

17  to hear that, but we're hearing that for the first time.

18          I don't know where Mr. Karotkin's --

19          THE COURT:  Okay.

20          MR. ETKIN:  -- April 23rd date comes from, since the

21  date referenced in Mr. Karotkin's letter is April 26th.  And

22  during these rather trying times, every day seems to matter

23  some -- with respect to a whole host of things.

24          THE COURT:  No, but I have to interrupt you.

25          MR. ETKIN:  But I --

PG&E Corp. and Pacific Gas and Electric Co.

1    THE COURT:  I'm read -- wait a minute.  I'm reading

2  his letter, and his letter says, as of April 23rd, Prime Clerk

3  had mailed solicitation materials to 2,800 --

4    MR. ETKIN:  Well --

5    THE COURT:  -- et cetera.

6    MR. ETKIN:  -- I apologize --

7    THE COURT:  So --

8    MR. ETKIN:  -- Your Honor.  I'm conflating -- I was

9  conflating this -- a reference to the 16th to the -- and I do

10  see now that it does say the 23rd.  So --

11    THE COURT:  Okay.  Again --

12    MR. ETKIN:  -- I apologize.

13    THE COURT:  -- it's a small -- it's a small

14  difference, but the point is at least some number of people got

15  a bundle of papers on or about the 23rd or shortly thereafter.

16  And it doesn't give them a lot of time, but certainly, they

17  were given, at least in round numbers, two to three weeks' time

18  to vote and/or object.  And as I say, that's really what we're

19  dealing with.

20    And I don't know what the solution is.  We simply

21  cannot delay the confirmation process.

22    MR. ETKIN:  Well, Your Honor, while some motives were

23  imputed to us, we have no intention of delaying the

24  confirmation process.  We understand -- we've been involved in

25  this case from the get-go, and so we understand what's going

eScribers
operations@escribers.net | www.escribers.net

PG&E Corp. and Pacific Gas and Electric Co.

1    on.  We understand the significance of the timing, and it was

2    never our intention to delay or upset the scheduling with

3    respect to confirmation.  So let me get that out of the way

4    quickly.

5         With respect to those 4,400 claims -- and again, as we

6    indicate in our letter -- some of those claims were filed by

7    agents' representatives on behalf of others.  I don't know

8    whether the notices that Mr. Karotkin is talking about went

9    directly to beneficial holders or whether some did not.  But

10   let's assume that, with respect to those 4,400, I'm not going

11   to doubt what Mr. Karotkin is representing to the Court,

12   that -- as to those 4,400, that notices did go out.

13        This was an issue that we all identified, including

14   the Court, way back when with respect to timing.  We're not

15   presupposing or looking to presuppose who's going to say what,

16   who's going to object and why.  We have an individual claim

17   process that the Court ordered, so each one of these claimants

18   has a right to take whatever position they think is

19   appropriate.  We were just concerned in contacting the Court --

20   and not knowing some of the things that we just heard -- that

21   people just won't be getting that opportunity.

22        So as far as the issue of solicitation and

23   confirmation, we understand what Mr. Karotkin is saying as it

24   relates to the 4,400 claims.  We were troubled, and what's also

25   set forth in our letter, and the most glaring example of it are

operations@escribers.net | www.escribers.net

PG&E Corp. and Pacific Gas and Electric Co.

1   the two declarations of service -- certifications of service

2   that were filed in mid-April, around the April 16th date or

3   immediately before it, that references probably over 50,000

4   individual beneficial holders.

5           Now, again, just to be clear -- and I think this was

6   also set forth in our letter -- it's not a question of blame,

7   Your Honor.  We're not looking to blame anybody.  We

8   understand -- and in fact, I believe that we wanted to make it

9   clear in the notice and the bar date order that Your Honor

10  signed that the nominees were required, required to either send

11  the notices out themselves within seven days or provide the

12  information to the debtor.

13          Now, I don't know to what extent there was any

14  policing done with respect to that.  This was an order of Your

15  Honor's that folks should have complied with if they had

16  obligations specific to the nominees.  I don't know what

17  happened there.  We weren't part of any of the back and forth

18  between the debtor and Prime Clerk with respect to this.  But

19  the fact remains that over 50,000 beneficial owners didn't get

20  any notice of the extended bar date until right before or

21  certainly after April 16th came and went.

22          And that's troubling to us in the context of the

23  alternative that the Court decided to impose rather than

24  granting our 7023 motion, the alternative of having the

25  extended bar date, where individuals have to step up on their

eScribers
operations@escribers.net | www.escribers.net

PG&E Corp. and Pacific Gas and Electric Co.

1    own and file their claims.

2          Now, yes, we've seen a number of people file letters

3    with the Court, formal motions.  Your Honor, I can tell you

4    that the Labaton firm lead counsel has fielded multiple calls

5    as to what to do since they got their notices of the extended

6    bar date after April 16th.  So these are the people who have

7    the wherewithal to at least inquire.  Others may say, oh, it's

8    April 18th, April 20th, you know, what am -- you know, what am

9    I going to do now?

10          Yeah, there are institutions out there who have

11   claims, and they filed them.  There are individuals out there

12   who have claims.  And the fact that such a significant number

13   of these potential claimants did not really have the

14   opportunity to file a timely claim, and what they're going to

15   do at the end of day is something that's concerning to us and

16   something that we felt was important to raise to the Court.

17          The 4,400 notices of -- or solicitation packages and

18   ballots, 2,800 of those and 1,600 notices of nonvoting status

19   to debt securities claimants, that covers the 4,400.  These --

20   there's a finite number identified in the declarations filed by

21   Prime Clerk of folks that likely never had the opportunity.

22   Some have stepped up and advised the Court, but certainly

23   50,000 didn't.  And regardless of whose fault it might be,

24   that's just a fact.  That's a fact that --

25          THE COURT:  Okay.

PG&E Corp. and Pacific Gas and Electric Co.

1    MR. ETKIN:  -- that --

2    THE COURT:  Okay.  But what do I do --

3    MR. ETKIN:  -- that is confronting all of us --

4    THE COURT:  But what --

5    MR. ETKIN:  -- at this point.

6    THE COURT:  But what should we do about it?  The

7    debtor has responded to the handful of ones that came to my

8    attention.  And to my knowledge, they've given every one of

9    them an opportunity to file a late claim.  Let --

10   distinguish -- let's separate the claim, and let's not worry

11   about an objection to confirmation.  It's probably not likely,

12   and no action required from a person with nonvoting status

13   other than to file a claim.

14        So if 4,400 claims have been filed -- and I believe

15   Mr. Karotkin said that there are -- or maybe you said it --

16   there are also group claims filed by someone else, so there are

17   more than 4,400 claims filed.  And if another bunch of people

18   come in later than now or later than next week or later than

19   next month, the debtor can either agree to let them in late, or

20   they can individually petition, or, if necessary, someone on

21   their behalf can ask for an extension of the filing date, not

22   the confirmation date or the voting date.

23        So doesn't that solve the problem?  Just like it would

24   be for the fire victims.  If we had fire victims who, for some

25   reason, had a legitimate explanation for why they couldn't get

eScribers
operations@escribers.net | www.escribers.net

PG&E Corp. and Pacific Gas and Electric Co.

1  a claim on file, they'd been allowed in.  There have already

2  been some that have been allowed in.  What's wrong with -- I

3  mean, isn't that the only way we can possibly deal with it at

4  this point?

5       MR. ETKIN:  Well --

6       THE COURT:  And I'm open --

7       MR. ETKIN:  -- Your Honor --

8       THE COURT:  -- to solutions.  I'm open --

9       MR. ETKIN:  I --

10       THE COURT:  -- to alternatives.

11       MR. ETKIN:  -- I understand, and I'm trying to be

12  helpful.  And to be frank, at this stage, we are more concerned

13  about their ability to file a claim and be able to achieve some

14  recovery in this case than issues of objecting to confirmation

15  and voting issues, which may not be practical.  It's

16  unfortunate, but it may not be practical.

17       Your Honor, I was somewhat troubled by the language in

18  the order regarding those four or five late claims, where it

19  indicates that the debtor, in their sole discretion, can deal

20  with these claims and designate them as timely filed.  The idea

21  of these folks coming in and making motions before the Court is

22  as impractical as some of the other issues that we're

23  confronting on the other side of this problem.

24       Your Honor, to us, again, it's a question of giving

25  people the opportunity to file a claim, because we feel that

PG&E Corp. and Pacific Gas and Electric Co.

1    tens of thousands of folks never really got the opportunity

2    unless they decided to take it upon themselves and provide the

3    Court with a letter or some evidence.

4        I don't know whether the ques -- I don't know whether

5    it's a function of providing some short form notice to these

6    same group of people.  They've already been identified in these

7    two declarations to indicate that they can file a proof of

8    claim because of the timing of when they got the original

9    notice of the extended bar date.  But I think just sitting back

10   and waiting for them to take action is not going to, in our

11   view, accomplish the goal of providing folks with an

12   opportunity to file a claim under these circumstances.

13       And again --

14       MR. KAROTKIN:  Your Honor, can I respond?

15       MR. ETKIN:  -- Your Honor, I'm not --

16       MR. KAROTKIN:  Can I respond briefly?

17       THE COURT:  Yeah, sure.  Oh, wait one second.

18       MR. KAROTKIN:  Oh, I'm sorry.

19       THE COURT:  I -- just finish -- Mr. Etkin, just finish

20   your point, and Mr. Karotkin, you can --

21       MR. ETKIN:  No --

22       THE COURT:  All right.  Well, go --

23       MR. ETKIN:  -- Mr. Karotkin sounds anxious.

24       THE COURT:  All right.  Go -- well, go ahead.  I mean,

25   I -- yes --

eScribers
operations@escribers.net | www.escribers.net

PG&E Corp. and Pacific Gas and Electric Co.

1          MR. KAROTKIN:  I'm always anxious.

2          THE COURT:  -- sir, Mr. Karotkin, please.

3          MR. KAROTKIN:  Thank you.

4          THE COURT:  Now, you're --

5          MR. KAROTKIN:  Look, Your Honor, I think you put your

6    finger on it.  There is a process that you approved to address

7    late claims, and anyone has the right to file a motion with the

8    Court to allow a late claim.  It's not unusual.  It's done in

9    every -- it's available in every single case.  And for Mr.

10   Etkin to suggest that our discretion to agree or not agree

11   somehow prevents the Court from getting involved if someone

12   wants to get the Court involved, that was never the intent.

13   And it certainly is not reflected in your order.

14          There is -- as I said, there is nothing unique here.

15   And moreover, these people -- first of all, Mr. Etkin and Mr.

16   Dubbs' letter suggests that the people reflected in their

17   letter who got "late notice" was somehow Prime Clerk sending

18   out the notice late.  That's just wrong.  Those notices and

19   those certificates of service reflect the mailing of notice to

20   names that were given late by the nominees who did not comply

21   with your letter, period, in your order.  Period.  That is

22   those people.

23          But nevertheless, we sent them notice as fast as we

24   could.  We sent them ballots as fast as they -- as we could.

25   And they're sending in their -- they're sending in their

eScribers
operations@escribers.net | www.escribers.net

PG&E Corp. and Pacific Gas and Electric Co.

1    ballots.  People are sending in ballots.  So there is a process

2    in place --

3              THE COURT:  Well, again --

4              MR. KAROTKIN:  -- that --

5              THE COURT:  Again -- hold on.  The ballots are not as

6    important as the claims.  We agree to --

7              MR. KAROTKIN:  Okay.  But --

8              THE COURT:  -- that, right?

9              MR. KAROTKIN:  -- they had the -- they had the

10   opportunity, and they still have the opportunity; they can file

11   claims if -- no one prevents anybody from filing a late claim

12   if they believe they have a claim, subject to all reservations

13   of rights that parties-in-interest have.  No one has precluded

14   anyone from doing this.  And I think that what's really going

15   on here is we're back trying to revisit this class action, and

16   Mr. Etkin's clients are concerned about all of these people.

17              Well, in their letter, they make it perfectly clear

18   that all of these issues, Your Honor -- and if you look page 5

19   of their letter, all of these issues can be addressed --

20              MR. ETKIN:  I think, Your Honor, Mr. Karotkin is

21   violating your initial statement --

22              MR. KAROTKIN:  May I finish --

23              MR. ETKIN:  -- with respect --

24              MR. KAROTKIN:  -- Mr. Etkin?

25              MR. ETKIN:  -- to what this conference --

eScribers
operations@escribers.net | www.escribers.net

PG&E Corp. and Pacific Gas and Electric Co.

1        THE COURT:  Okay.

2        MR. ETKIN:  -- with respect to what this conference

3   should be about.

4        MR. KAROTKIN:  Okay.  In their --

5        THE COURT:  Okay.  Let -- don't interrupt.

6        MR. KAROTKIN:  At the end of their letter, Your

7   Honor --

8        THE COURT:  -- don't interrupt him.

9        MR. KAROTKIN:  At the end of their letter, they

10  acknowledge, as they must, that all of this can be addressed

11  post-confirmation.  And if they think there's a basis for them

12  to have the ability to again come in and ask Your Honor to

13  represent all of these claims and speak on behalf of all of

14  these -- of all of these claimants, they can come in and ask

15  you to revisit your prior order.  Nothing precludes them from

16  doing this.

17        And I think it's also important to note, Your Honor,

18  that these -- all of these claims, as well as the claims

19  asserted in the Northern District securities action, are the

20  subject of ongoing mediation with former District Judge Layn

21  Phillips and former Bankruptcy Judge Randall Newsome.  And that

22  process should continue.

23        THE COURT:  Well, I --

24        MR. KAROTKIN:  And maybe all of this --

25        THE COURT:  Hold on.

PG&E Corp. and Pacific Gas and Electric Co.

1          MR. KAROTKIN:  -- will --

2          THE COURT:  Mr. Karotkin, I didn't know -- I didn't

3  know that until you gave me the letter.  I grant you that I'm

4  the one that, some months ago, added Judge Newsome's name to --

5  his to-do list was to deal with this.  I didn't know what had

6  come of it.  I'm happy to hear that there's progress and that

7  Judge Phillips has gotten involved.  That's fine, too.  That

8  solves the problem.

9          Look, it seems to me that -- here's the one thing that

10  I want to say, and I -- again, Mr. Karotkin, you are violating

11  the rule.  We're not here to decide whether we're going to

12  revisit the Rule 705- -- 23 motion or whether Mr. Etkin or any

13  of his colleagues are trying to jockey for position here.

14          The issue is this.  I'm looking at the latest item on

15  our docket that's relevant to this.  On the 4th of May, Deborah

16  Frost (phonetic) wrote a letter to the Court and says she used

17  to work for PG&E, and she knows -- she expressed herself about

18  some of the practices she's familiar with, but a very informal

19  letter.  It says, I didn't get my notice in time; I want to

20  submit my claim.

21          I'm assuming, Mr. Karotkin, that someone on your end

22  has looked at that, or will, and has done something so Ms.

23  Frost will get her day -- her opportunity to file her claim.

24  And --

25          MR. KAROTKIN:  Yes, sir.

eScribers
operations@escribers.net | www.escribers.net

PG&E Corp. and Pacific Gas and Electric Co.

1    THE COURT:  -- and --

2    MR. KAROTKIN:  I can confirm that --

3    THE COURT:  But that being said --

4    MR. KAROTKIN:  -- we --

5    THE COURT:  Okay, that's good.

6        What I'm not going to do, Mr. Etkin -- and this goes

7   back to your side -- I'm not going to issue some blanket order

8   that creates a new bar date of a month out in the future,

9   because that just awards -- rewards the tardy people.  And so

10  whether somebody should have gotten his notice on April 10th or

11  March 30th or May 1st is one thing.  But it's another thing to

12  then start again.  In other words, I'm sympathetic to people

13  who, for whatever reason -- whether it be COVID or change of

14  address or something -- have to, promptly in response to the

15  notice, but not -- not promptly.

16        So I'm not going to lose any sleep over a former

17  shareholder or equity purchaser who maybe doesn't have an

18  opportunity to object to confirmation when they're going to --

19  we'll have a plan that will pay them in full.  And it's

20  unfortunate that some who should have a right to vote maybe

21  won't get the right to vote because of the delays.  But it

22  seems very unlikely to have any material impact, either because

23  their vote was not necessary or because the vote wouldn't have

24  made a difference on any reasonable estimate of what they would

25  be.

eScribers
operations@escribers.net | www.escribers.net

PG&E Corp. and Pacific Gas and Electric Co.

1    So it really comes down to the debtor doing the right

2  thing for the people who are after the deadline but diligent in

3  trying to vindicate their rights, but not to make the debtors

4  reward people who have slept on their rights and now are going

5  to get a -- would get another notice of a new bar date, which

6  I'm not inclined to do.

7    So --

8    MR. KAROTKIN:  Your Honor, can I just --

9    THE COURT:  Yes, sir.

10    MR. ETKIN:  Your Honor, can I please comment -- can I

11  please comment for a moment, Your Honor?

12    THE COURT:  Mr. Karotkin first and then Etkin.

13    MR. KAROTKIN:  Just a -- I've just been notified by

14  one of my colleagues that you referred to Ms. Frost.  Her claim

15  has been timely filed.

16    THE COURT:  Okay.

17    MR. KAROTKIN:  So you can see they're --

18    THE COURT:  There you go.

19    MR. KAROTKIN:  -- addressing them as they come in.

20    THE COURT:  Well, she's a former employee.  She

21  probably knew somebody at the company.

22    MR. KAROTKIN:  I don't know about that, Your Honor.

23  But just as you know, we are addressing these.  There have been

24  a hundred already filed, and we are addressing them as they

25  come in.  You have our assurance --

PG&E Corp. and Pacific Gas and Electric Co.

1        THE COURT:  And one more --

2        MR. KAROTKIN:  -- about that.

3        THE COURT:  -- question -- one more question for you,

4  Mr. Karotkin.  Do -- am I miscounting the -- the 2,800 or so,

5  we'll call, equity claims --

6        MR. KAROTKIN:  Right.

7        THE COURT:  -- is that the right number, or did one of

8  you in the letter say that there's another couple of thousand

9  that were submitted by one agent that you that aren't in the

10  total?  Maybe I'm misreading that.  Do you know what I'm

11  talking about?

12        MR. KAROTKIN:  I think there were some bulk claims

13  filed, and --

14        THE COURT:  Yes.

15        MR. KAROTKIN:  -- whether those are appropriate or

16  not, we've reserved our rights.

17        THE COURT:  No, but all I'm asking is what does

18  that -- does that affect the total?  Is the bulk part of the

19  4,400, or is it on top of the 4,400?

20        MR. KAROTKIN:  I don't know the answer to that

21  question.  Perhaps one of my colleagues who is on the phone

22  does.  I don't know the answer.

23        MR. SLACK:  So this is Richard Slack from Weil, Your

24  Honor.  And the --

25        THE COURT:  Good afternoon, Mr. Slack.

eScribers
operations@escribers.net | www.escribers.net

PG&E Corp. and Pacific Gas and Electric Co.

1    MR. SLACK:  -- the answer to that is, is that the bulk

2  claims, the -- if there are 2,000, let's say, that are filed by

3  one agent, those are not included in the 2,800.

4    THE COURT:  So there might be -- so the 2,800 could

5  conceivably be 4,800, right?

6    MR. SLACK:  Yeah, that would be -- the idea would be

7  there would be more beneficial owners underneath the one bulk

8  claim.  And again --

9    THE COURT:  Right.

10    MR. SLACK:  -- Mr. Karotkin said, the debtors are

11  reserving their rights with respect to those claims.

12    THE COURT:  No, I'm -- I realize that they're

13  reserving their rights.  But the point is they're not -- they

14  might be part of a bulk group, but they were timely.  They're

15  not a timing problem.  There might be some other problem, but

16  that's for another day.  So I'm assuming that, at some point --

17  well, first, there'll be -- either, there'll be a mediator

18  resolution or a formula or a matrix, or, secondly, there will

19  be some sort of process for the debtor to take issue with

20  claims that they think should be objected to.

21    And that's --

22    MR. KAROTKIN:  That's correct.

23    THE COURT:  -- not something we're going to -- we're

24  not worrying about that before the plan gets considered for

25  confirmation.

operations@escribers.net | www.escribers.net

PG&E Corp. and Pacific Gas and Electric Co.

1    Well, I'm inclined to say that I -- it's an

2    unfortunate result that some claims were lost in the shuffle.

3    And at least I, personally, and Mr. Karotkin and his clients

4    appear to be doing what they can for those people who have come

5    forth and complained.  And I think I'm just going to draw the

6    line at that point.  The Ninth Circuit is very tolerant of late

7    claims if there are explanations.  I'm not sure if this would

8    necessarily fall into within any further category.

9    But obviously, Mr. Etkin, and everyone on your side,

10   if there are some folks out there that are sitting twiddling

11   their thumbs wondering what do I do, the answer is they better

12   do something quickly rather than not.  And if the debtor, on

13   its own, just allows them in, then there's nothing to be

14   concerned about.  And I -- other than that --

15   MR. ETKIN:  Your Honor, may I --

16   THE COURT:  -- I'm inclined to --

17   MR. ETKIN:  -- may I have that -- may I have that

18   opportunity that I requested --

19   THE COURT:  Yes, sir.

20   MR. ETKIN:  -- a moment ago to --

21   THE COURT:  Yes, sir.

22   MR. ETKIN:  -- to just weigh in on some of this?

23   And I'm going to backtrack a little bit, because I

24   don't want certain things unanswered on the record.

25   THE COURT:  Okay.

PG&E Corp. and Pacific Gas and Electric Co.

1    MR. ETKIN:  And I'm going to -- and hopefully, I'm not

2    going to be violating your initial admonition, but it's hard to

3    just stand idly by.

4         Yes --

5         THE COURT:  You can get a little one in there.

6         MR. ETKIN:  -- there's a --

7         THE COURT:  You can get a little nudge --

8         MR. ETKIN:  Yes --

9         THE COURT:  -- in there.

10        MR. ETKIN:  Yes, there's a mediation.  We're surprised

11   that that was mentioned in a public document, but, yes, there's

12   a mediation going forward.  And we'll leave it at that.  It

13   would be inappropriate to comment any further as to where that

14   is, but it is pending.  That's what I can say.

15        THE COURT:  Okay.

16        MR. ETKIN:  Second of all -- second of all, this is --

17   the last thing we're doing is litigating 7023 through a letter

18   before Your Honor.  All we suggested -- and very simply -- and

19   it's -- and also, from a post-confirmation perspective, all

20   we're suggesting -- all we suggested was that, given the

21   magnitude of the claims that were filed, that, at some point,

22   we've got to address the issue of how those claims are going to

23   get resolved given the character of those claims.

24        I find it interesting, at best, Your Honor, that,

25   while we were arguing the 7023 motion, the idea of granting the

eScribers
operations@escribers.net | www.escribers.net

PG&E Corp. and Pacific Gas and Electric Co.

1   motion was -- the debtors took a Chicken Little approach that

2   the sky would fall if that motion would be granted.  But in

3   fact, we argued then -- and we feel no differently now -- that

4   claims resolution with respect to these claims, whether they be

5   class-wide claims or individual claims, can be handled post-

6   confirmation.  So we've been consistent with that.  I don't

7   believe the debtor has.

8       And finally, Your Honor, with respect to the remedy

9   here, the only thing that I would suggest, given where the

10  Court appears to be coming down, is that there should be no

11  reason, no reason whatsoever why any of the 50,000 plus

12  beneficial owners identified in those last two certificates of

13  service, where the ballots -- the ballots -- the claim forms

14  were mailed out in such a way as, at best, a potential claimant

15  got it a couple of days before the 16th or certainly, in many

16  cases, after the 16th, if any of those folks file a late claim,

17  I think that those claims should be able to come in, subject to

18  whatever defenses the debtor has.

19      And there's no reason to deal with those on a case-by-

20  case basis.  I'm not saying provide a new bar date.  I

21  understand where the Court's coming out on that, but there

22  appear to be no reason to me why, with respect to those

23  claims -- and again, leaving aside the issue of blame, because

24  that's really not relevant.  What's relevant are the rights of

25  these people to have an opportunity to put a claim in in this

eScribers
operations@escribers.net | www.escribers.net

PG&E Corp. and Pacific Gas and Electric Co.

1  case.

2  THE COURT:  Okay.  Well, Mr. Etkin, all I can say is

3  that, if you were not a lawyer representing a client here but

4  you were a former PG&E stock purchaser, and you got something

5  from Prime Clerk on or about April 16th or April 17th and said

6  you got to do something by a claims deadline, you might have

7  done something by May 6th.  And if it's May 6th and you still

8  haven't, and May 7th and May 8th and May 9th, then, at some

9  point, somebody's going to say you waited too long.  And I just

10  told you about Ms. Frost, who got her letter to our court on

11  May 4th, and her claims are now being processed.  Not allowed

12  but processed.

13  And so I'm not going to tell you how to tell several

14  thousand people what they ought to do, because we all know what

15  they ought to do.  And if they didn't do it, then they suffer

16  the consequences.

17  So again, it would be --

18  MR. ETKIN:  No, Your Honor, when they're reaching out

19  to -- when they're reaching out to us, as I mentioned earlier,

20  that's what we're telling them to do.  And --

21  THE COURT:  Fine.  That's --

22  MR. ETKIN:  -- we're still getting phone calls.

23  THE COURT:  You won't get any criticism from me for

24  doing that.  But at some point, I'm not going to be very

25  sympathetic to somebody that says, gee, almighty, I was in my

eScribers
operations@escribers.net | www.escribers.net

PG&E Corp. and Pacific Gas and Electric Co.

1  vacation home, and I didn't get my mail forwarded to me in

2  Florida because I was in Michigan, which is what some people

3  said.  And I'm saying, well, I feel sorry for you, but what do

4  you do when you're not acting on something that you got on

5  April 16th?

6        I'm going -- let's leave it at that.  Does anyone else

7  on the call want to be heard on today's subject?

8        Okay.  For those of you that are staying tuned to

9  what's going on on our end, we are scheduled to have a next

10  calendar on the 22nd --

11       MR. KAROTKIN:  No --

12       THE COURT:  -- 23rd, whatever day we're -- next week,

13  sorry, the 12th -- May 12th.

14       MR. KAROTKIN:  May 12th.

15       THE COURT:  And I'm hopeful that we will be able to

16  have our problems worked out and give an opportunity for people

17  to participate by video.  But at the moment, I can't tell you

18  that we've got it all resolved.  But we're working on it.  And

19  so stay tuned.

20       We'll put something on the court docket before the end

21  of this week if we're going to be doing a video the way -- for

22  example, the way Judge Donato -- those of you that participated

23  in the hearing before Judge Donato a couple weeks ago, using

24  that same format.  We're likely to try to do something that way

25  or back through CourtCall.  I just can't tell you exactly that

PG&E Corp. and Pacific Gas and Electric Co.

1    we've got all the problems resolved.

2         Okay.  With that, unless nothing else, I'll wish you

3    all well, and I'll conclude the hearing.

4         MR. KAROTKIN:  Thank you, sir.

5         MR. ETKIN:  Thank you, Your Honor.  And --

6         THE COURT:  Okay.

7         MR. ETKIN:  -- thanks for the opportunity --

8         THE COURT:  Thank you all for your time.

9         MR. ETKIN:  -- to appear today.

10        THE COURT:  Yes.

11        MR. SLACK:  Thank you, Your Honor.

12        THE COURT:  Stay well.  Stay well, everyone.  Bye-bye.

13        MR. KAROTKIN:  I will.

14     (Whereupon these proceedings were concluded at 2:10 PM)

15

16

17

18

19

20

21

22

23

24

25

operations@escribers.net | www.escribers.net

1          C E R T I F I C A T I O N

2

3     I, Aliza Blumenfeld, certify that the foregoing transcript is a

4     true and accurate record of the proceedings.

5

6

7

8

9

10    _____

11    /s/ ALIZA BLUMENFELD, CET-634

12

13    eScribers

14    7227 N. 16th Street, Suite #207

15    Phoenix, AZ 85020

16

17    Date:  May 7, 2020

18

19

20

21

22

23

24

25

operations@escribers.net | www.escribers.net

## A

**ability (3)**
8:15;15:13;19:12
**able (3)**
15:13;27:17;29:15
**accomplish (1)**
16:11
**achieve (1)**
15:13
**acknowledge (1)**
19:10
**acting (1)**
29:4
**action (4)**
14:12;16:10;18:15;
19:19
**added (1)**
20:4
**address (5)**
5:9;6:18;17:6;21:14;
26:22
**addressed (2)**
18:19;19:10
**addressing (1)**
22:19,23,24
**adequate (3)**
8:2,9,14
**admonition (1)**
26:2
**adversely (1)**
8:7
**advised (1)**
13:22
**affect (1)**
23:18
**afternoon (3)**
3:4,13;23:25
**again (17)**
5:2;19;7:1,18;10:11;
11:5;12:5;15:24;16:13;
18:3,5;19:12;20:10;
21:12;24:8;27:23;
28:17
**agent (2)**
23:9;24:3
**agents' (1)**
11:7
**ago (3)**
20:4;25:20;29:23
**agree (4)**
14:19;17:10,10;18:6
**agreement (1)**
6:11
**ahead (3)**
5:6,6;16:24
**allow (1)**
17:8
**allowed (3)**
15:1,2;28:11
**allows (1)**
25:13

**almighty (1)**
28:25
**alternative (2)**
12:23,24
**alternatives (1)**
15:10
**always (1)**
17:1
**amenable (5)**
4:21,25;5:22;6:6;7:1
**and/or (1)**
10:18
**anxious (2)**
16:23;17:1
**apologize (2)**
10:6,12
**appear (3)**
25:4;27:22;30:9
**appears (1)**
27:10
**apply (1)**
9:10
**approach (1)**
27:1
**appropriate (4)**
4:11;6:7;11:19;
23:15
**approved (1)**
17:6
**April (15)**
8:2,22,23;9:20,21;
10:2;12:2,21;13:6,8,8;
21:10;28:5,5;29:5
**argued (1)**
27:3
**arguing (1)**
26:25
**arguments (1)**
3:21
**around (1)**
12:2
**articles (1)**
8:12
**aside (1)**
27:23
**asserted (1)**
19:19
**assume (1)**
11:10
**assuming (3)**
3:15;20:21;24:16
**assurance (1)**
22:25
**attention (1)**
14:8
**available (1)**
17:9
**avoided (1)**
7:4
**awards (1)**
21:9
**away (1)**
7:21

## B

**back (7)**
6:1;11:14;12:17;
16:9;18:15;21:7;29:25
**backtrack (1)**
25:23
**ballot (1)**
6:13
**ballots (15)**
4:14,19,20;6:15,16;
7:5;9:7,8;13:18;17:24;
18:1,1,5;27:13,13
**Bankruptcy (1)**
19:21
**bar (11)**
5:11;6:7;7:1;12:9,20,
25;13:6;16:9;21:8;
22:5;27:20
**based (1)**
4:8
**basis (2)**
19:11;27:20
**behalf (3)**
11:7;14:21;19:13
**behind (1)**
9:4
**beneficial (5)**
11:9;12:4,19;24:7;
27:12
**best (2)**
26:24;27:14
**better (1)**
25:11
**beyond (2)**
4:22,22
**bit (1)**
25:23
**blame (3)**
12:6,7;27:23
**blaming (1)**
6:1
**blanket (1)**
21:7
**both (2)**
5:8,11
**briefly (1)**
16:16
**bulk (5)**
23:12,18;24:1,7,14
**bunch (1)**
14:17
**bundle (1)**
10:15
**Bye-bye (1)**
30:12

## C

**calendar (1)**
29:10
**CALIFORNIA (1)**

3:1
**Call (4)**
3:3,15;23:5;29:7
**calls (2)**
13:4;28:22
**came (2)**
12:21;14:7
**can (26)**
3:24;13:3;14:19,20,
21;15:3,19;16:7,14,16,
20;18:10,19;19:10,14;
21:2;22:8,10,10,17;
25:4;26:5,7,14;27:5;
28:2
**case (6)**
8:12;10:25;15:14;
17:9;27:20;28:1
**case-by- (1)**
27:19
**cases (1)**
27:16
**category (1)**
25:8
**certain (1)**
25:24
**certainly (6)**
9:5;10:16;12:21;
13:22;17:13;27:15
**certificates (2)**
17:19;27:12
**certifications (1)**
12:1
**cetera (1)**
10:5
**change (2)**
6:16;21:13
**character (1)**
26:23
**Chicken (1)**
27:1
**Circuit (1)**
25:6
**circumstances (1)**
16:12
**claim (20)**
11:16;13:14;14:9,10,
13;15:1,13,25;16:8,12;
17:8;18:11,12;20:20,
23;22:14;24:8;27:13,
16,25
**claimant (1)**
27:14
**claimants (7)**
7:25;8:20;9:14;
11:17;13:13,19;19:14
**claims (47)**
4:7,8,9,13;5:9,16;
6:22;7:2,17,25;8:5;
9:14;11:5,6,24;13:1,11,
12;14:14,16,17;15:18,
20;17:7;18:6,11;19:13,
18,18;23:5,12;24:2,11,
20;25:2,7;26:21,22,23;

27:4,4,5,5,17,23;28:6,
11
**class (6)**
6:20;7:17,17,18;9:5;
18:15
**classes (1)**
4:12
**class-wide (1)**
27:5
**clean (1)**
3:23
**clear (3)**
12:5,9;18:17
**clearly (1)**
5:18
**Clerk (6)**
5:17;10:2;12:18;
13:21;17:17;28:5
**client (1)**
28:3
**clients (2)**
18:16;25:3
**colleagues (3)**
20:13;22:14;23:21
**coming (3)**
15:21;27:10,21
**comment (1)**
22:10,11;26:13
**commentators (1)**
3:16
**comments (1)**
5:12
**company (1)**
22:21
**complained (1)**
25:5
**complied (2)**
5:15;12:15
**comply (2)**
5:10;17:20
**conceivably (1)**
24:5
**conceive (1)**
8:6
**concerned (4)**
11:19;15:12;18:16;
25:14
**concerning (1)**
13:15
**conclude (1)**
30:3
**concluded (1)**
30:14
**conference (2)**
18:25;19:2
**confirm (1)**
21:2
**confirmation (20)**
4:11;6:9,25;7:13,16;
8:2,8,15;9:3,15;10:21,
24;11:3,23;14:11,22;
15:14;21:18;24:25;
27:6

Case: 19-30088    Doc# 7322-17    Filed: 05/15/20    Entered: 05/15/20 15:58:31    Page
33 of 39

conflating (2)
10:8,9
confronting (1)
14:3;15:23
consequences (1)
28:16
considered (1)
24:24
consistent (1)
27:6
contacting (1)
11:19
context (1)
12:22
continue (1)
19:22
counsel (2)
5:11;13:4
couple (4)
9:12;23:8;27:15;
29:23
Court (103)
3:3,4,9,12,14;4:16,
18,21;5:1,3,6,21,23,25;
6:3,10,19;7:3,9,15;
8:10,16;9:19,24;10:1,5,
7,11,13;11:11,14,17,
19;12:23;13:3,16,22,
25;14:2,4,6;15:6,8,10,
21;16:3,17,19,22,24;
17:2,4,8,11,12;18:3,5,
8;19:1,5,8,23,25;20:2,
16;21:1,3,5;22:9,12,16,
18,20;23:1,3,7,14,17,
25;24:4,9,12,23;25:16,
19,21,25;26:5,7,9,15;
27:10;28:2,10,21,23;
29:12,15,20;30:6,8,10,
12
CourtCall (1)
29:25
Court's (1)
27:21
covers (1)
13:19
COVID (1)
21:13
cram-down (1)
6:23
crammed (1)
7:7
creates (1)
21:8
criticism (1)
28:23
criticisms (1)
3:21

**D**

date (18)
5:11;6:7;7:1;9:15,20,
21;12:2,9,20,25;13:6;

14:21,22,22;16:9;21:8;
22:5;27:20
day (6)
8:13;9:22;13:15;
20:23;24:16;29:12
days (3)
7:20;12:11;27:15
deadline (9)
4:22,22,23;6:15;
7:20;8:22;9:16;22:2;
28:6
deal (5)
8:23;15:3,19;20:5;
27:19
dealing (2)
7:11;10:19
dealings (1)
3:5
Deborah (1)
20:15
debt (6)
4:9;6:12;7:25;9:5,
13;13:19
debtholder (1)
7:16
debtholders (1)
7:11
debtor (10)
12:12,18;14:7,19;
15:19;22:1;24:19;
25:12;27:7,18
debtors (5)
5:9,17;22:3;24:10;
27:1
decide (1)
20:11
decided (2)
12:23;16:2
declarations (3)
12:1;13:20;16:7
defenses (1)
27:18
delay (2)
10:21;11:2
delaying (1)
10:23
delays (1)
21:21
Depending (1)
4:24
designate (1)
15:20
determination (1)
4:8
difference (2)
10:14;21:24
different (1)
4:1
differently (1)
27:3
diligent (1)
22:2
directly (1)

11:9
disagree (1)
6:12
discretion (2)
15:19;17:10
discussion (1)
3:19
disgruntled (1)
8:18
distinguish (1)
14:10
District (2)
19:19,20
divide (1)
9:1
docket (2)
20:15;29:20
document (1)
26:11
Donato (2)
29:22,23
done (7)
3:20,22,24;12:14;
17:8;20:22;28:7
doubt (1)
11:11
down (3)
7:7;22:1;27:10
draw (1)
25:5
Dubbs (3)
3:12,13;5:19
Dubbs' (1)
17:16
due (2)
7:19;8:6
during (1)
9:22

**E**

earlier (2)
5:9;28:19
easy (1)
6:24
either (5)
7:6;12:10;14:19;
21:22;24:17
else (3)
14:16;29:6;30:2
employee (1)
22:20
end (6)
13:15;19:6,9;20:21;
29:9,20
entire (1)
4:13
entities (2)
4:3,13
entitled (1)
4:10
equity (11)
6:14,20,22,22,24;7:2,

5,18;9:5;21:17;23:5
estimate (1)
21:24
et (1)
10:5
Etkin (52)
3:9,11;5:11,19;8:10,
25;9:11,20,25;10:4,6,8,
12,22;14:1,3,5;15:5,7,
9,11;16:15,19,21,23;
17:10,15;18:20,23,24,
25;19:2;20:12;21:6;
22:10,12;25:9,15,17,
20,22;26:1,6,8,10,16;
28:2,18,22;30:5,7,9
Etkin's (1)
18:16
even (2)
4:2;7:11
everyone (3)
3:4;25:9;30:12
evidence (1)
16:3
exactly (1)
29:25
example (2)
11:25;29:22
excuse (1)
9:5
explained (2)
4:7;5:8
explanation (1)
14:25
explanations (1)
25:7
expressed (1)
20:17
extend (1)
6:7
extended (5)
5:11;12:20,25;13:5;
16:9
extending (1)
7:1
extension (2)
6:6;14:21
extensive (2)
5:12,12
extent (3)
8:5,7;12:13

**F**

fact (9)
7:20;9:2,4;12:8,19;
13:12,24,24;27:3
fall (2)
25:8;27:2
familiar (1)
20:18
far (1)
11:22
fast (2)

17:23,24
fault (1)
13:23
feel (3)
15:25;27:3;29:3
felt (1)
13:16
fielded (1)
13:4
file (14)
13:1,2,14;14:9,13;
15:1,13,25;16:7,12;
17:7;18:10;20:23;
27:16
filed (19)
4:7,13,13;5:9;7:25;
9:14;11:6;12:2;13:11,
20;14:14,16,17;15:20;
22:15,24;23:13;24:2;
26:21
filing (2)
14:21;18:11
filings (1)
8:13
finally (1)
27:8
find (1)
26:24
fine (3)
5:6;20:7;28:21
finger (1)
17:6
finish (3)
16:19,19;18:22
finite (1)
13:20
fire (3)
8:20;14:24,24
firm (1)
13:4
first (7)
6:17;9:12,12,17;
17:15;22:12;24:17
five (2)
8:18;15:18
fix (1)
6:3
Florida (1)
29:2
folks (7)
12:15;13:21;15:21;
16:1,11;25:10;27:16
following (1)
8:4
form (2)
5:12;16:5
formal (1)
13:3
format (1)
29:24
former (5)
19:20,21;21:16;
22:20;28:4

Min-U-Script®

eScribers, LLC | (973) 406-2250
operations@escribers.net | www.escribers.net

(2) conflating - former

Page
34 of 39

Case: 19-30088    Doc# 7322-17    Filed: 05/15/20    Entered: 05/15/20 15:58:31    Page

**forms (1)**
27:13
**formula (1)**
24:18
**forth (4)**
11:25;12:6,17;25:5
**forward (2)**
6:8;26:12
**forwarded (1)**
29:1
**four (1)**
15:18
**FRANCISCO (1)**
3:1
**frank (1)**
15:12
**Frost (4)**
20:16,23;22:14;
28:10
**full (2)**
8:6;21:19
**fully (2)**
5:10,14
**fun (1)**
8:23
**function (1)**
16:5
**further (2)**
25:8;26:13
**future (1)**
21:8

**G**

**gave (1)**
20:3
**gee (1)**
28:25
**generally (1)**
4:5
**gentlemen (1)**
3:16
**get-go (1)**
10:25
**gets (1)**
24:24
**given (8)**
8:8;9:1;10:17;14:8;
17:20;26:20,23;27:9
**giving (1)**
15:24
**glad (1)**
9:16
**glaring (1)**
11:25
**goal (2)**
3:22;16:11
**goes (1)**
21:6
**Good (4)**
3:4,13;21:5;23:25
**grant (1)**
20:3

**granted (1)**
27:2
**granting (2)**
12:24;26:25
**group (3)**
14:16;16:6;24:14

**H**

**handful (1)**
14:7
**handled (1)**
27:5
**happened (1)**
12:17
**happy (1)**
20:6
**hard (2)**
8:6;26:2
**hear (3)**
3:19;9:17;20:6
**heard (3)**
9:1;11:20;29:7
**hearing (5)**
4:11;9:11,17;29:23;
30:3
**hell (1)**
8:21
**help (1)**
3:23
**helpful (1)**
15:12
**here's (1)**
20:9
**herself (1)**
20:17
**hold (2)**
18:5;19:25
**holders (2)**
11:9;12:4
**home (1)**
29:1
**Honor (39)**
3:11,13;4:6,24;5:14;
6:5,20;7:24;8:4,12;
9:11;10:8,22;12:7,9;
13:3;15:7,17,24;16:14,
15;17:5;18:18,20;19:7,
12,17;22:8,10,11,22;
23:24;25:15;26:18,24;
27:8;28:18;30:5,11
**Honor's (2)**
5:10;12:15
**hope (1)**
3:6
**hopeful (1)**
29:15
**hopefully (1)**
26:1
**host (1)**
9:23
**huh (1)**
3:10

**hundred (1)**
22:24

**I**

**idea (3)**
15:20;24:6;26:25
**identified (4)**
11:13;13:20;16:6;
27:12
**idly (1)**
26:3
**immediately (1)**
12:3
**impact (1)**
21:22
**impacted (1)**
8:7
**impediment (1)**
6:24
**implemented (1)**
5:13
**important (5)**
5:4,7;13:16;18:6;
19:17
**impose (1)**
12:23
**impractical (1)**
15:22
**imputed (1)**
10:23
**inappropriate (1)**
26:13
**inclined (3)**
22:6;25:1,16
**included (1)**
24:3
**including (2)**
4:14;11:13
**indicate (2)**
11:6;16:7
**indicated (1)**
7:24
**indicates (1)**
15:19
**individual (3)**
11:16;12:4;27:5
**individually (1)**
14:20
**individuals (3)**
4:3;12:25;13:11
**informal (1)**
20:18
**information (1)**
12:12
**initial (2)**
18:21;26:2
**inquire (1)**
13:7
**institutions (1)**
13:10
**intent (1)**
17:12

**intention (2)**
10:23;11:2
**interested (1)**
3:15
**interesting (1)**
26:24
**interrupt (4)**
5:5;9:24;19:5,8
**into (3)**
6:1;9:2;25:8
**involved (4)**
10:24;17:11,12;20:7
**issue (7)**
11:13,22;20:14;21:7;
24:19;26:22;27:23
**issues (4)**
9:2;15:14,15,22;
18:18,19
**item (1)**
20:14

**J**

**jockey (1)**
20:13
**Judge (7)**
3:5;19:20,21;20:4,7;
29:22,23

**K**

**Karotkin (70)**
3:7,8,25;4:6,17,19,
24;5:2,4,7,22,24;6:2,4,
17,20;7:8,14,24;8:11,
16;11:8,11,23;14:15;
16:14,16,18,20,23;
17:1,2,3,5;18:4,7,9,20,
22,24;19:4,6,9,24;20:1,
2,10,21,25;21:2,4;22:8,
12,13,17,19,22;23:2,4,
6,12,15,20;24:10,22;
25:3;29:11,14;30:4,13
**Karotkin's (3)**
9:13,18,21
**keep (2)**
5:4,7
**keeping (3)**
4:21;5:22,24
**knew (2)**
5:19;22:21
**knowing (1)**
11:20
**knowledge (1)**
14:8
**knows (1)**
20:17

**L**

**Labaton (1)**
13:4
**language (1)**

**15:17**
**last (2)**
26:17;27:12
**late (11)**
14:9,19;15:18;17:7,
8,17,18,20;18:11;25:6;
27:16
**late-filed (2)**
5:9,16
**later (3)**
14:18,18,18
**latest (1)**
20:14
**law (1)**
7:12
**lawyer (1)**
28:3
**Layn (1)**
19:20
**lead (2)**
3:10;13:4
**least (4)**
10:14,17;13:7;25:3
**leave (2)**
26:12;29:6
**leaving (1)**
27:23
**left (1)**
3:24
**legitimate (1)**
14:25
**less (1)**
4:5
**letter (26)**
3:17,25;4:7;5:8;
8:21;9:13,21;10:2,2;
11:6;25;12:6;16:3;
17:16,17,21;18:17,19;
19:6,9;20:3,16,19;
23:6;26:17;28:10
**letters (2)**
8:18;13:2
**level (1)**
6:23
**lie (1)**
5:17
**lies (1)**
5:18
**likely (4)**
7:15;13:21;14:11;
29:24
**line (2)**
3:7;25:6
**list (2)**
3:15;20:5
**literally (1)**
7:20
**litigating (1)**
26:17
**little (6)**
4:22;9:3;25:23;26:5,
7;27:1
**long (2)**

Case: 19-30088    Doc# 7322-17    Filed: 05/15/20    Entered: 05/15/20 15:58:31    Page
35 of 39

4:24;28:9
**Look (3)**
17:5;18:18;20:9
**looked (1)**
20:22
**looking (4)**
3:23;11:15;12:7;
20:14
**lose (1)**
21:16
**lost (1)**
25:2
**lot (3)**
8:16,17;10:16

**M**

**magnitude (1)**
26:21
**mail (3)**
8:16,17;29:1
**mailed (2)**
10:3;27:14
**mailing (1)**
17:19
**making (1)**
15:21
**many (1)**
27:15
**March (1)**
21:11
**material (1)**
21:22
**materials (3)**
4:1,2;10:3
**matrix (1)**
24:18
**matter (4)**
6:14,21;7:19;9:22
**MAY (20)**
3:1;4:22;9:2;13:7;
15:15,16;18:22;20:15;
21:11;25:15,17,17;
28:7,7,8,8,8,11;29:13,
14
**maybe (6)**
7:18;14:15;19:24;
21:17,20;23:10
**mean (5)**
5:3,12;9:7;15:3;
16:24
**meaningful (1)**
7:16
**mediation (3)**
19:20;26:10,12
**mediator (1)**
24:17
**members (1)**
9:5
**mentioned (2)**
26:11;28:19
**mess (1)**
3:24

**Michigan (1)**
29:2
**mid-April (1)**
12:2
**might (6)**
8:17;13:23;24:4,14,
15;28:6
**mind (2)**
5:4,7
**minute (1)**
10:1
**miscounting (1)**
23:4
**misreading (1)**
23:10
**missing (1)**
7:9
**moment (3)**
22:11;25:20;29:17
**Montali (1)**
3:5
**month (2)**
14:19;21:8
**months (1)**
20:4
**more (8)**
4:1;8:2,17;14:17;
15:12;23:1,3;24:7
**moreover (1)**
17:15
**most (1)**
11:25
**motion (5)**
12:24;17:7;20:12;
26:25;27:1,2
**motions (2)**
13:3;15:21
**motives (1)**
10:22
**moving (1)**
6:8
**multiple (1)**
13:4
**must (1)**
19:10

**N**

**name (1)**
20:4
**names (1)**
17:20
**necessarily (1)**
25:8
**necessary (3)**
4:23;14:20;21:23
**need (1)**
8:25
**nevertheless (1)**
17:23
**new (3)**
21:8;22:5;27:20
**Newsome (1)**

19:21
**Newsome's (1)**
20:4
**newspaper (1)**
8:13
**next (2)**
14:18,19;29:9,12
**Ninth (1)**
25:6
**nominees (4)**
5:18;12:10,16;17:20
**nonimpaired (1)**
7:17
**nonvoting (4)**
4:12;9:16;13:18;
14:12
**Northern (1)**
19:19
**note (1)**
19:17
**notice (19)**
4:10;8:1,3,9,14;9:15,
16;12:9,20;16:5,9;
17:17,18,19,23;20:19;
21:10,15;22:5
**notices (9)**
4:11;8:13;11:8,12;
12:11;13:5,17,18;
17:18
**notified (1)**
22:13
**nudge (1)**
26:7
**number (6)**
3:14;10:14;13:2,12,
20;23:7
**numbers (1)**
10:17

**O**

**object (6)**
7:12;8:1,15;10:18;
11:16;21:18
**objected (1)**
24:20
**objecting (2)**
7:20;15:14
**objection (3)**
8:8;9:15;14:11
**objections (1)**
7:16
**objecture (1)**
9:3
**obligations (1)**
12:16
**obviously (1)**
25:9
**off (2)**
5:13,20
**one (21)**
6:10;7:3,9,23;11:17;
14:8;16:17;18:11,13;

20:4,9;21:11;22:14;
23:1,3,7,9,21;24:3,7;
26:5
**ones (1)**
14:7
**ongoing (1)**
19:20
**only (2)**
15:3;27:9
**oOo- (1)**
3:2
**open (3)**
4:22;15:6,8
**opportunity (15)**
11:21;13:14,21;14:9;
15:25;16:1,12;18:10,
10;20:23;21:18;25:18;
27:25;29:16;30:7
**order (11)**
3:3;5:10,13,14;12:9,
14;15:18;17:13,21;
19:15;21:7
**ordered (1)**
11:17
**original (1)**
16:8
**others (2)**
11:7;13:7
**ought (2)**
28:14,15
**out (17)**
3:18;4:2;7:5;9:3;
11:3,12;12:11;13:10,
11;17:18;21:8;25:10;
27:14,21;28:18,19;
29:16
**outcome (1)**
6:16
**outset (1)**
5:25
**over (3)**
12:3,19;21:16
**own (2)**
13:1;25:13
**owners (3)**
12:19;24:7;27:12

**P**

**package (3)**
4:4,5,14
**packages (4)**
4:3;7:22;9:7;13:17
**page (2)**
3:25;18:18
**paid (1)**
8:6
**papers (1)**
10:15
**part (3)**
12:17;23:18;24:14
**participate (1)**
29:17

**participated (1)**
29:22
**parties (1)**
3:15
**parties-in-interest (1)**
18:13
**pay (1)**
21:19
**pending (1)**
26:14
**people (29)**
4:12;6:1,12;7:21;8:5,
14,19,22;10:14;11:21;
13:2,6;14:17;15:25;
16:6;17:15,16,22;18:1,
16;21:9,12;22:2,4;
25:4;27:25;28:14;29:2,
16
**perfectly (1)**
18:17
**Perhaps (1)**
23:21
**period (3)**
7:2;17:21,21
**person (1)**
14:12
**personally (1)**
25:3
**perspective (1)**
26:19
**petition (1)**
14:20
**PG&E (2)**
20:17;28:4
**Phillips (2)**
19:21;20:7
**phone (2)**
23:21;28:22
**phonetic (1)**
20:16
**place (1)**
18:2
**places (1)**
4:1
**plaintiffs (1)**
3:19
**plan (4)**
4:9;7:6;21:19;24:21
**pleading (2)**
4:17;5:8
**please (3)**
17:2;22:10,11
**plus (1)**
27:11
**PM (2)**
3:1;30:14
**point (13)**
6:11;7:19;8:21;
10:14;14:5;15:4;16:20;
24:13,16;25:6;26:21;
28:9,24
**policing (1)**
12:14

Case: 19-30088    Doc# 7322-17    Filed: 05/15/20    Entered: 05/15/20 15:58:31    Page
36 of 39

**politely (1)**
8:21
**position (1)**
11:18;20:13
**possibly (1)**
15:3
**post- (1)**
27:5
**post-confirmation (2)**
19:11;26:19
**potential (2)**
13:13;27:14
**practical (2)**
15:15,16
**practices (1)**
20:18
**precluded (1)**
18:13
**precludes (1)**
19:15
**present (1)**
6:24
**presented (1)**
5:14
**presume (2)**
3:9;6:14
**presuppose (1)**
11:15
**presupposing (1)**
11:15
**prevents (2)**
17:11;18:11
**Prime (6)**
5:17;10:2;12:18;
13:21;17:17;28:5
**principal (1)**
3:16
**prior (1)**
19:15
**probably (5)**
6:15;7:15;12:3;
14:11;22:21
**problem (5)**
14:23;15:23;20:8;
24:15,15
**problems (2)**
29:16;30:1
**procedures (1)**
5:19
**proceedings (1)**
30:14
**process (9)**
7:19;8:7;10:21,24;
11:17;17:6;18:1;19:22;
24:19
**processed (2)**
28:11,12
**progress (1)**
20:6
**promptly (2)**
21:14,15
**proof (1)**
16:7

**provide (3)**
12:11;16:2;27:20
**providing (2)**
16:5,11
**provision (1)**
4:2
**public (1)**
26:11
**publicity (1)**
8:12
**purchaser (1)**
21:17;28:4
**put (3)**
17:5;27:25;29:20

**Q**

**ques (1)**
16:4
**quickly (2)**
11:4;25:12
**quite (1)**
3:14

**R**

**raise (1)**
13:16
**Randall (1)**
19:21
**rather (1)**
9:22;12:23;25:12
**reaching (2)**
28:18,19
**read (1)**
10:1
**reading (1)**
10:1
**realize (2)**
8:18;24:12
**really (7)**
6:21;10:18;13:13;
16:1;18:14;22:1;27:24
**reason (6)**
14:25;21:13;27:11,
11,19,22
**reasonable (1)**
21:24
**received (3)**
4:10,13;7:25
**recently (1)**
4:4
**record (1)**
25:24
**recovery (1)**
15:14
**reference (1)**
10:9
**referenced (1)**
9:21
**references (1)**
12:3
**referred (2)**

4:3;22:14
**reflect (1)**
17:19
**reflected (3)**
4:15;17:13,16
**regarding (1)**
15:18
**regardless (1)**
13:23
**relates (1)**
11:24
**relevant (3)**
20:15;27:24,24
**remains (1)**
12:19
**remedy (1)**
27:8
**represent (2)**
3:20;19:13
**representatives (1)**
11:7
**representing (2)**
11:11;28:3
**requested (1)**
25:18
**required (3)**
12:10,10;14:12
**reservations (1)**
18:12
**reserved (1)**
23:16
**reserving (2)**
24:11,13
**resolution (2)**
24:18;27:4
**resolved (3)**
26:23;29:18;30:1
**respect (15)**
5:10;6:23;9:23;11:3,
5,10,14;12:14,18;
18:23;19:2;24:11;27:4,
8,22
**respond (2)**
16:14,16
**responded (1)**
14:7
**response (1)**
21:14
**responsibility (2)**
5:16,18
**result (1)**
25:2
**revisit (3)**
18:15;19:15;20:12
**reward (1)**
22:4
**rewards (1)**
21:9
**Richard (1)**
23:23
**right (16)**
3:4;7:8,12;11:18;
12:20;16:22,24;17:7;

18:8;21:20,21;22:1;
23:6,7;24:5,9
**rights (8)**
8:7;18:13;22:3,4;
23:16;24:11,13;27:24
**round (1)**
10:17
**rule (2)**
20:11,12

**S**

**same (3)**
7:18;16:6;29:24
**SAN (1)**
3:1
**satisfy (1)**
6:23
**saying (5)**
7:5;8:21;11:23;
27:20;29:3
**schedule (1)**
6:8
**scheduled (1)**
29:9
**scheduling (1)**
11:2
**second (3)**
16:17;26:16,16
**secondly (1)**
24:18
**securities (6)**
4:9;7:17;8:20;9:14;
13:19;19:19
**seems (3)**
9:22;20:9;21:22
**send (1)**
12:10
**sending (4)**
17:17,25,25;18:1
**sense (1)**
6:13
**sent (3)**
4:2,4;17:23,24
**separate (1)**
14:10
**service (4)**
12:1,1;17:19;27:13
**set (2)**
11:25;12:6
**seven (1)**
12:11
**several (1)**
28:13
**shareholder (1)**
21:17
**short (3)**
6:6;7:2;16:5
**shortly (1)**
10:15
**shuffle (1)**
25:2
**sic (1)**

9:3
**side (4)**
3:22;15:23;21:7;
25:9
**signed (3)**
5:13,20;12:10
**significance (1)**
11:1
**significant (1)**
13:12
**similarly (1)**
3:21
**simply (2)**
10:20;26:18
**single (1)**
17:9
**sitting (2)**
16:9;25:10
**sky (1)**
27:2
**Slack (7)**
23:23,23,25;24:1,6,
10;30:11
**sleep (1)**
21:16
**slept (1)**
22:4
**small (2)**
10:13,13
**sole (1)**
15:19
**solicitation (4)**
4:5;10:3;11:22;
13:17
**solution (3)**
7:22;9:9;10:20
**solutions (1)**
15:8
**solve (2)**
9:9;14:23
**solves (1)**
20:8
**somebody (3)**
21:10;22:21;28:25
**somebody's (1)**
28:9
**somehow (2)**
17:11,17
**someone (4)**
14:16,20;17:11;
20:21
**somewhat (1)**
15:17
**sorry (4)**
5:5;16:18;29:3,13
**sort (1)**
24:19
**sounds (1)**
16:23
**speak (1)**
19:13
**specific (1)**
12:16

Case: 19-30088    Doc# 7322-17    Filed: 05/15/20    Entered: 05/15/20 15:58:31    Page
37 of 39

**stage (1)**
15:12
**stand (1)**
26:3
**standards (1)**
6:23
**start (2)**
5:25;21:12
**started (1)**
4:20
**statement (1)**
18:21
**status (3)**
9:16;13:18;14:12
**stay (3)**
29:19;30:12,12
**staying (1)**
29:8
**step (1)**
12:25
**stepped (1)**
13:22
**still (4)**
7:21;18:10;28:7,22
**stock (1)**
28:4
**subject (5)**
8:12;18:12;19:20;
27:17;29:7
**submit (1)**
20:20
**submitted (1)**
23:9
**subordinated (1)**
6:22
**suffer (1)**
28:15
**suffice (1)**
8:19
**suggest (2)**
17:10;27:9
**suggested (2)**
26:18,20
**suggesting (1)**
26:20
**suggests (1)**
17:16
**sure (4)**
6:6;8:14;16:17;25:7
**surprised (1)**
26:10
**surviving (1)**
3:6
**sympathetic (2)**
21:12;28:25

**T**

**talked (1)**
7:10
**talking (3)**
9:13;11:8;23:11
**tardy (1)**

**21:9
telling (1)**
28:20
**ten (1)**
8:18
**tens (1)**
16:1
**thanks (1)**
30:7
**thereafter (1)**
10:15
**there'll (2)**
24:17,17
**thousand (2)**
23:8;28:14
**thousands (2)**
8:19;16:1
**three (2)**
9:2;10:17
**thumbs (1)**
25:11
**timely (5)**
7:25;13:14;15:20;
22:15;24:14
**times (1)**
9:22
**timing (4)**
11:1,14;16:8;24:15
**today (3)**
3:10,22;30:9
**today's (1)**
29:7
**to-do (1)**
20:5
**told (1)**
28:10
**tolerant (1)**
25:6
**took (1)**
27:1
**top (1)**
23:19
**total (2)**
23:10,18
**troubled (2)**
11:24;15:17
**troubling (1)**
12:22
**true (1)**
7:18
**try (2)**
6:4;29:24
**trying (8)**
6:4,5;7:3;9:22;
15:11;18:15;20:13;
22:3
**tuned (2)**
29:8,19
**twiddling (1)**
25:10
**two (7)**
4:1;7:17;9:2;10:17;
12:1;16:7;27:12

**U**

**Um-hum (1)**
7:14
**unanswered (1)**
25:24
**under (3)**
4:9;7:12;16:12
**underneath (1)**
24:7
**unfortunate (4)**
9:6;15:16;21:20;
25:2
**unimpaired (1)**
4:10
**unique (1)**
17:14
**unless (2)**
16:2;30:2
**unlikely (2)**
6:15;21:22
**unusual (1)**
17:8
**up (4)**
3:23;8:4;12:25;
13:22
**upon (1)**
16:2
**upset (2)**
6:8;11:2
**used (1)**
20:16
**using (1)**
29:23

**V**

**vacation (1)**
29:1
**valid (1)**
8:5
**victims (3)**
8:20;14:24,24
**video (2)**
29:17,21
**view (1)**
16:11
**vindicate (1)**
22:3
**violating (3)**
18:21;20:10;26:2
**vote (11)**
4:10;6:13,21;7:6,12;
9:6;10:18;21:20,21,23,
23
**voting (4)**
4:2,14;14:22;15:15

**W**

**wait (2)**
10:1;16:17

**waited (1)**
28:9
**waiting (1)**
16:10
**wants (1)**
17:12
**waste (1)**
3:18
**way (11)**
3:18;6:8,8;7:22;11:3,
14;15:3;27:14;29:21,
22,24
**website (2)**
8:13,14
**WEDNESDAY (1)**
3:1
**week (3)**
14:18;29:12,21
**weeks (1)**
29:23
**weeks' (1)**
10:17
**weigh (1)**
25:22
**Weil (1)**
23:23
**weren't (1)**
12:17
**what's (8)**
3:23;8:21;10:25;
11:24;15:2;18:14;
27:24;29:9
**whatsoever (1)**
27:11
**Whereupon (1)**
30:14
**wherewithal (1)**
13:7
**whole (4)**
4:4,4;7:4;9:23
**who's (2)**
11:15,16
**whose (1)**
13:23
**wish (2)**
7:10;30:2
**within (4)**
8:1,1;12:11;25:8
**wondering (1)**
25:11
**words (1)**
21:12
**work (1)**
20:17
**worked (1)**
29:16
**working (1)**
29:18
**worry (1)**
14:10
**worrying (1)**
24:24
**writers (1)**

3:16
**wrong (3)**
8:22;15:2;17:18
**wrote (2)**
3:17;20:16

**1**

**1,600 (4)**
4:8;7:24;9:13;13:18
**1:30 (1)**
3:1
**10th (1)**
21:10
**12th (3)**
29:13,13,14
**15th (1)**
4:23
**16th (9)**
8:22;10:9;12:2,21;
13:6;27:15,16;28:5;
29:5
**17th (1)**
28:5
**18th (1)**
13:8
**1st (2)**
3:25;21:11

**2**

**2,000 (1)**
24:2
**2,800 (7)**
4:3,12;10:3;13:18;
23:4;24:3,4
**2:10 (1)**
30:14
**2020 (1)**
3:1
**20th (1)**
13:8
**22nd (1)**
29:10
**23 (1)**
20:12
**23rd (6)**
8:2;9:20;10:2,10,15;
29:12
**24th (1)**
8:23
**26th (1)**
9:21

**3**

**3 (1)**
3:25
**30th (1)**
21:11

**4**

Case: 19-30088    Doc# 7322-17    Filed: 05/15/20    Entered: 05/15/20 15:58:31    Page
38 of 39

**4,400 (11)**
  4:7;11:5,10,12,24;
  13:17,19;14:14,17;
  23:19,19
**4,800 (1)**
  24:5
**4th (2)**
  20:15;28:11

---

### 5

**5 (1)**
  18:18
**50,000 (4)**
  12:3,19;13:23;27:11

---

### 6

**6 (1)**
  3:1
**6th (2)**
  28:7,7

---

### 7

**7023 (3)**
  12:24;26:17,25
**705- (1)**
  20:12
**7th (1)**
  28:8

---

### 8

**8th (1)**
  28:8

---

### 9

**9th (1)**
  28:8

Case: 19-30088    Doc# 7322-17    Filed: 05/15/20    Entered: 05/15/20 15:58:31    Page
39 of 39