Steven S. Kane, Esq., SBN: 061670
Bonnie E. Kane, Esq., SBN: 167700
**THE KANE LAW FIRM**
402 W. Broadway, Suite 2500
San Diego, CA 92101
Telephone: (619) 236-8700
Facsimile: (619) 236-1370
E-mail: skane@thekanelawfirm.com
E-mail: bonnie@thekanelawfirm.com

Attorneys KAREN GOWINS Creditor

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re:* <br><br> PG&E CORPORATION <br><br> -and- <br><br> PACIFIC GAS AND ELECTRIC COMPANY <br> Debtors. <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas & Electric <br> ☒ Affects Both Debtors | Case No. 19-30088-DM <br><br> **JOINDER OF KAREN GOWINS IN OBJECTION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS TO CONFIRMATION OF DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION DATED MARCH 16, 2020** <br><br> Date: May 27, 2020 <br> Time: 10:00 a.m. <br> Place: U.S. Bankruptcy Court <br> Courtroom 17, 16th Floor <br><br> Related to: Docket Number 7306 |

Karen Gowins, a Fire Victim claimant and Creditor in this Chapter 11 case, and, a former member of the Official Tort Claims Committee, hereby joins in the Objection of the Official Tort Claimants to Confirmation of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020. Ms. Gowins is the former Controller for the Town of Paradise. She and her family lost their homes in the Campfire, and she has filed a timely proof of

JOINDER OF KAREN GOWINS IN TCC OBJECTION TO PROPOSED REORGANIZATION PLAN

claim, is a party in interest and has standing to object to the Proposed Plan. (11 U.S.C. §1324(a).)

Further, she reserves all rights to be heard by the Court in connection with the Plan Confirmation and also reserves her right to amend, supplement or otherwise modify her joinder to the Tort Claimants Committee Objection prior to or at the confirmation hearing.

DATED: May 15, 2020.

Respectfully submitted,

THE KANE LAW FIRM

By: _____/s/ *Bonnie E. Kane*_____
        Bonnie E. Kane
Attorneys for KAREN GOWINS, Creditor

2

JOINDER OF KAREN GOWINS IN TCC OBJECTION TO PROPOSED REORGANIZATION PLAN