Steven S. Kane, Esq., SBN: 061670
Bonnie E. Kane, Esq., SBN: 167700
**THE KANE LAW FIRM**
402 W. Broadway, Suite 2500
San Diego, CA 92101
Telephone: (619) 236-8700
Facsimile: (619) 236-1370
E-mail: skane@thekanelawfirm.com
E-mail: bonnie@thekanelawfirm.com

Attorneys for KAREN GOWINS, Creditor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re:* | Bankr. Case No: 19-30088(DM) |
| PG&E CORPORATION | |
| -and- | **CERTIFICATE OF SERVICE** |
| PACIFIC GAS AND ELECTRIC COMPANY | |
| Debtors. | |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas & Electric | |
| ■ Affects Both Debtors | |

1

**CERTIFICATE OF SERVICE**

# CERTIFICATE OF SERVICE

I, Bonnie E. Kane, declare

I am a citizen of the United States and employed in San Diego County, California and Butte County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 402 W. Broadway, Suite 2500, San Diego, California 92101. On May 15, 2020, I served a copy of the following document:

**JOINDER OF KAREN GOWINS IN OBJECTION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS TO CONFIRMATION OF DEBTORS' AND SHAREHOLDER PROPONENTS JOINT CHAPTER 11 PLAN OF REORGANIZATION DATED MARCH 16, 2020**

by transmitting electronically through the Court's CM/ECF system and in addition, I caused to be served via Electronic Mail, unless otherwise noted, to all "Notice Parties" listed in Exhibit A.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on May 15, at San Diego, California.

/s/ Bonnie E. Kane
Bonnie E. Kane

## EXHIBIT A

| COUNSEL | SERVED ON |
|---|---|
| The Debtors, c/o PG&E Corporation and Pacific Gas and Electric Company | 77 Beale Street P.O. Box 770000 San Francisco, CA 94105<br>Attn: Janet Loduca, Esq.<br>*Via Mail* |
| Stephen Karotkin<br>Jessia Liou<br>Matthew Goren<br>Weil, Gotshal & Manges LLP<br>Counsel for *Debtors* | stephen.karotkin@weil.com;<br>jessica.liou@weil.com;<br>matthew.goren@weil.com; |
| Paul H. Zumbro<br>Kevin J. Orsini<br>Omid H. Nasab<br>Cravath, Swaine & Moore LLP<br>Special Counsel to *Debtors* | pzumbro@cravath.com;<br>korsini@cravath.com;<br>onasab@cravath.com; |
| Tobias Keller<br>Jane Kim<br>Keller Benvenutti Kim LLP<br>Counsel to *Debtors* | tkeller@kbkllp.com;<br>jkim@kbkllp.com; |
| James L. Snyder<br>Timothy Laffredi<br>Office of the United States Trustee | james.l.snyder@usdoj.gov;<br>timothy.s.laffredi@usdoj.gov; |
| Kristopher M. Hansen<br>Erez E. Gilad<br>Matthew G. Garofalo<br>Stroock & Stroock & Lavan LLP<br>Counsel for the Administrative Agent Under the Debtors' Debtor-in-Possession Financing Facility | khansen@stroock.com;<br>egilad@stroock.com;<br>mgarofalo@stroock.com; |
| Eli J. Vonnegut<br>David Schiff<br>Timothy Graulich<br>Davis Polk & Wardwell LLP<br>Counsel for the Collateral Agent Under the Debtors' Debtor-in Possession Financing Facility | eli.vonnegut@davispolk.com;<br>david.schiff@davispolk.com;<br>timothy.graulich@davispolk.com; |

| | | |
|---|---|---|
| | Alan W. Kornberg<br>Brian S. Hermann<br>Walter R. Rieman<br>Sean A. Mitchell<br>Neal P. Donnelly<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>Counsel for the California Public Utilities Commission | akornberg@paulweiss.com;<br>bhermann@paulweiss.com;<br>wrieman@paulweiss.com;<br>smitchell@paulweiss.com;<br>ndonnelly@paulweiss.com; |
| | Dennis F. Dunne<br>Samuel A. Khalil<br>Gregory A. Bray<br>Thomas R. Kreller<br>Milbank LLP<br>Counsel for the Creditors Committee | ddunne@milbank.com;<br>skhalil@milbank.com;<br>gbray@milbank.com;<br>tkreller@milbank.com; |
| | Robert A. Julian<br>Cecily A. Dumas<br>Eric E. Sagerman<br>Lauren T. Attard<br>Baker & Hostetler LLP<br>Counsel for Official Committee of Tort Claimants | rjulian@bakerlaw.com;<br>cdumas@bakerlaw.com;<br>esagerman@bakerlaw.com;<br>lattard@bakerlaw.com; |
| | Matthew A. Feldman<br>Joseph G. Minias<br>Benjamin P. McCallen<br>Daniel I. Forman<br>Willkie Farr & Gallagher LLP<br>Counsel for the Ad Hoc Group of Subrogation Claimholders | mfeldman@willkie.com;<br>jminias@willkie.com;<br>bmccallen@willkie.com;<br>dforman@willkie.com; |
| | Kathryn S. Diemer<br>Diemer & Wei, LLP<br>Counsel for the Ad Hoc Group of Subrogation Claimholders | kdiemer@diemerwei.com; |

| | |
|---|---|
| Bruce S. Bennett<br>Joshua M. Mester<br>James O. Johnston<br>Jones Day<br>Counsel for the Shareholder Proponents | bbennett@jonesday.com;<br>jmester@jonesday.com;<br>jjohnston@jonesday.com; |
| Michael S. Stamer<br>Ira S. Dizengoff<br>David H. Botter<br>Abid Qureshi<br>Ashley Vinson Crawford<br>Akin Gump Strauss Hauer & Feld LLP<br>Counsel for the Ad Hoc Committee of Senior Unsecured Noteholders | mstamer@akingump.com;<br>idizengoff@akingump.com;<br>dbotter@akingump.com;<br>aqureshi@akingump.com;<br>avcrawford@akingump.com; |