MAYNARD, COOPER & GALE
Duane Kumagai, Esq.
1901 Avenue of the Stars, Suite 1900
Los Angeles, CA 90067
Telephone: (310) 596-4500
Email: dkumagai@maynardcooper.com

*Attorneys for Mesa Associates, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, NORTHERN DISTRICT

SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| Debtors., | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | **LIMITED OBJECTION OF MESA ASSOCIATES, INC. TO SCHEDULE OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES TO BE ASSUMED PURSUANT TO THE PLAN AND PROPOSED CURE AMOUNTS** |

**Mesa Associates, Inc.** ("Mesa") hereby submits this limited objection ("Limited Objection") to the *Schedule of Executory Contracts and Unexpired Leases to be Assumed Pursuant to the Plan and Proposed Cure Amounts* (the "Assumption Schedule") attached as Exhibit B to the *Notice of Filing of Plan Supplement in Connection with Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020* [Docket No. 7037][1] (the "Supplement")[2] and further evidenced by that certain *Notice of (I)*

---

[1] All docket references in this Limited Objection are references to the docket of the Lead Case, No. 19-30088 (DM), unless expressly noted otherwise.

[2] Capitalized terms not otherwise defined by this Limited Objection shall have the meanings attributed to such terms in the Supplement.

{05410996.1}   1
LIMITED OBJECTION OF MESA ASSOCIATES, INC.

*Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to the Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization and (II) Proposed Cure Amounts* dated May 1, 2020 which was mailed to Mesa (the "Mesa Cure Notice"), all of which were filed and/or served by **PG&E Corporation** ("PG&E Corp." or "HoldCo") and **Pacific Gas and Electric Company** (the "Utility"), as debtors and debtors-in-possession (collectively, the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases") in connection with the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020* [Docket No. 6320] (the "Plan"). In support of this Limited Objection, Mesa offers the *Declaration of Kim Hillman in Support of Limited Objection of Mesa Associates, Inc. to Schedule of Executory Contracts and Unexpired Leases to be Assumed Pursuant to the Plan and Proposed Cure Amounts* (the "Hillman Declaration" attached as **Exhibit A**) and states as follows:

## BACKGROUND

1. On or about January 24, 2011, the Utility and Mesa entered into that certain Contract No. C540 (formerly 4400005270) (together with all amendments, supplements, modifications and change orders thereto, the "2011 Contract").

2. On or about August 30, 2018, the Utility entered into that certain PG&E Contract No. C10297 (together with all amendments, supplements, modifications and change orders thereto, the "2018 Contract" and, collectively with the 2011 Contract, the "Contracts").

3. On January 29, 2019 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

4. Pursuant to the Contracts, Mesa performs certain work requested by the Utility (the "Work") and delivers invoices to the Utility for payment. [Hillman Decl. at ¶ 4].

5. Under the Contracts, the Utility agreed that payment by the Utility to Mesa for Work performed will be monthly" to "Under the Contracts, the Utility agreed that

payment by the Utility to Mesa for Work in accordance with the Contracts. [Hillman Decl. at ¶ 5].

6. As of the Petition Date, the Utility owed Mesa $746,468.33 for unpaid invoices issued for Work performed by Mesa for the Utility under the Contracts, for which Mesa filed a proof of claim in these Chapter 11 Cases. [*See* Bankr. N.D. Cal. Case No. 19-30089, Claim No. 7940].

7. Mesa continues to perform under the Contracts at the Debtors' request after the Petition Date and has fully performed under the Contracts in connection with all Work for which it has submitted invoices for payment to the Utility [Hillman Decl. at ¶ 6].

8. On March 16, 2020, the Debtors and certain shareholder proponents jointly filed the Plan, which provides, in relevant part, that "[a]s of, and subject to, the occurrence of the Effective Date and the payment of any applicable Cure Amount, all executory contracts and unexpired leases of the Reorganized Debtors shall be deemed assumed …." [Plan § 8.1(a)].

9. Subsequently, on May 1, 2020, the Debtors filed their Supplement to the proposed Plan, to which the Assumption Schedule is attached as Exhibit B [Docket No. 7037], and mailed the Mesa Cure Notice to Mesa, attaching a schedule that only identified, upon information and belief, one purchase order under one of the two Contracts (the "Mesa Notice Schedule"), but which was unidentifiable because the physical copy of the Mesa Notice Schedule was printed such that Mesa was not able to see the material portions of the Mesa Notice Schedule, including the cure amount. Mesa located the Assumption Schedule filed with the Supplement from the docket of these Chapter 11 Cases, which Assumption Schedule references not only the one purchase order on the Mesa Notice Schedule, but also a "Mesa Associates Inc. Pricing Sheet for PGE (Electric)" also marked as "Contract ID: "SRCDAL_C10297_02027" (the "Unidentified Contract") which was not included in the Mesa Cure Notice, but was included in the Assumption Schedule. Upon information and belief, the Assumption Schedule and Mesa Notice Schedule identify the

Contracts as Assumed Contracts, with a total proposed Cure Amount of only $30,924.52 (the "Proposed Cure Amount"). [*See id.* at 989].

10. Mesa is unaware of any other contract it has entered into with the Utility that matches this description, but, upon information and belied, Mesa understands that the Debtors intend to assume both of the Contracts, as Mesa has provided Work to the Utility under both Contracts during the pendency of these Chapter 11 Cases.

11. The current outstanding balance owed by the Utility under the Contracts is **$1,139,821.24** (the "Current Balance"). [Hillman Decl. at ¶ 7].

12. For the reasons set out below, the Proposed Cure Amount is insufficient to allow the Utility to assume the Contract under § 365 of the Bankruptcy Code.

## LIMITED OBJECTION

13. Mesa does not object to the relief requested in the Plan or the treatment of Assumed Contracts thereunder, *per se*, but does object to the extent that the Debtors propose to pay less than the full Cure Amounts owed to Mesa upon assumption.

14. "[A] debtor in possession may not assume an executory contract if there has been a default, unless such default is cured at the time of assumption." *In re Arriva Pharmaceuticals, Inc.*, 456 B.R. 419, 423 (Bankr. N.D. Cal. 2011) (emphasis added). Section 365 of the Bankruptcy Code provides as follows:

> (b)(1) If there has been a default in an executory contract or unexpired lease of the debtor, the trustee may not assume such contract or lease unless, at the time of assumption of such contract or lease, the trustee—
>
> (A) cures, or provides adequate assurance that the trustee will promptly cure, such default other than a default that is a breach of a provision relating to the satisfaction of any provision (other than a penalty rate or penalty provision) relating to a default arising from any failure to perform nonmonetary obligations under an unexpired lease of real property, if it is impossible for the trustee to cure such default by performing nonmonetary acts at and after the time of assumption, except that if such default arises from a failure to operate in accordance with a nonresidential real property lease, then such default shall be cured by performance at and after the time of assumption in accordance with such lease, and pecuniary losses resulting from such default shall be compensated in accordance with the provisions of this paragraph;
>
> (B) compensates, or provides adequate assurance that the trustee will promptly compensate, a party other than the debtor to such contract or lease, for any actual pecuniary loss to such party resulting from such default; and

    (C) provides adequate assurance of future performance under such contract or lease.

11 U.S.C. § 365(b).

*The Proposed Cure Amount is inadequate*

15. The Debtors propose to cure the defaults in the Contracts by paying Mesa the Proposed Cure Amount. At the time of the filing of this Limited Objection, Mesa is owed significant additional amounts not reflected in the Proposed Cure Amount. Specifically, the Debtors' Proposed Cure Amount is **$1,108,896.72 less** than the Current Balance owed by the Utility to Mesa under the Contracts for both pre- and postpetition Work.

16. Further, the actual amount owed to Mesa under the Contracts will likely fluctuate prior to the date of the assumption of the Contracts—the Effective Date of the Plan, which is the relevant date for determining cure costs. 11 U.S.C. § 365(b)(1) ("the trustee may not assume such contract or lease unless, *at the time of assumption of such contract …*") (emphasis added). Mesa continues to perform Work for the Utility under the Contracts, for which payments will be required under the terms of the Contracts. To the extent that any such payments become due and payable prior to assumption date and remain unpaid at the date of assumption, the Debtors will be required to cure such amounts in order to assume the Contracts. In other words, the Debtors cannot pick an arbitrary date to fix cure costs then the Bankruptcy Code expressly establishes the date of assumption as the date by which cure costs are fixed.

17. Accordingly, Mesa hereby objects to the Proposed Cure Amount set out in the Supplement as it fails to provide for the cure of all amounts currently due and payable to Mesa under the Contracts and for any additional amounts existing and owing at the time of the actual assumption of the Contracts, as required under 11 U.S.C. § 365(b). *See In re Peaberry's Ltd.*, 205 B.R. 6 (1st Cir. BAP 1997); *In re F.W. Restaurants Associates, Inc.*, 190 B.R. 143, 147-48 (Bankr. D. Conn. 1995); *see also In re Entertainment, Inc.*, 223 B.R. 141, 151 (Bankr. N.D. Ill. 1998) ("One of the purposes of Section 365 is to permit the

debtor to continue in a beneficial contract, provided, however, that the other party to the contract is made whole at the time of the debtor's assumption of the contract.").

18. Mesa is in the process of exchanging information with the Debtors in an attempt to reconcile any cure issues, but has been unable to reach an agreement prior to the Objection Deadline set out in the Supplement. [*See* Docket No. 7037 at 16]. Mesa intends to continue to negotiate with the Debtors in good faith, but reserves all rights with respect to such negotiations and this Limited Objection.

*The Utility has not provided adequate assurance of future performance under the Contract*

19. To obtain the relief requested in the Omnibus Motion, the Debtors and the additional counterparties to the Assumed Contracts must demonstrate adequate assurance of future performance. *See* 11 U.S.C. § 365(b)(1)(C) (prohibiting assumption of an executory contract unless the debtor-in-possession "provides adequate assurance of future performance under such contract …."). "Adequate assurance of future performance are not words of art, but are to be given practical, pragmatic construction." *Matter of U. L. Radio Corp.*, 19 B.R. 537, 542 (Bankr. S.D. N.Y. 1982). Thus, the question of adequate assurance "is to be determined by factual conditions." *Id.*

20. The Debtors have offered no assurances of future performance under the Contracts. The only references to "adequate assurance of future performance (within the meaning of section 365 of the Bankruptcy Code)", [Plan § 8.2(c)], in either the Plan or the Supplement are related to the resolution of objections, [*id.*], and the establishment of the Objection Deadline set out in the Supplement. [Docket No. 7037 at 16].

21. In light of the outstanding unpaid balance under the Contract and the Utility's offer to "cure" its default under the Contracts by paying less than 97% of the total outstanding balance and no future amounts that it is required to cure, Mesa asserts that the Utility has not provided adequate assurances of future performance under the Contract.

22. Again, as with the cure issues, Mesa has initiated, and continues to work with, the Utility to resolve this Limited Objection in good faith.

## RESERVATION OF RIGHTS

23. Mesa hereby reserves the right to amend, modify, or supplement this Limited Objection and to raise any additional arguments and objections to the Plan or Supplement on all grounds available under applicable law. Additionally, Mesa reserves its rights to comment upon and object to the form of order presented to the Court in connection with the Plan.

WHEREFORE, Mesa requests that the Court enter and order: (i) sustaining this Limited Objection, except to the extent that the Utility: a) pays the correct Cure Amount, the Current Balance, plus any and all additional amounts incurred as of the date of assumption as a prerequisite to the Utility's assumption of the Contracts, and b) provide specific information clarifying how the Debtor intends to perform under the Contracts in the future; and (ii) providing for such other relief the Court deems just and proper.

DATED:                                 MAYNARD COOPER & GALE LLP

                                           By: */s/ Duane Kumagai*
                                                  Duane Kumagai

                                          *Attorneys for Mesa Associates, Inc.*

{05410996.1}        7
LIMITED OBJECTION OF MESA ASSOCIATES, INC.
Case: 19-30088    Doc# 7324    Filed: 05/15/20    Entered: 05/15/20 16:01:14    Page 7 of 14

**MAYNARD, COOPER & GALE**
Duane Kumagai, Esq.
The Fred F. French Building
1901 Avenue of the Stars, Suite 1900
Los Angeles, CA 90067
Telephone: (310) 596-4500
Email: dkumagai@maynardcooper.com

*Attorneys for Mesa Associates, Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, NORTHERN DISTRICT

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case)<br>(Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | |
| Debtors., | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | **DECLARATION OF KIM HILLMAN IN SUPPORT OF LIMITED OBJECTION OF MESA ASSOCIATES, INC. TO SCHEDULE OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES TO BE ASSUMED PURSUANT TO THE PLAN AND PROPOSED CURE AMOUNTS** |

## DECLARATION OF KIM HILLMAN

I, Kim Hillman, being duly sworn, state the following under penalty of perjury:

1. My name is Kim Hillman, and I am over the age of twenty-one (21).

2. I am a Certified Public Accountant with over 30 years of experience.

3. I am the [insert title] of Mesa Associates, Inc. ("Mesa"). In such capacity, I am familiar with the service contracts of Mesa, including the 2011 Contract and 2018 Contract,[1] which are incorporated into this declaration by this reference, which I negotiate

---

[1] Capitalized terms not otherwise defined by this Declaration shall have the meanings attributed to such terms in the Limited Objection submitted in connection herewith.

{05411002.1}   1
DECLARATION OF KIM HILLMAN IN SUPPORT OF LIMITED OBJECTION

in the ordinary course of Mesa's business, and copies of which I maintain under my possession, custody, and control.

4. Pursuant to the Contracts, Mesa performs requested work for the Utility and delivers invoices to the Utility for payment.

5. Under the Contracts, the Utility agreed that payment by the Utility to Mesa for Work in accordance with the Contracts, in the full amount due for work performed less any negotiated percentage withholding, computed in accordance with the terms of the respective Contract, and satisfactorily completed during each month including reimbursable expenses, if any.

6. Mesa continues to perform under the Contracts at the Debtors' request after the Petition Date and has fully performed under the Contracts in connection with all Work for which it has submitted invoices for payment to the Utility.

7. As of the date of this Declaration, the Current Balance owed under the Contracts for services rendered by Mesa is **$1,139,821.24**, as set out in the attached **Schedule**.

8. Mesa continues to render services under the Contracts upon the Utility's request and will continue to submit monthly invoices to the Utility for payment, in accordance with the Contracts.

*[Signature page to follow.]*

Pursuant to 28 U.S.C. § 1746 and to the best of my knowledge and belief, I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted, this the 15th day of May, 2020.

*Kim Hillman* (signed)

Kim Hillman

| Invoice Number | Date | Invoice Amount | Payments | Balance | PO Number | Contract Number |
|---|---|---|---|---|---|---|
| 137871 | 8/7/2018 | $5,340.85 | $0.00 | $5,340.85 | 2501620035 | C10297 |
| CR1389 | 8/28/2018 | -$3,551.13 | $0.00 | -$3,551.13 | 2700080678 | C10297 |
| CR1391 | 8/28/2018 | -$726.67 | $0.00 | -$726.67 | 2700080678 | C10297 |
| 142954 | 12/11/2018 | $1,000.00 | $0.00 | $1,000.00 | 2700166837 | C10297 |
| 143012 | 12/11/2018 | $1,678.00 | $0.00 | $1,678.00 | 2700145776 | C540* |
| 143644 | 12/28/2018 | $10,738.00 | $0.00 | $10,738.00 | 2700178518 | C540 |
| 143872 | 1/8/2019 | $26,246.09 | $0.00 | $26,246.09 | 2700166837 | C10297 |
| 143877 | 1/9/2019 | $2,700.98 | $0.00 | $2,700.98 | 2700204342 | C10297 |
| 143884 | 1/9/2019 | $22,107.32 | $0.00 | $22,107.32 | 2700097820 | C10297 |
| 143885 | 1/9/2019 | $18,185.37 | $0.00 | $18,185.37 | 2700013657 | C10297 |
| 143942 | 1/9/2019 | $1,060.73 | $0.00 | $1,060.73 | 2700113803 | C10297 |
| 143943 | 1/9/2019 | $3,063.22 | $0.00 | $3,063.22 | 2700134479 | C10297 |
| 143944 | 1/9/2019 | $1,475.61 | $0.00 | $1,475.61 | 2700092343 | C10297 |
| 143945 | 1/9/2019 | $160.47 | $0.00 | $160.47 | 2700130970 | C10297 |
| 143946 | 1/9/2019 | $1,520.20 | $0.00 | $1,520.20 | 2700137825 | C10297 |
| 143947 | 1/9/2019 | $23,652.60 | $0.00 | $23,652.60 | 2700162262 | C10297 |
| 143948 | 1/9/2019 | $11,077.87 | $0.00 | $11,077.87 | 2700139488 | C10297 |
| 143949 | 1/9/2019 | $112.38 | $0.00 | $112.38 | 2700152216 | C10297 |
| 143950 | 1/9/2019 | $26,320.76 | $0.00 | $26,320.76 | 2700196493 | C10297 |
| 143951 | 1/9/2019 | $37,532.50 | $0.00 | $37,532.50 | 2700187124 | C10297 |
| 143952 | 1/9/2019 | $1,456.40 | $0.00 | $1,456.40 | 2700208102 | C10297 |
| 143953 | 1/9/2019 | $549.18 | $0.00 | $549.18 | 2700208101 | C10297 |
| 143954 | 1/9/2019 | $4,534.72 | $0.00 | $4,534.72 | 2700199345 | C10297 |
| 143955 | 1/9/2019 | $7,019.13 | $0.00 | $7,019.13 | 2700204751 | C10297 |
| 143956 | 1/9/2019 | $28,087.50 | $0.00 | $28,087.50 | 2700208104 | C10297 |
| 143957 | 1/9/2019 | $6,702.23 | $0.00 | $6,702.23 | 2700150892 | C10297 |
| 143999 | 1/10/2019 | $3,568.62 | $0.00 | $3,568.62 | 2700131057 | C10297 |
| 144004 | 1/11/2019 | $4,548.97 | $0.00 | $4,548.97 | 2700180138 | C10297 |
| 144005 | 1/11/2019 | $5,206.58 | $0.00 | $5,206.58 | 2700166883 | C10297 |
| 144006 | 1/11/2019 | $7,875.69 | $0.00 | $7,875.69 | 2501075824 | C10297 |
| 144007 | 1/11/2019 | $1,200.09 | $0.00 | $1,200.09 | 2700097908 | C10297 |
| 144008 | 1/11/2019 | $1,812.55 | $0.00 | $1,812.55 | 2700098035 | C10297 |
| 144009 | 1/11/2019 | $7,483.36 | $0.00 | $7,483.36 | 2700114371 | C10297 |
| 144016 | 1/15/2019 | $384.00 | $0.00 | $384.00 | 2700018344 | C540 |
| 144017 | 1/15/2019 | $1,506.00 | $0.00 | $1,506.00 | 2700008179 | C540 |
| 144018 | 1/15/2019 | $1,224.00 | $0.00 | $1,224.00 | 2700094551 | C540 |
| 144019 | 1/15/2019 | $1,097.00 | $0.00 | $1,097.00 | 2501602983 | C540 |
| 144020 | 1/15/2019 | $1,097.00 | $0.00 | $1,097.00 | 2501602984 | C540 |
| 144021 | 1/15/2019 | $1,563.00 | $0.00 | $1,563.00 | 2501605384 | C540 |
| 144022 | 1/15/2019 | $3,240.00 | $0.00 | $3,240.00 | 2700168940 | C540 |
| 144023 | 1/15/2019 | $6,236.00 | $0.00 | $6,236.00 | 2700168942 | C540 |
| 144024 | 1/15/2019 | $2,356.00 | $0.00 | $2,356.00 | 2700114617 | C540 |
| 144025 | 1/15/2019 | $52,324.51 | $0.00 | $52,324.51 | 2700111493 | C540 |
| 144026 | 1/15/2019 | $4,524.00 | $0.00 | $4,524.00 | 2700130608 | C540 |
| 144027 | 1/15/2019 | $13,225.00 | $0.00 | $13,225.00 | 2700134350 | C540 |
| 144028 | 1/15/2019 | $9,377.50 | $0.00 | $9,377.50 | 2700133777 | C540 |
| 144029 | 1/15/2019 | $9,959.00 | $0.00 | $9,959.00 | 2700133775 | C540 |
| 144030 | 1/15/2019 | $670.00 | $0.00 | $670.00 | 2700189972 | C540 |
| 144031 | 1/15/2019 | $5,284.00 | $0.00 | $5,284.00 | 2700220902 | C540 |
| 144032 | 1/15/2019 | $6,972.50 | $0.00 | $6,972.50 | 2700209017 | C540 |
| 144033 | 1/15/2019 | $9,225.00 | $0.00 | $9,225.00 | 2700127240 | C540 |
| 144034 | 1/15/2019 | $35,474.40 | $0.00 | $35,474.40 | 2700127240 | C540 |
| 144156 | 1/15/2019 | $6,685.00 | $0.00 | $6,685.00 | 2700190498 | C540 |
| 144273 | 1/16/2019 | $128.00 | $0.00 | $128.00 | 2501551364 | C540 |
| 144275 | 1/16/2019 | $204.00 | $0.00 | $204.00 | 2700094551 | C540 |

*Note that Contract No. C540 was previously designated as Contract No. 4400005270.

| | | | | | | |
|---|---|---|---|---|---|---|
| 144277 | 1/16/2019 | $666.00 | $0.00 | $666.00 | 2501602983 | C540 |
| 144279 | 1/16/2019 | $1,890.26 | $0.00 | $1,890.26 | 2501605384 | C540 |
| 144281 | 1/16/2019 | $466.00 | $0.00 | $466.00 | 2700168940 | C540 |
| 144283 | 1/16/2019 | $1,560.00 | $0.00 | $1,560.00 | 2700168942 | C540 |
| 144285 | 1/16/2019 | $174.00 | $0.00 | $174.00 | 2700101929 | C540 |
| 144287 | 1/16/2019 | $22,471.00 | $0.00 | $22,471.00 | 2700111493 | C540 |
| 144290 | 1/16/2019 | $2,312.00 | $0.00 | $2,312.00 | 2700130608 | C540 |
| 144292 | 1/16/2019 | $9,787.45 | $0.00 | $9,787.45 | 2700134350 | C540 |
| 144294 | 1/16/2019 | $8,865.00 | $0.00 | $8,865.00 | 2700133777 | C540 |
| 144296 | 1/16/2019 | $10,385.00 | $0.00 | $10,385.00 | 2700133775 | C540 |
| 144298 | 1/16/2019 | $1,816.00 | $0.00 | $1,816.00 | 2700189972 | C540 |
| 144300 | 1/16/2019 | $5,050.00 | $0.00 | $5,050.00 | 2700220902 | C540 |
| 144302 | 1/16/2019 | $1,425.00 | $0.00 | $1,425.00 | 2700209017 | C540 |
| 144354 | 1/22/2019 | $4,190.00 | $0.00 | $4,190.00 | 2700145776 | C540 |
| 144492 | 1/23/2019 | $2,837.02 | $0.00 | $2,837.02 | 2700208104 | C10297 |
| 144493 | 1/23/2019 | $9,454.77 | $0.00 | $9,454.77 | 2700180138 | C10297 |
| 144494 | 1/23/2019 | $2,483.27 | $0.00 | $2,483.27 | 2700166883 | C10297 |
| 144495 | 1/23/2019 | $16,796.84 | $0.00 | $16,796.84 | 2700150892 | C10297 |
| 144496 | 1/23/2019 | $2,269.11 | $0.00 | $2,269.11 | 2501075824 | C10297 |
| 144497 | 1/23/2019 | $2,634.35 | $0.00 | $2,634.35 | 2700134479 | C10297 |
| 144498 | 1/23/2019 | $687.96 | $0.00 | $687.96 | 2700097908 | C10297 |
| 144499 | 1/23/2019 | $687.96 | $0.00 | $687.96 | 2700098035 | C10297 |
| 144500 | 1/23/2019 | $5,451.28 | $0.00 | $5,451.28 | 2700130970 | C10297 |
| 144501 | 1/23/2019 | $3,248.81 | $0.00 | $3,248.81 | 2700114371 | C10297 |
| 144502 | 1/23/2019 | $16,859.47 | $0.00 | $16,859.47 | 2700166837 | C10297 |
| 144503 | 1/23/2019 | $8,908.72 | $0.00 | $8,908.72 | 2700162262 | C10297 |
| 144504 | 1/23/2019 | $5,206.45 | $0.00 | $5,206.45 | 2700139488 | C10297 |
| 144505 | 1/23/2019 | $40,357.72 | $0.00 | $40,357.72 | 2700187124 | C10297 |
| 144506 | 1/23/2019 | $24,148.84 | $0.00 | $24,148.84 | 2700204751 | C10297 |
| 144542 | 1/23/2019 | $4,676.95 | $0.00 | $4,676.95 | 2700131057 | C10297 |
| 145011 | 2/7/2019 | $12,640.32 | $0.00 | $12,640.32 | 2700180138 | C10297 |
| 145012 | 2/7/2019 | $4,214.80 | $0.00 | $4,214.80 | 2700150892 | C10297 |
| 145013 | 2/7/2019 | $651.52 | $0.00 | $651.52 | 2501075824 | C10297 |
| 145014 | 2/7/2019 | $1,570.76 | $0.00 | $1,570.76 | 2700162262 | C10297 |
| 145023 | 2/7/2019 | $1,890.44 | $0.00 | $1,890.44 | 2700131057 | C10297 |
| 145193 | 2/11/2019 | $636.95 | $0.00 | $636.95 | 2700130970 | C10297 |
| 145194 | 2/11/2019 | $1,016.08 | $0.00 | $1,016.08 | 2700166837 | C10297 |
| 145195 | 2/11/2019 | $14,617.60 | $0.00 | $14,617.60 | 2700187124 | C10297 |
| 145196 | 2/11/2019 | $2,599.23 | $0.00 | $2,599.23 | 2700204751 | C10297 |
| 145273 | 2/14/2019 | $1,896.03 | $0.00 | $1,896.03 | 2700166883 | C10297 |
| 145276 | 2/15/2019 | $173.46 | $0.00 | $173.46 | 2700121980 | C540 |
| 145277 | 2/15/2019 | $810.00 | $0.00 | $810.00 | 2700168940 | C540 |
| 145278 | 2/15/2019 | $591.00 | $0.00 | $591.00 | 2700145776 | C540 |
| 145279 | 2/15/2019 | $3,562.00 | $0.00 | $3,562.00 | 2700168942 | C540 |
| 145280 | 2/15/2019 | $780.23 | $0.00 | $780.23 | 2700114617 | C540 |
| 145281 | 2/15/2019 | $272.00 | $0.00 | $272.00 | 2700101929 | C540 |
| 145282 | 2/15/2019 | $5,824.00 | $0.00 | $5,824.00 | 2700111493 | C540 |
| 145283 | 2/15/2019 | $446.00 | $0.00 | $446.00 | 2700121977 | C540 |
| 145284 | 2/15/2019 | $748.00 | $0.00 | $748.00 | 2700130608 | C540 |
| 145285 | 2/15/2019 | $519.00 | $0.00 | $519.00 | 2700134350 | C540 |
| 145286 | 2/15/2019 | $684.53 | $0.00 | $684.53 | 2700133777 | C540 |
| 145287 | 2/15/2019 | $3,611.00 | $0.00 | $3,611.00 | 2700133775 | C540 |
| 145288 | 2/15/2019 | $2,247.00 | $0.00 | $2,247.00 | 2700189972 | C540 |
| 145289 | 2/15/2019 | $128.00 | $0.00 | $128.00 | 2700220902 | C540 |
| 145290 | 2/15/2019 | $1,350.00 | $0.00 | $1,350.00 | 2700209017 | C540 |
| 145291 | 2/15/2019 | $3,628.00 | $0.00 | $3,628.00 | 2700229334 | C540 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 145940 | 3/7/2019 | $7,380.00 | $5,148.84 | $2,231.16 | 2700127240 | C540 |
| 145941 | 3/7/2019 | $2,644.68 | $178.97 | $2,465.71 | 2700231512 | C10297 |
| 145943 | 3/7/2019 | $2,128.82 | $2,052.79 | $76.03 | 2500641711 | C10297 |
| 145944 | 3/7/2019 | $968.79 | $934.19 | $34.60 | 2700162262 | C10297 |
| 145987 | 3/8/2019 | $3,450.92 | $3,327.67 | $123.25 | 2700130970 | C10297 |
| 145992 | 3/8/2019 | $10,767.33 | $10,382.78 | $384.55 | 2700204751 | C10297 |
| 146003 | 3/11/2019 | $6,245.07 | $6,022.03 | $223.04 | 2700166883 | C10297 |
| 146532 | 3/14/2019 | $5,722.00 | $5,518.00 | $204.00 | 2700130608 | C540 |
| 147029 | 3/26/2019 | $1,027.68 | $0.00 | $1,027.68 | 2700229131 | C10297 |
| 147450 | 4/10/2019 | $2,639.97 | $0.00 | $2,639.97 | 2700234308 | C10297 |
| 147451 | 4/10/2019 | $168.53 | $0.00 | $168.53 | 2700208101 | C10297 |
| 147454 | 4/10/2019 | $207.47 | $0.00 | $207.47 | 2700139580 | C10297 |
| 147509 | 4/13/2019 | $108.20 | $0.00 | $108.20 | 2700097908 | C10297 |
| 147510 | 4/13/2019 | $54.10 | $0.00 | $54.10 | 2700114371 | C10297 |
| 147527 | 4/13/2019 | $3,247.78 | $0.00 | $3,247.78 | 2700244934 | C10297 |
| 148265 | 4/29/2019 | $5,785.00 | $0.00 | $5,785.00 | 2700137629 | C540 |
| 148789 | 5/15/2019 | $116.00 | $0.00 | $116.00 | 2700096045 | C540 |
| 161100 | 4/8/2020 | $3,179.39 | $0.00 | $3,179.39 | 2700157521 | C10297 |
| 161103 | 4/8/2020 | $26,125.88 | $0.00 | $26,125.88 | 2700162262 | C10297 |
| 161118 | 4/8/2020 | $5,090.86 | $0.00 | $5,090.86 | 2700427284 | C10297 |
| 162317 | 5/11/2020 | $10,059.69 | $0.00 | $10,059.69 | 2700434094 | C10297 |
| 162318 | 5/11/2020 | $13,123.14 | $0.00 | $13,123.14 | 2700427340 | C10297 |
| 162319 | 5/11/2020 | $3,898.95 | $0.00 | $3,898.95 | 2700242911 | C10297 |
| 162320 | 5/11/2020 | $21,596.01 | $0.00 | $21,596.01 | 2700426649 | C10297 |
| 162325 | 5/12/2020 | $8,622.24 | $0.00 | $8,622.24 | 2700231512 | C10297 |
| 162326 | 5/12/2020 | $957.11 | $0.00 | $957.11 | 2700361184 | C10297 |
| 162327 | 5/12/2020 | $611.55 | $0.00 | $611.55 | 2700139580 | C10297 |
| 162328 | 5/12/2020 | $1,386.33 | $0.00 | $1,386.33 | 2700080677 | C10297 |
| 162329 | 5/12/2020 | $4,045.35 | $0.00 | $4,045.35 | 2700157521 | C10297 |
| 162330 | 5/12/2020 | $20,714.13 | $0.00 | $20,714.13 | 2700097908 | C10297 |
| 162331 | 5/12/2020 | $1,637.47 | $0.00 | $1,637.47 | 2700383994 | C10297 |
| 162332 | 5/12/2020 | $14,564.26 | $0.00 | $14,564.26 | 2700162262 | C10297 |
| 162333 | 5/12/2020 | $3,747.46 | $0.00 | $3,747.46 | 2700387275 | C10297 |
| 162334 | 5/12/2020 | $8,075.66 | $0.00 | $8,075.66 | 2700432932 | C10297 |
| 162335 | 5/12/2020 | $30,238.95 | $0.00 | $30,238.95 | 2700298011 | C10297 |
| 162336 | 5/12/2020 | $687.35 | $0.00 | $687.35 | 2700317053 | C10297 |
| 162337 | 5/12/2020 | $3,793.22 | $0.00 | $3,793.22 | 2700300943 | C10297 |
| 162338 | 5/12/2020 | $4,618.69 | $0.00 | $4,618.69 | 2700355966 | C10297 |
| 162340 | 5/12/2020 | $2,647.97 | $0.00 | $2,647.97 | 2700300942 | C10297 |
| 162342 | 5/12/2020 | $2,544.65 | $0.00 | $2,544.65 | 2700332987 | C10297 |
| 162343 | 5/12/2020 | $94.47 | $0.00 | $94.47 | 2700335947 | C10297 |
| 162344 | 5/12/2020 | $2,976.72 | $0.00 | $2,976.72 | 2700398293 | C10297 |
| 162345 | 5/12/2020 | $148.57 | $0.00 | $148.57 | 2700335785 | C10297 |
| 162346 | 5/12/2020 | $2,664.07 | $0.00 | $2,664.07 | 2700358719 | C10297 |
| 162347 | 5/12/2020 | $2,970.11 | $0.00 | $2,970.11 | 2700387774 | C10297 |
| 162348 | 5/12/2020 | $9,448.52 | $0.00 | $9,448.52 | 2700426463 | C10297 |
| 162349 | 5/12/2020 | $7,841.25 | $0.00 | $7,841.25 | 2700445863 | C10297 |
| 162350 | 5/12/2020 | $26,078.46 | $0.00 | $26,078.46 | 2700425310 | C10297 |
| 162351 | 5/12/2020 | $10,057.99 | $0.00 | $10,057.99 | 2700434094 | C10297 |
| 162352 | 5/12/2020 | $13,162.69 | $0.00 | $13,162.69 | 2700427340 | C10297 |
| 162353 | 5/12/2020 | $11,622.33 | $0.00 | $11,622.33 | 2700408578 | C10297 |
| 162354 | 5/12/2020 | $11,084.65 | $0.00 | $11,084.65 | 2700408579 | C10297 |
| 162355 | 5/12/2020 | $9,903.94 | $0.00 | $9,903.94 | 2700447579 | C10297 |
| 162356 | 5/12/2020 | $2,432.28 | $0.00 | $2,432.28 | 2700442500 | C10297 |
| 162484 | 5/13/2020 | $8,386.00 | $0.00 | $8,386.00 | 2700429560 | C10297 |
| 162493 | 5/13/2020 | $3,807.00 | $0.00 | $3,807.00 | 2700150234 | C540 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 162494 | 5/13/2020 | $30,428.30 | $0.00 | $30,428.30 | 2700441933 | C540 |
| 162495 | 5/13/2020 | $5,870.00 | $0.00 | $5,870.00 | 2700018344 | C540 |
| 162496 | 5/13/2020 | $2,756.00 | $0.00 | $2,756.00 | 2700320205 | C540 |
| 162497 | 5/13/2020 | $2,010.23 | $0.00 | $2,010.23 | 2700008178 | C540 |
| 162498 | 5/13/2020 | $405.00 | $0.00 | $405.00 | 2700008178 | C540 |
| 162499 | 5/13/2020 | $438.00 | $0.00 | $438.00 | 2700250494 | C540 |
| 162500 | 5/13/2020 | $4,023.48 | $0.00 | $4,023.48 | 2700248893 | C540 |
| 162501 | 5/13/2020 | $2,142.00 | $0.00 | $2,142.00 | 2700264935 | C540 |
| 162502 | 5/13/2020 | $1,005.00 | $0.00 | $1,005.00 | 2700296301 | C540 |
| 162503 | 5/13/2020 | $7,386.00 | $0.00 | $7,386.00 | 2700391152 | C540 |
| 162504 | 5/13/2020 | $1,406.00 | $0.00 | $1,406.00 | 2700367034 | C540 |
| 162505 | 5/13/2020 | $16,769.41 | $0.00 | $16,769.41 | 2700391384 | C540 |
| 162506 | 5/13/2020 | $4,068.13 | $0.00 | $4,068.13 | 2700407897 | C540 |
| **Totals:** | | **$1,173,386.51** | **$33,565.27** | **$1,139,821.24** | | |