DAVID E. WEISS (SBN 148147)
PETER MUNOZ (SBN 66942)
REED SMITH LLP
101 Second Street Suite 1800
San Francisco, CA 94105-3659
Telephone:     (415) 543-8700
Facsimile:     (415) 391-8269
dweiss@reedsmith.com
pmunoz@reedsmith.com

Attorneys for South Feather Water and Power Agency

Dustin C. Cooper (SBN 245774)
M. Anthony Soares (SBN 078934)
MINASIAN, MEITH, SOARES,
SEXTON & COOPER, LLP
1681 Bird Street
Post Office Box 1679
Oroville, California 95965-1679
Telephone: 530.533.2885
Facsimile: 530.533.0197
dcooper@minasianlaw.com
asoares@minasianlaw.com

Attorneys for South Feather Water and Power Agency

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re:<br>PG&E CORPORATION,<br>And<br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>        Debtors | Chapter 11 Case<br>No.: 19-30088 (DM)<br>Lease Case<br>(Jointly Administered)<br><br>**JOINDER OF SOUTH FEATHER WATER & POWER AGENCY IN CERTAIN OBJECTIONS TO PLAN OF REORGANIZATION** |

South Feather Water & Power Agency ("Agency"), by this filing, supports and joins in:

(1) *South San Joaquin Irrigation District's (A) Objection to Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020 as Amended (Docket No. 6320) and (B) Objection to Cure Amounts and Other*

-1-

**JOINDER OF SOUTH FEATHER WATER & POWER AGENCY IN CERTAIN OBJECTIONS TO PLAN OF REORGANIZATION**

MINASIAN, MEITH, SOARES, SEXTON & COOPER, LLP
1681 Bird Street
P.O. Box 1679
Oroville, CA 95965
(530) 533-2885

*Matters Pertaining to Assumption Pursuant to Section 365(b)(1) of the Bankruptcy Code (Docket No. 7037).* Docket filing number 7265 (hereinafter "South San Joaquin Objection"); and

(2) *The Municipal Objectors' (1) Objection to Confirmation of Plan of Reorganization (Dkt. 6320) and (2) Objection to Cure Notice and Other Matters Pertaining to Assumption Pursuant to Section 365(b)(1) of the Bankruptcy Code.* Docket filing number 7231 (hereinafter "Municipal Objection").

The Agency and PG&E are parties to an existing Power Purchase Agreement (PPA) and are currently engaged in ongoing dispute resolution efforts pursuant to the terms of the PPA. The ongoing dispute concerns the interpretation and scope of the PPA's force majeure term extension clause. For the reasons stated in the South San Joaquin Objection and the Municipal Objection, the proposed bankruptcy Plan cannot unilaterally modify assumed contracts, including the PPA, and should not illegally expand the discharge to rights, liabilities, and "Causes of Action" in a way that prejudices the Agency in the ongoing dispute resolution process. The Plan should not and cannot settle, compromise, waive, release, bar, implicate or otherwise prejudice either party in the Agency/PG&E ongoing dispute resolution process.

Executed this 15th day of May, 2020 in Oroville, California.

Respectfully submitted,

MINASIAN, MEITH, SOARES,
SEXTON & COOPER, LLP


By: /s/ Dustin C. Cooper
      DUSTIN C. COOPER

MINASIAN, MEITH, SOARES, SEXTON & COOPER, LLP
1681 Bird Street
P.O. Box 1679
Oroville, CA 95965
(530) 533-2885

# PROOF OF SERVICE

I, Gloria S. Sandoval, do declare and state as follows:

1. I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is REED SMITH LLP, 101 Second Street, Suite 1800, San Francisco, California 94105-3659.

2. I certify that on May 7, 2020, I caused a true and correct copy of the following document to be served via email on the Standard Party Email Service List attached hereto as Exhibit A:

**JOINDER OF SOUTH FEATHER WATER & POWER AGENCY IN CERTAIN OBJECTIONS TO PLAN OF REORGANIZATION**

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would testify thereto.

Executed this 15th day of May, 2020, at San Francisco, California.

/s/ Gloria S. Sandoval

Gloria S. Sandoval

# EXHIBIT A
Standard Parties Email Service List
Served via Email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Debtors | Weil, Gotshal & Manges LLP | Attn: Stephen Karotkin, Jessica Liou, Matthew Goren | stephen.karotkin@weil.com<br>matthew.goren@weil.com<br>jessica.liou@weil.com |
| Special Counsel to Debtors | Cravath, Swaine & Moore LLP | Attn: Paul H. Zumbro, Kevin J. Orsini, George E. Zobitz, Stephen M. Kessing and Nicholas A. Dorsey, Omid H. Nasab | pzumbro@cravath.com<br>korsini@cravath.com<br>jzobitz@cravath.com<br>skessing@cravath.com<br>ndorsey@cravath.com<br>onasab@cravath.com |
| Counsel to Debtors | Keller Benvenutti Kim LLP | Attn: Tobias Keller, Jane Kim | tkeller@kbkllp.com<br>jkim@kbkllp.com |
| Office of the United States Trustee | Office of the United States Trustee | Attn: James L. Snyder, Esq., Timothy Lafreddi, Esq., Marta E. Villacorta | James.L.Snyder@usdoj.gov<br>timothy.s.laffredi@usdoj.gov<br>Marta.Villacorta@usdoj.gov |
| Counsel for the Official Committee of Unsecured Creditors | Milbank LLP | Attn: Dennis F. Dunne, Samuel A. Khalil, Gregory A. Bray, Thomas R. Kreller, Alan J. Stone, Samir Vora | ddunne@milbank.com<br>skhalil@milbank.com<br>Gbray@milbank.com<br>TKreller@milbank.com<br>astone@milbank.com<br>svora@milbank.com |
| Counsel for the administrative agent under the Debtors' debtor in possession financing facilities | Stroock & Stoock & Lavan LLP | Attn: Kristopher M. Hansen, Erez E. Gilad, Matthew G. Garofalo, Frank A. Merola | khansen@stroock.com<br>egilad@stroock.com<br>mgarofalo@stroock.com<br>fmerola@stroock.com |

# EXHIBIT A
Standard Parties Email Service List
Served via Email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel for the agent under the Debtors' proposed debtor in possession financing facilities | Davis Polk & Wardwell LLP | Attn: Eli J. Vonnegut, David Schiff, Timothy Graulich | eli.vonnegut@davispolk.com<br>david.schiff@davispolk.com<br>timothy.graulich@davispolk.com |
| Counsel to California Public Utilities Commission | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Alan W. Kornberg, Brian S. Hermann, Walter R. Rieman, Sean A. Mitchell, Neal P. Donnelly | akornberg@paulweiss.com<br>bhermann@paulweiss.com<br>wrieman@paulweiss.com<br>smitchell@paulweiss.com<br>ndonnelly@paulweiss.com |
| Interested Party United States on behalf of the Federal Energy Regulatory Commission | U.S. Department of Justice | Attn: Danielle A. Pham | danielle.pham@usdoj.gov |
| PG&E Shareholders | Jones Day | Attn: Bruce S. Bennett, Joshua M. Mester, James O. Johnston, | bbennett@jonesday.com<br>jmester@jonesday.com<br>jjohnston@jonesday.com |
| Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company | Akin Gump Strauss Hauer & Feld LLP | Attn: Ashley Vinson Crawford | avcrawford@akingump.com |
| Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company | Akin Gump Strauss Hauer & Feld LLP | Attn: Michael S. Stamer, Ira S. Dizengoff, David H. Botter | mstamer@akingump.com<br>idizengoff@akingump.com<br>dbotter@akingump.com |
| Co-Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company | Braunhagey & Borden LLP | Attn: J. Noah Hagey, Jeffrey M. Theodore, David H. Kwasniewski, Andrew Levine | hagey@braunhagey.com<br>theodore@braunhagey.com<br>kwasniewski@braunhagey.com<br>levine@braunhagey.com |
| Counsel for Ad Hoc Group of Subrogation Claim Holders | Willkie Farr & Gallagher LLP | Attn: Matthew A. Feldman, Joseph G. Minias, Daniel I. Forman, Benjamin P. McCallen; Antonio Yanez, Jr., Erica L. Kerman, Jonathan D. Waisnor, Matthew Freimuth | mfeldman@willkie.com<br>jminias@willkie.com<br>dforman@willkie.com<br>bmccallen@willkie.com<br>ayanez@willkie.com<br>ekerman@willkie.com |

Case: 19-30088    Doc# 7325    Filed: 05/15/20    Entered: 05/15/20 16:01:49    Page 5 of 6

# EXHIBIT A
## Standard Parties Email Service List
### Served via Email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| | | | jwaisnor@willkie.com<br>mfreimuth@willkie.com |
| Counsel for Ad Hoc Group of Subrogation Claim Holders | Diemer & Wei, LLP | Attn: Kathryn S. Diemer | kdiemer@diemerwei.com |
| U.S. Nuclear Regulatory Commission | U.S. Nuclear Regulatory Commission | Attn: Anita Ghosh Naber | anita.ghoshnaber@nrc.gov |