**MAYNARD, COOPER & GALE**
Duane Kumagai, Esq.
1901 Avenue of the Stars, Suite 1900
Los Angeles, CA 90067
Telephone: (310) 596-4500
Email: dkumagai@maynardcooper.com

*Attorneys for Mesa Associates, Inc.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, NORTHERN DISTRICT
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION,**<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>**Debtors.**<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**CERTIFICATE OF SERVICE OF LIMITED OBJECTION OF MESA ASSOCIATES, INC. TO SCHEDULE OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES TO BE ASSUMED PURSUANT TO THE PLAN AND PROPOSED CURE AMOUNTS** |

I hereby certify that, on even date herewith, I served a true and correct copy of the *Limited Objection of Mesa Associates, Inc. to Schedule of Executory Contracts and Unexpired Leases to be Assumed Pursuant to the Plan and Proposed Cure Amounts* on the Service List attached hereto as **Exhibit A** in the manner specified therein.

DATED:                         MAYNARD COOPER & GALE LLP

                                                 By: */s/ Duane Kumagai*
                                                     Duane Kumagai

                                        *Attorneys for Mesa Associates, Inc.*

# EXHIBIT A

**NEF/ECF LIST:**

- Elliot Adler     eadler@theadlerfirm.com, bzummer@theadlerfirm.com
- Aaron L. Agenbroad     alagenbroad@jonesday.com, saltamirano@jonesday.com
- Pamela Allen     pallen@dir.ca.gov
- Annadel A. Almendras     annadel.almendras@doj.ca.gov
- Monique D. Almy     malmy@crowell.com
- Dana M. Andreoli     dandreoli@steyerlaw.com, mterry@steyerlaw.com
- Anne Andrews     aa@andrewsthornton.com, aandrews@andrewsthornton.com
- Richard L. Antognini     rlalawyer@yahoo.com, hallonaegis@gmail.com
- Tyson Arbuthnot     tarbuthnot@rjo.com, jyeung@rjo.com
- Lauren T. Attard     lattard@bakerlaw.com, agrosso@bakerlaw.com
- Herb Baer     hbaer@primeclerk.com, ecf@primeclerk.com
- Kathryn E. Barrett     keb@svlg.com, amt@svlg.com
- Chris Bator     cbator@bakerlaw.com, jmcguigan@bakerlaw.com
- Ronald S. Beacher     rbeacher@pryorcashman.com
- Hagop T. Bedoyan     hbedoyan@kleinlaw.com, ecf@kleinlaw.com
- Andrew David Behlmann     abehlmann@lowenstein.com, elawler@lowenstein.com
- Tanya Behnam     tbehnam@polsinelli.com, tanyabehnam@gmail.com
- James C. Behrens     jbehrens@milbank.com, mkoch@milbank.com
- Jacob Taylor Beiswenger     jbeiswenger@omm.com, llattin@omm.com
- James T. Bentley     james.bentley@srz.com, Kelly.Knight@srz.com
- Peter J. Benvenutti     pbenvenutti@kbkllp.com
- Robert Berens     rberens@smtdlaw.com, sr@smtdlaw.com
- Ronald F. Berestka     rberestka@stonelawoffice.com, csepulveda@stonelawoffice.com
- Heinz Binder     heinz@bindermalter.com
- Neil Jon Bloomfield     njbloomfield@njblaw.com, gklump@njblaw.com
- Jason Blumberg     jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov
- Paige Boldt     pboldt@wattsguerra.com, cwilson@wattsguerra.com
- Ameneh Maria Bordi     ameneh.bordi@kirkland.com, leo.rosenberg@kirkland.com
- Jason Borg     jborg@jasonborglaw.com
- Mark Bostick     mbostick@wendel.com, bankruptcy@wendel.com
- James L. Bothwell     jbothwell@hugueninkahn.com, jguzman@hugueninkahn.com
- Peter R. Boutin     peter.boutin@kyl.com, lara.joel@kyl.com
- Erin N. Brady     enbrady@jonesday.com
- Gregory A. Bray     gbray@milbank.com
- Michael D. Breslauer     mbreslauer@ecf.courtdrive.com, wyones@swsslaw.com
- W. Steven Bryant     , molly.batiste-debose@lockelord.com
- Chane Buck     cbuck@jonesday.com
- Elizabeth J. Cabraser     ecabraser@lchb.com, awolf@lchb.com
- Anthony P. Cali     anthony.cali@stinson.com, lindsay.petrowski@stinson.com
- Peter C. Califano     pcalifano@cwclaw.com
- Steven M. Campora     scampora@dbbwc.com, nlechuga@dbbwc.com
- Leah E. Capritta     leah.capritta@hklaw.com, lori.labash@hklaw.com
- Nicholas A. Carlin     nac@phillaw.com, rac@phillaw.com
- Katherine Rose Catanese     kcatanese@foley.com
- Jennifer Machlin Cecil     JCecil@winston.com, ECF_SF@winston.com
- Karen J. Chedister     kchedister@h-jlaw.com

- Christina Lin Chen    christina.chen@morganlewis.com, christina.lin.chen@gmail.com
- Richard A. Chesley    richard.chesley@dlapiper.com, bill.countryman@dlapiper.com
- Kevin Chiu    kevin.chiu@bakerbotts.com, rory.fontenla@bakerbotts.com
- Jacquelyn H. Choi    jchoi@raineslaw.com, bclark@raineslaw.com
- Shawn M. Christianson    schristianson@buchalter.com
- Robert N.H. Christmas    rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- Jae Angela Chun    ajc@chun.law, teresa@tosdallaw.com
- Alicia Clough    aclough@loeb.com
- Tiffany Strelow Cobb    tscobb@vorys.com
- John B. Coffman    john@johncoffman.net
- Kevin G. Collins    kevin.collins@btlaw.com
- Brian S. Conlon    bsc@phillaw.com, rac@phillaw.com
- Charles Cording    ccording@willkie.com, mao@willkie.com
- Manuel Corrales    mannycorrales@yahoo.com, hcskanchy@hotmail.com
- Anne Costin    anne@costinlawfirm.com
- Donald H. Cram    dhc@severson.com
- Ashley Vinson Crawford    avcrawford@akingump.com, dkrasa-berstell@akingump.com
- J. Russell Cunningham    rcunningham@dnlc.net, emehr@dnlc.net
- Keith J. Cunningham    , rkelley@pierceatwood.com
- Keith J. Cunningham    kcunningham@pierceatwood.com, rkelley@pierceatwood.com
- James D. Curran    jcurran@wolkincurran.com, dstorms@wolkincurran.com
- Tambra Curtis    tambra.curtis@sonoma-county.org, Kristin.whalley@sonoma-county.org
- James M. Davis    jdavis@cglaw.com
- Nicolas De Lancie    ndelancie@jmbm.com
- Judith A. Descalso    , jad_9193@ecf.courtdrive.com
- Erin Elizabeth Dexter    edexter@milbank.com
- Shounak S. Dharap    ssd@arnslaw.com, mec@arnslaw.com
- Kathryn S. Diemer    kdiemer@diemerwei.com
- Kathryn S. Diemer    kdiemer@diemerwhitman.com
- John P. Dillman    houston_bankruptcy@publicans.com
- Jonathan R. Doolittle    jdoolittle@reedsmith.com
- Jennifer V. Doran    jdoran@hinckleyallen.com
- Dustin M. Dow    ddow@bakerlaw.com, jmcguigan@bakerlaw.com
- Jamie P. Dreher    jdreher@downeybrand.com
- Todd Dressel    tdressel@mcguirewoods.com, JTabisaura@mcguirewoods.com
- Geoffrey B. Dryvynsyde    gbd@cpuc.ca.gov, geoffrey.dryvynsyde@cpuc.ca.gov
- Cecily Ann Dumas    cdumas@bakerlaw.com, hhammonturano@bakerlaw.com
- Dennis F. Dunne    cprice@milbank.com, jbrewster@milbank.com
- Dennis F. Dunne    ddunne@milbank.com, jbrewster@milbank.com
- Huonganh Annie Duong    annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com
- Luke N. Eaton    eatonl@pepperlaw.com, monugiac@pepperlaw.com
- Kevin M. Eckhardt    keckhardt@hunton.com, candonian@huntonak.com
- Joseph A. Eisenberg    JAE1900@yahoo.com
- Michele Ellison    mellison@gibbsgiden.com, lrochelle@gibbsgiden.com
- David Emerzian    , Melany.Hertel@mccormickbarstow.com
- G. Larry Engel    larry@engeladvice.com

- Krista M. Enns     kenns@beneschlaw.com
- Scott Esbin     sesbin@esbinalter.com
- Joseph M. Esmont     jesmont@bakerlaw.com
- Michael P. Esser     michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com
- Richard W. Esterkin     richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com
- Michael S. Etkin     metkin@lowenstein.com
- Jacob M. Faircloth     jacob.faircloth@smolsonlaw.com
- Brett D. Fallon     bfallon@morrisjames.com, wweller@morrisjames.com
- Michael C. Fallon     , manders@fallonlaw.net
- Joana Fang     jf@kbklawyers.com, icd@kbklawyers.com
- Joseph Kyle Feist     jfeistesq@gmail.com, info@norcallawgroup.net
- David M. Feldman     DFeldman@gibsondunn.com
- Matthew A. Feldman     mfeldman@willkie.com
- Mark E. Felger     mfelger@cozen.com
- James J. Ficenec     James.Ficenec@ndlf.com, caroline.pfahl@ndlf.com
- John D. Fiero     jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- Kimberly S. Fineman     kfineman@nutihart.com, nwhite@nutihart.com
- Stephen D. Finestone     sfinestone@fhlawllp.com
- Timothy M. Flaherty     tflaherty@mpplaw.com
- Daniel I. Forman     dforman@willkie.com
- Jonathan Forstot     jonathan.forstot@troutman.com, john.murphy@troutman.com
- Jonathan Forstot     , john.murphy@troutman.com
- Matthew Hampton Foushee     hampton.foushee@hoganlovells.com, hfoushee@gmail.com
- Carolyn Frederick     cfrederick@prklaw.com
- Peter Friedman     pfriedman@omm.com
- Roger F. Friedman     rfriedman@rutan.com, csolorzano@rutan.com
- Xiyi Fu     jackie.fu@lockelord.com, taylor.warren@lockelord.com
- Lars H. Fuller     lfuller@bakerlaw.com
- Larry W. Gabriel     lgabriel@bg.law, nfields@bg.law
- Gregg M. Galardi     gregg.galardi@ropesgray.com
- Richard L. Gallagher     richard.gallagher@ropesgray.com
- Craig Solomon Ganz     ganzc@ballardspahr.com, hartt@ballardspahr.com
- Jeffrey K. Garfinkle     jgarfinkle@buchalter.com
- Oscar Garza     ogarza@gibsondunn.com
- Lisa S. Gast     lsg@dwgp.com, lmk@dwgp.com
- Paul R. Gaus     paul.gaus@mccormickbarstow.com
- Duane M. Geck     dmg@severson.com
- Evelina Gentry     evelina.gentry@akerman.com, rob.diwa@akerman.com
- Janet D. Gertz     jgertz@btlaw.com, amattingly@btlaw.com
- Christopher Gessner     cgessner@akingump.com, NYMCO@akingump.com
- Barry S. Glaser     bglaser@lkfirm.com
- Paul R. Glassman     pglassman@sycr.com
- Gabriel I. Glazer     gglazer@pszjlaw.com
- Gabrielle Glemann     gabrielle.glemann@stoel.com, rene.alvin@stoel.com
- Jaime Godin     Jtouchstone@fddcm.com
- Matthew A. Gold     courts@argopartners.net
- Eric D. Goldberg     eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com

- Craig Goldblatt   Craig.Goldblatt@wilmerhale.com, whdocketing@wilmerhale.com
- Amy L. Goldman   goldman@lbbslaw.com
- Eric S. Goldstein   egoldstein@goodwin.com
- Rhonda Stewart Goldstein   Rhonda.Goldstein@ucop.edu, Lissa.Ly@ucop.edu
- Richard H. Golubow   rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com
- Michael J. Gomez   mgomez@frandzel.com, dmoore@frandzel.com
- Michael W. Goodin   mgoodin@clausen.com, mgenova@clausen.com
- Eric R. Goodman   egoodman@bakerlaw.com
- Mark A. Gorton   mgorton@boutinjones.com, cdomingo@boutininc.com
- Mark A. Gorton   mgorton@boutininc.com, cdomingo@boutininc.com
- Michael I. Gottfried   MGottfried@elkinskalt.com, AAburto@elkinskalt.com
- Louis Gottlieb   Lgottlieb@labaton.com, mpenrhyn@labaton.com
- Eric A. Grasberger   eric.grasberger@stoel.com, docketclerk@stoel.com
- Debra I. Grassgreen   dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- Eric A. Gravink   eric@rhrc.net
- Elizabeth A. Green   egreen@bakerlaw.com, orlbankruptcy@bakerlaw.com
- Mitchell B. Greenberg   mgreenberg@abbeylaw.com, mmeroney@abbeylaw.com
- Matthew W. Grimshaw   matt@grimshawlawgroup.com, ecfmarshackhays@gmail.com
- Stuart G. Gross   sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com
- Carl L. Grumer   cgrumer@manatt.com, mchung@manatt.com
- Elizabeth M. Guffy   eguffy@lockelord.com, autodocket@lockelord.com
- Cameron Gulden   cameron.m.gulden@usdoj.gov
- Mirco J. Haag   mhaag@buchalter.com, dcyrankowski@buchalter.com
- Laurie Hager   lhager@sussmanshank.com
- J. Noah Hagey   hagey@braunhagey.com, tong@braunhagey.com
- Oren Buchanan Haker   oren.haker@stoel.com, rene.alvin@stoel.com
- Kristopher M. Hansen   dmohamed@stroock.com, mmagzamen@stroock.com
- Adam C. Harris   adam.harris@srz.com, james.bentley@srz.com
- Robert G. Harris   rob@bindermalter.com
- Christopher H. Hart   chart@nutihart.com, nwhite@nutihart.com
- Bryan L. Hawkins   bryan.hawkins@stoel.com, Sharon.witkin@stoel.com
- Jan M Hayden   jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com
- Jennifer C. Hayes   jhayes@fhlawllp.com
- Alaina R. Heine   alaina.heine@dechert.com, brett.stone@dechert.com
- Cristina A. Henriquez   chenriquez@mayerbrown.com
- Stephen E. Hessler, P.C.   , jozette.chong@kirkland.com
- Matthew Heyn   matthew.heyn@doj.ca.gov
- Sean T. Higgins   aandrews@andrewsthornton.com, shiggins@andrewsthornton.com
- Morgan R. Hirst   mhirst@jonesday.com, mmelvin@jonesday.com
- Michael R. Hogue   hoguem@gtlaw.com, navarrom@gtlaw.com
- David Holtzman   david.holtzman@hklaw.com
- Alexandra S. Horwitz   allie.horwitz@dinsmore.com
- Marsha Houston   mhouston@reedsmith.com, hvalencia@reedsmith.com
- Shane Huang   shane.huang@usdoj.gov
- Brian D. Huben   hubenb@ballardspahr.com
- Jonathan Hughes   , jane.rustice@aporter.com
- Edward R. Huguenin   ehuguenin@hugueninkahn.com, jguzman@hugueninkahn.com
- Michael A. Isaacs   Michael.Isaacs@dentons.com, Alissa.Worthing@dentons.com

1
- Mark V. Isola  mvi@sbj-law.com
- J. Eric Ivester  Eric.Ivester@skadden.com, Andrea.Bates@skadden.com
- J. Eric Ivester  , Andrea.Bates@skadden.com
- Kizzy L. Jarashow  KJarashow@goodwinlaw.com, AFraticelliLouallen@goodwinlaw.com
- Ivan C. Jen  ivan@icjenlaw.com
- Monique Jewett-Brewster  mjb@hopkinscarley.com, eamaro@hopkinscarley.com
- James O. Johnston  jjohnston@jonesday.com
- Chris Johnstone  chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com
- Andrew Jones  andrew@ajoneslaw.com
- Gregory K. Jones  GJones@dykema.com, cacossano@dykema.com
- Robert A. Julian  rjulian@bakerlaw.com, hhammonturano@bakerlaw.com
- George H. Kalikman  gkalikman@schnader.com, sdavenport@schnader.com
- Roberto J. Kampfner  rkampfner@whitecase.com, mco@whitecase.com
- Bonnie E. Kane  bonnie@thekanelawfirm.com, skane@thekanelawfirm.com
- Gary M. Kaplan  gkaplan@fbm.com, calendar@fbm.com
- Robert B. Kaplan  rbk@jmbm.com
- Eve H. Karasik  ehk@lnbyb.com
- Michael G. Kasolas  trustee@kasolas.net, CA30@ecfcbis.com,ecf.alert+Kasolas@titlexi.com
- Elyssa S. Kates  ekates@bakerlaw.com
- Ori Katz  okatz@sheppardmullin.com, LSegura@sheppardmullin.com
- William M. Kaufman  wkaufman@smwb.com
- Jane G. Kearl  jkearl@watttieder.com, jbenton@watttieder.com
- Tobias S. Keller  tkeller@kbkllp.com
- Lynette C. Kelly  ustpregion17.oa.ecf@usdoj.gov
- Matthew K. Kelsey  mkelsey@gibsondunn.com
- Gerald P. Kennedy  gerald.kennedy@procopio.com, kristina.terlaga@procopio.com
- Erica L. Kerman  ekerman@willkie.com
- Samuel A. Khalil  skhalil@milbank.com, jbrewster@milbank.com
- Samuel M. Kidder  skidder@ktbslaw.com
- Marc Kieselstein  , carrie.oppenheim@kirkland.com
- Jane Kim  jkim@kbkllp.com
- Mary H. Kim  Mary.Kim@dechert.com, brett.stone@dechert.com
- Kody D. L. Kleber  kkleber@bakerlaw.com, dmartinez@bakerlaw.com
- Matthew Ryan Klinger  mklinger@sheppardmullin.com, DGatmen@sheppardmullin.com
- Bradley C. Knapp  bknapp@lockelord.com, Yamille.Harrison@lockelord.com
- Kelly V. Knight  kelly.knight@srz.com
- Lydia Vanessa Ko  Lvko@stonelawoffice.com
- Thomas F. Koegel  tkoegel@crowell.com
- Katherine Kohn  kkohn@groom.com, ashahinllari@groom.com
- Andy S. Kong  kong.andy@arentfox.com, Yvonne.Li@arentfox.com
- Anna Kordas  akordas@jonesday.com, mmelvin@jonesday.com
- Alan W. Kornberg  , akornberg@paulweiss.com
- Bernard Kornberg  bjk@severson.com
- David I. Kornbluh  dik@millermorton.com, mhr@millermorton.com
- Lauren Kramer  lkramer@rjo.com

- Jeffrey C. Krause   jkrause@gibsondunn.com
- Thomas R. Kreller   tkreller@milbank.com
- Lindsey E. Kress   lkress@lockelord.com, autodocket@lockelord.com
- Hannah C. Kreuser   hkreuser@porterlaw.com, ooberg@porterlaw.com
- Michael Thomas Krueger   michael.krueger@ndlf.com, Havilyn.lee@ndlf.com
- Robert T. Kugler   robert.kugler@stinson.com
- Boris Kukso   boris.kukso@usdoj.gov, western.taxcivil@usdoj.gov
- Brendan M. Kunkle   bkunkle@abbeylaw.com, lmeyer@abbeylaw.com
- Alisa C. Lacey   alisa.lacey@stinson.com, karen.graves@stinson.com
- Timothy S. Laffredi   timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov
- Timothy S. Laffredi   timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov
- Richard A. Lapping   rich@trodellalapping.com
- Omeed Latifi   olatifi@theadlerfirm.com, kdeubler@theadlerfirm.com
- John E. Lattin   jlattin@ostergar.com, cslovenec@ostergar.com
- Michael Lauter   mlauter@sheppardmullin.com
- Kenneth T. Law   klaw@bbslaw.com
- Francis J. Lawall   lawallf@pepperlaw.com, henrys@pepperlaw.com
- Andrew Michael Leblanc   ALeblanc@milbank.com
- Erica Lee   Erica.Lee@doj.ca.gov
- Scott Lee   scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com
- Paul J. Leeds   leedsp@higgslaw.com
- Edward J. Leen   eleen@mkbllp.com
- Lisa Lenherr   llenherr@wendel.com, bankruptcy@wendel.com
- Matthew A. Lesnick   matt@lesnickprince.com, jmack@lesnickprince.com
- Bryn G. Letsch   bletsch@braytonlaw.com
- David B. Levant   david.levant@stoel.com, rene.alvin@stoel.com
- Andrew H. Levin   alevin@wcghlaw.com
- David Levine   dnl@groom.com
- Marc A. Levinson   Malevinson@orrick.com, casestream@ecf.courtdrive.com
- Dara Levinson Silveira   dsilveira@kbkllp.com
- Alexander James Demitro Lewicki   kdiemer@diemerwei.com
- Alexander James Demitro Lewicki   alewicki@diemerwei.com
- William Thomas Lewis   wtl@roblewlaw.com, kimwrenn@msn.com
- William S. Lisa   , jcaruso@nixonpeabody.com
- William S. Lisa   wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com
- Jonathan A. Loeb   jon.loeb@bingham.com
- Michael B. Lubic   michael.lubic@klgates.com
- John William Lucas   jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Joseph R. Lucia   PersonalInjuryGroup@RLSlawyers.com
- Jane Luciano   jane-luciano@comcast.net
- Kerri Lyman   klyman@irell.com
- Carissa A. Lynch   Carissa.Lynch@ftb.ca.gov, Martha.Gehrig@ftb.ca.gov
- John H. MacConaghy   macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com
- Iain A. Macdonald   iain@macfern.com, ecf@macfern.com
- Tracy L. Mainguy   tmainguy@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- Samuel R. Maizel   samuel.maizel@dentons.com, alicia.aguilar@dentons.com

| | |
|---|---|
| 1 | - Adam Malatesta    adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com |
| 2 | - Katharine Malone    malonek@gtlaw.com |
|   | - Liam K. Malone    malone@oles.com, shahin@oles.com |
| 3 | - Michael W. Malter    michael@bindermalter.com |
|   | - Craig Margulies    cmargulies@margulies-law.com, lsalazar@margulies-law.com |
| 4 | - Geoffrey E. Marr    gemarr59@hotmail.com |
|   | - Richard A. Marshack    rmarshack@marshackhays.com, rmarshack@ecf.courtdrive.com |
| 5 | - Catherine Martin    cmartin@simon.com, rtucker@simon.com;bankruptcy@simon.com |
| 6 | - Laila Masud    lmasud@marshackhays.com, lmasud@ecf.courtdrive.com |
|   | - David P. Matthews    jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com |
| 7 | - Patrick C. Maxcy    patrick.maxcy@snrdenton.com |
| 8 | - Benjamin P. McCallen    bmccallen@willkie.com |
|   | - Thomas E. McCurnin    tmccurnin@bkolaw.com, kescano@bkolaw.com |
| 9 | - Hugh M. McDonald    hugh.mcdonald@troutman.com, john.murphy@troutman.com |
| 10 | - Hugh M. McDonald    , john.murphy@troutman.com |
|    | - C. Luckey McDowell    Luckey.McDowell@Shearman.com |
| 11 | - Matthew D. McGill    MMcGill@gibsondunn.com |
|    | - Scott H. McNutt    SMcNutt@ml-sf.com, csnell@ml-sf.com |
| 12 | - Thomas Melone    Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com |
| 13 | - Peter Meringolo    peter@pmrklaw.com |
|    | - Frank A. Merola    lacalendar@stroock.com, mmagzamen@stroock.com |
| 14 | - Jennifer L. Mersing    jennifer.mersing@stoel.com, lisa.petras@stoel.com |
|    | - Joshua M. Mester    jmester@jonesday.com |
| 15 | - Matthew D. Metzger    belvederelegalecf@gmail.com |
| 16 | - Merle C. Meyers    mmeyers@mlg-pc.com |
|    | - Randy Michelson    randy.michelson@michelsonlawgroup.com |
| 17 | - Gerardo Mijares-Shafai    Gerardo.Mijares-Shafai@arnoldporter.com, kenneth.anderson@arnoldporter.com |
| 18 | - Joel S. Miliband    jmiliband@brownrudnick.com |
|    | - Joseph G. Minias    jminias@willkie.com |
| 19 | - M. David Minnick    dminnick@pillsburylaw.com, docket@pillsburylaw.com |
|    | - Benjamin Mintz    benjamin.mintz@arnoldporter.com, valerie.foley@arnoldporter.com |
| 20 | - Nancy Mitchell    nmitchell@omm.com |
| 21 | - Thomas C. Mitchell    tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com |
| 22 | - John A. Moe    john.moe@dentons.com, glenda.spratt@dentons.com |
|    | - Aaron J. Mohamed    ajm@brereton.law, aaronmohamedlaw@gmail.com |
| 23 | - Kevin Montee    kmontee@monteeassociates.com |
|    | - David W. Moon    lacalendar@stroock.com, mmagzamen@stroock.com |
| 24 | - Diane Marger Moore    dmargermoore@baumhedlundlaw.com |
| 25 | - Erika L. Morabito    emorabito@foley.com, hsiagiandraughn@foley.com |
|    | - Candace J. Morey    cjm@cpuc.ca.gov |
| 26 | - Courtney L. Morgan    morgan.courtney@pbgc.gov |
|    | - Kimberly S. Morris    kmorris@bakerlaw.com, hhammonturano@bakerlaw.com |
| 27 | - Rodney Allen Morris    Rodney.Morris2@usdoj.gov |
|    | - Joshua D. Morse    Joshua.Morse@dlapiper.com, joshua-morse-0092@ecf.pacerpro.com |
| 28 | - Andrew H. Morton    andrew.morton@stoel.com, lisa.petras@stoel.com |

- Thomas G. Mouzes    tmouzes@boutinjones.com, cdomingo@boutininc.com
- Peter S. Munoz    pmunoz@reedsmith.com, gsandoval@reedsmith.com
- Bennett J. Murphy    bmurphy@bennettmurphylaw.com
- Michael S. Myers    myersms@ballardspahr.com
- Alan I. Nahmias    anahmias@mbnlawyers.com, jdale@mbnlawyers.com
- David L. Neale    dln@lnbrb.com
- David L. Neale    dln@lnbyb.com
- David Neier    dneier@winston.com
- Brittany J. Nelson    bnelson@foley.com, hsiagiandraughn@foley.com
- Michael S. Neumeister    MNeumeister@gibsondunn.com
- Howard S. Nevins    hnevins@hsmlaw.com
- Melissa T. Ngo    ngo.melissa@pbgc.gov, efile@pbgc.gov
- Mario R. Nicholas    mario.nicholas@stoel.com, cherie.clark@stoel.com
- Sean Nolan    snolan@akingump.com, NYMCO@akingump.com
- Gregory C. Nuti    gnuti@nutihart.com, nwhite@nutihart.com
- Abigail O'Brient    aobrient@mintz.com, docketing@mintz.com
- Julie E. Oelsner    joelsner@weintraub.com, bjennings@weintraub.com
- Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov
- Matthew Jon Olson    matt@macfern.com, stell.laura@dorsey.com
- Scott Olson    solson@vedderprice.com, nortega@vedderprice.com
- Steven M. Olson    smo@smolsonlaw.com
- Aram Ordubegian    Ordubegian.Aram@ArentFox.com
- Gabriel Ozel    , gabeozel@gmail.com
- Margarita Padilla    Margarita.Padilla@doj.ca.gov
- Amy S. Park    amy.park@skadden.com, alissa.turnipseed@skadden.com
- Donna Taylor Parkinson    donna@parkinsonphinney.com
- Peter S. Partee    ppartee@huntonak.com, candonian@huntonak.com
- Paul J. Pascuzzi    ppascuzzi@ffwplaw.com, docket@ffwplaw.com
- Kenneth Pasquale    , mlaskowski@stroock.com
- Charles Scott Penner    penner@carneylaw.com, caragol@carneylaw.com
- Valerie Bantner Peo    vbantnerpeo@buchalter.com
- Yosef Peretz    , skim@peretzlaw.com
- Thomas R. Phinney    tom@parkinsonphinney.com
- R. Alexander Pilmer    alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
- M. Ryan Pinkston    rpinkston@seyfarth.com, jmcdermott@seyfarth.com
- Estela O. Pino    epino@epinolaw.com, rmahal@epinolaw.com
- Gregory Plaskett    GREGORY.PLASKETT@GMAIL.COM, HKHAPPYGRL1@GMAIL.COM
- Mark D. Plevin    mplevin@crowell.com
- Steven G. Polard    spolard@eisnerlaw.com
- Mark D. Poniatowski    ponlaw@ponlaw.com
- William L. Porter    bporter@porterlaw.com, Ooberg@porterlaw.com
- Christopher E. Prince    cprince@lesnickprince.com
- Douglas B. Provencher    dbp@provlaw.com
- Stacey C. Quan    squan@steyerlaw.com, pspencer@steyerlaw.com
- Amy C. Quartarolo    amy.quartarolo@lw.com
- Lary Alan Rappaport    lrappaport@proskauer.com, PHays@proskauer.com
- Justin E. Rawlins    justinrawlins@paulhastings.com

- Hugh M. Ray   hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com
- Paul F. Ready   smeyer@farmerandready.com
- Caroline A. Reckler   caroline.reckler@lw.com
- David M. Reeder   david@reederlaw.com, secretary@reederlaw.com
- Steven J. Reisman   sreisman@katten.com, nyc.bknotices@kattenlaw.com
- Jeffrey M. Reisner   jreisner@irell.com
- Jack A. Reitman   , srichmond@lgbfirm.com
- Emily P. Rich   erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- David J. Richardson   drichardson@bakerlaw.com, aagonzalez@bakerlaw.com
- Christopher O. Rivas   crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- David B. Rivkin   drivkin@bakerlaw.com, jmeeks@bakerlaw.com
- John R. Rizzardi   kcoselman@cairncross.com, tnguyen@cairncross.com
- Daniel Robertson   robertson.daniel@pbgc.gov, efile@pbgc.gov
- Lacey E. Rochester   lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com
- Michael Rogers   mrogers@lambertrogers.com, jan@lambertrogers.com
- Julie H. Rome-Banks   julie@bindermalter.com
- Jorian L. Rose   jrose@bakerlaw.com
- Paul M. Rosenblatt   prosenblatt@kilpatricktownsend.com, mwilliams@kilpatricktownsend.com
- David A. Rosenzweig   david.rosenzweig@nortonrosefulbright.com, thomas.burns@nortonrossefulbright.com
- Allan Robert Rosin   arrosin@alr-law.com
- Jay M. Ross   jross@hopkinscarley.com, eamaro@hopkinscarley.com
- Gregory A. Rougeau   grougeau@brlawsf.com
- Stacy H. Rubin   rubins@ballardspahr.com, BKTDocket_West@ballardspahr.com
- Jason C. Rubinstein   jrubinstein@fklaw.com, mclerk@fklaw.com
- Nathan Q. Rugg   nathan.rugg@bfkn.com, jean.montgomery@bfkn.com
- Thomas B. Rupp   trupp@kbkllp.com
- Eric E. Sagerman   esagerman@bakerlaw.com
- Robert Sahyan   rsahyan@sheppardmullin.com, JNakaso@sheppardmullin.com
- Jonathan C. Sanders   jsanders@stblaw.com
- Nanette D. Sanders   nanette@ringstadlaw.com, becky@ringstadlaw.com
- Natalie Kathleen Sanders   natalie.sanders@bakerbotts.com
- Lovee Sarenas   Lovee.sarenas@lewisbrisbois.com
- Sunny S. Sarkis   sunny.sarkis@stoel.com, dawn.forgeur@stoel.com
- Patricia Savage   psavesq@gmail.com, jodi.savage@gmail.com
- Sblend A. Sblendorio   sas@hogefenton.com
- Francis O. Scarpulla   fos@scarpullalaw.com, cpc@scarpullalaw.com
- Daren M Schlecter   daren@schlecterlaw.com, info@schlecterlaw.com
- Bradley R. Schneider   bradley.schneider@mto.com, jeffrey.wu@mto.com
- Harvey S. Schochet   Harveyschochet@dwt.com
- Nathan A. Schultz   nschultz@goodwinlaw.com, kjarashow@goodwinlaw.com
- Lisa Schweitzer   lschweitzer@cgsh.com
- Eric J. Seiler   eseiler@fklaw.com, mclerk@fklaw.com
- David B. Shemano   dshemano@pwkllp.com
- James A. Shepherd   jim@jsheplaw.com, shepIGN@gmail.com
- Leonard M. Shulman   lshulman@shbllp.com
- Andrew I. Silfen   andrew.silfen@arentfox.com

- Wayne A. Silver    w_silver@sbcglobal.net, ws@waynesilverlaw.com
- Craig S. Simon    csimon@bergerkahn.com, aketcher@bergerkahn.com
- Gerald Singleton    gerald@slffirm.com, BKECFCANB@SLFfirm.com
- Steven J. Skikos    sskikos@skikos.com, mmontoya@skikos.com
- Michael K. Slattery    mslattery@lkfirm.com, rramirez@lkfirm.com
- Dania Slim    dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com
- Jennifer N. Slocum    jennifer.slocum@stoel.com, docketclerk@stoel.com
- Aaron C. Smith    asmith@lockelord.com, autodocket@lockelord.com
- Alan D. Smith    adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com
- Jan D. Sokol    jdsokol@lawssl.com, dwright@lawssl.com
- Randye B. Soref    rsoref@polsinelli.com
- Joseph Sorkin    jsorkin@akingump.com, NYMCO@akingump.com
- Bennett L. Spiegel    blspiegel@jonesday.com
- Michael St. James    ecf@stjames-law.com
- Diane C. Stanfield    diane.stanfield@alston.com, nelly.villaneda@alston.com
- Howard J. Steinberg    steinbergh@gtlaw.com, pearsallt@gtlaw.com
- Harriet A. Steiner    harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com
- Lillian G. Stenfeldt    lillian.stenfeldt@rimonlaw.com, jon.arneson@sedgwicklaw.com
- Lillian G. Stenfeldt    lillian.stenfeldt@sdma.com, jon.arneson@sedgwicklaw.com
- Cheryl L. Stengel    clstengel@outlook.com, stengelcheryl40@gmail.com
- David M. Stern    dstern@ktbslaw.com
- Geoffrey S. Stewart    gstewart@jonesday.com, mmelvin@jonesday.com
- Alan J. Stone    AStone@milbank.com, DMcCracken@Milbank.com
- Jason D. Strabo    jstrabo@mwe.com, shill@mwe.com
- Michael H. Strub    mstrub@irell.com, mhstrub1@gmail.com
- Rebecca Suarez    rsuarez@crowell.com
- Brad T. Summers    summerst@lanepowell.com, docketing-pdx@lanepowell.com
- Kristine Theodesia Takvoryan    ktakvoryan@ckrlaw.com
- Derrick Talerico    dtalerico@ztlegal.com, sfritz@ztlegal.com
- Kesha Tanabe    kesha@tanabelaw.com
- Mary Ellmann Tang    mtang@frenchlyontang.com, nblackwell@frenchlyontang.com
- Elizabeth Lee Thompson    ethompson@stites.com, docketclerk@stites.com
- John C. Thornton    jct@andrewsthornton.com, aandrews@andrewsthornton.com
- Elisa Tolentino    cao.main@sanjoseca.gov
- Meagan S. Tom    Meagan.tom@lockelord.com, autodocket@lockelord.com
- Edward J. Tredinnick    etredinnick@greeneradovsky.com
- Matthew Jordan Troy    matthew.troy@usdoj.gov
- Michael Tye    Michael.Tye@usdoj.gov
- Andrew Van Ornum    avanornum@vlmglaw.com, hchea@vlmglaw.com
- Shmuel Vasser    shmuel.vasser@dechert.com, brett.stone@dechert.com
- Victor A. Vilaplana    vavilaplana@foley.com, rhurst@foley.com
- Marta Villacorta    marta.villacorta@usdoj.gov
- Carol C. Villegas    cvillegas@labaton.com, NDonlon@labaton.com
- John A. Vos    InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
- Bao M. Vu    bao.vu@stoel.com, sharon.witkin@stoel.com
- Nicholas Wagner    kschemen@wagnerjones.com, bwagner@wagnerjones.com
- Jonathan D. Waisnor    jwaisnor@willkie.com, mao@willkie.com
- Riley C. Walter    ecf@W2LG.com

- Phillip K. Wang     phillip.wang@rimonlaw.com
- Philip S. Warden     philip.warden@pillsburylaw.com, kathy.stout@pillsburylaw.com
- Mikal C. Watts     mcwatts@wattsguerra.com, cwilson@wattsguerra.com
- Lindsi M. Weber     lweber@polsinelli.com, yderac@polsinelli.com
- Joseph M. Welch     jwelch@buchalter.com, dcyrankowski@buchalter.com
- David Walter Wessel     DWessel@efronlawfirm.com, hporter@chdlawyers.com
- Joseph West     westjoseph@earthlink.net, josephw998@gmail.com
- Drew M. Widders     dwidders@wilcoxenlaw.com, nina@wilcoxenlaw.com
- Jason P. Williams     jwilliams@wplgattorneys.com, maryanne@wplgattorneys.com
- Eric R. Wilson     kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com
- Kimberly S. Winick     kwinick@clarktrev.com, knielsen@clarktrev.com
- Rebecca J. Winthrop     rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonrosefulbright.com
- David Wirt     david.wirt@hklaw.com, denise.harmon@hklaw.com
- Ryan A. Witthans     rwitthans@fhlawllp.com
- Risa Lynn Wolf-Smith     rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com
- Douglas Wolfe     dwolfe@asmcapital.com
- Andrea Wong     wong.andrea@pbgc.gov, efile@pbgc.gov
- Christopher Kwan Shek Wong     christopher.wong@arentfox.com
- David A. Wood     dwood@marshackhays.com, lbuchanan@marshackhays.com
- Kirsten A. Worley     kw@wlawcorp.com, admin@wlawcorp.com
- Kinga Wright     kinga.wright@lockelord.com, autodocket@lockelord.com
- Antonio Yanez     ayanez@willkie.com
- Cathy Yanni     cathy@cathyyanni.com, pstrunk@browngreer.com
- Andrew Yaphe     andrew.yaphe@davispolk.com, pge.dpw.routing@davispolk.com
- Tacie H. Yoon     tyoon@crowell.com
- Bennett G. Young     byoung@jmbm.com, jb8@jmbm.com
- Christopher L. Young     cyoung@cairncross.com, nspringstroh@cairncross.com
- Nicole M. Zeiss     nzeiss@labaton.com
- Paul H. Zumbro     mao@cravath.com
- Brittany Zummer     bzummer@theadlerfirm.com, nfournier@theadlerfirm.com
- Dario de Ghetaldi     deg@coreylaw.com, lf@coreylaw.com

**SERVED VIA U.S. MAIL:**

| | | |
|---|---|---|
| PG&E Corporation and Pacific Gas and Electric Company<br>Attn: Janet Loduca, Esq.<br>PO Box 770000<br>77 Beale Street<br>San Francisco, CA 94105 | Office of the United States Trustee for Region 17<br>Attn: James L. Snyder, Esq.<br>Timothy Laffredi, Esq.<br>450 Golden Gate Ave., 5th Fl.<br>Suite #05-0153<br>San Francisco, CA 94102 | Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>Attn: Alan W. Kornberg, Esq.<br>Brian S. Hermann, Esq.<br>Walter R. Rieman, Esq.<br>Sean A. Mitchell, Esq.<br>Neal P. Donnelly, Esq.<br>1285 Avenue of the Americas<br>New York, NY 10019-6064 |
| Weil, Gotshal & Manges LLP<br>Attn: Stephen Karotkin, Esq.<br>Jessica Liou, Esq.<br>Matthew Goren, Esq.<br>Tom Schinckel, Esq.<br>767 Fifth Avenue<br>New York, NY 10153 | Jones Day<br>Attn: Bruce S. Bennett, Esq.<br>Joshua M. Mester, Esq.<br>James O. Johnston, Esq.<br>555 South Flower St.,<br>Fiftieth Floor<br>Los Angeles, CA 90071-2300 | Stroock & Stroock & Lavan LLP<br>Attn: Kristopher M. Hansen, Esq.<br>Erez E. Gilad, Esq.<br>Matthew G. Garofalo, Esq.<br>180 Maiden Lane<br>New York, NY 10038-4982 |
| Stroock & Stroock & Lavan LLP<br>Attn: Frank A. Merola, Esq.<br>2029 Century Park East<br>Los Angeles, CA 90067-3086 | U.S. Department of Justice<br>Attn: Danielle A. Pham, Esq.<br>1100 L Street, NW<br>Room 7106<br>Washington DC 20005 | Keller Benvenutti Kim LLP<br>Attn: Tobias S. Keller<br>Jane Kim<br>650 California Street, Ste 1900<br>San Francisco, CA 94108 |
| U.S. Nuclear Regulatory Commission<br>Attn: General Counsel<br>Washington, DC 20555-0001 | Milbank LLP,<br>Attn: Dennis F. Dunne, Esq.<br>Sam A. Khalil, Esq.<br>55 Hudson Yards<br>New York, NY 10001-2163 | Milbank LLP<br>Attn: Paul S. Aronzon, Esq.<br>Gregory A. Bray, Esq.<br>Thomas R. Kreller, Esq.<br>2029 Century Park East, 33rd Floor<br>Los Angeles, CA 90067 |
| Davis Polk & Wardwell LLP<br>Eli J. Vonnegut, Esq.<br>David Schiff, Esq.<br>Timothy Graulich, Esq.<br>450 Lexington Avenue<br>New York, NY 10017 | Baker & Hostetler LLP<br>Attn: Eric Sagerman, Esq.<br>Cecily Dumas, Esq.<br>11601 Wilshire Blvd.<br>Suite 1400<br>Los Angeles, CA 90025-0509 | |

**SERVED VIA EMAIL:**

- stephen.karotkin@weil.com
- jessica.liou@weil.com
- matthew.goren@weil.com
- tom.schinckel@weil.com
- tkeller@kbkllp.com
- jkim@kbkllp.com
- bbennett@jonesday.com
- jmester@jonesday.com
- jjohnston@jonesday.com