MICHAEL B. LUBIC (SBN 122591)
MATTHEW G. BALL (SBN 208881)
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111-5994
Telephone: 415.882.8200
Facsimile: 415.882.8220
Email:     michael.lubic@klgates.com
           matthew.ball@klgates.com

*Attorneys for Cupertino Electric, Inc.*

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION and PACIFIC GAS AND ELECTRIC COMPANY,<br><br>　　　　　Debtors,<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>**CUPERTINO ELECTRIC, INC.'S LIMITED OBJECTION AND RESERVATION OF RIGHTS TO THE DEBTORS' PROPOSED ASSUMPTION OF EXECUTORY CONTRACTS PURSUANT TO CHAPTER 11 PLAN**<br><br>Date:　May 27, 2020<br>Time:　10:00 a.m. (PST)<br>Place:　Courtroom 17<br>　　　　450 Golden Gate Avenue, 16th Floor<br>　　　　San Francisco, CA 94102 |

### I.　　INTRODUCTION

Cupertino Electric, Inc. ("**CEI**") hereby files this Limited Objection and Reservation of Rights in response to the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization dated March 16, 2020* [Dkt. No. 6320] (the "**Plan**") and the *Schedule of Executory Contracts and Unexpired Leases to be Assumed Pursuant to the Plan and Proposed Cure Amounts* (the "**Schedule of Assumed Contracts**") provided in the *Notice of Filing of Plan Supplement in Connection with Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16,*

1

*2020* [Dkt. No. 7037]. CEI files this Limited Objection in order to address a number of concerns with respect to the Debtors' Schedule of Assumed Contracts.

CEI wishes to obtain clarification as to the contracts being assumed by the Debtors and to ensure that the Debtors cure all prepetition and postpetition defaults under such agreements in connection with such assumption. CEI believes that the Schedule of Assumed Contracts does not accurately identify the entire universe of agreements under which CEI is performing services for the Debtors. In addition, the Debtors' proposed Cure Amounts with respect to the CEI contracts is deficient. The Debtors must cure prepetition and postpetition defaults. CEI is willing to accommodate payment of postpetition amounts owing in the ordinary course under the terms of the applicable contracts.

Finally, it appears that the Schedule of Assumed Contracts and Plan terms may operate to impair the rights of CEI. The Debtors must assume their executory contracts with CEI without modification. All rights to (i) amounts owing for postpetition services provided and (ii) any other claims arising out of or related to the contracts, including claims related to the fires, must be preserved.

## II. BACKGROUND

CEI provides general utility and electrical contracting services to Pacific Gas and Electric Company. With limited exceptions, the Plan provides for the assumption of executory contracts not specifically designated by the Debtors, on the Debtors' Schedule of Rejected Contracts, as executory contracts or unexpired leases to be rejected. *See* Plan, § 8.1. On May 1, 2020, the Debtors filed their Schedule of Rejected Contracts. No agreements between CEI and the Debtors are described on the Schedule of Rejected Contracts. Accordingly, the Debtors are assuming all executory contracts with CEI. Separately, the Debtors filed their Schedule of Assumed Contracts, which includes a list of executory contracts the Debtors intend to assume in connection with the Plan, along with the Debtors' proposed Cure Amount (as that term is defined by the Plan) for each agreement. The Schedule of Assumed Contracts does not accurately identify the executory contracts to which CEI is a party, or the amounts owed by the Debtors thereunder.

2

503254670 v15

The Schedule of Assumed Contracts lists a total of five agreements between the Pacific Gas and Electric Company and CEI to be assumed under the terms of the Plan. They include purchase orders, change orders, and contract work authorizations that are part of one or more larger governing contracts entered into between CEI and Pacific Gas and Electric. The title of the documents referenced by the Debtors in the Schedule of Assumed Contracts are as follows: (i) "CONTRACT CHANGE ORDER NO 13 - T&D DAILY CREW RATES"; (ii) "CWA CEI C8672 SURGE ARRESTERS"; (iii) "PURCHASE ORDER #2700131941 DATED 07/05/2018"; (iv) "PURCHASE ORDER #2700196396 DATED 11/23/2018"; and (v) "STREET LIGHT REPLACEMENT CONTRACTOR SERVICES."

In the Schedule of Assumed Contracts, the Debtors have identified proposed Cure Amounts for two of the listed agreements between CEI and Pacific Gas and Electric Company. The Debtors list a proposed Cure Amount of $5,293,331.90 for "PURCHASE ORDER #2700131941 DATED 07/05/2018" and a proposed Cure Amount of $1,211,966.60 for "PURCHASE ORDER #2700196396 DATED 11/23/2018." The Debtors, in the Schedule of Assumed Contracts, have not listed proposed Cure Amounts for the remaining three agreements between CEI and the Debtor identified in the schedule.

The Schedule of Assumed Contracts does not accurately and precisely identify the universe of contracts entered into by CEI and the Debtor The Debtor did not discuss with CEI its methodology in preparing the five CEI Contract ID items in its Scheduled of Assumed Contracts. The list of contracts and proposed Cure Amounts, however, do not accurately and comprehensively state the Debtor's obligations to CEI.

CEI and the Debtor entered into three different MSAs (Master Service Agreements), which are currently in effect and pursuant to which CEI continues to perform services for the Debtor. The MSAs are as follows: (i) PG&E Contract C770 (formerly Contract No. 4400009610) dated March 15, 2015; (ii) PG&E Contract No. 440009622 dated June 3, 2015 - Mobile Home Park Upgrade Program MSA; and (iii) PG&E Contract No. C6140 dated March 19, 2018 - Electric Vehicle Charge Network Program. Each contract includes individual invoices, purchase orders, change orders, CWAs, and other

503254670 v15

Case: 19-30088    Doc# 7330    Filed: 05/15/20    Entered: 05/15/20 16:15:00    Page 3 of 21

agreements of the kind referenced by the Debtors in their Schedule of Assumed Contracts. In fact, **hundreds** of CWAs and Purchase orders have been issued under the MSAs. The Schedule of Assumed Contracts is inaccurate in that it lists only a handful of change orders, purchase orders, and CWAs, rather than the complete contracts between CEI and the Debtor.[1] The complete set of contracts between CEI and the Debtors shall hereafter be referred to in this Limited Objection as the "**Cupertino Assumed Contracts**."

The Schedule of Assumed Contracts does not accurately identify the prepetition amounts owed under each CEI contract. As of the date of this Limited Objection, CEI has calculated the prepetition amounts owed under Contract No. C770 as totaling $16,698,104.60. This includes amounts owed under the two Purchase Orders for which the Debtors have identified Cure Amounts in the Schedule of Assumed Contracts. CEI has calculated the prepetition amounts owed by the Debtor under PG&E Contract No. 440009622 as totaling $2,556,994.73. CEI has calculated the prepetition amounts owed under PG&E Contract No. C6140 as totaling $686,513.54. Except for the un-billed amounts, the Debtor has approved most of CEI's prepetition invoices and has uploaded the approved invoices in its accounts payable system.

CEI continues to perform services under the Cupertino Assumed Contracts and there are substantial amounts owed by the Debtors under such contracts for postpetition work performed by the Debtors.

### III.    LIMITED OBJECTION

The Schedule of Assumed Contracts does not list the entire universe of agreements between CEI and the Debtors. All terms, conditions, addenda and understandings that form each of the Cupertino Assumed Contracts must be assumed by the Debtors in their entirety. The Debtors cannot assume individual purchase orders, contract work authorizations, and change orders without assuming the *entire* applicable contract(s). Moreover, it appears that the Debtors are attempting to improperly impair the rights of CEI under the contracts being assumed.

---

[1] CEI believes that four of the documents identified by the Debtors in the Schedule of Assumed Contracts are part of Contract No. C770. CEI is unable to locate the "Street Light Replacement" contract listed in the Schedule of Assumed Contracts.

4

The Plan, in Section 8.1(c), provides that each executory contract assumed pursuant to the Plan "shall vest in, and be fully enforceable by, the applicable Reorganized Debtor in accordance with its terms, "except as modified by the provisions of this Plan . . . ." Separately, Section 8.2(e) of the Plan states that assumption "shall result in the full release and satisfaction of any Claims and Causes of Action against any Debtor or defaults by any Debtor arising under any assumed executory contract" prior to assumption. The Debtors could argue that, according to this language, contract counterparties' claims and defenses, including the defenses of setoff and recoupment, related to assumed contracts are released under the terms of the Plan. Separately, the Schedule of Assigned Contracts, in Paragraph 13, purports to strip the Debtors' contract counterparties of their indemnification rights under assumed executory contracts.

An executory contract must be assumed or rejected in its entirety. *In re MF Global Holdings Ltd.*, 466 B.R. 239, 241 (Bankr. S.D.N.Y. 2012) ("the trustee must either assume the entire contract, cum onere, or reject the entire contract, shedding obligations as well as benefits."). *See also In re Teligent, Inc.*, 268 B.R. 723, 728 (Bankr. S.D.N.Y. 2001) (stating that the rule with respect to whether separately executed agreements are in reality one also "applies to assumption and rejection issues under § 365"). CEI objects to the proposed assumption of any executory contracts to which they are a party to the extent that such assumption does not include the assumption of the *entire* contract, including all agreements, addenda, supplements, and amendments that compromise a single integrated contract. CEI further objects to the Debtors' attempt to carve out any indemnification obligations it may have under the Cupertino Assumed Contracts, or eliminate CEI's valid claims or defenses related to such contracts. Assumption of the Cupertino Assumed Contracts must be without modification to CEI's rights thereunder.

In addition, in connection with the Debtors' assumption of the Cupertino Assumed Contracts, the Debtors must cure the outstanding prepetition and postpetition defaults existing thereunder. Section 11 U.S.C. § 365(b)(1) provides that if there has been a default in an executory contract of the debtor, it cannot be assumed unless, at the time of assumption of such contract, the debtor cures or provides adequate assurance that it will promptly cure such default. The Debtors' obligation to cure

5

defaults includes the obligation to cure all postpetition amounts owing to CEI under the Cupertino Assumed Contracts in connection with such assumption. *See, e.g.*, *In re Culture Project*, 571 B.R. 555 (Bankr. S.D.N.Y. 2017); *In re Rachel Industries, Inc.*, 109 B.R. 797 (Bankr. W.D. Tenn. 1990) (stating that "the debtor, when attempting to assume under § 365, must cure both prepetition and postpetition defaults"). The Debtors' proposed Cure Amounts are not adequate because, in addition to not identifying all prepetition amounts owing to CEI, they fail to identify *any* postpetition amounts owing. While CEI assumes that the Debtors intend to pay for postpetition services in the ordinary course, the Debtors do not identify postpetition defaults and have not confirmed that they will cure those defaults as well. *See Schedule of Assumed Contracts*, ¶ 6.

The Debtors must compensate, or provide adequate assurance that they will promptly compensate, their contract counterparties of any actual pecuniary loss resulting to such party from the defaults. In addition, the Debtors must provide adequate assurance of future performance under such contracts, and adequate assurance that they will continue to honor all aspects of the Cupertino Assumed Contracts. CEI is willing to work with the Debtors in advance of the confirmation hearing to attempt to reach an agreement on the amount of the prepetition amounts owing under the Cupertino Assumed Contracts. CEI is also willing to work with the Debtors to obtain their confirmation that the postpetition amounts owing will be paid by the Debtors in the ordinary course under the terms of the Cupertino Assumed Contracts.

The name and contact information of the person authorized to resolve this Objection is set forth below:

Debra Olson, Chief Legal Officer & Corporate Secretary
Cupertino Electric Inc.
1132 N. 7th Street
San Jose, CA 95112
T: 408.808.8127
Email: Debra_Olson@CEI.com

### IV. CONCLUSION

For the foregoing reasons, CEI respectfully requests that the Court condition assumption of the Cupertino Assumed Contracts on the terms and conditions requested by CEI herein.

503254670 v15

MICHAEL B. LUBIC
MATTHEW G. BALL
K&L GATES LLP

Dated:  May 15, 2020

By: /s/   Michael B. Lubic
Michael B. Lubic

*Attorneys for Cupertino Electric, Inc.*

7

<u>**CERTIFICATE OF SERVICE**</u>

I am employed in the county of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is K&L GATES LLP, 10100 Santa Monica Boulevard, 8th Floor, Los Angeles, California 90067.

On May 15, 2020, I served the document described as:

**CUPERTINO ELECTRIC, INC.'S LIMITED OBJECTION AND RESERVATION OF RIGHTS TO THE DEBTORS' PROPOSED ASSUMPTION OF EXECUTORY CONTRACTS PURSUANT TO CHAPTER 11 PLAN**

☒ **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** The foregoing document will be served by the court via NEF and hyperlink to the document. On May 15, 2020, I checked the CM/ECF docket for this bankruptcy case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated on the next pages.

**See attached Electronic Mail Notice List**

☒ **BY EMAIL (COURTESY COPY):**  by transmitting a true copy of the foregoing document to the following e-mail addresses stated in <u>Exhibit A</u>:

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 15, 2020, at Los Angeles, California.

/s/ Jonathan Randolph
Jonathan Randolph

1
**CERTIFICATE OF SERVICE**

- Elliot Adler    eadler@theadlerfirm.com, bzummer@theadlerfirm.com
- Aaron L. Agenbroad    alagenbroad@jonesday.com, saltamirano@jonesday.com
- Pamela Allen    pallen@dir.ca.gov
- Annadel A. Almendras    annadel.almendras@doj.ca.gov
- Monique D. Almy    malmy@crowell.com
- Dana M. Andreoli    dandreoli@steyerlaw.com, mterry@steyerlaw.com
- Anne Andrews    aa@andrewsthornton.com, andrews@andrewsthornton.com
- Richard L. Antognini    rlalawyer@yahoo.com, hallonaegis@gmail.com
- Tyson Arbuthnot    tarbuthnot@rjo.com, jyeung@rjo.com
- Lauren T. Attard    lattard@bakerlaw.com, agrosso@bakerlaw.com
- Herb Baer    hbaer@primeclerk.com, ecf@primeclerk.com
- Kathryn E. Barrett    keb@svlg.com, amt@svlg.com
- Chris Bator    cbator@bakerlaw.com, jmcguigan@bakerlaw.com
- Ronald S. Beacher    rbeacher@pryorcashman.com
- Hagop T. Bedoyan    hbedoyan@kleinlaw.com, ecf@kleinlaw.com
- Andrew David Behlmann    abehlmann@lowenstein.com, elawler@lowenstein.com
- Tanya Behnam    tbehnam@polsinelli.com, tanyabehnam@gmail.com
- James C. Behrens    jbehrens@milbank.com, mkoch@milbank.com
- Jacob Taylor Beiswenger    jbeiswenger@omm.com, llattin@omm.com
- James T. Bentley    james.bentley@srz.com, Kelly.Knight@srz.com
- Peter J. Benvenutti    pbenvenutti@kbkllp.com
- Robert Berens    rberens@smtdlaw.com, sr@smtdlaw.com
- Ronald F. Berestka    rberestka@stonelawoffice.com, csepulveda@stonelawoffice.com
- Heinz Binder    heinz@bindermalter.com
- Neil Jon Bloomfield    njbloomfield@njblaw.com, gklump@njblaw.com
- Jason Blumberg    jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov
- Paige Boldt    pboldt@wattsguerra.com, cwilson@wattsguerra.com
- Ameneh Maria Bordi    ameneh.bordi@kirkland.com, leo.rosenberg@kirkland.com
- Jason Borg    jborg@jasonborglaw.com
- Mark Bostick    mbostick@wendel.com, bankruptcy@wendel.com
- James L. Bothwell    jbothwell@hugueninkahn.com, jguzman@hugueninkahn.com
- Peter R. Boutin    peter.boutin@kyl.com, lara.joel@kyl.com
- Erin N. Brady    enbrady@jonesday.com
- Gregory A. Bray    gbray@milbank.com
- Michael D. Breslauer    mbreslauer@ecf.courtdrive.com, wyones@swsslaw.com
- W. Steven Bryant    , molly.batiste-debose@lockelord.com
- Chane Buck    cbuck@jonesday.com
- Elizabeth J. Cabraser    ecabraser@lchb.com, awolf@lchb.com
- Anthony P. Cali    anthony.cali@stinson.com, lindsay.petrowski@stinson.com
- Peter C. Califano    pcalifano@cwclaw.com
- Steven M. Campora    scampora@dbbwc.com, nlechuga@dbbwc.com
- Leah E. Capritta    leah.capritta@hklaw.com, lori.labash@hklaw.com
- Nicholas A. Carlin    nac@phillaw.com, rac@phillaw.com
- Katherine Rose Catanese    kcatanese@foley.com
- Jennifer Machlin Cecil    JCecil@winston.com, ECF_SF@winston.com
- Karen J. Chedister    kchedister@h-jlaw.com
- Christina Lin Chen    christina.chen@morganlewis.com, christina.lin.chen@gmail.com

- Richard A. Chesley   richard.chesley@dlapiper.com, bill.countryman@dlapiper.com
- Kevin Chiu   kevin.chiu@bakerbotts.com, rory.fontenla@bakerbotts.com
- Jacquelyn H. Choi   jchoi@raineslaw.com, bclark@raineslaw.com
- Shawn M. Christianson   schristianson@buchalter.com
- Robert N.H. Christmas   rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- Jae Angela Chun   ajc@chun.law, teresa@tosdallaw.com
- Alicia Clough   aclough@loeb.com
- Tiffany Strelow Cobb   tscobb@vorys.com
- John B. Coffman   john@johncoffman.net
- Kevin G. Collins   kevin.collins@btlaw.com
- Brian S. Conlon   bsc@phillaw.com, rac@phillaw.com
- Charles Cording   ccording@willkie.com, mao@willkie.com
- Manuel Corrales   mannycorrales@yahoo.com, hcskanchy@hotmail.com
- Anne Costin   anne@costinlawfirm.com
- Donald H. Cram   dhc@severson.com
- Ashley Vinson Crawford   avcrawford@akingump.com, dkrasa-berstell@akingump.com
- J. Russell Cunningham   rcunningham@dnlc.net, emehr@dnlc.net
- Keith J. Cunningham   , rkelley@pierceatwood.com
- Keith J. Cunningham   kcunningham@pierceatwood.com, rkelley@pierceatwood.com
- James D. Curran   jcurran@wolkincurran.com, dstorms@wolkincurran.com
- Tambra Curtis   tambra.curtis@sonoma-county.org, Kristin.whalley@sonoma-county.org
- James M. Davis   jdavis@cglaw.com
- Nicolas De Lancie   ndelancie@jmbm.com
- Judith A. Descalso   , jad_9193@ecf.courtdrive.com
- Erin Elizabeth Dexter   edexter@milbank.com
- Shounak S. Dharap   ssd@arnslaw.com, mec@arnslaw.com
- Kathryn S. Diemer   kdiemer@diemerwei.com
- Kathryn S. Diemer   kdiemer@diemerwhitman.com
- John P. Dillman   houston_bankruptcy@publicans.com
- Jonathan R. Doolittle   jdoolittle@reedsmith.com
- Jennifer V. Doran   jdoran@hinckleyallen.com
- Dustin M. Dow   ddow@bakerlaw.com, jmcguigan@bakerlaw.com
- Jamie P. Dreher   jdreher@downeybrand.com
- Todd Dressel   tdressel@mcguirewoods.com, JTabisaura@mcguirewoods.com
- Geoffrey B. Dryvynsyde   gbd@cpuc.ca.gov, geoffrey.dryvynsyde@cpuc.ca.gov
- Cecily Ann Dumas   cdumas@bakerlaw.com, hhammonturano@bakerlaw.com
- Dennis F. Dunne   cprice@milbank.com, jbrewster@milbank.com
- Dennis F. Dunne   ddunne@milbank.com, jbrewster@milbank.com
- Huonganh Annie Duong   annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com
- Luke N. Eaton   eatonl@pepperlaw.com, monugiac@pepperlaw.com
- Kevin M. Eckhardt   keckhardt@hunton.com, candonian@huntonak.com
- Joseph A. Eisenberg   JAE1900@yahoo.com
- Michele Ellison   mellison@gibbsgiden.com, lrochelle@gibbsgiden.com
- David Emerzian   , Melany.Hertel@mccormickbarstow.com
- G. Larry Engel   larry@engeladvice.com
- Krista M. Enns   kenns@beneschlaw.com
- Scott Esbin   sesbin@esbinalter.com

3

Case: 19-30088   Doc# 7330   Filed: 05/15/20   Entered: 05/15/20 16:15:00   Page 10 of 21

- Joseph M. Esmont    jesmont@bakerlaw.com
- Michael P. Esser    michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com
- Richard W. Esterkin    richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com
- Michael S. Etkin    metkin@lowenstein.com
- Jacob M. Faircloth    jacob.faircloth@smolsonlaw.com
- Brett D. Fallon    bfallon@morrisjames.com, wweller@morrisjames.com
- Michael C. Fallon    , manders@fallonlaw.net
- Joana Fang    jf@kbklawyers.com, icd@kbklawyers.com
- Joseph Kyle Feist    jfeistesq@gmail.com, info@norcallawgroup.net
- David M. Feldman    DFeldman@gibsondunn.com
- Matthew A. Feldman    mfeldman@willkie.com
- Mark E. Felger    mfelger@cozen.com
- James J. Ficenec    James.Ficenec@ndlf.com, caroline.pfahl@ndlf.com
- John D. Fiero    jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- Kimberly S. Fineman    kfineman@nutihart.com, nwhite@nutihart.com
- Stephen D. Finestone    sfinestone@fhlawllp.com
- Timothy M. Flaherty    tflaherty@mpplaw.com
- Daniel I. Forman    dforman@willkie.com
- Jonathan Forstot    jonathan.forstot@troutman.com, john.murphy@troutman.com
- Jonathan Forstot    , john.murphy@troutman.com
- Matthew Hampton Foushee    hampton.foushee@hoganlovells.com, hfoushee@gmail.com
- Carolyn Frederick    cfrederick@prklaw.com
- Peter Friedman    pfriedman@omm.com
- Roger F. Friedman    rfriedman@rutan.com, csolorzano@rutan.com
- Xiyi Fu    jackie.fu@lockelord.com, taylor.warren@lockelord.com
- Lars H. Fuller    lfuller@bakerlaw.com
- Larry W. Gabriel    lgabriel@bg.law, nfields@bg.law
- Gregg M. Galardi    gregg.galardi@ropesgray.com
- Richard L. Gallagher    richard.gallagher@ropesgray.com
- Craig Solomon Ganz    ganzc@ballardspahr.com, hartt@ballardspahr.com
- Jeffrey K. Garfinkle    jgarfinkle@buchalter.com
- Oscar Garza    ogarza@gibsondunn.com
- Lisa S. Gast    lsg@dwgp.com, lmk@dwgp.com
- Paul R. Gaus    paul.gaus@mccormickbarstow.com
- Duane M. Geck    dmg@severson.com
- Evelina Gentry    evelina.gentry@akerman.com, rob.diwa@akerman.com
- Janet D. Gertz    jgertz@btlaw.com, amattingly@btlaw.com
- Christopher Gessner    cgessner@akingump.com, NYMCO@akingump.com
- Barry S. Glaser    bglaser@lkfirm.com
- Paul R. Glassman    pglassman@sycr.com
- Gabriel I. Glazer    gglazer@pszjlaw.com
- Gabrielle Glemann    gabrielle.glemann@stoel.com, rene.alvin@stoel.com
- Jaime Godin    Jtouchstone@fddcm.com
- Matthew A. Gold    courts@argopartners.net
- Eric D. Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- Craig Goldblatt    Craig.Goldblatt@wilmerhale.com, whdocketing@wilmerhale.com
- Amy L. Goldman    goldman@lbbslaw.com
- Eric S. Goldstein    egoldstein@goodwin.com
- Rhonda Stewart Goldstein    Rhonda.Goldstein@ucop.edu, Lissa.Ly@ucop.edu

**CERTIFICATE OF SERVICE**

- Richard H. Golubow    rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com
- Michael J. Gomez    mgomez@frandzel.com, dmoore@frandzel.com
- Michael W. Goodin    mgoodin@clausen.com, mgenova@clausen.com
- Eric R. Goodman    egoodman@bakerlaw.com
- Mark A. Gorton    mgorton@boutinjones.com, cdomingo@boutininc.com
- Mark A. Gorton    mgorton@boutininc.com, cdomingo@boutininc.com
- Michael I. Gottfried    MGottfried@elkinskalt.com, AAburto@elkinskalt.com
- Louis Gottlieb    Lgottlieb@labaton.com, mpenrhyn@labaton.com
- Eric A. Grasberger    eric.grasberger@stoel.com, docketclerk@stoel.com
- Debra I. Grassgreen    dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- Eric A. Gravink    eric@rhrc.net
- Elizabeth A. Green    egreen@bakerlaw.com, orlbankruptcy@bakerlaw.com
- Mitchell B. Greenberg    mgreenberg@abbeylaw.com, mmeroney@abbeylaw.com
- Matthew W. Grimshaw    matt@grimshawlawgroup.com, ecfmarshackhays@gmail.com
- Stuart G. Gross    sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com
- Carl L. Grumer    cgrumer@manatt.com, mchung@manatt.com
- Elizabeth M. Guffy    eguffy@lockelord.com, autodocket@lockelord.com
- Cameron Gulden    cameron.m.gulden@usdoj.gov
- Mirco J. Haag    mhaag@buchalter.com, dcyrankowski@buchalter.com
- Laurie Hager    lhager@sussmanshank.com
- J. Noah Hagey    hagey@braunhagey.com, tong@braunhagey.com
- Oren Buchanan Haker    oren.haker@stoel.com, rene.alvin@stoel.com
- Kristopher M. Hansen    dmohamed@stroock.com, mmagzamen@stroock.com
- Adam C. Harris    adam.harris@srz.com, james.bentley@srz.com
- Robert G. Harris    rob@bindermalter.com
- Christopher H. Hart    chart@nutihart.com, nwhite@nutihart.com
- Bryan L. Hawkins    bryan.hawkins@stoel.com, Sharon.witkin@stoel.com
- Jan M Hayden    jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com
- Jennifer C. Hayes    jhayes@fhlawllp.com
- Alaina R. Heine    alaina.heine@dechert.com, brett.stone@dechert.com
- Cristina A. Henriquez    chenriquez@mayerbrown.com
- Stephen E. Hessler, P.C.    , jozette.chong@kirkland.com
- Matthew Heyn    matthew.heyn@doj.ca.gov
- Sean T. Higgins    aandrews@andrewsthornton.com, shiggins@andrewsthornton.com
- Morgan R. Hirst    mhirst@jonesday.com, mmelvin@jonesday.com
- Michael R. Hogue    hoguem@gtlaw.com, navarrom@gtlaw.com
- David Holtzman    david.holtzman@hklaw.com
- Alexandra S. Horwitz    allie.horwitz@dinsmore.com
- Marsha Houston    mhouston@reedsmith.com, hvalencia@reedsmith.com
- Shane Huang    shane.huang@usdoj.gov
- Brian D. Huben    hubenb@ballardspahr.com
- Jonathan Hughes    , jane.rustice@aporter.com
- Edward R. Huguenin    ehuguenin@hugueninkahn.com, jguzman@hugueninkahn.com
- Michael A. Isaacs    Michael.Isaacs@dentons.com, Alissa.Worthing@dentons.com
- Mark V. Isola    mvi@sbj-law.com
- J. Eric Ivester    Eric.Ivester@skadden.com, Andrea.Bates@skadden.com
- J. Eric Ivester    , Andrea.Bates@skadden.com
- Kizzy L. Jarashow    KJarashow@goodwinlaw.com, AFraticelliLouallen@goodwinlaw.com
- Ivan C. Jen    ivan@icjenlaw.com

5

- Monique Jewett-Brewster    mjb@hopkinscarley.com, eamaro@hopkinscarley.com
- James O. Johnston    jjohnston@jonesday.com
- Chris Johnstone    chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com
- Andrew Jones    andrew@ajoneslaw.com
- Gregory K. Jones    GJones@dykema.com, cacossano@dykema.com
- Robert A. Julian    rjulian@bakerlaw.com, hhammonturano@bakerlaw.com
- George H. Kalikman    gkalikman@schnader.com, sdavenport@schnader.com
- Roberto J. Kampfner    rkampfner@whitecase.com, mco@whitecase.com
- Bonnie E. Kane    bonnie@thekanelawfirm.com, skane@thekanelawfirm.com
- Gary M. Kaplan    gkaplan@fbm.com, calendar@fbm.com
- Robert B. Kaplan    rbk@jmbm.com
- Eve H. Karasik    ehk@lnbyb.com
- Michael G. Kasolas    trustee@kasolas.net, CA30@ecfcbis.com,ecf.alert+Kasolas@titlexi.com
- Elyssa S. Kates    ekates@bakerlaw.com
- Ori Katz    okatz@sheppardmullin.com, LSegura@sheppardmullin.com
- William M. Kaufman    wkaufman@smwb.com
- Jane G. Kearl    jkearl@watttieder.com, jbenton@watttieder.com
- Tobias S. Keller    tkeller@kbkllp.com
- Lynette C. Kelly    ustpregion17.oa.ecf@usdoj.gov
- Matthew K. Kelsey    mkelsey@gibsondunn.com
- Gerald P. Kennedy    gerald.kennedy@procopio.com, kristina.terlaga@procopio.com
- Erica L. Kerman    ekerman@willkie.com
- Samuel A. Khalil    skhalil@milbank.com, jbrewster@milbank.com
- Samuel M. Kidder    skidder@ktbslaw.com
- Marc Kieselstein    , carrie.oppenheim@kirkland.com
- Jane Kim    jkim@kbkllp.com
- Mary H. Kim    Mary.Kim@dechert.com, brett.stone@dechert.com
- Kody D. L. Kleber    kkleber@bakerlaw.com, dmartinez@bakerlaw.com
- Matthew Ryan Klinger    mklinger@sheppardmullin.com, DGatmen@sheppardmullin.com
- Bradley C. Knapp    bknapp@lockelord.com, Yamille.Harrison@lockelord.com
- Kelly V. Knight    kelly.knight@srz.com
- Lydia Vanessa Ko    Lvko@stonelawoffice.com
- Thomas F. Koegel    tkoegel@crowell.com
- Katherine Kohn    kkohn@groom.com, ashahinllari@groom.com
- Andy S. Kong    kong.andy@arentfox.com, Yvonne.Li@arentfox.com
- Anna Kordas    akordas@jonesday.com, mmelvin@jonesday.com
- Alan W. Kornberg    , akornberg@paulweiss.com
- Bernard Kornberg    bjk@severson.com
- David I. Kornbluh    dik@millermorton.com, mhr@millermorton.com
- Lauren Kramer    lkramer@rjo.com
- Jeffrey C. Krause    jkrause@gibsondunn.com
- Thomas R. Kreller    tkreller@milbank.com
- Lindsey E. Kress    lkress@lockelord.com, autodocket@lockelord.com
- Hannah C. Kreuser    hkreuser@porterlaw.com, ooberg@porterlaw.com
- Michael Thomas Krueger    michael.krueger@ndlf.com, Havilyn.lee@ndlf.com
- Robert T. Kugler    robert.kugler@stinson.com
- Boris Kukso    boris.kukso@usdoj.gov, western.taxcivil@usdoj.gov
- Brendan M. Kunkle    bkunkle@abbeylaw.com, lmeyer@abbeylaw.com

6

Case: 19-30088    Doc# 7330    Filed: 05/15/20    Entered: 05/15/20 16:15:00    Page 13 of 21

- Alisa C. Lacey    alisa.lacey@stinson.com, karen.graves@stinson.com
- Timothy S. Laffredi    timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov
- Timothy S. Laffredi    timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov
- Richard A. Lapping    rich@trodellalapping.com
- Omeed Latifi    olatifi@theadlerfirm.com, kdeubler@theadlerfirm.com
- John E. Lattin    jlattin@ostergar.com, cslovenec@ostergar.com
- Michael Lauter    mlauter@sheppardmullin.com
- Kenneth T. Law    klaw@bbslaw.com
- Francis J. Lawall    lawallf@pepperlaw.com, henrys@pepperlaw.com
- Andrew Michael Leblanc    ALeblanc@milbank.com
- Erica Lee    Erica.Lee@doj.ca.gov
- Scott Lee    scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com
- Paul J. Leeds    leedsp@higgslaw.com
- Edward J. Leen    eleen@mkbllp.com
- Lisa Lenherr    llenherr@wendel.com, bankruptcy@wendel.com
- Matthew A. Lesnick    matt@lesnickprince.com, jmack@lesnickprince.com
- Bryn G. Letsch    bletsch@braytonlaw.com
- David B. Levant    david.levant@stoel.com, rene.alvin@stoel.com
- Andrew H. Levin    alevin@wcghlaw.com
- David Levine    dnl@groom.com
- Marc A. Levinson    Malevinson@orrick.com, casestream@ecf.courtdrive.com
- Dara Levinson Silveira    dsilveira@kbkllp.com
- Alexander James Demitro Lewicki    kdiemer@diemerwei.com
- Alexander James Demitro Lewicki    alewicki@diemerwei.com
- William Thomas Lewis    wtl@roblewlaw.com, kimwrenn@msn.com
- William S. Lisa    , jcaruso@nixonpeabody.com
- William S. Lisa    wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com
- Jonathan A. Loeb    jon.loeb@bingham.com
- Michael B. Lubic    michael.lubic@klgates.com
- John William Lucas    jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Joseph R. Lucia    PersonalInjuryGroup@RLSlawyers.com
- Jane Luciano    jane-luciano@comcast.net
- Kerri Lyman    klyman@irell.com
- Carissa A. Lynch    Carissa.Lynch@ftb.ca.gov, Martha.Gehrig@ftb.ca.gov
- John H. MacConaghy    macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com
- Iain A. Macdonald    iain@macfern.com, ecf@macfern.com
- Tracy L. Mainguy    tmainguy@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- Samuel R. Maizel    samuel.maizel@dentons.com, alicia.aguilar@dentons.com
- Adam Malatesta    adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com
- Katharine Malone    malonek@gtlaw.com
- Liam K. Malone    malone@oles.com, shahin@oles.com
- Michael W. Malter    michael@bindermalter.com
- Craig Margulies    cmargulies@margulies-law.com, lsalazar@margulies-law.com
- Geoffrey E. Marr    gemarr59@hotmail.com
- Richard A. Marshack    rmarshack@marshackhays.com, rmarshack@ecf.courtdrive.com
- Catherine Martin    cmartin@simon.com, rtucker@simon.com;bankruptcy@simon.com
- Laila Masud    lmasud@marshackhays.com, lmasud@ecf.courtdrive.com

7

Case: 19-30088   Doc# 7330   Filed: 05/15/20   Entered: 05/15/20 16:15:00   Page 14 of 21

1
- David P. Matthews   jrhoades@thematthewslawfirm.com,
2
  aharrison@thematthewslawfirm.com
3
- Patrick C. Maxcy   patrick.maxcy@snrdenton.com
- Benjamin P. McCallen   bmccallen@willkie.com
4
- Thomas E. McCurnin   tmccurnin@bkolaw.com, kescano@bkolaw.com
- Hugh M. McDonald   hugh.mcdonald@troutman.com, john.murphy@troutman.com
- Hugh M. McDonald   , john.murphy@troutman.com
5
- C. Luckey McDowell   Luckey.McDowell@Shearman.com
6
- Matthew D. McGill   MMcGill@gibsondunn.com
- Scott H. McNutt   SMcNutt@ml-sf.com, csnell@ml-sf.com
7
- Thomas Melone   Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com
- Peter Meringolo   peter@pmrklaw.com
8
- Frank A. Merola   lacalendar@stroock.com, mmagzamen@stroock.com
- Jennifer L. Mersing   jennifer.mersing@stoel.com, lisa.petras@stoel.com
9
- Joshua M. Mester   jmester@jonesday.com
10
- Matthew D. Metzger   belvederelegalecf@gmail.com
- Merle C. Meyers   mmeyers@mlg-pc.com
11
- Randy Michelson   randy.michelson@michelsonlawgroup.com
- Gerardo Mijares-Shafai   Gerardo.Mijares-Shafai@arnoldporter.com,
12
  kenneth.anderson@arnoldporter.com
13
- Joel S. Miliband   jmiliband@brownrudnick.com
- Joseph G. Minias   jminias@willkie.com
14
- M. David Minnick   dminnick@pillsburylaw.com, docket@pillsburylaw.com
- Benjamin Mintz   benjamin.mintz@arnoldporter.com, valerie.foley@arnoldporter.com
15
- Nancy Mitchell   nmitchell@omm.com
16
- Thomas C. Mitchell   tcmitchell@orrick.com,
  Dcmanagingattorneysoffice@ecf.courtdrive.com
17
- John A. Moe   john.moe@dentons.com, glenda.spratt@dentons.com
- Aaron J. Mohamed   ajm@brereton.law, aaronmohamedlaw@gmail.com
18
- Kevin Montee   kmontee@monteeassociates.com
- David W. Moon   lacalendar@stroock.com, mmagzamen@stroock.com
19
- Diane Marger Moore   dmargermoore@baumhedlundlaw.com
20
- Erika L. Morabito   emorabito@foley.com, hsiagiandraughn@foley.com
- Candace J. Morey   cjm@cpuc.ca.gov
21
- Courtney L. Morgan   morgan.courtney@pbgc.gov
- Kimberly S. Morris   kmorris@bakerlaw.com, hhammonturano@bakerlaw.com
22
- Rodney Allen Morris   Rodney.Morris2@usdoj.gov
- Joshua D. Morse   Joshua.Morse@dlapiper.com, joshua-morse-0092@ecf.pacerpro.com
23
- Andrew H. Morton   andrew.morton@stoel.com, lisa.petras@stoel.com
- Thomas G. Mouzes   tmouzes@boutinjones.com, cdomingo@boutininc.com
24
- Peter S. Munoz   pmunoz@reedsmith.com, gsandoval@reedsmith.com
25
- Bennett J. Murphy   bmurphy@bennettmurphylaw.com
- Michael S. Myers   myersms@ballardspahr.com
26
- Alan I. Nahmias   anahmias@mbnlawyers.com, jdale@mbnlawyers.com
- David L. Neale   dln@lnbrb.com
27
- David L. Neale   dln@lnbyb.com
- David Neier   dneier@winston.com
28
- Brittany J. Nelson   bnelson@foley.com, hsiagiandraughn@foley.com
- Michael S. Neumeister   MNeumeister@gibsondunn.com

8
**CERTIFICATE OF SERVICE**

- Howard S. Nevins  hnevins@hsmlaw.com
- Melissa T. Ngo  ngo.melissa@pbgc.gov, efile@pbgc.gov
- Mario R. Nicholas  mario.nicholas@stoel.com, cherie.clark@stoel.com
- Sean Nolan  snolan@akingump.com, NYMCO@akingump.com
- Gregory C. Nuti  gnuti@nutihart.com, nwhite@nutihart.com
- Abigail O'Brient  aobrient@mintz.com, docketing@mintz.com
- Julie E. Oelsner  joelsner@weintraub.com, bjennings@weintraub.com
- Office of the U.S. Trustee / SF  USTPRegion17.SF.ECF@usdoj.gov
- Matthew Jon Olson  matt@macfern.com, stell.laura@dorsey.com
- Scott Olson  solson@vedderprice.com, nortega@vedderprice.com
- Steven M. Olson  smo@smolsonlaw.com
- Aram Ordubegian  Ordubegian.Aram@ArentFox.com
- Gabriel Ozel  , gabeozel@gmail.com
- Margarita Padilla  Margarita.Padilla@doj.ca.gov
- Amy S. Park  amy.park@skadden.com, alissa.turnipseed@skadden.com
- Donna Taylor Parkinson  donna@parkinsonphinney.com
- Peter S. Partee  ppartee@huntonak.com, candonian@huntonak.com
- Paul J. Pascuzzi  ppascuzzi@ffwplaw.com, docket@ffwplaw.com
- Kenneth Pasquale  , mlaskowski@stroock.com
- Charles Scott Penner  penner@carneylaw.com, caragol@carneylaw.com
- Valerie Bantner Peo  vbantnerpeo@buchalter.com
- Yosef Peretz  , skim@peretzlaw.com
- Thomas R. Phinney  tom@parkinsonphinney.com
- R. Alexander Pilmer  alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
- M. Ryan Pinkston  rpinkston@seyfarth.com, jmcdermott@seyfarth.com
- Estela O. Pino  epino@epinolaw.com, rmahal@epinolaw.com
- Gregory Plaskett  GREGORY.PLASKETT@GMAIL.COM, HKHAPPYGRL1@GMAIL.COM
- Mark D. Plevin  mplevin@crowell.com
- Steven G. Polard  spolard@eisnerlaw.com
- Mark D. Poniatowski  ponlaw@ponlaw.com
- William L. Porter  bporter@porterlaw.com, Ooberg@porterlaw.com
- Christopher E. Prince  cprince@lesnickprince.com
- Douglas B. Provencher  dbp@provlaw.com
- Stacey C. Quan  squan@steyerlaw.com, pspencer@steyerlaw.com
- Amy C. Quartarolo  amy.quartarolo@lw.com
- Lary Alan Rappaport  lrappaport@proskauer.com, PHays@proskauer.com
- Justin E. Rawlins  justinrawlins@paulhastings.com
- Hugh M. Ray  hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com
- Paul F. Ready  smeyer@farmerandready.com
- Caroline A. Reckler  caroline.reckler@lw.com
- David M. Reeder  david@reederlaw.com, secretary@reederlaw.com
- Steven J. Reisman  sreisman@katten.com, nyc.bknotices@kattenlaw.com
- Jeffrey M. Reisner  jreisner@irell.com
- Jack A. Reitman  , srichmond@lgbfirm.com
- Emily P. Rich  erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- David J. Richardson  drichardson@bakerlaw.com, aagonzalez@bakerlaw.com
- Christopher O. Rivas  crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- David B. Rivkin  drivkin@bakerlaw.com, jmeeks@bakerlaw.com

9

- John R. Rizzardi    kcoselman@cairncross.com, tnguyen@cairncross.com
- Daniel Robertson    robertson.daniel@pbgc.gov, efile@pbgc.gov
- Lacey E. Rochester    lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com
- Michael Rogers    mrogers@lambertrogers.com, jan@lambertrogers.com
- Julie H. Rome-Banks    julie@bindermalter.com
- Jorian L. Rose    jrose@bakerlaw.com
- Paul M. Rosenblatt    prosenblatt@kilpatricktownsend.com, mwilliams@kilpatricktownsend.com
- David A. Rosenzweig    david.rosenzweig@nortonrosefulbright.com, thomas.burns@nortonrossefulbright.com
- Allan Robert Rosin    arrosin@alr-law.com
- Jay M. Ross    jross@hopkinscarley.com, eamaro@hopkinscarley.com
- Gregory A. Rougeau    grougeau@brlawsf.com
- Stacy H. Rubin    rubins@ballardspahr.com, BKTDocket_West@ballardspahr.com
- Jason C. Rubinstein    jrubinstein@fklaw.com, mclerk@fklaw.com
- Nathan Q. Rugg    nathan.rugg@bfkn.com, jean.montgomery@bfkn.com
- Thomas B. Rupp    trupp@kbkllp.com
- Eric E. Sagerman    esagerman@bakerlaw.com
- Robert Sahyan    rsahyan@sheppardmullin.com, JNakaso@sheppardmullin.com
- Jonathan C. Sanders    jsanders@stblaw.com
- Nanette D. Sanders    nanette@ringstadlaw.com, becky@ringstadlaw.com
- Natalie Kathleen Sanders    natalie.sanders@bakerbotts.com
- Lovee Sarenas    Lovee.sarenas@lewisbrisbois.com
- Sunny S. Sarkis    sunny.sarkis@stoel.com, dawn.forgeur@stoel.com
- Patricia Savage    psavesq@gmail.com, jodi.savage@gmail.com
- Sblend A. Sblendorio    sas@hogefenton.com
- Francis O. Scarpulla    fos@scarpullalaw.com, cpc@scarpullalaw.com
- Daren M Schlecter    daren@schlecterlaw.com, info@schlecterlaw.com
- Bradley R. Schneider    bradley.schneider@mto.com, jeffrey.wu@mto.com
- Harvey S. Schochet    Harveyschochet@dwt.com
- Nathan A. Schultz    nschultz@goodwinlaw.com, kjarashow@goodwinlaw.com
- Lisa Schweitzer    lschweitzer@cgsh.com
- Eric J. Seiler    eseiler@fklaw.com, mclerk@fklaw.com
- David B. Shemano    dshemano@pwkllp.com
- James A. Shepherd    jim@jsheplaw.com, shepIGN@gmail.com
- Leonard M. Shulman    lshulman@shbllp.com
- Andrew I. Silfen    andrew.silfen@arentfox.com
- Wayne A. Silver    w_silver@sbcglobal.net, ws@waynesilverlaw.com
- Craig S. Simon    csimon@bergerkahn.com, aketcher@bergerkahn.com
- Gerald Singleton    gerald@slffirm.com, BKECFCANB@SLFfirm.com
- Steven J. Skikos    sskikos@skikos.com, mmontoya@skikos.com
- Michael K. Slattery    mslattery@lkfirm.com, rramirez@lkfirm.com
- Dania Slim    dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com
- Jennifer N. Slocum    jennifer.slocum@stoel.com, docketclerk@stoel.com
- Aaron C. Smith    asmith@lockelord.com, autodocket@lockelord.com
- Alan D. Smith    adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com
- Jan D. Sokol    jdsokol@lawssl.com, dwright@lawssl.com
- Randye B. Soref    rsoref@polsinelli.com
- Joseph Sorkin    jsorkin@akingump.com, NYMCO@akingump.com

10

Case: 19-30088    Doc# 7330    Filed: 05/15/20    Entered: 05/15/20 16:15:00    Page 17 of 21

- Bennett L. Spiegel    blspiegel@jonesday.com
- Michael St. James    ecf@stjames-law.com
- Diane C. Stanfield    diane.stanfield@alston.com, nelly.villaneda@alston.com
- Howard J. Steinberg    steinbergh@gtlaw.com, pearsallt@gtlaw.com
- Harriet A. Steiner    harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com
- Lillian G. Stenfeldt    lillian.stenfeldt@rimonlaw.com, jon.arneson@sedgwicklaw.com
- Lillian G. Stenfeldt    lillian.stenfeldt@sdma.com, jon.arneson@sedgwicklaw.com
- Cheryl L. Stengel    clstengel@outlook.com, stengelcheryl40@gmail.com
- David M. Stern    dstern@ktbslaw.com
- Geoffrey S. Stewart    gstewart@jonesday.com, mmelvin@jonesday.com
- Alan J. Stone    AStone@milbank.com, DMcCracken@Milbank.com
- Jason D. Strabo    jstrabo@mwe.com, shill@mwe.com
- Michael H. Strub    mstrub@irell.com, mhstrub1@gmail.com
- Rebecca Suarez    rsuarez@crowell.com
- Brad T. Summers    summerst@lanepowell.com, docketing-pdx@lanepowell.com
- Kristine Theodesia Takvoryan    ktakvoryan@ckrlaw.com
- Derrick Talerico    dtalerico@ztlegal.com, sfritz@ztlegal.com
- Kesha Tanabe    kesha@tanabelaw.com
- Mary Ellmann Tang    mtang@frenchlyontang.com, nblackwell@frenchlyontang.com
- Elizabeth Lee Thompson    ethompson@stites.com, docketclerk@stites.com
- John C. Thornton    jct@andrewsthornton.com, aandrews@andrewsthornton.com
- Elisa Tolentino    cao.main@sanjoseca.gov
- Meagan S. Tom    Meagan.tom@lockelord.com, autodocket@lockelord.com
- Edward J. Tredinnick    etredinnick@greeneradovsky.com
- Matthew Jordan Troy    matthew.troy@usdoj.gov
- Michael Tye    Michael.Tye@usdoj.gov
- Andrew Van Ornum    avanornum@vlmglaw.com, hchea@vlmglaw.com
- Shmuel Vasser    shmuel.vasser@dechert.com, brett.stone@dechert.com
- Victor A. Vilaplana    vavilaplana@foley.com, rhurst@foley.com
- Marta Villacorta    marta.villacorta@usdoj.gov
- Carol C. Villegas    cvillegas@labaton.com, NDonlon@labaton.com
- John A. Vos    InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
- Bao M. Vu    bao.vu@stoel.com, sharon.witkin@stoel.com
- Nicholas Wagner    kschemen@wagnerjones.com, bwagner@wagnerjones.com
- Jonathan D. Waisnor    jwaisnor@willkie.com, mao@willkie.com
- Riley C. Walter    ecf@W2LG.com
- Phillip K. Wang    phillip.wang@rimonlaw.com
- Philip S. Warden    philip.warden@pillsburylaw.com, kathy.stout@pillsburylaw.com
- Mikal C. Watts    mcwatts@wattsguerra.com, cwilson@wattsguerra.com
- Lindsi M. Weber    lweber@polsinelli.com, yderac@polsinelli.com
- Joseph M. Welch    jwelch@buchalter.com, dcyrankowski@buchalter.com
- David Walter Wessel    DWessel@efronlawfirm.com, hporter@chdlawyers.com
- Joseph West    westjoseph@earthlink.net, josephw998@gmail.com
- Drew M. Widders    dwidders@wilcoxenlaw.com, nina@wilcoxenlaw.com
- Jason P. Williams    jwilliams@wplgattorneys.com, maryanne@wplgattorneys.com
- Eric R. Wilson    kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com
- Kimberly S. Winick    kwinick@clarktrev.com, knielsen@clarktrev.com
- Rebecca J. Winthrop    rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonrosefulbright.com

CERTIFICATE OF SERVICE

1

- David Wirt    david.wirt@hklaw.com, denise.harmon@hklaw.com
2
- Ryan A. Witthans    rwitthans@fhlawllp.com
- Risa Lynn Wolf-Smith    rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com
3
- Douglas Wolfe    dwolfe@asmcapital.com
- Andrea Wong    wong.andrea@pbgc.gov, efile@pbgc.gov
4
- Christopher Kwan Shek Wong    christopher.wong@arentfox.com
- David A. Wood    dwood@marshackhays.com, lbuchanan@marshackhays.com
5
- Kirsten A. Worley    kw@wlawcorp.com, admin@wlawcorp.com
- Kinga Wright    kinga.wright@lockelord.com, autodocket@lockelord.com
6
- Antonio Yanez    ayanez@willkie.com
7
- Cathy Yanni    cathy@cathyyanni.com, pstrunk@browngreer.com
- Andrew Yaphe    andrew.yaphe@davispolk.com, pge.dpw.routing@davispolk.com
8
- Tacie H. Yoon    tyoon@crowell.com
- Bennett G. Young    byoung@jmbm.com, jb8@jmbm.com
9
- Christopher L. Young    cyoung@cairncross.com, nspringstroh@cairncross.com
10
- Nicole M. Zeiss    nzeiss@labaton.com
- Paul H. Zumbro    mao@cravath.com
11
- Brittany Zummer    bzummer@theadlerfirm.com, nfournier@theadlerfirm.com
12
- Dario de Ghetaldi    deg@coreylaw.com, lf@coreylaw.com

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

**EXHIBIT A**

| PARTY | REPRESENTATION | | EMAIL |
|-------|----------------|---|-------|
| Counsel to Debtors | Weil, Gotshal & Manges LLP | Attn: Stephen Karotkin, Jessica Liou, Matthew Goren, Tom Schinckel | stephen.karotkin@weil.com matthew.goren@weil.com jessica.liou@weil.com tom.schinckel@weil.com |
| Special Counsel to Debtors | Cravath, Swaine & Moore LLP | Attn: Paul H. Zumbro, Kevin J. Orsini, George E. Zobitz, Stephen M. Kessing and Nicholas A. Dorsey, Omid H. Nasab | pzumbro@cravath.com korsini@cravath.com jzobitz@cravath.com skessing@cravath.com ndorsey@cravath.com onasab@cravath.com |
| Counsel to Debtors | Keller Benvenutti Kim LLP | Attn: Tobias Keller, Jane Kim | tkeller@kbkllp.com jkim@kbkllp.com |
| Office of the United States Trustee | Office of the United States Trustee | Attn: James L. Snyder, Esq. ,Timothy Lafreddi, Esq., Marta E. Villacorta | James.L.Snyder@usdoj.gov timothy.s.laffredi@usdoj.gov Marta.Villacorta@usdoj.gov |
| Counsel for Official Committee of Tort Claimants | Baker & Hostetler LLP | Robert A. Julian, Cecily A. Dumas, Eric E. Sagerman, David J. Richardson, Lauren T. Attard | rjulian@bakerlaw.com cdumas@bakerlaw.com esagerman@bakerlaw.com drichardson@bakerlaw.com lattard@bakerlaw.com |
| Counsel for the Official Committee of Unsecured Creditors | Milbank LLP | Attn: Dennis F. Dunne, Samuel A. Khalil, Gregory A. Bray, Thomas R. Kreller, Alan J. Stone, Samir Vora | ddunne@milbank.com skhalil@milbank.com Gbray@milbank.com TKreller@milbank.com astone@milbank.com svora@milbank.com |
| Counsel for the administrative agent under the Debtors' debtor in possession financing facilities | Stroock & Stoock & Lavan LLP | Attn: Kristopher M. Hansen, Erez E. Gilad, Matthew G. Garofalo, Frank A. Merola | khansen@stroock.com egilad@stroock.com mgarofalo@stroock.com fmerola@stroock.com |
| Counsel for the agent under the Debtors' proposed debtor in possession financing facilities | Davis Polk & Wardwell LLP | Attn: Eli J. Vonnegut, David Schiff, Timothy Graulich | eli.vonnegut@davispolk.com david.schiff@davispolk.com timothy.graulich@davispolk.com |
| Counsel to California Public Utilities Commission | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Alan W. Kornberg, Brian S. Hermann, Walter R. Rieman, Sean A. Mitchell, Neal P. Donnelly | akornberg@paulweiss.com bhermann@paulweiss.com wrieman@paulweiss.com smitchell@paulweiss.com ndonnelly@paulweiss.com |
| Interested Party United States on behalf of the Federal Energy Regulatory Commission | U.S. Department of Justice | Attn: Danielle A. Pham | danielle.pham@usdoj.gov |
| PG&E Shareholders | Jones Day | Attn: Bruce S. Bennett, Joshua M. Mester, James O. Johnston, | bbennett@jonesday.com jmester@jonesday.com jjohnston@jonesday.com |
| Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company | Akin Gump Strauss Hauer & Feld LLP | Attn: Ashley Vinson Crawford | avcrawford@akingump.com |
| Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company | Akin Gump Strauss Hauer & Feld LLP | Attn: Michael S. Stamer, Ira S. Dizengoff, David H. Botter | mstamer@akingump.com idizengoff@akingump.com dbotter@akingump.com |

| PARTY | REPRESENTATION | | EMAIL |
|---|---|---|---|
| Co-Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company | Braunhagey & Borden LLP | Attn: J. Noah Hagey, Jeffrey M. Theodore, David H. Kwasniewski, Andrew Levine | hagey@braunhagey.com<br>theodore@braunhagey.com<br>kwasniewski@braunhagey.com<br>levine@braunhagey.com |
| Counsel for Ad Hoc Group of Subrogation Claim Holders | Willkie Farr & Gallagher LLP | Attn: Matthew A. Feldman, Joseph G. Minias, Daniel I. Forman, Benjamin P. McCallen; Antonio Yanez, Jr., Erica L. Kerman, Jonathan D. Waisnor, Matthew Freimuth | mfeldman@willkie.com<br>jminias@willkie.com<br>dforman@willkie.com<br>bmccallen@willkie.com<br>ayanez@willkie.com<br>ekerman@willkie.com<br>jwaisnor@willkie.com<br>mfreimuth@willkie.com |
| Counsel for Ad Hoc Group of Subrogation Claim Holders | Diemer & Wei, LLP | Attn: Kathryn S. Diemer | kdiemer@diemerwei.com |
| U.S. Nuclear Regulatory Commission | U.S. Nuclear Regulatory Commission | Attn: Anita Ghosh Naber | anita.ghoshnaber@nrc.gov |