MICHAEL B. LUBIC (SBN 122591)
MATTHEW G. BALL (SBN 208881)
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111-5994
Telephone: 415.882.8200
Facsimile: 415.882.8220
Email: michael.lubic@klgates.com
matthew.ball@klgates.com

*Attorneys for Wright Tree Service of the West, Inc., and CN Utility Consulting, Inc.*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION and PACIFIC GAS AND ELECTRIC COMPANY,<br><br>　　　Debtors,<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>**WRIGHT TREE SERVICE OF THE WEST, INC., AND CN UTILITY CONSULTING, INC.'S LIMITED OBJECTION AND RESERVATION OF RIGHTS TO THE DEBTORS' PROPOSED ASSUMPTION OF EXECUTORY CONTRACTS PURSUANT TO CHAPTER 11 PLAN**<br><br>Date: May 27, 2020<br>Time: 10:00 a.m. (PST)<br>Place: Courtroom 17<br>　　　450 Golden Gate Avenue, 16th Floor<br>　　　San Francisco, CA 94102 |

## I.　　INTRODUCTION

Wright Tree Service of the West, Inc. ("**WTSW**"), and CN Utility Consulting, Inc. ("**CNUC**") hereby file this Limited Objection and Reservation of Rights in response to the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization dated March 16, 2020* [Dkt. No. 6320] (the "**Plan**") and the *Schedule of Executory Contracts and Unexpired Leases to be Assumed Pursuant to the Plan and Proposed Cure Amounts* (the "**Schedule of Assumed Contracts**") provided

1

**WRIGHT TREE SERVICE OF THE WEST, INC., AND CN UTILITY CONSULTING, INC.'S LIMITED OBJECTION AND RESERVATION OF RIGHTS TO THE DEBTORS' PROPOSED ASSUMPTION OF EXECUTORY CONTRACTS PURSUANT TO CHAPTER 11 PLAN**

in the *Notice of Filing of Plan Supplement in Connection with Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020* [Dkt. No. 7037]. WTSW and CNUC (collectively, the "**Wright Entities**") file this Limited Objection in order to address a number of concerns with respect to the Debtors' Schedule of Assumed Contracts.

The Wright Entities wish to obtain clarification as to the contracts being assumed by the Debtors and to ensure that the Debtors cure all prepetition and postpetition defaults under such agreements in connection with such assumption. The Schedule of Assumed Contracts does not identify the entire universe of agreements under which the Wright Entities are performing services for the Debtors. In addition, the Debtors have not identified proposed Cure Amounts for the contracts between the Debtors and the Wright Entities, even though there are substantial unpaid prepetition amounts owing. The Debtors must cure those amounts, as well as postpetition amounts that are owed. With respect to amounts owing for postpetition services, the Wright Entities are willing to agree that they will be paid in the ordinary course under the terms of the applicable contracts. Finally, it appears that the Schedule of Assumed Contracts and Plan terms may operate to impair the rights of the Wright Entities under the executory contracts being assumed. The Debtors must assume their executory contracts with the Wright Entities without modification. Any and all rights to (i) amounts owing for postpetition services provided and (ii) any other claims arising out of or related to the contracts, including claims related to the fires, must be preserved.

## II. BACKGROUND

The Wright Entities are affiliated entities that provide contracting services to the Debtors. WTSW performs tree trimming, tree, wood and brush removal and related vegetation management services to the Debtors, while CNUC performs planning and pre-inspection services.

With limited exceptions, the Plan provides for the assumption of executory contracts not specifically designated as an executory contract or unexpired lease to be rejected on the Debtors' Schedule of Rejected Contracts. *See* Plan, § 8.1. On May 1, 2020, the Debtors filed their Schedule of Rejected Contracts. No agreements between the Wright Entities and the Debtors appear on the Schedule of Rejected Contracts. Accordingly, the Debtors are assuming all executory contracts with

2

**WRIGHT TREE SERVICE OF THE WEST, INC., AND CN UTILITY CONSULTING, INC.'S LIMITED OBJECTION AND RESERVATION OF RIGHTS TO THE DEBTORS' PROPOSED ASSUMPTION OF EXECUTORY CONTRACTS PURSUANT TO CHAPTER 11 PLAN**

the Wright Entities. Separately, the Debtors filed their Schedule of Assumed Contracts, which includes a list of executory contracts the Debtors intend to assume in connection with the Plan, along with the Debtors' proposed Cure Amount for each agreement. The Schedule of Assumed Contracts does not list all of the executory contracts between the Debtors and the Wright Entities.

On the Schedule of Assumed Contracts, the Debtors listed only one agreement for which WTSW is a counterparty. The title of the agreement is listed as "Emergency Response." No proposed Cure Amount is listed in connection with the "Emergency Response" agreement.

WTSW provides services to the Pacific Gas & Electric Company pursuant to a Contract (Long Form) dated as of March 4, 2013, and with the Contract No. 4400007501, along with all amendments, supplements, addenda, and schedules thereto (the "**WTSW March 4 Contract**"). WTSW filed a proof of claim in this case for $4,425,523.35 in outstanding invoices under the WTSW March 4 Contract for work performed by WTSW prior to the petition date. The contract number for the WTSW March 4 Contract is "MSA C1031." In addition, WTSW has entered into the following other agreements with the Debtors: (i) MSA C694 (formerly Contract No. 4400007500); and (ii) MSA C792 (formerly 4400010922) - Emergency Storm Support.

CNUC provides services to Debtor Pacific Gas and Electric Company pursuant to the Contract (Long Form) dated April 22, 2014, along with all amendments, attachments, change orders, contract work authorizations, supplements, addenda, and schedules thereto (the "**CNUC April 22 Contract**"). The CNUC April 22 Contract has the Contract No. C704. CNUC filed a proof of claim in this case for a total of $471,674.82 in outstanding invoices under the CNUC April 22 Contract for work performed by CNUC prior to the petition date.[1]

---

[1] The prepetition claims of WTSW and CNUC for the invoices itemized in the proofs of claim were transferred to Whitebox Multi-Strategy Partners, LP.

3

**WRIGHT TREE SERVICE OF THE WEST, INC., AND CN UTILITY CONSULTING, INC.'S LIMITED OBJECTION AND RESERVATION OF RIGHTS TO THE DEBTORS' PROPOSED ASSUMPTION OF EXECUTORY CONTRACTS PURSUANT TO CHAPTER 11 PLAN**

Collectively, the WTSW March 4 Contract, the CNUC April 22 Contract, and the additional contracts between the Wright Entities and the Debtors, including the MSAs referenced above, are referred to in this Limited Objection as the "**Wright Assumed Contracts.**"[2]

The Wright Entities have continued to perform services postpetition under the Wright Assumed Contracts and are owed money by the Debtors for postpetition services. The postpetition amounts owed by the Debtors to the Wright Entities under the Wright Assumed Contracts are estimated to be as follows: (i) CNUC believes that $1,392,734.77 is owed under Contract No. C704 (CNUC April 22 Contract) as of May 2, 2020; and (ii) WTSW believes that $15,201,213.74 is owed under the Wright Assumed Contracts as of May 2, 2020.[3]

### III. LIMITED OBJECTION

The Schedule of Assumed Contracts does not identify all agreements between the Wright Entities and the Debtors. As set forth above, the Schedule of Assumed Contracts lists only one of the documents that memorialize the contracts between WTSW and the Debtors, and none of the contracts between CNUC and the Debtors. Moreover, it appears that the Debtors are attempting to improperly impair the rights of the Wright Entities under the contracts being assumed. The Debtors must assume the Wright Assumed Contracts in their entirety, without modification.

The Plan, in Section 8.1(c), provides that each executory contract assumed pursuant to the Plan "shall vest in, and be fully enforceable by, the applicable Reorganized Debtor in accordance with its terms, "except as modified by the provisions of this Plan . . . ." Separately, Section 8.2(e) of the Plan states that assumption "shall result in the full release and satisfaction of any Claims and Causes of Action against any Debtor or defaults by any Debtor arising under any assumed executory contract" prior to assumption. The Debtors could argue that, according to this language, contract counterparties'

---

[2] In the short time period since the filing of the Debtors' Plan Supplement, the Wright Entities have been unable to identify and review all applicable agreements and understandings between the Wright Entities and the Debtors, and confirm the exact balances owing under each agreement.

[3] WTSW has not yet confirmed how this estimated unpaid balance is divided among the agreements between WTSW and the Debtors. The Wright Entities reserve the right to amend this Limited Objection, including but not limited for the purposes of adding additional contracts or other obligations, adding additional amounts owed, or revising the amounts owed as stated herein.

4

**WRIGHT TREE SERVICE OF THE WEST, INC., AND CN UTILITY CONSULTING, INC.'S LIMITED OBJECTION AND RESERVATION OF RIGHTS TO THE DEBTORS' PROPOSED ASSUMPTION OF EXECUTORY CONTRACTS PURSUANT TO CHAPTER 11 PLAN**

Case: 19-30088    Doc# 7333    Filed: 05/15/20    Entered: 05/15/20 16:21:37    Page 4 of 19

claims and defenses, including the defenses of setoff and recoupment, related to assumed contracts are released under the terms of the Plan. Separately, the Schedule of Assigned Contracts, in Paragraph 13, purports to strip the Debtors' contract counterparties of their indemnification rights under assumed executory contracts.

An executory contract must be assumed or rejected in its entirety. *In re MF Global Holdings Ltd.*, 466 B.R. 239, 241 (Bankr. S.D.N.Y. 2012) ("the trustee must either assume the entire contract, cum onere, or reject the entire contract, shedding obligations as well as benefits."). *See also In re Teligent, Inc.*, 268 B.R. 723, 728 (Bankr. S.D.N.Y. 2001) (stating that the rule with respect to whether separately executed agreements are in reality one also "applies to assumption and rejection issues under § 365"). The Wright Entities object to the proposed assumption of any executory contracts to which they are a party to the extent that such assumption does not include the assumption of the *entire* contract, including all agreements, addenda, supplements, and amendments that compromise a single integrated contract. The Wright Entities further object to the Debtors' attempt to carve out any indemnification obligations they may have under the Wright Assumed Contracts and attempts to eliminate the Wright Entities' valid claims and defenses related to such contracts. Assumption of the Wright Assumed Contracts must be without modification to CEI's rights thereunder.

In addition, in connection with the Debtors' assumption of the Wright Assumed Contracts, the Debtors must cure the outstanding prepetition and postpetition defaults existing thereunder. This includes payment of the prepetition claim amounts owed under the WTSW March 4 Contract and the CNUC April 22 Contract, as evidenced by the proofs of claim filed by CNUC and WTSW. Section 11 U.S.C. § 365(b)(1) provides that if there has been a default in an executory contract of the debtor, it cannot be assumed unless, at the time of assumption of such contract, the debtor cures or provides adequate assurance that it will promptly cure such default. The Debtors' obligation to cure defaults includes the obligation to cure all postpetition amounts owing to the Wright Entities under the Wright Assumed Contracts in connection with such assumption. *See, e.g.*, *In re Culture Project*, 571 B.R. 555 (Bankr. S.D.N.Y. 2017); *In re Rachel Industries, Inc.*, 109 B.R. 797 (Bankr. W.D. Tenn. 1990) (stating that "the debtor, when attempting to assume under § 365, must cure both prepetition and postpetition

5

**WRIGHT TREE SERVICE OF THE WEST, INC., AND CN UTILITY CONSULTING, INC.'S LIMITED OBJECTION AND RESERVATION OF RIGHTS TO THE DEBTORS' PROPOSED ASSUMPTION OF EXECUTORY CONTRACTS PURSUANT TO CHAPTER 11 PLAN**

Case: 19-30088    Doc# 7333    Filed: 05/15/20    Entered: 05/15/20 16:21:37    Page 5 of 19

defaults"). The Debtors' proposed Cure Amounts are not adequate because they are limited to the *prepetition* defaults that the Debtors believe are owed. While the Wright Entities assume that the Debtors intend to pay for postpetition services in the ordinary course, the Debtors do not identify postpetition defaults and have not confirmed that they will cure those defaults as well. *See Schedule of Assumed Contracts*, ¶ 6.

The Debtors must compensate, or provide adequate assurance that they will promptly compensate, their contract counterparties of any actual pecuniary loss resulting to such party from the defaults. In addition, the Debtors must provide adequate assurance of future performance under such contracts, and adequate assurance that they will continue to honor all aspects of the Wright Assumed Contracts. The Wright Entities are willing to work with the Debtors in advance of the confirmation hearing to attempt to reach an agreement on the amount of the prepetition amounts owing under the Wright Assumed Contracts. The Wright Entities are also willing to work with the Debtors to obtain their confirmation that the postpetition amounts owing will be paid by the Debtors in the ordinary course under the terms of the Wright Assumed Contracts.

The contact information for the person authorized to resolve this Objection on behalf of the Wright Entities is as follows:

> Austin Kennedy
> General Counsel & Vice President
> WRIGHT SERVICE CORP.
> 5930 Grand Avenue, West Des Moines, Iowa 50266
> Direct: (515) 271-1169
> Toll Free Office: (888) 972-5930
> Local Office: (515) 271-1198
> akennedy@wrightservicecorp.com

### IV. CONCLUSION

For the foregoing reasons, the Wright Entities respectfully request that the Court condition assumption of the Wright Assumed Contracts on the terms and conditions requested by the Wright Entities herein.

6

**WRIGHT TREE SERVICE OF THE WEST, INC., AND CN UTILITY CONSULTING, INC.'S LIMITED OBJECTION AND RESERVATION OF RIGHTS TO THE DEBTORS' PROPOSED ASSUMPTION OF EXECUTORY CONTRACTS PURSUANT TO CHAPTER 11 PLAN**

Case: 19-30088    Doc# 7333    Filed: 05/15/20    Entered: 05/15/20 16:21:37    Page 6 of 19

MICHAEL B. LUBIC
MATTHEW G. BALL
K&L GATES LLP

Dated: May 15, 2020          By: /s/  Michael B. Lubic
                                 Michael B. Lubic

                                 *Attorneys for Wright Tree Service of the West, Inc., and CN Utility Consulting, Inc.*

7

**WRIGHT TREE SERVICE OF THE WEST, INC., AND CN UTILITY CONSULTING, INC.'S LIMITED OBJECTION AND RESERVATION OF RIGHTS TO THE DEBTORS' PROPOSED ASSUMPTION OF EXECUTORY CONTRACTS PURSUANT TO CHAPTER 11 PLAN**

Case: 19-30088    Doc# 7333    Filed: 05/15/20    Entered: 05/15/20 16:21:37    Page 7 of 19

# CERTIFICATE OF SERVICE

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is K&L GATES LLP, 10100 Santa Monica Boulevard, 8th Floor, Los Angeles, California 90067.

On May 15, 2020, I served the document described as:

**WRIGHT TREE SERVICE OF THE WEST, INC., AND CN UTILITY CONSULTING, INC.'S LIMITED OBJECTION AND RESERVATION OF RIGHTS TO THE DEBTORS' PROPOSED ASSUMPTION OF EXECUTORY**

☒ **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** The foregoing document will be served by the court via NEF and hyperlink to the document. On May 15, 2020, I checked the CM/ECF docket for this bankruptcy case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated on the next pages.

**See attached Electronic Mail Notice List**

☒ **BY EMAIL (COURTESY COPY):** by transmitting a true copy of the foregoing document to the following e-mail addresses stated in Exhibit A:

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 15, 2020, at Los Angeles, California.

/s/ Jonathan Randolph
Jonathan Randolph

**SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**

- Elliot Adler    eadler@theadlerfirm.com, bzummer@theadlerfirm.com
- Aaron L. Agenbroad    alagenbroad@jonesday.com, saltamirano@jonesday.com
- Pamela Allen    pallen@dir.ca.gov
- Annadel A. Almendras    annadel.almendras@doj.ca.gov
- Monique D. Almy    malmy@crowell.com
- Dana M. Andreoli    dandreoli@steyerlaw.com, mterry@steyerlaw.com
- Anne Andrews    aa@andrewsthornton.com, aandrews@andrewsthornton.com
- Richard L. Antognini    rlalawyer@yahoo.com, hallonaegis@gmail.com
- Tyson Arbuthnot    tarbuthnot@rjo.com, jyeung@rjo.com
- Lauren T. Attard    lattard@bakerlaw.com, agrosso@bakerlaw.com
- Herb Baer    hbaer@primeclerk.com, ecf@primeclerk.com
- Kathryn E. Barrett    keb@svlg.com, amt@svlg.com
- Chris Bator    cbator@bakerlaw.com, jmcguigan@bakerlaw.com
- Ronald S. Beacher    rbeacher@pryorcashman.com
- Hagop T. Bedoyan    hbedoyan@kleinlaw.com, ecf@kleinlaw.com
- Andrew David Behlmann    abehlmann@lowenstein.com, elawler@lowenstein.com
- Tanya Behnam    tbehnam@polsinelli.com, tanyabehnam@gmail.com
- James C. Behrens    jbehrens@milbank.com, mkoch@milbank.com
- Jacob Taylor Beiswenger    jbeiswenger@omm.com, llattin@omm.com
- James T. Bentley    james.bentley@srz.com, Kelly.Knight@srz.com
- Peter J. Benvenutti    pbenvenutti@kbkllp.com
- Robert Berens    rberens@smtdlaw.com, sr@smtdlaw.com
- Ronald F. Berestka    rberestka@stonelawoffice.com, csepulveda@stonelawoffice.com
- Heinz Binder    heinz@bindermalter.com
- Neil Jon Bloomfield    njbloomfield@njblaw.com, gklump@njblaw.com
- Jason Blumberg    jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov
- Paige Boldt    pboldt@wattsguerra.com, cwilson@wattsguerra.com
- Ameneh Maria Bordi    ameneh.bordi@kirkland.com, leo.rosenberg@kirkland.com
- Jason Borg    jborg@jasonborglaw.com
- Mark Bostick    mbostick@wendel.com, bankruptcy@wendel.com
- James L. Bothwell    jbothwell@hugueninkahn.com, jguzman@hugueninkahn.com
- Peter R. Boutin    peter.boutin@kyl.com, lara.joel@kyl.com
- Erin N. Brady    enbrady@jonesday.com
- Gregory A. Bray    gbray@milbank.com
- Michael D. Breslauer    mbreslauer@ecf.courtdrive.com, wyones@swsslaw.com
- W. Steven Bryant    , molly.batiste-debose@lockelord.com
- Chane Buck    cbuck@jonesday.com
- Elizabeth J. Cabraser    ecabraser@lchb.com, awolf@lchb.com
- Anthony P. Cali    anthony.cali@stinson.com, lindsay.petrowski@stinson.com
- Peter C. Califano    pcalifano@cwclaw.com
- Steven M. Campora    scampora@dbbwc.com, nlechuga@dbbwc.com
- Leah E. Capritta    leah.capritta@hklaw.com, lori.labash@hklaw.com
- Nicholas A. Carlin    nac@phillaw.com, rac@phillaw.com
- Katherine Rose Catanese    kcatanese@foley.com
- Jennifer Machlin Cecil    JCecil@winston.com, ECF_SF@winston.com
- Karen J. Chedister    kchedister@h-jlaw.com
- Christina Lin Chen    christina.chen@morganlewis.com, christina.lin.chen@gmail.com

2
CERTIFICATE OF SERVICE

- Richard A. Chesley    richard.chesley@dlapiper.com, bill.countryman@dlapiper.com
- Kevin Chiu    kevin.chiu@bakerbotts.com, rory.fontenla@bakerbotts.com
- Jacquelyn H. Choi    jchoi@raineslaw.com, bclark@raineslaw.com
- Shawn M. Christianson    schristianson@buchalter.com
- Robert N.H. Christmas    rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- Jae Angela Chun    ajc@chun.law, teresa@tosdallaw.com
- Alicia Clough    aclough@loeb.com
- Tiffany Strelow Cobb    tscobb@vorys.com
- John B. Coffman    john@johncoffman.net
- Kevin G. Collins    kevin.collins@btlaw.com
- Brian S. Conlon    bsc@phillaw.com, rac@phillaw.com
- Charles Cording    ccording@willkie.com, mao@willkie.com
- Manuel Corrales    mannycorrales@yahoo.com, hcskanchy@hotmail.com
- Anne Costin    anne@costinlawfirm.com
- Donald H. Cram    dhc@severson.com
- Ashley Vinson Crawford    avcrawford@akingump.com, dkrasa-berstell@akingump.com
- J. Russell Cunningham    rcunningham@dnlc.net, emehr@dnlc.net
- Keith J. Cunningham    , rkelley@pierceatwood.com
- Keith J. Cunningham    kcunningham@pierceatwood.com, rkelley@pierceatwood.com
- James D. Curran    jcurran@wolkincurran.com, dstorms@wolkincurran.com
- Tambra Curtis    tambra.curtis@sonoma-county.org, Kristin.whalley@sonoma-county.org
- James M. Davis    jdavis@cglaw.com
- Nicolas De Lancie    ndelancie@jmbm.com
- Judith A. Descalso    , jad_9193@ecf.courtdrive.com
- Erin Elizabeth Dexter    edexter@milbank.com
- Shounak S. Dharap    ssd@arnslaw.com, mec@arnslaw.com
- Kathryn S. Diemer    kdiemer@diemerwei.com
- Kathryn S. Diemer    kdiemer@diemerwhitman.com
- John P. Dillman    houston_bankruptcy@publicans.com
- Jonathan R. Doolittle    jdoolittle@reedsmith.com
- Jennifer V. Doran    jdoran@hinckleyallen.com
- Dustin M. Dow    ddow@bakerlaw.com, jmcguigan@bakerlaw.com
- Jamie P. Dreher    jdreher@downeybrand.com
- Todd Dressel    tdressel@mcguirewoods.com, JTabisaura@mcguirewoods.com
- Geoffrey B. Dryvynsyde    gbd@cpuc.ca.gov, geoffrey.dryvynsyde@cpuc.ca.gov
- Cecily Ann Dumas    cdumas@bakerlaw.com, hhammonturano@bakerlaw.com
- Dennis F. Dunne    cprice@milbank.com, jbrewster@milbank.com
- Dennis F. Dunne    ddunne@milbank.com, jbrewster@milbank.com
- Huonganh Annie Duong    annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com
- Luke N. Eaton    eatonl@pepperlaw.com, monugiac@pepperlaw.com
- Kevin M. Eckhardt    keckhardt@hunton.com, candonian@huntonak.com
- Joseph A. Eisenberg    JAE1900@yahoo.com
- Michele Ellison    mellison@gibbsgiden.com, lrochelle@gibbsgiden.com
- David Emerzian    , Melany.Hertel@mccormickbarstow.com
- G. Larry Engel    larry@engeladvice.com
- Krista M. Enns    kenns@beneschlaw.com
- Scott Esbin    sesbin@esbinalter.com

3

**CERTIFICATE OF SERVICE**

- Joseph M. Esmont    jesmont@bakerlaw.com
- Michael P. Esser    michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com
- Richard W. Esterkin    richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com
- Michael S. Etkin    metkin@lowenstein.com
- Jacob M. Faircloth    jacob.faircloth@smolsonlaw.com
- Brett D. Fallon    bfallon@morrisjames.com, wweller@morrisjames.com
- Michael C. Fallon    , manders@fallonlaw.net
- Joana Fang    jf@kbklawyers.com, icd@kbklawyers.com
- Joseph Kyle Feist    jfeistesq@gmail.com, info@norcallawgroup.net
- David M. Feldman    DFeldman@gibsondunn.com
- Matthew A. Feldman    mfeldman@willkie.com
- Mark E. Felger    mfelger@cozen.com
- James J. Ficenec    James.Ficenec@ndlf.com, caroline.pfahl@ndlf.com
- John D. Fiero    jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- Kimberly S. Fineman    kfineman@nutihart.com, nwhite@nutihart.com
- Stephen D. Finestone    sfinestone@fhlawllp.com
- Timothy M. Flaherty    tflaherty@mpplaw.com
- Daniel I. Forman    dforman@willkie.com
- Jonathan Forstot    jonathan.forstot@troutman.com, john.murphy@troutman.com
- Jonathan Forstot    , john.murphy@troutman.com
- Matthew Hampton Foushee    hampton.foushee@hoganlovells.com, hfoushee@gmail.com
- Carolyn Frederick    cfrederick@prklaw.com
- Peter Friedman    pfriedman@omm.com
- Roger F. Friedman    rfriedman@rutan.com, csolorzano@rutan.com
- Xiyi Fu    jackie.fu@lockelord.com, taylor.warren@lockelord.com
- Lars H. Fuller    lfuller@bakerlaw.com
- Larry W. Gabriel    lgabriel@bg.law, nfields@bg.law
- Gregg M. Galardi    gregg.galardi@ropesgray.com
- Richard L. Gallagher    richard.gallagher@ropesgray.com
- Craig Solomon Ganz    ganzc@ballardspahr.com, hartt@ballardspahr.com
- Jeffrey K. Garfinkle    jgarfinkle@buchalter.com
- Oscar Garza    ogarza@gibsondunn.com
- Lisa S. Gast    lsg@dwgp.com, lmk@dwgp.com
- Paul R. Gaus    paul.gaus@mccormickbarstow.com
- Duane M. Geck    dmg@severson.com
- Evelina Gentry    evelina.gentry@akerman.com, rob.diwa@akerman.com
- Janet D. Gertz    jgertz@btlaw.com, amattingly@btlaw.com
- Christopher Gessner    cgessner@akingump.com, NYMCO@akingump.com
- Barry S. Glaser    bglaser@lkfirm.com
- Paul R. Glassman    pglassman@sycr.com
- Gabriel I. Glazer    gglazer@pszjlaw.com
- Gabrielle Glemann    gabrielle.glemann@stoel.com, rene.alvin@stoel.com
- Jaime Godin    Jtouchstone@fddcm.com
- Matthew A. Gold    courts@argopartners.net
- Eric D. Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- Craig Goldblatt    Craig.Goldblatt@wilmerhale.com, whdocketing@wilmerhale.com
- Amy L. Goldman    goldman@lbbslaw.com
- Eric S. Goldstein    egoldstein@goodwin.com
- Rhonda Stewart Goldstein    Rhonda.Goldstein@ucop.edu, Lissa.Ly@ucop.edu

4
CERTIFICATE OF SERVICE

- Richard H. Golubow    rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com
- Michael J. Gomez    mgomez@frandzel.com, dmoore@frandzel.com
- Michael W. Goodin    mgoodin@clausen.com, mgenova@clausen.com
- Eric R. Goodman    egoodman@bakerlaw.com
- Mark A. Gorton    mgorton@boutinjones.com, cdomingo@boutininc.com
- Mark A. Gorton    mgorton@boutininc.com, cdomingo@boutininc.com
- Michael I. Gottfried    MGottfried@elkinskalt.com, AAburto@elkinskalt.com
- Louis Gottlieb    Lgottlieb@labaton.com, mpenrhyn@labaton.com
- Eric A. Grasberger    eric.grasberger@stoel.com, docketclerk@stoel.com
- Debra I. Grassgreen    dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- Eric A. Gravink    eric@rhrc.net
- Elizabeth A. Green    egreen@bakerlaw.com, orlbankruptcy@bakerlaw.com
- Mitchell B. Greenberg    mgreenberg@abbeylaw.com, mmeroney@abbeylaw.com
- Matthew W. Grimshaw    matt@grimshawlawgroup.com, ecfmarshackhays@gmail.com
- Stuart G. Gross    sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com
- Carl L. Grumer    cgrumer@manatt.com, mchung@manatt.com
- Elizabeth M. Guffy    eguffy@lockelord.com, autodocket@lockelord.com
- Cameron Gulden    cameron.m.gulden@usdoj.gov
- Mirco J. Haag    mhaag@buchalter.com, dcyrankowski@buchalter.com
- Laurie Hager    lhager@sussmanshank.com
- J. Noah Hagey    hagey@braunhagey.com, tong@braunhagey.com
- Oren Buchanan Haker    oren.haker@stoel.com, rene.alvin@stoel.com
- Kristopher M. Hansen    dmohamed@stroock.com, mmagzamen@stroock.com
- Adam C. Harris    adam.harris@srz.com, james.bentley@srz.com
- Robert G. Harris    rob@bindermalter.com
- Christopher H. Hart    chart@nutihart.com, nwhite@nutihart.com
- Bryan L. Hawkins    bryan.hawkins@stoel.com, Sharon.witkin@stoel.com
- Jan M Hayden    jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com
- Jennifer C. Hayes    jhayes@fhlawllp.com
- Alaina R. Heine    alaina.heine@dechert.com, brett.stone@dechert.com
- Cristina A. Henriquez    chenriquez@mayerbrown.com
- Stephen E. Hessler, P.C.    , jozette.chong@kirkland.com
- Matthew Heyn    matthew.heyn@doj.ca.gov
- Sean T. Higgins    aandrews@andrewsthornton.com, shiggins@andrewsthornton.com
- Morgan R. Hirst    mhirst@jonesday.com, mmelvin@jonesday.com
- Michael R. Hogue    hoguem@gtlaw.com, navarrom@gtlaw.com
- David Holtzman    david.holtzman@hklaw.com
- Alexandra S. Horwitz    allie.horwitz@dinsmore.com
- Marsha Houston    mhouston@reedsmith.com, hvalencia@reedsmith.com
- Shane Huang    shane.huang@usdoj.gov
- Brian D. Huben    hubenb@ballardspahr.com
- Jonathan Hughes    , jane.rustice@aporter.com
- Edward R. Huguenin    ehuguenin@hugueninkahn.com, jguzman@hugueninkahn.com
- Michael A. Isaacs    Michael.Isaacs@dentons.com, Alissa.Worthing@dentons.com
- Mark V. Isola    mvi@sbj-law.com
- J. Eric Ivester    Eric.Ivester@skadden.com, Andrea.Bates@skadden.com
- J. Eric Ivester    , Andrea.Bates@skadden.com
- Kizzy L. Jarashow    KJarashow@goodwinlaw.com, AFraticelliLouallen@goodwinlaw.com
- Ivan C. Jen    ivan@icjenlaw.com

5
**CERTIFICATE OF SERVICE**

- Monique Jewett-Brewster    mjb@hopkinscarley.com, eamaro@hopkinscarley.com
- James O. Johnston    jjohnston@jonesday.com
- Chris Johnstone    chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com
- Andrew Jones    andrew@ajoneslaw.com
- Gregory K. Jones    GJones@dykema.com, cacossano@dykema.com
- Robert A. Julian    rjulian@bakerlaw.com, hhammonturano@bakerlaw.com
- George H. Kalikman    gkalikman@schnader.com, sdavenport@schnader.com
- Roberto J. Kampfner    rkampfner@whitecase.com, mco@whitecase.com
- Bonnie E. Kane    bonnie@thekanelawfirm.com, skane@thekanelawfirm.com
- Gary M. Kaplan    gkaplan@fbm.com, calendar@fbm.com
- Robert B. Kaplan    rbk@jmbm.com
- Eve H. Karasik    ehk@lnbyb.com
- Michael G. Kasolas    trustee@kasolas.net, CA30@ecfcbis.com,ecf.alert+Kasolas@titlexi.com
- Elyssa S. Kates    ekates@bakerlaw.com
- Ori Katz    okatz@sheppardmullin.com, LSegura@sheppardmullin.com
- William M. Kaufman    wkaufman@smwb.com
- Jane G. Kearl    jkearl@watttieder.com, jbenton@watttieder.com
- Tobias S. Keller    tkeller@kbkllp.com
- Lynette C. Kelly    ustpregion17.oa.ecf@usdoj.gov
- Matthew K. Kelsey    mkelsey@gibsondunn.com
- Gerald P. Kennedy    gerald.kennedy@procopio.com, kristina.terlaga@procopio.com
- Erica L. Kerman    ekerman@willkie.com
- Samuel A. Khalil    skhalil@milbank.com, jbrewster@milbank.com
- Samuel M. Kidder    skidder@ktbslaw.com
- Marc Kieselstein    , carrie.oppenheim@kirkland.com
- Jane Kim    jkim@kbkllp.com
- Mary H. Kim    Mary.Kim@dechert.com, brett.stone@dechert.com
- Kody D. L. Kleber    kkleber@bakerlaw.com, dmartinez@bakerlaw.com
- Matthew Ryan Klinger    mklinger@sheppardmullin.com, DGatmen@sheppardmullin.com
- Bradley C. Knapp    bknapp@lockelord.com, Yamille.Harrison@lockelord.com
- Kelly V. Knight    kelly.knight@srz.com
- Lydia Vanessa Ko    Lvko@stonelawoffice.com
- Thomas F. Koegel    tkoegel@crowell.com
- Katherine Kohn    kkohn@groom.com, ashahinllari@groom.com
- Andy S. Kong    kong.andy@arentfox.com, Yvonne.Li@arentfox.com
- Anna Kordas    akordas@jonesday.com, mmelvin@jonesday.com
- Alan W. Kornberg    , akornberg@paulweiss.com
- Bernard Kornberg    bjk@severson.com
- David I. Kornbluh    dik@millermorton.com, mhr@millermorton.com
- Lauren Kramer    lkramer@rjo.com
- Jeffrey C. Krause    jkrause@gibsondunn.com
- Thomas R. Kreller    tkreller@milbank.com
- Lindsey E. Kress    lkress@lockelord.com, autodocket@lockelord.com
- Hannah C. Kreuser    hkreuser@porterlaw.com, ooberg@porterlaw.com
- Michael Thomas Krueger    michael.krueger@ndlf.com, Havilyn.lee@ndlf.com
- Robert T. Kugler    robert.kugler@stinson.com
- Boris Kukso    boris.kukso@usdoj.gov, western.taxcivil@usdoj.gov
- Brendan M. Kunkle    bkunkle@abbeylaw.com, lmeyer@abbeylaw.com

6
CERTIFICATE OF SERVICE

- Alisa C. Lacey    alisa.lacey@stinson.com, karen.graves@stinson.com
- Timothy S. Laffredi    timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov
- Timothy S. Laffredi    timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov
- Richard A. Lapping    rich@trodellalapping.com
- Omeed Latifi    olatifi@theadlerfirm.com, kdeubler@theadlerfirm.com
- John E. Lattin    jlattin@ostergar.com, cslovenec@ostergar.com
- Michael Lauter    mlauter@sheppardmullin.com
- Kenneth T. Law    klaw@bbslaw.com
- Francis J. Lawall    lawallf@pepperlaw.com, henrys@pepperlaw.com
- Andrew Michael Leblanc    ALeblanc@milbank.com
- Erica Lee    Erica.Lee@doj.ca.gov
- Scott Lee    scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com
- Paul J. Leeds    leedsp@higgslaw.com
- Edward J. Leen    eleen@mkbllp.com
- Lisa Lenherr    llenherr@wendel.com, bankruptcy@wendel.com
- Matthew A. Lesnick    matt@lesnickprince.com, jmack@lesnickprince.com
- Bryn G. Letsch    bletsch@braytonlaw.com
- David B. Levant    david.levant@stoel.com, rene.alvin@stoel.com
- Andrew H. Levin    alevin@wcghlaw.com
- David Levine    dnl@groom.com
- Marc A. Levinson    Malevinson@orrick.com, casestream@ecf.courtdrive.com
- Dara Levinson Silveira    dsilveira@kbkllp.com
- Alexander James Demitro Lewicki    kdiemer@diemerwei.com
- Alexander James Demitro Lewicki    alewicki@diemerwei.com
- William Thomas Lewis    wtl@roblewlaw.com, kimwrenn@msn.com
- William S. Lisa    , jcaruso@nixonpeabody.com
- William S. Lisa    wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com
- Jonathan A. Loeb    jon.loeb@bingham.com
- Michael B. Lubic    michael.lubic@klgates.com
- John William Lucas    jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Joseph R. Lucia    PersonalInjuryGroup@RLSlawyers.com
- Jane Luciano    jane-luciano@comcast.net
- Kerri Lyman    klyman@irell.com
- Carissa A. Lynch    Carissa.Lynch@ftb.ca.gov, Martha.Gehrig@ftb.ca.gov
- John H. MacConaghy    macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com
- Iain A. Macdonald    iain@macfern.com, ecf@macfern.com
- Tracy L. Mainguy    tmainguy@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- Samuel R. Maizel    samuel.maizel@dentons.com, alicia.aguilar@dentons.com
- Adam Malatesta    adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com
- Katharine Malone    malonek@gtlaw.com
- Liam K. Malone    malone@oles.com, shahin@oles.com
- Michael W. Malter    michael@bindermalter.com
- Craig Margulies    cmargulies@margulies-law.com, lsalazar@margulies-law.com
- Geoffrey E. Marr    gemarr59@hotmail.com
- Richard A. Marshack    rmarshack@marshackhays.com, rmarshack@ecf.courtdrive.com
- Catherine Martin    cmartin@simon.com, rtucker@simon.com;bankruptcy@simon.com
- Laila Masud    lmasud@marshackhays.com, lmasud@ecf.courtdrive.com

- David P. Matthews    jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com
- Patrick C. Maxcy    patrick.maxcy@snrdenton.com
- Benjamin P. McCallen    bmccallen@willkie.com
- Thomas E. McCurnin    tmccurnin@bkolaw.com, kescano@bkolaw.com
- Hugh M. McDonald    hugh.mcdonald@troutman.com, john.murphy@troutman.com
- Hugh M. McDonald    , john.murphy@troutman.com
- C. Luckey McDowell    Luckey.McDowell@Shearman.com
- Matthew D. McGill    MMcGill@gibsondunn.com
- Scott H. McNutt    SMcNutt@ml-sf.com, csnell@ml-sf.com
- Thomas Melone    Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com
- Peter Meringolo    peter@pmrklaw.com
- Frank A. Merola    lacalendar@stroock.com, mmagzamen@stroock.com
- Jennifer L. Mersing    jennifer.mersing@stoel.com, lisa.petras@stoel.com
- Joshua M. Mester    jmester@jonesday.com
- Matthew D. Metzger    belvederelegalecf@gmail.com
- Merle C. Meyers    mmeyers@mlg-pc.com
- Randy Michelson    randy.michelson@michelsonlawgroup.com
- Gerardo Mijares-Shafai    Gerardo.Mijares-Shafai@arnoldporter.com, kenneth.anderson@arnoldporter.com
- Joel S. Miliband    jmiliband@brownrudnick.com
- Joseph G. Minias    jminias@willkie.com
- M. David Minnick    dminnick@pillsburylaw.com, docket@pillsburylaw.com
- Benjamin Mintz    benjamin.mintz@arnoldporter.com, valerie.foley@arnoldporter.com
- Nancy Mitchell    nmitchell@omm.com
- Thomas C. Mitchell    tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com
- John A. Moe    john.moe@dentons.com, glenda.spratt@dentons.com
- Aaron J. Mohamed    ajm@brereton.law, aaronmohamedlaw@gmail.com
- Kevin Montee    kmontee@monteeassociates.com
- David W. Moon    lacalendar@stroock.com, mmagzamen@stroock.com
- Diane Marger Moore    dmargermoore@baumhedlundlaw.com
- Erika L. Morabito    emorabito@foley.com, hsiagiandraughn@foley.com
- Candace J. Morey    cjm@cpuc.ca.gov
- Courtney L. Morgan    morgan.courtney@pbgc.gov
- Kimberly S. Morris    kmorris@bakerlaw.com, hhammonturano@bakerlaw.com
- Rodney Allen Morris    Rodney.Morris2@usdoj.gov
- Joshua D. Morse    Joshua.Morse@dlapiper.com, joshua-morse-0092@ecf.pacerpro.com
- Andrew H. Morton    andrew.morton@stoel.com, lisa.petras@stoel.com
- Thomas G. Mouzes    tmouzes@boutinjones.com, cdomingo@boutininc.com
- Peter S. Munoz    pmunoz@reedsmith.com, gsandoval@reedsmith.com
- Bennett J. Murphy    bmurphy@bennettmurphylaw.com
- Michael S. Myers    myersms@ballardspahr.com
- Alan I. Nahmias    anahmias@mbnlawyers.com, jdale@mbnlawyers.com
- David L. Neale    dln@lnbrb.com
- David L. Neale    dln@lnbyb.com
- David Neier    dneier@winston.com
- Brittany J. Nelson    bnelson@foley.com, hsiagiandraughn@foley.com
- Michael S. Neumeister    MNeumeister@gibsondunn.com

8
CERTIFICATE OF SERVICE

- Howard S. Nevins    hnevins@hsmlaw.com
- Melissa T. Ngo    ngo.melissa@pbgc.gov, efile@pbgc.gov
- Mario R. Nicholas    mario.nicholas@stoel.com, cherie.clark@stoel.com
- Sean Nolan    snolan@akingump.com, NYMCO@akingump.com
- Gregory C. Nuti    gnuti@nutihart.com, nwhite@nutihart.com
- Abigail O'Brient    aobrient@mintz.com, docketing@mintz.com
- Julie E. Oelsner    joelsner@weintraub.com, bjennings@weintraub.com
- Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov
- Matthew Jon Olson    matt@macfern.com, stell.laura@dorsey.com
- Scott Olson    solson@vedderprice.com, nortega@vedderprice.com
- Steven M. Olson    smo@smolsonlaw.com
- Aram Ordubegian    Ordubegian.Aram@ArentFox.com
- Gabriel Ozel    , gabeozel@gmail.com
- Margarita Padilla    Margarita.Padilla@doj.ca.gov
- Amy S. Park    amy.park@skadden.com, alissa.turnipseed@skadden.com
- Donna Taylor Parkinson    donna@parkinsonphinney.com
- Peter S. Partee    ppartee@huntonak.com, candonian@huntonak.com
- Paul J. Pascuzzi    ppascuzzi@ffwplaw.com, docket@ffwplaw.com
- Kenneth Pasquale    , mlaskowski@stroock.com
- Charles Scott Penner    penner@carneylaw.com, caragol@carneylaw.com
- Valerie Bantner Peo    vbantnerpeo@buchalter.com
- Yosef Peretz    , skim@peretzlaw.com
- Thomas R. Phinney    tom@parkinsonphinney.com
- R. Alexander Pilmer    alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
- M. Ryan Pinkston    rpinkston@seyfarth.com, jmcdermott@seyfarth.com
- Estela O. Pino    epino@epinolaw.com, rmahal@epinolaw.com
- Gregory Plaskett    GREGORY.PLASKETT@GMAIL.COM, HKHAPPYGRL1@GMAIL.COM
- Mark D. Plevin    mplevin@crowell.com
- Steven G. Polard    spolard@eisnerlaw.com
- Mark D. Poniatowski    ponlaw@ponlaw.com
- William L. Porter    bporter@porterlaw.com, Ooberg@porterlaw.com
- Christopher E. Prince    cprince@lesnickprince.com
- Douglas B. Provencher    dbp@provlaw.com
- Stacey C. Quan    squan@steyerlaw.com, pspencer@steyerlaw.com
- Amy C. Quartarolo    amy.quartarolo@lw.com
- Lary Alan Rappaport    lrappaport@proskauer.com, PHays@proskauer.com
- Justin E. Rawlins    justinrawlins@paulhastings.com
- Hugh M. Ray    hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com
- Paul F. Ready    smeyer@farmerandready.com
- Caroline A. Reckler    caroline.reckler@lw.com
- David M. Reeder    david@reederlaw.com, secretary@reederlaw.com
- Steven J. Reisman    sreisman@katten.com, nyc.bknotices@kattenlaw.com
- Jeffrey M. Reisner    jreisner@irell.com
- Jack A. Reitman    , srichmond@lgbfirm.com
- Emily P. Rich    erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- David J. Richardson    drichardson@bakerlaw.com, aagonzalez@bakerlaw.com
- Christopher O. Rivas    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- David B. Rivkin    drivkin@bakerlaw.com, jmeeks@bakerlaw.com

9
CERTIFICATE OF SERVICE

- John R. Rizzardi    kcoselman@cairncross.com, tnguyen@cairncross.com
- Daniel Robertson    robertson.daniel@pbgc.gov, efile@pbgc.gov
- Lacey E. Rochester    lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com
- Michael Rogers    mrogers@lambertrogers.com, jan@lambertrogers.com
- Julie H. Rome-Banks    julie@bindermalter.com
- Jorian L. Rose    jrose@bakerlaw.com
- Paul M. Rosenblatt    prosenblatt@kilpatricktownsend.com, mwilliams@kilpatricktownsend.com
- David A. Rosenzweig    david.rosenzweig@nortonrosefulbright.com, thomas.burns@nortonrossefulbright.com
- Allan Robert Rosin    arrosin@alr-law.com
- Jay M. Ross    jross@hopkinscarley.com, eamaro@hopkinscarley.com
- Gregory A. Rougeau    grougeau@brlawsf.com
- Stacy H. Rubin    rubins@ballardspahr.com, BKTDocket_West@ballardspahr.com
- Jason C. Rubinstein    jrubinstein@fklaw.com, mclerk@fklaw.com
- Nathan Q. Rugg    nathan.rugg@bfkn.com, jean.montgomery@bfkn.com
- Thomas B. Rupp    trupp@kbkllp.com
- Eric E. Sagerman    esagerman@bakerlaw.com
- Robert Sahyan    rsahyan@sheppardmullin.com, JNakaso@sheppardmullin.com
- Jonathan C. Sanders    jsanders@stblaw.com
- Nanette D. Sanders    nanette@ringstadlaw.com, becky@ringstadlaw.com
- Natalie Kathleen Sanders    natalie.sanders@bakerbotts.com
- Lovee Sarenas    Lovee.sarenas@lewisbrisbois.com
- Sunny S. Sarkis    sunny.sarkis@stoel.com, dawn.forgeur@stoel.com
- Patricia Savage    psavesq@gmail.com, jodi.savage@gmail.com
- Sblend A. Sblendorio    sas@hogefenton.com
- Francis O. Scarpulla    fos@scarpullalaw.com, cpc@scarpullalaw.com
- Daren M Schlecter    daren@schlecterlaw.com, info@schlecterlaw.com
- Bradley R. Schneider    bradley.schneider@mto.com, jeffrey.wu@mto.com
- Harvey S. Schochet    Harveyschochet@dwt.com
- Nathan A. Schultz    nschultz@goodwinlaw.com, kjarashow@goodwinlaw.com
- Lisa Schweitzer    lschweitzer@cgsh.com
- Eric J. Seiler    eseiler@fklaw.com, mclerk@fklaw.com
- David B. Shemano    dshemano@pwkllp.com
- James A. Shepherd    jim@jsheplaw.com, shepIGN@gmail.com
- Leonard M. Shulman    lshulman@shbllp.com
- Andrew I. Silfen    andrew.silfen@arentfox.com
- Wayne A. Silver    w_silver@sbcglobal.net, ws@waynesilverlaw.com
- Craig S. Simon    csimon@bergerkahn.com, aketcher@bergerkahn.com
- Gerald Singleton    gerald@slffirm.com, BKECFCANB@SLFfirm.com
- Steven J. Skikos    sskikos@skikos.com, mmontoya@skikos.com
- Michael K. Slattery    mslattery@lkfirm.com, rramirez@lkfirm.com
- Dania Slim    dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com
- Jennifer N. Slocum    jennifer.slocum@stoel.com, docketclerk@stoel.com
- Aaron C. Smith    asmith@lockelord.com, autodocket@lockelord.com
- Alan D. Smith    adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com
- Jan D. Sokol    jdsokol@lawssl.com, dwright@lawssl.com
- Randye B. Soref    rsoref@polsinelli.com
- Joseph Sorkin    jsorkin@akingump.com, NYMCO@akingump.com

10
CERTIFICATE OF SERVICE

- Bennett L. Spiegel    blspiegel@jonesday.com
- Michael St. James    ecf@stjames-law.com
- Diane C. Stanfield    diane.stanfield@alston.com, nelly.villaneda@alston.com
- Howard J. Steinberg    steinbergh@gtlaw.com, pearsallt@gtlaw.com
- Harriet A. Steiner    harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com
- Lillian G. Stenfeldt    lillian.stenfeldt@rimonlaw.com, jon.arneson@sedgwicklaw.com
- Lillian G. Stenfeldt    lillian.stenfeldt@sdma.com, jon.arneson@sedgwicklaw.com
- Cheryl L. Stengel    clstengel@outlook.com, stengelcheryl40@gmail.com
- David M. Stern    dstern@ktbslaw.com
- Geoffrey S. Stewart    gstewart@jonesday.com, mmelvin@jonesday.com
- Alan J. Stone    AStone@milbank.com, DMcCracken@Milbank.com
- Jason D. Strabo    jstrabo@mwe.com, shill@mwe.com
- Michael H. Strub    mstrub@irell.com, mhstrub1@gmail.com
- Rebecca Suarez    rsuarez@crowell.com
- Brad T. Summers    summerst@lanepowell.com, docketing-pdx@lanepowell.com
- Kristine Theodesia Takvoryan    ktakvoryan@ckrlaw.com
- Derrick Talerico    dtalerico@ztlegal.com, sfritz@ztlegal.com
- Kesha Tanabe    kesha@tanabelaw.com
- Mary Ellmann Tang    mtang@frenchlyontang.com, nblackwell@frenchlyontang.com
- Elizabeth Lee Thompson    ethompson@stites.com, docketclerk@stites.com
- John C. Thornton    jct@andrewsthornton.com, aandrews@andrewsthornton.com
- Elisa Tolentino    cao.main@sanjoseca.gov
- Meagan S. Tom    Meagan.tom@lockelord.com, autodocket@lockelord.com
- Edward J. Tredinnick    etredinnick@greeneradovsky.com
- Matthew Jordan Troy    matthew.troy@usdoj.gov
- Michael Tye    Michael.Tye@usdoj.gov
- Andrew Van Ornum    avanornum@vlmglaw.com, hchea@vlmglaw.com
- Shmuel Vasser    shmuel.vasser@dechert.com, brett.stone@dechert.com
- Victor A. Vilaplana    vavilaplana@foley.com, rhurst@foley.com
- Marta Villacorta    marta.villacorta@usdoj.gov
- Carol C. Villegas    cvillegas@labaton.com, NDonlon@labaton.com
- John A. Vos    InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
- Bao M. Vu    bao.vu@stoel.com, sharon.witkin@stoel.com
- Nicholas Wagner    kschemen@wagnerjones.com, bwagner@wagnerjones.com
- Jonathan D. Waisnor    jwaisnor@willkie.com, mao@willkie.com
- Riley C. Walter    ecf@W2LG.com
- Phillip K. Wang    phillip.wang@rimonlaw.com
- Philip S. Warden    philip.warden@pillsburylaw.com, kathy.stout@pillsburylaw.com
- Mikal C. Watts    mcwatts@wattsguerra.com, cwilson@wattsguerra.com
- Lindsi M. Weber    lweber@polsinelli.com, yderac@polsinelli.com
- Joseph M. Welch    jwelch@buchalter.com, dcyrankowski@buchalter.com
- David Walter Wessel    DWessel@efronlawfirm.com, hporter@chdlawyers.com
- Joseph West    westjoseph@earthlink.net, josephw998@gmail.com
- Drew M. Widders    dwidders@wilcoxenlaw.com, nina@wilcoxenlaw.com
- Jason P. Williams    jwilliams@wplgattorneys.com, maryanne@wplgattorneys.com
- Eric R. Wilson    kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com
- Kimberly S. Winick    kwinick@clarktrev.com, knielsen@clarktrev.com
- Rebecca J. Winthrop    rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonrosefulbright.com

11
CERTIFICATE OF SERVICE

- David Wirt   david.wirt@hklaw.com, denise.harmon@hklaw.com
- Ryan A. Witthans   rwitthans@fhlawllp.com
- Risa Lynn Wolf-Smith   rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com
- Douglas Wolfe   dwolfe@asmcapital.com
- Andrea Wong   wong.andrea@pbgc.gov, efile@pbgc.gov
- Christopher Kwan Shek Wong   christopher.wong@arentfox.com
- David A. Wood   dwood@marshackhays.com, lbuchanan@marshackhays.com
- Kirsten A. Worley   kw@wlawcorp.com, admin@wlawcorp.com
- Kinga Wright   kinga.wright@lockelord.com, autodocket@lockelord.com
- Antonio Yanez   ayanez@willkie.com
- Cathy Yanni   cathy@cathyyanni.com, pstrunk@browngreer.com
- Andrew Yaphe   andrew.yaphe@davispolk.com, pge.dpw.routing@davispolk.com
- Tacie H. Yoon   tyoon@crowell.com
- Bennett G. Young   byoung@jmbm.com, jb8@jmbm.com
- Christopher L. Young   cyoung@cairncross.com, nspringstroh@cairncross.com
- Nicole M. Zeiss   nzeiss@labaton.com
- Paul H. Zumbro   mao@cravath.com
- Brittany Zummer   bzummer@theadlerfirm.com, nfournier@theadlerfirm.com
- Dario de Ghetaldi   deg@coreylaw.com, lf@coreylaw.com