1  CHRISTOPHER W. WOOD, SBN 193955
   LARRY Q. PHAN, SBN 284561
2  **DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**
   20 Bicentennial Circle
3  Sacramento, CA 95826
   Telephone:  (916) 379-3500
4  Facsimile:   (916) 379-3599

5  ESTELA O. PINO, SBN 112975
   **PINO & ASSOCIATES**
6  1520 Eureka Rd., Suite 101,
   Roseville, CA 95661
7  Telephone: (916) 641-2288
   Facsimile:   (916) 244-0989

8
9  Attorneys for the Creditor, Daniel Franklin.

10            THE UNITED STATES BANKRUPTCY COURT
       IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
11                   SAN FRANCISCO DIVISION

12

| | |
|---|---|
| **In re:** | Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| -and- | |
| **In re:** | |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **CREDITOR, DANIEL FRANKLIN'S JOINDER IN LIMITED OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO PLAN CONFIRMATION** |
| Debtors. | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | DATE: May 27, 2020<br>TIME: 10:00 A.M.<br>PLACE: Courtroom 17<br>450 Golden Gate Avenue, 16th Fl.<br>San Francisco, California |
| *All papers shall be filed in the lead case, No. 19-30088(DM)* | JUDGE: Hon. Dennis Montali<br>RELATED DOCKET NO.: 6320, 7300 |

Creditor, Daniel Franklin, by and through his attorneys of record, does hereby joins in and supports the well reasoned "Limited Objection of the Official Committee of Unsecured Creditors to Plan Confirmation" (Dkt. No. 7300).

Dated: May 15, 2020

Respectfully submitted,
**PINO & ASSOCIATES**

By: _____
Estela O. Pino, Attorneys for Daniel Franklin.