MICHAEL B. LUBIC (SBN 122591)
MATTHEW G. BALL (SBN 208881)
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111-5994
Telephone: 415.882.8200
Facsimile: 415.882.8220
Email: michael.lubic@klgates.com
matthew.ball@klgates.com

*Attorneys for CN Utility Consulting, Inc.,
Cupertino Electric, Inc., Wright Tree Service,
Inc., and Wright Tree Service of the West, Inc.*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION and PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Debtors,<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>**OBJECTION OF CN UTILITY CONSULTING, INC., CUPERTINO ELECTRIC, INC., WRIGHT TREE SERVICE, INC., AND WRIGHT TREE SERVICE OF THE WEST, INC. TO CHAPTER 11 PLAN OF REORGANIZATION AND JOINDER TO THE OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO PLAN CONFIRMATION**<br><br>Date: March 10, 2020<br>Time: 10:00 a.m. (PST)<br>Place: Courtroom 17<br>      450 Golden Gate Avenue, 16th Floor<br>      San Francisco, CA 94102 |

## I. INTRODUCTION

CN Utility Consulting, Inc. ("**CNUC**"), Cupertino Electric, Inc. ("**CEI**"), Wright Tree Service, Inc. ("**WTS**"), and Wright Tree Service of the West, Inc. ("**WTSW**") hereby file this Objection to the the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization dated March 16, 2020* [Dkt. No. 6320] (the "**Plan**"). The Plan asserts that the rights of general unsecured claimholders,

1

including the rights of the Debtors' contractors and vendors, are unimpaired. Unfortunately, various provisions of the Plan, including its injunction and release provisions, appear to adversely alter the rights of these creditors. The terms of the Plan suggest that the Debtors intend to assign claims against their vendors and contractors to the Fire Victim Trust while at the same time depriving their vendors and contractors from the ability to assert their rights and defenses that they would otherwise be able to assert in response to such claims. If the Plan is not modified, the rights of vendors and contractors will be seriously impaired. CNUC, CEI, WTS, and WTSW (collectively the "**Objecting Parties**") are contractors the Debtors relied upon to perform important services. The Objecting Parties hereby join in the Objection of the Official Committee of Unsecured Creditors (the "**UCC**") to Plan Confirmation. The Objecting Parties ask that the Court deny confirmation of the Plan unless the Plan is modified to expressly provide that all legal, equitable, and contractual rights of the Debtors' vendors and contractors, including the Objecting Parties, remain unaltered and that the Debtors' claims that are being assigned to the Fire Victim Trust are being assigned subject to all rights and defenses of such vendors and contractors.

## II. OBJECTION

### A. The Plan Impairs the Rights of the Debtors' Contractors and Vendors

The Plan provides that General Unsecured Claims in Class 4A and Class 4B are unimpaired and therefore are deemed to have accepted the Plan. The Bankruptcy Code provides, in Section 1124(1), that classes of claims are "impaired" unless the chapter 11 plan "leaves unaltered the legal, equitable, and contractual rights to which such claim . . . entitles the holder of such claim or interest." In enacting Section 1124, Congress defined impairment in the "broadest possible terms." *In re L & J Anaheim Assocs.*, 995 F.2d 940, 942-43 (9th Cir. 1993) (quoting *In re Madison Hotel Assocs.*, 749 F.2d 410, 418 (7th Cir. 1984)). Accordingly, "any alternation of the rights constitutes impairment even if the value of the rights is enhanced." *Id*. (quoting *In re Acequia*, 787 F.2d 1352, 1363 (9th Cir. 1986)).

The Plan improperly identifies general unsecured claimholders as unimpaired because the Plan provisions significantly alter the rights of the Debtors' vendors and contractors in several important ways. The Plan either needs to treat general unsecured creditors as impaired or language should be

2

added to the Plan to clarify that the rights of the Debtors' contractors remain unaltered by the terms of the Plan.

*First*, the Plan provides, with limited exceptions, for the assumption of executory contracts not specifically designated by the Debtors for rejection. *See* Plan, § 8.1. The Plan, in Section 8.1(c), provides that each executory contract assumed pursuant to the Plan "shall vest in, and be fully enforceable by, the applicable Reorganized Debtor in accordance with its terms, "except as modified by the provisions of this Plan . . . ." Separately, Section 8.2(e) of the Plan states that assumption "shall result in the full release and satisfaction of any Claims and Causes of Action against any Debtor or defaults by any Debtor arising under any assumed executory contract" prior to assumption. The Debtors could argue that, according to this language, contract counterparties' claims and defenses, including the defenses of setoff and recoupment, related to assumed contracts are released under the terms of the Plan. Separately, the Schedule of Assigned Contracts, in Paragraph 13, purports to strip the Debtors' contract counterparties of their indemnification rights under assumed executory contracts. It provides that the assumption of executory contracts "shall result in the full release and satisfaction of any and all contingent pre-petition indemnification obligations arising under the terms of any such agreements . . ." *See* Dkt. No. 7037 at p. 18.

An executory contract must be assumed or rejected in its entirety. *See e.g.*, *In re MF Global Holdings Ltd.*, 466 B.R. 239, 241 (Bankr. S.D.N.Y. 2012) ("the trustee must either assume the entire contract cum onere, or reject the entire contract, shedding obligations as well as benefits."); *In re Dewey Ranch Hockey, LLC*, 406 B.R. 30 (Bankr. D. Ariz. 2009) ("It is basic bankruptcy law regarding the assumption and assignment of executory contracts that the assuming party can not assume only the benefits of a contract; rather assumption is the entire agreement, benefits and burdens."). The Debtors' proposed alteration of their contract counterparties' rights is not authorized by Section 365 of the Bankruptcy Code and plainly constitutes "impairment" under Section 1124. To address this concern, the Plan should be modified to provide that, notwithstanding any provisions of the Plan or the Plan Supplement, the assumption of executory contracts does not eliminate any of the rights of the Debtors' contract counterparties.

3

503261827 v7

Case: 19-30088     Doc# 7336     Filed: 05/15/20     Entered: 05/15/20 16:28:13     Page 3 of 17

***Second***, pursuant to the Plan, all Assigned Rights and Causes of Action are assigned to the Fire Victim Trust. Assigned Rights and Causes of Action, defined in Section 1.8 of the Plan, include any claims that the Debtors hold against their contractors related to the Fires. *See* Plan, § 1.8 (defining "Assigned Rights and Causes of Action" as including claims relating directly or indirectly to the Fires, and including claims that the Debtors "may have against vendors, suppliers, third party contractors and consultants . . . ."). While the Plan is not entirely clear, numerous provisions in the Plan suggest that the Debtors' vendors and contractors may be unable to assert their rights and defenses in litigation commenced by the Fire Victim Trust against them even though the rights of the Debtors' contractors are supposedly unimpaired under the terms of the Plan. For example:

- Section 10.3 of the Plan, its general release and discharge provision, provides that each holder of a Claim waive, release and discharge the Debtors "of and from any and all Claims, Interests, rights, and liabilities that arose prior to the Effective Date."

- Section 10.6 of the Plan prohibits all persons "who have held, hold, or may hold Claims or Interests" from "commencing . . . directly or indirectly, any suit, action, or other proceeding of any kind . . . against or affecting, directly or indirectly, a Debtor, a Reorganized Debtor, or an estate or the property of any of the foregoing, or any direct or indirect transferee of any property of, or direct or indirect successor in interest to, any of the foregoing Persons mentioned in this subsection . . . ."

- The channeling injunction of Plan, in Section 10.7 of the Plan, prevents the assertion "of any setoff, right of subrogation, indemnity, contribution, or recoupment of any kind, whether directly or indirectly, against any obligation due to any Reorganized Debtor or against the property of any Reorganized Debtor with respect to any 'Fire Claim.'"

In addition to the foregoing Sections of the Plan, the definitions of "Fire Claim" and "Fire Victim Claim" under the Plan are very broad and apply to any Claim against the Debtors in any way arising out of the Fires . . . ." *See* Plan, § 1.78. This language could be interpreted to apply to contractors' tort, contractual, and statutory claims, and theoretically could be used to prevent the contractors from bringing any defensive claims if sued by the Fire Victim Trust.

The Plan should be modified to include clarifying language providing that *notwithstanding anything to the contrary in the Plan, the Assigned Rights and Causes of Action shall be transferred to the Fire Victim Trust subject to any and all rights and defenses, including but not limited to the rights of the Debtors' vendors and contractors to assert rights of contribution, indemnity, setoff, and*

4

503261827 v7

*recoupment.* Language should also be added to the Plan providing that *notwithstanding anything to the contrary in the Plan, the rights of the Debtors' vendors and contractors, including the right to assert any and all defenses, including common law, statutory, or contractual rights of contribution or indemnity against the Debtors, remain unaltered and may be asserted in response to any action brought by the Fire Victim Trust or any third party claimants.*[1]

## III. CONCLUSION

As drafted, the Plan will significantly impair the rights of the Debtors' vendors and contractors, including their rights to defend against claims brought by the Fire Victim Trust. This is despite the fact that they have been designated by the Debtors as "unimpaired" and are deemed to have accepted the Plan. The Plan must be modified as set forth herein so that the legal, equitable, and contractual rights of the Debtors' vendors and contractors, who have been unable to vote on the Plan, remain unaltered.

MICHAEL B. LUBIC
MATTHEW G. BALL
K&L GATES LLP

Dated: May 15, 2020      By: /s/ Michael B. Lubic
                         Michael B. Lubic

*Attorneys for CN Utility Consulting, Inc., Cupertino Electric, Inc., Wright Tree Service, Inc., and Wright Tree Service of the West, Inc.*

---

[1] Although the Fire Victim Claims are channeled to the Fire Victim Trust, the Plan is silent on the issue of what happens when a third-party victim of a Fire (but not the Trust) sues a contractor directly.

5

503261827 v7

# CERTIFICATE OF SERVICE

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is K&L GATES LLP, 10100 Santa Monica Boulevard, 8th Floor, Los Angeles, California 90067.

On May 15, 2020, I served the document described as:

**OBJECTION OF CN UTILITY CONSULTING, INC., CUPERTINO ELECTRIC, INC., WRIGHT TREE SERVICE, INC., AND WRIGHT TREE SERVICE OF THE WEST, INC. TO CHAPTER 11 PLAN OF REORGANIZATION AND JOINDER TO THE OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO PLAN CONFIRMATION**

☒ **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** The foregoing document will be served by the court via NEF and hyperlink to the document. On May 15, 2020, I checked the CM/ECF docket for this bankruptcy case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated on the next pages.

**See attached Electronic Mail Notice List**

☒ **BY EMAIL (COURTESY COPY):** by transmitting a true copy of the foregoing document to the following e-mail addresses stated in Exhibit A:

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 15, 2020, at Los Angeles, California.

/s/ Jonathan Randolph
Jonathan Randolph

**SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**

- Elliot Adler    eadler@theadlerfirm.com, bzummer@theadlerfirm.com
- Aaron L. Agenbroad    alagenbroad@jonesday.com, saltamirano@jonesday.com
- Pamela Allen    pallen@dir.ca.gov
- Annadel A. Almendras    annadel.almendras@doj.ca.gov
- Monique D. Almy    malmy@crowell.com
- Dana M. Andreoli    dandreoli@steyerlaw.com, mterry@steyerlaw.com
- Anne Andrews    aa@andrewsthornton.com, aandrews@andrewsthornton.com
- Richard L. Antognini    rlalawyer@yahoo.com, hallonaegis@gmail.com
- Tyson Arbuthnot    tarbuthnot@rjo.com, jyeung@rjo.com
- Lauren T. Attard    lattard@bakerlaw.com, agrosso@bakerlaw.com
- Herb Baer    hbaer@primeclerk.com, ecf@primeclerk.com
- Kathryn E. Barrett    keb@svlg.com, amt@svlg.com
- Chris Bator    cbator@bakerlaw.com, jmcguigan@bakerlaw.com
- Ronald S. Beacher    rbeacher@pryorcashman.com
- Hagop T. Bedoyan    hbedoyan@kleinlaw.com, ecf@kleinlaw.com
- Andrew David Behlmann    abehlmann@lowenstein.com, elawler@lowenstein.com
- Tanya Behnam    tbehnam@polsinelli.com, tanyabehnam@gmail.com
- James C. Behrens    jbehrens@milbank.com, mkoch@milbank.com
- Jacob Taylor Beiswenger    jbeiswenger@omm.com, llattin@omm.com
- James T. Bentley    james.bentley@srz.com, Kelly.Knight@srz.com
- Peter J. Benvenutti    pbenvenutti@kbkllp.com
- Robert Berens    rberens@smtdlaw.com, sr@smtdlaw.com
- Ronald F. Berestka    rberestka@stonelawoffice.com, csepulveda@stonelawoffice.com
- Heinz Binder    heinz@bindermalter.com
- Neil Jon Bloomfield    njbloomfield@njblaw.com, gklump@njblaw.com
- Jason Blumberg    jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov
- Paige Boldt    pboldt@wattsguerra.com, cwilson@wattsguerra.com
- Ameneh Maria Bordi    ameneh.bordi@kirkland.com, leo.rosenberg@kirkland.com
- Jason Borg    jborg@jasonborglaw.com
- Mark Bostick    mbostick@wendel.com, bankruptcy@wendel.com
- James L. Bothwell    jbothwell@hugueninkahn.com, jguzman@hugueninkahn.com
- Peter R. Boutin    peter.boutin@kyl.com, lara.joel@kyl.com
- Erin N. Brady    enbrady@jonesday.com
- Gregory A. Bray    gbray@milbank.com
- Michael D. Breslauer    mbreslauer@ecf.courtdrive.com, wyones@swsslaw.com
- W. Steven Bryant    , molly.batiste-debose@lockelord.com
- Chane Buck    cbuck@jonesday.com
- Elizabeth J. Cabraser    ecabraser@lchb.com, awolf@lchb.com
- Anthony P. Cali    anthony.cali@stinson.com, lindsay.petrowski@stinson.com
- Peter C. Califano    pcalifano@cwclaw.com
- Steven M. Campora    scampora@dbbwc.com, nlechuga@dbbwc.com
- Leah E. Capritta    leah.capritta@hklaw.com, lori.labash@hklaw.com
- Nicholas A. Carlin    nac@phillaw.com, rac@phillaw.com
- Katherine Rose Catanese    kcatanese@foley.com
- Jennifer Machlin Cecil    JCecil@winston.com, ECF_SF@winston.com
- Karen J. Chedister    kchedister@h-jlaw.com
- Christina Lin Chen    christina.chen@morganlewis.com, christina.lin.chen@gmail.com

- Richard A. Chesley     richard.chesley@dlapiper.com, bill.countryman@dlapiper.com
- Kevin Chiu     kevin.chiu@bakerbotts.com, rory.fontenla@bakerbotts.com
- Jacquelyn H. Choi     jchoi@raineslaw.com, bclark@raineslaw.com
- Shawn M. Christianson     schristianson@buchalter.com
- Robert N.H. Christmas     rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- Jae Angela Chun     ajc@chun.law, teresa@tosdallaw.com
- Alicia Clough     aclough@loeb.com
- Tiffany Strelow Cobb     tscobb@vorys.com
- John B. Coffman     john@johncoffman.net
- Kevin G. Collins     kevin.collins@btlaw.com
- Brian S. Conlon     bsc@phillaw.com, rac@phillaw.com
- Charles Cording     ccording@willkie.com, mao@willkie.com
- Manuel Corrales     mannycorrales@yahoo.com, hcskanchy@hotmail.com
- Anne Costin     anne@costinlawfirm.com
- Donald H. Cram     dhc@severson.com
- Ashley Vinson Crawford     avcrawford@akingump.com, dkrasa-berstell@akingump.com
- J. Russell Cunningham     rcunningham@dnlc.net, emehr@dnlc.net
- Keith J. Cunningham     , rkelley@pierceatwood.com
- Keith J. Cunningham     kcunningham@pierceatwood.com, rkelley@pierceatwood.com
- James D. Curran     jcurran@wolkincurran.com, dstorms@wolkincurran.com
- Tambra Curtis     tambra.curtis@sonoma-county.org, Kristin.whalley@sonoma-county.org
- James M. Davis     jdavis@cglaw.com
- Nicolas De Lancie     ndelancie@jmbm.com
- Judith A. Descalso     , jad_9193@ecf.courtdrive.com
- Erin Elizabeth Dexter     edexter@milbank.com
- Shounak S. Dharap     ssd@arnslaw.com, mec@arnslaw.com
- Kathryn S. Diemer     kdiemer@diemerwei.com
- Kathryn S. Diemer     kdiemer@diemerwhitman.com
- John P. Dillman     houston_bankruptcy@publicans.com
- Jonathan R. Doolittle     jdoolittle@reedsmith.com
- Jennifer V. Doran     jdoran@hinckleyallen.com
- Dustin M. Dow     ddow@bakerlaw.com, jmcguigan@bakerlaw.com
- Jamie P. Dreher     jdreher@downeybrand.com
- Todd Dressel     tdressel@mcguirewoods.com, JTabisaura@mcguirewoods.com
- Geoffrey B. Dryvynsyde     gbd@cpuc.ca.gov, geoffrey.dryvynsyde@cpuc.ca.gov
- Cecily Ann Dumas     cdumas@bakerlaw.com, hhammonturano@bakerlaw.com
- Dennis F. Dunne     cprice@milbank.com, jbrewster@milbank.com
- Dennis F. Dunne     ddunne@milbank.com, jbrewster@milbank.com
- Huonganh Annie Duong     annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com
- Luke N. Eaton     eatonl@pepperlaw.com, monugiac@pepperlaw.com
- Kevin M. Eckhardt     keckhardt@hunton.com, candonian@huntonak.com
- Joseph A. Eisenberg     JAE1900@yahoo.com
- Michele Ellison     mellison@gibbsgiden.com, lrochelle@gibbsgiden.com
- David Emerzian     , Melany.Hertel@mccormickbarstow.com
- G. Larry Engel     larry@engeladvice.com
- Krista M. Enns     kenns@beneschlaw.com
- Scott Esbin     sesbin@esbinalter.com

- Joseph M. Esmont  jesmont@bakerlaw.com
- Michael P. Esser  michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com
- Richard W. Esterkin  richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com
- Michael S. Etkin  metkin@lowenstein.com
- Jacob M. Faircloth  jacob.faircloth@smolsonlaw.com
- Brett D. Fallon  bfallon@morrisjames.com, wweller@morrisjames.com
- Michael C. Fallon  , manders@fallonlaw.net
- Joana Fang  jf@kbklawyers.com, icd@kbklawyers.com
- Joseph Kyle Feist  jfeistesq@gmail.com, info@norcallawgroup.net
- David M. Feldman  DFeldman@gibsondunn.com
- Matthew A. Feldman  mfeldman@willkie.com
- Mark E. Felger  mfelger@cozen.com
- James J. Ficenec  James.Ficenec@ndlf.com, caroline.pfahl@ndlf.com
- John D. Fiero  jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- Kimberly S. Fineman  kfineman@nutihart.com, nwhite@nutihart.com
- Stephen D. Finestone  sfinestone@fhlawllp.com
- Timothy M. Flaherty  tflaherty@mpplaw.com
- Daniel I. Forman  dforman@willkie.com
- Jonathan Forstot  jonathan.forstot@troutman.com, john.murphy@troutman.com
- Jonathan Forstot  , john.murphy@troutman.com
- Matthew Hampton Foushee  hampton.foushee@hoganlovells.com, hfoushee@gmail.com
- Carolyn Frederick  cfrederick@prklaw.com
- Peter Friedman  pfriedman@omm.com
- Roger F. Friedman  rfriedman@rutan.com, csolorzano@rutan.com
- Xiyi Fu  jackie.fu@lockelord.com, taylor.warren@lockelord.com
- Lars H. Fuller  lfuller@bakerlaw.com
- Larry W. Gabriel  lgabriel@bg.law, nfields@bg.law
- Gregg M. Galardi  gregg.galardi@ropesgray.com
- Richard L. Gallagher  richard.gallagher@ropesgray.com
- Craig Solomon Ganz  ganzc@ballardspahr.com, hartt@ballardspahr.com
- Jeffrey K. Garfinkle  jgarfinkle@buchalter.com
- Oscar Garza  ogarza@gibsondunn.com
- Lisa S. Gast  lsg@dwgp.com, lmk@dwgp.com
- Paul R. Gaus  paul.gaus@mccormickbarstow.com
- Duane M. Geck  dmg@severson.com
- Evelina Gentry  evelina.gentry@akerman.com, rob.diwa@akerman.com
- Janet D. Gertz  jgertz@btlaw.com, amattingly@btlaw.com
- Christopher Gessner  cgessner@akingump.com, NYMCO@akingump.com
- Barry S. Glaser  bglaser@lkfirm.com
- Paul R. Glassman  pglassman@sycr.com
- Gabriel I. Glazer  gglazer@pszjlaw.com
- Gabrielle Glemann  gabrielle.glemann@stoel.com, rene.alvin@stoel.com
- Jaime Godin  Jtouchstone@fddcm.com
- Matthew A. Gold  courts@argopartners.net
- Eric D. Goldberg  eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- Craig Goldblatt  Craig.Goldblatt@wilmerhale.com, whdocketing@wilmerhale.com
- Amy L. Goldman  goldman@lbbslaw.com
- Eric S. Goldstein  egoldstein@goodwin.com
- Rhonda Stewart Goldstein  Rhonda.Goldstein@ucop.edu, Lissa.Ly@ucop.edu

4
CERTIFICATE OF SERVICE

- Richard H. Golubow    rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com
- Michael J. Gomez    mgomez@frandzel.com, dmoore@frandzel.com
- Michael W. Goodin    mgoodin@clausen.com, mgenova@clausen.com
- Eric R. Goodman    egoodman@bakerlaw.com
- Mark A. Gorton    mgorton@boutinjones.com, cdomingo@boutininc.com
- Mark A. Gorton    mgorton@boutininc.com, cdomingo@boutininc.com
- Michael I. Gottfried    MGottfried@elkinskalt.com, AAburto@elkinskalt.com
- Louis Gottlieb    Lgottlieb@labaton.com, mpenrhyn@labaton.com
- Eric A. Grasberger    eric.grasberger@stoel.com, docketclerk@stoel.com
- Debra I. Grassgreen    dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- Eric A. Gravink    eric@rhrc.net
- Elizabeth A. Green    egreen@bakerlaw.com, orlbankruptcy@bakerlaw.com
- Mitchell B. Greenberg    mgreenberg@abbeylaw.com, mmeroney@abbeylaw.com
- Matthew W. Grimshaw    matt@grimshawlawgroup.com, ecfmarshackhays@gmail.com
- Stuart G. Gross    sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com
- Carl L. Grumer    cgrumer@manatt.com, mchung@manatt.com
- Elizabeth M. Guffy    eguffy@lockelord.com, autodocket@lockelord.com
- Cameron Gulden    cameron.m.gulden@usdoj.gov
- Mirco J. Haag    mhaag@buchalter.com, dcyrankowski@buchalter.com
- Laurie Hager    lhager@sussmanshank.com
- J. Noah Hagey    hagey@braunhagey.com, tong@braunhagey.com
- Oren Buchanan Haker    oren.haker@stoel.com, rene.alvin@stoel.com
- Kristopher M. Hansen    dmohamed@stroock.com, mmagzamen@stroock.com
- Adam C. Harris    adam.harris@srz.com, james.bentley@srz.com
- Robert G. Harris    rob@bindermalter.com
- Christopher H. Hart    chart@nutihart.com, nwhite@nutihart.com
- Bryan L. Hawkins    bryan.hawkins@stoel.com, Sharon.witkin@stoel.com
- Jan M Hayden    jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com
- Jennifer C. Hayes    jhayes@fhlawllp.com
- Alaina R. Heine    alaina.heine@dechert.com, brett.stone@dechert.com
- Cristina A. Henriquez    chenriquez@mayerbrown.com
- Stephen E. Hessler, P.C.    , jozette.chong@kirkland.com
- Matthew Heyn    matthew.heyn@doj.ca.gov
- Sean T. Higgins    aandrews@andrewsthornton.com, shiggins@andrewsthornton.com
- Morgan R. Hirst    mhirst@jonesday.com, mmelvin@jonesday.com
- Michael R. Hogue    hoguem@gtlaw.com, navarrom@gtlaw.com
- David Holtzman    david.holtzman@hklaw.com
- Alexandra S. Horwitz    allie.horwitz@dinsmore.com
- Marsha Houston    mhouston@reedsmith.com, hvalencia@reedsmith.com
- Shane Huang    shane.huang@usdoj.gov
- Brian D. Huben    hubenb@ballardspahr.com
- Jonathan Hughes    , jane.rustice@aporter.com
- Edward R. Huguenin    ehuguenin@hugueninkahn.com, jguzman@hugueninkahn.com
- Michael A. Isaacs    Michael.Isaacs@dentons.com, Alissa.Worthing@dentons.com
- Mark V. Isola    mvi@sbj-law.com
- J. Eric Ivester    Eric.Ivester@skadden.com, Andrea.Bates@skadden.com
- J. Eric Ivester    , Andrea.Bates@skadden.com
- Kizzy L. Jarashow    KJarashow@goodwinlaw.com, AFraticelliLouallen@goodwinlaw.com
- Ivan C. Jen    ivan@icjenlaw.com

5
**CERTIFICATE OF SERVICE**

- Monique Jewett-Brewster    mjb@hopkinscarley.com, eamaro@hopkinscarley.com
- James O. Johnston    jjohnston@jonesday.com
- Chris Johnstone    chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com
- Andrew Jones    andrew@ajoneslaw.com
- Gregory K. Jones    GJones@dykema.com, cacossano@dykema.com
- Robert A. Julian    rjulian@bakerlaw.com, hhammonturano@bakerlaw.com
- George H. Kalikman    gkalikman@schnader.com, sdavenport@schnader.com
- Roberto J. Kampfner    rkampfner@whitecase.com, mco@whitecase.com
- Bonnie E. Kane    bonnie@thekanelawfirm.com, skane@thekanelawfirm.com
- Gary M. Kaplan    gkaplan@fbm.com, calendar@fbm.com
- Robert B. Kaplan    rbk@jmbm.com
- Eve H. Karasik    ehk@lnbyb.com
- Michael G. Kasolas    trustee@kasolas.net, CA30@ecfcbis.com,ecf.alert+Kasolas@titlexi.com
- Elyssa S. Kates    ekates@bakerlaw.com
- Ori Katz    okatz@sheppardmullin.com, LSegura@sheppardmullin.com
- William M. Kaufman    wkaufman@smwb.com
- Jane G. Kearl    jkearl@watttieder.com, jbenton@watttieder.com
- Tobias S. Keller    tkeller@kbkllp.com
- Lynette C. Kelly    ustpregion17.oa.ecf@usdoj.gov
- Matthew K. Kelsey    mkelsey@gibsondunn.com
- Gerald P. Kennedy    gerald.kennedy@procopio.com, kristina.terlaga@procopio.com
- Erica L. Kerman    ekerman@willkie.com
- Samuel A. Khalil    skhalil@milbank.com, jbrewster@milbank.com
- Samuel M. Kidder    skidder@ktbslaw.com
- Marc Kieselstein    , carrie.oppenheim@kirkland.com
- Jane Kim    jkim@kbkllp.com
- Mary H. Kim    Mary.Kim@dechert.com, brett.stone@dechert.com
- Kody D. L. Kleber    kkleber@bakerlaw.com, dmartinez@bakerlaw.com
- Matthew Ryan Klinger    mklinger@sheppardmullin.com, DGatmen@sheppardmullin.com
- Bradley C. Knapp    bknapp@lockelord.com, Yamille.Harrison@lockelord.com
- Kelly V. Knight    kelly.knight@srz.com
- Lydia Vanessa Ko    Lvko@stonelawoffice.com
- Thomas F. Koegel    tkoegel@crowell.com
- Katherine Kohn    kkohn@groom.com, ashahinllari@groom.com
- Andy S. Kong    kong.andy@arentfox.com, Yvonne.Li@arentfox.com
- Anna Kordas    akordas@jonesday.com, mmelvin@jonesday.com
- Alan W. Kornberg    , akornberg@paulweiss.com
- Bernard Kornberg    bjk@severson.com
- David I. Kornbluh    dik@millermorton.com, mhr@millermorton.com
- Lauren Kramer    lkramer@rjo.com
- Jeffrey C. Krause    jkrause@gibsondunn.com
- Thomas R. Kreller    tkreller@milbank.com
- Lindsey E. Kress    lkress@lockelord.com, autodocket@lockelord.com
- Hannah C. Kreuser    hkreuser@porterlaw.com, ooberg@porterlaw.com
- Michael Thomas Krueger    michael.krueger@ndlf.com, Havilyn.lee@ndlf.com
- Robert T. Kugler    robert.kugler@stinson.com
- Boris Kukso    boris.kukso@usdoj.gov, western.taxcivil@usdoj.gov
- Brendan M. Kunkle    bkunkle@abbeylaw.com, lmeyer@abbeylaw.com

6
CERTIFICATE OF SERVICE

- Alisa C. Lacey   alisa.lacey@stinson.com, karen.graves@stinson.com
- Timothy S. Laffredi   timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov
- Timothy S. Laffredi   timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov
- Richard A. Lapping   rich@trodellalapping.com
- Omeed Latifi   olatifi@theadlerfirm.com, kdeubler@theadlerfirm.com
- John E. Lattin   jlattin@ostergar.com, cslovenec@ostergar.com
- Michael Lauter   mlauter@sheppardmullin.com
- Kenneth T. Law   klaw@bbslaw.com
- Francis J. Lawall   lawallf@pepperlaw.com, henrys@pepperlaw.com
- Andrew Michael Leblanc   ALeblanc@milbank.com
- Erica Lee   Erica.Lee@doj.ca.gov
- Scott Lee   scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com
- Paul J. Leeds   leedsp@higgslaw.com
- Edward J. Leen   eleen@mkbllp.com
- Lisa Lenherr   llenherr@wendel.com, bankruptcy@wendel.com
- Matthew A. Lesnick   matt@lesnickprince.com, jmack@lesnickprince.com
- Bryn G. Letsch   bletsch@braytonlaw.com
- David B. Levant   david.levant@stoel.com, rene.alvin@stoel.com
- Andrew H. Levin   alevin@wcghlaw.com
- David Levine   dnl@groom.com
- Marc A. Levinson   Malevinson@orrick.com, casestream@ecf.courtdrive.com
- Dara Levinson Silveira   dsilveira@kbkllp.com
- Alexander James Demitro Lewicki   kdiemer@diemerwei.com
- Alexander James Demitro Lewicki   alewicki@diemerwei.com
- William Thomas Lewis   wtl@roblewlaw.com, kimwrenn@msn.com
- William S. Lisa   , jcaruso@nixonpeabody.com
- William S. Lisa   wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com
- Jonathan A. Loeb   jon.loeb@bingham.com
- Michael B. Lubic   michael.lubic@klgates.com
- John William Lucas   jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Joseph R. Lucia   PersonalInjuryGroup@RLSlawyers.com
- Jane Luciano   jane-luciano@comcast.net
- Kerri Lyman   klyman@irell.com
- Carissa A. Lynch   Carissa.Lynch@ftb.ca.gov, Martha.Gehrig@ftb.ca.gov
- John H. MacConaghy   macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com
- Iain A. Macdonald   iain@macfern.com, ecf@macfern.com
- Tracy L. Mainguy   tmainguy@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- Samuel R. Maizel   samuel.maizel@dentons.com, alicia.aguilar@dentons.com
- Adam Malatesta   adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com
- Katharine Malone   malonek@gtlaw.com
- Liam K. Malone   malone@oles.com, shahin@oles.com
- Michael W. Malter   michael@bindermalter.com
- Craig Margulies   cmargulies@margulies-law.com, lsalazar@margulies-law.com
- Geoffrey E. Marr   gemarr59@hotmail.com
- Richard A. Marshack   rmarshack@marshackhays.com, rmarshack@ecf.courtdrive.com
- Catherine Martin   cmartin@simon.com, rtucker@simon.com;bankruptcy@simon.com
- Laila Masud   lmasud@marshackhays.com, lmasud@ecf.courtdrive.com

7
CERTIFICATE OF SERVICE

- David P. Matthews    jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com
- Patrick C. Maxcy    patrick.maxcy@snrdenton.com
- Benjamin P. McCallen    bmccallen@willkie.com
- Thomas E. McCurnin    tmccurnin@bkolaw.com, kescano@bkolaw.com
- Hugh M. McDonald    hugh.mcdonald@troutman.com, john.murphy@troutman.com
- Hugh M. McDonald    , john.murphy@troutman.com
- C. Luckey McDowell    Luckey.McDowell@Shearman.com
- Matthew D. McGill    MMcGill@gibsondunn.com
- Scott H. McNutt    SMcNutt@ml-sf.com, csnell@ml-sf.com
- Thomas Melone    Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com
- Peter Meringolo    peter@pmrklaw.com
- Frank A. Merola    lacalendar@stroock.com, mmagzamen@stroock.com
- Jennifer L. Mersing    jennifer.mersing@stoel.com, lisa.petras@stoel.com
- Joshua M. Mester    jmester@jonesday.com
- Matthew D. Metzger    belvederelegalecf@gmail.com
- Merle C. Meyers    mmeyers@mlg-pc.com
- Randy Michelson    randy.michelson@michelsonlawgroup.com
- Gerardo Mijares-Shafai    Gerardo.Mijares-Shafai@arnoldporter.com, kenneth.anderson@arnoldporter.com
- Joel S. Miliband    jmiliband@brownrudnick.com
- Joseph G. Minias    jminias@willkie.com
- M. David Minnick    dminnick@pillsburylaw.com, docket@pillsburylaw.com
- Benjamin Mintz    benjamin.mintz@arnoldporter.com, valerie.foley@arnoldporter.com
- Nancy Mitchell    nmitchell@omm.com
- Thomas C. Mitchell    tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com
- John A. Moe    john.moe@dentons.com, glenda.spratt@dentons.com
- Aaron J. Mohamed    ajm@brereton.law, aaronmohamedlaw@gmail.com
- Kevin Montee    kmontee@monteeassociates.com
- David W. Moon    lacalendar@stroock.com, mmagzamen@stroock.com
- Diane Marger Moore    dmargermoore@baumhedlundlaw.com
- Erika L. Morabito    emorabito@foley.com, hsiagiandraughn@foley.com
- Candace J. Morey    cjm@cpuc.ca.gov
- Courtney L. Morgan    morgan.courtney@pbgc.gov
- Kimberly S. Morris    kmorris@bakerlaw.com, hhammonturano@bakerlaw.com
- Rodney Allen Morris    Rodney.Morris2@usdoj.gov
- Joshua D. Morse    Joshua.Morse@dlapiper.com, joshua-morse-0092@ecf.pacerpro.com
- Andrew H. Morton    andrew.morton@stoel.com, lisa.petras@stoel.com
- Thomas G. Mouzes    tmouzes@boutinjones.com, cdomingo@boutininc.com
- Peter S. Munoz    pmunoz@reedsmith.com, gsandoval@reedsmith.com
- Bennett J. Murphy    bmurphy@bennettmurphylaw.com
- Michael S. Myers    myersms@ballardspahr.com
- Alan I. Nahmias    anahmias@mbnlawyers.com, jdale@mbnlawyers.com
- David L. Neale    dln@lnbrb.com
- David L. Neale    dln@lnbyb.com
- David Neier    dneier@winston.com
- Brittany J. Nelson    bnelson@foley.com, hsiagiandraughn@foley.com
- Michael S. Neumeister    MNeumeister@gibsondunn.com

8
**CERTIFICATE OF SERVICE**

- Howard S. Nevins    hnevins@hsmlaw.com
- Melissa T. Ngo    ngo.melissa@pbgc.gov, efile@pbgc.gov
- Mario R. Nicholas    mario.nicholas@stoel.com, cherie.clark@stoel.com
- Sean Nolan    snolan@akingump.com, NYMCO@akingump.com
- Gregory C. Nuti    gnuti@nutihart.com, nwhite@nutihart.com
- Abigail O'Brient    aobrient@mintz.com, docketing@mintz.com
- Julie E. Oelsner    joelsner@weintraub.com, bjennings@weintraub.com
- Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov
- Matthew Jon Olson    matt@macfern.com, stell.laura@dorsey.com
- Scott Olson    solson@vedderprice.com, nortega@vedderprice.com
- Steven M. Olson    smo@smolsonlaw.com
- Aram Ordubegian    Ordubegian.Aram@ArentFox.com
- Gabriel Ozel    , gabeozel@gmail.com
- Margarita Padilla    Margarita.Padilla@doj.ca.gov
- Amy S. Park    amy.park@skadden.com, alissa.turnipseed@skadden.com
- Donna Taylor Parkinson    donna@parkinsonphinney.com
- Peter S. Partee    ppartee@huntonak.com, candonian@huntonak.com
- Paul J. Pascuzzi    ppascuzzi@ffwplaw.com, docket@ffwplaw.com
- Kenneth Pasquale    , mlaskowski@stroock.com
- Charles Scott Penner    penner@carneylaw.com, caragol@carneylaw.com
- Valerie Bantner Peo    vbantnerpeo@buchalter.com
- Yosef Peretz    , skim@peretzlaw.com
- Thomas R. Phinney    tom@parkinsonphinney.com
- R. Alexander Pilmer    alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
- M. Ryan Pinkston    rpinkston@seyfarth.com, jmcdermott@seyfarth.com
- Estela O. Pino    epino@epinolaw.com, rmahal@epinolaw.com
- Gregory Plaskett    GREGORY.PLASKETT@GMAIL.COM, HKHAPPYGRL1@GMAIL.COM
- Mark D. Plevin    mplevin@crowell.com
- Steven G. Polard    spolard@eisnerlaw.com
- Mark D. Poniatowski    ponlaw@ponlaw.com
- William L. Porter    bporter@porterlaw.com, Ooberg@porterlaw.com
- Christopher E. Prince    cprince@lesnickprince.com
- Douglas B. Provencher    dbp@provlaw.com
- Stacey C. Quan    squan@steyerlaw.com, pspencer@steyerlaw.com
- Amy C. Quartarolo    amy.quartarolo@lw.com
- Lary Alan Rappaport    lrappaport@proskauer.com, PHays@proskauer.com
- Justin E. Rawlins    justinrawlins@paulhastings.com
- Hugh M. Ray    hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com
- Paul F. Ready    smeyer@farmerandready.com
- Caroline A. Reckler    caroline.reckler@lw.com
- David M. Reeder    david@reederlaw.com, secretary@reederlaw.com
- Steven J. Reisman    sreisman@katten.com, nyc.bknotices@kattenlaw.com
- Jeffrey M. Reisner    jreisner@irell.com
- Jack A. Reitman    , srichmond@lgbfirm.com
- Emily P. Rich    erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- David J. Richardson    drichardson@bakerlaw.com, aagonzalez@bakerlaw.com
- Christopher O. Rivas    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- David B. Rivkin    drivkin@bakerlaw.com, jmeeks@bakerlaw.com

9
CERTIFICATE OF SERVICE

- John R. Rizzardi    kcoselman@cairncross.com, tnguyen@cairncross.com
- Daniel Robertson    robertson.daniel@pbgc.gov, efile@pbgc.gov
- Lacey E. Rochester    lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com
- Michael Rogers    mrogers@lambertrogers.com, jan@lambertrogers.com
- Julie H. Rome-Banks    julie@bindermalter.com
- Jorian L. Rose    jrose@bakerlaw.com
- Paul M. Rosenblatt    prosenblatt@kilpatricktownsend.com, mwilliams@kilpatricktownsend.com
- David A. Rosenzweig    david.rosenzweig@nortonrosefulbright.com, thomas.burns@nortonrossefulbright.com
- Allan Robert Rosin    arrosin@alr-law.com
- Jay M. Ross    jross@hopkinscarley.com, eamaro@hopkinscarley.com
- Gregory A. Rougeau    grougeau@brlawsf.com
- Stacy H. Rubin    rubins@ballardspahr.com, BKTDocket_West@ballardspahr.com
- Jason C. Rubinstein    jrubinstein@fklaw.com, mclerk@fklaw.com
- Nathan Q. Rugg    nathan.rugg@bfkn.com, jean.montgomery@bfkn.com
- Thomas B. Rupp    trupp@kbkllp.com
- Eric E. Sagerman    esagerman@bakerlaw.com
- Robert Sahyan    rsahyan@sheppardmullin.com, JNakaso@sheppardmullin.com
- Jonathan C. Sanders    jsanders@stblaw.com
- Nanette D. Sanders    nanette@ringstadlaw.com, becky@ringstadlaw.com
- Natalie Kathleen Sanders    natalie.sanders@bakerbotts.com
- Lovee Sarenas    Lovee.sarenas@lewisbrisbois.com
- Sunny S. Sarkis    sunny.sarkis@stoel.com, dawn.forgeur@stoel.com
- Patricia Savage    psavesq@gmail.com, jodi.savage@gmail.com
- Sblend A. Sblendorio    sas@hogefenton.com
- Francis O. Scarpulla    fos@scarpullalaw.com, cpc@scarpullalaw.com
- Daren M Schlecter    daren@schlecterlaw.com, info@schlecterlaw.com
- Bradley R. Schneider    bradley.schneider@mto.com, jeffrey.wu@mto.com
- Harvey S. Schochet    Harveyschochet@dwt.com
- Nathan A. Schultz    nschultz@goodwinlaw.com, kjarashow@goodwinlaw.com
- Lisa Schweitzer    lschweitzer@cgsh.com
- Eric J. Seiler    eseiler@fklaw.com, mclerk@fklaw.com
- David B. Shemano    dshemano@pwkllp.com
- James A. Shepherd    jim@jsheplaw.com, shepIGN@gmail.com
- Leonard M. Shulman    lshulman@shbllp.com
- Andrew I. Silfen    andrew.silfen@arentfox.com
- Wayne A. Silver    w_silver@sbcglobal.net, ws@waynesilverlaw.com
- Craig S. Simon    csimon@bergerkahn.com, aketcher@bergerkahn.com
- Gerald Singleton    gerald@slffirm.com, BKECFCANB@SLFfirm.com
- Steven J. Skikos    sskikos@skikos.com, mmontoya@skikos.com
- Michael K. Slattery    mslattery@lkfirm.com, rramirez@lkfirm.com
- Dania Slim    dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com
- Jennifer N. Slocum    jennifer.slocum@stoel.com, docketclerk@stoel.com
- Aaron C. Smith    asmith@lockelord.com, autodocket@lockelord.com
- Alan D. Smith    adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com
- Jan D. Sokol    jdsokol@lawssl.com, dwright@lawssl.com
- Randye B. Soref    rsoref@polsinelli.com
- Joseph Sorkin    jsorkin@akingump.com, NYMCO@akingump.com

10
**CERTIFICATE OF SERVICE**

- Bennett L. Spiegel   blspiegel@jonesday.com
- Michael St. James   ecf@stjames-law.com
- Diane C. Stanfield   diane.stanfield@alston.com, nelly.villaneda@alston.com
- Howard J. Steinberg   steinbergh@gtlaw.com, pearsallt@gtlaw.com
- Harriet A. Steiner   harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com
- Lillian G. Stenfeldt   lillian.stenfeldt@rimonlaw.com, jon.arneson@sedgwicklaw.com
- Lillian G. Stenfeldt   lillian.stenfeldt@sdma.com, jon.arneson@sedgwicklaw.com
- Cheryl L. Stengel   clstengel@outlook.com, stengelcheryl40@gmail.com
- David M. Stern   dstern@ktbslaw.com
- Geoffrey S. Stewart   gstewart@jonesday.com, mmelvin@jonesday.com
- Alan J. Stone   AStone@milbank.com, DMcCracken@Milbank.com
- Jason D. Strabo   jstrabo@mwe.com, shill@mwe.com
- Michael H. Strub   mstrub@irell.com, mhstrub1@gmail.com
- Rebecca Suarez   rsuarez@crowell.com
- Brad T. Summers   summerst@lanepowell.com, docketing-pdx@lanepowell.com
- Kristine Theodesia Takvoryan   ktakvoryan@ckrlaw.com
- Derrick Talerico   dtalerico@ztlegal.com, sfritz@ztlegal.com
- Kesha Tanabe   kesha@tanabelaw.com
- Mary Ellmann Tang   mtang@frenchlyontang.com, nblackwell@frenchlyontang.com
- Elizabeth Lee Thompson   ethompson@stites.com, docketclerk@stites.com
- John C. Thornton   jct@andrewsthornton.com, aandrews@andrewsthornton.com
- Elisa Tolentino   cao.main@sanjoseca.gov
- Meagan S. Tom   Meagan.tom@lockelord.com, autodocket@lockelord.com
- Edward J. Tredinnick   etredinnick@greeneradovsky.com
- Matthew Jordan Troy   matthew.troy@usdoj.gov
- Michael Tye   Michael.Tye@usdoj.gov
- Andrew Van Ornum   avanornum@vlmglaw.com, hchea@vlmglaw.com
- Shmuel Vasser   shmuel.vasser@dechert.com, brett.stone@dechert.com
- Victor A. Vilaplana   vavilaplana@foley.com, rhurst@foley.com
- Marta Villacorta   marta.villacorta@usdoj.gov
- Carol C. Villegas   cvillegas@labaton.com, NDonlon@labaton.com
- John A. Vos   InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
- Bao M. Vu   bao.vu@stoel.com, sharon.witkin@stoel.com
- Nicholas Wagner   kschemen@wagnerjones.com, bwagner@wagnerjones.com
- Jonathan D. Waisnor   jwaisnor@willkie.com, mao@willkie.com
- Riley C. Walter   ecf@W2LG.com
- Phillip K. Wang   phillip.wang@rimonlaw.com
- Philip S. Warden   philip.warden@pillsburylaw.com, kathy.stout@pillsburylaw.com
- Mikal C. Watts   mcwatts@wattsguerra.com, cwilson@wattsguerra.com
- Lindsi M. Weber   lweber@polsinelli.com, yderac@polsinelli.com
- Joseph M. Welch   jwelch@buchalter.com, dcyrankowski@buchalter.com
- David Walter Wessel   DWessel@efronlawfirm.com, hporter@chdlawyers.com
- Joseph West   westjoseph@earthlink.net, josephw998@gmail.com
- Drew M. Widders   dwidders@wilcoxenlaw.com, nina@wilcoxenlaw.com
- Jason P. Williams   jwilliams@wplgattorneys.com, maryanne@wplgattorneys.com
- Eric R. Wilson   kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com
- Kimberly S. Winick   kwinick@clarktrev.com, knielsen@clarktrev.com
- Rebecca J. Winthrop   rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonrosefulbright.com

11
CERTIFICATE OF SERVICE

| | |
|---|---|
| 1 | - David Wirt    david.wirt@hklaw.com, denise.harmon@hklaw.com |
| 2 | - Ryan A. Witthans    rwitthans@fhlawllp.com |
|   | - Risa Lynn Wolf-Smith    rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com |
| 3 | - Douglas Wolfe    dwolfe@asmcapital.com |
|   | - Andrea Wong    wong.andrea@pbgc.gov, efile@pbgc.gov |
| 4 | - Christopher Kwan Shek Wong    christopher.wong@arentfox.com |
|   | - David A. Wood    dwood@marshackhays.com, lbuchanan@marshackhays.com |
| 5 | - Kirsten A. Worley    kw@wlawcorp.com, admin@wlawcorp.com |
| 6 | - Kinga Wright    kinga.wright@lockelord.com, autodocket@lockelord.com |
|   | - Antonio Yanez    ayanez@willkie.com |
| 7 | - Cathy Yanni    cathy@cathyyanni.com, pstrunk@browngreer.com |
|   | - Andrew Yaphe    andrew.yaphe@davispolk.com, pge.dpw.routing@davispolk.com |
| 8 | - Tacie H. Yoon    tyoon@crowell.com |
|   | - Bennett G. Young    byoung@jmbm.com, jb8@jmbm.com |
| 9 | - Christopher L. Young    cyoung@cairncross.com, nspringstroh@cairncross.com |
| 10 | - Nicole M. Zeiss    nzeiss@labaton.com |
|   | - Paul H. Zumbro    mao@cravath.com |
| 11 | - Brittany Zummer    bzummer@theadlerfirm.com, nfournier@theadlerfirm.com |
|   | - Dario de Ghetaldi    deg@coreylaw.com, lf@coreylaw.com |