CHRISTOPHER W. WOOD, SBN 193955
LARRY Q. PHAN, SBN 284561
**DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**
20 Bicentennial Circle
Sacramento, CA 95826
Telephone: (916) 379-3500
Facsimile: (916) 379-3599

ESTELA O. PINO, SBN 112975
**PINO & ASSOCIATES**
1520 Eureka Rd., Suite 101,
Roseville, CA 95661
Telephone: (916) 641-2288
Facsimile: (916) 244-0989

Attorneys for the Creditor, Ravin Skondin.

THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>-and-<br><br>In re:<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>* All papers shall be filed in the lead case, No. 19-30088(DM) | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>**CREDITOR, RAVIN SKONDIN'S JOINDER IN LIMITED OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO PLAN CONFIRMATION**<br><br>DATE: May 27, 2020<br>TIME: 10:00 A.M.<br>PLACE: Courtroom 17<br>450 Golden Gate Avenue, 16th Fl.<br>San Francisco, California<br><br>JUDGE: Hon. Dennis Montali<br><br>RELATED DOCKET NO.: 6320, 7300 |

1     Creditors, Ravin Skondin, by and through her attorneys of record, does hereby
2 joins in and supports the well reasoned "Limited Objection of the Official Committee
3 of Unsecured Creditors to Plan Confirmation" (Dkt. No. 7300).

5 Dated: May 15, 2020     Respectfully submitted,
6                                         **PINO & ASSOCIATES**

                                        By: _____
                                        Estela O. Pino, Attorneys for Ravin Skondin.