1  BUCHALTER
   A Professional Corporation
2  JEFFREY K. GARFINKLE (SBN: 153496)
   18400 Von Karman Avenue, Suite 800
3  Irvine, California 92612-0514
   Telephone: (949) 760-1121
4  Email: jgarfinkle@buchalter.com

5  Attorneys for Henkels & McCoy, Inc.

6

7

8                  UNITED STATES BANKRUPTCY COURT

9                  NORTHERN DISTRICT OF CALIFORNIA
                      SAN FRANCISCO DIVISION

10

11  **In re:**                             Bankruptcy Case
                                           No.  19-30088 (DM)
12  **PG&E CORPORATION**
                                           Chapter 11
13  **-and-**
                                           (Lead Case)
14  **PACIFIC GAS AND ELECTRIC**           (Jointly Administered)
    **COMPANY,**
15                                         **LIMITED OBJECTION TO PROPOSED**
              **Debtors**,                 **ASSUMPTION OF EXECUTORY**
16                                         **CONTRACTS AND CURE AMOUNTS**
    ☐ Affects PG&E Corporation             **AND RESERVATION OF RIGHTS**
17  ☐ Affects Pacific Gas and Electric Company
    ☑ Affects both Debtors                 Related Docket Nos. 6320, 7037
18
                                           Date:    May 27, 2020
19                                         Time:    10:00 a.m. (PST)
                                           Place:   Courtroom 17
20                                                  450 Golden Gate Avenue, 16th Floor
                                                    San Francisco, CA 94102
21

22

23

24

25

26

27

28

                                        1

BUCHALTER
A PROFESSIONAL CORPORATION
IRVINE

BN 40593420V1

Case: 19-30088    Doc# 7340    Filed: 05/15/20    Entered: 05/15/20 17:11:06    Page 1 of
25

Henkels & McCoy, Inc., ("Henkels"), by and through its undersigned counsel, hereby submits this Limited Objection to the Proposed Assumption and Assignment of the Listed Executory Contracts and the proposed cure amounts ("Assumed Contracts List/Cure Notice") set forth in the Notice of Filing of Plan Supplement in Connection with Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020 [Docket No. 7037].

On May 1, 2020, PG&E filed the Assumed Contract List/Cure Notice. This document appears to have been served via first class mail to Henkel's California offices, located in Pomona, California. Due to state and county-wide governmental stay at home orders in California and Los Angeles County, counsel for Henkels understands that office is currently closed.

The Assumed Contract List/Cure Notice includes lists 10 executory contracts with Henkels. Those listed contracts and the proposed cure amounts are as follows:

    i)    Contract ID: SRCAMA_C2546_01268

            Title of Agreement: CONTRACT CHANGE ORDER NO 2 -DISTRIBUTION MAIN REPLACEMENT CONSTRUCTION

            Effective Date: 4/3/2020

            Cure Amount: $0

    ii)   Contract ID: SRCASU_C13060_02052

            Title of Agreement: CWA HENKELS AND MCCOY C13060 12312018 JUG0

            Effective Date: 1/7/20191

            Cure Amount: $0

    iii)  Contract ID: SRCPOS_2700058929

            Title of Agreement: PURCHASE ORDER #2700058929 DATED 01/29/2018

            Effective Date: 1/29/2018

            Cure Amount: $973,500.57

BUCHALTER
A PROFESSIONAL CORPORATION
IRVINE
BN 40593420V1

iv)  Contract ID:  1006625 SRCPOS_2700102898

Title of Agreement:  PACIFIC GAS PURCHASE ORDER #2700102898 DATED 05/02/2018

Effective Date:  5/2/2018

Cure Amount: $2,572,314.94

v)  Contract ID:  SRCPOS_2700102925

Title of Agreement:  PURCHASE ORDER #2700102925 DATED 05/02/2018

Effective Date:  5/2/2018

Cure Amount:  $939,474.75

vi)  Contract ID: SRCPOS_2700138534

Title of Agreement:  PURCHASE ORDER #2700138534 DATED 07/20/2018

Effective Date: 7/20/2018

Cure Amount:  $733,707.94

vii)  Contract ID:  SRCPOS_2700170132

Title of Agreement:  PURCHASE ORDER #2700170132 DATED 09/27/2018

Effective Date:  9/27/2018

Cure Amount:  $2,442,054.24

viii)  Contract ID:  SRCPOS_2700171813

Title of Agreement:  PURCHASE ORDER #2700171813 DATED 10/02/2018

Effective Date:  10/2/2018

Cure Amount:  $22,274.10

ix)  Contract ID:  SRCPOS_2700203001

Title of Agreement:  PURCHASE ORDER #2700203001 DATED 12/06/2018

Effective Date:  12/6/2018

Cure Amount:  $46,534.21

BUCHALTER
A PROFESSIONAL CORPORATION
IRVINE

BN 40593420V1

LIMITED OBJECTION TO PROPOSED ASSUMPTION OF EXECUTORY CONTRACTS AND CURE AMOUNTS AND RESERVATION OF RIGHTS
CASE NO. 19-30088 (DM)

x)       Contract ID:  SRCPOS_2700221393

Title of Agreement:  PURCHASE ORDER #2700221393 DATED 01/23/2019

Effective Date:  1/23/2019

Cure Amount:  $64,159.94

On May 15, 2020, Henkels's outside bankruptcy counsel (who has only been tangentially involved in this mega-bankruptcy case) first became aware of the Assumed Contract List/Cure Notice and Henkel's inclusion in that pleading.   He immediately requested a a three-business day extension of the deadline to file any responsive pleading (to the extent necessary).  That request was denied by the Debtors' lead bankruptcy counsel, who directed Henkels to "file a cure objection," which he indicated "would give [the parties] adequate time to address the issues."

As instructed by Debtors' counsel and because Henkels has not had sufficient time to investigate the current amounts due under the proposed assumed executory contracts and other potential issues related to the proposed assumption of those executory contracts, Henkels is filing this Limited Objection and Reservation of Rights.  Henkels pledges to undertake an immediate investigation into this matter and to work with Debtors' counsel over any issues related to the proposed contract assumption and cure amounts.  If necessary and as soon as practicable, Henkels will file a supplement to this Limited Objection and Reservation of Rights.

DATED:  May 15, 2020                         BUCHALTER
                                             A Professional Corporation


                                             By:____Jeffrey K. Garfinkle_____
                                                   JEFFREY L. GARFINKLE
                                                   Attorneys for Henkels & McCoy, Inc.

LIMITED OBJECTION TO PROPOSED ASSUMPTION OF EXECUTORY CONTRACTS AND CURE
AMOUNTS AND RESERVATION OF RIGHTS

BUCHALTER
A PROFESSIONAL CORPORATION
IRVINE

BN 40593420V1

## CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER, A Professional Corporation, 18400 Von Karman Avenue, Suite 800, Irvine, California 92612.

On the date set forth below, I served the following documents described as:

**LIMITED OBJECTION TO PROPOSED ASSUMPTION OF EXECUTORY CONTRACTS AND CURE AMOUNTS AND RESERVATION OF RIGHTS**

on all other parties and/or their attorney(s) of record to this action as follows:

☒ **NOTICE OF ELECTRONIC FILING (NEF):** The foregoing document will be served by the court via NEF and hyperlink to the document. On May 15, 2020, I checked the CM/ECF docket for this bankruptcy case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated on the next pages.

☐ **BY MAIL** I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The address(es) shown above is(are) the same as shown on the envelope. The envelope was placed for deposit in the United States Postal Service at Buchalter in Irvine, California on May 15, 2020. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on this date following ordinary business practices.

☐ **BY OVERNIGHT DELIVERY** On May 15, 2020, I placed the Federal Express/GSO Overnight package for overnight delivery in a box or location regularly maintained by Federal Express/GSO Overnight at my office, or I delivered the package to an authorized courier or driver authorized by Federal Express/GSO Overnight to receive documents. The package was placed in a sealed envelope or package designated by Federal Express/GSO Overnight with delivery fees paid or provided for, addressed to the person(s) on whom it is to be served at the address(es) shown above, as last given by that person on any document filed in the cause; otherwise at that party's place of residence.

☐ **BY PERSONAL DELIVERY** On May 15, 2020, I placed the above-referenced envelope or package in a box or location regularly maintained at my office for our messenger/courier service or I delivered the envelope or package to a courier or driver authorized by our messenger/courier service to receive documents. The package was placed in a sealed envelope or package designated by our messenger/courier service with delivery fees paid or provided for, addressed to the person(s) on whom it is to be personally served at the address(es) shown above as last given by that person on any document filed in the cause. The messenger/courier service was provided with instructions that the envelope or package be personally served on the addressee(s) by same day delivery (C.C.P. §1011).

Case: 19-30088   Doc# 7340   Filed: 05/15/20   Entered: 05/15/20 17:11:06   Page 5 of 25

☐     **BY EMAIL.**  On May 15, 2020, I caused the above-referenced document(s) to be sent in electronic PDF format as an attachment to an email addressed to the person(s) on whom such document(s) is/are to be served at the email address(es) shown above, as last given by that person(s) or as obtained from an internet website(s) relating to such person(s), and I did not receive an email response upon sending such email indicating that such email was not delivered.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.  Executed on May 15, 2020, at Irvine, California.

| | |
|---|---|
| Danielle Cyrankowski | /s/ *Danielle Cyrankowski* |
| | (Signature) |

BUCHALTER
A PROFESSIONAL CORPORATION
IRVINE

BN 38J5054Jw1

2

**PROOF OF SERVICE**

Case: 19-30088    Doc# 7340    Filed: 05/15/20    Entered: 05/15/20 17:11:06    Page 6 of 25

1. • **Elliot Adler**   eadler@theadlerfirm.com, bzummer@theadlerfirm.com

2. • **Aaron L. Agenbroad**   alagenbroad@jonesday.com, saltamirano@jonesday.com

3. • **Pamela Allen**   pallen@dir.ca.gov

4. • **Annadel A. Almendras**   annadel.almendras@doj.ca.gov

5. • **Monique D. Almy**   malmy@crowell.com

6. • **Dana M. Andreoli**   dandreoli@steyerlaw.com, mterry@steyerlaw.com

7. • **Anne Andrews**   aa@andrewsthornton.com, aandrews@andrewsthornton.com

8. • **Richard L. Antognini**   rlalawyer@yahoo.com, hallonaegis@gmail.com

9. • **Tyson Arbuthnot**   tarbuthnot@rjo.com, jyeung@rjo.com

10. • **Lauren T. Attard**   lattard@bakerlaw.com, agrosso@bakerlaw.com

11. • **Herb Baer**   hbaer@primeclerk.com, ecf@primeclerk.com

12. • **Kathryn E. Barrett**   keb@svlg.com, amt@svlg.com

13. • **Chris Bator**   cbator@bakerlaw.com, jmcguigan@bakerlaw.com

14. • **Ronald S. Beacher**   rbeacher@pryorcashman.com

15. • **Hagop T. Bedoyan**   hbedoyan@kleinlaw.com, ecf@kleinlaw.com

16. • **Andrew David Behlmann**   abehlmann@lowenstein.com, elawler@lowenstein.com

17. • **Tanya Behnam**   tbehnam@polsinelli.com, tanyabehnam@gmail.com

18. • **James C. Behrens**   jbehrens@milbank.com, mkoch@milbank.com

19. • **Jacob Taylor Beiswenger**   jbeiswenger@omm.com, llattin@omm.com

20. • **James T. Bentley**   james.bentley@srz.com, Kelly.Knight@srz.com

21. • **Peter J. Benvenutti**   pbenvenutti@kbkllp.com

22. • **Robert Berens**   rberens@smtdlaw.com, sr@smtdlaw.com

23. • **Ronald F. Berestka**   rberestka@stonelawoffice.com, csepulveda@stonelawoffice.com

24. • **Heinz Binder**   heinz@bindermalter.com

25. • **Jared D. Bissell**   jared.bissell@troutman.com

26. • **Neil Jon Bloomfield**   njbloomfield@njblaw.com, gklump@njblaw.com

27. • **Jason Blumberg**   jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov

28. • **Paige Boldt**   pboldt@wattsguerra.com, cwilson@wattsguerra.com

BUCHALTER
A Professional Corporation
Irvine

1 - **Ameneh Maria Bordi**   ameneh.bordi@kirkland.com, leo.rosenberg@kirkland.com

2 - **Jason Borg**   jborg@jasonborglaw.com

3 - **Mark Bostick**   mbostick@wendel.com, bankruptcy@wendel.com

4 - **James L. Bothwell**   jbothwell@hugueninkahn.com, jguzman@hugueninkahn.com

5 - **Peter R. Boutin**   peter.boutin@kyl.com, lara.joel@kyl.com

6 - **Erin N. Brady**   enbrady@jonesday.com

7 - **Gregory A. Bray**   gbray@milbank.com

8 - **Michael D. Breslauer**   mbreslauer@ecf.courtdrive.com, wyones@swsslaw.com

9 - **W. Steven Bryant**   , molly.batiste-debose@lockelord.com

10 - **Chane Buck**   cbuck@jonesday.com

11 - **Elizabeth J. Cabraser**   ecabraser@lchb.com, awolf@lchb.com

12 - **Anthony P. Cali**   anthony.cali@stinson.com, lindsay.petrowski@stinson.com

13 - **Peter C. Califano**   pcalifano@cwclaw.com

14 - **Steven M. Campora**   scampora@dbbwc.com, nlechuga@dbbwc.com

15 - **Leah E. Capritta**   leah.capritta@hklaw.com, lori.labash@hklaw.com

16 - **Nicholas A. Carlin**   nac@phillaw.com, rac@phillaw.com

17 - **Katherine Rose Catanese**   kcatanese@foley.com

18 - **Jennifer Machlin Cecil**   JCecil@winston.com, ECF_SF@winston.com

19 - **Karen J. Chedister**   kchedister@h-jlaw.com

20 - **Christina Lin Chen**   christina.chen@morganlewis.com, christina.lin.chen@gmail.com

21 - **Richard A. Chesley**   richard.chesley@dlapiper.com, bill.countryman@dlapiper.com

22 - **Kevin Chiu**   kevin.chiu@bakerbotts.com, rory.fontenla@bakerbotts.com

23 - **Jacquelyn H. Choi**   jchoi@raineslaw.com, bclark@raineslaw.com

24 - **Shawn M. Christianson**   schristianson@buchalter.com

25 - **Robert N.H. Christmas**   rchristmas@nixonpeabody.com,

26    nyc.managing.clerk@nixonpeabody.com

27 - **Jae Angela Chun**   ajc@chun.law, teresa@tosdallaw.com

28 - **Alicia Clough**   aclough@loeb.com

1   •   **Tiffany Strelow Cobb**    tscobb@vorys.com

2   •   **John B. Coffman**    john@johncoffman.net

3   •   **Kevin G. Collins**    kevin.collins@btlaw.com

4   •   **Brian S. Conlon**    bsc@phillaw.com, rac@phillaw.com

5   •   **Charles Cording**    ccording@willkie.com, mao@willkie.com

6   •   **Manuel Corrales**    mannycorrales@yahoo.com, hcskanchy@hotmail.com

7   •   **Anne Costin**    anne@costinlawfirm.com

8   •   **Donald H. Cram**    dhc@severson.com

9   •   **Ashley Vinson Crawford**    avcrawford@akingump.com, dkrasa-

10      berstell@akingump.com

11   •   **J. Russell Cunningham**    rcunningham@dnlc.net, emehr@dnlc.net

12   •   **Keith J. Cunningham**   , rkelley@pierceatwood.com

13   •   **Keith J. Cunningham**    kcunningham@pierceatwood.com, rkelley@pierceatwood.com

14   •   **James D. Curran**    jcurran@wolkincurran.com, dstorms@wolkincurran.com

15   •   **Tambra Curtis**    tambra.curtis@sonoma-county.org, Kristin.whalley@sonoma-

16      county.org

17   •   **Ashleigh A. Danker**    ashleigh.danker@dinsmore.com

18   •   **James M. Davis**    jdavis@cglaw.com

19   •   **Nicolas De Lancie**    ndelancie@jmbm.com

20   •   **Judith A. Descalso**   , jad_9193@ecf.courtdrive.com

21   •   **Erin Elizabeth Dexter**    edexter@milbank.com

22   •   **Shounak S. Dharap**    ssd@arnslaw.com, mec@arnslaw.com

23   •   **Kathryn S. Diemer**    kdiemer@diemerwei.com

24   •   **Kathryn S. Diemer**    kdiemer@diemerwhitman.com

25   •   **John P. Dillman**    houston_bankruptcy@publicans.com

26   •   **Caroline R. Djang**    caroline.djang@bbklaw.com, arthur.johnston@bbklaw.com

27   •   **Jonathan R. Doolittle**    jdoolittle@reedsmith.com

28   •   **Jennifer V. Doran**    jdoran@hinckleyallen.com

1     • **Dustin M. Dow**     ddow@bakerlaw.com, jmcguigan@bakerlaw.com

2     • **Jamie P. Dreher**     jdreher@downeybrand.com

3     • **Todd Dressel**     tdressel@mcguirewoods.com, JTabisaura@mcguirewoods.com

4     • **Geoffrey B. Dryvynsyde**     gbd@cpuc.ca.gov, geoffrey.dryvynsyde@cpuc.ca.gov

5     • **Cecily Ann Dumas**     cdumas@bakerlaw.com, hhammonturano@bakerlaw.com

6     • **Dennis F. Dunne**     cprice@milbank.com, jbrewster@milbank.com

7     • **Dennis F. Dunne**     ddunne@milbank.com, jbrewster@milbank.com

8     • **Huonganh Annie Duong**     annie.duong@mccormickbarstow.com,

9        dawn.houston@mccormickbarstow.com

10     • **Luke N. Eaton**     eatonl@pepperlaw.com, monugiac@pepperlaw.com

11     • **Kevin M. Eckhardt**     keckhardt@hunton.com, candonian@huntonak.com

12     • **Joseph A. Eisenberg**     JAE1900@yahoo.com

13     • **Michele Ellison**     mellison@gibbsgiden.com, lrochelle@gibbsgiden.com

14     • **David Emerzian**     , Melany.Hertel@mccormickbarstow.com

15     • **G. Larry Engel**     larry@engeladvice.com

16     • **Krista M. Enns**     kenns@beneschlaw.com

17     • **Scott Esbin**     sesbin@esbinalter.com

18     • **Joseph M. Esmont**     jesmont@bakerlaw.com

19     • **Michael P. Esser**     michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com

20     • **Richard W. Esterkin**     richard.esterkin@morganlewis.com,

21        melissa.boey@morganlewis.com

22     • **Michael S. Etkin**     metkin@lowenstein.com

23     • **Jacob M. Faircloth**     jacob.faircloth@smolsonlaw.com

24     • **Brett D. Fallon**     bfallon@morrisjames.com, wweller@morrisjames.com

25     • **Michael C. Fallon**     , manders@fallonlaw.net

26     • **Joana Fang**     jf@kbklawyers.com, icd@kbklawyers.com

27     • **Joseph Kyle Feist**     jfeistesq@gmail.com, info@norcallawgroup.net

28     • **David M. Feldman**     DFeldman@gibsondunn.com

BUCHALTER
A PROFESSIONAL CORPORATION
IRVINE

BN 38150541v1     6
PROOF OF SERVICE

Case: 19-30088    Doc# 7340    Filed: 05/15/20    Entered: 05/15/20 17:11:06    Page 10 of 25

1  • **Matthew A. Feldman**    mfeldman@willkie.com

2  • **Mark E. Felger**    mfelger@cozen.com

3  • **James J. Ficenec**    James.Ficenec@ndlf.com, caroline.pfahl@ndlf.com

4  • **John D. Fiero**    jfiero@pszjlaw.com, ocarpio@pszjlaw.com

5  • **Kimberly S. Fineman**    kfineman@nutihart.com, nwhite@nutihart.com

6  • **Stephen D. Finestone**    sfinestone@fhlawllp.com

7  • **Timothy M. Flaherty**    tflaherty@mpplaw.com

8  • **Daniel I. Forman**    dforman@willkie.com

9  • **Jonathan Forstot**    jonathan.forstot@troutman.com, john.murphy@troutman.com

10 • **Jonathan Forstot**    , john.murphy@troutman.com

11 • **Matthew Hampton Foushee**    hampton.foushee@hoganlovells.com,

12    hfoushee@gmail.com

13 • **Carolyn Frederick**    cfrederick@prklaw.com

14 • **Peter Friedman**    pfriedman@omm.com

15 • **Roger F. Friedman**    rfriedman@rutan.com, csolorzano@rutan.com

16 • **Xiyi Fu**    jackie.fu@lockelord.com, taylor.warren@lockelord.com

17 • **Lars H. Fuller**    lfuller@bakerlaw.com

18 • **Thomas M. Gaa**    tgaa@bbslaw.com

19 • **Larry W. Gabriel**    lgabriel@bg.law, nfields@bg.law

20 • **Gregg M. Galardi**    gregg.galardi@ropesgray.com

21 • **Richard L. Gallagher**    richard.gallagher@ropesgray.com

22 • **Craig Solomon Ganz**    ganzc@ballardspahr.com, hartt@ballardspahr.com

23 • **Jeffrey K. Garfinkle**    jgarfinkle@buchalter.com

24 • **Oscar Garza**    ogarza@gibsondunn.com

25 • **Lisa S. Gast**    lsg@dwgp.com, lmk@dwgp.com

26 • **Paul R. Gaus**    paul.gaus@mccormickbarstow.com

27 • **Duane M. Geck**    dmg@severson.com

28 • **Evelina Gentry**    evelina.gentry@akerman.com, rob.diwa@akerman.com

Case: 19-30088    Doc# 7340    Filed: 05/15/20    Entered: 05/15/20 17:11:06    Page 11
of 25

| | |
|---|---|
| 1 | • **Janet D. Gertz**   jgertz@btlaw.com, amattingly@btlaw.com |
| 2 | • **Christopher Gessner**   cgessner@akingump.com, NYMCO@akingump.com |
| 3 | • **R. Dale Ginter**   dginter@downeybrand.com |
| 4 | • **Barry S. Glaser**   bglaser@lkfirm.com |
| 5 | • **Paul R. Glassman**   pglassman@sycr.com |
| 6 | • **Gabriel I. Glazer**   gglazer@pszjlaw.com |
| 7 | • **Gabrielle Glemann**   gabrielle.glemann@stoel.com, rene.alvin@stoel.com |
| 8 | • **Jaime Godin**   Jtouchstone@fddcm.com |
| 9 | • **Matthew A. Gold**   courts@argopartners.net |
| 10 | • **Eric D. Goldberg**   eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com |
| 11 | • **Craig Goldblatt**   Craig.Goldblatt@wilmerhale.com, whdocketing@wilmerhale.com |
| 12 | • **Amy L. Goldman**   goldman@lbbslaw.com |
| 13 | • **Eric S. Goldstein**   egoldstein@goodwin.com |
| 14 | • **Rhonda Stewart Goldstein**   Rhonda.Goldstein@ucop.edu, Lissa.Ly@ucop.edu |
| 15 | • **Richard H. Golubow**   rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com |
| 16 | • **Michael J. Gomez**   mgomez@frandzel.com, dmoore@frandzel.com |
| 17 | • **Michael W. Goodin**   mgoodin@clausen.com, mgenova@clausen.com |
| 18 | • **Eric R. Goodman**   egoodman@bakerlaw.com |
| 19 | • **Mark A. Gorton**   mgorton@boutinjones.com, cdomingo@boutininc.com |
| 20 | • **Mark A. Gorton**   mgorton@boutininc.com, cdomingo@boutininc.com |
| 21 | • **Michael I. Gottfried**   MGottfried@elkinskalt.com, AAburto@elkinskalt.com |
| 22 | • **Louis Gottlieb**   Lgottlieb@labaton.com, mpenrhyn@labaton.com |
| 23 | • **Eric A. Grasberger**   eric.grasberger@stoel.com, docketclerk@stoel.com |
| 24 | • **Debra I. Grassgreen**   dgrassgreen@pszjlaw.com, hphan@pszjlaw.com |
| 25 | • **Eric A. Gravink**   eric@rhrc.net |
| 26 | • **Elizabeth A. Green**   egreen@bakerlaw.com, orlbankruptcy@bakerlaw.com |
| 27 | • **Tracy Green**   tgreen@wendel.com, bankruptcy@wendel.com |
| 28 | • **Mitchell B. Greenberg**   mgreenberg@abbeylaw.com, mmeroney@abbeylaw.com |

BUCHALTER
A PROFESSIONAL CORPORATION
IRVINE

BN 38150541v1

8

PROOF OF SERVICE

1. • **Matthew W. Grimshaw**    matt@grimshawlawgroup.com, ecfmarshackhays@gmail.com
2. • **Stuart G. Gross**    sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com
3. • **Carl L. Grumer**    cgrumer@manatt.com, mchung@manatt.com
4. • **Elizabeth M. Guffy**    eguffy@lockelord.com, autodocket@lockelord.com
5. • **Cameron Gulden**    cameron.m.gulden@usdoj.gov
6. • **Mirco J. Haag**    mhaag@buchalter.com, dcyrankowski@buchalter.com
7. • **Laurie Hager**    lhager@sussmanshank.com
8. • **J. Noah Hagey**    hagey@braunhagey.com, tong@braunhagey.com
9. • **Oren Buchanan Haker**    oren.haker@stoel.com, rene.alvin@stoel.com
10. • **Kristopher M. Hansen**    dmohamed@stroock.com, mmagzamen@stroock.com
11. • **Adam C. Harris**    adam.harris@srz.com, james.bentley@srz.com
12. • **Robert G. Harris**    rob@bindermalter.com
13. • **Christopher H. Hart**    chart@nutihart.com, nwhite@nutihart.com
14. • **Bryan L. Hawkins**    bryan.hawkins@stoel.com, Sharon.witkin@stoel.com
15. • **Jan M Hayden**    jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com
16. • **Jennifer C. Hayes**    jhayes@fhlawllp.com
17. • **Geoffrey A. Heaton**    gheaton@duanemorris.com, dmicros@duanemorris.com
18. • **Alaina R. Heine**    alaina.heine@dechert.com, brett.stone@dechert.com
19. • **Cristina A. Henriquez**    chenriquez@mayerbrown.com
20. • **Stephen E. Hessler, P.C.**    , jozette.chong@kirkland.com
21. • **Matthew Heyn**    matthew.heyn@doj.ca.gov
22. • **Sean T. Higgins**    aandrews@andrewsthornton.com, shiggins@andrewsthornton.com
23. • **Morgan R. Hirst**    mhirst@jonesday.com, mmelvin@jonesday.com
24. • **Miriam E. Hiser**    mhiser@hiserlaw.com, ken@ingberlawyers.com
25. • **Michael R. Hogue**    hoguem@gtlaw.com, navarrom@gtlaw.com
26. • **David Holtzman**    david.holtzman@hklaw.com
27. • **Alexandra S. Horwitz**    allie.horwitz@dinsmore.com
28. • **Marsha Houston**    mhouston@reedsmith.com, hvalencia@reedsmith.com

BUCHALTER
A PROFESSIONAL CORPORATION
IRVINE

BN 38150541v1

PROOF OF SERVICE

1 • **Shane Huang**    shane.huang@usdoj.gov

2 • **Brian D. Huben**    hubenb@ballardspahr.com

3 • **Jonathan Hughes**    , jane.rustice@aporter.com

4 • **Edward R. Huguenin**    ehuguenin@hugueninkahn.com, jguzman@hugueninkahn.com

5 • **Michael A. Isaacs**    Michael.Isaacs@dentons.com, Alissa.Worthing@dentons.com

6 • **Mark V. Isola**    mvi@sbj-law.com

7 • **J. Eric Ivester**    Eric.Ivester@skadden.com, Andrea.Bates@skadden.com

8 • **J. Eric Ivester**    , Andrea.Bates@skadden.com

9 • **Kizzy L. Jarashow**    KJarashow@goodwinlaw.com,

10    AFraticelliLouallen@goodwinlaw.com

11 • **Ivan C. Jen**    ivan@icjenlaw.com

12 • **Monique Jewett-Brewster**    mjb@hopkinscarley.com, eamaro@hopkinscarley.com

13 • **James O. Johnston**    jjohnston@jonesday.com

14 • **Chris Johnstone**    chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com

15 • **Andrew Jones**    andrew@ajoneslaw.com

16 • **Gregory K. Jones**    GJones@dykema.com, cacossano@dykema.com

17 • **Robert A. Julian**    rjulian@bakerlaw.com, hhammonturano@bakerlaw.com

18 • **George H. Kalikman**    gkalikman@schnader.com, sdavenport@schnader.com

19 • **Roberto J. Kampfner**    rkampfner@whitecase.com, mco@whitecase.com

20 • **Bonnie E. Kane**    bonnie@thekanelawfirm.com, skane@thekanelawfirm.com

21 • **Gary M. Kaplan**    gkaplan@fbm.com, calendar@fbm.com

22 • **Robert B. Kaplan**    rbk@jmbm.com

23 • **Eve H. Karasik**    ehk@lnbyb.com

24 • **Michael G. Kasolas**    trustee@kasolas.net,

25    CA30@ecfcbis.com,ecf.alert+Kasolas@titlexi.com

26 • **Elyssa S. Kates**    ekates@bakerlaw.com

27 • **Ori Katz**    okatz@sheppardmullin.com, LSegura@sheppardmullin.com

28 • **William M. Kaufman**    wkaufman@smwb.com

1. • **Jane G. Kearl**    jkearl@watttieder.com, jbenton@watttieder.com
2. • **Tobias S. Keller**    tkeller@kbkllp.com
3. • **Lynette C. Kelly**    ustpregion17.oa.ecf@usdoj.gov
4. • **Matthew K. Kelsey**    mkelsey@gibsondunn.com
5. • **Gerald P. Kennedy**    gerald.kennedy@procopio.com, kristina.terlaga@procopio.com
6. • **Erica L. Kerman**    ekerman@willkie.com
7. • **Samuel A. Khalil**    skhalil@milbank.com, jbrewster@milbank.com
8. • **Samuel M. Kidder**    skidder@ktbslaw.com
9. • **Marc Kieselstein**    , carrie.oppenheim@kirkland.com
10. • **Jane Kim**    jkim@kbkllp.com
11. • **Mary H. Kim**    Mary.Kim@dechert.com, brett.stone@dechert.com
12. • **Kody D. L. Kleber**    kkleber@bakerlaw.com, dmartinez@bakerlaw.com
13. • **Matthew Ryan Klinger**    mklinger@sheppardmullin.com,
14.    DGatmen@sheppardmullin.com
15. • **Bradley C. Knapp**    bknapp@lockelord.com, Yamille.Harrison@lockelord.com
16. • **Kelly V. Knight**    kelly.knight@srz.com
17. • **Lydia Vanessa Ko**    Lvko@stonelawoffice.com
18. • **Thomas F. Koegel**    tkoegel@crowell.com
19. • **Katherine Kohn**    kkohn@groom.com, ashahinllari@groom.com
20. • **Andy S. Kong**    kong.andy@arentfox.com, Yvonne.Li@arentfox.com
21. • **Anna Kordas**    akordas@jonesday.com, mmelvin@jonesday.com
22. • **Alan W. Kornberg**    , akornberg@paulweiss.com
23. • **Bernard Kornberg**    bjk@severson.com
24. • **David I. Kornbluh**    dik@millermorton.com, mhr@millermorton.com
25. • **Lauren Kramer**    lkramer@rjo.com
26. • **Jeffrey C. Krause**    jkrause@gibsondunn.com
27. • **Thomas R. Kreller**    tkreller@milbank.com
28. • **Lindsey E. Kress**    lkress@lockelord.com, autodocket@lockelord.com

BUCHALTER
A PROFESSIONAL CORPORATION
IRVINE

1 • **Hannah C. Kreuser**   hkreuser@porterlaw.com, ooberg@porterlaw.com

2 • **Michael Thomas Krueger**   michael.krueger@ndlf.com, Havilyn.lee@ndlf.com

3 • **Robert T. Kugler**   robert.kugler@stinson.com

4 • **Boris Kukso**   boris.kukso@usdoj.gov, western.taxcivil@usdoj.gov

5 • **Duane Kumagai**   dkumagai@klgla.com, mshabpareh@klgla.com

6 • **Brendan M. Kunkle**   bkunkle@abbeylaw.com, lmeyer@abbeylaw.com

7 • **Alisa C. Lacey**   alisa.lacey@stinson.com, karen.graves@stinson.com

8 • **Timothy S. Laffredi**   timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov

9 • **Timothy S. Laffredi**   timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov

10 • **Richard A. Lapping**   rich@trodellalapping.com

11 • **Omeed Latifi**   olatifi@theadlerfirm.com, kdeubler@theadlerfirm.com

12 • **John E. Lattin**   jlattin@ostergar.com, cslovenec@ostergar.com

13 • **Paul J. Laurin**   plaurin@btlaw.com, slmoore@btlaw.com

14 • **Michael Lauter**   mlauter@sheppardmullin.com

15 • **Kenneth T. Law**   klaw@bbslaw.com

16 • **Francis J. Lawall**   lawallf@pepperlaw.com, henrys@pepperlaw.com

17 • **Andrew Michael Leblanc**   ALeblanc@milbank.com

18 • **Erica Lee**   Erica.Lee@doj.ca.gov

19 • **Scott Lee**   scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com

20 • **Paul J. Leeds**   leedsp@higgslaw.com

21 • **Edward J. Leen**   eleen@mkbllp.com

22 • **Lisa Lenherr**   llenherr@wendel.com, bankruptcy@wendel.com

23 • **Matthew A. Lesnick**   matt@lesnickprince.com, jmack@lesnickprince.com

24 • **Bryn G. Letsch**   bletsch@braytonlaw.com

25 • **David B. Levant**   david.levant@stoel.com, rene.alvin@stoel.com

26 • **Andrew H. Levin**   alevin@wcghlaw.com

27 • **David Levine**   dnl@groom.com

28 • **Marc A. Levinson**   Malevinson@orrick.com, casestream@ecf.courtdrive.com

BUCHALTER
A Professional Corporation
Irvine

1    • **Dara Levinson Silveira**    dsilveira@kbkllp.com

2    • **Alexander James Demitro Lewicki**    kdiemer@diemerwei.com

3    • **Alexander James Demitro Lewicki**    alewicki@diemerwei.com

4    • **William Thomas Lewis**    wtl@roblewlaw.com, kimwrenn@msn.com

5    • **William S. Lisa**     , jcaruso@nixonpeabody.com

6    • **William S. Lisa**    wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com

7    • **Jonathan A. Loeb**    jon.loeb@bingham.com

8    • **Michael B. Lubic**    michael.lubic@klgates.com

9    • **John William Lucas**    jlucas@pszjlaw.com, ocarpio@pszjlaw.com

10    • **Joseph R. Lucia**    PersonalInjuryGroup@RLSlawyers.com

11    • **Jane Luciano**    jane-luciano@comcast.net

12    • **Kerri Lyman**    klyman@irell.com

13    • **Carissa A. Lynch**    Carissa.Lynch@ftb.ca.gov, Martha.Gehrig@ftb.ca.gov

14    • **John H. MacConaghy**    macclaw@macbarlaw.com,

15     smansour@macbarlaw.com;kmuller@macbarlaw.com

16    • **Iain A. Macdonald**    iain@macfern.com, ecf@macfern.com

17    • **Tracy L. Mainguy**    tmainguy@unioncounsel.net,

18     bankruptcycourtnotices@unioncounsel.net

19    • **Samuel R. Maizel**    samuel.maizel@dentons.com, alicia.aguilar@dentons.com

20    • **Adam Malatesta**    adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com

21    • **Katharine Malone**    malonek@gtlaw.com

22    • **Liam K. Malone**    malone@oles.com, shahin@oles.com

23    • **Michael W. Malter**    michael@bindermalter.com

24    • **Craig Margulies**    cmargulies@margulies-law.com, lsalazar@margulies-law.com

25    • **Geoffrey E. Marr**    gemarr59@hotmail.com

26    • **Richard A. Marshack**    rmarshack@marshackhays.com,

27     rmarshack@ecf.courtdrive.com

28    • **Catherine Martin**    cmartin@simon.com, rtucker@simon.com;bankruptcy@simon.com

1.   • **Laila Masud**   lmasud@marshackhays.com, lmasud@ecf.courtdrive.com
2.   • **David P. Matthews**   jrhoades@thematthewslawfirm.com,
3.   aharrison@thematthewslawfirm.com
4.   • **Patrick C. Maxcy**   patrick.maxcy@snrdenton.com
5.   • **Benjamin P. McCallen**   bmccallen@willkie.com
6.   • **Thomas E. McCurnin**   tmccurnin@bkolaw.com, kescano@bkolaw.com
7.   • **Hugh M. McDonald**   hugh.mcdonald@troutman.com, john.murphy@troutman.com
8.   • **Hugh M. McDonald**   , john.murphy@troutman.com
9.   • **C. Luckey McDowell**   Luckey.McDowell@Shearman.com
10.   • **Matthew D. McGill**   MMcGill@gibsondunn.com
11.   • **Melissa C. McLaughlin**   mcmclaughlin@venable.com, ataylor@venable.com
12.   • **Scott H. McNutt**   SMcNutt@ml-sf.com, csnell@ml-sf.com
13.   • **Thomas Melone**   Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com
14.   • **Peter Meringolo**   peter@pmrklaw.com
15.   • **Frank A. Merola**   lacalendar@stroock.com, mmagzamen@stroock.com
16.   • **Jennifer L. Mersing**   jennifer.mersing@stoel.com, lisa.petras@stoel.com
17.   • **Joshua M. Mester**   jmester@jonesday.com
18.   • **Matthew D. Metzger**   belvederelegalecf@gmail.com
19.   • **Merle C. Meyers**   mmeyers@mlg-pc.com
20.   • **Randy Michelson**   randy.michelson@michelsonlawgroup.com
21.   • **Gerardo Mijares-Shafai**   Gerardo.Mijares-Shafai@arnoldporter.com,
22.   kenneth.anderson@arnoldporter.com
23.   • **Joel S. Miliband**   jmiliband@brownrudnick.com
24.   • **Joseph G. Minias**   jminias@willkie.com
25.   • **M. David Minnick**   dminnick@pillsburylaw.com, docket@pillsburylaw.com
26.   • **Benjamin Mintz**   benjamin.mintz@arnoldporter.com, valerie.foley@arnoldporter.com
27.   • **Nancy Mitchell**   nmitchell@omm.com
28.   • **Thomas C. Mitchell**   tcmitchell@orrick.com,

BUCHALTER
A PROFESSIONAL CORPORATION
IRVINE

BN 38150541v1

1     Dcmanagingattorneysoffice@ecf.courtdrive.com

2     •   **John A. Moe**    john.moe@dentons.com, glenda.spratt@dentons.com

3     •   **Aaron J. Mohamed**    ajm@brereton.law, aaronmohamedlaw@gmail.com

4     •   **Kevin Montee**    kmontee@monteeassociates.com

5     •   **David W. Moon**    lacalendar@stroock.com, mmagzamen@stroock.com

6     •   **Diane Marger Moore**    dmargermoore@baumhedlundlaw.com

7     •   **Erika L. Morabito**    emorabito@foley.com, hsiagiandraughn@foley.com

8     •   **Candace J. Morey**    cjm@cpuc.ca.gov

9     •   **Courtney L. Morgan**    morgan.courtney@pbgc.gov

10    •   **Kimberly S. Morris**    kmorris@bakerlaw.com, hhammonturano@bakerlaw.com

11    •   **Rodney Allen Morris**    Rodney.Morris2@usdoj.gov

12    •   **Joshua D. Morse**    Joshua.Morse@dlapiper.com, joshua-morse-0092@ecf.pacerpro.com

13    •   **Andrew H. Morton**    andrew.morton@stoel.com, lisa.petras@stoel.com

14    •   **Thomas G. Mouzes**    tmouzes@boutinjones.com, cdomingo@boutininc.com

15    •   **Peter S. Munoz**    pmunoz@reedsmith.com, gsandoval@reedsmith.com

16    •   **Bennett J. Murphy**    bmurphy@bennettmurphylaw.com

17    •   **Michael S. Myers**    myersms@ballardspahr.com

18    •   **Alan I. Nahmias**    anahmias@mbnlawyers.com, jdale@mbnlawyers.com

19    •   **David L. Neale**    dln@lnbrb.com

20    •   **David L. Neale**    dln@lnbyb.com

21    •   **David Neier**    dneier@winston.com

22    •   **Brittany J. Nelson**    bnelson@foley.com, hsiagiandraughn@foley.com

23    •   **Michael S. Neumeister**    MNeumeister@gibsondunn.com

24    •   **Howard S. Nevins**    hnevins@hsmlaw.com

25    •   **Melissa T. Ngo**    ngo.melissa@pbgc.gov, efile@pbgc.gov

26    •   **Mario R. Nicholas**    mario.nicholas@stoel.com, cherie.clark@stoel.com

27    •   **Sean Nolan**    snolan@akingump.com, NYMCO@akingump.com

28    •   **Gregory C. Nuti**    gnuti@nutihart.com, nwhite@nutihart.com

Case: 19-30088    Doc# 7340    Filed: 05/15/20    Entered: 05/15/20 17:11:06    Page 19 of 25

1. **Abigail O'Brient**    aobrient@mintz.com, docketing@mintz.com
2. **Julie E. Oelsner**    joelsner@weintraub.com, bjennings@weintraub.com
3. **Office of the U.S. Trustee / SF**    USTPRegion17.SF.ECF@usdoj.gov
4. **Aron M. Oliner**    roliner@duanemorris.com, dmicros@duanemorris.com
5. **Matthew Jon Olson**    matt@macfern.com, stell.laura@dorsey.com
6. **Scott Olson**    solson@vedderprice.com, nortega@vedderprice.com
7. **Steven M. Olson**    smo@smolsonlaw.com
8. **Aram Ordubegian**    Ordubegian.Aram@ArentFox.com
9. **Keith C. Owens**    kowens@venable.com, bclark@venable.com;khoang@venable.com
10. **Gabriel Ozel**    , gabeozel@gmail.com
11. **Margarita Padilla**    Margarita.Padilla@doj.ca.gov
12. **Amy S. Park**    amy.park@skadden.com, alissa.turnipseed@skadden.com
13. **Donna Taylor Parkinson**    donna@parkinsonphinney.com
14. **Peter S. Partee**    ppartee@huntonak.com, candonian@huntonak.com
15. **Paul J. Pascuzzi**    ppascuzzi@ffwplaw.com, docket@ffwplaw.com
16. **Kenneth Pasquale**    , mlaskowski@stroock.com
17. **Charles Scott Penner**    penner@carneylaw.com, caragol@carneylaw.com
18. **Valerie Bantner Peo**    vbantnerpeo@buchalter.com
19. **Yosef Peretz**    , skim@peretzlaw.com
20. **Thomas R. Phinney**    tom@parkinsonphinney.com
21. **R. Alexander Pilmer**    alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
22. **M. Ryan Pinkston**    rpinkston@seyfarth.com, jmcdermott@seyfarth.com
23. **Estela O. Pino**    epino@epinolaw.com, rmahal@epinolaw.com
24. **Gregory Plaskett**    GREGORY.PLASKETT@GMAIL.COM,
25.    HKHAPPYGRL1@GMAIL.COM
26. **Mark D. Plevin**    mplevin@crowell.com
27. **Steven G. Polard**    spolard@eisnerlaw.com
28. **Mark D. Poniatowski**    ponlaw@ponlaw.com

BUCHALTER
A PROFESSIONAL CORPORATION
IRVINE

- **Cara M. Porter**   Cara.Porter@doj.ca.gov, Taryn.Lovett@doj.ca.gov
- **William L. Porter**   bporter@porterlaw.com, Ooberg@porterlaw.com
- **Christopher E. Prince**   cprince@lesnickprince.com
- **Douglas B. Provencher**   dbp@provlaw.com
- **Stacey C. Quan**   squan@steyerlaw.com, pspencer@steyerlaw.com
- **Amy C. Quartarolo**   amy.quartarolo@lw.com
- **Lary Alan Rappaport**   lrappaport@proskauer.com, PHays@proskauer.com
- **Justin E. Rawlins**   justinrawlins@paulhastings.com
- **Hugh M. Ray**   hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com
- **Paul F. Ready**   smeyer@farmerandready.com
- **Caroline A. Reckler**   caroline.reckler@lw.com
- **David M. Reeder**   david@reederlaw.com, secretary@reederlaw.com
- **Steven J. Reisman**   sreisman@katten.com, nyc.bknotices@kattenlaw.com
- **Jeffrey M. Reisner**   jreisner@irell.com
- **Jack A. Reitman**   , srichmond@lgbfirm.com
- **Emily P. Rich**   erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- **David J. Richardson**   drichardson@bakerlaw.com, aagonzalez@bakerlaw.com
- **Christopher O. Rivas**   crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- **David B. Rivkin**   drivkin@bakerlaw.com, jmeeks@bakerlaw.com
- **John R. Rizzardi**   kcoselman@cairncross.com, tnguyen@cairncross.com
- **Daniel Robertson**   robertson.daniel@pbgc.gov, efile@pbgc.gov
- **Lacey E. Rochester**   lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com
- **Michael Rogers**   mrogers@lambertrogers.com, jan@lambertrogers.com
- **Julie H. Rome-Banks**   julie@bindermalter.com
- **Jorian L. Rose**   jrose@bakerlaw.com
- **Paul M. Rosenblatt**   prosenblatt@kilpatricktownsend.com, mwilliams@kilpatricktownsend.com
- **David A. Rosenzweig**   david.rosenzweig@nortonrosefulbright.com,

BUCHALTER
A PROFESSIONAL CORPORATION
IRVINE

| | |
|---|---|
| 1 | thomas.burns@nortonrossefulbright.com |
| 2 | • **Allan Robert Rosin**   arrosin@alr-law.com |
| 3 | • **Jay M. Ross**   jross@hopkinscarley.com, eamaro@hopkinscarley.com |
| 4 | • **Gregory A. Rougeau**   grougeau@brlawsf.com |
| 5 | • **Stacy H. Rubin**   rubins@ballardspahr.com, BKTDocket_West@ballardspahr.com |
| 6 | • **Jason C. Rubinstein**   jrubinstein@fklaw.com, mclerk@fklaw.com |
| 7 | • **Nathan Q. Rugg**   nathan.rugg@bfkn.com, jean.montgomery@bfkn.com |
| 8 | • **Thomas B. Rupp**   trupp@kbkllp.com |
| 9 | • **Eric E. Sagerman**   esagerman@bakerlaw.com |
| 10 | • **Robert Sahyan**   rsahyan@sheppardmullin.com, JNakaso@sheppardmullin.com |
| 11 | • **Gregory M. Salvato**   gsalvato@salvatolawoffices.com, |
| 12 | calendar@salvatolawoffices.com |
| 13 | • **Jonathan C. Sanders**   jsanders@stblaw.com |
| 14 | • **Nanette D. Sanders**   nanette@ringstadlaw.com, becky@ringstadlaw.com |
| 15 | • **Natalie Kathleen Sanders**   natalie.sanders@bakerbotts.com |
| 16 | • **Lovee Sarenas**   Lovee.sarenas@lewisbrisbois.com |
| 17 | • **Sunny S. Sarkis**   sunny.sarkis@stoel.com, dawn.forgeur@stoel.com |
| 18 | • **Patricia Savage**   psavesq@gmail.com, jodi.savage@gmail.com |
| 19 | • **Sblend A. Sblendorio**   sas@hogefenton.com |
| 20 | • **Francis O. Scarpulla**   fos@scarpullalaw.com, cpc@scarpullalaw.com |
| 21 | • **Daren M Schlecter**   daren@schlecterlaw.com, info@schlecterlaw.com |
| 22 | • **Bradley R. Schneider**   bradley.schneider@mto.com, jeffrey.wu@mto.com |
| 23 | • **Harvey S. Schochet**   Harveyschochet@dwt.com |
| 24 | • **Nathan A. Schultz**   nschultz@goodwinlaw.com, kjarashow@goodwinlaw.com |
| 25 | • **Lisa Schweitzer**   lschweitzer@cgsh.com |
| 26 | • **Eric J. Seiler**   eseiler@fklaw.com, mclerk@fklaw.com |
| 27 | • **David B. Shemano**   dshemano@pwkllp.com |
| 28 | • **James A. Shepherd**   jim@jsheplaw.com, shepIGN@gmail.com |

BUCHALTER
A PROFESSIONAL CORPORATION
IRVINE

| | |
|---|---|
| 1 | • **Leonard M. Shulman**   lshulman@shbllp.com |
| 2 | • **Andrew I. Silfen**   andrew.silfen@arentfox.com |
| 3 | • **Wayne A. Silver**   w_silver@sbcglobal.net, ws@waynesilverlaw.com |
| 4 | • **Craig S. Simon**   csimon@bergerkahn.com, aketcher@bergerkahn.com |
| 5 | • **Gerald Singleton**   gerald@slffirm.com, BKECFCANB@SLFfirm.com |
| 6 | • **Steven J. Skikos**   sskikos@skikos.com, mmontoya@skikos.com |
| 7 | • **Michael K. Slattery**   mslattery@lkfirm.com, rramirez@lkfirm.com |
| 8 | • **Dania Slim**   dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com |
| 9 | • **Jennifer N. Slocum**   jennifer.slocum@stoel.com, docketclerk@stoel.com |
| 10 | • **Aaron C. Smith**   asmith@lockelord.com, autodocket@lockelord.com |
| 11 | • **Alan D. Smith**   adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com |
| 12 | • **Jan D. Sokol**   jdsokol@lawssl.com, dwright@lawssl.com |
| 13 | • **Randye B. Soref**   rsoref@polsinelli.com |
| 14 | • **Joseph Sorkin**   jsorkin@akingump.com, NYMCO@akingump.com |
| 15 | • **Bennett L. Spiegel**   blspiegel@jonesday.com |
| 16 | • **Michael St. James**   ecf@stjames-law.com |
| 17 | • **Diane C. Stanfield**   diane.stanfield@alston.com, nelly.villaneda@alston.com |
| 18 | • **Howard J. Steinberg**   steinbergh@gtlaw.com, pearsallt@gtlaw.com |
| 19 | • **Harriet A. Steiner**   harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com |
| 20 | • **Lillian G. Stenfeldt**   lillian.stenfeldt@rimonlaw.com, jon.arneson@sedgwicklaw.com |
| 21 | • **Lillian G. Stenfeldt**   lillian.stenfeldt@sdma.com, jon.arneson@sedgwicklaw.com |
| 22 | • **Cheryl L. Stengel**   clstengel@outlook.com, stengelcheryl40@gmail.com |
| 23 | • **David M. Stern**   dstern@ktbslaw.com |
| 24 | • **Geoffrey S. Stewart**   gstewart@jonesday.com, mmelvin@jonesday.com |
| 25 | • **Alan J. Stone**   AStone@milbank.com, DMcCracken@Milbank.com |
| 26 | • **Jason D. Strabo**   jstrabo@mwe.com, shill@mwe.com |
| 27 | • **Michael H. Strub**   mstrub@irell.com, mhstrub1@gmail.com |
| 28 | • **Rebecca Suarez**   rsuarez@crowell.com |

BUCHALTER
A PROFESSIONAL CORPORATION
IRVINE

1     •   **Brad T. Summers**    summerst@lanepowell.com, docketing-pdx@lanepowell.com

2     •   **Kristine Theodesia Takvoryan**    ktakvoryan@ckrlaw.com

3     •   **Derrick Talerico**    dtalerico@ztlegal.com, sfritz@ztlegal.com

4     •   **Kesha Tanabe**    kesha@tanabelaw.com

5     •   **Mary Ellmann Tang**    mtang@frenchlyontang.com, nblackwell@frenchlyontang.com

6     •   **Elizabeth Lee Thompson**    ethompson@stites.com, docketclerk@stites.com

7     •   **John C. Thornton**    jct@andrewsthornton.com, aandrews@andrewsthornton.com

8     •   **Elisa Tolentino**    cao.main@sanjoseca.gov

9     •   **Meagan S. Tom**    Meagan.tom@lockelord.com, autodocket@lockelord.com

10     •   **Edward J. Tredinnick**    etredinnick@greeneradovsky.com

11     •   **Matthew Jordan Troy**    matthew.troy@usdoj.gov

12     •   **Michael Tye**    Michael.Tye@usdoj.gov

13     •   **Gary D. Underdahl**    gunderdahl@askllp.com, lmiskowiec@askllp.com

14     •   **Andrew Van Ornum**    avanornum@vlmglaw.com, hchea@vlmglaw.com

15     •   **Shmuel Vasser**    shmuel.vasser@dechert.com, brett.stone@dechert.com

16     •   **Victor A. Vilaplana**    vavilaplana@foley.com, rhurst@foley.com

17     •   **Marta Villacorta**    marta.villacorta@usdoj.gov

18     •   **Carol C. Villegas**    cvillegas@labaton.com, NDonlon@labaton.com

19     •   **John A. Vos**    InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com

20     •   **Bao M. Vu**    bao.vu@stoel.com, sharon.witkin@stoel.com

21     •   **Nicholas Wagner**    kschemen@wagnerjones.com, bwagner@wagnerjones.com

22     •   **Jonathan D. Waisnor**    jwaisnor@willkie.com, mao@willkie.com

23     •   **Riley C. Walter**    ecf@W2LG.com

24     •   **Phillip K. Wang**    phillip.wang@rimonlaw.com

25     •   **Philip S. Warden**    philip.warden@pillsburylaw.com, kathy.stout@pillsburylaw.com

26     •   **Mikal C. Watts**    mcwatts@wattsguerra.com, cwilson@wattsguerra.com

27     •   **Lindsi M. Weber**    lweber@polsinelli.com, yderac@polsinelli.com

28     •   **Joseph M. Welch**    jwelch@buchalter.com, dcyrankowski@buchalter.com

BUCHALTER
A PROFESSIONAL CORPORATION
IRVINE

BN 38150541v1    20
PROOF OF SERVICE

Case: 19-30088    Doc# 7340    Filed: 05/15/20    Entered: 05/15/20 17:11:06    Page 24 of 25

1. **David Walter Wessel**    DWessel@efronlawfirm.com, hporter@chdlawyers.com
2. **Joseph West**    westjoseph@earthlink.net, josephw998@gmail.com
3. **Drew M. Widders**    dwidders@wilcoxenlaw.com, nina@wilcoxenlaw.com
4. **Jason P. Williams**    jwilliams@wplgattorneys.com, maryanne@wplgattorneys.com
5. **Eric R. Wilson**    kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com
6. **Kimberly S. Winick**    kwinick@clarktrev.com, knielsen@clarktrev.com
7. **Rebecca J. Winthrop**    rebecca.winthrop@nortonrosefulbright.com,
8.    evette.rodriguez@nortonrosefulbright.com
9. **David Wirt**    david.wirt@hklaw.com, denise.harmon@hklaw.com
10. **Ryan A. Witthans**    rwitthans@fhlawllp.com
11. **Risa Lynn Wolf-Smith**    rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com
12. **Douglas Wolfe**    dwolfe@asmcapital.com
13. **Andrea Wong**    wong.andrea@pbgc.gov, efile@pbgc.gov
14. **Christopher Kwan Shek Wong**    christopher.wong@arentfox.com
15. **David A. Wood**    dwood@marshackhays.com, lbuchanan@marshackhays.com
16. **Kirsten A. Worley**    kw@wlawcorp.com, admin@wlawcorp.com
17. **Kinga Wright**    kinga.wright@lockelord.com, autodocket@lockelord.com
18. **Antonio Yanez**    ayanez@willkie.com
19. **Cathy Yanni**    cathy@cathyyanni.com, pstrunk@browngreer.com
20. **Andrew Yaphe**    andrew.yaphe@davispolk.com, pge.dpw.routing@davispolk.com
21. **Tacie H. Yoon**    tyoon@crowell.com
22. **Bennett G. Young**    byoung@jmbm.com, jb8@jmbm.com
23. **Christopher L. Young**    cyoung@cairncross.com, nspringstroh@cairncross.com
24. **Nicole M. Zeiss**    nzeiss@labaton.com
25. **Paul H. Zumbro**    mao@cravath.com
26. **Brittany Zummer**    bzummer@theadlerfirm.com, nfournier@theadlerfirm.com
27. **Dario de Ghetaldi**    deg@coreylaw.com, lf@coreylaw.com
28.

BUCHALTER
A PROFESSIONAL CORPORATION
IRVINE