1  VENABLE LLP
   Melissa C. McLaughlin (SBN 273619)
2  2049 Century Park East, Suite 2300
   Los Angeles, CA 90067
3  Telephone: (310) 229-9900
   Facsimile: (310) 229-9901
4
5  VENABLE LLP
   Darek S. Bushnaq (PHV application forthcoming)
   Jessica Dillon (PHV application forthcoming)
6  750 E. Pratt Street, Suite 900
   Baltimore, MD 21202
7  Telephone: (410) 244-7700
   Facsimile: (410) 244-7742
8
9  Attorneys for Creditor
   MICRO FOCUS SOFTWARE LLC
10

VENABLE LLP
2049 CENTURY PARK EAST, #2300
LOS ANGELES, CALIFORNIA 90067
(310) 229-9900

11           IN THE UNITED STATES BANKRUPTCY COURT

12           FOR THE NORTHERN DISTRICT OF CALIFORNIA -

13                    SAN FRANCISCO DIVISION

14

15 | In re:                                          | Bankruptcy Case No. 19-30088 (DM)

16 | PG&E CORPORATION,                               | Chapter 11
   |                                                 | (Lead Case)
17 |         -and-                                   |
   |                                                 | (Jointly Administered)
18 | PACIFIC GAS AND ELECTRIC COMPANY,               |
   |                                                 | **CERTIFICATE OF SERVICE OF
19 |                          Debtors.               | OBJECTION OF MICRO FOCUS
   |                                                 | SOFTWARE LLC TO
20 |                                                 | DEBTORS' NOTICE OF PROPOSED
   |                                                 | ASSUMPTION OF
21 | ☐ Affects PG&E Corporation                      | EXECUTORY CONTRACTS AND
   | ☐ Affects Pacific Gas and Electric Company      | PROPOSED CURE AMOUNTS**
22 | ☒ Affects both Debtors.                         |
23 |                                                 |
   | *All papers shall be filed in the Lead Case*    | Date:      May 27, 2020
24 | *No. 19-3088(DM)*                               | Time:      10:00 a.m. (P.T.)
   |                                                 | Location:  Tele. Appearances only
25 |                                                 |            450 Golden Gate Ave.
   |                                                 |            18th Fl., Courtroom 17
   |                                                 |            San Francisco, CA 94102
26
27
28

At the time of service, I was over the age of 18 and not a party to this action. My business address is 2049 Century Park East, #2300, Los Angeles, California 90067. On May 15, 2020, I served the following document(s) **OBJECTION OF MICRO FOCUS SOFTWARE LLC TO DEBTORS' NOTICE OF PROPOSED ASSUMPTION OF EXECUTORY CONTRACTS AND PROPOSED CURE AMOUNTS** on the person(s) below, as follows:

**BY NOTICE OF ELECTRONIC FILING:** The above-referenced document(s) will be served by the court via email and hyperlink to the document.

| | | |
|---|---|---|
| *Counsel to Debtor* | Tobias S. Keller<br>Jane Kim<br>**Keller Benvenutti Kim LLP** | tkeller@kbkllp.com<br>tkeller@kbkllp.com |
| *Counsel for the Shareholder Proponents* | Joshua M. Mester<br>James O. Johnston<br>**Jones Day** | jmester@jonesday.com<br>jjohnston@jonesday.com |
| *Counsel for the Administrative Agent* | Kristopher M. Hansen<br>Frank A. Merola<br>**Stroock & Stroock & Lavan LLP** | dmohamed@stroock.com,<br>mmagzamen@stroock.com<br>lacalendar@stroock.com<br>mmagzamen@stroock.com |
| *Counsel to the California Public Utilities Commission* | Alan W. Kornberg<br>**Paul, Weiss, Rifkind, Wharton & Garrison LLP** | akornberg@paulweiss.com |
| *Office of the United States Trustee* | Timothy S. Laffredi | timothy.s.laffredi@usdoj.gov<br>patti.vargas@usdoj.gov |
| *Official Committee of Unsecured Creditors* | Dennis F. Dunne<br>Samuel A. Khalil<br>Gregory A. Bray<br>Thomas R. Kreller<br>**Milbank LLP** | cprice@milbank.com,<br>jbrewster@milbank.com<br>skhalil@milbank.com<br>jbrewster@milbank.com<br>gbray@milbank.com<br>tkreller@milbank.com |
| *Counsel for the Official Committee of Tort Claimants* | Eric E. Sagerman<br>Cecily Ann Dumas<br>**Baker & Hostetler LLP** | esagerman@bakerlaw.com<br>cdumas@bakerlaw.com,<br>hhammonturano@bakerlaw.com |

**VENABLE LLP**
2049 CENTURY PARK EAST, #2300
LOS ANGELES, CALIFORNIA 90067
(310) 229-9900

**BY EMAIL** On **May 15, 2020** I served the above-referenced document(s) in electronic PDF format as an attachment to an email addressed to the person(s) on whom such document(s) is/are to be served at the email address(es) shown below and I did not receive an email response upon sending such email indicating that such email was not delivered.

| | |
|---|---|
| **Stephen Karotkin**<br>Weil, Gotshal & Manges LLP<br>stephen.karotkin@weil.com<br>*Counsel to Debtor* | **Jessica Liou**<br>Weil, Gotshal & Manges LLP<br>jessica.liou@weil.com<br>*Counsel to Debtor* |
| **Matthew Goren**<br>Weil, Gotshal & Manges LLP<br>matthew.goren@weil.com<br>*Counsel to Debtor* | **Tom Schinckel**<br>Weil, Gotshal & Manges LLP<br>tom.schinckel@weil.com<br>*Counsel to Debtor* |
| **Bruce S. Bennett**<br>Jones Day<br>bbennett@jonesday.com<br>*Counsel for the Shareholder Proponents* | |

**BY MAIL** I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. The address(es) shown below is(are) the same as shown on the envelope. The envelope was placed for deposit in the United States Postal Service at Venable LLP in Los Angeles, California on **May 15, 2020**. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on this date following ordinary business practices.

| | |
|---|---|
| **PG&E Corporation and Pacific Gas and Electric Company**<br>Attn: Janet Loduca, Esq.<br>PO Box 770000<br>77 Beale Street<br>San Francisco, CA 94105<br>*Debtor* | **Erez E. Gilad**<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Ln.<br>New York, NY 10038-4982<br>*Counsel for the Administrative Agent* |
| **Matthew G. Garofalo**<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Ln.<br>New York, NY 10038-4982<br>*Counsel for the Administrative Agent* | **Eli J. Vonnegut**<br>Davis Polk and Wardwell LLP<br>450 Lexington Ave.<br>New York, NY 10017<br>*Counsel for the Collateral Agent* |

VENABLE LLP
2049 CENTURY PARK EAST, #2300
LOS ANGELES, CALIFORNIA 90067
(310) 229-9900

2

**VENABLE LLP**
2049 CENTURY PARK EAST, #2300
LOS ANGELES, CALIFORNIA 90067
(310) 229-9900

| David Schiff | Timothy Graulich |
|---|---|
| Davis Polk and Wardwell LLP | Davis Polk and Wardwell LLP |
| 450 Lexington Ave. | 450 Lexington Ave. |
| New York, NY 10017 | New York, NY 10017 |
| *Counsel for the Collateral Agent* | *Counsel for the Collateral Agent* |
| **Brian S. Hermann** | **Sean A. Mitchell** |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP | Paul, Weiss, Rifkind, Wharton & Garrison LLP |
| 1285 Avenue of the Americas | 1285 Avenue of the Americas, |
| New York, NY 10019-6064 | New York, NY 10019-6064 |
| *Counsel to the California Public Utilities Commission* | *Counsel to the California Public Utilities Commission* |
| **Office of the United States Trustee** | **U.S. Department of Justice** |
| James L. Snyder | Attn: Danielle A. Pham |
| 450 Golden Gate Avenue, 5th Floor | 1100 L Street, NW, Room 7106 |
| Suite #05-0153 | Washington DC 20005 |
| San Francisco, CA 94102 | *Counsel for United States on behalf of the Federal Energy Regulatory Commission* |
| **Walter R. Rieman** | **Neal P. Donnelly** |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP | Paul, Weiss, Rifkind, Wharton & Garrison LLP |
| 1285 Avenue of the Americas, | 1285 Avenue of the Americas, |
| New York, NY 10019-6064 | New York, NY 10019-6064 |
| *Counsel to the California Public Utilities Commission* | *Counsel to the California Public Utilities Commission* |
| **U.S. Nuclear Regulatory Commission** | **Paul S. Aronzon** |
| Washington, DC 20555-0001 | Milbank LLP |
| Attn: General Counsel | 2029 Century Park East, 33rd Fl. |
| | Los Angeles, CA 90067 |
| | *Official Committee of Unsecured Creditors* |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Date: May 15, 2020

*/s/ Melissa C. McLaughlin*
Melissa C. McLaughlin