Sam Newman (SBN 217042)
sam.newman@sidley.com
Genevieve G. Weiner (SBN 254272)
gweiner@sidley.com
Kennison Lay (SBN 330007)
klay@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone No.  (213) 896-6020
Facsimile No. (213) 896-6600

Attorneys for MCKINSEY & COMPANY, INC.
UNITED STATES

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>　　　　Debtors. | Bankruptcy Case<br>Case No.  19-30088-DM (Lead Case)<br>　　　　Chapter 11<br><br>(Jointly Administered)<br><br>**NOTICE OF CHANGE OF ADDRESS** |

**PLEASE TAKE NOTICE** the address of Genevieve G. Weiner has changed. The new address is:

Genevieve G. Weiner
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013
gweiner@sidley.com
213-896-6116

1 | Please update your records accordingly.
2 |
3 | Dated: May 15, 2020         Respectfully submitted,
4 |
5 |                             SIDLEY AUSTIN LLP
6 |                             By:   /s/ Genevieve Weiner
                                      Sam Newman
7 |                                   Genevieve Weiner
                                      Kennison Lay
8 |
                                Attorneys for MCKINSEY & COMPANY,
9 |                             INC. UNITED STATES