1  MICHAEL B. LUBIC (SBN 122591)
   MATTHEW G. BALL (SBN 208881)
2  K&L GATES LLP
   4 Embarcadero Center, Suite 1200
3  San Francisco, CA 94111-5994
   Telephone: 415.882.8200
4  Facsimile: 415.882.8220
   Email:     michael.lubic@klgates.com
5              matthew.ball@klgates.com

6  *Attorneys for CN Utility Consulting, Inc.,
   Cupertino Electric, Inc., Wright Tree Service,
7  Inc., and Wright Tree Service of the West, Inc.*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: | Case No. 19-30088 (DM) |
| PG&E CORPORATION and PACIFIC GAS AND ELECTRIC COMPANY, | Chapter 11 |
| Debtors, | **AMENDED CERTIFICATE OF SERVICE** |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas and Electric Company | |
| ☒ Affects both Debtors | |
| *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | |

# AMENDED CERTIFICATE OF SERVICE

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is K&L GATES LLP, 10100 Santa Monica Boulevard, 8th Floor, Los Angeles, California 90067.

On May 15, 2020, I served the documents described as:

**WRIGHT TREE SERVICE OF THE WEST, INC., AND CN UTILITY CONSULTING, INC.'S LIMITED OBJECTION AND RESERVATION OF RIGHTS TO THE DEBTORS' PROPOSED ASSUMPTION OF EXECUTORY CONTRACTS PURSUANT TO CHAPTER 11 PLAN**

**CUPERTINO ELECTRIC, INC.'S LIMITED OBJECTION AND RESERVATION OF RIGHTS TO THE DEBTORS' PROPOSED ASSUMPTION OF EXECUTORY CONTRACTS PURSUANT TO CHAPTER 11 PLAN**

**OBJECTION OF CN UTILITY CONSULTING, INC., CUPERTINO ELECTRIC, INC., WRIGHT TREE SERVICE, INC., AND WRIGHT TREE SERVICE OF THE WEST, INC. TO CHAPTER 11 PLAN OF REORGANIZATION AND JOINDER TO THE OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO PLAN CONFIRMATION**

☒ **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** The foregoing documents will be served by the court via NEF and hyperlink to the document. On May 15, 2020, I checked the CM/ECF docket for this bankruptcy case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated on the next pages.

**See attached Electronic Mail Notice List**

☒ **EMAIL (COURTESY COPY):** by transmitting a true copy of the foregoing documents to the following e-mail addresses stated in attached Exhibit A:

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 15, 2020, at Los Angeles, California.

/s/ Jonathan Randolph
Jonathan Randolph

**SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**

- Elliot Adler     eadler@theadlerfirm.com, bzummer@theadlerfirm.com
- Aaron L. Agenbroad     alagenbroad@jonesday.com, saltamirano@jonesday.com
- Pamela Allen     pallen@dir.ca.gov
- Annadel A. Almendras     annadel.almendras@doj.ca.gov
- Monique D. Almy     malmy@crowell.com
- Dana M. Andreoli     dandreoli@steyerlaw.com, mterry@steyerlaw.com
- Anne Andrews     aa@andrewsthornton.com, aandrews@andrewsthornton.com
- Richard L. Antognini     rlalawyer@yahoo.com, hallonaegis@gmail.com
- Tyson Arbuthnot     tarbuthnot@rjo.com, jyeung@rjo.com
- Lauren T. Attard     lattard@bakerlaw.com, agrosso@bakerlaw.com
- Herb Baer     hbaer@primeclerk.com, ecf@primeclerk.com
- Kathryn E. Barrett     keb@svlg.com, amt@svlg.com
- Chris Bator     cbator@bakerlaw.com, jmcguigan@bakerlaw.com
- Ronald S. Beacher     rbeacher@pryorcashman.com
- Hagop T. Bedoyan     hbedoyan@kleinlaw.com, ecf@kleinlaw.com
- Andrew David Behlmann     abehlmann@lowenstein.com, elawler@lowenstein.com
- Tanya Behnam     tbehnam@polsinelli.com, tanyabehnam@gmail.com
- James C. Behrens     jbehrens@milbank.com, mkoch@milbank.com
- Jacob Taylor Beiswenger     jbeiswenger@omm.com, llattin@omm.com
- James T. Bentley     james.bentley@srz.com, Kelly.Knight@srz.com
- Peter J. Benvenutti     pbenvenutti@kbkllp.com
- Robert Berens     rberens@smtdlaw.com, sr@smtdlaw.com
- Ronald F. Berestka     rberestka@stonelawoffice.com, csepulveda@stonelawoffice.com
- Heinz Binder     heinz@bindermalter.com
- Neil Jon Bloomfield     njbloomfield@njblaw.com, gklump@njblaw.com
- Jason Blumberg     jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov
- Paige Boldt     pboldt@wattsguerra.com, cwilson@wattsguerra.com
- Ameneh Maria Bordi     ameneh.bordi@kirkland.com, leo.rosenberg@kirkland.com
- Jason Borg     jborg@jasonborglaw.com
- Mark Bostick     mbostick@wendel.com, bankruptcy@wendel.com
- James L. Bothwell     jbothwell@hugueninkahn.com, jguzman@hugueninkahn.com
- Peter R. Boutin     peter.boutin@kyl.com, lara.joel@kyl.com
- Erin N. Brady     enbrady@jonesday.com
- Gregory A. Bray     gbray@milbank.com
- Michael D. Breslauer     mbreslauer@ecf.courtdrive.com, wyones@swsslaw.com
- W. Steven Bryant     , molly.batiste-debose@lockelord.com
- Chane Buck     cbuck@jonesday.com
- Elizabeth J. Cabraser     ecabraser@lchb.com, awolf@lchb.com
- Anthony P. Cali     anthony.cali@stinson.com, lindsay.petrowski@stinson.com
- Peter C. Califano     pcalifano@cwclaw.com
- Steven M. Campora     scampora@dbbwc.com, nlechuga@dbbwc.com
- Leah E. Capritta     leah.capritta@hklaw.com, lori.labash@hklaw.com
- Nicholas A. Carlin     nac@phillaw.com, rac@phillaw.com
- Katherine Rose Catanese     kcatanese@foley.com
- Jennifer Machlin Cecil     JCecil@winston.com, ECF_SF@winston.com
- Karen J. Chedister     kchedister@h-jlaw.com
- Christina Lin Chen     christina.chen@morganlewis.com, christina.lin.chen@gmail.com

3
**AMENDED CERTIFICATE OF SERVICE**

- Richard A. Chesley    richard.chesley@dlapiper.com, bill.countryman@dlapiper.com
- Kevin Chiu    kevin.chiu@bakerbotts.com, rory.fontenla@bakerbotts.com
- Jacquelyn H. Choi    jchoi@raineslaw.com, bclark@raineslaw.com
- Shawn M. Christianson    schristianson@buchalter.com
- Robert N.H. Christmas    rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- Jae Angela Chun    ajc@chun.law, teresa@tosdallaw.com
- Alicia Clough    aclough@loeb.com
- Tiffany Strelow Cobb    tscobb@vorys.com
- John B. Coffman    john@johncoffman.net
- Kevin G. Collins    kevin.collins@btlaw.com
- Brian S. Conlon    bsc@phillaw.com, rac@phillaw.com
- Charles Cording    ccording@willkie.com, mao@willkie.com
- Manuel Corrales    mannycorrales@yahoo.com, hcskanchy@hotmail.com
- Anne Costin    anne@costinlawfirm.com
- Donald H. Cram    dhc@severson.com
- Ashley Vinson Crawford    avcrawford@akingump.com, dkrasa-berstell@akingump.com
- J. Russell Cunningham    rcunningham@dnlc.net, emehr@dnlc.net
- Keith J. Cunningham    , rkelley@pierceatwood.com
- Keith J. Cunningham    kcunningham@pierceatwood.com, rkelley@pierceatwood.com
- James D. Curran    jcurran@wolkincurran.com, dstorms@wolkincurran.com
- Tambra Curtis    tambra.curtis@sonoma-county.org, Kristin.whalley@sonoma-county.org
- James M. Davis    jdavis@cglaw.com
- Nicolas De Lancie    ndelancie@jmbm.com
- Judith A. Descalso    , jad_9193@ecf.courtdrive.com
- Erin Elizabeth Dexter    edexter@milbank.com
- Shounak S. Dharap    ssd@arnslaw.com, mec@arnslaw.com
- Kathryn S. Diemer    kdiemer@diemerwei.com
- Kathryn S. Diemer    kdiemer@diemerwhitman.com
- John P. Dillman    houston_bankruptcy@publicans.com
- Jonathan R. Doolittle    jdoolittle@reedsmith.com
- Jennifer V. Doran    jdoran@hinckleyallen.com
- Dustin M. Dow    ddow@bakerlaw.com, jmcguigan@bakerlaw.com
- Jamie P. Dreher    jdreher@downeybrand.com
- Todd Dressel    tdressel@mcguirewoods.com, JTabisaura@mcguirewoods.com
- Geoffrey B. Dryvynsyde    gbd@cpuc.ca.gov, geoffrey.dryvynsyde@cpuc.ca.gov
- Cecily Ann Dumas    cdumas@bakerlaw.com, hhammonturano@bakerlaw.com
- Dennis F. Dunne    cprice@milbank.com, jbrewster@milbank.com
- Dennis F. Dunne    ddunne@milbank.com, jbrewster@milbank.com
- Huonganh Annie Duong    annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com
- Luke N. Eaton    eatonl@pepperlaw.com, monugiac@pepperlaw.com
- Kevin M. Eckhardt    keckhardt@hunton.com, candonian@huntonak.com
- Joseph A. Eisenberg    JAE1900@yahoo.com
- Michele Ellison    mellison@gibbsgiden.com, lrochelle@gibbsgiden.com
- David Emerzian    , Melany.Hertel@mccormickbarstow.com
- G. Larry Engel    larry@engeladvice.com
- Krista M. Enns    kenns@beneschlaw.com
- Scott Esbin    sesbin@esbinalter.com

- Joseph M. Esmont    jesmont@bakerlaw.com
- Michael P. Esser    michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com
- Richard W. Esterkin    richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com
- Michael S. Etkin    metkin@lowenstein.com
- Jacob M. Faircloth    jacob.faircloth@smolsonlaw.com
- Brett D. Fallon    bfallon@morrisjames.com, wweller@morrisjames.com
- Michael C. Fallon    , manders@fallonlaw.net
- Joana Fang    jf@kbklawyers.com, icd@kbklawyers.com
- Joseph Kyle Feist    jfeistesq@gmail.com, info@norcallawgroup.net
- David M. Feldman    DFeldman@gibsondunn.com
- Matthew A. Feldman    mfeldman@willkie.com
- Mark E. Felger    mfelger@cozen.com
- James J. Ficenec    James.Ficenec@ndlf.com, caroline.pfahl@ndlf.com
- John D. Fiero    jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- Kimberly S. Fineman    kfineman@nutihart.com, nwhite@nutihart.com
- Stephen D. Finestone    sfinestone@fhlawllp.com
- Timothy M. Flaherty    tflaherty@mpplaw.com
- Daniel I. Forman    dforman@willkie.com
- Jonathan Forstot    jonathan.forstot@troutman.com, john.murphy@troutman.com
- Jonathan Forstot    , john.murphy@troutman.com
- Matthew Hampton Foushee    hampton.foushee@hoganlovells.com, hfoushee@gmail.com
- Carolyn Frederick    cfrederick@prklaw.com
- Peter Friedman    pfriedman@omm.com
- Roger F. Friedman    rfriedman@rutan.com, csolorzano@rutan.com
- Xiyi Fu    jackie.fu@lockelord.com, taylor.warren@lockelord.com
- Lars H. Fuller    lfuller@bakerlaw.com
- Larry W. Gabriel    lgabriel@bg.law, nfields@bg.law
- Gregg M. Galardi    gregg.galardi@ropesgray.com
- Richard L. Gallagher    richard.gallagher@ropesgray.com
- Craig Solomon Ganz    ganzc@ballardspahr.com, hartt@ballardspahr.com
- Jeffrey K. Garfinkle    jgarfinkle@buchalter.com
- Oscar Garza    ogarza@gibsondunn.com
- Lisa S. Gast    lsg@dwgp.com, lmk@dwgp.com
- Paul R. Gaus    paul.gaus@mccormickbarstow.com
- Duane M. Geck    dmg@severson.com
- Evelina Gentry    evelina.gentry@akerman.com, rob.diwa@akerman.com
- Janet D. Gertz    jgertz@btlaw.com, amattingly@btlaw.com
- Christopher Gessner    cgessner@akingump.com, NYMCO@akingump.com
- Barry S. Glaser    bglaser@lkfirm.com
- Paul R. Glassman    pglassman@sycr.com
- Gabriel I. Glazer    gglazer@pszjlaw.com
- Gabrielle Glemann    gabrielle.glemann@stoel.com, rene.alvin@stoel.com
- Jaime Godin    Jtouchstone@fddcm.com
- Matthew A. Gold    courts@argopartners.net
- Eric D. Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- Craig Goldblatt    Craig.Goldblatt@wilmerhale.com, whdocketing@wilmerhale.com
- Amy L. Goldman    goldman@lbbslaw.com
- Eric S. Goldstein    egoldstein@goodwin.com
- Rhonda Stewart Goldstein    Rhonda.Goldstein@ucop.edu, Lissa.Ly@ucop.edu

5
AMENDED CERTIFICATE OF SERVICE

- Richard H. Golubow    rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com
- Michael J. Gomez    mgomez@frandzel.com, dmoore@frandzel.com
- Michael W. Goodin    mgoodin@clausen.com, mgenova@clausen.com
- Eric R. Goodman    egoodman@bakerlaw.com
- Mark A. Gorton    mgorton@boutinjones.com, cdomingo@boutininc.com
- Mark A. Gorton    mgorton@boutininc.com, cdomingo@boutininc.com
- Michael I. Gottfried    MGottfried@elkinskalt.com, AAburto@elkinskalt.com
- Louis Gottlieb    Lgottlieb@labaton.com, mpenrhyn@labaton.com
- Eric A. Grasberger    eric.grasberger@stoel.com, docketclerk@stoel.com
- Debra I. Grassgreen    dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- Eric A. Gravink    eric@rhrc.net
- Elizabeth A. Green    egreen@bakerlaw.com, orlbankruptcy@bakerlaw.com
- Mitchell B. Greenberg    mgreenberg@abbeylaw.com, mmeroney@abbeylaw.com
- Matthew W. Grimshaw    matt@grimshawlawgroup.com, ecfmarshackhays@gmail.com
- Stuart G. Gross    sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com
- Carl L. Grumer    cgrumer@manatt.com, mchung@manatt.com
- Elizabeth M. Guffy    eguffy@lockelord.com, autodocket@lockelord.com
- Cameron Gulden    cameron.m.gulden@usdoj.gov
- Mirco J. Haag    mhaag@buchalter.com, dcyrankowski@buchalter.com
- Laurie Hager    lhager@sussmanshank.com
- J. Noah Hagey    hagey@braunhagey.com, tong@braunhagey.com
- Oren Buchanan Haker    oren.haker@stoel.com, rene.alvin@stoel.com
- Kristopher M. Hansen    dmohamed@stroock.com, mmagzamen@stroock.com
- Adam C. Harris    adam.harris@srz.com, james.bentley@srz.com
- Robert G. Harris    rob@bindermalter.com
- Christopher H. Hart    chart@nutihart.com, nwhite@nutihart.com
- Bryan L. Hawkins    bryan.hawkins@stoel.com, Sharon.witkin@stoel.com
- Jan M Hayden    jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com
- Jennifer C. Hayes    jhayes@fhlawllp.com
- Alaina R. Heine    alaina.heine@dechert.com, brett.stone@dechert.com
- Cristina A. Henriquez    chenriquez@mayerbrown.com
- Stephen E. Hessler, P.C.    , jozette.chong@kirkland.com
- Matthew Heyn    matthew.heyn@doj.ca.gov
- Sean T. Higgins    aandrews@andrewsthornton.com, shiggins@andrewsthornton.com
- Morgan R. Hirst    mhirst@jonesday.com, mmelvin@jonesday.com
- Michael R. Hogue    hoguem@gtlaw.com, navarrom@gtlaw.com
- David Holtzman    david.holtzman@hklaw.com
- Alexandra S. Horwitz    allie.horwitz@dinsmore.com
- Marsha Houston    mhouston@reedsmith.com, hvalencia@reedsmith.com
- Shane Huang    shane.huang@usdoj.gov
- Brian D. Huben    hubenb@ballardspahr.com
- Jonathan Hughes    , jane.rustice@aporter.com
- Edward R. Huguenin    ehuguenin@hugueninkahn.com, jguzman@hugueninkahn.com
- Michael A. Isaacs    Michael.Isaacs@dentons.com, Alissa.Worthing@dentons.com
- Mark V. Isola    mvi@sbj-law.com
- J. Eric Ivester    Eric.Ivester@skadden.com, Andrea.Bates@skadden.com
- J. Eric Ivester    , Andrea.Bates@skadden.com
- Kizzy L. Jarashow    KJarashow@goodwinlaw.com, AFraticelliLouallen@goodwinlaw.com
- Ivan C. Jen    ivan@icjenlaw.com

- Monique Jewett-Brewster  mjb@hopkinscarley.com, eamaro@hopkinscarley.com
- James O. Johnston  jjohnston@jonesday.com
- Chris Johnstone  chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com
- Andrew Jones  andrew@ajoneslaw.com
- Gregory K. Jones  GJones@dykema.com, cacossano@dykema.com
- Robert A. Julian  rjulian@bakerlaw.com, hhammonturano@bakerlaw.com
- George H. Kalikman  gkalikman@schnader.com, sdavenport@schnader.com
- Roberto J. Kampfner  rkampfner@whitecase.com, mco@whitecase.com
- Bonnie E. Kane  bonnie@thekanelawfirm.com, skane@thekanelawfirm.com
- Gary M. Kaplan  gkaplan@fbm.com, calendar@fbm.com
- Robert B. Kaplan  rbk@jmbm.com
- Eve H. Karasik  ehk@lnbyb.com
- Michael G. Kasolas  trustee@kasolas.net, CA30@ecfcbis.com,ecf.alert+Kasolas@titlexi.com
- Elyssa S. Kates  ekates@bakerlaw.com
- Ori Katz  okatz@sheppardmullin.com, LSegura@sheppardmullin.com
- William M. Kaufman  wkaufman@smwb.com
- Jane G. Kearl  jkearl@watttieder.com, jbenton@watttieder.com
- Tobias S. Keller  tkeller@kbkllp.com
- Lynette C. Kelly  ustpregion17.oa.ecf@usdoj.gov
- Matthew K. Kelsey  mkelsey@gibsondunn.com
- Gerald P. Kennedy  gerald.kennedy@procopio.com, kristina.terlaga@procopio.com
- Erica L. Kerman  ekerman@willkie.com
- Samuel A. Khalil  skhalil@milbank.com, jbrewster@milbank.com
- Samuel M. Kidder  skidder@ktbslaw.com
- Marc Kieselstein  , carrie.oppenheim@kirkland.com
- Jane Kim  jkim@kbkllp.com
- Mary H. Kim  Mary.Kim@dechert.com, brett.stone@dechert.com
- Kody D. L. Kleber  kkleber@bakerlaw.com, dmartinez@bakerlaw.com
- Matthew Ryan Klinger  mklinger@sheppardmullin.com, DGatmen@sheppardmullin.com
- Bradley C. Knapp  bknapp@lockelord.com, Yamille.Harrison@lockelord.com
- Kelly V. Knight  kelly.knight@srz.com
- Lydia Vanessa Ko  Lvko@stonelawoffice.com
- Thomas F. Koegel  tkoegel@crowell.com
- Katherine Kohn  kkohn@groom.com, ashahinllari@groom.com
- Andy S. Kong  kong.andy@arentfox.com, Yvonne.Li@arentfox.com
- Anna Kordas  akordas@jonesday.com, mmelvin@jonesday.com
- Alan W. Kornberg  , akornberg@paulweiss.com
- Bernard Kornberg  bjk@severson.com
- David I. Kornbluh  dik@millermorton.com, mhr@millermorton.com
- Lauren Kramer  lkramer@rjo.com
- Jeffrey C. Krause  jkrause@gibsondunn.com
- Thomas R. Kreller  tkreller@milbank.com
- Lindsey E. Kress  lkress@lockelord.com, autodocket@lockelord.com
- Hannah C. Kreuser  hkreuser@porterlaw.com, ooberg@porterlaw.com
- Michael Thomas Krueger  michael.krueger@ndlf.com, Havilyn.lee@ndlf.com
- Robert T. Kugler  robert.kugler@stinson.com
- Boris Kukso  boris.kukso@usdoj.gov, western.taxcivil@usdoj.gov
- Brendan M. Kunkle  bkunkle@abbeylaw.com, lmeyer@abbeylaw.com

7
AMENDED CERTIFICATE OF SERVICE

- Alisa C. Lacey  alisa.lacey@stinson.com, karen.graves@stinson.com
- Timothy S. Laffredi  timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov
- Timothy S. Laffredi  timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov
- Richard A. Lapping  rich@trodellalapping.com
- Omeed Latifi  olatifi@theadlerfirm.com, kdeubler@theadlerfirm.com
- John E. Lattin  jlattin@ostergar.com, cslovenec@ostergar.com
- Michael Lauter  mlauter@sheppardmullin.com
- Kenneth T. Law  klaw@bbslaw.com
- Francis J. Lawall  lawallf@pepperlaw.com, henrys@pepperlaw.com
- Andrew Michael Leblanc  ALeblanc@milbank.com
- Erica Lee  Erica.Lee@doj.ca.gov
- Scott Lee  scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com
- Paul J. Leeds  leedsp@higgslaw.com
- Edward J. Leen  eleen@mkbllp.com
- Lisa Lenherr  llenherr@wendel.com, bankruptcy@wendel.com
- Matthew A. Lesnick  matt@lesnickprince.com, jmack@lesnickprince.com
- Bryn G. Letsch  bletsch@braytonlaw.com
- David B. Levant  david.levant@stoel.com, rene.alvin@stoel.com
- Andrew H. Levin  alevin@wcghlaw.com
- David Levine  dnl@groom.com
- Marc A. Levinson  Malevinson@orrick.com, casestream@ecf.courtdrive.com
- Dara Levinson Silveira  dsilveira@kbkllp.com
- Alexander James Demitro Lewicki  kdiemer@diemerwei.com
- Alexander James Demitro Lewicki  alewicki@diemerwei.com
- William Thomas Lewis  wtl@roblewlaw.com, kimwrenn@msn.com
- William S. Lisa  , jcaruso@nixonpeabody.com
- William S. Lisa  wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com
- Jonathan A. Loeb  jon.loeb@bingham.com
- Michael B. Lubic  michael.lubic@klgates.com
- John William Lucas  jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Joseph R. Lucia  PersonalInjuryGroup@RLSlawyers.com
- Jane Luciano  jane-luciano@comcast.net
- Kerri Lyman  klyman@irell.com
- Carissa A. Lynch  Carissa.Lynch@ftb.ca.gov, Martha.Gehrig@ftb.ca.gov
- John H. MacConaghy  macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com
- Iain A. Macdonald  iain@macfern.com, ecf@macfern.com
- Tracy L. Mainguy  tmainguy@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- Samuel R. Maizel  samuel.maizel@dentons.com, alicia.aguilar@dentons.com
- Adam Malatesta  adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com
- Katharine Malone  malonek@gtlaw.com
- Liam K. Malone  malone@oles.com, shahin@oles.com
- Michael W. Malter  michael@bindermalter.com
- Craig Margulies  cmargulies@margulies-law.com, lsalazar@margulies-law.com
- Geoffrey E. Marr  gemarr59@hotmail.com
- Richard A. Marshack  rmarshack@marshackhays.com, rmarshack@ecf.courtdrive.com
- Catherine Martin  cmartin@simon.com, rtucker@simon.com;bankruptcy@simon.com
- Laila Masud  lmasud@marshackhays.com, lmasud@ecf.courtdrive.com

8
AMENDED CERTIFICATE OF SERVICE

- David P. Matthews    jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com
- Patrick C. Maxcy    patrick.maxcy@snrdenton.com
- Benjamin P. McCallen    bmccallen@willkie.com
- Thomas E. McCurnin    tmccurnin@bkolaw.com, kescano@bkolaw.com
- Hugh M. McDonald    hugh.mcdonald@troutman.com, john.murphy@troutman.com
- Hugh M. McDonald    , john.murphy@troutman.com
- C. Luckey McDowell    Luckey.McDowell@Shearman.com
- Matthew D. McGill    MMcGill@gibsondunn.com
- Scott H. McNutt    SMcNutt@ml-sf.com, csnell@ml-sf.com
- Thomas Melone    Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com
- Peter Meringolo    peter@pmrklaw.com
- Frank A. Merola    lacalendar@stroock.com, mmagzamen@stroock.com
- Jennifer L. Mersing    jennifer.mersing@stoel.com, lisa.petras@stoel.com
- Joshua M. Mester    jmester@jonesday.com
- Matthew D. Metzger    belvederelegalecf@gmail.com
- Merle C. Meyers    mmeyers@mlg-pc.com
- Randy Michelson    randy.michelson@michelsonlawgroup.com
- Gerardo Mijares-Shafai    Gerardo.Mijares-Shafai@arnoldporter.com, kenneth.anderson@arnoldporter.com
- Joel S. Miliband    jmiliband@brownrudnick.com
- Joseph G. Minias    jminias@willkie.com
- M. David Minnick    dminnick@pillsburylaw.com, docket@pillsburylaw.com
- Benjamin Mintz    benjamin.mintz@arnoldporter.com, valerie.foley@arnoldporter.com
- Nancy Mitchell    nmitchell@omm.com
- Thomas C. Mitchell    tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com
- John A. Moe    john.moe@dentons.com, glenda.spratt@dentons.com
- Aaron J. Mohamed    ajm@brereton.law, aaronmohamedlaw@gmail.com
- Kevin Montee    kmontee@monteeassociates.com
- David W. Moon    lacalendar@stroock.com, mmagzamen@stroock.com
- Diane Marger Moore    dmargermoore@baumhedlundlaw.com
- Erika L. Morabito    emorabito@foley.com, hsiagiandraughn@foley.com
- Candace J. Morey    cjm@cpuc.ca.gov
- Courtney L. Morgan    morgan.courtney@pbgc.gov
- Kimberly S. Morris    kmorris@bakerlaw.com, hhammonturano@bakerlaw.com
- Rodney Allen Morris    Rodney.Morris2@usdoj.gov
- Joshua D. Morse    Joshua.Morse@dlapiper.com, joshua-morse-0092@ecf.pacerpro.com
- Andrew H. Morton    andrew.morton@stoel.com, lisa.petras@stoel.com
- Thomas G. Mouzes    tmouzes@boutinjones.com, cdomingo@boutininc.com
- Peter S. Munoz    pmunoz@reedsmith.com, gsandoval@reedsmith.com
- Bennett J. Murphy    bmurphy@bennettmurphylaw.com
- Michael S. Myers    myersms@ballardspahr.com
- Alan I. Nahmias    anahmias@mbnlawyers.com, jdale@mbnlawyers.com
- David L. Neale    dln@lnbrb.com
- David L. Neale    dln@lnbyb.com
- David Neier    dneier@winston.com
- Brittany J. Nelson    bnelson@foley.com, hsiagiandraughn@foley.com
- Michael S. Neumeister    MNeumeister@gibsondunn.com

- Howard S. Nevins    hnevins@hsmlaw.com
- Melissa T. Ngo    ngo.melissa@pbgc.gov, efile@pbgc.gov
- Mario R. Nicholas    mario.nicholas@stoel.com, cherie.clark@stoel.com
- Sean Nolan    snolan@akingump.com, NYMCO@akingump.com
- Gregory C. Nuti    gnuti@nutihart.com, nwhite@nutihart.com
- Abigail O'Brient    aobrient@mintz.com, docketing@mintz.com
- Julie E. Oelsner    joelsner@weintraub.com, bjennings@weintraub.com
- Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov
- Matthew Jon Olson    matt@macfern.com, stell.laura@dorsey.com
- Scott Olson    solson@vedderprice.com, nortega@vedderprice.com
- Steven M. Olson    smo@smolsonlaw.com
- Aram Ordubegian    Ordubegian.Aram@ArentFox.com
- Gabriel Ozel    , gabeozel@gmail.com
- Margarita Padilla    Margarita.Padilla@doj.ca.gov
- Amy S. Park    amy.park@skadden.com, alissa.turnipseed@skadden.com
- Donna Taylor Parkinson    donna@parkinsonphinney.com
- Peter S. Partee    ppartee@huntonak.com, candonian@huntonak.com
- Paul J. Pascuzzi    ppascuzzi@ffwplaw.com, docket@ffwplaw.com
- Kenneth Pasquale    , mlaskowski@stroock.com
- Charles Scott Penner    penner@carneylaw.com, caragol@carneylaw.com
- Valerie Bantner Peo    vbantnerpeo@buchalter.com
- Yosef Peretz    , skim@peretzlaw.com
- Thomas R. Phinney    tom@parkinsonphinney.com
- R. Alexander Pilmer    alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
- M. Ryan Pinkston    rpinkston@seyfarth.com, jmcdermott@seyfarth.com
- Estela O. Pino    epino@epinolaw.com, rmahal@epinolaw.com
- Gregory Plaskett    GREGORY.PLASKETT@GMAIL.COM, HKHAPPYGRL1@GMAIL.COM
- Mark D. Plevin    mplevin@crowell.com
- Steven G. Polard    spolard@eisnerlaw.com
- Mark D. Poniatowski    ponlaw@ponlaw.com
- William L. Porter    bporter@porterlaw.com, Ooberg@porterlaw.com
- Christopher E. Prince    cprince@lesnickprince.com
- Douglas B. Provencher    dbp@provlaw.com
- Stacey C. Quan    squan@steyerlaw.com, pspencer@steyerlaw.com
- Amy C. Quartarolo    amy.quartarolo@lw.com
- Lary Alan Rappaport    lrappaport@proskauer.com, PHays@proskauer.com
- Justin E. Rawlins    justinrawlins@paulhastings.com
- Hugh M. Ray    hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com
- Paul F. Ready    smeyer@farmerandready.com
- Caroline A. Reckler    caroline.reckler@lw.com
- David M. Reeder    david@reederlaw.com, secretary@reederlaw.com
- Steven J. Reisman    sreisman@katten.com, nyc.bknotices@kattenlaw.com
- Jeffrey M. Reisner    jreisner@irell.com
- Jack A. Reitman    , srichmond@lgbfirm.com
- Emily P. Rich    erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- David J. Richardson    drichardson@bakerlaw.com, aagonzalez@bakerlaw.com
- Christopher O. Rivas    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- David B. Rivkin    drivkin@bakerlaw.com, jmeeks@bakerlaw.com

10
**AMENDED CERTIFICATE OF SERVICE**

- John R. Rizzardi    kcoselman@cairncross.com, tnguyen@cairncross.com
- Daniel Robertson    robertson.daniel@pbgc.gov, efile@pbgc.gov
- Lacey E. Rochester    lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com
- Michael Rogers    mrogers@lambertrogers.com, jan@lambertrogers.com
- Julie H. Rome-Banks    julie@bindermalter.com
- Jorian L. Rose    jrose@bakerlaw.com
- Paul M. Rosenblatt    prosenblatt@kilpatricktownsend.com, mwilliams@kilpatricktownsend.com
- David A. Rosenzweig    david.rosenzweig@nortonrosefulbright.com, thomas.burns@nortonrossefulbright.com
- Allan Robert Rosin    arrosin@alr-law.com
- Jay M. Ross    jross@hopkinscarley.com, eamaro@hopkinscarley.com
- Gregory A. Rougeau    grougeau@brlawsf.com
- Stacy H. Rubin    rubins@ballardspahr.com, BKTDocket_West@ballardspahr.com
- Jason C. Rubinstein    jrubinstein@fklaw.com, mclerk@fklaw.com
- Nathan Q. Rugg    nathan.rugg@bfkn.com, jean.montgomery@bfkn.com
- Thomas B. Rupp    trupp@kbkllp.com
- Eric E. Sagerman    esagerman@bakerlaw.com
- Robert Sahyan    rsahyan@sheppardmullin.com, JNakaso@sheppardmullin.com
- Jonathan C. Sanders    jsanders@stblaw.com
- Nanette D. Sanders    nanette@ringstadlaw.com, becky@ringstadlaw.com
- Natalie Kathleen Sanders    natalie.sanders@bakerbotts.com
- Lovee Sarenas    Lovee.sarenas@lewisbrisbois.com
- Sunny S. Sarkis    sunny.sarkis@stoel.com, dawn.forgeur@stoel.com
- Patricia Savage    psavesq@gmail.com, jodi.savage@gmail.com
- Sblend A. Sblendorio    sas@hogefenton.com
- Francis O. Scarpulla    fos@scarpullalaw.com, cpc@scarpullalaw.com
- Daren M Schlecter    daren@schlecterlaw.com, info@schlecterlaw.com
- Bradley R. Schneider    bradley.schneider@mto.com, jeffrey.wu@mto.com
- Harvey S. Schochet    Harveyschochet@dwt.com
- Nathan A. Schultz    nschultz@goodwinlaw.com, kjarashow@goodwinlaw.com
- Lisa Schweitzer    lschweitzer@cgsh.com
- Eric J. Seiler    eseiler@fklaw.com, mclerk@fklaw.com
- David B. Shemano    dshemano@pwkllp.com
- James A. Shepherd    jim@jsheplaw.com, shepIGN@gmail.com
- Leonard M. Shulman    lshulman@shbllp.com
- Andrew I. Silfen    andrew.silfen@arentfox.com
- Wayne A. Silver    w_silver@sbcglobal.net, ws@waynesilverlaw.com
- Craig S. Simon    csimon@bergerkahn.com, aketcher@bergerkahn.com
- Gerald Singleton    gerald@slffirm.com, BKECFCANB@SLFfirm.com
- Steven J. Skikos    sskikos@skikos.com, mmontoya@skikos.com
- Michael K. Slattery    mslattery@lkfirm.com, rramirez@lkfirm.com
- Dania Slim    dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com
- Jennifer N. Slocum    jennifer.slocum@stoel.com, docketclerk@stoel.com
- Aaron C. Smith    asmith@lockelord.com, autodocket@lockelord.com
- Alan D. Smith    adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com
- Jan D. Sokol    jdsokol@lawssl.com, dwright@lawssl.com
- Randye B. Soref    rsoref@polsinelli.com
- Joseph Sorkin    jsorkin@akingump.com, NYMCO@akingump.com

- Bennett L. Spiegel    blspiegel@jonesday.com
- Michael St. James    ecf@stjames-law.com
- Diane C. Stanfield    diane.stanfield@alston.com, nelly.villaneda@alston.com
- Howard J. Steinberg    steinbergh@gtlaw.com, pearsallt@gtlaw.com
- Harriet A. Steiner    harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com
- Lillian G. Stenfeldt    lillian.stenfeldt@rimonlaw.com, jon.arneson@sedgwicklaw.com
- Lillian G. Stenfeldt    lillian.stenfeldt@sdma.com, jon.arneson@sedgwicklaw.com
- Cheryl L. Stengel    clstengel@outlook.com, stengelcheryl40@gmail.com
- David M. Stern    dstern@ktbslaw.com
- Geoffrey S. Stewart    gstewart@jonesday.com, mmelvin@jonesday.com
- Alan J. Stone    AStone@milbank.com, DMcCracken@Milbank.com
- Jason D. Strabo    jstrabo@mwe.com, shill@mwe.com
- Michael H. Strub    mstrub@irell.com, mhstrub1@gmail.com
- Rebecca Suarez    rsuarez@crowell.com
- Brad T. Summers    summerst@lanepowell.com, docketing-pdx@lanepowell.com
- Kristine Theodesia Takvoryan    ktakvoryan@ckrlaw.com
- Derrick Talerico    dtalerico@ztlegal.com, sfritz@ztlegal.com
- Kesha Tanabe    kesha@tanabelaw.com
- Mary Ellmann Tang    mtang@frenchlyontang.com, nblackwell@frenchlyontang.com
- Elizabeth Lee Thompson    ethompson@stites.com, docketclerk@stites.com
- John C. Thornton    jct@andrewsthornton.com, aandrews@andrewsthornton.com
- Elisa Tolentino    cao.main@sanjoseca.gov
- Meagan S. Tom    Meagan.tom@lockelord.com, autodocket@lockelord.com
- Edward J. Tredinnick    etredinnick@greeneradovsky.com
- Matthew Jordan Troy    matthew.troy@usdoj.gov
- Michael Tye    Michael.Tye@usdoj.gov
- Andrew Van Ornum    avanornum@vlmglaw.com, hchea@vlmglaw.com
- Shmuel Vasser    shmuel.vasser@dechert.com, brett.stone@dechert.com
- Victor A. Vilaplana    vavilaplana@foley.com, rhurst@foley.com
- Marta Villacorta    marta.villacorta@usdoj.gov
- Carol C. Villegas    cvillegas@labaton.com, NDonlon@labaton.com
- John A. Vos    InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
- Bao M. Vu    bao.vu@stoel.com, sharon.witkin@stoel.com
- Nicholas Wagner    kschemen@wagnerjones.com, bwagner@wagnerjones.com
- Jonathan D. Waisnor    jwaisnor@willkie.com, mao@willkie.com
- Riley C. Walter    ecf@W2LG.com
- Phillip K. Wang    phillip.wang@rimonlaw.com
- Philip S. Warden    philip.warden@pillsburylaw.com, kathy.stout@pillsburylaw.com
- Mikal C. Watts    mcwatts@wattsguerra.com, cwilson@wattsguerra.com
- Lindsi M. Weber    lweber@polsinelli.com, yderac@polsinelli.com
- Joseph M. Welch    jwelch@buchalter.com, dcyrankowski@buchalter.com
- David Walter Wessel    DWessel@efronlawfirm.com, hporter@chdlawyers.com
- Joseph West    westjoseph@earthlink.net, josephw998@gmail.com
- Drew M. Widders    dwidders@wilcoxenlaw.com, nina@wilcoxenlaw.com
- Jason P. Williams    jwilliams@wplgattorneys.com, maryanne@wplgattorneys.com
- Eric R. Wilson    kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com
- Kimberly S. Winick    kwinick@clarktrev.com, knielsen@clarktrev.com
- Rebecca J. Winthrop    rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonrosefulbright.com

12
AMENDED CERTIFICATE OF SERVICE

- David Wirt   david.wirt@hklaw.com, denise.harmon@hklaw.com
- Ryan A. Witthans   rwitthans@fhlawllp.com
- Risa Lynn Wolf-Smith   rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com
- Douglas Wolfe   dwolfe@asmcapital.com
- Andrea Wong   wong.andrea@pbgc.gov, efile@pbgc.gov
- Christopher Kwan Shek Wong   christopher.wong@arentfox.com
- David A. Wood   dwood@marshackhays.com, lbuchanan@marshackhays.com
- Kirsten A. Worley   kw@wlawcorp.com, admin@wlawcorp.com
- Kinga Wright   kinga.wright@lockelord.com, autodocket@lockelord.com
- Antonio Yanez   ayanez@willkie.com
- Cathy Yanni   cathy@cathyyanni.com, pstrunk@browngreer.com
- Andrew Yaphe   andrew.yaphe@davispolk.com, pge.dpw.routing@davispolk.com
- Tacie H. Yoon   tyoon@crowell.com
- Bennett G. Young   byoung@jmbm.com, jb8@jmbm.com
- Christopher L. Young   cyoung@cairncross.com, nspringstroh@cairncross.com
- Nicole M. Zeiss   nzeiss@labaton.com
- Paul H. Zumbro   mao@cravath.com
- Brittany Zummer   bzummer@theadlerfirm.com, nfournier@theadlerfirm.com
- Dario de Ghetaldi   deg@coreylaw.com, lf@coreylaw.com

# EXHIBIT A
## STANDARD PARTIES SERVICE LIST

| PARTY | REPRESENTATION | | EMAIL |
|---|---|---|---|
| Counsel to Debtors | Weil, Gotshal & Manges LLP | Attn: Stephen Karotkin, Jessica Liou, Matthew Goren, Tom Schinckel | stephen.karotkin@weil.com<br>matthew.goren@weil.com<br>jessica.liou@weil.com<br>tom.schinckel@weil.com |
| Special Counsel to Debtors | Cravath, Swaine & Moore LLP | Attn: Paul H. Zumbro, Kevin J. Orsini, George E. Zobitz, Stephen M. Kessing and Nicholas A. Dorsey, Omid H. Nasab | pzumbro@cravath.com<br>korsini@cravath.com<br>jzobitz@cravath.com<br>skessing@cravath.com<br>ndorsey@cravath.com<br>onasab@cravath.com |
| Counsel to Debtors | Keller Benvenutti Kim LLP | Attn: Tobias Keller, Jane Kim | tkeller@kbkllp.com<br>jkim@kbkllp.com |
| Office of the United States Trustee | Office of the United States Trustee | Attn: James L. Snyder, Esq., Timothy Lafreddi, Esq., Marta E. Villacorta | James.L.Snyder@usdoj.gov<br>timothy.s.laffredi@usdoj.gov<br>Marta.Villacorta@usdoj.gov |
| Counsel for Official Committee of Tort Claimants | Baker & Hostetler LLP | Robert A. Julian, Cecily A. Dumas, Eric E. Sagerman, David J. Richardson, Lauren T. Attard | rjulian@bakerlaw.com<br>cdumas@bakerlaw.com<br>esagerman@bakerlaw.com<br>drichardson@bakerlaw.com<br>lattard@bakerlaw.com |
| Counsel for the Official Committee of Unsecured Creditors | Milbank LLP | Attn: Dennis F. Dunne, Samuel A. Khalil, Gregory A. Bray, Thomas R. Kreller, Alan J. Stone, Samir Vora | ddunne@milbank.com<br>skhalil@milbank.com<br>Gbray@milbank.com<br>TKreller@milbank.com<br>astone@milbank.com<br>svora@milbank.com |
| Counsel for the administrative agent under the Debtors' debtor in possession financing facilities | Stroock & Stoock & Lavan LLP | Attn: Kristopher M. Hansen, Erez E. Gilad, Matthew G. Garofalo, Frank A. Merola | khansen@stroock.com<br>egilad@stroock.com<br>mgarofalo@stroock.com<br>fmerola@stroock.com |
| Counsel for the agent under the Debtors' proposed debtor in possession financing facilities | Davis Polk & Wardwell LLP | Attn: Eli J. Vonnegut, David Schiff, Timothy Graulich | eli.vonnegut@davispolk.com<br>david.schiff@davispolk.com<br>timothy.graulich@davispolk.com |
| Counsel to California Public Utilities Commission | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Alan W. Kornberg, Brian S. Hermann, Walter R. Rieman, Sean A. Mitchell, Neal P. Donnelly | akornberg@paulweiss.com<br>bhermann@paulweiss.com<br>wrieman@paulweiss.com<br>smitchell@paulweiss.com<br>ndonnelly@paulweiss.com |
| Interested Party United States on behalf of the Federal Energy Regulatory Commission | U.S. Department of Justice | Attn: Danielle A. Pham | danielle.pham@usdoj.gov |
| PG&E Shareholders | Jones Day | Attn: Bruce S. Bennett, Joshua M. Mester, James O. Johnston, | bbennett@jonesday.com<br>jmester@jonesday.com<br>jjohnston@jonesday.com |
| Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company | Akin Gump Strauss Hauer & Feld LLP | Attn: Ashley Vinson Crawford | avcrawford@akingump.com |
| Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company | Akin Gump Strauss Hauer & Feld LLP | Attn: Michael S. Stamer, Ira S. Dizengoff, David H. Botter | mstamer@akingump.com<br>idizengoff@akingump.com<br>dbotter@akingump.com |

| PARTY | REPRESENTATION | | EMAIL |
|---|---|---|---|
| Co-Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company | Braunhagey & Borden LLP | Attn: J. Noah Hagey, Jeffrey M. Theodore, David H. Kwasniewski, Andrew Levine | hagey@braunhagey.com<br>theodore@braunhagey.com<br>kwasniewski@braunhagey.com<br>levine@braunhagey.com |
| Counsel for Ad Hoc Group of Subrogation Claim Holders | Willkie Farr & Gallagher LLP | Attn: Matthew A. Feldman, Joseph G. Minias, Daniel I. Forman, Benjamin P. McCallen; Antonio Yanez, Jr., Erica L. Kerman, Jonathan D. Waisnor, Matthew Freimuth | mfeldman@willkie.com<br>jminias@willkie.com<br>dforman@willkie.com<br>bmccallen@willkie.com<br>ayanez@willkie.com<br>ekerman@willkie.com<br>jwaisnor@willkie.com<br>mfreimuth@willkie.com |
| Counsel for Ad Hoc Group of Subrogation Claim Holders | Diemer & Wei, LLP | Attn: Kathryn S. Diemer | kdiemer@diemerwei.com |
| U.S. Nuclear Regulatory Commission | U.S. Nuclear Regulatory Commission | Attn: Anita Ghosh Naber | anita.ghoshnaber@nrc.gov |