Sam Newman (SBN 217042)
sam.newman@sidley.com
Genevieve G. Weiner (SBN 254272)
gweiner@sidley.com
Kennison Lay (SBN 330007)
klay@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone No. (213) 896-6020
Facsimile No. (213) 896-6600

Attorneys for MCKINSEY & COMPANY, INC. UNITED STATES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors. | Bankruptcy Case<br>Case No. 19-30088-DM (Lead Case)<br>Chapter 11<br><br>(Jointly Administered)<br><br>**NOTICE OF ERRATA TO MCKINSEY & COMPANY, INC. UNITED STATES' LIMITED OBJECTIONS TO THE DEBTORS' AND SHAREHOLDER PROPONENTS' TREATMENT OF EXECUTORY CONTRACTS UNDER THE JOINT CHAPTER 11 PLAN OF REORGANIZATION**<br><br>Re: Dkt. No. 6320, 7037, 7334 |

1

**PLEASE BE ADVISED** that the Limited Objections filed by McKinsey & Company Inc. United States on May 15, 2020 was inadvertently filed without the exhibit or electronic signature [Dkt. 7334]. Attached hereto as <u>Exhibit A</u> is a corrected version of the Limited Objections.

Dated: May 15, 2020

Respectfully submitted,

SIDLEY AUSTIN LLP

By:   */s/ Sam Newman*
     Sam Newman
     Genevieve Weiner
     Kennison Lay
     Attorneys for MCKINSEY & COMPANY, INC. UNITED STATES