MORGAN, LEWIS & BOCKIUS LLP
William D. Kissinger (SBN 135276)
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Tel: +1.415.442.1480
Fax: +1.415.442.1001
william.kissinger@morganlewis.com

-and-

MORGAN, LEWIS & BOCKIUS LLP
Richard W. Esterkin (SBN 70769)
300 South Grand Ave.
Los Angeles, CA 90071-3132
Tel: +1.213.612.2500
Fax: +1.213.612.2501
richard.esterkin@morganlewis.com

*Attorneys for Badger Creek Limited, Double C Limited, Kern Front Limited, High Sierra Limited, Live Oak Limited and McKittrick Limited*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO**

| | |
|---|---|
| **In re** | Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | Chapter 11 |
| **-and-** | (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **LIMITED OBJECTION AND RESERVATION OF RIGHTS OF CERTAIN PPA COUNTERPARTIES TO THE PROPOSED ASSUMPTION OF PPAS AND INTERCONNECTION AGREEMENTS** |
| **Debtors.** | |
| ☐ Affects PG&E Corporation | **Hearing Date:** May 27, 2020<br>Time: 10:00 a.m. (PST) |
| ☒ Affects Pacific Gas and Electric Company | Courtroom: Hon. Dennis Montali<br>450 Golden Gate Avenue<br>16th Floor, Courtroom 17<br>San Francisco, CA 94102 |
| ☐ Affects both Debtors | |
| *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | |

Badger Creek Limited, Double C Limited, Kern Front Limited, High Sierra Limited, Live Oak Limited and McKittrick Limited (the "**PPA Counterparties**"), hereby submit this limited objection and reservation of rights to the assumption of their pre-petition Agreements (as defined herein) with Pacific Gas and Electric Company (the "**Utility**") and, in support thereof, state as follows:

1. Each of the PPA Counterparties are party to certain Power Purchase and Sale Agreements or Tolling Power Purchase and Sale Agreements (each, a "**PPA**") with the Utility. Each of Kern Front Limited, High Sierra Limited, Double C Limited, and Badger Creek Limited are also party to certain Large Generator Interconnection Agreements (each, a "**LGIA**" and collectively with the PPAs, the "**Agreements**") with the Utility.

2. On October 21, 2019, the PPA Counterparties each filed a proof of claim [Claim Nos. 77000, 78718, 79149, 79174, 79583, 79685] against the Utility, seeking not less than $2,073,334.27 for sums that the PPA Counterparties contend to be due to them under the Agreements (the "**Claims**").

3. On March 16, 2020, the Debtors filed the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020* [Dkt. No. 6320] (the "**Plan**"). Under Article 8.1 of the Plan, upon the Plan becoming effective and payment of any applicable Cure Amount (as defined in the Plan), certain executory contracts are deemed to be assumed. Under Article 8.2(e) of the Plan, assumption of any executory contract will result in (1) the full release and satisfaction of any Claims against any Debtor or defaults by any Debtor arising under any assumed executory contract at any time before the date that the Debtors assume such executory contract; and (2) any proofs of Claim filed with respect to an executory contract that has been assumed is deemed to be disallowed and expunged.

4. On May 1, 2020, the Debtors filed the *Notice of Filing of Plan Supplement in Connection with Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020* [Dkt. No. 7037] (the "**Plan Supplement**"). The *Schedule of Executory Contracts and Unexpired Leases to be Assumed Pursuant to the Plan and Proposed Cure Amounts* (the "**Assumption Notice**") attached to the Plan Supplement as Exhibit B provides that the Utility is assuming the Agreements[1] and lists the following cure amounts:

| Non-Debtor Counterparty Name | Proposed Cure Amounts | | |
|---|---|---|---|
| | Natural Gas Service Agreement | Interconnection Agreement – Natural Gas-Fired Turbine | EMCL Agreement |
| Kern Front Limited | - | - | $7,675.09 |
| Badger Creek Limited | - | Not Listed | - |
| Double C Limited | - | - | $6,355.77 |
| High Sierra Limited | - | - | $10,732.21 |
| McKittrick Limited | Not Listed | - | $275,868.85 |
| Live Oak Limited | - | - | - |

5. The PPA Counterparties object to the assumption of the Agreements because the cure amounts listed in the Assumption Notice are incorrect. As set forth in the Claims, the Utility is indebted to the PPA counterparties in the sums of at least $2,073,334.27.

6. Subsequent to the PPA Counterparties' receipt of the Assumption Notice, the PPA Counterparties have engaged in discussions regarding the Assumption Notice and the cure amounts and, in order to resolve this objection, have agreed to language to be inserted in any order confirming the Plan that the Court may enter. As a result, the PPA Counterparties are filing this objection to preserve their rights in the event that the Court declines to include the agreed upon language in its confirmation order or the Court declines to confirm the Plan (as it now exits or as it may hereinafter be amended).

---

[1] For the purpose of this limited objection, the PPA Counterparties understand that the terms "EMCL Agreement" and "Interconnection Agreement" means the applicable PPA and LGIA, respectively.

| | | |
|---|---|---|
| Dated: May 15, 2020 | | **MORGAN, LEWIS & BOCKIUS LLP** |
| | | By: */s/ Richard W. Esterkin*<br>William D. Kissinger (SBN 135276)<br>Richard W. Esterkin (SBN 70769) |
| | | *Attorneys for Badger Creek Limited, Double C Limited, Kern Front Limited, High Sierra Limited, Live Oak Limited and McKittrick Limited* |