Elizabeth J. Cabraser (SBN 083151)
Kevin R. Budner (SBN 287271)
Evan J. Ballan (SBN 318649)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Attorneys for Numerous Fire Claimants*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION**<br>    -and-<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>        **Debtors.**<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>Jointly Administered)<br><br>(Jointly Administered)<br><br>**JOINDER ON BEHALF OF NUMEROUS FIRE CLAIMANTS IN OBJECTION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS TO CONFIRMATION OF DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION DATED <u>MARCH 16, 2020</u>**<br><br>Date:    May 27, 2020<br>Time:    10:00 a.m.<br>Judge:   Hon. Dennis Montali<br>Place:   Telephonic Only<br><br>Re: Docket No. 7306 |

## I. ARGUMENT

Undersigned counsel submits this joinder in the TCC's objection to confirmation of the plan of reorganization (the "Plan") [Dkt. 7306] on behalf of Creditors Kevin Burnett, Leslie Moore, Darwin Crabtree, Sandra Crabtree, Joseph Garfield, Robert Eldridge, Benjamin Greenwald d/b/a Greenwald Pest Defense; Lore Olds d/b/a Sky Vineyards, Skyla Olds, Nancy Hitchcock, Herman Bossano, Rebecca Bailey, Ph.D. d/b/a It's Mine Don't Touch Trust and Transitioning Families, and Charles Holmes, as well as Angela Loo, a member of the Tort Claimants Committee (the "TCC") in her individual capacity, and numerous additional Claimants who are victims of the Camp and North Bay Fires asserting claims for wrongful death, personal injury, and loss of homes, businesses, property and livelihood against PG&E (collectively, "Fire Claimants").

Fire Claimants join in the TCC's objections in order to ensure that if the Plan is confirmed, it is confirmed with the necessary and appropriate terms, conditions, and orders to attain maximum real value to the Fire Victims; fair allocation among Fire Victim claimants; and cost-effective and transparent administration by the appointed and retained neutrals, under the ongoing jurisdiction of and accountability to the court, to assure like treatment of similar claims, maximize recoveries to all Fire claimants, and avoid the dilution of their claims by unreasonable expense.

Dated: May 15, 2020

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: */s/ Elizabeth J. Cabraser*
     Elizabeth J. Cabraser

Elizabeth J. Cabraser (SBN 083151)
Kevin R. Budner (SBN 287271)
Evan J. Ballan (SBN 318649)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Attorneys for Numerous Fire Claimants*

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

*/s/ Elizabeth J. Cabraser*
Elizabeth J. Cabraser