EXHIBIT A

EXHIBIT A
Standard Parties Service List
Served via Email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Proposed Counsel for Official Committee of Tort Claimants | BAKER & HOSTETLER, LLP | Attn: Eric E. Sagerman, Lauren T. Attard | esagerman@bakerlaw.com; lattard@bakerlaw.com |
| Proposed Counsel for Official Committee of Tort Claimants | BAKER & HOSTETLER, LLP | Attn: Robert A. Julian, Cecily A. Dumas | rjulian@bakerlaw.com; cdumas@bakerlaw.com |
| Counsel for Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility | Davis Polk & Wardwell LLP | Attn: Andrew D. Yaphe | andrew.yaphe@davispolk.com |
| Counsel for the agent under the Debtors' proposed debtor in possession financing facilities, Counsel for Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility | Davis Polk & Wardwell LLP | Attn: Eli J. Vonnegut, David Schiff, Timothy Graulich | eli.vonnegut@davispolk.com; david.schiff@davispolk.com; timothy.graulich@davispolk.com |
| Counsel to Debtor | Keller & Benvenutti LLP | Attn: Tobias S. Keller, Jane Kim | tkeller@kellerbenvenutti.com; jkim@kellerbenvenutti.com |
| Counsel for the Official Committee of Unsecured Creditors | Milbank LLP | Attn: Dennis F. Dunne, Samuel A. Khalil | cdunne@milbank.com; skhalil@milbank.com |
| Counsel for the Official Committee of Unsecured Creditors | Milbank LLP | Attn: Paul S. Aronzon, Gregory A. Bray, Thomas R. Kreller | Paronzon@milbank.com; Gbray@milbank.com; TKreller@milbank.com |
| Office of the United States Trustee | Office of the United States Trustee | Attn: James L. Snyder, Esq. & Timothy Laffredi, Esq., Marta E. Villacorta | James.L.Snyder@usdoj.gov; timothy.s.laffredi@usdoj.gov; Marta.Villacorta@usdoj.gov |
| Counsel to California Public Utilities Commission | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Alan W. Kornberg, Brian S. Hermann, Walter R. Rieman, Sean A. Mitchell, Neal P. Donnelly | akornberg@paulweiss.com; bhermann@paulweiss.com; wrieman@paulweiss.com; smitchell@paulweiss.com; rdonnelly@paulweiss.com |
| Counsel for JPMorgan Chase Bank, N.A., as DIP Administrative Agent | Stroock & Stroock & Lavan LLP | Attn: Frank A. Merola | fmerola@stroock.com |
| Counsel for JPMorgan Chase Bank, N.A., as DIP Administrative Agent | Stroock & Stroock & Lavan LLP | Attn: Kristopher M. Hansen, Erez E. Gilad, Matthew G. Garofalo | khansen@stroock.com; egilad@stroock.com; mgarofalo@stroock.com |
| Counsel to Federal Energy Regulatory Commission | U.S. Department of Justice, Civil Division | Attn: Joseph H. Hunt, Ruth A. Harvey, Ruth A. Harvey, Kirk Manhardt, Matthew Troy, Marc S. Sacks, Danielle A. Pham, and Shane Huang | shane.huang@usdoj.gov |
| Counsel to Debtor | Weil, Gotshal & Manges LLP | Attn: Stephen Karotkin, Jessica Liou, Matthew Goren | stephen.karotkin@weil.com; matthew.goren@weil.com; jessica.liou@weil.com |

Case: 19-30088    Doc# 7354-1    Filed: 05/15/20    Entered: 05/15/20 20:31:07    Page 2 of 2