In re:
PG&E Corporation
    Debtor

Case No. 19-30088-DM
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0971-3    User: lparada    Page 1 of 12    Date Rcvd: May 13, 2020
Form ID: pdfeoc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2020.
intp      +William B. Abrams,    1519 Branch Owl Pl.,    Santa Rosa, CA 95409-4352

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2020      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2020 at the address(es) listed below:

    Aaron C. Smith    on behalf of Creditor    California Insurance Guarantee Association asmith@lockelord.com, autodocket@lockelord.com
    Aaron J. Mohamed    on behalf of Plaintiff Mark Elward ajm@brereton.law, aaronmohamedlaw@gmail.com
    Aaron L. Agenbroad    on behalf of Interested Party    GE Grid Solutions, LLC alagenbroad@jonesday.com, saltamirano@jonesday.com
    Abigail O'Brient    on behalf of Creditor    Marin Clean Energy aobrient@mintz.com, docketing@mintz.com
    Adam Malatesta    on behalf of Interested Party    Dynegy Marketing and Trade, LLC adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com
    Adam C. Harris    on behalf of Creditor    Centerbridge Partners, L.P. adam.harris@srz.com, james.bentley@srz.com
    Alaina R. Heine    on behalf of Interested Party    State Farm Mutual Automobile Insurance Company alaina.heine@dechert.com, brett.stone@dechert.com
    Alan D. Smith    on behalf of Creditor    Puget Sound Energy, Inc. adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com
    Alan I. Nahmias    on behalf of Creditor    EN Engineering, LLC anahmias@mbnlawyers.com, jdale@mbnlawyers.com
    Alan J. Stone    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors AStone@milbank.com, DMcCracken@Milbank.com
    Alan W. Kornberg    on behalf of Creditor    California Public Utilities Commision akornberg@paulweiss.com
    Alexander James Demitro Lewicki    on behalf of Defendant    The Ad Hoc Group of Subrogation Claim Holders kdiemer@diemerwei.com
    Alexander James Demitro Lewicki    on behalf of Interested Party    Ad Hoc Group of Subrogation Claim Holders alewicki@diemerwei.com
    Alexandra S. Horwitz    on behalf of Interested Party    G4S Secure Integration LLC allie.horwitz@dinsmore.com
    Alicia Clough    on behalf of Interested Party    California Power Exchange Corporation aclough@loeb.com
    Alisa C. Lacey    on behalf of Creditor    Public Advocates Office at the California Public Utilities Commission alisa.lacey@stinson.com, karen.graves@stinson.com
    Allan Robert Rosin    on behalf of Creditor    Contra Costa Electric, Inc. arrosin@alr-law.com
    Ameneh Maria Bordi    on behalf of Interested Party    Calpine Corporation ameneh.bordi@kirkland.com, leo.rosenberg@kirkland.com
    Amy C. Quartarolo    on behalf of Intervenor    Crockett Cogeneration amy.quartarolo@lw.com
    Amy L. Goldman    on behalf of Creditor    RE Astoria LLC goldman@lbbslaw.com
    Amy S. Park    on behalf of Interested Party    Atlantica Yield plc amy.park@skadden.com, alissa.turnipseed@skadden.com
    Andrea Wong    on behalf of Creditor    Pension Benefit Guaranty Corporation wong.andrea@pbgc.gov, efile@pbgc.gov
    Andrew Jones    on behalf of Creditor    Sencha Funding, LLC andrew@ajoneslaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Andrew  Van Ornum    on behalf of Creditor    Bradley Concrete avanornum@vlmglaw.com,
           hchea@vlmglaw.com
          Andrew  Yaphe    on behalf of Creditor    Citibank N.A., as Administrative Agent for the Utility
           Revolving Credit Facility andrew.yaphe@davispolk.com,   pge.dpw.routing@davispolk.com
          Andrew David Behlmann    on behalf of Interested Party    Public Employees Retirement Association
           of New Mexico abehlmann@lowenstein.com,   elawler@lowenstein.com
          Andrew H. Levin    on behalf of Creditor    Marin Clean Energy alevin@wcghlaw.com
          Andrew H. Morton    on behalf of Creditor    Mustang Project Companies andrew.morton@stoel.com,
           lisa.petras@stoel.com
          Andrew I. Silfen    on behalf of Interested Party    BOKF, NA andrew.silfen@arentfox.com
          Andrew Michael Leblanc    on behalf of Creditor Committee    Official Committee Of Unsecured
           Creditors ALeblanc@milbank.com
          Andy S. Kong    on behalf of Creditor    Genesys Telecommunications Laboratories, Inc.
           kong.andy@arentfox.com,   Yvonne.Li@arentfox.com
          Anna  Kordas    on behalf of stockholders    PG&E Shareholders akordas@jonesday.com,
           mmelvin@jonesday.com
          Annadel A. Almendras    on behalf of Interested Party    California Department of Toxic Substances
           Control annadel.almendras@doj.ca.gov
          Anne  Andrews    on behalf of Creditor    Agajanian, Inc. aa@andrewsthornton.com,
           aandrews@andrewsthornton.com
          Anne  Costin    on behalf of Creditor Todd  Hearn anne@costinlawfirm.com
          Anthony P. Cali    on behalf of Creditor    Public Advocates Office at the California Public
           Utilities Commission anthony.cali@stinson.com,   lindsay.petrowski@stinson.com
          Antonio  Yanez, Jr.    on behalf of Interested Party    Ad Hoc Group of Subrogation Claim Holders
           ayanez@willkie.com
          Aram  Ordubegian    on behalf of Interested Party    BOKF, NA Ordubegian.Aram@ArentFox.com
          Ashley Vinson Crawford    on behalf of Creditor    Ad Hoc Committee of Senior Unsecured Creditors
           of Pacific Gas and Electric Company avcrawford@akingump.com,   dkrasa-berstell@akingump.com
          Bao M. Vu    on behalf of Intervenor    Capital Dynamics, Inc. bao.vu@stoel.com,
           sharon.witkin@stoel.com
          Barry S. Glaser    on behalf of Creditor    Sonoma County Treasurer & Tax Collector
           bglaser@lkfirm.com
          Benjamin  Mintz    on behalf of Interested Party    AT&T Corp. benjamin.mintz@arnoldporter.com,
           valerie.foley@arnoldporter.com
          Benjamin P. McCallen    on behalf of Interested Party    Ad Hoc Group of Subrogation Claim Holders
           bmccallen@willkie.com
          Bennett G. Young    on behalf of Creditor    Mizuho Bank, Ltd. byoung@jmbm.com,   jb8@jmbm.com
          Bennett J. Murphy    on behalf of Creditor    Canyon Capital Advisors LLC
           bmurphy@bennettmurphylaw.com
          Bennett L. Spiegel    on behalf of Creditor    McKinsey & Company, Inc. U.S. blspiegel@jonesday.com
          Bernard  Kornberg    on behalf of Interested Party    Certain Interested Underwriters at Lloyds,
           London subscribing to Apollo Liability Consortium 9984 bjk@severson.com
          Bonnie E. Kane    on behalf of Creditor Karen  Gowins bonnie@thekanelawfirm.com,
           skane@thekanelawfirm.com
          Boris  Kukso    on behalf of Interested Party    Internal Revenue Service boris.kukso@usdoj.gov,
           western.taxcivil@usdoj.gov
          Brad T. Summers    on behalf of Creditor    Pacific Mobile Structures, Inc. summerst@lanepowell.com,
           docketing-pdx@lanepowell.com
          Bradley C. Knapp    on behalf of Creditor    International Brotherhood of Electrical Workers Local
           Union 1245 bknapp@lockelord.com,   Yamille.Harrison@lockelord.com
          Bradley R. Schneider    on behalf of Debtor    PG&E Corporation bradley.schneider@mto.com,
           jeffrey.wu@mto.com
          Brendan M. Kunkle    on behalf of Creditor    Fire Victims bkunkle@abbeylaw.com,
           lmeyer@abbeylaw.com
          Brett D. Fallon    on behalf of Creditor    Quest Diagnostics Health & Wellness LLC
           bfallon@morrisjames.com,   wweller@morrisjames.com
          Brian D. Huben    on behalf of Creditor    Campos EPC, LLC hubenb@ballardspahr.com
          Brian S. Conlon    on behalf of Plaintiff Anthony  Gantner bsc@phillaw.com,   rac@phillaw.com
          Brittany  Zummer    on behalf of Creditor Mirna  Trettevik bzummer@theadlerfirm.com,
           nfournier@theadlerfirm.com
          Brittany J. Nelson    on behalf of Creditor    Michels Corporation bnelson@foley.com,
           hsiagiandraughn@foley.com
          Bryan L. Hawkins    on behalf of Interested Party    Avangrid Renewables, LLC, Klondike Wind Power
           III LLC, and Shiloh I Wind Project LLC bryan.hawkins@stoel.com,   Sharon.witkin@stoel.com
          Bryn G. Letsch    on behalf of Interested Party Everett  Waining, Jr. bletsch@braytonlaw.com
          C. Luckey McDowell    on behalf of Interested Party    Agua Caliente Solar, LLC
           Luckey.McDowell@Shearman.com
          Cameron  Gulden    on behalf of U.S. Trustee    Office of the U.S. Trustee / SF
           cameron.m.gulden@usdoj.gov
          Candace J. Morey    on behalf of Creditor    California Public Utilities Commision cjm@cpuc.ca.gov
          Carissa A. Lynch    on behalf of Interested Party    California Franchise Tax Board
           Carissa.Lynch@ftb.ca.gov,   Martha.Gehrig@ftb.ca.gov
          Carl L. Grumer    on behalf of Other Prof.    Carmel Financing, LLC cgrumer@manatt.com,
           mchung@manatt.com
          Carol C. Villegas    on behalf of Attorney    Public Employees Retirement Association of New Mexico
           cvillegas@labaton.com,   NDonlon@labaton.com
          Caroline A. Reckler    on behalf of Interested Party    Dynegy Marketing and Trade, LLC
           caroline.reckler@lw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Carolyn Frederick   on behalf of Interested Party   The Mosaic Company cfrederick@prklaw.com
Catherine Martin   on behalf of Creditor   Simon Property Group cmartin@simon.com, rtucker@simon.com;bankruptcy@simon.com
Cathy Yanni   on behalf of Other Prof. Cathy Yanni cathy@cathyyanni.com, pstrunk@browngreer.com
Cecily Ann Dumas   on behalf of Creditor Committee   Official Committee of Tort Claimants cdumas@bakerlaw.com, hhammonturano@bakerlaw.com
Chane Buck   on behalf of stockholders   PG&E Shareholders cbuck@jonesday.com
Charles Cording   on behalf of Interested Party   Ad Hoc Group of Subrogation Claim Holders ccording@willkie.com, mao@willkie.com
Charles Scott Penner   on behalf of 3rd Party Plaintiff   AECOM Technical Services, Inc. penner@carneylaw.com, caragol@carneylaw.com
Cheryl L. Stengel   on behalf of Creditor   US Air Conditioning Distributors clstengel@outlook.com, stengelcheryl40@gmail.com
Chris Bator   on behalf of Creditor Committee   Official Committee of Tort Claimants cbator@bakerlaw.com, jmcguigan@bakerlaw.com
Chris Johnstone   on behalf of Interested Party   ICE NGX Canada Inc. chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com
Christina Lin Chen   on behalf of Creditor   MRO Integrated Solutions, LLC christina.chen@morganlewis.com, christina.lin.chen@gmail.com
Christopher Gessner   on behalf of Creditor   Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company cgessner@akingump.com, NYMCO@akingump.com
Christopher E. Prince   on behalf of Interested Party   CH2M HILL Engineers, Inc. cprince@lesnickprince.com
Christopher H. Hart   on behalf of Interested Party   Public Entities Impacted by the Wildfires chart@nutihart.com, nwhite@nutihart.com
Christopher Kwan Shek Wong   on behalf of Creditor   Genesys Telecommunications Laboratories, Inc. christopher.wong@arentfox.com
Christopher L. Young   on behalf of Interested Party   Winding Creek Solar LLC cyoung@cairncross.com, nspringstroh@cairncross.com
Christopher O. Rivas   on behalf of 3rd Party Plaintiff   AECOM Technical Services, Inc. crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
Courtney L. Morgan   on behalf of Creditor   Pension Benefit Guaranty Corporation morgan.courtney@pbgc.gov
Craig Goldblatt   on behalf of Interested Party   Comcast Cable Communications, LLC Craig.Goldblatt@wilmerhale.com, whdocketing@wilmerhale.com
Craig Margulies   on behalf of Creditor   Aegion Corporation and its subsidiary entities: Corrpro Companies, Inc., Insituform Technologies, LLC and Fibrwrap Construction Services, Inc. cmargulies@margulies-law.com, lsalazar@margulies-law.com
Craig S. Simon   on behalf of Interested Party   American Alternative Insurance Corporation csimon@bergerkahn.com, aketcher@bergerkahn.com
Craig Solomon Ganz   on behalf of Creditor   Discovery Hydrovac ganzc@ballardspahr.com, hartt@ballardspahr.com
Cristina A. Henriquez   on behalf of Creditor   BNP Paribas chenriquez@mayerbrown.com
Dana M. Andreoli   on behalf of Creditor   Tanforan Industrial Park, LLC dandreoli@steyerlaw.com, mterry@steyerlaw.com
Dania Slim   on behalf of Creditor   BANK OF AMERICA N.A dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com
Daniel Robertson   on behalf of Creditor   Pension Benefit Guaranty Corporation robertson.daniel@pbgc.gov, efile@pbgc.gov
Daniel I. Forman   on behalf of Interested Party   Ad Hoc Group of Subrogation Claim Holders dforman@willkie.com
Dara Levinson Silveira   on behalf of Debtor   PG&E Corporation dsilveira@kbkllp.com
Daren M Schlecter   on behalf of Creditor Jesus Mendoza daren@schlecterlaw.com, info@schlecterlaw.com
Dario de Ghetaldi   on behalf of Creditor   Fire Victims deg@coreylaw.com, lf@coreylaw.com
David Emerzian   on behalf of Creditor   A.J. Excavation Inc. Melany.Hertel@mccormickbarstow.com
David Holtzman   on behalf of Creditor   DEUTSCHE BANK NATIONAL TRUST COMPANY david.holtzman@hklaw.com
David Levine   on behalf of Debtor   PG&E Corporation dnl@groom.com
David Neier   on behalf of Creditor   CF Inspection Management, LLC dneier@winston.com
David Wirt   on behalf of Interested Party   Deutsche Bank david.wirt@hklaw.com, denise.harmon@hklaw.com
David A. Rosenzweig   on behalf of Creditor   Adventist Health System/West and Feather River Hospital david.rosenzweig@nortonrosefulbright.com, thomas.burns@nortonrossefulbright.com
David A. Wood   on behalf of Creditor   SLF Fire Victim Claimants dwood@marshackhays.com, lbuchanan@marshackhays.com
David B. Levant   on behalf of Interested Party   Avangrid Renewables, LLC, Klondike Wind Power III LLC, and Shiloh I Wind Project LLC david.levant@stoel.com, rene.alvin@stoel.com
David B. Rivkin, Jr.   on behalf of Creditor Committee   Official Committee of Tort Claimants drivkin@bakerlaw.com, jmeeks@bakerlaw.com
David B. Shemano   on behalf of Interested Party   East Bay Community Energy Authority dshemano@pwkllp.com
David I. Kornbluh   on behalf of Creditor   De Anza Tile Co., Inc. dik@millermorton.com, mhr@millermorton.com
David J. Richardson   on behalf of Creditor Committee   Official Committee of Tort Claimants drichardson@bakerlaw.com, aagonzalez@bakerlaw.com
David L. Neale   on behalf of Interested Party   California Independent System Operator dln@lnbyb.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- David M. Feldman on behalf of Creditor Ad Hoc Committee of Holders of Trade Claims DFeldman@gibsondunn.com
- David M. Reeder on behalf of Creditor City of American Canyon david@reederlaw.com, secretary@reederlaw.com
- David M. Stern on behalf of Interested Party NextEra Energy Inc., et al. dstern@ktbslaw.com
- David P. Matthews on behalf of Creditor Fire Victims jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com
- David W. Moon on behalf of Creditor Mizuho Bank, Ltd. lacalendar@stroock.com, mmagzamen@stroock.com
- David Walter Wessel on behalf of Creditor Marina Gelman DWessel@efronlawfirm.com, hporter@chdlawyers.com
- Debra I. Grassgreen on behalf of Creditor Debra Grassgreen dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- Dennis F. Dunne on behalf of Interested Party Official Committee Of Unsecured Creditors cprice@milbank.com, jbrewster@milbank.com
- Dennis F. Dunne on behalf of Creditor Committee Official Committee Of Unsecured Creditors ddunne@milbank.com, jbrewster@milbank.com
- Derrick Talerico on behalf of Creditor Western Electricity Coordinating Council dtalerico@ztlegal.com, sfritz@ztlegal.com
- Diane Marger Moore on behalf of Creditor Majesti Mai Bagorio, etc. dmargermoore@baumhedlundlaw.com
- Donald H. Cram, III on behalf of Interested Party HDI Global Specialty SE dhc@severson.com
- Donna Taylor Parkinson on behalf of Creditor Outback Contractors, Inc. donna@parkinsonphinney.com
- Douglas Wolfe on behalf of Creditor ASM Capital X LLC dwolfe@asmcapital.com
- Douglas B. Provencher on behalf of Interested Party Provencher & Flatt dbp@provlaw.com
- Drew M. Widders on behalf of Creditor Molin-Wilcoxen Camp Fire Victims Group dwidders@wilcoxenlaw.com, nina@wilcoxenlaw.com
- Duane M. Geck on behalf of Interested Party HDI Global Specialty SE dmg@severson.com
- Dustin M. Dow on behalf of Creditor Committee Official Committee of Tort Claimants ddow@bakerlaw.com, jmcguigan@bakerlaw.com
- Edward J. Leen on behalf of Creditor Jefferies Leveraged Credit Products, LLC eleen@mkbllp.com
- Edward J. Tredinnick on behalf of Creditor City and County of San Francisco etredinnick@greeneradovsky.com
- Edward R. Huguenin on behalf of Creditor K. Hovnanian California Region, Inc., et al ehuguenin@hugueninkahn.com, jguzman@hugueninkahn.com
- Elisa Tolentino on behalf of Creditor City of San Jose cao.main@sanjoseca.gov
- Elizabeth A. Green on behalf of Creditor Committee Official Committee of Tort Claimants egreen@bakerlaw.com, orlbankruptcy@bakerlaw.com
- Elizabeth J. Cabraser on behalf of Creditor Wildfire Class Claimants ecabraser@lchb.com, awolf@lchb.com
- Elizabeth Lee Thompson on behalf of Interested Party The Okonite Company ethompson@stites.com, docketclerk@stites.com
- Elizabeth M. Guffy on behalf of Creditor Quanta Energy Services LLC eguffy@lockelord.com, autodocket@lockelord.com
- Elliot Adler on behalf of Creditor Mirna Trettevik eadler@theadlerfirm.com, bzummer@theadlerfirm.com
- Elyssa S. Kates on behalf of Creditor Committee Official Committee of Tort Claimants ekates@bakerlaw.com
- Emily P. Rich on behalf of Creditor Engineers and Scientists of California, Local 20, IFPTE erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- Eric A. Grasberger on behalf of Plaintiff JH Kelly, LLC eric.grasberger@stoel.com, docketclerk@stoel.com
- Eric A. Gravink on behalf of Creditor Csaba Wendel Mester eric@rhrc.net
- Eric D. Goldberg on behalf of Creditor Ad Hoc Committee of Unsecured Tort Claimant Creditors eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- Eric E. Sagerman on behalf of Creditor Committee Official Committee of Tort Claimants esagerman@bakerlaw.com
- Eric J. Seiler on behalf of Interested Party The Baupost Group, L.L.C. eseiler@fklaw.com, mclerk@fklaw.com
- Eric R. Goodman on behalf of Creditor Committee Official Committee of Tort Claimants egoodman@bakerlaw.com
- Eric R. Wilson on behalf of Creditor Kompogas SLO LLC kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com
- Eric S. Goldstein on behalf of Interested Party Gartner, Inc. egoldstein@goodwin.com
- Erica Lee on behalf of Creditor California Department of Parks and Recreation Erica.Lee@doj.ca.gov
- Erica L. Kerman on behalf of Interested Party Ad Hoc Group of Subrogation Claim Holders ekerman@willkie.com
- Erika L. Morabito on behalf of Creditor Michels Corporation emorabito@foley.com, hsiagiandraughn@foley.com
- Erin Elizabeth Dexter on behalf of Creditor Committee Official Committee Of Unsecured Creditors edexter@milbank.com
- Erin N. Brady on behalf of Interested Party Hummingbird Energy Storage, LLC enbrady@jonesday.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- Estela O. Pino on behalf of Interested Party Individual Plaintiffs Executive Committee Appointed by the California Superior Court in the North Bay Fire Cases, Judicial Council Coordination Proceeding Number 4955, Pursuant to the terms of the epino@epinolaw.com, rmahal@epinolaw.com
- Eve H. Karasik on behalf of Creditor Traffic Management, Inc. ehk@lnbyb.com
- Evelina Gentry on behalf of Creditor Transwestern Pipeline Company, LLC evelina.gentry@akerman.com, rob.diwa@akerman.com
- Francis J. Lawall on behalf of Interested Party HydroChemPSC lawallf@pepperlaw.com, henrys@pepperlaw.com
- Francis O. Scarpulla on behalf of Creditor GER Hospitality, LLC fos@scarpullalaw.com, cpc@scarpullalaw.com
- Frank A. Merola on behalf of Creditor JPMorgan Chase Bank, N.A., as DIP Administrative Agent lacalendar@stroock.com, mmagzamen@stroock.com
- G. Larry Engel on behalf of Creditor Sonoma Clean Power Authority larry@engeladvice.com
- Gabriel Ozel on behalf of Attorney Gabriel Ozel gabeozel@gmail.com
- Gabriel I. Glazer on behalf of Interested Party The Baupost Group, L.L.C. gglazer@pszjlaw.com
- Gabrielle Glemann on behalf of Intervenor Capital Dynamics, Inc. gabrielle.glemann@stoel.com, rene.alvin@stoel.com
- Gary M. Kaplan on behalf of Creditor TTR Substations, Inc. gkaplan@fbm.com, calendar@fbm.com
- Geoffrey B. Dryvynsyde on behalf of Creditor California Public Utilities Commision gbd@cpuc.ca.gov, geoffrey.dryvynsyde@cpuc.ca.gov
- Geoffrey E. Marr on behalf of Creditor Mirna Trettevik gemarr59@hotmail.com
- Geoffrey S. Stewart on behalf of stockholders PG&E Shareholders gstewart@jonesday.com, mmelvin@jonesday.com
- George H. Kalikman on behalf of Interested Party Compass Lexecon, LLC gkalikman@schnader.com, sdavenport@schnader.com
- Gerald Singleton on behalf of Creditor Ad Hoc Committee of Unsecured Tort Claimant Creditors gerald@slffirm.com, BKECFCANB@SLFfirm.com
- Gerald P. Kennedy on behalf of Creditor Agile Sourcing Partners, Inc. gerald.kennedy@procopio.com, kristina.terlaga@procopio.com
- Gerardo Mijares-Shafai on behalf of Interested Party AT&T Corp. Gerardo.Mijares-Shafai@arnoldporter.com, kenneth.anderson@arnoldporter.com
- Gregg M. Galardi on behalf of Interested Party Elliott Management Corporation gregg.galardi@ropesgray.com
- Gregory Plaskett on behalf of Creditor Murga, Strange & Chalmers, Inc. GREGORY.PLASKETT@GMAIL.COM, HKHAPPYGRL1@GMAIL.COM
- Gregory A. Bray on behalf of Creditor Committee Official Committee Of Unsecured Creditors gbray@milbank.com
- Gregory A. Rougeau on behalf of Creditor Gregory Frase Enterprises, Inc. dba Kortick Manufacturing Company grougeau@brlawsf.com
- Gregory C. Nuti on behalf of Creditor Butte County gnuti@nutihart.com, nwhite@nutihart.com
- Gregory K. Jones on behalf of Creditor Elster American Meter Company, LLC GJones@dykema.com, cacossano@dykema.com
- Hagop T. Bedoyan on behalf of Creditor KINGS RIVER WATER ASSOCIATION hbedoyan@kleinlaw.com, ecf@kleinlaw.com
- Hannah C. Kreuser on behalf of Creditor Burnett & Sons Planing Mill and Lumber Co. hkreuser@porterlaw.com, ooberg@porterlaw.com
- Harriet A. Steiner on behalf of Creditor Valley Clean Energy Alliance harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com
- Harvey S. Schochet on behalf of Creditor City of San Jose Harveyschochet@dwt.com
- Heinz Binder on behalf of Creditor Almendariz Consulting, Inc. heinz@bindermalter.com
- Herb Baer hbaer@primeclerk.com, ecf@primeclerk.com
- Howard J. Steinberg on behalf of Interested Party HercRentals steinbergh@gtlaw.com, pearsallt@gtlaw.com
- Howard S. Nevins on behalf of Creditor Performance Contracting, Inc. hnevins@hsmlaw.com
- Hugh M. McDonald on behalf of Intervenor Consolidated Edison Development, Inc. hugh.mcdonald@troutman.com, john.murphy@troutman.com
- Hugh M. McDonald on behalf of Creditor Consolidated Edison Development, Inc. john.murphy@troutman.com
- Hugh M. Ray, III on behalf of Creditor Chevron Products Company a division of Chevron U.S.A. Inc. hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com
- Huonganh Annie Duong on behalf of Creditor A.J. Excavation Inc. annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com
- Iain A. Macdonald on behalf of Creditor Surf to Snow Environmental Resource Management, Inc. iain@macfern.com, ecf@macfern.com
- Ivan C. Jen on behalf of Interested Party Synergy Project Management, Inc. ivan@icjenlaw.com
- J. Eric Ivester on behalf of Interested Party Atlantica Yield plc Andrea.Bates@skadden.com
- J. Eric Ivester on behalf of Intervenor First Solar, Inc. Eric.Ivester@skadden.com, Andrea.Bates@skadden.com
- J. Noah Hagey on behalf of Creditor Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company hagey@braunhagey.com, tong@braunhagey.com
- J. Russell Cunningham on behalf of Creditor Baseline 80 Investors, LLC rcunningham@dnlc.net, emehr@dnlc.net
- Jack A. Reitman on behalf of Plaintiff Chico Rent-A-Fence srichmond@lgbfirm.com
- Jacob M. Faircloth on behalf of Creditor Aztrack Construction Corporation jacob.faircloth@smolsonlaw.com
- Jacob Taylor Beiswenger on behalf of Interested Party Department of Finance for the State of California jbeiswenger@omm.com, llattin@omm.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- Jacquelyn H. Choi on behalf of Creditor County of Santa Clara Department of Tax and Collections jchoi@raineslaw.com, bclark@raineslaw.com
- Jae Angela Chun on behalf of Creditor Certain Fire Damage Plaintiffs/Claimants Relating to the North Bay Fire Litigation of October 2017 and the Camp Fire Litigation ajc@chun.law, teresa@tosdallaw.com
- Jaime Godin on behalf of Plaintiff Allco Renewable Energy Limited Jtouchstone@fddcm.com
- James A. Shepherd on behalf of Creditor W. Bradley Electric, Inc. jim@jsheplaw.com, shepIGN@gmail.com
- James C. Behrens on behalf of Creditor Committee Official Committee Of Unsecured Creditors jbehrens@milbank.com, mkoch@milbank.com
- James D. Curran on behalf of Creditor Liberty Mutual Insurance Company jcurran@wolkincurran.com, dstorms@wolkincurran.com
- James J. Ficenec on behalf of Creditor Exponent, Inc. James.Ficenec@ndlf.com, caroline.pfahl@ndlf.com
- James L. Bothwell on behalf of Creditor K. Hovnanian California Region, Inc., et al jbothwell@huguenInkahn.com, jguzman@huguenInkahn.com
- James M. Davis on behalf of Creditor Certain Fire Damage Plaintiffs/Claimants Relating to the North Bay Fire Litigation of October 2017 and the Camp Fire Litigation jdavis@cglaw.com
- James O. Johnston on behalf of stockholders PG&E Shareholders jjohnston@jonesday.com
- James T. Bentley on behalf of Creditor Centerbridge Partners, L.P. james.bentley@srz.com, Kelly.Knight@srz.com
- Jamie P. Dreher on behalf of Creditor A. Teichert & Son, Inc., dba Teichert Waterwork Services jdreher@downeybrand.com
- Jan D. Sokol on behalf of Creditor Liberty Mutual Insurance Company jdsokol@lawssl.com, dwright@lawssl.com
- Jan M Hayden on behalf of Creditor APTIM jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com
- Jane Kim on behalf of Debtor PG&E Corporation jkim@kbkllp.com
- Jane Luciano on behalf of Creditor Jane Luciano jane-luciano@comcast.net
- Jane G. Kearl on behalf of Creditor Barnard Pipeline, Inc. jkearl@watttieder.com, jbenton@watttieder.com
- Janet D. Gertz on behalf of Creditor PaR Systems, LLC jgertz@btlaw.com, amattingly@btlaw.com
- Jason Blumberg on behalf of U.S. Trustee Office of the U.S. Trustee / SF jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov
- Jason Borg on behalf of Creditor Grant Smelser jborg@jasonborglaw.com
- Jason C. Rubinstein on behalf of Interested Party The Baupost Group, L.L.C. jrubinstein@fklaw.com, mclerk@fklaw.com
- Jason D. Strabo on behalf of Interested Party Individual Officers Anthony F. Earley, Jr., Geisha J. Williams, Nickolas Stavropoulos, Julie M. Kane, Christopher P. Johns, Patrick M. Hogan, David Thomason, and Dinyar Mistry jstrabo@mwe.com, shill@mwe.com
- Jason P. Williams on behalf of Creditor Clear Blue Insurance Company jwilliams@wplgattorneys.com, maryanne@wplgattorneys.com
- Jay M. Ross on behalf of Interested Party The City of Oakland jross@hopkinscarley.com, eamaro@hopkinscarley.com
- Jeffrey C. Krause on behalf of Creditor Topaz Solar Farms LLC jkrause@gibsondunn.com
- Jeffrey K. Garfinkle on behalf of Interested Party Jay Alix jgarfinkle@buchalter.com
- Jeffrey M. Reisner on behalf of Creditor Davey Tree Expert Co., Davey Tree Surgery Co. and Davey Resource Group, Inc. jreisner@irell.com
- Jennifer C. Hayes on behalf of Creditor Aggreko jhayes@fhlawllp.com
- Jennifer L. Mersing on behalf of Interested Party Avangrid Renewables, LLC, Klondike Wind Power III LLC, and Shiloh I Wind Project LLC jennifer.mersing@stoel.com, lisa.petras@stoel.com
- Jennifer Machlin Cecil on behalf of Interested Party City of San Jose, California JCecil@winston.com, ECF_SF@winston.com
- Jennifer N. Slocum on behalf of Creditor Mustang Project Companies jennifer.slocum@stoel.com, docketclerk@stoel.com
- Jennifer V. Doran on behalf of Creditor Telvent USA, LLC jdoran@hinckleyallen.com
- Joana Fang on behalf of Creditor Fire Victims jf@kbklawyers.com, icd@kbklawyers.com
- Joel S. Miliband on behalf of Other Prof. Cathy Yanni jmiliband@brownrudnick.com
- John A. Moe, II on behalf of Interested Party Capital Power Corporation john.moe@dentons.com, glenda.spratt@dentons.com
- John A. Vos on behalf of Interested Party John A. Vos InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
- John B. Coffman on behalf of Interested Party AARP john@johncoffman.net
- John C. Thornton on behalf of Creditor Agajanian, Inc. jct@andrewsthornton.com, aandrews@andrewsthornton.com
- John D. Fiero on behalf of Creditor TRC Companies, Inc. jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- John E. Lattin on behalf of Creditor David Alonzo jlattin@ostergar.com, cslovenec@ostergar.com
- John H. MacConaghy on behalf of Creditor Committee Official Committee of Tort Claimants macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com
- John P. Dillman on behalf of Creditor Harris County houston_bankruptcy@publicans.com
- John R. Rizzardi on behalf of Interested Party Winding Creek Solar LLC kcoselman@cairncross.com, tnguyen@cairncross.com
- John William Lucas on behalf of Interested Party The Baupost Group, L.L.C. jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Jonathan Forstot on behalf of Intervenor Consolidated Edison Development, Inc. jonathan.forstot@troutman.com, john.murphy@troutman.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Jonathan Forstot on behalf of Creditor Consolidated Edison Development, Inc. john.murphy@troutman.com
Jonathan Hughes on behalf of Interested Party AT&T Corp. jane.rustice@aporter.com
Jonathan A. Loeb on behalf of Creditor Sabre Industries, Inc. jon.loeb@bingham.com
Jonathan C. Sanders on behalf of Interested Party Board of PG&E Corporation jsanders@stblaw.com
Jonathan D. Waisnor on behalf of Interested Party Ad Hoc Group of Subrogation Claim Holders jwaisnor@willkie.com, mao@willkie.com
Jonathan R. Doolittle on behalf of Creditor BP Energy Company jdoolittle@reedsmith.com
Jorian L. Rose on behalf of Creditor Committee Official Committee of Tort Claimants jrose@bakerlaw.com
Joseph Sorkin on behalf of Creditor Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company jsorkin@akingump.com, NYMCO@akingump.com
Joseph West on behalf of Creditor International Church of the Foursquare Gospel westjoseph@earthlink.net, josephw998@gmail.com
Joseph A. Eisenberg on behalf of Creditor The Act 1 Group, Inc. JAE1900@yahoo.com
Joseph G. Minias on behalf of Interested Party Ad Hoc Group of Subrogation Claim Holders jminias@willkie.com
Joseph Kyle Feist on behalf of Creditor Fire Victims jfeistesq@gmail.com, info@norcallawgroup.net
Joseph M. Esmont on behalf of Creditor Committee Official Committee of Tort Claimants jesmont@bakerlaw.com
Joseph M. Welch on behalf of Creditor Bradley Tanks, Inc. jwelch@buchalter.com, dcyrankowski@buchalter.com
Joseph R. Lucia on behalf of Creditor Fire Victims PersonallnjuryGroup@RLSlawyers.com
Joshua D. Morse on behalf of Creditor Ad Hoc Committee of Unsecured Tort Claimant Creditors Joshua.Morse@dlapiper.com, joshua-morse-0092@ecf.pacerpro.com
Joshua M. Mester on behalf of stockholders PG&E Shareholders jmester@jonesday.com
Judith A. Descalso on behalf of Creditor CM Distributors, Inc. jad_9193@ecf.courtdrive.com
Julie E. Oelsner on behalf of Attorney c/o Julie E. Oelsner Intech Mechanical, Inc. joelsner@weintraub.com, bjennings@weintraub.com
Julie H. Rome-Banks on behalf of Creditor Thunderbird Mobile Home Park julie@bindermalter.com
Justin E. Rawlins on behalf of Creditor CF Inspection Management, LLC justinrawlins@paulhastings.com
Karen J. Chedister on behalf of Creditor GER Hospitality, LLC kchedister@h-jlaw.com
Katharine Malone on behalf of Creditor Osmose Utilities Services, Inc. malonek@gtlaw.com
Katherine Kohn on behalf of Debtor PG&E Corporation kkohn@groom.com, ashahinllari@groom.com
Katherine Rose Catanese on behalf of Interested Party CoreLogic Solutions, LLC kcatanese@foley.com
Kathryn E. Barrett on behalf of Creditor TURN-The Utility Reform Network keb@svlg.com, amt@svlg.com
Kathryn S. Diemer on behalf of Plaintiff Ad Hoc Group of Subrogation Claim Holders kdiemer@diemerwhitman.com
Kathryn S. Diemer on behalf of Interested Party Ad Hoc Group of Subrogation Claim Holders kdiemer@diemerwei.com
Keith J. Cunningham on behalf of Interested Party California Department of Water Resources kcunningham@pierceatwood.com, rkelley@pierceatwood.com
Keith J. Cunningham on behalf of Interested Party California Independent System Operator rkelley@pierceatwood.com
Kelly V. Knight on behalf of Creditor Centerbridge Partners, L.P. kelly.knight@srz.com
Kenneth Pasquale on behalf of Creditor Mizuho Bank, Ltd. mlaskowski@stroock.com
Kenneth T. Law on behalf of Creditor Recology Inc. klaw@bbslaw.com
Kerri Lyman on behalf of Creditor Davey Tree Expert Co., Davey Tree Surgery Co. and Davey Resource Group, Inc. klyman@irell.com
Kesha Tanabe on behalf of Creditor Cedar Glade LP kesha@tanabelaw.com
Kevin Chiu on behalf of Interested Party Marubeni Corporation kevin.chiu@bakerbotts.com, rory.fontenla@bakerbotts.com
Kevin Montee on behalf of Creditor Nearon Sunset, LLC kmontee@monteeassociates.com
Kevin G. Collins on behalf of Interested Party Miller Pipeline, LLC kevin.collins@btlaw.com
Kevin M. Eckhardt on behalf of Interested Party DTE Stockton, LLC keckhardt@hunton.com, candonian@huntonak.com
Kimberly S. Fineman on behalf of Creditor Association of California Water Agencies Joint Powers Insurance Authority kfineman@nutihart.com, nwhite@nutihart.com
Kimberly S. Morris on behalf of Creditor Committee Official Committee of Tort Claimants kmorris@bakerlaw.com, hhammonturano@bakerlaw.com
Kimberly S. Winick on behalf of Interested Party California Community Choice Association kwinick@clarktrev.com, knielsen@clarktrev.com
Kinga Wright on behalf of Creditor Quanta Energy Services LLC kinga.wright@lockelord.com, autodocket@lockelord.com
Kirsten A. Worley on behalf of Creditor Ballard Marine Construction, Inc. kw@wlawcorp.com, admin@wlawcorp.com
Kizzy L. Jarashow on behalf of Creditor MassMutual Life Insurance Company KJarashow@goodwinlaw.com, AFraticelliLouallen@goodwinlaw.com
Kody D. L. Kleber on behalf of Creditor Committee Official Committee of Tort Claimants kkleber@bakerlaw.com, dmartinez@bakerlaw.com
Krista M. Enns on behalf of Creditor ACRT, Inc. kenns@beneschlaw.com
Kristine Theodesia Takvoryan on behalf of Creditor SOLON ktakvoryan@ckrlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Kristopher M. Hansen    on behalf of Creditor    JPMorgan Chase Bank, N.A., as DIP Administrative Agent dmohamed@stroock.com, mmagzamen@stroock.com
Lacey E. Rochester    on behalf of Creditor    APTIM lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com
Laila Masud    on behalf of Creditor    SLF Fire Victim Claimants lmasud@marshackhays.com, lmasud@ecf.courtdrive.com
Larry W. Gabriel    on behalf of Interested Party    Itron, Inc. lgabriel@bg.law, nfields@bg.law
Lars H. Fuller    on behalf of Creditor Committee    Official Committee of Tort Claimants lfuller@bakerlaw.com
Lary Alan Rappaport    on behalf of Interested Party    Ad Hoc Group of Institutional Bondholders of Pacific Gas and Electric Co. lrappaport@proskauer.com, PHays@proskauer.com
Lauren Kramer    on behalf of Creditor    North American Fence & Railing, Inc. lkramer@rjo.com
Lauren T. Attard    on behalf of Creditor Committee    Official Committee of Tort Claimants lattard@bakerlaw.com, agrosso@bakerlaw.com
Laurie Hager    on behalf of Interested Party    Wilson Construction Company lhager@sussmanshank.com
Leah E. Capritta    on behalf of Defendant    Tiger Natural Gas, Inc. leah.capritta@hklaw.com, lori.labash@hklaw.com
Leonard M. Shulman    on behalf of Interested Party    Cushman & Wakefield, Inc. lshulman@shbllp.com
Liam K. Malone    on behalf of Creditor    Level-It Installations, Ltd. malone@oles.com, shahin@oles.com
Lillian G. Stenfeldt    on behalf of Interested Party    certain Retiree Claimants lillian.stenfeldt@rimonlaw.com, jon.arneson@sedgwicklaw.com
Lillian G. Stenfeldt    on behalf of Creditor    Pivot Interiors, Inc. lillian.stenfeldt@sdma.com, jon.arneson@sedgwicklaw.com
Lindsey E. Kress    on behalf of Creditor    California Insurance Guarantee Association lkress@lockelord.com, autodocket@lockelord.com
Lindsi M. Weber    on behalf of Creditor    Dignity Health and its Affiliates lweber@polsinelli.com, yderac@polsinelli.com
Lisa Lenherr    on behalf of Other Prof. Michael G. Kasolas llenherr@wendel.com, bankruptcy@wendel.com
Lisa Schweitzer    on behalf of Interested Party    BlueMountain Capital Management, LLC lschweitzer@cgsh.com
Lisa S. Gast    on behalf of Interested Party    City of Santa Clara lsg@dwgp.com, lmk@dwgp.com
Louis Gottlieb    on behalf of Interested Party    Public Employees Retirement Association of New Mexico Lgottlieb@labaton.com, mpenrhyn@labaton.com
Lovee Sarenas    on behalf of Creditor    RE Astoria LLC Lovee.sarenas@lewisbrisbois.com
Luke N. Eaton    on behalf of Interested Party    Burns & McDonnell Engineering Company, Inc. eatonl@pepperlaw.com, monugiac@pepperlaw.com
Lydia Vanessa Ko    on behalf of Creditor Athanasia Vlazkis Lvko@stonelawoffice.com
Lynette C. Kelly    on behalf of U.S. Trustee    Office of the U.S. Trustee / SF ustpregion17.oa.ecf@usdoj.gov
M. David Minnick    on behalf of Creditor    BANK OF AMERICA N.A dminnick@pillsburylaw.com, docket@pillsburylaw.com
M. Ryan Pinkston    on behalf of Creditor    Turner Construction Company rpinkston@seyfarth.com, jmcdermott@seyfarth.com
Manuel Corrales, Jr.    on behalf of Creditor Barbara Zelmer mannycorrales@yahoo.com, hcskanchy@hotmail.com
Marc Kieselstein    on behalf of Interested Party    Federal Monitor carrie.oppenheim@kirkland.com
Marc A. Levinson    on behalf of Creditor    CCP Credit Acquisition Holdings, L.L.C. Malevinson@orrick.com, casestream@ecf.courtdrive.com
Margarita Padilla    on behalf of Interested Party    California Department of Toxic Substances Control Margarita.Padilla@doj.ca.gov
Mario R. Nicholas    on behalf of Plaintiff    JH Kelly, LLC mario.nicholas@stoel.com, cherie.clark@stoel.com
Mark Bostick    on behalf of Other Prof. Michael G. Kasolas mbostick@wendel.com, bankruptcy@wendel.com
Mark A. Gorton    on behalf of Attorney Mark Gorton mgorton@boutininc.com, cdomingo@boutininc.com
Mark A. Gorton    on behalf of Creditor    Sonoma Clean Power Authority mgorton@boutinjones.com, cdomingo@boutininc.com
Mark D. Plevin    on behalf of Interested Party    Renaissance Reinsurance Ltd. mplevin@crowell.com
Mark D. Poniatowski    on behalf of Creditor    Holt of California ponlaw@ponlaw.com
Mark E. Felger    on behalf of Creditor    Liberty Mutual Insurance Company mfelger@cozen.com
Mark V. Isola    on behalf of Creditor    MDR INC. dba ACCU-BORE DIRECTIONAL DRILLING mvi@sbj-law.com
Marsha Houston    on behalf of 3rd Party Plaintiff    AECOM Technical Services, Inc. mhouston@reedsmith.com, hvalencia@reedsmith.com
Marta Villacorta    on behalf of U.S. Trustee    Office of the U.S. Trustee / SF marta.villacorta@usdoj.gov
Mary Ellmann Tang    on behalf of Creditor Cristina Mendoza mtang@frenchlyontang.com, nblackwell@frenchlyontang.com
Mary H. Kim    on behalf of Interested Party    State Farm Mutual Automobile Insurance Company Mary.Kim@dechert.com, brett.stone@dechert.com
Matthew Heyn    on behalf of Creditor    California Governor's Office of Emergency Services matthew.heyn@doj.ca.gov
Matthew A. Feldman    on behalf of Interested Party    Ad Hoc Group of Subrogation Claim Holders mfeldman@willkie.com
Matthew A. Gold    on behalf of Creditor    Argo Partners courts@argopartners.net

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Matthew A. Lesnick   on behalf of Interested Party   CH2M HILL Engineers, Inc. matt@lesnickprince.com, jmack@lesnickprince.com
    Matthew D. McGill   on behalf of Creditor   Ad Hoc Committee of Holders of Trade Claims MMcGill@gibsondunn.com
    Matthew D. Metzger   on behalf of Creditor Dan  Clarke belvederelegalecf@gmail.com
    Matthew Hampton Foushee   on behalf of Interested Party   Hummingbird Energy Storage, LLC hampton.foushee@hoganlovells.com, hfoushee@gmail.com
    Matthew Jon Olson   on behalf of Interested Party Wendy A. Nathan matt@macfern.com, stell.laura@dorsey.com
    Matthew Jordan Troy   on behalf of Creditor   United States of America matthew.troy@usdoj.gov
    Matthew K. Kelsey   on behalf of Creditor   Ad Hoc Committee of Holders of Trade Claims mkelsey@gibsondunn.com
    Matthew Ryan Klinger   on behalf of Creditor   CitiGroup Financial Products Inc. mklinger@sheppardmullin.com, DGatmen@sheppardmullin.com
    Matthew W. Grimshaw   on behalf of Creditor   Certain Post-Petition Tort and Fire Claimants matt@grimshawlawgroup.com, ecfmarshackhays@gmail.com
    Meagan S. Tom   on behalf of Creditor   International Brotherhood of Electrical Workers Local Union 1245 Meagan.tom@lockelord.com, autodocket@lockelord.com
    Melissa T. Ngo   on behalf of Creditor   Pension Benefit Guaranty Corporation ngo.melissa@pbgc.gov, efile@pbgc.gov
    Merle C. Meyers   on behalf of Creditor E.  R., a Minor mmeyers@mlg-pc.com
    Michael Lauter   on behalf of Creditor   CitiGroup Financial Products Inc. mlauter@sheppardmullin.com
    Michael Rogers   on behalf of Creditor   William Kreysler & Associates, Inc. mrogers@lambertrogers.com, jan@lambertrogers.com
    Michael St. James   on behalf of Interested Party   Garcia and Associates ecf@stjames-law.com
    Michael Tye   on behalf of Creditor   United States of America Michael.Tye@usdoj.gov
    Michael A. Isaacs   on behalf of Creditor   Southwire Company, LLC Michael.Isaacs@dentons.com, Alissa.Worthing@dentons.com
    Michael B. Lubic   on behalf of Creditor   CN Utility Consulting, Inc. michael.lubic@klgates.com
    Michael C. Fallon   on behalf of Creditor   Ahlborn Fence & Steel, Inc manders@fallonlaw.net
    Michael D. Breslauer   on behalf of Creditor   Righetti Ranch LP and Righetti NC, LLC mbreslauer@ecf.courtdrive.com, wyones@swsslaw.com
    Michael G. Kasolas    trustee@kasolas.net, CA30@ecfcbis.com,ecf.alert+Kasolas@titlexi.com
    Michael H. Strub   on behalf of Interested Party   BlueMountain Capital Management, LLC mstrub@irell.com, mhstrub1@gmail.com
    Michael I. Gottfried   on behalf of Creditor   Chico Rent-A-Fence MGottfried@elkinskalt.com, AAburto@elkinskalt.com
    Michael J. Gomez   on behalf of Creditor   Lyles Utility Construction, LLC mgomez@frandzel.com, dmoore@frandzel.com
    Michael K. Slattery   on behalf of Creditor   Ad Hoc California Public Entites Committee mslattery@lkfirm.com, rramirez@lkfirm.com
    Michael P. Esser   on behalf of Interested Party   Calpine Corporation michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com
    Michael R. Hogue   on behalf of Creditor   Cardno, Inc. hoguem@gtlaw.com, navarrom@gtlaw.com
    Michael S. Etkin   on behalf of Interested Party   Public Employees Retirement Association of New Mexico metkin@lowenstein.com
    Michael S. Myers   on behalf of Creditor   Discovery Hydrovac myersms@ballardspahr.com
    Michael S. Neumeister   on behalf of Creditor   Ad Hoc Committee of Holders of Trade Claims MNeumeister@gibsondunn.com
    Michael Thomas Krueger   on behalf of Creditor   ERM-West, Inc. michael.krueger@ndlf.com, Havilyn.lee@ndlf.com
    Michael W. Goodin   on behalf of Creditor   XL Insurance America, Inc., etc. mgoodin@clausen.com, mgenova@clausen.com
    Michael W. Malter   on behalf of Creditor   ChargePoint, Inc. michael@bindermalter.com
    Michele Ellison   on behalf of Creditor   Camblin Steel Service, Inc. mellison@gibbsgiden.com, lrochelle@gibbsgiden.com
    Mikal C. Watts   on behalf of Creditor   Wildfire Class Claimants mcwatts@wattsguerra.com, cwilson@wattsguerra.com
    Mirco J. Haag   on behalf of Creditor   Bradley Tanks, Inc. mhaag@buchalter.com, dcyrankowski@buchalter.com
    Mitchell B. Greenberg   on behalf of Creditor   Fire Victims mgreenberg@abbeylaw.com, mmeroney@abbeylaw.com
    Monique Jewett-Brewster   on behalf of Interested Party   The City of Oakland mjb@hopkinscarley.com, eamaro@hopkinscarley.com
    Monique D. Almy   on behalf of Creditor   Nexant Inc. malmy@crowell.com
    Morgan R. Hirst   on behalf of stockholders   PG&E Shareholders mhirst@jonesday.com, mmelvin@jonesday.com
    Nancy Mitchell   on behalf of Interested Party   Department of Finance for the State of California nmitchell@omm.com
    Nanette D. Sanders   on behalf of Creditor   Certain Fire Damage Plaintiffs/Claimants Relating to the North Bay Fire Litigation of October 2017 and the Camp Fire Litigation nanette@ringstadlaw.com, becky@ringstadlaw.com
    Natalie Kathleen Sanders   on behalf of Interested Party   Black & Veatch Construction, Inc. natalie.sanders@bakerbotts.com
    Nathan A. Schultz   on behalf of Creditor   MassMutual Life Insurance Company nschultz@goodwinlaw.com, kjarashow@goodwinlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Nathan Q. Rugg    on behalf of Interested Party    Adler Tank Rental and Mobile Modular nathan.rugg@bfkn.com, jean.montgomery@bfkn.com
Neil Jon Bloomfield    on behalf of Creditor    American Construction and Supply Inc. njbloomfield@njblaw.com, gklump@njblaw.com
Nicholas Wagner    on behalf of Creditor    Wildfire Class Claimants kschemen@wagnerjones.com, bwagner@wagnerjones.com
Nicholas A. Carlin    on behalf of Plaintiff Anthony Gantner nac@phillaw.com, rac@phillaw.com
Nicolas De Lancie    on behalf of Interested Party    SummerHill Homes, LLC ndelancie@jmbm.com
Nicole M. Zeiss    on behalf of Interested Party    Public Employees Retirement Association of New Mexico nzeiss@labaton.com
Office of the U.S. Trustee / SF     USTPRegion17.SF.ECF@usdoj.gov
Omeed Latifi    on behalf of Creditor Mirna Trettevik olatifi@theadlerfirm.com, kdeubler@theadlerfirm.com
Oren Buchanan Haker    on behalf of Interested Party    Avangrid Renewables, LLC, Klondike Wind Power III LLC, and Shiloh I Wind Project LLC oren.haker@stoel.com, rene.alvin@stoel.com
Ori Katz    on behalf of Interested Party    PG&E Holdco Group okatz@sheppardmullin.com, LSegura@sheppardmullin.com
Oscar Garza    on behalf of Other Prof.    Centerview Partners LLC ogarza@gibsondunn.com
Paige Boldt    on behalf of Creditor    Fire Victims pboldt@wattsguerra.com, cwilson@wattsguerra.com
Pamela Allen    on behalf of Interested Party    California Department of Industrial Relations pallen@dir.ca.gov
Patricia Savage    on behalf of Creditor Ashley Duitsman psavesq@gmail.com, jodi.savage@gmail.com
Patrick C. Maxcy    on behalf of Interested Party    Horace Mann Property & Casualty Insurance Company patrick.maxcy@snrdenton.com
Paul F. Ready    on behalf of Creditor Sarah Pazdan smeyer@farmerandready.com
Paul H. Zumbro    on behalf of Debtor    PG&E Corporation mao@cravath.com
Paul J. Leeds    on behalf of Creditor    Garade LLC leedsp@higgslaw.com
Paul J. Pascuzzi    on behalf of Creditor    35th District Agricultural Association ppascuzzi@ffwplaw.com, docket@ffwplaw.com
Paul M. Rosenblatt    on behalf of Creditor    Oldcastle Infrastructure, Inc. f/k/a Oldcastle Precast, Inc. and affiliates prosenblatt@kilpatricktownsend.com, mwilliams@kilpatricktownsend.com
Paul R. Gaus    on behalf of Creditor    Tim Messer Construction Inc. paul.gaus@mccormickbarstow.com
Paul R. Glassman    on behalf of Creditor    Johnson Controls, Inc. pglassman@sycr.com
Peter Friedman    on behalf of Interested Party    Department of Finance for the State of California pfriedman@omm.com
Peter Meringolo    on behalf of Creditor    Mount Veeder Springs LLC peter@pmrklaw.com
Peter C. Califano    on behalf of Creditor    CALAVERAS TELEPHONE COMPANY pcalifano@cwclaw.com
Peter J. Benvenutti    on behalf of 3rd Pty Defendant    Pacific Gas and Electric Company pbenvenutti@kbkllp.com
Peter R. Boutin    on behalf of Creditor    Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility peter.boutin@kyl.com, lara.joel@kyl.com
Peter S. Munoz    on behalf of Creditor    Lodi Gas Storage, L.L.P. pmunoz@reedsmith.com, gsandoval@reedsmith.com
Peter S. Partee, Sr.    on behalf of Interested Party    DTE Stockton, LLC ppartee@huntonak.com, candonian@huntonak.com
Philip S. Warden    on behalf of Creditor    Chevron Products Company a division of Chevron U.S.A. Inc. philip.warden@pillsburylaw.com, kathy.stout@pillsburylaw.com
Phillip K. Wang    on behalf of Creditor    Pivot Interiors, Inc. phillip.wang@rimonlaw.com
R. Alexander Pilmer    on behalf of Interested Party    Federal Monitor alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
Randy Michelson    on behalf of Defendant    Public Employees Retirement Association of New Mexico randy.michelson@michelsonlawgroup.com
Randye B. Soref    on behalf of Creditor    Dignity Health and its Affiliates rsoref@polsinelli.com
Rebecca Suarez    on behalf of Intervenor    KES Kingsburg, L.P. rsuarez@crowell.com
Rebecca J. Winthrop    on behalf of Creditor    Adventist Health System/West and Feather River Hospital rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonrosefulbright.com
Rhonda Stewart Goldstein    on behalf of Creditor    The Regents of the University of California Rhonda.Goldstein@ucop.edu, Lissa.Ly@ucop.edu
Richard A. Chesley    on behalf of Other Prof.    FTI Consulting, Inc. richard.chesley@dlapiper.com, bill.countryman@dlapiper.com
Richard A. Lapping    on behalf of Creditor    GER Hospitality, LLC rich@trodellalapping.com
Richard A. Marshack    on behalf of Creditor    SLF Fire Victim Claimants rmarshack@marshackhays.com, rmarshack@ecf.courtdrive.com
Richard H. Golubow    on behalf of Creditor    Hoffman Southwest Corp. rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com
Richard L. Antognini    on behalf of Requestor Richard Lawrence Antognini rlalawyer@yahoo.com, hallonaegis@gmail.com
Richard L. Gallagher    on behalf of Interested Party    Elliott Management Corporation richard.gallagher@ropesgray.com
Richard W. Esterkin    on behalf of Creditor    ARG Contact LLC richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com
Riley C. Walter    on behalf of Attorney    Aera Energy LLC ecf@W2LG.com
Risa Lynn Wolf-Smith    on behalf of Creditor    Diablo Winds, LLC rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Robert Berens on behalf of Creditor XL Specialty Insurance Company rberens@smtdlaw.com, sr@smtdlaw.com
Robert Sahyan on behalf of Interested Party Columbus Hill Capital Management, L.P. rsahyan@sheppardmullin.com, JNakaso@sheppardmullin.com
Robert A. Julian on behalf of Creditor Committee Official Committee of Tort Claimants rjulian@bakerlaw.com, hhammonturano@bakerlaw.com
Robert B. Kaplan on behalf of Creditor Peter Ouborg rbk@jmbm.com
Robert G. Harris on behalf of Attorney Anthony Gantner, Individually and on behalf of all those similarly situated rob@bindermalter.com
Robert N.H. Christmas on behalf of Interested Party California Self-Insurers' Security Fund rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
Robert T. Kugler on behalf of Creditor Public Advocates Office at the California Public Utilities Commission robert.kugler@stinson.com
Roberto J. Kampfner on behalf of Interested Party San Diego Gas & Electric Company rkampfner@whitecase.com, mco@whitecase.com
Rodney Allen Morris on behalf of Creditor United States of America Rodney.Morris2@usdoj.gov
Roger F. Friedman on behalf of Creditor ARB, Inc. rfriedman@rutan.com, csolorzano@rutan.com
Ronald F. Berestka, Jr. on behalf of Creditor George Vlazakis rberestka@stonelawoffice.com, csepulveda@stonelawoffice.com
Ronald S. Beacher on behalf of Creditor SPCP Group, LLC rbeacher@pryorcashman.com
Ryan A. Witthans on behalf of Creditor Roebbelen Contracting, Inc. rwitthans@fhlawllp.com
Samuel A. Khalil on behalf of Creditor Committee Official Committee Of Unsecured Creditors skhalil@milbank.com, jbrewster@milbank.com
Samuel M. Kidder on behalf of Interested Party NextEra Energy Inc., et al. skidder@ktbslaw.com
Samuel R. Maizel on behalf of Creditor Southwire Company, LLC samuel.maizel@dentons.com, alicia.aguilar@dentons.com
Sblend A. Sblendorio on behalf of Interested Party Wilson Construction Company sas@hogefenton.com
Scott Esbin on behalf of Creditor SPCP Group, LLC sesbin@esbinalter.com
Scott Lee on behalf of Creditor RE Astoria LLC scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com
Scott Olson on behalf of Creditor Interstate Fire & Casualty Company solson@vedderprice.com, nortega@vedderprice.com
Scott H. McNutt on behalf of Examiner Bruce A Markell SMcNutt@ml-sf.com, csnell@ml-sf.com
Sean Nolan on behalf of Creditor Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company snolan@akingump.com, NYMCO@akingump.com
Sean T. Higgins on behalf of Creditor Agajanian, Inc. aandrews@andrewsthornton.com, shiggins@andrewsthornton.com
Shane Huang on behalf of Defendant Federal Energy Regulatory Commission shane.huang@usdoj.gov
Shawn M. Christianson on behalf of Creditor Oracle America, Inc. schristianson@buchalter.com
Shmuel Vasser on behalf of Interested Party State Farm Mutual Automobile Insurance Company shmuel.vasser@dechert.com, brett.stone@dechert.com
Shounak S. Dharap on behalf of Creditor Enrique Guzman ssd@arnslaw.com, mec@arnslaw.com
Stacey C. Quan on behalf of Creditor Tanforan Industrial Park, LLC squan@steyerlaw.com, pspencer@steyerlaw.com
Stacy H. Rubin on behalf of Creditor Realty Income Corporation rubins@ballardspahr.com, BKTDocket_West@ballardspahr.com
Stephen D. Finestone on behalf of Creditor Aggreko sfinestone@fhlawllp.com
Stephen E. Hessler, P.C. on behalf of Interested Party Federal Monitor jozette.chong@kirkland.com
Steven G. Polard on behalf of Creditor Creative Ceilings, Inc. spolard@eisnerlaw.com
Steven J. Reisman on behalf of Interested Party Lazard Freres & Co. LLC sreisman@katten.com, nyc.bknotices@kattenlaw.com
Steven J. Skikos on behalf of Creditor Tommy Wehe sskikos@skikos.com, mmontoya@skikos.com
Steven M. Campora on behalf of Creditor Chippewa Pest Control, Inc. scampora@dbbwc.com, nlechuga@dbbwc.com
Steven M. Olson on behalf of Attorney Steven M. Olson smo@smolsonlaw.com
Stuart G. Gross on behalf of Creditor San Francisco Herring Association sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com
Sunny S. Sarkis on behalf of Counter-Defendant JH Kelly, LLC sunny.sarkis@stoel.com, dawn.forgeur@stoel.com
Tacie H. Yoon on behalf of Interested Party Renaissance Reinsurance Ltd. tyoon@crowell.com
Tambra Curtis on behalf of Creditor Sonoma County tambra.curtis@sonoma-county.org, Kristin.whalley@sonoma-county.org
Tanya Behnam on behalf of Creditor MRC Opportunities Fund I LP - Series C tbehnam@polsinelli.com, tanyabehnam@gmail.com
Thomas Melone on behalf of Interested Party Allco Finance Limited & Subsidiaries Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com
Thomas B. Rupp on behalf of 3rd Pty Defendant Pacific Gas and Electric Company trupp@kbkllp.com
Thomas C. Mitchell on behalf of Creditor EDF Renewables, Inc. tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com
Thomas E. McCurnin on behalf of Interested Party City of Morgan Hill tmccurnin@bkolaw.com, kescano@bkolaw.com
Thomas F. Koegel on behalf of Creditor AT&T Corp. tkoegel@crowell.com
Thomas G. Mouzes on behalf of Creditor Sonoma Clean Power Authority tmouzes@boutinjones.com, cdomingo@boutininc.com
Thomas R. Kreller on behalf of Attorney Milbank LLP tkreller@milbank.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              Thomas R. Phinney    on behalf of Creditor    Outback Contractors, Inc. tom@parkinsonphinney.com
              Tiffany Strelow Cobb    on behalf of Creditor    Nuance Communications, Inc. tscobb@vorys.com
              Timothy M. Flaherty    on behalf of Creditor    Petro-Canada America Lubricants, Inc.
               tflaherty@mpplaw.com
              Timothy S. Laffredi    on behalf of U.S. Trustee    Office of the U.S. Trustee / SF
               timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov
              Tobias S. Keller    on behalf of Debtor    PG&E Corporation tkeller@kbkllp.com
              Tracy L. Mainguy    on behalf of Creditor    Engineers and Scientists of California, Local 20,
               IFPTE tmainguy@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
              Tyson  Arbuthnot    on behalf of Interested Party    ACCO Engineered Systems, Inc.
               tarbuthnot@rjo.com, jyeung@rjo.com
              Valerie Bantner Peo    on behalf of Creditor    Oracle America, Inc. vbantnerpeo@buchalter.com
              Victor A. Vilaplana    on behalf of Creditor    Michels Corporation vavilaplana@foley.com,
               rhurst@foley.com
              W. Steven Bryant    on behalf of Creditor    International Brotherhood of Electrical Workers Local
               Union 1245 molly.batiste-debose@lockelord.com
              Wayne A. Silver    on behalf of Creditor    Lewis & Tibbitts, Inc. w_silver@sbcglobal.net,
               ws@waynesilverlaw.com
              William L. Porter    on behalf of Creditor    New West Partitions bporter@porterlaw.com,
               Ooberg@porterlaw.com
              William M. Kaufman    on behalf of Creditor    Daleo Inc. wkaufman@smwb.com
              William S. Lisa    on behalf of Interested Party    California Self-Insurers' Security Fund
               wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com
              William Thomas Lewis    on behalf of Interested Party    Fremont Bank wtl@roblewlaw.com,
               kimwrenn@msn.com
              Xiyi  Fu    on behalf of Creditor    Quanta Energy Services LLC jackie.fu@lockelord.com,
               taylor.warren@lockelord.com
              Yosef  Peretz    on behalf of Creditor Cara  Feneis skim@peretzlaw.com
                                                                                             TOTAL: 490



| | |
|---|---|
| 1 | WATTS GUERRA LLP |
| 2 | Mikal C. Watts *(Pro Hac Vice pending)* **Signed and Filed: May 12, 2020** |
|   | Paige Boldt, SBN 308772 |
| 3 | 70 Stony Point Road, Suite A |
|   | Santa Rosa, California 95401 |
| 4 | Phone: (707) 241-4567 |
|   | 2561 California Park Drive, Suite 100 |
| 5 | Chico, California 95928 |
|   | Phone: (530) 240-6116 _____ |
| 6 | Email: mcwatts@wattsguerra.com  **DENNIS MONTALI** |
|   |                                 **U.S. Bankruptcy Judge** |

*Attorney for Numerous*
*Wild Fire Claimants*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered) |

## ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Mikal C. Watts, whose business address and telephone number is Watts Guerra LLP, 70 Stony Point Road, Suite A, Santa Rosa, CA 95401; 707-241-4567 and who is an active member in good standing of the bar of Texas having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing fire claimants.

IT IS HEREBY ORDERED that application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and Electronic Case Filing Procedures adopted by the United States Bankruptcy Court for the Northern District of California.

**\*\*END OF ORDER\*\***

**COURT SERVICE LIST**

**William B. Abrams**
1519 Branch Owl Pl.
Santa Rosa, CA 95409