Emanuel C. Grillo (*pro hac vice* forthcoming)
emanuel.grillo@bakerbotts.com
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY 10112-4498
Telephone: 212.408.2519
Facsimile: 212.259.2519

Kevin Chiu, TX (*pro hac vice* forthcoming)
kevin.chiu@bakerbotts.com
BAKER BOTTS L.L.P.
2001 Ross Avenue, Suite 900
Dallas, TX 75201-2980
Telephone: 214.953.6417
Facsimile: 214.661.4417

Natalie K. Sanders, CA Bar No. 329916
natalie.sanders@bakerbotts.com
BAKER BOTTS L.L.P.
1001 Page Mill Road
Building One, Suite 200
Palo Alto, California 94304-1007
Telephone: 650.739.7536
Facsimile: 650.739.7636

*Counsel for Centaurus Capital LP and Wright Solar Park LLC*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>     - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                    **Debtors.** | Bankruptcy Case<br>No. 19 - 30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered) |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | **KEVIN CHIU'S APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |

Pursuant to B.L.R. 1001-2(a)(29) and Civil L.R. 11-3, Kevin Chiu, an active member in good standing of the bar of the State of Texas, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Centaurus Capital LP and Wright Solar Park LLC in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Natalie K. Sanders, CA Bar No. 329916
> natalie.sanders@bakerbotts.com
> BAKER BOTTS L.L.P.
> 1001 Page Mill Road
> Building One, Suite 200
> Palo Alto, California 94304-1007
> Telephone: 650.739.7536
> Facsimile:   650.739.7636

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Dated: May 18, 2020                    **BAKER BOTTS L.L.P.**

                                        */s/ Kevin Chiu*

                                        Kevin Chiu
                                        Counsel for Centaurus Capital LP and
                                        Wright Solar Park LLC