**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**,<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY**,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br><br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**SECOND STIPULATION BETWEEN THE DEBTORS AND CALIFORNIA SELF-INSURERS' SECURITY FUND EXTENDING TIME TO FILE OBJECTION TO PLAN**<br><br>[No Hearing Requested] |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

1   This stipulation and agreement for order ("**Stipulation and Agreement for Order**") is
2   entered into by PG&E Corporation and Pacific Gas and Electric Company, as debtors and
3   debtors in possession (collectively, the "**Debtors**") in the above-captioned chapter 11 cases (the
4   "**Chapter 11 Cases**"), and the California Self-Insurers' Security Fund ("**CSISF**"). The Debtors
5   and CSISF are referred to in this Stipulation and Agreement for Order collectively as the
6   "**Parties**," and each as a "**Party**." The Parties hereby stipulate and agree as follows:

**RECITALS**

A.  On March 17, 2020, the United States Bankruptcy Court for the Northern District of California (the "**Bankruptcy Court**") entered an Order (the "**Solicitation Procedures Order**") that, among other things, approved the disclosure statement for the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* (as may be amended, modified, or supplemented from time to time, and together with all exhibits and schedules thereto, the "**Plan**"). In accordance with the Solicitation Procedures Order, the Debtors commenced solicitation of their Plan on or about March 30, 2020, and the hearing to consider confirmation of the Plan is scheduled for May 27, 2020.

B.  The Solicitation Procedures Order, among other things, established the deadline to file objections to confirmation of the Plan (an "**Objection**"), at 4:00 p.m. (Prevailing Pacific Time) on May 15, 2020 (the "**Objection Deadline**").

C.  On May 15, 2020, the Parties entered into a stipulation whereby the time for CSISF to file and serve an Objection to the Plan was extended through 1:00 p.m. (Prevailing Pacific Time) on May 18, 2020.

D.  Counsel for CSISF has requested, and counsel for the Debtors has agreed, to further extend the Objection Deadline for CSISF to file an Objection to the Plan as set forth herein.

**NOW, THEREFORE, UPON THE FOREGOING RECITALS, WHICH ARE INCORPORATED AS THOUGH FULLY SET FORTH HEREIN, IT HEREBY IS STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THE COURT TO ORDER, THAT:**

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

1. The time for CSISF to file and serve an Objection to the Plan is further extended through 1:00 p.m. (Prevailing Pacific Time) on May 20, 2020.

2. This Stipulation shall constitute the entire agreement and understanding of the parties relating to the subject matter hereof and shall supersede all prior agreements and understandings relating to the subject matter hereof.

3. This Stipulation may be executed in counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same agreement.

4. The Bankruptcy Court shall retain jurisdiction to resolve any disputes or controversies arising from this Stipulation.

Dated: May 18, 2020

WEIL, GOTSHAL & MANGES LLP
KELLER BENVENUTTI KIM LLP

/s/ *Matthew Goren*
Matthew Goren

*Attorneys for Debtors
and Debtors in Possession*

Dated: May 18, 2020

NIXON PEABODY LLP

/s/ *Richard C. Pedone*
Richard C. Pedone

*Attorneys for California Self-Insurers'
Security Fund*