# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:<br><br>PG&E Corporation<br><br>-and-<br><br>Pacific Gas and Electric Company,<br><br>Debtors. | Case No. 19-30088<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered) |

## PROOF OF SERVICE

I, Matthew G. Roberts, state and declare:

I am a citizen of the United States and employed in Fulton County, Georgia. I am over the age of 18 and not a party to the within action; my business address is Bank of America Plaza, 600 Peachtree Street NE, Suite 3000, Atlanta, GA 30308-2216.

On the dates set forth below, I served the following document(s) described as:

**OSMOSE UTILITIES SERVICES, INC.'S LIMITED OBJECTION TO (I) SCHEDULE OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES TO BE ASSUMED PURSUANT TO THE PLAN AND PROPOSED CURE AMOUNTS; AND (II) DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION DATED MARCH 16, 2020 [DKT. NO. 7320]**

**DECLARATION OF JOSE VILLALBA [DKT. NO. 7321]**

**&**

**JOINDER OF SOUTHERN POWER COMPANY, PSEG, PSEG SOLAR SOURCE LLC AND CONSOLIDATED EDISON DEVELOPMENT, INC. TO LIMITED CURE OBJECTION OF CALPINE AND ITS SUBSIDIARIES TO THE DEBTORS' PROPOSED ASSUMPTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES UNDER THE DEBTORS' AND SHAREHOLDERS' JOINT CHAPTER 11 PLAN OF REORGANIZATION DATED MARCH 16, 2020 [DKT. NO. 7314]**

42306103

☒ **BY MAIL**: Service affected on May 18, 2020, as follows: I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Atlanta, Georgia, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY OVERNIGHT MAIL**: As follows: I am readily familiar with the firm's practice of collection and processing correspondence for overnight mailing. Under that practice, it would be deposited with overnight mail on that same day prepaid at Atlanta, Georgia in the ordinary course of business.

☒ **BY ELECTRONIC MAIL**: Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, on May 15, 2020, I caused the documents to be sent to the persons at the e-mail addresses, as last given or submitted on any document which he or she has filed in the case, listed on the attached service list.

[*See attached service list*]

Executed on May 18, 2020, at Atlanta, Georgia.

                                           */s/ Matthew G. Roberts*
                                           Matthew G. Roberts
                                           GA Bar No. 367914

TROUTMAN SANDERS LLP
BANK OF AMERICA PLAZA
600 PEACHTREE STREET NE
SUITE 3000
ATLANTA, GA 30308-2216

42306103

- 2 -

Case: 19-30088   Doc# 7362   Filed: 05/18/20   Entered: 05/18/20 09:33:33   Page 2 of 2