Troutman Sanders LLP
Bank of America Plaza
600 Peachtree Street NE
Suite 3000
Atlanta, GA 30308-2216

# SERVICE LIST

| | |
|---|---|
| **VIA U.S. MAIL** | **VIA U.S. MAIL** |
| PG&E Corporation and Pacific Gas and Electric Company<br>ATTN: Janet Loduca, Esq.<br>77 Beale Street<br>P.O. Box 770000<br>San Francisco, CA 94177<br><br>*Debtors & Debtors in Possession* | Weil, Gotshal & Manges LLP<br>ATTN: Stephen Karotkin, Esq.<br>767 Fifth Avenue<br>New York, NY 10153<br><br>**VIA EMAIL**<br><br>stephen.karotkin@weil.com<br>matthew.goren@weil.com<br>jessica.liou@weil.com<br><br>*Attorneys for the Debtors* |
| **VIA U.S. MAIL**<br><br>Keller Benvenutti Kim LLP<br>ATTN: Tobias S. Keller, Esq.<br>650 California Street<br>Suite 1900<br>San Francisco, CA 94108<br><br>**VIA EMAIL**<br><br>tkeller@kbkllp.com<br>jkim@kbkllp.com<br><br>*Attorneys for the Debtors* | **VIA U.S. MAIL**<br><br>Cravath, Swaine & Moore LLP<br>ATTN: Paul H. Zumbro, Esq.<br>Worldwide Plaza<br>825 Eighth Ave.<br>New York, NY 10019<br><br>**VIA EMAIL**<br><br>pzumbro@cravath.com<br>korsini@cravath.com<br>onasab@cravath.com<br><br>*Attorneys for the Debtors* |
| **VIA U.S. MAIL**<br><br>United States Trustee<br>ATTN: James L. Snyder, Esq.<br>450 Golden Gate Ave.<br>5th Floor \| Suite 05-0153<br>San Francisco, CA 94102<br><br>**VIA EMAIL**<br><br>james.l.Snyder@usdoj.gov<br>timothy.s.laffredi@usdoj.gov<br>marta.villacorta@usdoj.gov<br><br>*Attorneys for the United States Trustee* | **VIA U.S. MAIL**<br><br>Stroock Stroock & Lavan LLP<br>ATTN: Kristopher M. Hansen, Esq.<br>180 Maiden Lane<br>New York, NY 10038-4982<br><br>**VIA EMAIL**<br><br>khansen@stroock.com<br>egilad@stroock.com<br>mgarofalo@stroock.com<br><br>*Attorneys for the DIP Administrative Agent* |

42306103

**VIA U.S. MAIL**

STROOCK STROOCK & LAVAN LLP
ATTN: Frank A. Merola, Esq.
2029 Century Park East
Los Angeles, CA 90067-3086

**VIA EMAIL**

fmerola@stroock.com

*Attorneys for the DIP Administrative Agent*

**VIA U.S. MAIL**

DAVIS POLK & WARDWELL LLP
ATTN: Eli J. Vonnegut, Esq.
450 Lexington Ave.
New York, NY 10017

**VIA EMAIL**

eli.vonnegut@davispolk.com
david.schiff@davispolk.com
timothy.graulich@davispolk.com

*Attorneys for the DIP Collateral Agent*

**VIA U.S. MAIL**

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTN: Alan W. Kornberg, Esq.
1285 Avenue of the Americas
New York, NY 10019-6064

**VIA EMAIL**

akornberg@paulweiss.com
bhermann@paulweiss.com
wrieman@paulweiss.com
smitchell@paulweiss.com
ndonnelly@paulweiss.com

*Attorneys for the CPUC*

**VIA U.S. MAIL**

MILBANK LLP
ATTN: Dennis F. Dunne, Esq.
55 Hudson Yards
New York, NY 10001-2163

**VIA EMAIL**

ddunne@milbank.com
skhalil@milbank.com
svora@milbank.com

*Attorneys for the Creditors' Committee*

**VIA U.S. MAIL**

MILBANK LLP
ATTN: Gregory A. Bray, Esq.
2029 Century Park East
33rd Floor
Los Angeles, CA 90067

**VIA EMAIL**

gbray@milbank.com
tkreller@milbank.com

*Attorneys for the Creditors' Committee*

**VIA U.S. MAIL**

BAKER & HOSTETLER LLP
ATTN: Eric E. Sagerman, Esq.
11601 Wilshire Blvd
Suite 1400
Los Angeles, CA 90025-0509

**VIA EMAIL**

esagerman@bakerlaw.com
lattard@bakerlaw.com

*Attorneys for the TCC*

TROUTMAN SANDERS LLP
BANK OF AMERICA PLAZA
600 PEACHTREE STREET NE
SUITE 3000
ATLANTA, GA 30308-2216

TROUTMAN SANDERS LLP
BANK OF AMERICA PLAZA
600 PEACHTREE STREET NE
SUITE 3000
ATLANTA, GA 30308-2216

| | |
|---|---|
| **VIA U.S. MAIL** | **VIA U.S. MAIL** |
| BAKER & HOSTETLER LLP<br>ATTN: Robert A. Julian, Esq.<br>600 Montgomery Street<br>Suite 3100<br>San Francisco, CA 94111 | WILLKIE FARR & GALLAGHER LLP<br>ATTN: Matthew A. Feldman, Esq.<br>787 Seventh Avenue<br>New York, NY 10019-6099 |
| **VIA EMAIL** | **VIA EMAIL** |
| rjulian@bakerlaw.com<br>cdumas@bakerlaw.com | mfeldman@willkie.com<br>jminias@willkie.com<br>dforman@willkie.com |
| *Attorneys for the TCC* | *Attorneys for the Ad Hoc Group of Subrogation Claim Holders* |
| **VIA U.S. MAIL** | **VIA U.S. MAIL** |
| DIEMER & WEI, LLP<br>ATTN: Kathryn S. Diemer, Esq.<br>55 S. Market Street<br>Suite 1420<br>San Jose, CA 95113 | JONES DAY<br>ATTN: Bruce S. Bennett, Esq.<br>555 South Flower Street<br>50th Floor<br>Los Angeles, CA 90071-2300 |
| **VIA EMAIL** | **VIA EMAIL** |
| kdiemer@diemerwei.com<br>alewicki@diemerwei.com | bbennett@jonesday.com<br>jmester@jonesday.com<br>jjohnston@jonesday.com |
| *Attorneys for the Ad Hoc Group of Subrogation Claim Holders* | *Attorneys for the Shareholder Proponents* |

TROUTMAN SANDERS LLP
BANK OF AMERICA PLAZA
600 PEACHTREE STREET NE
SUITE 3000
ATLANTA, GA 30308-2216

**VIA U.S. MAIL**

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: Ashley Vinson Crawford, Esq.
580 California Street
Suite 1500
San Francisco, CA 94104

**VIA EMAIL**

avcrawford@akingump.com

*Attorneys for the Ad Hoc Committee of Senior Unsecured Noteholders*

**VIA U.S. MAIL**

U.S. Nuclear Regulatory Commission
Washington, DC 20555-0001
ATTN: General Counsel

*Attorneys for Nuclear Regulatory Commission*

**VIA U.S. MAIL**

U.S. Department of Justice, Civil Div.
ATTN: Danielle A. Pham, Esq.
1100 L Street, NW
Room 7106
Washington, DC 20005

*Attorneys for the United States of America o/b/o FERC*

**VIA U.S. MAIL**

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: Michael S. Stamer, Esq.
One Bryant Park
New York, NY 10036

**VIA EMAIL**

mstamer@akingump.com
idizengoff@akingump.com
dbotter@akingump.com

*Attorneys for the Ad Hoc Committee of Senior Unsecured Noteholders*

**VIA U.S. MAIL**

U.S. Nuclear Regulatory Commission
ATTN: General Counsel
U.S. NRC Region IV
1600 E. Lamar Blvd.
Arlington, TX 76011

*Attorneys for Nuclear Regulatory Commission*