Nicholas A. Carlin, CSB No. 112532
Brian S. Conlon, CSB No. 303456
PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
39 Mesa Street, Suite 201 - The Presidio
San Francisco, CA 94129
Telephone: 415-398-0900
Fax:         415-398-0911
Email:      nac@phillaw.com
               bsc@phillaw.com

Michael Malter, CSB No. 87908)
Robert G. Harris, CSB No. 124678)
BINDER & MALTER, LLP
2775 Park Avenue
Santa Clara, CA 95050
Tel: (408) 295-1700
Fax: (408) 295-1531
Email: Michael@bindermalter.com
Email: Rob@bindermalter.com

Attorneys for Plaintiff Anthony Gantner, Individually and on behalf of all those similarly situated

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: <br><br> PG&E CORPORATION <br><br> -and- <br><br> PACIFIC GAS AND ELECTRIC COMPANY, <br><br> Debtors | **Case No. 19-30088 (DM)** <br> **Chapter 11** <br> **(Lead Case)** <br> **(Jointly Administered)** |
| ANTHONY GANTNER, individually and on behalf of all those similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> PG&E CORPORATION, a California Corporation, and PACIFIC GAS & ELECTRIC COMPANY, a California Corporation, <br><br> Defendants. | **Adv. Pro. No. 19-03061 (DM)** <br><br> **CERTIFICATE OF SERVICE RE ECF 7263** |

I, Rosemary A. Comsky Culiver, declare and state as follows:

1. I am employed in San Francisco County in the State of California. I am more than eighteen years old and not a party to this action. My business address is Phillips, Erlewine, Given & Carlin LLP, 39 Mesa Street, Suite 201, San Francisco, CA 94129.

2. I certify that on May 15, 2020, I caused a true and correct copy of documents described as:

**ANTHONY GANTNER'S OBJECTION TO PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION DATED MARCH 16, 2020 (ECF. NO. 6320)**

on the interested parties in this action as follows:

[x] BY NEF on May 15, 2020: Service was accomplished through the Notice of Electronic Filing ("NEF") for all parties and counsel who are registered ECF Users.

[ ] BY EMAIL: I personally transmitted the foregoing document(s) via electronic mail to the e-mail address(es) of the person(s) on the attached service list.

3. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would testify thereto. This declaration was executed on May 18, 2020 at San Francisco, California.

By: /s/ Rosemary A. Comisky Culiver
Rosemary A. Comisky Culiver