Karl Knight
1339 Pearl Street, Suite 201
Napa, CA 94558
E-mail: Karl@karlknight.com

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>-and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088<br><br>Chapter 11<br><br>Jointly Administered<br><br>**STATEMENT OF NON-CONSENT TO LIMITED ASPECT OF CLAIMS RESOLUTION PROCEDURES**<br><br>Date: May 27, 2020<br>Time: 10:00 a.m. (PST)<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102<br>Judge: The Hon. Dennis Montali<br><br>Related Docket No. 6320 |

Fire Claimants Karl Knight (on his own behalf and on behalf of his family) and Madoc Farms, LLC hereby file this notice that their failure to file an objection to confirmation of the *Debtors' and Shareholders Proponents Joint Plan of Reorganization Dated March 16, 2020* (the "Plan") [Dkt. 6320], should not be deemed consent to the waiver of the right to any judicial review of allowance of their claims. Pursuant to the Court's statements on the record at the hearing on May 15, 2020 on certain business claimant's objections to the trust documents, the Court indicated that

one outcome could be that the Court finds that only those parties that timely objected to confirmation of the Plan would retain such a right of review.

To the extent the Court finds that failure to object to the Plan shall be deemed consent to these provisions, this statement should be deemed an objection solely for and limited to such purpose. As personal injury and property damage fire victims, we do not consent to a binding determination of our claims on the terms set forth in the Claims Resolution Procedures without any avenue for judicial review.

Dated: May 15, 2020

By: /s/ Karl Knight
Karl Knight