Mary Kim Wallace
Post Office Box 1632
Magalia, California 95954
Phone Number 530 492 6585
xena.calirub@gmail

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT
### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| In re:<br>PG&E CORPORATION,<br><br>-and-<br><br>PG&E GAS AND ELECTRIC COMPANY<br>        Debtors<br><br>vs.<br><br>Mary Kim Wallace<br>        Creditor | Bankruptcy Case<br>No. 19-30088-DM<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered) Case<br>No. 19-30089-DM<br><br>Proof of Claim No. 68955<br>Amended Proof of Claim No. 103408<br>Filed October 18, 2018<br>Camp Fire<br><br>Judge: Honorable Dennis Montali<br><br>Objection, Reservation of Rights, Objection to The Plan, Fire Victims Trust and Irregularities of Voting Procedure |

I am a Camp Fire 2018 victim claimant and creditor in this Chapter 11 case. I am making these objections prior to the deadline to object to PG&E's plan at 4pm on May 15, 2020. I object to the Plan, the Fire Victims Trust, and Irregularities in Voting Procedure.

I repeatedly asked for The Plan, and all documents relating to this case, be sent to me in writing. I emailed, called and wrote numerous times to Prime Clerk and to the Bankruptcy Court. On or about May 5, 2020, Prime Clerk emailed me to tell me my copy of the Plan, The Fire Victims Trust, Voting Procedures, etc. were mailed. On May 11, 2020, I again emailed Prime Clerk and copied in the court, a couple of Senators, the Public Relations Office of Governor Newsome, Judge Montali, and again asked for hard copies of all documents relating to this Plan so I can review, read, study, and make an intelligent informed decision on my vote. Later that afternoon the Prime Clerk emailed me 9 documents in pdf form. There is no time for me to adequately vote on this plan. See Docket #7186 Motion to Stay Voting Deadline by Mary Kim Wallace.

Page **- 1 -** of **2 Mary Kim Wallace, Objects to The Plan, Fire Victims Trust, and Reservation of Rights to Protect my claim.**

The irregularities regarding my vote is not receiving information that others received starting April 1, 2020. And not receiving adequate time to make an informed decision. Please see docket # 7194 "Garrison Objection to Proposed Reorganization Plan", and docket # 7186 "Second Notice of Voting Procedure Irregularities".

Arguments are ongoing and as of May 15, 2020, the hearing heard by Judge Montali, are arguments regarding the Fire Victims Trust Claims, and a claimant's ability to receive a remedy if part or all of the claim is denied. Attorney are still arguing over the Fire Victim Trust plan as I type this at 5/15/2020, 12:32 pm, as I signed up for the zoom meeting. It appears they don't even agree to the Fire Victims Trust Plan, although I am supposed to vote on something that has not been approved by the attorneys?

I object to the Fire Victims Trust being able to deny our claims, and if denied our recourse is to appeal administratively. If denied administratively, there is no other recourse. And furthermore, if I received a partial payment, once payment received I have agreed to hold the Trust harmless if they decide not to fund the rest of the claim.

I object to The Plan, that from the limited information I have, I have to agree to Hold PG&E harmless if The Plan is voted yes. I object that the yes vote will deny my no vote any optional recourse to my claim, i.e. having my day in court!

I object to lack of full disclosure as to this, The Plan and Fire Victims Trust, in that it has not been revealed exactly how our claims will be paid, and that the Fire Victims Trust has the ability to change this plan of disbursement and valid claims at any time they wish. How could a reasonable person agree to a plan that could change without their input? I object. I am writing this under threat, duress and coercion.

I declare under penalty of perjury that this Objection to Plan and Fire Victims Trust based upon Irregularities of Voting Procedure is true and correct to the best of my ability.

DATED: May 18, 2020

All Rights Reserved

s/s/ by: Mary Kim Wallace, Creditor, In Pro Per

Page - 2 - of **2 Mary Kim Wallace, Objects to The Plan, Fire Victims Trust, and Reservation of Rights to Protect my claim.**

Case: 19-30088    Doc# 7367    Filed: 05/15/20    Entered: 05/18/20 11:14:48    Page 2 of 2