BRETT D. FALLON (DE Bar No. 2480)
(*Pro Hac Vice Pending*)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: bfallon@morrisjames.com

*Attorneys for Quest Diagnostics Health & Wellness LLC*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION,**<br>- and –<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>**Debtors,**<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>*All papers shall be filed in the Lead Case No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Brett D. Fallon, an active member in good standing of the bar of Delaware, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Quest Diagnostics Health & Wellness LLC in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> TRACY GREEN (SB No. 114876)
> WENDEL ROSEN LLP
> 111 Broadway, 24th Floor
> Oakland, CA 94607
> Telephone: (510) 834-6000
> Facsimile: (510) 8341928
> E-mail: tgreen@wendel.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 15, 2020

*/s/ Brett D. Fallon*
BRETT D. FALLON