| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Jamie B. Herszaft, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On May 13, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served (1) by the method set forth on the Master Service List attached hereto as **Exhibit A**; and (2) via first class mail and email on Shearman & Sterling LLP, Attn: C. Luckey McDowell & Ian E. Roberts, 1100 Louisiana, Ste 3300, Houston, TX 77002 (emails: luckey.mcdowell@shearman.com; ian.roberts@shearman.com):

- Notice of Continued Hearing on Debtors' First Omnibus Report and Objection to Claims Asserted Solely with Respect to Claim of Marsh Landing LLC [Docket No. 7168]

3. On May 13, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via the method set forth on the Fee Application Service List attached hereto as **Exhibit B:**

- Thirteenth Monthly Fee Statement of Weil, Gotshal & Manges LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the period of February 1, 2020 through February 29, 2020 [Docket No. 7180]

4. I have reviewed the Notices of Electronic Filing for the above-listed documents, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

5. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 18th day of May 2020, at New York, NY.

/s/ Jamie B. Herszaft
———————————————
Jamie B. Herszaft

**Exhibit A**

**Exhibit B**

Case: 19-30088    Doc# 7375    Filed: 05/18/20    Entered: 05/18/20 14:26:49    Page 4 of 6

**Exhibit C**

Case: 19-30088 Doc# 7375 Filed: 05/18/20 Entered: 05/18/20 14:26:49 Page 5 of 6

**Exhibit D**