**Entered on Docket
May 18, 2020**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



1 | Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
2 | BAKER & HOSTETLER LLP
600 Montgomery Street, Suite 3100
3 | San Francisco, CA 94111-2806
Telephone:   415.659.2600
4 | Facsimile:   415.659.2601
Email:  rjulian@bakerlaw.com
5 | Email:  cdumas@bakerlaw.com

**Signed and Filed: May 18, 2020**

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

6 | Eric E. Sagerman (SBN 155496)
David J. Richardson (SBN 168592)
7 | Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
8 | 11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
9 | Telephone:   310.820.8800
Facsimile:   310.820.8859
10 | Email:  esagerman@bakerlaw.com
Email:  drichardson@bakerlaw.com
11 | Email:  lattard@bakerlaw.com

12 | *Counsel for Official Committee of Tort Claimants*

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | Chapter 11 (Lead Case) (Jointly Administered) |
| -and- | |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **ORDER AUTHORIZING OVERSIZE OBJECTION BRIEF OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS TO CONFIRMATION OF DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION DATED MARCH 16, 2020** |
| Debtors. | |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas and Electric Company | |
| ■ Affects both Debtors | |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM) | |

The Court, having reviewed the Ex Parte Application of the Official Committee of Tort Claimants for Entry of an Order Authorizing Oversize Brief in Objection to the Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization dated March 16, 2020 (the "**Application**") filed on May 15, 2020, and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Application is granted, as provided herein.
2. The TCC is authorized to file and serve a Confirmation Brief, as defined in the Application, in excess of 25 pages.

**\*\*END OF ORDER\*\***

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO