Thomas Tosdal SBN 67834
Tosdal Law Firm
777 S. Highway 101, Ste. 215
Solana Beach, CA 92075
Tel.: (858) 704-4709
E mail: tom@tosdallaw.com
Fax: (888) 740-3859

Michael S. Feinberg SBN 81867
41911 Fifth Street, Ste. 300
Temecula, CA 92590
Tel.: (951) 698-9900
E mail: feinberg@feinbergfitchlaw.com
Fax: (951) 698-9909

Angela Jae Chun SBN 248571
Law Office of Angela Jae Chun
777 S. Highway 101, Ste. 215
Solana Beach, CA 92075
Tel.: (619) 719-5757
E mail: ajc@chun.law

David S. Casey, Jr. SBN 60768
James Davis SBN 301636
Casey Gerry Schenk Francavilla Blatt & Penfield
110 Laurel St.
San Diego, CA 92101
Tel: (619) 544-9232
Email: dcasey@cglaw.com
Email: jdavis@cglaw.com
Fax: (619) 544-9232

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re: | Bankr. Case No. 19-30088-DM |
| PG&E CORPORATION | **GARRISON EXHIBITS** |
| and | Date: May 27, 2020 |
| PACIFIC GAS & ELECTRIC COMPANY, | Time: 10:00 a.m. |
| Debtors. | Place: U.S. Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

Patricia Garrison identifies the following exhibits pursuant to the Court's scheduling order:

Exhibit 1: Sixth Amended Verified Statement Of The Ad Hoc Group of Subrogation Claim Holders Pursuant to Bankruptcy Rule 2019 (Doc. 5907),

Exhibit 2: Fifth Amended Verified Statement Of Jones Day Pursuant to Federal Rule Of Bankruptcy Procedure 2019 (Doc. 5142),

Exhibit 3: Second Amended Verified Statement Of The Ad Hoc Committee Of Senior Unsecured Noteholders Pursuant To Bankruptcy Rule 2019 (Doc. 4369);

Exhibit 4: "Klarman's Baupost Poised To Cash In On PG&E Insurance Bet," Wall Street Journal, Sept. 13, 2019.

Dated: May 18, 2020 /s/ *Thomas Tosdal*
Attorney for Ms. Garrison