Mark I. Bane
Matthew M. Roose
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
Email::mark.bane@ropesgray.com
    matthew.roose@ropesgray.com

Peter L. Welsh
Patricia I. Chen
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA  02199-3600
Telephone: (617) 951-7000
Facsimile: (617) 951-7050
Email: Peter.Welsh@ropesgray.com
    Patricia.Chen@ropesgray.com

-and-

Isaac M. Pachulski (CA Bar No. 62337)
Debra I. Grassgreen (CA Bar No. 169978)
Gabriel I. Glazer (CA Bar No. 246384)
John W. Lucas (CA Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA  94111
Telephone: (415) 263-7000
Facsimile: (415) 263-7010
Email: ipachulski@pszjlaw.com
    dgrassgreen@pszjlaw.com
    gglazer@pszjlaw.com
    jlucas@pszjlaw.com

*Attorneys for The Baupost Group, L.L.C., as the general Partner and investment manager for certain entities*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>-and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>　　　　　　　　　　Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors. | Case No. 19-30088<br><br>Chapter 11<br><br>NOTICE OF WITHDRAWAL OF APPEARANCE OF JOSHUA Y. STURM ON BEHALF OF THE BAUPOST GROUP, L.L.C. |

**PLEASE TAKE NOTICE THAT** the pro hac vice appearance of Joshua Y. Sturm of Ropes & Gray LLP, Prudential Tower, 800 Boylston Street, Boston, MA 02199-3600, on behalf of The Baupost Group, L.L.C., a party-in-interest in the above-captioned cases, is hereby withdrawn, and all service of pleadings and notices on him in these cases, including CM/ECF electronic notification, should be discontinued.

Dated: May 18, 2020　　　　　　　　　　Respectfully submitted,
Boston, MA

　　　　　　　　　　　　　　　　　　*/s/ Joshua Y. Sturm*
　　　　　　　　　　　　　　　　　　Joshua Y. Sturm
　　　　　　　　　　　　　　　　　　ROPES & GRAY LLP
　　　　　　　　　　　　　　　　　　Prudential Tower, 800 Boylston Street
　　　　　　　　　　　　　　　　　　Boston, MA 02199-3600
　　　　　　　　　　　　　　　　　　Telephone: (617) 951-7000
　　　　　　　　　　　　　　　　　　Facsimile: (617) 951-7050
　　　　　　　　　　　　　　　　　　joshua.sturm@ropesgray.com