Roy E. Miller, Esq. (CASBN 174821)
Hansen&Miller Law Firm
415 Russell Ave.
Santa Rosa, CA 954043
Telephone: (707) 575-1040
Fax: (707) 575-3826
Email: roy@hansenmiller.com

Attorneys for Certain Kincade (2019) claimants

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| -and- | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| | NOTICE OF APPEARANCE |
| **Debtors.** | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | |
| *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | |

To: The Clerk of the Court and all parties of record –

NOTICE OF APPEARANCE - 1

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for certain 2019 Kincade Fire claimants with POCs currently on-file in this matter.

Dated this 15TH day of May 2020

Roy E. Miller, Esq.

CASBN 174821
415 Russell Ave
Santa Rosa, CA 95403
roy@hansenmiller.com
707-575-1040
FAX: 707-575-3826

NOTICE OF APPEARANCE - 2