Roy E. Miller, Esq. (CASBN 174821)
Hansen&Miller Law Firm
415 Russell Ave.
Santa Rosa, CA 954043
Telephone: (707) 575-1040
Fax: (707) 575-3826
Email: roy@hansenmiller.com

Attorneys for Certain Kincade (2019) claimants

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>PG&E CORPORATION,<br>-and-<br>PACIFIC GAS AND ELECTRIC COMPANY,<br>Debtors.<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM) | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br>NOTICE OF APPEARANCE |

To: The Clerk of the Court and all parties of record –

NOTICE OF APPEARANCE - 1

Roy E. Miller, Esq. (CASBN 174821)
Hansen&Miller Law Firm
415 Russell Ave.
Santa Rosa, CA 954043
Telephone: (707) 575-1040
Fax: (707) 575-3826
Email: roy@hansenmiller.com

Attorneys for Certain Kincade (2019) claimants

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>-and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>NOTICE OF APPEARANCE |

To: The Clerk of the Court and all parties of record –

NOTICE OF APPEARANCE - 1

Case: 19-30088    Doc# 7384    Filed: 05/15/20    Entered: 05/18/20 14:57:02    Page 2 of 3

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for certain 2019 Kincade Fire claimants with POCs currently on-file in this matter.

Dated this 15TH day of May 2020

*/s/ Roy E. Miller*

Roy E. Miller, Esq.
CASBN 174821
415 Russell Ave
Santa Rosa, CA 95403
roy@hansenmiller.com
707-575-1040
FAX: 707-575-3826

NOTICE OF APPEARANCE - 2