| | |
|---|---|
| 1 | **POMERANTZ LLP** |
| 2 | Jennifer Pafiti (SBN 282790) |
|   | 1100 Glendon Avenue, 15th Floor |
| 3 | Los Angeles, CA 90024 |
|   | Telephone: (310) 405-7190 |
| 4 | Email: jpafiti@pomlaw.com |
| 5 | **THE ROSEN LAW FIRM, P.A.** |
| 6 | Laurence M. Rosen (SBN 219683) |
|   | 355 South Grand Avenue, Suite 2450 |
| 7 | Los Angeles, CA 90071 |
|   | Telephone: (213) 785-2610 |
| 8 | Facsimile: (213) 226-4684 |
| 9 | Email: lrosen@rosenlegal.com |

*Co-Counsel for Vataj Plaintiffs and the Class*

[Additional counsel on signature page]

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>     Debtors.<br>☑  Affects PG&E Corporation<br>☐  Affects Pacific Gas and Electric Company<br>☐  Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088(DM)* | Bankruptcy Case<br>No. 19-30088(DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**CERTIFICATE OF SERVICE** |

I am a citizen of the United States, over the age of 18 years, and not a party to or interested in the within entitled case. I am an employee of The Rosen Law Firm, P.A. and my business

address is 275 Madison Avenue, 40th Floor, New York, New York 10016. I am readily familiar with the business practice for collection and processing of correspondence for mailing and for transmitting documents by U.S. Mail, FedEx, fax, email, courier and other modes. On May 15, 2020, I serve the following document:

- ***VATAJ* PLAINTIFFS' OBJECTION TO RELEASE/EXCULPATION OF NON-DEBTOR THIRD PARTIES PURSUANT TO DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION DATED MARCH 16, 2020**

**X** ELECTRONICALLY: I hereby certify that on the below date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic mail notice list.

**X** E-MAIL: I hereby certify that on the below date, I caused a true and correct copy of the foregoing document to be served via e-mail on the Notice Parties Service List attached hereto as **Exhibit A**.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on May 15, 2020 in Shirley, New York.

/s/ Zachary Stanco (xxx-xx-2089)
ZACHARY STANCO