# SERVICE LIST

I certify that copies of the foregoing Objection and Certificate of Service were served by email to the following:

Stephen Karotkin
Jessica Liou
Matthew Goren
Tom Schinckel
Weil, Gotshal & Manges LLP
stephen.karotkin@weil.com
matthew.goren@weil.com
jessica.liou@weil.com
tom.schinckel@weil.com
Ph: (216) 621-0200
Fax: (216) 696-0740

*Counsel to Debtors*

Paul H. Zumbro
Kevin J. Orsini
George E. Zobitz
Stephen M. Kessing
Nicholas A. Dorsey
Omid H. Nasab
Cravath, Swaine & Moore LLP
pzumbro@cravath.com
korsini@cravath.com
jzobitz@cravath.com
skessing@cravath.com
ndorsey@cravath.com
onasab@cravath.com

*Special Counsel to Debtors*

Tobias Keller
Jane Kim
Keller Benvenutti Kim LLP
tkeller@kbkllp.com
jkim@kbkllp.com

*Counsel to Debtors*

James L. Snyder, Esq.
Timothy Lafreddi, Esq.
Marta E. Villacorta
Office of the United States Trustee
James.L.Snyder@usdoj.gov
Timothy.s.laffredi@usdoj.gov
Marta.Villacorta@usdoj.gov

*Office of the United States Trustee*

Robert A. Julian
Cecily A. Dumas
Eric E. Sagerman
David J. Richardson
Lauren T. Attard
Baker & Hostetler LLP
rjulian@bakerlaw.com
cdumas@bakerlaw.com
esagerman@bakerlaw.com
drichardson@bakerlaw.com
lattard@bakerlaw.com

*Counsel for Official Committee of Tort Claimants*

Dennis F. Dunne
Samual A. Khalil
Gregory A. Bray
Thomas R. Kreller
Alan J. Stone
Samir Vora
Milbank LLP
ddunne@milbank.com
skhalil@milbank.com
gbray@milbank.com
tkreller@milbank.com
astone@milbank.com
svora@milbank.com

*Counsel for the Official Committee of Unsecured Creditors*

Kristopher M. Hansen
Erez E. Gilad
Matthew G. Garofalo
Frank A. Merola
Stroock & Stoock & Lavan LLP
khansen@stroock.com
egilad@stroock.com
mgaraofalo@stroock.com
fmerola@stroock.com

*Counsel for the administrative agent under the Debtors' debtor in possession financing facilities*

Eli J. Vonnegut
David Schiff
Timothy Graulich
Davis Polk & Wardwell LLP
Eli.vonnegut@davispolk.com
David.schiff@davispolk.com
Timothy.graulich@davispolk.com

*Counsel for the agent under the Debtors' proposed debtor in possession financing facilities*

Alan W. Kornberg
Brian S. Hermann
Walter R. Rieman
Sean A. Mitchell
Neal P. Donnelly
Paul, Weiss, Rifkind, Wharton & Garrison LLP
akronberg@paulweiss.com
bhermann@paulweiss.com
wrieman@paulweiss.com
smitchell@paulweiss.com
ndonnelly@paulweiss.com

*Counsel to California Public Utilities Commission*

Daniella A. Pham
U.S. Department of Justice
Danielle.pham@usdoj.gov

*Interested Party United States on behalf of the Federal Energy Regulatory Commission*

Bruce S. Bennett
Joshua M. Mester
James O. Johnston
Jones Day
bbennett@jonesday.com
jmester@jonesday.com
jjohnston@jonesday.com

*PG&E Shareholders*

Ashley Vinson Crawford
Akin Gump Strauss Hauer & Feld LLP
acrawford@akingump.com

*Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company*

Michael S. Stamer
Ira S. Dizengoff
David H. Botter
Akin Gump Strauss Hauer & Feld LLP
mstamer@akingump.com
idizengoff@akingump.com
dbotter@akingump.com

*Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company*

J. Noah Hagey
Jeffrey M. Theodore
David H. Kwasniewski
Andrew Levine
Braunhagey & Borden LLP
hagey@braunhagey.com
theodore@braunhagey.com
kwasniewski@braunhagey.com
levine@braunhagey.com

*Co-Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company*

Matthew A. Feldman
Joseph G. Minias
Daniel I. Forman
Benjamin P. McCallen
Antonio Yanez, Jr.
Eric L. Kerman
Jonathan D. Waisnor
Matthew Freimuth
Willkie Farr & Gallagher LLP
mfeldman@willkie.com
jminias@willkie.com
dforman@willkie.com
bmccallen@willkie.com
ayanez@willkie.com
ekerman@willkie.com
jwaisnor@willkie.com
mfreimuth@willkie.com

*Counsel for Ad hoc Group of Subrogation Claim Hodlers*

Kathryn S. Diemer
Diemer & Wei, LLP
kdiemer@diemerwei.com

*Counsel for Ad Hoc Group of Subrogation Claim Holders*

Anita Ghosh Naber
U.S. Nuclear Regulatory Commission
anita.ghoshnaber@nrc.gov

*U.S. Nuclear Regulatory Commission*