Robert J. Berens (AZ Bar No. 012056/ CA Bar No. 141647)
Marilyn Klinger (CA Bar No. 83508)
**SMTD LAW LLP**
355 S. Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 943-1425
Facsimile: (213) 943-1301
mklinger@smtdlaw.com
rberens@smtdlaw.com

*Attorneys for XL Specialty Insurance Company*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Chapter 11 |
| **PG&E CORPORATION,** | Case No.: 19-30088 (Lead Case) (Jointly Administered) |
| -and- | |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **XL SPECIALTY INSURANCE COMPANY'S JOINDER WITH: (A) LIMITED OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO PLAN CONFIRMATION [DKT. 7300]; AND (B) SOUTH SAN JOAQUIN IRRIGATION DISTRICT'S (A) OBJECTION TO DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION DATED MARCH 16, 2020 AS AMENDED AND (B) OBJECTION TO CURE AMOUNTS AND OTHER MATTERS PERTAINING TO ASSUMPTION PURSUANT TO SECTION 365(B)(1) OF THE BANKRUPTCY [DKT. 7037]** |
| **Debtors.** | |
| __ Affects PG&E Corporation __ Affects Pacific Gas and Electric Company X Affects both Debtors | |
| *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Date: May 27, 2020 Time: 10:00 a.m. (PST) |

1

|   | Place: | United States Bankruptcy Court |
|---|---|---|
|   |   | Courtroom 17, 16th Floor |
|   |   | San Francisco, CA 94102 |
|   | Judge: | The Hon. Dennis Montali |

XL Specialty Insurance Company ("XL Specialty"), by and through its undersigned counsel, hereby joins with the arguments made in: (1) the Limited Objection of the Official Committee of Unsecured Creditors to Plan Confirmation [Dkt. 7300] (the "UCC Limited Objection") as concerns: (a) Section 10.3 in the Plan, [1] (b) Paragraph 13 in the Plan Supplement and (c) other arguments made as concerns General Unsecured Claims (Classes 4A and 4B, which XL Specialty is so classified); and (2) South San Joaquin Irrigation District's (A) Objection to Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020 As Amended and (B) Objection to Cure Amounts and Other Matters Pertaining to Assumption Pursuant to Section 365(b)(1) of the Bankruptcy Code [Dkt. 7265] (the "Irrigation District's Objection") as concerns General Unsecured Creditors and the standards concerning assumption of executory contracts, which were listed in Section II(C) (list of "Objectionable Plan Provisions") and discussed in Section IV therein.

/   /   /

/   /   /

/   /   /

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the UCC Limited Objection and in XL Specialty's Objection to: (A) Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020; and (B) Schedule of Executory Contracts to be Assumed Pursuant to the Plan and Proposed Cure Amounts [Dkt. 7193], which is incorporated herein by this reference.

## CONCLUSION

WHEREFORE, XL Specialty respectfully requests entry of an order granting: (i) this Joinder; and (ii) such other and further relief as is just and proper.

Executed this 18th day of May, 2020.

**SMTD Law LLP**

By */s/Robert J. Berens*
Robert J. Berens
Marilyn Klinger
355 S. Grand Avenue, Suite 2450
Los Angeles, CA 90071

*Attorneys for XL Specialty Ins. Co.*

| | |
|---|---|
| 1 | Robert J. Berens (CA Bar No. 141647) |
| 2 | Marilyn Klinger (CA Bar No. 83508) |
| | **SMTD LAW LLP** |
| 3 | 355 S. Grand Avenue, Suite 2450 |
| 4 | Los Angeles, CA 90071 |
| | Telephone: (213) 943-1425 |
| 5 | Facsimile: (213) 943-1301 |
| 6 | mklinger@smtdlaw.com |
| | rberens@smtdlaw.com |
| 7 | |
| 8 | *Attorneys for XL Specialty Insurance Company* |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Chapter 11 |
| **PG&E CORPORATION,** | Case No.: 19-30088 |
| | (Lead Case) |
| -and- | (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **CERTIFICIATE OF SERVICE** |
| **Debtors.** | Date: May 27, 2020 |
| | Time: 10:00 a.m. (PST) |
| __ Affects PG&E Corporation | Place: United States Bankruptcy Court |
| __ Affects Pacific Gas and Electric Company | Courtroom 17, 16th Floor |
| X Affects both Debtors | San Francisco, CA 94102 |
| | Judge: The Hon. Dennis Montali |
| *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | |

    I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: SMTD Law LLP, 17901 Von Karman Avenue, Suite 500, Irvine, California 92614. On **May 18, 2020**, I served the within document, *XL SPECIALTY INSURANCE COMPANY'S JOINDER WITH: (A) LIMITED OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO PLAN CONFIRMATION [DKT. 7300]; AND (B) SOUTH SAN JOAQUIN IRRIGATION DISTRICT'S (A) OBJECTION TO DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION DATED MARCH 16, 2020 AS AMENDED AND (B) OBJECTION TO CURE AMOUNTS AND OTHER MATTERS PERTAINING TO ASSUMPTION PURSUANT TO SECTION 365(B)(1) OF THE BANKRUPTCY [DKT. 7037]*, on the interested party(s), listed below, follows:

1

☐ **FACSIMILE**. By transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date before 5:00 p.m.

☒ **U.S. MAIL**. By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Irvine, California addressed as set forth below in Exhibit "A". I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **PERSONAL SERVICE**. By causing document(s) listed above to be personally delivered the person(s) at the address(es) set forth below.

☐ **OVERNIGHT COURIER**. By placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below.

☒ **ELECTRONIC**. By electronically transmitting the document(s) listed above to the electronic notification address(es) of the addressee(s) listed below in Exhibit "A".

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on **May 18, 2020**, at Irvine, California.

                                                  /s/Rachel Brown
                                                  Rachel Brown

# Exhibit "A"

| COUNSEL | SERVED ON |
|---|---|
| The Debtors<br>c/o PG&E Corporation and Pacific Gas and Electric Company | 77 Beale Street<br>P.O. Box 770000 San Francisco, CA 94105<br>Attn: Janet Loduca, Esq.<br>**(Via Hand-Delivery)** |
| Stephen Karotkin<br>Jessia Liou<br>Matthew Goren<br>**Weil, Gotshal & Manges LLP**<br>Counsel for *Debtors* | stephen.karotkin@weil.com;<br>jessica.liou@weil.com;<br>matthew.goren@weil.com;<br>767 Fifth Avenue,<br>New York, New York 10153<br><br>650 California Street, Suite 1900<br>San Francisco, CA 94108<br>**(Via Hand-Delivery & E-Mail)** |
| Paul H. Zumbro<br>Kevin J. Orsini<br>George E. Zobitz<br>Stephen M. Kessing<br>Nicholas A. Dorsey<br>Omid H. Nasab<br>**Cravath, Swaine & Moore LLP**<br>Special Counsel to *Debtors* | pzumbro@cravath.com;<br>korsini@cravath.com;<br>jzobitz@cravath.com;<br>skessing@cravath.com;<br>ndorsey@cravath.com;<br>onasab@cravath.com; |
| Peter J. Benvenutti<br>Tobias Keller<br>Jane Kim<br>**Keller Benvenutti Kim LLP**<br>Counsel to *Debtors* | pbenvenutti@kbkll.com<br>tkeller@kbkllp.com;<br>jkim@kbkllp.com;<br><br>**(agreed to electronic service)** |
| James L. Snyder<br>Timothy Lafreddi<br>Marta E. Villacorta<br>**Office of the United States Trustee** | james.l.snyder@usdoj.gov;<br>timothy.s.laffredi@usdoj.gov;<br>marta.villacorta@usdoj.gov; |
| Joel S. Miliband<br>David J. Molton<br>**Brown Rudnick LLP**<br>Attorneys for *Trustee and Claims Administrator* | JMiliband@brownrudnick.com;<br>DMolton@brownrudnick.com; |

1

| COUNSEL | SERVED ON |
|---|---|
| Anita Ghosh Naber<br>**U.S. Nuclear Regulatory Commission** | Anita.ghoshnaber@nrc.gov |
| Kristopher M. Hansen<br>Erez E. Gilad<br>Matthew G. Garofalo<br>Frank A. Merola<br>**Stroock & Stroock & Lavan LLP**<br>Counsel for the *Administrative Agent Under the Debtors' Debtor-in-Possession Financing Facility* | khansen@stroock.com;<br>egilad@stroock.com;<br>mgarofalo@stroock.com;<br>fmerola@stroock.com; |
| Eli J. Vonnegut<br>David Schiff<br>Timothy Graulich<br>**Davis Polk & Wardwell LLP**<br>Counsel for the *Collateral Agent Under the Debtors' Debtor-in Possession Financing Facility* | eli.vonnegut@davispolk.com;<br>david.schiff@davispolk.com;<br>timothy.graulich@davispolk.com; |
| Alan W. Kornberg<br>Brian S. Hermann<br>Walter R. Rieman<br>Sean A. Mitchell<br>Neal P. Donnelly<br>**Paul, Weiss, Rifkind, Wharton & Garrison LLP**<br>Counsel for *the California Public Utilities Commission* | akornberg@paulweiss.com;<br>bhermann@paulweiss.com;<br>wrieman@paulweiss.com;<br>smitchell@paulweiss.com;<br>ndonnelly@paulweiss.com; |
| Dennis F. Dunne<br>Samuel A. Khalil<br>Gregory A. Bray<br>Thomas R. Kreller<br>Alan J. Stone Samir Vora<br>**Milbank LLP**<br>Counsel for the *Official Committee of Unsecured Creditors* | ddunne@milbank.com;<br>skhalil@milbank.com;<br>gbray@milbank.com;<br>tkreller@milbank.com;<br>astone@milbank.com;<br>svora@milbank.com; |

| COUNSEL | SERVED ON |
|---|---|
| Robert A. Julian<br>Cecily A. Dumas<br>Eric E. Sagerman<br>David J. Richardson<br>Lauren T. Attard<br>**Baker & Hostetler LLP**<br><br>Counsel for *Official Committee of Tort Claimants* | rjulian@bakerlaw.com;<br>cdumas@bakerlaw.com;<br>esagerman@bakerlaw.com;<br>drichardson@bakerlaw.com;<br>lattard@bakerlaw.com; |
| Matthew A. Feldman<br>Joseph G. Minias<br>Benjamin P. McCallen<br>Daniel I. Forman<br>**Willkie Farr & Gallagher LLP**<br>Counsel for the *Ad Hoc Group of Subrogation Claimholders* | mfeldman@willkie.com;<br>jminias@willkie.com;<br>bmccallen@willkie.com;<br>dforman@willkie.com; |
| Kathryn S. Diemer<br>**Diemer & Wei, LLP**<br>Counsel for the *Ad Hoc Group of Subrogation Claimholders* | kdiemer@diemerwei.com; |
| Bruce S. Bennett<br>Joshua M. Mester<br>James O. Johnston<br>**Jones Day**<br>Counsel for the *Shareholder Proponents* | bbennett@jonesday.com;<br>jmester@jonesday.com;<br>jjohnston@jonesday.com;<br><br>555 South Flower Street, Fifteenth Floor<br>Los Angeles, California 90071-2300<br>**(Via Hand-Delivery & E-Mail)** |
| Michael S. Stamer<br>Ira S. Dizengoff<br>David H. Botter<br>Abid Qureshi<br>Ashley Vinson Crawford<br>**Akin Gump Strauss Hauer & Feld LLP** Counsel for the *Ad Hoc Committee of Senior Unsecured Noteholders* | mstamer@akingump.com;<br>idizengoff@akingump.com;<br>dbotter@akingump.com;<br>aqureshi@akingump.com;<br>avcrawford@akingump.com; |

| COUNSEL | SERVED ON |
|---|---|
| Matthew J. Troy<br>Danielle A. Pham<br>**U.S. Department of Justice** | Matthew.Troy@usdoj.gov;<br>danielle.pham@usdoj.gov; |
| Paul Pascuzzi<br>**Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP**<br>Counsel for the *Office of the California Attorney General* | ppascuzzi@ffwplaw.com; |
| Xavier Becerra, Attorney General of California<br>Margarita Padilla<br>Danette Valdez<br>Counsel for the *Office of the California Attorney General* | Margarita.Padilla@doj.ca.gov;<br>Danette.Valdez@doj.ca.gov; |
| Benjamin Mintz<br>Brian J. Lohan<br>**Arnold Porter Kaye Scholer LLP**<br>Counsel for *AT&T Corporation* | Benjamin.Mintz@arnoldporter.com;<br>Brian.Lohan@arnoldporter.com; |
| David E. Weiss<br>Peter Munoz<br>**Reed Smith LLP**<br>Counsel for *Certain Fire Victim Creditors* | DWeiss@ReedSmith.com;<br>PMunoz@ReedSmith.com; |
| Craig Goldblatt<br>Lauren Lifland<br>Allyson Pierce<br>**Wilmer Cutler Pickering Hale and Dorr LLP**<br>Counsel for *COMCAST* | craig.goldblatt@wilmerhale.com;<br>lauren.lifland@wilmerhale.com<br>allyson.pierce@wilmerhale.com |

| COUNSEL | SERVED ON |
| --- | --- |
| REBECCA J. WINTHROP<br>ROBIN D. BALL<br>**NORTON ROSE FULBRIGHT US LLP**<br>Counsel for *Adventist Health* | rebecca.winthrop@nortonrosefulbright.com<br>robin.ball@nortonrosefulbright.com |
| BRIAN J. LOHAN<br>BENJAMIN MINTZ<br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br>Counsel for *AT&T* | brian.lohan@arnoldporter.com<br>benjamin.mintz@arnoldporter.com |