Julie E. Oelsner, State Bar No. 125432
WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN
400 Capitol Mall, 11th Floor
Sacramento, California 95814
(916) 558-6000 – Telephone
(916) 446-1611 – Facsimile
Email: joelsner@weintraub.com

Local Counsel for Southwire Company, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors. | Case No. 19-30088<br><br>(Jointly Administered)<br><br>Chapter 11<br><br>CERTIFICATE OF SERVICE RE: OBJECTION AND RESERVATION OF RIGHTS OF SOUTHWIRE COMPANY, LLC TO DEBTORS' SCHEDULE OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES TO BE ASSUMED PURSUANT TO THE PLAN AND PROPOSED CURE AMOUNTS |

{2912940.DOC;}

Certificate of Service re: Objection and Reservation of Rights
Case No. 19-30088

6500812.v1

# CERTIFICATE OF SERVICE

I am employed by Parker, Hudson, Rainer & Dobbs LLP; my business address is 303 Peachtree Street, Suite 3600, Atlanta, Georgia 30308. I am over the age of eighteen years and not a party to the foregoing action.

On May 15, 2020, I served the within:

(1) RESERVATION OF RIGHTS OF SOUTHWIRE COMPANY, LLC TO DEBTORS' SCHEDULE OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES TO BE ASSUMED PURSUANT TO THE PLAN AND PROPOSED CURE AMOUNTS (Dkt. 7237)

[X] **(by e-mail transmission)** on all parties listed on the attached **Exhibit A**, based on a court order or an agreement of the parties to accept service by email or electronic transmission, I sent the document to the persons at the e-mail addresses as set forth on the attached service list, **Exhibit A**.

On May 18, 2020, I caused to be served the within:

(1) RESERVATION OF RIGHTS OF SOUTHWIRE COMPANY, LLC TO DEBTORS' SCHEDULE OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES TO BE ASSUMED PURSUANT TO THE PLAN AND PROPOSED CURE AMOUNTS (Dkt. 7237)

[X] **(by mail)** on all parties listed on the attached **Exhibit B** in said action by regular, first class United States mail, postage fully pre-paid, by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At Parker, Hudson, Rainer & Dobbs, mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business, in a United States mailbox in the City of Atlanta, Georgia.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on May 18, 2020 at Atlanta, Georgia.

By: /s/ Matthew M. Weiss
Matthew M. Weiss
Georgia Bar No. 718795

weintraub tobin chediak coleman grodin
law corporation

{2912940.DOC;}
6500812.v1

Certificate of Service re: Objection and Reservation of Rights
Case No. 19-30088
Page 2 of 7

Case: 19-30088   Doc# 7389   Filed: 05/18/20   Entered: 05/18/20 15:33:15   Page 2 of 7

## Exhibit A

Counsel for the Debtors:

Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153
- Stephen Karotkin – Stephen.karotkin@weil.com
- Jessica Liou – Jessica.liou@weil.com
- Matthew Goren – matthew.goren@weil.com
- Tom Schinckel – tom.schinckel@weil.com

Keller Benvenutti Kim LLP, 650 California Street, Suite 1900, San Francisco, California 94018
- Tobias S. Keller – tkeller@kbkllp.com
- Jane Kim – jkim@kbkllp.com

Counsel for the Shareholder Proponents

Jones Day, 555 South Flower Street, Fiftieth Floor, Los Angeles, California 90071-2300
- Bruce S. Bennett – bbennett@jonesday.com
- Joshua M. Mester – jmeseter@jonesday.com
- James O. Johnston – jjohnston@jonesday.com

{2912940.DOC;}

Certificate of Service re: Objection and Reservation of Rights
Case No. 19-30088
Page 3 of 7

Case: 19-30088    Doc# 7389    Filed: 05/18/20    Entered: 05/18/20 15:33:15    Page 3 of 7

6500812.v1

| Description | Name | Address |
|---|---|---|
| Counsel for the Debtors | Weil, Gotshal & Manges LLP | Attn: Stephen Karotkin, Esq., Jessica Liou, Esq., Matthew Goren, Esq., and Tom Schinckel, Esq.<br>767 Fifth Avenue<br>New York, New York 10153 |
| Counsel for the Debtors | Keller Benvenutti Kim LLP | Attn: Tobias S. Keller, Esq. and Jane Kim, Esq.<br>650 California Street<br>Suite 1900<br>San Francisco, California 94108 |
| Counsel for the Shareholder Proponents | Jones Day | Attn: Bruce S. Bennett, Esq., Joshua M. Mester, Esq., and James O. Johnston, Esq.<br>555 South Flower Street<br>Fiftieth Floor<br>Los Angeles, California 90071-2300 |
| Debtor | PG&E Corporation | Attn: Janet Loduca, Esq.<br>PO Box 770000<br>77 Beale Street<br>San Francisco, California 94105 |
| Debtor | Pacific Gas and Electric Company | Attn: Janet Loduca, Esq.<br>PO Box 770000<br>77 Beale Street<br>San Francisco, California 94105 |
| Counsel for the Administrative Agent under the Debtor's debtor-in- | Stroock & Stroock & Lavan LLP | Attn: Kristopher M. Hansen, Esq., Erez E. Gilad, Esq., and Matthew G. Garofalo, |

{2912940.DOC;}

Certificate of Service re: Objection and Reservation of Rights
Case No. 19-30088
Page 4 of 7

Case: 19-30088    Doc# 7389    Filed: 05/18/20    Entered: 05/18/20 15:33:15    Page 4 of 7

6500812.v1

| | | |
|---|---|---|
| possession financing facility | | Esq.<br>180 Maiden Lane<br>New York, New York 10038-4982 |
| Counsel for the Administrative Agent under the Debtors' debtor-in-possession financing facility | Stroock & Stroock & Lavan LLP | Attn: Frank A. Merola, Esq.<br>2029 Century Park East<br>Los Angeles, California 90067-3086 |
| Counsel for the Collateral Agent under the Debtors' debtor-in-possession financing facility | David Polk & Wardell LLP | Attn: Eli J. Vonnegut, Esq., David Schiff, Esq., and Timothy Graulich, Esq.<br>450 Lexington Avenue<br>New York, New York 10017 |
| Counsel for the California Public Utilities Commission | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Alan W. Kornberg, Esq., Brian S. Hermann, Esq., Walter R. Rieman, Esq., Sean A. Mitchell, Esq., and Neal P. Donnelly, Esq.<br>1285 Avenue of the Americas<br>New York, New York 10019-6064 |
| United States Trustee | Office of the United States Trustee for Region 17 | Attn: James L. Snyder, Esq. and Timothy Laffredi, Esq.<br>450 Golden Gate Avenue<br>5th Floor<br>Suite #05-0153<br>San Francisco, California 94102 |
| Nuclear Regulatory Commission | U.S. Nuclear Regulatory Commission | Attn: General Counsel<br>Washington, DC 20555-0001 |
| Counsel for the Official Committee of Unsecured Creditors | Milbank LLP | Atten: Dennis F. Dunne, Esq., Sam A. Khalil, Esq., and Alan J. Stone, Esq.<br>55 Hudson Yards<br>New York, New York 10001-2163 |

weintraub tobin chediak coleman grodin law corporation

Case: 19-30088    Doc# 7389    Filed: 05/18/20    Entered: 05/18/20 15:33:15    Page 5 of 7

| | | |
|---|---|---|
| Counsel for the Official Committee of Unsecured Creditors | Milbank LLP | Attn: Paul S. Aronzon, Esq., Gregory A. Bray, Esq. and Thomas R. Kreller, Esq., James C. Behrens, Esq. 2029 Century Park East 33rd Floor Los Angeles, California 90067 |
| Counsel for the Official Committee of Unsecured Creditors | Milbank LLP | Atten: Erin Elizabeth Dexter, Esq. and Andrew Michael Leblanc, Esq. 1850 K. St., NW #1100 Washington, DC 20006 |
| Counsel for the Official Committee of Tort Claimants | Baker & Hostetler LLP | Attn: Eric E. Sagerman, Esq., Cecily Ann Dumas, Esq., Lauren T. Attard, Esq., and David J. Richardson, Esq. 11601 Wilshire Boulevard Suite 1400 Los Angeles, California 90025-0509 |
| Counsel for the Official Committee of Tort Claimants | Baker & Hostetler LLP | Attn: Chris Bator, Esq., Dustin M. Dow, Esq., Joseph M. Esmont, Esq., and Eric R. Goodman, Esq. Key Tower, 127 Public Square #2000 Cleveland, Ohio 44114-1214 |
| Counsel for the Official Committee of Tort Claimants | Baker & Hostetler LLP | Attn: Cecily Ann Dumas, Esq., Robert A. Julian, Esq., Kimberly S. Morris, Esq. Transamerica Pyramid Center 600 Montgomery Street Suite 310 San Francisco, California 94111-2806 |
| Counsel for the Official Committee of Tort | Baker & Hostetler LLP | Attn: Lars H. Fuller 1801 California St. #4400 |

weintraub tobin chediak coleman grodin
law corporation

Case: 19-30088    Doc# 7389    Filed: 05/18/20    Entered: 05/18/20 15:33:15    Page 6 of 7

| | | |
|---|---|---|
| Claimants | | Denver, Colorado 80202 |
| Counsel for the Official Committee of Tort Claimants | Baker & Hostetler LLP | Attn: Elizabeth A. Green<br>200 S. Orange Ave. #2300<br>Orlando, Florida 32801 |
| Counsel for the Official Committee of Tort Claimants | Baker & Hostetler LLP | Attn: Elyssa S. Kates, Esq. and Jorian L. Rose, Esq.<br>45 Rockefeller Plaza<br>New York, New York 10111 |
| Counsel for the Official Committee of Tort Claimants | Baker & Hostetler LLP | Attn: Kody D.L. Kleber<br>811 Main St., #1100<br>Houston, TX 77005 |
| Counsel for the Official Committee of Tort Claimants | Baker & Hostetler LLP | Attn: David B. Rivkin, Jr., Esq.<br>1050 Connecticut Ave., N.W., #1100<br>Washington, DC 20036 |
| Counsel for the Official Committee of Tort Claimants | MacConaghy and Barnier | Attn: John H. MacConaghy<br>645 1st ST. W #D<br>Sonoma, CA 95476 |

{2912940.DOC;}