**MACDONALD | FERNANDEZ LLP**
Iain A. Macdonald (SBN 051073)
Alexander K. Lee (SBN 293724)
221 Sansome Street, Third Floor
San Francisco, CA 94104-2323
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Creditor,
U.S. TelePacific Corp. dba TPx Communications

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In Re:<br><br>**PG&E CORPORATION,**<br><br>-and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | Case No. 19-30088-DM<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**NOTICE OF EXHIBITS TO BE PRESENTED AT THE CONFIRMATION HEARING IN SUPPORT OF U.S. TELEPACIFIC CORP. DBA TPX COMMUNICATIONS' OBJECTION TO PLAN SUPPLEMENT IN CONNECTION WITH DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION DATED MARCH 16, 2020**<br><br>Date: May 27, 2020<br>Time: 10:00 a.m.<br>Place: 450 Golden Gate Ave.,<br>         Crtrm 17, 16th Flr.<br>         San Francisco, CA<br><br>Honorable Dennis Montali |

**NOTICE IS HEREBY GIVEN** that the following exhibits will be presented by Creditor U.S. TelePacific Corp. doing business as TPx Communications (hereinafter "U.S. TelePacific") at the Confirmation Hearing of the above Debtors on May 27, 2020 at 10 a.m. in support of U.S. TelePacific's Objection to Plan Supplement in Connection with Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020 filed herein (Dkt. 7301):

1

1. March 11, 2015, Master Service Agreement (the "MSA") and an Addendum to Master Service Agreement ("Addendum") entered into between U.S TelePacific and Pacific Gas and Electric Company doing business as PG&E Corporation to provide high quality and extensive IDM, internet and related services. Filed as **Exhibit 1** to Declaration Jeffrey Neal, Dkt. 7301-1.

2. August 17, 2018 Addendum to the Telecommunications Account Agreement – Multi-Location Renewal (the "Renewal") entered into between U.S. TelePacific and PG&E Corporation, acting on PG&E Corporation's behalf and on behalf of Pacific Gas and Electric Corporation (the original customer). Filed as **Exhibit 2** to Declaration Jeffrey Neal, Dkt. 7301-1.

3. January 31, 2019 invoice showing the balance due to U.S. TelePacific in the amount of $108,749.87. Filed as **Exhibit 3** to Declaration Jeffrey Neal, Dkt. 7301-1.

4. U.S. TelePacific's spreadsheet showing calculation of the total cure amount as of May 15, 2020 is $172,402.21. A true and correct copy is attached hereto as **Exhibit 4**.

DATED: May 18, 2020                MACDONALD FERNANDEZ LLP

By: /s/ *Iain A. Macdonald*                .
    Iain A. Macdonald,
    Attorneys for Creditor,
    U.S. TelePacific Corp.
    dba TPx Communications

# EXHIBIT 4

Case: 19-30088   Doc# 7390   Filed: 05/18/20   Entered: 05/18/20 15:59:54   Page 3 of 4

# U.S. TELEPACIFIC'S CALCULATIONS DETERMINING THE CURE AMOUNT

As of May 15, 2020, the Debtors would need to pay $172,402.21: the proof of claim amount ($75,627.86, including the 503(b)(9) amount, as shown by the two entries in the "adjustments" column), plus the invoiced by not-yet-paid administrative claim ($42,774.35 on the April 2020 invoice, with payment due at the end of May 2020), plus accrued but unbilled amounts that will be shown on the not-yet-issued May 29, 2020 invoice (approx. $54,000.00).

| Invoice Date | Amount | Payments | Adjustments | Forward | Current charge | Amount Due |
|---|---|---|---|---|---|---|
| 1/19/2019 | 42,153.52 | 9,557.58 | 0.00 | 51,711.10 | 57,038.77 | 108,749.87 |
| 2/28/2019 | 108,749.87 | -33,122.01 | -50,217.44 | 25,410.42 | 56,161.28 | 81,571.70 |
| 3/31/2019 | 81,571.70 | -56,161.28 | 0.00 | 25,410.42 | 57,665.87 | 83,076.29 |
| 4/30/2019 | 83,076.29 | -57,665.87 | 0.00 | 25,410.42 | 54,488.97 | 79,899.39 |
| 5/31/2019 | 79,899.39 | -54,488.97 | 0.00 | 25,410.42 | 53,776.35 | 79,186.77 |
| 6/30/2019 | 79,186.77 | -53,776.35 | 0.00 | 25,410.42 | 59,382.82 | 84,793.24 |
| 7/31/2019 | 84,793.24 | -59,382.82 | 0.00 | 25,410.42 | 61,896.23 | 87,306.65 |
| 8/31/2019 | 87,306.65 | -61,896.23 | -25,410.42 | 0.00 | 62,441.17 | 62,441.17 |
| 9/30/2019 | 62,441.17 | -62,441.17 | 0.00 | 0.00 | 58,942.03 | 58,942.03 |
| 10/31/2019 | 58,942.03 | -58,942.03 | 0.00 | 0.00 | 54,220.17 | 54,220.17 |
| 11/30/2019 | 54,220.17 | -54,220.17 | 0.00 | 0.00 | 50,629.69 | 50,629.69 |
| 12/31/2019 | 50,629.69 | -50,629.69 | 0.00 | 0.00 | 56,593.30 | 56,593.30 |
| 1/31/2020 | 56,593.30 | -56,593.30 | 0.00 | 0.00 | 69,088.20 | 69,088.20 |
| 2/29/2020 | 69,088.20 | -69,088.20 | 0.00 | 0.00 | 58,625.30 | 58,625.30 |
| 3/31/2020 | 58,625.30 | -58,625.30 | 0.00 | 0.00 | 50,610.25 | 50,610.25 |
| 4/30/2020 | 50,610.25 | -50,610.25 | 0.00 | 0.00 | 42,774.35 | 42,774.35 |