JONATHAN SHAPIRO (SBN 257199)
Jonathan.shapiro@bakerbotts.com
DANIEL MARTIN (SBN 306794)
Daniel.martin@bakerbotts.com
NATALIE SANDERS (SBN 329916)
natalie.sanders@bakerbotts.com
BAKER BOTTS LLP
101 California Street, Suite 3600
San Francisco, CA 94111
Telephone: +1.415.291.6200
Fax: +1.415.291.6300

Michael D. Fielding (MO #53124)
michaelfielding@huschblackwell.com
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
Telephone: +1.816.983.8000
Fax: +1.816.983.8080

*Pro Hac Vice* Application to Be Filed

Attorneys for
BLACK & VEATCH CONSTRUCTION, INC.
and BLACK & VEATCH CORPORATION

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re:<br><br>PG&E CORPORATION,<br><br>   - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>          Debtors. | Bankruptcy Case<br>Case No.: 19-30088-DM (Lead Case)<br>Chapter 11<br><br>(Jointly Administered)<br><br>**WITNESS AND EXHIBIT LIST OF BLACK & VEATCH CONSTRUCTION, INC. AND BLACK & VEATCH CORPORATION**<br>**May 27, 2020, 10:00 a.m. Hearing** |

Pursuant to the Court's May 13, 2020 Order Establishing Confirmation Hearing Protocol, creditors and parties-in-interest Black & Veatch Construction, Inc. and Black & Veatch Corporation identify the following exhibits and witnesses in support of their Limited Objection to Joint Chapter 11 Plan Regarding Proposed Cure Amounts. *See* ECF Nos. 7182, 7240. Due to the voluminous nature of the exhibits, copies are being provided directly to the Debtors' counsel.

| A = Offered & Admitted w/o objection | Ltd. = Admitted for limited purposes |
|---|---|
| Ex. = Offered, but objected to and excluded | X = Offered & Admitted over objection |
| D.B. = Admitted, de bene | N.O. = Marked but not offered |
| | W.D. = Offered then withdrawn |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 1 | | | | Program Management Agreement (also known as a Master Services Agreement) dated March 31, 2010 (Contract No. 4400004265) between Black & Veatch Corp. and Pacific Gas and Electric Company and any amendments thereto |
| 2 | | | | Contract No. 4400009280 dated August 31, 2015 between BVCOR and PG&E and any amendments thereto[1] |
| 3 | | | | Contract No. C10500 dated August 31, 2018 between BVCOR and PG&E and any amendments thereto[1] |
| 4 | | | | Contract No. C12959 dated December 28, 2018 between BVCOR and PG&E and any amendments thereto[1] |
| 5 | | | | Master Services Agreement: C747 (formerly 4400010155) which was executed on or about September 14, 2017 between Black & Veatch Construction, Inc. and PG&E and any amendments thereto[1] |
| 6 | | | | BVCOR's September 17, 2019 Proof of Claim No. 8959 (and any amendments thereto) in the amount of $1,087,758.72[1] |
| 7 | | | | BVCOR's September 27, 2019 Proof of Claim No. 10053 (and any amendments thereto) in the amount of $21,854.96[1] |
| 8 | | | | BVCI's September 17, 2019 Proof of Claim No. 9024 (and any amendments thereto) in the amount of $4,399,650.00[1] |
| 9 | | | | BVCI's October 7, 2019 Proof of Claim No. 16931 (and any amendments thereto) in the amount of $15,303,317.72[1] |

2
EXHIBIT LIST OF BLACK & VEATCH CONSTRUCTION, INC. AND BLACK & VEATCH CORPORATION; BANKR. CASE NO. 19-30088-DM

| | | | | |
|---|---|---|---|---|
| 10 | | | | Declaration of Jun Yang dated May 15, 2020[1] |
| 11 | | | | Exhibit 1 to Declaration of Jun Yang dated May 15, 2020[1] |
| | | | | RESERVED |
| | | | | RESERVED |
| | | | | Any other exhibit introduced by any other party. |
| | | | | Any other exhibit for rebuttal. |

| |
|---|
| **Witness List** |
| Jun Yang, Legal and Risk Management Analyst for Black & Veatch Construction, Inc. and Black & Veatch Corporation |
| Jeffrey J. Stamm, Division Financial Officer-Telecom, Black & Veatch Corporation |
| David C. Mendelsohn, Division Financial Officer-Power, Black & Veatch Construction, Inc. |
| Angela Hoffman, Division Financial Officer-Water, Black & Veatch Corporation |
| Any witness of any other party. |
| Any witness for rebuttal. |

Dated: May 18, 2020            Baker Botts LLP

                                           By: */s/ Natalie Sanders*
                                               Jonathan Shapiro
                                               Natalie Sanders
                                               Attorney for Black & Veatch Corp. and Black & Veatch Construction, Inc.

Dated: May 18, 2020            Husch Blackwell LLP

                                           By: */s/ Michael D. Fielding*
                                               Michael D. Fielding
                                               Attorney for Black & Veatch Corp. and Black & Veatch Construction, Inc.
                                               *Pro Hac Vice* Application to Be Filed

**Certificate of Service**

I hereby certify that on May 18, 2020, a true and correct copy of the above and foregoing was served upon filing, via the CM/ECF system which sent notification to Debtor's counsel and all parties participating in the CM/ECF system in this matter.

I further certify that on May 18, 2020, a copy of the above and foregoing along with copies of the referenced exhibits were served via email on:

i. The attorneys for the Debtors, (A) Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York,, New York 10153 (Attn: Stephen Karotkin, Esq. (stephen.karotkin@weil.com), Jessica Liou, Esq. (jessica.liou@weil.com), and Matthew Goren, Esq. (matthew.goren@weil.com)), (B) Keller Benvenutti Kim LLP, 650 California Street, Suite 1900, San Francisco, California 94108 (Attn: Tobias S. Keller, Esq. (tkeller@kbkllp.com) and Jane Kim, Esq.(jkim@kbkllp.com)), and (C) Cravath, Swaine & Moore LLP, Worldwide Plaza, 825 Eighth Avenue, New York, New York 10019 (Attn: Paul H. Zumbro, Esq. (pzumbro@cravath.com), Kevin J. Orsini, Esq. (korsini@cravath.com), and Omid H. Nasab, Esq.(onasab@cravath.com));

I further certify that on May 18, 2020, I have also caused a true and correct copy of the above and foregoing to be served via email on the following parties-in-interest:

ii. Clerk, U.S. Bankruptcy Court for the Northern District of California, 450 Golden Gate Avenue, 18th Floor, San Francisco, California 94102;

iii. The Debtors, c/o PG&E Corporation and Pacific Gas and Electric Company, 77 Beale Street, P.O. Box 770000, San Francisco, California 94177 (Attn: Janet Loduca, Esq.);

iv. The U.S. Trustee, 450 Golden Gate Avenue, 5th Floor, Suite 05-0153, San Francisco, California 94102 (Attn: James L. Snyder, Esq. (James.L.Snyder@usdoj.gov) and Timothy Laffredi, Esq. (Timothy.S.Laffredi@usdoj.gov));

v. The attorneys for the administrative agent under the Debtors' debtor-in-possession financing facility, (A) Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (Attn: Kristopher M. Hansen, Esq. (khansen@stroock.com), Erez E. Gilad, Esq. ( egilad@stroock.com), and Matthew G. Garofalo, Esq. (mgarofalo@stroock.com)) and (B) Stroock & Stroock & Lavan LLP, 2029 Century Park East, Los Angeles, California 90067-3086 (Attn: Frank A. Merola, Esq.(fmerola@stroock.com));

vi. The attorneys for the collateral agent under the Debtors' debtor-in-possession financing facility, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017 (Attn: Eli J. Vonnegut, Esq. (eli.vonnegut@davispolk.com), David Schiff, Esq. ( david.schiff@davispolk.com) and Timothy Graulich, Esq. (timothy.graulich@davispolk.com));

vii. The attorneys for the CPUC, Paul, Weiss, Rifkind, Wharton & Ganison LLP, 1285 Avenue of the Americas, New York, New York 10019-6064 (Attn: Alan W.Kornberg, Esq. (akornberg@paulweiss.com), Brian S. Hermann, Esq., (bhermann@paulweiss.com), R.

Rieman, Esq. (wrieman@paulweiss.com), A. Mitchell, Esq. (smitchell@paulweiss.com), Neal P. Donnelly, Esq., (ndonnelly@paulweiss.com));

viii. The attorneys for the Creditors Committee, (A) Milbank LLP, 55 Hudson Yards, New York, New York 10001-2163 (Attn: Dennis F. Dunne, Esq. (DDunne@milbank.com) and Samuel A. Kahlil, Esq. (skhalil@milbank.com)) and (B) Milbank LLP, 2029 Century Park East, 33 Floor, Los Angles, California 90067 (Attn: Gregory A. Bray, Esq., bgray@milbank.com, and Thomas R. Kreller, Esq. (TKreller@milbank.com));

ix. The attorneys for the Tort Claimants Committee, (A) Baker & Hostetler LLP, 1160 Battery Street, Suite 100, San Francisco, California 94111 (Attn: Robert A. Julian, Esq. (rjulian@bakerlaw.com) and Cecily A. Dumas, Esq. (cdumas@bakerlaw.com)) and (B) Baker & Hostetler LLP, 11601 Wilshire Boulevard, Suite 1400, Los Angeles, California, 90025-0509 (Attn: Eric E. Sagerman, Esq. (esagerman@bakerlaw.com) and Lauren T. Attard, Esq. (lattard@bakerlaw.com));

x. The attorneys for the Ad Hoc Group of Subrogation Claim Holders, (A) Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, New York 10019-6099 (Attn: Matthew A. Feldman, Esq. (mfeldman@willkie.com), Joseph G Minias Esq. Gminias@willkie.com), Benjamin P. McCallen Esq. (bmccallen@willkie.com), · and Daniel I. Forman Esq. (dforman@willkie.com) and (B) Diemer & Wei, LLP, 100 West San Fernando Street, Suite 555, San Jose, California 95113 (Attn: Kathryn S. Diemer (kdiemer@diemerwei.com));

xi. The attorneys for the Shareholder Proponents, Jones Day, 555 South Flower Street, Fiftieth Floor, Los Angeles, California 90071-2300 (Attn: Bruce S. Bennett, Esq. (bbennett@jonesday.com), Joshua M. Mester, Esq. (jmester@jonesday.com), and James 0. Johnston, Esq. (jjohnston@jonesday.com)); and

xii. The attorneys for the Ad Hoc Committee of Senior Unsecured Noteholders, (A) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York, 10036 Michael S. Stamer, Esq., (mstamer@akingump.com), S. Dizengoff, Esq., (idizengoff@akingump.com), H. Botter, Esq., dbotter@akingump.com), Abid Qureshi, Esq. (aqureshi@akingump.com) and (B) Akin Gump Strauss Hauer & Feld LLP, 580 California Street, Suite 1500, San Francisco, California 94104 (Attn: Ashley Vinson Crawford, Esq. ( avcrawford@akingump.com)).

　　　　　　　　　　　　　　　　　　　　/s/Natalie Young