Robert S. Arns, State Bar No. 65071
rsa@arnslaw.com
Robert C. Foss, State Bar No. 275489
rcf@arnslaw.com
Shounak S. Dharap, State Bar No. 311557
ssd@arnslaw.com
**THE ARNS LAW FIRM**
A Professional Corporation
515 Folsom Street, 3rd Floor
San Francisco, California 94105
Phone: (415) 495-7800
Fax: (415) 495-7888

Attorneys for Fire Victim Claimants

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Chapter 11 Case |
| **PG&E CORPORATION,** | No. 19-30088 (DM) |
| - and – | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| Debtors. | **AFFIDAVIT OF SERVICE RE: SOLICITATION PACKAGE BALLOTS** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

### AFFIDAVIT OF SERVICE

I, Shounak S. Dharap, hereby declare as follows:

1. I am an attorney at The Arns Law Firm, counsel for multiple Fire Victim Clients in this action, and am submitting this Affidavit of Service pursuant to the Fire Victim Plan Solicitation Directive.

-1-
Affidavit of Service

2. My firm delivered a Client List to the Solicitation Agent which directed the Solicitation Agent to send several Solicitation Packages to our Offices for delivery to our clients under the Hybrid Solicitation Method.

3. Solicitation Packages were delivered to our offices between May 8 and May 13, 2020, and all Solicitation Packages received were sent to the clients within one day of receipt via US Postal Service or UPS Overnight delivery methods, between May 9 and May 14, 2020.

4. Attorneys at my firm, myself included, have been in communication with the clients for whom Solicitation Packages were sent directly to my office for the purpose of coordinating service and verifying receipt of voting materials in advance of the voting deadline. From these communications, it is my understanding that each of these clients who wanted to vote were able to do so by the voting deadline.

5. A copy of this affidavit will be sent to the Solicitation agent.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 18, 2020, in Palo Alto, California.

                                                /s/ Shounak S. Dharap
                                                Shounak S. Dharap

-2-
Affidavit of Service
Case: 19-30088   Doc# 7394   Filed: 05/18/20   Entered: 05/18/20 16:24:05   Page 2 of 2