

Signed and Filed: May 18, 2020

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

---

**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**,<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY**,<br><br>     **Debtors**.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the lead case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**ORDER GRANTING STIPULATION BETWEEN THE DEBTORS AND SAP INDUSTRIES, INC. EXTENDING TIME TO FILE OBJECTION TO CONTRACT ASSUMPTION AND PROPOSED CURE AMOUNTS**<br><br>[No Hearing Requested] |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

The Court having considered the *Stipulation Between the Debtors and SAP Industries, Inc. Extending Time to File Objection to Contract Assumption and Proposed Cure Amounts* (the "**Stipulation**") [Dkt. No. 7302], filed on May 15, 2020; and, pursuant to such stipulation and agreement of the Parties[1], and good cause appearing,

IT IS HEREBY ORDERED:

1. The time for SAP to file and serve an Objection to the assumption of its executory contracts and proposed Cure Amounts is extended through 4:00 p.m. (Prevailing Pacific Time) on May 19, 2020.

APPROVED AS TO FORM AND CONTENT:

Dated: May 15, 2020

BROWN & CONNERY, LLP

By: /s/ *Donald Ludman*
Donald Ludman

*Attorneys for SAP Industries, Inc.*

**END OF ORDER**

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Stipulation.