| | |
|---|---|
| XAVIER BECERRA, SBN 118517<br>Attorney General of California<br>MARGARITA PADILLA, SBN 99966<br>Supervising Deputy Attorney General<br>JAMES POTTER, SBN 166992<br>Deputy Attorney General<br>1515 Clay Street, 20th Floor<br>P.O. Box 70550<br>Oakland, CA 94612-0550<br>Telephone: (510) 879-0815<br>Fax: (510) 622-2270<br>Margarita.Padilla@doj.ca.gov<br>James.Potter@doj.ca.gov | XAVIER BECERRA, SBN 118517<br>Attorney General of California<br>DANETTE VALDEZ, SBN 141780<br>ANNADEL ALMENDRAS, SBN 192064<br>Supervising Deputy Attorneys General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004<br>Telephone: (415) 510-3367<br>Fax: (415) 703-5480<br>Danette.Valdez@doj.ca.gov<br>Annadel.Almendras@doj.ca.gov |

STEVEN H. FELDERSTEIN, SBN 059678
PAUL J. PASCUZZI, SBN 148810
FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Fax: (916) 329-7435
sfelderstein@ffwplaw.com
ppascuzzi@ffwplaw.com

Attorneys for California Department of Forestry
and Fire Protection, et al.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>- and –<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>　　　　　　　　Debtors.<br><br>☐　Affects PG&E Corporation<br>☐　Affects Pacific Gas and Electric Company<br>☑　Affects both Debtors | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>Date:　May 19, 2020<br>Time:　10:00 a.m.<br>Ctrm:　17<br>Judge:　Dennis Montali |

**EXHIBIT LIST IN SUPPORT OF CALIFORNIA STATE AGENCIES' OBJECTION TO CONFIRMATION OF DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION DATED MARCH 16, 2020 [DOCKET NO. 6320]**

| | | |
|---|---|---|
| 1 | | The California Department of Forestry and Fire Protection, California Department of Toxic Substances Control, California Governor's Office of Emergency Services, California Department of Veterans Affairs, California State University, California Coastal Commission, California Department of Parks and Recreation, California Department of Fish and Wildlife, California Department of Transportation, California Department of Developmental Services, California Department of Conservation, California Geologic Energy Management Division (formerly Division of Oil, Gas and Geothermal Resources), California Regional Water Quality Control Boards, California State Water Resources Control Board, California Air Resources Board, San Francisco Bay Conservation and Development Commission, California Department of Housing and Community Development, California State Lands Commission, and California Department of Water Resources, by and through its California Energy Resources Scheduling Division and on behalf of the State Water Project (collectively, the "California State Agencies") hereby submit their Exhibit List in support of *California State Agencies' Objection to Confirmation of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020* ("Plan") [Docket No. 7281] and *California State Agencies Objection to Schedule of Executory Contracts and Unexpired Leases to be Assumed Pursuant to the Plan and Proposed Cure Amounts* [Docket No. 7276], pursuant to the Court's *Order Establishing Confirmation Hearing Protocol* [Docket No. 7182].|

The California State Agencies reserve all rights to amend or supplement this exhibit list with additional exhibits.

| Exhibit | Docket # | Description |
|---|---|---|
| CSA-1 | 6320 | Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020 |
| CSA-2 | 7037 Pages 13-1798 | Schedule of Executory Contracts and Unexpired Leases to be Assumed Pursuant to the Plan and Proposed Cure Amounts—Exhibit B to Notice of Filing of Plan Supplement in Connection with Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020 |
| CSA-3 | 7037 Pages 1857-1900 | Fire Victim Trust Agreement—Exhibit D to Notice of Filing of Plan Supplement in Connection with Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020 |
| CSA-4 | 7037 Pages | Fire Victim Claims Resolution Procedures—Exhibit 2 to Exhibit D to Notice of Filing of Plan Supplement in Connection with Debtors' and |

| Exhibit | Docket # | Description |
|---|---|---|
| | 1902-1932 | Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020 |
| CSA-5 | 6940-2 | California State Agency Settlement Agreement—Exhibit B to Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 9019 for Entry of an Order (I) Approving Settlements with Federal and State Agencies of Governmental Agency Fire Claims, and (II) Granting Related Relief |
| CSA-6 | 5138-1 | Letter dated December 13, 2019, from Governor Newsom to Debtors CEO |
| CSA-7 | | Order Confirming Plan of Reorganization Under Chapter 11 of the Bankruptcy Code for Pacific Gas and Electric Company Proposed by Pacific Gas and Electric Company, PG&E Corporation and the Official Committee of Unsecured Creditors Dated July 31, 2003, as Modified [Docket No. 14272], entered on December 22, 2003, at 12:21-13:3, in *In re Pacific Gas and Electric Company*, Case No. 01-30923 DM (Bankr. N.D. Cal.) |
| CSA-8 | | California Department of Water Resources, by and through its California Energy Resources Scheduling Division, Amended Claim No. 66196 filed on October 19, 2019. |
| CSA-9 | | Southern San Joaquin Valley Information Center, CSU Bakersfield Proof of Clam No. 4372. |
| CSA-10 | | California State University, Stanislaus Proof of Claim No. 10041. |
| CSA-11 | | Covenant to Restrict Use of Property-Environmental Restriction, Recorded 10-17-2002, County of San Mateo |
| CSA-12 | | FERC Project No. 2106 Order Modifying License Article |

Dated: May 18, 2020

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
MARGARITA PADILLA
Supervising Deputy Attorney General

By: */s/ Paul J. Pascuzzi*
STEVEN H. FELDERSTEIN
PAUL J. PASCUZZI
FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP
Attorneys for California Department of Forestry and Fire Protection, California Department of Toxic Substances Control, California Governor's Office of Emergency Services, California Department of Veterans Affairs, California State University, California Coastal Commission, California Department of Parks and Recreation, California Department of Fish and Wildlife, California Department of Transportation, California Department of Developmental Services, California Department of Conservation, California Geologic Energy Management Division (formerly Division of Oil, Gas and Geothermal Resources), California Regional Water Quality Control Boards, California State Water Resources Control Board, California Air Resources Board, San Francisco Bay Conservation and Development Commission, California Department of Housing and Community Development, California State Lands Commission, and California Department of Water Resources

-2-

## PROOF OF SERVICE

I, Susan R. Darms, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 500 Capitol Mall, Suite 2250, Sacramento, CA 95814. On May 18, 2020, I served the within document(s):

EXHIBIT LIST IN SUPPORT OF CALIFORNIA STATE AGENCIES'
OBJECTION TO CONFIRMATION OF DEBTORS' AND SHAREHOLDER
PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION
DATED MARCH 16, 2020 [DOCKET NO. 6320]

By Electronic Service via CM/ECF to all registered participants in this case as of May 18, 2020.

                                                */s/ Susan R. Darms*

                                                SUSAN R. DARMS