

Emanuel C. Grillo (*pro hac vice* forthcoming)
emanuel.grillo@bakerbotts.com
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY 10112-4498
Telephone: 212.408.2519
Facsimile: 212.259.2519

Signed and Filed: May 18, 2020

_____
DENNIS MONTALI
U.S. Bankruptcy Judge

Kevin Chiu, TX (*pro hac vice* forthcoming)
kevin.chiu@bakerbotts.com
BAKER BOTTS L.L.P.
2001 Ross Avenue, Suite 900
Dallas, TX 75201-2980
Telephone: 214.953.6417
Facsimile: 214.661.4417

Natalie K. Sanders, CA Bar No. 329916
natalie.sanders@bakerbotts.com
BAKER BOTTS L.L.P.
1001 Page Mill Road
Building One, Suite 200
Palo Alto, California 94304-1007
Telephone: 650.739.7536
Facsimile: 650.739.7636

*Counsel for Centaurus Capital LP and Wright Solar Park LLC*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION**<br>     - and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>              **Debtors.** | Bankruptcy Case<br>No. 19 - 30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered) |
| ☐  Affects PG&E Corporation<br>☐  Affects Pacific Gas and Electric Company<br>☒  Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

| | |
|---|---|
| 1 | Kevin Chiu, whose business address and telephone number is |
| 2 | |
| 3 | Baker Botts L.L.P.<br>2001 Ross Avenue, Suite 900<br>Dallas, Texas 75201<br>Telephone (214) 953-6417<br>Kevin.chiu@bakerbotts.com |
| 4 | |
| 5 | |
| 6 | and who is an active member in good standing of the bar of the State of Texas; |
| 7 | having applied in the above-entitled action for admission to practice in the Northern District |
| 8 | of California on a *pro hac vice* basis, representing |
| 9 | IT IS HEREBY ORDERED THAT the application is granted, subject to the terms |
| 10 | and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance |
| 11 | *pro hac vice.* Service of papers upon and communication with co-counsel designated in the |
| 12 | application will constitute notice to the represented party. All future filings in this action are |
| 13 | subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the |
| 14 | United States Bankruptcy Court for the Northern District of California. |
| 15 | **END OF ORDER** |