# Notice Recipients

District/Off: 0971−3     User: lparada     Date Created: 5/18/2020
Case: 19−30088     Form ID: pdfeoc     Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
intp     William B. Abrams     1519 Branch Owl Pl.     Santa Rosa, CA 95409

TOTAL: 1