XAVIER BECERRA
Attorney General of California
KAREN W. YIU
Supervising Deputy Attorney General
CARA M. PORTER
Deputy Attorney General
State Bar No. 266045
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 510-3508
 Fax: (415) 703-5480
 E-mail: Cara.Porter@doj.ca.gov
*Attorneys for Creditor
California Franchise Tax Board*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION**<br>    **and**<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                                            Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>\* All papers shall be filed in the Lead Case No. 19-30088 DM | Case No. 19-30088 DM<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**CALIFORNIA FRANCHISE TAX BOARD'S IDENTIFICATION OF EXHIBITS IN SUPPORT OF OBJECTION TO CONFIRMATION OF DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION DATED MARCH 16, 2020 [DOCKET NO. 6320]**<br><br>Hearing:   May 27, 2020<br>Time:       10:00 a.m.<br>Courtroom: 17<br>Judge        The Honorable Dennis J. Montali |

California Franchise Tax Board ("FTB") is an objecting party that intends to participate at the hearing on confirmation of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020 [Docket No. 6320] (the "Plan"). FTB filed its Objection to

1

the Plan [Docket No. 7280] (the "Objection") and hereby designates the following exhibits for the hearing on confirmation of the Plan and the Objection:

1. FTB's Claim No. 63369, a true and correct copy of which is attached hereto as Exhibit A;
2. FTB's Claim No. 63619, a true and correct copy of which is attached hereto as Exhibit B.

Dated: May 18, 2020

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
KAREN W. YIU
Supervising Deputy Attorney General

/s/ Cara M. Porter
CARA M. PORTER
Deputy Attorney General
*Attorneys for Creditor*
*California Franchise Tax Board*

SF2019200277
42198316.docx

# EXHIBIT A

# Fill in this information to identify the case:

Debtor 1: PACIFIC GAS AND ELECTRIC COMPANY

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Northern District of California (State)

Case number: 1930089

RECEIVED
OCT 16 2019
PRIME CLERK LLC

☐ Date Stamped Copy Returned
☐ No Self-Addressed Stamped Envelope
☒ No Copy Provided

Official Form 410

# Proof of Claim
04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

1. Who is the current creditor?
   FRANCHISE TAX BOARD
   Name of the current creditor (the person or entity to be paid for this claim)
   Other names the creditor used with the debtor _____

2. Has this claim been acquired from someone else?
   ☒ No
   ☐ Yes. From whom? _____

3. Where should notices and payments to the creditor be sent?

   Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

   Where should notice to the creditor be sent?

   BANKRUPTCY SECTION MS A340
   FRANCHISE TAX BOARD
   Name
   PO Box 2952
   Number    Street
   Sacramento        CA        95812-2952
   City             State      ZIP Code

   Contact phone  (916) 845-4750
   Contact email  _____

   Where should payments to the creditor be sent? (if different)

   _____
   Name
   _____
   Number    Street
   _____
   City      Sate       ZIP Code

   Contact phone  _____
   Contact email  _____

   Uniform claim identifier for electronic payments in chapter 13 (if you use one):
   __ __ __ __ - __ __ __ __ - __ __ __ __ - __ __ __ __

4. Does this claim amend one already filed?
   ☒ No
   ☐ Yes. Claim number on court claims registry (if known) _____  Filed on ___/___/_____
                                                                         MM / DD / YYYY

5. Do you know if anyone else has filed a proof of claim for this claim?
   ☒ No
   ☐ Yes. Who made the earlier filing? _____

Official Form 410                              Proof of Claim



FTB 6631 C ARCS (REV 09-2018)

19300888010518

Case: 19-30088    Doc# 7402    Filed: 05/18/20    Entered: 05/18/20 16:45:43    Page 4 of 18
Claim Number: 63369

## Part 2: Give Information About the Claim as of the Date the Case Was Filed

**6. Do you have any number you use to identify the debtor?**

☐ No
☒ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: 4131

**7. How much is the claim?** $ 588,376,321.97 . Does this amount include interest or other charges?

☐ No

☒ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Taxes and/or fees

**9. Is all or part of the claim secured?**

☒ No
☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principle residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $ _____
**Amount of the claim that is secured:** $ _____
**Amount of the claim that is unsecured:** $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $ _____

**Annual Interest Rate** (when case was filed) _____ %
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☒ No
☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ _____

**11. Is this claim subject to a right of setoff?**

☐ No
☒ Yes. Identify the property: See Attachment

Official Form 410     Proof of Claim

FTB 6631 C ARCS (REV 09-2018)

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

☐ No
☒ Yes. Check all that apply.

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

**Amount entitled to priority**

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).    $ _____

☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).    $ _____

☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).    $ _____

☒ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).    $ 501,616,189.60

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).    $ _____

☐ Other. Specify subsection of 11 U.S.C. § 507(a) ( ) that applies.    $ _____

* Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☐ I am the creditor.
☒ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am the guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date    10/15/2019
                    MM / DD / YYYY

/s/: REBECCA ESTONILO
Signature

Print the name of the person who is completing and signing this claim:

| | | | |
|---|---|---|---|
| Name | REBECCA | | ESTONILO |
| | First name | Middle name | Last name |
| Title | Franchise Tax Board Claim Agent | | |
| | BANKRUPTCY SECTION MS A340 | | |
| Company | FRANCHISE TAX BOARD | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | PO Box 2952 | | |
| | Number    Street | | |
| | Sacramento | CA | 95812-2952 |
| | City | State | ZIP Code |
| Contact phone | (916) 845-4750 | Email | |

Official Form 410    Proof of Claim

FTB 6631 C ARCS (REV 09-2018)

STATE OF CALIFORNIA
BANKRUPTCY SECTION MS A340
**FRANCHISE TAX BOARD**
PO BOX 2952
SACRAMENTO CA 95812-2952

Bankruptcy Case Number: 1930089
Petition Date: 01/29/2019

**Debtor(s):** PACIFIC GAS AND ELECTRIC COMPANY

# Attachment

The Franchise Tax Board (FTB) reserves the right to amend this claim in accordance with applicable law, including, without limitation, modifying the amounts:

- Based on any audit or investigation conducted by FTB related to any of the tax years on this *Proof of Claim*, including any filed income tax returns.
- Based on additional penalties and/or interest related to tax years on the *Proof of Claim.*
- Claimed as an administrative expense, as a secured claim, as an unsecured priority claim, or as an unsecured general claim for the purposes of this bankruptcy case.

FTB's records indicate a tax return has **not** been filed for the following tax year(s):
N/A.

Accordingly, FTB reserves the right to amend this claim based upon receipt of such income tax return(s), any audit or investigation of such tax return(s), or any other audit or investigation.

Except to the extent stated herein, FTB has not identified a right of setoff or counterclaim. However, this determination is based on available data and is not intended to waive any right of setoff or counterclaim against this claim of debts owed to this debtor by FTB or any other state agency. All rights of setoff or counterclaim are preserved and will be asserted to the extent lawful. Without limiting the foregoing, PG&E Corporation, the California key corporation of the combined group that includes the debtor, has filed refund claims related to the 2008 through 2013 and 2017 tax years, which are currently under audit. To the extent such refund claims (or any other refund claims) result in credits for the debtor, FTB reserves the right to setoff those credits against any amounts due FTB.

The debtor may have liabilities or potential liabilities to the Internal Revenue Service (IRS) of which FTB is not aware. Any such liabilities or potential liabilities may require an amendment to this claim and FTB reserves the right to do so. In addition, the debtor is required to report any changes or corrections made to its federal returns to FTB pursuant to California Revenue and Taxation Code § 18622. Accordingly, FTB reserves the right to amend this claim upon receipt of notification of any such changes or corrections.

FTB's position is that the debtor's liability for the 2019 tax year is a post-petition liability and, therefore, has not included any amounts related to the 2019 tax year in this claim. If, however, it is determined that all or part of the debtor's liability for the 2019 tax year is a prepetition liability, FTB will amend this proof of claim to state such liability.

FTB makes this claim for itself and no other agency, unit, or entity of the State of California. Neither this proof of claim nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed or construed as: (1) a consent by FTB to the jurisdiction of this Court or any other court with respect to proceedings, if any, commenced in any case against or otherwise involving FTB or other agency of the State of California; (2) a waiver of any right of FTB to (a) have an Article III judge adjudicate in the first instance any case, proceeding, matter or controversy as to which a Bankruptcy Judge may not enter a final order or judgment consistent with Article III of the United States Constitution, (b) have final orders in non-core matters entered only after de novo review by a District Court Judge, (c) trial by jury in any proceeding so triable in the Chapter 11 Cases or in any case, controversy, or proceeding related to the Chapter 11 Cases, (d) have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (e) any and all rights, claims, actions, defenses, setoffs, recoupments or remedies to which FTB is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved hereby; or (3) a waiver of any objections or defenses that FTB, the State of California, or any other agency, unit or entity of the State of California may have to this Court's jurisdiction over FTB, the State of California, or such other agency, unit or entity based upon the Eleventh Amendment to the United States Constitution or related principles of sovereign immunity or otherwise, all of which objections and defenses are hereby reserved.



**STATE OF CALIFORNIA**
**BANKRUPTCY SECTION MS A-340**
**FRANCHISE TAX BOARD**
PO BOX 2952
SACRAMENTO CA 95812-2952

**Date:** 10/15/19

**Bankruptcy Case Number:**
1930089

**Account Number(s):**
XXX4131XXX

## Proof of Claim

PG&E Corporation Claims Processing Center
c/o Prime Clerk LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

**Liability Type:**

BANK AND CORPORATION

**Debtor(s):** PACIFIC GAS AND ELECTRIC COMPANY

## Total Claim Amount: $ 588,376,321.97

| Secured Claim: $ | Unsecured Priority Claim: $ 501,616,189.60 | Unsecured General Claim: $ 86,760,132.37 |
|---|---|---|

### Basis of Liability Statement

| Claim | Basis | Period | Tax | Penalty | Interest | Costs | Total Claim |
|---|---|---|---|---|---|---|---|
| T | 4 | 12/31/2001 | $0.00 | $0.00 | $0.00 | $0.00 | TBD |
| T | 4 | 12/31/2002 | $0.00 | $0.00 | $0.00 | $0.00 | TBD |
| T | 4 | 12/31/2003 | $0.00 | $0.00 | $0.00 | $0.00 | TBD |
| T | 4 | 12/31/2004 | $0.00 | $0.00 | $0.00 | $0.00 | TBD |
| T | 4 | 12/31/2005 | $0.00 | $0.00 | $0.00 | $0.00 | TBD |
| T | 4 | 12/31/2006 | $0.00 | $0.00 | $0.00 | $0.00 | TBD |
| T | 4 | 12/31/2007 | $0.00 | $0.00 | $0.00 | $0.00 | TBD |
| B | 4 | 12/31/2008 | $252,388.00 | $0.00 | $107,112.96 | $0.00 | $359,500.96 |
| B | 4 | 12/31/2009 | $1,954,321.00 | $0.00 | $594,994.41 | $0.00 | $2,549,315.41 |
| B | 4 | 12/31/2010 | $4,378,609.00 | $0.00 | $1,313,571.05 | $0.00 | $5,692,180.05 |
| B | 4 | 12/31/2011 | $53,677,395.00 | $0.00 | $13,767,552.17 | $0.00 | $67,444,947.17 |
| C | 4 | 12/31/2011 | $0.00 | $9,472,259.20 | $0.00 | $0.00 | $9,472,259.20 |
| B | 4 | 12/31/2012 | $21,276,405.00 | $0.00 | $4,589,661.84 | $0.00 | $25,866,066.84 |
| C | 4 | 12/31/2012 | $0.00 | $3,508,380.80 | $0.00 | $0.00 | $3,508,380.80 |
| B | 4 | 12/31/2013 | $24,105,417.00 | $0.00 | $4,333,856.33 | $0.00 | $28,439,273.33 |
| C | 4 | 12/31/2013 | $0.00 | $4,821,083.40 | $0.00 | $0.00 | $4,821,083.40 |
| B | 4 | 12/31/2014 | $48,024,254.00 | $0.00 | $7,091,815.13 | $0.00 | $55,116,069.13 |
| C | 4 | 12/31/2014 | $0.00 | $9,604,850.80 | $0.00 | $0.00 | $9,604,850.80 |
| B | 4 | 12/31/2015 | $63,129,269.00 | $0.00 | $7,136,308.88 | $0.00 | $70,265,577.88 |
| C | 4 | 12/31/2015 | $0.00 | $12,625,853.80 | $0.00 | $0.00 | $12,625,853.80 |
| B | 4 | 12/31/2016 | $116,371,249.00 | $0.00 | $8,745,492.27 | $0.00 | $125,116,741.27 |
| C | 4 | 12/31/2016 | $0.00 | $23,274,249.80 | $0.00 | $0.00 | $23,274,249.80 |
| B | 1 | 12/31/2017 | $0 | $993,677.42 | $203,934.65 | $0.00 | $1,197,612.07 |
| B | 4 | 12/31/2017 | $64,909,714.00 | $0.00 | $2,141,801.32 | $0.00 | $67,051,515.32 |
| C | 1 | 12/31/2017 | $0.00 | $8,272.39 | $0.00 | $0.00 | $8,272.39 |
| C | 4 | 12/31/2017 | $0.00 | $12,981,942.80 | $0.00 | $0.00 | $12,981,942.80 |
| B | 1 | 12/31/2018 | $0.00 | $207,808.17 | $0.00 | $0.00 | $207,808.17 |
| B | 4 | 12/31/2018 | $52,309,582.00 | $0.00 | $0.00 | $0.00 | $52,309,582.00 |
| C | 1 | 12/31/2018 | $0.00 | $1,322.98 | $0.00 | $0.00 | $1,322.98 |
| C | 4 | 12/31/2018 | $0.00 | $10,461,916.40 | $0.00 | $0.00 | $10,461,916.40 |

**Claim**
- A. Secured
- B. Unsecured Priority
- C. Unsecured General
- T. To Be Determined

**Basis**
1. Tax Return Filed With Balance Due
3. No Tax Return Filed
4. Audit Assessment
5. Other

The Franchise Tax Board Bankruptcy Section takes an active role in resolving bankruptcy issues. We can receive delinquent tax returns and encourage correspondence and telephone calls. We provide assistance to prevent unnecessary litigation. Call (916) 845-4750 or fax (916) 845-9799 if you need assistance.

FTB 6631 C ARCS (REV 09-2018)

State of California
Bankruptcy Section MS A340
Franchise Tax Board
PO BOX 2952
Sacramento CA 95812-2952

RECEIVED
OCT 16 2019
PRIME CLERK LLC

PG&E Corporation
Claims Processing Center
c/o PRIME CLERK LLC
850 3rd Avenue, Suite 412
Brooklyn NY 11232

```
ORIGIN ID:MHRA  (916) 845-6620          SHIP DATE: 15OCT19
FRANCHISE TAX BOARD                     ACTWGT: 0.30 LB
FTB- DHIA                               CAD: 851790/CAFE3211
9646 BUTTERFIELD WAY
L-110
SACRAMENTO, CA 958271500                BILL SENDER
UNITED STATES US

TO  PG&E CORPORATION CLAIMS PROC CTR
    C/O PRIME CLERK LLC
    850 3RD AVE
    STE 412
    BROOKLYN NY 11232
```

**RECEIVED OCT 16 2019 PRIME CLERK LLC**

**RECEIVED OCT 16 2019 PRIME CLERK LLC**

FedEx Express  E

TRK# 4164 5979 5296
WED - 16 OCT 10:30A
PRIORITY OVERNIGHT

XA FBTA        11232
               NY-US  EWR

Reusable ... pe

# EXHIBIT B

| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | PACIFIC GAS AND ELECTRIC COMPANY |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Northern District of California (State) |
| Case number | 1930089 |

RECEIVED
OCT 16 2019
PRIME CLERK LLC

☐ Date Stamped Copy Returned
☐ No Self-Addressed Stamped Envelope
☒ No Copy Provided

Official Form 410

# Proof of Claim
04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**
FRANCHISE TAX BOARD
Name of the current creditor (the person or entity to be paid for this claim)
Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notice to the creditor be sent?
BANKRUPTCY SECTION MS A340
FRANCHISE TAX BOARD
Name
PO Box 2952
Number    Street
Sacramento    CA    95812-2952
City    State    ZIP Code

Contact phone (916) 845-4750
Contact email _____

Where should payments to the creditor be sent? (if different)
_____
Name
_____
Number    Street
_____
City    Sate    ZIP Code

Contact phone _____
Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
__ __ __ __ — __ __ __ __ — __ __ __ __ — __ __ __ __

**4. Does this claim amend one already filed?**
☒ No
☐ Yes. Claim number on court claims registry (if known) _____ Filed on ___/___/_____
                                                                          MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☒ No
☐ Yes. Who made the earlier filing? _____

Official Form 410                     Proof of Claim



FTB 6631 C ARCS (REV 09-2018)

**Part 2: Give Information About the Claim as of the Date the Case Was Filed**

| | | |
|---|---|---|
| 6. | Do you have any number you use to identify the debtor? | ☐ No<br>☒ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: 4131 |
| 7. | How much is the claim? | $ 588,376,321.97 . Does this amount include interest or other charges?<br>☐ No<br>☒ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. | What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as health care information.<br>Taxes and/or fees |
| 9. | Is all or part of the claim secured? | ☒ No<br>☐ Yes. The claim is secured by a lien on property.<br><br>**Nature of property:**<br>☐ Real estate. If the claim is secured by the debtor's principle residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:** _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:** $ _____<br>**Amount of the claim that is secured:** $ _____<br>**Amount of the claim that is unsecured:** $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:** $ _____<br><br>**Annual Interest Rate** (when case was filed) _____ %<br>☐ Fixed<br>☐ Variable |
| 10. | Is this claim based on a lease? | ☒ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ _____ |
| 11. | Is this claim subject to a right of setoff? | ☐ No<br>☒ Yes. Identify the property: See Attachment |

Official Form 410          Proof of Claim

FTB 6631 C ARCS (REV 09-2018)

Case: 19-30088    Doc# 7402    Filed: 05/18/20    Entered: 05/18/20 16:45:43    Page 13 of 18

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☐ No<br>☒ Yes. Check all that apply. | Amount entitled to priority |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ _____ |
| | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ _____ |
| | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ _____ |
| | ☒ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ 501,616,189.60 |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ _____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a) ( ) that applies. | $ _____ |
| | * Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☐ I am the creditor.

☒ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am the guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  10/15/2019
                  MM / DD / YYYY

/s/: REBECCA ESTONILO
Signature

Print the name of the person who is completing and signing this claim:

| Name | REBECCA | | ESTONILO |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | Franchise Tax Board Claim Agent | | |
| | BANKRUPTCY SECTION MS A340 | | |
| Company | FRANCHISE TAX BOARD | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | PO Box 2952 | | |
| | Number  Street | | |
| | Sacramento | CA | 95812-2952 |
| | City | State | ZIP Code |
| Contact phone | (916) 845-4750 | Email | |

Official Form 410                                       Proof of Claim

FTB 6631 C ARCS (REV 09-2018)

|  | STATE OF CALIFORNIA<br>BANKRUPTCY SECTION MS A340<br>**FRANCHISE TAX BOARD**<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | **Bankruptcy Case Number:** 1930089<br>Petition Date: 01/29/2019 |
|---|---|---|

**Debtor(s):** PACIFIC GAS AND ELECTRIC COMPANY

# Attachment

The Franchise Tax Board (FTB) reserves the right to amend this claim in accordance with applicable law, including, without limitation, modifying the amounts:

- Based on any audit or investigation conducted by FTB related to any of the tax years on this *Proof of Claim*, including any filed income tax returns.
- Based on additional penalties and/or interest related to tax years on the *Proof of Claim*.
- Claimed as an administrative expense, as a secured claim, as an unsecured priority claim, or as an unsecured general claim for the purposes of this bankruptcy case.

FTB's records indicate a tax return has **not** been filed for the following tax year(s):
N/A.

Accordingly, FTB reserves the right to amend this claim based upon receipt of such income tax return(s), any audit or investigation of such tax return(s), or any other audit or investigation.

Except to the extent stated herein, FTB has not identified a right of setoff or counterclaim. However, this determination is based on available data and is not intended to waive any right of setoff or counterclaim against this claim of debts owed to this debtor by FTB or any other state agency. All rights of setoff or counterclaim are preserved and will be asserted to the extent lawful. Without limiting the foregoing, PG&E Corporation, the California key corporation of the combined group that includes the debtor, has filed refund claims related to the 2008 through 2013 and 2017 tax years, which are currently under audit. To the extent such refund claims (or any other refund claims) result in credits for the debtor, FTB reserves the right to setoff those credits against any amounts due FTB.

The debtor may have liabilities or potential liabilities to the Internal Revenue Service (IRS) of which FTB is not aware. Any such liabilities or potential liabilities may require an amendment to this claim and FTB reserves the right to do so. In addition, the debtor is required to report any changes or corrections made to its federal returns to FTB pursuant to California Revenue and Taxation Code § 18622. Accordingly, FTB reserves the right to amend this claim upon receipt of notification of any such changes or corrections.

FTB's position is that the debtor's liability for the 2019 tax year is a post-petition liability and, therefore, has not included any amounts related to the 2019 tax year in this claim. If, however, it is determined that all or part of the debtor's liability for the 2019 tax year is a prepetition liability, FTB will amend this proof of claim to state such liability.

FTB makes this claim for itself and no other agency, unit, or entity of the State of California. Neither this proof of claim nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed or construed as: (1) a consent by FTB to the jurisdiction of this Court or any other court with respect to proceedings, if any, commenced in any case against or otherwise involving FTB or other agency of the State of California; (2) a waiver of any right of FTB to (a) have an Article III judge adjudicate in the first instance any case, proceeding, matter or controversy as to which a Bankruptcy Judge may not enter a final order or judgment consistent with Article III of the United States Constitution, (b) have final orders in non-core matters entered only after de novo review by a District Court Judge, (c) trial by jury in any proceeding so triable in the Chapter 11 Cases or in any case, controversy, or proceeding related to the Chapter 11 Cases, (d) have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (e) any and all rights, claims, actions, defenses, setoffs, recoupments or remedies to which FTB is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved hereby; or (3) a waiver of any objections or defenses that FTB, the State of California, or any other agency, unit or entity of the State of California may have to this Court's jurisdiction over FTB, the State of California, or such other agency, unit or entity based upon the Eleventh Amendment to the United States Constitution or related principles of sovereign immunity or otherwise, all of which objections and defenses are hereby reserved.

FTB 6631 C ARCS (REV 09-2018)



STATE OF CALIFORNIA
BANKRUPTCY SECTION MS A-340
**FRANCHISE TAX BOARD**
PO BOX 2952
SACRAMENTO CA 95812-2952

**Date:** 10/15/19

**Bankruptcy Case Number:**
1930089

**Account Number(s):**
XXX4131XXX

## Proof of Claim

**Liability Type:**

BANK AND CORPORATION

PG&E Corporation Claims Processing Center
c/o Prime Clerk LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

**Debtor(s):** PACIFIC GAS AND ELECTRIC COMPANY

## Total Claim Amount: $ 588,376,321.97

| Secured | Unsecured Priority | Unsecured General |
|---|---|---|
| Claim: $ | Claim: $ 501,616,189.60 | Claim: $ 86,760,132.37 |

### Basis of Liability Statement

| Claim | Basis | Period | Tax | Penalty | Interest | Costs | Total Claim |
|---|---|---|---|---|---|---|---|
| T | 4 | 12/31/2001 | $0.00 | $0.00 | $0.00 | $0.00 | TBD |
| T | 4 | 12/31/2002 | $0.00 | $0.00 | $0.00 | $0.00 | TBD |
| T | 4 | 12/31/2003 | $0.00 | $0.00 | $0.00 | $0.00 | TBD |
| T | 4 | 12/31/2004 | $0.00 | $0.00 | $0.00 | $0.00 | TBD |
| T | 4 | 12/31/2005 | $0.00 | $0.00 | $0.00 | $0.00 | TBD |
| T | 4 | 12/31/2006 | $0.00 | $0.00 | $0.00 | $0.00 | TBD |
| T | 4 | 12/31/2007 | $0.00 | $0.00 | $0.00 | $0.00 | TBD |
| B | 4 | 12/31/2008 | $252,388.00 | $0.00 | $107,112.96 | $0.00 | $359,500.96 |
| B | 4 | 12/31/2009 | $1,954,321.00 | $0.00 | $594,994.41 | $0.00 | $2,549,315.41 |
| B | 4 | 12/31/2010 | $4,378,609.00 | $0.00 | $1,313,571.05 | $0.00 | $5,692,180.05 |
| B | 4 | 12/31/2011 | $53,677,395.00 | $0.00 | $13,767,552.17 | $0.00 | $67,444,947.17 |
| C | 4 | 12/31/2011 | $0.00 | $9,472,259.20 | $0.00 | $0.00 | $9,472,259.20 |
| B | 4 | 12/31/2012 | $21,276,405.00 | $0.00 | $4,589,661.84 | $0.00 | $25,866,066.84 |
| C | 4 | 12/31/2012 | $0.00 | $3,508,380.80 | $0.00 | $0.00 | $3,508,380.80 |
| B | 4 | 12/31/2013 | $24,105,417.00 | $0.00 | $4,333,856.33 | $0.00 | $28,439,273.33 |
| C | 4 | 12/31/2013 | $0.00 | $4,821,083.40 | $0.00 | $0.00 | $4,821,083.40 |
| B | 4 | 12/31/2014 | $48,024,254.00 | $0.00 | $7,091,815.13 | $0.00 | $55,116,069.13 |
| C | 4 | 12/31/2014 | $0.00 | $9,604,850.80 | $0.00 | $0.00 | $9,604,850.80 |
| B | 4 | 12/31/2015 | $63,129,269.00 | $0.00 | $7,136,308.88 | $0.00 | $70,265,577.88 |
| C | 4 | 12/31/2015 | $0.00 | $12,625,853.80 | $0.00 | $0.00 | $12,625,853.80 |
| B | 4 | 12/31/2016 | $116,371,249.00 | $0.00 | $8,745,492.27 | $0.00 | $125,116,741.27 |
| C | 4 | 12/31/2016 | $0.00 | $23,274,249.80 | $0.00 | $0.00 | $23,274,249.80 |
| B | 1 | 12/31/2017 | $0 | $993,677.42 | $203,934.65 | $0.00 | $1,197,612.07 |
| B | 4 | 12/31/2017 | $64,909,714.00 | $0.00 | $2,141,801.32 | $0.00 | $67,051,515.32 |
| C | 1 | 12/31/2017 | $0.00 | $8,272.39 | $0.00 | $0.00 | $8,272.39 |
| C | 4 | 12/31/2017 | $0.00 | $12,981,942.80 | $0.00 | $0.00 | $12,981,942.80 |
| B | 1 | 12/31/2018 | $0.00 | $207,808.17 | $0.00 | $0.00 | $207,808.17 |
| B | 4 | 12/31/2018 | $52,309,582.00 | $0.00 | $0.00 | $0.00 | $52,309,582.00 |
| C | 1 | 12/31/2018 | $0.00 | $1,322.98 | $0.00 | $0.00 | $1,322.98 |
| C | 4 | 12/31/2018 | $0.00 | $10,461,916.40 | $0.00 | $0.00 | $10,461,916.40 |

| Claim | | Basis | |
|---|---|---|---|
| A. | Secured | 1. | Tax Return Filed With Balance Due |
| B. | Unsecured Priority | 3. | No Tax Return Filed |
| C. | Unsecured General | 4. | Audit Assessment |
| T. | To Be Determined | 5. | Other |

The Franchise Tax Board Bankruptcy Section takes an active role in resolving bankruptcy issues. We can receive delinquent tax returns and encourage correspondence and telephone calls. We provide assistance to prevent unnecessary litigation. Call (916) 845-4750 or fax (916) 845-9799 if you need assistance.

FTB 6631 C ARCS (REV 09-2018)

State of California
Bankruptcy Section MS A340
Franchise Tax Board
PO BOX 2952
Sacramento CA 95812-2952

RECEIVED
OCT 16 2019
PRIME CLERK LLC

PG&E Corporation
Claims Processing Center
c/o PRIME CLERK LLC
850 3rd Avenue, Suite 412
Brooklyn NY 11232




Case: 19-30088   Doc# 7402   Filed: 05/18/20   Entered: 05/18/20 16:45:43   Page 18 of 18