**Entered on Docket**
**May 18, 2020**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel:   (212) 310-8000
Fax:   (212) 310-8007

Signed and Filed: May 18, 2020

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:   (415) 496-6723
Fax:   (415) 636-9251

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>**PG&E CORPORATION**,<br>   - and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>            **Debtors**.<br>☐  Affects PG&E Corporation<br>☐  Affects Pacific Gas and Electric Company<br>☑  Affects both Debtors<br>*\* All papers shall be filed in the lead case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**ORDER GRANTING SECOND STIPULATION BETWEEN THE DEBTORS AND CALIFORNIA SELF-INSURERS' SECURITY FUND EXTENDING TIME TO FILE OBJECTION TO PLAN**<br><br>[No Hearing Requested] |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

The Court having considered the *Second Stipulation Between the Debtors and California Self-Insurers' Security Fund Extending Time to File Objection to Plan* (the "**Stipulation**") [Dkt. No. 7361], filed on May 18, 2020; and, pursuant to such stipulation and agreement of the Parties[1], and good cause appearing,

IT IS HEREBY ORDERED:

1. The time for the CSISF to file and serve an Objection to the Plan is further extended through 1:00 p.m. (Prevailing Pacific Time) on May 20, 2020.

APPROVED AS TO FORM AND CONTENT:

Dated: May 18, 2020

NIXON PEABODY LLP

By: /s/ *Richard C. Pedone*
RICHARD C. PEDONE

*Attorneys for California Self-Insurers' Security Fund*

**END OF ORDER**

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Stipulation.