# EXHIBIT A

# EXHIBIT A

## COMPENSATION BY PROFESSIONAL
## MARCH 1 THROUGH MARCH 31, 2020

The attorneys and paraprofessionals who rendered legal services in these Chapter 11 Cases from March 1, 2020 through March 31, 2020 (the "**Fee Period**") are:

| NAME OF PROFESSIONAL | POSITION | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION | AREA OF PRACTICE / CONCENTRATION |
|---|---|---|---|---|---|---|
| Kevin S. Allred | Partner | 1986 | $1,020.00 | 159.9 | $163,098.00 | Litigation |
| Brad D. Brian | Partner | 1977 | $1,500.00 | 139.3 | $208,950.00 | Litigation |
| Erin J. Cox | Partner | 2009 | $950.00 | 93.1 | $88,445.00 | Litigation |
| Robert L. Dell Angelo | Partner | 1992 | $1,060.00 | 6.5 | $6,890.00 | Litigation |
| Lisa J. Demsky | Partner | 1996 | $1,060.00 | 62.9 | $66,674.00 | Litigation |
| Michael R. Doyen | Partner | 1982 | $1,320.00 | 158.3 | $208,956.00 | Litigation |
| David H. Fry | Partner | 1997 | $1,150.00 | 1.8 | $2,070.00 | Litigation |
| Elaine J. Goldenberg | Partner | 1997 | $1,060.00 | 1.3 | $1,378.00 | Appellate |
| David B. Goldman | Partner | 1991 | $1,150.00 | 6.9 | $7,935.00 | Corporate |
| Seth Goldman | Partner | 2002 | $1,150.00 | 124.9 | $143,635.00 | Restructuring |
| Miriam Kim | Partner | 2002 | $950.00 | 15.2 | $14,440.00 | Litigation |
| Kelly LC Kriebs | Partner | 1999 | $1,150.00 | 3.1 | $3,565.00 | Corporate |
| C. David Lee | Partner | 2000 | $1,220.00 | 4.3 | $5,246.00 | Corporate |
| Cary B. Lerman | Partner | 1972 | $1,320.00 | 6.1 | $8,052.00 | Litigation |
| Luis Li | Partner | 1991 | $1,400.00 | 0.4 | $560.00 | Litigation |
| Matthew A. MacDonald | Partner | 2008 | $950.00 | 0.3 | $285.00 | Litigation |
| Kathleen M. McDowell | Partner | 1984 | $920.00 | 8.2 | $7,544.00 | Litigation |
| Fred A. Rowley, Jr. | Partner | 1997 | $1,060.00 | 0.3 | $318.00 | Appellate/ Complex Litigation |
| James C. Rutten | Partner | 1997 | $1,060.00 | 140.4 | $148,824.00 | Litigation |
| Henry Weissmann | Partner | 1987 | $1,400.00 | 297.4 | $416,360.00 | Litigation |
| Mark R. Yohalem | Partner | 2005 | $990.00 | 0.5 | $495.00 | Appellate |
| Sarah J. Cole | Of Counsel | 2002 | $890.00 | 216.8 | $192,952.00 | Litigation |
| Bradley S. Schneider | Of Counsel | 2004 | $950.00 | 67.6 | $64,220.00 | Restructuring |
| Matthew S. Schonholz | Of Counsel | 2006 | $920.00 | 6.5 | $5,980.00 | Tax |
| Nick Axelrod | Associate | 2013 | $845.00 | 170.8 | $144,326.00 | Litigation |
| Michael C. Baker | Associate | 2016 | $725.00 | 15.2 | $11,020.00 | Litigation |
| Andre W. Brewster | Associate | 2015 | $780.00 | 151.4 | $118,092.00 | Litigation |

| NAME OF PROFESSIONAL | POSITION | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION | AREA OF PRACTICE / CONCENTRATION |
|---|---|---|---|---|---|---|
| Graham B. Cole | Associate | 2015 | $820.00 | 71.5 | $58,630.00 | Litigation |
| Raquel E. Dominguez | Associate | 2019 | $490.00 | 89.7 | $43,953.00 | Litigation |
| Brendan Gants | Associate | 2016 | $820.00 | 1.4 | $1,148.00 | Litigation |
| Alexander S. Gorin | Associate | 2017 | $665.00 | 68.4 | $45,486.00 | Litigation |
| Skylar B. Grove | Associate | 2015 | $780.00 | 157.5 | $122,850.00 | Litigation |
| Lauren M. Harding | Associate | 2015 | $780.00 | 104.9 | $81,822.00 | Litigation |
| Natalie A. Karl | Associate | 2017 | $665.00 | 59.3 | $39,434.50 | Corporate |
| Lloyd Marshall | Associate | 2018 | $565.00 | 101.3 | $57,234.50 | Litigation |
| Megan L. McCreadie | Associate | 2017 | $665.00 | 144.9 | $96,358.50 | Litigation |
| Teresa A. Reed Dippo | Associate | 2015 | $780.00 | 168.1 | $131,118.00 | Litigation |
| Giovanni S. Saarman Gonzalez | Associate | 2016 | $725.00 | 238.8 | $173,130.00 | Litigation |
| Cobus van der Ven | Associate | 2017 | $665.00 | 13.7 | $9,110.50 | Litigation |
| Mark M. Chowdhury | Staff Counsel | 1991 | $405.00 | 16.0 | $6,480.00 | N/A |
| Michael Y. Doko | Staff Counsel | 1998 | $430.00 | 9.0 | $3,870.00 | N/A |
| Shelley Lipman | Staff Counsel | 1993 | $405.00 | 19.0 | $7,695.00 | N/A |
| Susan Liu | Staff Counsel | 2001 | $490.00 | 14.0 | $6,860.00 | N/A |
| Terence M. McKiernan | Staff Counsel | 1999 | $490.00 | 32.8 | $16,072.00 | N/A |
| Lisa M. McLean | Staff Counsel | 2001 | $405.00 | 4.6 | $1,863.00 | N/A |
| Hadi Motiee | Staff Counsel | 2007 | $490.00 | 7.9 | $3,871.00 | N/A |
| Doris R. Perl | Staff Counsel | 1990 | $490.00 | 5.0 | $2,450.00 | N/A |
| Mark M. Perl | Staff Counsel | 1991 | $490.00 | 14.7 | $7,203.00 | N/A |
| Allison Rector | Staff Counsel | 2018 | $430.00 | 4.6 | $1,978.00 | N/A |
| Jarrett D. Reid | Staff Counsel | 2010 | $430.00 | 6.0 | $2,580.00 | N/A |
| Arjang Seraji | Staff Counsel | 1997 | $490.00 | 11.0 | $5,390.00 | N/A |
| Ramon K. Castillo | Paralegal | N/A | $345.00 | 225.4 | $77,763.00 | N/A |
| Jennifer Galindo | Paralegal | N/A | $395.00 | 4.1 | $1,619.50 | N/A |
| Bruce M. Gordon | Paralegal | N/A | $345.00 | 49.2 | $16,974.00 | N/A |
| Danny R. Munson | Paralegal | N/A | $395.00 | 7.2 | $2,844.00 | N/A |
| Larry M. Polon | Paralegal | N/A | $345.00 | 42.8 | $14,766.00 | N/A |
| Cynthia R. Richardson | Paralegal | N/A | $395.00 | 18.0 | $7,110.00 | N/A |
| Bowe Kurowski | ALS | N/A | $455.00 | 35.1 | $15,970.50 | N/A |
| Jason D. Troff | ALS | N/A | $455.00 | 12.9 | $5,869.50 | N/A |

| NAME OF PROFESSIONAL | POSITION | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION | AREA OF PRACTICE / CONCENTRATION |
|---|---|---|---|---|---|---|
| Marissa E. Andrea | Library | N/A | $345.00 | 0.3 | $103.50 | N/A |
| Agnes O. Villero | Library | N/A | $345.00 | 11.1 | $3,829.50 | N/A |
| **Total Professionals:** | | | | **3,629.6** | **$3,113,746.50** | |

| PROFESSIONALS TOTALS: | BLENDED RATE (rounded to nearest dollar) | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partner | $ 1,221 | 1,231.1 | $ 1,503,720.00 |
| Of Counsel | $ 905 | 290.9 | $ 263,152.00 |
| Associate | $ 728 | 1,556.9 | $ 1,133,713.00 |
| Staff Counsel | $ 459 | 144.6 | $ 66,312.00 |
| **Attorneys Total** | **$ 920** | **3,223.5** | **$ 2,966,897.00** |
| Paralegal | $ 349 | 346.7 | $ 121,076.50 |
| ALS | $ 455 | 48.0 | $ 21,840.00 |
| Library | $ 345 | 11.4 | $ 3,933.00 |
| **Paraprofessionals Total** | **$ 362** | **406.1** | **$ 146,849.50** |
| **Grand Total** | **$ 858** | **3,629.6** | **$ 3,113,746.50** |