# EXHIBIT B

# EXHIBIT B

## COMPENSATION BY WORK TASK CODE FOR
## SERVICES RENDERED BY MUNGER, TOLLES & OLSON LLP
## MARCH 1 THROUGH MARCH 31, 2020

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 021 | Non-Bankruptcy Litigation / Wildfire (Criminal) | 1,016.3 | $912,527.50 |
| 022 | Non-Working Travel[2] | 15.6 | $18,725.50 |
| 023 | Purchase Power Agreements (including Adversary Proceedings) | 2.8 | $2,598.50 |
| 025 | Regulatory Issues Including CPUC and FERC | 2,261.4 | $1,980,454.50 |
| 026 | Retention / Billing / Fee Applications: MTO | 78.6 | $48,658.50 |
| 033 | TUB - Tubbs Fire state court litigation (Judge Jackson) | 1.1 | $1,205.00 |
| 035 | Kincade | 253.8 | $149,577.00 |
| **TOTAL** | | **3,629.6** | **$3,113,746.50** |

---

[2] Non-working travel time reflects the Court's ruling on the Fee Examiner motion heard on October 7, 2019 and further discussion with the Fee Examiner regarding non-working car travel time.