# EXHIBIT C

# EXHIBIT C

## EXPENSE SUMMARY
## MARCH 1 THROUGH MARCH 31, 2020

| EXPENSES | AMOUNTS |
|---|---|
| Meals | $2,440.82 |
| Travel – Airfare | $4,460.84 |
| Travel – Hotel | $35,614.79 |
| Travel – Ground (Local) | $1,809.50 |
| Travel – Ground (Out of Town) | $4,646.71 |
| Copying Charges | $3,134.39 |
| Consultants/Professional Services | $247,324.15 |
| Transcripts | $12,666.00 |
| Messenger | $1,111.38 |
| Air Express | $126.17 |
| Other Expenses | $1,233.90 |
| **Total Expenses Requested:** | **$314,568.65** |