| | |
|---|---|
| REBECCA J. WINTHROP (SBN 116386) | BRIAN J. LOHAN (*Pro Hac Vice* application forthcoming) |
| ROBIN D. BALL (SBN 159698) | BENJAMIN MINTZ (*Pro Hac Vice* admitted) |
| NORTON ROSE FULBRIGHT US LLP | ARNOLD & PORTER KAYE SCHOLER LLP |
| 555 South Flower Street, Forty-First Floor | 250 West 55th Street |
| Los Angeles, California 90071 | New York, NY 10019-9710 |
| Telephone: (213) 892-9200 | Telephone: 212.836.8000 |
| Facsimile: (213) 892-9494 | Facsimile: 212.836.8689 |
| rebecca.winthrop@nortonrosefulbright.com | brian.lohan@arnoldporter.com |
| robin.ball@nortonrosefulbright.com | benjamin.mintz@arnoldporter.com |

Attorneys for ADVENTIST HEALTH

Attorneys for AT&T

-and-

-and-

DAVID E. WEISS (SBN 148147)
PETER MUNOZ (SBN 66942)
REED SMITH LLP
101 Second Street Suite 1800
San Francisco, CA 94105-3659
Telephone: (415) 543-8700
Facsimile: (415) 391-8269
dweiss@reedsmith.com
pmunoz@reedsmith.com

Craig Goldblatt (*Pro Hac Vice* admitted*)*
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Ave., NW
Washington DC 20036
Telephone: 202.663.6000
Facsimile: 202.663.6363
craig.goldblatt@wilmerhale.com

Attorneys for PARADISE ENTITIES

Lauren Lifland (*Pro Hac Vice* application forthcoming)
Allyson Pierce (SBN 325060)
WILMER CUTLER PICKERING HALE AND DORR LLP
250 Greenwich Street
New York, NY 10007
Telephone: 202.230.8800
Facsimile: 202.230.8888
lauren.lifland@wilmerhale.com
allyson.pierce@wilmerhale.com

Attorneys for COMCAST

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Case No. 19-30088 (DM) |
| | Chapter 11 |
| **PG&E CORPORATION,** | (Lead Case) |
| | (Jointly Administered) |
| - and - | |
| | **DESIGNATION OF EXHIBITS IN SUPPORT OF OBJECTION TO CONFIRMATION AND RESERVATION OF RIGHTS OF ADVENTIST HEALTH, AT&T, PARADISE ENTITIES AND COMCAST TO DEBTORS' AND** |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | |
| Debtors. | |

99945944.4

| | |
|---|---|
| ☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>☒ Affects both Debtors<br><br>*  *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | **SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION DATED MARCH 16, 2020**<br><br>Date: May 27, 2020<br>Time: 10:00 a.m. (PT)<br>Place: United States Bankruptcy Court<br>       Courtroom 17, 16th Floor<br>       San Francisco, CA 94102<br>Judge: The Hon. Dennis Montali |

| | |
|---|---|
| 1 | PLEASE TAKE NOTICE that Adventist Health System/West and Feather River Hospital d/b/a Adventist Health Feather River, each a California religious non-profit corporation; Paradise Irrigation District, Paradise Unified School District, Northern Recycling and Waste Services, LLC/Northern Holdings, LLC, Napa County Recycling & Waste Services, LLC/Napa Recycling & Waste Services, LLC, Christian & Missionary Alliance Church of Paradise, dba Paradise Alliance Church and Paradise Irrigation District; AT&T Corp. and all affiliates; and Comcast Cable Communications, LLC and all affiliates (collectively, the "Objectants"), by and through their respective undersigned counsel, hereby submit this *Designation of Exhibits* in support of their *Objection to Confirmation and Reservation of Rights* [Dkt. No. 7339] (the "Objection") regarding the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020* [Dkt. No. 6320] (the "Plan"): |

1. The Fire Victim Trust Agreement (with all Exhibits, including the Fire Victim Claims Resolution Procedures attached as Exhibit D to the Notice of Filing of Plan Supplement in Connection with Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020 [Dkt. No. 7037].

2. The Transcript of the May 15, 2020 hearing on the Objection.

3. The Transcript of the December 17, 2020 hearing on Debtors' Motion Pursuant to 11 U.S.C. Sections 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 for Entry of an Order (I) Authorizing the Debtors and TCC to Enter into Restructuring Support Agreement with the TCC, Consenting Fire Claimant Professionals, and Shareholder Proponents and (II) Granting Related Relief [# 5038].

PLEASE TAKE FURTHER NOTICE that the Objectants, both individually and collectively, further reserve the right to designate additional exhibits upon the review of (a) any and all objections, oppositions and reservations of rights that have been or will be filed in connection with confirmation of the Plan, (b) the Debtors' report on the results of balloting, and (c) any and all other events that may occur before or during these confirmation proceedings.

| | | |
|---|---|---|
| Dated: May 18, 2020 | | RESPECTFULLY SUBMITTED: |
| | | NORTON ROSE FULBRIGHT US LLP |
| | | By: */s/ Rebecca J. Winthrop* |
| | |     Rebecca J. Winthrop |
| | |     David A. Rosenzweig |
| | |     Attorneys for ADVENTIST HEALTH |
| Dated: May 18, 2020 | | REED SMITH LLP |
| | | By: */s/ David E. Weiss* |
| | |     David E. Weiss |
| | |     Attorneys for PARADISE ENTITIES |
| Dated: May 18, 2020 | | ARNOLD & PORTER KAYE SCHOLER LLP |
| | | By: */s/ Benjamin Mintz* |
| | |     Benjamin Mintz |
| | |     Attorneys for AT&T |
| Dated: May 18, 2020 | | WILMER CUTLER PICKERING HALE & DORR LLP |
| | | By: */s/ Craig Goldblatt* |
| | |     Craig Goldblatt |
| | |     Attorneys for COMCAST |