| | |
|---|---|
| Robert A. Julian (SBN 88469)<br>Cecily A. Dumas (SBN 111449)<br>BAKER & HOSTETLER LLP<br>Transamerica Pyramid Center<br>600 Montgomery Street, Suite 3100<br>San Francisco, CA 94111-2806<br>Telephone:    415.659.2600<br>Facsimile:    415.659.2601<br>Email: rjulian@bakerlaw.com<br>Email: cdumas@bakerlaw.com | Elizabeth A. Green (*pro hac vice*)<br>BAKER & HOSTETLER LLP<br>200 South Orange Avenue, Suite 2300<br>Orlando, FL 32801<br>Telephone:    407.649.4036<br>Facsimile:    407.841.0168<br>Email: egreen@bakerlaw.com |

Eric E. Sagerman (SBN 155496)
David J. Richardson (SBN 168592)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone:    310.820.8800
Facsimile:    310.820.8859
Email: esagerman@bakerlaw.com
Email: drichardson@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel to the Official Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>    **-and-**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                  **Debtors.**<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS RE: DESIGNATION OF EXHIBITS FOR CONFIRMATION HEARING**<br><br>Date:    May 27, 2020<br>Time:   10:00 a.m. (Pacific Time)<br>Place:  **Telephonic Appearances Only**<br>          United States Bankruptcy Court<br>          Courtroom 17, 16th Floor<br>          San Francisco, CA 94102 |

The Official Committee of Tort Claimants (the "**TCC**") hereby files this Notice listing the exhibits that it designates for use in connection with its objection to confirmation of the Debtors' Joint Chapter 11 Plan of Reorganization dated March 6, 2020, for the hearing scheduled to being on May 27, 2020. The TCC reserves the right to file a further notice of exhibits in connection with any reply brief to be filed on May 22, 2020, and to introduce further exhibits at trial for good cause shown, or as otherwise permitted by the Federal Rules of Evidence.

### I. Exhibits to Declaration of David J. Richardson

All documents that are filed as exhibits to the Declaration of David J. Richardson, filed in this Court on May 15, 2020, as Dkt. No. 7322.

A. The *Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 for Entry of an Order (I) Authorizing the Debtors and TCC to Enter into Restructuring Support Agreement with the TCC, Consenting Fire Claimant Professionals, and Shareholder Proponents, and (II) Granting Related Relief* [Bankr. Dkt. 5038] (the "**Settlement Motion**"), which attaches as Dkt. 5038-1 a true and correct copy of the *Restructuring Support Agreement* dated December 6, 2019, between the TCC, the Debtors, certain law firms representing individuals holding approximately 70% in number of the prepetition fire claims filed against the Debtors (the "**Consenting Fire Claimant Professionals**"), and certain funds and accounts managed by Abrams Capital Management, LP and Knighthead Capital Management, LLP (the "**Shareholder Proponents**") (the "**RSA**"), ECF-marked pages 40-52 of which are the Term Sheet that establishes the original terms of the parties' settlement under the RSA (the "**Settlement**");

B. The *First Amendment to Restructuring Support Agreement* [Dkt. 5143], dated December 16, 2019;

C. The *Order Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 for Entry of an Order (I) Authorizing the Debtors and TCC to Enter into Restructuring Support Agreement with the TCC, Consenting Fire Claimant*

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

*Professionals, and Shareholder Proponents, and (II) Granting Related Relief* [Dkt. No. 5174], entered December 19, 2019;

D. The *Debtors' Motion Pursuant to 11 U.S.C. §§ 105 and 363 and Fed. R. Bankr. P. 9019 for Entry of an Order (I) Approving Case Resolution Contingency Process and (II) Granting Related Relief* [Bankr. Dkt. 6398], filed on March 20, 2020;

E. The *Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 for Entry of an Order (I) Authorizing the Debtors to Enter into Restructuring Support Agreement with the Consenting Subrogation Claimholders, (II) Approving the Terms of Settlement with such Consenting Subrogation Claimholders, including the Allowed Subrogation Claim Amount, and (III) Granting Related Relief* filed in the Cases on September 24, 2019 [Bankr. Dkt. 3992] and <u>Exhibit A</u> thereto, which is the Restructuring Support Agreement dated on or about September 24, 2019, between certain Consenting Creditors and the Debtors [Bankr. Dkt. 3992-1];

F. The *Declaration of Homer Parkhill in Support of the Ad Hoc Group of Subrogation Claim Holders' Statement in Support of the Subrogation Settlement and RSA Motion*, filed in the Bankruptcy Court on October 21, 2019 [Bankr. Dkt. 4348-2];

G. This Court's *Amended Order Pursuant to 11 U.S.C. §§ 105 and 363 and Fed. R. Bankr. P. 9019 (I) Approving Case Resolution Contingency Process and (II) Granting Related Relief* [Dkt. No. 6937], entered April 24, 2020;

H. The *Debtors' Second Amended Motion for Entry of Orders (I) Approving Terms of, and Debtors' Entry into and Performance Under, Equity Backstop Commitment Letters, (II) Approving Terms of, and Debtors' Entry into and Performance Under, Debt Financing Commitment Letters and (III) Authorizing Incurrence, Payment and Allowance of Related Fees and/or Premiums, Indemnities, Costs and Expenses as Administrative Expense Claims* filed in the Debtors' Cases on March 2, 2020 [Dkt. 6013];

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

I. The *Notice of Filing of Plan Supplement in Connection with Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 6, 2020*, filed on March 6, 2020 [Dkt. No. 7037], and all exhibits thereto;

J. The *Debtors' Joint Chapter 11 Plan of Reorganization dated November 4, 2019*, filed in the Debtors' Cases on November 4, 2019 [Dkt. No. 4563];

K. This Court's *Order Pursuant to 11 U.S.C. §§ 502(b)(9) and 105(a), Fed. R. Bankr. P. 2002, 3003(c)(3), 5005, and 9007, and L.B.R. 3003-1 (I) Establishing Deadline for Filing Proofs of Claim, (II) Establishing the Form and Manner of Notice Thereof, and (III) Approving Procedures for Providing Notice of Bar Date and Other Information to All Creditors and Potential Creditors*, filed and entered in the Debtors' Cases on July 1, 2019 [Dkt. No. 2806];

L. This Court's *Order Extending Bar Date for Fire Claimants and Appointing Claims Representative*, filed and entered in the Debtors' Cases on November 11, 2019 [Dkt. No. 4672]

M. A letter brief filed with this Court on April 29, 2020 [Dkt. No. 6982] by counsel for the Public Employees Retirement Association of New Mexico;

N. A letter brief filed with this Court on May 1, 2020 [Dkt. No. 7048], by counsel for the Debtors;

O. The Transcript of Proceedings before the Honorable Dennis Montali, United States Bankruptcy Judge, in Case 19-30088, on May 6, 2020, at 1:30 p.m.; and

P. A Press Release issued by the California Public Utilities Commission, dated May 7, 2020, entitled "CPUC Penalized PG&E $2 billion for 2017 and 2018 Wildfires."

II. **Exhibits to Declaration of Jerry Bloom**

All documents that are filed as exhibits to the Declaration of Jerry R. Bloom, filed in this Court on May 15, 2020, as Dkt. No. 7331.

A. The Debtors' opening testimony filed on January 31, 2020 in the CPUC's Investigation No. 19-09-016 (the "**OII**");

B. Opening Comments filed on May 11, 2020, by the City of San Jose in the OII;

C. Letter brief filed on May 11, 2020, by 11 Majors and Supervisors in the OII;

D. Letter brief filed on May 14, 2020, by the Debtors in the OII; and

E. Letter brief filed by the Utility Reform Network on May 14, 2020, in the OII.

**III.    Exhibits to Confirmation Objection**

A. Exhibit 1 to the objection to plan confirmation filed by the TCC in this Court on May 15, 2020, as Dkt. No. 7306, which is the TCC's proposed Schedule of Assigned Rights and Causes of Action.

Dated: May 18, 2020

BAKER & HOSTETLER LLP

By:   */s/David J. Richardson*
　　　　Robert A. Julian
　　　　Elizabeth A. Green
　　　　David J. Richardson

*Counsel to the Official Committee of Tort Claimants*