Thomas Tosdal SBN 67834
Tosdal Law Firm
777 S. Highway 101, Ste. 215
Solana Beach, CA 92075
Tel.: (858) 704-4709
E mail: tom@tosdallaw.com
Fax: (888) 740-3859

Michael S. Feinberg SBN 81867
41911 Fifth Street, Ste. 300
Temecula, CA 92590
Tel.: (951) 698-9900
E mail: feinberg@feinbergfitchlaw.com
Fax: (951) 698-9909

Angela Jae Chun SBN 248571
Law Office of Angela Jae Chun
777 S. Highway 101, Ste. 215
Solana Beach, CA 92075
Tel.: (619) 719-5757
E mail: ajc@chun.law

David S. Casey, Jr. SBN 60768
James Davis SBN 301636
Casey Gerry Schenk Francavilla Blatt & Penfield
110 Laurel St.
San Diego, CA 92101
Tel: (619) 544-9232
Email: dcasey@cglaw.com
Email: jdavis@cglaw.com
Fax: (619) 544-9232

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In Re:<br><br>PG&E CORPORATION<br><br>and<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtors. | Bankr. Case No. 19-30088-DM<br><br>**NOTICE OF APPEARANCE** |

1 | TO THE COURT AND ALL COUNSEL

2 |     PLEASE TAKE NOTICE that Thomas Tosdal will appear in this proceeding on behalf of Patricia Garrison, who objects to PG&E's Proposed Reorganization Plan.

Dated: May 18, 2020

*/s/ Thomas Tosdal*
Attorney for Patricia Garrison