Thomas Tosdal SBN 67834
Tosdal Law Firm APC
777 S. Highway 101, Ste. 215
Solana Beach, CA 92075
Tel.: (858) 704-4709
E mail: tom@tosdallaw.com
Fax: (888) 740-3859

Michael S. Feinberg SBN 81867
41911 Fifth Street, Ste. 300
Temecula, CA 92590
Tel.: (951) 698-9900
E mail: feinberg@feinbergfitchlaw.com
Fax: (951) 698-9909

Angela Jae Chun SBN 248571
Law Office of Angela Jae Chun
777 S. Highway 101, Ste. 215
Solana Beach, CA 92075
Tel.: (619) 719-5757
E mail: ajc@chun.law

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re:<br><br>PG&E CORPORATION<br><br>and<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtors. | Bankr. Case No. 19-30088-DM<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

I, Ma Teresa Ferrer, do declare and state as follow:

1. I declare that I am over the age of 18 years, and not a party to the action. I am employed in the County of San Diego, California. My business address is 777 S. Highway 101, Ste 215, Solana Beach, CA 92075.

2. I certify that on May 18, 2020, I electronically filed with the Clerk of Court using the CM/ECF system, which will electronically serve all parties in this action, the following documents:

**NOTICE OF APPEARANCE**

I declare under penalty of perjury the foregoing is true and correct. Executed on this 18th day of May 2020 in Solana Beach, California.

*/s/ Ma Teresa Ferrer*
Ma Teresa Ferrer