PILLSBURY WINTHROP SHAW PITTMAN LLP

Leo T. Crowley (*pro hac vice*)
31 West 52nd Street
New York, NY 10019-6131
(212) 858-1000
leo.crowley@pillsburylaw.com

Matthew S. Walker
12255 El Camino Real, Suite 300
San Diego, CA 92130-4088
(858) 847-4158
matthew.walker@pillsburylaw.com

Dania Slim (*pro hac vice*)
324 Royal Palm Way, Suite 220
Palm Beach, FL 33480-4309
(561) 232-3300
dania.slim@pillsburylaw.com

*Counsel for Wilmington Trust, National Association, as the HoldCo Revolver Loan Administrative Agent*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**EXHIBIT LIST IN SUPPORT OF WILMINGTON TRUST, NATIONAL ASSOCIATION'S LIMITED OBJECTION AND RESERVATION OF RIGHTS TO DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION**<br><br>**Hearing Date and Time**<br>Date: May 27, 2020<br>Time: 10:00 a.m.<br>Place: U.S. Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

Per the Court's *Order Establishing Confirmation Hearing Protocol* [Doc. No. 7182], Wilmington Trust, National Association ("**Wilmington Trust**"), in its capacity as successor administrative agent under that certain Second Amended and Restated Credit Agreement among PG&E Corporation as borrower and the agents and lenders thereunder, dated as of April 27, 2015, identifies the following exhibits in support of its limited objection and reservation of rights to the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization* [Doc. No. 6320] ("**Plan**"):

1. Second Amended and Restated Credit Agreement among PG&E Corporation as borrower and the agents and lenders thereunder, dated as of April 27, 2015, filed as **Exhibit A** to *Wilmington Trust, National Association's Motion for an Order Allowing Proofs of Claim Nos. 31005 and 55147 and Requiring Plan Treatment Consistent Therewith, and Memorandum of Points and Authorities In Support* [Doc. No. 6529].

2. E-mail correspondences between J. Liou (Debtors' counsel) and L. Crowley (Wilmington Trust's counsel) regarding amendments to Plan, attached hereto as **Exhibit B**.

Dated: May 18, 2020      **PILLSBURY WINTHROP SHAW PITTMAN LLP**

By: /s/ *Leo T. Crowley*
Leo T. Crowley (*pro hac vice*)

31 West 52nd Street
New York, NY 10019-6131
(212) 858-1000
leo.crowley@pillsburylaw.com

Dania Slim (*pro hac vice*)
324 Royal Palm Way, Suite 220
Palm Beach, FL 33480-4309
(561) 232-3300
dania.slim@pillsburylaw.com

*Counsel for Wilmington Trust, National Association, as the HoldCo Revolver Loan Administrative Agent*

**Exhibit B**

| From: | Liou, Jessica |
|---|---|
| To: | Crowley, Leo T. |
| Cc: | Karotkin, Stephen; Slim, Dania |
| Subject: | RE: PGE - Wilmington Trust"s Pleading |
| Date: | Monday, April 6, 2020 10:58:21 AM |

Great. Thanks for confirming.



**Jessica Liou**
Partner
Business Finance & Restructuring

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Jessica.Liou@weil.com
+1 212 310 8817 Direct
+1 212 310 8007 Fax

Weil's Bankruptcy Blog: http://bfr.weil.com

---

**From:** Crowley, Leo T. <leo.crowley@pillsburylaw.com>
**Sent:** Monday, April 6, 2020 10:57 AM
**To:** Liou, Jessica <jessica.liou@weil.com>
**Cc:** Karotkin, Stephen <stephen.karotkin@weil.com>; Slim, Dania <dania.slim@pillsburylaw.com>
**Subject:** RE: PGE - Wilmington Trust's Pleading

Thank you we will go ahead and withdraw the motion.

---

**From:** Liou, Jessica <jessica.liou@weil.com>
**Sent:** Monday, April 6, 2020 10:04 AM
**To:** Crowley, Leo T. <leo.crowley@pillsburylaw.com>
**Cc:** Karotkin, Stephen <stephen.karotkin@weil.com>
**Subject:** RE: PGE - Wilmington Trust's Pleading

Confirmed that this is on behalf of the Plan Proponents.



**Jessica Liou**
Partner
Business Finance & Restructuring

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Jessica.Liou@weil.com
+1 212 310 8817 Direct
+1 212 310 8007 Fax

Weil's Bankruptcy Blog: http://bfr.weil.com

---

**From:** Crowley, Leo T. <leo.crowley@pillsburylaw.com>
**Sent:** Friday, April 3, 2020 3:58 PM
**To:** Liou, Jessica <jessica.liou@weil.com>
**Cc:** Karotkin, Stephen <stephen.karotkin@weil.com>
**Subject:** RE: PGE - Wilmington Trust's Pleading

Thanks I will confirm with client and get back shortly, and in the meantime please confirm that this is on behalf of the plan proponents and not just the debtors. FYI I got a call yesterday from Stroock on behalf of the holdco term loan agent and I briefed them on our conversation. Thanks and have a good weekend.

**Leo T. Crowley** | Partner
Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street | New York, NY 10019-6131
t +1.212.858.1740 | f +1.212.858.1500 | m +1.917.848.4109
leo.crowley@pillsburylaw.com | website bio

---

**From:** Liou, Jessica <jessica.liou@weil.com>
**Sent:** Friday, April 3, 2020 10:36 AM
**To:** Crowley, Leo T. <leo.crowley@pillsburylaw.com>
**Cc:** Karotkin, Stephen <stephen.karotkin@weil.com>
**Subject:** PGE - Wilmington Trust's Pleading

**\* EXTERNAL EMAIL \***

Hi Leo,
Just following up on our conversation from this week regarding Wilmington Trust's pleading seeking to have its fees and expenses paid under the Plan. As I confirmed with you over the phone, the Debtors intend to amend the Plan to provide for the payment of any HoldCo Debt fees and expenses to the extent provided for under the terms of the relevant debt documents. The language that will be inserted into section 4.3 of the Plan will be consistent with the language already included in section 4.22(a)(iii) of the Plan for the unimpaired PC Bond claims. We believe this fully resolves your client's issues, so please let me know if your client will be withdrawing its pleading so we can avoid expending further unnecessary time, attorneys' fees and expenses associated with formally addressing Wilmington's pleading. Thanks.

Regards,
Jessica



**Jessica Liou**
Partner
Business Finance & Restructuring

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Jessica.Liou@weil.com
+1 212 310 8817 Direct
+1 212 310 8007 Fax

Weil's Bankruptcy Blog:  http://bfr.weil.com

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or the Pillsbury Winthrop Shaw Pittman Service Desk at Tel: 800-477-0770, Option 1, immediately by telephone and delete this message, along with any attachments, from your computer. Nothing in this message may be construed as a digital or electronic signature of any employee of Pillsbury Winthrop Shaw Pittman. Thank you.

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to

deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or the Pillsbury Winthrop Shaw Pittman Service Desk at Tel: 800-477-0770, Option 1, immediately by telephone and delete this message, along with any attachments, from your computer. Nothing in this message may be construed as a digital or electronic signature of any employee of Pillsbury Winthrop Shaw Pittman. Thank you.

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.