| | |
|---|---|
| JEREMIAH F. HALLISEY (SBN 4001)<br>KAREN J. CHEDISTER (SBN 99473)<br>HALLISEY AND JOHNSON PC<br>465 California St, Ste 405<br>San Francisco, CA 94104<br>Telephone: (415) 433—5300<br>Email: jfhallisey@h-jlaw.com<br>jfhallisey@gmail.com | FRANCIS O. SCARPULLA (SBN 41059)<br>PATRICK B. CLAYTON (SBN 240191)<br>LAW OFFICES OF FRANCIS O. SCARPULLA<br>456 Montgomery Street, 17th Floor<br>San Francisco, CA 94104<br>Tel: (415) 788-7210<br>Email: fos@scarpullalaw.com<br>pbc@scarpullalaw.com |

QUENTIN L. KOPP (SBN 25070)
DANIEL S. MASON (SBN 54065)
THOMAS W. JACKSON (SBN 107608)
FURTH SALEM MASON & LI LLP
640 Third Street, 2nd Floor
Santa Rosa, CA 95404-4445
Telephone: (707) 244-9422
Email: quentinlkopp@gmail.com
dmason@fsmllaw.com
tjackson@fsmllaw.com

*[Attorneys for clients as listed on signature page0])*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors. | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br><br>(Jointly Administered)<br><br>**NOTICE OF EXHIBITS TO BE PRESENTED AT THE CONFIRMATION HEARING IN SUPPORT OF CERTAIN FIRE VICTIM CLAIMANTS' OBJECTION TO PLAN SUPPLEMENT IN CONNECTION WITH DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION DATED MARCH 16, 2020**<br><br>Date: May 27, 2020<br>Time: 10:00 a.m.:<br>Place: Courtroom 17, 450 Golden Gate Ave., 16th Floor, San Francisco, CA |

**NOTICE IS HEREBY GIVEN** that the following exhibits will be presented by Certain Fire Victim Claimants/Creditors GER Hospitality, LLC, Adolfo Veronese Family, William O'Brien, Ming O'Brien, Fuguan O'Brien; Michael Heinstein, Kye Heinstein, Karen Roberds; Anita Freeman; William N. Steel, Clinton Reilly; Ken Born, Christine Born, Cathy Ference, William Ference, Allen Goldberg, Robert Johnson, Patricia Goodberg, Paul Goodberg, Terence Redmond, Melissa Redmond, Sonoma Court Shops, Inc., and Rita Godward, at the Confirmation Hearing of the above Debtors on May 27, 2020 at 10 a.m. in support of Certain Fire Victim Claimants/Creditors Objection to Plan Supplement in Connection with Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020 filed herein (Dkt. 7316):

1. Documents which reflect that before the Official Committee of Tort Claimants (TCC) and PG&E entered into a Restructuring Support Agreement ("RSA"), Elliott Management Corporation ("Elliott") offered $13.5 billion, all cash, to Fire Victims, including the Tubbs claims, plus an additional $150 million for the Ghost Ship fire victims, including but not limited to a letter from Elliott to Gov. Gavin Newsom.

2. Restructuring Support Agreement [DKT 3992-1] to Debtors' Motion Pursuant to 11 U.S.C. sections 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 for Entry of an Order (I) Authorizing the Debtors to Enter into Restructuring Support Agreement with the Consenting Subrogation Claimholders, (II) Approving the Terms of Settlement with Such Consenting Subrogation Claimholders, Including the Allowed Subrogation Amount, and (III) Granting Related Relief, filed 09/24/2019 [DKT 3992]

3. Restructuring Support Agreement (RSA) re Fire Victim Claimants dated December 4, 2019; and Draft Summary of Terms Relevant to Treatment of Non-Subrogation Wildfire Claims dated December 4, 2019.

4. Restructuring Support Agreement (RSA) re Fire Victim Claimants dated December 6, 2019; and Summary of Terms Relevant to Treatment of Non-Subrogation Wildfire Claims dated December 6, 2019.

5. Restructuring Support Agreement dated December 6, 2019, between the TCC, certain Consenting Fire Claimant Professionals, Shareholder Proponents, and the Debtors [Bankr. Dkt. 5038-1] (the "Tort Claimant RSA")(Exhibit A to the "Tort Claimant RSA Motion", Dkt. 5038]

6. The Restructuring Support Agreement dated on or about September 24, 2019, between certain Consenting Creditors and the Debtors (the "Subrogation Claimant RSA") filed by Debtors on 9/24/2019. [Bankr. Dkt. 3992-1] .

7. Notice of Fourth Amendment to Amended and Restated Restructuring Support Agreement with Subrogation Claimants, filed by Debtors on 12/10/2019 [DKT 5063].

8. The agreement between the Debtors and counsel for the *Tubbs Fire* preference cases, in which the *Tubbs Fire* preference cases would be settled for an undisclosed amount, which would become liquidated claims and paid in cash from the Fire Victims' Trust Fund.

9. Letter dated December 13, 2019 from Gov. Gavin Newsom to PG&E Corporation regarding Draft Amended Plan of Reorganization for PG&E Corporation and Pacific Gas and Electric Company.

10. Tort Claimants RSA Amendment [DKT 5143.1] to Debtor's Notice of Filing of Amendment to Tort Claimants Restructuring Support Agreement (RSA), filed on 12-16-2019) [DKT 5143].

11. Fire Victim Trust Agreement and Claims Resolution Procedures[DKT 7037] exhibited to Debtors' Notice Regarding Filing of Plan Supplement in Connection with Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020, filed 05/01/2020   [DKT 7037

12. Restructuring Support Agreement (RSA) between Debtors and the Ad Hoc Committee of Senior Unsecured Noteholders, and amendment(s) thereto.

13. *Napa Cal Fire Merged Report*, including parcel numbers, prepared September 17, 2019 by Michael Kasoulas.

14. *Nuns Fire-Napa Sonoma with Structure, Square Footage and Lot Size*, including parcel numbers, prepared July 2019.

15. *Cal Fire-Butte, with Square Footage, Lot Size*, including parcel numbers, dated July 1, 2019.

16. Objection of the Official Committee of Tort Claimants to Confirmation of Debtors and Shareholder Proponents Joint Chapter 11 Plan of Reorganization Dated March 16, 2020 [DKT 7306]

17. Declaration of David J. Richardson in Support of Objection of the Official Committee of Tort Claimants to Confirmation of Debtors and Shareholder Proponents Joint Chapter 11 Plan of Reorganization Dated March 16, 2020 (RE: related document(s)7306 Objection to Confirmation of the Plan), and Exhibits A-U thereto, filed 05/15/2020U [DKT 7307]

18. Declaration of Jerry R. Bloom in Support of Objection of the Official Committee of Tort Claimants to Confirmation of Debtors and Shareholder Proponents Joint Chapter 11 Plan of Reorganization Dated March 16, 2020 (RE: related document(s)7306 Objection to Confirmation of the Plan). Filed by Creditor Committee Official Committee of Tort Claimants, and Exhibits A-D, filed 05/15/2020. [DKT 7331]

**Documents filed in *In re PG&E Corporation*, United States District Court, Northern District of California, No. 3:19-cv-052257-JD:**

19. Declaration of David J. Richardson in Support of Response of the Official Committee of Tort Claimants to Debtors Motion Pursuant to 11 U.S.C. §§ 105(A) and 502(C) to Establish Estimated Amount of Fire Victim Claims for All Purposes of the Chapter 11 Cases Filed 04/02/2020 ([KT 296]

20. Objection re Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a) and 502(c) to Establish Estimated Amount of Fire Victim Claims for All Purposes of the Chapter 11 Cases) filed by Claimant Karen Roberds, et al. (Attachments: # 1 Declaration of Francis O. Scarpulla); filed 04/03/2020 [DKT 306]

21. Declaration of Eric Lowrey in Support of Objection by Certain Fire Victims to Debtors' Motion Pursuant to 11 U.S.C. 105(A) and 502(C) to Establish Amount of Fire Victim Claims for All Purposes of the Chapter 11 Cases, filed 04/03/2020 [DKT 307]

| | |
|---|---|
| 1 | 22. Status Conference Statement of Many Fire Victims Re Voting Procedure |
| 2 | Irregularities by Individual Fire Victim Creditors. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, |
| 3 | # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, filed 04/27/2020 [DKT 342] |
| 4 | 23. Objections of William B. Abrams to Debtors' Motion Pursuant to 11 U.S.C. §§ |
| 5 | 105(a) and 502(c) to Establish Estimated Amount of Fire Victim Claims for All Purposes of the |
| 6 | Chapter 11 Cases; filed 04/30/2020 [DKT 354] |
| 7 | Fire Victim Claimants herein reserve the right to designate additional exhibits. |
| 8 | Dated: May 18, 2020 |

*/s/ Jeremiah F. Hallisey*
Jeremiah F. Hallisey
Hallisey and Johnson, PC
465 California Street, Suite 405
San Francisco, CA 94104-1812
Telephone: (415) 433-5300
Email: jfhallisey@gmail.com

Attorneys for William, Ming, and Fuguan O'Brien; Kye and Michael Heinstein; Clint Reilly; Karen Roberds and Anita Freeman; and William N. Steel

FRANCIS O. SCARPULLA (SBN 41059)
PATRICK B. CLAYTON (SBN 240191)
LAW OFFICES OF FRANCIS O. SCARPULLA
456 Montgomery Street, 17th Floor
San Francisco, CA 94104
Tel: (415) 788-7210
Email: fos@scarpullalaw.com
       pbc@scarpullalaw.com

Attorneys for GER HOSPITALITY, LLC and ADOLFO VERONESE FAMILY

QUENTIN L. KOPP (SBN 25070)
DANIEL S. MASON (SBN 54065)
THOMAS W. JACKSON (SBN 107608)
FURTH SALEM MASON & LI LLP
640 Third Street, 2nd Floor
Santa Rosa, CA 95404-4445
Telephone: (707) 244-9422
Email: quentinlkopp@gmail.com
       dmason@fsmllaw.com
       tjackson@fsmllaw.com

Attorneys for Ken Born, Christine Born, Cathy Ference, William Ference, Allen Goldberg, Robert Johnson, Patricia and Paul Goodberg, Terence Redmond, Melissa Redmond, Sonoma Court Shops, Inc., Rita Godward

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 6 -　　　　　　　　　USBC/NDCA NO. 19-30088 (DM)

Case: 19-30088    Doc# 7411    Filed: 05/18/20    Entered: 05/18/20 22:53:43    Page 6 of 7

# CERTIFICATE OF SERVICE

I, Karen J. Chedister, declare as follows:

I am over the age of eighteen (18) years and not a party to the within action. My business address is 465 California Street, Suite 405, San Francisco, CA 94104.

On May 18, 2020, I served document(s) described as:

**NOTICE OF EXHIBITS TO BE PRESENTED AT THE CONFIRMATION HEARING IN SUPPORT OF CERTAIN FIRE VICTIM CLAIMANTS' OBJECTION TO PLAN SUPPLEMENT IN CONNECTION WITH DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION DATED MARCH 16, 2020**

on the interested parties in this action as follows:

BY E-MAIL/NEF: Service was accomplished through the Notice of Electronic Filing ("NEF") for all parties and counsel who are registered ECF Users and those identified below:

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. This declaration was executed on May 18, 2020 at San Francisco, California.

          */s/ Karen J. Chedister*
          Karen J. Chedister, Esq.