Robert T. Kugler (MN Bar No. 0194116)
Edwin H. Caldie (MN Bar NO. 0388930)
50 South Sixth Street, Suite 2600
Minneapolis, Minnesota 55402
Telephone: 612.335.1500

Lucas L. Schneider (CO Bar No. 48125)
1050 17th Street
Suite 2400
Denver, CO 80265
Telephone: (303) 376-8414
*Counsel for CenturyLink Communications, LLC*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **PG&E CORPORATION,** | ) | Case No. 19-30088 (DM) |
| | ) | |
| - and - | ) | |
| | ) | |
| **PACIFIC GAS AND ELECTRIC COMPANY.** | ) ) ) | |
| | ) | |
| **Debtors.** | ) ) | (Jointly Administered) (Lead Case) |

## CERTIFICATE OF SERVICE

I, Jessica Rehbein, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 year of age, and that on the 15th day of May, 2020, I served a copy of the Objection and Reservation of Rights of CenturyLink Communications, LLC to the Debtors' Schedule of Executory Contracts and Unexpired Leases to be Assumed Pursuant to the Plan and Proposed Cure Amounts, per ECF 7037, via the CM/ECF system on the parties listed in **Exhibit A** below.

Dated: May 18, 2020

*/s/Jessica Rehbein*
Jessica Rehbein
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, Minnesota 55402
Tel. (612) 335-1500

## Exhibit A

| | |
|---|---|
| Weil, Gotshal & Manges LLP | Attn: Stephen Karotkin, Jessica Liou, Matthew Goren, and Tom Schnickel |
| Keller Benvenutti Kim LLP | Attn: Tobias S. Keller, Jane Kim |
| Jones Day | Attn: Bruce S. Bennett, Joshua M. Mester, and James O. Johnston |
| Stroock & Stroock & Lavan LLP | Attn: Kristopher M. Hansen, Erez E. Gilad, Matthew G. Garofalo |
| Davis Polk & Wardwell LLP | Attn: Eli J. Vonnegut, David Schiff, Timothy Graulich |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Alan W. Kornberg, Brian S. Hermann, Walter R. Rieman, Sean A. Mitchell, Neal P. Donnelly |
| Office of the United States Trustee | Attn: James L. Snyder, Esq. & Timothy Lafreddi, Esq., Marta E. Villacorta |
| U.S. Nuclear Regulatory Commission | Attn: General Counsel |
| U.S. Department of Justice | Attn: Danielle A. Pham, Esq. |
| Milbank LLP | Attn: Dennis F. Dunne, Samuel A. Khalil |
| BAKER & HOSTETLER, LLP | Attn: Robert A. Julian, Cecily A. Dumas |
| Akin Gump Strauss Hauer & Feld LLP | Attn: Ashley Vinson Crawford |
| Akin Gump Strauss Hauer & Feld LLP | Attn: Michael S. Stamer, Ira S. Dizengoff, David H. Botter |

| | |
|---|---|
| BAKER & HOSTETLER, LLP | Attn: Eric E. Sagerman, Lauren T. Attard |
| BAKER & HOSTETLER, LLP | Attn: Robert A. Julian, Cecily A. Dumas |
| BraunHagey & Borden LLP | Attn: J. Noah Hagey, Jeffrey M. Theodore, David H. Kwasniewski, Andrew Levine |
| Cotchett, Pitre & Mccarthy, LLP | Attn: Frank M. Pitre, Alison E. Cordova |
| DLA PIPER LLP (US) | Attn: Eric Goldberg, David Riley |
| DLA PIPER LLP (US) | Attn: Joshua D. Morse |
| GIBSON, DUNN & CRUTCHER LLP | Attn: David M. Feldman and Matthew K. Kelsey |
| GIBSON, DUNN & CRUTCHER LLP | Attn: Matthew D. McGill |
| GIBSON, DUNN & CRUTCHER LLP | Attn: Michael S. Neumeister and Michelle Choi |
| MARY ALEXANDER & ASSOCIATES, P.C. | Attn: Mary E. Alexander |
| Milbank LLP | Attn: Gregory A. Bray, Thomas R. Kreller, Samir L. Vora |
| Milbank LLP | Attn: Samir L. Vora |
| PINO & ASSOCIATES | Attn: Estela O. Pino |
| Robins Cloud LLP | Attn: Bill Robins, III, Robert Bryson |
| SINGLETON LAW FIRM, APC | Attn: Gerald Singleton & John C. Lemon |
| Walkup Melodia Kelly & Schoenberger | Attn: Michael A. Kelly, Khaldoun A. Baghdadi, Max Schuver |