# Notice Recipients

District/Off: 0971−3     User: dchambers     Date Created: 5/21/2020
Case: 19−30088     Form ID: TRANSC     Total: 8

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Benjamin Mintz | benjamin.mintz@arnoldporter.com |
| aty | Craig Goldblatt | Craig.Goldblatt@wilmerhale.com |
| aty | Gerald Singleton | gerald@slffirm.com |
| aty | John H. MacConaghy | macclaw@macbarlaw.com |
| aty | Rebecca J. Winthrop | rebecca.winthrop@nortonrosefulbright.com |
| aty | Richard A. Marshack | rmarshack@marshackhays.com |
| aty | Steven J. Skikos | sskikos@skikos.com |

TOTAL: 7

**Recipients submitted to the Claims Agent (Prime Clerk):**

| | | | | |
|---|---|---|---|---|
| aty | David E. Weiss | Reed Smith LLP | 101 Second St., #1800 | San Francisco, CA 94105 |

TOTAL: 1