Barry A. Chatz (CA Bar No. 140638)
**Saul Ewing Arnstein & Lehr LLP**
161 N. Clark Street, Suite 4200
Chicago, Illinois 60601
Tel: 312-876-7100
Fax: 312-876-0288
barry.chatz@saul.com

-and-

Lucian B. Murley
**Saul Ewing Arnstein & Lehr LLP**
1201 North Market Street, Suite 2300
Wilmington, Delaware 19801
Tel: 312-421-6898
Email: luke.murley@saul.com

Counsel for SBA Steel II, LLC

E-Filed: <u>May 19, 2020</u>

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>-and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** |

PLEASE TAKE NOTICE that Barry A. Chatz of the law firm of Saul Ewing Arnstein & Lehr LLP hereby appears as counsel for SBA Steel II, LLC, in the above-captioned chapter 11

1

36968476.1

case, and requests that all notices given or required to be given in the bankruptcy case, and all papers served or required to be served in the bankruptcy case, be given and served as follows:

>Barry A. Chatz (CA Bar No. 140638)
>SAUL EWING ARNSTEIN & LEHR LLP
>161 N. Clark Street, Suite 4200
>Chicago, Illinois 60601
>Tel: (312) 876-7100
>Fax: (312) 876-0288
>barry.chatz@saul.com

>and

>Lucian B. Murley
>Saul **Ewing Arnstein & Lehr LLP**
>1201 North Market Street, Suite 2300
>Wilmington, Delaware 19801
>Tel: 312-421-6898
>Email: luke.murley@saul.com

PLEASE TAKE FURTHER NOTICE that neither this *Notice of Appearance and Request for Service of Papers* nor any later paper of any kind filed herein constitutes a waiver of any rights with respect to the exercise of the judicial power of the United States, to trial by jury in the U.S. District Court, and/or to have orders or judgments entered by a U.S. District Court Judge.

Dated: May 19, 2020               By: /s/ *Barry A. Chatz*

>Barry A. Chatz (CA Bar No. 140638)
>SAUL EWING ARNSTEIN & LEHR, LLP
>161 N. Clark Street, Suite 4200
>Chicago, Illinois 60601
>Fax: (312) 876-0288
>Tel. (312) 876-7100
>barry.chatz@saul.com

>*Counsel to SBA Steel II, LLC*