CHRISTOPHER W. WOOD, SBN 193955
LARRY Q. PHAN, SBN 284561
**DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**
20 Bicentennial Circle
Sacramento, CA 95826
Telephone: (916) 379-3500
Facsimile: (916) 379-3599

ESTELA O. PINO, SBN 112975
**PINO & ASSOCIATES**
1520 Eureka Rd., Suite 101,
Roseville, CA 95661
Telephone: (916) 641-2288
Facsimile: (916) 244-0989

Attorneys for the Creditor, Daniel Franklin.

THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re:

**PG&E CORPORATION,**

-and-

In re:

**PACIFIC GAS AND ELECTRIC COMPANY,**

Debtors.

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☒ Affects both Debtors

\* *All papers shall be filed in the lead case, No. 19-30088(DM)*

Case No. 19-30088 (DM)

Chapter 11

**PROOF OF SERVICE VIA UNITED STATES MAIL**

DATE: May 27, 2020
TIME: 10:00 A.M.
PLACE: Courtroom 17
450 Golden Gate Avenue, 16th Fl.
San Francisco, California

JUDGE: Hon. Dennis Montali

RELATED DOCKET NOS.: 7312, 7335

I am employed in the County of Placer, California. My business address is 1520 Eureka Rd., Suite 101, Roseville, California 95661. I am over the age of eighteen years and not a party to the foregoing action.

///

On May 15, 2020, I served the documents named below by causing true copies thereof to be placed in a sealed envelope and depositing the sealed envelope with the United States Postal Service, with postage thereon, fully prepaid, in West Sacramento, County of Yolo, California, addressed as set forth below:

**Documents Served:**

1. **CREDITOR, DANIEL FRANKLIN'S JOINDER IN OBJECTIONS TO CONFIRMATION OF DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION, DATED MARCH 16, 2020, AND RESERVATION OF RIGHTS**; and

2. **CREDITOR, DANIEL FRANKLIN'S JOINDER IN LIMITED OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO PLAN CONFIRMATION**.

**Party Served:**

PG&E Corporation and Pacific Gas and Electric Company
c/o PG&E Corporation and Pacific Gas and Electric Company
PO Box 770000,
77 Beale Street,
San Francisco, CA 94105
(Attn: Janet Loduca, Esq.)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 19, 2020, at Roseville, Placer County, California.

*/s/ Ramandeep K. Mahal*
Ramandeep K. Mahal