**WAGNER LAW GROUP**
 **fka WAGNER, JONES, KOPFMAN,**
**& ARTENIAN LLP**
Nicholas J.P. Wagner #109455
David D. Doyle #100595
1111 E. Herndon, Ste. 317
Fresno, CA 93720
559/449-1800
559/449-0749 Fax

**KABATECK LLP**
Brian Kabateck #
633 W. Fifth St., Ste. 3200
Los Angeles, CA 90071
213/217-5040
213/217-5010 Fax

Attorney(s) for certain Claimants

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E Corporation<br><br>And<br><br>PACIFICT GAS AND ELECTRIC COMPANY<br><br>Debtor (s) | Case No.: 19-30088 (DM)<br><br>Chapter 11<br>(Jointly Administered)<br><br>**CAMP FIRE CLAIMANTS' JOINDER TO THE OBJECTION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS TO CONFIRMATION OF DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGAIZATION DATED MARCH 16, 2020**<br><br>**Date: May 27, 2020 @ 10 am**<br>**Place: Telephonic Appearance**<br>       **U.S. Bankruptcy Court**<br>       **Courtroom 17, 16th Floor**<br>       **San Francisco, CA 94102** |

   This Joinder is being filed on behalf of 640 victims of the Paradise Camp Fire of November 2018, all of which are represented by Wagner Law Group (formally known as

Wagner, Jones, Kopfman & Artenian LLP) and Kabateck LLP and have all filed claims in the present Bankruptcy action. These 640 tort claimant victims of the 2018 Paradise Camp Fire hereby join in the "Objection Of The Official Committee Of Tort Claimants To Confirmation Of Debtors' And Shareholder Proponents' Joint Chapter 11 Plan Of Reorganization Dated March 16, 2020".

Dated: May 19, 2020  **WAGNER LAW GROUP**
    **fka WAGNER, JONES, KOPFMAN,**
    **& ARTENIAN LLP**

By: /s/ Nicholas Wagner
Attorneys for Certain Claimants

Dated: May 19, 2020  **KABATECK LLP**

By: /s/ Brian Kabateck
Attorneys for Certain Claimants