# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| **PG&E CORPORATION,** | No. 19-30088 (DM) |
| - and - | |
| **PACIFIC GAS AND ELECTRIC** | Chapter 11 |
| **COMPANY,** | (Lead Case) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Sonia Akter, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On May 14, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the Notice Parties Service List attached hereto as **Exhibit A**:

- Notice of Filing of Transcript and Deadlines Related to Restriction and Redaction, a copy of which is attached hereto as **Exhibit B**.

3. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 19th day of May 2020, at New York, NY.

*/s/ Sonia Akter*
Sonia Akter

SRF 42184

# **Exhibit A**

# Exhibit A

Notice Parties Service List

Served via first class mail

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| Akin Gump Strauss Hauer & Feld, LLP | Attn: ABID QURESHI | One Bryant Park | | New York | NY | 10036-6742 |
| The Kane Law Firm | Attn: Steven S. Kane | 402 W. Broadway | # 2500 | San Diego | CA | 92101-8599 |
| Tosdal Law Firm | Attn: THOMAS TOSDAL | 777 S. Highway 101 | Suite 215 | Solana Beach | CA | 92075-2624 |
| Weil, Gotshal & Manges LLP | Attn: Stephen Karotkin | 767 Fifth Avenue | | New York | NY | 10153-0119 |
| Weil, Gotshal & Manges LLP | Attn: Theodore Tsekerides | 767 Fifth Avenue | | New York | NY | 10153-0119 |
| William B. Abrams | | 1519 Branch Owl Pl. | | Santa Rosa | CA | 95409-4352 |

# **Exhibit B**

Form TRANSC

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| | |
|---|---|
| **In re Debtor(s):** <br><br> PG&E Corporation | Case No.: 19–30088 DM 11 <br> Chapter: 11 |

## NOTICE OF FILING OF TRANSCRIPT
## AND DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on May 12, 2020 at 10:00 AM was filed on May 13, 2020. The following deadlines apply:

The parties have until Wednesday, May 20, 2020 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is Wednesday, June 3, 2020.

If a request for redaction is filed, the redacted transcript is due Monday, June 15, 2020.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is Tuesday, August 11, 2020, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber,

Jason Gottlieb
Attn: Jason Gottlieb, Dir. of Tran. Ops.
7227 N 16th St. #207
Phoenix, AZ 85020

or you may view the document at the clerk's office public terminal.

Dated: 5/18/20

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court