```
 1  Steven S. Kane, Esq., SBN: 061670
    Bonnie E. Kane, Esq., SBN: 167700
 2  THE KANE LAW FIRM
    402 W. Broadway, Suite 2500
 3  San Diego, CA 92101
    Telephone: (619) 236-8700
 4  Facsimile:  (619) 236-1370
    E-mail: skane@thekanelawfirm.com
 5  E-mail: bonnie@thekanelawfirm.com

 6  Attorneys for KAREN GOWINS Creditor,
    And Many Wildfire Victim Creditors
 7
```

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re:* | Case No. 19-30088 (DM) |
| PG&E CORPORATION | Chapter 11 |
| -and- | (Lead Case) |
| | (Jointly Administered) |
| PACIFIC GAS AND ELECTRIC COMPANY | EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME TO HEAR A MOTION FOR APPOINTMENT OF AN EXAMINER OF VOTING PROCEDURAL IRREGULARITIES PURSUANT TO SECTION 1104 ( c) OF THE BANKRUPTCY CODE AND RULE 2007.1 |
| Debtors. | |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas & Electric | |
| ■ Affects Both Debtors | |
| *All papers shall be filed in the Lead Case, No.19-30088 (DM)* | Date: TBD<br>Time: TBD<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

This Ex Parte Application is brought on behalf of Karen Gowins, Creditor, and Many Wildfire Victim Creditors, in order to ensure that the Wildfire Victims are not disenfranchised in this Court. The docket is full of Declarations, Statements of Voting Irregularities, Pro Per Motions, and other filings demonstrating the terrible disenfranchisement suffered by the Fire Victims. An examiner is necessary to investigate and determine the facts surrounding this

---

EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME TO HEAR A MOTION FOR APPOINTMENT OF AN EXAMINER OF VOTING PROCEDURAL IRREGULARITIES PURSUANT TO SECTION 1104 ( c) OF THE BANKRUPTCY CODE AND RULE 2007.1

extreme failure to provide ballots and disclosure statements to Fire Victims or their counsel, if any. For this reason Moving Parties request that the Court hear their Motion For Appointment of An Examiner of Voting Procedural Irregularities Pursuant to Section 1104 (c) of the Bankruptcy Code and Rule 2007.1 on shortened time.

## MEMORANDUM OF POINTS AND AUTHORITIES

### Jurisdiction

This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. sections 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 N.D. Cal) and Bankruptcy Local Rules 5011-1(a) and Rule 9006-1. This is a core proceeding pursuant to 28 U.S.C. section 157(b). Venue is proper pursuant to 28 U.S.C. sections 1408 and 1409.

### Relief Requested

Moving parties are requesting that the Court appoint an Examiner of voting irregularities. Fire Victim Creditors did not receive ballots or disclosure materials at all, received them after the voting deadline or received them very late in the process. Moreover, the Order setting voting procedures was violated many times by the voting irregularities. At minimum there was incompetence and mismanagement, which resulted in the deprivation of voting rights held by the creditors.

This is a situation which calls for Appointment of an Examiner pursuant to Bankruptcy Code section 1104 (c) to determine the irregularities in the vote.

### Shortening Time is Warranted.

Time is of the essence in this matter, as voting closed just last Friday, two business days ago, and Prime Clerk has yet to provide a report of the voting. An examination of the voting process which occurred is necessary to decide how serious this disenfranchisement is.

EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME TO HEAR A MOTION FOR APPOINTMENT OF AN EXAMINER OF VOTING PROCEDURAL IRREGULARITIES PURSUANT TO SECTION 1104 (c) OF THE BANKRUPTCY CODE AND RULE 2007.1

Moving parties request a deadline by May 20, 2020 for parties to respond and a hearing date of May 21, 2020. There have been no previous requests for an order shortening time.

Dated: May 19, 2019

THE KANE LAW FIRM

/s/ Bonnie E. Kane

BONNIE E. KANE
Attorneys for Karen Gowins and Many Fire Victim Creditors

EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME TO HEAR A MOTION FOR APPOINTMENT OF AN EXAMINER OF VOTING PROCEDURAL IRREGULARITIES PURSUANT TO SECTION 1104 ( c) OF THE BANKRUPTCY CODE AND RULE 2007.1

Case: 19-30088   Doc# 7427   Filed: 05/19/20   Entered: 05/19/20 17:54:39   Page 3 of 3

USBE/NDCA No. 19-30088 (DM)