Steven S. Kane, Esq., SBN: 061670
Bonnie E. Kane, Esq., SBN: 167700
**THE KANE LAW FIRM**
402 W. Broadway, Suite 2500
San Diego, CA 92101
Telephone: (619) 236-8700
Facsimile: (619) 236-1370
E-mail: skane@thekanelawfirm.com
E-mail: bonnie@thekanelawfirm.com

Attorneys for KAREN GOWINS and Many Wildfire Victim Creditors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re:*<br><br>PG&E CORPORATION<br><br>-and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas & Electric<br>☒ Affects Both Debtors<br><br>*All papers shall be filed in the Lead Case, No.19-30088 (DM)* | **Case No. 19-30088 (DM)**<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION OF BONNIE E. KANE IN SUPPORT OF EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME TO HEAR A MOTION FOR APPOINTMENT OF AN EXAMINER OF VOTING PROCEDURAL IRREGULARITIES PURSUANT TO SECTION 1104 (c) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 2007.1**<br><br>Date: TBD<br>Time: TBD<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

I, Bonnie E. Kane, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information and belief.

1. I am a partner in the Kane Law Firm, counsel to Creditor Karen Gowins and Many

---
DECLARATION OF BONNIE E. KANE IN SUPPORT OF EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME TO HEAR A MOTION FOR APPOINTMENT OF AN EXAMINER OF VOTING PROCEDURAL IRREGULARITIES PURSUANT TO SECTION 1104 (c) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 2007.1

Case: 19-30088    Doc# 7427-1    Filed: 05/19/20    Entered: 05/19/20 17:54:39    Page 1 of 2

USBC/NDCA No. 19-30088 (DM)

Fire Victim Creditors in the above referenced matter.

2. I emailed Mr. Karotkin this afternoon and also spoke with him on the telephone. He stated he would not agree to an order shortening time and confirmed that in an email.

3. I emailed Ms. Erin Dexler at Millbank and I also left a voice mail for Mr. William Bice, also of Milbank. Ms. Dexler emailed back stating the Unsecured Creditors Committee "will take no position on the motion to shorten time or the motion for appointment of an examiner."

4. I emailed Mr. Robert Julian with the Official Committee of Tort Claimants, and I telephoned him as well. He did not answer and I left a detailed message. I have not had a response from Mr. Julian.

5. I emailed Mr. Timothy Laffredi, Assistant U.S. Trustee. I also telephoned Mr. Laffredi and left a detailed message. I have not had a response from Mr. Laffredi.

6. My emails contained the Ex Parte Application and the Motion for Appointment of An Examiner, as well as my Declaration supporting that motion without exhibits.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct. Executed on May 19, 2020.

                                    /s/ Bonnie E. Kane
                                  BONNIE E. KANE

2

DECLARATION OF BONNIE E. KANE IN SUPPORT OF EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME TO HEAR A MOTION FOR APPOINTMENT OF AN EXAMINER OF VOTING PROCEDURAL IRREGULARITIES PURSUANT TO SECTION 1104 (c) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 2007.1

Case: 19-30088   Doc# 7427-1   Filed: 05/19/20   Entered: 05/19/20 17:54:39   Page 2 of 2

USBE/NDCA No. 19-30088 (DM)