Steven S. Kane, Esq., SBN: 061670
Bonnie E. Kane, Esq., SBN: 167700
**THE KANE LAW FIRM**
402 W. Broadway, Suite 2500
San Diego, CA 92101
Telephone: (619) 236-8700
Facsimile: (619) 236-1370
E-mail: skane@thekanelawfirm.com
E-mail: bonnie@thekanelawfirm.com

Attorneys for KAREN GOWINS and Many Wildfire Victim Creditors

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re:* | **Case No. 19-30088 (DM)** |
| PG&E CORPORATION | Chapter 11 (Lead Case) |
| -and- | (Jointly Administered) |
| PACIFIC GAS AND ELECTRIC COMPANY      Debtors. | **DECLARATION OF BONNIE E. KANE IN SUPPORT OF MOTION FOR THE APPOINTMENT OF EXAMINDER OF VOTING PROCEDURAL IRREGULARITIES PURSUANT TO SECTION 1104 ( c) OF THE BANKRUPTCY RULE 2007.1** |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas & Electric | |
| ■ Affects Both Debtors | Date: TBD |
| *All papers shall be filed in the Lead Case, No.19-30088 (DM)* | Time: TBD<br>Place: United States Bankruptcy Court Courtroom 17, 16th Floor San Francisco, CA 94102 |

     I, Bonnie E. Kane, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information and belief.

     1.  I am a partner in the Kane Law Firm, counsel to Creditor Karen Gowins and Many Fire Victim Creditors Victim Creditors in the above referenced matter.

     2.  Exhibits A-D are true and correct copies of Facebook pages from a Wildfire Victim

DECLARATION OF BONNIE E. KANE IN SUPPORT OF MOTION FOR THE APPOINTMENT OF EXAMINER OF VOTING PROCEDURAL IRREGULARITIES PURSUANT TO SECTION 1104 ( c) OF THE BANKRUPTCY RULE 2007.1

1    forum.

2        2.  Exhibits E-J  to this Motion are true and correct copies of documents which I downloaded

3    directly from the official docket of this case, using the Pacer system.

4        I declare under penalty of perjury under the laws of the State of California and the United

5    States that the foregoing is true and correct.  Executed on May 19, 2020.

6

7

8                                    _____/s/ Bonnie E. Kane_____
                                           BONNIE E. KANE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                                          2

28  _____
    DECLARATION OF BONNIE E. KANE IN SUPPORT OF MOTION FOR THE APPOINTMENT OF
    EXAMINDER OF VOTING PROCEDURAL IRREGULARITIES PURSUANT TO SECTION 1104 ( c) OF THE
    BANKRUPTCY RULE 2007.1