# EXHIBIT A



Case: 19-30088    Doc# 7427-4    Filed: 05/19/20    Entered: 05/19/20 17:54:39    Page 2 of 2

ittps://mail.google.com/mail/u/0/#inbox/WhctKJVqxzmtTbmcpxwlzLpTnjgxNjVvLpmLnKskHnKmfXTnXpqRDNmTzWXnfwjxzmVfvvv?projector=1&mes…   1/1