# EXHIBIT B

  



May 16 at 1:46 PM

Hoorah! I got my PG&E Bankruptcy Voting Package today, May 16. Lol. Oops. Deadline to vote was yesterday!



1 Comment

  

Case: 19-30088    Doc# 7427-5    Filed: 05/19/20    Entered: 05/19/20 17:54:39    Page 2 of 2