# EXHIBIT C

will tell. We've waited this long, a while longer will come. Blessings

19h    Like    Reply      👍 2

▬▬▬▬▬▬▬▬

I got mine about 6 PM on May 15th. The envelope was all torn up, too, as though someone was trying to see or take something inside.

4h    Like    Reply

Write a comment...    GIF 🙂