# EXHIBIT D

3:28  73%

← Replies


I just received mine today and I live in AZ 💀

3h    Like    Reply


ou recieved all voting materials and a ballot today? The 18th?

3h    Like    Reply


yes

3h    Like    Reply


amazing. 😳

1h    Like    Reply

Write a reply...        GIF  ☺