# EXHIBIT J

1  Thomas Tosdal SBN 67834
   Tosdal Law Firm APC
2  777 S. Highway 101, Ste. 215
   Solana Beach, CA 92075
3  Tel.: (858) 704-4709
   E mail: tom@tosdallaw.com
4  Fax: (888) 740-3859

5  Michael S. Feinberg SBN 81867
   41911 Fifth Street, Ste. 300
6  Temecula, CA 92590
   Tel.: (951) 698-9900
7  E mail: feinberg@feinbergfitchlaw.com
   Fax: (951) 698-9909

8
   Angela Jae Chun SBN 248571
9  Law Office of Angela Jae Chun
   777 S. Highway 101, Ste. 215
10 Solana Beach, CA 92075
   Tel.: (619) 719-5757
11 E mail: ajc@chun.law

12 David S. Casey, Jr. SBN 60768
   Casey Gerry Schenk Francavilla
13 Blatt & Penfield
   110 Laurel St.
14 San Diego, CA 92101
   Tel: (619) 544-9232
15 Email: dcasey@cglaw.com
   Fax: (619) 544-9232

16

17              UNITED STATES BANKRUPTCY COURT

18              NORTHERN DISTRICT OF CALIFORNIA

19                  SAN FRANCISCO DIVISION

20
   In Re:                              Bankr. Case No. 19-30088-DM
21
   PG&E CORPORATION                    SECOND NOTICE OF VOTING
22                                      PROCEDURE IRREGULARITIES
   and
23
   PACIFIC GAS & ELECTRIC COMPANY,
24
                Debtors.
25

26

27

28

This notice of procedural irregularities in the ongoing process of the fire victims voting on PG&E's proposed plan is filed by the undersigned counsel for many (1,021) persons and businesses harmed by the Atlas (Napa), Redwood Valley (Mendocino), and Camp (Paradise) fires.

On May 5, 2020, the undersigned filed in this Court a Notice of Plan Voting Procedure Irregularities, with ten exhibits, setting forth six different ways law firms favoring acceptance of the plan made it harder for their clients to vote to reject the plan and identifying problems of missing, late, and duplicate ballots. (Doc. 7069)

Since then, two additional devices have come to our attention by which attorneys favoring acceptance of the plan made it harder for fire victims to vote to reject the plan.

- A law firm voting to accept the plan without its client's knowledge or consent and contrary to the client's desire to vote to reject (Exhibit 1),
- A law firm requiring its clients to contact the firm if they wanted to vote to reject the plan and then attempting to convince the clients to change their vote to "accept" (Exhibit 2).

The first notice of procedural irregularities provided examples of missing, late, and duplicate ballots. This notice supplements these problems with additional irregularities noted by fire victims on letters and applications to the Court and on social media platforms, including:

- Fire victims not receiving solicitation materials, including ballots, at all (Application of Ms. Wallace, 5/11/20, Doc. 71410; Exhibit 3),
- Solicitation materials not received by fire victims until the end of April 2020 (Exhibit 4),

- Solicitation packages sent to fire victims with cover letters from the wrong attorneys (Exhibit 5), and

- Much suspicion and distrust by fire victims of the Master Ballot system by which attorneys solicit, receive, and report votes of their clients (examples Exhibits 6, 7, 8).

These materials are provided to the Court for its information and made part of the record of this case.

Dated: May 13, 2020

/s/ Thomas Tosdal
Attorney

# Exhibit 1



1:20

Ringtone ▇▇▇▇▇

Replies

49m    Like    Reply

I know someone who wants to vote No but his attorney told him he already voted Yes for him! How can they do this!?! I received my voting package to vote for myself and it will be a Big NO!

13m    Like    Reply

# Exhibit 2

▶ **Wildfire Victims Settlement Discussion Group**

28 mins · 

Called our Attorneys yesterday (Baron & Budd)-my wife Judie & I will be voting NO.Final answer.Attorney tried talking us out of it.Not gonna happen.

# Exhibit 3

6:47 

**X  Posts**



I amended my 3 claims on 3/12/30
and waited patiently for voting
materials that did not come.
I called a couple weeks later and
spoke with a very nice woman who
said she would send me an email,
which I never got.
I tried calling multiple times after
that, but the number wasn't working,
so I sent a message from their
website and finally received a
response on April 29, 20
All that was sent were 3 voter ID
numbers.



# Exhibit 4



I received my packet less than 2 weeks before the vote is due. Because I don't have an attorney, it's up to me to read these documents and seek explanations. Not sure how anyone could read and understand the disclosures with enough time to mail back a vote. If courts have calendar deadlines, why was the mailing of these disclosures not held to the same standards of timeliness?



# Exhibit 5



**Wildfire Bankruptcy Resource Page**

7 hrs · 🌐

Please share around. This may have caused some confusion and unnecessary anxiety and phone calls...

My disclosure package contained a cover letter from a law firm that I am not signed with. It seems there was a mix up at Prime Clerk and they allocated the wrong cover letters to some claimants (due to similar firm names). I have included a photo of the cover letter received, and an email notice from my actual attorney:



It has come to our attention that PrimeClerk mistakenly included in some of our clients' informational packets a cover letter from a different group of lawyers: the Northern California Law Group (as you know, we are the Northern California Fire Lawyers.) If you received that letter as part of your informational packet, please disregard the letter. Please do not contact that legal team because they are not your attorneys and they do not have information about your case. As always, please feel free to contact us at contact@norcalfirelawyers.com or (530) 208-3062. We are sorry for this confusion.

If you did not receive the documents from PrimeClerk and you would prefer

# Exhibit 6

.



6:54

← Posts

11h   Like   Reply

👍 1

I think that the vote should have never went through the lawyers.. it should have be mailed out to the clients and sent in by mail . I believe that the votes were tampered with and falsely entered and how could we know for sure that our votes are entered correctly.. I knew that we weren't going to be treated fairly.. 😠 😠 😠

# Exhibit 7



11:20

1

5 Comments

👍 Like          💬 Comment

is 😠 feeling annoyed.

32 mins ·

Prime clerk said contact my attorney for my ballot # ... since I haven't recieved my ballot yet.... my attorney gave the wrong number but states that's the only number prime clerk has given. I need to vote on Prime clerk since my attorney is doing a master ballot.  This is such crap. If this goes thru with all the mishaps and confusion we our votes didnt matter anyway....

# Exhibit 8



11:40 ⊙ ☐ ¹                    ☒ 🛍 🖼 ☒          🔇 🛜 .ıl 7%

11:12 ☐ ☐ 🖼 ☒                              🛜 .ıl 51%

✕                              ⃠ ◁ ⋮

To       dennis_montali@canb.uscourts.gov      ⌄

From ◼        ▮▮▮▮   ▮▮▮▮▮   ◼

Voting

To the Hon Judge Montali;

Your Honor,

I have seen a lot of things in my lifetime and I do
not trust these attorneys. There is absolutely no
transparency. How does anyone know the vote is
honest when attorneys are running the show.

I will not believe any voting system that doesn't
have transparency sir. Especially in this lawsuit.
How will we know if our votes were accurately
counted? Or that the attorneys didn't vote for us? I
don't want anyone to vote for me except me. I have
been trying to vote for over a week. This is an
unacceptable situation that could have been a
much simpler process if the votes were handled
only by fire survivors. It's our vote. No one else's.

I have tried to reach the prime clerk office for
casting my vote. They sent me papers from
another attorney. I do not, as of today, May 7, have
a ballot. I will be very upset if I cannot vote. I want
to vote, and it's my right. I earned it.

Respectfully,

███████████

1    Thomas Tosdal SBN 67834
     Tosdal Law Firm APC
2    777 S. Highway 101, Ste. 215
     Solana Beach, CA 92075
3    Tel.: (858) 704-4709
     E mail: tom@tosdallaw.com
4    Fax: (888) 740-3859

5    Michael S. Feinberg SBN 81867
     41911 Fifth Street, Ste. 300
6    Temecula, CA 92590
     Tel.: (951) 698-9900
7    E mail: feinberg@feinbergfitchlaw.com
     Fax: (951) 698-9909

8

9    Angela Jae Chun SBN 248571
     Law Office of Angela Jae Chun
     777 S. Highway 101, Ste. 215
10   Solana Beach, CA 92075
     Tel.: (619) 719-5757
11   E mail: ajc@chun.law

12

13               **UNITED STATES BANKRUPTCY COURT**

14               **NORTHERN DISTRICT OF CALIFORNIA**

15                   **SAN FRANCISCO DIVISION**

16

| In Re: | Bankr. Case No. 19-30088-DM |
|---|---|
| PG&E CORPORATION | Chapter 11 |
| and | **CERTIFICATE OF SERVICE** |
| PACIFIC GAS & ELECTRIC COMPANY, | |
| Debtors. | |

25   I, Ma Teresa Ferrer, do declare and state as follow:

26      1.    I declare that I am over the age of 18 years, and not a party to the action. I am

27         employed in the County of San Diego, California. My business address is 777 S.

28         Highway 101, Ste 215, Solana Beach, CA 92075.

2. I certify that on May 14, 2020, I electronically filed with the Clerk of Court using the CM/ECF system, which will electronically serve all parties in this action, the following documents:

**SECOND NOTICE OF VOTING PROCEDURE IRREGULARITIES**

I declare under penalty of perjury the foregoing is true and correct.  Executed on this 14th day of May 2020 in Solana Beach, California.

/s/ Ma Teresa Ferrer
Ma Teresa Ferrer