Thomas Tosdal SBN 67834
Tosdal Law Firm
777 S. Highway 101, Ste. 215
Solana Beach, CA 92075
Tel.: (858) 704-4709
E mail: tom@tosdallaw.com
Fax: (888) 740-3859

Michael S. Feinberg SBN 81867
41911 Fifth Street, Ste. 300
Temecula, CA 92590
Tel.: (951) 698-9900
E mail: feinberg@feinbergfitchlaw.com
Fax: (951) 698-9909

Angela Jae Chun SBN 248571
Law Office of Angela Jae Chun
777 S. Highway 101, Ste. 215
Solana Beach, CA 92075
Tel.: (619) 719-5757
E mail: ajc@chun.law

David S. Casey, Jr. SBN 60768
James Davis SBN 301636
Casey Gerry Schenk Francavilla Blatt & Penfield
110 Laurel St.
San Diego, CA 92101
Tel: (619) 544-9232
Email: dcasey@cglaw.com
Email: jdavis@cglaw.com
Fax: (619) 544-9232

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re:<br><br>PG&E CORPORATION<br><br>and<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtors. | Bankr. Case No. 19-30088-DM<br><br>**GARRISON REQUEST FOR JUDICIAL NOTICE**<br><br>Date: May 27, 2020<br><br>Time: 10:00 a.m.<br><br>Court: Hon. Dennis Montali |

TO THE COURT AND ALL COUNSEL

PLEASE TAKE NOTICE Patricia Garrison requests the Court under Rule 201 of the Federal Rules of Evidence to take judicial notice of the adjudicative facts in the following documents on file with the Court, which are relevant to her objection to PG&E's Proposed Reorganization Plan:

Exhibit 1: Sixth Amended Verified Statement Of The Ad Hoc Group of Subrogation Claim Holders Pursuant to Bankruptcy Rule 2019 (Doc. 5907),

Exhibit 2: Fifth Amended Verified Statement Of Jones Day Pursuant to Federal Rule Of Bankruptcy Procedure 2019 (Doc. 5142),

Exhibit 3: Second Amended Verified Statement Of The Ad Hoc Committee Of Senior Unsecured Noteholders Pursuant To Bankruptcy Rule 2019 (Doc. 4369).

Copies of these documents are attached to Ms. Garrison's identification of exhibits on file with the Court. Copies are not attached to this request in conformance with the Court's request to not duplicate in filings documents already on file with the Court.

Dated: May 20, 2020  */s/ Thomas Tosdal*
Attorney for Patricia Garrison