# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No, 19-30088 (DM) |
| PG&E CORPORATION | Chapter 11 |
| -and- | (Lead Case) |
| PACIFIC GAS AND ELECTRIC COMPANY, | (Jointly Administered) |
| Debtors. | |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| **CONTRARIAN FUNDS, LLC** | **OLDCASTLE INFRASTRUCTURE, INC.,** |
|---|---|
| Name of Transferee | Name of Transferor |
| **Address for all Communications/Notices:** | **Name and Current Address of Transferor:** |
| CONTRARIAN FUNDS, LLC<br>411 WEST PUTNAM AVE., SUITE 425<br>GREENWICH, CT 06830<br>ATTN: ALISA MUMOLA<br>Phone: 203-862-8211<br>Fax: 203-485-5910<br>Email: tradeclaimsgroup@contrariancapital.com | OLDCASTLE INFRASTRUCTURE, INC.,<br>F/K/A OLDCASTLE PRECAST, INC.<br>CRH AMERICAS LAW GROUP<br>ATTN: DAVID C. LEWIS<br>900 ASHWOOD PARKWAY<br>SUITE 600<br>ATLANTA, GA 30338 |
| **Address for all Payments/Distributions:**<br><br>CONTRARIAN FUNDS, LLC<br>ATTN: 392426<br>500 ROSS ST 154-0455<br>PITTSBURGH, PA 15262 | OLDCASTLE INFRASTRUCTURE, INC.,<br>F/K/A OLDCASTLE PRECAST, INC.<br>ATTN: BERK KOPRULU<br>7000 CENTRAL PARKWAY, STE. 800<br>ATLANTA, GA 30328 |

| Schedule/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Claim No. 2645 | Oldcastle Infrastructure, Inc., f/k/a Oldcastle Precast, Inc. | $464,711.40 | Pacific Gas and Electric Company | 19-30089 |

I declare under penalty of perjury that the information provided in this notice
is true and correct to the best of my knowledge and belief.

By:_____/s/ Alisa Mumola_____  Date: May 20, 2020
  Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

### Annex B

TO: United States Bankruptcy Court ("Court")
Northern District of California
San Francisco Division
Attn: Clerk

AND TO: PACIFIC GAS AND ELECTRIC COMPANY ("Debtor")
Case No. 19-30089 ("Case")

Claim #: 2645

**OLDCASTLE INFRASTRUCTURE, INC. F/K/A OLDCASTLE PRECAST, INC.** ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**CONTRARIAN FUNDS, LLC**
411 West Putnam Avenue, Suite 425
Greenwich, CT 06830
Attn: Alpa Jimenez

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights: (a) of reclamation and all priority claims, and any cure payments made on account of Seller in the Case; (b) to any proof(s) of claim filed; (c) in and to any secured claim, collateral or any liens held by Seller; (d) to vote on any question relating to the claim in the Case; (e) to cash, interest, principal, securities or other property in connection with the Case: and (f) to any amounts listed on the Debtor's schedules, in the principal amount of $ 464,711.40 ("Claim"), which represents 100 % of the total claim amount of $464,711.40, against the Debtor in the Court, or any other court with jurisdiction over the Debtor's Case.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands, agrees, and hereby stipulates that an order of the Court may be entered without further notice to Seller transferring the Claim to Buyer and recognizing the Buyer as the sole owner and holder of the Claim.

Buyer does not assume and shall not be responsible for any obligations of liabilities of Seller related to or in connection with the Claim or the Case. You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representative dated May 14, 2020.

OLDCASTLE INFRASTRUCTURE, INC.
F/K/A OLDCASTLE PRECAST, INC.

By: _____
Name: BERK KOPRULU
Title: FINANCE DIRECTOR

CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, LLC, as Manager

By: _____
Name: Lewis Schwartz
Title: COO