J. Leland Murphree, Esq. (*pro hac vice pending*)
1901 Sixth Avenue North, Suite 2400
Birmingham, Alabama 35203
Telephone:     (205) 254-1000
Email:          lmurphree@maynardcooper.com

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>PG&E Corporation and Pacific Gas Electric Company<br><br>Debtor(s). | Case No. 19-30088<br>Chapter 11<br><br>APPLICATION FOR ADMISSION OF ATTORNEY<br>*PRO HAC VICE* |

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, John Leland Murphree, an active member in good standing of the bar of <u>Alabama</u>, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing <u>Creditor, Mesa Associates, Inc.</u> in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

   <u>Duane Kumagai  (SBN 125063)</u>

   <u>Maynard Cooper & Gale, LLP</u>

   <u>1901 Avenue of the Stars, Suite 1900, Los Angeles, CA 90067</u>.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: <u>May 18, 2020</u>

*/s/ J. Leland Murphree*
J. Leland Murphree

**Alabama State Bar**

415 DEXTER AVENUE
POST OFFICE BOX 671
MONTGOMERY, AL 36101



## STATE OF ALABAMA

## COUNTY OF MONTGOMERY

    I, Phillip W. McCallum, Secretary of the Alabama State Bar and custodian of its records, hereby certify that John Leland Murphree has been duly admitted to the Bar of this State and is entitled to practice in all of the courts of this State including the Supreme Court of Alabama, which is the highest court of said state.

    I further certify that John Leland Murphree was admitted to the Alabama State Bar April 30, 2009.

    I further certify that the said John Leland Murphree is presently a member in good standing of the Alabama State Bar, having met all licensing requirements for the year ending September 30, 2020.

    IN WITNESS WHEREOF, I have hereunto set my hand and the seal of the Alabama State Bar on this the 18th day of May, 2020.

*Phillip W. McCallum,*
*Secretary*



P: 334-269-1515      F: 334-261-6310      ALABAR.ORG