# EXHIBIT A

## COMPENSATION BY PROFESSIONAL
## FEBRUARY 1, 2020 THROUGH FEBRUARY 29, 2020

| Name of Professional Individual | Position of the Applicant and Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Tomer Perry | Managing Director | n/a | 5.0 | n/a |
| Ken Ziman | Managing Director | n/a | 213.5 | n/a |
| Gregory Hort | Director | n/a | 44.0 | n/a |
| Eli Silverman | Vice President | n/a | 380.0 | n/a |
| Daniel Bier | Associate | n/a | 164.0 | n/a |
| Garrett Deutsch | Associate | n/a | 4.0 | n/a |
| Daniel Katz | Associate | n/a | 136.0 | n/a |
| Nathan Mooney | Associate | n/a | 150.8 | n/a |
| Matt Strain | Associate | n/a | 17.5 | n/a |
| Liam Fine | Analyst | n/a | 98.0 | n/a |
| Kevin Hatch | Analyst | n/a | 79.5 | n/a |
| Dan Liotta | Analyst | n/a | 178.3 | n/a |
| Katherine Tobeason | Analyst | n/a | 7.0 | n/a |
| Scott Belinsky | Analyst | n/a | 137.0 | n/a |
| | **TOTALS** | n/a | **1,614.5** | **$300,000.00** |