# EXHIBIT C

# EXPENSE SUMMARY
# FOR THE PERIOD FEBRUARY 1, 2020 THROUGH FEBRUARY 29, 2020

| **Expense Category** | **Service Provider (if applicable)** | **Total Expenses** |
|---|---|---:|
| Car Services and Taxis | | $6,317.51 |
| Employee Meals | | 154.79 |
| Meals – Meetings/Travel | | 2,398.61 |
| Travel | | 23,136.18 |
| **Total Expenses** | | **$32,007.09** |