**EXHIBIT D**

**DETAIL OF HOURS EXPENDED**
**FOR THE PERIOD FEBRUARY 1, 2020 THROUGH FEBRUARY 29, 2020**

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**February 1, 2020 - February 29, 2020**

| Summary of Services Rendered by Project | | |
|---|---|---|
| **Code** | **Project Description** | **Feb-20** |
| 1 | Interface with Professionals, Official Committees, and Other Parties-In-Interest | 619.0 |
| 2 | Business Operations Planning, Monitoring, Reporting and Analysis, and Projections | 6.0 |
| 3 | Preparation and/or Review of Court Filings | -- |
| 4 | Court Testimony/Deposition and Preparation | 48.5 |
| 5 | Valuation Analysis | -- |
| 6 | Capital Structure Review and Analysis | 397.0 |
| 7 | Merger & Acquisition Activity | -- |
| 8 | Financing Including DIP and Exit Financing | 18.0 |
| 9 | General Corporate Finance, Research and Analysis, and Other Due Diligence | 526.0 |
| 10 | Fee Application, Engagement | -- |
| 11 | Employee Retention Program | -- |
| **Total** | | **1,614.5** |

| Summary of Services Rendered by Professional | |
|---|---|
| **Name (Title)** | **Feb-20** |
| Tomer Perry (Managing Director) | 5.0 |
| Ken Ziman (Managing Director) | 213.5 |
| Greg Hort (Director) | 44.0 |
| Eli Silverman (Vice President) | 380.0 |
| Daniel Bier (Associate) | 164.0 |
| Garrett Deutsch (Associate) | 4.0 |
| Dan Katz (Associate) | 136.0 |
| Nathan Mooney (Associate) | 150.8 |
| Matthew Strain (Associate) | 17.5 |
| Liam Fine (Financial Analyst) | 98.0 |
| Kevin Hatch (Financial Analyst) | 79.5 |
| Dan Liotta (Financial Analyst) | 178.3 |
| Katherine Tobeason (Analyst) | 7.0 |
| Scott Belinsky (Analyst) | 137.0 |
| **Total** | **1,614.5** |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**February 1, 2020 - February 29, 2020**

| Tomer Perry (Managing Director) | | | |
|---|---|---|---|
| **Date** | **Description of Work** | **Hours** | **Code** |
| 2/7/20 | Work around post-emergence capital structure and equity financing alternatives | 1 | 6 |
| 2/10/20 | Work around post-emergence capital structure and equity financing alternatives | 2 | 6 |
| 2/26/20 | Work around post-emergence capital structure and equity financing alternatives | 1 | 6 |
| 2/28/20 | Work around post-emergence capital structure and equity financing alternatives | 1 | 6 |
| **Feb-20** | **Monthly Subtotal** | **5.0** | |

| Date | Description of Work | Hours | Code |
|---|---|---|---|
| | **Ken Ziman (Managing Director)** | | |
| 2/3/20 | POR / DS Discussion with Weil | 2.0 | 1 |
| 2/3/20 | Rating Discussion with PWP | 2.0 | 1 |
| 2/3/20 | Ducera Materials Discussion | 2.0 | 1 |
| 2/3/20 | Discussion with Ducera | 0.5 | 1 |
| 2/3/20 | Discussion with Guggenheim | 2.0 | 1 |
| 2/3/20 | Discussion with equity holder advisors | 1.0 | 1 |
| 2/3/20 | Calls with backstop parties | 5.0 | 1 |
| 2/3/20 | Call with Akin (lawyers to Ad Hoc Noteholders) | 1.0 | 1 |
| 2/4/20 | Discussion with equity holder advisors | 1.0 | 1 |
| 2/4/20 | Recurring advisor call | 2.0 | 1 |
| 2/4/20 | Call regarding NOLs with Company | 1.0 | 1 |
| 2/5/20 | Calls with backstop parties | 7.0 | 1 |
| 2/5/20 | POR / DS Discussion with Weil | 1.0 | 1 |
| 2/5/20 | Discussion with equity holder advisors | 1.0 | 1 |
| 2/5/20 | Finance Committee meeting | 2.0 | 1 |
| 2/5/20 | Meeting regarding CPUC Plan testimony | 3.0 | 4 |
| 2/6/20 | Recurring advisor call | 1.0 | 1 |
| 2/6/20 | Discussion with Equity Holder Advisors | 0.5 | 1 |
| 2/6/20 | Calls with banks regarding debt financing | 3.0 | 6 |
| 2/6/20 | Board meeting | 3.0 | 1 |
| 2/6/20 | Discusison with company and Alix regarding monthly cash | 1.0 | 2 |
| 2/7/20 | RAS / RES Discussion | 2.0 | 1 |
| 2/7/20 | Discussion with Equity Holder Advisors | 0.5 | 1 |
| 2/7/20 | Review of backstop with Meridee Moore | 1.0 | 1 |
| 2/7/20 | Discussion regarding Enhanced Enforcement with Munger and management | 2.0 | 1 |
| 2/9/20 | POR / DS Discussion with Weil | 0.5 | 1 |
| 2/9/20 | Call with Guggenheim to review model | 3.0 | 1 |
| 2/9/20 | Call with JPM to review model | 3.0 | 1 |
| 2/10/20 | Calls with backstop parties | 1.0 | 1 |
| 2/10/20 | Financial Package for CPUC | 2.0 | 1 |
| 2/10/20 | Discusison with company and Alix regarding monthly cash | 2.0 | 2 |
| 2/10/20 | Rating Agency Discussion | 2.0 | 1 |
| 2/10/20 | Securitization Accounting Discussion | 2.0 | 1 |
| 2/10/20 | Discussion with Equity Holder Advisors | 2.0 | 1 |
| 2/11/20 | Calls with backstop parties | 1.0 | 1 |
| 2/11/20 | Discusison of Sources / Uses with Alix Partners | 2.0 | 1 |
| 2/12/20 | Calls with backstop parties | 2.0 | 1 |
| 2/12/20 | Discussion of backstop mechanics with Jason Wells | 3.0 | 1 |
| 2/12/20 | Phone Call with UCC Financial Advisors | 2.0 | 1 |
| 2/12/20 | Phone Call with TCC Financial Advisors | 2.0 | 1 |
| 2/12/20 | Discussion with Equity Holder Advisors | 2.0 | 1 |
| 2/12/20 | Discussion regarding Butte DA with Munger and management | 2.0 | 1 |
| 2/13/20 | Discussion of Backstop letter with Cravath | 2.0 | 1 |
| 2/13/20 | Meeting regarding CPUC Plan testimony | 3.0 | 4 |
| 2/13/20 | Recurring advisor call | 0.8 | 1 |
| 2/13/20 | POR / DS Discussion with Weil | 2.0 | 1 |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**February 1, 2020 - February 29, 2020**

| Ken Ziman (Managing Director) | | | |
| --- | --- | --- | --- |
| **Date** | **Description of Work** | **Hours** | **Code** |
| 2/13/20 | Discussion with Equity Holder Advisors | 0.5 | 1 |
| 2/13/20 | Refining of internal models / analyses | 1.5 | 9 |
| 2/13/20 | Calls with backstop parties | 2.0 | 1 |
| 2/14/20 | PCG Long-Term Debt Discussion | 1.0 | 1 |
| 2/14/20 | PCG DS Discussion | 2.0 | 1 |
| 2/14/20 | Discussion with Equity Holder Advisors | 1.0 | 1 |
| 2/14/20 | CPUC/DS/Securitization Discussion | 1.0 | 1 |
| 2/14/20 | Discussion with Equity Holder Advisors | 1.0 | 1 |
| 2/14/20 | Calls with backstop parties | 1.0 | 1 |
| 2/14/20 | Meeting regarding CPUC Plan testimony | 3.0 | 4 |
| 2/14/20 | Call with Weil, Cravath and company regarding backstop letter | 3.0 | 1 |
| 2/15/20 | Discussion with Ducera (CPUC advisor) | 2.0 | 1 |
| 2/15/20 | Call with Weil, Cravath and company regarding backstop letter | 4.0 | 1 |
| 2/16/20 | Securitization Discussion with PJT | 2.0 | 1 |
| 2/16/20 | Financing Committee Call | 3.0 | 1 |
| 2/17/20 | Call with equity advisors regarding backstop commitment letter | 2.0 | 1 |
| 2/17/20 | DS Discussion with PJT | 2.0 | 1 |
| 2/17/20 | Financial Projections Discussion with Knighthead, PJT and | 2.0 | 1 |
| 2/17/20 | Conversations with MTO | 2.0 | 1 |
| 2/17/20 | POR / DS Discussion with Weil | 1.0 | 1 |
| 2/17/20 | Discussion with Equity Holder Advisors | 1.0 | 1 |
| 2/17/20 | Meeting regarding CPUC Plan testimony | 3.0 | 4 |
| 2/17/20 | Preparation for Butte DA Meeting | 1.0 | 1 |
| 2/18/20 | Discussion with Equity Holder Advisors | 1.0 | 1 |
| 2/18/20 | Recurring advisor call | 1.0 | 1 |
| 2/18/20 | Call with Rothschild | 1.0 | 1 |
| 2/18/20 | Meeting regarding CPUC Plan testimony | 3.0 | 4 |
| 2/18/20 | Chapter 11 strategy meeting with management | 1.0 | 1 |
| 2/18/20 | Finance Committee meeting | 3.0 | 1 |
| 2/19/20 | NENI Discussion with Lazard / PJT | 3.0 | 1 |
| 2/19/20 | Financing Sources Discussion | 3.0 | 1 |
| 2/19/20 | Conversation with Backstop Parties | 3.0 | 1 |
| 2/19/20 | Discussion with Equity Holder Advisors | 0.5 | 1 |
| 2/19/20 | Discussion with Barclays | 0.5 | 1 |
| 2/19/20 | Meeting regarding CPUC Plan testimony | 1.0 | 4 |
| 2/20/20 | Conversation with Backstop Parties | 2.0 | 1 |
| 2/20/20 | Forecast and Disclosure Statement Discussion | 1.0 | 1 |
| 2/20/20 | Conversation with Citi | 2.0 | 1 |
| 2/20/20 | TCC Diligence Call | 1.0 | 1 |
| 2/20/20 | Discussion with Equity Holder Advisors | 0.5 | 1 |
| 2/20/20 | Meeting regarding CPUC Plan testimony | 2.0 | 4 |
| 2/21/20 | Discussion with Equity Holder Advisors | 0.5 | 1 |
| 2/21/20 | Credit Ratings Discussion | 0.5 | 1 |
| 2/21/20 | Board meeting | 8.0 | 1 |
| 2/23/20 | Conversation with Backstop Parties | 2.0 | 1 |
| 2/24/20 | Backstop Call | 3.0 | 1 |
| 2/24/20 | POR / DS Discussion with Weil | 2.0 | 1 |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**February 1, 2020 - February 29, 2020**

| Date | Description of Work | Hours | Code |
|------|---------------------|-------|------|
| | **Ken Ziman (Managing Director)** | | |
| 2/25/20 | Recurring advisor call | 0.5 | 1 |
| 2/25/20 | BCL Call with Weil, Cravath and Company | 2.0 | 1 |
| 2/25/20 | Meeting with Simpson Thatcher regarding Backstop | 6.0 | 9 |
| 2/26/20 | Discussion with Equity Holder Advisors | 0.5 | 1 |
| 2/26/20 | POR / DS Discussion with Weil | 2.0 | 1 |
| 2/26/20 | Call with UCC regarding diligence questions | 2.0 | 1 |
| 2/26/20 | Calls with backstop parties | 1.0 | 1 |
| 2/26/20 | Call regarding securitization with Ducera | 1.0 | 1 |
| 2/27/20 | Recurring advisor call | 0.8 | 1 |
| 2/27/20 | Discussion with Equity Holder Advisors | 0.5 | 1 |
| 2/27/20 | Call with PJT | 2.0 | 1 |
| 2/27/20 | Board meeting | 4.0 | 1 |
| 2/28/20 | Call with PJT | 2.0 | 1 |
| 2/28/20 | Call with PJT and Company | 1.0 | 1 |
| 2/28/20 | Call with Cravath | 1.0 | 1 |
| 2/28/20 | Board meeting | 3.0 | 1 |
| 2/28/20 | Wilidifre OII POD Discussion | 3.0 | 1 |
| 2/29/20 | Securitization Discussion with Company | 3.0 | 1 |
| 2/29/20 | Call with Company regarding capital structure | 2.0 | 6 |
| **Feb-20** | **Monthly Subtotal** | **213.5** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**February 1, 2020 - February 29, 2020**

| Greg Hort (Director) | | | |
|---|---|---|---|
| **Date** | **Description of Work** | **Hours** | **Code** |
| 2/1/20 | calls with advisors/management | 1.0 | 1 |
| 2/2/20 | calls with advisors/management | 0.5 | 1 |
| 2/3/20 | calls with advisors/management | 2.0 | 1 |
| 2/4/20 | calls with advisors/management | 2.0 | 1 |
| 2/5/20 | calls with advisors/management | 1.0 | 1 |
| 2/6/20 | calls with advisors/management | 4.0 | 1 |
| 2/7/20 | calls with advisors/management | 1.5 | 1 |
| 2/8/20 | calls with advisors/management | 1.0 | 1 |
| 2/9/20 | calls with advisors/management | 2.0 | 1 |
| 2/10/20 | calls with advisors/management | 2.5 | 1 |
| 2/11/20 | calls with advisors/management | 1.0 | 1 |
| 2/12/20 | calls with advisors/management | 3.0 | 1 |
| 2/13/20 | calls with advisors/management | 2.5 | 1 |
| 2/14/20 | calls with advisors/management | 1.5 | 1 |
| 2/15/20 | calls with advisors/management | 4.0 | 1 |
| 2/16/20 | calls with advisors/management | 2.5 | 1 |
| 2/17/20 | calls with advisors/management | 2.0 | 1 |
| 2/18/20 | calls with advisors/management | 1.0 | 1 |
| 2/19/20 | calls with advisors/management | 1.0 | 1 |
| 2/20/20 | calls with advisors/management | 1.0 | 1 |
| 2/21/20 | calls with advisors/management | 0.0 | 1 |
| 2/22/20 | calls with advisors/management | 1.0 | 1 |
| 2/23/20 | calls with advisors/management | 1.0 | 1 |
| 2/24/20 | calls with advisors/management | 2.0 | 1 |
| 2/25/20 | calls with advisors/management | 1.0 | 1 |
| 2/26/20 | calls with advisors/management | 1.0 | 1 |
| 2/27/20 | calls with advisors/management | 1.0 | 1 |
| **Feb-20** | **Monthly Subtotal** | **44.0** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**February 1, 2020 - February 29, 2020**

| | Eli Silverman (Vice President) | | |
|---|---|---|---|
| **Date** | **Description of Work** | **Hours** | **Code** |
| 2/1/20 | Preparation of discussion materials | 6.0 | 9 |
| 2/2/20 | Preparation of discussion materials | 5.0 | 9 |
| 2/3/20 | Travel to San Francisco for Company | 9.0 | 1 |
| 2/3/20 | POR / DS Discussion with Weil | 2.0 | 1 |
| 2/3/20 | Rating Discussion with PWP | 2.0 | 1 |
| 2/3/20 | Ducera Materials Discussion | 2.0 | 1 |
| 2/3/20 | Discussion with Ducera | 0.5 | 1 |
| 2/3/20 | Discussion with Guggenheim | 2.0 | 1 |
| 2/3/20 | Discussion with equity holder advisors | 1.0 | 1 |
| 2/3/20 | Capital structure analysis | 4.0 | 6 |
| 2/3/20 | Calls with backstop parties | 5.0 | 1 |
| 2/3/20 | Call with Akin (lawyers to Ad Hoc Noteholders) | 1.0 | 1 |
| 2/4/20 | Discussion with equity holder advisors | 1.0 | 1 |
| 2/4/20 | Recurring advisor call | 2.0 | 1 |
| 2/4/20 | Call regarding NOLs with Company | 1.0 | 1 |
| 2/4/20 | Preparation of discussion materials | 12.0 | 9 |
| 2/5/20 | Calls with backstop parties | 7.0 | 1 |
| 2/5/20 | POR / DS Discussion with Weil | 1.0 | 1 |
| 2/5/20 | Preparation of discussion materials | 2.0 | 9 |
| 2/5/20 | Discussion with equity holder advisors | 1.0 | 1 |
| 2/5/20 | Finance Committee meeting | 2.0 | 1 |
| 2/5/20 | Meeting regarding CPUC Plan testimony | 3.0 | 4 |
| 2/6/20 | Recurring advisor call | 1.0 | 1 |
| 2/6/20 | Internal team discussions | 1.5 | 1 |
| 2/6/20 | Exit financing analysis | 5.5 | 8 |
| 2/6/20 | Discussion with Equity Holder Advisors | 0.5 | 1 |
| 2/6/20 | Calls with banks regarding debt financing | 3.0 | 6 |
| 2/6/20 | Board meeting | 3.0 | 1 |
| 2/6/20 | Discusison with company and Alix regarding monthly cash | 1.0 | 2 |
| 2/7/20 | RAS / RES Discussion | 2.0 | 1 |
| 2/7/20 | Discussion with Equity Holder Advisors | 0.5 | 1 |
| 2/7/20 | Capital structure analysis | 1.0 | 6 |
| 2/7/20 | Review of backstop with Meridee Moore | 1.0 | 1 |
| 2/7/20 | Discussion regarding Enhanced Enforcement with Munger and management | 2.0 | 1 |
| 2/7/20 | Travel from San Francisco for Company | 9.0 | 1 |
| 2/8/20 | Internal team discussion | 2.0 | 1 |
| 2/9/20 | Internal team discussion | 2.0 | 1 |
| 2/9/20 | POR / DS Discussion with Weil | 0.5 | 1 |
| 2/9/20 | Call with Guggenheim to review model | 3.0 | 1 |
| 2/9/20 | Call with JPM to review model | 3.0 | 1 |
| 2/9/20 | Travel to San Francisco for Company | 9.0 | 1 |
| 2/10/20 | Calls with backstop parties | 4.0 | 1 |
| 2/10/20 | Financial Package for CPUC | 2.0 | 1 |
| 2/10/20 | Discusison with company and Alix regarding monthly cash modeling | 2.0 | 2 |
| 2/10/20 | Rating Agency Discussion | 2.0 | 1 |

| Eli Silverman (Vice President) | | |
|---|---|---|
| **Date** | **Description of Work** | **Hours** | **Code** |
| 2/10/20 | Securitization Accounting Discussion | 2.0 | 1 |
| 2/10/20 | Discussion with Equity Holder Advisors | 2.0 | 1 |
| 2/10/20 | Refining of internal models / analyses | 3.0 | 9 |
| 2/11/20 | Calls with backstop parties | 4.0 | 1 |
| 2/11/20 | Refining of internal models / analyses | 5.0 | 9 |
| 2/11/20 | Discusison of Sources / Uses with Alix Partners | 2.0 | 1 |
| 2/12/20 | Calls with backstop parties | 4.0 | 1 |
| 2/12/20 | Discussion of backstop mechanics with Jason Wells | 3.0 | 1 |
| 2/12/20 | Phone Call with UCC Financial Advisors | 2.0 | 1 |
| 2/12/20 | Phone Call with TCC Financial Advisors | 2.0 | 1 |
| 2/12/20 | Discussion with Equity Holder Advisors | 2.0 | 1 |
| 2/12/20 | Refining of internal models / analyses | 2.5 | 9 |
| 2/12/20 | Discussion regarding Butte DA with Munger and management | 2.0 | 1 |
| 2/13/20 | Discussion of Backstop letter with Cravath | 2.0 | 1 |
| 2/13/20 | Meeting regarding CPUC Plan testimony | 3.0 | 4 |
| 2/13/20 | Recurring advisor call | 0.8 | 1 |
| 2/13/20 | POR / DS Discussion with Weil | 2.0 | 1 |
| 2/13/20 | Discussion with Equity Holder Advisors | 0.5 | 1 |
| 2/13/20 | Refining of internal models / analyses | 1.5 | 9 |
| 2/13/20 | Calls with backstop parties | 7.0 | 1 |
| 2/14/20 | PCG Long-Term Debt Discussion | 1.0 | 1 |
| 2/14/20 | PCG DS Discussion | 2.0 | 1 |
| 2/14/20 | Discussion with Equity Holder Advisors | 1.0 | 1 |
| 2/14/20 | CPUC/DS/Securitization Discussion | 1.0 | 1 |
| 2/14/20 | Discussion with Equity Holder Advisors | 1.0 | 1 |
| 2/14/20 | Internal Discussion | 1.0 | 1 |
| 2/14/20 | Calls with backstop parties | 4.0 | 1 |
| 2/14/20 | Meeting regarding CPUC Plan testimony | 3.0 | 4 |
| 2/14/20 | Call with Weil, Cravath and company regarding backstop letter | 3.0 | 1 |
| 2/14/20 | Travel from San Francisco for Company | 3.0 | 1 |
| 2/15/20 | Discussion with Ducera (CPUC advisor) | 2.0 | 1 |
| 2/15/20 | Call with Weil, Cravath and company regarding backstop letter | 4.0 | 1 |
| 2/15/20 | Preparation of Board Materials | 4.0 | 9 |
| 2/16/20 | Preparation of Board Materials | 3.0 | 9 |
| 2/16/20 | Securitization Discussion with PJT | 2.0 | 1 |
| 2/16/20 | Internal Discussion | 2.0 | 1 |
| 2/16/20 | Financing Committee Call | 3.0 | 1 |
| 2/17/20 | Call with equity advisors regarding backstop commitment letter | 2.0 | 1 |
| 2/17/20 | DS Discussion with PJT | 2.0 | 1 |
| 2/17/20 | Financial Projections Discussion with Knighthead, PJT and | 2.0 | 1 |
| 2/17/20 | Conversations with MTO | 2.0 | 1 |
| 2/17/20 | POR / DS Discussion with Weil | 1.0 | 1 |
| 2/17/20 | Discussion with Equity Holder Advisors | 1.0 | 1 |
| 2/17/20 | Compilation of BCL Materials | 2.0 | 4 |
| 2/17/20 | Meeting regarding CPUC Plan testimony | 3.0 | 4 |
| 2/17/20 | Preparation for Butte DA Meeting | 1.0 | 1 |
| 2/18/20 | Discussion with Equity Holder Advisors | 1.0 | 1 |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**February 1, 2020 - February 29, 2020**

| Eli Silverman (Vice President) | | | |
|---|---|---|---|
| Date | Description of Work | Hours | Code |
| 2/18/20 | Recurring advisor call | 1.0 | 1 |
| 2/18/20 | Call with Rothschild | 1.0 | 1 |
| 2/18/20 | Preparation / Creation of Discussion Materials for Committee | 2.0 | 1 |
| 2/18/20 | Meeting regarding CPUC Plan testimony | 3.0 | 4 |
| 2/18/20 | Chapter 11 strategy meeting with management | 1.0 | 1 |
| 2/18/20 | Finance Committee meeting | 3.0 | 1 |
| 2/19/20 | Preparation / Creation of Discussion Materials for Committee | 3.0 | 1 |
| 2/19/20 | NENI Discussion with Lazard / PJT | 3.0 | 1 |
| 2/19/20 | Financing Sources Discussion | 3.0 | 1 |
| 2/19/20 | Conversation with Backstop Parties | 3.0 | 1 |
| 2/19/20 | Discussion with Equity Holder Advisors | 0.5 | 1 |
| 2/19/20 | Discussion with Barclays | 0.5 | 1 |
| 2/19/20 | Meeting regarding CPUC Plan testimony | 1.0 | 4 |
| 2/20/20 | Conversation with Backstop Parties | 3.0 | 1 |
| 2/20/20 | Forecast and Disclosure Statement Discussion | 1.0 | 1 |
| 2/20/20 | Conversation with Citi | 2.0 | 1 |
| 2/20/20 | TCC Diligence Call | 1.0 | 1 |
| 2/20/20 | Discussion with Equity Holder Advisors | 0.5 | 1 |
| 2/20/20 | Internal Discussion | 0.5 | 1 |
| 2/20/20 | Backstop Analysis | 6.0 | 6 |
| 2/20/20 | Meeting regarding CPUC Plan testimony | 2.0 | 4 |
| 2/21/20 | Discussion with Equity Holder Advisors | 0.5 | 1 |
| 2/21/20 | Internal Discussion | 0.5 | 1 |
| 2/21/20 | Credit Ratings Discussion | 0.5 | 1 |
| 2/21/20 | Board meeting | 8.0 | 1 |
| 2/23/20 | Conversation with Backstop Parties | 4.0 | 1 |
| 2/24/20 | Backstop Call | 3.0 | 1 |
| 2/24/20 | POR / DS Discussion with Weil | 2.0 | 1 |
| 2/24/20 | Backstop Analysis and Material Creation | 3.0 | 6 |
| 2/25/20 | Creation of Materials for Guggenheim | 3.0 | 9 |
| 2/25/20 | Recurring advisor call | 0.5 | 1 |
| 2/25/20 | BCL Call with Weil, Cravath and Company | 2.0 | 1 |
| 2/25/20 | Creation of Materials for Finance Committee | 6.0 | 9 |
| 2/25/20 | Meeting with Simpson Thatcher regarding Backstop | 6.0 | 9 |
| 2/26/20 | Discussion with Equity Holder Advisors | 0.5 | 1 |
| 2/26/20 | POR / DS Discussion with Weil | 2.0 | 1 |
| 2/26/20 | Creation of Board Materials | 8.0 | 9 |
| 2/26/20 | Call with UCC regarding diligence questions | 2.0 | 1 |
| 2/26/20 | Calls with backstop parties | 3.0 | 1 |
| 2/26/20 | Call regarding securitization with Ducera | 1.0 | 1 |
| 2/27/20 | Creation of Board Materials | 6.0 | 9 |
| 2/27/20 | Backstop Analysis | 3.0 | 6 |
| 2/27/20 | Recurring advisor call | 0.8 | 1 |
| 2/27/20 | Discussion with Equity Holder Advisors | 0.5 | 1 |
| 2/27/20 | Call with PJT | 2.0 | 1 |
| 2/27/20 | Board meeting | 4.0 | 1 |
| 2/28/20 | Backstop Analysis / Materials for Board | 3.0 | 6 |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**February 1, 2020 - February 29, 2020**

| Eli Silverman (Vice President) | | | |
|---|---|---|---|
| **Date** | **Description of Work** | **Hours** | **Code** |
| 2/28/20 | Call with PJT | 2.0 | 1 |
| 2/28/20 | Call with PJT and Company | 1.0 | 1 |
| 2/28/20 | Call with Cravath | 1.0 | 1 |
| 2/28/20 | Creation of Board Materials | 5.0 | 9 |
| 2/28/20 | Call regarding NENI with internal team | 3.0 | 1 |
| 2/28/20 | Board meeting | 3.0 | 1 |
| 2/28/20 | Wilidifre OII POD Discussion | 3.0 | 1 |
| 2/29/20 | Securitization Discussion with Company | 3.0 | 1 |
| 2/29/20 | Call with Company regarding capital structure | 2.0 | 6 |
| **Feb-20** | **Monthly Subtotal** | **380.0** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**February 1, 2020 - February 29, 2020**

| Date | Description of Work | Hours | Code |
|------|---------------------|-------|------|
| | **Daniel Bier (Associate)** | | |
| 2/3/20 | Credit metrics analysis | 6.0 | 6 |
| 2/4/20 | Credit metrics analysis | 8.0 | 6 |
| 2/5/20 | Model updates and credit metrics analysis | 8.0 | 6 |
| 2/6/20 | Model updates and credit metrics analysis | 8.0 | 6 |
| 2/7/20 | Model updates and credit metrics analysis | 7.0 | 6 |
| 2/10/20 | Financing Analysis | 6.0 | 6 |
| 2/11/20 | Model review and credit metrics analysis | 7.0 | 6 |
| 2/12/20 | Model review and credit metrics analysis | 9.0 | 6 |
| 2/13/20 | Model review and credit metrics analysis | 9.0 | 6 |
| 2/14/20 | Model review and credit metrics analysis | 9.0 | 6 |
| 2/15/20 | Evaluation of securitization structures | 9.0 | 6 |
| 2/16/20 | Evaluation of securitization structures | 9.0 | 6 |
| 2/17/20 | Credit metrics analysis | 9.0 | 6 |
| 2/18/20 | Model updates and credit metrics analysis | 9.0 | 6 |
| 2/19/20 | securitization structures | 6.0 | 6 |
| 2/20/20 | Model Updates | 9.0 | 6 |
| 2/21/20 | Evaluation of securitization structures | 9.0 | 6 |
| 2/24/20 | Model Updates | 4.0 | 6 |
| 2/25/20 | Securitization structuring | 4.0 | 6 |
| 2/26/20 | Securitization structuring | 4.0 | 6 |
| 2/27/20 | Securitization structuring | 6.0 | 6 |
| 2/28/20 | Securitization structuring | 6.0 | 6 |
| 2/29/20 | Business plan updates | 3.0 | 6 |
| **Feb-20** | **Monthly Subtotal** | **164.0** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**February 1, 2020 - February 29, 2020**

| Garrett Deutsch (Associate) | | | |
|---|---|---|---|
| **Date** | **Description of Work** | **Hours** | **Code** |
| 2/7/20 | Work around post-emergence capital structure and equity financing alternatives | 1.0 | 6 |
| 2/28/20 | Work around post-emergence capital structure and equity financing alternatives | 3.0 | 6 |
| **Feb-20** | **Monthly Subtotal** | **4.0** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**February 1, 2020 - February 29, 2020**

| Date | Description of Work | Hours | Code |
|------|---------------------|-------|------|
| | **Dan Katz (Associate)** | | |
| 2/3/20 | Credit metrics analysis | 6.0 | 6 |
| 2/4/20 | Credit metrics analysis | 6.0 | 6 |
| 2/5/20 | Model review and credit metrics analysis | 5.0 | 6 |
| 2/6/20 | Financing Analysis | 9.0 | 6 |
| 2/7/20 | Securitization structuring | 6.0 | 6 |
| 2/10/20 | Financing Analysis | 6.0 | 6 |
| 2/11/20 | Model review and credit metrics analysis | 6.0 | 6 |
| 2/12/20 | Securitization structuring | 7.0 | 6 |
| 2/13/20 | Credit metrics analysis | 6.0 | 6 |
| 2/14/20 | Credit metrics analysis | 5.0 | 6 |
| 2/15/20 | Evaluation of securitization structures | 6.0 | 6 |
| 2/16/20 | Evaluation of securitization structures | 5.0 | 6 |
| 2/17/20 | Credit metrics analysis | 7.0 | 6 |
| 2/18/20 | Model review and credit metrics analysis | 7.0 | 6 |
| 2/19/20 | Evaluation of securitization structures | 6.0 | 6 |
| 2/20/20 | Model Cleanup | 6.0 | 6 |
| 2/21/20 | Evaluation of securitization structures | 6.0 | 6 |
| 2/24/20 | Model Cleanup | 6.0 | 6 |
| 2/25/20 | Securitization structuring | 4.0 | 6 |
| 2/26/20 | Securitization structuring | 4.0 | 6 |
| 2/27/20 | Securitization structuring | 6.0 | 6 |
| 2/28/20 | Securitization structuring | 6.0 | 6 |
| 2/29/20 | Review Taxes and business plan | 5.0 | 6 |
| **Feb-20** | **Monthly Subtotal** | **136.0** | |

**Nathan Mooney (Associate)**

| Date | Description of Work | Hours | Code |
|------|--------------------|-------|------|
| 2/1/20 | Preparation of discussion materials | 4.0 | 9 |
| 2/2/20 | Preparation of discussion materials | 5.0 | 9 |
| 2/3/20 | POR / DS Discussion with Weil | 0.5 | 1 |
| 2/3/20 | Rating Discussion with PWP | 0.5 | 1 |
| 2/3/20 | Ducera Materials Discussion | 0.5 | 1 |
| 2/3/20 | Discussion with Ducera | 0.5 | 1 |
| 2/3/20 | Discussion with Guggenheim | 0.5 | 1 |
| 2/3/20 | Discussion with equity holder advisors | 0.5 | 1 |
| 2/3/20 | Capital structure analysis | 4.0 | 6 |
| 2/4/20 | Discussion with equity holder advisors | 0.5 | 1 |
| 2/4/20 | Recurring advisor call | 0.8 | 1 |
| 2/4/20 | Preparation of discussion materials | 11.5 | 9 |
| 2/5/20 | POR / DS Discussion with Weil | 0.5 | 1 |
| 2/5/20 | Preparation of discussion materials | 2.0 | 9 |
| 2/5/20 | Discussion with equity holder advisors | 0.5 | 1 |
| 2/6/20 | Recurring advisor call | 0.8 | 1 |
| 2/6/20 | Internal team discussions | 1.5 | 1 |
| 2/6/20 | Exit financing analysis | 5.5 | 8 |
| 2/6/20 | Discussion with Equity Holder Advisors | 0.5 | 1 |
| 2/7/20 | RAS / RES Discussion | 0.5 | 1 |
| 2/7/20 | Discussion with Equity Holder Advisors | 0.5 | 1 |
| 2/7/20 | Capital structure analysis | 1.0 | 6 |
| 2/8/20 | Internal team discussion | 0.5 | 1 |
| 2/9/20 | Internal team discussion | 2.0 | 1 |
| 2/9/20 | POR / DS Discussion with Weil | 0.5 | 1 |
| 2/10/20 | Financial Package for CPUC | 1.0 | 1 |
| 2/10/20 | Rating Agency Discussion | 1.0 | 1 |
| 2/10/20 | Securitization Accounting Discussion | 1.0 | 1 |
| 2/10/20 | Discussion with Equity Holder Advisors | 0.5 | 1 |
| 2/10/20 | Refining of internal models / analyses | 2.0 | 9 |
| 2/11/20 | Travel to San Francisco for Company | 9.0 | 1 |
| 2/12/20 | Phone Call with UCC Financial Advisors | 2.0 | 1 |
| 2/12/20 | Phone Call with TCC Financial Advisors | 2.0 | 1 |
| 2/12/20 | Discussion with Equity Holder Advisors | 0.5 | 1 |
| 2/12/20 | Refining of internal models / analyses | 2.5 | 9 |
| 2/13/20 | Travel from San Francisco for Company | 9.0 | 1 |
| 2/13/20 | Recurring advisor call | 0.8 | 1 |
| 2/13/20 | POR / DS Discussion with Weil | 0.5 | 1 |
| 2/13/20 | Discussion with Equity Holder Advisors | 0.5 | 1 |
| 2/13/20 | Refining of internal models / analyses | 1.5 | 9 |
| 2/14/20 | PCG Long-Term Debt Discussion | 0.5 | 1 |
| 2/14/20 | PCG DS Discussion | 1.0 | 1 |
| 2/14/20 | Discussion with Equity Holder Advisors | 0.5 | 1 |
| 2/14/20 | CPUC/DS/Securitization Discussion | 0.5 | 1 |
| 2/14/20 | Discussion with Equity Holder Advisors | 0.5 | 1 |
| 2/14/20 | Internal Discussion | 0.5 | 1 |
| 2/15/20 | Preparation of Board Materials | 1.0 | 9 |
| 2/16/20 | Preparation of Board Materials | 2.0 | 9 |
| 2/16/20 | Securitization Discussion with PJT | 1.0 | 1 |
| 2/17/20 | DS Discussion with PJT | 1.0 | 1 |

**Nathan Mooney (Associate)**

| Date | Description of Work | Hours | Code |
|---|---|---|---|
| 2/17/20 | Financial Projections Discussion with Knighthead, PJT and Comp | 1.0 | 1 |
| 2/17/20 | Conversations with MTO | 2.0 | 1 |
| 2/17/20 | POR / DS Discussion with Weil | 0.5 | 1 |
| 2/17/20 | Discussion with Equity Holder Advisors | 0.5 | 1 |
| 2/17/20 | Compilation of BCL Materials | 1.0 | 4 |
| 2/18/20 | Discussion with Equity Holder Advisors | 0.5 | 1 |
| 2/18/20 | Recurring advisor call | 0.8 | 1 |
| 2/18/20 | Call with Rothschild | 0.5 | 1 |
| 2/18/20 | Preparation / Creation of Discussion Materials for Committee | 1.0 | 1 |
| 2/19/20 | Preparation / Creation of Discussion Materials for Committee | 1.0 | 1 |
| 2/19/20 | NENI Discussion with Lazard / PJT | 0.5 | 1 |
| 2/19/20 | Financing Sources Discussion | 0.5 | 1 |
| 2/19/20 | Conversation with Backstop Party | 0.5 | 1 |
| 2/19/20 | Discussion with Equity Holder Advisors | 0.5 | 1 |
| 2/19/20 | Discussion with Barclays | 0.5 | 1 |
| 2/20/20 | Forecast and Disclosure Statement Discussion | 0.5 | 1 |
| 2/20/20 | Conversation with Citi | 0.5 | 1 |
| 2/20/20 | TCC Diligence Call | 0.5 | 1 |
| 2/20/20 | Discussion with Equity Holder Advisors | 0.5 | 1 |
| 2/20/20 | Internal Discussion | 0.5 | 1 |
| 2/20/20 | Backstop Analysis | 6.0 | 6 |
| 2/21/20 | Discussion with Equity Holder Advisors | 0.5 | 1 |
| 2/21/20 | Internal Discussion | 0.5 | 1 |
| 2/21/20 | Credit Ratings Discussion | 0.5 | 1 |
| 2/24/20 | Backstop Call | 0.5 | 1 |
| 2/24/20 | POR / DS Discussion with Weil | 0.5 | 1 |
| 2/24/20 | Backstop Analysis and Material Creation | 2.0 | 6 |
| 2/25/20 | Creation of Materials for Guggenheim | 2.0 | 9 |
| 2/25/20 | Recurring advisor call | 0.5 | 1 |
| 2/25/20 | BCL Call with Weil, Cravath and Company | 0.5 | 1 |
| 2/25/20 | Creation of Materials for Finance Committee | 10.0 | 9 |
| 2/26/20 | PG&E Debt Cost Call with Jenner | 0.5 | 1 |
| 2/26/20 | Discussion with Equity Holder Advisors | 0.5 | 1 |
| 2/26/20 | POR / DS Discussion with Weil | 0.5 | 1 |
| 2/26/20 | Creation of Board Materials | 8.0 | 9 |
| 2/27/20 | Creation of Board Materials | 6.0 | 9 |
| 2/27/20 | Backstop Analysis | 0.5 | 6 |
| 2/27/20 | Recurring advisor call | 0.8 | 1 |
| 2/27/20 | Discussion with Equity Holder Advisors | 0.5 | 1 |
| 2/27/20 | Call with PJT | 0.5 | 1 |
| 2/28/20 | Backstop Analysis / Materials for Board | 1.5 | 6 |
| 2/28/20 | Call with PJT | 0.5 | 1 |
| 2/28/20 | Call with PJT and Company | 0.5 | 1 |
| 2/28/20 | Call with Cravath | 0.5 | 1 |
| 2/28/20 | Creation of Board Materials | 5.0 | 9 |
| 2/28/20 | Wilidifre OII POD Discussion | 0.5 | 1 |
| **Feb-20** | **Monthly Subtotal** | **150.8** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**February 1, 2020 - February 29, 2020**

| Matthew Strain (Associate) | | | |
|---|---|---|---|
| **Date** | **Description of Work** | **Hours** | **Code** |
| 2/3/20 | POR model audit | 5.0 | 9 |
| 2/5/20 | UI Run call | 2.0 | 4 |
| 2/7/20 | Securitization call with Company | 2.0 | 4 |
| 2/8/20 | POR Modeling for Guggneheim | 4.0 | 9 |
| 2/9/20 | POR Model cal with Guggnheim | 2.0 | 4 |
| 2/17/20 | POR DS call with PJT | 1.5 | 4 |
| 2/17/20 | POR DS call with PJT and KH | 1.0 | 4 |
| **Feb-20** | **Monthly Subtotal** | **17.5** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**February 1, 2020 - February 29, 2020**

| | Liam Fine (Financial Analyst) | | |
|---|---|---|---|
| **Date** | **Description of Work** | **Hours** | **Code** |
| 2/3/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 3.0 | 9 |
| 2/4/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 2.0 | 9 |
| 2/5/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 8.0 | 9 |
| 2/6/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 6.0 | 9 |
| 2/7/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 10.0 | 9 |
| 2/9/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 2.0 | 9 |
| 2/10/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 10.0 | 9 |
| 2/11/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 8.0 | 9 |
| 2/12/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 4.0 | 9 |
| 2/13/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 6.0 | 9 |
| 2/14/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 9.0 | 9 |
| 2/16/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 4.0 | 9 |
| 2/18/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 8.0 | 9 |
| 2/19/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 2.0 | 9 |
| 2/20/20 | Comparable Company Credit Metric Research | 2.0 | 9 |
| 2/21/20 | Comparable Company Credit Metric Research | 5.0 | 9 |
| 2/24/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 2.0 | 9 |
| 2/25/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 1.0 | 9 |
| 2/26/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 2.0 | 9 |
| 2/27/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 2.0 | 9 |
| 2/28/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 2.0 | 9 |
| **Feb-20** | **Monthly Subtotal** | **98.0** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**February 1, 2020 - February 29, 2020**

| Date | Description of Work | Hours | Code |
|------|---------------------|-------|------|
| **Kevin Hatch (Financial Analyst)** | | | |
| 2/1/20 | Preparation of discussion materials | 12.0 | 9 |
| 2/2/20 | Preparation of discussion materials | 10.0 | 9 |
| 2/3/20 | POR / DS Discussion with Weil | 0.5 | 1 |
| 2/3/20 | Discussion with equity holder advisors | 0.5 | 1 |
| 2/3/20 | Capital structure analysis | 9.0 | 6 |
| 2/4/20 | Discussion with equity holder advisors | 0.5 | 1 |
| 2/4/20 | Preparation of discussion materials | 11.5 | 9 |
| 2/5/20 | POR / DS Discussion with Weil | 0.5 | 1 |
| 2/5/20 | Preparation of discussion materials | 9.0 | 9 |
| 2/5/20 | Discussion with equity holder advisors | 0.5 | 1 |
| 2/6/20 | Exit financing analysis | 3.5 | 8 |
| 2/6/20 | Discussion with equity holder advisors | 0.5 | 1 |
| 2/7/20 | Capital structure analysis | 5.0 | 6 |
| 2/8/20 | Internal team discussion | 0.5 | 1 |
| 2/9/20 | Internal team discussion | 2.0 | 1 |
| 2/10/20 | POR / DS Discussion with Weil | 0.5 | 1 |
| 2/10/20 | Discussion with equity holder advisors | 0.5 | 1 |
| 2/10/20 | Refining of internal models / analyses | 2.0 | 9 |
| 2/11/20 | Discussion with equity holder advisors | 0.5 | 1 |
| 2/11/20 | Refining of internal models / analyses | 3.5 | 9 |
| 2/12/20 | Discussion with equity holder advisors | 0.5 | 1 |
| 2/12/20 | Refining of internal models / analyses | 2.5 | 9 |
| 2/13/20 | Discussion with equity holder advisors | 0.5 | 1 |
| 2/13/20 | Refining of internal models / analyses | 1.5 | 9 |
| 2/14/20 | Hours preparation | 2.0 | 9 |
| **Feb-20** | **Monthly Subtotal** | **79.5** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**February 1, 2020 - February 29, 2020**

| Dan Liotta (Financial Analyst) | | | |
|---|---|---|---|
| **Date** | **Description of Work** | **Hours** | **Code** |
| 2/1/20 | Preparation of discussion materials | 8.5 | 9 |
| 2/2/20 | Preparation of discussion materials | 6.0 | 9 |
| 2/3/20 | POR / DS Discussion with Weil | 0.5 | 1 |
| 2/3/20 | Rating Discussion with PWP | 0.5 | 1 |
| 2/3/20 | Ducera Materials Discussion | 0.5 | 1 |
| 2/3/20 | Discussion with Ducera | 0.5 | 1 |
| 2/3/20 | Discussion with Guggenheim | 0.5 | 1 |
| 2/3/20 | Discussion with equity holder advisors | 0.5 | 1 |
| 2/3/20 | Capital structure analysis | 9.0 | 6 |
| 2/4/20 | Discussion with equity holder advisors | 0.5 | 1 |
| 2/4/20 | Recurring advisor call | 0.8 | 1 |
| 2/4/20 | Preparation of discussion materials | 11.5 | 9 |
| 2/5/20 | POR / DS Discussion with Weil | 0.5 | 1 |
| 2/5/20 | Preparation of discussion materials | 9.0 | 9 |
| 2/5/20 | Discussion with equity holder advisors | 0.5 | 1 |
| 2/6/20 | Recurring advisor call | 0.8 | 1 |
| 2/6/20 | Internal team discussions | 1.5 | 1 |
| 2/6/20 | Exit financing analysis | 3.5 | 8 |
| 2/6/20 | Discussion with Equity Holder Advisors | 0.5 | 1 |
| 2/7/20 | RAS / RES Discussion | 0.5 | 1 |
| 2/7/20 | Discussion with Equity Holder Advisors | 0.5 | 1 |
| 2/7/20 | Capital structure analysis | 4.0 | 6 |
| 2/8/20 | Internal team discussion | 0.5 | 1 |
| 2/9/20 | Internal team discussion | 2.0 | 1 |
| 2/9/20 | POR / DS Discussion with Weil | 0.5 | 1 |
| 2/10/20 | Financial Package for CPUC | 1.0 | 1 |
| 2/10/20 | Rating Agency Discussion | 1.0 | 1 |
| 2/10/20 | Securitization Accounting Discussion | 1.0 | 1 |
| 2/10/20 | Discussion with Equity Holder Advisors | 0.5 | 1 |
| 2/10/20 | Refining of internal models / analyses | 2.0 | 9 |
| 2/11/20 | Travel to San Francisco | 9.0 | 1 |
| 2/12/20 | Phone Call with UCC Financial Advisors | 2.0 | 1 |
| 2/12/20 | Phone Call with TCC Financial Advisors | 2.0 | 1 |
| 2/12/20 | Discussion with Equity Holder Advisors | 0.5 | 1 |
| 2/12/20 | Refining of internal models / analyses | 2.5 | 9 |
| 2/13/20 | Travel to New York from San Francisco | 9.0 | 1 |
| 2/13/20 | Recurring advisor call | 0.8 | 1 |
| 2/13/20 | POR / DS Discussion with Weil | 0.5 | 1 |
| 2/13/20 | Discussion with Equity Holder Advisors | 0.5 | 1 |
| 2/13/20 | Refining of internal models / analyses | 1.5 | 9 |
| 2/14/20 | PCG Long-Term Debt Discussion | 0.5 | 1 |
| 2/14/20 | PCG DS Discussion | 1.0 | 1 |
| 2/14/20 | Discussion with Equity Holder Advisors | 0.5 | 1 |
| 2/14/20 | CPUC/DS/Securitization Discussion | 0.5 | 1 |
| 2/14/20 | Discussion with Equity Holder Advisors | 0.5 | 1 |
| 2/14/20 | Internal Discussion | 0.5 | 1 |
| 2/15/20 | Preparation of Board Materials | 5.0 | 9 |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**February 1, 2020 - February 29, 2020**

| Dan Liotta (Financial Analyst) | | | |
|---|---|---|---|
| **Date** | **Description of Work** | **Hours** | **Code** |
| 2/16/20 | Preparation of Board Materials | 2.0 | 9 |
| 2/16/20 | Securitization Discussion with PJT | 1.0 | 1 |
| 2/17/20 | DS Discussion with PJT | 1.0 | 1 |
| 2/17/20 | Financial Projections Discussion with Knighthead, PJT and Comp | 1.0 | 1 |
| 2/17/20 | Conversations with MTO | 2.0 | 1 |
| 2/17/20 | POR / DS Discussion with Weil | 0.5 | 1 |
| 2/17/20 | Discussion with Equity Holder Advisors | 0.5 | 1 |
| 2/17/20 | Compilation of BCL Materials | 1.0 | 4 |
| 2/18/20 | Discussion with Equity Holder Advisors | 0.5 | 1 |
| 2/18/20 | Recurring advisor call | 0.8 | 1 |
| 2/18/20 | Call with Rothschild | 0.5 | 1 |
| 2/18/20 | Preparation / Creation of Discussion Materials for Committee | 4.0 | 1 |
| 2/19/20 | Preparation / Creation of Discussion Materials for Committee | 3.0 | 1 |
| 2/19/20 | NENI Discussion with Lazard / PJT | 0.5 | 1 |
| 2/19/20 | Financing Sources Discussion | 0.5 | 1 |
| 2/19/20 | Conversation with Backstop Party | 0.5 | 1 |
| 2/19/20 | Discussion with Equity Holder Advisors | 0.5 | 1 |
| 2/19/20 | Discussion with Barclays | 0.5 | 1 |
| 2/20/20 | Forecast and Disclosure Statement Discussion | 0.5 | 1 |
| 2/20/20 | Conversation with Citi | 0.5 | 1 |
| 2/20/20 | TCC Diligence Call | 0.5 | 1 |
| 2/20/20 | Discussion with Equity Holder Advisors | 0.5 | 1 |
| 2/20/20 | Internal Discussion | 0.5 | 1 |
| 2/20/20 | Backstop Analysis | 5.0 | 6 |
| 2/21/20 | Discussion with Equity Holder Advisors | 0.5 | 1 |
| 2/21/20 | Internal Discussion | 0.5 | 1 |
| 2/21/20 | Credit Ratings Discussion | 0.5 | 1 |
| 2/24/20 | Backstop Call | 0.5 | 1 |
| 2/24/20 | POR / DS Discussion with Weil | 0.5 | 1 |
| 2/24/20 | Backstop Analysis and Material Creation | 2.0 | 6 |
| 2/25/20 | Creation of Materials for Guggenheim | 7.0 | 9 |
| 2/25/20 | Recurring advisor call | 0.5 | 1 |
| 2/25/20 | BCL Call with Weil, Cravath and Company | 0.5 | 1 |
| 2/25/20 | Creation of Materials for Finance Committee | 10.0 | 9 |
| 2/26/20 | PG&E Debt Cost Call with Jenner | 0.5 | 1 |
| 2/26/20 | Discussion with Equity Holder Advisors | 0.5 | 1 |
| 2/26/20 | POR / DS Discussion with Weil | 0.5 | 1 |
| 2/26/20 | Creation of Board Materials | 2.0 | 9 |
| 2/27/20 | Creation of Board Materials | 10.0 | 9 |
| 2/27/20 | Backstop Analysis | 0.5 | 6 |
| 2/27/20 | Recurring advisor call | 0.8 | 1 |
| 2/27/20 | Discussion with Equity Holder Advisors | 0.5 | 1 |
| 2/27/20 | Call with PJT | 0.5 | 1 |
| 2/28/20 | Backstop Analysis / Materials for Board | 1.5 | 6 |
| 2/28/20 | Call with PJT | 0.5 | 1 |
| 2/28/20 | Call with PJT and Company | 0.5 | 1 |
| 2/28/20 | Call with Cravath | 0.5 | 1 |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**February 1, 2020 - February 29, 2020**

| Date | Description of Work | Hours | Code |
|------|---------------------|-------|------|
| **Dan Liotta (Financial Analyst)** | | | |
| 2/28/20 | Creation of Board Materials | 3.0 | 9 |
| 2/28/20 | Wilidifre OII POD Discussion | 0.5 | 1 |
| **Feb-20** | **Monthly Subtotal** | **178.3** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**February 1, 2020 - February 29, 2020**

| Katherine Tobeason (Analyst) | | | |
|---|---|---|---|
| **Date** | **Description of Work** | **Hours** | **Code** |
| 2/7/20 | Work around post-emergence capital structure and equity | 2.0 | 6 |
| 2/28/20 | Work around post-emergence capital structure and equity | 5.0 | 6 |
| **Feb-20** | **Monthly Subtotal** | **7.0** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**February 1, 2020 - February 29, 2020**

| Date | Description of Work | Hours | Code |
|---|---|---|---|
| | **Scott Belinsky (Financial Analyst)** | | |
| 2/3/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 6.0 | 9 |
| 2/4/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 6.0 | 9 |
| 2/5/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 7.0 | 9 |
| 2/6/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 8.0 | 9 |
| 2/7/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 10.0 | 9 |
| 2/9/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 4.0 | 9 |
| 2/10/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 8.0 | 9 |
| 2/11/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 6.0 | 9 |
| 2/12/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 8.0 | 9 |
| 2/13/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 7.0 | 9 |
| 2/14/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 10.0 | 9 |
| 2/16/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 6.0 | 9 |
| 2/18/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 8.0 | 9 |
| 2/19/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 6.0 | 9 |
| 2/20/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 5.0 | 9 |
| 2/21/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 7.0 | 9 |
| 2/24/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 4.0 | 9 |
| 2/25/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 6.0 | 9 |
| 2/26/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 4.0 | 9 |
| 2/27/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 5.0 | 9 |
| 2/28/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 6.0 | 9 |
| **Feb-20** | **Monthly Subtotal** | **137.0** | |