**EXHIBIT E**

**DETAIL OF EXPENSES**
**FOR THE PERIOD FEBRUARY 1, 2020 THROUGH FEBRUARY 29, 2020**

**PG&E Corporation**
**Monthly Fee Statement**
**Lazard Frères & Co.  LLC**

**February 1, 2020  -  February 29, 2020**

**Fee Calculation**

| Item | Amount Incurred |
|---|---:|
| Monthly Fee: February 1, 2020 - February 29, 2020 | $300,000.00 [1] |
| **TOTAL** | **$300,000.00** |

**Summary of Out-of-Pocket Expenses** [2]

| Item | Amount Incurred |
|---|---:|
| Car Services and Taxis | $6,317.51 |
| Employee Meals | 154.79 |
| Meals-Meetings/Travel | 2,398.61 |
| Travel | 23,136.18 |
| **TOTAL** | **$32,007.09** |

---

[1] Lazard's retention was approved pursuant to the terms and conditions set forth in the engagement letter dated January 4, 2019 (the "Engagement Letter"), as limited or modfied by the Retention Order [Dkt. No. 2229].

[2] Additional expense detail will be furnished upon request.

**DEAL ACTIVITY - Open item balance**
**ALL EXPENSES**
**NYC06350-PG&E**
**Currency: USD - US Dollar**
**Execution Date: 04/28/2020**

| Account Description | Posting Date | Employee Name | Description | Amount |
|---|---|---|---|---|
| Travel - Air | 3/3/2020 | Dan Liotta | Flt JFK/SFO RT coach 02/11/2020 / AMEX | 1,400.00 |
| Travel - Air | 3/3/2020 | Dan Liotta | Flt SFO/JFK OW coach 01/28/2020 / AMEX | 1,000.00 |
| Travel - Air | 3/3/2020 | Kevin Hatch | United/EWR/SanFran/EWR - coach 01/26/2020 / AMEX | 2,000.00 |
| Travel - Air | 3/20/2020 | Eli Silverman | United/EWR/SFO 01/14/2020 / AMEX | 1,488.17 |
| Travel - Air | 3/20/2020 | Eli Silverman | United/SFOLAX - coach 02/06/2020 / AMEX | 229.67 |
| Travel - Air | 3/20/2020 | Eli Silverman | Delta/Salt Lake/SFO - coach 02/02/2020 / AMEX | 672.96 |
| Travel - Air | 3/20/2020 | Eli Silverman | Delta/SFO/SLC - coach 02/01/2020 / AMEX | 444.71 |
| Travel - Air | 3/20/2020 | Eli Silverman | United/LAX/EWR - coach 02/07/2020 / AMEX | 820.57 |
| Travel - Air | 3/20/2020 | Eli Silverman | UA/EWR/SFO - coach 01/26/2020 / AMEX | 1,000.00 |
| Travel - Air | 3/20/2020 | Eli Silverman | United/SFO/LAX - coach 01/15/2020 / AMEX | 241.20 |
| Travel - Air | 3/20/2020 | Eli Silverman | United/LAX/EWR - coach 01/15/2020 / AMEX | 1,000.00 |
| **Travel - Air Total** | | | | **10,297.28** |
| Car Services - After Hours | 3/2/2020 | Scott Belinsky | Car: Laz/Home - Re: PG&E 01/25/2020 Time: 04:41 / AMEX | 9.84 |
| Car Services - After Hours | 3/2/2020 | Scott Belinsky | Car: Laz/home re: PG&E 01/23/2020 Time: 03:04 / AMEX | 18.83 |
| Car Services - After Hours | 3/2/2020 | Scott Belinsky | Car: Laz/home re: PG&E350 01/22/2020 Time: 02:19 / AMEX | 18.18 |
| Car Services - After Hours | 3/2/2020 | Scott Belinsky | Car: Laz/home re: PG&E 01/21/2020 Time: 04:45 / AMEX | 19.79 |
| Car Services - After Hours | 3/2/2020 | Scott Belinsky | Car: Laz/home Re: PG&E 01/20/2020 Time: 04:10 / AMEX | 14.76 |
| Car Services - After Hours | 3/2/2020 | Scott Belinsky | L/H/wrk late on 1.18.20 PG&E 01/19/2020 Time: 04:16 / AMEX | 15.09 |
| Car Services - After Hours | 3/2/2020 | Scott Belinsky | Laz/home. Re: PG&E 01/18/2020 Time: 02:03 / AMEX | 18.46 |
| Car Services - After Hours | 3/2/2020 | Scott Belinsky | Car: Laz/Home re: PG&E 01/26/2020 Time: 04:41 / AMEX | 27.11 |
| Car Services - After Hours | 3/2/2020 | Scott Belinsky | Car: Laz/home re: PG&E 01/27/2020 Time: 05:39 / AMEX | 33.12 |
| Car Services - After Hours | 3/2/2020 | Scott Belinsky | Car: Laz/home re: PG&E 01/30/2020 Time: 00:16 / AMEX | 43.29 |
| Car Services - After Hours | 3/2/2020 | Scott Belinsky | Car: Laz/home re: PG&E 01/30/2020 Time: 01:35 / AMEX | 34.71 |
| Car Services - After Hours | 3/2/2020 | Scott Belinsky | Car: Laz/home re: PG&E 02/01/2020 Time: 03:03 / AMEX | 55.59 |
| Car Services - After Hours | 3/2/2020 | Scott Belinsky | Car: Laz/home re: PG&E 02/01/2020 Time: 23:14 / AMEX | 33.95 |
| Car Services - After Hours | 3/2/2020 | Scott Belinsky | Car: Laz/home re:PG&E 02/03/2020 Time: 23:52 / AMEX | 21.57 |
| Car Services - After Hours | 3/2/2020 | Scott Belinsky | Car: Laz/home re: PG&E 02/05/2020 Time: 01:09 / AMEX | 44.23 |
| Car Services - After Hours | 3/2/2020 | Scott Belinsky | Car: Laz/home re: PG&E 02/06/2020 Time: 01:48 / AMEX | 41.10 |
| Car Services - After Hours | 3/2/2020 | Scott Belinsky | Car: Laz/home re: PG&E 02/06/2020 Time: 22:30 / AMEX | 20.76 |
| Car Services - After Hours | 3/2/2020 | Scott Belinsky | Car: Laz/home re: PG&E 02/08/2020 Time: 00:41 / AMEX | 38.79 |
| Car Services - After Hours | 3/2/2020 | Scott Belinsky | Car: Laz/home re: PG&E 02/08/2020 Time: 00:39 / AMEX | 25.49 |
| Car Services - After Hours | 3/2/2020 | Scott Belinsky | NY TAXI: Laz/home re: PG&E 02/11/2020 Time: 22:46 / AMEX | 18.95 |
| Car Services - After Hours | 3/2/2020 | Scott Belinsky | Laz/home. Re: PG&E 01/17/2020 Time: 02:50 / AMEX | 21.81 |
| Car Services - After Hours | 3/2/2020 | Scott Belinsky | Laz/home / Re: PG&E 01/15/2020 Time: 01:33 / AMEX | 20.54 |

**DEAL ACTIVITY - Open item balance**
**ALL EXPENSES**
**NYC06350-PG&E**
**Currency: USD - US Dollar**
**Execution Date: 04/28/2020**

| Account Description | Posting Date | Employee Name | Description | Amount |
|---|---|---|---|---|
| Car Services - After Hours | 3/3/2020 | Matthew Strain | Laz- home   UBER 01/18/2020 Time: 18:22 / AMEX | 36.33 |
| Car Services - After Hours | 3/3/2020 | Liam Fine | UBER TRIP(L/H-working late) 01/28/2020 Time: 00:58 / AMEX | 23.13 |
| Car Services - After Hours | 3/3/2020 | Liam Fine | UBER TRIP(Laz/home - wrk late) 01/30/2020 Time: 01:28 / AMEX | 23.71 |
| Car Services - After Hours | 3/3/2020 | Liam Fine | UBER TRIP(Laz/HOME - wrk late) 01/31/2020 Time: 00:37 / AMEX | 25.16 |
| Car Services - After Hours | 3/3/2020 | Liam Fine | UBER TRIP/Laz/home/wkg. late 01/14/2020 Time: 00:30 / AMEX | 29.49 |
| Car Services - After Hours | 3/3/2020 | Liam Fine | Car service (Lazard/home) 01/23/2020 Time: 03:06 / AMEX | 14.69 |
| Car Services - After Hours | 3/3/2020 | Liam Fine | UBER TRIP LAZ/HOME-worked late 01/24/2020 Time: 00:43 / AMEX | 26.01 |
| Car Services - After Hours | 3/3/2020 | Liam Fine | Laz/home//Re: worked wkend 01/27/2020 Time: 14:26 / AMEX | 14.04 |
| Car Services - After Hours | 3/3/2020 | Matthew Strain | Laz to home  UBER TRIP 02/08/2020 Time: 23:41 / AMEX | 49.76 |
| Car Services - After Hours | 3/3/2020 | Matthew Strain | Laz to home  UBER TRIP 02/05/2020 Time: 22:05 / AMEX | 28.60 |
| Car Services - After Hours | 3/3/2020 | Matthew Strain | Laz- home   UBER 01/24/2020 Time: 03:19 / AMEX | 29.48 |
| Car Services - After Hours | 3/3/2020 | Matthew Strain | Laz- home   UBER 01/23/2020 Time: 03:00 / AMEX | 27.90 |
| Car Services - After Hours | 3/3/2020 | Matthew Strain | Laz to home  UBER TRIP 01/14/2020 Time: 00:26 / AMEX | 29.60 |
| Car Services - After Hours | 3/3/2020 | Matthew Strain | Laz- home   UBER 01/22/2020 Time: 22:50 / AMEX | 46.17 |
| Car Services - After Hours | 3/3/2020 | Matthew Strain | Laz- home   UBER 01/21/2020 Time: 03:30 / AMEX | 41.53 |
| Car Services - After Hours | 3/3/2020 | Matthew Strain | Laz- home   UBER 01/25/2020 Time: 04:04 / AMEX | 29.94 |
| Car Services - After Hours | 3/3/2020 | Matthew Strain | Laz- home   UBER 01/25/2020 Time: 18:10 / AMEX | 39.61 |
| Car Services - After Hours | 3/3/2020 | Matthew Strain | Laz- home   UBER 01/27/2020 Time: 02:25 / AMEX | 25.72 |
| Car Services - After Hours | 3/3/2020 | Matthew Strain | Laz- home   UBER 01/28/2020 Time: 01:07 / AMEX | 31.12 |
| Car Services - After Hours | 3/4/2020 | Nathan Mooney | To home Sunday 01/25/2020 Time: 12:55 / AMEX | 33.24 |
| Car Services - After Hours | 3/4/2020 | Nathan Mooney | To home after 12am (2/5) 02/06/2020 Time: 00:14 / AMEX | 26.71 |
| Car Services - After Hours | 3/4/2020 | Nathan Mooney | To home late night 02/05/2020 Time: 23:11 / AMEX | 24.43 |
| Car Services - After Hours | 3/4/2020 | Nathan Mooney | To home late night 02/04/2020 Time: 22:51 / AMEX | 21.58 |
| Car Services - After Hours | 3/4/2020 | Nathan Mooney | To home Sat 02/02/2020 Time: 20:28 / AMEX | 24.85 |
| Car Services - After Hours | 3/4/2020 | Nathan Mooney | Car to home Saturday 02/02/2020 Time: 20:28 / AMEX | 24.85 |
| Car Services - After Hours | 3/4/2020 | Nathan Mooney | Car to home late 01/31/2020 Time: 15:22 / AMEX | 25.88 |
| Car Services - After Hours | 3/26/2020 | Matthew Strain | Laz - Home  LYFT 02/13/2020 Time: 02:29 / AMEX | 23.21 |
| Car Services - After Hours | 3/26/2020 | Matthew Strain | Laz - Home  LYFT 03/05/2020 Time: 23:30 / AMEX | 30.78 |
| Car Services - After Hours | 3/26/2020 | Matthew Strain | Laz - Home  LYFT 03/06/2020 Time: 22:37 / AMEX | 16.71 |
| Car Services - After Hours | 3/27/2020 | Daniel Bier | Laz - home  LYFT 02/14/2020 Time: 00:02 / AMEX | 33.91 |
| Car Services - After Hours | 3/27/2020 | Daniel Bier | Laz - home  LYFT 02/20/2020 Time: 23:11 / AMEX | 37.47 |
| Car Services - After Hours | 3/27/2020 | Daniel Bier | Laz - home  LYFT 02/22/2020 Time: 23:03 / AMEX | 29.62 |
| Car Services - After Hours | 3/27/2020 | Daniel Bier | Laz - home  LYFT 02/24/2020 Time: 22:14 / AMEX | 35.57 |
| Car Services - After Hours | 3/27/2020 | Daniel Bier | Laz - home  LYFT 02/25/2020 Time: 23:24 / AMEX | 35.48 |

**DEAL ACTIVITY - Open item balance**
**ALL EXPENSES**
**NYC06350-PG&E**
**Currency: USD - US Dollar**
**Execution Date: 04/28/2020**

| Account Description | Posting Date | Employee Name | Description | Amount |
|---|---|---|---|---|
| Car Services - After Hours | 3/27/2020 | Daniel Bier | Laz - Home LYFT - 02/27/2020 Time: 23:32 / AMEX | 31.53 |
| Car Services - After Hours | 3/27/2020 | Daniel Bier | Laz - Home LYFT - 03/04/2020 Time: 01:04 / AMEX | 13.90 |
| Car Services - After Hours | 3/27/2020 | Daniel Bier | Laz - Home LYFT - 03/05/2020 Time: 01:36 / AMEX | 17.72 |
| Car Services - After Hours | 3/27/2020 | Daniel Bier | Laz - Home LYFT - 03/06/2020 Time: 01:23 / AMEX | 13.71 |
| Car Services - After Hours | 3/27/2020 | Daniel Bier | Laz - Home LYFT - 03/07/2020 Time: 01:37 / AMEX | 14.85 |
| Car Services - After Hours | 3/27/2020 | Daniel Bier | Laz - Home LYFT - 03/10/2020 Time: 01:05 / AMEX | 17.57 |
| Car Services - After Hours | 3/27/2020 | Daniel Bier | Laz - home LYFT 02/13/2020 Time: 02:40 / AMEX | 30.04 |
| Car Services - After Hours | 3/27/2020 | Daniel Bier | Laz - Home LYFT - 03/11/2020 Time: 02:18 / AMEX | 13.42 |
| Car Services - After Hours | 3/27/2020 | Daniel Bier | Laz - home LYFT 02/12/2020 Time: 04:22 / AMEX | 35.74 |
| **Car Services - After Hours Total** | | | | **1,780.72** |
| Car Services - Business Travel | 3/2/2020 | Scott Belinsky | JFK/Laz rtrn from PG&E mtg:SF 01/17/2020 / AMEX | 73.67 |
| Car Services - Business Travel | 3/3/2020 | Dan Liotta | From home to JFK 01/26/2020 / AMEX | 64.90 |
| Car Services - Business Travel | 3/3/2020 | Dan Liotta | From LGA to home 01/29/2020 / AMEX | 17.76 |
| Car Services - Business Travel | 3/3/2020 | Dan Liotta | To client mtg SF from hotel 02/12/2020 / AMEX | 12.00 |
| Car Services - Business Travel | 3/3/2020 | Matthew Strain | Laz - JFK UBER TRIP 01/14/2020 / AMEX | 130.00 |
| Car Services - Business Travel | 3/3/2020 | Matthew Strain | JFK-home UBER TRIP 01/31/2020 / AMEX | 101.84 |
| Car Services - Business Travel | 3/3/2020 | Matthew Strain | SFO - PG&E office UBER 01/30/2020 / AMEX | 96.94 |
| Car Services - Business Travel | 3/3/2020 | Kevin Hatch | Home-NYC/Newark airport 01/26/2020 / AMEX | 100.43 |
| Car Services - Business Travel | 3/3/2020 | Ken Ziman | Car from EWR to home 01/30/2020 / AMEX | 53.77 |
| Car Services - Business Travel | 3/3/2020 | Matthew Strain | to PG&E offices in SF UBER 01/29/2020 / AMEX | 20.34 |
| Car Services - Business Travel | 3/3/2020 | Matthew Strain | Laz - JFK UBER TRIP 01/28/2020 / AMEX | 110.61 |
| Car Services - Business Travel | 3/3/2020 | Ken Ziman | Car from client mtg to SFO 01/29/2020 / AMEX | 33.17 |
| Car Services - Business Travel | 3/3/2020 | Ken Ziman | Car from SFO to hotel SF 01/28/2020 / AMEX | 31.59 |
| Car Services - Business Travel | 3/3/2020 | Matthew Strain | Car to meeting UBER 01/15/2020 / AMEX | 22.20 |
| Car Services - Business Travel | 3/3/2020 | Kevin Hatch | SFO airport/hotel/ San Fran 01/26/2020 / AMEX | 79.00 |
| Car Services - Business Travel | 3/3/2020 | Kevin Hatch | Hotel/client dinner - San Fran 01/26/2020 / AMEX | 11.93 |
| Car Services - Business Travel | 3/3/2020 | Matthew Strain | Hotel - SFO EMPIRE 01/30/2020 / AMEX | 78.55 |
| Car Services - Business Travel | 3/3/2020 | Matthew Strain | hotel - SFO UBER 01/30/2020 / AMEX | 80.50 |
| Car Services - Business Travel | 3/3/2020 | Matthew Strain | SFO- hotel EMPIRE 01/28/2020 / AMEX | 92.05 |
| Car Services - Business Travel | 3/3/2020 | Kevin Hatch | Hotel/SFO airport 01/28/2020 / AMEX | 89.35 |
| Car Services - Business Travel | 3/3/2020 | Kevin Hatch | Newark airport/home-NYC 01/29/2020 / AMEX | 79.36 |
| Car Services - Business Travel | 3/3/2020 | Matthew Strain | SFO - hotel EMPIRE 01/14/2020 / AMEX | 92.05 |
| Car Services - Business Travel | 3/3/2020 | Matthew Strain | hotel- SFO EMPIRE 01/16/2020 / AMEX | 78.55 |
| Car Services - Business Travel | 3/3/2020 | Matthew Strain | JFK- home EMPIRE 01/16/2020 / AMEX | 111.75 |

**DEAL ACTIVITY - Open item balance**
**ALL EXPENSES**
**NYC06350-PG&E**
**Currency: USD - US Dollar**
**Execution Date: 04/28/2020**

| Account Description | Posting Date | Employee Name | Description | Amount |
|---|---|---|---|---|
| Car Services - Business Travel | 3/4/2020 | Nathan Mooney | Car from office to EWR 01/13/2020 / AMEX | 86.70 |
| Car Services - Business Travel | 3/4/2020 | Nathan Mooney | Car from EWR to home 01/29/2020 / AMEX | 118.97 |
| Car Services - Business Travel | 3/4/2020 | Nathan Mooney | Car from SFO to client mtg 02/11/2020 / AMEX | 94.46 |
| Car Services - Business Travel | 3/4/2020 | Nathan Mooney | Car from home to airport nyc 02/11/2020 / AMEX | 92.81 |
| Car Services - Business Travel | 3/4/2020 | Nathan Mooney | Car from dinner to hotel SF 02/12/2020 / AMEX | 16.49 |
| Car Services - Business Travel | 3/4/2020 | Nathan Mooney | From SF office to dinner SF 02/13/2020 / AMEX | 20.46 |
| Car Services - Business Travel | 3/4/2020 | Nathan Mooney | From SFO to hotel SF 01/14/2020 / AMEX | 74.17 |
| Car Services - Business Travel | 3/4/2020 | Nathan Mooney | From SF hotel to office in SF 01/14/2020 / AMEX | 29.11 |
| Car Services - Business Travel | 3/4/2020 | Nathan Mooney | From Laz office to SFO 01/15/2020 / AMEX | 87.98 |
| Car Services - Business Travel | 3/4/2020 | Nathan Mooney | From home to EWR 01/26/2020 / AMEX | 116.62 |
| Car Services - Business Travel | 3/4/2020 | Nathan Mooney | From SFO to hotel 01/27/2020 / AMEX | 73.15 |
| Car Services - Business Travel | 3/4/2020 | Nathan Mooney | Car from mtg to dinner in SF 01/27/2020 / AMEX | 11.45 |
| Car Services - Business Travel | 3/4/2020 | Nathan Mooney | Car from SF hotel to mtg-3p 01/27/2020 / AMEX | 25.75 |
| Car Services - Business Travel | 3/4/2020 | Nathan Mooney | Car from hotel to office 01/28/2020 / AMEX | 25.75 |
| Car Services - Business Travel | 3/4/2020 | Nathan Mooney | From hotel to SFO 01/29/2020 / AMEX | 94.06 |
| Car Services - Business Travel | 3/20/2020 | Eli Silverman | Hotel/SFO airport 01/14/2020 / AMEX | 100.44 |
| Car Services - Business Travel | 3/20/2020 | Eli Silverman | Hotel/SFO airport 02/01/2020 / AMEX | 84.89 |
| Car Services - Business Travel | 3/20/2020 | Eli Silverman | Hotel/PG&E/San Fran 02/12/2020 / AMEX | 26.37 |
| Car Services - Business Travel | 3/20/2020 | Eli Silverman | PG&E/hotel - San Fran 01/31/2020 / AMEX | 25.75 |
| Car Services - Business Travel | 3/20/2020 | Eli Silverman | Hotel/PG&E office / San Fran 02/10/2020 / AMEX | 30.30 |
| Car Services - Business Travel | 3/20/2020 | Eli Silverman | PG&E/hotel - San Fran 02/10/2020 / AMEX | 16.62 |
| Car Services - Business Travel | 3/20/2020 | Eli Silverman | EWR/hotel - NY 02/09/2020 / AMEX | 79.24 |
| Car Services - Business Travel | 3/20/2020 | Eli Silverman | Hotel/PG&E/San Fran 01/31/2020 / AMEX | 28.66 |
| Car Services - Business Travel | 3/20/2020 | Eli Silverman | PG&E/hotel - San Francisco 01/15/2020 / AMEX | 30.90 |
| Car Services - Business Travel | 3/20/2020 | Eli Silverman | PG&E/hotel/San fran 01/30/2020 / AMEX | 28.49 |
| Car Services - Business Travel | 3/20/2020 | Eli Silverman | SFO airport / hotel 02/10/2020 / AMEX | 84.37 |
| Car Services - Business Travel | 3/20/2020 | Eli Silverman | Salt Lake City airport/hotel 02/01/2020 / AMEX | 41.56 |
| Car Services - Business Travel | 3/20/2020 | Eli Silverman | PG&E/SFO airport 01/15/2020 / AMEX | 76.85 |
| Car Services - Business Travel | 3/20/2020 | Eli Silverman | home/Lazard - on client call 01/17/2020 / AMEX | 11.15 |
| Car Services - Business Travel | 3/20/2020 | Eli Silverman | PG&E/SFO airport 02/06/2020 / AMEX | 99.67 |
| Car Services - Business Travel | 3/20/2020 | Eli Silverman | Newark airport/home-NYC 01/16/2020 / AMEX | 98.45 |
| Car Services - Business Travel | 3/20/2020 | Eli Silverman | Hotel/PG&E/San Francisco 01/30/2020 / AMEX | 27.20 |
| Car Services - Business Travel | 3/20/2020 | Eli Silverman | Hotel/PG&E/San Fran 02/06/2020 / AMEX | 30.62 |
| Car Services - Business Travel | 3/20/2020 | Eli Silverman | SFO airport/hotel - San Fran 01/14/2020 / AMEX | 93.06 |

DEAL ACTIVITY - Open item balance
ALL EXPENSES
NYC06350-PG&E
Currency: USD - US Dollar
Execution Date: 04/28/2020

| Account Description | Posting Date | Employee Name | Description | Amount |
|---|---|---|---|---:|
| Car Services - Business Travel | 3/20/2020 | Eli Silverman | Home-NYC/EWR 01/25/2020 / AMEX | 37.38 |
| Car Services - Business Travel | 3/20/2020 | Eli Silverman | Hotel/PG&E - San Fran 02/11/2020 / AMEX | 21.63 |
| Car Services - Business Travel | 3/20/2020 | Eli Silverman | PG&E/hotel - San Francisco 02/03/2020 / AMEX | 33.94 |
| Car Services - Business Travel | 3/20/2020 | Eli Silverman | PG&E/hotel/San Francisco 02/12/2020 / AMEX | 15.75 |
| Car Services - Business Travel | 3/20/2020 | Eli Silverman | Hotel/PG&E - SanFran 02/03/2020 / AMEX | 25.75 |
| Car Services - Business Travel | 3/20/2020 | Eli Silverman | Hotel/CPUC meeting/San Fran 02/04/2020 / AMEX | 28.91 |
| Car Services - Business Travel | 3/20/2020 | Eli Silverman | Hotel/PG&E/San Fran 02/13/2020 / AMEX | 16.05 |
| Car Services - Business Travel | 3/20/2020 | Eli Silverman | SFO airport/hotel - San Fran 01/26/2020 / AMEX | 93.88 |
| Car Services - Business Travel | 3/20/2020 | Eli Silverman | Hotel/SLC airport 02/02/2020 / AMEX | 77.17 |
| Car Services - Business Travel | 3/20/2020 | Eli Silverman | Lazard/Newark airport 01/14/2020 / AMEX | 95.98 |
| Car Services - Business Travel | 3/20/2020 | Eli Silverman | Courthouse/hotel - San Fran 02/04/2020 / AMEX | 40.08 |
| Car Services - Business Travel | 3/20/2020 | Eli Silverman | PG&E/hotel - San Francisco 02/05/2020 / AMEX | 25.96 |
| Car Services - Business Travel | 3/20/2020 | Eli Silverman | SFO airport/hotel 02/02/2020 / AMEX | 85.11 |
| Car Services - Business Travel | 3/20/2020 | Eli Silverman | PG&E/hotel - San Fran 02/05/2020 / AMEX | 28.71 |
| Car Services - Business Travel | 3/20/2020 | Eli Silverman | Newark/home 01/14/2020 / AMEX | 96.50 |
| Car Services - Business Travel | 3/20/2020 | Eli Silverman | Hotel/PG&E - San Francisco 01/29/2020 / AMEX | 25.80 |
| Car Services - Business Travel | 3/20/2020 | Eli Silverman | Hotel/PG&E - San Francisco 01/28/2020 / AMEX | 27.52 |
| Car Services - Business Travel | 3/20/2020 | Eli Silverman | Hotel/PG&E - San Francisco 02/05/2020 / AMEX | 26.41 |
| Car Services - Business Travel | 3/20/2020 | Eli Silverman | Home-NYC/Newark airport 01/26/2020 / AMEX | 89.46 |
| **Car Services - Business Travel Total** | | | | **4,536.79** |
| Travel - Hotels | 3/2/2020 | Scott Belinsky | Hyatt in SF/ re:PG&E mtg 01/16/2020 / AMEX | 1,200.00 |
| Travel - Hotels | 3/3/2020 | Dan Liotta | Hotel 2 nights SF Ritz 01/28/2020 / AMEX | 1,173.14 |
| Travel - Hotels | 3/3/2020 | Ken Ziman | Refund hotel charge 01/15/2020 / AMEX | (87.33) |
| Travel - Hotels | 3/3/2020 | Ken Ziman | Hotel 2 nights @$509 01/29/2020 / AMEX | 1,209.17 |
| Travel - Hotels | 3/3/2020 | Matthew Strain | FOUR SEASONS SAN FRN SAN FRANC 01/30/2020 / AMEX | 1,152.82 |
| Travel - Hotels | 3/3/2020 | Matthew Strain | HYATT PLACE SAN FRAN SAN FRANC 01/16/2020 / AMEX | 1,200.00 |
| Travel - Hotels | 3/3/2020 | Kevin Hatch | Ritz/San Francisco 2nts @ $600 01/28/2020 / AMEX | 977.84 |
| Travel - Hotels | 3/4/2020 | Nathan Mooney | Hotel 1 night @$524 01/14/2020 / AMEX | 605.04 |
| Travel - Hotels | 3/4/2020 | Nathan Mooney | Hotel 2 nights 01/28/2020 / AMEX | 1,046.42 |
| Travel - Hotels | 3/20/2020 | Eli Silverman | Palace/San Fran 1nt @ $600 02/05/2020 / AMEX | 600.00 |
| Travel - Hotels | 3/20/2020 | Eli Silverman | St. Regis/1nt @ $600 02/02/2020 / AMEX | 474.95 |
| Travel - Hotels | 3/20/2020 | Eli Silverman | St. Regis/San Fran/2nts @ $600 02/03/2020 / AMEX | 1,200.00 |
| Travel - Hotels | 3/20/2020 | Eli Silverman | St Regis/San Fran 1 nt @ $600 01/30/2020 / AMEX | 474.74 |
| Travel - Hotels | 3/20/2020 | Eli Silverman | St. Regis/San Fran- 1nt @ $600 02/02/2020 / AMEX | 494.55 |

**DEAL ACTIVITY - Open item balance**
**ALL EXPENSES**
**NYC06350-PG&E**
**Currency: USD - US Dollar**
**Execution Date: 04/28/2020**

| Account Description | Posting Date | Employee Name | Description | Amount |
|---|---|---|---|---|
| Travel - Hotels | 3/20/2020 | Eli Silverman | St. Regis/San Fran- 1nt @ $600 01/29/2020 / AMEX | 600.00 |
| **Travel - Hotels Total** | | | | **12,321.34** |
| Travel - WiFi/Data fees - airlines/hotels | 3/2/2020 | Scott Belinsky | GOGOINFLIGHT WIFI   877-350-0 01/14/2020 / AMEX | 39.95 |
| Travel - WiFi/Data fees - airlines/hotels | 3/2/2020 | Scott Belinsky | Wifi on United re: PG&E mtg/SF 01/16/2020 / AMEX | 10.99 |
| Travel - WiFi/Data fees - airlines/hotels | 3/3/2020 | Matthew Strain | GOGOINFLIGHT WIFI   877-350-0 01/14/2020 / AMEX | 39.95 |
| Travel - WiFi/Data fees - airlines/hotels | 3/3/2020 | Kevin Hatch | United/WiFi - SFO/EWR 01/28/2020 / AMEX | 27.99 |
| Travel - WiFi/Data fees - airlines/hotels | 3/3/2020 | Kevin Hatch | Wifi access/United lounge/EWR 01/26/2020 / AMEX | 30.99 |
| Travel - WiFi/Data fees - airlines/hotels | 3/3/2020 | Matthew Strain | GOGOINFLIGHT WIFI   877-350-0 01/31/2020 / AMEX | 39.95 |
| Travel - WiFi/Data fees - airlines/hotels | 3/3/2020 | Matthew Strain | GOGOINFLIGHT WIFI   877-350-0 01/16/2020 / AMEX | 39.95 |
| Travel - WiFi/Data fees - airlines/hotels | 3/3/2020 | Matthew Strain | GOGOINFLIGHT WIFI   877-350-0 01/16/2020 / AMEX | 39.95 |
| Travel - WiFi/Data fees - airlines/hotels | 3/3/2020 | Matthew Strain | GOGOINFLIGHT WIFI   877-350-0 01/14/2020 / AMEX | 39.95 |
| Travel - WiFi/Data fees - airlines/hotels | 3/3/2020 | Matthew Strain | FOUR SEASONS SAN FRN SAN FRANC 01/29/2020 / AMEX | 21.95 |
| Travel - Air | 3/20/2020 | Eli Silverman | United Wifi - SFO/EWR flight 01/14/2020 / AMEX | 33.99 |
| Travel - Air | 3/20/2020 | Eli Silverman | United wifi - SFO/LAX 01/15/2020 / AMEX | 10.99 |
| Travel - WiFi/Data fees - airlines/hotels | 3/20/2020 | Eli Silverman | Delta wifi access on airplane 02/01/2020 / AMEX | 17.00 |
| Travel - WiFi/Data fees - airlines/hotels | 3/20/2020 | Eli Silverman | United wifi - SFO/EWR 01/26/2020 / AMEX | 30.99 |
| Travel - WiFi/Data fees - airlines/hotels | 3/20/2020 | Eli Silverman | United Wifi - EWR/SFO flight 01/14/2020 / AMEX | 33.99 |
| Travel - WiFi/Data fees - airlines/hotels | 3/20/2020 | Eli Silverman | United wifi - EWR/SFO 01/26/2020 / AMEX | 30.99 |
| Travel - WiFi/Data fees - airlines/hotels | 3/20/2020 | Eli Silverman | Delta wifi access on airplane 02/02/2020 / AMEX | 17.00 |

**DEAL ACTIVITY - Open item balance**
**ALL EXPENSES**
**NYC06350-PG&E**
**Currency: USD - US Dollar**
**Execution Date: 04/28/2020**

| Account Description | Posting Date | Employee Name | Description | Amount |
|---|---|---|---|---|
| Travel - WiFi/Data fees - airlines/hotels | 3/20/2020 | Eli Silverman | United wifi - SFO/LAX 02/06/2020 / AMEX | 10.99 |
| **Travel - WiFi/Data fees - airlines/hotels Total** | | | | **517.56** |
| Employee Meals - In Office | 3/3/2020 | William Zhao | CHI/UberEats/Nandos/Dinner-6p 02/12/2020 / AMEX | 25.00 |
| Employee Meals - In Office | 3/3/2020 | Kevin Hatch | Dinner/Sweetgreen/NY - 1p 02/05/2020 / AMEX | 18.18 |
| Employee Meals - In Office | 3/4/2020 | Nathan Mooney | Dinner in office late 02/04/2020 / AMEX | 23.35 |
| Employee Meals - In Office | 3/20/2020 | Eli Silverman | Dinner/Al Hormo/NY - 1p 01/16/2020 / AMEX | 29.78 |
| Employee Meals - In Office | 3/20/2020 | Eli Silverman | Dinner/Sweetgreens/NY - 1p 01/23/2020 / AMEX | 30.00 |
| Employee Meals - In Office | 3/20/2020 | Eli Silverman | Dinner/Wholefoods/NY - 1p 01/26/2020 / AMEX | 28.48 |
| **Employee Meals - In Office Total** | | | | **154.79** |
| Employee Meals - Travel/Other | 3/2/2020 | Scott Belinsky | KLEIN'S DELI - E 000 SAN FRANC 01/17/2020 / AMEX | 13.37 |
| Employee Meals - Travel/Other | 3/2/2020 | Scott Belinsky | Bkfst in SF for PGE&E mtg 01/16/2020 / AMEX | 11.07 |
| Employee Meals - Travel/Other | 3/2/2020 | Scott Belinsky | Hyatt in SF/ re:PG&E mtg/dinn 01/16/2020 / AMEX | 35.02 |
| Employee Meals - Travel/Other | 3/2/2020 | Scott Belinsky | Meal: Traveling PG&E 01/15/2020 / AMEX | 3.80 |
| Employee Meals - Travel/Other | 3/3/2020 | Dan Liotta | Travel bfast 1p SF 02/11/2020 / AMEX | 4.45 |
| Employee Meals - Travel/Other | 3/3/2020 | Dan Liotta | Travel dinner 1p SF 01/27/2020 / AMEX | 29.96 |
| Employee Meals - Travel/Other | 3/3/2020 | Dan Liotta | Travel bfast 1p JFK-SF trip 02/11/2020 / AMEX | 4.34 |
| Employee Meals - Travel/Other | 3/3/2020 | Dan Liotta | Travel lunch 1p SF JFK 01/26/2020 / AMEX | 32.21 |
| Employee Meals - Travel/Other | 3/3/2020 | Matthew Strain | T2 BOOK STORE QUEENS 01/29/2020 / AMEX | 10.11 |
| Employee Meals - Travel/Other | 3/3/2020 | Matthew Strain | BLUE BOTTLE COFFEE New York 01/26/2020 / AMEX | 15.96 |
| Employee Meals - Travel/Other | 3/3/2020 | Matthew Strain | FARMERBROWN 65000001 SAN FRANC 01/30/2020 / AMEX | 41.74 |
| Employee Meals - Travel/Other | 3/3/2020 | Matthew Strain | FOUR SEASONS SAN FRN SAN FRANC 01/30/2020 / AMEX | 63.33 |
| Employee Meals - Travel/Other | 3/3/2020 | Matthew Strain | FOUR SEASONS SAN FRN SAN FRANC 01/29/2020 / AMEX | 73.58 |
| Employee Meals - Travel/Other | 3/3/2020 | Matthew Strain | FOUR SEASONS SAN FRN SAN FRANC 01/28/2020 / AMEX | 42.81 |
| Employee Meals - Travel/Other | 3/3/2020 | Matthew Strain | SPRIG CAFE San Franc 01/30/2020 / AMEX | 16.03 |
| Employee Meals - Travel/Other | 3/3/2020 | Matthew Strain | STARBUCKS STORE 0543 SAN FRANC 01/15/2020 / AMEX | 13.00 |
| Employee Meals - Travel/Other | 3/3/2020 | Matthew Strain | STARBUCKS STORE 0543 SAN FRANC 01/15/2020 / AMEX | 13.20 |
| Employee Meals - Travel/Other | 3/3/2020 | Kevin Hatch | Lunch/District Mkt/SanFran 1p 01/28/2020 / AMEX | 14.26 |
| Employee Meals - Travel/Other | 3/3/2020 | Kevin Hatch | Dinner/hotel/San Francisco-1p 01/28/2020 / AMEX | 54.89 |
| Employee Meals - Travel/Other | 3/3/2020 | Kevin Hatch | Lunch/Newark airport - 1p 01/27/2020 / AMEX | 31.65 |
| Employee Meals - Travel/Other | 3/3/2020 | Kevin Hatch | Dinne/Sprig Cafe/San Fran - 1p 01/27/2020 / AMEX | 24.29 |
| Employee Meals - Travel/Other | 3/4/2020 | Nathan Mooney | Travel dinner hotel 1p 01/28/2020 / AMEX | 16.28 |
| Employee Meals - Travel/Other | 3/4/2020 | Nathan Mooney | Travel lunch 1p SF 01/27/2020 / AMEX | 36.42 |

**DEAL ACTIVITY - Open item balance**
**ALL EXPENSES**
**NYC06350-PG&E**
**Currency: USD - US Dollar**
**Execution Date: 04/28/2020**

| Account Description | Posting Date | Employee Name | Description | Amount |
|---|---|---|---|---|
| Employee Meals - Travel/Other | 3/4/2020 | Nathan Mooney | Travel dinner 1p 01/14/2020 / AMEX | 35.00 |
| Employee Meals - Travel/Other | 3/4/2020 | Nathan Mooney | Travel meal 1p SF 01/14/2020 / AMEX | 30.16 |
| Employee Meals - Travel/Other | 3/4/2020 | Nathan Mooney | Travel lunch 1p SF 02/11/2020 / AMEX | 20.65 |
| Employee Meals - Travel/Other | 3/20/2020 | Eli Silverman | St. Regis/San Fran- 1nt @ $600 02/02/2020 / AMEX | 21.01 |
| Employee Meals - Travel/Other | 3/20/2020 | Eli Silverman | Lunch/hotel/San Fran - 1p 02/02/2020 / AMEX | 21.45 |
| Employee Meals - Travel/Other | 3/20/2020 | Eli Silverman | Dinner/hotel/San Fran - 1p 02/02/2020 / AMEX | 75.00 |
| Employee Meals - Travel/Other | 3/20/2020 | Eli Silverman | Bkfst/St. Regis/San Fran 1p 01/31/2020 / AMEX | 30.00 |
| Employee Meals - Travel/Other | 3/20/2020 | Eli Silverman | Bkfst/St. Regis/San Fran 1p 01/30/2020 / AMEX | 26.26 |
| Employee Meals - Travel/Other | 3/20/2020 | Eli Silverman | Dinner/St. Regis/San Fran 1p 01/30/2020 / AMEX | 75.00 |
| Employee Meals - Travel/Other | 3/20/2020 | Eli Silverman | Lunch/St. Regis/San Fran 1p 01/30/2020 / AMEX | 45.00 |
| Employee Meals - Travel/Other | 3/20/2020 | Eli Silverman | Bkfst/Sprig Cafe/San Fran 1p 01/31/2020 / AMEX | 15.51 |
| Employee Meals - Travel/Other | 3/20/2020 | Eli Silverman | Dinner/Ritz/San Fran - 1p 01/29/2020 / AMEX | 75.00 |
| Employee Meals - Travel/Other | 3/20/2020 | Eli Silverman | Dinner/Ritz/San Fran - 1p 01/29/2020 / AMEX | 48.32 |
| Employee Meals - Travel/Other | 3/20/2020 | Eli Silverman | Breakfast/Ritz/SanFran - 1p 01/29/2020 / AMEX | 20.75 |
| Employee Meals - Travel/Other | 3/20/2020 | Eli Silverman | Dinner/Ritz/San Fran - 1p 01/28/2020 / AMEX | 56.20 |
| Employee Meals - Travel/Other | 3/20/2020 | Eli Silverman | Early Bkfst/Ritz/SanFran - 1p 01/28/2020 / AMEX | 20.75 |
| Employee Meals - Travel/Other | 3/20/2020 | Eli Silverman | Dinner/Ritz/SanFran - 4p 01/27/2020 / AMEX | 240.00 |
| Employee Meals - Travel/Other | 3/20/2020 | Eli Silverman | Breakfast/Ritz/SanFran - 1p 01/27/2020 / AMEX | 20.75 |
| Employee Meals - Travel/Other | 3/20/2020 | Eli Silverman | Dinner/Ritz/San Fran - 1p 01/26/2020 / AMEX | 75.00 |
| Employee Meals - Travel/Other | 3/20/2020 | Eli Silverman | Bkfst/Sprig Cafe/San Fran - 1p 01/28/2020 / AMEX | 38.51 |
| Employee Meals - Travel/Other | 3/20/2020 | Eli Silverman | Dinner/Newark airport - 1p 01/27/2020 / AMEX | 25.15 |
| Employee Meals - Travel/Other | 3/20/2020 | Eli Silverman | Bkfast/Sprig Cafe/SanFran 1p 01/27/2020 / AMEX | 23.87 |
| Employee Meals - Travel/Other | 3/20/2020 | Eli Silverman | Dinner/EWR airport - 1p 01/15/2020 / AMEX | 46.68 |
| Employee Meals - Travel/Other | 3/20/2020 | Eli Silverman | Breakfast/hotel/SanFran - 1p 02/03/2020 / AMEX | 21.01 |
| Employee Meals - Travel/Other | 3/20/2020 | Eli Silverman | Dinner/Tropisueno/San Fran-3p 02/12/2020 / AMEX | 180.00 |
| Employee Meals - Travel/Other | 3/20/2020 | Eli Silverman | Bkfst/Sprig Cafe/San Fran - 1p 02/13/2020 / AMEX | 16.64 |
| Employee Meals - Travel/Other | 3/20/2020 | Eli Silverman | Lunch/Sprig Cafe/San Fran 1p 02/12/2020 / AMEX | 17.70 |
| Employee Meals - Travel/Other | 3/20/2020 | Eli Silverman | Dinner/Jersey/San Fran - 3p 02/11/2020 / AMEX | 180.00 |
| Employee Meals - Travel/Other | 3/20/2020 | Eli Silverman | Bkfst/hotel/San Fran - 1p 02/05/2020 / AMEX | 30.00 |
| Employee Meals - Travel/Other | 3/20/2020 | Eli Silverman | Dinner/hotel/San Fran - 1p 02/05/2020 / AMEX | 75.00 |
| Employee Meals - Travel/Other | 3/20/2020 | Eli Silverman | Bkfst/Sprig Cafe/San Fran - 1p 02/06/2020 / AMEX | 25.47 |
| Employee Meals - Travel/Other | 3/20/2020 | Eli Silverman | Lunch/hotel/SanFran - 1p 02/05/2020 / AMEX | 45.00 |
| Employee Meals - Travel/Other | 3/20/2020 | Eli Silverman | Dinner/hotel/San Fran - 1p 02/04/2020 / AMEX | 75.00 |

**DEAL ACTIVITY - Open item balance**
**ALL EXPENSES**
**NYC06350-PG&E**
**Currency: USD - US Dollar**
**Execution Date: 04/28/2020**

| Account Description | Posting Date | Employee Name | Description | Amount |
|---|---|---|---|---|
| Employee Meals - Travel/Other | 3/20/2020 | Eli Silverman | Lunch/hotel/SanFran - 1p 02/04/2020 / AMEX | 45.00 |
| **Employee Meals - Travel/Other Total** | | | | **2,398.61** |
| **CLOSING BALANCE as of 04/28/2020** | | | | **32,007.09** |