WATTS GUERRA LLP
Mikal C. Watts *pro hac vice*
Paige Boldt, SBN 308772
70 Stony Point Road, Suite A
Santa Rosa, California 95401
Phone: (707) 241-4567
2561 California Park Drive, Suite 100
Chico, California 95928
Phone: (530) 240-6116
Email: mcwatts@wattsguerra.com

*Attorney for Numerous Wild Fire Claimants*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM). | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**CERTIFICATE OF SERVICE** |

## **CERTIFICATE OF SERVICE**

I, the undersigned, declare that I am employed in Austin, Texas. I am over the age of 18 years and not a party to the within entitled action. My business address is 811 Barton Springs Rd, Ste. 725, Austin, Texas 78704.

I certify that on May 20, 2020, I electronically filed a true and correct copy of the following document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this matter.

**OPPOSITION TO MOTION FOR THE APPOINTMENT OF AN EXAMINER OF VOTING IRREGULARITIES PURSUANT TO SECTION 1104(c) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 2007.1**

- 1 -

1 | I declare, under penalty of perjury that the foregoing is true and correct.
2 | Executed on May 20, 2020 at Austin, Texas.
3 |
4 |                              /s/ *Cindy A. Wilson*
                             Cindy A. Wilson