Steven S. Kane, Esq., SBN: 061670
Bonnie E. Kane, Esq., SBN: 167700
**THE KANE LAW FIRM**
402 W. Broadway, Suite 2500
San Diego, CA 92101
Telephone: (619) 236-8700
Facsimile: (619) 236-1370
E-mail: skane@thekanelawfirm.com
E-mail: bonnie@thekanelawfirm.com

Attorneys for KAREN GOWINS and Many Wildfire Victim Creditors

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re:*<br><br>PG&E CORPORATION<br><br>-and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br>            Debtors.<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas & Electric<br><br>■ Affects Both Debtors<br><br>*All papers shall be filed in the Lead Case, No.19-30088 (DM)* | **Case No. 19-30088 (DM)**<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**SUPPLEMENTAL DECLARATION OF BONNIE E. KANE IN SUPPORT OF EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME TO HEAR A MOTION FOR APPOINTMENT OF AN EXAMINER OF VOTING PROCEDURAL IRREGULARITIES PURSUANT TO SECTION 1104 (c) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 2007.1**<br><br>Date: TBD<br>Time: TBD<br>Place: United States Bankruptcy Court<br>       Courtroom 17, 16th Floor<br>       San Francisco, CA 94102 |

I, Bonnie E. Kane, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information and belief.

1. I am a partner in the Kane Law Firm, counsel to Creditor Karen Gowins and Many

---

SUPPLEMENTAL DECLARATION OF BONNIE E. KANE IN SUPPORT OF EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME TO HEAR A MOTION FOR APPOINTMENT OF AN EXAMINER OF VOTING PROCEDURAL IRREGULARITIES PURSUANT TO SECTION 1104 (c) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 2007.1

Fire Victim Creditors in the above referenced matter.

2. I emailed **Mr. Karotkin, who represents the debtors** yesterday and also spoke with him on the telephone. He stated **he would not agree to an order shortening time** and confirmed that in an email.

3. Yesterday, I emailed Ms. Erin Dexter at Millbank and I also left a voice mail for Mr. William Bice, also of Milbank. **Ms. Dexter emailed back stating the Unsecured Creditors Committee "will take no position on the motion to shorten time."**

4. I emailed Mr. Robert Julian who represents the Official Committee of Tort Claimants (TCC) and I telephoned him as well. He did not answer and I left a detailed message. On May 20, 2020, I telephoned Mr. Julian again. I also emailed him again and added two of the other bankruptcy attorneys at Baker Hostetler who have been providing advice to the TCC. **Ms. Elizabeth Green of Baker Hostetler who represents the TCC** responded to my inquiry as follows: **"If the judge is inclined to set these dates, we do not object."**

5. Yesterday I emailed **Mr. Timothy Laffredi, Assistant U.S. Trustee**. On the same date, I also telephoned Mr. Laffredi and left a detailed message. On May 20, 2020, I received the following email from **Mr. Laffredi: "We consent to having your motion heard on shortened time. Thank you for reaching out."**

6. My emails contained the Ex Parte Application and the Motion for Appointment of An Examiner, as well as my Declaration supporting that motion without exhibits.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct. Executed on May 20, 2020 at San Diego, California.

                     /s/ Bonnie E. Kane
                     BONNIE E. KANE

2

SUPPLEMENTAL DECLARATION OF BONNIE E. KANE IN SUPPORT OF EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME TO HEAR A MOTION FOR APPOINTMENT OF AN EXAMINER OF VOTING PROCEDURAL IRREGULARITIES PURSUANT TO SECTION 1104 (c) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 2007.1

Case: 19-30088    Doc# 7439    Filed: 05/20/20    Entered: 05/20/20 16:13:46    Page 2 of 2
USBE/NDCA No. 19-30088 (DM)