Steven S. Kane, Esq., SBN: 061670
Bonnie E. Kane, Esq., SBN: 167700
**THE KANE LAW FIRM**
402 W. Broadway, Suite 2500
San Diego, CA 92101
Telephone: (619) 236-8700
Facsimile: (619) 236-1370
E-mail: skane@thekanelawfirm.com
E-mail: bonnie@thekanelawfirm.com

Attorneys for KAREN GOWINS and Many Wildfire Victim Creditors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re:* <br><br> PG&E CORPORATION <br><br> -and- <br><br> PACIFIC GAS AND ELECTRIC COMPANY <br> Debtors. <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas & Electric <br> ■ Affects Both Debtors <br><br> *All papers shall be filed in the Lead Case, No.19-30088 (DM)* | **Case No. 19-30088 (DM)** <br><br> Chapter 11 <br> (Lead Case) <br> (Jointly Administered) <br><br> **ORDER GRANTING EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME TO HEAR A MOTION FOR APPOINTMENT OF EXAMINER OF VOTING PROCEDURAL IRREGULARITIES PURSUANT TO SECTION 1104 ( c) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 2007.1** |

ORDER GRANTING EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME TO HEAR A MOTION FOR APPOINTMENT OF AN EXAMINER OF VOTING PROCEDURAL IRREGULARITIES PURSUANT TO SECTION 1104 (c) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 2007.1

USDC/NDCA No. 19-30088 (DM)

Case: 19-30088    Doc# 7439-1    Filed: 05/20/20    Entered: 05/20/20 16:13:46    Page 1 of 2

The Court, having reviewed the Ex Parte Application for an Order Shortening Time to Hear a Motion for Appointment of Examiner of Voting Procedural Irregularities Pursuant to Section 1104 ( c) and Bankruptcy Rule 2007.1 (the "**Application**"); The Declaration of Bonnie E. Kane in support of the Application; the Supplemental Declaration of Bonnie E. Kane in support of the Application, the proposed Motion For Appointment of Examiner of Voting Procedural Irregularities Pursuant to Section 1104 ( c ) of the Bankruptcy Code and Bankruptcy Rule 2007.1 (the "**Motion**") and the Declaration of Bonnie E. Kane in support of the proposed Motion, filed on May 19, 2020, and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Application is granted, as provided herein.

2. The Motion for Appointment of Examiner of Voting Procedural Irregularities Pursuant to Section 1104 ( c ) and Bankruptcy Rule 2007.1 will be heard on _____ at \_\_\_\_ \_\_.m.

3. Opposition to the Motion must be filed by _____ at \_\_\_\_ \_\_.m.

**\*\*END OF ORDER\*\***

2

ORDER GRANTING EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME TO HEAR A MOTION FOR APPOINTMENT OF AN EXAMINER OF VOTING PROCEDURAL IRREGULARITIES PURSUANT TO SECTION 1104 (c) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 2007.1