Jeremiah F. Hallisey (SBN 4001)
Karen J. Chedister (SBN 99473)
HALLISEY AND JOHNSON PC
465 California St, Ste 405
San Francisco, CA 94104
Telephone: (415) 433—5300
Email:: jfhallisey@gmail.com
kchedister@h-jlaw.com

Quentin L. Kopp (SBN 25070)
Daniel S. Mason (SBN 54065)
Thomas W. Jackson (SBN 107608)
FURTH SALEM MASON & LI LLP
640 Third Street, 2nd Floor
Santa Rosa, CA 95404-4445
Telephone: (707) 244-9422
Email: quentinlkopp@gmail.com
        dmason@fsmllaw.com
        tjackson@fsmllaw.com

Francis O. Scarpulla (SBN 41059)
Patrick B. Clayton (SBN 240191)
LAW OFFICES OF FRANCIS O.
SCARPULLA
456 Montgomery Street, 17th Floor
San Francisco, CA 94104
Tel: (415) 788-7210
Email: fos@scarpullalaw.com
        pbc@scarpullalaw.com

Richard A. Lapping (SBN 107496)
TRODELLA & LAPPING, LLP
540 Pacific Avenue
San Francisco, CA 94133-4608
Telephone: (415) 399-1015
Email: rich@trodellalapping.com[1]

*[Attorneys for clients as listed on signature page0])*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>                    Debtors. | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br><br>(Jointly Administered)<br><br>**JOINDER OF CERTAIN FIRE VICTIMS IN OBJECTION TO CONFIRMATION AND RESERVATION OF RIGHTS OF ADVENTIST HEALTH, AT&T, PARADISE ENTITIES AND COMCAST [DKT 7339] TO DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION DATED MARCH 16, 2020**<br><br>Date: May 27, 2020<br>Time: 10:00 a.m.:<br>Place: Courtroom 17, 450 Golden Gate Ave., 16th Floor, San Francisco, CA |

---

[1] Associated as co-counsel on behalf of the claimants/creditors herein

-1-

1   This Joinder is submitted by Certain Fire Victim Claimants/Creditors GER Hospitality,

2   LLC, Adolfo Veronese Family, William O'Brien, Ming O'Brien, Fuguan O'Brien; Michael

3   Heinstein, Kye Heinstein, Karen Roberds; Anita Freeman; William N. Steel, Clinton Reilly; Ken

4   Born, Christine Born, Cathy Ference, William Ference, Allen Goldberg, Robert Johnson, Patricia

5   Goodberg, Paul Goodberg, Terence Redmond, Melissa Redmond, Sonoma Court Shops, Inc., and

6   Rita Godward, all of whom have all filed claims in this Bankruptcy proceeding.

7   The above-named Fire Victim claimants/creditors join in the Objection to Confirmation

8   and Reservation of Rights of Adventist Health, At&T, Paradise Entities and Comcast [Dkt 7339]

9   to Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March

10  16, 2020.

11  Dated:  May 20, 2020

                                              */s/ Jeremiah F. Hallisey*
12                                            Jeremiah F. Hallisey
                                              Hallisey and Johnson, PC
13                                            465 California Street, Suite 405
                                              San Francisco, CA  94104-1812
14                                            Telephone: (415) 433-5300
                                              Email:  jfhallisey@gmail.com
15
                                              Attorneys for William, Ming, and Fuguan O'Brien;
16                                            Kye and Michael Heinstein; Clint Reilly; Karen
                                              Roberds and Anita Freeman; and William N. Steel
17
                                              Frances O. Scarpulla (SBN 41059)
18                                            Patrick B. Clayton (SBN 240191)
                                              LAW OFFICES OF FRANCIS O. SCARPULLA
19                                            456 Montgomery Street, 17th Floor
                                              San Francisco, CA  94104
20                                            Tel: (415) 788-7210
                                              Email:  fos@scarpullalaw.com
21                                                      pbc@scarpullalaw.com

22                                            Attorneys for GER HOSPITALITY, LLC and
                                              ADOLFO VERONESE FAMILY
23
                                              Quentin L. Kopp (SBN_25070)
24                                            Daniel S. Mason (SBN 54065)
                                              Thomas W. Jackson (SBN 107608)
25                                            FURTH SALEM MASON & LI LLP
                                              640 Third Street, 2nd Floor
26                                            Santa Rosa, CA  95404-4445
                                              Telephone: (707) 244-9422
27                                            Email:  quentinlkopp@gmail.com
                                                      dmason@fsmllaw.com
28                                                    tjackson@fsmllaw.com

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Attorneys for Ken Born, Christine Born, Cathy Ference, William Ference, Allen Goldberg, Robert Johnson, Patricia and Paul Goodberg, Terence Redmond, Melissa Redmond, Sonoma Court Shops, Inc., Rita Godward

## CERTIFICATE OF SERVICE

I, Karen J. Chedister, declare as follows:

I am over the age of eighteen (18) years and not a party to the within action. My business address is 465 California Street, Suite 405, San Francisco, CA 94104.

On May 20, 2020, I served document(s) described as:

**JOINDER OF CERTAIN FIRE VICTIMS IN OBJECTION TO CONFIRMATION AND RESERVATION OF RIGHTS OF ADVENTIST HEALTH, AT&T, PARADISE ENTITIES AND COMCAST [DKT 7339] TO DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION DATED MARCH 16, 2020**

on the interested parties in this action as follows:

BY E-MAIL/NEF: Service was accomplished through the Notice of Electronic Filing ("NEF") for all parties and counsel who are registered ECF Users and those identified below:

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. This declaration was executed on May 20, 2020 at San Francisco, California.

*/s/ Karen J. Chedister*

Karen J. Chedister, Esq.