RICHARD C. PEDONE (admitted *pro hac vice*)
rpedone@nixonpeabody.com
NIXON PEABODY LLP
Exchange Place
53 State Street
Boston, MA 02109
Tel: 617-345-1000
Fax: 617-345-1300

LOUIS J. CISZ, III (SBN 142060)
lcisz@nixonpeabody.com
HILLARY BACA (SBN 288068)
hbaca@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center
32nd Floor
San Francisco, CA 94111
Tel: 415-984-8200
Fax: 415-984-8300

Attorneys for *CALIFORNIA SELF-INSURERS' SECURITY FUND*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION**, | Chapter 11 |
| - and - | (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | |
| **Debtors**. | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors | |
| *\* All papers shall be filed in the lead case, No. 19-30088 (DM)* | |

## CERTIFICATE OF SERVICE

I, Richard C. Pedone, counsel to counsel to the California Self-Insurers' Security Fund in the above-captioned case, hereby certify that a copy of the *STATEMENT AND RESERVATION OF*

*RIGHTS WITH RESPECT TO CONFIRMATION OF THE DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION DATED MARCH 16, 2020* [Docket No. 7429] was (i) filed via the Court's CM/ECF system on May 20, 2020, and (ii) served via (a) e-mail upon those e-mail addresses listed on the attached **Exhibit A** on such date and (b) overnight mail upon the parties set forth on **Exhibit B** on May 21, 2020.

DATED: May 21, 2020  NIXON PEABODY LLP

By: /s/ *Richard C. Pedone*
RICHARD C. PEDONE (*pro hac vice*)
rpedone@nixonpeabody.com
Exchange Place
53 State Street
Boston, MA 02109
Tel: 617-345-1000
Fax: 617-345-1300

LOUIS J. CISZ, III (SBN 142060)
lcisz@nixonpeabody.com
HILLARY BACA (SBN 288068)
hbaca@nixonpeabody.com
One Embarcadero Center, 32nd Floor
San Francisco, CA 94111
Tel: 415-984-8200
Fax: 415-984-8300

*Attorneys for CALIFORNIA SELF INSURERS' SECURITY FUND*

**EXHIBIT A**
**(Via E-Mail)**

**SERVICE BY EMAIL:**

EAdler@TheAdlerFirm.com; gemarr59@hotmail.com; bzummer@TheAdlerFirm.com; olatifi@theadlerfirm.com; laytonrl@ah.org; evelina.gentry@akerman.com; yelena.archiyan@akerman.com; john.mitchell@akerman.com; avcrawford@akingump.com; mstamer@akingump.com; idizengoff@akingump.com; dbotter@akingump.com; shiggins@andrewsthornton.com; jct@andrewsthornton.com; aa@andrewsthornton.com; Andrew.Silfen@arentfox.com; Beth.Brownstein@arentfox.com; Jordana.Renert@arentfox.com; andy.kong@arentfox.com; christopher.wong@arentfox.com; Aram.Ordubegian@arentfox.com; brian.lohan@arnoldporter.com; Jg5786@att.com; Danette.Valdez@doj.ca.gov; James.Potter@doj.ca.gov; Margarita.Padilla@doj.ca.gov; marthaeromerolaw@gmail.com; esagerman@bakerlaw.com; lattard@bakerlaw.com; rjulian@bakerlaw.com; cdumas@bakerlaw.com; jonathan.shapiro@bakerbotts.com; daniel.martin@bakerbotts.com; natalie.sanders@bakerbotts.com; jrowland@bakerdonelson.com; lrochester@bakerdonelson.com; jhayden@bakerdonelson.com; hubenb@ballardspahr.com; hubenb@ballardspahr.com; ganzc@ballardspahr.com; myersms@ballardspahr.com; summersm@ballardspahr.com; rubins@ballardspahr.com; hartlt@ballardspahr.com; John.mccusker@baml.com; ssummy@baronbudd.com; jfiske@baronbudd.com; rgoldman@baumhedlundlaw.com; dmargermoore@baumhedlundlaw.com; belvederelegalecf@gmail.com; kcapuzzi@beneschlaw.com; mbarrie@beneschlaw.com; kenns@beneschlaw.com; csimon@bergerkahn.com; csimon@bergerkahn.com; dbarenbaum@bermantabacco.com; harriet.steiner@bbklaw.com; Klaw@bbslaw.com; Michael@bindermalter.com; Rob@bindermalter.com; Heinz@bindermalter.com; bklargecase@njblaw.com; mgorton@boutinjones.com; hagey@braunhagey.com; theodore@braunhagey.com; kwasniewski@braunhagey.com; levine@braunhagey.com; bletsch@braytonlaw.com; misola@brotherssmithlaw.com; DMolton@brownrudnick.com; JMiliband@brownrudnick.com; grougeau@brlawsf.com; schristianson@buchalter.com; vbantnerpeo@buchalter.com; arocles.aguilar@cpuc.ca.gov; geoffrey.dryvynsyde@cpuc.ca.gov; candace.morey@cpuc.ca.gov; dcasey@cglaw.com; jrobinson@cglaw.com; camille@cglaw.com; jdavis@cglaw.com; melaniecruz@chevron.com; marmstrong@chevron.com; dgooding@choate.com; jmarshall@choate.com; ktakvoryan@ckrlaw.com; mgoodin@clausen.com; lschweitzer@cgsh.com; ghofmann@cohnekinghorn.com; ra-li-ucts-bankrupt@state.pa.us pcalifano@cwclaw.com; deg@coreylaw.com; alr@coreylaw.com; smb@coreylaw.com; sm@coreylaw.com; fpitre@cpmlegal.com; acordova@cpmlegal.com; Tambra.curtis@sonoma-county.org eric.may@yolocounty.org fsmith@cozen.com; mfelger@cozen.com; mplevin@crowell.com; malmy@crowell.com; tyoon@crowell.com; tkoegel@crowell.com; mdanko@dankolaw.com; kmeredith@dankolaw.com; smiller@dankolaw.com; andrew.yaphe@davispolk.com; eli.vonnegut@davispolk.com; david.schiff@davispolk.com; timothy.graulich@davispolk.com; dgrassgreen@gmail.com; allan.brilliant@dechert.com; shmuel.vasser@dechert.com; alaina.heine@dechert.com; mary.kim@dechert.com; john.moe@dentons.com; Lauren.macksoud@dentons.com; michael.isaacs@dentons.com; oscar.pinkas@dentons.com; peter.wolfson@dentons.com; samuel.maizel@dentons.com; kdiemer@diemerwei.com; alewicki@diemerwei.com; david.riley@dlapiper.com; eric.goldberg@dlapiper.com; joshua.morse@dlapiper.com; scampora@dbbwc.com; gjones@dykema.com; lgoldberg@ebce.org; Leslie.Freiman@edpr.com; Randy.Sawyer@edpr.com; larry@engeladvice.com;

sgarabato@epiqglobal.com; sfelderstein@ffwplaw.com; ppascuzzi@ffwplaw.com;
sfinestone@fhlawllp.com; sfinestone@fhlawllp.com; jhayes@fhlawllp.com;
rwitthans@fhlawllp.com; emorabito@foley.com; bnelson@foley.com;
vavilaplana@foley.com; sory@fdlaw.com; mbusenkell@gsbblaw.com;
ehg@classlawgroup.com; dsh@classlawgroup.com; dfeldman@gibsondunn.com;
mkelsey@gibsondunn.com; Jkrause@gibsondunn.com; mmcgill@gibsondunn.com;
Mrosenthal@gibsondunn.com; Amoskowitz@gibsondunn.com;
mneumeister@gibsondunn.com; mchoi@gibsondunn.com;
kjarashow@goodwinlaw.com; sdasaro@goodwinlaw.com; nschultz@goodwinlaw.com;
vuocolod@gtlaw.com; steinbergh@gtlaw.com; hoguem@gtlaw.com;
etredinnick@greeneradovsky.com; sgross@grosskleinlaw.com; mgrotefeld@ghlaw-llp.com; mochoa@ghlaw-llp.com; wpickett@ghlaw-llp.com; jfhallisey@gmail.com;
roy@hansenmiller.com; Sharon.petrosino@hercrentals.com; jdoran@hinckleyallen.com;
erin.brady@hoganlovells.com; hampton.foushee@hoganlovells.com;
bennett.spiegel@hoganlovells.com; alex.sher@hoganlovells.com;
peter.ivanick@hoganlovells.com; rwolf@hollandhart.com; robert.labate@hklaw.com;
david.holtzman@hklaw.com; mjb@hopkinscarley.com; jross@hopkinscarley.com;
katie.coleman@hugheshubbard.com; ehuguenin@hugueninkahn.com;
jbothwell@hugueninkahn.com; keckhardt@huntonak.com; ppartee@huntonak.com;
mjdube@ca.ibm.com; cvarnen@irell.com; astrabone@irell.com; jreisner@irell.com;
klyman@irell.com; mstrub@irell.com; Bankruptcy2@ironmountain.com;
robert.albery@jacobs.com; jane-luciano@comcast.net; ajang@janglit.com;
jdt@jdthompsonlaw.com; rbk@jmbm.com; byoung@jmbm.com; lgabriel@bg.law;
aortiz@jhwclaw.com; sjordan@jhwclaw.com; ecf@jhwclaw.com;
JAE1900@yahoo.com; peter.boutin@kyl.com; tkeller@kbkllp.com; jkim@kbkllp.com;
KDWBankruptcyDepartment@kelleydrye.com; bfeder@kelleydrye.com;
bkleinman@kilpatricktownsend.com; prosenblatt@kilpatricktownsend.com;
Mark_Minich@kindermorgan.com; mosby_perrow@kindermorgan.com;
aparna.yenamandra@kirkland.com; david.seligman@kirkland.com;
marc.kieselstein@kirkland.com; mark.mckane@kirkland.com;
michael.esser@kirkland.com; alexander.pilmer@kirkland.com;
stephen.hessler@kirkland.com; jsink@kmclaw.com; kklee@ktbslaw.com;
dstern@ktbslaw.com; skidder@ktbslaw.com; hbedoyan@kleinlaw.com;
ecf@kleinlaw.com; acaton@kramerlevin.com; mwasson@kramerlevin.com;
tdubbs@labaton.com; lgottlieb@labaton.com; cvillegas@labaton.com;
jdubbin@labaton.com; klamb@lkfirm.com; mslattery@lkfirm.com; tkelch@lkfirm.com;
bglaser@lkfirm.com; summerst@lanepowell.com; adam.malatesta@lw.com;
amy.quartarolo@lw.com; caroline.reckler@lw.com; andrew.parlen@lw.com;
christopher.harris@lw.com; andrew.parlen@lw.com; ldeuschel@hotmail.com;
ajc@chun.law daren@schlecterlaw.com; pwp@pattiprewittlaw.com;
rlalawyer@yahoo.com; smo@smolsonlaw.com; ws@waynesilverlaw.com;
fos@scarpullalaw.com; pbc@scarpullalaw.com; jim@jsheplaw.com;
lwelsh@lkwelshlaw.com; tjb@brandilaw.com; matt@lesnickprince.com;
cprince@lesnickprince.com; DLN@LNBYB.com; EHK@LNBYB.com;
Lovee.Sarenas@lewisbrisbois.com; Amy.Goldman@lewisbrisbois.com;
Scott.Lee@lewisbrisbois.com; houston_bankruptcy@publicans.com;
asmith@lockelord.com; bknapp@lockelord.com; eguffy@lockelord.com;
eguffy@lockelord.com; kinga.wright@lockelord.com; lkress@lockelord.com;
meagan.tom@lockelord.com; sbryant@lockelord.com; jackie.fu@lockelord.com;
kinga.wright@lockelord.com; mscohen@loeb.com; aclough@loeb.com;
metkin@lowenstein.com; abehlmann@lowenstein.com; imac@macfern.com;
mannycorrales@yahoo.com; Craig@MarguliesFaithLaw.com;
rmarshack@marshackhays.com; dwood@marshackhays.com;

- 4 -

lmasud@marshackhays.com; malexander@maryalexanderlaw.com;
btrust@mayerbrown.com; jcdebaca@mayerbrown.com; chenriquez@mayerbrown.com;
dkumagai@maynardcooper.com; Annie.Duong@mccormickbarstow.com;
demerzian@mccormickbarstow.com; Annie.Duong@mccormickbarstow.com;
jreisner@mwe.com; klyman@mwe.com; jsmith@mckoolsmith.com;
feinberg@feinbergfitchlaw.com; randy.michelson@michelsonlawgroup.com;
ddunne@milbank.com; skhalil@milbank.com; Gbray@milbank.com;
TKreller@milbank.com; svora@milbank.com; svora@milbank.com;
avobrient@mintz.com; ablevin@mintz.com; anahmias@mbnlawyers.com;
kmontee@monteeassociates.com; bfallon@morrisjames.com; James.Ficenec@ndlf.com;
Joshua.Bevitz@ndlf.com; mferullo@nixonpeabody.com; rpedone@nixonpeabody.com;
wlisa@nixonpeabody.com; info@norcallawgroup.net; joe@norcallawgroup.net;
david.rosenzweig@nortonrosefulbright.com; howard.seife@nortonrosefulbright.com;
andrew.rosenblatt@nortonrosefulbright.com; christy.rivera@nortonrosefulbright.com;
rebecca.winthrop@nortonrosefulbright.com; kfineman@nutihart.com;
gnuti@nutihart.com; chart@nutihart.com; jbeiswenger@omm.com;
jrapisardi@omm.com; nmitchell@omm.com; dshamah@omm.com;
pfriedman@omm.com; jborg@jasonborglaw.com; bankruptcy@coag.gov;
James.L.Snyder@usdoj.gov; timothy.s.laffredi@usdoj.gov; Marta.Villacorta@usdoj.gov;
malone@oles.com; dfelder@orrick.com; dmintz@orrick.com; lmcgowen@orrick.com;
malevinson@orrick.com; tcmitchell@orrick.com; jlucas@pszjlaw.com;
gglazer@pszjlaw.com; dgrassgreen@pszjlaw.com; ipachulski@pszjlaw.com;
jfiero@pszjlaw.com; bbates@phrd.com; bbates@phrd.com;
tom@parkinsonphinney.com; justinrawlins@paulhastings.com;
akornberg@paulweiss.com; bhermann@paulweiss.com; wrieman@paulweiss.com;
smitchell@paulweiss.com; ndonnelly@paulweiss.com; wong.andrea@pbgc.gov;
efile@pbgc.gov; morgan.courtney@pbgc.gov; efile@pbgc.gov; efile@pbgc.gov;
robertson.daniel@pbgc.gov; ngo.melissa@pbgc.gov; efile@pbgc.gov;
ADSmith@perkinscoie.com; kcunningham@PierceAtwood.com;
dania.slim@pillsburylaw.com; hugh.ray@pillsburylaw.com;
leo.crowley@pillsburylaw.com; dminnick@pillsburylaw.com;
philip.warden@pillsburylaw.com; epino@epinolaw.com; peter@pmrklaw.com;
lweber@polsinelli.com; rsoref@polsinelli.com; pgeteam@PrimeClerk.com;
serviceqa@primeclerk.com gerald.kennedy@procopio.com;
mbienenstock@proskauer.com; brosen@proskauer.com; mzerjal@proskauer.com;
mfirestein@proskauer.com; lrappaport@proskauer.com; sma@proskauer.com;
dbp@provlaw.com; rbeacher@pryorcashman.com; bennettmurphy@quinnemanuel.com;
jchoi@raineslaw.com; crivas@reedsmith.com; mhouston@reedsmith.com;
jdoolittle@reedsmith.com; dweiss@reedsmith.com; mhouston@reedsmith.com;
mhowery@reedsmith.com; pmunoz@reedsmith.com; rsimons@reedsmith.com;
david@reederlaw.com; nbreimer.esq@gmail.com; john@jtrlaw1.com;
evan@jtrlaw1.com; lillian.stenfeldt@rimonlaw.com; phillip.wang@rimonlaw.com;
nanette@ringstadlaw.com; robins@robinscloud.com; rbryson@robinscloud.com;
steven.polard@rmkb.com; gregg.galardi@ropesgray.com;
keith.wofford@ropesgray.com; daniel.egan@ropesgray.com;
mark.bane@ropesgray.com; matthew.roose@ropesgray.com;
peter.welsh@ropesgray.com; patricia.chen@ropesgray.com; ssally@ropesgray.com;
matthew.mcginnis@ropesgray.com; rfriedman@rutan.com; pblanchard@rutan.com;
Owen.Clements@sfcityatty.org; Catheryn.Daly@sfcityatty.org; cbelmonte@ssbb.com;
pbosswick@ssbb.com; barry.chatz@saul.com; luke.murley@saul.com;
erlamblaw@gmail.com; gkalikman@schnader.com; dmg@severson.com;
dhc@severson.com; bjk@severson.com; rpinkston@seyfarth.com;
luckey.mcdowell@shearman.com; daniel.laguardia@shearman.com;

- 5 -

dshemano@shemanolaw.com; mlauter@sheppardmullin.com;
okatz@sheppardmullin.com; mlauter@sheppardmullin.com;
sfarzan@sheppardmullin.com; egoldstein@goodwin.com; lshulman@shbllp.com;
mlowe@shbllp.com; cmartin@simon.com; jsanders@stblaw.com;
michael.torkin@stblaw.com; ngoldin@stblaw.com; kmclendon@stblaw.com;
jamie.fell@stblaw.com; gerald@slffirm.com; john@slffirm.com;
Amy.Park@skadden.com; Eric.Ivester@skadden.com; mbreslauer@swsslaw.com;
wyones@swsslaw.com; Julia.Mosel@sce.com; patricia.cirucci@sce.com; Ecf@stjames-law.com; pallen@dir.ca.gov; sc2104271@gmail.com; cp@stevenslee.com;
lpg@stevenslee.com; jdsokol@lawssl.com; kcoles@lawssl.com;
dandreoli@steyerlaw.com; jlowenthal@steyerlaw.com; squan@steyerlaw.com;
ethompson@stites.com; andrew.morton@stoel.com, jennifer.slocum@stoel.com;
david.levant@stoel.com; oren.haker@stoel.com; sunny.sarkis@stoel.com;
pglassman@sycr.com; dmoon@stroock.com; fmerola@stroock.com;
khansen@stroock.com; egilad@stroock.com; mgarofalo@stroock.com;
khansen@stroock.com; egilad@stroock.com; mgarofalo@stroock.com;
holsen@stroock.com; mspeiser@stroock.com; kpasquale@stroock.com;
smillman@stroock.com; esserman@sbep-law.com; taylor@sbep-law.com;
ivan@icjenlaw.com; jmills@taylorenglish.com; Erika.Schoenberger@davey.com;
bonnie@thekanelawfirm.com; skane@thekanelawfirm.com;
josephwest@westlawfirmofcalifornia.com; rhonda.goldstein@ucop.edu;
altogut@teamtogut.com; kortiz@teamtogut.com; aoden@teamtogut.com;
aglaubach@teamtogut.com; tom@tosdallaw.com; Rich@TrodellaLapping.com;
gabriel.ozel@troutman.com; harris.winsberg@troutman.com;
matthew.roberts2@troutman.com; hugh.mcdonald@troutman.com;
marcus.hall@troutman.com; katherine.malone@troutman.com; shane.huang@usdoj.gov;
michael.tye@usdoj.gov; michael.tye@usdoj.gov; Rodney.Morris2@usdoj.gov;
bankruptcynotices@up.com; sanfrancisco@sec.gov; secbankruptcy@sec.gov;
solson@vedderprice.com
tscobb@vorys.com; wagstaffe@wvbrlaw.com; busch@wvbrlaw.com;
mkelly@walkuplawoffice.com; kbaghdadi@walkuplawoffice.com;
mschuver@walkuplawoffice.com; rileywalter@W2LG.com; Mwilhelm@W2LG.com
stephen.karotkin@weil.com; matthew.goren@weil.com; jessica.liou@weil.com;
bankruptcycourtnotices@unioncounsel.net; erich@unioncounsel.net;
tmainguy@unioncounsel.net; cgray@unioncounsel.net; joelsner@weintraub.com;
mbostick@wendel.com; llenherr@wendel.com; cshore@whitecase.com;
rkampfner@whitecase.com; tlauria@whitecase.com; mbrown@whitecase.com;
TBlischke@williamskastner.com; mfeldman@willkie.com; jminias@willkie.com;
dforman@willkie.com; CHRIS.JOHNSTONE@WILMERHALE.COM;
dneier@winston.com; Jcecil@winston.com; myuffee@winston.com;
rgolubow@wcghlaw.com; jcurran@wolkincurran.com; kw@wlawcorp.com;
info@youngwardlothert.com

# **EXHIBIT B**
## (Via Overnight Mail)

**SERVICE BY OVERNIGHT MAIL:**

Office of the United States Attorney for the Northern District of California
Attn: Bankruptcy Unit
Federal Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

PG&E Corporation
Attn: President or General Counsel
77 Beale Street
P.O. Box 77000
San Francisco, CA 94177

Placer County Office of the Treasurer-Tax Collector
Attn: Robert Kanngiesser
2976 Richardson Drive
Auburn, CA 95603

Rodriguez & Associates
Attn: Joseph Whittington, Esq. and Daniel Turek, Esq.
2020 Eye Street
Bakersfield, CA 93301

U.S. Nuclear Regulatory Commission
Attn: General Counsel
U.S. NRC Region IV
1600 E. Lamar Blvd.
Arlington, TX 76011

U.S. Nuclear Regulatory Commission
Attn: General Counsel
Washington, DC 20555-0001

Unsecured Creditor Claim No. 7072
Attn: John Ramirez
38006 Pueblo Road
Hinkley, CA 92347

Unsecured Creditor Claim No. 7083
Attn: Aurang Zaib Khan
1969 East Cooley Ave.
San Bernardino, CA 92408

| | |
|---|---|
| 1 | |
| 2 | Unsecured Creditor Claim No. 7167<br>Attn: Ken Nitao |
| 3 | 244 S. Citrus Avenue<br>Alhambra, CA  91801 |
| 4 | |
| 5 | Unsecured Creditor Claim No. 7168<br>Attn: Robert Miller |
| 6 | 37241 Sycamore Street<br>Hinkley, CA  92347 |
| 7 | |
| 8 | Unsecured Creditor Claim No. 7171<br>Attn: Shirley Holcroft |
| 9 | P.O. Box HD<br>Barstow, CA  92311 |
| 10 | |
| 11 | Unsecured Creditor Claim No. 7175<br>Attn: Andrea Williams |
| 12 | 36796 Hillview Road<br>Hinkley, CA  92347 |
| 13 | |
| 14 | Unsecured Creditor Claim No. 7176<br>Attn: Keith Hawes |
| 15 | P.O. Box 376<br>Hinkley, CA  92347 |
| 16 | |
| 17 | Unsecured Creditor Claim No. 7180<br>Attn: Oscar Urbina |
| 18 | 3617 Slauson Ave.<br>Maywood, CA  90270 |
| 19 | Unsecured Creditor Claim No. 7183 |
| 20 | Attn: Martin Garza<br>P.O. Box 344 |
| 21 | Hinkley, CA  92347 |
| 22 | Unsecured Creditor Claim No. 7199 |
| 23 | Attn: Carolyn Bolin<br>36310 Lenwood Road |
| 24 | Hinkley, CA  92347 |
| 25 | Unsecured Creditor Claim No. 7200<br>Attn: Sandra L. Brown |
| 26 | P.O. Box 192<br>Hinkley, CA  92347 |
| 27 | |
| 28 | |

Unsecured Creditor Claim No. 7201
Attn: Barbara A. Vinson
3220 Cindy Circle
Anderson, CA 96007

Unsecured Creditor Claim No. 7229
Attn: David Matthiesen
36709 Hidden River Road
Hinkley, CA 92347

Unsecured Creditor Claim No. 7244
Attn: Agustin Carrera
886 Gina Ct.
Upland, CA 91784

Unsecured Creditor Claim No. 7264
Attn: Darlene Herring Jenkins
P.O. Box 376
Hinkley, CA 92347

Unsecured Creditor Claim No. 7301
Attn: Marina Riebeling
4600 Jerry Ave.
Baldwin Park, CA 91706

Unsecured Creditor Claim No. 7585
Attn: Clell Courtney
25595 Ash Road
Barstow, CA 92311

Unsecured Creditor Claim No. 7591
Attn: Cindy Sue Downing
P.O. Box 376
Hinkley, CA 92347

Unsecured Creditor Claim No. 7657
Attn: Joel A. Christison
P.O. Box 9048
Alta Loma, CA 91701

Unsecured Creditor Claim No. 7704
Attn: Nick Panchev
25633 Anderson Avenue
Barstow, CA 92311

Unsecured Creditor Claim No. 8273

Case: 19-30088    Doc# 7444    Filed: 05/21/20    Entered: 05/21/20 06:41:22    Page 9 of 10

| | |
|---|---|
| 1 | Attn: Charles Matthiesen |
| 2 | 36771 Hidden River Rd. |
| | Hinkley, CA  92347 |
| 3 | |
| 4 | Unsecured Creditor Claim No. 8274 |
| | Attn: Juliana Martinez |
| 5 | 36633 Hidden River Road |
| | Hinkley, CA  92347 |
| 6 | |
| 7 | Unsecured Creditor Claim No. 8274 |
| | Attn: Norman Halstead |
| 8 | 20455 Halstead Road |
| | Hinkley, CA  92347 |
| 9 | |
| 10 | Unsecured Creditor Claim No. 8283 |
| | Attn: Saray Ordaz |
| 11 | 1042 E. Sandison St. Apt. 1 |
| | Wilmington, CA  90744 |
| 12 | |
| 13 | Unsecured Creditor Claim No. Pending |
| | Attn: Yvonne Kirkpatrick |
| 14 | 23394 Alcudia Rd. |
| | Hinkley, CA  92347 |