# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−3 | User: dchambers | Date Created: 5/21/2020 |
| Case: 19−30088 | Form ID: TRANSC | Total: 11 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Andrew I. Silfen | andrew.silfen@arentfox.com |
| aty | Elizabeth A. Green | egreen@bakerlaw.com |
| aty | Francis O. Scarpulla | fos@scarpullalaw.com |
| aty | Gregory A. Bray | gbray@milbank.com |
| aty | Michael S. Etkin | metkin@lowenstein.com |
| aty | Michael S. Neumeister | MNeumeister@gibsondunn.com |
| aty | Rebecca J. Winthrop | rebecca.winthrop@nortonrosefulbright.com |
| aty | Robert A. Julian | rjulian@bakerlaw.com |

TOTAL: 8

**Recipients submitted to the Claims Agent (Prime Clerk):**

| | | | | |
|---|---|---|---|---|
| aty | Stephen Karotkin | Weil, Gotshal & Manges LLP | 767 Fifth Avenue | New York, NY 10153 |
| | THOMAS TOSDAL | Tosdal Law Firm | 777 South Highway 101 Suite 215 | Solano Beach, CA 92075 |
| | GREG M. ZIPES | United States Department of Justice | 450 Golden Gate Avenue Suite 05−0153 | San Francisco, CA 94102 |

TOTAL: 3