1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

## Exhibit G

**Order Granting Motion to Consolidate**

1    Eric A. Grasberger (admitted *pro hac vice*)
     (eric.grasberger@stoel.com)
2    Mario R. Nicholas (SBN 273122)
     (mario.nicholas@stoel.com)
3    STOEL RIVES LLP
     760 SW Ninth Avenue, Suite 3000
4    Portland, OR 97205
     Tel: 503 224 3380
5    Fax: 503 220 2480

6    *Attorneys for Plaintiff/Counter-Defendant*
     *JH Kelly, LLC*

**FILED**

MAY 0 5 2020

CLERK OF THE SUPERIOR COURT
BY: M. YOCOM, DEPUTY CLERK

7

8

9                    SUPERIOR COURT OF THE STATE OF CALIFORNIA

10                          FOR THE COUNTY OF SHASTA

11

12   JH KELLY, LLC, a Washington limited          Case No. 192600 (*Proposed* Lead Case)
     liability company,                            Case No. 191759 (*JH Kelly, LLC v. Pacific Gas*
13                                                  *& Electric Company, et al.*)
                     Plaintiff,
                                                   **[PROPOSED] ORDER GRANTING**
14           v.                                    **MOTION TO CONSOLIDATE**

15   AECOM TECHNICAL SERVICES, INC., a
     purported California corporation, and DOES 1  Date Action Filed:  Jan. 29, 2019
16   through 10, inclusive,                                             (Case No. 192600);
                                                                        Jan. 25, 2019
17    Defendants.                                                       (Case No. 191759)

18   JH KELLY, LLC,                                Trial Date:         July 28, 2019
                                                                        (Case No. 192600);
19                   Plaintiff,                                         TBD
                                                                        (Case No. 191759)
20           v.

21   PACIFIC GAS & ELECTRIC COMPANY and
     DOES 1 through 10, inclusive,
22
                     Defendants.
23

24

25

26

27

28

-1-

1    [PROPOSED] ORDER

2    IT IS HEREBY ORDERED, pursuant to the Stipulation by all Parties, as follows:

3        1.        The following actions should be consolidated for all purposes, including discovery,

4    pretrial proceedings and trial:

5            a.    **Lead action** *JH Kelly, LLC, v. AECOM Technical Services, Inc., and Does 1*

6                *through 10, inclusive*, Case No. 192600;

7            b.    *JH Kelly, LLC v. Pacific Gas & Electric. Co. and Does 1 through 10, inclusive,*

8                Case No. 191759.

9        2.        Pursuant to California Rules of Court, Rule 3.350(d) documents filed in the

10   consolidated case shall include the following case number: 192600 [consolidated with: 191759].

11   IT IS FURTHER ORDERED: The trial date of July 28, 2020

12   in case no. 192600 is vacated. The Resolution Review

13   hearing re: status of bankruptcy set for June 22, 2020 at

14   9:00am. will be re-set for Dept. 8 for status of removal.

15

16   DATED:    4/27/2020                                JUDGE OF THE SUPERIOR COURT

17

18

19

20

21

22

23

24

25

26

27

28

-2-

# DECLARATION OF SERVICE

I declare that I am over the age of eighteen years and not a party to this action. I am employed in the City of Portland and County of Multnomah and my business address is 760 SW Ninth Avenue, Suite 3000, Portland, Oregon 97205.

On April 2, 2020, at Portland, Oregon, I served the attached document(s): **[PROPOSED] ORDER GRANTING MOTION TO CONSOLIDATE** on the following parties:

| | |
|---|---|
| Stanley J. Terry (PHV) (Attorney) | terry@carneylaw.com |
| Elliott C. Copenhaver (Attorney) | copenhaver@carneylaw.com |
| Patti Saiden (Legal Asst.) | saiden@carneylaw.com |
| Ann Durkin (Legal Asst.) | durkin@carneylaw.com |

Carney Badley Spellman, P.S.

| | |
|---|---|
| Robert M. Harding (Attorney) | RHarding@ckpf.com |
| Randy C. Nelson (Attorney) | RNelson@ckpf.com |
| Patrick M. Hensleigh (Attorney) | PHensleigh@ckpf.com |
| Randi Diem (Legal Asst.) | Rdiem@ckpf.com |

Carr, Kennedy, Peterson & Frost

Attorneys for Defendant/Cross-Complainant AECOM Technical Services, Inc

| | |
|---|---|
| Ralph Collins (Attorney) | ralph.collins@rswslaw.com |
| Ian Collins (Attorney) | ian.collins@rswslaw.com |
| Kathy Williams (Legal Asst.) | kathy.williams@rswslaw.com |

Reese, Smalley, Wiseman & Schweitzer, LLP

Co-Counsel for Plaintiff JH Kelly, LLC

| | |
|---|---|
| Aaron Gruber (Attorney) | agruber@rallsgruber.com |
| Ralls Gruber & Niece | |
| 1700 S. El Camino Real, Suite 150San Mateo, CA 94402 | |

Attorneys for Defendant Pacific Gas and Electric Company

☒ **BY EMAIL:** Pursuant to the email service agreement between the parties, on the date written above, I emailed a copy of the attached documents to the addressee, as shown on the service list above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this document was executed on April 2, 2020, at Portland, Oregon.

_s/Ana Trask_
Ana Trask

-1-

1  Eric A. Grasberger (admitted *pro hac vice*)
   (eric.grasberger@stoel.com)
2  Mario R. Nicholas (SBN 273122)
   (mario.nicholas@stoel.com)
3  STOEL RIVES LLP
   760 SW Ninth Avenue, Suite 3000
4  Portland, OR 97205
   Tel: 503 224 3380
5  Fax: 503 220 2480

6  *Attorneys for Plaintiff/Counter-Defendant*
   *JH Kelly, LLC*

7

8

9

10

11

                    SUPERIOR COURT OF THE STATE OF CALIFORNIA

                         FOR THE COUNTY OF SHASTA

12  JH KELLY, LLC, a Washington limited          Case No. 192600 (*Proposed* Lead Case)
    liability company,                           Case No. 191759 (*JH Kelly, LLC v. Pacific Gas*
13                                               *& Electric Company, et al.*)
                           Plaintiff,
14                                               **STIPULATION AND [PROPOSED]**
               v.                                **ORDER TO CONSOLIDATE**
15  AECOM TECHNICAL SERVICES, INC., a                 FILED BY FAX
    purported California corporation, and DOES 1  Date Action Filed:  Jan. 29, 2019
16  through 10, inclusive,                                            (Case No. 192600);
                                                                     Jan. 25, 2019
17  Defendants.                                                      (Case No. 191759)
                                                 Trial Date:         July 28, 2019
18  JH KELLY, LLC,                                                   (Case No. 192600);
                                                                     TBD
19                         Plaintiff,                                (Case No. 191759)

20             v.

21  PACIFIC GAS & ELECTRIC COMPANY and
    DOES 1 through 10, inclusive,
22
                           Defendants.
23

24      IT IS HEREBY STIPULATED, by and between the Parties (as herein defined), as

25  follows:

26      WHEREAS, multiple lawsuits have arisen out of a private construction project generally

27  known as the "Burney K2 Replacement Project" (the "**Project**"), including the following:

28

                                          -1-

1.  This case, the lead action, *JH Kelly, LLC, v. AECOM Technical Services, Inc., and Does 1 through 10, inclusive*, Case No. 192600, the parties hereto being as follows:

    a.  JH Kelly, LLC, a Washington limited liability company ("**JH Kelly**"), as Plaintiff and Counter-Defendant, and AECOM Technical Services, Inc., a California corporation ("**AECOM**"), as Defendant and Counter-Complainant. For the avoidance of doubt, reference to Case No. 192600 is inclusive of JH Kelly's complaint against AECOM and AECOM's cross-complaint against JH Kelly.

2.  *JH Kelly, LLC v. Pacific Gas & Electric Co. and Does 1 through 10, inclusive*, Case No. 191759, the parties thereto being as follows:

    a.  JH Kelly, as Plaintiff, and Pacific Gas & Electric Company, an investor-owned utility headquartered in San Francisco, California ("**PG&E**"), as Defendant.

WHEREAS, the parties listed above under subpart a. of each paragraph nos. 1 through 2 are collectively referred to herein as the "**Parties**."

WHEREAS, Exhibits A and B hereto are caption pages for each of the actions listed above, and Exhibits A-1 and B-1 hereto list all named parties in each action, whether or not each has appeared, and the names of their respective attorneys of record (California Rules of Court, Rule 3.350);

WHEREAS, consolidation of actions is appropriate where the actions involve common questions of law and fact, and where consolidation will promote judicial efficiency and economy (Cal. Code Civ. Proc., § 1048);

WHEREAS, the foregoing actions involve common questions of law and fact relating to the Project;

WHEREAS, consolidation of the actions will promote judicial efficiency and economy, in that it will reduce the necessity for duplicative discovery, pretrial proceedings, and trial hearings

1    relating to the same or closely-related facts;

2         WHEREAS, in the jointly administered bankruptcy cases of *In re PG&E Corp. & Pacific*

3    *Gas & Electric Co.*, Case No. 19-30088, pending in the Northern District of California

4    Bankruptcy Court (the "**Chapter 11 Cases**"), the Bankruptcy Court for the Northern District of

5    California has modified the automatic stay for the sole purpose of allowing the Parties to seek

6    consolidation in this Court of these two actions, and in all other respects the automatic stay

7    remains in effect; and

8         WHEREAS, upon this Court's consolidation of the actions, the Parties have agreed (and

9    have advised the Bankruptcy Court, in which AECOM currently has claims that relate to and

10    overlap with the actions pending in this Court) that PG&E will remove the consolidated actions to

11    the Bankruptcy Court so that the actions may be adjudicated as to all Parties in a single forum;

12         THEREFORE, IT IS HEREBY STIPULATED by the Parties through their undersigned

13    counsel of record that the foregoing actions should be consolidated for all purposes, including

14    discovery, pretrial proceedings and trial.  The Parties request that the Court issue the proposed

15    Order attached as Exhibit C hereto and separately lodged herewith (Local Rules of the Court,

16    Rule 5.06).

17         SO STIPULATED.

18

19

20

21

22

23

24

25

26

27

28

-3-

STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE - CASE NOS. 192600 AND 191759

105917266.1 0034592-00012

1   DATED:   April 2, 2020

2

3                                                    By: _____
                                                         Eric A. Grasberger
4                                                        Mario R. Nicholas
                                                         Attorneys for Plaintiff and Counter-Defendant
5                                                        JH Kelly, LLC

6   DATED:   April 2, 2020

7

8                                                    By: _____
                                                         S. Jay Terry
9                                                        Attorneys for Defendant and Counter-Claimant
                                                         AECOM Technical Services, Inc.

10  DATED:   April 2, 2020

11

12                                                   By: *s/Aaron Gruber*
13                                                       Aaron Gruber
                                                         Attorneys for Defendant Pacific Gas &
14                                                       Electric Company

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                              -4-

1

2

3

4

5

6

7

8                     SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                              COUNTY OF SHASTA

10    JH KELLY, LLC, a Washington limited              CASE NO. 192600
      liability company,
11
                        Plaintiff,
12
            v.
13
      AECOM TECHNICAL SERVICES, INC., a
14    purported California corporation; and
      DOES 1 through 10, inclusive,
15
                        Defendants.
16

17

18

19

20

21

22

23

24

25

26

27

28

                                      -1-

EXHIBIT 6 (CASE NOS. 192600 AND 192759)
105917266.1 0034592-00012

1

**EXHIBIT A-1**

2

    The named parties, whether each has appeared, and the names of respective attorneys of

3

record in *JH Kelly, LLC, v. AECOM Technical Services, Inc., and Does 1 through 10, inclusive*,

4

Case No. 192600:

5

6

    1.    Plaintiff and Counter-Defendant JH Kelly, LLC, a Washington limited liability

7

company;

8

        a.  has appeared;

9

        b.  attorneys of record:

10

            Eric A. Grasberger (admitted *pro hac vice*)
            (eric.grasberger@stoel.com)

11

            Mario R. Nicholas (SBN 273122)
            (mario.nicholas@stoel.com)

12

            STOEL RIVES LLP
            760 SW Ninth Avenue, Suite 3000

13

            Portland, OR 97205
            Tel: 503 224 3380
            Fax: 503 220 2480

14

15

    2.    Defendant and Counter-Complainant AECOM Technical Services, Inc., a California

16

corporation;

17

        a.  has appeared;

18

        b.  attorneys of record:

19

            C. Scott Penner (SBN 124826)
            S. Jay Terry (admitted *pro hac vice*)

20

            Elliot C. Copenhaver (admitted *pro hac vice*)
            CARNEY BADLEY SPELLMAN, P.S.

21

            701 Fifth Avenue, Suite 3600
            Seattle, WA 98104-7010

22

            Tel: 206 622 8020

23

            Robert M. Harding (SBN 101751)
            Randall C. Nelson (SBN 138298)

24

            CARR, KENNEDY, PETERSON & FROST
            420 Redcliff Drive

25

            Redding, CA 96002
            Tel: 530 222 21000

26

27

28

-2-

EXHIBIT A-1 TO CASE NOS. 192600 AND 192759

105917266.1 0034592-00012

1

2

3

4

5

6

7

8                 SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                        COUNTY OF SHASTA

10   JH KELLY, LLC, a Washington limited        CASE NO. 191759
      liability company,

11

12              Plaintiff,

13      v.

14   PACIFIC GAS AND ELECTRIC COMPANY,
      a purported California corporation; and
      DOES 1 through 10, inclusive,

15

16             Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

-1-

1

2                              **EXHIBIT B-1**

3          The named parties, whether each has appeared, and the names of respective attorneys of

4
   record in *JH Kelly, LLC v. Pacific Gas & Electric Co. and Does 1 through 10, inclusive*, Case No.
5
   191759:
6

7          1.      Plaintiff JH Kelly, LLC, a Washington limited liability company;

8                  c.   has appeared;

9                  d.   attorneys of record:

10                              Mario R. Nicholas (SBN 273122)
                                (mario.nicholas@stoel.com)
11                              STOEL RIVES LLP
                                760 SW Ninth Avenue, Suite 3000
12                              Portland, OR 97205
                                Tel: 503 224 3380
13                              Fax: 503 220 2480

14

15         2.      Defendant Pacific Gas & Electric Company, an investor-owned utility

16   headquartered in San Francisco, California;

17                 a.   appearing now for the limited purpose of stipulating to this consolidation;

18                 b.   attorneys of record:

                                Aaron Gruber (SBN 209509)
19                              (agruber@rallsgruber.com)
                                RALLS GRUBER & NIECE
20                              1700 S. El Camino Real, Suite 150
                                San Mateo, CA 94402
21                              Tel: 620 458 4040
                                Fax: 620 240 2250
22

23

24

25

26

27

28
                                            -2-

EXHIBIT B-1 / CASE NOS. 192600 AND 191759
105917266.1 0034592-00012

1          **[PROPOSED] ORDER**

2     **IT IS HEREBY ORDERED**, pursuant to the Stipulation by all Parties, as follows:

3          1.     The following actions should be consolidated for all purposes, including discovery,

4     pretrial proceedings and trial:

5                    a.    **Lead action** *JH Kelly, LLC, v. AECOM Technical Services, Inc., and Does 1*

6                          *through 10, inclusive*, Case No. 192600;

7                    b.    *JH Kelly, LLC v. Pacific Gas & Electric. Co. and Does 1 through 10, inclusive*,

8                          Case No. 191759.

9          2.     Pursuant to California Rules of Court, Rule 3.350(d) documents filed in the

10    consolidated case shall include the following case number: 192600 [consolidated with: 191759].

11    **IT IS FURTHER ORDERED:**_____

12    _____

13    _____

14    _____

15

16    DATED: _____        _____

17                                     JUDGE OF THE SUPERIOR COURT

18

19

20

21

22

23

24

25

26

27

28

-1-

# DECLARATION OF SERVICE

I declare that I am over the age of eighteen years and not a party to this action. I am employed in the City of Portland and County of Multnomah and my business address is 760 SW Ninth Avenue, Suite 3000, Portland, Oregon 97205.

On April 2, 2020, at Portland, Oregon, I served the attached document(s): **STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE** on the following parties:

| | |
|---|---|
| Stanley J. Terry (PHV) (Attorney) | terry@carneylaw.com |
| Elliott C. Copenhaver (Attorney) | copenhaver@carneylaw.com |
| Patti Saiden (Legal Asst.) | saiden@carneylaw.com |
| Ann Durkin (Legal Asst.) | durkin@carneylaw.com |

**Carney Badley Spellman, P.S.**

| | |
|---|---|
| Robert M. Harding (Attorney) | RHarding@ckpf.com |
| Randy C. Nelson (Attorney) | RNelson@ckpf.com |
| Patrick M. Hensleigh (Attorney) | PHensleigh@ckpf.com |
| Randi Diem (Legal Asst.) | Rdiem@ckpf.com |

**Carr, Kennedy, Peterson & Frost**

**Attorneys for Defendant/Cross-Complainant AECOM Technical Services, Inc**

| | |
|---|---|
| Ralph Collins (Attorney) | ralph.collins@rswslaw.com |
| Ian Collins (Attorney) | ian.collins@rswslaw.com |
| Kathy Williams (Legal Asst.) | kathy.williams@rswslaw.com |

**Reese, Smalley, Wiseman & Schweitzer, LLP**

**Co-Counsel for Plaintiff JH Kelly, LLC**

| | |
|---|---|
| Aaron Gruber (Attorney) | agruber@rallsgruber.com |
| Ralls Gruber & Niece | |
| 1700 S. El Camino Real, Suite 150San Mateo, CA 94402 | |

**Attorneys for Defendant Pacific Gas and Electric Company**

☒ **BY EMAIL:** Pursuant to the email service agreement between the parties, on the date written above, I emailed a copy of the attached documents to the addressee, as shown on the service list above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this document was executed on April 2, 2020, at Portland, Oregon.

_____
*s/Ana Trask*
Ana Trask

-1-

DECLARATION OF SERVICE