| | |
|---|---|
| Jeremiah F. Hallisey (SBN 4001)<br>Karen J. Chedister (SBN 99473)<br>HALLISEY AND JOHNSON PC<br>465 California St, Ste 405<br>San Francisco, CA 94104<br>Telephone: (415) 433—5300<br>Email:: jfhallisey@gmail.com<br>kchedister@h-jlaw.com | Francis O. Scarpulla (SBN 41059)<br>Patrick B. Clayton (SBN 240191)<br>LAW OFFICES OF FRANCIS O. SCARPULLA<br>456 Montgomery Street, 17th Floor<br>San Francisco, CA 94104<br>Tel: (415) 788-7210<br>Email: fos@scarpullalaw.com<br>pbc@scarpullalaw.com |
| Quentin L. Kopp (SBN 25070)<br>Daniel S. Mason (SBN 54065)<br>Thomas W. Jackson (SBN 107608)<br>FURTH SALEM MASON & LI LLP<br>640 Third Street, 2nd Floor<br>Santa Rosa, CA 95404-4445<br>Telephone: (707) 244-9422<br>Email: quentinlkopp@gmail.com<br>dmason@fsmllaw.com<br>tjackson@fsmllaw.com | Richard A. Lapping (SBN 107496)<br>TRODELLA & LAPPING, LLP<br>540 Pacific Avenue<br>San Francisco, CA 94133-4608<br>Telephone: (415) 399-1015<br>Email: rich@trodellalapping.com[1] |

*[Attorneys for clients as listed on signature page0])*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors. | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br><br>(Jointly Administered)<br><br>**JOINDER OF CERTAIN FIRE VICTIMS IN SECURITIES LEAD PLAINTIFF'S OBJECTION TO CONFIRMATION OF DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION DATED MARCH 16, 2020 [ECF NO. 6320][Dkt 7296]**<br><br>Date: May 27, 2020<br>Time: 10:00 a.m.:<br>Place: Courtroom 17, 450 Golden Gate Ave., 16th Floor, San Francisco, CA |

---

[1] Associated as co-counsel on behalf of the claimants/creditors herein

-1-

| | |
|---|---|
| 1 | This Joinder is submitted by Certain Fire Victim Claimants/Creditors GER Hospitality, |
| 2 | LLC, Adolfo Veronese Family, William O'Brien, Ming O'Brien, Fuguan O'Brien; Michael |
| 3 | Heinstein, Kye Heinstein, Karen Roberds; Anita Freeman; William N. Steel, Clinton Reilly; Ken |
| 4 | Born, Christine Born, Cathy Ference, William Ference, Allen Goldberg, Robert Johnson, Patricia |
| 5 | Goodberg, Paul Goodberg, Terence Redmond, Melissa Redmond, Sonoma Court Shops, Inc., and |
| 6 | Rita Godward, all of whom have all filed claims in this Bankruptcy proceeding. |
| 7 | The above-named Fire Victim claimants/creditors hereby join in the Public Employees |
| 8 | Retirement Association of New Mexico ("Lead Plaintiff") and Securities Plaintiffs' Objection to |
| 9 | Confirmation of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan dated March 16, |
| 10 | 2020 [Dkt 7283] . |
| 11 | Dated: May 21, 2020 |

/s/ Jeremiah F. Hallisey
Jeremiah F. Hallisey
Hallisey and Johnson, PC
465 California Street, Suite 405
San Francisco, CA 94104-1812
Telephone: (415) 433-5300
Email: jfhallisey@gmail.com

Attorneys for William, Ming, and Fuguan O'Brien;
Kye and Michael Heinstein; Clint Reilly; Karen
Roberds and Anita Freeman; and William N. Steel

Frances O. Scarpulla (SBN 41059)
Patrick B. Clayton (SBN 240191)
LAW OFFICES OF FRANCIS O. SCARPULLA
456 Montgomery Street, 17th Floor
San Francisco, CA 94104
Tel: (415) 788-7210
Email: fos@scarpullalaw.com
       pbc@scarpullalaw.com

Attorneys for GER HOSPITALITY, LLC and
ADOLFO VERONESE FAMILY

Quentin L. Kopp (SBN 25070)
Daniel S. Mason (SBN 54065)
Thomas W. Jackson (SBN 107608)
FURTH SALEM MASON & LI LLP
640 Third Street, 2nd Floor
Santa Rosa, CA 95404-4445
Telephone: (707) 244-9422
Email: quentinlkopp@gmail.com
       dmason@fsmllaw.com
       tjackson@fsmllaw.com

Attorneys for Ken Born, Christine Born, Cathy Ference,

| | |
|---|---|
| 1 | William Ference, Allen Goldberg, Robert Johnson, Patricia and Paul Goodberg, Terence Redmond, Melissa Redmond, Sonoma Court Shops, Inc., Rita Godward |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

# CERTIFICATE OF SERVICE

I, Karen J. Chedister, declare as follows:

I am over the age of eighteen (18) years and not a party to the within action. My business address is 465 California Street, Suite 405, San Francisco, CA 94104.

On May 21, 2020, I served document(s) described as:

**JOINDER OF CERTAIN FIRE VICTIMS IN SECURITIES LEAD PLAINTIFF'S OBJECTION TO CONFIRMATION OF DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION DATED MARCH 16, 2020 [ECF NO. 6320][Dkt 7296]**

on the interested parties in this action as follows:

BY E-MAIL/NEF: Service was accomplished through the Notice of Electronic Filing ("NEF") for all parties and counsel who are registered ECF Users and those identified below:

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. This declaration was executed on May 21, 2020 at San Francisco, California.

*/s/ Karen J. Chedister*
Karen J. Chedister, Esq.