UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>PG&E CORPORATION,<br>   - and -<br>PACIFIC GAS AND ELECTRIC COMPANY,<br>                    Debtors. | Civil Case No. 19-05257 (JD)<br>Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case) (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Jamie B. Herszaft, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On May 18, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail and email on William B. Abrams, 1519 Branch Owl Place, Santa Rosa, CA 95409 (end2endconsulting@gmail.com):

- Debtors' Statement Concerning the May 18, 2020 Status Conference [Docket No. 360]
- Debtors' Statement Concerning Plan Voting Results [Docket No. 361]

3. I have reviewed the Notices of Electronic Filing for the above-listed documents, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

4. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 21st day of May 2020, at New York, NY.

/s/ *Jamie B. Herszaft*
Jamie B. Herszaft