

Signed and Filed: May 20, 2020

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re

PG&E Corporation and Pacific Gas and Electric Company    Debtor(s).

Case No. 19-30088

Chapter 11

## ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

John Leland Murphree, whose business address and telephone number is Maynard Cooper & Gale, P.C., 1901 6th Avenue, Suite 2400, Birmingham, AL 35203; Telephone No. (205) 254-1103

and who is an active member in good standing of the bar of Alabama

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

**END OF ORDER**