# EXHIBIT A

## COMPENSATION BY PROFESSIONAL FOR THE PERIOD FROM APRIL 1, 2020 THROUGH APRIL 30, 2020

| Name of Professional Person | Department, Date of First Admission *or* Years in Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| **Partners and Of Counsel** | | | | |
| Hill, Joshua | Dep't: Litigation<br>Admission: 2002 | $905.25 | 43.20 | $39,106.92 |
| Wong, Christine Y. | Dep't: Litigation<br>Admission: 2001 | $828.75 | 1.00 | $828.75 |
| **Associates and Attorneys** | | | | |
| Barr, Sarah Elizabeth | Dep't: Litigation<br>Admission: 2017 | $505.75 | 0.40 | $202.30 |
| Kissner, Andrew | Dep't: Business Restructuring & Insolvency<br>Admission: 2017 | $595.00 | 3.10 | $1,844.50 |
| Neitzey, Christina Nicole | Dep't: Litigation<br>Admission: 2018 | $505.75 | 56.10 | $28,372.61 |
| Nicholson, Julie A. | Dep't: Litigation<br>Admission: 2012 | $709.75 | 0.80 | $567.80 |
| **Paralegals and Non-Legal Staff** | | | | |
| Guido, Laura | Dep't: Business Restructuring & Insolvency<br>Title: Senior Paralegal<br>Years in Position: 12 ½ | $318.75 | 4.00 | $1,275.00 |
| Middleman, Caitlin K. | Dep't: Litigation<br>Title: Senior Paralegal<br>Years in Position: 8 ½ | $314.50 | 29.10 | $9,151.95 |
| **Total Incurred:** | | | 137.7 | $81,349.83 |
| **Less Client Accommodation for Time Entry Review (100% of Fees Incurred):** | | | n/a | $(714.00) |
| **Total Requested:** | | | 137.7 | $80,635.83 |

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

## Total Partners, Of Counsel, Associates and Paraprofessionals

| PROFESSIONALS | BLENDED RATES | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $903.52 | 44.2 | $39,935.67 |
| Associates and Attorneys | $513.03 | 60.4 | $30,987.21 |
| **Total Incurred by All Attorneys:** | **$678.03** | **104.6** | **$70,922.88** |
| Less Client Accommodation for Time Entry Review (100% of Fees Incurred): | n/a | n/a | $(714.00) |
| **Blended Attorney Rate:** | **$671.21** | **104.6** | **$70,208.88** |
| Paraprofessionals and Non-Legal Staff | $315.01 | 33.1 | $10,426.95 |
| **Total Requested:** | **$585.59** | **137.7** | **$80,635.83** |

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105