# EXHIBIT B

## COMPENSATION BY WORK TASK CODE FOR SERVICES RENDERED MORRISON & FOERSTER LLP FOR THE PERIOD FROM APRIL 1, 2020 THROUGH APRIL 30, 2020

| Project Category | Description | Hours | Amount |
|---|---|---|---|
| C200 | C200 RESEARCHING LAW | 0.40 | $202.30 |
| C312 | C312 CLIENT COUNSEL - STAT/REG/JUDICIAL | 3.00 | $2,516.03 |
| P100 | P100 PROJECT ADMINISTRATION | 5.70 | $1,792.65 |
| P210 | P210 CORPORATE REVIEW | 2.40 | $2,172.61 |
| P300 | P300 STRUCTURE/STRATEGY/ANALYSIS | 119.10 | $71,546.74 |
| P400 | P400 INITIAL DOCUMENT PREPARATION/FILING | 5.90 | $2,405.50 |
| Z032 | Time Entry Review | 1.20 | $714.00 |
| **Total Incurred:** | | 137.7 | $81,349.83 |
| **Less Client Accommodation for Time Entry Review (100% of Fees Incurred):** | | n/a | $(714.00) |
| **Total Requested:** | | 137.7 | $80,635.83 |

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

ny-1922202