# EXHIBIT C

## EXPENSE SUMMARY FOR THE PERIOD FROM APRIL 1, 2020 THROUGH APRIL 30, 2020

None.

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

ny-1922202