# EXHIBIT D

## DETAILED TIME ENTRIES FOR THE PERIOD FROM APRIL 1, 2020 THROUGH APRIL 30, 2020

# MORRISON | FOERSTER

PO BOX 742335
LOS ANGELES
CALIFORNIA 90074-2335

TELEPHONE: 415 268 7000
FACSIMILE: 415 268 7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, WASHINGTON, D.C.,
SAN DIEGO, PALO ALTO, BOSTON,
DENVER, NORTHERN VIRGINIA

TOKYO, BEIJING, SHANGHAI,
HONG KONG, SINGAPORE

LONDON, BRUSSELS, BERLIN

Pacific Gas And Electric Company

**Taxpayer ID #** ███
Invoice Number: 5911904
Invoice Date: May 15, 2020

Client/Matter Number: 050386-0000020

Matter Name: CPUC INVESTIGATION/OII

Client Ref: 1707076

RE: CPUC INVESTIGATION/OII

*For Professional Services Rendered through April 30, 2020*

|  | U.S.Dollars |
|---|---:|
| Original Fees | 105,919.50 |
| Fee Discount Value | (24,569.67) |
| Client Accommodation - Time Entry Review | (714.00) |
| **Total This Invoice** | **80,635.83** |

**Payment may be made by Electronic Funds transfer to the firm's account**

[redacted]

# MORRISON | FOERSTER

Matter Number: 050386-0000020  
Matter Name: CPUC INVESTIGATION/OII

Invoice Number: 5911904  
Invoice Date: May 15, 2020

## Time Detail

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| **C100 FACT GATHERING** | | | | |
| 07-Apr-20 | C. Neitzey discovery questions. | Barr, Sarah Elizabeth | 0.40 | 202.30 |
| **Total: C100** | **C100 FACT GATHERING** | | **0.40** | **202.30** |
| **C312 CLIENT COUNSEL -STAT/REG/JUDICIAL** | | | | |
| 01-Apr-20 | Correspond with client regarding strategy in response to request for review. | Hill, Joshua | 0.60 | 543.15 |
| 02-Apr-20 | Correspond with S. Olinek (PG&E) regarding briefing strategy. | Hill, Joshua | 0.10 | 90.53 |
| 12-Apr-20 | Correspond with client regarding procedural posture and Commission's meeting agenda. | Hill, Joshua | 0.30 | 271.58 |
| 14-Apr-20 | Correspond with client regarding procedural options following Commission decision. | Hill, Joshua | 0.30 | 271.58 |
| 20-Apr-20 | Correspond with E. Seals (PG&E) regarding interpretation of POD. | Hill, Joshua | 0.30 | 271.58 |
| 21-Apr-20 | Call with client regarding tax modification. | Hill, Joshua | 0.50 | 452.63 |
| 21-Apr-20 | Call with client regarding tax modification. | Neitzey, Christina Nic | 0.50 | 252.88 |
| 22-Apr-20 | Correspond with S. Olinek (PG&E) regarding impact of tax modification. | Hill, Joshua | 0.20 | 181.05 |
| 24-Apr-20 | Correspond with S. Olinek (PG&E) regarding effective date of settlement agreement. | Hill, Joshua | 0.20 | 181.05 |
| **Total: C312** | **C312 CLIENT COUNSEL -STAT/REG/JUDICIAL** | | **3.00** | **2,516.03** |
| **P100 PROJECT ADMINISTRATION** | | | | |
| 02-Apr-20 | Revise CPUC submissions file. | Middleman, Caitlin K. | 0.30 | 94.35 |
| 09-Apr-20 | Revise CPUC submissions file. | Middleman, Caitlin K. | 1.60 | 503.20 |
| 13-Apr-20 | Revise CPUC submissions file. | Middleman, Caitlin K. | 0.30 | 94.35 |
| 16-Apr-20 | Revise CPUC submissions file. | Middleman, Caitlin K. | 0.60 | 188.70 |
| 21-Apr-20 | Revise CPUC submissions file. | Middleman, Caitlin K. | 0.30 | 94.35 |
| 22-Apr-20 | Revise CPUC submissions file. | Middleman, Caitlin K. | 0.30 | 94.35 |
| 30-Apr-20 | Revise CPUC submissions file. | Middleman, Caitlin K. | 2.30 | 723.35 |
| **Total: P100** | **P100 PROJECT ADMINISTRATION** | | **5.70** | **1,792.65** |
| **P210 CORPORATE REVIEW** | | | | |
| 19-Apr-20 | Analyze and provide comments on draft securities filings. | Hill, Joshua | 0.40 | 362.10 |

# MORRISON | FOERSTER

Matter Number: 050386-0000020  
Matter Name: CPUC INVESTIGATION/OII  

Invoice Number: 5911904  
Invoice Date: May 15, 2020

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 20-Apr-20 | Draft language for securities filing regarding decision different. | Hill, Joshua | 0.60 | 543.15 |
| 26-Apr-20 | Analyze draft 10-Q and circulate revisions to same. | Hill, Joshua | 0.60 | 543.15 |
| 27-Apr-20 | Analyze and revise draft 10-Q per J. Lloyd. | Hill, Joshua | 0.70 | 633.68 |
| 30-Apr-20 | Analyze 10-Q language regarding decision different. | Hill, Joshua | 0.10 | 90.53 |
| **Total: P210** | **P210 CORPORATE REVIEW** | | **2.40** | **2,172.61** |

**P300 STRUCTURE/STRATEGY/ANALYSIS**

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 01-Apr-20 | Correspond with C. Neitzey regarding research on procedural options. | Hill, Joshua | 0.50 | 452.63 |
| 01-Apr-20 | Research procedural issue regarding next steps for POD appeal. | Neitzey, Christina Nic | 2.00 | 1,011.50 |
| 01-Apr-20 | Draft response to Del Monte appeal of POD. | Neitzey, Christina Nic | 3.20 | 1,618.40 |
| 02-Apr-20 | Call with settling parties to discuss response to request for review. | Hill, Joshua | 1.00 | 905.25 |
| 02-Apr-20 | Correspond with internal working group regarding procedural expectations. | Hill, Joshua | 0.20 | 181.05 |
| 02-Apr-20 | Analyze proposed outline for response to Del Monte appeal. | Hill, Joshua | 0.60 | 543.15 |
| 02-Apr-20 | Draft response to request for review. | Hill, Joshua | 8.30 | 7,513.58 |
| 02-Apr-20 | Draft response to Del Monte appeal of POD. | Neitzey, Christina Nic | 6.10 | 3,085.08 |
| 03-Apr-20 | Draft brief in response to request for review. | Hill, Joshua | 2.70 | 2,444.18 |
| 03-Apr-20 | Draft response to Del Monte appeal of POD. | Neitzey, Christina Nic | 9.00 | 4,551.75 |
| 05-Apr-20 | Analyze and provide comments on draft response to Del Monte appeal. | Hill, Joshua | 1.60 | 1,448.40 |
| 05-Apr-20 | Analyze comments received on draft response to request for review. | Hill, Joshua | 0.50 | 452.63 |
| 05-Apr-20 | Analyze and draft summary of TURN response to PG&E motion seeking other relief in response to POD. | Neitzey, Christina Nic | 0.70 | 354.03 |
| 05-Apr-20 | Draft response to Del Monte appeal of POD. | Neitzey, Christina Nic | 0.20 | 101.15 |
| 06-Apr-20 | Analyze comments and revise draft of response to request for review. | Hill, Joshua | 2.30 | 2,082.08 |
| 06-Apr-20 | Analyze and revise draft response to Del Monte appeal. | Hill, Joshua | 1.00 | 905.25 |
| 06-Apr-20 | Cite check response to commissioner's request for review. | Middleman, Caitlin K. | 5.70 | 1,792.65 |
| 06-Apr-20 | Draft response to Del Monte appeal of POD. | Neitzey, Christina Nic | 8.10 | 4,096.58 |
| 07-Apr-20 | Analyze and revise draft response to Del Monte appeal. | Hill, Joshua | 0.70 | 633.68 |

3

Case: 19-30088   Doc# 7457-4   Filed: 05/21/20   Entered: 05/21/20 16:59:22   Page 4 of 12

# MORRISON | FOERSTER

Matter Number: 050386-0000020  
Matter Name: CPUC INVESTIGATION/OII

Invoice Number: 5911904  
Invoice Date: May 15, 2020

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 07-Apr-20 | Revise draft response to request for review. | Hill, Joshua | 0.60 | 543.15 |
| 07-Apr-20 | Cite check response to Del Monte appeal. | Middleman, Caitlin K. | 3.60 | 1,132.20 |
| 07-Apr-20 | Cite check revised response to request for review. | Middleman, Caitlin K. | 4.90 | 1,541.05 |
| 07-Apr-20 | Revise response to request for review. | Middleman, Caitlin K. | 1.30 | 408.85 |
| 07-Apr-20 | Draft response to request for review of POD and response to Del Monte appeal of POD. | Neitzey, Christina Nic | 3.60 | 1,820.70 |
| 07-Apr-20 | Correspond with C. Neitzey regarding discovery. | Nicholson, Julie A. | 0.20 | 141.95 |
| 08-Apr-20 | Analyze and revise draft response to request for review. | Hill, Joshua | 0.80 | 724.20 |
| 08-Apr-20 | Analyze and revise response to Del Monte motion. | Hill, Joshua | 0.60 | 543.15 |
| 08-Apr-20 | Fact check response to Del Monte appeal. | Middleman, Caitlin K. | 6.10 | 1,918.45 |
| 08-Apr-20 | Revise response to Del Monte appeal. | Middleman, Caitlin K. | 0.90 | 283.05 |
| 08-Apr-20 | Draft responses to Del Monte appeal of POD and request for review of POD. | Neitzey, Christina Nic | 5.10 | 2,579.33 |
| 09-Apr-20 | Analyze EPUC motion for party status and relevant CPUC rules regarding same. | Hill, Joshua | 0.30 | 271.58 |
| 09-Apr-20 | Call with C. Neitzey regarding filings in response to appeal and request for review. | Hill, Joshua | 0.60 | 543.15 |
| 09-Apr-20 | Correspond with internal working group regarding response to Del Monte appeal and SED comment. | Hill, Joshua | 0.40 | 362.10 |
| 09-Apr-20 | Analyze TURN and SED responses to PG&E motion and request for relief. | Hill, Joshua | 0.50 | 452.63 |
| 09-Apr-20 | Draft and finalize responses to request for review and Del Monte appeal of POD. | Neitzey, Christina Nic | 2.40 | 1,213.80 |
| 09-Apr-20 | Call with J. Hill regarding filings in response to appeal and request for review. | Neitzey, Christina Nic | 0.60 | 303.45 |
| 10-Apr-20 | Analyze responses filed on April 9 and summarize same for internal working group. | Hill, Joshua | 1.90 | 1,719.98 |
| 10-Apr-20 | Analyze and draft summary of responses to appeal of POD and to request for review of POD. | Neitzey, Christina Nic | 4.60 | 2,326.45 |
| 13-Apr-20 | Analyze procedural options upon ruling by Commission. | Hill, Joshua | 1.50 | 1,357.88 |
| 13-Apr-20 | Research and draft summary of procedure for next steps regarding Commission decision on proposed settlement. | Neitzey, Christina Nic | 0.40 | 202.30 |
| 14-Apr-20 | Analyze and draft summary of Nelson and Canarra filing. | Neitzey, Christina Nic | 1.00 | 505.75 |
| 16-Apr-20 | Analyze potential appeal of MOD POD. | Hill, Joshua | 0.40 | 362.10 |
| 16-Apr-20 | Evaluate claims made by intervenor regarding open meetings act. | Hill, Joshua | 0.70 | 633.68 |

# MORRISON | FOERSTER

Matter Number: 050386-0000020  
Matter Name: CPUC INVESTIGATION/OII

Invoice Number: 5911904  
Invoice Date: May 15, 2020

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 16-Apr-20 | Correspond with internal working group regarding Commission business meeting and Bagley Keene Act objection to consideration of settlement at meeting. | Neitzey, Christina Nic | 0.20 | 101.15 |
| 20-Apr-20 | Call with H. Weissmann (Munger Tolles) regarding strategy. | Hill, Joshua | 0.20 | 181.05 |
| 20-Apr-20 | Call with C. Neitzey regarding procedural options and strategy regarding decision different. | Hill, Joshua | 0.50 | 452.63 |
| 20-Apr-20 | Analyze decision different. | Hill, Joshua | 1.10 | 995.78 |
| 20-Apr-20 | Revise draft of summary and strategy memorandum regarding decision different. | Hill, Joshua | 1.20 | 1,086.30 |
| 20-Apr-20 | Analyze decision different from POD. | Neitzey, Christina Nic | 3.00 | 1,517.25 |
| 20-Apr-20 | Call with J. Hill regarding procedural options and strategy regarding decision different. | Neitzey, Christina Nic | 0.50 | 252.88 |
| 20-Apr-20 | Analyze decision different. | Wong, Christine Y. | 1.00 | 828.75 |
| 21-Apr-20 | Analyze strategy in response to decision different. | Hill, Joshua | 0.90 | 814.73 |
| 21-Apr-20 | Analyze and supplement memorandum regarding recommendations for response to decision different. | Hill, Joshua | 0.90 | 814.73 |
| 21-Apr-20 | Correspond with internal working group regarding decision different from POD and next steps. | Neitzey, Christina Nic | 0.20 | 101.15 |
| 22-Apr-20 | Research factual question regarding estimated impact of tax modification and draft summary of findings. | Neitzey, Christina Nic | 0.60 | 303.45 |
| 23-Apr-20 | Call with settling parties regarding response to decision different. | Hill, Joshua | 0.20 | 181.05 |
| 23-Apr-20 | Outline response to decision different. | Hill, Joshua | 0.20 | 181.05 |
| 23-Apr-20 | Draft comments on decision different from POD. | Neitzey, Christina Nic | 1.90 | 960.93 |
| 26-Apr-20 | Correspond with internal working group regarding modifications to decision different. | Hill, Joshua | 0.20 | 181.05 |
| 27-Apr-20 | Draft comments in response to decision different and correspond with internal working group regarding same. | Hill, Joshua | 2.50 | 2,263.13 |
| 27-Apr-20 | Correspond with internal working group regarding comments on decision different. | Neitzey, Christina Nic | 0.20 | 101.15 |
| 27-Apr-20 | Analyze correspondence regarding decision different strategy. | Nicholson, Julie A. | 0.20 | 141.95 |
| 28-Apr-20 | Revise multiple draft comments on decision different. | Hill, Joshua | 1.80 | 1,629.45 |
| 28-Apr-20 | Analyze comments regarding draft comments on decision different. | Hill, Joshua | 0.60 | 543.15 |
| 28-Apr-20 | Analyze draft of comments on decision different from POD. | Neitzey, Christina Nic | 0.40 | 202.30 |

# MORRISON | FOERSTER

Matter Number: 050386-0000020  Invoice Number: 5911904
Matter Name: CPUC INVESTIGATION/OII  Invoice Date: May 15, 2020

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 29-Apr-20 | Cite check comments regarding decision different. | Middleman, Caitlin K. | 0.90 | 283.05 |
| 29-Apr-20 | Draft comments on decision different from POD. | Neitzey, Christina Nic | 1.20 | 606.90 |
| 30-Apr-20 | Analyze matters regarding finalizing response to decision different. | Hill, Joshua | 0.30 | 271.58 |
| 30-Apr-20 | Finalize comments regarding decision different from POD for filing. | Neitzey, Christina Nic | 0.40 | 202.30 |
| 30-Apr-20 | Analyze filings regarding decision different. | Nicholson, Julie A. | 0.40 | 283.90 |
| **Total: P300** | **P300 STRUCTURE/STRATEGY/ANALYSIS** | | **119.10** | **71,546.74** |

**P400 INITIAL DOCUMENT PREPARATION/FILING**

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 13-Apr-20 | Correspond with internal working group regarding fee application. | Kissner, Andrew | 0.10 | 59.50 |
| 15-Apr-20 | Prepare CNO for MoFo's December fee statement and finalize same | Guido, Laura | 0.40 | 127.50 |
| 15-Apr-20 | Coordinate preparation of December/January consolidated fee statement. | Guido, Laura | 0.20 | 63.75 |
| 16-Apr-20 | Prepare and finalize MoFo's consolidated seventh monthly fee statement and coordinate receipt of revised invoices for same. | Guido, Laura | 1.40 | 446.25 |
| 16-Apr-20 | Prepare supporting exhibits for consolidated December/January fee statement. | Guido, Laura | 0.20 | 63.75 |
| 16-Apr-20 | Analyze and revise January fee application. | Kissner, Andrew | 0.30 | 178.50 |
| 17-Apr-20 | Finalize consolidated seventh monthly fee statement for filing. | Guido, Laura | 0.20 | 63.75 |
| 17-Apr-20 | Correspond with local counsel regarding filing of fee application. | Kissner, Andrew | 0.10 | 59.50 |
| 20-Apr-20 | Analyze fee application backup and correspond with fee examiner regarding same. | Kissner, Andrew | 0.20 | 119.00 |
| 24-Apr-20 | Prepare MoFo's February fee statement. | Guido, Laura | 0.40 | 127.50 |
| 27-Apr-20 | Prepare supporting exhibits for February fee statement. | Guido, Laura | 0.20 | 63.75 |
| 27-Apr-20 | Prepare, finalize and compile MoFo's February fee statement. | Guido, Laura | 1.00 | 318.75 |
| 27-Apr-20 | Analyze February fee statement and correspond with internal working group regarding same. | Kissner, Andrew | 0.20 | 119.00 |
| 28-Apr-20 | Correspond with local counsel regarding filing of fee statement. | Kissner, Andrew | 0.10 | 59.50 |
| 29-Apr-20 | Analyze invoice backup and correspond with fee examiner regarding same. | Kissner, Andrew | 0.20 | 119.00 |
| 30-Apr-20 | Analyze correspondence from fee examiner and draft response to same. | Kissner, Andrew | 0.70 | 416.50 |

# MORRISON | FOERSTER

Matter Number: 050386-0000020  Invoice Number: 5911904
Matter Name: CPUC INVESTIGATION/OII  Invoice Date: May 15, 2020

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| **Total: P400** | **P400 INITIAL DOCUMENT PREPARATION/FILING** | | **5.90** | **2,405.50** |
| **Time Entry Review** | | | | |
| 14-Apr-20 | Correspond with billing team regarding outstanding invoices. | Kissner, Andrew | 0.20 | 119.00 |
| 15-Apr-20 | Analyze and revise invoices for compliance with U.S. Trustee's guidelines. | Kissner, Andrew | 0.40 | 238.00 |
| 21-Apr-20 | Revise invoices for compliance with U.S. Trustee's guidelines. | Kissner, Andrew | 0.20 | 119.00 |
| 24-Apr-20 | Revise invoices for compliance with U.S. Trustee's guidelines. | Kissner, Andrew | 0.40 | 238.00 |
| **Total: Z032** | **Time Entry Review** | | **1.20** | **714.00** |
| | | | **Current Fees** | **80,635.83** |

# MORRISON | FOERSTER

Matter Number: 050386-0000020  
Matter Name: CPUC INVESTIGATION/OII

Invoice Number: 5911904  
Invoice Date: May 15, 2020

## Timekeeper Summary

| No. | Timekeeper | Rate | Hours | Value |
|---|---|---|---|---|
| 21211 | Hill, Joshua | 905.25 | 43.20 | 39,106.92 |
| 23383 | Wong, Christine Y. | 828.75 | 1.00 | 828.75 |
| 23371 | Barr, Sarah Elizabeth | 505.75 | 0.40 | 202.30 |
| 19671 | Kissner, Andrew | 595.00 | 3.10 | 1,844.50 |
| 23787 | Neitzey, Christina Nic | 505.75 | 56.10 | 28,372.61 |
| 16384 | Nicholson, Julie A. | 709.75 | 0.80 | 567.80 |
| 13849 | Guido, Laura | 318.75 | 4.00 | 1,275.00 |
| 16127 | Middleman, Caitlin K. | 314.50 | 29.10 | 9,151.95 |
|  | Client Accommodation - Time Entry Review |  |  | (714.00) |
|  | **TOTAL** |  | **137.70** | **80,635.83** |

8

Matter Number: 050386-0000020  Invoice Number: 5911904
Matter Name: CPUC INVESTIGATION/OII  Invoice Date: May 15, 2020

## Task Code Summary

| Task Code | Description | Hours | Value |
|---|---|---:|---:|
| C100 | C100 FACT GATHERING | 0.40 | 202.30 |
| C312 | C312 CLIENT COUNSEL -STAT/REG/JUDICIAL | 3.00 | 2,516.03 |
| P100 | P100 PROJECT ADMINISTRATION | 5.70 | 1,792.65 |
| P210 | P210 CORPORATE REVIEW | 2.40 | 2,172.61 |
| P300 | P300 STRUCTURE/STRATEGY/ANALYSIS | 119.10 | 71,546.74 |
| P400 | P400 INITIAL DOCUMENT PREPARATION/FILING | 5.90 | 2,405.50 |
| Z032 | Time Entry Review | 1.20 | 714.00 |
|  | Client Accommodation - Time Entry Review |  | (714.00) |
|  | **TOTAL** | **137.70** | **80,635.83** |

# MORRISON | FOERSTER

Matter Number: 050386-0000020  Invoice Number: 5911904
Matter Name: CPUC INVESTIGATION/OII  Invoice Date: May 15, 2020

## Invoice Summary

|  | U.S.Dollars |
|---|---:|
| Total Fees | 80,635.83 |
| **Total Amount Due** | **80,635.83** |

Case: 19-30088    Doc# 7457-4    Filed: 05/21/20    Entered: 05/21/20 16:59:22    Page 11 of 12

# MORRISON | FOERSTER

Matter Number: 050386-0000020  
Matter Name: CPUC INVESTIGATION/OII

Invoice Number: 5911904  
Invoice Date: May 15, 2020

For your convenience, we have listed below previous invoices on this matter which our records show as outstanding and the total balance due on this account. If you have already submitted payment, we appreciate your promptness. If your records are not in agreement, or if we can provide additional assistance, please call our Billing Department at (415) 268-6446 or (866) 314-5320

| Date | Invoice Number | Currency | Original Invoice Amount | Payments Applied | Amount Outstanding |
|---|---|---|---|---|---|
| 31-Dec-18 | 5788544 | USD | 11,540.98 | 0.00 | 11,540.98 |
| 14-Jan-19 | 5789728 | USD | 53,273.86 | 0.00 | 53,273.86 |
| 30-Sep-19 | 5855259 | USD | 133,934.94 | 0.00 | 133,934.94 |
| 30-Sep-19 | 5887635 | USD | 1,491.75 | 0.00 | 1,491.75 |
| 07-Nov-19 | 5864250 | USD | 187,092.39 | 118,522.33 | 68,570.06 |
| 12-Nov-19 | 5872848 | USD | 25,272.11 | 20,276.95 | 4,995.16 |
| 13-Nov-19 | 5872849 | USD | 293,040.35 | 232,959.61 | 60,080.74 |
| 14-Nov-19 | 5872850 | USD | 210,206.59 | 164,109.84 | 46,096.75 |
| 15-Nov-19 | 5872851 | USD | 184,478.01 | 144,043.98 | 40,434.03 |
| 18-Nov-19 | 5872852 | USD | 139,409.29 | 105,605.74 | 33,803.55 |
| 19-Nov-19 | 5872853 | USD | 117,730.16 | 92,767.33 | 24,962.83 |
| 20-Nov-19 | 5872854 | USD | 420,218.70 | 332,330.25 | 87,888.45 |
| 30-Jan-20 | 5885685 | USD | 201,520.29 | 0.00 | 201,520.29 |
| 07-Feb-20 | 5887765 | USD | 332,996.02 | 0.00 | 332,996.02 |
| 07-Feb-20 | 5887767 | USD | 641,794.21 | 0.00 | 641,794.21 |
| 24-Mar-20 | 5898691 | USD | 2,696.60 | 0.00 | 2,696.60 |
| 24-Mar-20 | 5898699 | USD | 220,352.74 | 0.00 | 220,352.74 |
| 15-Apr-20 | 5903880 | USD | 199,276.15 | 0.00 | 199,276.15 |
| 15-Apr-20 | 5904169 | USD | 131.20 | 0.00 | 131.20 |
| 24-Apr-20 | 5906885 | USD | 62,808.84 | 0.00 | 62,808.84 |
| 24-Apr-20 | 5906886 | USD | 131.20 | 0.00 | 131.20 |
| 30-Apr-20 | 5909251 | USD | 137,409.59 | 0.00 | 137,409.59 |