# EXHIBIT E

## DETAILED EXPENSES FOR THE PERIOD FROM APRIL 1, 2020 THROUGH APRIL 30, 2020

None.