WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Theodore E. Tsekerides (*pro hac vice*)
(theodore.tsekerides@weil.com)
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors
and Debtors in Possession*

JONES DAY
Bruce S. Bennett (SBN 105430)
(bbennett@jonesday.com)
Joshua M. Mester (SBN 194783)
(jmester@jonesday.com)
James O. Johnston (SBN 167330)
(jjohnston@jonesday.com)
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071-2300
Tel: 213 489 3939
Fax: 213 243 2539

*Attorneys for Shareholder Proponents*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                        **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**DEBTORS' WITNESS LIST IN CONNECTION WITH HEARING ON CONFIRMATION OF THE DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION** |

PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned chapter 11 cases, hereby submit the following list of witnesses who will provide affirmative testimony through declaration at the hearing to consider confirmation of the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020* [Docket No. 6320] (as it may be amended, modified or supplemented from time to time, and together with any exhibits or schedules thereto, the "**Plan**")[1] pursuant to the direction from the Court at the May 19, 2020 pre-confirmation status conference that the Debtors identify their witnesses and provide a brief summary of the testimony each witness intends to offer.

1. **Jason P. Wells**. Mr. Wells is the Executive Vice President and Chief Financial Officer for PG&E Corp. Mr. Wells will provide testimony regarding, among other things, the facts demonstrating the satisfaction by the Plan and the Plan Proponents of each of the requirements of section 1129 of the Bankruptcy Code (other than those specifically identified below to be addressed by other declarants) and support for the Public Entities Settlement and OII Wildfire Settlement.

2. **Ken Ziman**. Mr. Ziman is a Managing Director in the Restructuring Group at Lazard Frères & Co. LLC, an investment banking firm. Mr. Ziman will provide testimony regarding, among other things, the emergence financing contemplated in connection with the Plan.

3. **John Boken**. Mr. Boken is a Managing Director in the restructuring group at AlixPartners, LLP. Mr. Boken will provide testimony regarding, among other things, the Debtors' Claims reconciliation and analysis, the Plan's satisfaction of the requirements of section 1129(a)(7) of the Bankruptcy Code, the Financial Projections, and the adequacy of the emergence financing in connection with the Plan.

4. **Christina Pullo**. Ms. Pullo is a Vice President of Global Corporate Actions, at Prime Clerk LLC. Ms. Pullo will provide testimony regarding, among other things, the solicitation of votes and the tabulation of Ballots cast on the Plan.

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Plan.

The Debtors reserve the right to amend the witness list to add a witness the Debtors will or may call at the Confirmation Hearing, or to state that any witness previously disclosed will testify to additional subject matters. In addition, the Debtors reserve the right to call (i) any witness identified in the witness list of any other party, (ii) additional witnesses necessary to respond to or rebut the testimony of any witness called or designated by another party as well as any testimony elicited on cross-examination, and (iii) additional witnesses that may be necessary to establish the authenticity and/or admissibility of documents.

Dated: May 21, 2020
       New York, New York

**WEIL, GOTSHAL & MANGES LLP**

**KELLER BENVENUTTI KIM LLP**

By:   _/s/ Stephen Karotkin_
       Stephen Karotkin

*Attorneys for Debtors and Debtors in Possession*