| | |
|---|---|
| TROUTMAN SANDERS LLP<br>Jared D. Bissell (SBN 272687)<br>222 Central Park Ave<br>Suite 2000<br>Virginia Beach, VA 23462<br>Telephone:   757.687.7713<br>Facsimile:   757.687.7510 | TROUTMAN SANDERS LLP<br>Marcus T. Hall (SBN 206495)<br>3 Embarcadero Center<br>Suite 800<br>San Francisco, CA 94111<br>Tel: 415-477-5700<br>Fax: 415-477-5710 |

-and-

TROUTMAN SANDERS LLP
Harris B. Winsberg (admitted *pro hac vice*)
Matthew G. Roberts (admitted *pro hac vice*)
Bank of America Plaza
600 Peachtree Street NE
Suite 3000
Atlanta, GA 30308-2216
Telephone:   404.885.3000
Facsimile:   404.885.3900

*Attorneys for Osmose Utilities Services, Inc.*

-and-

*Southern Power Company, on Behalf of Itself and Certain of Its Affiliates*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:<br><br>PG&E Corporation<br><br>-and-<br><br>Pacific Gas and Electric Company,<br><br>                    Debtors.<br><br>❑ Affects PG&E Corporation<br><br>❑ Affects Pacific Gas and Electric Company<br><br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 | Case No.  19-30088<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br><br><br><br><br>**NOTICE OF CHANGE IN COUNSEL** |

**TO THE BANKRUPTCY COURT AND ALL PARTIES IN INTEREST:**

Osmose Utilities Services, Inc. ("**Osmose**") and Southern Power Company, on behalf of itself and certain of its affiliates ("**Southern**"), as creditors and interested parties herein, hereby give notice of a change in local counsel *from* Katharine L. Malone (SBN 290884) *to* Jared D. Bissell (SBN 272687), and request that Ms. Malone be removed from the Court's electronic e-mail notification list, as follows:

Katherine Malone
katharine.malone@troutman.com

Harris B. Winsberg and Matthew G. Roberts of Troutman Sanders LLP will remain as lead counsel for Southern and Osmose with Jared D. Bissell and Marcus T. Hall of Troutman Sanders LLP serving as local counsel of record going forward. The undersigned confirms that Ms. Malone, Mr. Bissell, Southern, and Osmose have all consented to the foregoing change.

Dated: May 22, 2020

**TROUTMAN SANDERS LLP**

By: /s/ *Matthew G. Roberts*
Harris B. Winsberg (admitted *pro hac vice*)
Matthew G. Roberts (admitted *pro hac vice*)
TROUTMAN SANDERS LLP
600 Peachtree St. NE
Suite 3000
Atlanta, GA 30308
Telephone: 404.885.3000
Facsimile: 404.885.3900
harris.winsberg@troutman.com
matthew.roberts2@troutman.com

Jared D. Bissell (SBN 272687)
222 Central Park Ave
Suite 2000
Virginia Beach, VA 23462
Telephone: 757.687.7713
Facsimile: 757.687.7510
jared.bissell@troutman.com