TROUTMAN SANDERS LLP
Jared D. Bissell (SBN 272687)
222 Central Park Ave
Suite 2000
Virginia Beach, VA 23462
Telephone:    757.687.7713
Facsimile:    757.687.7510

-and-

TROUTMAN SANDERS LLP
Harris B. Winsberg (admitted *pro hac vice*)
Matthew G. Roberts (admitted *pro hac vice*)
Bank of America Plaza
600 Peachtree Street NE
Suite 3000
Atlanta, GA  30308-2216
Telephone:    404.885.3000
Facsimile:    404.885.3900

*Attorneys for Osmose Utilities Services, Inc.*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:<br><br>PG&E Corporation<br><br>-and-<br><br>Pacific Gas and Electric Company,<br><br>  Debtors.<br><br>❑ Affects PG&E Corporation<br><br>❑ Affects Pacific Gas and Electric Company<br><br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 | Case No.  19-30088<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**OSMOSE UTILITIES SERVICES, INC.'S NOTICE OF DESIGNATION OF SPEAKING ATTORNEYS AT CONFIRMATION HEARING**<br><br>Date:     May 27, 2020<br>Time:    10:00 a.m. (Pacific)<br>Place:    United States Bankruptcy Court<br>            Courtroom 17, 16th Floor<br>            San Francisco, CA 94102 |

TROUTMAN SANDERS LLP
BANK OF AMERICA PLAZA
600 PEACHTREE STREET NE
SUITE 3000
ATLANTA, GA 30308-2216

**TO THE BANKRUPTCY COURT AND ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that, on May 15, 2020, Osmose Utilities Services, Inc. ("**Osmose**") timely filed and served its *Limited Objection to (I) Schedule of Executory Contracts and Unexpired Leases to Be Assumed Pursuant to the Plan and Proposed Cure Amounts; and (II) Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020* [Dkt. No. 7320] (the "**Limited Objection**").

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the *Order Establishing Confirmation Protocol* [Dkt. No. 7182], Osmose hereby designates the following attorneys[1] with respect to the Limited Objection and the confirmation hearing:

| Harris B. Winsberg | Matthew G. Roberts | Jared D. Bissell |
|---|---|---|
| TROUTMAN SANDERS LLP | TROUTMAN SANDERS LLP | TROUTMAN SANDERS LLP |
| harris.winsberg@troutman.com | matthew.roberts2@troutman.com | jared.bissell@troutman.com |
| ***Designated Speaking Attorney*** | ***Secondary Attorney*** | ***Local Counsel*** |

**PLEASE TAKE FURTHER NOTICE** that the designations provided herein remain subject to change upon further notice.

[*Signature on following page*]

//
//
//
//
//
//
//
//

---

[1] In reliance on the Debtors' representation that they intend to modify the confirmation order to provide for the ride-through of cure objections (including the cure objection that Osmose presented in its Limited Objection), Osmose has not designated any exhibits or witnesses in connection with its Limited Objection.

42352919

1

| | |
|---|---|
| Dated: May 22, 2020 | **TROUTMAN SANDERS LLP**<br><br>By: /s/ *Matthew G. Roberts*<br>Harris B. Winsberg (admitted *pro hac vice*)<br>Matthew G. Roberts (admitted *pro hac vice*)<br>TROUTMAN SANDERS LLP<br>600 Peachtree St. NE<br>Suite 3000<br>Atlanta, GA 30308<br>Telephone: 404.885.3000<br>Facsimile: 404.885.3900<br>harris.winsberg@troutman.com<br>matthew.roberts2@troutman.com<br><br>Jared D. Bissell (SBN 272687)<br>222 Central Park Ave<br>Suite 2000<br>Virginia Beach, VA 23462<br>Telephone: 757.687.7713<br>Facsimile: 757.687.7510<br>jared.bissell@troutman.com |

TROUTMAN SANDERS LLP
BANK OF AMERICA PLAZA
600 PEACHTREE STREET NE
SUITE 3000
ATLANTA, GA 30308-2216