Thomas R. Phinney – State Bar Number 159435
Donna T. Parkinson – State Bar Number 125574
**PARKINSON PHINNEY**
3600 American River Drive, Suite 145
Sacramento, CA 95864
Telephone: (916) 449-1444
Facsimile: (916) 449-1440
E-Mail: tom@parkinsonphinney.com

Attorneys for Amador Water Agency

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>- and –<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>**NOTICE OF ERRATA RE OBJECTION OF CLAIMANT AMADOR WATER AGENCY TO PLAN SUPPLEMENT SCHEDULE B [Dkt No. 7037]**<br><br>**Hearing Date:** May, 27, 2020<br>Time: 10:00 a.m.<br>Place: Hon. Dennis Montali<br>Courtroom 17<br>450 Golden Gate Ave., 16th Fl.<br>San Francisco, CA 94102 |

Amador Water Agency ("AWA") provides this Notice of Errata to correct the hearing date listed on its objection filed with the court on May 15, 2020 (**Dkt No. 7277**). The correct hearing date is May 27, 2020.

Dated: May 22, 2020

**Parkinson Phinney**
By: /s/ Thomas R. Phinney
Thomas R. Phinney
Attorneys for Amador Water Agency