**Exhibit A**

| Date Statement Filed | Period Covered | Total Compensation and Expenses Incurred for Period Covered | | Total Amount of Fees Authorized to be Paid Pursuant to Interim Compensation Order | Total Amount of Expenses Authorized to be Paid Pursuant to Interim Compensation Order | Holdback Fees Amount |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees w/ No Objection (@ 80%) | Expenses (@ 100%) | Fees w/ No Objection (@ 20%) |
| April 30, 2020 | 02/01/20 - 02/29/20 | $899,382.50 | $18,812.77 | $719,506.00 | $18,812.77 | $179,876.50 |

4

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017