William B. Abrams
end2endconsulting@gmail.com
1519 Branch Owl Place
Santa Rosa, CA, 95409
Tel: 707 397 5727

*Pro Se Claimant and*

*Party to California Public Utilities Commission Proceeding I.19-09-016 to Consider the Ratemaking and Other Implications of a Proposed Plan for Resolution of Voluntary Case filed by Pacific Gas and Electric Company, pursuant to Chapter 11 of the Bankruptcy Code, in the United States Bankruptcy Court, Northern District of California, San Francisco Division, In re Pacific Gas and Electric Corporation and Pacific Gas and Electric Company, Case No. 19- 30088.*

*Party to California Public Utilities Commission Proceeding I.15-08-019 to Determine whether Pacific Gas and Electric Company and PG&E's Corporation's Organizational Culture and Governance Prioritizes Safety*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    -and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br>                    Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>\* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Bankr. Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**WITNESS AND EXHIBIT LIST OF WILLIAM B. ABRAMS**<br><br><u>**Hearing:**</u> **Telephonic Appearances Only**<br>Date: May 27, 2020<br>Time: 10am PT<br>Place: Courtroom 17<br>450 Golden Gate Ave., 16th Floor<br>San Francisco, CA, 94102<br><br>Judge: Hon. Dennis Montali |

Pursuant to the Court's May 13, 2020 Order Establishing Confirmation Hearing Protocol, I am identifying the following exhibits and witnesses in support of the "William B. Abrams Objection to Debtors Plan of Reorganization Pursuant to 11 U.S.C §§ 11299(a)" [Dkt. 7230]. I am a pro se claimant and my email address is end2endconsulting@gmail.com. The following is my requested witness list and exhibits for the upcoming hearing beginning on May 27, 2020:

| **WITNESS LIST** |
| --- |
| William Johnson, CEO |
| Jason Wells, CFO |
| Nora Brownell, Board Chair |
| Andrew Vesey, CEO PG&E Utility |
| Deborah Powell, Asset and Risk Management Community Wildfire Safety |
| Julie Kane, SVP and Chief Ethics and Compliance Officer |
| John Simon, Executive Vice President Law, Strategy and Policy |
| Stanislav Kesler, Prime Clerk |
| Chris Schepper, Prime Clerk |
| Shai Waisman, CEO Prime Clerk LLC |

/////

**EXHIBIT LIST**

| # | Exhibit |
|---|---|
| 1 | https://docs.cpuc.ca.gov/PublishedDocs/Efile/G000/M327/K740/327740877.PDF<br>CPUC, Proceeding I.19-09-016 Hearing Transcript 2/25/2020 |
| 2 | https://docs.cpuc.ca.gov/PublishedDocs/Efile/G000/M328/K474/328474005.PDF<br>CPUC, Proceeding I.19-09-016 Hearing Transcript 2/26/2020 |
| 3 | https://docs.cpuc.ca.gov/PublishedDocs/Efile/G000/M328/K699/328699369.PDF<br>CPUC, Proceeding I.19-09-016 Hearing Transcript 2/27/2020 |
| 4 | https://docs.cpuc.ca.gov/PublishedDocs/Efile/G000/M328/K691/328691064.PDF<br>CPUC, Proceeding I.19-09-016 Hearing Transcript 2/28/2020 |
| 5 | https://docs.cpuc.ca.gov/PublishedDocs/Efile/G000/M328/K717/328717830.PDF<br>CPUC, Proceeding I.19-09-016 Hearing Transcript 3/2/2020 |
| 6 | https://docs.cpuc.ca.gov/PublishedDocs/Efile/G000/M328/K643/328643094.PDF<br>CPUC, Proceeding I.19-09-016 Hearing Transcript 3/3/2020 |
| 7 | https://docs.cpuc.ca.gov/PublishedDocs/Efile/G000/M328/K643/328643097.PDF<br>CPUC, Proceeding I.19-09-016 Hearing Transcript 3/4/2020 |
| 8 | https://www.citizensjournal.us/governors-budget-will-assist-firefighter-efforts-during-fire-season/ |
| 9 | https://news.bloomberglaw.com/environment-and-energy/california-regulator-cites-flaws-in-pg-e-wildfire-reduction-work?context=search&index=0&utm_medium=ehsdesk&utm_source=twitter&utm_campaign=1FF84040-90AE-11EA-B4C4-4EFD4F017A06 |
| 10 | https://apnews.com/6d3577f99acab60bea99c26296a07947 |
| 11 | https://www.utilitydive.com/news/it-doesnt-get-much-tougher-advocates-question-move-to-new-pge-ceo-amid/576584/ |
| 12 | https://www.bloomberg.com/news/articles/2020-05-21/pg-e-gets-u-s-backing-for-delay-of-strict-fire-safety-demands |
| 13 | https://www.courthousenews.com/pge-wages-dual-legal-war-on-new-probation-terms/ |

Dated: May 22, 2020

Respectfully submitted,

William B. Abrams

Pro Se Claimant