1    LEVIN LAW GROUP PLC
     RICHARD H. LEVIN (SBN 32041),
2    rlevin@wildfirelossattorney.com
     2615 Forest Avenue, Suite 120
3    Chico, California   95928
     Telephone: 530-353-1679
4    Facsimile: 877-310-0160

5    Attorneys for Oliver Sir, Sir Tools, LLC
     and the Oliver Sir Living Trust

6

7

8                  **UNITED STATES BANKRUPTCY COURT**

9                  **NORTHERN DISTRICT OF CALIFORNIA**

10

11   In re                                    **CASE NO. 19-30088-DM**

12   PG&E CORPORATION,                         **MOTION PURSUANT TO FED. R. CIV.**
                                               **PRO. 17(a)(3) TO SUBSTITUTE SIR**
13   And                                       **TOOLS, LLC, AS THE REAL PARTY IN**
                                               **INTEREST FOR CLAIM PREVIOUSLY**
14   PACIFIC GAS AND ELECTRIC                  **FILED, OR IN THE ALTERNATIVE, TO**
     COMPANY,                                  **ENLARGE TIME TO FILE PROOFS OF**
15                                             **CLAIM PURSUANT TO FED. R.**
                  Debtors.                     **BANKR. 9006(b)(1); DECLARATIONS**
16                                             **OF OLIVER SIR AND RICHARD H.**
     X – Affects Both Debtors                  **LEVIN IN SUPPORT THEREOF**
17

18                                             **Date:    June 24, 2020**
                                               **Time:    10:00 a.m.**
19                                             **Place:   450 Golden Gate Avenue**
                                               **         Courtroom 17**
20                                             **         San Francisco, CA  94102**
                                               **Judge:   Hon. Dennis Montali**
21
                                               **Objection Deadline:  June 12, 2020**
22

23

24

25

26

27

28

**MOTION TO SUBSTITUTE SIR TOOLS, LLC AS REAL PARTY IN INTEREST**
**FOR BUSINESS LOSS CLAIM**

Pursuant to Rule 17(a)(3) of the Federal Rules of Civil Procedure ("Rule 17(a)(3)"), Oliver Sir, individually, as a Trustee of the Sir Family Skyway Trust, and as the sole and managing member of Sir Tools, LLC, moves to amend Claim Nos 74397, 76075 and 78870, as amended by Claim Nos. 91735 and 91960 which he filed as an individual and as Trustee for the Oliver Sir Living Trust and the Sir Family Skyway Trust on December 23, 2019, attached hereto as Exhibit A. This Motion is supported by the attached declarations of Oliver Sir and Richard H. Levin. The two proposed Amended Claims, attached hereto as Exhibit D are intended to name the real party in interest with regard to the business claims described therein – Sir Tools, LLC.

On October 21, 2019, two Proofs of Claim were filed on behalf of Oliver Sir as a result of Camp Fire damage to property at 1541 Sir Ct., in Paradise California: Claim 76075 filed by Mr. Sir's original attorney on behalf of Oliver Sir, and Claim 78870 also filed by Mr. Sir's original attorney on behalf of Mr. Sir. Both of those Proofs of Claim referenced 1541 Sir Ct. as the damaged location. Mr. Sir also retained the Levin Law Group PLC, which filed a claim for him in his capacity as a trustee of the Sir Family Skyway Trust (claim 74397) concerning fire damage to real and personal property at 9261 Skyway in Paradise, California.

In late November 2019, Oliver Sir contacted attorney Richard H. Levin of Levin Law Group, PLC and asked Mr. Levin to take over the prosecution of all claims arising out of damage to the real property at 1541 Sir Ct. and also arising out of damage to personal property of a business owned by Oliver Sir and conducted under the name of Sir Tools at 1541 Sir Ct. Mr. Sir explained to Mr. Levin that the damaged Sir Tools material, equipment and other personal property were either located at the business premises of Sir Tools at 1541 Sir Ct. or stored at 9261 Skyway on the date of the Camp Fire. Mr. Levin instructed his staff to prepare two amended Proofs of Claim based on the above provided information: (1) for damage to the real property at

**MOTION TO SUBSTITUTE SIR TOOLS, LLC AS REAL PARTY IN INTEREST FOR BUSINESS LOSS CLAIM**

11522125.5

1541 Sir Ct. on behalf of the owner of that real property, the Oliver Sir Living Trust, and the other for Oliver Sir's claims arising out of damage to the Sir Tools material, equipment and other personal property, all of which were either at the 1541 Sir Ct. location or in storage at 9261 Skyway. See Declaration of Richard H. Levin attached hereto as Exhibit C.

At the time he instructed his staff to prepare those two amended Proofs of Claim, Mr. Levin believed that the Sir Tool business ("Sir Tools") was being conducted by Oliver Sir as an individual and Mr. Levin did not realize that the business was in fact owned by a limited liability company "Sir Tools, LLC". (Exhibit C).

Mr. Levin reviewed the two amended Proofs of Claim, approved them, and had them forwarded to Oliver Sir for execution by Mr. Sir in pro per with the expectation that at some future date, his law firm would substitute in as counsel for Oliver Sir and the Oliver Sir Living Trust. (Exhibit A – Claims 91735 and 91960).

Oliver Sir reviewed the amended Proofs of Claim and signed them believing that since he was the sole and managing member of Sir Tools, LLC, he could file a Proof of Claim against PG&E arising out of the damage to the equipment, inventory and other personal property of Sir Tools, LLC. Mr. Sir did not realize that Mr. Levin mistakenly believed that Sir Tools was a business operation of Oliver Sir as an individual and that Mr. Levin did not understand that Sir Tools was an LLC owned by Mr. Sir. (Exhibit B). Mr. Sir also assumed that reference to the proof of claim of 1541 Sir Ct. as the loss location was sufficient since the business operations of Sir Tools were conducted from that location. That amended proof of claim was filed December 23, 2019.

Mr. Levin did not realize that Sir Tools was an LLC owned by Mr. Sir rather than a name under which Mr. Sir personally conducted his business until late April, 2020 when he reviewed

**MOTION TO SUBSTITUTE SIR TOOLS, LLC AS REAL PARTY IN INTEREST FOR BUSINESS LOSS CLAIM**

material he had received earlier that month from Mr. Sir involving an insurance claim that referenced Sir Tools as being an LLC.

The failure to name Sir Tools LLC was an honest mistake, not an effort to gain a procedural advantage. Because the claims were originally asserted in October, naming the real party cannot cause any prejudice to the debtors or other creditors.

To the extent that the amended proofs of claim are considered new, late-filed claims, rather than a correction of the earlier filed claim, the late filing should be allowed because the error in naming the real parties was excusable neglect under Fed. R. Bankr. 9006(b)(1).

Oliver Sir, individually and Sir Tools, LLC, ask that the amended proofs be allowed as a correction, or in the alternative, as a late filed claim.

## I.    FACTS

Oliver Sir is an individual who was and is the sole and managing member of Sir Tools, LLC, which operated a business in buildings located at 1541 Sir Court in Paradise California. The building and the business inventory were damaged in the Camp Fire which resulted in a loss of income to the LLC and to Mr. Sir, as well as emotional distress to Mr. Sir. See attached Declaration of Oliver Sir. Sir Tools, LLC also had business-related personal property that was damaged at 9261 Skyway.

Mr. Sir, through his agents, on October 21, 2019, timely filed claims 76075 and 78870 pertaining to damage to real and personal property at 1541 Sir Ct. and personal injury to Mr. Sir. He amended those claims in pro per filings, naming himself and the Oliver Sir Living Trust on December 23, 2019 in Claims 91735 and 91960, which related back to the October 21 filing. Exhibit A – amended claims. On October 18, 2019, the Sir Family Skyway Trust also filed claim 74397 for damages at the property known as 9261 Skyway.

4

**MOTION TO SUBSTITUTE SIR TOOLS, LLC AS REAL PARTY IN INTEREST FOR BUSINESS LOSS CLAIM**

11522125.5

As a result of a communication failure, the individuals who prepared the Skyway proof of claim in October and the pro per amended proofs of claim in December 2019, were not aware that Sir Tools, LLC, a California Limited Liability Company formed in 2009 is the owner of claims pertaining to the business.   (See attached declarations of Oliver Sir and Richard H. Levin attached hereto as Exhibits B and C, respectively).

In late April, 2020, Mr. Levin discovered that the legal entity conducting the Sir Tools business was an LLC and not Mr. Sir as an individual.  He realized, therefore, that Sir Tools LLC is the real party in interest with regard to the claim for damage to the business being conducted at 1541 Sir Ct.  Around the time that Mr. Levin first realized that Sir Tools was an LLC, Mr. Levin also realized that the 9261 Skyway location should have been identified in the proof of claim 91735 which covered the damage to the personal property of Sir Tools, and that the only location referenced in that proof of claim was 1541 Sir Ct.  (See Exhibits A and C).

Amended proofs have been prepared to state the claims properly.  (Exhibit D).

## II.  <u>ARGUMENT</u>

Rule 17(a)(3), F. R. Civ. Pro.,[1] applies when a party has been misnamed in any civil claim. It allows the substitution of the real party in interest and provides for the action "to proceed as if it had been originally commenced by the real party in interest."  The rule applies "when an honest mistake has been made in choosing the party in whose name the action is to be filed."  1966 Advisory Committee Notes.   The Rule applies to corrections by the plaintiff (or creditor in this

---

[1] (3) *Joinder of the Real Party in Interest.* The court may not dismiss an action for failure to prosecute in the name of the real party in interest until, after an objection, a reasonable time has been allowed for the real party in interest to ratify, join, or be substituted into the action. After ratification, joinder, or substitution, the action proceeds as if it had been originally commenced by the real party in interest.

MOTION TO SUBSTITUTE SIR TOOLS, LLC AS REAL PARTY IN INTEREST
FOR BUSINESS LOSS CLAIM

case) as well as the defendant (debtor). *Jones v. Las Vegas Metropolitan Police Department*, 873 F.3d 1123, 1129, 98 Fed. R. Serv. 3d 1603 (9th Cir. 2017) (holding that "the district court abused its discretion by failing to give plaintiffs a reasonable opportunity to substitute the proper party and thus cure the defective complaint"). Absent evidence that the party was intentionally misnamed in order to secure a procedural advantage, or based on other bad faith motive, the rule requires that the correct party be substituted for the party named in good faith error. Mr. Sir made an honest mistake in failing to name the LLC as the owner of the business. The claims were timely made, so there is no prejudice to debtors or other creditors. The amended claim should be allowed and should relate back to the October 21, 2019 filing.

In the alternative, to the extent that an extension of the bar date is required to effectuate the purpose of Rule 17, the mistake in naming Mr. Sir instead of Sir Tools, LLC should be corrected by permitting the late filing of the amended proof under Bankruptcy Rule 9006(b).

Bankruptcy Rule 9006(b)(1) allows the enlargement of time for "an act . . . required or allowed to be done at or within a specified period . . . by order of court." Rule 9006(b)(1). "Excusable neglect" under Bankruptcy Rule 9006(b)(1) is a flexible concept and caselaw has identified four non-exclusive factors to be considered:

> With regard to determining whether a party's neglect of a deadline is excusable . . . we conclude that the determination is at bottom an equitable one, taking account of all relevant circumstances surrounding the party's omission. These include . . . [1] the danger of prejudice to the [nonmovant], [2] the length of the delay and its potential impact on judicial proceedings, [3] the reason for the delay, including whether it was within the reasonable control of the movant, and [4] whether the movant acted in good faith.

*Pioneer Inv. Servs. Co. v. Brunswick Assocs. Ltd. Partnership*, 507 U.S. 380, 395, 113 S.Ct.1489, 1498 (1993) (citations omitted).

**MOTION TO SUBSTITUTE SIR TOOLS, LLC AS REAL PARTY IN INTEREST FOR BUSINESS LOSS CLAIM**

In the present case, there is no potential for prejudice. The business loss claim was stated in the timely-filed claims. All creditors are being paid. The amendment is being filed within four weeks after Mr. Sir, the sole and managing member of Sir Tools, LLC, learned of the error. While movants are responsible for the error, it was made in good faith. There are no countervailing factors that weigh against allowing the amended claim.

The amended claim should be allowed in the interest of justice.

## III.   CONCLUSION

For the alternative reasons set forth above, Movants respectfully request that this Court enter an Order pursuant to Fed. R. Civ. Pro. 17(a)(3) and/ or Bankruptcy Rule 9006(b)(1) as follows:

1.   Granting this Motion;

2.   Directing that the two claim amendments at Exhibit D hereto be deemed timely filed as relating back to October 21, 2019;

3.   Or, alternatively, directing that Movants shall have until 30 days from a ruling on this Motion to submit the proofs of claim attached as Exhibit D to Prime Clerk.

4.   Granting such other or further relief as the Court deems just and proper.


DATED: May 22, 2020                     LEVIN LAW GROUP PLC


By: */s/ Richard H. Levin*
    Richard H. Levin
    Oliver Sir, Sir Tools, LLC
    and the Oliver Sir Living Trust

7

**MOTION TO SUBSTITUTE SIR TOOLS, LLC AS REAL PARTY IN INTEREST
FOR BUSINESS LOSS CLAIM**

11522125.5

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)**

| | |
|---|---|
| In re:<br>**PG&E CORPORATION,**<br>**- and -**<br>**PACIFIC GAS AND ELECTRIC**<br>**COMPANY,**<br>Debtors. | **Bankruptcy Case**<br>**No. 19-30088 (DM)**<br><br>**Chapter 11**<br>**(Lead Case)**<br>**(Jointly Administered)** |

RECEIVED

DEC 23 2019

PRIME CLERK LLC

# Proof of Claim (Fire Claim Related)

Read the instructions before filing this claim form. This form is for tort claimants who have a claim against the Debtors (i.e. PG&E Corporation and Pacific Gas and Electric Company) that arose prior to the Debtors filing for bankruptcy (i.e. prior to January 29, 2019) and that arose from, or relates to, a fire.

> Do not use this form for non-fire claims. Non-fire tort claimants should use Form 410.

Do NOT file a fraudulent claim. A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Please type or print in the spaces below. Do NOT use red ink or pencil.

| Part 1: | Identify the Claim |
|---|---|

[ ] Date Stamped Copy Returned
[ ] No Self-Addressed Stamped Envelope
[ ] No Copy Provided

**1. Who is the current creditor?**

Oliver Sir Living Trust

Name of the current creditor (the person or entity to be paid for this claim)

**2. Has this claim been acquired from someone else?**

[✓] No
[ ] Yes. From whom? _____

**3. Are you filing this claim on behalf of your family?**

A family is a group of two or more people related by birth, marriage, domestic partnership, or adoption and residing together. All such people are considered as members of one family.

[✓] No
[ ] Yes

If you checked "Yes", please provide the full name of each family member that you are filing on behalf of:

_____    _____
_____    _____
_____    _____

**4. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| Name Oliver Sir | Name |
| Attorney Name (if applicable) | Attorney Name (if applicable) |
| Attorney Bar Number (if applicable) | Attorney Bar Number (if applicable) |
| Street Address 1541 Sir Ct. | Street Address |
| City Paradise | City |
| State CA | State |
| Zip Code 95969 | Zip Code |
| Phone Number 530-521-5150 | Phone Number |
| Email Address oliver@sirtools.com | Email Address |

**5. Does this claim amend one already filed?**

[✓] No
[ ] Yes. Claim number on court claims registry (if known)_____    Filed on ___/___/_____
MM / DD / YYYY

**6. Do you know if anyone else has filed a proof of claim for this claim?**

[✓] No
[ ] Yes. Who made the earlier filing? _____

Claim Number: 91960       Proof of Claim (Fire Related)       Page 1

193008880033121

| Part 2: | Give Information About the Claim as of the Date this Claim Form is Filed |
|---|---|

**7. What fire is the basis of your claim?**

Check all that apply.

- [x] Camp Fire (2018)
- [ ] North Bay Fires (2017)
- [ ] Ghost Ship Fire (2016)
- [ ] Butte Fire (2015)
- [ ] Other (please provide date and brief description of fire: _____

_____

**8. What are the loss location(s) where you and/or your family suffered harm? (e.g. home or business address, place of injury, place from which you were evacuated, if different.?**

Location(s): 1541 Sir Ct., Paradise, CA 95969

**9. How were you and/or your family harmed?**

Check all that apply

- [x] Property Damage (homes, structures, personal property, land, trees, landscaping, and all other property damage)
  - [x] Owner [ ] Renter [ ] Occupant [ ] Other (Please specify): _____
- [x] Personal Injury
- [ ] Wrongful Death (if checked, please provide the name of the deceased) _____
- [x] Business Loss/Interruption
- [x] Lost wages and earning capacity
- [x] Loss of community and essential services
- [ ] Agricultural loss
- [ ] Other (Please specify): _____

**10. What damages are you and/or your family claiming/seeking?**

Check all that apply

- [x] Economic damages (including replacement cost of damaged property, diminution in value, loss of use, lost inventory, lost profits, and other economic damage)
- [x] Non-economic damages (including loss of society and support, loss of consortium, pain and suffering, emotional distress, annoyance and discomfort, and other non-economic damage)
- [x] Punitive, exemplary, and statutory damages
- [x] Attorney's fees and litigation costs
- [x] Interest
- [x] Any and all other damages recoverable under California law
- [ ] Other (Please specify): _____

**11. How much is the claim?**

- [ ] $_____ (optional)
- [x] Unknown / To be determined at a later date

Proof of Claim (Fire Related)                                    Page 2

| Part 3: | Sign Below |
|---------|------------|

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  12/03/2019 _____ (mm/dd/yyyy)

DocuSigned by:

*Oliver Sir, Trustee*

DEFD2AA34946487...

Signature    Oliver Sir, Trustee

**Print the name of the person who is completing and signing this claim:**

| | | | |
|---|---|---|---|
| Name | Oliver | | Sir, Trustee |
| | First name | Middle name | Last name |
| Title | Trustee | | |
| Company | | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 1541 Sir Ct. | | |
| | Number    Street | | |
| | Paradise | CA | 95969 |
| | City | State | ZIP Code |
| Contact phone | 530-521-5150 | Email | oliver@sirtools.com |

Proof of Claim (Fire Related)                                    Page 3

**FedEx** Express

Align top of FedEx Express® shipping label here.

**FedEx**
Express **Billable Stamp**
Use only for shipments within the U.S.
Saturday delivery not available.

**FedEx**
**Standard**
**Overnight**

Next business afternoon by
2 p.m. Not available to all
locations. Weekday delivery
only. Please consult the
current FedEx Service Guide
for specific commitments.

**1 From**

ORDER: 00848273
PRIME CLERK LLC
CHICO, CA
DECLARED VALUE $100
PACKAGE WEIGHT
(212) 287-4169

RECEIVED

DEC 26 2019

PRIME CLERK LLC

NONREDEEMABLE
Please see back for declared
value information and important
terms and conditions.

**2 To**

PG&E CLAIMS PROCESSING
PRIME CLERK LLC
850 3RD AVE STE 412
BROOKLYN, NY 11232
(212) 287-4169



THU – 26 DEC AA
STANDARD OVERNIGHT

8148 0458 9975

XA FBTA

11232
NY-US
EWR

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)**

| | |
|---|---|
| In re:<br>**PG&E CORPORATION,**<br>**- and -**<br>**PACIFIC GAS AND ELECTRIC**<br>**COMPANY,**<br>Debtors. | **Bankruptcy Case**<br>**No. 19-30088 (DM)**<br><br>**Chapter 11**<br>**(Lead Case)**<br>**(Jointly Administered)** |

RECEIVED

DEC 2 3 2019

PRIME CLERK LLC

# Proof of Claim (Fire Claim Related)

Read the instructions before filing this claim form. This form is for tort claimants who have a claim against the Debtors (i.e. PG&E Corporation and Pacific Gas and Electric Company) that arose prior to the Debtors filing for bankruptcy (i.e. prior to January 29, 2019) and that arose from, or relates to, a fire.

> Do not use this form for non-fire claims. Non-fire tort claimants should use Form 410.

Do NOT file a fraudulent claim. A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Please type or print in the spaces below. Do NOT use red ink or pencil.

| Part 1: | Identify the Claim |
|---|---|

[✓] Date Stamped Copy Returned
[ ] No Self-Addressed Stamped Envelope
[ ] No Copy Provided

**1. Who is the current creditor?**

Oliver Sir

Name of the current creditor (the person or entity to be paid for this claim)

**2. Has this claim been acquired from someone else?**

[✓] No
[ ] Yes. From whom? _____

**3. Are you filing this claim on behalf of your family?**

A family is a group of two or more people related by birth, marriage, domestic partnership, or adoption and residing together. All such people are considered as members of one family.

[✓] No
[ ] Yes

If you checked "Yes", please provide the full name of each family member that you are filing on behalf of:

_____  _____
_____  _____
_____  _____

**4. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| Name Oliver Sir | Name _____ |
| Attorney Name (if applicable)_____ | Attorney Name (if applicable)_____ |
| Attorney Bar Number (if applicable)_____ | Attorney Bar Number (if applicable)_____ |
| Street Address 1541 Sir Ct. | Street Address _____ |
| City Paradise | City _____ |
| State CA | State _____ |
| Zip Code 95969 | Zip Code _____ |
| Phone Number 530-521-5150 | Phone Number _____ |
| Email Address oliver@sirtools.com | Email Address _____ |

**5. Does this claim amend one already filed?**

[ ] No
[✓] Yes. Claim number on court claims registry (if known) 78870/76075       Filed on 10/21/2019
MM / DD / YYYY

**6. Do you know if anyone else has filed a proof of claim for this claim?**

[ ] No
[✓] Yes. Who made the earlier filing? Joseph M. Early III

193008880033137

| Part 2: | Give Information About the Claim as of the Date this Claim Form is Filed |
|---|---|

**7. What fire is the basis of your claim?**

Check all that apply.

- [x] Camp Fire (2018)
- [ ] North Bay Fires (2017)
- [ ] Ghost Ship Fire (2016)
- [ ] Butte Fire (2015)
- [ ] Other (please provide date and brief description of fire: _____)

_____

**8. What are the loss location(s) where you and/or your family suffered harm? (e.g. home or business address, place of injury, place from which you were evacuated, if different.?**

Location(s): **1541 Sir Ct., Paradise, CA 95969**

**9. How were you and/or your family harmed?**

Check all that apply

- [x] Property Damage (homes, structures, personal property, land, trees, landscaping, and all other property damage)
  - [x] Owner  [ ] Renter  [ ] Occupant  [ ] Other (Please specify): _____
- [x] Personal Injury
- [ ] Wrongful Death (if checked, please provide the name of the deceased) _____
- [x] Business Loss/Interruption
- [x] Lost wages and earning capacity
- [x] Loss of community and essential services
- [ ] Agricultural loss
- [ ] Other (Please specify): _____

**10. What damages are you and/or your family claiming/seeking?**

Check all that apply

- [x] Economic damages (including replacement cost of damaged property, diminution in value, loss of use, lost inventory, lost profits, and other economic damage)
- [x] Non-economic damages (including loss of society and support, loss of consortium, pain and suffering, emotional distress, annoyance and discomfort, and other non-economic damage)
- [x] Punitive, exemplary, and statutory damages
- [x] Attorney's fees and litigation costs
- [x] Interest
- [x] Any and all other damages recoverable under California law
- [ ] Other (Please specify): _____

**11. How much is the claim?**

- [ ] $_____ (optional)
- [x] Unknown / To be determined at a later date

DocuSign Envelope ID: 238DE3EB-EC1E-41AF-A5E6-4A73ACA4E24E

**Part 3:** **Sign Below**

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date ___12/03/2019___ (mm/dd/yyyy)

*Oliver Sir*
— DocuSigned by:
DEFD2AA34946487...
Signature

Print the name of the person who is completing and signing this claim:

| | | | |
|---|---|---|---|
| Name | Oliver | | Sir |
| | First name | Middle name | Last name |
| Title | | | |
| Company | | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 1541 Sir Ct. | | |
| | Number Street | | |
| | Paradise | CA | 95969 |
| | City | State | ZIP Code |
| Contact phone | 530-521-5150 | Email | oliver@sirtools.com |

Align top of FedEx Express® shipping label here.



**FedEx** | *Billable Stamp*
Express | Use only for shipments within the U.S. Saturday delivery not available.

FedEx
Standard
Overnight

**1 From** *See optional release signature below.*
ORDER: 00848273          **RECEIVED**
PRIME CLERK LLC
CHICO, CA               **DEC 2 6 2019**
DECLARED VALUE $100
PACKAGE WEIGHT          **PRIME CLERK LLC**
(212) 257-4169

**NONREDEEMABLE**
Please see back for declared value information and important terms and conditions.

**2 To** *Shipment will not be accepted if address below is altered.*
PG&E CLAIMS PROCESSING
PRIME CLERK LLC
850 3RD AVE STE 412
BROOKLYN, NY 11232
(212) 257-4169



**FedEx** | THU – 26 DEC AA
TRK# 8148 0458 9975 | STANDARD OVERNIGHT

XA FBTA | 11232
| NY-US
| EWR

FID  6198954  24DEC19  CICA  98AC2/1900/86A2

| In re:<br>**PG&E CORPORATION,**<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>Debtors. | **Bankruptcy Case**<br>**No. 19-30088 (DM)**<br><br>**Chapter 11**<br>**(Lead Case)**<br>**(Jointly Administered)** |
|---|---|

RECEIVED

OCT 18 2019

PRIME CLERK LLC
[X] Date Stamped Copy Returned
[ ] No Self-Addressed Stamped Envelope
[ ] No Copy Provided

# Proof of Claim (Fire Claim Related)

Read the instructions before filing this claim form. This form is for tort claimants who have a claim against the Debtors (i.e. PG&E Corporation and Pacific Gas and Electric Company) that arose prior to the Debtors filing for bankruptcy (i.e. prior to January 29, 2019) and that arose from, or relates to, a fire.

> **Do not use this form for non-fire claims. Non-fire tort claimants should use Form 410.**

Do NOT file a fraudulent claim. A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Please type or print in the spaces below. Do NOT use red ink or pencil.

| **Part 1:** | **Identify the Claim** |
|---|---|

| 1. | **Who is the current creditor?** | Sir Family Skyway Trust |
|---|---|---|
| | | Name of the current creditor (the person or entity to be paid for this claim) |

| 2. | **Has this claim been acquired from someone else?** | ☒ No<br>☐ Yes. From whom? _____ |
|---|---|---|

| 3. | **Are you filing this claim on behalf of your family?**<br>A family is a group of two or more people related by birth, marriage, domestic partnership, or adoption and residing together. All such people are considered as members of one family. | ☒ No<br>☐ Yes | If you checked "Yes", please provide the full name of each family member that you are filing on behalf of:<br><br>_____ _____<br>_____ _____<br>_____ _____<br>_____ _____ |
|---|---|---|---|

| 4. | **Where should notices and payments to the creditor be sent?**<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|---|---|
| | | Name **Levin Law Group PLC** | Name **Levin Law Group PLC** |
| | | Attorney Name (if applicable) **Richard Levin** | Attorney Name (if applicable) **Richard Levin** |
| | | Attorney Bar Number (if applicable) **32041** | Attorney Bar Number (if applicable) **32041** |
| | | Street Address **2615 Forest Ave., Ste. 120** | Street Address **2615 Forest Ave., Ste. 120** |
| | | City **Chico** | City **Chico** |
| | | State **CA** | State **CA** |
| | | Zip Code **95928** | Zip **95928** |
| | | Phone Number **530-353-1679** | Phone Number **530-353-1679** |
| | | Email Address **rlevin62@aol.com** | Email Address **rlevin62@aol.com** |

| 5. | **Does this claim amend one already filed?** | ☒ No<br>☐ Yes. Claim number on court claims registry (if known) _____ | Filed on ___ / ___ / ___<br>MM / DD / YYYY |
|---|---|---|---|

| 6. | **Do you know if anyone else has filed a proof of claim for this claim?** | ☒ No<br>☐ Yes. Who made the earlier filing? _____ |
|---|---|---|

**Part 2:** Give Information About the Claim as of the Date this Claim Form is Filed

| | |
|---|---|
| 7. **What fire is the basis of your claim?** <br><br> Check all that apply. | ☒ Camp Fire (2018) <br> ☐ North Bay Fires (2017) <br> ☐ Ghost Ship Fire (2016) <br> ☐ Butte Fire (2015) <br> ☐ Other (please provide date and brief description of fire: _____ _____ |
| 8. **What are the loss location(s) where you and/or your family suffered harm? (e.g. home or business address, place of injury, place from which you were evacuated, if different.?** | 9261 Skyway, Paradise, CA 95969 |
| 9. **How were you and/or your family harmed?** <br><br> Check all that apply | ☒ Property Damage (homes, structures, personal property, land, trees, landscaping, and all other property damage) <br>      ☒ Owner ☐ Renter ☐ Occupant ☐ Other (Please specify): _____ <br> ☒ Personal Injury <br> ☐ Wrongful Death (if checked, please provide the name of the deceased) _____ <br> ☒ Business Loss/Interruption <br> ☒ Lost wages and earning capacity <br> ☒ Loss of community and essential services <br> ☐ Agricultural loss <br> ☐ Other (Please specify): _____ |
| 10. **What damages are you and/or your family claiming/seeking?** <br><br> Check all that apply | ☒ Economic damages (including replacement cost of damaged property, diminution in value, loss of use, lost inventory, lost profits, and other economic damage) <br> ☒ Non-economic damages (including loss of society and support, loss of consortium, pain and suffering, emotional distress, annoyance and discomfort, and other non-economic damage) <br> ☒ Punitive, exemplary, and statutory damages <br> ☒ Attorney's fees and litigation costs <br> ☒ Interest <br> ☒ Any and all other damages recoverable under California law <br> ☐ Other (Please specify): _____ |
| 11. **How much is the claim?** | ☐ $_____ (optional) <br> ☒ Unknown / To be determined at a later date |

| Part 3: | Sign Below |
|---|---|

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☒ I am the creditor's attorney or authorized agent.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date ___10/15/2019___ (mm/dd/yyyy)

_Richard H. Levin_
Signature

Print the name of the person who is completing and signing this claim:

| Name | Richard | Harvey | Levin |
|---|---|---|---|
| | First name | Middle name | Last name |

Title ___Attorney___

Company ___Levin Law Group PLC___
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address ___2615 Forest Ave., Ste. 120___
Number     Street

___Chico___                    CA        95928
City                              State     ZIP Code

Contact phone ___530-353-1679___     Email ___rlevin62@aol.com___

Case: 19-30088     Doc# 7473     Filed: 05/22/20     Entered: 05/22/20 12:11:38     Page 19 of 35



822

**Fed** Express

*Billable Stamp*
Use only for shipments within the U.S.
Saturday delivery not available.

**1 From** *See optional release signature below.*

RECEIVED
OCT 2 3 2019
PRIME CLERK LLC

Next business afternoon by 3 p.m. Not available to all locations. Weekday delivery only. Please consult the current FedEx Service Guide for specific commitments.

**NONREDEEMABLE**
Please see back for declared value information and important terms and conditions.

**2 To** *Shipment will not be accepted if address below is altered.*

**Fed**Ex  8148 0458 9850

WED - 23 OCT AA
STANDARD OVERNIGHT

**XA FBTA**

11232
NY-US
**EWR**

F1D  569705 22OCT19 C1CA  56AC3/2A3C/05A2

Checked
10/23/11

202
201

3
16.00
A
00.30
10.23

# EXHIBIT B

DocuSign Envelope ID: B9B25F7B-64A2-459F-AAEA-C4670A700D5E

# DECLARATION OF OLIVER SIR

I, OLIVER SIR, declare:

1.      I am over 21 and am competent to testify.  I have personal knowledge of the following and I declare, under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the following is true:

2.      At the time of the 2018 Camp Fire, Sir Tools, LLC was operating a business known as Sir Tools from buildings located at 1541 Sir Court in Paradise, California.  It also kept some personal property at 9261 Skyway in Paradise, California.  I am the sole and managing member of Sir Tools, LLC and duly authorized to act on its behalf.  I am also a Trustee duly authorized to act for the Oliver Sir Living Trust and the Sir Family Skyway Trust.

3.      Sir Tools LLC operated the business and owned the inventory, equipment and other personal property used in the business at 1541 Sir Court and also stored some of that personal property at 9261 Skyway.  It is the real party in interest for claims relating to the damage the LLC sustained as a result of the fire at both properties.

4.      The real property at 1541 Sir Court is owned by the Oliver Sir Living Trust, which leased the property to Sir Tools, LLC.  I am the trustee duly authorized to act for that trust.  The real property at 9261 Skyway is owned by the Sir Family Skyway Trust.  I am also a trustee duly authorized to act for that trust.

5.      The Camp Fire damaged the buildings and Sir Tools, LLC inventory at 1541 Sir Court, disrupted the business of Sir Tools, LLC, and caused me personal injury – including lost wages, emotional distress and disruption of my work and home life.  It also damaged property of Sir Tools, LLC that was located at 9261 Skyway.

9

**DECLARATION OF OLIVER SIR**

DocuSign Envelope ID: B9B25F7B-64A2-459F-AAEA-C4670A700D5E

6.       I retained Richard Levin in October 2019 to assert claims including those for damage at 9261 Skyway, filed on October 18, 2019 as proof of claim No. 74397.

7.       Initially claims 78870 and 76075 were filed on my behalf on October 21, 2019 to assert claims for damage to all real and personal property and to my personal claims for damage at 1541 Sir Court. I later filed two amended proofs of claim, in pro per (Nos. 91735 and 91960) on December 23, 2019 (superseding those prior proofs of claim). It was my intent to assert the business loss, inventory loss, equipment loss, real property loss and personal injury from damage to 1541 Sir Court and also the loss from damage to personal property of Sir Tools LLC stored at 9261 Skyway.

8.       I retained Richard Levin in late November 2019 to prepare amended proofs of claim relating to the properties at 1541 and 1542 Sir Court and relating also to all personal property of the Sir Tools business damaged in the Camp Fire, which I filed in pro per. It was my intent to substitute the Levin Law Group PLC as counsel at a later date. Although it was my intent to assert the claims of Sir Tools, LLC in one of the amended proofs of loss, Mr. Levin stated to me earlier this month that he did not realize that the LLC owned the Sir Tools business claims and so prepared amended proof 91735 in my name as an individual. I signed the claims in the belief that I was asserting all claims of the LLC with respect to all personal property of the LLC located both at 1541 Sir Court and 9261 Skyway, and that as the sole owner of the LLC I had a right to act on the LLC's behalf in my own name.

9.       In early May, 2020, Mr. Levin told me that he had just realized that Sir Tools was an LLC as a result of reviewing insurance related material I had sent him in April, 2020, although I believe I mentioned that fact to him in November, 2019. He also told me in early May, 2020 that he had just realized that the proof of claim for Sir Tools property had referenced only 1541 Sir

10

**DECLARATION OF OLIVER SIR**

1  Court as the loss location and should have included a reference to 9261 Skyway as an additional

2  loss location.  My lawyers have prepared two proofs of claim to amend those originally filed on

3  October 18 and October 21, 2019 by clarifying that the Sir Tools business claims belong to Sir

4  Tools, LLC, and cover Sir Tools personal property damaged at both locations.

5        10.     I had no intent to gain any advantage by filing the claims without naming all of the

6

7  real parties in interest.  The error was made in good faith.

8        I declare under penalty of perjury that the foregoing is true to the best of my knowledge.

9  Executed this _____21st_____ day of May, 2020 at _____Oradea_____, Romania.

10

11  *Oliver Sir*

12  DEFD2AA34946487...
   OLIVER SIR, individually

13

14  SIR TOOLS, LLC

15  *Oliver Sir*

16  DEFD2AA34946487...
   OLIVER SIR

17  By: Manager Sir Tools, LLC

18

19

20

21

22

23

24

25

26

27

28

---

11

**DECLARATION OF OLIVER SIR**

# EXHIBIT C

# DECLARATION OF RICHARD H. LEVIN

I, RICHARD H. LEVIN, declare:

1.    I am an attorney duly licensed to practice law in the State of California and before this Court.  I am an attorney with the law firm of Levin Law Group PLC, attorneys for Oliver Sir, Sir Tools, LLC and the Oliver Sir Living Trust.  Unless stated otherwise, I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

2.    In October, 2019, Levin Law Group PLC had submitted several Proofs of Claim on behalf of Oliver Sir, Oliver Sir Living Trust, Sir Family Skyway Trust, and Oliver Sir's Father John Sir, all related to claims against PG&E arising out of the November 2018 Camp Fire, but none of which involved the property at 1541 Sir Ct. or 1542 Sir Ct.

3.    In late November 2019, Oliver Sir made contact with me and requested that I take over any Camp Fire claims that he or any entity relating to him had against PG&E involving property at 1541 Sir Ct. and at 1542 Sir Ct. or that involved damage to the personal property of Sir Tools at 1541 Sir Ct. and 9261 Skyway.

4.    I determined that Oliver Sir was the record owner of the real property at 1542 Sir Ct. and that the Oliver Sir Living Trust was the record owner of the real estate property at 1541 Sir Ct.

5.    In discussing the claims that Oliver Sir had involving Sir Tools, Oliver Sir explained to me that equipment, inventory and other personal property belonging to Sir Tools was damaged in the Camp Fire, and that he was the sole owner of Sir Tools and that he intended for the amended Proof of Claim for the property at 1541 Sir Ct. to cover his personal emotional distress claim and also damage to equipment, inventory and other personal property of the business of Sir Tools located at both 1541 Sir Ct. and 9261 Skyway.

LEVIN
LAW
GROUP PLC

11522125.5

6.      I instructed my staff to prepare pro per amended Proofs of Claim with respect to the 1541 and 1542 Sir Ct. properties, instructing my staff to prepare an amended Proof of Claim on behalf of Oliver Sir Living Trust with respect to the property at 1541 Sir Ct. (ultimately filed as Claim 91960) and a separate amended Proof of Claim with respect to 1541 Sir Ct. on behalf of Oliver Sir as an individual (ultimately filed as Claim 91735), not realizing that the business being conducted at that location was in fact an LLC owned by Mr. Sir and not a sole proprietorship of Mr. Sir personally and thought my staff understood that the Skyway address should be included as an additional location of the damaged Sir Tools property.

7.      I reviewed the two proposed amended Proofs of Claim (91960 and 91735), and either did not notice the omission of any reference to the Skyway location or did not realize the significance of that omission at that time, approved them, and had them forwarded to Oliver Sir for execution.

8.      I did not realize until late April 2020, when I reviewed material that Oliver Sir had sent me in early April involving his insurance claim relating to damage to Sir Tool's inventory and equipment at 1541 Sir Ct. that this business was actually an LLC solely owned by Oliver Sir rather than a business being conducted by him personally.  Several days later, in reviewing my files in this matter I also realized that the 9261 Skyway location was not mentioned and that only the 1541 Sir Ct. location was mentioned in the proof of claim covering the Sir Tools business loss, and also at that point realized the significance of that omission.

9.      It took me several weeks to complete the legal research necessary to determine the appropriate course of action at that point. Completion of that research was delayed for about two weeks because I did not have access to legal materials necessary to prepare this motion without access to the LA County Law Library. That law library was closed to the public, and it took me

2

**DECLARATION OF RICHARD H. LEVIN**

approximately two weeks to arrange for the reference desk to electronically forward to me, and to actually receive the legal material that I initially needed to perform the necessary research to determine the appropriate motion and to prepare points and authorities in support of that motion.

I declare under the penalty of perjury under that the foregoing is true and correct. Executed on this 22nd day of May, 2020, at Los Angeles, California.

_/s/ Richard H. Levin_
Richard H. Levin

3
**DECLARATION OF RICHARD H. LEVIN**

11522125.5

# EXHIBIT D

| In re:<br>PG&E CORPORATION,<br>- and -<br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors. | **Bankruptcy Case**<br>**No. 19-30088 (DM)**<br><br>**Chapter 11**<br>**(Lead Case)**<br>**(Jointly Administered**) |

# Proof of Claim (Fire Claim Related)

**Read the instructions before filing this claim form. This form is for tort claimants who have a claim against the Debtors (i.e. PG&E Corporation and Pacific Gas and Electric Company) that arose prior to the Debtors filing for bankruptcy (i.e. prior to January 29, 2019) and that arose from, or relates to, a fire.**

| **Do not use this form for non-fire claims. Non-fire tort claimants should use Form 410.** |

Do NOT file a fraudulent claim. A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Please type or print in the spaces below. Do NOT use red ink or pencil.**

| **Part 1:** | **Identify the Claim** |

| 1. | **Who is the current creditor?** | _____<br>Name of the current creditor (the person or entity to be paid for this claim) |
|---|---|---|
| 2. | **Has this claim been acquired from someone else?** | ☐ No<br>☐ Yes. From whom? _____ |
| 3. | **Are you filing this claim on behalf of your family?**<br>A family is a group of two or more people related by birth, marriage, domestic partnership, or adoption and residing together. All such people are considered as members of one family. | ☐ No<br>☐ Yes | **If you checked "Yes", please provide the full name of each family member that you are filing on behalf of:**<br><br>_____  _____<br><br>_____  _____<br><br>_____  _____<br><br>_____  _____ |

| 4. | **Where should notices and payments to the creditor be sent?**<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br><br>Name_____<br>Attorney Name (if applicable)_____<br>Attorney Bar Number (if applicable)_____<br>Street Address_____<br>City_____<br>State_____<br>Zip Code_____<br>Phone Number_____<br>Email Address_____ | **Where should payments to the creditor be sent?** (if different)<br><br>Name_____<br>Attorney Name (if applicable)_____<br>Attorney Bar Number (if applicable)_____<br>Street Address_____<br>City_____<br>State_____<br>Zip Code_____<br>Phone Number_____<br>Email Address_____ |
|---|---|---|---|

| 5. | **Does this claim amend one already filed?** | ☐ No<br>☐ Yes. Claim number on court claims registry (if known)_____ | Filed on _____<br>MM / DD / YYYY |
|---|---|---|---|
| 6. | **Do you know if anyone else has filed a proof of claim for this claim?** | ☐ No<br>☐ Yes. Who made the earlier filing? _____ | |

| Part 2: | Give Information About the Claim as of the Date this Claim Form is Filed |
|---------|------------------------------------------------------------------------------|

**7. What fire is the basis of your claim?**

Check all that apply.

- ☐ Camp Fire (2018)
- ☐ North Bay Fires (2017)
- ☐ Ghost Ship Fire (2016)
- ☐ Butte Fire (2015)
- ☐ Other (please provide date and brief description of fire: _____
  _____

**8. What are the loss location(s) where you and/or your family suffered harm? (e.g. home or business address, place of injury, place from which you were evacuated, if different.?**

Location(s):

**9. How were you and/or your family harmed?**

Check all that apply

- ☐ Property Damage (homes, structures, personal property, land, trees, landscaping, and all other property damage)
  - ☐ Owner  ☐ Renter  ☐ Occupant  ☐ Other (Please specify): _____
- ☐ Personal Injury
- ☐ Wrongful Death (if checked, please provide the name of the deceased) _____
- ☐ Business Loss/Interruption
- ☐ Lost wages and earning capacity
- ☐ Loss of community and essential services
- ☐ Agricultural loss
- ☐ Other (Please specify): _____

**10. What damages are you and/or your family claiming/seeking?**

Check all that apply

- ☐ Economic damages (including replacement cost of damaged property, diminution in value, loss of use, lost inventory, lost profits, and other economic damage)
- ☐ Non-economic damages (including loss of society and support, loss of consortium, pain and suffering, emotional distress, annoyance and discomfort, and other non-economic damage)
- ☐ Punitive, exemplary, and statutory damages
- ☐ Attorney's fees and litigation costs
- ☐ Interest
- ☐ Any and all other damages recoverable under California law
- ☐ Other (Please specify): _____

**11. How much is the claim?**

- ☐ $_____ (optional)
- ☐ Unknown / To be determined at a later date

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date _____ (mm/dd/yyyy)

_____
Signature

**Print the name of the person who is completing and signing this claim:**

| | | | |
|---|---|---|---|
| Name | | | |
| | First name | Middle name | Last name |
| Title | | | |
| Company | | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | | | |
| | Number        Street | | |
| | City | State | ZIP Code |
| Contact phone | | Email | |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| | |
|---|---|
| In re:<br>　PG&E CORPORATION,<br>　- and -<br>　PACIFIC GAS AND ELECTRIC<br>　COMPANY,<br>　　　　　Debtors. | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered) |

# Proof of Claim (Fire Claim Related)

Read the instructions before filing this claim form. This form is for tort claimants who have a claim against the Debtors (i.e. PG&E Corporation and Pacific Gas and Electric Company) that arose prior to the Debtors filing for bankruptcy (i.e. prior to January 29, 2019) and that arose from, or relates to, a fire.

> **Do not use this form for non-fire claims. Non-fire tort claimants should use Form 410.**

Do NOT file a fraudulent claim. A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Please type or print in the spaces below. Do NOT use red ink or pencil.**

| Part 1: | Identify the Claim |
|---|---|

**1. Who is the current creditor?**

Oliver Sir

Name of the current creditor (the person or entity to be paid for this claim)

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? _____

**3. Are you filing this claim on behalf of your family?**
A family is a group of two or more people related by birth, marriage, domestic partnership, or adoption and residing together. All such people are considered as members of one family.

☑ No
☐ Yes

If you checked "Yes", please provide the full name of each family member that you are filing on behalf of:

_____     _____

_____     _____

_____     _____

_____     _____

**4. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Name Levin Law Group PLC
Attorney Name (if applicable) Richard Levin
Attorney Bar Number (if applicable) 32041
Street Address 2615 Forest Ave, Suite 120
City Chico
State CA
Zip Code 95928
Phone Number 530 353 1679
Email Address rlevin62@aol.com

Where should payments to the creditor be sent? (if different)

Name
Attorney Name (if applicable)
Attorney Bar Number (if applicable)
Street Address
City
State
Zip Code
Phone Number
Email Address

**5. Does this claim amend one already filed?**

☐ No
☑ Yes. Claim number on court claims registry (if known) 91735/78870/76075

Filed on 10/21/2019
MM / DD / YYYY

**6. Do you know if anyone else has filed a proof of claim for this claim?**

☐ No
☑ Yes. Who made the earlier filing? Oliver Sir

| **Part 2:** | **Give Information About the Claim as of the Date this Claim Form is Filed** |
|---|---|

**7. What fire is the basis of your claim?**

Check all that apply.

- [x] Camp Fire (2018)
- [ ] North Bay Fires (2017)
- [ ] Ghost Ship Fire (2016)
- [ ] Butte Fire (2015)
- [ ] Other (please provide date and brief description of fire: _____)

**8. What are the loss location(s) where you and/or your family suffered harm? (e.g. home or business address, place of injury, place from which you were evacuated, if different.?**

Location(s): 1541 Sir Ct, and 9261 Skyway, Paradise, CA 95969 (note, separate claims are being filed for business loss and real property damage at the same address)

**9. How were you and/or your family harmed?**

Check all that apply

- [ ] Property Damage (homes, structures, personal property, land, trees, landscaping, and all other property damage)
  - [ ] Owner  [ ] Renter  [ ] Occupant  [ ] Other (Please specify): _____
- [x] Personal Injury
- [ ] Wrongful Death (if checked, please provide the name of the deceased) _____
- [ ] Business Loss/Interruption
- [x] Lost wages and earning capacity
- [x] Loss of community and essential services
- [ ] Agricultural loss
- [ ] Other (Please specify): _____

**10. What damages are you and/or your family claiming/seeking?**

Check all that apply

- [ ] Economic damages (including replacement cost of damaged property, diminution in value, loss of use, lost inventory, lost profits, and other economic damage)
- [x] Non-economic damages (including loss of society and support, loss of consortium, pain and suffering, emotional distress, annoyance and discomfort, and other non-economic damage)
- [x] Punitive, exemplary, and statutory damages
- [x] Attorney's fees and litigation costs
- [x] Interest
- [x] Any and all other damages recoverable under California law
- [ ] Other (Please specify): _____

**11. How much is the claim?**

- [ ] $_____ (optional)
- [x] Unknown / To be determined at a later date

| Part 3: | Sign Below |
|---|---|

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  05/22/2020_____(mm/dd/yyyy)

/s/ Richard H. Levin
_____
Signature

**Print the name of the person who is completing and signing this claim:**

Name    Richard  Levin
_____
First name              Middle name              Last name

Title    Attorney
_____

Company    Levin Law Group PLC
_____
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address    2615 Forest Ave, Suite 120
_____
Number         Street

Chico                                    CA        93928
_____
City                                    State      ZIP Code

Contact phone    530 353 1679          Email    rlevin62@aol.com