# EXHIBIT B

## PG&E Corporation and PG&E Company, et.al.
### Case No. 19-30088
Summary of Hours and Discounted Fees Incurred by Category
January 1, 2020 through January 31, 2020

| Project Category | Exhibit | Total Billed Hours | Total Fees Requested | |
|---|---|---:|---:|---|
| Asset Management Services | C1 | 225.3 | $ 76,429.00 | |
| Data Security Services | C2 | | $ - | (1) |
| Legal Support Services | C3 | 0.0 | $ 45,917.34 | (2) |
| Retention Services | C7 | 0.0 | $ - | |
| Fee Application Preparation Services | C8 | 118.7 | $ 18,876.25 | |
| IT Software Services (Phase II) | C9 | 544.6 | $ 141,596.00 | |
| Quanta Invoice Review Services | C10 | 238.9 | $ 69,593.50 | (3) |
| Tax and Accounting On-Call Services | C14 | 16.5 | $ 12,712.50 | |
| Gas and Electric Permitting Support Phase 2 | C16 | 1,599.5 | $ 686,857.50 | |
| 2020 Electric System Inspections and Maintenance Program Services | C17 | | $ 370,000.00 | (4) |
| **Total Fees Requested** | | **2,743.5** | **$ 1,421,982.09** | |

(1) KPMG and the Debtors agreed to fixed-fee compensation for the Data Security Services. Payment of the fixed fee is dependent on an iterative process by which stages of the project go through a formal review, including a detailed walkthrough, modifications (if required) and formal acceptance. As of January 31, 2020, KPMG is not requesting any of the agreed upon fixed-fee amount for these services.

(2) Fee amount composed of hourly fees and recurring hosting fees.

(3) Includes time/fees which were deferred pending court approval of an extension of time and increase in fees as approved in the Second Supplemental Retention Order D.I. 7351 filed on May 15, 2020.

(4) KPMG and the Debtors agreed to fixed-fee compensation for the 2020 Electric System Inspections and Maintenance Program Services. Payment of the fixed fee is dependent on an iterative process by which stages of the project go through a formal review, including a detailed walkthrough, modifications (if required) and client acceptance. As of January 31, 2020, KPMG is requesting the fixed-fee amount above for these services, as approved by the client.