**EXHIBIT D**

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Summary of Out of Pocket Expenses
January 1, 2020 through January 31, 2020

| Category | | Amount |
|---|---|---:|
| Airfare | $ | 18,135.80 |
| Lodging | $ | 27,030.36 |
| Meals | $ | 3,715.82 |
| Ground Transportation | $ | 6,559.56 |
| Miscellaneous | $ | - |
| **Total** | **$** | **55,441.54** |

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
January 1, 2020 through January 31, 2020

| Name | Date | Description | | Amount |
|---|---|---|---|---|
| David Sanchez | 01/06/20 | One-way airfare from Burbank, CA to San Francisco, CA. Date: 01/06/20 | $ | 208.91 |
| Dennis Cha | 01/06/20 | One-way airfare from Burbank Airport, CA to San Francisco Airport, CA. Date: 01/06/20 | $ | 208.91 |
| Alex Esuoso | 01/09/20 | Round trip coach class airfare from Chicago, Il to San Francisco, CA. Dates: 1/05/20 01/09/20 | $ | 748.72 |
| Dennis Cha | 01/09/20 | One-way airfare from Oakland Intl Airport, CA to Seattle-Tacoma Intl Airport, WA. Date: 01/09/20 | $ | 81.98 |
| Kristy Hornland | 01/09/20 | Roundtrip coach class airfare from Denver, CO to San Francisco, CA. Date: 01/06/20 01/09/20 | $ | 396.91 |
| Bob Zhang | 01/09/20 | Roundtrip airfare from Dallas / Fort Worth, TX to San Francisco, CA. Dates: 01/05/20 - 01/09/20 | $ | 500.10 |
| Garrett Dupree | 01/09/20 | Roundtrip airfare from Dallas / Fort Worth, TX to San Francisco, CA. Dates: 01/05/20 01/09/20 | $ | 610.54 |
| Yosef Kerzner | 01/09/20 | Roundtrip airfare from Houston, TX to San Francisco, CA. Dates: 01/06/20 01/09/20 | $ | 622.90 |
| David Sanchez | 01/10/20 | One-way airfare from San Francisco, CA to Burbank, CA. Date: 01/10/20 | $ | 208.91 |
| Kimberly Johnson | 01/10/20 | Roundtrip coach class airfare from Los Angeles, CA to San Francisco, CA. Dates: 01/06/20 01/10/20 | $ | 363.50 |
| Dennis Cha | 01/12/20 | One-way airfare from Seattle Airport, WA to San Jose Norman Y. MN Intl Airport, CA. Date: 01/12/20 | $ | 177.96 |
| Alex Esuoso | 01/12/20 | Roundtrip airfare from Chicago, IL to Oakland, CA. Dates: 01/12/20 01/16/20 | $ | 985.68 |
| Toby Sedgwick | 01/16/20 | One-way airfare from San Francisco, CA to Chicago, IL. Date: 01/16/20 | $ | 276.26 |
| Dennis Cha | 01/16/20 | One-way airfare from San Francisco Airport, CA to Washington Dulles Intl Airport, DC. Date: 01/16/20 | $ | 374.40 |
| Scott Stoddard | 01/16/20 | Roundtrip airfare from Los Angeles, CA to Oakland, CA. Dates: 01/15/20 01/16/20 | $ | 421.30 |
| Toby Sedgwick | 01/16/20 | Roundtrip airfare from Chicago, IL to San Francisco, CA. Dates: 01/13/20 01/16/20 | $ | 683.08 |
| Kimberly Johnson | 01/17/20 | Roundtrip coach class airfare from Los Angeles, CA to San Francisco, CA. Dates: 01/13/20 01/17/20 | $ | 432.01 |
| Dennis Cha | 01/20/20 | One-way airfare from New York John F. Kennedy Intl Airport to San Francisco Airport, CA. Date: 01/20/20 | $ | 348.31 |
| Dennis Cha | 01/21/20 | One-way airfare from Burbank, CA to San Francisco, CA. Date: 01/21/20 | $ | 286.40 |
| Bob Zhang | 01/22/20 | One-way airfare from San Francisco, CA to Dallas / Fort Worth, TX. Date: 01/22/20 | $ | 172.00 |
| Dennis Cha | 01/23/20 | One-way airfare from San Francisco, CA to Los Angeles, CA. Date: 01/23/20 | $ | 138.59 |
| Scott Stoddard | 01/23/20 | One-way airfare from Oakland, CA to Los Angeles, CA. Date: 01/23/20 | $ | 210.65 |
| Scott Stoddard | 01/23/20 | One-way airfare from Oakland, CA to Los Angeles, CA. Date: 01/23/20 | $ | 210.65 |
| Bob Zhang | 01/23/20 | Roundtrip airfare from Dallas / Fort Worth, TX to San Francisco, CA. Dates: 01/19/20 - 01/23/20 | $ | 376.80 |
| Garrett Dupree | 01/23/20 | Roundtrip airfare from Dallas / Fort Worth, TX to San Francisco, CA. Dates: 01/19/20 01/23/20 | $ | 416.80 |
| Toby Sedgwick | 01/23/20 | Roundtrip coach class airfare from Chicago, IL to San Francisco, CA. Dates: 01/20/20 01/23/20 | $ | 737.30 |

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
January 1, 2020 through January 31, 2020

| Name | Date | Description | | Amount |
|---|---|---|---|---|
| Alex Esuoso | 01/23/20 | Roundtrip airfare from Chicago, IL to Oakland, CA. Dates: 01/20/20 01/23/20 | $ | 985.68 |
| Michael Gomez | 01/24/20 | One-way airfare from Los Angeles, CA to Denver, Co to Baltimore, MD. Date: 01/24/20 | $ | 187.20 |
| Kimberly Johnson | 01/24/20 | Roundtrip coach class airfare from Los Angeles, CA to San Francisco, CA. Dates: 01/20/20 01/24/20 | $ | 432.01 |
| Dennis Cha | 01/27/20 | One-way airfare from Los Angeles, CA to San Francisco, CA. Date: 01/27/20 | $ | 177.61 |
| John Spence | 01/27/20 | One-way airfare from Los Angeles, CA to San Francisco, CA. Date: 01/27/20 | $ | 218.40 |
| Michael Gomez | 01/28/20 | One-way airfare from Washington / Dulles, VA to San Francisco, CA. Date 01/28/19 | $ | 649.60 |
| Bob Zhang | 01/30/20 | Roundtrip airfare from Dallas / Fort Worth, TX to San Francisco, CA. Dates: 01/26/20 - 01/30/20 | $ | 544.80 |
| Scott Stoddard | 01/30/20 | Airline Fees PG&E Travel Change fee to move flight around client meetings | $ | 75.00 |
| Scott Stoddard | 01/30/20 | Roundtrip airfare from Los Angeles, CA to San Francisco, CA. Dates: 01/28/20 01/30/20 | $ | 183.64 |
| John Spence | 01/30/20 | One-way airfare from San Francisco, CA to Los Angeles, CA. Date: 01/30/20 | $ | 206.30 |
| Dennis Cha | 01/30/20 | One-way airfare from Oakland, CA to Burbank, CA. Date: 01/30/20 | $ | 226.31 |
| Garrett Dupree | 01/30/20 | Roundtrip airfare from DFW (Dallas, TX) to SFO (San Francisco, CA). Dates: 01/26/20 01/30/20 | $ | 416.80 |
| Michael Gomez | 01/30/20 | One-way airfare from San Francisco, CA to Washington / Dulles, VA. Date: 01/30/20 | $ | 872.80 |
| Toby Sedgwick | 01/30/20 | Roundtrip coach class airfare from Chicago, IL to San Francisco, CA. Dates: 01/27/20 01/30/20 | $ | 887.20 |
| Toby Sedgwick | 01/30/20 | Roundtrip coach class airfare from Chicago, IL to San Francisco, CA. Dates: 01/27/20 01/30/20 | $ | 887.20 |
| Alex Esuoso | 01/31/20 | Roundtrip airfare from Chicago, IL to Oakland, CA. Dates: 01/26/20 01/31/20 (overnight flight) | $ | 985.68 |
| | | **Air Fare Subtotal** | **$** | **18,135.80** |
| Alex Esuoso | 01/06/20 | Lodging for 1 night (01/05/20 - 01/06/20) while traveling to perform work for PG&E. | $ | 278.73 |
| Bob Zhang | 01/06/20 | Lodging for 1 night (01/05/20 - 01/06/20) while traveling to perform work for PG&E. | $ | 313.44 |
| Garrett Dupree | 01/06/20 | Lodging for 1 night 01/05/19 - 01/06/19) while traveling to perform work for PG&E. | $ | 326.10 |
| Yosef Kerzner | 01/07/20 | Lodging for 1 night (01/06/20 - 01/07/20) while traveling to perform work for PG&E. | $ | 174.11 |
| Dennis Cha | 01/07/20 | Lodging for 1 night (01/06/20 - 01/07/29) while traveling to perform work for PG&E. | $ | 213.94 |

# EXHIBIT D1

## PG&E Corporation and PG&E Company, et.al.
### Case No. 19-30088
Detail of Out of Pocket Expenses
January 1, 2020 through January 31, 2020

| Name | Date | Description | | Amount |
|---|---|---|---|---|
| David Sanchez | 01/07/20 | Lodging for 1 night (01/06/20 - 01/07/20) while traveling to perform work for PG&E. | $ | 218.00 |
| Alex Esuoso | 01/07/20 | Lodging for 1 night (01/06/20 - 01/07/20) while traveling to perform work for PG&E. | $ | 278.73 |
| Kimberly Johnson | 01/07/20 | Lodging for 1 night (01/06/20 - 01/07/20) while traveling to work at PG&E client site | $ | 300.00 |
| Bob Zhang | 01/07/20 | Lodging for 1 night (01/06/20 - 01/07/20) while traveling to perform work for PG&E. | $ | 313.44 |
| Garrett Dupree | 01/07/20 | Lodging for 1 night  01/06/19 - 01/07/19) while traveling to perform work for PG&E. | $ | 326.10 |
| Kristy Hornland | 01/07/20 | Lodging for 1 night (01/06/20 - 01/07/20) while traveling to perform work for PG&E. | $ | 383.10 |
| Yosef Kerzner | 01/08/20 | Lodging for 1 night (01/07/20 - 01/08/20) while traveling to perform work for PG&E. | $ | 174.11 |
| David Sanchez | 01/08/20 | Lodging for 1 night (01/07/20 - 01/08/20) while traveling to perform work for PG&E. | $ | 218.00 |
| Dennis Cha | 01/08/20 | Lodging for 1 night (01/07/20 - 01/08/20) while traveling to perform work for PG&E. | $ | 220.73 |
| Alex Esuoso | 01/08/20 | Lodging for 1 night (01/07/20 - 01/08/20) while traveling to perform work for PG&E. | $ | 278.73 |
| Kimberly Johnson | 01/08/20 | Lodging for 1 night (01/07/20 - 01/08/20) while traveling to work at PG&E client site | $ | 300.00 |
| Bob Zhang | 01/08/20 | Lodging for 1 night (01/07/20 - 01/08/20) while traveling to perform work for PG&E. | $ | 313.44 |
| Garrett Dupree | 01/08/20 | Lodging for 1 night  01/07/19 - 01/08/19) while traveling to perform work for PG&E. | $ | 326.10 |
| Kristy Hornland | 01/08/20 | Lodging for 1 night (01/07/20 - 01/08/20) while traveling to perform work for PG&E. | $ | 394.75 |
| Yosef Kerzner | 01/09/20 | Lodging for 1 night (01/08/20 - 01/09/20) while traveling to perform work for PG&E. | $ | 174.11 |
| David Sanchez | 01/09/20 | Lodging for 1 night (01/08/20 - 01/09/20) while traveling to perform work for PG&E. | $ | 218.00 |
| Dennis Cha | 01/09/20 | Lodging for 1 night (01/08/20 - 01/09/20) while traveling to perform work for PG&E. | $ | 220.73 |

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
January 1, 2020 through January 31, 2020

| Name | Date | Description | | Amount |
|---|---|---|---|---|
| Kristy Hornland | 01/09/20 | Lodging for 1 night (01/08/20 - 01/09/20) while traveling to perform work for PG&E. | $ | 278.31 |
| Alex Esuoso | 01/09/20 | Lodging for 1 night (01/08/20 - 01/09/20) while traveling to perform work for PG&E. | $ | 278.73 |
| Kimberly Johnson | 01/09/20 | Lodging for 1 night (01/08/20 - 01/09/20) while traveling to work at PG&E client site | $ | 305.09 |
| Bob Zhang | 01/09/20 | Lodging for 1 night (01/08/20 - 01/09/20) while traveling to perform work for PG&E. | $ | 313.44 |
| Garrett Dupree | 01/09/20 | Lodging for 1 night 01/08/19 - 01/09/19) while traveling to perform work for PG&E. | $ | 326.10 |
| David Sanchez | 01/10/20 | Lodging for 1 night (01/09/20 - 01/10/20) while traveling to perform work for PG&E. | $ | 161.38 |
| Kimberly Johnson | 01/10/20 | Lodging for 1 night (01/09/20 - 01/10/20) while traveling to work at PG&E client site | $ | 300.00 |
| Alex Esuoso | 01/13/20 | Lodging for 1 night (01/12/20 - 01/13/20) while traveling to perform work for PG&E. | $ | 300.00 |
| Alex Esuoso | 01/14/20 | Lodging for 1 night (01/13/20 - 01/14/20) while traveling to perform work for PG&E. | $ | 300.00 |
| Kimberly Johnson | 01/14/20 | Lodging for 1 night (01/13/20 - 01/14/20) while traveling to work at PG&E client site | $ | 300.00 |
| Toby Sedgwick | 01/14/20 | Lodging for 1 night (01/13/19 - 01/14/19) while traveling to perform work for PG&E. | $ | 719.64 |
| Alex Esuoso | 01/15/20 | Lodging for 1 night (01/14/20 - 01/15/20) while traveling to perform work for PG&E. | $ | 300.00 |
| Kimberly Johnson | 01/15/20 | Lodging for 1 night (01/14/20 - 01/15/20) while traveling to work at PG&E client site | $ | 300.00 |
| Toby Sedgwick | 01/15/20 | Lodging for 1 night (01/14/19 - 01/15/19) while traveling to perform work for PG&E. | $ | 719.64 |
| Alex Esuoso | 01/16/20 | Lodging for 1 night (01/15/20 - 01/16/20) while traveling to perform work for PG&E. | $ | 300.00 |
| Scott Stoddard | 01/16/20 | Lodging for 1 night (01/15/20 - 01/16/20) while traveling to perform work for PG&E. | $ | 300.00 |
| Kimberly Johnson | 01/16/20 | Lodging for 1 night (01/15/20 - 01/16/20) while traveling to work at PG&E client site | $ | 300.00 |

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
January 1, 2020 through January 31, 2020

| Name | Date | Description | Amount |
|---|---|---|---|
| Toby Sedgwick | 01/16/20 | Lodging for 1 night (01/15/19 - 01/16/19) while traveling to perform work for PG&E. | $ 521.68 |
| Dennis Cha | 01/16/20 | Lodging for 3 nights (01/13/20 - 01/16/20) while traveling to perform work for PG&E. | $ 779.87 |
| Kimberly Johnson | 01/17/20 | Lodging for 1 night (01/16/20 - 01/17/20) while traveling to work at PG&E client site | $ 300.00 |
| Kristy Hornland | 01/20/20 | Lodging for 1 night (01/19/20 - 01/20/20) while traveling to perform work for PG&E. | $ 327.21 |
| Garrett Dupree | 01/20/20 | Lodging for 1 night  01/19/19 - 01/20/19) while traveling to perform work for PG&E. | $ 345.86 |
| Alex Esuoso | 01/21/20 | Lodging for 1 night (01/20/20 - 01/21/20) while traveling to perform work for PG&E. | $ 244.50 |
| Toby Sedgwick | 01/21/20 | Lodging for 1 night (01/20/20 - 01/21/20) while traveling to perform work for PG&E. | $ 315.69 |
| Kristy Hornland | 01/21/20 | Lodging for 1 night (01/20/20 - 01/21/20) while traveling to perform work for PG&E. | $ 327.21 |
| Garrett Dupree | 01/21/20 | Lodging for 1 night  01/20/19 - 01/21/19) while traveling to perform work for PG&E. | $ 345.86 |
| Kimberly Johnson | 01/21/20 | Lodging for 1 night (01/20/20 - 01/21/20) while traveling to work at PG&E client site | $ 346.30 |
| Scott Stoddard | 01/22/20 | Lodging for 1 night (01/21/20 - 01/22/20) while traveling to perform work for PG&E. | $ 244.50 |
| Alex Esuoso | 01/22/20 | Lodging for 1 night (01/21/20 - 01/22/20) while traveling to perform work for PG&E. | $ 244.50 |
| Kimberly Johnson | 01/22/20 | Lodging for 1 night (01/21/20 - 01/22/20) while traveling to work at PG&E client site | $ 300.00 |
| Kristy Hornland | 01/22/20 | Lodging for 1 night (01/21/20 - 01/22/20) while traveling to perform work for PG&E. | $ 327.21 |
| Garrett Dupree | 01/22/20 | Lodging for 1 night  01/21/19 - 01/22/19) while traveling to perform work for PG&E. | $ 345.86 |
| Toby Sedgwick | 01/22/20 | Lodging for 1 night (01/21/20 - 01/22/20) while traveling to perform work for PG&E. | $ 365.78 |
| Bob Zhang | 01/22/20 | Lodging for 3 night (01/19/20 - 01/22/20) while traveling to perform work for PG&E. | $ 987.84 |

# EXHIBIT D1

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
January 1, 2020 through January 31, 2020

| Name | Date | Description | | Amount |
|---|---|---|---|---|
| Scott Stoddard | 01/23/20 | Lodging for 1 night (01/22/20 - 01/23/20) while traveling to perform work for PG&E. | $ | 244.50 |
| Alex Esuoso | 01/23/20 | Lodging for 1 night (01/22/20 - 01/23/20) while traveling to perform work for PG&E. | $ | 244.50 |
| Kimberly Johnson | 01/23/20 | Lodging for 1 night (01/22/20 - 01/23/20) while traveling to work at PG&E client site | $ | 300.00 |
| Kristy Hornland | 01/23/20 | Lodging for 1 night (01/22/20 - 01/23/20) while traveling to perform work for PG&E. | $ | 327.21 |
| Toby Sedgwick | 01/23/20 | Lodging for 1 night (01/22/20 - 01/23/20) while traveling to perform work for PG&E. | $ | 365.78 |
| Dennis Cha | 01/23/20 | Lodging for 2 nights (01/21/20 - 01/23/20) while traveling to perform work for PG&E. | $ | 441.46 |
| Kimberly Johnson | 01/24/20 | Lodging for 1 night (01/23/20 - 01/24/20) while traveling to work at PG&E client site | $ | 300.00 |
| Garrett Dupree | 01/27/20 | Lodging for 1 night 01/26/19 - 01/27/19) while traveling to perform work for PG&E. | $ | 286.57 |
| Alex Esuoso | 01/27/20 | Lodging for 1 night (01/26/20 - 01/27/20) while traveling to perform work for PG&E. | $ | 300.00 |
| John Spence | 01/28/20 | Lodging while traveling in Walnut Creek for 1 night (1/27-1/28) to work at PG&E client site | $ | 183.37 |
| Garrett Dupree | 01/28/20 | Lodging for 1 night 01/27/19 - 01/28/19) while traveling to perform work for PG&E. | $ | 286.57 |
| Toby Sedgwick | 01/28/20 | Lodging for 1 night (01/27/20 - 01/28/20) while traveling to perform work for PG&E. | $ | 295.92 |
| Alex Esuoso | 01/28/20 | Lodging for 1 night (01/27/20 - 01/28/20) while traveling to perform work for PG&E. | $ | 300.00 |
| John Spence | 01/29/20 | Lodging while traveling in Walnut Creek for 1 night (1/28-1/29) to work at PG&E client site | $ | 275.59 |
| Garrett Dupree | 01/29/20 | Lodging for 1 night 01/28/19 - 01/29/19) while traveling to perform work for PG&E. | $ | 286.57 |
| Alex Esuoso | 01/29/20 | Lodging for 1 night (01/28/20 - 01/29/20) while traveling to perform work for PG&E. | $ | 300.00 |
| Toby Sedgwick | 01/29/20 | Lodging for 1 night 01/28/19 - 01/29/19) while traveling to perform work for PG&E. | $ | 329.70 |
| John Spence | 01/30/20 | Lodging while traveling in Walnut Creek for 1 night (1/29-1/30) to work at PG&E client site | $ | 275.59 |

**EXHIBIT D1**

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
January 1, 2020 through January 31, 2020

| Name | Date | Description | | Amount |
|---|---|---|---|---:|
| Garrett Dupree | 01/30/20 | Lodging for 1 night  01/29/19 - 01/30/19) while traveling to perform work for PG&E. | $ | 286.57 |
| Alex Esuoso | 01/30/20 | Lodging for 1 night (01/29/20 - 01/30/20) while traveling to perform work for PG&E. | $ | 300.00 |
| Toby Sedgwick | 01/30/20 | Lodging for 1 night  01/29/19 - 01/30/19) while traveling to perform work for PG&E. | $ | 329.70 |
| Garrett Dupree | 01/30/20 | Lodging for 1 night  01/22/19 - 01/23/19) while traveling to perform work for PG&E. | $ | 345.86 |
| Dennis Cha | 01/30/20 | Lodging for 3 nights (01/27/20 - 01/30/20) while traveling to perform work for PG&E. | $ | 734.55 |
| Bob Zhang | 01/30/20 | Lodging for 4 nights (01/26/20 - 01/30/20) while traveling to perform work for PG&E. | $ | 1,253.76 |
| | | **Lodging Subtotal** | **$** | **27,030.36** |
| Bob Zhang | 01/05/20 | Out of town dinner while traveling in order to work at PG&E client site | $ | 16.17 |
| Alex Esuoso | 01/05/20 | Dinner while performing work for PG&E on 01/05/20. | $ | 36.65 |
| Garrett Dupree | 01/06/20 | Out of town breakfast while traveling in order to work at PG&E client site | $ | 6.53 |
| David Sanchez | 01/06/20 | Out of town breakfast while traveling in order to work at PG&E client site | $ | 10.00 |
| Bob Zhang | 01/06/20 | Out of town breakfast while traveling in order to work at PG&E client site | $ | 10.00 |
| Kimberly Johnson | 01/06/20 | Out of town breakfast for self incurred in San Francisco, CA while performing work for PG&E. | $ | 16.78 |
| Dennis Cha | 01/06/20 | Out of town breakfast while traveling on 1/6. | $ | 22.77 |
| Kimberly Johnson | 01/06/20 | Out of town dinner for self incurred in San Francisco, CA while performing work for PG&E. | $ | 24.05 |
| Garrett Dupree | 01/06/20 | Out of town dinner while traveling in order to work at PG&E client site | $ | 26.94 |
| Bob Zhang | 01/06/20 | Out of town dinner while traveling in order to work at PG&E client site | $ | 40.00 |
| Alex Esuoso | 01/06/20 | Out of town dinner while performing work for PG&E for D. Cha, D. Sanchez, and A. Esuoso (all KPMG) on 01/06/20. | $ | 120.00 |
| Garrett Dupree | 01/07/20 | Out of town breakfast while traveling in order to work at PG&E client site | $ | 6.53 |
| David Sanchez | 01/07/20 | Out of town breakfast while traveling in order to work at PG&E client site | $ | 7.20 |
| Bob Zhang | 01/07/20 | Out of town breakfast while traveling in order to work at PG&E client site | $ | 10.00 |
| Dennis Cha | 01/07/20 | Out of town breakfast while traveling on 1/7. | $ | 10.05 |
| Yosef Kerzner | 01/07/20 | Out of town dinner while traveling in order to work at PG&E client site | $ | 11.96 |
| David Sanchez | 01/07/20 | Out of town dinner while traveling in order to work at PG&E client site | $ | 12.70 |

# EXHIBIT D1

## PG&E Corporation and PG&E Company, et.al.
### Case No. 19-30088
Detail of Out of Pocket Expenses
January 1, 2020 through January 31, 2020

| Name | Date | Description | | Amount |
|---|---|---|---|---:|
| Alex Esuoso | 01/07/20 | Out of town dinner while performing work for PG&E on 01/07/20. | $ | 20.40 |
| Kimberly Johnson | 01/07/20 | Out of town breakfast for self incurred in San Francisco, CA while performing work for PG&E. | $ | 22.11 |
| Dennis Cha | 01/07/20 | Out of town dinner while traveling on 1/7. | $ | 27.50 |
| Alex Esuoso | 01/07/20 | Out of town breakfast while performing work for PG&E on 01/07/20. | $ | 28.37 |
| Kristy Hornland | 01/07/20 | Out of town dinner meal incurred in San Francisco, CA. KPMG Attendee: K. Hornland. | $ | 29.54 |
| Garrett Dupree | 01/07/20 | Out of town dinner while traveling in order to work at PG&E client site | $ | 33.26 |
| Bob Zhang | 01/07/20 | Out of town dinner while traveling in order to work at PG&E client site | $ | 40.00 |
| David Sanchez | 01/08/20 | Out of town breakfast while traveling in order to work at PG&E client site | $ | 3.95 |
| Bob Zhang | 01/08/20 | Out of town breakfast while traveling in order to work at PG&E client site | $ | 6.43 |
| Garrett Dupree | 01/08/20 | Out of town breakfast while traveling in order to work at PG&E client site | $ | 6.53 |
| Dennis Cha | 01/08/20 | Out of town breakfast while traveling on 1/8. | $ | 14.00 |
| Kimberly Johnson | 01/08/20 | Out of town breakfast for self incurred in San Francisco, CA while performing work for PG&E. | $ | 20.88 |
| Bob Zhang | 01/08/20 | Out of town dinner while traveling in order to work at PG&E client site | $ | 27.28 |
| David Sanchez | 01/08/20 | Out of town dinner while traveling in order to work at PG&E client site | $ | 27.28 |
| Garrett Dupree | 01/08/20 | Out of town dinner while traveling in order to work at PG&E client site | $ | 30.03 |
| Alex Esuoso | 01/08/20 | Out of town dinner while performing work for PG&E on 01/08/20. | $ | 35.53 |
| Dennis Cha | 01/08/20 | Out of town dinner while traveling on 1/8. | $ | 36.00 |
| Kristy Hornland | 01/08/20 | Out of town dinner meal incurred in San Francisco, CA. KPMG Attendee: K. Hornland. | $ | 40.00 |
| Dennis Cha | 01/09/20 | Out of town breakfast while traveling on 1/9. | $ | 2.55 |
| David Sanchez | 01/09/20 | Out of town breakfast while traveling in order to work at PG&E client site | $ | 3.84 |
| Dennis Cha | 01/09/20 | Out of town dinner while traveling on 1/9. | $ | 5.04 |
| Garrett Dupree | 01/09/20 | Out of town breakfast while traveling in order to work at PG&E client site | $ | 10.38 |
| David Sanchez | 01/09/20 | Out of town dinner while traveling in order to work at PG&E client site | $ | 10.80 |
| Bob Zhang | 01/09/20 | Out of town breakfast while traveling in order to work at PG&E client site | $ | 13.45 |
| Kristy Hornland | 01/09/20 | Out of town dinner meal incurred in San Francisco, CA. KPMG Attendee: K. Hornland. | $ | 21.36 |
| Alex Esuoso | 01/09/20 | Out of town dinner while performing work for PG&E on 01/09/20. | $ | 34.55 |
| Bob Zhang | 01/09/20 | Out of town dinner while traveling in order to work at PG&E client site | $ | 36.55 |
| Garrett Dupree | 01/09/20 | Out of town dinner while traveling in order to work at PG&E client site | $ | 38.49 |
| Kimberly Johnson | 01/10/20 | Out of town breakfast for self incurred in San Francisco, CA while performing work for PG&E. | $ | 10.36 |
| David Sanchez | 01/10/20 | Out of town dinner while traveling in order to work at PG&E client site | $ | 18.51 |

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
January 1, 2020 through January 31, 2020

| Name | Date | Description | Amount |
|---|---|---|---:|
| Kimberly Johnson | 01/10/20 | Out of town dinner for self incurred in San Francisco, CA while performing work for PG&E. | $ 39.64 |
| Alex Esuoso | 01/12/20 | Out of town breakfast while performing work for PG&E. | $ 4.35 |
| Alex Esuoso | 01/12/20 | Dinner while performing work for PG&E on 01/12/20. | $ 40.00 |
| Dennis Cha | 01/12/20 | Out of town dinner while traveling on 1/12. | $ 40.00 |
| Dennis Cha | 01/13/20 | Out of town breakfast while traveling on 1/13. | $ 4.34 |
| Toby Sedgwick | 01/13/20 | Out of town breakfast meal incurred in San Francisco, CA. KPMG Attendee: T. Sedgwick | $ 8.73 |
| Kimberly Johnson | 01/13/20 | Out of town breakfast for self incurred in San Francisco, CA while performing work for PG&E. | $ 11.72 |
| Toby Sedgwick | 01/13/20 | Out of town dinner meal incurred in San Francisco, CA. KPMG Attendee: T. Sedgwick. | $ 25.96 |
| Dennis Cha | 01/13/20 | Out of town dinner while traveling on 1/13. | $ 27.16 |
| Alex Esuoso | 01/13/20 | Dinner while performing work for PG&E on 01/13/20. | $ 28.00 |
| Alex Esuoso | 01/14/20 | Out of town breakfast while performing work for PG&E on 01/14/20. | $ 6.29 |
| Toby Sedgwick | 01/14/20 | Out of town breakfast meal incurred in San Francisco, CA. KPMG Attendee: T. Sedgwick | $ 8.73 |
| Dennis Cha | 01/14/20 | Out of town dinner while traveling on 1/14. | $ 11.04 |
| Kimberly Johnson | 01/14/20 | Out of town breakfast for self incurred in San Francisco, CA while performing work for PG&E. | $ 13.09 |
| Kimberly Johnson | 01/14/20 | Out of town dinner for self incurred in San Francisco, CA while performing work for PG&E. | $ 27.04 |
| Alex Esuoso | 01/14/20 | Out of town dinner while performing work for PG&E on 01/14/20. | $ 40.00 |
| Toby Sedgwick | 01/14/20 | Out of town dinner meal incurred in San Francisco, CA. KPMG Attendee: T. Sedgwick. | $ 40.00 |
| Dennis Cha | 01/15/20 | Out of town breakfast while traveling on 1/15. | $ 7.84 |
| Scott Stoddard | 01/15/20 | Out of town breakfast while traveling in order to work at PG&E client site | $ 13.65 |
| Kimberly Johnson | 01/15/20 | Out of town breakfast for self incurred in San Francisco, CA while performing work for PG&E. | $ 19.33 |
| Alex Esuoso | 01/15/20 | Out of town dinner while performing work for PG&E on 01/15/20. | $ 26.87 |
| Scott Stoddard | 01/15/20 | Out of town dinner while traveling in order to work at PG&E client site | $ 36.35 |
| Toby Sedgwick | 01/15/20 | Out of town dinner meal incurred in San Francisco, CA. KPMG Attendee: T. Sedgwick. | $ 39.29 |
| Toby Sedgwick | 01/16/20 | Out of town breakfast meal incurred in San Francisco, CA. KPMG Attendee: T. Sedgwick | $ 6.43 |
| Scott Stoddard | 01/16/20 | Out of town breakfast while traveling in order to work at PG&E client site | $ 9.55 |
| Dennis Cha | 01/16/20 | Out of town breakfast while traveling on 1/16. | $ 10.00 |
| Kimberly Johnson | 01/16/20 | Out of town breakfast for self incurred in San Francisco, CA while performing work for PG&E. | $ 18.89 |
| Kimberly Johnson | 01/16/20 | Out of town dinner for self incurred in San Francisco, CA while performing work for PG&E. | $ 31.04 |
| Alex Esuoso | 01/16/20 | Out of town dinner while performing work for PG&E on 01/16/20. | $ 31.22 |
| Dennis Cha | 01/16/20 | Out of town dinner while traveling on 1/16. | $ 40.00 |
| Kimberly Johnson | 01/17/20 | Out of town breakfast for self incurred in San Francisco, CA while performing work for PG&E. | $ 14.81 |
| Alex Esuoso | 01/17/20 | Dinner while working on engagement and performing work for PG&E on 01/17/20. | $ 20.00 |

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
January 1, 2020 through January 31, 2020

| Name | Date | Description | | Amount |
|---|---|---|---|---:|
| Bob Zhang | 01/19/20 | Out of town dinner while traveling in order to work at PG&E client site | $ | 23.53 |
| Kristy Hornland | 01/19/20 | Out of town dinner meal incurred in San Francisco, CA. KPMG Attendee: K. Hornland. | $ | 40.00 |
| Toby Sedgwick | 01/20/20 | Out of town dinner meal incurred in San Francisco, CA. KPMG Attendee: T. Sedgwick | $ | 6.48 |
| Garrett Dupree | 01/20/20 | Out of town breakfast while traveling in order to work at PG&E client site | $ | 6.53 |
| Kristy Hornland | 01/20/20 | Out of town breakfast meal incurred in San Francisco, CA. KPMG Attendee: K. Hornland. | $ | 12.64 |
| Bob Zhang | 01/20/20 | Out of town breakfast while traveling in order to work at PG&E client site | $ | 15.48 |
| Alex Esuoso | 01/20/20 | Dinner while traveling to engagement site for PG&E on 01/20/20. | $ | 21.87 |
| Dennis Cha | 01/20/20 | Out of town dinner while traveling on 1/20. | $ | 22.79 |
| Garrett Dupree | 01/20/20 | Out of town dinner while traveling in order to work at PG&E client site | $ | 24.46 |
| Kristy Hornland | 01/20/20 | Out of town dinner meal incurred in San Francisco, CA. KPMG Attendee: K. Hornland. | $ | 28.42 |
| Bob Zhang | 01/20/20 | Out of town dinner while traveling in order to work at PG&E client site | $ | 40.00 |
| Garrett Dupree | 01/21/20 | Out of town breakfast while traveling in order to work at PG&E client site | $ | 6.53 |
| Toby Sedgwick | 01/21/20 | Out of town breakfast meal incurred in San Francisco, CA. KPMG Attendee: T. Sedgwick. | $ | 8.73 |
| Kristy Hornland | 01/21/20 | Out of town breakfast meal incurred in San Francisco, CA. KPMG Attendee: K. Hornland. | $ | 11.65 |
| Bob Zhang | 01/21/20 | Out of town breakfast while traveling in order to work at PG&E client site | $ | 13.33 |
| Scott Stoddard | 01/21/20 | Out of town dinner while traveling in order to work at PG&E client site | $ | 17.28 |
| Kimberly Johnson | 01/21/20 | Out of town breakfast for self incurred in San Francisco, CA while performing work for PG&E. | $ | 24.97 |
| Kimberly Johnson | 01/21/20 | Out of town dinner for self incurred in San Francisco, CA while performing work for PG&E. | $ | 25.03 |
| Dennis Cha | 01/21/20 | Out of town dinner while traveling on 1/21 | $ | 25.65 |
| Garrett Dupree | 01/21/20 | Out of town dinner while traveling in order to work at PG&E client site | $ | 34.18 |
| Bob Zhang | 01/21/20 | Out of town dinner while traveling in order to work at PG&E client site | $ | 35.03 |
| Alex Esuoso | 01/21/20 | Out of town dinner while performing work for PG&E on 01/21/20. | $ | 35.29 |
| Toby Sedgwick | 01/21/20 | Out of town dinner meal incurred in San Francisco, CA. KPMG Attendee: T. Sedgwick | $ | 37.59 |
| Garrett Dupree | 01/22/20 | Out of town breakfast while traveling in order to work at PG&E client site | $ | 6.53 |
| Bob Zhang | 01/22/20 | Out of town dinner while traveling in order to work at PG&E client site | $ | 7.77 |
| Kristy Hornland | 01/22/20 | Out of town breakfast meal incurred in San Francisco, CA. KPMG Attendee: K. Hornland. | $ | 8.25 |
| Toby Sedgwick | 01/22/20 | Out of town breakfast meal incurred in San Francisco, CA. KPMG Attendee: T. Sedgwick. | $ | 8.73 |
| Dennis Cha | 01/22/20 | Out of town breakfast while traveling on 1/22. | $ | 9.63 |

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
January 1, 2020 through January 31, 2020

| Name | Date | Description | | Amount |
|---|---|---|---|---:|
| Scott Stoddard | 01/22/20 | Out of town breakfast while traveling in order to work at PG&E client site | $ | 10.00 |
| Bob Zhang | 01/22/20 | Out of town breakfast while traveling in order to work at PG&E client site | $ | 10.61 |
| Kimberly Johnson | 01/22/20 | Out of town breakfast for self incurred in San Francisco, CA while performing work for PG&E. | $ | 14.81 |
| Kristy Hornland | 01/22/20 | Out of town dinner meal incurred in San Francisco, CA. KPMG Attendee: K. Hornland. | $ | 20.73 |
| Garrett Dupree | 01/22/20 | Out of town dinner while traveling in order to work at PG&E client site | $ | 38.06 |
| Alex Esuoso | 01/22/20 | Out of town dinner while performing work for PG&E on 01/22/20. | $ | 39.65 |
| Toby Sedgwick | 01/22/20 | Out of town dinner meal incurred in San Francisco, CA. KPMG Attendee: T. Sedgwick | $ | 40.00 |
| Scott Stoddard | 01/22/20 | Out of town dinner while traveling with A. Esuoso, D. Cha, and S. Stoddard. | $ | 120.00 |
| Kristy Hornland | 01/23/20 | Out of town breakfast meal incurred in San Francisco, CA. KPMG Attendee: K. Hornland. | $ | 5.18 |
| Toby Sedgwick | 01/23/20 | Out of town breakfast meal incurred in San Francisco, CA. KPMG Attendee: T. Sedgwick. | $ | 8.73 |
| Garrett Dupree | 01/23/20 | Out of town breakfast while traveling in order to work at PG&E client site | $ | 10.38 |
| Dennis Cha | 01/23/20 | Out of town breakfast while traveling on 1/23. | $ | 10.71 |
| Kimberly Johnson | 01/23/20 | Out of town breakfast for self incurred in San Francisco, CA while performing work for PG&E. | $ | 13.69 |
| Scott Stoddard | 01/23/20 | Out of town breakfast while traveling in order to work at PG&E client site | $ | 17.70 |
| Scott Stoddard | 01/23/20 | Out of town dinner while traveling in order to work at PG&E client site | $ | 22.76 |
| Kimberly Johnson | 01/23/20 | Out of town dinner for self incurred in San Francisco, CA while performing work for PG&E. | $ | 25.56 |
| Alex Esuoso | 01/23/20 | Out of town dinner while performing work for PG&E on 01/23/20. | $ | 34.65 |
| Kristy Hornland | 01/23/20 | Out of town dinner meal incurred in San Francisco, CA. KPMG Attendee: K. Hornland. | $ | 35.08 |
| Garrett Dupree | 01/23/20 | Out of town dinner while traveling in order to work at PG&E client site | $ | 38.49 |
| Dennis Cha | 01/23/20 | Out of town dinner while traveling on 1/23. | $ | 39.29 |
| Toby Sedgwick | 01/23/20 | Out of town dinner meal incurred in San Francisco, CA. KPMG Attendee: T. Sedgwick | $ | 40.00 |
| Kristy Hornland | 01/24/20 | Out of town dinner meal incurred in San Francisco, CA. KPMG Attendee: K. Hornland. | $ | 10.88 |
| Kimberly Johnson | 01/24/20 | Out of town breakfast for self incurred in San Francisco, CA while performing work for PG&E. | $ | 13.69 |
| Bob Zhang | 01/26/20 | Out of town dinner while traveling in order to work at PG&E client site | $ | 24.57 |
| Alex Esuoso | 01/26/20 | Dinner while traveling to engagement site for PG&E on 01/26/20. | $ | 35.61 |
| John Spence | 01/27/20 | Out of town dinner while traveling in order to work at PG&E client site | $ | 1.99 |
| Toby Sedgwick | 01/27/20 | Out of town breakfast meal incurred in San Francisco, CA. KPMG Attendee: T. Sedgwick | $ | 4.30 |
| Toby Sedgwick | 01/27/20 | Out of town dinner meal incurred in San Francisco, CA. KPMG Attendee: T. Sedgwick | $ | 7.63 |

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
January 1, 2020 through January 31, 2020

| Name | Date | Description | | Amount |
|---|---|---|---|---|
| Bob Zhang | 01/27/20 | Out of town breakfast while traveling in order to work at PG&E client site | $ | 13.35 |
| Alex Esuoso | 01/27/20 | Out of town dinner while performing work for PG&E on 01/27/20. | $ | 20.00 |
| Bob Zhang | 01/27/20 | Out of town dinner while traveling in order to work at PG&E client site | $ | 35.02 |
| Dennis Cha | 01/27/20 | Out of town dinner while traveling in order to work at PG&E client site | $ | 40.00 |
| Dennis Cha | 01/27/20 | Out of town breakfast while traveling on 1/28 | $ | 9.55 |
| Toby Sedgwick | 01/28/20 | Out of town breakfast meal incurred in San Francisco, CA. KPMG Attendee: T. Sedgwick | $ | 6.43 |
| Garrett Dupree | 01/28/20 | Out of town breakfast while traveling in order to work at PG&E client site | $ | 6.53 |
| John Spence | 01/28/20 | Out of town breakfast while traveling in order to work at PG&E client site | $ | 7.20 |
| Scott Stoddard | 01/28/20 | Out of town breakfast while traveling in order to work at PG&E client site | $ | 10.00 |
| John Spence | 01/28/20 | Out of town dinner while traveling in order to work at PG&E client site | $ | 16.00 |
| Dennis Cha | 01/28/20 | Out of town breakfast while traveling on 1/28. | $ | 21.89 |
| Garrett Dupree | 01/28/20 | Out of town dinner while traveling in order to work at PG&E client site | $ | 30.03 |
| Alex Esuoso | 01/28/20 | Out of town dinner while performing work for PG&E on 01/28/20. | $ | 35.61 |
| Toby Sedgwick | 01/28/20 | Out of town dinner meal incurred in San Francisco, CA. KPMG Attendee: T. Sedgwick | $ | 37.81 |
| Scott Stoddard | 01/28/20 | Out of town dinner while traveling in order to work at PG&E client site | $ | 40.00 |
| Dennis Cha | 01/28/20 | Out of town dinner while traveling on 1/28. | $ | 40.00 |
| Dennis Cha | 01/29/20 | Out of town breakfast while traveling on 1/29. | $ | 4.00 |
| Scott Stoddard | 01/29/20 | Out of town breakfast while traveling in order to work at PG&E client site | $ | 5.25 |
| Toby Sedgwick | 01/29/20 | Out of town breakfast meal incurred in San Francisco, CA. KPMG Attendee: T. Sedgwick | $ | 6.43 |
| Garrett Dupree | 01/29/20 | Out of town breakfast while traveling in order to work at PG&E client site | $ | 6.53 |
| Bob Zhang | 01/29/20 | Out of town breakfast while traveling in order to work at PG&E client site | $ | 10.00 |
| Toby Sedgwick | 01/29/20 | Out of town dinner meal incurred in San Francisco, CA. KPMG Attendee: T. Sedgwick | $ | 26.35 |
| Toby Sedgwick | 01/29/20 | Dinner while traveling with B. Zhang, G. Dupree, and T. Sedgwick (KPMG). | $ | 120.00 |
| Dennis Cha | 01/30/20 | Out of town dinner while traveling on 1/30. | $ | 5.04 |
| Alex Esuoso | 01/30/20 | Out of town breakfast while performing work for PG&E on 01/30/20. | $ | 5.80 |
| Dennis Cha | 01/30/20 | Out of town breakfast while traveling on 1/30. | $ | 9.90 |
| Bob Zhang | 01/30/20 | Out of town breakfast while traveling in order to work at PG&E client site | $ | 12.31 |
| Garrett Dupree | 01/30/20 | Out of town breakfast while traveling in order to work at PG&E client site | $ | 13.64 |
| Scott Stoddard | 01/30/20 | Out of town dinner while traveling in order to work at PG&E client site | $ | 15.50 |
| Bob Zhang | 01/30/20 | Out of town dinner while traveling in order to work at PG&E client site | $ | 16.16 |

# EXHIBIT D1

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
January 1, 2020 through January 31, 2020

| Name | Date | Description | | Amount |
|---|---|---|---|---|
| Alex Esuoso | 01/30/20 | Out of town dinner while performing work for PG&E on 01/30/20. | $ | 22.09 |
| John Spence | 01/31/20 | Out of town dinner while traveling in order to work at PG&E client site | $ | 29.62 |
| Dennis Cha | 01/31/20 | Out of town dinner while traveling on 1/31. | $ | 40.00 |
| | | **Meals Subtotal** | **$** | **3,715.82** |
| Garrett Dupree | 01/05/20 | Reimbursable mileage for travel from home to Dallas / Fort Worth, TX airport. (28 miles @ .575 = $16.10) | $ | 16.10 |
| Alex Esuoso | 01/05/20 | Uber from home to airport to travel to the client site. Date: 01/05/20. Business purpose: travel to the engagement site. | $ | 25.51 |
| Bob Zhang | 01/05/20 | Ground transportation via LYFT from home to airport. | $ | 33.48 |
| Bob Zhang | 01/05/20 | Ground transportation via LYFT from airport to hotel. | $ | 36.17 |
| Garrett Dupree | 01/05/20 | Ground transportation via Uber from San Francisco airport to hotel. | $ | 58.83 |
| Kimberly Johnson | 01/06/20 | Ground transportation via PGE Uber fee incurred on 01/06/20 traveling from home to LAX airport to fly to PG&E | $ | 20.76 |
| David Sanchez | 01/06/20 | Ground transportation via Uber from home to Burbank airport. | $ | 24.44 |
| Kimberly Johnson | 01/06/20 | Ground transportation via Uber on 01/06/20 traveling from San Francisco, CA (SFO) airport to client site. | $ | 35.91 |
| Dennis Cha | 01/06/20 | Ground transportation via LYFT for travel from home to Burbank airport 1/6. | $ | 38.51 |
| Dennis Cha | 01/07/20 | Parking at Lodging for 1 night (01/06/20 - 01/07/29) while traveling to perform work for PG&E. | $ | 30.00 |
| Kristy Hornland | 01/07/20 | Ground transportation via Uber for travel from San Francisco, CA (SFO) airport to Hotel. | $ | 35.29 |
| Yosef Kerzner | 01/07/20 | Ground transportation via LYFT from home to airport. | $ | 48.40 |
| Yosef Kerzner | 01/08/20 | Ground transportation via LYFT for travel from airport to hotel. | $ | 25.58 |
| Dennis Cha | 01/08/20 | Parking at Lodging for 1 night (01/07/20 - 01/08/29) while traveling to perform work for PG&E. | $ | 30.00 |
| Yosef Kerzner | 01/09/20 | Ground transportation via LYFT from hotel to client. | $ | 11.36 |
| Garrett Dupree | 01/09/20 | Ground transportation via Uber from hotel to client site | $ | 12.48 |
| Alex Esuoso | 01/09/20 | Rental Car Toll fees incurred in San Francisco, CA from Avis Rental Car for 4 days while performing work for PG&E from 01/05 - 01/09. | $ | 15.48 |
| Bob Zhang | 01/09/20 | Ground transportation via LYFT from airport to home. | $ | 21.74 |
| Alex Esuoso | 01/09/20 | Ground transportation via Uber for travel from airport to home | $ | 28.95 |
| Dennis Cha | 01/09/20 | Parking at Lodging for 1 night (01/08/20 - 01/09/20) while traveling to perform work for PG&E. | $ | 30.00 |
| Dennis Cha | 01/09/20 | Car Rental for 4 days (1/6/20 - 1/9/20). | $ | 194.24 |
| Alex Esuoso | 01/09/20 | Car Rental for 5 days (01/05/20 - 01/09/20). | $ | 234.73 |
| Dennis Cha | 01/10/20 | Ground transportation via LYFT for travel from Seattle Airport to weekend home 1/10. | $ | 24.00 |
| Kimberly Johnson | 01/10/20 | Ground transportation via Uber on 01/10/20 traveling from LAX airport to home. | $ | 26.38 |
| David Sanchez | 01/10/20 | Ground transportation via Uber from Burbank airport to home. | $ | 26.38 |
| Kimberly Johnson | 01/10/20 | Ground transportation via Uber on 01/10/20 traveling from client site to San Francisco, CA (SFO) airport. | $ | 33.65 |
| Garrett Dupree | 01/10/20 | Ground transportation via Uber from Dallas / Fort Worth, TX airport to home after trip. | $ | 34.70 |

# EXHIBIT D1

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
January 1, 2020 through January 31, 2020

| Name | Date | Description | | Amount |
|---|---|---|---|---:|
| David Sanchez | 01/10/20 | Ground transportation via Uber from San Ramon to downtown San Francisco. | $ | 43.91 |
| Kristy Hornland | 01/10/20 | Ground transportation via Uber for travel from PG&E Headquarters to San Francisco, CA (SFO) airport. | $ | 46.89 |
| Yosef Kerzner | 01/10/20 | Ground transportation via LYFT from airport to home. | $ | 48.21 |
| David Sanchez | 01/10/20 | Ground transportation via Uber for travel from San Francisco downtown to airport. | $ | 58.27 |
| Dennis Cha | 01/12/20 | Ground transportation via LYFT for travel from weekend home to Seattle airport 1/12. | $ | 8.96 |
| Alex Esuoso | 01/12/20 | Uber from home to airport to travel to the client site. Date: 01/12/20. Business purpose: travel to the engagement site. | $ | 29.81 |
| Kimberly Johnson | 01/13/20 | Ground transportation via Uber on 01/13/20 traveling from San Francisco, CA (SFO) airport to hotel. | $ | 15.24 |
| Kimberly Johnson | 01/13/20 | Ground transportation via PGE Uber fee incurred on 01/13/20 traveling from hotel to client site. | $ | 25.72 |
| Toby Sedgwick | 01/13/20 | Ground transportation via Uber for travel from home to Chicago O'Hare International Airport (ORD). | $ | 39.97 |
| Toby Sedgwick | 01/14/20 | Ground transportation via Uber for travel from PG&E San Francisco Headquarters to San Francisco Hotel. | $ | 14.60 |
| Kimberly Johnson | 01/14/20 | Ground transportation via Uber on 01/13/20 traveling from client site to hotel. | $ | 26.29 |
| Kimberly Johnson | 01/14/20 | Ground transportation via Uber on 01/14/20 traveling from hotel to client site. | $ | 34.20 |
| Toby Sedgwick | 01/14/20 | Ground transportation via Uber for travel from San Francisco Airport (SFO) to PG&E San Francisco Headquarters. | $ | 48.55 |
| Dennis Cha | 01/15/20 | Parking for dinner 1/15. | $ | 0.50 |
| Toby Sedgwick | 01/15/20 | Ground transportation via Uber for travel from San Francisco hotel to PG&E SF Headquarters while traveling to perform work for PG&E. | $ | 14.06 |
| Toby Sedgwick | 01/15/20 | Ground transportation via Uber for travel from PG&E San Francisco Headquarters to San Francisco Hotel. | $ | 15.89 |
| Kimberly Johnson | 01/15/20 | Ground transportation via Uber on 01/14/20 traveling from client site to hotel. | $ | 32.28 |
| Kimberly Johnson | 01/15/20 | Ground transportation via Uber on 01/15/20 traveling from client site to hotel. | $ | 32.45 |
| Toby Sedgwick | 01/16/20 | Ground transportation via Uber for travel from PG&E San Francisco Headquarters to dinner. | $ | 13.96 |
| Toby Sedgwick | 01/16/20 | Ground transportation via Uber for travel from dinner to San Francisco hotel. | $ | 15.06 |
| Alex Esuoso | 01/16/20 | Uber from Oakland rental car service to Oakland airport. Date: 01/16/20. | $ | 16.13 |
| Dennis Cha | 01/16/20 | Car Rental toll fees for Car Rental for 5 day (01/12/10 - 01/16/20). | $ | 28.31 |
| Toby Sedgwick | 01/16/20 | Ground transportation via Uber for travel from San Francisco hotel to PG&E San Francisco Headquarters. (Higher rate due to travel during rush hour / conference.) | $ | 34.92 |
| Toby Sedgwick | 01/16/20 | Ground transportation via Uber for travel from PG&E San Francisco Headquarters to San Francisco Airport (SFO). | $ | 44.47 |
| Scott Stoddard | 01/16/20 | Airport parking for 2 days (01/15/20 - 01/16/20). | $ | 80.00 |
| Scott Stoddard | 01/16/20 | Car Rental for 2 days (01/15/20 - 01/16/20) | $ | 107.69 |
| Alex Esuoso | 01/16/20 | Car Rental for 5 days (01/12/20 - 01/16/20). | $ | 263.73 |
| Dennis Cha | 01/16/20 | Car Rental for 5 day (01/12/10 - 01/16/20). | $ | 286.59 |

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
January 1, 2020 through January 31, 2020

| Name | Date | Description | | Amount |
|---|---|---|---|---|
| Alex Esuoso | 01/17/20 | Ground transportation via Uber from airport to home. Date: 01/17/20 | $ | 26.55 |
| Kimberly Johnson | 01/17/20 | Ground transportation via Uber on 01/17/20 traveling from client site to San Francisco, CA (SFO) airport. | $ | 29.76 |
| Kristy Hornland | 01/17/20 | Ground transportation via Uber for travel from home to DIA Airport. | $ | 33.43 |
| Toby Sedgwick | 01/17/20 | Ground transportation via Uber for travel from Chicago O'Hare International Airport (ORD) to home. | $ | 48.48 |
| Kimberly Johnson | 01/17/20 | Parking at airport incurred on 1/13/20 to 1/17/20 for traveling to SF while performing work for PG&E. | $ | 150.32 |
| Garrett Dupree | 01/19/20 | Reimbursable mileage for travel from home to Dallas / Fort Worth, TX airport. (28 miles @ .575 = $16.10) | $ | 16.10 |
| Dennis Cha | 01/19/20 | Ground transportation via LYFT from airport to home 1/19. | $ | 28.51 |
| Kristy Hornland | 01/19/20 | Ground transportation via Taxi for travel from San Francisco, CA (SFO) airport to Hotel. | $ | 55.20 |
| Bob Zhang | 01/20/20 | Ground transportation via LYFT from home to airport. | $ | 25.04 |
| Garrett Dupree | 01/20/20 | Ground transportation via Uber from San Francisco airport to hotel. | $ | 35.60 |
| Bob Zhang | 01/20/20 | Ground transportation via LYFT from airport to hotel. | $ | 40.20 |
| Toby Sedgwick | 01/20/20 | Ground transportation via Uber for travel from San Francisco airport to PG&E Headquarters. | $ | 58.46 |
| Toby Sedgwick | 01/21/20 | Ground transportation via Uber for travel from PG&E Headquarters to hotel. | $ | 10.43 |
| Scott Stoddard | 01/21/20 | Parking for rental car. | $ | 15.00 |
| Kimberly Johnson | 01/21/20 | Ground transportation via Uber on 01/20/20 traveling from home to LAX airport. | $ | 18.40 |
| Alex Esuoso | 01/21/20 | Parking at Lodging for 1 night (01/20/20 - 01/21/20) while traveling to perform work for PG&E. | $ | 30.00 |
| Kimberly Johnson | 01/21/20 | Ground transportation via Uber on 01/20/20 traveling from San Francisco, CA (SFO) airport to client site. | $ | 33.46 |
| Alex Esuoso | 01/21/20 | Ground transportation via Uber for travel to client site. | $ | 35.04 |
| Dennis Cha | 01/21/20 | Ground transportation via LYFT from home to airport 1/21. | $ | 36.60 |
| Toby Sedgwick | 01/21/20 | Ground transportation via Uber for travel from home to Chicago O'Hare International Airport (ORD). | $ | 49.63 |
| Bob Zhang | 01/22/20 | Ground transportation via LYFT from hotel to office. | $ | 13.47 |
| Scott Stoddard | 01/22/20 | Parking for rental car. | $ | 15.00 |
| Toby Sedgwick | 01/22/20 | Ground transportation via Uber for travel from PG&E Headquarters to hotel. | $ | 26.30 |
| Alex Esuoso | 01/22/20 | Parking at Lodging for 1 night (01/21/20 - 01/22/20) while traveling to perform work for PG&E. | $ | 30.00 |
| Bob Zhang | 01/22/20 | Ground transportation via LYFT from office to airport. | $ | 31.52 |
| Dennis Cha | 01/23/20 | Car Tolls for Car Rental for 3 days (01/21/20 - 01/23/20). | $ | 5.46 |
| Toby Sedgwick | 01/23/20 | Ground transportation via Taxi for travel from hotel to PG&E Headquarters. | $ | 12.25 |
| Garrett Dupree | 01/23/20 | Ground transportation via Uber from hotel to client site. | $ | 13.00 |
| Alex Esuoso | 01/23/20 | Parking at Lodging for 1 night (01/22/20 - 01/23/20) while traveling to perform work for PG&E. | $ | 30.00 |
| Bob Zhang | 01/23/20 | Ground transportation via LYFT from airport to dinner. | $ | 31.12 |

**EXHIBIT D1**

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
January 1, 2020 through January 31, 2020

| Name | Date | Description | | Amount |
|---|---|---|---|---:|
| Kristy Hornland | 01/23/20 | Ground transportation via Uber for travel from Hotel to San Francisco, CA (SFO) airport. | $ | 31.88 |
| Toby Sedgwick | 01/23/20 | Ground transportation via Uber for travel from Chicago O'Hare International Airport (ORD) to home. | $ | 36.11 |
| Toby Sedgwick | 01/23/20 | Ground transportation via Uber for travel from PG&E Headquarters to San Francisco, CA (SFO) airport. | $ | 41.03 |
| Dennis Cha | 01/23/20 | Ground transportation via LYFT from airport to home 1/23. | $ | 43.59 |
| Dennis Cha | 01/23/20 | Parking at Lodging for 2 nights (01/21/20 - 01/23/20) while traveling to perform work for PG&E. | $ | 60.00 |
| Kristy Hornland | 01/23/20 | Ground transportation via Taxi for travel from DIA Airport to home. | $ | 84.00 |
| Scott Stoddard | 01/23/20 | Parking at airport for 3 days (01/21/20 - 01/23/20). | $ | 113.00 |
| Scott Stoddard | 01/23/20 | Car rental for 3 days (01/21/20 - 01/23/20). | $ | 124.33 |
| Dennis Cha | 01/23/20 | Car Rental for 3 days (01/21/20 - 01/23/20). | $ | 149.50 |
| Alex Esuoso | 01/23/20 | Car Rental for 4 days (01/20/20 - 01/23/20). | $ | 226.49 |
| Alex Esuoso | 01/23/20 | Ground transportation via UBER from home to airport. | $ | 28.46 |
| Dennis Cha | 01/24/20 | Tolls for Car Rental for 3 days (01/21/20 - 01/23/20). | $ | 24.46 |
| Garrett Dupree | 01/24/20 | Ground transportation via Uber from Dallas / Fort Worth airport to home. | $ | 36.54 |
| Kimberly Johnson | 01/24/20 | Ground transportation via Uber on 01/24/20 traveling from LAX airport to home. | $ | 24.58 |
| Kimberly Johnson | 01/24/20 | Ground transportation via Uber fee on 01/24/20 traveling from client site to San Francisco, CA (SFO) airport. | $ | 30.58 |
| Garrett Dupree | 01/26/20 | Reimbursable mileage for travel from home to Dallas / Fort Worth, TX airport. (28 miles @ .575 = $16.10) | $ | 16.10 |
| Bob Zhang | 01/26/20 | Ground transportation via LYFT home to airport, | $ | 26.24 |
| Bob Zhang | 01/26/20 | Ground transportation via LYFT from airport to hotel. | $ | 44.64 |
| Alex Esuoso | 01/27/20 | Ground transportation from airport to client site | $ | 27.80 |
| Garrett Dupree | 01/27/20 | Ground transportation via Uber from San Francisco airport to hotel. | $ | 29.13 |
| Alex Esuoso | 01/27/20 | Parking at Lodging for 1 night (01/26/20 - 01/27/20) while traveling to perform work for PG&E. | $ | 30.00 |
| Toby Sedgwick | 01/27/20 | Ground transportation via Uber for travel from home to Chicago O'Hare International Airport (ORD). | $ | 39.97 |
| Toby Sedgwick | 01/27/20 | Ground transportation via Uber for travel from San Francisco Airport (SFO) to PG&E San Francisco Headquarters. | $ | 45.58 |
| Dennis Cha | 01/27/20 | Ground transportation via UBER from home to airport 1/27. | $ | 57.03 |
| Michael Gomez | 01/28/20 | Ground transportation via UBER for travel from office to hotel. | $ | 12.88 |
| Michael Gomez | 01/28/20 | Ground transportation via UBER for travel from hotel to office. | $ | 14.64 |
| Toby Sedgwick | 01/28/20 | Ground transportation via Uber for travel from PG&E San Francisco Headquarters to San Francisco hotel. | $ | 14.88 |
| Alex Esuoso | 01/28/20 | Parking at Lodging for 1 night (01/27/20 - 01/28/20) while traveling to perform work for PG&E. | $ | 30.00 |
| John Spence | 01/28/20 | Parking at Hotel in Walnut Creek for 1 night (1/27-1/28). | $ | 32.48 |
| Scott Stoddard | 01/28/20 | Ground transportation for travel from San Francisco airport to PG&E client site. | $ | 37.15 |
| Dennis Cha | 01/28/20 | Ground transportation via LYFT from airport to client site. | $ | 60.57 |
| Michael Gomez | 01/28/20 | Ground transportation via UBER from airport to office. | $ | 80.20 |
| Michael Gomez | 01/28/20 | Airport parking (01/28/20). | $ | 35.00 |
| Dennis Cha | 01/29/20 | Ground transportation via UBER from hotel to BART 1/29. | $ | 8.10 |

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
January 1, 2020 through January 31, 2020

| Name | Date | Description | | Amount |
|---|---|---|---|---:|
| Alex Esuoso | 01/29/20 | Ground transportation via UBER from hotel to client site. | $ | 20.00 |
| Dennis Cha | 01/29/20 | Ground transportation via BART to client site 1/29 | $ | 20.00 |
| John Spence | 01/29/20 | Ground transportation via BART from Walnut Creek to San Francisco. | $ | 20.00 |
| Alex Esuoso | 01/29/20 | Parking at Lodging for 1 night (01/28/20 - 01/29/20) while traveling to perform work for PG&E. | $ | 30.00 |
| John Spence | 01/29/20 | Parking at Hotel in Walnut Creek for 1 night (1/28-1/29). | $ | 32.48 |
| Dennis Cha | 01/29/20 | Ground transportation via LYFT from client site to hotel 1/29. | $ | 32.70 |
| Michael Gomez | 01/29/20 | Airport parking (01/29/20). | $ | 35.00 |
| Bob Zhang | 01/30/20 | Ground transportation via LYFT from hotel to office. | $ | 16.09 |
| Garrett Dupree | 01/30/20 | Ground transportation via Uber from hotel to client site | $ | 16.62 |
| Alex Esuoso | 01/30/20 | Parking at Lodging for 1 night (01/29/20 - 01/30/20) while traveling to perform work for PG&E. | $ | 23.69 |
| Bob Zhang | 01/30/20 | Ground transportation via LYFT from airport to home. | $ | 26.06 |
| Alex Esuoso | 01/30/20 | Ground transportation from airport to home. | $ | 28.35 |
| John Spence | 01/30/20 | Parking at Hotel in Walnut Creek for 1 night (1/29-1/30). | $ | 32.48 |
| Garrett Dupree | 01/30/20 | Ground transportation via Uber from client site to San Francisco airport | $ | 38.17 |
| John Spence | 01/30/20 | Ground transportation via Uber from San Francisco Office to Walnut Creek Hotel. | $ | 45.34 |
| Toby Sedgwick | 01/30/20 | Ground transportation via Uber for travel from PG&E San Francisco Headquarters to San Francisco Airport (SFO). | $ | 46.95 |
| Michael Gomez | 01/30/20 | Ground transportation via UBER from Santa Clara to San Francisco airport | $ | 61.43 |
| Michael Gomez | 01/30/20 | Airport parking (01/30/20). | $ | 35.00 |
| John Spence | 01/30/20 | Parking at airport for 4 days (1/27 - 1/30). | $ | 160.00 |
| John Spence | 01/30/20 | Car Rental for 4 days (01/27/20 thru 01/30/20) for travel between Walnut Creek hotel & San Ramon. | $ | 177.93 |
| Alex Esuoso | 01/30/20 | Car Rental for 5 days (01/26/20 - 01/30/20). | $ | 265.36 |
| Dennis Cha | 01/31/20 | Tolls for Car Rental for 5 days (01/26/20 - 01/30/20). | $ | 24.56 |
| Dennis Cha | 01/31/20 | Ground transportation via LYFT from airport to home 1/31. | $ | 30.26 |
| Garrett Dupree | 01/31/20 | Ground transportation via Uber from Dallas / Fort Worth airport to home. | $ | 39.62 |
| Toby Sedgwick | 01/31/20 | Ground transportation via Uber for travel from Chicago O'Hare International Airport (ORD) to home. | $ | 40.47 |
| | | **Ground Subtotal** | **$** | **6,559.56** |
| | | **Miscellaneous Subtotal** | **$** | **-** |
| | | **Total Out of Pocket Expenses** | **$** | **55,441.54** |