| | |
|---|---|
| 1 | C. PAUL CHALMERS<br>Acting General Counsel |
| 2 | CHARLES L. FINKE<br>Deputy General Counsel |
| 3 | ANDREA WONG (DC 449128)<br>Assistant General Counsel |
| 4 | COURTNEY MORGAN (MD 9856) |
| 5 | MELISSA HARRIS (VA 87854)<br>DANIEL ROBERTSON (FL 1010844) |
| 6 | Attorneys<br>PENSION BENEFIT GUARANTY CORPORATION |
| 7 | 1200 K Street, N.W.<br>Washington, D.C. 20005-4026 |
| 8 | Tel.: (202) 229-4020, ext. 3019<br>Fax: (202) 326-4112 |
| 9 | Email: wong.andrea@pbgc.gov;<br>morgan.courtney@pbgc.gov; |
| 10 | harris.melissa@pbgc.gov; *and*<br>robertson.daniel@pbgc.gov |
| 11 | *Attorneys for Pension Benefit Guaranty Corporation* |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>   - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>          Debtors.<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>☑ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>**(Lead Case)**<br>**(Jointly Administered)**<br><br>**PENSION BENEFIT GUARANTY CORPORATION'S DESIGNATION OF SPEAKING ATTORNEYS AT CONFIRMATION HEARING**<br><br>Hearing:<br>Date: May 27, 2019<br>Time: 10:00 a.m. (Pacific)<br>Place: United States Bankruptcy Court<br>       Courtroom 17, 16th Floor<br>       San Francisco, CA 94102 |

In accordance with the Order Establishing Confirmation Protocol (Docket No. 7182), the Pension Benefit Guaranty Corporation, submits this notice designating the following attorneys who may speak at the confirmation hearing:

| Andrea Wong<br>Pension Benefit Guaranty Corporation<br>wong.andrea@pbgc.gov | Courtney Morgan<br>Pension Benefit Guaranty Corporation<br>morgan.courtney@pbgc.gov | Melissa Harris<br>Pension Benefit Guaranty Corporation<br>harris.melissa@pbgc.gov |
|---|---|---|

Dated: May 22, 2020

Respectfully submitted,

/s/ Melissa Harris
C. PAUL CHALMERS
Acting General Counsel
CHARLES L. FINKE
Deputy General Counsel
ANDREA WONG (DC 449128)
Assistant General Counsel
COURTNEY MORGAN (MD 9856)
MELISSA HARRIS (VA 87854)
DANIEL ROBERTSON (FL 1010844)
Attorneys
PENSION BENEFIT GUARANTY CORPORATION
Office of the General Counsel
1200 K Street, N.W.
Washington, D.C. 20005-4026
Tel.: (202) 326-4020, ext. 3019
Fax: (202) 326-4112
Emails: wong.andrea@pbgc.gov;
morgan.courtney@pbgc.gov;
harris.melissa@pbgc.gov;
robertson.daniel@pbgc.gov; *and*
efile@pbgc.gov

*Attorneys for Pension Benefit Guaranty Corporation*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>   - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>   Debtors.<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Melissa Harris, declare:

I am a citizen of the United States and employed by the Pension Benefit Guaranty Corporation. I am over the age of 18 and not a party to the within action. My business address is 1200 K Street, N.W., Washington, D.C. 20005. I hereby certify that on May 22, 2020, the **Pension Benefit Guaranty Corporation's Designation of Speaking Attorneys at Confirmation Hearing** was filed using the Court's CM/ECF system and served on all parties registered to receive ECF notification on this matter.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on May 22, 2020, at Washington, D.C.

/s/ Melissa Harris
Melissa Harris