1 | UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION
2 | JOSEPH H. HUNT
Assistant Attorney General
3 | RUTH A. HARVEY
Director
4 | KIRK MANHARDT
Deputy Director
5 | MATTHEW J. TROY (GABN 717258)
Senior Trial Counsel
6 | P.O. Box 875
Ben Franklin Station
7 | Washington, DC 20044-0875
Telephone: (202) 514-9038
8 | E-mail: matthew.troy@usdoj.gov

9 | DAVID L. ANDERSON (CABN 149604)
United States Attorney

Attorneys for the United States of America

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br>**PG&E CORPORATION**<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>Date: May 27, 2020<br>Time: 10:00 a.m.<br>Place: United States Bankruptcy Court<br>450 Golden Gate Avenue<br>Courtroom 17<br>San Francisco, CA 94102<br>Judge: Hon. Dennis Montali<br>RE: Docket No. 7478 |

**NOTICE OF ERRATA REGARDING THE UNITED STATES OF AMERICA'S**
**NOTICE OF SPEAKING ATTORNEY AT CONFIRMATION HEARING**

**PLEASE BE ADVISED** that the *Notice of Speaking Attorney at Confirmation Hearing* [Dkt. No. 7478] was mistakenly filed with the incorrect pleading. Attached hereto as Exhibit A is the correct version of that notice.

| | |
|---|---|
| Date: May 22, 2020 | Respectfully submitted, |
| | JOSEPH H. HUNT<br>Assistant Attorney General<br>DAVID L. ANDERSON (CABN 149604)<br>United States Attorney |
| | /s/ Matthew J. Troy<br>RUTH A. HARVEY<br>Director<br>KIRK MANHARDT<br>Deputy Director<br>MATTHEW J. TROY<br>Senior Trial Counsel<br>Attorneys for the United States |

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 22, 2020, I electronically filed the foregoing Notice of Errata with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

/s/ Matthew J. Troy
Matthew J. Troy
Senior Trial Counsel
Attorney for the United States

# EXHIBIT A

| | |
|---|---|
| 1 | UNITED STATES DEPARTMENT OF JUSTICE |
| | CIVIL DIVISION |
| 2 | JOSEPH H. HUNT |
| | Assistant Attorney General |
| 3 | RUTH A. HARVEY |
| | Director |
| 4 | KIRK MANHARDT |
| | Deputy Director |
| 5 | MATTHEW J. TROY (GABN 717258) |
| | Senior Trial Counsel |
| 6 | P.O. Box 875 |
| | Ben Franklin Station |
| 7 | Washington, DC 20044-0875 |
| | Telephone: (202) 514-9038 |
| 8 | E-mail: matthew.troy@usdoj.gov |
| 9 | DAVID L. ANDERSON (CABN 149604) |
| | United States Attorney |
| 10 | |
| | Attorneys for the United States of America |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | ) Bankruptcy Case |
| **PG&E CORPORATION** | ) No. 19-30088 (DM) |
| - and - | ) Chapter 11 |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | ) (Lead Case) |
| **Debtors.** | ) (Jointly Administered) |
| | ) Date: May 27, 2020 |
| | ) Time: 10:00 a.m. |
| | ) Place: United States Bankruptcy Court |
| ☐ Affects PG&E Corporation | ) 450 Golden Gate Avenue |
| ☐ Affects Pacific Gas and Electric Company | ) Courtroom 17 |
| ■ Affects both Debtors | ) San Francisco, CA 94102 |
| | ) Judge: Hon. Dennis Montali |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | ) RE: Docket Nos. 6320, 7273, 7281, and 7292 |

## THE UNITED STATES OF AMERICA'S NOTICE OF SPEAKING ATTORNEY AT CONFIRMATION HEARING

The United States of America, on behalf of various federal agencies, in accordance with the *Order Establishing Confirmation Protocol* [Dkt. No. 7182], hereby designates the following attorney with respect to its *Joinder of the United States of America in the California State Agencies' Objections*

*to the Confirmation of the Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020* [Dkt No. 7292], its *Objection to Schedule of Executory Contracts and Unexpired Leases to Be Assumed Pursuant to the Plan and Proposed Cure Amounts* [Dkt No. 7273], and the confirmation hearing:

Matthew J. Troy
matthew.troy@usdoj.gov

The United States reserves its right to change the above designation as necessary.

*[Signature on following page]*

Date: May 22, 2020

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
DAVID L. ANDERSON (CABN 149604)
United States Attorney

/s/ Matthew J. Troy
RUTH A. HARVEY
Director
KIRK MANHARDT
Deputy Director
MATTHEW J. TROY
Senior Trial Counsel
Attorneys for the United States

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2020, I electronically filed the foregoing Notice with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

/s/ Matthew J. Troy
Matthew J. Troy
Senior Trial Counsel
Attorney for the United States