| | |
|---|---|
| 1 | Thomas Tosdal SBN 67834 |
| | Tosdal Law Firm |
| 2 | 777 S. Highway 101, Ste. 215 |
| | Solana Beach, CA 92075 |
| 3 | Tel.: (858) 704-4709 |
| | E mail: tom@tosdallaw.com |
| 4 | Fax: (888) 740-3859 |
| 5 | Michael S. Feinberg SBN 81867 |
| | 41911 Fifth Street, Ste. 300 |
| 6 | Temecula, CA 92590 |
| | Tel.: (951) 698-9900 |
| 7 | E mail: feinberg@feinbergfitchlaw.com |
| | Fax: (951) 698-9909 |
| 8 | |
| | Angela Jae Chun  SBN 248571 |
| 9 | Law Office of Angela Jae Chun |
| | 777 S. Highway 101, Ste. 215 |
| 10 | Solana Beach, CA 92075 |
| | Tel.: (619) 719-5757 |
| 11 | E mail: ajc@chun.law |
| 12 | David S. Casey, Jr.  SBN 60768 |
| | James Davis SBN 301636 |
| 13 | Casey Gerry Schenk Francavilla |
| | Blatt & Penfield |
| 14 | 110 Laurel St. |
| | San Diego, CA 92101 |
| 15 | Tel: (619) 544-9232 |
| | Email: dcasey@cglaw.com |
| 16 | Email: jdavis@cglaw.com |
| | Fax: (619) 544-9232 |

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re: | Bankr. Case No. 19-30088-DM |
| PG&E CORPORATION | |
| and | **GARRISON NOTICE OF PARTICIPATING COUNSEL** |
| PACIFIC GAS & ELECTRIC COMPANY, | Date:  May 27, 2020 |
| Debtors. | Time:  10:00 a.m. |
| | Court:  Hon. Dennis Montali |

1 TO THE COURT AND ALL COUNSEL

2     PLEASE TAKE NOTICE that Thomas Tosdal will participate in the confirmation

3 hearing on behalf of Patricia Garrison, who objects to PG&E's Proposed Reorganization

4 Plan.  My email address is tom@tosdallaw.com.

7 Dated: May 22, 2020                                        */s/ Thomas Tosdal*
                                                                           Attorney for Patricia Garrison