EDWARD J. TREDINNICK (#84033)
GREENE RADOVSKY MALONEY
  SHARE & HENNIGH LLP
One Front Street, Suite 3200
San Francisco, California 94111-5357
Telephone: (415) 981-1400
Facsimile: (415) 777-4961
E-mail: etredinnick@greeneradovsky.com

Attorneys for Creditor,
City and County of San Francisco

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No.: 19-30088-DM |
| PG&E CORPORATION, | Chapter 11 |
| -and- | **NOTICE OF THE CITY AND COUNTY OF SAN FRANCISCO RE SPEAKING ATTORNEYS PER COURTS ORDER ESTABLISHING CONFIRAMTION HEARING PROTOCOL** |
| PACIFIC GAS & ELECTRIC COMPANY, | |
| Debtors, | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | RELATED DOCKET NOS:<br><br>6320,7037,7232,7252 |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | |

    Greene Radovsky Maloney Share & Hennigh LLP ("**Greene Radovsky**"), counsel to the City and County of San Francisco **("San Francisco"**) in the above-captioned chapter 11 cases, submits this Notice in accordance with the Court's Order Establishing Confirmation Hearing Protocol [Dkt.# 7132] which directs all parties that intend to participate in the Confirmation Hearings to provide the Court with names and email address of all speaking attorneys and witness.

    San Francisco has filed an Objection to the Confirmation of the Plan [Dkt.# 7232] and an Objection to the Schedule of Executory Contracts and Unexpired Leases to be Assumed Pursuant to

GREENE RADOVSKY
MALONEY SHARE &
HENNIGH LLP
ONE FRONT STREET,
SUITE 3200
SAN FRANCISCO, CA
94111

568818.1

Case: 19-30088   Doc# 7483   Filed: 05/22/20   Entered: 05/22/20 13:56:30   Page 1 of 3

1

the Plan and Proposed Cure Amounts [Dkt. # 7252] (the "**Objections**").

      Edward Tredinnick (etredinnick@greeneradovsky.com) of Greene Radovsky will be the principal "speaking attorney" on behalf of San Francisco in connection with the Objections. San Francisco, at this time, does not intend to call witnesses in connection with the confirmation proceedings, but reserves the right to call witnesses or to designate additional counsel for San Francisco to appear, as necessary, in connection with any proceedings related to the assumption of executory contracts and/or cure amounts.

Dated: May 22, 2020

GREENE RADOVSKY MALONEY SHARE & HENNIGH LLP

By:    /s/ Edward Tredinnick
       Edward J. Tredinnick
Attorneys for Creditor,
City and County of San Francisco

GREENE RADOVSKY MALONEY SHARE & HENNIGH LLP
ONE FRONT STREET,
SUITE 3200
SAN FRANCISCO, CA 94111

568818.1

Case: 19-30088   Doc# 7483   Filed: 05/22/20   Entered: 05/22/20 13:56:30   Page 2 of 3

# CERTIFICATE OF SERVICE

I hereby certify that the attached document was properly filed on May 22, 2020 with ECF/CM system of the United States Bankruptcy Court for the Northern District of California and that a Notification of Electronic Filing of this document was sent via the ECF/CM noticing system to all ECF Registered Participants in this case.

Dated: May 22, 2020

/s/Edward Tredinnick
Edward J. Tredinnick

GREENE RADOVSKY MALONEY SHARE & HENNIGH LLP
ONE FRONT STREET, SUITE 3200
SAN FRANCISCO, CA 94111

568818.1