XAVIER BECERRA
Attorney General of California
KAREN W. YIU
Supervising Deputy Attorney General
CARA M. PORTER
Deputy Attorney General
State Bar No. 266045
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-3508
  Fax:  (415) 703-5480
  E-mail:  Cara.Porter@doj.ca.gov
*Attorneys for Creditor*
*California Franchise Tax Board*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION**<br>   **and**<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                      Debtors.<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>\*  All papers shall be filed in the Lead Case No. 19-30088 DM | Case No.  19-30088 DM<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br>**CALIFORNIA FRANCHISE TAX BOARD'S NOTICE OF DESIGNATION OF SPEAKING ATTORNEY AT CONFIRMATION HEARING**<br>Hearing:    May 27, 2020<br>Time:       10:00 a.m.<br>Courtroom: 17<br>Judge      The Honorable Dennis J. Montali |

California Franchise Tax Board ("FTB") is an objecting party that intends to participate at the hearing on confirmation of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020 [Docket No. 6320] (the "Plan").  In accordance with the Order Establishing Confirmation Protocol [Docket. No. 7182], FTB submits this notice designating the following attorney who may speak at the confirmation hearing:

1

Cara M. Porter
Cara.Porter@doj.ca.gov

FTB does not intend to call any witnesses in connection with the confirmation proceedings, but reserves the right to call witnesses as a later date, as necessary, to provide rebuttal testimony. FTB reserves its right to change the above designation at a later date.

Dated: May 22, 2020

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
KAREN W. YIU
Supervising Deputy Attorney General


*/s/ Cara M. Porter*
CARA M. PORTER
Deputy Attorney General
*Attorneys for Creditor*
*California Franchise Tax Board*

SF2019200277
42204234.docx