TROUTMAN SANDERS LLP
Jared D. Bissell (SBN 272687)
222 Central Park Ave
Suite 2000
Virginia Beach, VA 23462
Telephone:    757.687.7713
Facsimile:    757.687.7510

-and-

TROUTMAN SANDERS LLP
Harris B. Winsberg (admitted *pro hac vice*)
Matthew G. Roberts (admitted *pro hac vice*)
Bank of America Plaza
600 Peachtree Street NE
Suite 3000
Atlanta, GA  30308-2216
Telephone:    404.885.3000
Facsimile:    404.885.3900

*Attorneys for Southern Power Company*

TROUTMAN SANDERS LLP
Hugh M. McDonald (admitted *pro hac vice*)
875 Third Ave
New York, NY 10022
Telephone:    212.704.6000
Facsimile:    212.704.6288

*Attorneys for Consolidated Edison
Development, Inc., PSEG and PSEG Solar
Source LLC*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IN RE:

PG&E Corporation

-and-

Pacific Gas and Electric Company,

Debtors.

❑ Affects PG&E Corporation

❑ Affects Pacific Gas and Electric Company

☒ Affects both Debtors

*All papers shall be filed in the Lead Case, No. 19-30088

Case No.  19-30088
Chapter 11
(Lead Case)
(Jointly Administered)

**NOTICE OF DESIGNATION OF SPEAKING ATTORNEYS AT CONFIRMATION HEARING BY SOUTHERN POWER COMPANY, PSEG, PSEG SOLAR SOURCE LLC AND CONSOLIDATED EDISON DEVELOPMENT, INC.**

Date:      May 27, 2020
Time:      10:00 a.m. (Pacific)
Place:     United States Bankruptcy Court
              Courtroom 17, 16th Floor
              San Francisco, CA 94102

TROUTMAN SANDERS LLP
BANK OF AMERICA PLAZA
600 PEACHTREE STREET NE
SUITE 3000
ATLANTA, GA  30308-2216

42355662

TROUTMAN SANDERS LLP
BANK OF AMERICA PLAZA
600 PEACHTREE STREET NE
SUITE 3000
ATLANTA, GA 30308-2216

**TO THE BANKRUPTCY COURT AND ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE THAT**, on May 15, 2020, Southern Power Company, on behalf of itself and certain of its affiliates[1] (collectively, "**Southern**"),  PSEG and PSEG Solar Source LLC, on behalf of themselves and certain of their affiliates[2] (collectively, "**PSEG**"), and Consolidated Edison Development, Inc., on behalf of itself and certain of its affiliates [3] (collectively, "**ConEd**"; and, together with Southern and PSEG, the "**Objectors**"), timely filed and served their *Joinder to the Limited Cure Objection of Calpine and Its Subsidiaries to the Debtors' Proposed Assumption of Executory Contracts and Unexpired Leases under the Debtors' and Shareholders' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020* [Dkt. No. 7314] (the "**Joinder**").

**PLEASE TAKE FURTHER NOTICE THAT**, in accordance with the *Order Establishing Confirmation Protocol* [Dkt. No. 7182], the Objectors hereby designate the following attorneys with respect to the Joinder and the confirmation hearing:

| | |
|---|---|
| Harris B. Winsberg | Hugh M. McDonald |
| TROUTMAN SANDERS LLP | TROUTMAN SANDERS LLP |
| harris.winsberg@troutman.com | hugh.mcdonald@troutman.com |
| ***Designated Speaking Attorney (Southern)*** | ***Designated Speaking Attorney (ConEd and PSEG)*** |

**PLEASE TAKE FURTHER NOTICE THAT** the designations provided herein remain subject to change upon further notice.

Dated:        May 22, 2020

[*Signatures on following page*]

//

//

---

[1] Including: Morelos Solar, LLC; Blackwell Solar, LLC; Lost Hills Solar, LLC, North Star Solar, LLC; Parrey, LLC; Adobe Solar, LLC; and RE Tranquillity LLC.
[2] Including: Ignite Solar Holdings 1, LLC and Columbia Solar Energy.
[3] Including: Alpaugh 50, LLC, Alpaugh North, LLC, CED Corcoran Solar, LLC, CED Corcoran Solar 3, LLC, CED White River Solar, LLC,  CED White River Solar 2, LLC,  Coram California Development, LP, CED Avenal Solar, LLC, CED Oro Loma Solar, LLC, CED Lost Hills Solar, LLC, Mesquite Solar 1, LLC, Copper Mountain Solar 1, LLC, Copper Mountain Solar 2, LLC and Great Valley Solar 4, LLC.

42355662

- 2 -

TROUTMAN SANDERS LLP
BANK OF AMERICA PLAZA
600 PEACHTREE STREET NE
SUITE 3000
ATLANTA, GA 30308-2216

1

**TROUTMAN SANDERS LLP**

2
By: /s/ *Hugh M. McDonald*

3
    Hugh M. McDonald
    TROUTMAN SANDERS LLP
    875 Third Ave

4
    New York, NY 10022
    Telephone:     212.704.6000

5
    Facsimile:     212.704.6288
    hugh.mcdonald@troutman.com

6

7
    Jared D. Bissell (SBN 272687)
    222 Central Park Ave

8
    Suite 2000
    Virginia Beach, VA 23462

9
    Telephone:     757.687.7713
    Facsimile:     757.687.7510

10
    jared.bissell@troutman.com

11

12
*Attorneys for Consolidated Edison Development, Inc., PSEG and PSEG Solar Source LLC*

**TROUTMAN SANDERS LLP**

By: /s/ *Harris B. Winsberg*

    Harris B. Winsberg
    Matthew G. Roberts
    TROUTMAN SANDERS LLP
    600 Peachtree St. NE
    Suite 3000
    Atlanta, GA 30308
    Telephone:     404.885.3000
    Facsimile:     404.885.3900
    harris.winsberg@troutman.com
    matthew.roberts2@troutman.com

    Jared D. Bissell (SBN 272687)
    222 Central Park Ave
    Suite 2000
    Virginia Beach, VA 23462
    Telephone:     757.687.7713
    Facsimile:     757.687.7510
    jared.bissell@troutman.com

*Attorneys for Southern Power Company*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

42355662