TROUTMAN SANDERS LLP
BANK OF AMERICA PLAZA
600 PEACHTREE STREET NE
SUITE 3000
ATLANTA, GA 30308-2216

# PROOF OF SERVICE

I, Matthew G. Roberts, declare:

I am a citizen of the United States and employed in Fulton County, Georgia. I am over the age of 18 and not a party to the within action; my business address is Bank of America Plaza, 600 Peachtree Street NE, Suite 3000, Atlanta, Georgia 30308-2216.

I hereby certify that on May 22, 2020, I electronically filed the attached document:

**NOTICE OF DESIGNATION OF SPEAKING ATTORNEYS AT CONFIRMATION HEARING BY SOUTHERN POWER COMPANY, PSEG, PSEG SOLAR SOURCE LLC AND CONSOLIDATED EDISON DEVELOPMENT, INC.**

with the Clerk of the court using the CM/ECF system which will then send a notification of such filing to all registered users in these cases.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on May 22, 2020, at Atlanta, Georgia.

*/s/ Matthew G. Roberts*
Matthew G. Roberts (GA. Bar No. 367914)

42355662