MCDERMOTT WILL & EMERY LLP
Jeffrey M. Reisner (State Bar No. 143715)
jreisner@mwe.com
Kerri A. Lyman (State Bar No. 241615)
klyman@mwe.com
2049 Century Park East, Suite 3200
Los Angeles, California 90067-3206
Telephone: (310) 277-4110
Facsimile: (310) 277-4730

*Attorneys for The Davey Tree Expert Company, Davey Tree Surgery Company, and Davey Resource Group, Inc.*

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 19-30088 (DM) |
| PG&E CORPORATION | Chapter 11 |
| and | (Lead Case) |
| PACIFIC GAS AND ELECTRIC CO., | (Jointly Administered) |
| Debtors. | NOTICE OF SPEAKING ATTORNEYS PER COURT'S ORDER ESTABLISHING CONFIRMATION HEARING PROTOCOL |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas and Electric Company | Date: May 27, 2020<br>Time: 10:00 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |
| ☐ ☒ Affects both Debtors | |
| * *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Related Docket Nos.: 7182 & 7304 |

TO THE BANKRUPTCY COURT, DEBTORS, AND ALL OTHER PARTIES IN INTEREST:

McDermott Will & Emery LLP and Nixon Peabody LLP, counsel to The Davey Tree Expert Company, Davey Tree Surgery Company, and Davey Resource Group, Inc. (collectively, "Davey"), submit this Notice in accordance with the Court's Order Establishing Confirmation Hearing Protocol [Doc. No. 7182], which directs, inter alia, that by May 22, 2020, "All parties that intend to participate at the Confirmation Hearing must provide the Court with the names and e-mail addresses of all speaking attorneys and witnesses."

On May 15, 2020, Davey filed the *The Davey Tree Expert Company's, Davey Tree Surgery Company's, And Davey Resource Group, Inc.'s (I) Objection And Reservation Of Rights Of Regarding Assumption Of Various Contracts Pursuant To The Proposed Plan Of Reorganization; And (II) Joinder To Objection Of The Official Committee Of Unsecured Creditors To Plan Confirmation* [Docket No. 7304] (the "Objection").

Davey files this Notice as a protective measure, in the event that any ground for objection raised in the Objection continues to be at issue during the confirmation proceedings, including, but not limited to, any objection to the Debtor's intended disallowance of proofs of claim for indemnification and contribution based upon the language in paragraph 13 of the "Schedule of Executory Contracts and Unexpired Leases to be Assumed Pursuant to the Plan and Proposed Cure Amounts" (Exhibit B to the Debtors' "Plan Supplement" [Docket No. 7037]), Debtors' failure to list the appropriate contracts for assumption, or the Plan's proposed treatment of unsecured claims.

Jeffrey M. Reisner (jreisner@mwe.com) and Kerri A. Lyman (klyman@mwe.com) will be the "speaking attorneys" on behalf of Davey. In addition, the following attorney, who represents Davey as counsel with respect to various contracts, claims, defenses, indemnity and contribution rights, and other issues that are the subject of the Objection, will be a "speaking attorney" with

///

///

respect to those matters:

> Robert M. Blum (State Bar No. 83302)
> rblum@nixonpeabody.com
> NIXON PEABODY LLP
> One Embarcadero Center, 32nd Floor
> San Francisco, CA 94111-3600
> Telephone: (415) 984-8311
> Facsimile: (866) 244-0466

Davey does not intend to call any witnesses in connection with the confirmation proceedings, but reserves the right to call witnesses at a later date, as necessary, in connection with any proceedings related to assumption of executory contracts and/or cure amounts

                                              MCDERMOTT WILL & EMERY LLP

                                              By: /s/ Kerri A. Lyman
                                                  Kerri A. Lyman

                                              *Attorneys for The Davey Tree Expert Company, Davey Tree Surgery Company, and Davey Resource Group, Inc.*

I, KERRI A. LYMAN, do declare and state as follows:

1. I am employed in the County of Orange, State of California. I am over the age of 18 years of age and not a party to the above-entitled action. My business address is 18565 Jamboree Road, #250, Irvine, CA 92612.

2. I certify that, on May 22, 2020, I caused a true and correct copy of the foregoing document, described as: NOTICE OF SPEAKING ATTORNEYS PER COURT'S ORDER ESTABLISHING CONFIRMATION HEARING PROTOCOL, to be served via electronic mail on the parties listed on the annexed Electronic Mail Notice List.

3. I further certify that, on May 22, 2020, I caused a true and correct copy of the foregoing document, described as: NOTICE OF SPEAKING ATTORNEYS PER COURT'S ORDER ESTABLISHING CONFIRMATION HEARING PROTOCOL, to be filed electronically with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the electronic mail notice list.

I declare under penalty of perjury under the laws of the State of California that the foreingn is a true and correct and that this declaration was executed on May 22, 2020, in Orange County, California.

    /s/ Kerri A. Lyman
Kerri A. Lyman