Mark E. McKane, P.C. (SBN 230552)
Michael P. Esser (SBN 268634)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
T: (415) 439-1400 / F: (415) 439-1500
mark.mckane@kirkland.com
michael.esser@kirkland.com

David R. Seligman, P.C. (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
T: (312) 862-2000 / F: (312) 862-2200
dseligman@kirkland.com

Aparna Yenamandra (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
T: (212) 446-4800 / F: (212) 446-4900
aparna.yenamandra@kirkland.com

*Counsel for Calpine Corporation, et al.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E Corporation, Pacific Gas & Electric Company,<br><br>　　　　　　Debtors.<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Chapter 11<br><br>Case No. 19-30088 (DM)<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**CALPINE CORPORATION'S NOTICE OF DESIGNATION OF SPEAKING ATTORNEYS AT CONFIRMATION HEARING** |

Calpine Corporation, on behalf of itself and its subsidiaries (collectively, "Calpine"), by and through counsel, hereby files this notice of designation of speaking attorneys for the Confirmation Hearing (this "Notice") pursuant to the *Order Establishing Confirmation Hearing Protocol* (the "Order") [Docket No. 7182].[1]

1. In accordance with the Order, counsel for Calpine provides notice to the Court of its intent to appear at the confirmation hearing to the extent issues related to assumption and cure of executory contracts are addressed.

2. Pursuant to this Notice, counsel for Calpine designates Mark McKane (mark.mckane@kirkland.com), David Seligman (david.seligman@kirlkand.com), Austin Klar (austin.klar@kirkland.com) and/or Ameneh Bordi (ameneh.bordi@kirkland.com) as its speaking attorneys.

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Order.

| | | |
|---|---|---|
| 1 | DATED: May 22, 2020 | KIRKLAND & ELLIS LLP |
| 2 | | |

By: /s/ *Michael P. Esser*
Mark E. McKane, P.C. (SBN 230552)
Michael P. Esser (SBN 268634)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
T: (415) 439-1400 / F: (415) 439-1500
mark.mckane@kirkland.com
michael.esser@kirkland.com

David R. Seligman, P.C. (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
T: (312) 862-2000 / F: (312) 862-2200
dseligman@kirkland.com

Aparna Yenamandra (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
T: (212) 446-4800 / F: (212) 446-4900
aparna.yenamandra@kirkland.com

*Counsel for Calpine Corporation, et al.*