Nicholas A. Carlin, CSB No. 112532
Brian S. Conlon, CSB No. 303456
PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
39 Mesa Street, Suite 201 - The Presidio
San Francisco, CA 94129
Telephone: 415-398-0900
Fax:     415-398-0911
Email:    nac@phillaw.com
          bsc@phillaw.com

Michael Malter, CSB No. 87908)
Robert G. Harris, CSB No. 124678)
BINDER & MALTER, LLP
2775 Park Avenue
Santa Clara, CA 95050
Tel: (408) 295-1700
Fax: (408) 295-1531
Email: Michael@bindermalter.com
Email: Rob@bindermalter.com

Attorneys for Plaintiff Anthony Gantner,
Individually and on behalf of all those
similarly situated

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>-and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors | Case No. 19-30088 (DM)<br>**Chapter 11**<br>**(Lead Case)**<br>**(Jointly Administered)** |
| ANTHONY GANTNER, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PG&E CORPORATION, a California Corporation, and PACIFIC GAS & ELECTRIC COMPANY, a California Corporation,<br><br>Defendants. | Adv. Pro. No. 19-03061 (DM)<br><br>**ANTHONY GANTNER'S NOTICE OF DESIGNATION OF SPEAKING ATTORNEYS AT CONFIRMATION HEARING**<br><br>Hearing:   May 27, 2020<br>Time:      10:00 a.m.<br>Courtroom: 17<br>Judge:     Hon. Dennis J. Montali |

Plaintiff Anthony Gantner, the named plaintiff in the putative class action adversary proceeding filed in this Court concerning PG&E's Public Safety Power Shutoffs (*Gantner v. PG&E Corp.*, Adv. Proc. No. 19-3061DM), is an objecting party (ECF No. 7263) who intends to participate at the hearing on confirmation of the Debtors' Joint Chapter 11 Plan for Reorganization Dated March 16, 2020 (ECF No. 6320).

In accordance with the Order Establishing Confirmation Protocol (ECF No. 7182), Mr. Gantner submits the notice designating the following attorneys who may speak at the confirmation hearing: Nicholas A. Carlin (nac@phillaw.com); and Robert G. Harris (rob@bindermalter.com).

Mr. Gantner does not intend to call any witnesses in connection with the confirmation proceedings but reserves the right to call witnesses at a later date, as necessary, to provide rebuttal testimony.

Dated: May 22, 2020                          PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP


                                             By: /s/ Nicholas A. Carlin
                                                 Nicholas A. Carlin
                                                 Brian S. Conlon
                                                 Attorneys for Plaintiff