JACOB T. BEISWENGER (S.B. #321012)
jbeiswenger@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

PETER FRIEDMAN (*pro hac vice*)
pfriedman@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

NANCY A. MITCHELL (*pro hac vice*)
nmitchell@omm.com
MATTHEW L. HINKER (*pro hac vice*)
mhinker@omm.com
O'MELVENY & MYERS LLP
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (213) 326-2061

*Attorneys for Governor Gavin Newsom*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    -and-<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>                Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas & Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11 Lead Case<br>(Jointly Administered)<br><br>**GOVERNOR GAVIN NEWSOM'S NOTICE OF DESIGNATION OF SPEAKING ATTORNEYS AT CONFIRMATION HEARING**<br><br>[Related to Docket No. 7182]<br><br>Date: May 27, 2020<br>Time: 10:00 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>       Courtroom 17, 16th Floor<br>       San Francisco, CA 94102 |

**TO THE BANKRUPTCY COURT AND ALL PARTIES IN INTEREST**:

**PLEASE TAKE NOTICE** that, on May 15, 2020, Governor Gavin Newsom ("**Governor Newsom**") timely filed and served *Governor Gavin Newsom's Reservation of Rights in Connection with Confirmation of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization* [Dkt. No. 7317] (the "**Reservation of Rights**").[1]

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the *Order Establishing Confirmation Protocol* [Dkt. No. 7182], Governor Newsom hereby designates the following attorneys to speak at the confirmation hearing with respect to the Reservation of Rights and any other issues related to confirmation of the Plan:

| Nancy A. Mitchell | Matthew L. Hinker |
|---|---|
| O'MELVENY & MYERS LLP | O'MELVENY & MYERS LLP |
| nmitchell@omm.com | mhinker@omm.com |
| *Designated Speaking Attorney* | *Secondary Attorney* |

**PLEASE TAKE FURTHER NOTICE** that the designations provided herein remain subject to change upon further notice.

Dated: May 22, 2020

**O'MELVENY & MYERS LLP**

By: */s/ Jacob T. Beiswenger*
JACOB T. BEISWENGER

By: */s/ Nancy A. Mitchell*
NANCY A. MITCHELL (*pro hac vice*)
PETER FRIEDMAN (*pro hac vice*)
MATTHEW HINKER (*pro hac vice*)

*Attorneys for Governor Gavin Newsom*

---

[1] Governor Newsom filed the Reservation of Rights in his official capacity as Governor of the state of California, but not on behalf of any agency, department, unit or entity of the State of California. Note that the Attorney General has appeared in these proceedings on behalf of certain agencies and departments of the state of California, but the Governor does not take a position on the issues raised in those filings. Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Reservation of Rights.

- 2 -

Case: 19-30088    Doc# 7491    Filed: 05/22/20    Entered: 05/22/20 15:01:43    Page 2 of 2