Nicholas A. Carlin, CSB No. 112532
Brian S. Conlon, CSB No. 303456
PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
39 Mesa Street, Suite 201 - The Presidio
San Francisco, CA 94129
Telephone: 415-398-0900
Fax: 415-398-0911
Email: nac@phillaw.com
bsc@phillaw.com

Michael Malter, CSB No. 87908)
Robert G. Harris, CSB No. 124678)
BINDER & MALTER, LLP
2775 Park Avenue
Santa Clara, CA 95050
Tel: (408) 295-1700
Fax: (408) 295-1531
Email: Michael@bindermalter.com
Email: Rob@bindermalter.com

Attorneys for Plaintiff Anthony Gantner, Individually and on behalf of all those similarly situated

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>-and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors | **Case No. 19-30088 (DM)**<br>**Chapter 11**<br>**(Lead Case)**<br>**(Jointly Administered)** |
| ANTHONY GANTNER, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PG&E CORPORATION, a California Corporation, and PACIFIC GAS & ELECTRIC COMPANY, a California Corporation,<br><br>Defendants. | **Adv. Pro. No. 19-03061 (DM)**<br><br>**CERTIFICATE OF SERVICE RE DKT. 7490** |

I, Rosemary A. Comsky Culiver, declare and state as follows:

1. I am employed in San Francisco County in the State of California. I am more than eighteen years old and not a party to this action. My business address is Phillips, Erlewine, Given & Carlin LLP, 39 Mesa Street, Suite 201, San Francisco, CA 94129.

2. I certify that on May 22, 2020, I caused a true and correct copy of documents described as:

**ANTHONY GANTNER'S NOTICE OF DESIGNATION OF SPEAKING ATTORNEYS AT CONFIRMATION HEARING (DKT #)7490**

on the interested parties in this action as follows:

[x]  BY NEF on May 22, 2020: Service was accomplished through the Notice of Electronic Filing ("NEF") for all parties and counsel who are registered ECF Users.

[x]  BY EMAIL: I personally transmitted the foregoing document(s) via electronic mail to the e-mail address(es) of the person(s) on the attached service list.

3. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would testify thereto. This declaration was executed on May 22, 2020 at San Francisco, California.

By: /s/ Rosemary A. Comisky Culiver
Rosemary A. Comisky Culiver