DAVID M. FELDMAN (*pro hac vice*)
 dfeldman@gibsondunn.com
MATTHEW K. KELSEY (*pro hac vice*)
 mkelsey@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

MICHAEL S. NEUMEISTER, SBN 274220
 mneumeister@gibsondunn.com
MICHELLE CHOI, SBN 313557
 mchoi@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

MATTHEW D. McGILL (*pro hac vice*)
 mmcgill@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

*Attorneys for the Ad Hoc Committee of Holders of Trade Claims*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** **PG&E CORPORATION** -and- **PACIFIC GAS AND ELECTRIC COMPANY,** Debtors. ☐ Affects PG&E Corporation ☐ Affects Pacific Gas and Electric Company ☑ Affects both Debtors * *All papers shall be filed in the Lead Case, No. 19-30088 (DM)*. | Case No. 19-30088 (DM) Chapter 11 (Lead Case) (Jointly Administered) **NOTICE REGARDING SPEAKING ATTORNEYS PER ORDER ESTABLISHING CONFIRMATION HEARING PROTOCOL** |

Gibson, Dunn & Crutcher LLP, counsel to the ad hoc committee of holders of trade claims (the "**Trade Committee**") that filed the *Objection of the Ad Hoc Committee of Holders of Trade Claims to Confirmation of the Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020* [D.I. 7288] (the "**Trade Committee Objection**"), submits this notice in accordance with the Court's *Order Establishing Confirmation Hearing Protocol* [D.I. 7182] (the "**Order**"),[1] which provides that by May 22, 2020, "[a]ll parties that intend to participate at the Confirmation Hearing must provide the Court with the names and e-mail addresses of all speaking attorneys and witnesses." Order at 3.

The following attorneys will be "speaking attorneys" on behalf of the Trade Committee at the Confirmation Hearing:

- Matthew K. Kelsey (MKelsey@gibsondunn.com)
- Michael S. Neumeister (MNeumeister@gibsondunn.com)

The Trade Committee does not intend to call any witnesses in connection with the Confirmation Hearing, but reserves the right to call witnesses at a later date, as necessary, in connection with any proceeding related to the Trade Committee Objection.

Dated: May 22, 2020　　　　　　　　　　**GIBSON, DUNN & CRUTCHER LLP**

By: /s/ *Michael S. Neumeister*
David M. Feldman (*pro hac vice*)
Matthew K. Kelsey (*pro hac vice*)
Matthew D. McGill (*pro hac vice*)
Michael S. Neumeister
Michelle Choi

*Attorneys for the Ad Hoc Committee of Holders of Trade Claims*

---

[1] Capitalized terms not otherwise defined herein shall have the meanings afforded to them in the Order.

# CERTIFICATE OF SERVICE

I, Michael S. Neumeister, declare:

1. I am over the age of 18 years and not a party to this action. My business address is Gibson, Dunn & Crutcher LLP, 333 South Grand Avenue, Los Angeles, CA 90071, which is located in the country where the service described below occurred.

2. I hereby certify that on May 22, 2020, I electronically filed the above *Notice Regarding Speaking Attorneys Per Order Establishing Confirmation Hearing Protocol* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to e-mail addresses on file with the Court's ECF system.

I certify and declare under penalty of perjury that the foregoing is true and correct.

/s/ *Michael S. Neumeister*
Michael S. Neumeister