RUTAN & TUCKER, LLP
Roger F. Friedman (State Bar No. 186070)
rfriedman@rutan.com
Philip J. Blanchard (State Bar No. 192378)
pblanchard@rutan.com
Ashley M. Teesdale (State Bar No. 289919)
ateesdale@rutan.com
611 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-1931
Telephone: 714-641-5100
Facsimile: 714-546-9035

Attorneys for Creditor ARB, INC.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors.<br><br>\* All papers shall be filed in the Lead Case No. 19-30088 DM. | Case No. 19-30088 DM (Lead Case)<br><br>(Jointly Administered with Case No. 19-30089 DM)<br><br>Chapter 11<br><br>**ARB, INC.'S NOTICE OF DESIGNATION OF SPEAKING ATTORNEY AT PLAN CONFIRMATION HEARING**<br><br>[Related Dkt. Nos. 6320, 7037, 7182, and 7255]<br><br>Date: May 27, 2020<br>Time: 10:00 a.m.<br>Courtroom: 17 |

**TO THE BANKRUPTCY COURT AND ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that, on May 15, 2020, ARB, Inc. ("ARB") timely filed and served *ARB, Inc.'s Objection to Schedule of Executory Contracts and Unexpired Leases to Be Assumed Pursuant to the Plan and Proposed Cure Amounts, and Reservation of Rights* [Dkt. No. 7255] (the "Objection").

/ / /

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the *Order Establishing Confirmation Hearing Protocol* [Dkt. No. 7182], ARB hereby designates the following attorney with respect to ARB's Objection and the Plan confirmation hearing:

Roger F. Friedman
RUTAN & TUCKER, LLP
rfriedman@rutan.com

**PLEASE TAKE FURTHER NOTICE** that, in reliance on the Debtors' representations that they intend to present the Court with a Plan confirmation order to provide procedures to address objections (including ARB's Objection) to the Debtors' *Schedule of Executory Contracts and Unexpired Leases to Be Assumed Pursuant to the Plan and Proposed Cure Amounts* [Dkt. No. 7037] subsequent to the Plan confirmation hearing, and given the Court's statements that it will not consider these issues during the Plan confirmation hearing, ARB has not designated any witnesses or exhibits for presentation at the Plan confirmation hearing in connection with its Objection. ARB does not presently intend to call any witnesses in connection with the Plan confirmation proceedings, but reserves the right to call witnesses and present testimony and exhibits at a later date in connection with any proceedings relating to assumption of executory contracts and cure amounts. ARB files this Notice to preserve its right to be heard at the Plan confirmation hearing in the event that any ground for objection raised in ARB's Objection, or any legal issue impacting assumption of executory contracts or cure amounts relating to Plan confirmation, is put at issue during the Plan confirmation proceedings.

**PLEASE TAKE FURTHER NOTICE** that the designation provided herein remains subject to change upon further notice.

Dated: May 22, 2020

RUTAN & TUCKER, LLP
ROGER F. FRIEDMAN
PHILIP J. BLANCHARD
ASHLEY M. TEESDALE

By: /s/ Roger F. Friedman
Roger F. Friedman
Attorneys for Creditor ARB, INC.

# PROOF OF SERVICE

*(In re PG&E Corporation and Pacific Gas and Electric Company* USBC Case No. 19-30088*)*

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed by the law office of Rutan & Tucker, LLP in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 611 Anton Boulevard, Suite 1400, Costa Mesa, California 92626-1931. My electronic notification address is csolorzano@rutan.com.

On May 22, 2020, I served on the interested parties in said action the within:

**ARB, INC.'S NOTICE OF DESIGNATION OF SPEAKING ATTORNEY AT CONFIRMATION HEARING**

as stated below:

[X] (ELECTRONIC FILING) Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document on all parties requesting same.

[X] (BY E-MAIL) by transmitting a true copy of the foregoing document(s) to the e-mail addresses set forth on the attached service list.

I certify that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 22, 2020, at Costa Mesa, California.

I declare under penalty of perjury that the foregoing is true and correct.

| Cecilia Solórzano | */s/ Cecilia Solórzano* |
|---|---|
| (Type or print name) | (Signature) |

# SERVICE LIST

| | |
|---|---|
| Stephen Karotkin<br>Jessica Liou<br>Matthew Goren<br>Tom Schinckel<br>Weil, Gotshal & Manges, LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>E-mail: stephen.karotkin@weil.com<br>jessica.liou@weil.com<br>matthew.goren@weil.com<br>tom.schinckel@weil.com | Attorneys for Debtors |
| Tobias S. Keller<br>Jane Kim<br>Keller Benvenutti Kim LLP<br>650 California St., Ste. 1900<br>San Francisco, CA 94108<br>E-mail: tkeller@kbkllp.com<br>jkim@kbkllp.com | Attorneys for Debtors |
| Bruce S. Bennett<br>Joshua M. Mester<br>James O. Johnston<br>Jones Day<br>555 South Flower St., 50th Flr.<br>Los Angeles, CA 90071<br>E-Mail: jmester@jonesday.com<br>jjohnston@jonesday.com | Attorneys for the Shareholder Proponents |