TIMOTHY S. LAFFREDI (WI SBN 1055133)
Assistant United States Trustee
MARTA E. VILLACORTA (NY SBN 4918280)
Assistant United States Trustee
United States Department of Justice
Office of the U.S. Trustee
450 Golden Gate Avenue, Suite 05-0153
San Francisco, CA 94102
Telephone: (415) 705-3333
Facsimile: (415) 705-3379
Email: timothy.s.laffredi@usdoj.gov;
marta.villacorta@usdoj.gov

Attorneys for Andrew R. Vara,
United States Trustee for Region 3 and 9[1]

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* All papers shall be filed in the Lead Case No. 19-30088 DM. | Case Nos. 19-30088 DM (Lead Case)<br><br>19-30089 DM<br><br>Chapter 11<br><br>Jointly Administered |

### NOTICE OF SPEAKING ATTORNEY AT CONFIRMATION HEARING

**PLEASE TAKE NOTICE** that, pursuant to the Court's Order Establishing Confirmation Hearing Protocol (ECF No. 7182) the attorney that will be speaking on behalf of

---

[1] Andrew R. Vara, United States Trustee for Regions 3 and 9, is acting in this appointment for Tracy Hope Davis, United States Trustee for Region 17, who is recused from the above-captioned cases.

Case: 19-30088    Doc# 7495    Filed: 05/22/20    Entered: 05/22/20 15:18:09    Page 1 of 2

the United States Trustee is Assistant United States Trustee Timothy S. Laffredi, whose email address is timothy.s.laffredi@usdoj.gov.

The United States Trustee does not intend to call any witnesses, but reserves the right to cross-examine any other witnesses called by other parties.

Dated: May 22, 2020  Andrew R. Vara
United States Trustee, Regions 3 and 9

*/s/ Timothy S. Laffredi*
Assistant United States Trustee