| | |
|---|---|
| XAVIER BECERRA, SBN 118517<br>Attorney General of California<br>MARGARITA PADILLA, SBN 99966<br>Supervising Deputy Attorney General<br>JAMES POTTER, SBN 166992<br>Deputy Attorney General<br>1515 Clay Street, 20th Floor<br>P.O. Box 70550<br>Oakland, CA 94612-0550<br>Telephone: (510) 879-0815<br>Fax: (510) 622-2270<br>Margarita.Padilla@doj.ca.gov<br>James.Potter@doj.ca.gov | XAVIER BECERRA, SBN 118517<br>Attorney General of California<br>DANETTE VALDEZ, SBN 141780<br>ANNADEL ALMENDRAS, SBN 192064<br>Supervising Deputy Attorneys General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004<br>Telephone: (415) 510-3367<br>Fax: (415) 703-5480<br>Danette.Valdez@doj.ca.gov<br>Annadel.Almendras@doj.ca.gov |

STEVEN H. FELDERSTEIN, SBN 059678
PAUL J. PASCUZZI, SBN 148810
FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Fax: (916) 329-7435
sfelderstein@ffwplaw.com
ppascuzzi@ffwplaw.com

Attorneys for California Department of Forestry
and Fire Protection, et al.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>- and –<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐  Affects PG&E Corporation<br>☐  Affects Pacific Gas and Electric Company<br>☑  Affects both Debtors | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>Date: May 27, 2020<br>Time: 10:00 a.m.<br>Ctrm: 17<br>Judge: Dennis Montali |

**CALIFORNIA STATE AGENCIES' NOTICE REGARDING SPEAKING ATTORNEY PER COURT'S ORDER ESTABLISHING CONFIRMATION HEARING PROTOCOL [DOCKET NO. 7182]**

The California Department of Forestry and Fire Protection, California Department of Toxic Substances Control, California Governor's Office of Emergency Services, California Department of Veterans Affairs, California State University, California Coastal Commission, California Department of Parks and Recreation, California Department of Fish and Wildlife, California Department of Transportation, California Department of Developmental Services, California Department of Conservation, California Geologic Energy Management Division (formerly Division of Oil, Gas and Geothermal Resources), California Regional Water Quality Control Boards, California State Water Resources Control Board, California Air Resources Board, San Francisco Bay Conservation and Development Commission, California Department of Housing and Community Development, California State Lands Commission, and California Department of Water Resources, by and through its California Energy Resources Scheduling Division and on behalf of the State Water Project (collectively, the "California State Agencies") hereby file this notice ("Notice") in accordance with this Court's *Order Establishing Hearing Protocol* ("Order") [Docket No. 7182] as follows.

1. The Order directs, *inter alia*, that by May 22, 2020, "[a]ll parties that intend to participate at the Confirmation Hearing must provide the Court with the names and email addresses of all speaking attorneys and witnesses." Order at 3:18-19.

2. On May 15, 2020, the California State Agencies filed their *California State Agencies' Objection to Confirmation of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020 [Docket No. 6320]* [Docket No. 7281] ("Objection"). The California State Agencies also filed their *California State Agencies' Objection to Schedule of Executory Contracts and Unexpired Leases to be Assumed Pursuant to the Plan and Proposed Cure Amounts [Docket No. 7037]* ("Executory Contracts Objection"). The California State Agencies intend to participate at the confirmation hearing on May 27, 2020, with respect to the Objection and Executory Contracts Objection.

3. Paul J. Pascuzzi (ppascuzzi@ffwplaw.com) of Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP will be the "speaking attorney" on behalf of the California State Agencies. The California State Agencies reserve the right to supplement this Notice with another designated

speaking attorney(s).

4. The California State Agencies do not intend to call any witnesses in connection with the confirmation proceedings, because, as of this date, the remaining unresolved objections of the California State Agencies appear to be legal in nature. The California State Agencies reserve the right to call rebuttal witnesses and to supplement this Notice with a witness information should that be necessary.

Dated: May 22, 2020

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
MARGARITA PADILLA
Supervising Deputy Attorney General

By: */s/ Paul J. Pascuzzi*
STEVEN H. FELDERSTEIN
PAUL J. PASCUZZI
FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP
Attorneys for California Department of Forestry and Fire Protection, California Department of Toxic Substances Control, California Governor's Office of Emergency Services, California Department of Veterans Affairs, California State University, California Coastal Commission, California Department of Parks and Recreation, California Department of Fish and Wildlife, California Department of Transportation, California Department of Developmental Services, California Department of Conservation, California Geologic Energy Management Division (formerly Division of Oil, Gas and Geothermal Resources), California Regional Water Quality Control Boards, California State Water Resources Control Board, California Air Resources Board, San Francisco Bay Conservation and Development Commission, California Department of Housing and Community Development, California State Lands Commission and California Department of Water Resources

## PROOF OF SERVICE

I, Susan R. Darms, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 500 Capitol Mall, Suite 2250, Sacramento, CA 95814. On May 22, 2020, I served the within document(s):

**CALIFORNIA STATE AGENCIES' NOTICE REGARDING SPEAKING ATTORNEY PER COURT'S ORDER ESTABLISHING CONFIRMATION HEARING PROTOCOL [DOCKET NO. 7182]**

By Electronic Service via CM/ECF to all registered participants in this case as of May 22, 2020.

　　　　　　　　　　　　　　　　　　　*/s/   Susan R. Darms*
　　　　　　　　　　　　　　　　　　　SUSAN R. DARMS