1  Sam Newman (SBN 217042)
   sam.newman@sidley.com
2  Kennison Lay (SBN 330007)
   klay@sidley.com
3  SIDLEY AUSTIN LLP
   555 West Fifth Street
4  Los Angeles, CA 90013
   Telephone No. (213) 896-6020
5  Facsimile No. (213) 896-6600

6  Attorneys for MCKINSEY & COMPANY, INC.
   UNITED STATES and MCKINSEY &
7  COMPANY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors. | Bankruptcy Case<br>Case No. 19-30088-DM (Lead Case)<br>Chapter 11<br><br>(Jointly Administered)<br><br>**MCKINSEY & COMPANY, INC. UNITED STATES' AND MCKINSEY & COMPANY, INC.'S NOTICE OF SPEAKING ATTORNEYS PER COURT'S ORDER ESTABLISHING CONFIRMATION HEARING PROTOCOL**<br><br>Related Docket Nos.: 7182, 7334, 7349 |

MCKINSEY & COMPANY, INC. UNITED STATES' AND MCKINSEY & COMPANY, INC.'S NOTICE OF SPEAKING ATTORNEYS PER COURT'S ORDER ESTABLISHING CONFIRMATION PROTOCOL

Case: 19-30088    Doc# 7497    Filed: 05/22/20    Entered: 05/22/20 15:19:23    Page 1 of 3

McKinsey & Company, Inc. United States and McKinsey and Company, Inc. (collectively, "McKinsey") hereby submits this Notice in accordance with the Court's *Order Establishing Confirmation Hearing Protocol* [Dkt. 7182], which directs that by May 22, 2020, "[a]ll parties that intend to participate at the Confirmation Hearing must provide the Court with the names and e-mail addresses of all speaking attorneys and witnesses."

McKinsey filed *Limited Objections to the Debtors' and Shareholder Proponents' Treatment of Executory Contracts Under the Joint Chapter 11 Plan of Reorganization* [Dkt. 7334], followed by a *Notice of Errata* correcting minor errors in the initial filing [Dkt. 7349] (collectively, the "Limited Objections"). Since filing the Limited Objections, McKinsey continues to communicate informally with Debtors' counsel regarding the matters raised therein and seeks to resolve any outstanding issues prior to the plan confirmation hearing. McKinsey files this Notice in an abundance of caution, to ensure all of its rights are fully reserved if such resolution is not reached.

In the event that any ground for objection raised in the Limited Objections becomes at issue during the confirmation proceedings, Sam Newman (sam.newman@sidley.com) of Sidley Austin LLP will be the "speaking attorney" on behalf of McKinsey.

[*Signature on following page*]

1

MCKINSEY & COMPANY, INC. UNITED STATES' AND MCKINSEY & COMPANY, INC.'S NOTICE OF SPEAKING ATTORNEYS PER COURT'S ORDER ESTABLISHING CONFIRMATION PROTOCOL

Dated: May 22, 2020

Respectfully submitted,

SIDLEY AUSTIN LLP

By: _/s/ Sam Newman_
Sam Newman
Kennison Lay
Attorneys for MCKINSEY & COMPANY, INC. UNITED STATES and MCKINSEY & COMPANY, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2020, I electronically filed the foregoing Notice with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

By: _/s/ Kennison Lay_
Kennison Lay
Attorney for MCKINSEY & COMPANY, INC UNITED STATES and MCKINSEY & COMPANY, INC