LOCKE LORD LLP
Meagan S. Tom (SBN 273489)
meagan.tom@lockelord.com
101 Montgomery Street, Suite 1950
San Francisco, CA 94104
Telephone: (415) 318-8810
Fax: (415) 676-5816

Bradley C. Knapp (admitted *pro hac vice*)
bknapp@lockelord.com
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130
Telephone: (504) 558-5210
Fax: (504) 910-6847

W. Steven Bryant (admitted *pro hac vice*)
sbryant@lockelord.com
600 Congress Street, Suite 2200
Austin, Texas 78701
Telephone: (512) 305-4700
Fax: (512) 305-4800

Attorneys for Creditor
*International Brotherhood of Electrical Workers Local Union 1245*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: | CASE NO.: 19-30088 |
| PG&E CORPORATION and PACIFIC GAS & ELECTRIC COMPANY | Chapter 11 |
| Debtors | (Lead Case) |
| | (JOINTLY ADMINISTERED) |
| \_\_\_\_\_ Affects PG&E Corporation<br>\_\_\_\_\_ Affects Pacific Gas and Electric Company<br>\_\_X\_\_ Affects both Debtors | **INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL UNION NO. 1245'S DESIGNATION OF SPEAKING ATTORNEY AT CONFIRMATION HEARING** |

1

|  | ) Date: May 27, 2020 |
|---|---|
|  | ) Time: 10:00 AM |
|  | ) Place: Courtroom 17, U.S. Bankruptcy |
|  | ) Court, 16th Floor, 450 Golden Gate |
|  | ) Avenue, San Francisco, California |

The International Brotherhood of Electrical Workers Local Union 1245 ("IBEW") files this *Designation of Speaking Attorney* pursuant to the Order Establishing Confirmation Protocol (Docket No. 7182). The IBEW designates Bradley C. Knapp, Locke Lord LLP, bknapp@lockelord.com.

Dated: May 22, 2020        Respectfully submitted,

LOCKE LORD LLP

By:  /s/ Bradley C. Knapp
     Bradley C. Knapp
     W. Steven Bryant
     Meagan S. Tom
Attorneys for Creditor
*International Brotherhood of Electrical Workers Local Union 1245*

**Locke Lord LLP**
101 Montgomery Street, Suite 1950
San Francisco, CA 94104-4815