William B. Abrams
end2endconsulting@gmail.com
1519 Branch Owl Place
Santa Rosa, CA, 95409
Tel: 707 397 5727

*Pro Se Claimant and*

*Party to California Public Utilities Commission Proceeding I.19-09-016 to Consider the Ratemaking and Other Implications of a Proposed Plan for Resolution of Voluntary Case filed by Pacific Gas and Electric Company, pursuant to Chapter 11 of the Bankruptcy Code, in the United States Bankruptcy Court, Northern District of California, San Francisco Division, In re Pacific Gas and Electric Corporation and Pacific Gas and Electric Company, Case No. 19- 30088.*

*Party to California Public Utilities Commission Proceeding I.15-08-019 to Determine whether Pacific Gas and Electric Company and PG&E's Corporation's Organizational Culture and Governance Prioritizes Safety*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

In re:

PG&E CORPORATION,

    -and-

PACIFIC GAS AND ELECTRIC COMPANY,
               Debtors.

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☒ Affects both Debtors

\* *All papers shall be filed in the lead case, No. 19-30088 (DM)*

Bankr. Case No. 19-30088 (DM)
Chapter 11
(Lead Case)
(Jointly Administered)

**AMENDED WITNESS AND EXHIBIT LIST OF WILLIAM B. ABRAMS**

**Hearing:** Telephonic Appearances Only
Date: May 27, 2020
Time: 10am PT
Place: Courtroom 17
450 Golden Gate Ave., 16th Floor
San Francisco, CA, 94102

Judge: Hon. Dennis Montali

Pursuant to the Court's May 13, 2020 Order Establishing Confirmation Hearing Protocol AND in response to court instructions today May 22, 2020, I am identifying the following AMENDED exhibits and witnesses in support of the "William B. Abrams Objection to Debtors Plan of Reorganization Pursuant to 11 U.S.C §§ 11299(a)" [Dkt. 7230]. I am a pro se claimant and my email address is end2endconsulting@gmail.com. The following is my requested witness list who will all be noticed via email by close of business today, May 22, 2020. My exhibits include direct testimony to use as exhibits for adverse witnesses and declarations for other witnesses along with publicly available news reports. All of these witnesses and exhibits are directly relevant to my arguments [Dkt. 7230]. If the court will allow, I intend to call these witnesses and reference these exhibits for the upcoming hearing beginning on May 27, 2020:

| **WITNESS LIST** |
|---|
| William Johnson, CEO<br><br>(Abrams Exhibit #1 and Exhibit #2, 1/25/20, 1/26/20, Testimony of Bill Johnson) |
| Jason Wells, CFO<br><br>(see Exhibit #4, 1/28/2020, Testimony of Jason Wells) |
| Nora Brownell, Board Chair<br><br>(see Exhibit #4, 1/28/2020, Testimony of Ms. Brownell) |
| Andrew Vesey, CEO PG&E Utility<br><br>(see Exhibit #3, 1/27/2020 Testimony of Andrew Vesey) |
| Deborah Powell, Asset and Risk Management Community Wildfire Safety<br><br>(See Exhibit #5, 3/2/2020, Testimony of Ms. Powell) |
| Julie Kane, SVP and Chief Ethics and Compliance Officer<br><br>(See Exhibit #5, 3/2/2020, Testimony of Ms. Kane) |
| Shai Waisman, CEO Prime Clerk LLC<br>(See Exhibit #17, Declaration of Shai Waisman) |
| Brent C. Williams,<br>(See Exhibit #13, Declaration of Brent C. Williams) |
| David Richardson,<br>(See Exhibit #12, Declaration of David Richardson) |
| Steven Campora, Dreyer, Babich, Buccola, Wood, Campora, LLP<br>(See Exhibit #15, Exhibit #16, Declarations of Steven Campora) |

# EXHIBIT LIST

| # | Exhibit |
|---|---|
| 1 | https://docs.cpuc.ca.gov/PublishedDocs/Efile/G000/M327/K740/327740877.PDF<br>CPUC, Proceeding I.19-09-016 Hearing Transcript 2/25/2020 |
| 2 | https://docs.cpuc.ca.gov/PublishedDocs/Efile/G000/M328/K474/328474005.PDF<br>CPUC, Proceeding I.19-09-016 Hearing Transcript 2/26/2020 |
| 3 | https://docs.cpuc.ca.gov/PublishedDocs/Efile/G000/M328/K699/328699369.PDF<br>CPUC, Proceeding I.19-09-016 Hearing Transcript 2/27/2020 |
| 4 | https://docs.cpuc.ca.gov/PublishedDocs/Efile/G000/M328/K691/328691064.PDF<br>CPUC, Proceeding I.19-09-016 Hearing Transcript 2/28/2020 |
| 5 | https://docs.cpuc.ca.gov/PublishedDocs/Efile/G000/M328/K717/328717830.PDF<br>CPUC, Proceeding I.19-09-016 Hearing Transcript 3/2/2020 |
| 6 | https://www.citizensjournal.us/governors-budget-will-assist-firefighter-efforts-during-fire-season/ |
| 7 | https://news.bloomberglaw.com/environment-and-energy/california-regulator-cites-flaws-in-pg-e-wildfire-reduction-work?context=search&index=0&utm_medium=ehsdesk&utm_source=twitter&utm_campaign=1FF84040-90AE-11EA-B4C4-4EFD4F017A06 |
| 8 | https://apnews.com/6d3577f99acab60bea99c26296a07947 |
| 9 | https://www.utilitydive.com/news/it-doesnt-get-much-tougher-advocates-question-move-to-new-pge-ceo-amid/576584/ |
| 10 | https://www.bloomberg.com/news/articles/2020-05-21/pg-e-gets-u-s-backing-for-delay-of-strict-fire-safety-demands |
| 11 | https://www.courthousenews.com/pge-wages-dual-legal-war-on-new-probation-terms/ |
| 12 | [Dkt. 7322] Declaration of David Richardson<br>https://restructuring.primeclerk.com/pge/Home-DownloadPDF?id1=Mzk1NzAy&id2=0 |
| 13 | [Dkt. 7326] Declaration of Brent C. Williams<br>https://restructuring.primeclerk.com/pge/Home-DownloadPDF?id1=Mzk1NTE3&id2=0 |
| 14 | PG&E MOTION FOR OFFICIAL NOTICE OF DOCUMENTS OR, IN THE ALTERNATIVE, TO ACCEPT DOCUMENTS AS LATE-FILED EXHIBITS<br>https://docs.cpuc.ca.gov/PublishedDocs/Efile/G000/M330/K052/330052550.PDF |
| 15 | Declaration of Steven Campora, October 30, 2019<br>(see attached) |
| 16 | [Dkt. 1113] Declaration of Steven Campora, April 9, 2019<br>https://restructuring.primeclerk.com/pge/Home-DownloadPDF?id1=MTUzOTUy&id2=0 |
| 17 | [Dkt. 2643] Declaration of Shai Waisman, CEO Primeclerk<br>https://restructuring.primeclerk.com/pge/Home-DownloadPDF?id1=MTgzNTE0&id2=0 |

Dated: May 22, 2020

Respectfully submitted,

William B. Abrams

Pro Se Claimant