# EXHIBIT B

# PROPOSED FORM OF ORDER

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE REPLY** |

The Ad Hoc Claimants[1] filed a motion (the "Motion") for leave to file a Reply to the *Objection of the Official Committee of Tort Claimants to Confirmation of Debtor's and*

---
[1] As defined in the Motion.

DOCUMENT PREPARED ON RECYCLED PAPER

1 | *Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020* (Dkt. #
2 | ___). The Court has reviewed the Motion and the pleading attached thereto. Good cause appearing,
3 | the Court hereby GRANTS the Motion. The Ad Hoc Plaintiffs are instructed to promptly file their
4 | Reply.

**\*\*\* END OF ORDER \*\*\***

DOCUMENT PREPARED ON RECYCLED PAPER