# Exhibit B

## Commitments Regarding Appointment of Independent Safety Monitor

**Commitments Regarding Appointment of Independent Safety Monitor**

Upon the expiration of the term of the federal court monitor,[1] Pacific Gas and Electric Company (the "**Utility**") will appoint an Independent Safety Monitor (the "**Monitor**"). The Monitor will functionally serve in the same capacity as the federal court monitor, will report to the California Public Utilities Commission (the "**CPUC**"), and will have the authority to retain third-party advisors. The Monitor will work with the Chief Risk Officer and Chief Safety Officer of the Utility and PG&E Corporation ("**PG&E Corp.**" and collectively with the Utility, "**PG&E**"), and the management and Board of Directors of PG&E Corp. (the "**PG&E Corp. Board**") and of the Utility (the "**Utility Board**" and together with the PG&E Corp. Board, the "**Boards**"), including the Boards' Safety and Nuclear Oversight (SNO) Committees, to develop recommendations to address compliance issues and enhance PG&E's safety performance. The Monitor will provide recommendations to the SNO Committees, and the SNO Committees will have oversight responsibility for PG&E's responses to those recommendations. The Utility will submit a Tier 3 Advice Letter to the CPUC no later than one year before the expiration of the term of the federal court monitor, with a proposed scope of work, budget, solicitation process, and a process for selection and approval of the Monitor by the CPUC.

---

[1] The federal court monitor was appointed pursuant to *United States v. Pacific Gas & Electric Co.*, No. 3:14-CR-0175, Dkt. No. 922 (N.D. Cal. Jan. 31, 2017).