BROWN RUDNICK LLP
Joel S. Miliband (SBN 077438)
(JMiliband@brownrudnick.com)
2211 Michelson Drive
Seventh Floor
Irvine, California 92612
Telephone:  (949) 752-7100
Facsimile:  (949) 252-1514

BROWN RUDNICK LLP
David J. Molton (SBN 262075)
(DMolton@brownrudnick.com)
Seven Times Square
New York, New York 10036
Telephone:  (212) 209-4800
Facsimile:  (212) 209-4801

Attorneys for Trustee and Claims Administrator

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| -and- | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| Debtors. | |
| ☐ **Affects PG&E Corporation**<br>☐ **Affects Pacific Gas and Electric Company**<br>☒ **Affects both Debtors** | **NOTICE OF SPEAKING ATTORNEYS IN ACCORDANCE WITH COURT'S ORDER ESTABLISHING CONFIRMATION HEARING PROTOCOL** |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

Brown Rudnick LLP ("Brown Rudnick"), counsel to both the Hon. John K. Trotter (Ret.), as Trustee (the "**Trustee**") and Cathy Yanni, as Claims Administrator (the "**Claims Administrator**") of the PG&E Fire Victim Trust (the "**Fire Victim Trust**"), submits this Notice in accordance with the Court's Order Establishing Confirmation Hearing Protocol [Dock. No. 7182], which directs, *inter alia*, that by May

22, 2020, "All parties that intend to participate at the Confirmation Hearing must provide the Court with the names and e-mail addresses of all speaking attorneys and witnesses."

David J. Molton (dmolton@brownrudnick.com) of Brown Rudnick will be a "speaking attorney" on behalf of the Trustee and Claims Administrator. The Trustee and Claims Administrator do not intend to call any witnesses in connection with the confirmation proceedings, but file this notice to reserve their right to be heard at the confirmation proceedings should their appearance be necessary.

Dated: May 22, 2020

BROWN RUDNICK LLP

Joel S. Miliband (SBN 077438)
(JMiliband@brownrudnick.com)
2211 Michelson Drive
Seventh Floor
Irvine, California 92612
Telephone: (949) 752-7100
Facsimile: (949) 252-1514

and

BROWN RUDNICK LLP
David J. Molton (SBN 262075)
(DMolton@brownrudnick.com)
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

Attorneys for Trustee and Claims Administrator

2