**BROWN RUDNICK LLP**
Joel S. Miliband (SBN 077438)
(JMiliband@brownrudnick.com)
2211 Michelson Drive
Seventh Floor
Irvine, California 92612
Telephone: (949) 752-7100
Facsimile: (949) 252-1514

**BROWN RUDNICK LLP**
David J. Molton (SBN 262075)
(DMolton@brownrudnick.com)
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

*Attorneys for Trustee and Claims Administrator*

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 3:19-bk-030088 DM |
| **PG&E CORPORATION,** | Chapter 11 |
| -and- | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| Debtors. | **CERTIFICATE OF SERVICE** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

/ / /

/ / /

/ / /

/ / /

STATE OF CALIFORNIA )
)
COUNTY OF ORANGE )

I am over the age of 18 and not a party to the above-entitled action. My business address is 2211 Michelson Drive, Seventh Floor, Irvine, California 92612.

On <u>May 22, 2020</u>, at my place of business, I served a true and correct copy of the following document(s):

**STATEMENT OF FIRE VICTIM TRUSTEE IN CONNECTION WITH CONFIMATION HEARING RELATING TO PG&E CORPORATION STOCK TO BE DISTRIBUTED TO THE FIRE VICTIM TRUST**

**NOTICE OF SPEAKING ATTORNEYS IN ACCORDANCE WITH COURT'S ORDER ESTABLISHING CONFIRMATION HEARING PROTOCOL**

in the manner indicated below:

■ BY ELECTRONIC FILING said document(s) and transmission of the Notification of Election Filing by the Clerk to a Registered Participant(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

■ SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) April 18, 2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST**

■ SERVED BY UNITED STATES MAIL - I served the following persons and/or entities at the last known addresses in this proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows:

| PG&E Corporation<br>77 Beale Street<br>P.O. Box 770000<br>San Francisco, CA 94177 | Pacific Gas and Electric Company<br>77 Beale Street<br>PO Box 770000<br>San Francisco, CA 94177 |

This Certificate was executed on <u>May 22, 2020</u>, at Orange, California. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

// JEANNIE MENDEZ
JEANNIE MENDEZ

## SERVED VIA ELECTRONIC SERVICE (ECF)

Elliot Adler   eadler@theadlerfirm.com, bzummer@theadlerfirm.com
Aaron L. Agenbroad   alagenbroad@jonesday.com, saltamirano@jonesday.com
Pamela Allen   pallen@dir.ca.gov
Annadel A. Almendras   annadel.almendras@doj.ca.gov
Monique D. Almy   malmy@crowell.com
Dana M. Andreoli   dandreoli@steyerlaw.com, mterry@steyerlaw.com
Anne Andrews   aa@andrewsthornton.com, aandrews@andrewsthornton.com
Richard L. Antognini   rlalawyer@yahoo.com, hallonaegis@gmail.com
Tyson Arbuthnot   tarbuthnot@rjo.com, jyeung@rjo.com
Lauren T. Attard   lattard@bakerlaw.com, agrosso@bakerlaw.com
Herb Baer   hbaer@primeclerk.com, ecf@primeclerk.com
Kathryn E. Barrett   keb@svlg.com, amt@svlg.com
Chris Bator   cbator@bakerlaw.com, jmcguigan@bakerlaw.com
Ronald S. Beacher   rbeacher@pryorcashman.com
Hagop T. Bedoyan   hbedoyan@kleinlaw.com, ecf@kleinlaw.com
Andrew David Behlmann   abehlmann@lowenstein.com, elawler@lowenstein.com
Tanya Behnam   tbehnam@polsinelli.com, tanyabehnam@gmail.com
James C. Behrens   jbehrens@milbank.com, mkoch@milbank.com
Jacob Taylor Beiswenger   jbeiswenger@omm.com, llattin@omm.com
James T. Bentley   james.bentley@srz.com, Kelly.Knight@srz.com
Peter J. Benvenutti   pbenvenutti@kbkllp.com
Robert Berens   rberens@smtdlaw.com, sr@smtdlaw.com
Ronald F. Berestka   rberestka@stonelawoffice.com, csepulveda@stonelawoffice.com
Heinz Binder   heinz@bindermalter.com
Jared D. Bissell   jared.bissell@troutman.com
Neil Jon Bloomfield   njbloomfield@njblaw.com, gklump@njblaw.com
Jason Blumberg   jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov
Paige Boldt   pboldt@wattsguerra.com, cwilson@wattsguerra.com
Ameneh Maria Bordi   ameneh.bordi@kirkland.com, leo.rosenberg@kirkland.com
Jason Borg   jborg@jasonborglaw.com
Mark Bostick   mbostick@wendel.com, bankruptcy@wendel.com
James L. Bothwell   jbothwell@hugueninkahn.com, jguzman@hugueninkahn.com
Peter R. Boutin   peter.boutin@kyl.com, lara.joel@kyl.com
Erin N. Brady   enbrady@jonesday.com
Gregory A. Bray   gbray@milbank.com
Michael D. Breslauer   mbreslauer@ecf.courtdrive.com, wyones@swsslaw.com
W. Steven Bryant   , molly.batiste-debose@lockelord.com
Chane Buck   cbuck@jonesday.com
Elizabeth J. Cabraser   ecabraser@lchb.com, awolf@lchb.com
Anthony P. Cali   anthony.cali@stinson.com, lindsay.petrowski@stinson.com
Peter C. Califano   pcalifano@cwclaw.com
Steven M. Campora   scampora@dbbwc.com, nlechuga@dbbwc.com
Leah E. Capritta   leah.capritta@hklaw.com, lori.labash@hklaw.com
Nicholas A. Carlin   nac@phillaw.com, rac@phillaw.com
Katherine Rose Catanese   kcatanese@foley.com
Jennifer Machlin Cecil   JCecil@winston.com, ECF_SF@winston.com
Barry A. Chatz   barry.chatz@saul.com, barry.chatz@gmail.com
Karen J. Chedister   kchedister@h-jlaw.com
Christina Lin Chen   christina.chen@morganlewis.com, christina.lin.chen@gmail.com
Richard A. Chesley   richard.chesley@dlapiper.com, bill.countryman@dlapiper.com
Kevin Chiu   kevin.chiu@bakerbotts.com, rory.fontenla@bakerbotts.com

**SERVED VIA ELECTRONIC SERVICE (ECF)**
(Continued)

Jacquelyn H. Choi   jchoi@raineslaw.com, bclark@raineslaw.com
Shawn M. Christianson   schristianson@buchalter.com
Robert N.H. Christmas   rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
Jae Angela Chun   ajc@chun.law, teresa@tosdallaw.com
Louis J. Cisz   lcisz@nixonpeabody.com
Alicia Clough   aclough@loeb.com
Tiffany Strelow Cobb   tscobb@vorys.com
John B. Coffman   john@johncoffman.net
Kevin G. Collins   kevin.collins@btlaw.com
Brian S. Conlon   bsc@phillaw.com, rac@phillaw.com
Charles Cording   ccording@willkie.com, mao@willkie.com
Manuel Corrales   mannycorrales@yahoo.com, hcskanchy@hotmail.com
Anne Costin   anne@costinlawfirm.com
Donald H. Cram   dhc@severson.com
Ashley Vinson Crawford   avcrawford@akingump.com, dkrasa-berstell@akingump.com
J. Russell Cunningham   rcunningham@dnlc.net, emehr@dnlc.net
Keith J. Cunningham   , rkelley@pierceatwood.com
Keith J. Cunningham   kcunningham@pierceatwood.com, rkelley@pierceatwood.com
James D. Curran   jcurran@wolkincurran.com, dstorms@wolkincurran.com
Tambra Curtis   tambra.curtis@sonoma-county.org, Kristin.whalley@sonoma-county.org
Ashleigh A. Danker   ashleigh.danker@dinsmore.com
James M. Davis   jdavis@cglaw.com
Nicolas De Lancie   ndelancie@jmbm.com
Judith A. Descalso   , jad_9193@ecf.courtdrive.com
Erin Elizabeth Dexter   edexter@milbank.com
Shounak S. Dharap   ssd@arnslaw.com, mec@arnslaw.com
Kathryn S. Diemer   kdiemer@diemerwei.com
Kathryn S. Diemer   kdiemer@diemerwhitman.com
John P. Dillman   houston_bankruptcy@publicans.com
Caroline R. Djang   caroline.djang@bbklaw.com, Sansanee.wells@bbklaw.com
Jonathan R. Doolittle   jdoolittle@reedsmith.com
Jennifer V. Doran   jdoran@hinckleyallen.com
Dustin M. Dow   ddow@bakerlaw.com, jmcguigan@bakerlaw.com
Jamie P. Dreher   jdreher@downeybrand.com
Todd Dressel   tdressel@mcguirewoods.com, JTabisaura@mcguirewoods.com
Geoffrey B. Dryvynsyde   gbd@cpuc.ca.gov, geoffrey.dryvynsyde@cpuc.ca.gov
Cecily Ann Dumas   cdumas@bakerlaw.com, hhammonturano@bakerlaw.com
Dennis F. Dunne   cprice@milbank.com, jbrewster@milbank.com
Dennis F. Dunne   ddunne@milbank.com, jbrewster@milbank.com
Huonganh Annie Duong   annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com
Luke N. Eaton   eatonl@pepperlaw.com, monugiac@pepperlaw.com
Kevin M. Eckhardt   keckhardt@hunton.com, candonian@huntonak.com
Joseph A. Eisenberg   JAE1900@yahoo.com
Michele Ellison   mellison@gibbsgiden.com, lrochelle@gibbsgiden.com
David Emerzian   , Melany.Hertel@mccormickbarstow.com
G. Larry Engel   larry@engeladvice.com
Krista M. Enns   kenns@beneschlaw.com

**SERVED VIA ELECTRONIC SERVICE (ECF)**
(Continued)

Scott Esbin    sesbin@esbinalter.com
Joseph M. Esmont    jesmont@bakerlaw.com
Michael P. Esser    michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com
Richard W. Esterkin    richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com
Michael S. Etkin    metkin@lowenstein.com
Jacob M. Faircloth    jacob.faircloth@smolsonlaw.com
Brett D. Fallon    bfallon@morrisjames.com, wweller@morrisjames.com
Michael C. Fallon    , manders@fallonlaw.net
Joana Fang    jf@kbklawyers.com, icd@kbklawyers.com
Joseph Kyle Feist    jfeistesq@gmail.com, info@norcallawgroup.net
David M. Feldman    DFeldman@gibsondunn.com
Matthew A. Feldman    mfeldman@willkie.com
Mark E. Felger    mfelger@cozen.com
James J. Ficenec    James.Ficenec@ndlf.com, caroline.pfahl@ndlf.com
John D. Fiero    jfiero@pszjlaw.com, ocarpio@pszjlaw.com
Kimberly S. Fineman    kfineman@nutihart.com, nwhite@nutihart.com
Stephen D. Finestone    sfinestone@fhlawllp.com
Timothy M. Flaherty    tflaherty@mpplaw.com
Daniel I. Forman    dforman@willkie.com
Jonathan Forstot    jonathan.forstot@troutman.com, john.murphy@troutman.com
Jonathan Forstot    , john.murphy@troutman.com
Matthew Hampton Foushee    hampton.foushee@hoganlovells.com, hfoushee@gmail.com
Carolyn Frederick    cfrederick@prklaw.com
Peter Friedman    pfriedman@omm.com
Roger F. Friedman    rfriedman@rutan.com, csolorzano@rutan.com
Xiyi Fu    jackie.fu@lockelord.com, taylor.warren@lockelord.com
Lars H. Fuller    lfuller@bakerlaw.com
Thomas M. Gaa    tgaa@bbslaw.com
Larry W. Gabriel    lgabriel@bg.law, nfields@bg.law
Gregg M. Galardi    gregg.galardi@ropesgray.com
Richard L. Gallagher    richard.gallagher@ropesgray.com
Craig Solomon Ganz    ganzc@ballardspahr.com, hartt@ballardspahr.com
Jeffrey K. Garfinkle    jgarfinkle@buchalter.com
Oscar Garza    ogarza@gibsondunn.com
Lisa S. Gast    lsg@dwgp.com, lmk@dwgp.com
Paul R. Gaus    paul.gaus@mccormickbarstow.com
Duane M. Geck    dmg@severson.com
Evelina Gentry    evelina.gentry@akerman.com, rob.diwa@akerman.com
Janet D. Gertz    jgertz@btlaw.com, amattingly@btlaw.com
Christopher Gessner    cgessner@akingump.com, NYMCO@akingump.com
R. Dale Ginter    dginter@downeybrand.com
Barry S. Glaser    bglaser@lkfirm.com
Paul R. Glassman    pglassman@sycr.com
Gabriel I. Glazer    gglazer@pszjlaw.com
Gabrielle Glemann    gabrielle.glemann@stoel.com, rene.alvin@stoel.com
Jaime Godin    Jtouchstone@fddcm.com
Matthew A. Gold    courts@argopartners.net
Eric D. Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
Craig Goldblatt    Craig.Goldblatt@wilmerhale.com, whdocketing@wilmerhale.com
Amy L. Goldman    goldman@lbbslaw.com

| 1  | **SERVED VIA ELECTRONIC SERVICE (ECF)** |
| 2  | (Continued) |
| 3  | |
| 4  | Eric S. Goldstein    egoldstein@goodwin.com |
|    | Rhonda Stewart Goldstein    Rhonda.Goldstein@ucop.edu, Lissa.Ly@ucop.edu |
| 5  | Richard H. Golubow    rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com |
|    | Michael J. Gomez    mgomez@frandzel.com, dmoore@frandzel.com |
| 6  | Michael W. Goodin    mgoodin@clausen.com, mgenova@clausen.com |
|    | Eric R. Goodman    egoodman@bakerlaw.com |
| 7  | Mark A. Gorton    mgorton@boutinjones.com, cdomingo@boutininc.com |
|    | Mark A. Gorton    mgorton@boutininc.com, cdomingo@boutininc.com |
| 8  | Michael I. Gottfried    MGottfried@elkinskalt.com, AAburto@elkinskalt.com |
|    | Louis Gottlieb    Lgottlieb@labaton.com, mpenrhyn@labaton.com |
| 9  | Eric A. Grasberger    eric.grasberger@stoel.com, docketclerk@stoel.com |
|    | Debra I. Grassgreen    dgrassgreen@pszjlaw.com, hphan@pszjlaw.com |
| 10 | Eric A. Gravink    eric@rhrc.net |
|    | Elizabeth A. Green    egreen@bakerlaw.com, orlbankruptcy@bakerlaw.com |
| 11 | Tracy Green    tgreen@wendel.com, bankruptcy@wendel.com |
|    | Mitchell B. Greenberg    mgreenberg@abbeylaw.com, mmeroney@abbeylaw.com |
| 12 | Matthew W. Grimshaw    matt@grimshawlawgroup.com, ecfmarshackhays@gmail.com |
|    | Stuart G. Gross    sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com |
| 13 | Carl L. Grumer    cgrumer@manatt.com, mchung@manatt.com |
|    | Elizabeth M. Guffy    eguffy@lockelord.com, autodocket@lockelord.com |
| 14 | Cameron Gulden    cameron.m.gulden@usdoj.gov |
|    | Mirco J. Haag    mhaag@buchalter.com, dcyrankowski@buchalter.com |
| 15 | Laurie Hager    lhager@sussmanshank.com |
|    | J. Noah Hagey    hagey@braunhagey.com, tong@braunhagey.com |
| 16 | Oren Buchanan Haker    oren.haker@stoel.com, rene.alvin@stoel.com |
|    | Kristopher M. Hansen    dmohamed@stroock.com, mmagzamen@stroock.com |
| 17 | Adam C. Harris    adam.harris@srz.com, james.bentley@srz.com |
|    | Robert G. Harris    rob@bindermalter.com |
| 18 | Christopher H. Hart    chart@nutihart.com, nwhite@nutihart.com |
|    | Bryan L. Hawkins    bryan.hawkins@stoel.com, Sharon.witkin@stoel.com |
| 19 | Jan M Hayden    jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com |
|    | Jennifer C. Hayes    jhayes@fhlawllp.com |
| 20 | Geoffrey A. Heaton    gheaton@duanemorris.com, dmicros@duanemorris.com |
|    | Alaina R. Heine    alaina.heine@dechert.com, brett.stone@dechert.com |
| 21 | Cristina A. Henriquez    chenriquez@mayerbrown.com |
|    | Stephen E. Hessler, P.C.    , jozette.chong@kirkland.com |
| 22 | Matthew Heyn    matthew.heyn@doj.ca.gov |
|    | Sean T. Higgins    aandrews@andrewsthornton.com, shiggins@andrewsthornton.com |
| 23 | Morgan R. Hirst    mhirst@jonesday.com, mmelvin@jonesday.com |
|    | Miriam E. Hiser    mhiser@hiserlaw.com |
| 24 | Michael R. Hogue    hoguem@gtlaw.com, navarrom@gtlaw.com |
|    | David Holtzman    david.holtzman@hklaw.com |
| 25 | Alexandra S. Horwitz    allie.horwitz@dinsmore.com |
|    | Marsha Houston    mhouston@reedsmith.com, hvalencia@reedsmith.com |
| 26 | Shane Huang    shane.huang@usdoj.gov |
|    | Brian D. Huben    hubenb@ballardspahr.com |
| 27 | Jonathan Hughes    , jane.rustice@aporter.com |
|    | Edward R. Huguenin    ehuguenin@hugueninkahn.com, jguzman@hugueninkahn.com |
|    | Michael A. Isaacs    Michael.Isaacs@dentons.com, Alissa.Worthing@dentons.com |
| 28 | Mark V. Isola    mvi@sbj-law.com |

Case: 19-30088    Doc# 7506-1    Filed: 05/22/20    Entered: 05/22/20 15:46:08    Page 6 of 17

63775063 v1-WorkSiteUS-035945/0001

**SERVED VIA ELECTRONIC SERVICE (ECF)**
(Continued)

J. Eric Ivester      Eric.Ivester@skadden.com, Andrea.Bates@skadden.com
J. Eric Ivester      , Andrea.Bates@skadden.com
Kizzy L. Jarashow     KJarashow@goodwinlaw.com, AFraticelliLouallen@goodwinlaw.com
Ivan C. Jen     ivan@icjenlaw.com
Monique Jewett-Brewster     mjb@hopkinscarley.com, eamaro@hopkinscarley.com
James O. Johnston     jjohnston@jonesday.com
Chris Johnstone     chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com
Andrew Jones     andrew@ajoneslaw.com
Gregory K. Jones     GJones@dykema.com, cacossano@dykema.com
Robert A. Julian     rjulian@bakerlaw.com, hhammonturano@bakerlaw.com
George H. Kalikman     gkalikman@schnader.com, sdavenport@schnader.com
Roberto J. Kampfner     rkampfner@whitecase.com, mco@whitecase.com
Bonnie E. Kane     bonnie@thekanelawfirm.com, skane@thekanelawfirm.com
Gary M. Kaplan     gkaplan@fbm.com, calendar@fbm.com
Robert B. Kaplan     rbk@jmbm.com
Eve H. Karasik     ehk@lnbyb.com
Michael G. Kasolas     trustee@kasolas.net, CA30@ecfcbis.com,ecf.alert+Kasolas@titlexi.com
Elyssa S. Kates     ekates@bakerlaw.com
Ori Katz     okatz@sheppardmullin.com, LSegura@sheppardmullin.com
William M. Kaufman     wkaufman@smwb.com
Jane G. Kearl     jkearl@watttieder.com, jbenton@watttieder.com
Tobias S. Keller     tkeller@kbkllp.com
Lynette C. Kelly     ustpregion17.oa.ecf@usdoj.gov
Matthew K. Kelsey     mkelsey@gibsondunn.com
Gerald P. Kennedy     gerald.kennedy@procopio.com, kristina.terlaga@procopio.com
Erica L. Kerman     ekerman@willkie.com
Samuel A. Khalil     skhalil@milbank.com, jbrewster@milbank.com
Samuel M. Kidder     skidder@ktbslaw.com
Marc Kieselstein     , carrie.oppenheim@kirkland.com
Jane Kim     jkim@kbkllp.com
Mary H. Kim     Mary.Kim@dechert.com, brett.stone@dechert.com
Kody D. L. Kleber     kkleber@bakerlaw.com, dmartinez@bakerlaw.com
Matthew Ryan Klinger     mklinger@sheppardmullin.com, DGatmen@sheppardmullin.com
Bradley C. Knapp     bknapp@lockelord.com, Yamille.Harrison@lockelord.com
Kelly V. Knight     kelly.knight@srz.com
Lydia Vanessa Ko     Lvko@stonelawoffice.com
Thomas F. Koegel     tkoegel@crowell.com
Katherine Kohn     kkohn@groom.com, ashahinllari@groom.com
Andy S. Kong     kong.andy@arentfox.com, Yvonne.Li@arentfox.com
Anna Kordas     akordas@jonesday.com, mmelvin@jonesday.com
Alan W. Kornberg     , akornberg@paulweiss.com
Bernard Kornberg     bjk@severson.com
David I. Kornbluh     dik@millermorton.com, mhr@millermorton.com
Lauren Kramer     lkramer@rjo.com
Jeffrey C. Krause     jkrause@gibsondunn.com
Thomas R. Kreller     tkreller@milbank.com
Lindsey E. Kress     lkress@lockelord.com, autodocket@lockelord.com
Hannah C. Kreuser     hkreuser@porterlaw.com, ooberg@porterlaw.com
Michael Thomas Krueger     michael.krueger@ndlf.com, Havilyn.lee@ndlf.com

**SERVED VIA ELECTRONIC SERVICE (ECF)**
(Continued)

Robert T. Kugler     robert.kugler@stinson.com
Boris Kukso     boris.kukso@usdoj.gov, western.taxcivil@usdoj.gov
Duane Kumagai     dkumagai@maynardcooper.com, Mshabpareh@maynardcooper.com
Brendan M. Kunkle     bkunkle@abbeylaw.com, lmeyer@abbeylaw.com
Alisa C. Lacey     alisa.lacey@stinson.com, karen.graves@stinson.com
Timothy S. Laffredi     timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov
Timothy S. Laffredi     timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov
Richard A. Lapping     rich@trodellalapping.com
Omeed Latifi     olatifi@theadlerfirm.com, kdeubler@theadlerfirm.com
John E. Lattin     jlattin@ostergar.com, cslovenec@ostergar.com
Paul J. Laurin     plaurin@btlaw.com, slmoore@btlaw.com
Michael Lauter     mlauter@sheppardmullin.com
Kenneth T. Law     klaw@bbslaw.com
Francis J. Lawall     lawallf@pepperlaw.com, henrys@pepperlaw.com
Andrew Michael Leblanc     ALeblanc@milbank.com
Erica Lee     Erica.Lee@doj.ca.gov
Scott Lee     scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com
Paul J. Leeds     leedsp@higgslaw.com
Edward J. Leen     eleen@mkbllp.com
Lisa Lenherr     llenherr@wendel.com, bankruptcy@wendel.com
Matthew A. Lesnick     matt@lesnickprince.com, jmack@lesnickprince.com
Bryn G. Letsch     bletsch@braytonlaw.com
David B. Levant     david.levant@stoel.com, rene.alvin@stoel.com
Andrew H. Levin     alevin@wcghlaw.com
David Levine     dnl@groom.com
Marc A. Levinson     Malevinson@orrick.com, casestream@ecf.courtdrive.com
Dara Levinson Silveira     dsilveira@kbkllp.com
Alexander James Demitro Lewicki     kdiemer@diemerwei.com
Alexander James Demitro Lewicki     alewicki@diemerwei.com
William Thomas Lewis     wtl@roblewlaw.com, kimwrenn@msn.com
William S. Lisa     , jcaruso@nixonpeabody.com
William S. Lisa     wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com
Jonathan A. Loeb     jon.loeb@bingham.com
Michael B. Lubic     michael.lubic@klgates.com
John William Lucas     jlucas@pszjlaw.com, ocarpio@pszjlaw.com
Joseph R. Lucia     PersonallnjuryGroup@RLSlawyers.com
Jane Luciano     jane-luciano@comcast.net
Kerri Lyman     klyman@irell.com
Carissa A. Lynch     Carissa.Lynch@ftb.ca.gov, Martha.Gehrig@ftb.ca.gov
John H. MacConaghy     macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com
Iain A. Macdonald     iain@macfern.com, ecf@macfern.com
Tracy L. Mainguy     tmainguy@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
Samuel R. Maizel     samuel.maizel@dentons.com, alicia.aguilar@dentons.com
Adam Malatesta     adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com
Katharine Malone     malonek@gtlaw.com
Liam K. Malone     malone@oles.com, shahin@oles.com
Michael W. Malter     michael@bindermalter.com
Craig Margulies     cmargulies@margulies-law.com, lsalazar@margulies-law.com

**SERVED VIA ELECTRONIC SERVICE (ECF)**
(Continued)

Geoffrey E. Marr    gemarr59@hotmail.com
Richard A. Marshack    rmarshack@marshackhays.com, rmarshack@ecf.courtdrive.com
Catherine Martin    cmartin@simon.com, rtucker@simon.com;bankruptcy@simon.com
Laila Masud    lmasud@marshackhays.com, lmasud@ecf.courtdrive.com
David P. Matthews    jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com
Patrick C. Maxcy    patrick.maxcy@snrdenton.com
Benjamin P. McCallen    bmccallen@willkie.com
Thomas E. McCurnin    tmccurnin@bkolaw.com, kescano@bkolaw.com
Hugh M. McDonald    hugh.mcdonald@troutman.com, john.murphy@troutman.com
Hugh M. McDonald    , john.murphy@troutman.com
C. Luckey McDowell    Luckey.McDowell@Shearman.com
Matthew D. McGill    MMcGill@gibsondunn.com
Melissa C. McLaughlin    mcmclaughlin@venable.com, ataylor@venable.com
Scott H. McNutt    SMcNutt@ml-sf.com, csnell@ml-sf.com
Thomas Melone    Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com
Peter Meringolo    peter@pmrklaw.com
Frank A. Merola    lacalendar@stroock.com, mmagzamen@stroock.com
Jennifer L. Mersing    jennifer.mersing@stoel.com, lisa.petras@stoel.com
Joshua M. Mester    jmester@jonesday.com
Matthew D. Metzger    belvederelegalecf@gmail.com
Merle C. Meyers    mmeyers@mlg-pc.com
Randy Michelson    randy.michelson@michelsonlawgroup.com
Gerardo Mijares-Shafai    Gerardo.Mijares-Shafai@arnoldporter.com, kenneth.anderson@arnoldporter.com
Joel S. Miliband    jmiliband@brownrudnick.com
Joseph G. Minias    jminias@willkie.com
M. David Minnick    dminnick@pillsburylaw.com, docket@pillsburylaw.com
Benjamin Mintz    benjamin.mintz@arnoldporter.com, valerie.foley@arnoldporter.com
Nancy Mitchell    nmitchell@omm.com
Thomas C. Mitchell    tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com
John A. Moe    john.moe@dentons.com, glenda.spratt@dentons.com
Aaron J. Mohamed    ajm@brereton.law, aaronmohamedlaw@gmail.com
Kevin Montee    kmontee@monteeassociates.com
David W. Moon    lacalendar@stroock.com, mmagzamen@stroock.com
Diane Marger Moore    dmargermoore@baumhedlundlaw.com
Erika L. Morabito    emorabito@foley.com, hsiagiandraughn@foley.com
Candace J. Morey    cjm@cpuc.ca.gov
Courtney L. Morgan    morgan.courtney@pbgc.gov
Kimberly S. Morris    kmorris@bakerlaw.com, hhammonturano@bakerlaw.com
Rodney Allen Morris    Rodney.Morris2@usdoj.gov
Joshua D. Morse    Joshua.Morse@dlapiper.com, joshua-morse-0092@ecf.pacerpro.com
Andrew H. Morton    andrew.morton@stoel.com, lisa.petras@stoel.com
Thomas G. Mouzes    tmouzes@boutinjones.com, cdomingo@boutininc.com
Peter S. Munoz    pmunoz@reedsmith.com, gsandoval@reedsmith.com
Bennett J. Murphy    bmurphy@bennettmurphylaw.com
Michael S. Myers    myersms@ballardspahr.com
Alan I. Nahmias    anahmias@mbnlawyers.com, jdale@mbnlawyers.com
David L. Neale    dln@lnbrb.com
David L. Neale    dln@lnbyb.com

**SERVED VIA ELECTRONIC SERVICE (ECF)**
(Continued)

David Neier     dneier@winston.com
Brittany J. Nelson     bnelson@foley.com, hsiagiandraughn@foley.com
Michael S. Neumeister     MNeumeister@gibsondunn.com
Howard S. Nevins     hnevins@hsmlaw.com
Melissa T. Ngo     ngo.melissa@pbgc.gov, efile@pbgc.gov
Mario R. Nicholas     mario.nicholas@stoel.com, cherie.clark@stoel.com
Sean Nolan     snolan@akingump.com, NYMCO@akingump.com
Gregory C. Nuti     gnuti@nutihart.com, nwhite@nutihart.com
Abigail O'Brient     aobrient@mintz.com, docketing@mintz.com
Julie E. Oelsner     joelsner@weintraub.com, bjennings@weintraub.com
Office of the U.S. Trustee / SF     USTPRegion17.SF.ECF@usdoj.gov
Aron M. Oliner     roliner@duanemorris.com, dmicros@duanemorris.com
Matthew Jon Olson     matt@macfern.com, stell.laura@dorsey.com
Scott Olson     solson@vedderprice.com, nortega@vedderprice.com
Steven M. Olson     smo@smolsonlaw.com
Aram Ordubegian     Ordubegian.Aram@ArentFox.com
Keith C. Owens     kowens@venable.com, bclark@venable.com;khoang@venable.com
Gabriel Ozel     , gabeozel@gmail.com
Margarita Padilla     Margarita.Padilla@doj.ca.gov
Amy S. Park     amy.park@skadden.com, alissa.turnipseed@skadden.com
Donna Taylor Parkinson     donna@parkinsonphinney.com
Peter S. Partee     ppartee@huntonak.com, candonian@huntonak.com
Paul J. Pascuzzi     ppascuzzi@ffwplaw.com, docket@ffwplaw.com
Kenneth Pasquale     , mlaskowski@stroock.com
Charles Scott Penner     penner@carneylaw.com, caragol@carneylaw.com
Valerie Bantner Peo     vbantnerpeo@buchalter.com
Yosef Peretz     , skim@peretzlaw.com
Thomas R. Phinney     tom@parkinsonphinney.com
R. Alexander Pilmer     alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
M. Ryan Pinkston     rpinkston@seyfarth.com, jmcdermott@seyfarth.com
Estela O. Pino     epino@epinolaw.com, rmahal@epinolaw.com
Gregory Plaskett     GREGORY.PLASKETT@GMAIL.COM, HKHAPPYGRL1@GMAIL.COM
Mark D. Plevin     mplevin@crowell.com
Steven G. Polard     spolard@eisnerlaw.com
Mark D. Poniatowski     ponlaw@ponlaw.com
Cara M. Porter     Cara.Porter@doj.ca.gov, Taryn.Lovett@doj.ca.gov
William L. Porter     bporter@porterlaw.com, Ooberg@porterlaw.com
Christopher E. Prince     cprince@lesnickprince.com
Douglas B. Provencher     dbp@provlaw.com
Stacey C. Quan     squan@steyerlaw.com, pspencer@steyerlaw.com
Amy C. Quartarolo     amy.quartarolo@lw.com
Lary Alan Rappaport     lrappaport@proskauer.com, PHays@proskauer.com
Justin E. Rawlins     justinrawlins@paulhastings.com
Hugh M. Ray     hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com
Paul F. Ready     smeyer@farmerandready.com
Caroline A. Reckler     caroline.reckler@lw.com
David M. Reeder     david@reederlaw.com, secretary@reederlaw.com
Steven J. Reisman     sreisman@katten.com, nyc.bknotices@kattenlaw.com

**SERVED VIA ELECTRONIC SERVICE (ECF)**
(Continued)

Jeffrey M. Reisner    jreisner@irell.com
Jack A. Reitman    , srichmond@lgbfirm.com
Emily P. Rich    erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
David J. Richardson    drichardson@bakerlaw.com, aagonzalez@bakerlaw.com
Christopher O. Rivas    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
David B. Rivkin    drivkin@bakerlaw.com, jmeeks@bakerlaw.com
John R. Rizzardi    kcoselman@cairncross.com, tnguyen@cairncross.com
Daniel Robertson    robertson.daniel@pbgc.gov, efile@pbgc.gov
Lacey E. Rochester    lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com
Michael Rogers    mrogers@lambertrogers.com, jan@lambertrogers.com
Julie H. Rome-Banks    julie@bindermalter.com
Jorian L. Rose    jrose@bakerlaw.com
Laurence M. Rosen    lrosen@rosenlegal.com, zstanco@rosenlegal.com
Paul M. Rosenblatt    prosenblatt@kilpatricktownsend.com, mwilliams@kilpatricktownsend.com
David A. Rosenzweig    david.rosenzweig@nortonrosefulbright.com, thomas.burns@nortonrossefulbright.com
Allan Robert Rosin    arrosin@alr-law.com
Jay M. Ross    jross@hopkinscarley.com, eamaro@hopkinscarley.com
Gregory A. Rougeau    grougeau@brlawsf.com
Stacy H. Rubin    rubins@ballardspahr.com, BKTDocket_West@ballardspahr.com
Jason C. Rubinstein    jrubinstein@fklaw.com, mclerk@fklaw.com
Nathan Q. Rugg    nathan.rugg@bfkn.com, jean.montgomery@bfkn.com
Thomas B. Rupp    trupp@kbkllp.com
Eric E. Sagerman    esagerman@bakerlaw.com
Robert Sahyan    rsahyan@sheppardmullin.com, JNakaso@sheppardmullin.com
Gregory M. Salvato    gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com
Jonathan C. Sanders    jsanders@stblaw.com
Nanette D. Sanders    nanette@ringstadlaw.com, becky@ringstadlaw.com
Natalie Kathleen Sanders    natalie.sanders@bakerbotts.com
Lovee Sarenas    Lovee.sarenas@lewisbrisbois.com
Sunny S. Sarkis    sunny.sarkis@stoel.com, dawn.forgeur@stoel.com
Patricia Savage    psavesq@gmail.com, jodi.savage@gmail.com
Sblend A. Sblendorio    sas@hogefenton.com
Francis O. Scarpulla    fos@scarpullalaw.com, cpc@scarpullalaw.com
Daren M Schlecter    daren@schlecterlaw.com, info@schlecterlaw.com
Bradley R. Schneider    bradley.schneider@mto.com, jeffrey.wu@mto.com
Harvey S. Schochet    Harveyschochet@dwt.com
Nathan A. Schultz    nschultz@goodwinlaw.com, kjarashow@goodwinlaw.com
Lisa Schweitzer    lschweitzer@cgsh.com
Eric J. Seiler    eseiler@fklaw.com, mclerk@fklaw.com
David B. Shemano    dshemano@pwkllp.com
James A. Shepherd    jim@jsheplaw.com, shepIGN@gmail.com
Leonard M. Shulman    lshulman@shbllp.com
Andrew I. Silfen    andrew.silfen@arentfox.com
Wayne A. Silver    w_silver@sbcglobal.net, ws@waynesilverlaw.com
Craig S. Simon    csimon@bergerkahn.com, aketcher@bergerkahn.com
Gerald Singleton    gerald@slffirm.com, BKECFCANB@SLFfirm.com
Steven J. Skikos    sskikos@skikos.com, mmontoya@skikos.com
Michael K. Slattery    mslattery@lkfirm.com, rramirez@lkfirm.com

**SERVED VIA ELECTRONIC SERVICE (ECF)**
(Continued)

Dania Slim — dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com
Jennifer N. Slocum — jennifer.slocum@stoel.com, docketclerk@stoel.com
Aaron C. Smith — asmith@lockelord.com, autodocket@lockelord.com
Alan D. Smith — adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com
Jan D. Sokol — jdsokol@lawssl.com, dwright@lawssl.com
Randye B. Soref — rsoref@polsinelli.com
Joseph Sorkin — jsorkin@akingump.com, NYMCO@akingump.com
Bennett L. Spiegel — blspiegel@jonesday.com
Michael St. James — ecf@stjames-law.com
Diane C. Stanfield — diane.stanfield@alston.com, nelly.villaneda@alston.com
Howard J. Steinberg — steinbergh@gtlaw.com, pearsallt@gtlaw.com
Harriet A. Steiner — harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com
Lillian G. Stenfeldt — lillian.stenfeldt@rimonlaw.com, jon.arneson@sedgwicklaw.com
Lillian G. Stenfeldt — lillian.stenfeldt@sdma.com, jon.arneson@sedgwicklaw.com
Cheryl L. Stengel — clstengel@outlook.com, stengelcheryl40@gmail.com
David M. Stern — dstern@ktbslaw.com
Geoffrey S. Stewart — gstewart@jonesday.com, mmelvin@jonesday.com
Alan J. Stone — AStone@milbank.com, DMcCracken@Milbank.com
Jason D. Strabo — jstrabo@mwe.com, shill@mwe.com
Michael H. Strub — mstrub@irell.com, mhstrub1@gmail.com
Rebecca Suarez — rsuarez@crowell.com
Brad T. Summers — summerst@lanepowell.com, docketing-pdx@lanepowell.com
Kristine Theodesia Takvoryan — ktakvoryan@ckrlaw.com
Derrick Talerico — dtalerico@ztlegal.com, sfritz@ztlegal.com
Kesha Tanabe — kesha@tanabelaw.com
Mary Ellmann Tang — mtang@frenchlyontang.com, nblackwell@frenchlyontang.com
Elizabeth Lee Thompson — ethompson@stites.com, docketclerk@stites.com
John C. Thornton — jct@andrewsthornton.com, aandrews@andrewsthornton.com
Elisa Tolentino — cao.main@sanjoseca.gov
Meagan S. Tom — Meagan.tom@lockelord.com, autodocket@lockelord.com
Edward J. Tredinnick — etredinnick@greeneradovsky.com
Matthew Jordan Troy — matthew.troy@usdoj.gov
Michael Tye — Michael.Tye@usdoj.gov
Gary D. Underdahl — gunderdahl@askllp.com, lmiskowiec@askllp.com
Andrew Van Ornum — avanornum@vlmglaw.com, hchea@vlmglaw.com
Shmuel Vasser — shmuel.vasser@dechert.com, brett.stone@dechert.com
Victor A. Vilaplana — vavilaplana@foley.com, rhurst@foley.com
Marta Villacorta — marta.villacorta@usdoj.gov
Carol C. Villegas — cvillegas@labaton.com, NDonlon@labaton.com
John A. Vos — InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
Bao M. Vu — bao.vu@stoel.com, sharon.witkin@stoel.com
Nicholas Wagner — kschemen@wagnerjones.com, bwagner@wagnerjones.com
Jonathan D. Waisnor — jwaisnor@willkie.com, mao@willkie.com
Riley C. Walter — ecf@W2LG.com
Phillip K. Wang — phillip.wang@rimonlaw.com
Philip S. Warden — philip.warden@pillsburylaw.com, kathy.stout@pillsburylaw.com
Mikal C. Watts — mcwatts@wattsguerra.com, cwilson@wattsguerra.com
Lindsi M. Weber — lweber@polsinelli.com, yderac@polsinelli.com
Joseph M. Welch — jwelch@buchalter.com, dcyrankowski@buchalter.com

**SERVED VIA ELECTRONIC SERVICE (ECF)**
(Continued)

David Walter Wessel    DWessel@efronlawfirm.com, hporter@chdlawyers.com
Joseph West    westjoseph@earthlink.net, josephw998@gmail.com
Drew M. Widders    dwidders@wilcoxenlaw.com, nina@wilcoxenlaw.com
Jason P. Williams    , maryanne@wplgattorneys.com
Eric R. Wilson    kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com
Kimberly S. Winick    kwinick@clarktrev.com, knielsen@clarktrev.com
Rebecca J. Winthrop    rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonrosefulbright.com
David Wirt    david.wirt@hklaw.com, denise.harmon@hklaw.com
Ryan A. Witthans    rwitthans@fhlawllp.com
Risa Lynn Wolf-Smith    rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com
Douglas Wolfe    dwolfe@asmcapital.com
Andrea Wong    wong.andrea@pbgc.gov, efile@pbgc.gov
Christopher Kwan Shek Wong    christopher.wong@arentfox.com
David A. Wood    dwood@marshackhays.com, lbuchanan@marshackhays.com
Kirsten A. Worley    kw@wlawcorp.com, admin@wlawcorp.com
Kinga Wright    kinga.wright@lockelord.com, autodocket@lockelord.com
Antonio Yanez    ayanez@willkie.com
Cathy Yanni    cathy@cathyyanni.com, pstrunk@browngreer.com
Andrew Yaphe    andrew.yaphe@davispolk.com, pge.dpw.routing@davispolk.com
Tacie H. Yoon    tyoon@crowell.com
Bennett G. Young    byoung@jmbm.com, jb8@jmbm.com
Christopher L. Young    cyoung@cairncross.com, nspringstroh@cairncross.com
Nicole M. Zeiss    nzeiss@labaton.com
Paul H. Zumbro    mao@cravath.com
Brittany Zummer    bzummer@theadlerfirm.com, nfournier@theadlerfirm.com
Dario de Ghetaldi    deg@coreylaw.com, lf@coreylaw.com

**ADDITIONAL SERVICE INFORMATION (if needed):**
*SERVED VIA EMAIL*

| | |
|---|---|
| **Weil, Gotshal & Manges**<br><br>Matthew Goren x<br>Stephen Karotkin x<br>Jessica Liou x<br>Tom Schinckel | Counsel to Debtors:<br><br>Email: matthew.goren@weil.com<br>Email: stephen.karotkin@weil.com<br>Email: jessica.liou@weil.com<br>Email: tom.schinckel@weil.com |
| **Cravath, Swaine & Moore LLP**<br><br>Paul H. Zumbro<br>Kevin J. Orsini<br>George E. Zobitz<br>Stephen M. Kessing<br>Nicholas A. Dorsey<br>Omid H. Nasab | Special Counsel to Debtors:<br><br>Email: pzumbro@cravath.com<br>Email: korsini@cravath.com<br>Email: jzobitz@cravath.com<br>Email: skessing@cravath.com<br>Email: ndorsey@cravath.com<br>Email: onasab@cravath.com |
| **Keller Benvenutti Kim LLP**<br><br>Tobias S. Keller | Counsel to Debtors:<br><br>Email: tkeller@kbkllp.com |
| Office of the United States Trustee:<br><br>James L. Snyder, Esq.<br>Timothy Lafreddi<br>Marta E. Villacorta | U.S. Trustee:<br><br>Email: James.L.Snyder@usdoj.gov<br>Email: timothy.s.laffredi@usdoj.gov<br>Email: Marta.Villacorta@usdoj.gov |
| **Baker and Hostetler LLP**<br><br>Robert A. Julian<br>Cecily Ann Dumas<br>Lauren T. Attard<br>David J. Richardson<br>Eric E. Sagerman | Counsel For The Official Committee Of Tort Claims:<br><br>Email: rjulian@bakerlaw.com<br>Email: cdumas@bakerlaw.com<br>Email: lattard@bakerlaw.com<br>Email: drichardson@bakerlaw.com<br>Email: esagerman@bakerlaw.com |
| **Milbank, LLP**<br><br>Dennis F. Dunne<br>Samuel A. Khalil<br>Gregory A. Bray<br>Thomas R. Kreller<br>Alan J. Stone<br>Samir Vora | Counsel For The Official Committee Of Unsecured Creditors:<br><br>Email: ddunne@milbank.com<br>Email: skhalil@milbank.com<br>Email: gbray@milbank.com<br>Email: tkreller@milbank.com<br>Email: AStone@milbank.com<br>Email: svora@milbank.com |

**ADDITIONAL SERVICE INFORMATION (if needed):**
*SERVED VIA EMAIL*

| | |
|---|---|
| **Stroock & Stoock & Lavan LLP**<br><br>Kristopher M. Hansen<br>Erez E. Gilad<br>Matthew G. Garofalo<br>Frank A. Merola | Counsel for the administrative agent under the Debtors' debtor in possession financing facilities<br><br>Email:  khansen@stroock.com<br>Email:  egilad@stroock.com<br>Email:  mgarofalo@stroock.com<br>Email : fmerola@stroock.com |
| **Davis Polk & Wardwell LLP**<br><br>Eli J. Vonnegut<br>David Schiff<br>Timothy Graulich | Counsel for the agent under the Debtors' proposed debtor in possession financing facilities<br><br>Email:  eli.vonnegut@davispolk.com<br>Email:  david.schiff@davispolk.com<br>Email:  timothy.graulich@davispolk.com |
| **Paul, Weiss, Rifkind, Wharton & Garrison LLP**<br><br>Alan W. Kornberg<br>Brian S. Hermann<br>Walter R. Rieman<br>Sean A. Mitchell<br>Neal P. Donnelly | Counsel to California Public Utilities Commission<br><br>Email:  akornberg@paulweiss.com<br>Email:  bhermann@paulweiss.com<br>Email:  wrieman@paulweiss.com<br>Email:  smitchell@paulweiss.com<br>Email:  ndonnelly@paulweiss.com |
| **U.S. Department of Justice**<br><br>Danielle A. Pham | Interested Party United States on behalf of the Federal Energy Regulatory Commission<br><br>Email:  danielle.pham@usdoj.gov |
| **Jones Day**<br><br>Bruce S. Bennett<br>Joshua M. Mester<br>James O. Johnston,\ | PG&E Shareholders<br><br>bbennett@jonesday.com<br>jmester@jonesday.com<br>jjohnston@jonesday.com |
| **Akin Gump Strauss Hauer & Feld LLP**<br><br>Ashley Vinson Crawford | Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company<br><br>Email:  vcrawford@akingump.com |

**ADDITIONAL SERVICE INFORMATION (if needed):**
*SERVED VIA EMAIL*

| | |
|---|---|
| **Akin Gump Strauss Hauer & Feld LLP**<br><br>Michael S. Stamer<br>Ira S. Dizengoff<br>David H. Botter | Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company<br><br>Email: mstamer@akingump.com<br>Email: idizengoff@akingump.com<br>Email: dbotter@akingump.com |
| **Braunhagey & Borden LLP**<br><br>J. Noah Hagey<br>Jeffrey M. Theodore<br>David H. Kwasniewski<br>Andrew Levine | Co-Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company<br><br>Email: hagey@braunhagey.com<br>Email: theodore@braunhagey.com<br>Email: kwasniewski@braunhagey.com<br>Email: levine@braunhagey.com |
| **Willkie Farr & Gallagher LLP**<br><br>Matthew A. Feldman<br>Joseph G. Minias<br>Daniel I. Forman<br>Benjamin P. McCallen<br>Antonio Yanez, Jr.<br>Erica L. Kerman<br>Jonathan D. Waisnor<br>Matthew Freimuth | Counsel for Ad Hoc Group of Subrogation Claim Holders<br><br>Email: mfeldman@willkie.com<br>Email: jminias@willkie.com<br>Email: dforman@willkie.com<br>Email: bmccallen@willkie.com<br>Email: ayanez@willkie.com<br>Email: ekerman@willkie.com<br>Email: jwaisnor@willkie.com<br>Email: mfreimuth@willkie.com |
| **Diemer & Wei, LLP**<br><br>Kathryn S. Diemer | Counsel for Ad Hoc Group of Subrogation Claim Holders<br><br>Email: kdiemer@diemerwei.com |
| **U.S. Nuclear Regulatory Commission**<br><br>Anita Ghosh Naber | U.S. Nuclear Regulatory Commission<br><br>Email: anita.ghoshnaber@nrc.gov |

**ADDITIONAL SERVICE INFORMATION (if needed):**
*SERVED VIA EMAIL*

Emails: