Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA 94111-2806
Telephone:    415.659.2600
Facsimile:     415.659.2601
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
David J. Richardson (SBN 168592)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone:    310.820.8800
Facsimile:     310.820.8859
Email: esagerman@bakerlaw.com
Email: drichardson@bakerlaw.com
Email: lattard@bakerlaw.com

Elizabeth A. Green (*pro hac vice*)
BAKER & HOSTETLER LLP
200 South Orange Avenue, Suite 2300
Orlando, FL 32801
Telephone:    407.649.4036
Facsimile:     407.841.0168
Email: egreen@bakerlaw.com

*Counsel to the Official Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>    **-and-**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                        **Debtors.**<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS RE: CONSOLIDATED DESIGNATION OF: (1) REPLY EXHIBITS; (2) WITNESSES; (3) SPEAKING ATTORNEYS; (4) OUTSTANDING CONFIRMATION ISSUES FOR CONFIRMATION HEARING; AND (5) EXHIBITS TO BE USED AT CONFIRMATION HEARING**<br><br>Date:     May 27, 2020<br>Time:    10:00 a.m. (Pacific Time)<br>Place:   **Telephonic Appearances Only**<br>          United States Bankruptcy Court<br>          Courtroom 17, 16th Floor<br>          San Francisco, CA 94102 |

The Official Committee of Tort Claimants (the "**TCC**") hereby files this Notice listing its designations for the confirmation hearing to commence on May 27, 2020, of the Debtors' Joint Chapter 11 Plan of Reorganization dated March 6, 2020, pertaining to: (i) reply brief exhibits; (ii) witnesses; (iii) speaking attorneys; and (iv) outstanding confirmation issues to be resolved at trial.

The exhibits designated in this notice are in addition to those designated in the notice filed by the TCC on May 18, 2020 [Dkt. No. 7408].

## I. Designation of Reply Brief Exhibits For Confirmation Hearing

1. The signature page to the First Amendment to Restructuring Support Agreement, signed by Francis Scarpulla, that is Exhibit A to the Declaration of Lauren T. Attard, filed on May 22, 2020.

## II. Designation of Witnesses for Confirmation Hearing

1. Brent Williams
   Email: BWilliams@lincolninternational.com

Mr. Williams' testimony will pertain solely to the matters raised in his Declaration filed on May 15, 2020 [Dkt. No. 7326], unless this Court accepts the invitation of some plan objections to conduct an estimation trial, in which case the TCC may offer additional testimony from Mr. Williams.

<u>Reservation of Rights</u>: Several objections to plan confirmation have raised issues that are not proper issues for a plan confirmation hearing, and therefore the TCC has refrained from designating witnesses for such issues at this time. For example, GER Hospitality, LLC, has filed an objection (the "**GER Objection**") that seeks to revisit this Court's order pursuant to F.R.B.P. 9019 (the "**9019 Order**") approving the TCC's settlement with the Debtors that established Plan treatment for Fire Victim Claims, and also seeks to inquire into the decisions made by the TCC in connection with that settlement. The TCC contends that such issues are not properly raised in a plan confirmation trial, as this Court's 9019 Order is a final and binding order. If, however, this Court decides to entertain such issues as part of the plan confirmation trial, the TCC reserves all rights to designate witnesses relevant to such an inquiry, including witnesses from the noteholder

creditors group discussed in the GER Objection and their principals, the counsel for GER Hospitality, LLC, experts pertaining to valuation issues, and such other witnesses whose testimony would be necessary to the valuation trial or inquiry into the TCC's decisions that are sought by the GER Objection.

### III. Designation of Speaking Attorneys for Confirmation Hearing

1. Robert A. Julian
   Email: rjulian@bakerlaw.com

2. Elizabeth A. Green
   Email: egreen@bakerlaw.com

3. Cecily A. Dumas
   Email: cdumas@bakerlaw.com

4. David J. Richardson
   Email: drichardson@bakerlaw.com

5. Lauren T. Attard
   Email: lattard@bakerlaw.com

6. John H. MacConaghy
   Email: macclaw@macbarlaw.com

In addition, the following counsel to TCC members will speak on behalf of their individual clients:

   a. Frank Pitre
      Email: FPitre@cpmlegal.com

   b. Michael Kelly
      Email: mkelly@WalkupLawOffice.com

   c. Steve Campora
      Email: scampora@dbbwc.com

   d. Khaldoun Baghdadi
      Email: kbaghdadi@WalkupLawOffice.com

### IV. Outstanding Issues for Confirmation Hearing

1. Calculation of Normalized Estimated Net Income (discussions pending);

2. Negotiation of Registration Rights Agreement (discussions pending);

3. The Debtors' Schedule of Assigned Rights and Causes of Action (discussions pending);

1. 4. The Debtors' Schedule of Retained Rights and Causes of Action (discussions pending); and

2. 5. Changed definition of Subrogation Wildfire Claim in Plan (pending Court's ruling on language in Trust Agreement).

**V.    Designation of Exhibits to be Used at Confirmation Hearing**

All Exhibits listed in the TCC's Notice of the Official Committee of Tort Claimants re: Designation of Exhibits for Confirmation Hearing, filed on May 18, 2020 as Dkt. No. 7408, including:

**Declaration of David J. Richardson**

All documents that are filed as exhibits to the Declaration of David J. Richardson, filed in this Court on May 15, 2020, as Dkt. No. 7322.

A. The *Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 for Entry of an Order (I) Authorizing the Debtors and TCC to Enter into Restructuring Support Agreement with the TCC, Consenting Fire Claimant Professionals, and Shareholder Proponents, and (II) Granting Related Relief* [Bankr. Dkt. 5038] (the "**Settlement Motion**"), which attaches as Dkt. 5038-1 a true and correct copy of the *Restructuring Support Agreement* dated December 6, 2019, between the TCC, the Debtors, certain law firms representing individuals holding approximately 70% in number of the prepetition fire claims filed against the Debtors (the "**Consenting Fire Claimant Professionals**"), and certain funds and accounts managed by Abrams Capital Management, LP and Knighthead Capital Management, LLP (the "**Shareholder Proponents**") (the "**RSA**"), ECF-marked pages 40-52 of which are the Term Sheet that establishes the original terms of the parties' settlement under the RSA (the "**Settlement**");

B. The *First Amendment to Restructuring Support Agreement* [Dkt. 5143], dated December 16, 2019;

C. The *Order Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 for Entry of an Order (I) Authorizing the Debtors and TCC to Enter into*

*Restructuring Support Agreement with the TCC, Consenting Fire Claimant Professionals, and Shareholder Proponents, and (II) Granting Related Relief* [Dkt. No. 5174], entered December 19, 2019;

D. The *Debtors' Motion Pursuant to 11 U.S.C. §§ 105 and 363 and Fed. R. Bankr. P. 9019 for Entry of an Order (I) Approving Case Resolution Contingency Process and (II) Granting Related Relief* [Bankr. Dkt. 6398], filed on March 20, 2020;

E. The *Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 for Entry of an Order (I) Authorizing the Debtors to Enter into Restructuring Support Agreement with the Consenting Subrogation Claimholders, (II) Approving the Terms of Settlement with such Consenting Subrogation Claimholders, including the Allowed Subrogation Claim Amount, and (III) Granting Related Relief* filed in the Cases on September 24, 2019 [Bankr. Dkt. 3992] and Exhibit A thereto, which is the Restructuring Support Agreement dated on or about September 24, 2019, between certain Consenting Creditors and the Debtors [Bankr. Dkt. 3992-1];

F. The *Declaration of Homer Parkhill in Support of the Ad Hoc Group of Subrogation Claim Holders' Statement in Support of the Subrogation Settlement and RSA Motion*, filed in the Bankruptcy Court on October 21, 2019 [Bankr. Dkt. 4348-2];

G. This Court's *Amended Order Pursuant to 11 U.S.C. §§ 105 and 363 and Fed. R. Bankr. P. 9019 (I) Approving Case Resolution Contingency Process and (II) Granting Related Relief* [Dkt. No. 6937], entered April 24, 2020;

H. The *Debtors' Second Amended Motion for Entry of Orders (I) Approving Terms of, and Debtors' Entry into and Performance Under, Equity Backstop Commitment Letters, (II) Approving Terms of, and Debtors' Entry into and Performance Under, Debt Financing Commitment Letters and (III) Authorizing Incurrence, Payment and Allowance of Related Fees and/or Premiums, Indemnities, Costs and Expenses as Administrative Expense Claims* filed in the Debtors' Cases on March 2, 2020 [Dkt. 6013];

Baker & Hostetler LLP
Attorneys at Law
San Francisco

I. The *Notice of Filing of Plan Supplement in Connection with Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 6, 2020*, filed on March 6, 2020 [Dkt. No. 7037], and all exhibits thereto;

J. The *Debtors' Joint Chapter 11 Plan of Reorganization dated November 4, 2019*, filed in the Debtors' Cases on November 4, 2019 [Dkt. No. 4563];

K. This Court's *Order Pursuant to 11 U.S.C. §§ 502(b)(9) and 105(a), Fed. R. Bankr. P. 2002, 3003(c)(3), 5005, and 9007, and L.B.R. 3003-1 (I) Establishing Deadline for Filing Proofs of Claim, (II) Establishing the Form and Manner of Notice Thereof, and (III) Approving Procedures for Providing Notice of Bar Date and Other Information to All Creditors and Potential Creditors*, filed and entered in the Debtors' Cases on July 1, 2019 [Dkt. No. 2806];

L. This Court's *Order Extending Bar Date for Fire Claimants and Appointing Claims Representative*, filed and entered in the Debtors' Cases on November 11, 2019 [Dkt. No. 4672]

M. A letter brief filed with this Court on April 29, 2020 [Dkt. No. 6982] by counsel for the Public Employees Retirement Association of New Mexico;

N. A letter brief filed with this Court on May 1, 2020 [Dkt. No. 7048], by counsel for the Debtors;

O. The Transcript of Proceedings before the Honorable Dennis Montali, United States Bankruptcy Judge, in Case 19-30088, on May 6, 2020, at 1:30 p.m.; and

P. A Press Release issued by the California Public Utilities Commission, dated May 7, 2020, entitled "CPUC Penalized PG&E $2 billion for 2017 and 2018 Wildfires."

**Declaration of Jerry R. Bloom**

All documents that are filed as exhibits to the Declaration of Jerry R. Bloom, filed in this Court on May 15, 2020, as Dkt. No. 7331.

A. The Debtors' opening testimony filed on January 31, 2020 in the CPUC's Investigation No. 19-09-016 (the "**OII**");

B. Opening Comments filed on May 11, 2020, by the City of San Jose in the OII;

1    C. Letter brief filed on May 11, 2020, by 11 Majors and Supervisors in the OII;

2    D. Letter brief filed on May 14, 2020, by the Debtors in the OII; and

3    E. Letter brief filed by the Utility Reform Network on May 14, 2020, in the OII.

**Exhibits to Confirmation Objection**

A. Exhibit 1 to the objection to plan confirmation filed by the TCC in this Court on May 15, 2020, as Dkt. No. 7306, which is the TCC's proposed Schedule of Assigned Rights and Causes of Action.

**Exhibits Designated by the Debtors**

As of the filing of this Notice, the Debtors have not yet filed their Designation of Exhibits for Trial. The TCC reserves the right to use any exhibits designated by the Debtors in connection with the Confirmation Trial.

**Exhibits Designated by GER Hospitality, LLC, et al.**

To whatever extent this Court will address the Motion to Strike that the TCC intends to file, and permits GER Hospitality, LLC, and its co-filers (collectively, "GER"), to submit into evidence any of the exhibits listed in the Notice of Exhibits to be Presented at the Confirmation Hearing in Support of Certain Fire Victim Claimants' Objection to Plan Supplement in Connection with Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Date March 16, 2020, filed May 18, 2020, as Dkt. No. 7411, the TCC designates all such exhibits for use in cross-examination or re-direct of any witnesses called by GER and permitted by this Court to provide testimony.

Dated: May 22, 2020

BAKER & HOSTETLER LLP

By:   */s/ David J. Richardson*
      Robert A. Julian
      Elizabeth A. Green
      David J. Richardson

*Counsel to the Official Committee of Tort Claimants*