BUCHALTER
A Professional Corporation
JEFFREY K. GARFINKLE (SBN: 153496)
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone: (949) 760-1121
Email: jgarfinkle@buchalter.com

Attorneys for Henkels & McCoy, Inc.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>-and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors**,<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF HENKELS & McCOY, INC. RE: SPEAKING ATTORNEYS AND WITNESSES PER COURT'S ORDER ESTABLISHING CONFIRMATION PROTOCOLS**<br><br>Related Docket Nos. 6320, 7037, 7182, 7340<br><br>Date:   May 27, 2020<br>Time:  10:00 a.m. (PST)<br>Place:  Courtroom 17<br>            450 Golden Gate Avenue, 16th Floor<br>            San Francisco, CA 94102 |

1

**NOTICE OF HENKELS & McCOY, INC. RE: SPEAKING ATTORNEYS AND WITNESSES PER COURT'S ORDER ESTABLISHING CONFIRMATION PROTOCOLS**

CASE NO. 19-30088 (DM)

BN 40593420V2

Henkels & McCoy, Inc., ("Henkels"), by and through its undersigned counsel, hereby submits this Notice in accordance with the Court's Order Establishing Confirmation Hearing Protocol [Docket No. 7182] which directs all parties that intend to participate in the Confirmation Hearings to provide the Court with names and email addresses of all speaking attorneys and witnesses.

Henkels filed a Limited Objection to Proposed Assumption of Executory Contracts and Cure Amounts and Reservation of Rights (the "Limited Objection") [Docket No. 7340].

Jeffrey Garfinkle, a shareholder of Buchalter, a Professional Corporation (jgarfinkle@buchalter.com) will be the principal "speaking attorney" on behalf of Henkels. At this time, Henkels does not intend to call witnesses in connection with the Confirmation Hearings and the Limited Objection, but reserves the right to call witnesses, as necessary, to address Henkels's executory contracts with PG&E and the cure amounts for those contracts.

DATED: May 22, 2020

BUCHALTER
A Professional Corporation


By: *Jeffrey K. Garfinkle*
      JEFFREY L. GARFINKLE
    Attorneys for Henkels & McCoy, Inc.

2
**NOTICE OF HENKELS & McCOY, INC. RE: SPEAKING ATTORNEYS AND WITNESSES PER COURT'S ORDER ESTABLISHING CONFIRMATION PROTOCOLS**

BUCHALTER
A PROFESSIONAL CORPORATION
IRVINE

BN 40593420V2

CASE NO. 19-30088 (DM)

Case: 19-30088    Doc# 7515    Filed: 05/22/20    Entered: 05/22/20 15:59:28    Page 2 of 14

# CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER, A Professional Corporation, 18400 Von Karman Avenue, Suite 800, Irvine, California 92612.

On the date set forth below, I served the following documents described as:

**NOTICE OF HENKELS & McCOY, INC. RE: SPEAKING ATTORNEYS AND WITNESSES PER COURT'S ORDER ESTABLISHING CONFIRMATION PROTOCOLS**

on all other parties and/or their attorney(s) of record to this action as follows:

☒ **NOTICE OF ELECTRONIC FILING (NEF):** The foregoing document will be served by the court via NEF and hyperlink to the document. On May 15, 2020, I checked the CM/ECF docket for this bankruptcy case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated on the next pages.

☐ **BY MAIL** I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The address(es) shown above is(are) the same as shown on the envelope. The envelope was placed for deposit in the United States Postal Service at Buchalter in Irvine, California on May 22, 2020. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on this date following ordinary business practices.

☐ **BY OVERNIGHT DELIVERY** On May 22, 2020, I placed the Federal Express/GSO Overnight package for overnight delivery in a box or location regularly maintained by Federal Express/GSO Overnight at my office, or I delivered the package to an authorized courier or driver authorized by Federal Express/GSO Overnight to receive documents. The package was placed in a sealed envelope or package designated by Federal Express/GSO Overnight with delivery fees paid or provided for, addressed to the person(s) on whom it is to be served at the address(es) shown above, as last given by that person on any document filed in the cause; otherwise at that party's place of residence.

☐ **BY PERSONAL DELIVERY** On May 22, 2020, I placed the above-referenced envelope or package in a box or location regularly maintained at my office for our messenger/courier service or I delivered the envelope or package to a courier or driver authorized by our messenger/courier service to receive documents. The package was placed in a sealed envelope or package designated by our messenger/courier service with delivery fees paid or provided for, addressed to the person(s) on whom it is to be personally served at the address(es) shown above as last given by that person on any document filed in the cause. The messenger/courier service was provided with instructions that the envelope or package be personally served on the addressee(s) by same day delivery (C.C.P. §1011).

BUCHALTER
A PROFESSIONAL CORPORATION
IRVINE

BN 40674558v1

1
CERTIFICATE OF SERVICE

Case: 19-30088    Doc# 7515    Filed: 05/22/20    Entered: 05/22/20 15:59:28    Page 3 of 14

☐ **BY EMAIL.** On May 22, 2020, I caused the above-referenced document(s) to be sent in electronic PDF format as an attachment to an email addressed to the person(s) on whom such document(s) is/are to be served at the email address(es) shown above, as last given by that person(s) or as obtained from an internet website(s) relating to such person(s), and I did not receive an email response upon sending such email indicating that such email was not delivered.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge. Executed on May 22, 2020, at Irvine, California.

| Danielle Cyrankowski | /s/ *Danielle Cyrankowski* |
|---|---|
| | (Signature) |

- **Elliot Adler**   eadler@theadlerfirm.com, bzummer@theadlerfirm.com
- **Aaron L. Agenbroad**   alagenbroad@jonesday.com, saltamirano@jonesday.com
- **Pamela Allen**   pallen@dir.ca.gov
- **Annadel A. Almendras**   annadel.almendras@doj.ca.gov
- **Monique D. Almy**   malmy@crowell.com
- **Dana M. Andreoli**   dandreoli@steyerlaw.com, mterry@steyerlaw.com
- **Anne Andrews**   aa@andrewsthornton.com, aandrews@andrewsthornton.com
- **Richard L. Antognini**   rlalawyer@yahoo.com, hallonaegis@gmail.com
- **Tyson Arbuthnot**   tarbuthnot@rjo.com, jyeung@rjo.com
- **Lauren T. Attard**   lattard@bakerlaw.com, agrosso@bakerlaw.com
- **Herb Baer**   hbaer@primeclerk.com, ecf@primeclerk.com
- **Kathryn E. Barrett**   keb@svlg.com, amt@svlg.com
- **Chris Bator**   cbator@bakerlaw.com, jmcguigan@bakerlaw.com
- **Ronald S. Beacher**   rbeacher@pryorcashman.com
- **Hagop T. Bedoyan**   hbedoyan@kleinlaw.com, ecf@kleinlaw.com
- **Andrew David Behlmann**   abehlmann@lowenstein.com, elawler@lowenstein.com
- **Tanya Behnam**   tbehnam@polsinelli.com, tanyabehnam@gmail.com
- **James C. Behrens**   jbehrens@milbank.com, mkoch@milbank.com
- **Jacob Taylor Beiswenger**   jbeiswenger@omm.com, llattin@omm.com
- **James T. Bentley**   james.bentley@srz.com, Kelly.Knight@srz.com
- **Peter J. Benvenutti**   pbenvenutti@kbkllp.com
- **Robert Berens**   rberens@smtdlaw.com, sr@smtdlaw.com
- **Ronald F. Berestka**   rberestka@stonelawoffice.com, csepulveda@stonelawoffice.com
- **Heinz Binder**   heinz@bindermalter.com
- **Jared D. Bissell**   jared.bissell@troutman.com
- **Neil Jon Bloomfield**   njbloomfield@njblaw.com, gklump@njblaw.com
- **Jason Blumberg**   jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov
- **Paige Boldt**   pboldt@wattsguerra.com, cwilson@wattsguerra.com
- **Ameneh Maria Bordi**   ameneh.bordi@kirkland.com, leo.rosenberg@kirkland.com
- **Jason Borg**   jborg@jasonborglaw.com
- **Mark Bostick**   mbostick@wendel.com, bankruptcy@wendel.com
- **James L. Bothwell**   jbothwell@hugueninkahn.com, jguzman@hugueninkahn.com
- **Peter R. Boutin**   peter.boutin@kyl.com, lara.joel@kyl.com
- **Erin N. Brady**   enbrady@jonesday.com
- **Gregory A. Bray**   gbray@milbank.com
- **Michael D. Breslauer**   mbreslauer@ecf.courtdrive.com, wyones@swsslaw.com
- **W. Steven Bryant**   , molly.batiste-debose@lockelord.com
- **Chane Buck**   cbuck@jonesday.com
- **Elizabeth J. Cabraser**   ecabraser@lchb.com, awolf@lchb.com
- **Anthony P. Cali**   anthony.cali@stinson.com, lindsay.petrowski@stinson.com
- **Peter C. Califano**   pcalifano@cwclaw.com
- **Steven M. Campora**   scampora@dbbwc.com, nlechuga@dbbwc.com
- **Leah E. Capritta**   leah.capritta@hklaw.com, lori.labash@hklaw.com
- **Nicholas A. Carlin**   nac@phillaw.com, rac@phillaw.com
- **Katherine Rose Catanese**   kcatanese@foley.com
- **Jennifer Machlin Cecil**   JCecil@winston.com, ECF_SF@winston.com
- **Barry A. Chatz**   barry.chatz@saul.com, barry.chatz@gmail.com
- **Karen J. Chedister**   kchedister@h-jlaw.com
- **Christina Lin Chen**   christina.chen@morganlewis.com, christina.lin.chen@gmail.com
- **Richard A. Chesley**   richard.chesley@dlapiper.com, bill.countryman@dlapiper.com
- **Kevin Chiu**   kevin.chiu@bakerbotts.com, rory.fontenla@bakerbotts.com
- **Jacquelyn H. Choi**   jchoi@raineslaw.com, bclark@raineslaw.com
- **Shawn M. Christianson**   schristianson@buchalter.com
- **Robert N.H. Christmas**   rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

BUCHALTER
A PROFESSIONAL CORPORATION
IRVINE

BN 40674558v1

3
CERTIFICATE OF SERVICE

Case: 19-30088    Doc# 7515    Filed: 05/22/20    Entered: 05/22/20 15:59:28    Page 5 of 14

- **Jae Angela Chun**   ajc@chun.law, teresa@tosdallaw.com
- **Louis J. Cisz**   lcisz@nixonpeabody.com
- **Alicia Clough**   aclough@loeb.com
- **Tiffany Strelow Cobb**   tscobb@vorys.com
- **John B. Coffman**   john@johncoffman.net
- **Kevin G. Collins**   kevin.collins@btlaw.com
- **Brian S. Conlon**   bsc@phillaw.com, rac@phillaw.com
- **Charles Cording**   ccording@willkie.com, mao@willkie.com
- **Manuel Corrales**   mannycorrales@yahoo.com, hcskanchy@hotmail.com
- **Anne Costin**   anne@costinlawfirm.com
- **Donald H. Cram**   dhc@severson.com
- **Ashley Vinson Crawford**   avcrawford@akingump.com, dkrasa-berstell@akingump.com
- **J. Russell Cunningham**   rcunningham@dnlc.net, emehr@dnlc.net
- **Keith J. Cunningham**   , rkelley@pierceatwood.com
- **Keith J. Cunningham**   kcunningham@pierceatwood.com, rkelley@pierceatwood.com
- **James D. Curran**   jcurran@wolkincurran.com, dstorms@wolkincurran.com
- **Tambra Curtis**   tambra.curtis@sonoma-county.org, Kristin.whalley@sonoma-county.org
- **Ashleigh A. Danker**   ashleigh.danker@dinsmore.com
- **James M. Davis**   jdavis@cglaw.com
- **Nicolas De Lancie**   ndelancie@jmbm.com
- **Judith A. Descalso**   , jad_9193@ecf.courtdrive.com
- **Erin Elizabeth Dexter**   edexter@milbank.com
- **Shounak S. Dharap**   ssd@arnslaw.com, mec@arnslaw.com
- **Kathryn S. Diemer**   kdiemer@diemerwei.com
- **Kathryn S. Diemer**   kdiemer@diemerwhitman.com
- **John P. Dillman**   houston_bankruptcy@publicans.com
- **Caroline R. Djang**   caroline.djang@bbklaw.com, Sansanee.wells@bbklaw.com
- **Jonathan R. Doolittle**   jdoolittle@reedsmith.com
- **Jennifer V. Doran**   jdoran@hinckleyallen.com
- **Dustin M. Dow**   ddow@bakerlaw.com, jmcguigan@bakerlaw.com
- **Jamie P. Dreher**   jdreher@downeybrand.com
- **Todd Dressel**   tdressel@mcguirewoods.com, JTabisaura@mcguirewoods.com
- **Geoffrey B. Dryvynsyde**   gbd@cpuc.ca.gov, geoffrey.dryvynsyde@cpuc.ca.gov
- **Cecily Ann Dumas**   cdumas@bakerlaw.com, hhammonturano@bakerlaw.com
- **Dennis F. Dunne**   cprice@milbank.com, jbrewster@milbank.com
- **Dennis F. Dunne**   ddunne@milbank.com, jbrewster@milbank.com
- **Huonganh Annie Duong**   annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com
- **Luke N. Eaton**   eatonl@pepperlaw.com, monugiac@pepperlaw.com
- **Kevin M. Eckhardt**   keckhardt@hunton.com, candonian@huntonak.com
- **Joseph A. Eisenberg**   JAE1900@yahoo.com
- **Michele Ellison**   mellison@gibbsgiden.com, lrochelle@gibbsgiden.com
- **David Emerzian**   , Melany.Hertel@mccormickbarstow.com
- **G. Larry Engel**   larry@engeladvice.com
- **Krista M. Enns**   kenns@beneschlaw.com
- **Scott Esbin**   sesbin@esbinalter.com
- **Joseph M. Esmont**   jesmont@bakerlaw.com
- **Michael P. Esser**   michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com
- **Richard W. Esterkin**   richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com
- **Michael S. Etkin**   metkin@lowenstein.com
- **Jacob M. Faircloth**   jacob.faircloth@smolsonlaw.com
- **Brett D. Fallon**   bfallon@morrisjames.com, wweller@morrisjames.com

BUCHALTER
A PROFESSIONAL CORPORATION
IRVINE

BN 40674558v1

4
CERTIFICATE OF SERVICE

Case: 19-30088    Doc# 7515    Filed: 05/22/20    Entered: 05/22/20 15:59:28    Page 6 of 14

- **Michael C. Fallon** , manders@fallonlaw.net
- **Joana Fang** jf@kbklawyers.com, icd@kbklawyers.com
- **Joseph Kyle Feist** jfeistesq@gmail.com, info@norcallawgroup.net
- **David M. Feldman** DFeldman@gibsondunn.com
- **Matthew A. Feldman** mfeldman@willkie.com
- **Mark E. Felger** mfelger@cozen.com
- **James J. Ficenec** James.Ficenec@ndlf.com, caroline.pfahl@ndlf.com
- **John D. Fiero** jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- **Kimberly S. Fineman** kfineman@nutihart.com, nwhite@nutihart.com
- **Stephen D. Finestone** sfinestone@fhlawllp.com
- **Timothy M. Flaherty** tflaherty@mpplaw.com
- **Daniel I. Forman** dforman@willkie.com
- **Jonathan Forstot** jonathan.forstot@troutman.com, john.murphy@troutman.com
- **Jonathan Forstot** , john.murphy@troutman.com
- **Matthew Hampton Foushee** hampton.foushee@hoganlovells.com, hfoushee@gmail.com
- **Carolyn Frederick** cfrederick@prklaw.com
- **Peter Friedman** pfriedman@omm.com
- **Roger F. Friedman** rfriedman@rutan.com, csolorzano@rutan.com
- **Xiyi Fu** jackie.fu@lockelord.com, taylor.warren@lockelord.com
- **Lars H. Fuller** lfuller@bakerlaw.com
- **Thomas M. Gaa** tgaa@bbslaw.com
- **Larry W. Gabriel** lgabriel@bg.law, nfields@bg.law
- **Gregg M. Galardi** gregg.galardi@ropesgray.com
- **Richard L. Gallagher** richard.gallagher@ropesgray.com
- **Craig Solomon Ganz** ganzc@ballardspahr.com, hartt@ballardspahr.com
- **Jeffrey K. Garfinkle** jgarfinkle@buchalter.com
- **Oscar Garza** ogarza@gibsondunn.com
- **Lisa S. Gast** lsg@dwgp.com, lmk@dwgp.com
- **Paul R. Gaus** paul.gaus@mccormickbarstow.com
- **Duane M. Geck** dmg@severson.com
- **Evelina Gentry** evelina.gentry@akerman.com, rob.diwa@akerman.com
- **Janet D. Gertz** jgertz@btlaw.com, amattingly@btlaw.com
- **Christopher Gessner** cgessner@akingump.com, NYMCO@akingump.com
- **R. Dale Ginter** dginter@downeybrand.com
- **Barry S. Glaser** bglaser@lkfirm.com
- **Paul R. Glassman** pglassman@sycr.com
- **Gabriel I. Glazer** gglazer@pszjlaw.com
- **Gabrielle Glemann** gabrielle.glemann@stoel.com, rene.alvin@stoel.com
- **Jaime Godin** Jtouchstone@fddcm.com
- **Matthew A. Gold** courts@argopartners.net
- **Eric D. Goldberg** eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Craig Goldblatt** Craig.Goldblatt@wilmerhale.com, whdocketing@wilmerhale.com
- **Amy L. Goldman** goldman@lbbslaw.com
- **Eric S. Goldstein** egoldstein@goodwin.com
- **Rhonda Stewart Goldstein** Rhonda.Goldstein@ucop.edu, Lissa.Ly@ucop.edu
- **Richard H. Golubow** rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com
- **Michael J. Gomez** mgomez@frandzel.com, dmoore@frandzel.com
- **Michael W. Goodin** mgoodin@clausen.com, mgenova@clausen.com
- **Eric R. Goodman** egoodman@bakerlaw.com
- **Mark A. Gorton** mgorton@boutinjones.com, cdomingo@boutininc.com
- **Mark A. Gorton** mgorton@boutininc.com, cdomingo@boutininc.com
- **Michael I. Gottfried** MGottfried@elkinskalt.com, AAburto@elkinskalt.com
- **Louis Gottlieb** Lgottlieb@labaton.com, mpenrhyn@labaton.com
- **Eric A. Grasberger** eric.grasberger@stoel.com, docketclerk@stoel.com

BUCHALTER
A PROFESSIONAL CORPORATION
IRVINE

BN 40674558v1

5
CERTIFICATE OF SERVICE

Case: 19-30088    Doc# 7515    Filed: 05/22/20    Entered: 05/22/20 15:59:28    Page 7 of 14

- **Debra I. Grassgreen**  dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- **Eric A. Gravink**  eric@rhrc.net
- **Elizabeth A. Green**  egreen@bakerlaw.com, orlbankruptcy@bakerlaw.com
- **Tracy Green**  tgreen@wendel.com, bankruptcy@wendel.com
- **Mitchell B. Greenberg**  mgreenberg@abbeylaw.com, mmeroney@abbeylaw.com
- **Matthew W. Grimshaw**  matt@grimshawlawgroup.com, ecfmarshackhays@gmail.com
- **Stuart G. Gross**  sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com
- **Carl L. Grumer**  cgrumer@manatt.com, mchung@manatt.com
- **Elizabeth M. Guffy**  eguffy@lockelord.com, autodocket@lockelord.com
- **Cameron Gulden**  cameron.m.gulden@usdoj.gov
- **Mirco J. Haag**  mhaag@buchalter.com, dcyrankowski@buchalter.com
- **Laurie Hager**  lhager@sussmanshank.com
- **J. Noah Hagey**  hagey@braunhagey.com, tong@braunhagey.com
- **Oren Buchanan Haker**  oren.haker@stoel.com, rene.alvin@stoel.com
- **Kristopher M. Hansen**  dmohamed@stroock.com, mmagzamen@stroock.com
- **Adam C. Harris**  adam.harris@srz.com, james.bentley@srz.com
- **Robert G. Harris**  rob@bindermalter.com
- **Christopher H. Hart**  chart@nutihart.com, nwhite@nutihart.com
- **Bryan L. Hawkins**  bryan.hawkins@stoel.com, Sharon.witkin@stoel.com
- **Jan M Hayden**  jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com
- **Jennifer C. Hayes**  jhayes@fhlawllp.com
- **Geoffrey A. Heaton**  gheaton@duanemorris.com, dmicros@duanemorris.com
- **Alaina R. Heine**  alaina.heine@dechert.com, brett.stone@dechert.com
- **Cristina A. Henriquez**  chenriquez@mayerbrown.com
- **Stephen E. Hessler, P.C.**  , jozette.chong@kirkland.com
- **Matthew Heyn**  matthew.heyn@doj.ca.gov
- **Sean T. Higgins**  aandrews@andrewsthornton.com, shiggins@andrewsthornton.com
- **Morgan R. Hirst**  mhirst@jonesday.com, mmelvin@jonesday.com
- **Miriam E. Hiser**  mhiser@hiserlaw.com
- **Michael R. Hogue**  hoguem@gtlaw.com, navarrom@gtlaw.com
- **David Holtzman**  david.holtzman@hklaw.com
- **Alexandra S. Horwitz**  allie.horwitz@dinsmore.com
- **Marsha Houston**  mhouston@reedsmith.com, hvalencia@reedsmith.com
- **Shane Huang**  shane.huang@usdoj.gov
- **Brian D. Huben**  hubenb@ballardspahr.com
- **Jonathan Hughes**  , jane.rustice@aporter.com
- **Edward R. Huguenin**  ehuguenin@hugueninkahn.com, jguzman@hugueninkahn.com
- **Michael A. Isaacs**  Michael.Isaacs@dentons.com, Alissa.Worthing@dentons.com
- **Mark V. Isola**  mvi@sbj-law.com
- **J. Eric Ivester**  Eric.Ivester@skadden.com, Andrea.Bates@skadden.com
- **J. Eric Ivester**  , Andrea.Bates@skadden.com
- **Kizzy L. Jarashow**  KJarashow@goodwinlaw.com, AFraticelliLouallen@goodwinlaw.com
- **Ivan C. Jen**  ivan@icjenlaw.com
- **Monique Jewett-Brewster**  mjb@hopkinscarley.com, eamaro@hopkinscarley.com
- **James O. Johnston**  jjohnston@jonesday.com
- **Chris Johnstone**  chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com
- **Andrew Jones**  andrew@ajoneslaw.com
- **Gregory K. Jones**  GJones@dykema.com, cacossano@dykema.com
- **Robert A. Julian**  rjulian@bakerlaw.com, hhammonturano@bakerlaw.com
- **George H. Kalikman**  gkalikman@schnader.com, sdavenport@schnader.com
- **Roberto J. Kampfner**  rkampfner@whitecase.com, mco@whitecase.com
- **Bonnie E. Kane**  bonnie@thekanelawfirm.com, skane@thekanelawfirm.com
- **Gary M. Kaplan**  gkaplan@fbm.com, calendar@fbm.com
- **Robert B. Kaplan**  rbk@jmbm.com

BUCHALTER
A PROFESSIONAL CORPORATION
IRVINE

BN 40674558v1

6

CERTIFICATE OF SERVICE

Case: 19-30088  Doc# 7515  Filed: 05/22/20  Entered: 05/22/20 15:59:28  Page 8 of 14

- **Eve H. Karasik**     ehk@lnbyb.com
- **Michael G. Kasolas**     trustee@kasolas.net, CA30@ecfcbis.com,ecf.alert+Kasolas@titlexi.com
- **Elyssa S. Kates**     ekates@bakerlaw.com
- **Ori Katz**     okatz@sheppardmullin.com, LSegura@sheppardmullin.com
- **William M. Kaufman**     wkaufman@smwb.com
- **Jane G. Kearl**     jkearl@watttieder.com, jbenton@watttieder.com
- **Tobias S. Keller**     tkeller@kbkllp.com
- **Lynette C. Kelly**     ustpregion17.oa.ecf@usdoj.gov
- **Matthew K. Kelsey**     mkelsey@gibsondunn.com
- **Gerald P. Kennedy**     gerald.kennedy@procopio.com, kristina.terlaga@procopio.com
- **Erica L. Kerman**     ekerman@willkie.com
- **Samuel A. Khalil**     skhalil@milbank.com, jbrewster@milbank.com
- **Samuel M. Kidder**     skidder@ktbslaw.com
- **Marc Kieselstein**     , carrie.oppenheim@kirkland.com
- **Jane Kim**     jkim@kbkllp.com
- **Mary H. Kim**     Mary.Kim@dechert.com, brett.stone@dechert.com
- **Kody D. L. Kleber**     kkleber@bakerlaw.com, dmartinez@bakerlaw.com
- **Matthew Ryan Klinger**     mklinger@sheppardmullin.com, DGatmen@sheppardmullin.com
- **Bradley C. Knapp**     bknapp@lockelord.com, Yamille.Harrison@lockelord.com
- **Kelly V. Knight**     kelly.knight@srz.com
- **Lydia Vanessa Ko**     Lvko@stonelawoffice.com
- **Thomas F. Koegel**     tkoegel@crowell.com
- **Katherine Kohn**     kkohn@groom.com, ashahinllari@groom.com
- **Andy S. Kong**     kong.andy@arentfox.com, Yvonne.Li@arentfox.com
- **Anna Kordas**     akordas@jonesday.com, mmelvin@jonesday.com
- **Alan W. Kornberg**     , akornberg@paulweiss.com
- **Bernard Kornberg**     bjk@severson.com
- **David I. Kornbluh**     dik@millermorton.com, mhr@millermorton.com
- **Lauren Kramer**     lkramer@rjo.com
- **Jeffrey C. Krause**     jkrause@gibsondunn.com
- **Thomas R. Kreller**     tkreller@milbank.com
- **Lindsey E. Kress**     lkress@lockelord.com, autodocket@lockelord.com
- **Hannah C. Kreuser**     hkreuser@porterlaw.com, ooberg@porterlaw.com
- **Michael Thomas Krueger**     michael.krueger@ndlf.com, Havilyn.lee@ndlf.com
- **Robert T. Kugler**     robert.kugler@stinson.com
- **Boris Kukso**     boris.kukso@usdoj.gov, western.taxcivil@usdoj.gov
- **Duane Kumagai**     dkumagai@maynardcooper.com, Mshabpareh@maynardcooper.com
- **Brendan M. Kunkle**     bkunkle@abbeylaw.com, lmeyer@abbeylaw.com
- **Alisa C. Lacey**     alisa.lacey@stinson.com, karen.graves@stinson.com
- **Timothy S. Laffredi**     timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov
- **Timothy S. Laffredi**     timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov
- **Richard A. Lapping**     rich@trodellalapping.com
- **Omeed Latifi**     olatifi@theadlerfirm.com, kdeubler@theadlerfirm.com
- **John E. Lattin**     jlattin@ostergar.com, cslovenec@ostergar.com
- **Paul J. Laurin**     plaurin@btlaw.com, slmoore@btlaw.com
- **Michael Lauter**     mlauter@sheppardmullin.com
- **Kenneth T. Law**     klaw@bbslaw.com
- **Francis J. Lawall**     lawallf@pepperlaw.com, henrys@pepperlaw.com
- **Andrew Michael Leblanc**     ALeblanc@milbank.com
- **Erica Lee**     Erica.Lee@doj.ca.gov
- **Scott Lee**     scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com
- **Paul J. Leeds**     leedsp@higgslaw.com
- **Edward J. Leen**     eleen@mkbllp.com

Case: 19-30088    Doc# 7515    Filed: 05/22/20    Entered: 05/22/20 15:59:28    Page 9 of 14

- **Lisa Lenherr** llenherr@wendel.com, bankruptcy@wendel.com
- **Matthew A. Lesnick** matt@lesnickprince.com, jmack@lesnickprince.com
- **Bryn G. Letsch** bletsch@braytonlaw.com
- **David B. Levant** david.levant@stoel.com, rene.alvin@stoel.com
- **Andrew H. Levin** alevin@wcghlaw.com
- **David Levine** dnl@groom.com
- **Marc A. Levinson** Malevinson@orrick.com, casestream@ecf.courtdrive.com
- **Dara Levinson Silveira** dsilveira@kbkllp.com
- **Alexander James Demitro Lewicki** kdiemer@diemerwei.com
- **Alexander James Demitro Lewicki** alewicki@diemerwei.com
- **William Thomas Lewis** wtl@roblewlaw.com, kimwrenn@msn.com
- **William S. Lisa** , jcaruso@nixonpeabody.com
- **William S. Lisa** wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com
- **Jonathan A. Loeb** jon.loeb@bingham.com
- **Michael B. Lubic** michael.lubic@klgates.com
- **John William Lucas** jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- **Joseph R. Lucia** PersonallnjuryGroup@RLSlawyers.com
- **Jane Luciano** jane-luciano@comcast.net
- **Kerri Lyman** klyman@irell.com
- **Carissa A. Lynch** Carissa.Lynch@ftb.ca.gov, Martha.Gehrig@ftb.ca.gov
- **John H. MacConaghy** macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com
- **Iain A. Macdonald** iain@macfern.com, ecf@macfern.com
- **Tracy L. Mainguy** tmainguy@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- **Samuel R. Maizel** samuel.maizel@dentons.com, alicia.aguilar@dentons.com
- **Adam Malatesta** adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com
- **Katharine Malone** malonek@gtlaw.com
- **Liam K. Malone** malone@oles.com, shahin@oles.com
- **Michael W. Malter** michael@bindermalter.com
- **Craig Margulies** cmargulies@margulies-law.com, lsalazar@margulies-law.com
- **Geoffrey E. Marr** gemarr59@hotmail.com
- **Richard A. Marshack** rmarshack@marshackhays.com, rmarshack@ecf.courtdrive.com
- **Catherine Martin** cmartin@simon.com, rtucker@simon.com;bankruptcy@simon.com
- **Laila Masud** lmasud@marshackhays.com, lmasud@ecf.courtdrive.com
- **David P. Matthews** jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com
- **Patrick C. Maxcy** patrick.maxcy@snrdenton.com
- **Benjamin P. McCallen** bmccallen@willkie.com
- **Thomas E. McCurnin** tmccurnin@bkolaw.com, kescano@bkolaw.com
- **Hugh M. McDonald** hugh.mcdonald@troutman.com, john.murphy@troutman.com
- **Hugh M. McDonald** , john.murphy@troutman.com
- **C. Luckey McDowell** Luckey.McDowell@Shearman.com
- **Matthew D. McGill** MMcGill@gibsondunn.com
- **Melissa C. McLaughlin** mcmclaughlin@venable.com, ataylor@venable.com
- **Scott H. McNutt** SMcNutt@ml-sf.com, csnell@ml-sf.com
- **Thomas Melone** Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com
- **Peter Meringolo** peter@pmrklaw.com
- **Frank A. Merola** lacalendar@stroock.com, mmagzamen@stroock.com
- **Jennifer L. Mersing** jennifer.mersing@stoel.com, lisa.petras@stoel.com
- **Joshua M. Mester** jmester@jonesday.com
- **Matthew D. Metzger** belvederelegalecf@gmail.com
- **Merle C. Meyers** mmeyers@mlg-pc.com
- **Randy Michelson** randy.michelson@michelsonlawgroup.com

BUCHALTER
A PROFESSIONAL CORPORATION
IRVINE

BN 40674558v1

8

CERTIFICATE OF SERVICE

Case: 19-30088    Doc# 7515    Filed: 05/22/20    Entered: 05/22/20 15:59:28    Page 10 of 14

- **Gerardo Mijares-Shafai**  Gerardo.Mijares-Shafai@arnoldporter.com, kenneth.anderson@arnoldporter.com
- **Joel S. Miliband**  jmiliband@brownrudnick.com
- **Joseph G. Minias**  jminias@willkie.com
- **M. David Minnick**  dminnick@pillsburylaw.com, docket@pillsburylaw.com
- **Benjamin Mintz**  benjamin.mintz@arnoldporter.com, valerie.foley@arnoldporter.com
- **Nancy Mitchell**  nmitchell@omm.com
- **Thomas C. Mitchell**  tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com
- **John A. Moe**  john.moe@dentons.com, glenda.spratt@dentons.com
- **Aaron J. Mohamed**  ajm@brereton.law, aaronmohamedlaw@gmail.com
- **Kevin Montee**  kmontee@monteeassociates.com
- **David W. Moon**  lacalendar@stroock.com, mmagzamen@stroock.com
- **Diane Marger Moore**  dmargermoore@baumhedlundlaw.com
- **Erika L. Morabito**  emorabito@foley.com, hsiagiandraughn@foley.com
- **Candace J. Morey**  cjm@cpuc.ca.gov
- **Courtney L. Morgan**  morgan.courtney@pbgc.gov
- **Kimberly S. Morris**  kmorris@bakerlaw.com, hhammonturano@bakerlaw.com
- **Rodney Allen Morris**  Rodney.Morris2@usdoj.gov
- **Joshua D. Morse**  Joshua.Morse@dlapiper.com, joshua-morse-0092@ecf.pacerpro.com
- **Andrew H. Morton**  andrew.morton@stoel.com, lisa.petras@stoel.com
- **Thomas G. Mouzes**  tmouzes@boutinjones.com, cdomingo@boutininc.com
- **Peter S. Munoz**  pmunoz@reedsmith.com, gsandoval@reedsmith.com
- **Bennett J. Murphy**  bmurphy@bennettmurphylaw.com
- **Michael S. Myers**  myersms@ballardspahr.com
- **Alan I. Nahmias**  anahmias@mbnlawyers.com, jdale@mbnlawyers.com
- **David L. Neale**  dln@lnbrb.com
- **David L. Neale**  dln@lnbyb.com
- **David Neier**  dneier@winston.com
- **Brittany J. Nelson**  bnelson@foley.com, hsiagiandraughn@foley.com
- **Michael S. Neumeister**  MNeumeister@gibsondunn.com
- **Howard S. Nevins**  hnevins@hsmlaw.com
- **Samuel A. Newman**  sam.newman@sidley.com, laefilingnotice@sidley.com
- **Melissa T. Ngo**  ngo.melissa@pbgc.gov, efile@pbgc.gov
- **Mario R. Nicholas**  mario.nicholas@stoel.com, cherie.clark@stoel.com
- **Sean Nolan**  snolan@akingump.com, NYMCO@akingump.com
- **Gregory C. Nuti**  gnuti@nutihart.com, nwhite@nutihart.com
- **Abigail O'Brient**  aobrient@mintz.com, docketing@mintz.com
- **Julie E. Oelsner**  joelsner@weintraub.com, bjennings@weintraub.com
- **Office of the U.S. Trustee / SF**  USTPRegion17.SF.ECF@usdoj.gov
- **Aron M. Oliner**  roliner@duanemorris.com, dmicros@duanemorris.com
- **Matthew Jon Olson**  matt@macfern.com, stell.laura@dorsey.com
- **Scott Olson**  solson@vedderprice.com, nortega@vedderprice.com
- **Steven M. Olson**  smo@smolsonlaw.com
- **Aram Ordubegian**  Ordubegian.Aram@ArentFox.com
- **Keith C. Owens**  kowens@venable.com, bclark@venable.com;khoang@venable.com
- **Gabriel Ozel**  , gabeozel@gmail.com
- **Margarita Padilla**  Margarita.Padilla@doj.ca.gov
- **Amy S. Park**  amy.park@skadden.com, alissa.turnipseed@skadden.com
- **Donna Taylor Parkinson**  donna@parkinsonphinney.com
- **Peter S. Partee**  ppartee@huntonak.com, candonian@huntonak.com
- **Paul J. Pascuzzi**  ppascuzzi@ffwplaw.com, docket@ffwplaw.com
- **Kenneth Pasquale**  , mlaskowski@stroock.com
- **Charles Scott Penner**  penner@carneylaw.com, caragol@carneylaw.com
- **Valerie Bantner Peo**  vbantnerpeo@buchalter.com

BUCHALTER
A PROFESSIONAL CORPORATION
IRVINE

BN 40674558v1

9

CERTIFICATE OF SERVICE

Case: 19-30088    Doc# 7515    Filed: 05/22/20    Entered: 05/22/20 15:59:28    Page 11 of 14

- **Yosef Peretz** , skim@peretzlaw.com
- **Thomas R. Phinney** tom@parkinsonphinney.com
- **R. Alexander Pilmer** alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
- **M. Ryan Pinkston** rpinkston@seyfarth.com, jmcdermott@seyfarth.com
- **Estela O. Pino** epino@epinolaw.com, rmahal@epinolaw.com
- **Gregory Plaskett** GREGORY.PLASKETT@GMAIL.COM, HKHAPPYGRL1@GMAIL.COM
- **Mark D. Plevin** mplevin@crowell.com
- **Steven G. Polard** spolard@eisnerlaw.com
- **Mark D. Poniatowski** ponlaw@ponlaw.com
- **Cara M. Porter** Cara.Porter@doj.ca.gov, Taryn.Lovett@doj.ca.gov
- **William L. Porter** bporter@porterlaw.com, Ooberg@porterlaw.com
- **Christopher E. Prince** cprince@lesnickprince.com
- **Douglas B. Provencher** dbp@provlaw.com
- **Stacey C. Quan** squan@steyerlaw.com, pspencer@steyerlaw.com
- **Amy C. Quartarolo** amy.quartarolo@lw.com
- **Lary Alan Rappaport** lrappaport@proskauer.com, PHays@proskauer.com
- **Justin E. Rawlins** justinrawlins@paulhastings.com
- **Hugh M. Ray** hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com
- **Paul F. Ready** smeyer@farmerandready.com
- **Caroline A. Reckler** caroline.reckler@lw.com
- **David M. Reeder** david@reederlaw.com, secretary@reederlaw.com
- **Steven J. Reisman** sreisman@katten.com, nyc.bknotices@kattenlaw.com
- **Jeffrey M. Reisner** jreisner@irell.com
- **Jack A. Reitman** , srichmond@lgbfirm.com
- **Emily P. Rich** erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- **David J. Richardson** drichardson@bakerlaw.com, aagonzalez@bakerlaw.com
- **Christopher O. Rivas** crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- **David B. Rivkin** drivkin@bakerlaw.com, jmeeks@bakerlaw.com
- **John R. Rizzardi** kcoselman@cairncross.com, tnguyen@cairncross.com
- **Daniel Robertson** robertson.daniel@pbgc.gov, efile@pbgc.gov
- **Lacey E. Rochester** lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com
- **Michael Rogers** mrogers@lambertrogers.com, jan@lambertrogers.com
- **Julie H. Rome-Banks** julie@bindermalter.com
- **Jorian L. Rose** jrose@bakerlaw.com
- **Laurence M. Rosen** lrosen@rosenlegal.com, zstanco@rosenlegal.com
- **Paul M. Rosenblatt** prosenblatt@kilpatricktownsend.com, mwilliams@kilpatricktownsend.com
- **David A. Rosenzweig** david.rosenzweig@nortonrosefulbright.com, thomas.burns@nortonrossefulbright.com
- **Allan Robert Rosin** arrosin@alr-law.com
- **Jay M. Ross** jross@hopkinscarley.com, eamaro@hopkinscarley.com
- **Gregory A. Rougeau** grougeau@brlawsf.com
- **Stacy H. Rubin** rubins@ballardspahr.com, BKTDocket_West@ballardspahr.com
- **Jason C. Rubinstein** jrubinstein@fklaw.com, mclerk@fklaw.com
- **Nathan Q. Rugg** nathan.rugg@bfkn.com, jean.montgomery@bfkn.com
- **Thomas B. Rupp** trupp@kbkllp.com
- **Eric E. Sagerman** esagerman@bakerlaw.com
- **Robert Sahyan** rsahyan@sheppardmullin.com, JNakaso@sheppardmullin.com
- **Gregory M. Salvato** gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com
- **Jonathan C. Sanders** jsanders@stblaw.com
- **Nanette D. Sanders** nanette@ringstadlaw.com, becky@ringstadlaw.com
- **Natalie Kathleen Sanders** natalie.sanders@bakerbotts.com
- **Lovee Sarenas** Lovee.sarenas@lewisbrisbois.com

- **Sunny S. Sarkis**  sunny.sarkis@stoel.com, dawn.forgeur@stoel.com
- **Patricia Savage**  psavesq@gmail.com, jodi.savage@gmail.com
- **Sblend A. Sblendorio**  sas@hogefenton.com
- **Francis O. Scarpulla**  fos@scarpullalaw.com, cpc@scarpullalaw.com
- **Daren M Schlecter**  daren@schlecterlaw.com, info@schlecterlaw.com
- **Bradley R. Schneider**  bradley.schneider@mto.com, jeffrey.wu@mto.com
- **Harvey S. Schochet**  Harveyschochet@dwt.com
- **Nathan A. Schultz**  nschultz@goodwinlaw.com, kjarashow@goodwinlaw.com
- **Lisa Schweitzer**  lschweitzer@cgsh.com
- **Eric J. Seiler**  eseiler@fklaw.com, mclerk@fklaw.com
- **David B. Shemano**  dshemano@pwkllp.com
- **James A. Shepherd**  jim@jsheplaw.com, shepIGN@gmail.com
- **Leonard M. Shulman**  lshulman@shbllp.com
- **Andrew I. Silfen**  andrew.silfen@arentfox.com
- **Wayne A. Silver**  w_silver@sbcglobal.net, ws@waynesilverlaw.com
- **Craig S. Simon**  csimon@bergerkahn.com, aketcher@bergerkahn.com
- **Gerald Singleton**  gerald@slffirm.com, BKECFCANB@SLFfirm.com
- **Steven J. Skikos**  sskikos@skikos.com, mmontoya@skikos.com
- **Michael K. Slattery**  mslattery@lkfirm.com, rramirez@lkfirm.com
- **Dania Slim**  dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com
- **Jennifer N. Slocum**  jennifer.slocum@stoel.com, docketclerk@stoel.com
- **Aaron C. Smith**  asmith@lockelord.com, autodocket@lockelord.com
- **Alan D. Smith**  adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com
- **Jan D. Sokol**  jdsokol@lawssl.com, dwright@lawssl.com
- **Randye B. Soref**  rsoref@polsinelli.com
- **Joseph Sorkin**  jsorkin@akingump.com, NYMCO@akingump.com
- **Bennett L. Spiegel**  blspiegel@jonesday.com
- **Michael St. James**  ecf@stjames-law.com
- **Diane C. Stanfield**  diane.stanfield@alston.com, nelly.villaneda@alston.com
- **Howard J. Steinberg**  steinbergh@gtlaw.com, pearsallt@gtlaw.com
- **Harriet A. Steiner**  harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com
- **Lillian G. Stenfeldt**  lillian.stenfeldt@rimonlaw.com, jon.arneson@sedgwicklaw.com
- **Lillian G. Stenfeldt**  lillian.stenfeldt@sdma.com, jon.arneson@sedgwicklaw.com
- **Cheryl L. Stengel**  clstengel@outlook.com, stengelcheryl40@gmail.com
- **David M. Stern**  dstern@ktbslaw.com
- **Geoffrey S. Stewart**  gstewart@jonesday.com, mmelvin@jonesday.com
- **Alan J. Stone**  AStone@milbank.com, DMcCracken@Milbank.com
- **Jason D. Strabo**  jstrabo@mwe.com, shill@mwe.com
- **Michael H. Strub**  mstrub@irell.com, mhstrub1@gmail.com
- **Rebecca Suarez**  rsuarez@crowell.com
- **Brad T. Summers**  summerst@lanepowell.com, docketing-pdx@lanepowell.com
- **Kristine Theodesia Takvoryan**  ktakvoryan@ckrlaw.com
- **Derrick Talerico**  dtalerico@ztlegal.com, sfritz@ztlegal.com
- **Kesha Tanabe**  kesha@tanabelaw.com
- **Mary Ellmann Tang**  mtang@frenchlyontang.com, nblackwell@frenchlyontang.com
- **Elizabeth Lee Thompson**  ethompson@stites.com, docketclerk@stites.com
- **John C. Thornton**  jct@andrewsthornton.com, aandrews@andrewsthornton.com
- **Elisa Tolentino**  cao.main@sanjoseca.gov
- **Meagan S. Tom**  Meagan.tom@lockelord.com, autodocket@lockelord.com
- **Edward J. Tredinnick**  etredinnick@greeneradovsky.com
- **Matthew Jordan Troy**  matthew.troy@usdoj.gov
- **Michael Tye**  Michael.Tye@usdoj.gov
- **Gary D. Underdahl**  gunderdahl@askllp.com, lmiskowiec@askllp.com
- **Andrew Van Ornum**  avanornum@vlmglaw.com, hchea@vlmglaw.com
- **Shmuel Vasser**  shmuel.vasser@dechert.com, brett.stone@dechert.com

BUCHALTER
A PROFESSIONAL CORPORATION
IRVINE

BN 40674558v1

11

CERTIFICATE OF SERVICE

Case: 19-30088    Doc# 7515    Filed: 05/22/20    Entered: 05/22/20 15:59:28    Page 13 of 14

- **Victor A. Vilaplana**  vavilaplana@foley.com, rhurst@foley.com
- **Marta Villacorta**  marta.villacorta@usdoj.gov
- **Carol C. Villegas**  cvillegas@labaton.com, NDonlon@labaton.com
- **John A. Vos**  InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
- **Bao M. Vu**  bao.vu@stoel.com, sharon.witkin@stoel.com
- **Nicholas Wagner**  kschemen@wagnerjones.com, bwagner@wagnerjones.com
- **Jonathan D. Waisnor**  jwaisnor@willkie.com, mao@willkie.com
- **Riley C. Walter**  ecf@W2LG.com
- **Phillip K. Wang**  phillip.wang@rimonlaw.com
- **Philip S. Warden**  philip.warden@pillsburylaw.com, kathy.stout@pillsburylaw.com
- **Mikal C. Watts**  mcwatts@wattsguerra.com, cwilson@wattsguerra.com
- **Lindsi M. Weber**  lweber@polsinelli.com, yderac@polsinelli.com
- **Joseph M. Welch**  jwelch@buchalter.com, dcyrankowski@buchalter.com
- **David Walter Wessel**  DWessel@efronlawfirm.com, hporter@chdlawyers.com
- **Joseph West**  westjoseph@earthlink.net, josephw998@gmail.com
- **Drew M. Widders**  dwidders@wilcoxenlaw.com, nina@wilcoxenlaw.com
- **Jason P. Williams**  , maryanne@wplgattorneys.com
- **Eric R. Wilson**  kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com
- **Kimberly S. Winick**  kwinick@clarktrev.com, knielsen@clarktrev.com
- **Rebecca J. Winthrop**  rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonrosefulbright.com
- **David Wirt**  david.wirt@hklaw.com, denise.harmon@hklaw.com
- **Ryan A. Witthans**  rwitthans@fhlawllp.com
- **Risa Lynn Wolf-Smith**  rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com
- **Douglas Wolfe**  dwolfe@asmcapital.com
- **Andrea Wong**  wong.andrea@pbgc.gov, efile@pbgc.gov
- **Christopher Kwan Shek Wong**  christopher.wong@arentfox.com
- **David A. Wood**  dwood@marshackhays.com, lbuchanan@marshackhays.com
- **Kirsten A. Worley**  kw@wlawcorp.com, admin@wlawcorp.com
- **Kinga Wright**  kinga.wright@lockelord.com, autodocket@lockelord.com
- **Antonio Yanez**  ayanez@willkie.com
- **Cathy Yanni**  cathy@cathyyanni.com, pstrunk@browngreer.com
- **Andrew Yaphe**  andrew.yaphe@davispolk.com, pge.dpw.routing@davispolk.com
- **Tacie H. Yoon**  tyoon@crowell.com
- **Bennett G. Young**  byoung@jmbm.com, jb8@jmbm.com
- **Christopher L. Young**  cyoung@cairncross.com, nspringstroh@cairncross.com
- **Nicole M. Zeiss**  nzeiss@labaton.com
- **Paul H. Zumbro**  mao@cravath.com
- **Brittany Zummer**  bzummer@theadlerfirm.com, nfournier@theadlerfirm.com
- **Dario de Ghetaldi**  deg@coreylaw.com, lf@coreylaw.com

BUCHALTER
A PROFESSIONAL CORPORATION
IRVINE

BN 40674558v1

12

CERTIFICATE OF SERVICE

Case: 19-30088    Doc# 7515    Filed: 05/22/20    Entered: 05/22/20 15:59:28    Page 14 of 14