Thomas R. Phinney – State Bar Number 159435
Donna T. Parkinson – State Bar Number 125574
**PARKINSON PHINNEY**
3600 American River Drive, Suite 145
Sacramento, CA 95864
Telephone: (916) 449-1444
Facsimile: (916) 449-1440
E-Mail: tom@parkinsonphinney.com

Attorneys for Amador Water Agency

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>- and –<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | **Case No. 19-30088 (DM)**<br><br>Chapter 11<br><br>**NOTICE OF SPEAKING ATTORNEY PER COURT'S ORDER ESTABLISHING CONFIRMATION HEARING PROTOCOL**<br><br>Hearing Date: May, 27, 2020<br>Time: 10:00 a.m.<br>Place: Hon. Dennis Montali<br>Courtroom 17<br>450 Golden Gate Ave., 16th Fl.<br>San Francisco, CA 94102 |

Amador Water Agency ("AWA") filed an objection (at Dkt. No. 7277) to the Debtor's Plan Supplement Schedule B (at Dkt. No. 7037), relating to the Debtor's Joint Chapter 11 Plan of Reorganization Dated March 16, 2020, and submits this Notice in accordance with the Court's Order Establishing Confirmation Hearing Protocol (at Dkt. No. 7182), that Thomas Phinney (tom@parkinsonphinney.com) of Parkinson Phinney will be the "speaking attorney" on behalf of AWA. AWA does not intend to call any witnesses.

Dated: May 22, 2020

**Parkinson Phinney**
By: /s/ Thomas R. Phinney
Thomas R. Phinney
Attorneys for Amador Water Agency