Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA 94111-2806
Telephone:	415.659.2600
Facsimile:	415.659.2601
Email:	rjulian@bakerlaw.com
Email:	cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
David J. Richardson (SBN 168592)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone:	310.820.8800
Facsimile:	310.820.8859
Email: esagerman@bakerlaw.com
Email: drichardson@bakerlaw.com
Email: lattard@bakerlaw.com

Elizabeth A. Green (*pro hac vice*)
BAKER & HOSTETLER LLP
200 South Orange Avenue, Suite 2300
Orlando, FL 32801
Telephone:	407.649.4036
Facsimile:	407.841.0168
Email: egreen@bakerlaw.com

*Counsel for Official Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | Chapter 11 |
| -and- | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| Debtors. | **DECLARATION OF LAUREN T. ATTARD IN SUPPORT OF THE REPLY BRIEF OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS TO CERTAIN OBJECTIONS TO CONFIRMATION OF DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION DATED MARCH 16, 2020** |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas and Electric Company | |
| ■ Affects both Debtors | |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM) | |
| | Date:	May 27, 2020<br>Time:	10:00 a.m. (Pacific Time)<br>Place:	**Telephonic Appearances Only**<br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

I, Lauren T. Attard, under penalty of perjury, declare as follows:

1. I am an attorney with the law firm of Baker & Hostetler LLP, attorneys of record for The Official Committee of Tort Claimants (the "**TCC**") appointed in the above-captioned chapter 11 cases (the "**Cases**") of PG&E Corporation and Pacific Gas and Electric Company (the "**Debtors**"). I am a member in good standing of the bar of California. I have personal knowledge of the facts stated herein and I could and would competently and truthfully testify to those facts if called as witness.

2. I am authorized to execute this declaration on behalf of the TCC. Unless otherwise stated in this declaration, I have personal knowledge of the facts set forth herein. Documents that are attached to this Declaration were obtained by me in the course of my duties described above.

3. I submit this Declaration in support of the Reply Brief of the Official Committee of Tort Claimants to Certain Objections to Confirmation of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020 (the "**Confirmation Reply**").

4. In the course of my duties as one of the attorneys for the TCC, I was tasked with collecting signatures of TCC's members' counsel who were signing as "Consenting Professionals" on the First Amendment to Restructuring Support Agreement (the "**RSA Amendment**") dated December 16, 2019. Attached hereto as Exhibit A is a true and correct copy of a signature page to the RSA Amendment that was forwarded to me by Francis Scarpulla, counsel to GER Hospitality. GER Hospitality was a member of the TCC at that time. The purpose of this document was for counsel who wished to be considered "Consenting Professionals" to also provide their signature, because the TCC's counsel, Baker Hostetler, was signing on behalf of the TCC as a result of a unanimous vote of approval by the TCC. This document was sent to me by facsimile, and shows on its face that it was sent from Mr. Scarpulla's home fax machine. It is my understanding that the signature on this document is Mr. Scarpulla's signature, and that he signed on behalf of his client, GER Hospitality. Because the signature page was not completed correctly, and was not received in time, we did not attach it to the filed version of the RSA Amendment.

///

///

*Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.*

Dated: Los Angeles, California
May 22, 2020

    /s/ Lauren T. Attard
    Lauren T. Attard

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO