# **EXHIBIT A**

**CONSENTING FIRE CLAIMANT PROFESSIONAL**

By: _[signature]_

Name: _GTEL Hospitality_

Firm: _[signature]_

Attorneys for Holders of Fire Victim Claims

[*First Amendment to the Restructuring Support Agreement*]