CHRISTOPHER W. WOOD, SBN 193955
LARRY Q. PHAN, SBN 284561
**DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**
20 Bicentennial Circle
Sacramento, CA 95826
Telephone: (916) 379-3500
Facsimile: (916) 379-3599

ESTELA O. PINO, SBN 112975
**PINO & ASSOCIATES**
1520 Eureka Rd., Suite 101,
Roseville, CA 95661
Telephone: (916) 641-2288
Facsimile: (916) 244-0989

Attorneys for the Creditor, Ravin Skondin.

THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>**PG&E CORPORATION,**<br>-and-<br>In re:<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>Debtors.<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* All papers shall be filed in the lead case, No. 19-30088(DM) | Case No. 19-30088 (DM)<br>Chapter 11<br><br>**NOTICE OF SPEAKING ATTORNEY AT CONFIRMATION HEARING**<br><br>DATE: May 27, 2020<br>TIME: 10:00 A.M.<br>PLACE: Courtroom 17<br>450 Golden Gate Avenue, 16th Fl.<br>San Francisco, California<br><br>JUDGE: Hon. Dennis Montali |

Creditor, Ravin Skondin (hereinafter referred to as "Ms. Skondin"), identifies the following as her attorney who will speak at the confirmation hearing:

Estela O. Pino

Pino & Associates

epino@epinolaw.com

Ms. Skondin reserves the right to designate additional or other speaking attorneys as the confirmation process evolves and as she deems necessary or appropriate.

Dated: May 22, 2020

Respectfully submitted,
**PINO & ASSOCIATES**

By: _____
Estela O. Pino, Attorneys for Ravin Skondin.