| | |
|---|---|
| 1 | CHRISTOPHER W. WOOD, SBN 193955<br>LARRY Q. PHAN, SBN 284561 |
| 2 | **DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**<br>20 Bicentennial Circle |
| 3 | Sacramento, CA 95826<br>Telephone: (916) 379-3500 |
| 4 | Facsimile: (916) 379-3599 |
| 5 | ESTELA O. PINO, SBN 112975<br>**PINO & ASSOCIATES** |
| 6 | 1520 Eureka Rd., Suite 101,<br>Roseville, CA 95661 |
| 7 | Telephone: (916) 641-2288<br>Facsimile: (916) 244-0989 |
| 8 | |
| 9 | Attorneys for the Creditor, Daniel Franklin. |

THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re:

PG&E CORPORATION,

-and-

In re:

PACIFIC GAS AND ELECTRIC COMPANY,

Debtors.

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☒ Affects both Debtors

*\* All papers shall be filed in the lead case, No. 19-30088(DM)*

Case No. 19-30088 (DM)

Chapter 11

**NOTICE OF SPEAKING ATTORNEY AT CONFIRMATION HEARING**

DATE: May 27, 2020
TIME: 10:00 A.M.
PLACE: Courtroom 17
450 Golden Gate Avenue, 16th Fl.
San Francisco, California

JUDGE: Hon. Dennis Montali

Case: 19-30088    Doc# 7519    Filed: 05/22/20    Entered: 05/22/20 16:08:11    Page 1 of 2

Creditor, Daniel Franklin (hereinafter referred to as "Mr. Franklin"), identifies the following as his attorney who will speak at the confirmation hearing:

Estela O. Pino

Pino & Associates

epino@epinolaw.com

Mr. Franklin reserves the right to designate additional or other speaking attorneys as the confirmation process evolves and as he deems necessary or appropriate.

Dated: May 22, 2020

Respectfully submitted,
**PINO & ASSOCIATES**

By: _____
Estela O. Pino, Attorneys for Daniel Franklin.