Elizabeth J. Cabraser (SBN 083151)
Kevin R. Budner (SBN 287271)
Evan J. Ballan (SBN 318649)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Attorneys for Numerous Fire Claimants*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION**<br>-and-<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>Debtors.<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>Jointly Administered<br><br>(Jointly Administered)<br><br>**DESIGNATION OF SPEAKING ATTORNEY ON BEHALF OF NUMEROUS FIRE CLAIMANTS**<br><br>Date: May 27, 2020<br>Time: 10:00 a.m.<br>Place: Virtual<br>Judge: Hon. Dennis Montali<br><br>Re: Docket No. 7182 |

1994035.1

DESIGNATION OF SPEAKING ATTORNEY ON BEHALF OF NUMEROUS FIRE CLAIMANTS

Case: 19-30088    Doc# 7520    Filed: 05/22/20    Entered: 05/22/20 16:08:53    Page 1 of 3

Undersigned counsel, on behalf of creditors Lore Olds d/b/a Sky Vineyards, Skyla Olds, Nancy Hitchcock, Herman Bossano, Rebecca Bailey, Ph.D. d/b/a It's Mine Don't Touch Trust and Transitioning Families, and Charles Holmes, as well as Angela Loo, a member of the Tort Claimants Committee in her individual capacity, and numerous additional Claimants who are victims of the Camp and North Bay Fires asserting claims for wrongful death, personal injury, and loss of homes, businesses, property and livelihood against PG&E, hereby give notice pursuant to the Court's Order Establishing Confirmation Hearing Protocol, Dkt. 7182, that the following attorney may speak at the confirmation hearing in this matter, currently set for May 27, 2020:

> Elizabeth J. Cabraser (SBN 083151)
> LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
> 275 Battery Street, 29th Floor
> San Francisco, CA 94111-3339
> Telephone: (415) 956-1000
> ecabraser@lchb.com

Dated: May 22, 2020

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: */s/ Elizabeth J. Cabraser*
      Elizabeth J. Cabraser

Elizabeth J. Cabraser (SBN 083151)
Kevin R. Budner (SBN 287271)
Evan J. Ballan (SBN 318649)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Attorneys for Numerous Fire Claimants*

# CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

*/s/ Elizabeth J. Cabraser*
Elizabeth J. Cabraser