1  Stephen D. Finestone (125675)
   Jennifer C. Hayes (197252)
2  Ryan A. Witthans (301432)
   FINESTONE HAYES LLP
3  456 Montgomery Street, Floor 20
   San Francisco, CA 94104
4  Telephone: (415) 616-0466
   Facsimile: (415) 398-2820
5  Email: sfinestone@fhlawllp.com
   Email: jhayes@fhlawllp.com
6  Email: rwitthans@fhlawllp.com

7  Attorneys for Creditor
   Roebbelen Contracting, Inc.

8

9              UNITED STATES BANKRUPTCY COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11               SAN FRANCISCO DIVISION

| 12 | In re | Case No. 19-30088-DM |
|---|---|---|
| 13 | **PG&E Corporation**, | Chapter 11<br>Hon. Dennis Montali |
| 14 | Debtor-in-Possession. | |
| 15 | | |
| 16 | In re | Case No. 19-30089-DM<br>Chapter 11 |
| 17 | **Pacific Gas and Electric Company**, | Hon. Dennis Montali |
| 18 | Debtor-in-Possession. | |
| 19 | ☐ Affects PG&E Corporation | **ROEBBELEN CONTRACTING, INC.'S NOTICE OF DESIGNATION OF** |
| 20 | ☐ Affects Pacific Gas and Electric Company | **SPEAKING ATTORNEY AT CONFIRMATION HEARING** |
| 21 | ☒ Affects both Debtors | |
| 22 | | |

23      Roebbelen Contracting, Inc. ("Roebbelen"), having filed its *Objection to Confirmation of*

24  *Debtors' Plan of Reorganization*, ECF 7282, now submits this notice in accordance with the

25  *Order Establishing Confirmation Hearing Protocol*, ECF 7182.

26      The following attorney is designated as a "speaking attorney" on behalf of Roebbelen:

27          • Stephen D. Finestone (sfinestone@fhlawllp.com).

28

Case: 19-30088    Doc# 7523    Filed: 05/22/20    Entered: 05/22/20 16:15:06    Page 1 of 2

1    Roebbelen does not intend to call any witnesses in connection with the confirmation

2    hearing but reserves the right to call witnesses at a later date, as necessary, in connection with

3    any proceeding relating to its objection. The designation provided in this notice is subject to

4    change upon further notice.

5

6    Dated May 22, 2020                         FINESTONE HAYES LLP

7                                                _/s/ Ryan A. Witthans_
                                               Ryan A. Witthans
8                                               Attorneys for Creditor
                                               Roebbelen Contracting, Inc.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case: 19-30088    Doc# 7523    Filed: 05/22/20    Entered: 05/22/20 16:15:06    Page 2 of 2