1  Dennis F. Dunne (admitted *pro hac vice*)
   Samuel A. Khalil (admitted *pro hac vice*)
2  MILBANK LLP
   55 Hudson Yards
3  New York, New York 10001-2163
   Telephone: (212) 530-5000
4  Facsimile: (212) 530-5219

5  *and*

6  Gregory A. Bray (SBN 115367)
   Thomas R. Kreller (SBN 161922)
7  MILBANK LLP
   2029 Century Park East, 33rd Floor
8  Los Angeles, California 90067
   Telephone:  (424) 386-4000
9  Facsimile:  (213) 629-5063

10 *Counsel for the Official Committee*
   *of Unsecured Creditors*

11
## UNITED STATES BANKRUPTCY COURT
12
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION
13

| | |
|---|---|
| **In re:** | Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | Chapter 11 |
| | (Lead Case) |
| **- and -** | (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | |
| **Debtors.** | **NOTICE OF DESIGNATION OF SPEAKING ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AT THE CONFIRMATION HEARING** |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas and Electric Company | Date:      May 27, 2020 |
| ☑ Affects both Debtors | Time:      10:00 a.m. (Pacific Time) |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Place:     United States Bankruptcy Court Courtroom 17, 16th Floor 450 Golden Gate Avenue San Francisco, CA 94102 |
| | Re:          Docket No. 7182 |

27    Milbank LLP, counsel to the Official Committee of Unsecured Creditors (the

28 "UCC") that timely filed its *Limited Objection of the Official Committee of Unsecured*

*Creditors to Plan Confirmation* [Docket No. 7300] (the "<u>Limited Objection</u>"), submits this notice in accordance with the Court's *Order Establishing Confirmation Hearing Protocol* [Docket No. 7182] (the "<u>Order</u>"),[1] which provides that by May 22, 2020, "[a]ll parties that intend to participate at the Confirmation Hearing must provide the Court with the names and e-mail addresses of all speaking attorneys and witnesses." Order at 3.

The following attorneys will be "speaking attorneys" on behalf of the UCC at the Confirmation Hearing:

- Dennis Dunne (DDunne@milbank.com),
- Gregory Bray (GBray@milbank.com),
- Tom Kreller (TKreller@milbank.com),
- Andrew Leblanc (ALeblanc@milbank.com), and
- Alan Stone (AStone@milbank.com).

The UCC does not intend to call any witnesses in connection with the Confirmation Hearing, but reserves the right to call witnesses at a later date, as necessary, in connection with any proceeding related to the Limited Objection. Further, the UCC reserves the right to cross examine the declarants in respect of any issues related to its Limited Objection.

Dated: May 22, 2020

**MILBANK LLP**

*/s/ Gregory A. Bray*
DENNIS F. DUNNE
SAMUEL A. KHALIL
GREGORY A. BRAY
THOMAS R. KRELLER

*Counsel for the Official Committee of Unsecured Creditors*

---

[1] Capitalized terms not otherwise defined herein shall have the meanings afforded to them in the Order.