THOMAS F. KOEGEL (SBN 125852)
tkoegel@crowell.com
KIMBERLEY M. JOHNSON (SBN 317757)
kjohnson@crowell.com
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Telephone: 415.986.2800
Facsimile: 415.986.2827

BRIAN J. LOHAN (*Pro Hac Vice* application forthcoming)
brian.lohan@arnoldporter.com
BENJAMIN MINTZ (*Pro Hac Vice* admitted)
benjamin.mintz@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Telephone: 212.836.8000
Facsimile: 212.836.8689

GERARDO MIJARES-SHAFAI (*Pro Hac Vice* admitted)
gerardo.mijares-shafai@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001-3743
Telephone: 202.942.5000
Facsimile: 202.942.5999

Attorneys for Claimant
AT&T Corp.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION,**<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>Debtors.<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br>**NOTICE OF DESIGNATION OF SPEAKING ATTORNEYS AT CONFIRMATION HEARING FOR AT&T CORP.**<br>Date: May 27, 2020<br>Time: 10:00 a.m. (PT)<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102<br>Judge: The Hon. Dennis Montali |

**TO THE BANKRUPTCY COURT AND ALL PARITES IN INTEREST:**

**PLEASE TAKE NOTICE** that, on May 5, 2020, Adventist Health System/West and Feather River Hospital d/b/a Adventist Health Feather River (together, "**Adventist Health**"); Paradise Unified School District, Northern Recycling and Waste Services, LLC/Northern Holdings, LLC, Napa County Recycling & Waste Services, LLC/Napa Recycling & Waste Services, LLC, and Christian & Missionary Alliance Church of Paradise, dba Paradise Alliance Church (together, the "**Paradise Entities**"); AT&T Corp. and all affiliates ("**AT&T**"); and Comcast Cable Communications, LLC and all affiliates (collectively with Adventist Health, the Paradise Entities, and AT&T, the "**Objectants**"), timely filed and served their *Objection of Adventist Health, AT&T, Paradise Entities and Comcast to Trust Documents* [Docket No. 7072] (the "**Trust Documents Objection**").

**PLEASE TAKE FURTHER NOTICE** that, on May 15, 2020, the Objectants timely filed and served their *Objection to Confirmation and Reservation of Rights of Adventist Health, AT&T, Paradise Entities and Comcast to Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020* [Docket No. 7072] (the "**Confirmation Objection**").

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the *Order Establishing Confirmation Protocol* [Docket No. 7182], AT&T hereby designates the following attorneys with respect to the Limited Objection, the Confirmation Objection, and the confirmation hearing:

Thomas F. Koegel
CROWELL & MORING LLP
tkoegel@crowell.com

Kimberley M. Johnson
CROWELL & MORING LLP
kjohnson@crowell.com

Benjamin Mintz
ARNOLD & PORTER KAYE SCHOLER LLP
benjamin.mintz@arnoldporter.com

Gerardo Mijares-Shafai
ARNOLD & PORTER KAYE SCHOLER LLP
gerardo.mijares-shafai@arnoldporter.com

**PLEASE TAKE FURTHER NOTICE** that the designations provided herein remain subject to change upon further notice.

| | | |
|---|---|---|
| 1 | Dated: May 22, 2020 | CROWELL & MORING LLP |
| 2 | | |
| 3 | | Thomas F. Koegel |
| 4 | | Kimberley M. Johnson<br>Attorneys for AT&T Corp. |
| 5 | | ARNOLD & PORTER KAYE SCHOLER LLP<br>Brian J. Lohan (*Pro Hac Vice* application forthcoming) |
| 6 | | brian.lohan@arnoldporter.com<br>Benjamin Mintz (*Pro Hac Vice* admitted) |
| 7 | | benjamin.mintz@arnoldporter.com<br>250 West 55th Street |
| 8 | | New York, NY 10019-9710<br>+1 212.836.8000 |
| 9 | | +1 212.836.8689 |
| 10 | | ARNOLD & PORTER KAYE SCHOLER LLP<br>Gerardo Mijares-Shafai (*Pro Hac Vice* admitted) |
| 11 | | gerardo.mijares-shafai@arnoldporter.com<br>601 Massachusetts Avenue, NW |
| 12 | | Washington, DC 20001-3743<br>+1 202.942.5000 |
| 13 | | +1 202.942.5999 |