RICHARD C. PEDONE (admitted *pro hac vice*)
rpedone@nixonpeabody.com
NIXON PEABODY LLP
Exchange Place
53 State Street
Boston, MA 02109
Tel: 617-345-1000
Fax: 617-345-1300

LOUIS J. CISZ, III (SBN 142060)
lcisz@nixonpeabody.com
HILLARY BACA (SBN 288068)
hbaca@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center
32nd Floor
San Francisco, CA 94111
Tel: 415-984-8200
Fax: 415-984-8300

Attorneys for *CALIFORNIA SELF-INSURERS'
SECURITY FUND*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION**, | Chapter 11 |
| - and - | (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **THE CALIFORNIA SELF-INSURERS' SECURITY FUND'S NOTICE OF DESIGNATION OF SPEAKING ATTORNEYS AT CONFIRMATION HEARING** |
| **Debtors**. | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors | |
| *\* All papers shall be filed in the lead case, No. 19-30088 (DM)* | |

The California Self-Insurers' Security Fund ("CSISF"), by and through its counsel,

hereby files this notice of designation of speaking attorneys for the Confirmation Hearing (the

4829-7185-7084.5

"Notice") pursuant to the *Order Establishing Confirmation Hearing Protocol* [Docket No. 7182] (the "Order").[1]

On May 20, 2020, CSISF timely filed its *Statement and Reservation of Rights With Respect To Confirmation of the Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated, March 16, 2020* [Docket No. 7429] (the "Statement").

As of the date of this Notice, CSISF does not anticipate having to participate at the Confirmation Hearing. In accordance with the Order, however, CSISF hereby provides notice of its intent, and expressly reserves any and all right, to appear at the Confirmation Hearing to the extent issues relevant to CSISF are addressed. Accordingly, pursuant to this Notice, counsel for CSISF designates Richard C. Pedone (rpedone@nixonpeabody.com) as its speaking attorney.

DATED: May 22, 2020           NIXON PEABODY LLP

By:   /s/ *Richard C. Pedone*
RICHARD C. PEDONE (admitted *pro hac vice*)
rpedone@nixonpeabody.com
Exchange Place
53 State Street
Boston, MA 02109
Tel: 617-345-1000
Fax: 617-345-1300

LOUIS J. CISZ, III (SBN 142060)
lcisz@nixonpeabody.com
HILLARY BACA (SBN 288068)
hbaca@nixonpeabody.com
One Embarcadero Center, 32nd Floor
San Francisco, CA 94111
Tel: 415-984-8200
Fax: 415-984-8300

*Attorneys for CALIFORNIA SELF INSURERS' SECURITY FUND*

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Order.

4829-7185-7084.5