**Entered on Docket**
**May 22, 2020**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Steven S. Kane, Esq., SBN: 061670
Bonnie E. Kane, Esq., SBN: 167700
**THE KANE LAW FIRM**
402 W. Broadway, Suite 2500
San Diego, CA 92101
Telephone: (619) 236-8700
Facsimile: (619) 236-1370
E-mail: skane@thekanelawfirm.com
E-mail: bonnie@thekanelawfirm.com

Attorneys for KAREN GOWINS and
Many Wildfire Victim Creditors

**CHANGES MADE BY COURT**

Signed and Filed: May 22, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re:*<br><br>PG&E CORPORATION<br><br>-and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br>          Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas & Electric<br>■ Affects Both Debtors<br><br>*All papers shall be filed in the Lead Case, No.19-30088 (DM)*<br>_____ | **Case No. 19-30088 (DM)**<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**ORDER GRANTING EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME TO HEAR A MOTION FOR APPOINTMENT OF EXAMINER OF VOTING PROCEDURAL IRREGULARITIES PURSUANT TO SECTION 1104 ( c) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 2007.1** |

     The Court, having reviewed the Ex Parte Application for an Order Shortening Time to Hear a Motion for Appointment of Examiner of Voting Procedural Irregularities Pursuant to Section 1104 ( c) and Bankruptcy Rule 2007.1 (the "Application") and the supporting papers,

**HEREBY ORDERS AS FOLLOWS:**

–

1. The Application is GRANTED.

2. The Motion for Appointment of Examiner of Voting Procedural Irregularities Pursuant to Section 1104 (c) and Bankruptcy Rule 2007.1 (the "Examiner Motion"), currently appended to the underlying motion as Docket No. 7427-2, shall be filed separately on the docket no later than May 25, 2019.

3. The court will hear the Examiner Motion on **June 4, 2020, at 9:30 a.m. by video**.

4. Any opposition to the Examiner Motion shall be filed no later than June 2, 2020. The Office of the U.S. Trustee should file a response indicating its position on the Examiner Motion no later than June 2, 2020.

*** END OF ORDER ***