| | |
|---|---|
| REBECCA J. WINTHROP (CA Bar No. 116386)<br>ROBIN D. BALL (CA Bar No. 159698)<br>NORTON ROSE FULBRIGHT US LLP<br>555 South Flower Street, Forty-First Floor<br>Los Angeles, California 90071<br>Telephone: (213) 892-9200<br>Facsimile: (213) 892-9494<br>rebecca.winthrop@nortonrosefulbright.com<br>robin.ball@nortonrosefulbright.com<br><br>Attorneys for Creditors ADVENTIST HEALTH SYSTEM/WEST, and FEATHER RIVER HOSPITAL d/b/a ADVENTIST HEALTH FEATHER RIVER | CRAIG GOLDBLATT (*Pro Hac Vice admitted*)<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>1875 Pennsylvania Ave., NW<br>Washington DC 20036<br>Telephone: 202.663.6000<br>Facsimile: 202.663.6363<br>craig.goldblatt@wilmerhale.com<br><br>LAUREN LIFLAND (*Pro Hac Vice* application forthcoming)<br>ALLYSON PIERCE (SBN 325060)<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>250 Greenwich Street<br>New York, NY 10007<br>Telephone: 202.230.8800<br>Facsimile: 202.230.8888<br>lauren.lifland@wilmerhale.com<br>allyson.pierce@wilmerhale.com<br><br>Attorneys for Creditor COMCAST |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>- and –<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM). | Case No. 19 – 30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**ADVENTIST HEALTH SYSTEM/WEST, AND FEATHER RIVER HOSPITAL D/B/A ADVENTIST HEALTH FEATHER RIVER AND COMCAST'S NOTICE OF DESIGNATION OF SPEAKING ATTORNEYS AT CONFIRMATION HEARING**<br><br><u>Confirmation Hearing</u><br><br>Date: May 27, 2020<br>Time: 10:00 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |

**TO THE HONORABLE DENNIS MONTALI OF THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, AND TO ALL OTHER PARTIES IN INTEREST:**

In accordance with this Court's *Order Establishing Confirmation Protocol* [Dkt. No. 7182], Adventist Health System/West and Feather River Hospital d/b/a Adventist Health Feather River (each a California religious nonprofit organization and, together, "Adventist Health") and Comcast Cable Communications, LLC and all affiliates ("Comcast") hereby submit this Notice designating the following attorneys who may speak at the confirmation hearing on behalf of the parties below:

**A. For Adventist Health:**

| | |
|---|---|
| Rebecca J. Winthrop<br>Norton Rose Fulbright US LLP<br>rebecca.winthrop@nortonrosefulbright.com | David A. Rosenzweig<br>Norton Rose Fulbright US LLP<br>david.rosenzweig@nortonrosefulbright.com |
| Robin D. Ball<br>Norton Rose Fulbright US LLP<br>robin.ball@nortonrosefulbright.com | |

With respect to witnesses, Adventist Health does not intend to call any witnesses in connection with the confirmation proceedings at this time, but reserves the right to call and/or cross-examine witnesses at a later date, as necessary.

**B. For Comcast:**

| | |
|---|---|
| Craig Goldblatt<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>craig.goldblatt@wilmerhale.com | Lauren Lifland<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>lauren.lifland@wilmerhale.com |

With respect to witnesses, Comcast does not intend to call any witnesses in connection with the confirmation proceedings at this time, but reserves the right to call and/or cross-examine witnesses at a later date, as necessary.

Adventist Health and Comcast reserve their rights to change the above designations as necessary.

///

///

///

DOCUMENT PREPARED ON RECYCLED PAPER

Dated: May 22, 2020

REBECCA J. WINTHROP
NORTON ROSE FULBRIGHT US LLP

By /s/ Rebecca J. Winthrop
REBECCA J. WINTHROP
Attorneys for Creditors ADVENTIST
HEALTH SYSTEM/WEST, and
FEATHER RIVER HOSPITAL d/b/a
ADVENTIST HEALTH FEATHER
RIVER

Dated: May 22, 2020

CRAIG GOLDBLATT
WILMER CUTLER PICKERING HALE AND
DORR LLP

By: /s/ Craig Goldblatt
CRAIG GOLDBLATT
Attorney for Creditor COMCAST

DOCUMENT PREPARED ON RECYCLED PAPER

100094545.2

- 3 -