Mary Kim Wallace
Post Office Box 1632
Magalia, California 95954
Phone Number 530 492 6585
xena.calirub@gmail.com

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT
### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| In re:<br>PG&E CORPORATION,<br><br>    -and-<br><br>PG&E GAS AND ELECTRIC COMPANY<br>        Debtors<br><br>    vs.<br><br>Mary Kim Wallace<br><br>        Creditor | Bankruptcy Case<br>No. 19-30088-DM<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered) Case<br>No. 19-30089-DM<br><br>Proof of Claim No. 68955<br>Amended Proof of Claim No. 103408<br>Filed October 18, 2018<br>Camp Fire<br><br>Judge:  Honorable Dennis Montali<br><br>Notice of Participation |

I, Mary Kim Wallace, am a Camp Fire 2018 victim claimant and creditor in this Chapter 11 case. I will participate in the support of my objection(s), Docket # 7141 filed May 11, 2020, and Objection, Reservation of Rights, Objection to The Plan, Fire Victims Trust and Irregularities of Voting Procedure, filed on May 15, 2020, Docket # 7367.

My email address is xena@calirub.co. Please include me as a participant in the hearing that is about to be scheduled on or about Tuesday, May 26, 2020 in Judge Montali's Court.

DATED: May 22, 2020

All Rights Reserved<br>s/s/ by: Mary Kim Wallace, Creditor, In Pro Per

Page **- 1 -** of **1 Mary Kim Wallace, Objects to The Plan, Fire Victims Trust, and Reservation of Rights to Protect my claim.**