WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Theodore E. Tsekerides (*pro hac vice*)
(theodore.tsekerides@weil.com)
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors
and Debtors in Possession*

JONES DAY
Bruce S. Bennett (SBN 105430)
(bbennett@jonesday.com)
Joshua M. Mester (SBN 194783)
(jmester@jonesday.com)
James O. Johnston (SBN 167330)
(jjohnston@jonesday.com)
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071-2300
Tel: 213 489 3939
Fax: 213 243 2539

*Attorneys for Shareholder Proponents*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>        - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**DEBTORS' AND SHAREHOLDER PROPONENTS' NOTICE OF DESIGNATION OF SPEAKING ATTORNEYS AND WITNESSES AT CONFIRMATION HEARING** |

PLEASE TAKE NOTICE that on January 29, 2019, PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "**Bankruptcy Court**").

PLEASE TAKE FURTHER NOTICE that, on December 12, 2019, the Debtors filed the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated December 12, 2019* [Dkt. No. 5101] (the "**Plan**"), which was thereafter amended, modified, or supplemented on January 31, 2020, February 7, 2020, March 9, 2020, March 16, 2020, and May 22, 2020 [Dkt. Nos. 5590, 5700, 6217, and 7521, respectively].

PLEASE TAKE FURTHER NOTICE that the hearing to consider confirmation of the Plan (the "**Confirmation Hearing**") is scheduled for May 27, 2020 at 10:00 a.m. (Prevailing Pacific Time).

PLEASE TAKE FURTHER NOTICE that, in accordance with the *Order Establishing Confirmation Hearing Protocol* [Dkt. No. 7182] ("**Confirmation Hearing Protocol**"), the Debtors and Shareholder Proponents hereby designate the following individuals as speaking attorneys for the confirmation hearing:

| Stephen Karotkin | Theodore E. Tsekerides | Jessica Liou |
|---|---|---|
| Weil, Gotshal & Manges LLP | Weil, Gotshal & Manges LLP | Weil, Gotshal & Manges LLP |
| stephen.karotkin@weil.com | theodore.tsekerides@weil.com | jessica.liou@weil.com |

| Richard W. Slack | Matthew Goren |
|---|---|
| Weil, Gotshal & Manges LLP | Weil, Gotshal & Manges LLP |
| richard.slack@weil.com | matthew.goren@weil.com |

| Bruce S. Bennett | James O. Johnston | Joshua M. Mester |
|---|---|---|
| Jones Day | Jones Day | Jones Day |
| bbennett@jonesday.com | jjohnston@jonesday.com | jmester@jonesday.com |

| Kevin Orsini | Paul Zumbro |
|---|---|
| Cravath, Swaine & Moore LLP | Cravath, Swaine & Moore LLP |
| KOrsini@cravath.com | PZumbro@cravath.com |

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Confirmation Hearing Protocol, the Debtors and Shareholder Proponents hereby designate the following individuals as speaking witnesses for the confirmation hearing:

| | |
|---|---|
| Jason P. Wells<br>PG&E Corporation<br>Jason.Wells@pge-corp.com | Kenneth S. Ziman<br>Lazard<br>ken.ziman@lazard.com |
| John Boken<br>AlixPartners<br>jboken@alixpartners.com | Christina Pullo<br>Prime Clerk<br>cpullo@primeclerk.com |

**PLEASE TAKE FURTHER NOTICE** that the Debtors and Shareholder Proponents reserve the right to amend the foregoing designations and/or designate additional attorneys or witnesses to participate at the Confirmation Hearing upon further notice.

Dated: May 22, 2020
New York, New York

**WEIL, GOTSHAL & MANGES LLP**

**KELLER BENVENUTTI KIM LLP**

By: /s/ *Theodore E. Tsekerides*
Theodore E. Tsekerides

*Attorneys for Debtors and Debtors in Possession*