RICHARD A. MARSHACK, #107291
rmarshack@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

GERALD SINGLETON, SBN 208783
JOHN LEMON, SBN 175847
SINGLETON LAW FIRM, APC
450 A Street, 5th Floor
San Diego, CA 92101
Tel: (619) 771-3473
Email: gerald@slffirm.com

Attorneys for SLF Fire Victim Claimants

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>    and<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br><br>          Debtors<br><br>Affects:<br>☐ PG&E Corporation<br>☐ Pacific Gas & Electric Company<br>☒ Both Debtors<br><br>* All papers shall be filed in the Lead Case,<br>   No. 19-30088 (DM). | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case–Jointly Administered)<br><br>SLF FIRE VICTIMS CLAIMANTS' NOTICE OF SPEAKING ATTORNEYS AT CONFIRMATION HEARING<br><br>Date:  May 27, 2020<br>Time:  10:00 a.m. (Pacific)<br>Place:  **Telephonic Appearances Only**<br>        United States Bankruptcy<br>Court:  Courtroom 17, 16th Floor<br>        San Francisco, CA 94102 |

TO THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY COURT JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

The SLF Fire Victim Claimants, in accordance with the *Order Establishing Confirmation Protocol* [Dkt. No. 7182], hereby designates the following speaking attorneys with respect to the confirmation hearing:

Richard A. Marshack

rmarshack@marshackhays.com

Gerald Singleton

gerald@slffirm.com

Dated: May 22, 2020            MARSHACK HAYS LLP

By: /s/ Richard A. Marshack
RICHARD A. MARSHACK
LAILA MASUD
Attorneys for SLF CLAIMANTS

Dated: May 22, 2020            SINGLETON LAW FIRM, APC

By: /s/ Gerald Singelton
GERALD SINGLETON
JOHN LEMON
Attorneys for the SINGLETON LAW FIRM FIRE VICTIM CLAIMANTS