| | |
|---|---|
| Jeremiah F. Hallisey (SBN 4001)<br>Karen J. Chedister (SBN 99473)<br>HALLISEY AND JOHNSON PC<br>465 California St, Ste 405<br>San Francisco, CA 94104<br>Telephone: (415) 433—5300<br>Email:: jfhallisey@gmail.com<br>kchedister@h-jlaw.com | Francis O. Scarpulla (SBN 41059)<br>Patrick B. Clayton (SBN 240191)<br>LAW OFFICES OF FRANCIS O. SCARPULLA<br>456 Montgomery Street, 17th Floor<br>San Francisco, CA 94104<br>Tel: (415) 788-7210<br>Email: fos@scarpullalaw.com<br>pbc@scarpullalaw.com |
| Quentin L. Kopp (SBN 25070)<br>Daniel S. Mason (SBN 54065)<br>Thomas W. Jackson (SBN 107608)<br>FURTH SALEM MASON & LI LLP<br>640 Third Street, 2nd Floor<br>Santa Rosa, CA 95404-4445<br>Telephone: (707) 244-9422<br>Email: quentinlkopp@gmail.com<br>dmason@fsmllaw.com<br>tjackson@fsmllaw.com | Richard A. Lapping (SBN 107496)<br>TRODELLA & LAPPING, LLP<br>540 Pacific Avenue<br>San Francisco, CA 94133-4608<br>Telephone: (415) 399-1015<br>Email: rich@trodellalapping.com[1] |

*[Attorneys for clients as listed on signature page0])*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>   - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>               Debtors. | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br><br>(Jointly Administered)<br><br>**NOTICE REGARDING CERTAIN FIRE VICTIMS' DESIGNATION OF WITNESSES AND SPEAKING ATTORNEYS FOR CONFIRMATION HEARING OF DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION DATED MARCH 16, 2020**<br><br>Date: May 27, 2020<br>Time: 10:00 a.m.:<br>Place: Courtroom 17, 450 Golden Gate Ave., 16th Floor, San Francisco, CA<br>Judge: Hon. Dennis Montali |

---

[1] Associated as co-counsel on behalf of the Fire Victim claimants/creditors herein

-1-

## I. Designation of Witnesses

NOTICE IS HEREBY GIVEN, that pursuant to the Court's May 13, 2020 Order Establishing Confirmation Hearing Protocol, the following Fire Victim Claimants/Creditors: GER Hospitality, LLC, Adolfo Veronese Family, William O'Brien, Ming O'Brien, Fuguan O'Brien; Michael Heinstein, Kye Heinstein, Karen Roberds; Anita Freeman; William N. Steel, Clinton Reilly; Ken Born, Christine Born, Cathy Ference, William Ference, Allen Goldberg, Robert Johnson, Patricia Goodberg, Paul Goodberg, Terence Redmond, Melissa Redmond, Sonoma Court Shops, Inc., and Rita Godward, hereby designate the following witnesses for the confirmation hearing to commence on May 27, 2020, of the Debtors' Joint Chapter 11 Plan of Reorganization dated March 16, 2020.

1. Eric Lowrey, CIRA, eric@griffinadvisorsinc.com

Mr. Lowrey's testimony pertains to the matters raised in his Declaration filed on April 3, 2020 in *In re PG&E Corporation, et al.,* United States District Court, Northern District of California Civil Case No. 19-05257(JD) .

Adverse Witness(es)

1. Person(s) Most Knowledgeable at Prime Clerk LLC with regard to (1) total number of fire victims who filed claims in this bankruptcy proceeding; (2) total number of fire victims who filed claims who were represented by counsel; (3) date(s) when Fire Victim Plan Solicitation/Ballots for proposed settlement with Debtors were EMAILED to fire victim claimants; (4) date(s) when Fire Victim Plan Solicitation/Ballots for proposed settlement with Debtors was MAILED to fire victim claimants; (5) date(s) when Fire Victim Plan Solicitation/Ballots for proposed settlement with Debtors were EMAILED to counsel for the fire victims; (6) date(s) when Fire Victim Plan Solicitation/Ballots for proposed settlement with Debtors were MAILED to counsel for fire victim claimants; (7) number of EMAILS with Fire Victim Plan Solicitation/Ballots which were undeliverable; (8) total number of Fire Victim Plan Solicitation/Ballots returned to Prime Clerk, undelivered; by mail or other delivery; (9) total number of Ballots received in which the vote was to approve the Fire Victim Plan; (10) total

number of Ballots received in which the vote was to reject the Fire Victim Plan; (12) total number of fire victims who communicated with Prime Clerk stating that ballots had not been received; (13) addresses where Prime Clerk mailed Fire Victim Plan Solicitation/Ballots; (14) any and all attempts to notify fire victims of the Plan Solicitation/Ballots by media, or other method.

<u>Witnesses designated by other parties</u>:

1. Jason P. Wells, Executive Vice President and Chief Financial Officer for PG&E Corp.
2. Ken Ziman, Managing Director in the Restructuring Group at Lazard Frères & Co. LLC,.
3. John Boken, Managing Director in the restructuring group at 1lixPartners, LLP.
4. Christina Pullo, Vice President of Global Corporate Actions, at Prime Clerk LLC.
5. Any additional witness(es) named by any other party.

Fire Victim claimants/creditors herein reserve the right to designate additional witnesses for rebuttal.

## II. **Designation of Speaking Attorneys for Confirmation Hearing**

The herein-named Fire Victim claimants'/creditors identify the following as their attorneys who will speak at the at the Confirmation Hearing of the above Debtors on May 27, 2020 at 10;00 a.m.:

1. Richard A. Lapping, Esq., Trodella & Lapping, LLP
   rich@trodellalapping.com
2. Jeremiah F. Hallisey, Esq., Hallisey and Johnson, PC
   jfhallisey@gmail.com
3. Francis O. Scarpulla, Esq., Scarpulla Law Firm
   fos@scarpullalaw.com

The above identified Fire Victim claimants/creditors reserve the right to designate additional or other speaking attorneys as the confirmation process evolves and as they deem

necessary or appropriate.

Dated: May 22, 2020

                                                                         /s/ *Jeremiah F. Hallisey*
Jeremiah F. Hallisey
Hallisey and Johnson, PC
465 California Street, Suite 405
San Francisco, CA 94104-1812
Telephone: (415) 433-5300
Email: jfhallisey@gmail.com

Attorneys for William, Ming, and Fuguan O'Brien; Kye and Michael Heinstein; Clint Reilly; Karen Roberds and Anita Freeman; and William N. Steel

Frances O. Scarpulla (SBN 41059)
Patrick B. Clayton (SBN 240191)
LAW OFFICES OF FRANCIS O. SCARPULLA
456 Montgomery Street, 17th Floor
San Francisco, CA 94104
Tel: (415) 788-7210
Email: fos@scarpullalaw.com
            pbc@scarpullalaw.com
Attorneys for GER HOSPITALITY, LLC and ADOLFO VERONESE FAMILY

Quentin L. Kopp (SBN 25070)
Daniel S. Mason (SBN 54065)
Thomas W. Jackson (SBN 107608)
FURTH SALEM MASON & LI LLP
640 Third Street, 2nd Floor
Santa Rosa, CA 95404-4445
Telephone: (707) 244-9422
Email: quentinlkopp@gmail.com
           dmason@fsmllaw.com
           tjackson@fsmllaw.com
Attorneys for Ken Born, Christine Born, Cathy Ference, William Ference, Allen Goldberg, Robert Johnson, Patricia and Paul Goodberg, Terence Redmond, Melissa Redmond, Sonoma Court Shops, Inc., Rita Godward

# CERTIFICATE OF SERVICE

I, Karen J. Chedister, declare as follows:

I am over the age of eighteen (18) years and not a party to the within action. My business address is 465 California Street, Suite 405, San Francisco, CA 94104.

On May 22, 2020, I served document(s) described as:

**NOTICE REGARDING CERTAIN FIRE VICTIMS' DESIGNATION OF WITNESSES AND SPEAKING ATTORNEYS FOR CONFIRMATION HEARING OF DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION DATED MARCH 16, 2020**

on the interested parties in this action as follows:

BY E-MAIL/NEF: Service was accomplished through the Notice of Electronic Filing ("NEF") for all parties and counsel who are registered ECF Users and those identified below:

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. This declaration was executed on May 22, 2020 at San Francisco, California.

*/s/ Karen J. Chedister*
Karen J. Chedister, Esq.