**DIEMER & WEI, LLP**
Kathryn S. Diemer (#133977)
Alexander J. Lewicki (#323639)
55 S Market Street, Suite 1420
San Jose, CA 95113
Telephone: 408-971-6270
Facsimile: 408-971-6271
Email: kdiemer@diemerwei.com

**WILLKIE FARR & GALLAGHER LLP**
Matthew A. Feldman (*pro hac vice*)
Joseph G. Minias (*pro hac vice*)
Daniel I. Forman (*pro hac vice*)
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
Email: mfeldman@willkie.com
       jminias@willkie.com
       dforman@willkie.com

*Counsel for Ad Hoc Group of Subrogation Claim Holders*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Chapter 11 |
| **PG&E CORPORATION,** | Bankr. Case No. 19-30088 (DM) |
| -and- | (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | |
| Debtors. | **CERTIFICATE OF SERVICE** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | |
| *\* All papers shall be filed in the lead case, No. 19-30088 (DM)* | |

I, Alexander J. Lewicki, do declare and state as follows:

1. I am employed in Santa Clara County in the State of California. I am more than eighteen years old and not a party to this action. My business address is Diemer & Wei LLP, 55 S Market Street, Suite 1420, San Jose, CA, 95113.

2. I certify that on May 22, 2020, I caused a true and correct copy of each of the following documents to be served via ECF on all ECF notice recipients:

    - **THE AD HOC GROUP OF SUBROGATION CLAIM HOLDERS' OMNIBUS REPLY TO PLAN CONFIRMATION OBJECTIONS.**

3. I certify that on May 22, 2020, I caused a true and correct copy of each of the above documents to be served via Electronic Mail to all parties listed in **Exhibit A**.

4. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would testify thereto.

Executed on May 22, 2020

*/s/ Alexander J. Lewicki*
Alexander J. Lewicki

# Exhibit A

**Weil, Gotshal & Manges LLP**
Stephen.Karotkin@weil.com
Matthew.goren@weil.com
Jessica.liou@weil.com

**Cravath, Swaine & Moore LLP**
Pzumbro@cravath.com
korsini@cravath.com
jzobitz@cravath.com
skessing@cravath.com
ndorsey@cravath.com
onasab@cravath.com

**Baker & Hostetler LLP**
rjulian@bakerlaw.com
cdumas@bakerlaw.com
esagerman@bakerlaw.com
lattard@bakerlaw.com

**Keller Benvenutti & Kim LLP**
tkeller@kbkllp.com
jkim@kbkllp.com

**Office of the United States Trustee**
James.l.snyder@usdoj.gov
Timothy.s.laffredi@usdoj.gov

**Milbank LLP**
Ddunne@milbank.com
skhalil@milbank.com
Gbray@milbank.com
Tkreller@milbank.com
astone@milbank.com
svora@milbank.com

**Stroock & Stroock & Lavan LLP**
khansen@stroock.com
egilad@stroock.com
mgarofalo@stroock.com
fmerola@stroock.com

| | |
|---|---|
| 1 | **Davis Polk & Wardwell LLP** |
| 2 | Eli.vonnegut@davispolk.com |
| | David.schiff@davispolk.com |
| 3 | Timothy.graulich@davispolk.com |
| 4 | **Paul, Weiss, Rifkind, Wharton & Garrison LLP** |
| | Akornberg@paulweiss.com |
| 5 | bhermann@paulweiss.com |
| | wrieman@paulweiss.com |
| 6 | smitchell@paulweiss.com |
| 7 | ndonnelly@paulweiss.com |
| 8 | **Jones Day** |
| | bbennet@jonesday.com |
| 9 | jmester@jonesday.com |
| | jjohnston@jonesday.com |
| 10 | |
| 11 | **U.S. Department of Justice** |
| | Danielle.pham@usdoj.gov |
| 12 | Marta.villacorta@usdoj.gov |
| 13 | **Akin Gump Straus Hauer & Feld LLP** |
| | vcrawford@akingump.com |
| 14 | mstamer@akingump.com |
| 15 | idizengoff@akingump.com |
| | dbotter@akingump.com |
| 16 | |
| | **Braunhagey & Borden LLP** |
| 17 | hagey@braunhagey.com |
| | theodore@braunhagey.com |
| 18 | kwasniewski@braunhagey.com |
| 19 | levine@braunhagey.com |
| 20 | **Tosdal Law Firm APC** |
| | tom@tosdallaw.com |
| 21 | |
| 22 | **Michael S. Feinberg** |
| | feinberg@feinbergfitchlaw.com |
| 23 | |
| | **Law Office of Angela Jae Chun** |
| 24 | ajc@chun.law |
| 25 | **Casey Gerry Schenk Francavilla Blatt & Penfield LLP** |
| 26 | dcasey@cglaw.com |
| | jdavis@cglaw.com |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | **Law Office of Francis O. Scarpulla** |
| | fos@scarpullalaw.com |
| 2 | pbc@scarpullalaw.com |
| 3 | |
| | **Hallisey & Johnson, PC** |
| 4 | jfhallisey@gmail.com |
| 5 | **Furth Salem Mason & Li LLP** |
| | quentinlkopp@gmail.com |
| 6 | dmason@fsmllaw.com |
| 7 | tjackson@fsmllaw.com |
| 8 | **Salvato Law Offices** |
| | gsalvato@salvatolawoffices.com |
| 9 | jboufadel@salvatolawoffices.com |
| 10 | **The Law Office of Joseph West** |
| 11 | Westjoseph@earthlink.net |
| 12 | **Attorney General of California** |
| | Margarita.padilla@doj.ca.gov |
| 13 | James.potter@doj.ca.gov |
| | Danette.valdez@doj.ca.gov |
| 14 | Annadel.almendras@doj.ca.gov |
| 15 | |
| | **Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP** |
| 16 | sfelderstein@ffwplaw.com |
| | ppascuzzi@ffwplaw.com |
| 17 | |
| 18 | **Norton Rose Fulbright US LLP** |
| | Rebecca.winthrop@nortonrosefulbright.com |
| 19 | Robin.ball@nortonrosefulbright.com |
| 20 | **Reed Smith LLP** |
| | dweiss@reedsmith.com |
| 21 | pmunoz@reedsmith.com |
| 22 | |
| | **Arnold & Porter Kaye Scholer LLP** |
| 23 | Brian.lohan@arnoldporter.com |
| | Benjamin.mintz@arnoldporter.com |
| 24 | |
| | **Wilmer Cutler Pickering Hale & Dorr LLP** |
| 25 | Craig.goldblatt@wilmerhale.com |
| 26 | Lauren.lifland@wilmerhale.com |
| | Allyson.pierce@wilmerhale.com |
| 27 | |
| 28 | |