PILLSBURY WINTHROP SHAW PITTMAN LLP

Leo T. Crowley (*pro hac vice*)
31 West 52nd Street
New York, NY 10019-6131
(212) 858-1000
leo.crowley@pillsburylaw.com

Matthew S. Walker
12255 El Camino Real, Suite 300
San Diego, CA 92130-4088
(858) 847-4158
matthew.walker@pillsburylaw.com

Dania Slim (*pro hac vice*)
324 Royal Palm Way, Suite 220
Palm Beach, FL 33480-4309
(561) 232-3300
dania.slim@pillsburylaw.com

*Counsel for Wilmington Trust, National Association, as the HoldCo Revolver Loan Administrative Agent*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION**<br>    - and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                              **Debtors.** | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br>**WILMINGTON TRUST, NATIONAL ASSOCIATION'S DESIGNATION OF SPEAKING ATTORNEYS AT CONFIRMATION HEARING**<br>**Hearing Date and Time**<br>Date:  May 27, 2020<br>Time:  10:00 a.m.<br>Place:  U.S. Bankruptcy Court<br>             Courtroom 17, 16th Floor<br>             San Francisco, CA 94102 |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

Per the Court's *Order Establishing Confirmation Hearing Protocol* [Doc. No. 7182], Wilmington Trust, National Association, in its capacity as successor administrative agent under that certain Second Amended and Restated Credit Agreement among PG&E Corporation as borrower and the agents and lenders thereunder, dated as of April 27, 2015, designates the following individuals as speaking attorneys at the confirmation hearing:

> Leo T. Crowley
> leo.crowley@pillsburylaw.com
>
> Dania Slim
> dania.slim@pillsburylaw.com

Dated: May 22, 2020  **PILLSBURY WINTHROP SHAW PITTMAN LLP**

By: /s/ *Leo T. Crowley*
Leo T. Crowley (*pro hac vice*)

31 West 52nd Street
New York, NY 10019-6131
(212) 858-1000
leo.crowley@pillsburylaw.com

Dania Slim (*pro hac vice*)
324 Royal Palm Way, Suite 220
Palm Beach, FL 33480-4309
(561) 232-3300
dania.slim@pillsburylaw.com

*Counsel for Wilmington Trust, National Association, as the HoldCo Revolver Loan Administrative Agent*