| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| A-1 Milmac, Inc.<br>460 Cabot Rd<br>South San Francisco, CA 94080 | 1085 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$16,516.50 (U)<br>$16,516.50 (T) | Amended & Replaced Claims | A-1 Milmac, Inc.<br>460 CABOT RD<br>SOUTH SAN FRANCISCO, CA 94080 | 4637 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$23,239.04 (U)<br>$23,239.04 (T) |
| A-1 Milmac, Inc.<br>460 Cabot Rd<br>South San Francisco, CA 94080 | 1562 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$16,516.50 (U)<br>$16,516.50 (T) | Amended & Replaced Claims | A-1 Milmac, Inc.<br>460 CABOT RD<br>SOUTH SAN FRANCISCO, CA 94080 | 4637 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$23,239.04 (U)<br>$23,239.04 (T) |
| Avenue Strategic Opportunities Fund, LP as Transferee of National Technical Systems, Inc<br>Attn: David Leinward 11 West 42nd Street, 9th Floor<br>New York, NY 10036 | 1819 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$144,356.00 (U)<br>$144,356.00 (T) | Amended & Replaced Claims | Avenue Strategic Opportunities Fund, LP as Transferee of National Technical Systems, Inc<br>Attn: David Leinward<br>New York, NY 10036 | 89509 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$153,644.00 (U)<br>$153,644.00 (T) |
| Avenue Strategic Opportunities Fund, LP as Transferee of National Technical Systems, Inc<br>Attn: David Leinward<br>New York, NY 10036 | 6692 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$156,644.00 (U)<br>$156,644.00 (T) | Amended & Replaced Claims | Avenue Strategic Opportunities Fund, LP as Transferee of National Technical Systems, Inc<br>Attn: David Leinward<br>New York, NY 10036 | 89509 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$153,644.00 (U)<br>$153,644.00 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | Basis For Objection | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Braus, Paul<br><br>PO BOX 550511<br>TAHOE PARADISE, CA 96155 | 1348 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$8,300.00 (P)<br>$0.00 (U)<br>$8,300.00 (T) | Amended & Replaced Claims | Braus, Paul<br><br>PO Box 550511<br>Tahoe Paradise, CA 96155 | 1483 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$6,300.00 (P)<br>$0.00 (U)<br>$6,300.00 (T) |
| Brock, Victoria G<br><br>VB Coaching & Consulting 1198 Navigator Dr. PMB 132<br>Ventura, CA 93001 | 1512 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,667.00 (U)<br>$1,667.00 (T) | Wrong Case | Brock, Victoria G<br><br>VB COACHING & CONSULTING 1198 Navigator Dr. PMB 132<br>VENTURA, CA 93001 | 66066 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,667.00 (U)<br>$1,667.00 (T) |
| Cherokee Debt Acquisition, LLC as Transferee of US Cad Holdings LLC<br><br>Attn: Vladimir Jelisavcic 1325 Avenue of the Americas, 28th Floor<br>New York, NY 10019 | 9361 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$76,239.60 (U)<br>$76,239.60 (T) | Amended & Replaced Claims | Cherokee Debt Acquisition, LLC as Transferee of US Cad Holdings LLC<br><br>Attn: Vladimir Jelisavcic<br>New York, NY 10019 | 9500 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$76,239.60 (U)<br>$76,239.60 (T) |
| Cherokee Debt Acquisition, LLC as Transferee of YSI Inc<br><br>1325 Avenue of the Americas, 28th Floor<br>New York, NY 10019 | 2172 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,581.28 (U)<br>$5,581.28 (T) | Amended & Replaced Claims | Cherokee Debt Acquisition, LLC as Transferee of YSI Inc<br><br>1325 Avenue of the Americas, 28th Floor<br>New York, NY 10019 | 8546 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$55,885.00 (U)<br>$55,885.00 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Contrarian Funds, LLC as Transferee of MCA Connect LLC<br><br>Attn: Alisa Mumola<br>Greenwich, CT 06830 | 3567 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$20,270.00 (U)<br>$20,270.00 (T) | Amended & Replaced Claims | Contrarian Funds, LLC as Transferee of MCA Connect LLC<br><br>Attn: Alisa Mumola<br>Greenwich, CT 06830 | 3620 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$20,270.00 (U)<br>$20,270.00 (T) |
| Contrarian Funds, LLC as Transferee of N Consulting Engineers, Inc.<br><br>Attn: Alisa Mumola<br>Greenwich, CT 06830 | 2032 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$72,329.17 (U)<br>$72,329.17 (T) | Amended & Replaced Claims | Contrarian Funds, LLC as Transferee of N Consulting Engineers, Inc.<br><br>Attn: Alisa Mumola 411 West Putnam Ave., Suite 425<br>Greenwich, CT 06830 | 58860 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$72,329.17 (U)<br>$72,329.17 (T) |
| Contrarian Funds, LLC as Transferee of Reax Engineering, Inc<br><br>Attn: Alisa Mumola<br>Greenwich, CT 06830 | 3758 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$33,000.00 (U)<br>$33,000.00 (T) | Amended & Replaced Claims | Contrarian Funds, LLC as Transferee of Reax Engineering, Inc<br><br>Attn: Alisa Mumola 411 West Putnam Ave., Suite 425<br>Greenwich, CT 06830 | 57500 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$33,000.00 (U)<br>$33,000.00 (T) |
| Contrarian Funds, LLC as Transferee of Unisont Engineering, Inc.<br><br>Attn: Alisa Mumola<br>Greenwich, CT 06830 | 1531 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$55,350.00 (U)<br>$55,350.00 (T) | Amended & Replaced Claims | Contrarian Funds, LLC as Transferee of Unisont Engineering, Inc.<br><br>Attn: Aliso Mumola 411 West Putnam Ave., Suite 425<br>Greenwich, CT 06830 | 56796 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$55,350.00 (U)<br>$55,350.00 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED ||||| SURVIVING CLAIMS ||||
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Contrarian Funds, LLC as Transferee of Urbin Incorporated<br><br>Attn: Alisa Mumola 411 West Putnam Ave., Suite 425 Greenwich, CT 06830 | 3055 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$12,850.00 (P)<br>$40,766.25 (U)<br>$53,616.25 (T) | Amended & Replaced Claims | Contrarian Funds, LLC as Transferee of Urbin Incorporated<br><br>Attn: Alisa Mumola 411 West Putnam Ave., Suite 425 Greenwich, CT 06830 | 58743 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$53,616.25 (U)<br>$53,616.25 (T) |
| CRG Financial LLC as Transferee of Mapleservice Inc<br><br>Attn: Allison R. Axenrod<br>Cresskill, NJ 07626 | 1612 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,074.82 (U)<br>$5,074.82 (T) | Amended & Replaced Claims | CRG Financial LLC (As Assignee of Mapleservice Inc.)<br><br>100 Union Avenue, Suite 240<br>Cresskill, NJ 07626 | 79008 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$20,739.96 (U)<br>$20,739.96 (T) |
| Delucchi's First Aid Training<br><br>10269 E. Desert Flower Pl.<br>Tucson , AZ 85749 | 1416 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$6,107.00 (U)<br>$6,107.00 (T) | Amended & Replaced Claims | Delucchi's First Aid Training<br><br>10269 E. Desert Flower Pl.<br>Tucson, AZ 85749 | 7797 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,750.31 (U)<br>$10,750.31 (T) |
| Delucchi's First Aid Training<br><br>10269 E. Desert Flower Pl.<br>Tucson , AZ 85749 | 5041 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,750.31 (U)<br>$10,750.31 (T) | Duplicative Claims | Delucchi's First Aid Training<br><br>10269 E. Desert Flower Pl.<br>Tucson, AZ 85749 | 7797 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,750.31 (U)<br>$10,750.31 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Fair Harbor Capital, LLC as Assignee of Powell Electrical Systems Inc. <br><br>Fair Harbor Capital LLC PO Box 237037 <br>New York, NY 10023 | 2572 | Pacific Gas and Electric Company | $0.00 (S) <br>$82,097.12 (A) <br>$0.00 (P) <br>$0.00 (U) <br>$82,097.12 (T) | Amended & Replaced Claims | Fair Harbor Capital, LLC as Assignee of Powell Electrical Systems Inc. <br><br>Fair Harbor Capital LLC PO Box 237037 <br>New York, NY 10023 | 16920 | Pacific Gas and Electric Company | $0.00 (S) <br>$0.00 (A) <br>$0.00 (P) <br>$65,000.40 (U) <br>$65,000.40 (T) |
| Fair Harbor Capital, LLC as Transferee of Industrial Electrical Co <br><br>Attn: Fredric Glass <br>New York, NY 10023 | 3028 | Pacific Gas and Electric Company | $0.00 (S) <br>$9,365.75 (A) <br>$0.00 (P) <br>$0.00 (U) <br>$9,365.75 (T) | Amended & Replaced Claims | Fair Harbor Capital, LLC as Transferee of Industrial Electrical Co <br><br>Attn: Fredric Glass <br>New York, NY 10023 | 3804 | Pacific Gas and Electric Company | $0.00 (S) <br>$0.00 (A) <br>$0.00 (P) <br>$9,365.75 (U) <br>$9,365.75 (T) |
| Greene, Herbert Gary <br><br>795 Rider Ridge Rd <br>Santa Cruz, CA 95065 | 1578 | Pacific Gas and Electric Company | $0.00 (S) <br>$4,156.86 (A) <br>$0.00 (P) <br>$0.00 (U) <br>$4,156.86 (T) | Amended & Replaced Claims | Greene, Herbert Gary <br><br>795 Rider Ridge Rd <br>Santa Cruz, CA 95065 | 5430 | PG&E Corporation | $0.00 (S) <br>$0.00 (A) <br>$4,156.86 (P) <br>$0.00 (U) <br>$4,156.86 (T) |
| Heavenly Express <br><br>PO BOX 9009 <br>STOCKTON, CA 95208 | 2016 | PG&E Corporation | $0.00 (S) <br>$0.00 (A) <br>$0.00 (P) <br>$1,260.00 (U) <br>$1,260.00 (T) | Amended & Replaced Claims | Morales, Noe <br><br>Thelma Morales 425 E Mendocino Ave <br>Stockton, CA 95204-3450 | 59755 | PG&E Corporation | $0.00 (S) <br>$0.00 (A) <br>$0.00 (P) <br>$1,260.00 (U) <br>$1,260.00 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Micro Motion, Inc.  8000 Norman Center Dr, Suite 1200  Bloomington, MN 55437 | 2719 | Pacific Gas and Electric Company | $0.00 (S)  $759.33 (A)  $0.00 (P)  $0.00 (U)  $759.33 (T) | Amended & Replaced Claims | Micro Motion, Inc.  8000 Norman Center Dr, Suite 1200  Bloomington, MN 55437 | 10042 | Pacific Gas and Electric Company | $0.00 (S)  $0.00 (A)  $0.00 (P)  $51.33 (U)  $51.33 (T) |
| Milomix Productions, LLC  3210 Kerner Blvd.  San Rafael, CA 94901 | 1261 | Pacific Gas and Electric Company | $0.00 (S)  $0.00 (A)  $0.00 (P)  $5,600.00 (U)  $5,600.00 (T) | Amended & Replaced Claims | Milomix Productions, LLC  3210 Kerner Blvd.  San Rafael, CA 94901 | 1438 | Pacific Gas and Electric Company | $0.00 (S)  $0.00 (A)  $0.00 (P)  $10,394.00 (U)  $10,394.00 (T) |
| MK Consulting Services, Inc.  Mark Kazimirsky 747 Fountainhead Ct  San Ramon, CA 94583 | 4209 | PG&E Corporation | $0.00 (S)  $0.00 (A)  $0.00 (P)  $18,861.40 (U)  $18,861.40 (T) | Wrong Case | MK Consulting Services, Inc.  Mark Kazimirsky  San Ramon, CA 94583 | 4211 | Pacific Gas and Electric Company | $0.00 (S)  $0.00 (A)  $0.00 (P)  $18,861.40 (U)  $18,861.40 (T) |
| Musch, Terry  15267 N. 140th Dr. #1036  SURPRISE, AZ 85379 | 8853 | PG&E Corporation | $0.00 (S)  $0.00 (A)  $8,333.00 (P)  $0.00 (U)  $8,333.00 (T) | Wrong Case | Musch, Terry  15267 N. 140th Dr. #1036  Surprise, AZ 85379 | 1802 | Pacific Gas and Electric Company | $0.00 (S)  $0.00 (A)  $8,333.00 (P)  $0.00 (U)  $8,333.00 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | Basis For Objection | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Olympus Peak Master Fund LP<br><br>c/o Olympus Peak Asset Management LP Attn: Leah Silverman, General Counsel 745 Fifth Avenue, Suite 1604<br>New York, NY 10151 | 59763 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$911,867.64 (U)<br>$911,867.64 (T) | Duplicative Claims | Olympus Peak Master Fund LP<br><br>c/o Olympus Peak Asset Management LP Attn: Leah Silverman, General Counsel 745 Fifth Avenue, Suite 1604<br>New York, NY 10151 | 61520 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$911,867.64 (U)<br>$911,867.64 (T) |
| Olympus Peak Master Fund LP<br><br>c/o Olympus Peak Asset Management LP Attn: Leah Silverman, General Counsel 745 Fifth Avenue, Suite 1604 Suite 1604<br>New York, NY 10151 | 59860 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$911,867.64 (U)<br>$911,867.64 (T) | Duplicative Claims | Olympus Peak Master Fund LP<br><br>c/o Olympus Peak Asset Management LP Attn: Leah Silverman, General Counsel 745 Fifth Avenue, Suite 1604<br>New York, NY 10151 | 61520 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$911,867.64 (U)<br>$911,867.64 (T) |
| Olympus Peak Master Fund LP as Transferee of Lyles Utility Construction LLC<br><br>Attn: Leah Silverman 745 Fifth Avenue Suite 1604<br><br>New York, NY 10151 | 3632 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$911,867.64 (U)<br>$911,867.64 (T) | Amended & Replaced Claims | Olympus Peak Master Fund LP<br><br>c/o Olympus Peak Asset Management LP Attn: Leah Silverman, General Counsel 745 Fifth Avenue, Suite 1604<br>New York, NY 10151 | 61520 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$911,867.64 (U)<br>$911,867.64 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Olympus Peak Master Fund LP as Transferee of Lyles Utility Construction LLC<br><br>Attn: Leah Silverman 745 Fifth Avenue Suite 1604<br><br>New York, NY 10151 | 3601 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$911,867.64 (U)<br>$911,867.64 (T) | Amended & Replaced Claims | Olympus Peak Master Fund LP<br><br>c/o Olympus Peak Asset Management LP Attn: Leah Silverman, General Counsel 745 Fifth Avenue, Suite 1604<br><br>New York, NY 10151 | 61520 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$911,867.64 (U)<br>$911,867.64 (T) |
| Olympus Peak Master Fund LP as Transferee of Lyles Utility Construction, LLC<br><br>Attn: Leah Silverman 745 Fifth Avenue, Suite 1604<br><br>New York, NY 10151 | 3543 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$911,867.64 (U)<br>$911,867.64 (T) | Amended & Replaced Claims | Olympus Peak Master Fund LP<br><br>c/o Olympus Peak Asset Management LP Attn: Leah Silverman, General Counsel 745 Fifth Avenue, Suite 1604<br><br>New York, NY 10151 | 61520 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$911,867.64 (U)<br>$911,867.64 (T) |
| Olympus Peak Master Fund LP<br><br>Attn: Leah Silverman, General Counsel 745 Fifth Avenue - Suite 1604<br><br>New York, NY 10151 | 64145 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$267,237.51 (U)<br>$267,237.51 (T) | Duplicative Claims | Olympus Peak Master Fund LP<br><br>Attn: Leah Silverman, General Counsel 745 Fifth Avenue Suite 1604<br><br>New York, NY 10151 | 65778 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$267,237.51 (U)<br>$267,237.51 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Olympus Peak Master Fund LP as Transferee of Team Quality Services, Inc.<br><br>Attn: Leah Silverman<br><br>New York, NY 10151 | 3062 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$267,237.51 (U)<br>$267,237.51 (T) | Amended & Replaced Claims | Olympus Peak Master Fund LP<br><br>Attn: Leah Silverman, General Counsel 745 Fifth Avenue Suite 1604<br><br>New York, NY 10151 | 65778 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$267,237.51 (U)<br>$267,237.51 (T) |
| Olympus Peak Master Fund LP as Transferee of Team Quality Services, Inc.<br><br>Attn: Leah Silverman<br><br>New York, NY 10151 | 3069 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$267,237.51 (U)<br>$267,237.51 (T) | Wrong Case | Olympus Peak Master Fund LP<br><br>Attn: Leah Silverman, General Counsel 745 Fifth Avenue Suite 1604<br><br>New York, NY 10151 | 65778 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$267,237.51 (U)<br>$267,237.51 (T) |
| Team Quality Services, Inc.<br><br>4483 CR 19 Suite B<br><br>Auburn, IN 46706 | 2941 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$269,466.71 (U)<br>$269,466.71 (T) | Amended & Replaced Claims | Olympus Peak Master Fund LP<br><br>Attn: Leah Silverman, General Counsel 745 Fifth Avenue Suite 1604<br><br>New York, NY 10151 | 65778 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$267,237.51 (U)<br>$267,237.51 (T) |
| Team Quality Services, Inc.<br><br>4483 CR 19 Suite B<br><br>Auburn, IN 46706 | 2943 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$269,466.71 (U)<br>$269,466.71 (T) | Amended & Replaced Claims | Olympus Peak Master Fund LP<br><br>Attn: Leah Silverman, General Counsel 745 Fifth Avenue Suite 1604<br><br>New York, NY 10151 | 65778 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$267,237.51 (U)<br>$267,237.51 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

First Omnibus Objection　　　Exhibit 1　　　PG&E Corporation and Pacific Gas and Electric Company
Case No. 19-30088 (DM), Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Olympus Peak Master Fund LP as Transferee of Nexient, LLC<br><br>Attn: Leah Silverman 745 Fifth Avenue Suite 1604<br><br>New York, NY 10151 | 3471 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$475,964.55 (U)<br>$475,964.55 (T) | Amended & Replaced Claims | Olympus Peak Master Fund LP<br><br>c/o Olympus Peak Asset Management LP Attn: Leah Silverman, General Counsel 745 Fifth Avenue, Suite 1604<br><br>New York, NY 10151 | 60096 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$475,964.55 (U)<br>$475,964.55 (T) |
| Olympus Peak Master Fund LP as Transferee of Research Into Action<br><br>Attn: Leah Silverman 745 Fifth Avenue, Suite 1604<br><br>New York, NY 10151 | 10746 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$30,454.75 (U)<br>$30,454.75 (T) | Amended & Replaced Claims | Olympus Peak Master Fund LP<br><br>Attn: Leah Silverman, General Counsel 745 Fifth Avenue - Suite 1604 Suite 1604<br><br>New York, NY 10151 | 72415 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$30,454.75 (U)<br>$30,454.75 (T) |
| Olympus Peak Master Fund LP as Transferee of Scenic Landscape Services, Inc<br><br>Attn: Leah Silverman<br><br>New York, NY 10151 | 3827 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$103,959.06 (U)<br>$103,959.06 (T) | Amended & Replaced Claims | Olympus Peak Master Fund LP<br><br>Attn: Leah Silverman, General Counsel 745 Fifth Avenue - Suite 1604<br><br>New York, NY 10151 | 88095 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$103,959.06 (U)<br>$103,959.06 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Page 10
Case: 19-30088　　Doc# 7550-1　　Filed: 05/22/20　　Entered: 05/22/20 19:22:48　　Page 10 of 17

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Olympus Peak Master Fund LP as Transferee of Scenic Landscape Services, Inc<br><br>Attn: Leah Silverman<br><br>New York, NY 10151 | 1856 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$100,033.24 (U)<br>$100,033.24 (T) | Amended & Replaced Claims | Olympus Peak Master Fund LP<br><br>Attn: Leah Silverman, General Counsel 745 Fifth Avenue - Suite 1604<br>New York, NY 10151 | 88095 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$103,959.06 (U)<br>$103,959.06 (T) |
| ProcureAbility Inc.<br><br>11260 Donner Pass Rd. Suite C1 - #372<br>Truckee, CA 96161 | 2765 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$115,800.00 (U)<br>$115,800.00 (T) | Amended & Replaced Claims | ProcureAbility Inc.<br><br>11260 Donner Pass Rd. Suite C1 - #372<br>Truckee, CA 96161 | 2789 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$115,800.00 (U)<br>$115,800.00 (T) |
| Q Corporation<br><br>4880 ADOHR LANE<br>CAMARILLO, CA 93012 | 96935 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$29,584.73 (U)<br>$29,584.73 (T) | Duplicative Claims | Q Corporation<br><br>4880 ADOHR LANE<br>CAMARILLO, CA 93012 | 96951 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$29,584.73 (U)<br>$29,584.73 (T) |
| Quantum Spatial, Inc.<br><br>Sheppard Mullin Richter & Hampton LLP Edward H. Tillinghast, III, Esq. 30 Rockefeller Plaza<br>New York, NY 10112 | 1295 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,660,904.00 (U)<br>$1,660,904.00 (T) | Amended & Replaced Claims | Quantum Spatial, Inc.<br><br>Sheppard Mullin Richter & Hampton LLP Edward H. Tillinghast, III, Esq. 30 Rockefeller Plaza<br>New York, NY 10112 | 98749 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$971,841.00 (U)<br>$971,841.00 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Quantum Spatial, Inc. c/o Sheppard Mullin Richter & Hampton LLP Attn: Edward H. Tillinghast, III, Esq 30 Rockefeller Plaza New York, NY 10112 | 66442 | Pacific Gas and Electric Company | $0.00 (S) $0.00 (A) $0.00 (P) $898,144.00 (U) $898,144.00 (T) | Amended & Replaced Claims | Quantum Spatial, Inc. Sheppard Mullin Richter & Hampton LLP Edward H. Tillinghast, III, Esq. 30 Rockefeller Plaza New York, NY 10112 | 98749 | Pacific Gas and Electric Company | $0.00 (S) $0.00 (A) $0.00 (P) $971,841.00 (U) $971,841.00 (T) |
| Rockwell, Thomas K. 4560 Panorama Dr La Mesa, CA 91941 | 2514 | PG&E Corporation | $0.00 (S) $0.00 (A) $12,102.12 (P) $0.00 (U) $12,102.12 (T) | Duplicative Claims | Rockwell, Thomas K. 4560 Panorama Dr La Mesa, CA 91941 | 2517 | PG&E Corporation | $0.00 (S) $0.00 (A) $12,102.12 (P) $0.00 (U) $12,102.12 (T) |
| Sacramento Executive Helicopters, Inc. 10420 Corfu Drive Elk Grove, CA | 9283 | Pacific Gas and Electric Company | $0.00 (S) $0.00 (A) $0.00 (P) $108,734.92 (U) $108,734.92 (T) | Amended & Replaced Claims | Sacramento Executives Helicopters, Inc 10420 Corfu Drive Elk Grove, CA 95624 | 17075 | Pacific Gas and Electric Company | $0.00 (S) $0.00 (A) $0.00 (P) $108,734.92 (U) $108,734.92 (T) |
| San Luis Powerhouse, Inc. 798 Francis Ave. San Luis Obispo, CA 93401 | 1231 | PG&E Corporation | $0.00 (S) $0.00 (A) $0.00 (P) $1,380.00 (U) $1,380.00 (T) | Wrong Case | San Luis Powerhouse, Inc. 798 Francis Ave. San Luis Obispo, CA 93401 | 1239 | Pacific Gas and Electric Company | $0.00 (S) $0.00 (A) $0.00 (P) $1,380.00 (U) $1,380.00 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED ||||| SURVIVING CLAIMS ||||
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Schick, M.D., Robert M<br><br>1020 Leland Drive<br>Lafayette, CA 94549 | 1169 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$3,600.00 (P)<br>$0.00 (U)<br>$3,600.00 (T) | Amended & Replaced Claims | Schick, M.D., Robert M<br><br>1020 Leland Drive<br>Lafayette, CA 94549 | 3606 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$3,600.00 (P)<br>$0.00 (U)<br>$3,600.00 (T) |
| Tannor Partners Credit Fund LP<br><br>Attn: Robert J. Tanner 3536 Los Pinos Drive<br>Santa Barbara, CA 93105 | 1931 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$7,766.28 (U)<br>$7,766.28 (T) | Wrong Case | Tannor Partners Credit Fund LP<br><br>Attn: Robert J. Tanner 3536 Los Pinos Drive<br>Santa Barbara, CA 93105 | 1865 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$7,766.28 (U)<br>$7,766.28 (T) |
| TDW (US), Inc., f/k/a TDW Services, Inc.<br><br>Phillips Murrah P.C. Clayton D. Ketter Corporate Tower, 13th Floor 101 North Robinson Avenue<br>Oklahoma City, OK 73102 | 3401 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$894,674.01 (U)<br>$894,674.01 (T) | Amended & Replaced Claims | TDW (US), Inc., f/k/a TDW Services, Inc.<br><br>Phillips Murrah P.C. Clayton D. Ketter Corporate Tower, 13th Floor 101 North Robinson Avenue<br>Oklahoma City, OK 73102 | 4558 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$478,124.01 (U)<br>$478,124.01 (T) |
| Telstar Instruments<br><br>1717 SOLANO WAY, UNIT 34<br>CONCORD, CA 94520 | 1693 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$256,761.50 (U)<br>$256,761.50 (T) | Amended & Replaced Claims | Telstar Instruments<br><br>1717 SOLANO WAY, UNIT 34<br>CONCORD, CA 94520 | 2077 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$666,764.64 (U)<br>$666,764.64 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | Basis For Objection | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Terra Verde Environmental Consulting<br><br>c/o Paul F. Ready Farmer & Ready 1254 Marsh Street San Luis Obispo, Ca 93401 | 17109 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,203.01 (U)<br>$10,203.01 (T) | Wrong Case | Terra Verde Environmental Consulting<br><br>c/o Paul F. Ready Farmer & Ready 1254 Marsh Street San Luis Obispo, CA 93401 | 34847 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,203.01 (U)<br>$10,203.01 (T) |
| Total Traffic Control, Inc.<br><br>1475 Donner Avenue<br><br>San Francisco, CA 91424 | 1593 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$549,812.50 (U)<br>$549,812.50 (T) | Amended & Replaced Claims | Total Traffic Control, Inc.<br><br>Attn: Tracy Green, Esq. Wendel Rosen LLP 1111 Broadway, 24th Flr.<br>Oakland, CA 94607 | 9170 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$549,832.50 (U)<br>$549,832.50 (T) |
| Walter & Prince LLP<br><br>208 E Street<br>Santa Rosa, CA 95404 | 2432 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,896.40 (U)<br>$3,896.40 (T) | Duplicative Claims | Walter & Prince LLP<br><br>208 E Street<br>SANTA ROSA, CA 95404 | 3920 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,896.40 (U)<br>$3,896.40 (T) |
| Waste Control Specialist LLC<br><br>Attn: Beau Morgan 17101 Preston Road Ste 115 Dallas, TX 75248 | 3001 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$16,675.00 (U)<br>$16,675.00 (T) | Wrong Case | Waste Control Specialists, LLC<br><br>Gregory G. DiCarlo 35 Corporate Drive Suite 1155 Trumbull, CT 06611 | 6959 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$16,675.00 (U)<br>$16,675.00 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Whitebox Multi Strategy Partners, LP as Transferee of Surf To Snow Environmental Resource Management<br><br>Attn: Chris Hardy 3033 Excelsior Blvd, Ste 300 221 Sansome Street, Third Flr<br>Minneapolis, MN 55416 | 2548 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$328,449.47 (U)<br>$328,449.47 (T) | Amended & Replaced Claims | Whitebox Multi-Strategy Partners, LP<br><br>Andrew M. Thau Whitebox Advisors LLC 280 Park Avenue Suite 43W<br>New York, NY 10017 | 69010 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$716,958.91 (U)<br>$716,958.91 (T) |
| Whitebox Multi Strategy Partners, LP as Transferee of Surf To Snow Environmental Resource Management<br><br>Attn: Chris Hardy 3033 Excelsior Blvd, Ste 300 221 Sansome Street, Third Floor<br>Minneapolis, MN 55416 | 3065 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$388,509.44 (U)<br>$388,509.44 (T) | Amended & Replaced Claims | Whitebox Multi-Strategy Partners, LP<br><br>Andrew M. Thau Whitebox Advisors LLC 280 Park Avenue Suite 43W<br>New York, NY 10017 | 69010 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$716,958.91 (U)<br>$716,958.91 (T) |
| Whitebox Multi-Strategy Partners, L.P.<br><br>Whitebox Advisors LLC Andrew Thau 280 Park Ave, Suite 43W<br>New York, NY 10017 | 59736 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$716,958.91 (U)<br>$716,958.91 (T) | Duplicative Claims | Whitebox Multi-Strategy Partners, LP<br><br>Andrew M. Thau Whitebox Advisors LLC 280 Park Avenue Suite 43W<br>New York, NY 10017 | 69010 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$716,958.91 (U)<br>$716,958.91 (T) |
| Whitebox Multi-Strategy Partners, LP<br><br>Andrew M. Thau Whitebox Advisors LLC 280 Park Avenue, Suite 43W<br>New York, NY 10017 | 68840 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$716,958.91 (U)<br>$716,958.91 (T) | Wrong Case | Whitebox Multi-Strategy Partners, LP<br><br>Andrew M. Thau Whitebox Advisors LLC 280 Park Avenue Suite 43W<br>New York, NY 10017 | 69010 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$716,958.91 (U)<br>$716,958.91 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| \multicolumn{5}{c}{**CLAIMS TO BE DISALLOWED AND EXPUNGED**} | \multicolumn{4}{c}{**SURVIVING CLAIMS**} |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Whitebox Multi-Strategy Partners, L.P.<br><br>Whitebox Advisors LLC Andrew Thau 280 Park Ave, Suite 43W<br>New York, NY 10017 | 59735 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$750,000.00 (U)<br>$750,000.00 (T) | Duplicative Claims | Whitebox Multi-Strategy Partners, L.P.<br><br>Whitebox Advisors LLC Andrew Thau 280 Park Ave, Suite 43W<br>New York, NY 10017 | 70068 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$750,000.00 (U)<br>$750,000.00 (T) |
| Whitebox Multi-Strategy Partners, LP as Transferee of Picarro, Inc.<br><br>Attn: Scott Specken<br>Minneapolis, MN 55416 | 69 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$750,000.00 (U)<br>$750,000.00 (T) | Wrong Case | Whitebox Multi-Strategy Partners, L.P.<br><br>Whitebox Advisors LLC Andrew Thau 280 Park Ave, Suite 43W<br>New York, NY 10017 | 70068 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$750,000.00 (U)<br>$750,000.00 (T) |
| Whitebox Multi-Strategy Partners, LP as Transferee of Picarro, Inc.<br><br>Attn: Scott Specken<br>Minneapolis, MN 55416 | 2200 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$750,000.00 (U)<br>$750,000.00 (T) | Amended & Replaced Claims | Whitebox Multi-Strategy Partners, L.P.<br><br>Whitebox Advisors LLC Andrew Thau 280 Park Ave, Suite 43W<br>New York, NY 10017 | 70068 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$750,000.00 (U)<br>$750,000.00 (T) |
| Whitebox Multi-Strategy Partners, LP<br><br>c/o Whitebox Advisors LLC Attn: Keith Fischer<br>Minneapolis, MN 55416 | 61324 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$201,261.00 (U)<br>$201,261.00 (T) | Duplicative Claims | Whitebox Multi-Strategy Partners, LP<br><br>c/o Whitebox Advisors LLC Attn: Keith Fischer<br>Minneapolis, MN 55416 | 70326 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$201,261.00 (U)<br>$201,261.00 (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Whitebox Multi-Strategy Partners, LP as Transferee of Road Safety, Inc.<br><br>Attn: Mark Strefling 3033 Excelsior Blvd, Ste 300<br><br>Minneapolis, MN 55416 | 1949 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$612,189.00 (U)<br>$612,189.00 (T) | Amended & Replaced Claims | Whitebox Asymmetric Partners, LP (46%) and Whitebox Multi-Strategy Partners, LP (54%)<br><br>c/o Whitebox Advisors LLC Attn: Keith Fischer 3033 Excelsior Blvd. Suite 300<br><br>Minneapolis, MN 55416 | 78171 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$612,189.00 (U)<br>$612,189.00 (T) |
| Whitebox Relative Value Partners, LP as Transferee of Tetra Tech Inc<br><br>Attn: Scott Specken<br>Minneapolis, MN 55416-4675 | 19896 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$401,362.01 (U)<br>$401,362.01 (T) | Amended & Replaced Claims | Whitebox Relative Value Partners, LP<br><br>c/o Whitebox Advisors 3033 Excelsior Blvd, Ste 300<br>Minneapolis, MN 55416 | 88570 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$401,362.01 (U)<br>$401,362.01 (T) |
| Wu, Tony S<br><br>7004 HARTLEY COURT<br>MODESTO, CA 95356 | 8157 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$9,250.00 (P)<br>$0.00 (U)<br>$9,250.00 (T) | Duplicative Claims | Wu, Tony S<br><br>7004 Hartley Court<br>Modesto, CA 95356 | 8184 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$9,250.00 (P)<br>$0.00 (U)<br>$9,250.00 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".