| CLAIMS TO BE DISALLOWED AND EXPUNGED ||||| SURVIVING CLAIMS ||||
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Accelerated Construction & Metal, LLC<br><br>2955 Farrar Ave<br>Modesto, CA 95354 | 1538 | Pacific Gas and Electric Company | $0.00 (S)<br>$35,857.34 (A)<br>$0.00 (P)<br>$23,580.66 (U)<br>$59,438.00 (T) | Amended & Replaced Claims | Accelerated Construction & Metal, LLC<br><br>2955 FARRAR AVE<br>MODESTO, CA 95354 | 4198 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$66,668.00 (U)<br>$66,668.00 (T) |
| Aggreko, LLC<br><br>4607 W. Admiral Doyle Drive<br>New Iberia, LA 70560 | 8400 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,861,925.07 (U)<br>$1,861,925.07 (T) | Amended & Replaced Claims | Aggreko, LLC<br><br>4607 W. Admiral Doyle Drive<br>New Iberia, LA 70560 | 89969 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,444,421.09 (U)<br>$1,444,421.09 (T) |
| Altec Industries, Inc.<br><br>Regan Loper Burr & Forman LLP 420 North 20th Street, Suite 3400<br>Birmingham, AL 35203 | 3278 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$84,852.36 (U)<br>$84,852.36 (T) | Amended & Replaced Claims | Altec Industries, Inc.<br><br>Burr & Forman LLP Regan Loper 420 20th Street North, Suite 3400<br>Birmingham, AL 35203 | 96350 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$92,676.68 (U)<br>$92,676.68 (T) |
| American Compliance Services, LTD.<br><br>554 Morning Glory Dr.<br>Benicia, CA 94510 | 1161 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$15,341.00 (U)<br>$15,341.00 (T) | Duplicative Claims | American Compliance Services, LTD.<br><br>554 Morning Glory Dr.<br>Benicia, CA 94510 | 78068 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$15,341.00 (U)<br>$15,341.00 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Appian Corporation<br><br>Chris Winters, General Counsel 11955 Democracy Drive, 17th Floor<br>Reston, VA 20190 | 2178 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$58,448.13 (U)<br>$58,448.13 (T) | Amended & Replaced Claims | Appian Corporation<br><br>Chris Winters, General Counsel 11955 Democracy Drive, 17th Floor<br>Reston, VA 20190 | 2180 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$58,448.13 (U)<br>$58,448.13 (T) |
| Avenue Strategic Opportunities Fund, LP as Transferee of Cowen Special Investments LLC<br><br>Attn: David Leinwand 11 West 42nd Street, 9th Floor 2677 N. Main St., Suite 910<br>New York, NY 10036 | 7220 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$276,779.41 (U)<br>$276,779.41 (T) | Amended & Replaced Claims | Avenue Strategic Opportunities Fund, LP as Transferee of Cowen Special Investments LLC<br><br>Attn: David Leinwand 11 West 42nd Street, 9th Floor<br>New York, NY 10036 | 16800 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$264,097.70 (U)<br>$264,097.70 (T) |
| Baldwin Aviation, Inc.<br>PO Box 21312<br>Hilton Head Island, SC 29925 | 2325 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,555.00 (U)<br>$3,555.00 (T) | Amended & Replaced Claims | Baldwin Aviation, Inc.<br>PO Box 21312<br>Hilton Head Island, SC 29925 | 2326 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,975.00 (U)<br>$1,975.00 (T) |
| Bauer's Intelligent Transportation<br><br>Pier 50<br>San Francisco, CA 94158-2193 | 3195 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$264,305.42 (U)<br>$264,305.42 (T) | Amended & Replaced Claims | Whitebox Multi-Strategy Partners, LP<br><br>c/o Whitebox Advisors LLC Attn: Keith Fischer 3033 Excelsior Blvd, Ste 300<br>Minneapolis, MN 55416 | 71819 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$264,305.42 (U)<br>$264,305.42 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Whitebox Multi-Strategy Partners, LP as Transferee of Bauer's Intelligent Transportation, Inc.<br><br>Attn: Scott Specken<br><br>Minneapolis, MN 55416 | 3224 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$264,305.42 (U)<br>$264,305.42 (T) | Amended & Replaced Claims | Whitebox Multi-Strategy Partners, LP<br><br>c/o Whitebox Advisors LLC Attn: Keith Fischer 3033 Excelsior Blvd, Ste 300<br>Minneapolis, MN 55416 | 71819 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$264,305.42 (U)<br>$264,305.42 (T) |
| Beckwith Electric Co., Inc<br><br>Attn: Linda Caporaso 6190 118th Avenue North<br>Largo, FL 33773 | 3049 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$18,752.01 (U)<br>$18,752.01 (T) | Amended & Replaced Claims | Beckwith Electric Co., Inc.<br><br>Linda Caporaso 6190 118th Avenue North<br>Largo, FL 33773 | 97065 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,571.39 (U)<br>$10,571.39 (T) |
| Bordges Timber Inc.<br><br>4940 Old French Town Road<br>Shingle Springs, CA 95682 | 93291 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,844,143.75 (U)<br>$4,844,143.75 (T) | Wrong Case | Bordges Timber Inc<br><br>4940 Old French Town Road<br>Shingle Springs , CA 95682 | 93235 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,844,143.75 (U)<br>$4,844,143.75 (T) |
| Bordges Timber Inc.<br><br>4940 OLD FRENCH TOWN ROAD<br>SHINGLE SPRINGS, CA 95682 | 2749 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,543,507.16 (U)<br>$5,543,507.16 (T) | Amended & Replaced Claims | Bordges Timber Inc<br><br>4940 Old French Town Road<br>Shingle Springs , CA 95682 | 93235 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,844,143.75 (U)<br>$4,844,143.75 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| \multicolumn{5}{c|}{**CLAIMS TO BE DISALLOWED AND EXPUNGED**} | \multicolumn{4}{c}{**SURVIVING CLAIMS**} |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Bordges Timber Inc.<br><br>4940 Old French Town Road<br>Shingle Springs, CA 95682 | 2759 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,543,507.16 (U)<br>$5,543,507.16 (T) | Amended & Replaced Claims | Bordges Timber Inc<br><br>4940 Old French Town Road<br>Shingle Springs, CA 95682 | 93235 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,844,143.75 (U)<br>$4,844,143.75 (T) |
| Bradford Capital Holdings, LP as Transferee of Colibri Ecological Consulting LLC<br>c/o Bradford Capital Management, LLC<br>Clifton, NJ 07012 | 1597 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,369.76 (U)<br>$3,369.76 (T) | Amended & Replaced Claims | Bradford Capital Holdings, LP, as Assignee of Colibri Ecological Consulting, LLC<br>c/o Bradford Capital Holdings, LLC PO Box 4353<br>Clifton, NJ 07012 | 96456 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,420.03 (U)<br>$4,420.03 (T) |
| Bradford Capital Holdings, LP as Transferee of Colibri Ecological Consulting LLC<br>c/o Bradford Capital Management, LLC<br>Clifton, NJ 07012 | 1660 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$1,792.99 (P)<br>$0.00 (U)<br>$1,792.99 (T) | Amended & Replaced Claims | Bradford Capital Holdings, LP, as Assignee of Colibri Ecological Consulting, LLC<br>c/o Bradford Capital Holdings, LLC PO Box 4353<br>Clifton, NJ 07012 | 96456 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,420.03 (U)<br>$4,420.03 (T) |
| Bradford Capital Holdings, LP as Transferee of Colibri Ecological Consulting LLC<br>c/o Bradford Capital Management, LLC<br>Clifton, NJ 07012 | 7730 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$330.00 (P)<br>$0.00 (U)<br>$330.00 (T) | Amended & Replaced Claims | Bradford Capital Holdings, LP, as Assignee of Colibri Ecological Consulting, LLC<br>c/o Bradford Capital Holdings, LLC PO Box 4353<br>Clifton, NJ 07012 | 96456 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,420.03 (U)<br>$4,420.03 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | Basis For Objection | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Bradford Capital Holdings, LP as Transferee of Colibri Ecological Consulting LLC c/o Bradford Capital Management, LLC Clifton, NJ 07012 | 7761 | Pacific Gas and Electric Company | $0.00 (S) $0.00 (A) $1,462.99 (P) $0.00 (U) $1,462.99 (T) | Amended & Replaced Claims | Bradford Capital Holdings, LP, as Assignee of Colibri Ecological Consulting, LLC c/o Bradford Capital Holdings, LLC PO Box 4353 Clifton, NJ 07012 | 96456 | PG&E Corporation | $0.00 (S) $0.00 (A) $0.00 (P) $4,420.03 (U) $4,420.03 (T) |
| Calaveras Telephone Company 513 Main St Copperopolis, CA 95228 | 19867 | Pacific Gas and Electric Company | $0.00 (S) $0.00 (A) $105.14 (P) $1,277.25 (U) $1,382.39 (T) | Duplicative Claims | Calaveras Telephone Company 513 Main St Copperopolis, CA 95228 | 19878 | Pacific Gas and Electric Company | $0.00 (S) $0.00 (A) $105.14 (P) $1,277.25 (U) $1,382.39 (T) |
| Calaveras Telephone Company 513 Main St Copperopolis, CA 95228 | 8471 | PG&E Corporation | $0.00 (S) $0.00 (A) $105.14 (P) $1,277.25 (U) $1,382.39 (T) | Wrong Case | Calaveras Telephone Company 513 Main St Copperopolis, CA 95228 | 19878 | Pacific Gas and Electric Company | $0.00 (S) $0.00 (A) $105.14 (P) $1,277.25 (U) $1,382.39 (T) |
| Central Coast Land Services, Inc. Michael Filbin PO Box 961 Capitola, CA 95010 | 970 | Pacific Gas and Electric Company | $0.00 (S) $0.00 (A) $0.00 (P) $71,462.79 (U) $71,462.79 (T) | Amended & Replaced Claims | Central Coast Land Services, Inc. Michael Filbin PO Box 961 P.O. BOX 961 CAPITOLA, CA 95010 | 16870 | Pacific Gas and Electric Company | $0.00 (S) $0.00 (A) $0.00 (P) $71,462.79 (U) $71,462.79 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Central Coast Land Services, Inc. <br><br>Michael Filbin PO Box 961 <br>Capitola, CA 95010 | 2274 | Pacific Gas and Electric Company | $0.00 (S) <br> $0.00 (A) <br> $0.00 (P) <br> $16,305.08 (U) <br> $16,305.08 (T) | Amended & Replaced Claims | Central Coast Land Services, Inc. <br><br>Michael Filbin PO Box 961 P.O. BOX 961 <br>CAPITOLA, CA 95010 | 16870 | Pacific Gas and Electric Company | $0.00 (S) <br> $0.00 (A) <br> $0.00 (P) <br> $71,462.79 (U) <br> $71,462.79 (T) |
| Cherokee Debt Acquisition, LLC as Transferee of CSI Services, Inc <br><br>Attn: Vladimir Jelisavcic <br>New York, NY 10019 | 74885 | Pacific Gas and Electric Company | $0.00 (S) <br> $0.00 (A) <br> $0.00 (P) <br> $5,042.50 (U) <br> $5,042.50 (T) | Amended & Replaced Claims | Cherokee Debt Acquisition, LLC as Transferee of CSI Services, Inc <br><br>Attn: Vladimir Jelisavcic 1384 Broadway, Suite 906 <br>New York, NY 10018 | 100289 | Pacific Gas and Electric Company | $0.00 (S) <br> $0.00 (A) <br> $0.00 (P) <br> $49,277.50 (U) <br> $49,277.50 (T) |
| Clear Path Utility Solutions, LLC <br><br>Stephen Tankersley 612 Lakeridge Drive <br>Auburn, CA 95603 | 3635 | PG&E Corporation | $0.00 (S) <br> $0.00 (A) <br> $0.00 (P) <br> $97,800.00 (U) <br> $97,800.00 (T) | Wrong Case | Clear Path Utility Solutions, LLC <br><br>Stephen Tankersley 612 Lakeridge Drive <br>Auburn, CA 95603 | 3603 | Pacific Gas and Electric Company | $0.00 (S) <br> $0.00 (A) <br> $0.00 (P) <br> $97,800.00 (U) <br> $97,800.00 (T) |
| Clear Path Utility Solutions, LLC <br><br>Stephen Tankersley 612 Lakeridge Drive <br>Auburn, CA 95603 | 1519 | PG&E Corporation | $0.00 (S) <br> $0.00 (A) <br> $0.00 (P) <br> $554,041.88 (U) <br> $554,041.88 (T) | Amended & Replaced Claims | Clear Path Utility Solutions, LLC <br><br>Stephen Tankersley 612 Lakeridge Drive <br>Auburn, CA 95603 | 3603 | Pacific Gas and Electric Company | $0.00 (S) <br> $0.00 (A) <br> $0.00 (P) <br> $97,800.00 (U) <br> $97,800.00 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Clear Path Utility Solutions, LLC<br><br>Stephen Tankersley 612 Lakeridge Drive Auburn, CA 95603 | 1606 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$554,041.88 (U)<br>$554,041.88 (T) | Amended & Replaced Claims | Clear Path Utility Solutions, LLC<br><br>Stephen Tankersley 612 Lakeridge Drive Auburn, CA 95603 | 3603 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$97,800.00 (U)<br>$97,800.00 (T) |
| Cognizant Worldwide Limited<br><br>Attn: Legal Department 500 Frank W. Burr Blvd. Teaneck, NJ 07666 | 17475 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$8,736,238.05 (U)<br>$8,736,238.05 (T) | Wrong Case | Cognizant Worldwide Limited<br><br>Attn: Legal Department 500 Frank W. Burr Blvd. Teaneck, NJ 07666 | 17476 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$8,736,238.05 (U)<br>$8,736,238.05 (T) |
| Contract Callers, Inc.<br><br>Attn: Ann Wheeler 501 Greene Street Suite 302 Augusta, GA 30901 | 2052 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$16,468.73 (U)<br>$16,468.73 (T) | Wrong Case | Vendor Recover Fund IV, LLC as Transferee of Contract Callers Inc<br><br>Attn: Edwin K. Camson PO Box 669 Smithtown, NY 11787 | 2045 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$16,468.73 (U)<br>$16,468.73 (T) |
| Contrarian Funds, LLC as Transferee of D.G. Honegger Consulting<br><br>Attn: Alisa Mumola 411 West Putnam Ave., Suite 425 Greenwich, CT 06830 | 1428 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$55,945.00 (U)<br>$55,945.00 (T) | Amended & Replaced Claims | Contrarian Funds, LLC as Transferee of D.G. Honegger Consulting<br><br>Attn: Alisa Mumola 411 West Putnam Ave., Suite 425 Greenwich, CT 06830 | 2925 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$62,970.00 (U)<br>$62,970.00 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Contrarian Funds, LLC as Transferee of D.G. Honegger Consulting<br><br>Attn: Alisa Mumola 411 West Putnam Ave., Suite 425<br>Greenwich, CT  06830 | 2892 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$62,972.00 (U)<br>$62,972.00 (T) | Amended & Replaced Claims | Contrarian Funds, LLC as Transferee of D.G. Honegger Consulting<br><br>Attn: Alisa Mumola 411 West Putnam Ave., Suite 425<br>Greenwich, CT  06830 | 2925 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$62,970.00 (U)<br>$62,970.00 (T) |
| Credit Management<br><br>Attn Legal 6080 Tennyson Parkway Suite 100<br><br>Plano, TX  75024 | 1669 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$16,521.68 (U)<br>$16,521.68 (T) | Amended & Replaced Claims | Credit Management, LP<br><br>Credit Management - Attn Legal 6080 Tennyson Parkway Suite 100<br>Plano, TX  75024 | 9815 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$16,521.68 (U)<br>$16,521.68 (T) |
| Curtiss-Wright Flow Control Services, LLC<br><br>George P. McDonald, Associate General Counsel 400 Interpace Parkway Building D Building D, Floor 1 Suite 101<br>Parsippany, NJ  07054 | 1906 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$70,960.00 (U)<br>$70,960.00 (T) | Amended & Replaced Claims | Curtiss-Wright Flow Control Services, LLC<br><br>George P. McDonald, Associate General Counsel 400 Interpace Parkway Building D Building D, Floor 1 Suite 101<br>Parsippany, NJ  07054 | 96887 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$59,883.00 (U)<br>$59,883.00 (T) |
| EXO Group LLC<br><br>32628 DECKER PRAIRIE ROAD, SUITE 1<br><br>MAGNOLIA, TX  77355 | 3018 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$195,890.50 (U)<br>$195,890.50 (T) | Amended & Replaced Claims | Exo Group, LLC<br><br>c/o Zachary Oliphant 32628 Decker Prairie Road, Suite 1<br>Magnolia, TX  77355 | 86618 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$294,745.00 (U)<br>$294,745.00 (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Forell/Elsesser Engineers, Inc.<br><br>PAUL RODLER, SE 160 PINE STREET, 6TH FLOOR<br>SAN FRANCISCO, CA 94111 | 2096 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$18,900.00 (U)<br>$18,900.00 (T) | Amended & Replaced Claims | Forell/Elsesser Engineers, Inc.<br><br>PAUL RODLER, SE 160 PINE STREET, 6TH FLOOR<br>SAN FRANCISCO, CA 94111 | 4535 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$27,417.30 (U)<br>$27,417.30 (T) |
| Fusion Risk Management, Inc.<br><br>Lisa Eilers Manager, Business Operations 3601 W. Algonquin Road Suite 500<br>Rolling Meadows, IL 60108 | 1301 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$6,564.69 (U)<br>$6,564.69 (T) | Amended & Replaced Claims | Fusion Risk Management, Inc.<br><br>Lisa Eilers Manager, Business Operations 3601 W. Algonquin Road Suite 500<br>Rolling Meadows, IL 60108 | 3029 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$9,529.38 (U)<br>$9,529.38 (T) |
| Fusion Risk Management, Inc.<br><br>Lisa Eilers Manager, Business Operations 3601 W. Algonquin Road Suite 500<br>Rolling Meadows, IL 60108 | 3026 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$9,529.38 (U)<br>$9,529.38 (T) | Duplicative Claims | Fusion Risk Management, Inc.<br><br>Lisa Eilers Manager, Business Operations 3601 W. Algonquin Road Suite 500<br>Rolling Meadows, IL 60108 | 3029 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$9,529.38 (U)<br>$9,529.38 (T) |
| GEL Laboratories, LLC<br><br>PO Box 30712<br>Charleston, SC 29417-0712 | 1903 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$16,203.47 (U)<br>$16,203.47 (T) | Amended & Replaced Claims | GEL Laboratories, LLC<br><br>PO Box 30712<br>Charleston, SC 29417-0712 | 3593 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$25,085.44 (U)<br>$25,085.44 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | Basis For Objection | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| GG2U and Associates, LLC<br><br>Ibis Schlesinger 6432 PO BOX<br>Moraga, CA 94570 | 2027 | Pacific Gas and Electric Company | $0.00 (S)<br>$9,461.43 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$9,461.43 (T) | Amended & Replaced Claims | GG2U And Associates LLC<br><br>IBIS SCHLESINGER 460 CENTER ST UNIT 6432<br>MORAGA, CA 94556 | 8287 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$4,351.09 (P)<br>$0.00 (U)<br>$4,351.09 (T) |
| Hashimoto, Lewis K.<br><br>Arroyo Seco Consulting 136 S. Arroyo Blvd.<br>Pasadena, CA 91105-1535 | 1705 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,070.00 (U)<br>$5,070.00 (T) | Amended & Replaced Claims | Hashimoto, Lewis K.<br><br>Arroyo Seco Consulting 136 S. Arroyo Blvd.<br>Pasadena, CA 91105-1535 | 1890 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,330.00 (U)<br>$5,330.00 (T) |
| High Country Forestry<br><br>438 SHASTA WAY<br>MOUNT SHASTA, CA 96067 | 1285 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$209,121.20 (U)<br>$209,121.20 (T) | Wrong Case | High Country Forestry<br><br>438 Shasta Way<br>Mount Shasta, CA 96067 | 1286 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$209,121.20 (U)<br>$209,121.20 (T) |
| Industry Packing & Seal Inc<br><br>69 Lincoln Blvd. Suite A-313<br>Lincoln, CA 95648 | 964 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,355.75 (U)<br>$4,355.75 (T) | Wrong Case | Industry Packing & Seal Inc.<br><br>69 Lincoln Blvd. Suite A-313<br>Lincoln, CA 95648 | 1575 | Pacific Gas and Electric Company | $0.00 (S)<br>$3,971.92 (A)<br>$0.00 (P)<br>$383.55 (U)<br>$4,355.47 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Industry Packing & Seal Inc<br><br>69 Lincoln Blvd. Suite A-313<br>Lincoln, CA  95648 | 967 | Pacific Gas and Electric Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$4,355.47  (U)<br>$4,355.47  (T) | Duplicative Claims | Industry Packing & Seal Inc.<br><br>69 Lincoln Blvd. Suite A-313<br>Lincoln, CA  95648 | 1575 | Pacific Gas and Electric Company | $0.00  (S)<br>$3,971.92  (A)<br>$0.00  (P)<br>$383.55  (U)<br>$4,355.47  (T) |
| Kleinfelder, Inc.<br><br>ATTN: LEGAL DEPARTMENT 550 WEST C STREET, SUITE 1200<br>SAN DIEGO, CA  92101 | 4640 | Pacific Gas and Electric Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,063,586.60  (U)<br>$1,063,586.60  (T) | Amended & Replaced Claims | Kleinfelder, Inc.(formerly known as Kleinfelder West, Inc.)<br><br>Kleinfelder, Inc. Attn: Legal Department 550 West C Street, Suite 1200<br>San Diego, CA  92101 | 99334 | Pacific Gas and Electric Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,048,442.38  (U)<br>$1,048,442.38  (T) |
| Kleinfelder, Inc.(formerly known as Kleinfelder West, Inc.)<br><br>Attn: Legal Department 550 West C Street, Suite 1200<br>San Diego, CA  92101 | 5979 | Pacific Gas and Electric Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,063,586.60  (U)<br>$1,063,586.60  (T) | Amended & Replaced Claims | Kleinfelder, Inc.(formerly known as Kleinfelder West, Inc.)<br><br>Kleinfelder, Inc. Attn: Legal Department 550 West C Street, Suite 1200<br>San Diego, CA  92101 | 99334 | Pacific Gas and Electric Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,048,442.38  (U)<br>$1,048,442.38  (T) |
| Olympus Peak Master Fund LP<br><br>c/o Olympus Peak Asset Management LP Attn: Leah Silverman, General Counsel 745 Fifth Avenue, Suite 1604<br>New York, NY  10151 | 3388 | Pacific Gas and Electric Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$4,176,353.00  (U)<br>$4,176,353.00  (T) | Amended & Replaced Claims | Olympus Peak Master Fund LP<br><br>c/o Olympus Peak Asset Management LP Attn: Leah Silverman<br>New York, NY  10151 | 65809 | Pacific Gas and Electric Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$4,176,353.00  (U)<br>$4,176,353.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Olympus Peak Master Fund LP as Transferee of Air Products and Chemicals, Inc.<br><br>Attn: Leah Silverman 745 Fifth Avenue<br><br>New York, NY 10151 | 2949 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$307,583.43 (U)<br>$307,583.43 (T) | Amended & Replaced Claims | Olympus Peak Master Fund LP<br><br>c/o Olympus Peak Asset Management LP Attn: Leah Silverman, General Counsel 745 Fifth Avenue, Suite 1604<br><br>New York, NY 10151 | 58429 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$307,583.43 (U)<br>$307,583.43 (T) |
| Olympus Peak Master Fund LP as Transferee of ETIC<br><br>Attn: Leah Silverman<br><br>New York, NY 10151 | 9020 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,252,531.40 (U)<br>$1,252,531.40 (T) | Amended & Replaced Claims | Olympus Peak Master Fund LP<br><br>Attn: Leah Silverman, General Counsel 745 Fifth Avenue - Suite 1604<br><br>New York, NY 10151 | 68898 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,252,531.40 (U)<br>$1,252,531.40 (T) |
| Olympus Peak Master Fund LP as Transferee of Far Western Anthropological Research Group, Inc<br><br>Attn: Leah Silverman<br><br>New York, NY 10151 | 8864 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$219,912.06 (U)<br>$219,912.06 (T) | Amended & Replaced Claims | Olympus Peak Master Fund LP<br><br>c/o Olympus Peak Asset Management LP Attn: Leah Silverman, General Counsel 745 Fifth Avenue, Suite 1604<br><br>New York, NY 10151 | 58582 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$219,912.06 (U)<br>$219,912.06 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Olympus Peak Master Fund LP as Transferee of Far Western Anthropological Research Group, Inc.<br><br>Attn: Leah Silverman<br><br>New York, NY 10151 | 5440 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$474,698.41 (U)<br>$474,698.41 (T) | Amended & Replaced Claims | Olympus Peak Master Fund LP<br><br>c/o Olympus Peak Asset Management LP Attn: Leah Silverman, General Counsel 745 Fifth Avenue, Suite 1604<br>New York, NY 10151 | 58582 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$219,912.06 (U)<br>$219,912.06 (T) |
| Olympus Peak Master Fund LP as Transferee of Arcos LLC<br><br>Attn: Leah Silverman 745 Fifth Avenue, Suite 1604 100 S. Third Street<br>New York, NY 10151 | 71758 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$332,373.96 (U)<br>$332,373.96 (T) | Amended & Replaced Claims | Olympus Peak Master Fund LLC<br><br>Attn: Leah Silverman, General Counsel 745 Fifth Avenue-Suite 1604<br>New York, NY 10151 | 88595 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$332,373.96 (U)<br>$332,373.96 (T) |
| SPCP Group LLC as Transferee of Frase Enterprises, Inc. dba Kortick Manufacturing Company<br><br>Attn: Operations 2 Greenwich Plaza 1st Floor Greenwich, CT 06830 | 2262 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$305,090.30 (U)<br>$305,090.30 (T) | Amended & Replaced Claims | SPCP Group LLC as Transferee of Frase Enterprises, Inc. dba Kortick Manufacturing Company<br><br>Attn: Operations 2 Greenwich Plaza 1st Floor Greenwich, CT 06830 | 2849 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$305,090.30 (U)<br>$305,090.30 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| SPCP Group, LLC as Transferee of Frase Enterprise, Inc. dba Kortick Manufacturing Company<br><br>Attn: Operations and Brian Jarmain 2 Greenwich Plaza, 1st Floor 235 Montgomery St., Suite 410 235 Montgomery St., Suite 410<br>Greenwich, CT 06830 | 72465 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$105,134.01 (U)<br>$105,134.01 (T) | Duplicative Claims | SPCP Group, LLC as Transferee of Frase Enterprise, dba Kortick Manufacturing Company<br><br>Attn: Operations and Brian Jarmain 2 Greenwich Plaza, 1st Floor 235 Montgomery St., Suite 410<br>Greenwich, CT 06830 | 72565 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$105,134.01 (U)<br>$105,134.01 (T) |
| SPCP Group, LLC as Transferee of Almendariz Consulting, Inc<br><br>Attn: Brian Jarmain and Operations 2 Greenwich Plaza<br>Greenwich, CT 06830 | 19907 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,438,338.75 (U)<br>$1,438,338.75 (T) | Duplicative Claims | SPCP Group, LLC as Transferee of Almendariz Consulting, Inc<br><br>Attn: Brian Jarmain and Operations 2 Greenwich Plaza<br>Greenwich, CT 06830 | 63320 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,438,338.75 (U)<br>$1,438,338.75 (T) |
| SPCP Group, LLC as Transferee of Cal Valley Construction, Inc<br><br>Attn: Brian Jarmain<br>Greenwich, CT 06830 | 3468 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$296,808.71 (U)<br>$296,808.71 (T) | Amended & Replaced Claims | SPCP Group, LLC as Transferee of Cal Valley Construction, Inc<br><br>Attn: Brian Jarmain<br>Greenwich, CT 06830 | 7302 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$296,808.71 (U)<br>$296,808.71 (T) |
| SPCP Group, LLC as Transferee of Cal Valley Construction, Inc<br><br>Attn: Brian Jarmain<br>Greenwich, CT 06830 | 7272 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$296,808.71 (U)<br>$296,808.71 (T) | Duplicative Claims | SPCP Group, LLC as Transferee of Cal Valley Construction, Inc<br><br>Attn: Brian Jarmain<br>Greenwich, CT 06830 | 7302 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$296,808.71 (U)<br>$296,808.71 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Tannor Partners Credit Fund, LP As Transferee of Laboratory Corporation of America<br><br>Attn: Robert J.Tannor 3536 Los Pinos Drive<br>Santa Barbara, CA 93105 | 1102 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$19,314.00 (U)<br>$19,314.00 (T) | Amended & Replaced Claims | Tannor Partners Credit Fund LP<br><br>Attn: Robert J. Tanner 3536 Los Pinos Drive<br>Santa Barbara, CA 93105 | 1947 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$19,809.90 (U)<br>$19,809.90 (T) |
| VonWin Capital Management, L.P. as Transferee of Jeffco Painting & Coating, Inc.<br><br>Attn: General Counsel 261 Fifth Avenue, 22nd Floor<br>New York, NY 10016 | 2043 | Pacific Gas and Electric Company | $0.00 (S)<br>$36,000.76 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$36,000.76 (T) | Amended & Replaced Claims | VonWin Capital Management, L.P. as Transferee of Jeffco Painting & Coating, Inc.<br><br>Attn: General Counsel<br>New York, NY 10016 | 3873 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$36,000.76 (U)<br>$36,000.76 (T) |
| VonWin Capital Management, L.P. as Transferee of Jeffco Painting & Coating, Inc.<br><br>Attn: General Counsel<br>New York, NY 10016 | 2049 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$36,000.76 (U)<br>$36,000.76 (T) | Amended & Replaced Claims | VonWin Capital Management, L.P. as Transferee of Jeffco Painting & Coating, Inc.<br><br>Attn: General Counsel<br>New York, NY 10016 | 3873 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$36,000.76 (U)<br>$36,000.76 (T) |
| VonWin Capital Management, LP as Transferee of GlobalSource Inc<br><br>Attn: General Counsel<br>New York, NY 10016 | 3100 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$12,730.50 (U)<br>$12,730.50 (T) | Duplicative Claims | VonWin Capital Management, LP<br><br>261 Fifth Avenue, 22nd Floor<br>New York, NY 10016 | 3157 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$12,730.50 (U)<br>$12,730.50 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Whitebox Multi-Strategy Partners, LP as Transferee of Allison Sierra, Inc. c/o Whitebox Advisors Minneapolis, MN 55416-4675 | 2438 | PG&E Corporation | $0.00 (S) $0.00 (A) $0.00 (P) $588,105.00 (U) $588,105.00 (T) | Amended & Replaced Claims | Whitebox Multi-Strategy Partners as Transferee of Allison Sierra, Inc c/o Whitebox Advisors Minneapolis, MN 55416-4675 | 57966 | PG&E Corporation | $0.00 (S) $0.00 (A) $0.00 (P) $606,392.00 (U) $606,392.00 (T) |
| Whitebox Multi-Strategy Partners, LP as Transferee of Allison Sierra, Inc. c/o Whitebox Advisors Minneapolis, MN 55416-4675 | 8127 | PG&E Corporation | $0.00 (S) $0.00 (A) $0.00 (P) $588,105.00 (U) $588,105.00 (T) | Amended & Replaced Claims | Whitebox Multi-Strategy Partners as Transferee of Allison Sierra, Inc c/o Whitebox Advisors Minneapolis, MN 55416-4675 | 57966 | PG&E Corporation | $0.00 (S) $0.00 (A) $0.00 (P) $606,392.00 (U) $606,392.00 (T) |
| Whitebox Multi-Strategy Partners, LP as Transferee of Chain Link Fence & Supply Inc. Attn: Mark Strefling 3033 Excelsior Blvd, Suite 300 Minneapolis, MN 55416-4675 | 3299 | PG&E Corporation | $0.00 (S) $0.00 (A) $0.00 (P) $950,432.35 (U) $950,432.35 (T) | Amended & Replaced Claims | Whitebox Multi-Strategy Partners, LP c/o Whitebox Advisors LLC Attn: Keith Fischer 3033 Excelsior Blvd, Ste 300 Minneapolis, MN 55416 | 78530 | Pacific Gas and Electric Company | $0.00 (S) $0.00 (A) $0.00 (P) $950,432.35 (U) $950,432.35 (T) |
| Whitebox Multi-Strategy Partners, LP as Transferee of Corrosion Service Company Limited Attn: Mark Strefling Minneapolis, MN 55416 | 2143 | Pacific Gas and Electric Company | $0.00 (S) $0.00 (A) $0.00 (P) $217,081.18 (U) $217,081.18 (T) | Amended & Replaced Claims | Whitebox Multi-Strategy Partners, LP c/o Whitebox Advisors LLC Attn: Keith Fischer 3033 Excelsior Blvd, Ste 300 Minneapolis, MN 55416 | 78369 | Pacific Gas and Electric Company | $0.00 (S) $0.00 (A) $0.00 (P) $217,081.18 (U) $217,081.18 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".