MICHAEL B. LUBIC (SBN 122591)
MATTHEW G. BALL (SBN 208881)
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111-5994
Telephone: 415.882.8200
Facsimile: 415.882.8220
Email: michael.lubic@klgates.com
matthew.ball@klgates.com

*Attorneys for CN Utility Consulting, Inc.,
Cupertino Electric, Inc., Wright Tree Service,
Inc., and Wright Tree Service of the West, Inc.*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION and PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Debtors,<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>**NOTICE OF DESIGNATION OF SPEAKING ATTORNEYS AT CONFIRMATION HEARING FOR CN UTILITY CONSULTING, INC., CUPERTINO ELECTRIC, INC., WRIGHT TREE SERVICE, INC., AND WRIGHT TREE SERVICE OF THE WEST, INC.**<br><br>Date: May 27, 2020<br>Time: 10:00 a.m. (PST)<br>Place: Courtroom 17<br>450 Golden Gate Avenue, 16th Floor<br>San Francisco, CA 94102 |

**TO THE BANKRUPTCY COURT AND ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that on May 15, 2020, CN Utility Consulting, Inc. ("**CNUC**"), Cupertino Electric, Inc. ("**CEI**"), Wright Tree Service, Inc. ("**WTS**"), and Wright Tree Service of the West, Inc. ("**WTSW**") filed their *Objection of CN Utility Consulting, Inc., Cupertino Electric, Inc., Wright Tree Service, Inc., and Wright Tree Service of the West, Inc. to Chapter 11 Plan of*

*Reorganization and Joinder to the Objection of the Official Committee of Unsecured Creditors to Plan Confirmation* [Dkt. No. 7336] (the "**Plan Objection**").

**PLEASE TAKE FURTHER NOTICE** that on May 15, 2020, WTSW and CNUC filed their *Wright Tree Service of the West, Inc. and CN Utility Consulting, Inc.'s Limited Objection and Reservation of Rights to the Debtors' Proposed Assumption of Executory Contracts Pursuant to Chapter 11 Plan* [Dkt. No. 7333] (the "**Wright Objection to Contract Assumption**").

**PLEASE TAKE FURTHER NOTICE** that on May 15, 2020, CEI filed its *Cupertino Electric, Inc.'s Limited Objection and Reservation of Rights to the Debtors' Proposed Assumption of Executory Contracts Pursuant to Chapter 11 Plan* [Dkt. No. 7330] (the "**CEI Objection to Contract Assumption**").

In accordance with the Bankruptcy Court's *Order Establishing Confirmation Hearing Protocol* [Dkt. No. 7182], CNUC, CEI, WTS, and WTSW hereby provide notice that the following attorneys will be "speaking attorneys" on their behalf at the Confirmation Hearing:

Michael B. Lubic
K&L GATES LLP
michael.lubic@klgates.com

CNUC, CEI, WTS, and WTSW do not intend to call any witnesses in connection with the Confirmation Hearing, but reserve the right to call witnesses at a later date, as necessary, in connection with any proceeding related to the Plan Objection, the Wright Objection to Contract Assumption, and/or the CEI Objection to Contract Assumption (the "**Objections**"). In addition, CNUC, CEI, WTS, and WTSW each reserve their right to cross examine the declarants in respect of any issues related to the Objections.

| | | |
|---|---|---|
| | MICHAEL B. LUBIC<br>MATTHEW G. BALL<br>K&L GATES LLP | |
| Dated: May 22, 2020 | By: /s/ Michael B. Lubic<br>Michael B. Lubic | |
| | *Attorneys for CN Utility Consulting, Inc., Cupertino Electric, Inc., Wright Tree Service, Inc., and Wright Tree Service of the West, Inc.* | |

3

503283454 v3