Steven J. Skikos (SBN 148110)
Gregory T. Skikos (SBN 176531)
Matthew J. Skikos (SBN 269765)
**SKIKOS, CRAWFORD, SKIKOS & JOSEPH**
One Sansome Street, Suite 2830
San Francisco, CA 94104
Telephone: 415-546-7300
Facsimile: 415-546-7301
sskikos@skikos.com

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION** <br><br> -and- <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br> Debtors. <br><br> ☐ Affects PG&E Corporation <br><br> ☐ Affects Pacific Gas and Electric Company <br><br> ■ Affects both Debtors <br><br> *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br> (Lead Case) <br> (Jointly Administered) <br><br> **DESIGNATION OF SPEAKING ATTORNEY ON BEHALF OF NUMEROUS FIRE CLAIMANTS** <br><br> Date: May 27, 2020 <br> Time: 10:00 a.m. (Pacific Time) <br> Place: Virtual <br> Judge: Hon. Dennis Montali <br><br> Re: Docket No. 7182 |

Undersigned counsel, on behalf of creditors Tommy Wehe and numerous additional Claimants who are victims of the Camp and North Bay Fires asserting claims for wrongful death, personal injury, and loss of homes, businesses, property and livelihood against PG&E, hereby give notice pursuant to the Court's Order Establishing Confirmation Hearing Protocol, Dkt. 7182, that the following attorney may speak at the confirmation hearing in this matter, currently set for May 27, 2020:

>Steven J. Skikos (SBN 148110)
>**SKIKOS, CRAWFORD, SKIKOS & JOSEPH**
>One Sansome Street, Suite 2830
>San Francisco, CA 94104
>Telephone: 415-546-7300
>sskikos@skikos.com

Dated: May 22, 2020

By: /s/ Steven J. Skikos
Steven J. Skikos

Steven J. Skikos (SBN 148110)
Gregory T. Skikos (SBN 176531)
Matthew J. Skikos (SBN 269765)
SKIKOS, CRAWFORD, SKIKOS & JOSEPH
One Sansome Street, Suite 2830
San Francisco, CA 94104
Telephone: 415-546-7300
Facsimile: 415-546-7301
sskikos@skikos.com

*Attorneys for Numerous Fire Claimants*

- 2 –

# CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

                                                                                */s/ Steven J. Skikos*
                                                                                  Steven J. Skikos