Emanuel C. Grillo (*pro hac vice forthcoming*)
emanuel.grillo@bakerbotts.com
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY 10112-4498
Telephone: 212.408.2519
Facsimile: 212.259.2519

Kevin Chiu (*admitted pro hac vice*)
kevin.chiu@bakerbotts.com
BAKER BOTTS L.L.P.
2001 Ross Avenue, Suite 900
Dallas, TX 75201-2980
Telephone: 214.953.6417
Facsimile: 214.661.4417

Natalie K. Sanders, CA Bar No. 329916
natalie.sanders@bakerbotts.com
BAKER BOTTS L.L.P.
1001 Page Mill Road
Building One, Suite 200
Palo Alto, California 94304-1007
Telephone: 650.739.7536
Facsimile: 650.739.7636

*Counsel for Centaurus Capital LP
and Wright Solar Park LLC*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION**<br>    - and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                 **Debtors.** | Bankruptcy Case<br>No. 19 - 30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered) |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | **CENTAURUS CAPITAL LP AND WRIGHT SOLAR PARK LLC'S NOTICE OF DESIGNATION OF SPEAKING ATTORNEYS PURSUANT TO ORDER ESTABLISHING CONFIRMATION HEARING PROTOCOL** |

**PLEASE TAKE NOTICE** that on May 15, 2020, Centaurus Capital LP ("Centaurus") and Wright Solar Park LLC ("Wright"), each a creditor and party in interest in the above-captioned, jointly administered case of PG&E Corporation and Pacific Gas and Electric Company (collectively, the "Debtors"), timely filed their *Limited Objection of Centaurus Capital LP and Wright Park LLC to Debtors' Schedule of Executory Contracts and Unexpired Leases to be Assumed Pursuant to the Plan and Proposed Cure Amounts* [Docket No. 7285] (the "Objection").[1]

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Court's *Order Establishing Confirmation Hearing Protocol* [Docket No. 7182] (the "Confirmation Hearing Protocol Order") requiring "[a]ll parties that intend to participate at the Confirmation Hearing must provide the Court with the names and e-mail addresses of all speaking attorneys and witnesses," Centaurus and Wright hereby submit this notice (the "Notice") designating the following individuals as speaking attorneys at the Confirmation Hearing:

| **Emanuel C. Grillo** | **Kevin Chiu** | **Natalie K. Sanders** |
|---|---|---|
| emanuel.grillo@bakerbotts.com | kevin.chiu@bakerbotts.com | natalie.sanders@bakerbotts.com |
| BAKER BOTTS L.L.P. | BAKER BOTTS L.L.P. | BAKER BOTTS L.L.P. |

With respect to witnesses, Centaurus and Wright do not intend to call any witnesses in connection with the confirmation proceedings at this time, but reserve the right to call and/or cross-examine witnesses at a later date, as necessary, in connection with any proceedings related to the Objection, the assumption of executory contracts and/or proposed cure amounts. Centaurus and Wright file this Notice as a protective measure, in the event that any ground for objection raised in the Objection becomes at issue during the Confirmation Hearing.

Centaurus and Wright reserve their rights to change the above designations as necessary.

*[Remainder Intentionally Left Blank]*

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Objection, as applicable.

Dated: May 22, 2020

**BAKER BOTTS L.L.P.**

*/s/ Kevin Chiu*

Emanuel C. Grillo (*pro hac vice forthcoming*)
emanuel.grillo@bakerbotts.com
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY 10112-4498
Telephone: 212.408.2519
Facsimile: 212.259.2519

Kevin Chiu (*admitted pro hac vice*)
kevin.chiu@bakerbotts.com
BAKER BOTTS L.L.P.
2001 Ross Avenue, Suite 900
Dallas, TX 75201-2980
Telephone: 214.953.6417
Facsimile: 214.661.4417

Natalie K. Sanders, CA Bar No. 329916
natalie.sanders@bakerbotts.com
BAKER BOTTS L.L.P.
1001 Page Mill Road
Building One, Suite 200
Palo Alto, California 94304-1007
Telephone: 650.739.7536
Facsimile: 650.739.7636

*Counsel for Centaurus Capital LP and Wright Solar Park LLC*