**CALIFORNIA PUBLIC UTILITIES COMMISSION**
Arocles Aguilar (SBN 94753)
Geoffrey Dryvynsyde (SBN 139884)
Candace Morey (SBN 233081)
505 Van Ness Avenue
San Francisco, California 94102
Telephone: (415) 703-2015
Facsimile: (415) 703-2262
Email: arocles.aguilar@cpuc.ca.gov
       geoffrey.dryvynsyde@cpuc.ca.gov
       candace.morey@cpuc.ca.gov

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Alan W. Kornberg
Brian S. Hermann (*pro hac vice*)
Walter Rieman (SBN 139365)
Sean A. Mitchell (*pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: akornberg@paulweiss.com
       bhermann@paulweiss.com
       wrieman@paulweiss.com
       smitchell@paulweiss.com

*Attorneys for the California Public Utilities Commission*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**,<br><br>        - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY**,<br><br>                            Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br><br>* All papers shall be filed in the lead case, No. 19-30088 (DM) | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**CALIFORNIA PUBLIC UTILITIES COMMISSION'S NOTICE OF DESIGNATION OF SPEAKING ATTORNEYS AT CONFIRMATION HEARING**<br><br><u>Hearing</u><br>Date: Wednesday, May 27, 2020<br>Time: 10:00 a.m. (PT) |

| | |
|---|---|
| 1 | In accordance with the *Order Establishing Confirmation Hearing Protocol* [Dkt. No. |
| 2 | 7182], the California Public Utilities Commission (the "Commission") hereby provides notice that |
| 3 | Alan W. Kornberg (akornberg@paulweiss.com) may appear and speak on behalf of the |
| 4 | Commission at the Confirmation Hearing.  At this time, the Commission does not intend to call |
| 5 | witnesses. |

[*Signatures on Next Page*]

1 | Dated: May 22, 2020

3 | **CALIFORNIA PUBLIC UTILITIES COMMISSION**

Arocles Aguilar (SBN 94753)
Geoffrey Dryvynsyde (SBN 139884)
Candace Morey (SBN 233081)
505 Van Ness Avenue
San Francisco, California 94102
Telephone: (415) 703-2015
Facsimile: (415) 703-2262
Email: arocles.aguilar@cpuc.ca.gov
       geoffrey.dryvynsyde@cpuc.ca.gov
       candace.morey@cpuc.ca.gov

-and-

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: /s/ Alan W. Kornberg
    Alan W. Kornberg
    Brian S. Hermann (*pro hac vice*)
    Walter Rieman (SBN 139365)
    Sean A. Mitchell (*pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: akornberg@paulweiss.com
       bhermann@paulweiss.com
       wrieman@paulweiss.com
       smitchell@paulweiss.com

*Attorneys for the California Public Utilities Commission*