

Signed and Filed: May 25, 2020

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

PG&E CORPORATION,

    - and -

PACIFIC GAS AND ELECTRIC COMPANY,

    Debtors.

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and
   Electric Company
☒ Affects both Debtors

* All papers shall be filed in the Lead Case, No. 19-30088 (DM).

Bankruptcy Case No. 19-30088-DM

Chapter 11

Jointly Administered

Date: May 26, 2020
Time: 1:30 PM
Place: Courtroom 17
      450 Golden Gate Ave.
      16th Floor
      San Francisco, CA

**ORDER RE TENTATIVE SCHEDULE FOR CROSS-EXAMINATION
OF DEBTORS' WITNESSES**

    At the 1:30 PM hearing on May 26, 2020, the court will hear from counsel re the procedures for the conduct of the confirmation trial. Given the content of the declarations of the three witnesses dealing directly with substantive contested issues, the court is not prepared to start with any of their testimony as early as May 27. Even a day or two more to prepare

will be helpful to the court, if not for counsel who need to prepare for cross-examination.

Accordingly, the following is the tentative schedule for testimony by Debtors' witnesses, all of whom have submitted declarations in lieu of live direct testimony. Debtors' counsel should assure the availability of the witnesses to testify via Zoom as scheduled below.

    May 27, 2020 – Ms. Pullo - Cross examination beginning shortly after 10:00 AM until 12:00 noon; redirect examination by Debtors' counsel, if needed, beginning at 1:00 PM, until 2:00 PM.

    May 28, 2020 - Mr. Wells – Cross examination beginning at 10:00 AM until 12:00 noon; continuing from 1:00 PM until 2:00 PM, if necessary; redirect examination by Debtors' counsel, if needed, beginning at 2:00 PM

    May 29, 2020 - Mr. Boken – Cross examination beginning at 10:00 AM until 12:00 noon; continuing from 1:00 PM until 2:00 PM, if necessary; redirect examination by Debtors' counsel, if needed, beginning at 2:00 PM

    June 1, 2020 - Mr. Ziman – Cross examination beginning at 10:00 AM until 12:00 noon; continuing from 1:00 PM until 2:00 PM, if necessary; redirect examination by Debtors' counsel, if needed, beginning at 2:00 PM

At the hearing on May 26, counsel desiring to examine any of these four witnesses will be asked to identify themselves, which witness they wish to question, and what are their time estimates.

**END OF ORDER**