Steven S. Kane, Esq., SBN: 061670
Bonnie E. Kane, Esq., SBN: 167700
**THE KANE LAW FIRM**
402 W. Broadway, Suite 2500
San Diego, CA 92101
Telephone: (619) 236-8700
Facsimile: (619) 236-1370
E-mail: skane@thekanelawfirm.com
E-mail: bonnie@thekanelawfirm.com

Attorneys for KAREN GOWINS and Many Wildfire Victim Creditors

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re:*<br><br>PG&E CORPORATION<br><br>-and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br>        Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas & Electric<br>▪ Affects Both Debtors<br><br>*All papers shall be filed in the Lead Case, No.19-30088 (DM)*<br>_____ | **Case No. 19-30088 (DM)**<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION OF BONNIE E. KANE IN SUPPORT OF MOTION FOR APPOINTMENT OF AN EXAMINER OF VOTING PROCEDURAL IRREGULARITIES PURSUANT TO SECTION 1104 (c) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 2007.1**<br><br>Date: June 4, 2020<br>Time: 9:30 a.m. (Pacific Time)<br>Place: By Video<br>      United States Bankruptcy Court<br>      Courtroom 17, 16th Floor<br>      San Francisco, CA 94102<br>**Objection Deadline:** June 2, 2020 |

I, Bonnie E. Kane, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information and belief.

1. I am a partner in the Kane Law Firm, counsel to Creditor Karen Gowins and Many Fire Victim Creditors in the above referenced matter.

---
DECLARATION OF BONNIE E. KANE IN SUPPORT OF MOTION FOR APPOINTMENT OF AN EXAMINER OF VOTING PROCEDURAL IRREGULARITIES PURSUANT TO SECTION 1104 (c) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 2007.1

2. Exhibits A – D are true and correct copies of Facebook pages from a Wildfire Victim forum.

3. Exhibits E – J to this Motion are true and correct copies of documents whih I downloaded directly from the official docket of this case, using the Pacer system.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct. Executed on May 25, 2020, at San Diego County, California.

                                      /s/ Bonnie E. Kane
                                      BONNIE E. KANE

2

DECLARATION OF BONNIE E. KANE IN SUPPORT OF MOTION FOR APPOINTMENT OF AN EXAMINER OF VOTING PROCEDURAL IRREGULARITIES PURSUANT TO SECTION 1104 (c) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 2007.1