# EXHIBIT A



← Posts                                      🔍

ARE YOU F***ING KIDDING ME!!!???
I LITTERALLY JUST NOW got my PGE ballot packet!!! 3
and a 1/2 hours before the vote!!! Hundreds of pages
I'm supposed to read and decifer for a claim that I
filed in October of last year! THIS SEEMS PLANNED!!!

👍 Like                    💬 Comment

**View previous comments...**

I got mine 3 days ago and I still don't have
enough time

1h     Like     **Reply**                              👍 1

Pages? all I got was a ballot I did my
homework way before though so I don't
need no stinking pages !

1h     Like     **Reply**

Write a comment...                          GIF  😊

|||            ◯            ‹

Case: 19-30088    Doc# 7568-2    Filed: 05/25/20    Entered: 05/25/20 15:14:36    Page 2
of 2
https://mail.google.com/mail/u/0/#inbox/WhctKJVqxzmtTbmcpxwizLpTnjgxNjVVLpmLnKskHnKmfXTnXpqRDNmTzWXnfwjxzmVfvvv?projector=1&mes...    1/1