# EXHIBIT B

  



May 16 at 1:46 PM

Hoorah! I got my PG&E Bankruptcy Voting Package today, May 16. Lol. Oops. Deadline to vote was yesterday!

1 Comment

  

Case: 19-30088   Doc# 7568-3   Filed: 05/25/20   Entered: 05/25/20 15:14:36   Page 2 of 2