# EXHIBIT D


 I just received mine today and I live in AZ 💀

3h   Like   Reply

 ou recieved all voting materials and a ballot today? The 18th?

3h   Like   Reply

 yes

3h   Like   Reply

 amazing. 😯

1h   Like   Reply

Write a reply...

https://mail.google.com/mail/... 1/1
Case: 19-30088   Doc# 7568-5   Filed: 05/25/20   Entered: 05/25/20 15:14:36   Page 2 of 2