# EXHIBIT F

```
Mary Kim Wallace
Post Office Box 1632
Magalia, California 95954
Phone Number 530 492 6585
xena@calirub.co
```

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT
### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| In re:<br>PG&E CORPORATION,<br><br>-and-<br><br>PG&E GAS AND ELECTRIC COMPANY<br>Debtors<br><br>vs.<br><br>Mary Kim Wallace<br><br>Creditor | Bankruptcy Case<br>No. 19-30088-DM<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered) Case<br>No. 19-30089-DM<br><br>Proof of Claim No. 68955<br>Amended Proof of Claim No. 103408<br>Filed October 18, 2018<br>Camp Fire<br><br>Judge: Honorable Dennis Montali<br><br>Emergency Motion to Stay Voting Deadline |

I am a fire victim claimant and creditor in this Chapter 11 case. I would like an emergency order from this court to stay the "deadline" to vote until such time I am properly informed of the "Final Plan", the "Trustee Plan", and the plan and procedures of the Fire Victims Trust. Without adequate information, a reasonable claimant could not make an intelligent and informed decision on the vote.

I filed my own claim, without an attorney as Proof of Claim #68955 on October 18, 2019, and have received no information from anyone on my claim. My claim should be the value of #11: unknown, to be determined at a later date. According to Prime Clerk, my claim status has not been evaluated, nor assigned a voter ID number. Which of course means I have never received the Plan, or voting materials. I have knowledge that there are many, many, fire victims who have also not received a ballot or voting materials.

In addition, I amended my claim and sent to both Prime Clerk, LLC as Proof of Claim 103408 and your court. I received confirmation that the amended claim was processed from your

court on or about April 20, 2020. I have asked for all correspondence to be delivered in hard copy form. I have limited resources to protect my claim including no or limited internet access. I made that clear from the beginning when my original claim was filed in October, 2019 that all communication was to be in writing by mail.

I also followed up with numerous phone calls to Prime Clerk, beginning in January, 2020. In February, 2020, I received a response to my email from Prime Clerk, saying my claim was still under review and had not been processed yet.

Prime Clerk emailed me on May 5, 2020, to say they were mailing me "The Plan" and a Voting Ballot. In addition, I need all information pertaining to the "Trustee" who would be controlling our claims. Nothing has been sent to me as to how that is being administered, how my claim is to be evaluated, by whom, including whether I receive total value of my claim, a percentage of our claim, etc. Yet there is supposed to be a Fire Victims Trustee to make that decision later? After the vote? How could I agree to something that I do not have information on? I also have knowledge that the current deal we are to be voting on is not even finalized. How could I vote for something that is not the final agreement?

I request this Emergency Motion for Stay, in Good Faith, and ask the court to allow me the full 45 days, (that others received), in order to review all information needed to make an informed decision regarding voting yes or no on this plan. Due to limited financial resources, limited internet, the Coronavirus Shelter at Home, and travel restrictions, I am requesting this hearing to appear telephonically. If you cannot do this, and deny my Motion, please provide me with findings of fact and conclusion of law as to why.

I declare under penalty of perjury pursuant to the Laws of the State of California that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct and that this declaration was executed at Magalia, California on May 9, 2020.

DATED: May 9, 2020         All Rights Reserved

/s/Mary Kim Wallace, Creditor

Mary Kay Wallace, In Pro Per

- 2 -