# EXHIBIT H

```
1  EUSTACE DE SAINT PHALLE, SBN 179100
   JOSEPH R. LUCIA, SBN 278318
2  RAINS LUCIA STERN ST. PHALLE & SILVER, PC
   2300 Contra Costa Boulevard, Suite 500
3  Pleasant Hill, CA 94523
   Tel: (925) 609-1699
4  Fax: (925) 609-1690
5  E-mail: PersonalInjuryGroup@RLSlawyers.com

6  ATTORNEYS FOR FIRE VICTIMS

7                  UNITED STATES BANKRUPTCY COURT
8                  NORTHERN DISTRICT OF CALIFORNIA
9                       SAN FRANCISCO DIVISION
10
11  In re:                              Chapter 11 Case
    PG&E CORPORATION,
12  And                                 No. 19-30088 (DM)
    PACIFIC GAS AND ELECTRIC            Lead Case
13  COMPANY,                            (Jointly Administered)

14        Debtors                       AFFIDAVIT OF JOSEPH R. LUCIA
                                        EVIDENCING SERVICE OF
15                                      SOLICITATION PACKAGES AND
                                        BALLOTS TO FIRE VICTIMS
16
17
```

18    I, Joseph R. Lucia, hereby affirm as follows:

19    On February 27, 2020, my firm (assigned Form Number 205) submitted an executed PG&E Fire

20 Victim Plan Solicitation Directive and Client List excel spreadsheet containing all the names of each fire

21 victim to the Solicitation Agent (Prime Clerk) at PGEBallots@PrimeClerk.com.

22    In the PG&E Fire Victim Plan Solicitation Directive, our firm selected "Box 4 – Indirect

23 Solicitation Method" which requires the instant Affidavit to be filed with the Court within three business

24 days of delivering solicitation Packages to our clients.

25    On or about April 15, 2020, we were informed by the Solicitation Agent (Prime Clerk) that the

26 Solicitation Packages were mailed to our office, but that COVID-19 had caused delays in mail arriving in

27 a timely manner. The Solicitation Agent (Prime Clerk) then advised us to notify them no later than April

28 24, 2020 if we still had not received the Solicitation Packages.

1

AFFIDAVIT EVIDENCING SERVICE

Case: 19-30088   Doc# 7014   Filed: 04/30/20   Entered: 04/30/20 15:04:29   Page 1 of
Case: 19-30088   Doc# 7568-9   Filed: 05/25/20   Entered: 05/25/20 15:14:36   Page 2 of 4

| | |
|---|---|
| 1 | On April 24, 2020, we had not received the Solicitation Packages, so the Solicitation Agent |
| 2 | (Prime Clerk) in turn, electronically provided us with our clients' respective unique E-Ballot ID Numbers |
| 3 | so they could submit their ballots online. |
| 4 | On or about April 21, 2020 through April 27, 2020 I caused to be served on each of my clients |
| 5 | following documents: |
| 6 | 1. Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of |
| 7 | Reorganization; |
| 8 | 2. Supplement to Disclosure Statement for Debtors' and Shareholders Proponents' Join |
| 9 | Chapter 11 Plan of Reorganization; |
| 10 | 3. Notice of (I) Approval of Disclosure Statement for Debtors' and Shareholder |
| 11 | Proponents' Joint Chapter 11 Plan of Reorganization; (II) Establishment and Approval of |
| 12 | Record Date, Voting Deadline, and Other Plan Solicitation and Voting Procedures; (III) |
| 13 | Approval of Forms of Ballots, Solicitation Packages, and Related Notices; (IV) |
| 14 | Establishment of Plan Confirmation Notice Procedures; and (V) Other Related Relief; |
| 15 | 4. Order (I) Approving Proposed Disclosure Statement for Debtors' and Shareholder |
| 16 | Proponents' Joint Chapter 11 Plan of Reorganization; (II) Approving Form and Manner |
| 17 | of Notice of Hearing on Proposed Disclosure Statement; (III) Establishing and |
| 18 | Approving Plan Solicitation and Voting Procedures; (IV) Approving Forms of Ballots, |
| 19 | Solicitation Packages, and Related Notices; and (V) Granting Related Relief; |
| 20 | 5. Fire Victim Claim Plan Treatment Summary; and |
| 21 | 6. Unique E-Ballot ID Numbers for Each Client. |
| 22 | On April 28, 2020, the date of this filing, we received for the first time, some clients' Solicitation |
| 23 | Packages. Upon review of the Solicitation Packet we were able to confirm that all of the above |
| 24 | documents previously provided to our clients were identical to the documents contained in the |
| 25 | Solicitation Package. As such, we file this affidavit in an abundance of caution. |
| 26 | /// |
| 27 | /// |
| 28 | /// |

| | |
|---|---|
| 1 | By signing this affidavit, I acknowledge that all of the statements contained herein are true and |
| 2 | accurate and that the Court may rely on the truth of each of these statements. |
| 3 | |
| 4 | RAINS LUCIA STERN<br>ST. PHALLE & SILVER, PC |
| 5 | |
| 6 | |
| 7 | By: /s/ Joseph R. Lucia<br>Joseph R. Lucia |

3

AFFIDAVIT EVIDENCING SERVICE