Steven S. Kane, Esq., SBN: 061670
Bonnie E. Kane, Esq., SBN: 167700
**THE KANE LAW FIRM**
402 W. Broadway, Suite 2500
San Diego, CA 92101
Telephone: (619) 236-8700
Facsimile: (619) 236-1370
E-mail: skane@thekanelawfirm.com
E-mail: bonnie@thekanelawfirm.com

Attorneys for KAREN GOWINS Creditor,
And Many Wildfire Victim Creditors

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

*In re:*

PG&E CORPORATION

-and-

PACIFIC GAS AND ELECTRIC COMPANY

      Debtors.

☐ Affects PG&E Corporation

☐ Affects Pacific Gas & Electric

■ Affects Both Debtors

*All papers shall be filed in the Lead Case, No.19-30088 (DM)*

_____

**Case No. 19-30088 (DM)**

Chapter 11
(Lead Case)
(Jointly Administered)

**NOTICE OF ENTRY OF ORDER SHORTENING TIME AND NOTICE OF HEARING ON MOTION FOR THE APPOINTMENT OF AN EXAMINER OF VOTING PROCEDURAL IRREGULARITIES PURSUANT TO SECTION 1104 (c) OF THE BANKRUPTCY CODE BANKRUPTCY RULE 2007.1**

Date: June 4, 2020
Time: 9:30 a.m. (Pacific Time)
Place: By Video
      United States Bankruptcy Court
      Courtroom 17, 16th Floor
      San Francisco, CA 94102

**Objection Deadline**: June 2, 2020

_____
NOTICE OF ENTRY OF ORDER SHORTENING TIME AND NOTICE OF HEARING ON MOTION FOR THE APPOINTMENT OF AN EXAMINER OF VOTING PROCEDURAL IRREGULARITIES PURSUANT TO SECTION 1104(c) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 2007.1

| | |
|---|---|
| 1 | **PLEASE TAKE NOTICE THAT** on January 29, 2019, PG&E Corporation and Pacific Gas and Electric Company, the debtors in possession (the "Debtors") in the above-captioned Chapter 11 cases (the "Chapter 11 Cases"), each filed a voluntary petition for relief under Chapter 11 of Title 11 of the United Stated Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "Bankruptcy Court"). |
| 2 | |
| 3 | |
| 4 | |
| 5 | **PLEASE TAKE FURTHER NOTICE THAT** the Bankruptcy Court will hold a hearing on **June 4, 2020, at 9:30 a.m. (Pacific Time) by video** (the hearing) before the Honorable Dennis Montali, United States Bankruptcy Judge, Courtroom 17, 16th Floor 450 Golden Gate Avenue, San Francisco, California 94102. |
| 6 | |
| 7 | |
| 8 | **PLEASE TAKE FURTHER NOTICE THAT** at the hearing, the Bankruptcy Court is scheduled to hear, pursuant to an order shortening time entered on May 22, 2020, [Dkt. No. 7532] (the "Order Shortening Time") the *Motion for an Order Appointing an Examiner of Voting Procedural Irregularities pursuant to Section 1104 (c) of the Bankruptcy Code and Bankrutpcy Rule 2007.1*, (the "Motion") which was filed by Karen Gowins, Creditor and Many Wildfire Victim Creditors. |
| 9 | |
| 10 | |
| 11 | |
| 12 | **PLEASE TAKE FURTHER NOTICE THAT,** pursuant to the Order Shortening Time, any opposition to the Motion must be filed no later than **June 2, 2020.** |
| 13 | |
| 14 | **PLEASE TAKE FURTHER NOTICE THAT,** the Office of the U.S. Trustee must file a response indicating its position on the Motion no later than **June 2, 2020.** |
| 15 | |
| 16 | **PLEASE TAKE FURTHER NOTICE THAT,** copies of the Motion and its supporting papers can be viewed and/or obtained: (1) by accessing the Court's website at http://www.canb.uscourts.gov , (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free for U.S.-based parties); or +1 (929) 333-8977 for International parties or by email at pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website. |
| 17 | |
| 18 | |
| 19 | |
| 20 | Date: May 25, 2020.                    THE KANE LAW FIRM |
| 21 | |
| 22 | ␣␣␣/s/ Bonnie E. Kane␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣<br>BONNIE E. KANE |
| 23 | Attorneys for Karen Gowins and Many Wildfire Creditors |

NOTICE OF ENTRY OF ORDER SHORTENING TIME AND NOTICE ON MOTION FOR THE APPOINTMENT OF AN EXAMINER OF VOTING PROCEDURAL IRREGULARITIES PURSUANT TO SECTION 1104(c) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 2007.1

Case: 19-30088    Doc# 7569    Filed: 05/25/20    Entered: 05/25/20 15:30:48    Page 2 of 2

USBE/NDCA No. 19-30088 (DM)