# Notice Recipients

| District/Off: 0971−3 | User: dchambers | Date Created: 5/27/2020 |
|---|---|---|
| Case: 19−30088 | Form ID: TRANSC | Total: 9 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Francis O. Scarpulla | fos@scarpullalaw.com |
| aty | John H. MacConaghy | macclaw@macbarlaw.com |
| aty | Richard A. Marshack | rmarshack@marshackhays.com |
| aty | Robert A. Julian | rjulian@bakerlaw.com |
| aty | Roger F. Friedman | rfriedman@rutan.com |

TOTAL: 5

**Recipients submitted to the Claims Agent (Prime Clerk):**

| | | | | |
|---|---|---|---|---|
| intp | William B. Abrams | 1519 Branch Owl Pl. | Santa Rosa, CA 95409 | |
| aty | Stephen Karotkin | Weil, Gotshal & Manges LLP | 767 Fifth Avenue | New York, NY 10153 |
| aty | Theodore Tsekerides | Weil, Gotshal & Manges LLP | 767 Fifth Avenue | New York, NY 10153 |
| aty | Thomas Tosdal | Tosdal Law Firm | 777 S. Highway 101, #215 | Solana Beach, CA 92075 |

TOTAL: 4