WATTS GUERRA LLP
Mikal C. Watts (*Admitted Pro Hac Vice*)
Guy L. Watts II (*Pro Hac Vice pending*)
Paige Boldt, SBN 308772
70 Stony Point Road, Suite A
Santa Rosa, California 95401
Phone: (707) 241-4567
2561 California Park Drive, Suite 100
Chico, California 95928
Phone: (530) 240-6116
Email: mcwatts@wattsguerra.com

*Attorney for Numerous Wild Fire Claimants*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors. | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |
| ☐Affects PG&E Corporation<br>☐Affects Pacific Gas and Electric Company<br>☒Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, GUY L. WATTS II, an active member in good standing of the bar of Texas, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

- 1 -

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above entitled-action. The name, address and telephone number of that attorney is:

Paige Boldt
Watts Guerra LLP
70 Stony Point Rd.
Ste. A
Santa Rosa, CA 95401
Phone: (707) 241-4567

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 26, 2020

Respectfully submitted,

WATTS GUERRA LLP

By:    */s/ Guy L. Watts II*
      Guy L. Watts II

- 2 -