| | |
|---|---|
| **In re:** <br><br>**PG&E CORPORATION** <br><br>- and - <br><br>**PACIFIC GAS AND ELECTRIC COMPANY,** <br><br>Debtors. <br><br>☐ Affects PG&E Corporation <br>☐ Affects Pacific Gas and Electric Company <br>☒ Affects both Debtors <br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM) <br><br>Chapter 11 <br><br>(Lead Case) <br><br>(Jointly Administered) <br><br><br>Ref. Docket No. 7373 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                   ) ss.:
COUNTY OF NEW YORK )

GEOFF ZAHM, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with an office at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. I caused to be served the "Fourteenth Monthly Fee Statement of Milbank LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period March 1, 2020 through March 31, 2020," filed on May 18, 2020 [Docket No. 7373], by causing true and correct copies to be:

    a. enclosed securely in separate postage prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A, and

    b. delivered via electronic mail to those parties listed on the attached Exhibit B

    .

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Geoff Zahm*
Geoff Zahm

Sworn to before me this
26th day of May, 2020

*/s/ John Chau*
Notary Public, State of New York
No. 01CH6353383
Qualified in Queens County
Commission Expires January 23, 2021

# EXHIBIT A

MILBANK LLP
COUNSEL FOR THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS
ATTN: DENNIS F. DUNNE, SAMUEL A. KHALIL
55 HUDSON YARDS
NEW YORK NY 10001-2163

BAKER & HOSTETLER, LLP
COUNSEL FOR OFFICIAL COMMITTEE OF TORT CLAIMANTS
ATTN: ERIC E. SAGERMAN AND CECILY DUMAS
11601 WILSHIRE BLVD. SUITE 1400
LOS ANGELES CA 90025-0509

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JAMES L. SNYDER, ESQ. & TIMOTHY LAFREDDI, ESQ.,
MARTA E. VILLACORTA
450 GOLDEN GATE AVE     SUITE 05-0153
SAN FRANCISCO CA 94102

DLA PIPER LLP
ATTN: JOSHUA D. MORSE
555 MISSION STREET SUITE 2400
SAN FRANCISCO CA 94105-2933

PG&E CORPORATION
ATTN: JANET LODUCA
77 BEALE STREET
SAN FRANCISCO CA 94177

# EXHIBIT B

| Email |
|---|
| bamexampge@gmail.com |
| david.riley@dlapiper.com |
| ddunne@milbank.com |
| esagerman@bakerlaw.com |
| Gbray@milbank.com |
| James.L.Snyder@usdoj.gov |
| jessica.liou@weil.com |
| jkim@kellerbenvenutti.com |
| lattard@bakerlaw.com |
| Marta.Villacorta@usdoj.gov |
| matthew.goren@weil.com |
| rachael.foust@weil.com |
| skhalil@milbank.com |
| stephen.karotkin@weil.com |
| timothy.s.laffredi@usdoj.gov |
| tkeller@kellerbenvenutti.com |
| TKreller@milbank.com |
| traceyrgallegos@gmail.com |