Sander L. Esserman *(Admitted Pro Hac Vice)*
Cliff I. Taylor *(Admitted Pro Hac Vice)*
STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, P.C.
2323 Bryan Street, Suite 2200
Dallas, TX 75201-2689
Telephone: 214-969-4900
Email: esserman@sbep-law.com

Scott Summy
John Fiske (CSBN 249256)
BARON & BUDD, P.C.
3102 Oak Lawn Avenue #1100
Dallas, TX 75219
Telephone: 214-521-3605
Email: ssummy@baronbudd.com

Christopher H. Hart (CSBN 184117)
Kimberly S. Fineman (CSBN 184433)
NUTI HART LLP
411 30TH Street, Suite 408
Oakland, CA 94609-3311
Telephone: 510-506-7152
Email: kfineman@nutihart.com

Attorneys for Public Entities Impacted by the Wildfires

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088-DM. | Case No. 19-30088-DM<br><br>Chapter 11<br>Lead Case, Jointly Administered<br><br>**DESIGNATION OF SPEAKING ATTORNEY ON BEHALF OF PUBLIC ENTITIES IMPACTED BY THE WILDFIRES**<br><br>Date: May 27, 2020<br>Time: 10:00 a.m. (prevailing Pacific time)<br>Place: Virtual<br>Judge: Hon. Dennis Montali<br><br>Re: Docket No. 7182 |

STUTZMAN BROMBERG ESSERMAN & PLIFKA, P.C.
2323 BRYAN STREET, SUITE 2200
DALLAS, TX 75201-2689
TELEPHONE: 214-969-4900

Undersigned counsel, on behalf of creditors, the Public Entities Impacted by the Wildfires (the "*Public Entities*"),[1] hereby give notice pursuant to the Court's Order Establishing Confirmation Hearing Protocol, Dkt. 7182, that the following attorneys reserve their right to speak on behalf of the Public Entities at the confirmation hearing in this matter, currently set to commence on May 27, 2020, should such become necessary:

Sander L. Esserman (Admitted Pro Hac Vice)
STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, P.C.
2323 Bryan Street, Suite 2200
Dallas, TX 75201-2689
Telephone: 214-969-4900
Email: esserman@sbep-law.com

Cliff I. Taylor (Admitted Pro Hac Vice)
STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, P.C.
2323 Bryan Street, Suite 2200
Dallas, TX 75201-2689
Telephone: 214-969-4900
Email: taylor@sbep-law.com

Dated: May 26, 2020        STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, P.C.

By: */s/ Sander L. Esserman*
Sander L. Esserman
Attorneys for Public Entities Impacted by the Wildfires

Dated: May 26, 2020        BARON & BUDD, P.C.

By: */s/ Scott Summy*
Scott Summy
Attorneys for Public Entities Impacted by the Wildfires

---

[1] The Public Entities consists of the following California public entities: (a) Calaveras County Water District, (b) Napa County, (c) City of Napa, (d) Mendocino County, (e) Lake County, (f) City of Clearlake, (g) Nevada County, (h) Yuba County, (i) City of Santa Rosa, (j) Sonoma County, (k) Sonoma County Agricultural Preservation and Open Space District, (l) Sonoma County Community Development Commission, (m) Sonoma County Water Agency, (n) Sonoma County Sanitation District, (o) Town of Paradise, and (p) Butte County.

| | |
|---|---|
| Dated: May 26, 2020 | NUTI HART LLP |
| | By: */s/ Kimberly S. Fineman* |
| | Kimberly S. Fineman |
| | Attorneys for Public Entities Impacted by the Wildfires |

# CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

*/s/ Kimberly S. Fineman*
Kimberly S. Fineman

Attorneys for Public Entities Impacted by the Wildfires