# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | **Bankruptcy Case** |
| **PG&E CORPORATION,** | **No. 19-30088 (DM)** |
| - and - | |
| **PACIFIC GAS AND ELECTRIC** | **Chapter 11** |
| **COMPANY,** | **(Lead Case)** |
| **Debtors.** | **(Jointly Administered)** |

## <u>CERTIFICATE OF SERVICE</u>

I, Andrew G. Vignali, do declare and state as follows:

1.  I am employed at Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2.  On May 24, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via email on the Master Email Service List attached hereto as **<u>Exhibit A</u>**:

- Notice of Filing of Second Supplement to Plan Supplement in Connection with Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization [Docket No. 7563] (the *"**Notice of Second Plan Supplement**"*)

- Debtors' Motion for Entry of an Order Authorizing the Filing Under Seal of Certain Exit Financing Fee Letters [Docket No. 7564] (the *"**Motion to File Under Seal**"*)

- Declaration of Paul H. Zumbro in Support of Debtors' Motion for Entry of an Order Authorizing the Filing Under Seal of Certain Exit Financing Fee Letters [Docket No. 7565] (the *"**Zumbro Declaration**"*)

3.  On May 25, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via email on (1) the Master Email Service List attached hereto as **<u>Exhibit A</u>**; and (2) the Speaking Attorneys Service List attached hereto as **<u>Exhibit B</u>**:

- Debtors' and Shareholder Proponents' Joint Objections to Plan Objectors' Confirmation Hearing Exhibits [Docket No. 7570] (the *"**Response to Plan**"*)

- Debtors' and Shareholder Proponents' Amended Joint Confirmation Hearing Exhibit List [Docket No. 7572] (the *"**Amended Exhibit List**"*)

4.     Additionally, on May 26, at my direction and under my supervision, employees of Prime Clerk caused the Notice of Second Plan Supplement, the Motion to File Under Seal, the Zumbro Declaration, the Response to Plan, and the Amended Exhibit List to be served via first class mail on the Master Hardcopy Service List attached hereto as **Exhibit C**.

5.     I have reviewed the Notices of Electronic Filing for the above-listed documents, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

6.        I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 26th day of May 2020, at New York, NY.

*/s/ Andrew G. Vignali*
Andrew G. Vignali

**Exhibit A**

# Exhibit A
## Master Email Service List
### Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to ADVENTIST HEALTHSYSTEM/WEST, a California non-profit religious corporation | ADVENTIST HEALTH SYSTEM/WEST | laytonrl@ah.org |
| Counsel to TRANSWESTERN PIPELINE COMPANY, LLC | AKERMAN LLP | john.mitchell@akerman.com yelena.archiyan@akerman.com |
| Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company | Akin Gump Strauss Hauer & Feld LLP | mstamer@akingump.com idizengoff@akingump.com dbotter@akingump.com |
| Counsel for BOKF, NA, solely in its capacity as Indenture Trustee | ARENT FOX LLP | Beth.Brownstein@arentfox.com Jordana.Renert@arentfox.com |
| Counsel for Genesys Telecommunications Laboratories Inc. | Arent Fox LLP | andy.kong@arentfox.com |
| Counsel for BOKF, NA, solely in its capacity as Indenture Trustee | ARENT FOX LLP | Aram.Ordubegian@arentfox.com |
| Counsel for AT&T | Arnold & Porter Kaye Scholer LLP | brian.lohan@arnoldporter.com |
| Counsel for AT&T | AT&T | Jg5786@att.com |
| Counsel to California State Agencies | Attorney General of California | Danette.Valdez@doj.ca.gov |
| Counsel to California State Agencies | Attorney General of California | James.Potter@doj.ca.gov |
| Counsel to California State Agencies | Attorney General of California | James.Potter@doj.ca.gov |
| Special Bankruptcy Counsel for Certain Fire Damage Plaintiffs Claimants | BAILEY AND ROMERO LAW FIRM | marthaeromerolaw@gmail.com |
| Counsel for Black & Veatch Construction, Inc. | BAKER BOTTS L.L.P. | jonathan.shapiro@bakerbotts.com daniel.martin@bakerbotts.com |
| Counsel for Phillips and Jordan | Baker, Donelson, Bearman, Caldwell & Berkowitz, PC | jrowland@bakerdonelson.com |

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| URENCO Limited and Louisiana Energy Services, LLC | Ballard Spahr LLP | summersm@ballardspahr.com |
| Counsel to Campos EPC, LLC | BALLARD SPAHR LLP | hartlt@ballardspahr.com |
| Counsel for Bank of America, N.A. | Bank of America | John.mccusker@baml.com |
| Counsel for Creditors<br>Public Entities Impacted by the Wildfires | Baron & Budd, P.C. | ssummy@baronbudd.com<br>jfiske@baronbudd.com |
| Counsel to Majesti Mai Bagorio, et al., creditors and plaintiffs in Bagorio, et al. v. PG&E Corporation, et al., case number CNC-19-554581 | BAUM HEDLUND ARISTEI & GOLDMAN, PC | rgoldman@baumhedlundlaw.com |
| Counsel for Infosys Limited, Counsel for ACRT, Inc. | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | kcapuzzi@beneschlaw.com<br>mbarrie@beneschlaw.com |
| Counsel to Oklahoma Firefighters Pension and Reitrement System | Berman Tabacco | dbarenbaum@bermantabacco.com |
| Counsel to American Construction and Supply, Inc. | BLOOMFIELD LAW GROUP, INC., P.C. | bklargecase@njblaw.com |
| Co-Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company | BraunHagey & Borden LLP | theodore@braunhagey.com<br>kwasniewski@braunhagey.com<br>levine@braunhagey.com |
| Counsel for MDR Inc. (dba Accu-Bore Directional Drilling), Veteran Power, Inc. | Brothers Smith LLP | misola@brotherssmithlaw.com |
| Counsel for Trustee and Claims Administrator | BROWN RUDNICK LLP | DMolton@brownrudnick.com |
| California Public Utilities Commission | California Public Utilities Commission | arocles.aguilar@cpuc.ca.gov<br>candace.morey@cpuc.ca.gov |
| Counsel to Certain Victims from the Camp Fire and 2017 North Bay Fires, Creditor Patricia Garrison | CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP | dcasey@cglaw.com<br>jrobinson@cglaw.com<br>camille@cglaw.com |
| Counsel to Chevron Products Company, a division of Chevron U.S.A. Inc. | CHEVRON PRODUCTS COMPANY, A DIVISION OF CHEVRON U.S.A. INC. | melaniecruz@chevron.com<br>marmstrong@chevron.com |
| Counsel to Liberty Mutual Insurance Company | Choate, Hall & Stewart LLP | dgooding@choate.com |

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to Liberty Mutual Insurance Company | Choate, Hall & Stewart LLP | jmarshall@choate.com |
| Counsel to Solon | CKR Law, LLP | ktakvoryan@ckrlaw.com |
| Counsel to Western Electricity Coordinating Council | COHNE KINGHORN, P.C. | ghofmann@cohnekinghorn.com |
| Counsel for Office of Unemployment Compensation Tax Services | Commonwealth of Pennsylvania | ra-li-ucts-bankrupt@state.pa.us |
| Counsel for Fire Victim Creditors | COREY, LUZAICH, DE GHETALDI & RIDDLE LLP | alr@coreylaw.com<br>smb@coreylaw.com<br>sm@coreylaw.com |
| Individual Plaintiffs Executive Committee appointed by the California Superior Court in the North Bay Fire Cases, Judicial Council Coordination Proceeding Number 4955, Pursuant to the terms of the Court's Case Management Order No. 1 | Cotchett, Pitre & Mccarthy, LLP | fpitre@cpmlegal.com<br>acordova@cpmlegal.com |
| Counsel for Valley Clean Energy Alliance | COUNTY OF YOLO | eric.may@yolocounty.org |
| Counsel to Liberty Mutual Insurance Company | Cozen O'Connor | fsmith@cozen.com |
| Counsel for Fire Victim Creditors | DANKO MEREDITH | mdanko@dankolaw.com<br>kmeredith@dankolaw.com<br>smiller@dankolaw.com |
| Counsel for the agent under the Debtors' proposed debtor in possession financing facilities, Counsel for Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility | Davis Polk & Wardwell LLP | eli.vonnegut@davispolk.com<br>david.schiff@davispolk.com<br>timothy.graulich@davispolk.com |
| Creditor and Counsel to Debra Grassgreen | Debra Grassgreen | dgrassgreen@gmail.com |
| Counsel for State Farm Mutual Automobile Insurance Company and its affiliates | Dechert LLP | allan.brilliant@dechert.com<br>shmuel.vasser@dechert.com |
| Counsel for Capital Power Corporation and Halkirk I Wind Project LP | Dentons US LLP | Lauren.macksoud@dentons.com |

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel for Capital Power Corporation and Halkirk I Wind Project LP | Dentons US LLP | oscar.pinkas@dentons.com |
| Counsel for Travelers Insurance | Dentons US LLP | peter.wolfson@dentons.com |
| Counsel for the Ad Hoc Committee of Unsecured Tort Claimant Creditors | DLA PIPER LLP (US) | david.riley@dlapiper.com |
| Counsel for East Bay Community Energy Authority | East Bay Community Energy Authority | lgoldberg@ebce.org |
| Counsel for EDP Renewables North America LLC, Rising Tree Wind Farm II LLC, and Arlington Wind Power Project LLC | EDP Renewables North America LLC | Randy.Sawyer@edpr.com |
| Information Agent for the Official Committee of Unsecured Creditors, and the Official Committee of Tort Claimants | Epiq Corporate Restructuring, LLC | sgarabato@epiqglobal.com |
| Counsel to California State Agencies | FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUZZI LLP | sfelderstein@ffwplaw.com |
| Counsel for BOKF, NA, solely in its capacity as Indenture Trustee | FREDERIC DORWART, LAWYERS PLLC | sory@fdlaw.com |
| Counsel for Itron, Inc. | GELLERT SCALI BUSENKELL & BROWN, LLC | mbusenkell@gsbblaw.com |
| Counsel for Fire Victim Creditors | GIBBS LAW GROUP | ehg@classlawgroup.com dsh@classlawgroup.com |
| Counsel for Topaz Solar Farms LLC | Gibson, Dunn & Crutcher LLP | Mrosenthal@gibsondunn.com Amoskowitz@gibsondunn.com |
| Counsel to the Ad Hoc Committee of Holders of Trade Claims | GIBSON, DUNN & CRUTCHER LLP | mchoi@gibsondunn.com |
| Counsel for MassMutual Life Insurance Company and Its Funds | GOODWIN PROCTER LLP | sdasaro@goodwinlaw.com |
| Counsel for Cardno, Inc. | Greenberg Traurig, LLP | vuocolod@gtlaw.com |

Case: 19-30088    Doc# 7590    Filed: 05/26/20    Entered: 05/26/20 16:00:19    Page 7 of 28

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel for Nationwide Entities | Grotefeld Hoffmann | mgrotefeld@ghlaw-llp.com<br>mochoa@ghlaw-llp.com<br>wpickett@ghlaw-llp.com |
| Counsel to Creditors<br>KAREN ROBERDS and ANITA FREEMAN | HALLISEY AND JOHNSON PC | jfhallisey@gmail.com |
| Attorneys for Certain Kincade (2019) claimants | Hansen&Miller Law Firm | roy@hansenmiller.com |
| Attorneys for HercRentals | HercRentals | Sharon.petrosino@hercrentals.com |
| COUNSEL FOR PARTIES-IN-INTEREST<br>ESVOLTA, LP AND HUMMINGBIRD ENERGY STORAGE,<br>LLC | HOGAN LOVELLS US LLP | erin.brady@hoganlovells.com |
| Counsel for McKinsey & Company, Inc. U.S. | HOGAN LOVELLS US LLP | bennett.spiegel@hoganlovells.com |
| Counsel for McKinsey & Company, Inc. U.S. | HOGAN LOVELLS US LLP | alex.sher@hoganlovells.com<br>peter.ivanick@hoganlovells.com |
| Counsel for Deutsche Bank Trust Company<br>Americas and Deutsche Bank National Trust<br>Company as Indenture Trustees for certain<br>bondholders | Holland & Knight LLP | robert.labate@hklaw.com |
| Counsel to Hyundai Corporation USA | Hughes Hubbard & Reed LLP | katie.coleman@hugheshubbard.com |
| Counsel for DTE Stockton, LLC, Mt. Poso Cogeneration<br>Company, LLC f/k/a Mt. Poso Cogeneration Company,<br>L.P., Potrero Hills Energy Producers, LLC, Sunshine Gas<br>Producers, LLC, Woodland Biomass Power, LLC f/k/a<br>Woodland Biomass Power, Ltd. | HUNTON ANDREWS KURTH LLP | ppartee@huntonak.com |
| Counsel for BlueMountain Capital Management, LLC | Irell & Manella LLP | cvarnen@irell.com<br>astrabone@irell.com |
| Counsel for BlueMountain Capital Management, LLC | Irell & Manella LLP | mstrub@irell.com |

# Exhibit A
## Master Email Service List
### Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to Iron Mountain Information Management, LLC | Iron Mountain Information Management, LLC | Bankruptcy2@ironmountain.com |
| Interested Party CH2M HILL Engineers, Inc. | Jacobs Engineering | robert.albery@jacobs.com |
| Counsel for Nationwide Entities | Jang & Associates, LLP | ajang@janglit.com |
| Counsel to Sodexo, Inc. | JD Thompson Law | jdt@jdthompsonlaw.com |
| Counsel for A&J Electric Cable Corporation | JORDAN, HOLZER & ORTIZ, PC | aortiz@jhwclaw.com<br>sjordan@jhwclaw.com<br>ecf@jhwclaw.com |
| Counsel for Kompogas SLO LLC and Tata Consultancy Services | Kelley Drye & Warren LLP | bfeder@kelleydrye.com |
| Counsel to Oldcastle Infrastructure, Inc. f/k/a Oldcastle Precast, Inc. and Affiliates | KILPATRICK TOWNSEND & STOCKTON LLP | bkleinman@kilpatricktownsend.com |
| Counsel for Ruby Pipeline, L.L.C. | Kinder Morgan, Inc. | Mark_Minich@kindermorgan.com |
| Counsel for Ruby Pipeline, L.L.C. | Kinder Morgan, Inc. | mosby_perrow@kindermorgan.com |
| Counsel for Calpine Corporation | Kirkland & Ellis LLP | aparna.yenamandra@kirkland.com |
| Counsel for Calpine Corporation | Kirkland & Ellis LLP | david.seligman@kirkland.com |
| Counsel for the Federal Monitor | Kirkland & Ellis LLP | marc.kieselstein@kirkland.com |
| Counsel for Calpine Corporation | Kirkland & Ellis LLP | mark.mckane@kirkland.com |
| Counsel for the Federal Monitor | Kirkland & Ellis LLP | stephen.hessler@kirkland.com |
| Counsel for NextEra Energy Inc. et al. | Klee, Tuchin, Bogdanoff & Stern LLP | kklee@ktbslaw.com |
| Counsel for PG&E Holdco Group | KRAMER LEVIN NAFTALIS & FRANKEL LLP | acaton@kramerlevin.com<br>mwasson@kramerlevin.com |
| Counsel to Public Employees Retirement Association of New Mexico | LABATON SUCHAROW LLP | tdubbs@labaton.com<br>cvillegas@labaton.com<br>jdubbin@labaton.com |

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to County of San Luis Obispo | LAMB & KAWAKAMI LLP | klamb@lkfirm.com<br>tkelch@lkfirm.com |
| Counsel for Sonoma County Treasurer & Tax Collector, Counsel for the County of Placer | Lamb and Kawakami LLP | bglaser@lkfirm.com |
| Counsel to Dynegy Marketing and Trade, LLC | Latham & Watkins LLP | andrew.parlen@lw.com |
| Counsel for Crockett Cogeneration, Middle River Power, LLC, and MRP San Joaquin Energy, LLC | Latham & Watkins LLP | christopher.harris@lw.com<br>andrew.parlen@lw.com |
| Unsecured Creditor | Laurie A. Deuschel | ldeuschel@hotmail.com |
| Attorneys for Objector Patricia Garrison | Law Office of Angela Jae Chun | ajc@chun.law |
| Counsel for Ruby Pipeline, L.L.C. | LAW OFFICE OF PATRICIA WILLIAMS PREWITT | pwp@pattiprewittlaw.com |
| Counsel to Creditors GER HOSPITALITY, LLC and RICHARD W. CARPENETI | LAW OFFICES OF FRANCIS O. SCARPULLA | pbc@scarpullalaw.com |
| Counsel for W. Bradley Electric, Inc. | Law Offices of James Shepherd | jim@jsheplaw.com |
| Counsel to Ruckman-Leal Creditors, Counsel to Michael Marroquin | Law Offices of Leonard K. Welsh | lwelsh@lkwelshlaw.com |
| Creditor and Counsel to Debra Grassgreen | Law Offices of Thomas J. Brandi | tjb@brandilaw.com |
| Counsel to Kepco California LLC, RE Astoria LLC | Lewis Brisbois Bisgaard & Smith LLP | Amy.Goldman@lewisbrisbois.com |
| Counsel to Quanta Energy Services, Inc., Underground Construction Co., Inc., Mears Group, Inc., Dashiell Corporation, Quanta Technology LLC, and PAR Electrical Contractors | Locke Lord LLP | eguffy@lockelord.com |
| Counsel to Quanta Energy Services, Inc., Underground Construction Co., Inc., Mears Group, Inc., Dashiell Corporation, Quanta Technology LLC, and PAR Electrical Contractors | Locke Lord LLP | kinga.wright@lockelord.com |
| Counsel for International Brotherhood of Electrical Workers Local Union 1245 | Locke Lord LLP | sbryant@lockelord.com |

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to Quanta Energy Services LLC | Locke Lord LLP | kinga.wright@lockelord.com |
| Counsel for California Power Exchange Corporation | LOEB & LOEB LLP | mscohen@loeb.com |
| Counsel to Public Employees Retirement Association of New Mexico | LOWENSTEIN SANDLER LLP | golivera@lowenstein.com |
| Interested Party | Macdonald \| Fernandez LLP | imac@macfern.com |
| Counsel to Aegion Corporation and its subsidiary entities: Corrpro Companies, Inc., Insituform Technologies, LLC and Fibrwrap Construction Services, Inc. | MARGULIES FAITH, LLP | Craig@MarguliesFaithLaw.com |
| Counsel to SLF Fire Victim Claimants | MARSHACK HAYS LLP | dwood@marshackhays.com |
| Counsel for Ghost Ship Warehouse Plaintiffs' Executive Committee | MARY ALEXANDER & ASSOCIATES, P.C. | malexander@maryalexanderlaw.com |
| Counsel to BNP Paribas | MAYER BROWN LLP | btrust@mayerbrown.com jcdebaca@mayerbrown.com |
| Counsel to Mesa Associates, Inc. | Maynard, Cooper & Gale | dkumagai@maynardcooper.com |
| Counsel for A.J. Excavation Inc. | McCormick Barstow LLP | demerzian@mccormickbarstow.com |
| Counsel to Davey Tree Expert Company, Davey Tree Surgery Company, and Davey Resource Group, Inc. | MCDERMOTT WILL & EMERY LLP | jreisner@mwe.com klyman@mwe.com |
| Counsel to Winners Industry Co., Ltd. | McKoool Smith, P.C. | jsmith@mckoolsmith.com |
| Attorneys for Objector Patricia Garrison | Michael S. Feinberg | feinberg@feinbergfitchlaw.com |
| Counsel for the Official Committee of  Unsecured Creditors | Milbank LLP | Gbray@milbank.com |
| Counsel for the Official Committee of Unsecured Creditors | Milbank LLP | svora@milbank.com |
| Counsel for Marin Clean Energy | Mintz Levin Cohn Ferris Glovsky and Popeo, P.C. | avobrient@mintz.com ablevin@mintz.com |
| Counsel for Exponent, Inc. | Newmeyer & Dillion LLP | Joshua.Bevitz@ndlf.com |

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel for CALIFORNIA SELF-INSURERS' SECURITY FUND | NIXON PEABODY LLP | mferullo@nixonpeabody.com |
| Counsel for CALIFORNIA SELF-INSURERS' SECURITY FUND | NIXON PEABODY LLP | rpedone@nixonpeabody.com |
| Counsel for Michael Vairo, Marie Dierssen, Catherine McClure, Tonia Hanson, Deirdre Coderre, Denise Stooksberry, John Stooksberry, Bryan Sullivan, Sara Hill, Isaiah Vera, Michael Williams, Joel Batts, Annaleisa Batts, Claudia Bijstra, Andries Bijstra, Roger Martinez, Candice Seals, Gretchen Franklin, Christopher Franklin, Paul Bowen, Kelly Jones, Tami Coleman, Cecil Morris, Linda Schooling, Jennifer Makin, Barbara Cruise, Benjamin Hernandez, Irma Enriquez, Constantina Howard, Leroy Howard, Edward Delongfield, Brenda Howell, Lynda Howell, Angela Coker, Sally Thorp, Paradise Moose Lodge, Nancy Seals | Northern California Law Group, PC | joe@norcallawgroup.net |
| Counsel to ADVENTIST HEALTHSYSTEM/WEST, a California non-profit religious corporation | NORTON ROSE FULBRIGHT US LLP | david.rosenzweig@nortonrosefulbright.com |
| Counsel for NextEra Energy Inc., NextEra Energy Partners, L.P. | NORTON ROSE FULBRIGHT US LLP | howard.seife@nortonrosefulbright.com andrew.rosenblatt@nortonrosefulbright.com christy.rivera@nortonrosefulbright.com |
| Counsel to Department of Finance for the State of California and Governor Gavin Newsom | O'MELVENY & MYERS LLP | jrapisardi@omm.com dshamah@omm.com |
| Office of the California Attorney General | Office of the California Attorney General | bankruptcy@coag.gov |
| Office of the United States Trustee | Office of the United States Trustee | James.L.Snyder@usdoj.gov |

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel for EDP Renewables North America LLC, Rising Tree Wind Farm II LLC, and Arlington Wind Power Project LLC | Orrick, Herrington & Sutcliffe LLP | dfelder@orrick.com |
| Counsel to Centerbridge Partners, L.P. | ORRICK, HERRINGTON & SUTCLIFFE LLP | dmintz@orrick.com |
| Counsel for EDP Renewables North America LLC, Rising Tree Wind Farm II LLC, and Arlington Wind Power Project LLC | Orrick, Herrington & Sutcliffe LLP | lmcgowen@orrick.com |
| Counsel for The Baupost Group, L.L.C., as the general partner and investment manager for certain entities | Pachulski Stang Ziehl & Jones LLP | ipachulski@pszjlaw.com |
| Counsel to Southwire Company LLC | Parker, Hudson, Rainer & Dobbs, LLP | bbates@phrd.com |
| Counsel to Southwire Company, LLC | Parker, Hudson, Rainer & Dobbs, LLP | bbates@phrd.com |
| Counsel to California Public Utilities Commission | Paul, Weiss, Rifkind, Wharton & Garrison LLP | bhermann@paulweiss.com<br>wrieman@paulweiss.com<br>smitchell@paulweiss.com<br>ndonnelly@paulweiss.com |
| Counsel for Bank of America, N.A. | Pillsbury Winthrop Shaw Pittman LLP | leo.crowley@pillsburylaw.com |
| Counsel for Ad Hoc Group of Institutional Par Bondholders of Pacific Gas and Electric Co. | Proskauer Rose LLP | mbienenstock@proskauer.com<br>brosen@proskauer.com<br>mzerjal@proskauer.com |
| Counsel for Ad Hoc Group of Institutional Par Bondholders of Pacific Gas and Electric Co. | Proskauer Rose LLP | mfirestein@proskauer.com<br>sma@proskauer.com |
| Counsel to Canyon Capital Advisors LLC | QUINN EMANUEL URQUHART & SULLIVAN, LLP | bennettmurphy@quinnemanuel.com |
| Counsel for Nevada Irrigation District, Lodi Gas Storage, L.L.P., Wild Goose, LLC | Reed Smith LLP | mhowery@reedsmith.com |
| Counsel for Bank of New York Mellon | Reed Smith LLP | rsimons@reedsmith.com |

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel for Matthew E. Gerspacher and Abigail N. Gerspacher (Davis) | Reimer Law, PC | nbreimer.esq@gmail.com |
| Counsel to Richards Law Firm Claimants | Richards Law Firm | john@jtrlaw1.com<br>evan@jtrlaw1.com |
| Individual Plaintiffs Executive Committee appointed by the California Superior Court in the North Bay Fire Cases, Judicial Council Coordination Proceeding Number 4955, Pursuant to the terms of the Court's Case Management Order No. 1 | Robins Cloud LLP | robins@robinscloud.com<br>rbryson@robinscloud.com |
| Counsel to CREATIVE CEILINGS, INC. | ROPERS, MAJESKI, KOHN & BENTLEY | steven.polard@rmkb.com |
| Counsel for ELLIOTT MANAGEMENT CORPORATION, on behalf of itself and certain funds and accounts managed, advised, or sub-advised by it | ROPES & GRAY LLP | keith.wofford@ropesgray.com<br>daniel.egan@ropesgray.com |
| Counsel for The Baupost Group L.L.C., as the managing general partner and/or investment manager for certain entities | Ropes & Gray LLP | mark.bane@ropesgray.com<br>matthew.roose@ropesgray.com |
| Counsel for The Baupost Group L.L.C., as the managing general partner and/or investment manager for certain entities | Ropes & Gray LLP | peter.welsh@ropesgray.com<br>patricia.chen@ropesgray.com |
| Counsel for ELLIOTT MANAGEMENT CORPORATION, on behalf of itself and certain funds and accounts managed, advised, or sub-advised by it | ROPES & GRAY LLP | ssally@ropesgray.com<br>matthew.mcginnis@ropesgray.com |
| Counsel for Creditor ARB, INC. | RUTAN & TUCKER, LLP | pblanchard@rutan.com |
| Counsel for for City and County of San Francisco, including all of its agencies, departments, or instrumentalities | San Francisco City Attorney's Office | Owen.Clements@sfcityatty.org<br>Catheryn.Daly@sfcityatty.org |

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel for International Business Machines Corp. | Satterlee Stephens LLP | cbelmonte@ssbb.com<br>pbosswick@ssbb.com |
| Counsel for SBA Steel II, LLC, | Saul Ewing Arnstein & Lehr LLP | barry.chatz@saul.com |
| Counsel for SBA Steel II, LLC, | Saul Ewing Arnstein & Lehr LLP | luke.murley@saul.com |
| COUNSEL TO MARIE VALENZA, BRANDEE GOODRICH, KRISTAL DAVIS-BOLIN, ASHLEY DUITSMAN, BARBARA MORRIS, MARY HAINES | SAVAGE, LAMB & LUNDE, PC | erlamblaw@gmail.com |
| Counsel to Agua Caliente Solar, LLC, Clearway Energy Group LLC, Clearway Energy, Inc., MC Shiloh IV Holdings LLC, NRG Energy, Inc., Solar Partners II LLC, Solar Partners VIII LLC, and TerraForm Power, Inc. | Shearman & Sterling LLP | daniel.laguardia@shearman.com |
| Counsel for East Bay Community Energy Authority | Shemanolaw | dshemano@shemanolaw.com |
| Counsel for PG&E Holdco Group | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP | sfarzan@sheppardmullin.com |
| Attorneys for Cushman & Wakefield, Inc. | Shulman Hodges & Bastian LLP | mlowe@shbllp.com |
| Counsel to the Board of PG&E Corporation and Pacific Gas and Electric Company and Certain Current and Former Independent Directors | SIMPSON THACHER & BARTLETT LLP | michael.torkin@stblaw.com<br>ngoldin@stblaw.com<br>kmclendon@stblaw.com<br>jamie.fell@stblaw.com |
| Counsel to the Ad Hoc Committee of Unsecured Tort Claimant Creditors and the Singleton Law Firm Fire Victim Claimants | SINGLETON LAW FIRM, APC | john@slffirm.com |
| Counsel to Righetti Ranch, LP and Righetti NC, LLC | Solomon Ward Seidenwurm & Smith, LLP | mbreslauer@swsslaw.com |
| Counsel for Southern California Edison Company | Southern California Edison Company | Julia.Mosel@sce.com<br>patricia.cirucci@sce.com |

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Attorney for California Department of Industrial Relations Office of Self-Insured Plans | State of California, Department of Industrial Relations | pallen@dir.ca.gov |
| Individual 2015 Butte Fire Victim Creditor | Steve Christopher | sc2104271@gmail.com |
| Counsel to Allianz Global Corporate & Specialty | Stevens & Lee, P.C. | cp@stevenslee.com |
| Counsel to Allianz Global Corporate & Specialty | Stevens & Lee, P.C. | lpg@stevenslee.com |
| Counsel for Liberty Mutual Life Insurance Company | Stewart Sokol & Larkin LLC | kcoles@lawssl.com |
| Counsel for Tanforan Industrial Park, LLC | STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP | jlowenthal@steyerlaw.com |
| Counsel to South San Joaquin Irrigation District | STRADLING YOCCA CARLSON & RAUTH, P.C. | pglassman@sycr.com |
| Counsel for Mizuho Bank, Ltd. | STROOCK & STROOCK & LAVAN LLP | dmoon@stroock.com |
| Counsel for JPMorgan Chase Bank, N.A., as DIP Administrative Agent | Stroock & Stroock & Lavan LLP | fmerola@stroock.com |
| Counsel for JPMorgan Chase Bank, N.A., as DIP Administrative Agent | Stroock & Stroock & Lavan LLP | khansen@stroock.com egilad@stroock.com mgarofalo@stroock.com |
| Counsel for Mizuho Bank, Ltd. | STROOCK & STROOCK & LAVAN LLP | khansen@stroock.com egilad@stroock.com mgarofalo@stroock.com holsen@stroock.com mspeiser@stroock.com kpasquale@stroock.com smillman@stroock.com |
| Counsel for Creditors Public Entities Impacted by the Wildfires | Stutzman, Bromberg, Esserman & Plifka, P.C. | esserman@sbep-law.com taylor@sbep-law.com |
| Counsel for BrightView Enterprise Solutions, LLC, Counsel for Granite Construction Incorporated, BrightView Landscape Services, Inc. | Taylor English Duma LLP | jmills@taylorenglish.com |

# Exhibit A

## Master Email Service List
### Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel for The Davey Tree Expert Company | The Davey Tree Expert Company | Erika.Schoenberger@davey.com |
| Counsel to International Church of the Foursquare Gospel | The Law Office of Joseph West | josephwest@westlawfirmofcalifornia.com |
| Counsel to Compass Lexecon, LLC | TOGUT, SEGAL & SEGAL LLP | altogut@teamtogut.com<br>kortiz@teamtogut.com<br>aoden@teamtogut.com<br>aglaubach@teamtogut.com |
| Attorneys for Objector Patricia Garrison | Tosdal Law Firm | tom@tosdallaw.com |
| Counsel for Consolidated Edison Development Inc. | TROUTMAN SANDERS LLP | gabriel.ozel@troutman.com |
| Counsel for Southern Power Company | TROUTMAN SANDERS LLP | harris.winsberg@troutman.com<br>matthew.roberts2@troutman.com |
| Counsel to Southern Power Company, Consolidated Edison Development, Inc. | TROUTMAN SANDERS LLP | marcus.hall@troutman.com<br>katherine.malone@troutman.com |
| Interested Party | Union Pacific Railroad Company | bankruptcynotices@up.com |
| US Securities and Exchange Commission | US Securities and Exchange Commission | sanfrancisco@sec.gov |
| US Securities and Exchange Commission | US Securities and Exchange Commission | secbankruptcy@sec.gov |
| Counsel for Interstate Fire & Casualty Company | Vedder Price CA LLP | solson@vedderprice.com |
| Counsel to Public Employees Retirement Association of New Mexico | WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK, LLP | wagstaffe@wvbrlaw.com<br>busch@wvbrlaw.com |
| Individual Plaintiffs Executive Committee appointed by the California Superior Court in the North Bay Fire Cases, Judicial Council Coordination Proceeding Number 4955, Pursuant to the terms of the Court's Case Management Order No. 1 | Walkup Melodia Kelly & Schoenberger | mkelly@walkuplawoffice.com<br>kbaghdadi@walkuplawoffice.com<br>mschuver@walkuplawoffice.com |
| Counsel for Aera Energy LLC, Midway Sunset Congeneration Company | Walter Wilhelm Law Group a Professional Corporation | rileywalter@W2LG.com<br>Mwilhelm@W2LG.com |

Case: 19-30088   Doc# 7590   Filed: 05/26/20   Entered: 05/26/20 16:00:19   Page 17 of 28

Exhibit A
Master Email Service List
Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel for Engineers and Scientists of California, Local 20, IFPTE, Counsel for SEIU United Service Workers - West | Weinberg Roger & Rosenfeld | cgray@unioncounsel.net |
| Counsel for Sempra Energy, San Diego Gas & Electric Company, and Southern California Gas Company | White & Case LLP | cshore@whitecase.com |
| Counsel for Sempra Energy, San Diego Gas & Electric Company, and Southern California Gas Company | White & Case LLP | tlauria@whitecase.com mbrown@whitecase.com |
| Counsel for Macquarie Energy LLC | Winston & Strawn LLP | myuffee@winston.com |
| Counsel to Plaintiffs Santiago Gatto and Anastasia Tkal | Young Ward & Lothert, A Professional Law Corporation | info@youngwardlothert.com |

**Exhibit B**

# Exhibit B
## Speaking Attorneys Service List
## Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company | Akin Gump Strauss Hauer & Feld LLP | mstamer@akingump.com; dbotter@akingump.com; aqureshi@akingump.com |
| AT&T Corp. | Arnold & Porter Kaye Scholer LLP | benjamin.mintz@arnoldporter.com; gerardo.mijares-shafai@arnoldporter.com |
| Official Committee of Tort Claimants | Baker & Hostetler LLP | rjulian@bakerlaw.com; egreen@bakerlaw.com; cdumas@bakerlaw.com; drichardson@bakerlaw.com; lattard@bakerlaw.com |
| Centaurus Capital LP, Wright Solar Park LLC | Baker Botts L.L.P. | emanuel.grillo@bakerbotts.com; kevin.chiu@bakerbotts.com; natalie.sanders@bakerbotts.com |
| Oklahoma Firefighters Pension and Retirement System | Berman Tabacco | jtabacco@bermantabacco.com; nlavallee@bermantabacco.com; dbarenbaum@bermantabacco.com |
| Anthony Gantner | Binder & Malter, LLP | rob@bindermalter.com |
| PG&E Fire Victim Trust | Brown Rudnick LLP | dmolton@brownrudnick.com |
| Henkels & McCoy, Inc. | Buchalter, a Professional Corporation | jgarfinkle@buchalter.com |
| Official Committee of Tort Claimants | Cotchett, Pitre & McCarthy, LLP | FPitre@cpmlegal.com |
| AT&T Corp. | Crowell & Moring LLP | tkoegel@crowell.com; kjohnson@crowell.com |
| Official Committee of Tort Claimants | Dreyer Babich Buccola Wood Campora, LLP | scampora@dbbwc.com |
| Arbormetrics Solutions, LLC, Asplundh Construction, LLC, Trees, LLC, Utility Tree Service, LLC, Western Environmental Consultants, LLC, International Business Machines Corporation | Duane Morris, LLP | roliner@duanemorris.com; gheaton@duanemorris.com |
| California State Agencies | Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | ppascuzzi@ffwplaw.com |
| Roebbelen Contracting, Inc. | Finestone Hayes LLP | sfinestone@fhlawllp.com |
| Ad Hoc Committee of Holders of Trade Claims | Gibson, Dunn & Crutcher LLP | MKelsey@gibsondunn.com; MNeumeister@gibsondunn.com |

Case: 19-30088    Doc# 7590    Filed: 05/26/20    Entered: 05/26/20 16:00:19    Page 20 of 28

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| City and County of San Francisco | Greene Radovsky Maloney Share & Hennigh LLP | etredinnick@greeneradovsky.com |
| Fuguan O'Brien, William N Steel, Ming O'Brien, William K O'Brien, GER Hospitality, LLC, Karen Roberds, Anita Freeman | Hallisey and Johnson, PC | jfhallisey@gmail.com |
| CN Utility Consulting, Inc., Cupertino Electric, Inc., Wright Tree Service of the West, Inc., Wright Tree Service, Inc. | K&L Gates LLP | michael.lubic@klgates.com |
| Calpine Corporation | Kirkland & Ellis LLP | mark.mckane@kirkland.com; david.seligman@kirkland.com; austin.klar@kirkland.com; ameneh.bordi@kirkland.com |
| Lore Olds, et al. | Lieff Cabraser Heimann & Bernstein, LLP | ecabraser@lchb.com |
| International Brotherhood of Electrical Workers Local Union 1245 | Locke Lord LLP | bknapp@lockelord.com |
| Official Committee of Tort Claimants | MacConaghy & Barnier, PLC | macclaw@macbarlaw.com |
| SLF Fire Victim Claimants | Marshack Hays LLP | rmarshack@marshackhays.com |
| Davey Tree Expert Co., Davey Tree Surgery Co. and Davey Resource Group, Inc. | McDermott Will & Emery LLP | jreisner@mwe.com; klyman@mwe.com |
| Official Committee Of Unsecured Creditors | Milbank LLP | DDunne@milbank.com; GBray@milbank.com; TKreller@milbank.com; ALeblanc@milbank.com; AStone@milbank.com |
| California Self-Insurers' Security Fund | Nixon Peabody LLP | rpedone@nixonpeabody.com |
| Adventist Health System/West and Feather River Hospital d/b/a Adventist Health Feather River | Norton Rose Fulbright US LLP | rebecca.winthrop@nortonrosefulbright.com; david.rosenzweig@nortonrosefulbright.com; robin.ball@nortonrosefulbright.com |
| Governor Gavin Newsom | O'Melveny & Myers LLP | nmitchell@omm.com; mhinker@omm.com |
| Amador Water Agency | Parkinson Phinney | tom@parkinsonphinney.com |
| California Public Utilities Commision | Paul, Weiss, Rifkind, Wharton & Garrison LLP | akornberg@paulweiss.com |

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Anthony Gantner | Phillips, Erlewine, Given & Carlin LLP | nac@phillaw.com |
| Wilmington Trust, National Association | Pillsbury Winthrop Shaw Pittman LLP | leo.crowley@pillsburylaw.com; dania.slim@pillsburylaw.com |
| Daniel Franklin | Pino & Associates | epino@epinolaw.com |
| Ravin Skondin | Pino & Associates | epino@epinolaw.com |
| Paradise Alliance Church, Napa County Recycling & Waste Services, LLC, Napa Recycling & Waste Services, LLC, Northern Holdings, LLC, Northern Recycling and Waste Services, LLC, Paradise Irrigation District, Paradise Unified School District | Reed Smith LLP | dweiss@reedsmith.com |
| ARB, Inc. | Rutan & Tucker, LLP | rfriedman@rutan.com |
| Fuguan O'Brien, William N Steel, Ming O'Brien, William K O'Brien, GER Hospitality, LLC, Karen Roberds, Anita Freeman | Scarpulla Law Firm | fos@scarpullalaw.com |
| McKinsey & Company, Inc. U.S. | Sidley Austin LLP | sam.newman@sidley.com |
| SLF Fire Victim Claimants | Singleton Law Form, APC | gerald@slffirm.com |
| Tommy Wehe, et al. | Skikos, Crawford, Skikos & Joseph | sskikos@skikos.com |
| South San Joaquin Irrigation District | Stradling Yocca Carlson & Rauth, A Professional Corporation | pglassman@sycr.com |
| Fuguan O'Brien, William N Steel, Ming O'Brien, William K O'Brien, GER Hospitality, LLC, Karen Roberds, Anita Freeman | Trodella & Lapping, LLP | rich@trodellalapping.com |
| Consolidated Edison Development, Inc., Southern Power Company | Troutman Sanders LLP | harris.winsberg@troutman.com; hugh.mcdonald@troutman.com |
| Osmose Utilities Services, Inc. | Troutman Sanders LLP | harris.winsberg@troutman.com; matthew.roberts2@troutman.com; jared.bissell@troutman.com |
| Official Committee of Tort Claimants | Walkup, Melodia, Kelly & Schoenberger | mkelly@WalkupLawOffice.com |
| Official Committee of Tort Claimants | Walkup, Melodia, Kelly & Schoenberger | kbaghdadi@WalkupLawOffice.com |

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Ad Hoc Group of Subrogation Claim Holders | Willkie Farr & Gallagher LLP | mfeldman@willkie.com; bmccallen@willkie.com; dforman@willkie.com |
| Comcast Cable Communications, LLC and all affiliates | Wilmer Cutler Pickering Hale and Dorr LLP | craig.goldblatt@wilmerhale.com; lauren.lifland@wilmerhale.com |
| California Franchise Tax Board | | Cara.Porter@doj.ca.gov |
| Mary Kim Wallace | | xena.calirub@gmail.com |
| Pension Benefit Guaranty Corporation | | wong.andrea@pbgc.gov; morgan.courtney@pbgc.gov; harris.melissa@pbgc.gov |
| United States of America | | Matthew.troy@usdoj.gov |
| United States Trustee | | timothy.s.laffredi@usdoj.gov |
| William B Abrams | | end2endconsulting@gmail.com |

Case: 19-30088    Doc# 7590    Filed: 05/26/20    Entered: 05/26/20 16:00:19    Page 23 of 28

**Exhibit C**

# Exhibit C

Master Hardcopy Service List
Served via First Class Mail

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| Federal Energy Regulatory Commission | Federal Energy Regulatory Commission | Attn: General Counsel<br>888 First St NE<br>Washington DC 20426 |
| Counsel for DTE Stockton, LLC, Mt. Poso Cogeneration Company, LLC f/k/a Mt. Poso Cogeneration Company, L.P., Potrero Hills Energy Producers, LLC, Sunshine Gas Producers, LLC, Woodland Biomass Power, LLC f/k/a Woodland Biomass Power, Ltd. | HUNTON ANDREWS KURTH LLP | Attn: Kevin M. Eckhardt<br>50 California Street<br>Suite 1700<br>San Francisco CA 94111 |
| Counsel to International Business Machines Corp | IBM Corporation | Attn: Marie-Josee Dube<br>275 Viger East<br>Montreal QC H2X 3R7 Canada |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation<br>2970 Market St<br>Philadelphia PA 19104-5016 |
| Interested Party John A. Vos A | John A. Vos | 1430 Lincoln Avenue<br>San Rafael CA 94901 |
| Office of the United States Attorney for the Northern District of California | Office of the United States Attorney for the Northern District of California | Attn: Bankruptcy Unit<br>Federal Courthouse<br>450 Golden Gate Avenue<br>San Francisco CA 94102 |
| Interested Party Placer County Office of the Treasurer-Tax Collector | Placer County Office of the Treasurer-Tax Collector | Attn: Robert Kanngiesser<br>2976 Richardson Drive<br>Auburn CA 95603 |
| Counsel to Fremont Bank | ROBERTSON & LEWIS | Attn: Wm. Thomas Lewis, Esq.<br>Post Office Box 1257<br>Gilroy CA 95021-1257 |
| Counsel to Ruckman-Leal Creditors, Counsel to Michael Marroquin | Rodriguez & Associates | Attn: Joseph Whittington, Esq. and Daniel Turek, Esq.<br>2020 Eye Street<br>Bakersfield CA 93301 |

Exhibit C

Master Hardcopy Service List
Served via First Class Mail

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| Nuclear Regulatory Commission | U.S. Nuclear Regulatory Commission | Attn: General Counsel<br>U.S. NRC Region IV<br>1600 E. Lamar Blvd.<br>Arlington TX 76011 |
| Nuclear Regulatory Commission | U.S. Nuclear Regulatory Commission | Attn: General Counsel<br>Washington DC 20555-0001 |
| Unsecured Creditor Claim No. 7072 | Unsecured Creditor Claim No. 7072 | Attn: John Ramirez<br>38006 Pueblo Road<br>Hinkley CA 92347 |
| Unsecured Creditor Claim No. 7083 | Unsecured Creditor Claim No. 7083 | Attn: Aurang Zaib Khan<br>1969 East Cooley Ave.<br>San Bernardino  CA 92408 |
| Unsecured Creditor Claim No. 7167 | Unsecured Creditor Claim No. 7167 | Attn: Ken Nitao<br>244 S. Citrus Avenue<br>Alhambra CA 91801 |
| Unsecured Creditor Claim No. 7168 | Unsecured Creditor Claim No. 7168 | Attn: Robert Miller<br>37241 Sycamore Street<br>Hinkley CA 92347 |
| Unsecured Creditor Claim No. 7171 | Unsecured Creditor Claim No. 7171 | Attn: Shirley Holcroft<br>P.O. Box HD<br>Barstow CA 92311 |
| Unsecured Creditor Claim No. 7175 | Unsecured Creditor Claim No. 7175 | Attn: Andrea Williams<br>36796 Hillview Road<br>Hinkley CA 92347 |
| Unsecured Creditor Claim No. 7176 | Unsecured Creditor Claim No. 7176 | Attn: Keith Hawes<br>P.O. Box 376<br>Hinkley CA 92347 |
| Unsecured Creditor Claim No. 7180 | Unsecured Creditor Claim No. 7180 | Attn: Oscar Urbina<br>3617 Slauson Ave.<br>Maywood CA 90270 |

In re:  PG&E Corporation, *et al.*
Case No. 19-30088 (DM)

Case: 19-30088    Doc# 7590    Filed: 05/26/20    Entered: 05/26/20 16:00:19    Page 26 of 28

Exhibit C
Master Hardcopy Service List
Served via First Class Mail

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| Unsecured Creditor Claim No. 7183 | Unsecured Creditor Claim No. 7183 | Attn: Martin Garza<br>P.O. Box 344<br>Hinkley CA 92347 |
| Unsecured Creditor Claim No. 7199 | Unsecured Creditor Claim No. 7199 | Attn: Carolyn Bolin<br>36310 Lenwood Road<br>Hinkley CA 92347 |
| Unsecured Creditor Claim No. 7200 | Unsecured Creditor Claim No. 7200 | Attn: Sandra L. Brown<br>P.O. Box 192<br>Hinkley CA 92347 |
| Unsecured Creditor Claim No. 7201 | Unsecured Creditor Claim No. 7201 | Attn: Barbara A. Vinson<br>3220 Cindy Circle<br>Anderson CA 96007 |
| Unsecured Creditor Claim No. 7229 | Unsecured Creditor Claim No. 7229 | Attn: David Matthiesen<br>36709 Hidden River Road<br>Hinkley CA 92347 |
| Unsecured Creditor Claim No. 7244 | Unsecured Creditor Claim No. 7244 | Attn: Agustin Carrera<br>886 Gina Ct.<br>Upland  CA 91784 |
| Unsecured Creditor Claim No. 7264 | Unsecured Creditor Claim No. 7264 | Attn: Darlene Herring Jenkins<br>P.O. Box 376<br>Hinkley CA 92347 |
| Unsecured Creditor Claim No. 7301 | Unsecured Creditor Claim No. 7301 | Attn: Marina Riebeling<br>4600 Jerry Ave.<br>Baldwin Park CA 91706 |
| Unsecured Creditor Claim No. 7585 | Unsecured Creditor Claim No. 7585 | Attn: Clell Courtney<br>25595 Ash Road<br>Barstow CA 92311 |
| Unsecured Creditor Claim No. 7591 | Unsecured Creditor Claim No. 7591 | Attn: Cindy Sue Downing<br>P.O. Box 376<br>Hinkley CA 92347 |

Case: 19-30088    Doc# 7590    Filed: 05/26/20    Entered: 05/26/20 16:00:19    Page 27
of 28

Exhibit C
Master Hardcopy Service List
Served via First Class Mail

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| Unsecured Creditor Claim No. 7657 | Unsecured Creditor Claim No. 7657 | Attn: Joel A. Christison<br>P.O. Box 9048<br>Alta Loma CA 91701 |
| Unsecured Creditor Claim No. 7704 | Unsecured Creditor Claim No. 7704 | Attn: Nick Panchev<br>25633 Anderson Avenue<br>Barstow CA 92311 |
| Unsecured Creditor Claim No. 8273 | Unsecured Creditor Claim No. 8273 | Attn: Charles Matthiesen<br>36771 Hidden River Rd.<br>Hinkley CA 92347 |
| Unsecured Creditor Claim No. 8274 | Unsecured Creditor Claim No. 8274 | Attn: Juliana Martinez<br>36633 Hidden River Road<br>Hinkley CA 92347 |
| Unsecured Creditor Claim No. 8274 | Unsecured Creditor Claim No. 8274 | Attn: Norman Halstead<br>20455 Halstead Road<br>Hinkley CA 92347 |
| Unsecured Creditor Claim No. 8283 | Unsecured Creditor Claim No. 8283 | Attn: Saray Ordaz<br>1042 E. Sandison St. Apt. 1<br>Wilmington CA 90744 |
| Unsecured Creditor Claim No. Pending | Unsecured Creditor Claim No. Pending | Attn: Yvonne Kirkpatrick<br>23394 Alcudia Rd.<br>Hinkley CA 92347 |
| Counsel for Ballard Marine Construction, Inc. | Williams Kastner | Attn: Todd W. Blischke<br>601 Union Street<br>Suite 4100<br>Seattle WA 98101-2380 |

Case: 19-30088   Doc# 7590   Filed: 05/26/20   Entered: 05/26/20 16:00:19   Page 28 of 28