| | |
|---|---|
| KEVIN J. LAMB, SBN 125710<br>klamb@lkfirm.com<br>MICHAEL K. SLATTERY, SBN 107303<br>mslattery@lkfirm.com<br>THOMAS G. KELCH, SBN 100709<br>tkelch@lkfirm.com<br>LAMB AND KAWAKAMI LLP<br>333 South Grand Avenue, Suite 4200<br>Los Angeles, California 90071<br>Telephone: (213) 630-5500<br>Facsimile: (213) 630-5555 | |

Attorneys for County of San Luis Obispo

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E Corporation<br><br>   -and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>            Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects Both<br><br>*All papers shall be filed in the Lead Case, 19-30088 (DM)* | Bankruptcy Case<br>Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**CERTIFICATE OF SERVICE**<br><br>Confirmation Hearing: May 27, 2020<br>Time: 10:00 a.m.<br>Place: Ctr. 17<br>450 Golden Gate Avenue, 18th Floor<br>San Francisco CA 94102 |

284676.1

I, Jean Lee, do declare and state as follows:

1. I am employed in the County of Los Angeles, State of California, I am over the age of 18 and not a party to the within action; my business address is 333 South Grand Avenue, Suite 4200, Los Angeles, California 90071.

2. On May 26, 2020, I served true copies of the following document described as **COUNTY OF SAN LUIS OBISPO'S OBJECTION TO/REQUEST FOR CLARIFICATION OF SUPPLEMENT TO PLAN SUPPLEMENT** on the interested parties in this action as stated on the attached service list.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed this 26th day of May, 2020 in Los Angeles, California.

*/s/ Jean Lee*
Jean Lee

# SERVICE LIST

*All parties served by ECF unless otherwise noted

| | |
|---|---|
| Attn: Janet Loduca, Senior Vice President and General Counsel<br>PG&E Corporation and Pacific Gas and Electric Company<br>77 Beale Street<br>San Francisco, California 94105<br>*Served by U.S. Mail | *Debtors* |
| Attn: Stephen Karotkin, Jessica Liou, Matthew Goren, Tom Schinckel<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>*Served by U.S. Mail & E-mail<br>E-mail: stephen.karotkin@weil.com<br>   jessica.liou@weil.com<br>   matthew.goren@weil.com<br>   tom.schinckel@weil.com | *Attorneys for Debtors* |
| Attn: Tobias S. Keller, Peter J. Benvenutti, Jane Kim<br>Keller Benvenutti Kim LLP<br>650 California Street, Suite 1900<br>San Francisco, California 94108 | *Attorneys for Debtors* |
| Attn: Paul H. Zumbro, Kevin J. Orsini, Omid H. Nasab<br>Cravath, Swaine & Moore LLP<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019<br>*Served by U.S. Mail & E-mail<br>Email: pzumbro@cravath.com<br>   korsini@cravath.com<br>   onasab@cravath.com | *Attorneys for Debtors* |
| Attn: Bruce S. Bennett, Joshua M. Mester, James O. Johnston<br>Jones Day<br>555 South Flower Street, 50th Floor<br>Los Angeles, CA 90071<br>Email: bbennett@jonesday.com<br>   jmester@jonesday.com<br>   jjohnston@jonesday.com | *Attorneys for Shareholder Proponents* |

284676.1

3

Case: 19-30088 Doc# 7592-1 Filed: 05/26/20 Entered: 05/26/20 16:34:29 Page 3 of 5

| | |
|---|---|
| Attn: Robert A. Julian, Cecily A. Dumas<br>Baker & Hostetler LLP<br>1160 Battery Street, Suite 100<br>San Francisco, California 9411<br><br>and<br><br>Attn: Eric E. Sagerman, Lauren T. Attard<br>Baker & Hostetler LLP<br>11601 Wilshire Blvd., Suite 1400<br>Los Angeles, California 90025-0509 | *Counsel for Tort Claimants Committee* |
| Attn: Dennis F. Dunne, Esq., Sam A. Khalil<br>Milbank LLP<br>55 Hudson Yards<br>New York, New York 10001-2163<br><br>and<br><br>Attn: Gregory A. Bray, Thomas R. Kreller<br>Milbank LLP<br>2029 Century Park East, 33rd Floor<br>Los Angeles, California 90067 | *Attorneys for the Creditors Committee* |
| Attn: Timothy S. Laffredi, Jason Blumberg, Marta E. Villacorta<br>United States Department of Justice<br>Office of the United States Trustee<br>450 Golden Gate Avenue, Suite 05-0153<br>San Francisco, California 94102 | *United States Department of Justice*<br>*Office of the United States Trustee* |
| Attn: Michael S. Stamer, Ira S. Dizengoff, David H. Botter, Abid Qureshi<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, New York 10036<br>*Served by U.S. Mail & E-mail<br>Email:  mstamer@akingump.com<br>         idizengoff@akingump.com<br>         dbotter@akingump.com<br>         aqureshi@akingump.com<br><br>and<br><br>Attn: Ashley Vinson Crawford<br>Akin Gump Strauss Hauer & Feld LLP<br>580 California Street, Suite 1500<br>San Francisco, California 94104 | *Attorneys for the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company* |

284676.1

4

| Attn: Matthew A. Feldman, Joseph G. Minias, Benjamin P. McCallen, Daniel I. Forman<br>Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, New York 10019-6099 | *Attorneys for the Ad Hoc Subrogation Group* |
|---|---|