**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**,<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF AGENDA FOR OMNIBUS AND CONFIRMATION HEARING BEGINNING MAY 27, 2020, 10:00 A.M.**<br><br>Date: May 27, 2020<br>Time: 10:00 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

**PROPOSED AGENDA FOR
OMNIBUS AND CONFIRMATION HEARING
BEGINNING MAY 27, 2020, 10:00 A.M. (PACIFIC TIME)**

I: **MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**

*CONFIRMATION HEARING*

1. **Debtors' and Shareholder Proponents' Amended Joint Chapter 11 Plan of Reorganization**: *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated May 22, 2020* [**Dkt. 7521**].

   Response Deadline: May 15, 2020, at 4:00 p.m. (Pacific Time).

   Responses Filed:

   *Objections and Replies:*

   1. Objection of the Ad Hoc Committee of Holders of Trade Claims to Confirmation of the Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020 [**Dkt. 7288**].

   2. Objection to Confirmation and Reservation of Rights of Adventist Health, AT&T, Paradise Entities and Comcast to Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020 [**Dkt. 7339**].

   3. Joinder by Baum Hedlun Aristei Goldman Camp Fire Victims Cliuents in the Objection of Adventist Health, AT&T, Paradise Entities and Comcast to Trust Documents Motions [**Dkt. 7357**].

   4. Joinder of Certain Fire Victims in Objection to Confirmation and Reservation of Rights of Adventist Health, AT&T, Paradise Entities and Comcast [Dkt. 7339] to Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020 [**Dkt. 7440**].

   5. Anthony Gantner's Objection to Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020 [**Dkt. 7263**].

   6. ArborMetrics Solutions, LLC's Objection and Reservation of Rights Re Assumption of Purported Executory Contracts Pursuant to the Plan and Proposed Cure Amounts [**Dkt. 7233**].

   7. ASPLUNDH Construction, LLC's Objection and Reservation of Rights Re Assumption of Purported Executory Contracts Pursuant to the Plan and Proposed Cure Amounts [**Dkt. 7236**].

   8. Trees, LLC's Objection and Reservation of Rights Re Assumption of Purported Executory Contracts Pursuant to the Plan and Proposed Cure Amounts [**Dkt. 7239**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

9. Utility Tree Service, LLC's Objection and Reservation of Rights re Assumption of Purported Executory Contracts Pursuant to the Plan and Proposed Cure Amounts [**Dkt. 7241**].

10. Western Environmental Consultants, LLC's Objection and Reservation of Rights Re Assumption of Purported Executory Contracts Pursuant to the Plan and Proposed Cure Amounts [**Dkt. 7242**].

11. Limited Objection of BOKF, NA as Indenture Trustee to Confirmation of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 202 [**Dkt. 7290**].

12. California Franchise Tax Board's Objection to Confirmation of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020 [Docket No. 6320] [**Dkt. 7280**].

13. California State Agencies' Objection to Confirmation of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020 [**Dkt. 7281**].

14. Joinder of The United States of America In the California State Agencies' Objections to Confirmation of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020 [**Dkt. 7292**].

15. Limited Cure Objection of CalPine And Its Subsidiaries to The Debtors' Proposed Assumption of Executory Contracts and Unexpired Leases Under the Debtors' and Shareholders' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020 [**Dkt. 7214**].

16. Joinder of AV Solar Ranch 1, LLC To Limited Cure Objection of CalPine And Its Subsidiaries to the Debtors' Proposed Assumption of Executory Contracts and Unexpired Leases Under the Debtors' and Shareholders' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020 [**Dkt. 7293**].

17. Nextera Energy's Joinder to Limited Cure Objection of CalPine and Its Subsidiaries to the Debtors' Proposed Assumption of Executory Contracts and Unexpired Leases Under the Debtors' and Shareholders' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020 [**Dkt. 7303**].

18. Joinder of Southern Power Company, PSEG, PSEG Solar Source LLC and Consolidated Edison Development, Inc. to Limited Cure Objection of CalPine And Its Subsidiaries to the Debtors' Proposed Assumption of Executory Contracts and Unexpired Leases Under the Debtors' and Shareholders' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020 [**Dkt. 7314**].

19. Osmose Utilities Services, Inc.'s Limited Objection To (I) Schedule of Executory Contracts And Unexpired Leases To Be Assumed Pursuant to the Plan and Proposed Cure Amounts; and (II) Debtors' And Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020 [**Dkt. 7320**].

20. Certain Fire Victims' Objection to Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization [**Dkt. 7316**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

21. Objections of the City and County of San Francisco to Confirmation of Joint Plan of Reorganization [**Dkt. 7232**].

22. The Municipal Objectors' (1) Objection to Confirmation of Plan of Reorganization (Dkt.6320) And (2) Objection to Cure Notice and Other Matters Pertaining to Assumption Pursuant to Section 365(B)(1) Of the Bankruptcy Code (Dkt. 7037) [**Dkt. 7231**].

23. Creditor, Ravin Skondin's Objection to Confirmation of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization, Dated March 16, 2020 [**Dkt. 7295**].

24. Objection of CN Utility Consulting, Inc., Cupertino Electric, Inc., Wright Tree Service, Inc., And Wright Tree Service of The West, Inc. To Chapter 11 Plan of Reorganization and Joinder to The Objection of The Official Committee of Unsecured Creditors to Plan Confirmation [**Dkt. 7336**].

25. Cupertino Electric, Inc.'s Limited Objection and Reservation of Rights to the Debtors' Proposed Assumption of Executory Contracts Pursuant to Chapter 11 Plan [**Dkt. 7330**].

26. The Davey Tree Expert Company's, Davey Tree Surgery Company's, And Davey Resource Group, Inc.'s (I) Objection And Reservation Of Rights Of Regarding Assumption Of Various Contracts Pursuant to the Proposed Plan Of Reorganization; and (II) Joinder to Objection of the Official Committee of Unsecured Creditors To Plan Confirmation [**Dkt. 7304**].

27. Joinder to the Objection of Adventist Health, AT&T, Paradise Entities and Comcast to Trust Documents and Limited Objection to Confirmation [**Dkt. 7207**].

28. Objection to Confirmation [**Dkt. 7363**]

29. Objection to PG&E Fire Victims Trust Agreement and Claims Resolution Procedures [**Dkt. 7377**].

30. Objection to Plan of Reorganization Dated March 16, 2020 on Behalf of Certain Victims of The Camp Fire; Declaration of Joseph A. West, Esq. [**Dkt. 7308**].

31. Limited Objection/Clarification to Plan or Reorganization [**Dkt. 7382**].

32. Objection, Reservation of Rights, Objection to the Plan, Fire Victims Trust and Irregularities of Voting Procedure [**Dkt. 7367**].

33. McKinsey & Company, Inc. United States' Limited Objections to the Debtors' and Shareholder Proponents' Treatment of Executory Contracts Under the Joint Chapter 11 Plan of Reorganization [**Dkt. 7334**].

34. Reservation of Rights and Limited Objection to Confirmation of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization, Dated March 16, 2020 [**Dkt. 7221**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

35. The City Of American Canyon's Joinder In The Objections Of The Municipal Objectors 1) To The Confirmation Of The Plan Of Reorganization [Dkt # 6320] And 2) To Cure Notice And Other Matters Pertaining To Assumption Pursuant To 365(B)(1) Of The Bankruptcy Code [Dkt #7037] [**Dkt. 7275**].

36. Supplement to 1) Objection and Reservation of Rights of the City of American Canyon to Notice of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to the Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization and Proposed Cure Amounts; and 2) Joinder of City of American Canyon in Objection to Chapter 11 Plan and Plan Supplement [**Dkt. 7428**]

37. Joinder of South Feather Water & Power Agency in Certain Objections to Plan of Reorganization [**Dkt. 7325**].

38. Objection of the Official Committee of Tort Claimants to Confirmation of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020 [**Dkt. 7306**].

39. Joinder of Karen Gowins in Objection of the Official Committee of Tort Claimants to Confirmation of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020 [**Dkt. 7323**].

40. Joinder on Behalf of Numerous Fire Claimants in Objection of The Official Committee of Tort Claimants to Confirmation of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020 [**Dkt. 7352**].

41. William B. Abrams Joinder to Objection of The Official Committee of Tort Claimants to Confirmation of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020 [**Dkt. 7414**].

42. Camp Fire Claimants' Joinder to The Objection of The Official Committee of Tort Claimants to Confirmation of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020 [**Dkt. 7424**].

43. Joinder of Certain Fire Victims in Objection of The Official Committee of Tort Claimants to Confirmation of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020 [Dkt 7306]] [**Dkt. 7448**].

44. Limited Objection of The Official Committee of Unsecured Creditors to Plan Confirmation [**Dkt. 7300**].

45. Creditor Daniel Franklin's Joinder in Limited Objection of the Official Committee of Unsecured Creditors to Plan Confirmation [**Dkt. 7335**].

46. Creditor Ravin Skondin's Joinder in Limited Objection of The Official Committee of Unsecured Creditors to Plan Confirmation [**Dkt. 7337**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

47. Xl Specialty Insurance Company's Joinder With: (A) Limited Objection of the Official Committee of Unsecured Creditors to Plan Confirmation [Dkt. 7300]; and (B) South San Joaquin Irrigation District's (A) Objection To Debtors' And Shareholder Proponents' Joint Chapter 11 Plan Of Reorganization Dated March 16, 2020 as Amended and (B) Objection To Cure Amounts And Other Matters Pertaining to Assumption Pursuant to Section 365(B)(1) Of The Bankruptcy [Dkt. 7037] [**Dkt. 7388**].

48. Joinder in Limited Objection of the Official Committee of Unsecured Creditors to Plan Confirmation [**Dkt. 7459**].

49. Objection of Oklahoma Firefighters Pension and Retirement System to Confirmation of Debtor's and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization, Dated March 16, 2020 [Docket No. 6320] [**Dkt. 7224**].

50. Garrison Objection to Proposed Reorganization Plan [**Dkt. 7194**].

51. Joinder of Karen Gowins in Garrison Objection to Proposed Reorganization Plan [**Dkt. 7309**].

52. Joinder of Certain Fire Victims in Securities Lead Plaintiff's Objection to Confirmation of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020 [**Dkt. 7451**].

53. Creditor, Daniel Franklin's Joinder in Objections to Confirmation of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization, Dated March 16, 2020 and Reservation of Rights [**Dkt. 7312**].

54. Joinder to Support of Creditor, Ravin Skondin's Objection to Confirmation of Debtors' and Shareholder Proponents' Reorganization, Dated March 16, 2020 [**Dkt. 7318**].

55. Roebbelen Contracting, Inc.'s Objection to Confirmation of Debtors' Plan of Reorganization [**Dkt. 7282**].

56. Securities Lead Plaintiff's Objection to Confirmation of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020 [**Dkt. 7296**].

57. Joinder of Certain Fire Victims in Garrison Objection to Proposed Reorganization Plan [Dkt 7194]] [**Dkt. 7450**].

58. South San Joaquin Irrigation District's (A) Objection to Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020 as Amended (Docket No. 6320) And (B) Objection to Cure Amounts and Other Matters Pertaining to Assumption Pursuant To Section 365(B)(1) of the Bankruptcy Code (Docket No. 7037) [**Dkt. 7265**].

59. United States Trustee's Objection to Confirmation of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan [**Dkt. 7283**].

60. Joinder of Certain Fire Victims in United States Trustee's Objection to Confirmation of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan [Dkt 7283] [**Dkt. 7449**].

61. Vataj Plaintiffs' Objection to Release/Exculpation of Non-Debtor Third Parties Pursuant to Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020 [**Dkt. 7386**].

62. William B. Abrams Objection to Debtors Plan of Reorganization Pursuant to 11 U.S.C. §§ 1129(A) [Dkt. 6320] [**Dkt. 7230**].

63. Wright Tree Service of The West, Inc., And CN Utility Consulting, Inc.'s Limited Objection and Reservation of Rights to the Debtors' Proposed Assumption of Executory Contracts Pursuant to Chapter 11 Plan [**Dkt. 7333**].

64. Xl Specialty Insurance Company's Objection to: (A) Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020 [Dkt. No. 6320]; and (B) Schedule of Executory Contracts to Be Assumed Pursuant to the Plan and Proposed Cure Amounts [Dkt. 7037] [**Dkt. 7193**].

65. Reservation of Rights of the Ad Hoc Group of Subrogation Claim Holders Regarding the Fire Victim Trust Agreement and Related Documents [**Dkt. 7258**].

66. Statement and Reservation of Rights with Respect to Confirmation of the Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020 [**Dkt. 7429**].

67. Reservation of Rights with Respect to Confirmation of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020 [**Dkt. 7235**].

68. Governor Gavin Newsom's Reservation of Rights in Connection with Confirmation of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization [**Dkt. 7317**].

69. Wilmington Trust, National Association's Limited Objection and Reservation of Rights to Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization [**Dkt. 7219**].

70. The Ad Hoc Group of Subrogation Claim Holders' Omnibus Reply to Plan Confirmation Objections [**Dkt. 7504**].

71. Reply Brief of the Official Committee of Tort Claimants to Certain Objections to Confirmation of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020 [**Dkt. 7509**].

72. Declaration of Lauren T. Attard in Support of the Reply Brief of the Official Committee of Tort Claimants to Certain Objections to Confirmation of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020 [**Dkt. 7517**].

73. Objection of the Official Committee of Tort Claimants to Designation of Exhibits Filed by Ger Hospitality, LLC, et al. [**Dkt. 7522**].

74. The Singleton Law Firm Fire Victim Claimants (1) Reply in Support of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020; And (2) Limited Joinder in the Objection of the Official Committee of Tort Claimants to Confirmation of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020 [**Dkt. 7544**].

75. Objection and Motion to Strike by the Official Committee of Tort Claimants to "Ad Hoc Claimants' Administrative Motion for Leave to File Reply Brief" by Adventist Health, Paradise Entities and Comcast [**Dkt. 7573**].

76. County of San Luis Obispo's Objection to/Request for Clarification of Supplement to Plan Supplement [**Dkt. 7592**].

*Exhibit and Witness Lists:*

77. Garrison Exhibits [**Dkt. 7378**].

78. South San Joaquin Irrigation District's Identification of Exhibits in Support of (A) Objection to Debtors' and Shareholder Proponents' Joint Chapter 11 Plan Of Reorganization Dated March 16, 2020 as Amended (Docket No. 6320) and (B) Objection to Cure Amounts and Other Matters Pertaining to Assumption Pursuant to Section 365(B)(1) of the Bankruptcy Code (Docket No. 7037) [**Dkt. 7383**].

79. Notice of Exhibits to Be Presented at the Confirmation Hearing in Support of U.S. Telepacific Corp. Dba TPX Communications' Objection to Plan Supplement in Connection with Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020 [**Dkt. 7390**].

80. Witness and Exhibit List of Black & Veatch Construction, Inc. And Black & Veatch Corporation [**Dkt. 7391**].

81. Exhibit List in Support of California State Agencies' Objection to Confirmation of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020 [Docket No. 6320] [**Dkt. 7398**].

82. California Franchise Tax Board's Identification of Exhibits in Support of Objection to Confirmation of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020 [Docket No. 6320] [**Dkt. 7402**].

83. Designation of Exhibits in Support of Objection to Confirmation and Reservation of Rights of Adventist Health, AT&T, Paradise Entities and Comcast To Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020 [**Dkt. 7405**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

84. Securities Lead Plaintiff's Exhibit List for Confirmation Hearing [**Dkt. 7407**].

85. Notice of the Official Committee of Tort Claimants Re: Designation of Exhibits for Confirmation Hearing [**Dkt. 7408**].

86. Exhibit List in Support of Wilmington Trust, National Association's Limited Objection and Reservation of Rights to Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization [**Dkt. 7410**].

87. Amended Witness and Exhibit List of William B. Abrams [**Dkt. 7500**].

88. Notice of The Official Committee of Tort Claimants Re: Consolidated Designation Of: (1) Reply Exhibits; (2) Witnesses; (3) Speaking Attorneys; (4) Outstanding Confirmation Issues For Confirmation Hearing; And (5) Exhibits To Be Used at Confirmation Hearing [**Dkt. 7513**].

89. Garrison List of Exhibits [**Dkt. 7562**].

90. Amended Securities Lead Plaintiff's Exhibit List for Confirmation Hearing [**Dkt. 7571**].

*Designations of Speaking Attorneys:*

91. Osmose Utilities Services, Inc.'s Notice of Designation of Speaking Attorneys at Confirmation Hearing [**Dkt. 7467**].

92. Omnibus Notice Re Speaking Attorneys Per Court's Order Establishing Confirmation Hearing Protocol [**Dkt. 7469**].

93. Pension Benefit Guaranty Corporation's Designation of Speaking Attorneys at Confirmation Hearing [**Dkt. 7479**].

94. Notice of Errata Regarding the United States of America's Notice of Speaking Attorney at Confirmation Hearing [**Dkt. 7480**].

95. Garrison Notice of Participating Counsel [**Dkt. 7481**].

96. Notice of the City and County of San Francisco Re Speaking Attorneys Per Courts Order Establishing Confirmation Hearing Protocol [**Dkt. 7483**].

97. Omnibus Notice Re Speaking Attorneys Per Court's Order Establishing Confirmation Hearing Protocol [**Dkt. 7484**].

98. California Franchise Tax Board's Notice of Designation of Speaking Attorney at Confirmation Hearing [**Dkt. 7485**].

99. Notice of Designation of Speaking Attorneys at Confirmation Hearing by Southern Power Company, PSEG, PSEG Solar Source LLC And Consolidated Edison Development, Inc. [**Dkt. 7486**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

100. Notice of Speaking Attorneys Per Court's Order Establishing Confirmation Hearing Protocol [**Dkt. 7487**].

101. CALPine Corporation's Notice of Designation of Speaking Attorneys at Confirmation Hearing [**Dkt. 7489**].

102. Anthony Gantner's Notice of Designation of Speaking Attorneys at Confirmation Hearing [**Dkt. 7490**].

103. Governor Gavin Newsom's Notice of Designation of Speaking Attorneys at Confirmation Hearing [**Dkt. 7491**].

104. Notice Regarding Speaking Attorneys Per Order Establishing Confirmation Hearing Protocol [**Dkt. 7493**].

105. ARB, Inc.'s Notice of Designation of Speaking Attorney at Plan Confirmation Hearing [**Dkt. 7494**].

106. Notice of Speaking Attorney at Confirmation Hearing [**Dkt. 7495**].

107. California State Agencies' Notice Regarding Speaking Attorney Per Court's Order Establishing Confirmation Hearing Protocol [Docket No. 7182] [**Dkt. 7496**].

108. McKinsey & Company, Inc. United States' and McKinsey & Company, Inc.'s Notice of Speaking Attorneys Per Court's Order Establishing Confirmation Hearing Protocol [**Dkt. 7497**].

109. Ad Hoc Committee of Senior Unsecured Noteholders' Designation of Speaking Attorneys at Confirmation Hearing [**Dkt. 7498**].

110. International Brotherhood of Electrical Workers, Local Union No. 1245's Designation of Speaking Attorney at Confirmation Hearing [**Dkt. 7499**].

111. South San Joaquin Irrigation District's Notice Regarding Speaking Attorney and Witnesses Pursuant to Court's Order Establishing Confirmation Hearing Protocol [**Dkt. 7505**].

112. Notice of Speaking Attorneys in Accordance with Court's Order Establishing Confirmation Hearing Protocol [**Dkt. 7506**].

113. The Ad Hoc Group of Subrogation Claim Holders' Designation of Speaking Attorneys at Confirmation Hearing [**Dkt. 7508**].

114. Notice of the Official Committee of Tort Claimants Re: Consolidated Designation of: (1) Reply Exhibits; (2) Witnesses; (3) Speaking Attorneys; (4) Outstanding Confirmation Issues for Confirmation Hearing; and (5) Exhibits To Be Used at Confirmation Hearing [**Dkt. 7513**].

115. Notice of Henkels & McCoy, Inc. Re: Speaking Attorneys and Witnesses Per Court's Order Establishing Confirmation Protocols [**Dkt. 7515**].

116. Notice of Speaking Attorney Per Court's Order Establishing Confirmation Hearing Protocol [**Dkt. 7516**].

117. Notice of Speaking Attorney at Confirmation Hearing [**Dkt. 7518**].

118. Notice of Speaking Attorney at Confirmation Hearing [**Dkt. 7519**].

119. Designation of Speaking Attorney on Behalf of Numerous Fire Claimants [**Dkt. 7520**].

120. Roebbelen Contracting, Inc.'s Notice of Designation of Speaking Attorney at Confirmation Hearing [**Dkt. 7523**].

121. Notice of Designation of Speaking Attorneys for the Official Committee of Unsecured Creditors at the Confirmation Hearing [**Dkt. 7524**].

122. Oklahoma Firefighters Pension and Retirement System Notice of Designation of Speaking Attorneys at Confirmation Hearing [**Dkt. 7526**].

123. Notice of Designation of Speaking Attorneys at Confirmation Hearing for AT&T Corp. [**Dkt. 7527**].

124. The California Self-Insurers' Security Fund's Notice of Designation of Speaking Attorneys at Confirmation Hearing [**Dkt. 7531**].

125. Adventist Health System/West, And Feather River Hospital D/B/A Adventist Health Feather River and Comcast's Notice of Designation of Speaking Attorneys at Confirmation Hearing [**Dkt. 7533**].

126. Notice of Participation Filed by Creditor Mary Kim Wallace [**Dkt. 7540**].

127. Debtors' and Shareholder Proponents' Notice of Designation of Speaking Attorneys and Witnesses at Confirmation Hearing [**Dkt. 7542**].

128. SLF Fire Victims Claimants' Notice of Speaking Attorneys at Confirmation Hearing [**Dkt. 7543**].

129. Notice Regarding Certain Fire Victims' Designation of Witnesses and Speaking Attorneys for Confirmation Hearing of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020 [**Dkt. 7546**].

130. Wilmington Trust, National Association's Designation of Speaking Attorneys at Confirmation Hearing [**Dkt. 7549**].

131. Notice of Designation of Speaking Attorneys at Confirmation Hearing for CN Utility Consulting, Inc., Cupertino Electric, Inc., Wright Tree Service, Inc., and Wright Tree Service of The West, Inc. [**Dkt. 7557**].

132. Designation of Speaking Attorney on Behalf of Numerous Fire Claimants [**Dkt. 7558**].

133. Centaurus Capital LP And Wright Solar Park LLC's Notice of Designation of Speaking Attorneys Pursuant to Order Establishing Confirmation Hearing Protocol [**Dkt. 7559**].

134. California Public Utilities Commission's Notice of Designation of Speaking Attorneys at Confirmation Hearing [**Dkt. 7561**].

135. Corrected and Amended Oklahoma Firefighters Pension and Retirement System Notice of Designation of Speaking Attorneys at Confirmation Hearing [**Dkt. 7577**].

136. The Municipal Objectors' Notice of Speaking Attorney at Confirmation Hearing [**Dkt. 7582**].

137. Designation of Speaking Attorney on Behalf of Public Entities Impacted by the Wildfires [**Dkt. 7589**].

Related Documents:

138. Notice of Filing of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated May 22, 2020 [**Dkt. 7525**].

139. Notice of Filing of Supplement to Plan Supplement in Connection with Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization [**Dkt. 7503**].

140. Notice of Filing of Second Supplement to Plan Supplement in Connection with Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization [**Dkt. 7563**].

141. Debtors' Witness List in Connection with Hearing on Confirmation of The Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization [**Dkt. 7462**].

142. Declaration of Christina Pullo of Prime Clerk LLC Regarding Solicitation of Votes and Tabulation of Ballots Cast with Respect to The Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization [**Dkt. 7507**].

143. Declaration of Jason P. Wells in Support of Confirmation of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization [**Dkt. 7510**].

144. Declaration of Kenneth S. Ziman in Support of Confirmation of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization [**Dkt. 7512**].

145. Declaration of John Boken in Support of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization [**Dkt. 7514**].

146. Plan Proponents' Joint Memorandum of Law and Omnibus Response in Support of Confirmation of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization [**Dkt. 7528**].

147. Proposed Document Filed Under Seal [**Dkt. 7566**].

148. Debtors' and Shareholder Proponents' Joint Objections to Plan Objectors' Confirmation Hearing Exhibits [**Dkt. 7570**].

149. Debtors' and Shareholder Proponents' Amended Joint Confirmation Hearing Exhibit List [**Dkt. 7572**].

150. Notice of Filing of Proposed Findings of Fact, Conclusions of Law, and Order Confirming Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization [**Dkt. 7581**].

Related Orders:

151. Order Granting Stipulation Between the Debtors and California Self-Insurers' Security Fund Extending Time to File Objection to Plan [**Dkt. 7395**].

152. Order Granting Stipulation Between the Debtors and Sap Industries, Inc. Extending Time to File Objection to Contract Assumption and Proposed Cure Amounts [**Dkt. 7396**].

153. Order Granting Stipulation Between the Debtors and Sba Steel II, LLC Extending Time to File Objection to Proposed Cure Amount [**Dkt. 7397**].

154. Order Granting Second Stipulation Between the Debtors and California Selfinsurers' Security Fund Extending Time to File Objection to Plan [**Dkt. 7403**].

155. Order Re Tentative Schedule for Cross-Examination of Debtors' Witnesses [**Dkt. 7567**].

Status: The confirmation trial is scheduled to begin at 10:00 a.m. (Pacific time) on May 27 with the cross examination and redirect examination of Ms. Christina Pullo. Cross and redirect examination of the Debtors' other witnesses will proceed on May 28, 29, and June 1, 2020, beginning at 10:00 a.m. (Pacific time), in accordance with the Court's scheduling order dated May 25, 2020 [**Dkt. 7567**].

## RESOLVED AND CONTINUED MATTERS

2. **Debtors' 503(b)(9) Motion**: *Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9)* [**Dkt. 2896**].

Response Deadline: July 31, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed:

A. Response in Opposition to Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3263**].

B. Response of C.H. Reynolds Electric, Inc. to Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3267**].

| | | |
|---|---|---|
| C. | Opposition of Shiloh IV Lessee, LLC to Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3284**]. | |
| D. | Opposition of Marsh Landing, LLC to Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3286**]. | |
| E. | Proposed Document Filed Under Seal [**Dkt. 3287**]. | |
| F. | Response of Claimant Global Ampersand LLC to Objection of Debtors to Claim Asserted by Claimant Pursuant to 11. U.S.C. § 503(b)(9) [**Dkt. 3288**]. | |
| G. | Response of Surf to Snow Environmental Resource Management, Inc. to Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3302**]. | |
| H. | Omnibus Stipulation Between Debtors and Certain Claimants Extending Time to Respond to Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3306**]. | |
| I. | Response of U.S. Telepacific Corp. DBA TPX Communications to Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3313**]. | |
| J. | Letter to Court from Hypower, Inc. Regarding Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3315**]. | |
| K. | Exhibit A of Response of C.H. Reynolds Electric, Inc. to Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3324**]. | |

Related Documents:

| | |
|---|---|
| L. | Declaration of Robb C. McWilliams in Support of Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 2897**]. |
| M. | Notice of Filing of Revised Proposed Order Approving Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3522**]. |

Related Orders:

| | |
|---|---|
| N. | Order Granting Omnibus Stipulation Between Debtors and Certain Claimants Extending Time to Respond to Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3365**]. |
| O. | Order Granting Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3564**]. |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Status: This matter has been continued to June 9, 2020, solely with respect to the Marsh Landing LLC Claim.

3. **Motion to Allow/Deem Timely Proof of Claim**: *Motion to Allow/Deem Timely Late Filing of Proof of Claim by Amanda E. Stephan, C.J.S (Minor), and T.M.S. (Minor); Memorandum of Points and Authorities: Declaration of {Patrice Doyle in Support* [**Dkt. 7019**].

Response Deadline: May 13, 2020.

Response Filed:

    A.    Stipulation Enlarging Time for Amanda E. Stephan, C.J.S. (A Minor), And T.M.S. (A Minor) To File Proof of Claim [**Dkt. 7122**].

Related Order:

    B.    Order Approving Stipulation Enlarging Time for Amanda E. Stephan, C.J.S. (A Minor), And T.M.S. (A Minor) To File Proof of Claim [**Dkt. 7136**].

Status: This matter has been resolved and taken off calendar by order [**Dkt. 7136**].

4. **Motion to Deem Claim Timely Filed**: *Motion Pursuant to Fed. R. Bankr. P. 9006 (b)(1) to Deem Claim Timely Filed* [**Dkt. 6977**].

Response Deadline: No response deadline was set.

Response Filed:

    A.    Stipulation Enlarging Time for Clear Blue Insurance Company to File Proof of Claim [**Dkt. 7144**].

Related Document:

    B.    Declaration of Lisa Bunnell in Support of Motion Pursuant to Fed. R. Bankr. P. 9006(b)(1) to Deem Claim Timely Filed [**Dkt. 6979**].

Related Order:

    C.    Order Pursuant To 11 U.S.C. §§ 327(A) And 328(A) And Fed. R. Bankr. P. 2014(A) And 2016 Amending the Scope of The Retention of Kpmg LLP As Information Technology, Risk, And Legal Support Consultants to The Debtors Effective Nunc Pro Tunc To December 20, 2019 [**Dkt. 7351**].

Status: This matter has been resolved and taken off calendar by order [**Dkt. 7351**].

5. **Motion to Approve Stipulation for Relief from Stay**: *Debtors' Motion Pursuant to Fed. R. Bankr. P. 4001 (d) to Approve Stipulation Between Pacific Gas and Electric Company and Richard Troche, Robert Rigley, Steve Frediani, and Michael Dion for Limited Relief from the Automatic Stay* [**Dkt. 6722**].

Response Deadline: April 30, 2020, at 4 p.m. (Pacific Time).

Responses Filed: No responses were filed.

Related Documents:

A. Declaration of Theodore E. Tsekerides In Support of Debtors' Motion Pursuant to Fed. R. Bankr. P. 4001(D) To Approve Stipulation Between Debtor Pacific Gas and Electric Company and Richard Troche, Robert Rigley, Steve Frediani, And Michael Dion For Limited Relief from The Automatic Stay [**Dkt. 6723**].

B. Request for Entry of Order by Default on Debtor's Motion Pursuant to Fed. R. Bankr. P. 4001(D) To Approve Stipulation Between Pacific Gas and Electric Company and Richard Troche, Robert Rigley, Steve Frediani, And Michael Dion For Limited Relief from The Automatic Stay [**Dkt. 7065**].

Related Order:

C. Order Approving Stipulation Between Pacific Gas and Electric Company and Richard Troche, Robert Rigley, Steve Frediani, And Michael Dion For Limited Relief from The Automatic Stay [**Dkt. 7083**].

Status: This matter has been resolved and taken off calendar by order [**Dkt. 7083**].

6. **Motion to Permit Lawsuit to Proceed**: *Motion to Abstain and for Relief from Automatic Stay to Permit Lawsuit to Proceed to Trial and Conclusion* [**Dkt. 4491**].

Response Deadline: November 14, 2019, at 4 p.m. (Pacific Time).

Response Filed:

A. Stipulation Between Debtor Pacific Gas and Electric Company and Ruckman and Leal Movants for Limited Relief from the Automatic Stay [**Dkt. 4683**].

Related Document:

B. Exhibits to Motion to Abstain and for Relief from Automatic Stay to Permit Lawsuit to Proceed to Trial and Conclusion [**Dkt. 4492**].

C. Declaration of Daniel Rodriguez in Support of Motion to Abstain and for Relief from Automatic Stay to Permit Lawsuit to Proceed to Trial and Conclusion [**Dkt. 4493**].

D. Declaration of Leonard K. Welsh in Support of Motion to Abstain and for Relief from Automatic Stay to Permit Lawsuit to Proceed to Trial and Conclusion [**Dkt. 4494**].

E. Relief from Stay Cover Sheet [**Dkt. 4495**].

Related Order:

F.    Order Approving Stipulation Between Debtor Pacific Gas and Electric Company and Ruckman and Leal Movants for Limited Relief from the Automatic Stay [**Dkt. 4728**].

Status:  This matter has been continued to July 7, 2020.

7.  **MacConaghy & Barnier, PLC Retention Application**: *Application of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. § 1103 Fed. R. Bankr. P. 2014 and 5002 to Retain and Employ MacConaghy & Barnier, PLC as Special Counsel Effective as of April 23, 2020* [**Dkt. 6969**].

Response Deadline: May 20, 2020, at 4:00 p.m. (Pacific Time).

Responses Filed:  No responses were filed.

Related Orders:

A.    Declaration of John H. MacConaghy In Support of The Application of The Official Committee of Tort Claimants Pursuant To 11 U.S.C. § 1103 And Fed. R. Bankr. P. 2014 And 5002 To Retain and Employ MacConaghy & Barnier, PLC as Special Counsel Effective as Of April 23, 2020 [**Dkt. 6970**].

Status:  This matter has been granted and taken off calendar by May 26, 2020 Docket Text Order.

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (II) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (III) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at:pgeinfo@primeclerk.com.  Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: May 26, 2020                          **WEIL, GOTSHAL & MANGES LLP**
                                                    **KELLER BENVENUTTI KIM LLP**

By:   */s/ Dara L. Silveira*
        Dara L. Silveira

*Attorneys for Debtors and Debtors in Possession*