WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Theodore E. Tsekerides (*pro hac vice*)
(theodore.tsekerides@weil.com)
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors*
*and Debtors in Possession*

JONES DAY
Bruce S. Bennett (SBN 105430)
(bbennett@jonesday.com)
Joshua M. Mester (SBN 194783)
(jmester@jonesday.com)
James O. Johnston (SBN 167330)
(jjohnston@jonesday.com)
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071-2300
Tel: 213 489 3939
Fax: 213 243 2539

*Attorneys for Shareholder Proponents*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT OBJECTIONS TO AMENDED SECURITIES LEAD PLAINTIFF'S EXHIBIT LIST FOR CONFIRMATION HEARING** |
| **Debtors.** | |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas and Electric Company | |
| ☒ Affects both Debtors | |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | |

Pursuant to this Court's *Order Establishing Confirmation Hearing Protocol* [Dkt. No. 7182] (the "**Hearing Protocol Order**"), PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), and the Shareholder Proponents hereby submit their objections to the Amended Securities Lead Plaintiff's Exhibit List for Confirmation Hearing, filed May 25, 2020 [Dkt. No. 7571], through which the Public Employees Retirement Association of New Mexico ("**Lead Plaintiff**") identified additional exhibits for the hearing to consider confirmation of the Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020 [Docket No. 6320] (as amended on May 22, 2020 [Docket No. 7521], and as it may be amended, modified or supplemented from time to time, and together with any exhibits or schedules thereto, the "**Plan**"). The Debtors and Shareholder Proponents reserve all rights to assert additional grounds for objection.[1] The Plan Proponents' objection(s), if any, to a particular exhibit are listed in the "Basis for Objection" column:

| Exhibit | Basis for Objection |
|---|---|
| **A. Securities Lead Plaintiff's** Exhibit List [ECF No. 7571] | |
| SP-001. Lead Plaintiffs' First Set of Document Demands to the Debtors in Connection with Confirmation of the Plan | Relevance; |
| SP-002. Email from Richard Slack to Randy Michelson, dated 05/14/2020 10:09 PM, re: Document Requests | Relevance |
| SP-003. Email from Randy Michelson to Richard Slack, dated 5/18/2020 2:25 PM, re: Document Requests | Relevance |
| SP-004. Memorandum in Opposition to Officer Defendants' Motion to Dismiss Third Amended Consolidated Class Action Complaint, Case No. 5:18-cv-03509-EJD, Docket No. 160, including Appendix A, Docket No. 160-1 | Untimely[2]; Improper Sur-reply Designation |

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Plan.

[2] *See* Hearing Protocol Order at 3 ("Objecting parties that intend to participate at the Confirmation Hearing must identify all exhibits they intend to use at the Confirmation Hearing" by May 18, 2020.").

| Exhibit | Basis for Objection |
|---------|---------------------|
| SP-005. Plaintiffs' Opposition to the Defendant Directors and Underwriters' Motion to Dismiss Third Amended Complaint and the Officer Defendants' Joinder of Said Motion, Case No. 5:18-cv-03509-EJD, Docket No. 161 | Untimely; Improper Sur-reply Designation |
| SP-006. Plaintiff's (1) Opposition to Officer Defendants' Request for Judicial Notice and (2) Cross-Request for Judicial Notice, Case No. 5:18 -cv-03509-EJD, Docket No. 162 | Untimely; Improper Sur-reply Designation |
| SP-007. Declaration of Louis Gottlieb in Support of Plaintiff's (1) Opposition to Officer Defendants' Request for Judicial Notice and (2) Cross-Request for Judicial Notice (with attached Exhibits), Case No. 5:18-cv-03509-EJD, Docket No. 164) | Untimely; Improper Sur-reply Designation; Hearsay; Foundation |
| SP-008. The daily opening and closing prices of PG&E Corp. common stock (PCG) on the Petition Date, January 29, 2019 | Untimely; Improper Sur-reply Designation |
| SP-009. Report listing the trading volume of the Debtors' stock between November 15, 2018 and the July 1, 2019 Record Date, retrieved from https://finance.yahoo.com/quote/PCG/key-statistics?p=PCG and attached as Exhibit 1 to Declaration of Andrew D. Behlmann, Esq. in Support of Securities Lead Plaintiff's Reply in Further Support of Motion to Apply Bankruptcy Rule 7023 to Class Proof of Claim, ECF No. 5458-1 | Untimely; Improper Sur-reply Designation |
| SP-010. Notice of Extended Deadline for Filing Certain Securities Claims for Rescission or Damages, ECF No. 5943-2 | Untimely; Improper Sur-reply Designation |

Dated: May 26, 2020
New York, New York

**WEIL, GOTSHAL & MANGES LLP**

**KELLER BENVENUTTI KIM LLP**

By: /s/ *Theodore E. Tsekerides*
Theodore E. Tsekerides

*Attorneys for Debtors and Debtors in Possession*