UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re: | Bankruptcy Case |
|---|---|
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Herb Baer, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On May 23, 2020, pursuant to the Court's order entered on the docket on May 22, 2020, I caused an electronic file containing the following documents to be served by email with a subject line containing the phrase "Debtors' Non-Docket Exhibits for Confirmation Hearing" on the Designated Speaker Service List attached hereto as **Exhibit A**:

- Debtors' Exhibit 82
- Debtors' Exhibit 83
- Debtors' Exhibit 84
- Debtors' Exhibit 85
- Debtors' Exhibit 86
- Debtors' Exhibit 87
- Debtors' Exhibit 88
- Debtors' Exhibit 89

3. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 26th day of May 2020, at New York, NY.

*/s/ Herb Baer*
Herb Baer

**Exhibit A**

| Party | Firm | Name | Email Address |
|---|---|---|---|
| Ad Hoc Committee of Holders of Trade Claims | Gibson, Dunn & Crutcher LLP | Matthew K. Kelsey, Michael S. Neumeister | MKelsey@gibsondunn.com; MNeumeister@gibsondunn.com |
| Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company | Akin Gump Strauss Hauer & Feld LLP | Michael S. Stamer, David H. Botter, Abid Qureshi | mstamer@akingump.com; dbotter@akingump.com; aqureshi@akingump.com |
| Ad Hoc Group of Subrogation Claim Holders | Willkie Farr & Gallagher LLP | Matthew A. Feldman, Benjamin P. McCallen, Daniel I. Forman | mfeldman@willkie.com; bmccallen@willkie.com; dforman@willkie.com |
| Adventist Health System/West and Feather River Hospital d/b/a Adventist Health Feather River | Norton Rose Fulbright US LLP | Rebecca J. Winthrop, David A. Rosenzweig, Robin D. Ball | rebecca.winthrop@nortonrosefulbright.com; david.rosenzweig@nortonrosefulbright.com; robin.ball@nortonrosefulbright.com |
| Amador Water Agency | Parkinson Phinney | Thomas Phinney | tom@parkinsonphinney.com |
| Anthony Gantner | Phillips, Erlewine, Given & Carlin LLP | Nicholas A. Carlin | nac@phillaw.com |
| Anthony Gantner | Binder & Malter, LLP | Robert G. Harris | rob@bindermalter.com |
| ARB, Inc. | Rutan & Tucker, LLP | Roger F. Friedman | rfriedman@rutan.com |
| Arbormetrics Solutions, LLC, Asplundh Construction, LLC, Trees, LLC, Utility Tree Service, LLC, Western Environmental Consultants, LLC, International Business Machines Corporation | Duane Morris, LLP | Ron Oliner, Geoff Heaton | roliner@duanemorris.com; gheaton@duanemorris.com |
| AT&T Corp. | Crowell & Moring LLP | Thomas F. Koegel, Kimberley M. Johnson | tkoegel@crowell.com; kjohnson@crowell.com |
| AT&T Corp. | Arnold & Porter Kaye Scholer LLP | Benjamin Mintz, Gerardo Mijares-Shafai | benjamin.mintz@arnoldporter.com; gerardo.mijares-shafai@arnoldporter.com |
| California Franchise Tax Board | | Cara M. Porter | Cara.Porter@doj.ca.gov |
| California Public Utilities Commision | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Alan W. Kornberg | akornberg@paulweiss.com |
| California Self-Insurers' Security Fund | Nixon Peabody LLP | Richard C. Pedone | rpedone@nixonpeabody.com |
| California State Agencies | Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | Paul J. Pascuzzi | ppascuzzi@ffwplaw.com |
| Calpine Corporation | Kirkland & Ellis LLP | Mark McKane, David Seligman, Austin Klar, Ameneh Bordi | mark.mckane@kirkland.com; david.seligman@kirkland.com; austin.klar@kirkland.com; ameneh.bordi@kirkland.com |
| Centaurus Capital LP, Wright Solar Park LLC | Baker Botts L.L.P. | Emanuel C. Grillo, Kevin Chiu, Natalie K. Sanders | emanuel.grillo@bakerbotts.com; kevin.chiu@bakerbotts.com; natalie.sanders@bakerbotts.com |
| City and County of San Francisco | Greene Radovsky Maloney Share & Hennigh LLP | Edward Tredinnick | etredinnick@greeneradovsky.com |
| CN Utility Consulting, Inc., Cupertino Electric, Inc., Wright Tree Service of the West, Inc., Wright Tree Service, Inc. | K&L Gates LLP | Michael B. Lubic | michael.lubic@klgates.com |
| Comcast Cable Communications, LLC and all affiliates | Wilmer Cutler Pickering Hale and Dorr LLP | Craig Goldblatt, Lauren Lifland | craig.goldblatt@wilmerhale.com; lauren.lifland@wilmerhale.com |
| Consolidated Edison Development, Inc., Southern Power Company | Troutman Sanders LLP | Harris B. Winsberg, Hugh M. McDonald | harris.winsberg@troutman.com; hugh.mcdonald@troutman.com |
| Daniel Franklin | Pino & Associates | Estela O. Pino | epino@epinolaw.com |

| Party | Firm | Name | Email Address |
|---|---|---|---|
| Davey Tree Expert Co., Davey Tree Surgery Co. and Davey Resource Group, Inc. | McDermott Will & Emery LLP | Jeffrey M. Reisner, Kerri A. Lyman | jreisner@mwe.com; klyman@mwe.com |
| Fuguan O'Brien, William N Steel, Ming O'Brien, William K O'Brien, GER Hospitality, LLC, Karen Roberds, Anita Freeman | Trodella & Lapping, LLP | Richard A. Lapping, Esq. | rich@trodellalapping.com |
| Fuguan O'Brien, William N Steel, Ming O'Brien, William K O'Brien, GER Hospitality, LLC, Karen Roberds, Anita Freeman | Hallisey and Johnson, PC | Jeremiah F. Hallisey, Esq. | jfhallisey@gmail.com |
| Fuguan O'Brien, William N Steel, Ming O'Brien, William K O'Brien, GER Hospitality, LLC, Karen Roberds, Anita Freeman | Scarpulla Law Firm | Francis O. Scarpulla, Esq. | fos@scarpullalaw.com |
| Governor Gavin Newsom | O'Melveny & Myers LLP | Nancy A. Mitchell, Matthew L. Hinker | nmitchell@omm.com; mhinker@omm.com |
| Henkels & McCoy, Inc. | Buchalter, a Professional Corporation | Jeffrey Garfinkle | jgarfinkle@buchalter.com |
| International Brotherhood of Electrical Workers Local Union 1245 | Locke Lord LLP | Bradley C. Knapp | bknapp@lockelord.com |
| Lore Olds, et al. | Lieff Cabraser Heimann & Bernstein, LLP | Elizabeth J. Cabraser | ecabraser@lchb.com |
| Mary Kim Wallace | | | xena.calirub@gmail.com |
| McKinsey & Company, Inc. U.S. | Sidley Austin LLP | Sam Newman | sam.newman@sidley.com |
| Official Committee of Tort Claimants | Baker & Hostetler LLP | Robert A. Julian, Elizabeth A. Green, Cecily A. Dumas, David J. Richardson, Lauren T. Attard | rjulian@bakerlaw.com; egreen@bakerlaw.com; cdumas@bakerlaw.com; drichardson@bakerlaw.com; lattard@bakerlaw.com |
| Official Committee of Tort Claimants | MacConaghy & Barnier, PLC | John H. MacConaghy | macclaw@macbarlaw.com |
| Official Committee of Tort Claimants | Cotchett, Pitre & McCarthy, LLP | Frank Pitre | FPitre@cpmlegal.com |
| Official Committee of Tort Claimants | Walkup, Melodia, Kelly & Schoenberger | Michael Kelly | mkelly@WalkupLawOffice.com |
| Official Committee of Tort Claimants | Dreyer Babich Buccola Wood Campora, LLP | Steve Campora | scampora@dbbwc.com |
| Official Committee of Tort Claimants | Walkup, Melodia, Kelly & Schoenberger | Khaldoun Baghdadi | kbaghdadi@WalkupLawOffice.com |
| Official Committee Of Unsecured Creditors | Milbank LLP | Dennis Dunne, Gregory Bray, Tom Kreller, Andrew Leblanc, Alan Stone | DDunne@milbank.com; GBray@milbank.com; TKreller@milbank.com; ALeblanc@milbank.com; AStone@milbank.com |
| Oklahoma Firefighters Pension and Retirement System | Berman Tabacco | Joseph J. Tabacco, Jr., Nicole Lavallee, Daniel E. Barenbaum | jtabacco@bermantabacco.com; nlavallee@bermantabacco.com; dbarenbaum@bermantabacco.com |
| Osmose Utilities Services, Inc. | Troutman Sanders LLP | Harris B. Winsberg, Matthew G. Roberts, Jared D. Bissell | harris.winsberg@troutman.com; matthew.roberts2@troutman.com; jared.bissell@troutman.com |
| Paradise Alliance Church, Napa County Recycling & Waste Services, LLC, Napa Recycling & Waste Services, LLC, Northern Holdings, LLC, Northern Recycling and Waste Services, LLC, Paradise Irrigation District, Paradise Unified School District | Reed Smith LLP | David Weiss | dweiss@reedsmith.com |
| Pension Benefit Guaranty Corporation | | Andrea Wong, Courtney Morgan, Melissa Harris | wong.andrea@pbgc.gov; morgan.courtney@pbgc.gov; harris.melissa@pbgc.gov |

In re: PG&E Corporation, et al.
Case No. 19-30088 (DM)
Page 2 of 3

Case: 19-30088    Doc# 7596    Filed: 05/26/20    Entered: 05/26/20 18:01:07    Page 5 of 6

**Exhibit A**
Designated Speaker Service List
Served by Email

| Party | Firm | Name | Email Address |
|---|---|---|---|
| PG&E Fire Victim Trust | Brown Rudnick LLP | David J. Molton | dmolton@brownrudnick.com |
| Ravin Skondin | Pino & Associates | Estela O. Pino | epino@epinolaw.com |
| Roebbelen Contracting, Inc. | Finestone Hayes LLP | Stephen D. Finestone | sfinestone@fhlawllp.com |
| SLF Fire Victim Claimants | Marshack Hays LLP | Richard A. Marshack | rmarshack@marshackhays.com |
| SLF Fire Victim Claimants | Singleton Law Form, APC | Gerald Singleton | gerald@slffirm.com |
| South San Joaquin Irrigation District | Stradling Yocca Carlson & Rauth, A Professional Corporation | Paul Glassman | pglassman@sycr.com |
| Tommy Wehe, et al. | Skikos, Crawford, Skikos & Joseph | Steven J. Skikos | sskikos@skikos.com |
| United States of America | | Matthew Troy | Matthew.troy@usdoj.gov |
| United States Trustee | | Timothy S. Laffredi | timothy.s.laffredi@usdoj.gov |
| William B Abrams | | | end2endconsulting@gmail.com |
| Wilmington Trust, National Association | Pillsbury Winthrop Shaw Pittman LLP | Leo T. Crowley, Dania Slim | leo.crowley@pillsburylaw.com; dania.slim@pillsburylaw.com |