Is this transcript for an appeal? If yes, an Expedited transcript is required.    Yes    No

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
## TRANSCRIPT ORDER FORM

**Name of Debtor (Case Name):**                                    **Chapter**    **Case Number:**

**Adversary Proceeding Name:**

                                                                    **Adversary Proceeding Number:**
                                                                    **(or Miscellaneous Proceeding Number)**
vs.                                        **Plaintiff(s),**

                                           **Defendant(s).**

**Date of Hearing:**                           **Time of Hearing:**

(Complete a SEPARATE form for EACH hearing date)

**Hearing Judge:**                             **Hearing Location:**

**Transcriber:**                               **Alternate Transcriber:**

**Type of Transcript:**    Ordinary (30 Days)    Entire Hearing        Ruling/Opinion Portion Only

                           14 Days               Testimony of Witness

                           Expedited (7 Days)    Other/Special Instructions:    Name of Witness

                           Daily (24 Hours)

**Name of Person(s) Ordering Transcript:**             **Mailing Address (include law firm name, if any):**

**Contact Person:**

**Phone Number:**                              **Email Address:**

---

### THIS SECTION FOR COURT USE ONLY

**Transcript Order Number:**

**Transcription Information Sent to Transcriber By:**    TDS    Other:

Time Start:            Time End:              Time Start:            Time End:

Time Start:            Time End:              Time Start:            Time End:

ECRO:                  Court Division:                    Processed By:

---

This Form is mandatory and approved for use by the U.S. Bankruptcy Court for the Northern District of California. If the transcript you want is already ordered or on file, contact the transcriber to obtain a copy. Do not use this Form to order a §341 Meeting of Creditors recording. To order a Meeting of Creditors recording visit the U.S. Trustee website.

3/2019