```
 1 | WEIL, GOTSHAL & MANGES LLP
   | Stephen Karotkin (pro hac vice)
 2 | (stephen.karotkin@weil.com)
   | Theodore E. Tsekerides (pro hac vice)
 3 | (theodore.tsekerides@weil.com)
   | Richard W. Slack (pro hac vice)
 4 | Jessica Liou (pro hac vice)
   | (jessica.liou@weil.com)
 5 | Matthew Goren (pro hac vice)
   | (matthew.goren@weil.com)
 6 | 767 Fifth Avenue
   | New York, NY 10153-0119
 7 | Tel: 212 310 8000
   | Fax: 212 310 8007
 8 |
   | KELLER BENVENUTTI KIM LLP
 9 | Tobias S. Keller (#151445)
   | (tkeller@kbkllp.com)
10 | Jane Kim (#298192)
   | (jkim@kbkllp.com)
11 | 650 California Street, Suite 1900
   | San Francisco, CA 94108
12 | Tel: 415 496 6723
   | Fax: 650 636 9251
```

Signed and Filed: May 26, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **ORDER PURSUANT TO L.B.R. 9013-1(c) AUTHORIZING OVERSIZE BRIEFING FOR PLAN PROPONENTS' JOINT MEMORANDUM OF LAW AND OMNIBUS RESPONSE IN SUPPORT OF CONFIRMATION OF DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION** |
| Debtors. | |
| ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☑ Affects both Debtors | [No Hearing Requested] |
| * All papers shall be filed in the Lead Case, No. 19-30088 (DM). | |

The Court, having reviewed the *Ex Parte Application for Order Pursuant to L.B.R. 9013-1(c) Authorizing Oversize Briefing for Plan Proponents' Joint Memorandum of Law and Omnibus Response in Support of Confirmation of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization* (the "**Application**"), filed on May 22, 2020; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Application is granted, as provided herein.
2. The Debtors are authorized to file and serve the Memorandum (as defined in the Application), in excess of 25 pages, but not to exceed 70 pages (exclusive of any schedules or exhibits thereto and/or any declarations filed in connection therewith).

** END OF ORDER **