# EXHIBIT A

## COMPENSATION BY PROFESSIONAL
## MARCH 1, 2020 THROUGH MARCH 31, 2020

The attorneys and paraprofessionals who rendered legal services in these Chapter 11 Cases from March 1, 2020 through March 31, 2020 (the "**Fee Period**") are:

| NAME OF PROFESSIONAL: | POSITION | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Tobias S. Keller | Partner | 1990 | 850 | 25.9 | $22,015 |
| Peter J. Benvenutti | Partner | 1974 | 850 | 79.1 | $67,235 |
| Jane Kim | Partner | 2003[1] | 700 | 32 | $22,400 |
| Keith A. McDaniels | Of Counsel | 1997 | 650 | .6 | $390 |
| Dara L. Silveira | Associate | 2010 | 450 | 43.2 | $19,440 |
| Thomas B. Rupp | Associate | 2011 | 450 | 102.6 | $46,170 |
| Hadley Roberts-Donnelly | Paralegal Trainee | N/A | 150 | 54.8 | $8,220 |
| **Total Professionals:** | | | | **338.2** | **$185,870** |

[1] Member of the California Bar since 2014

| PROFESSIONALS TOTALS: | BLENDED RATE (rounded to nearest dollar) | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | 814 | 137.6 | $112,040 |
| Associates | 450 | 145.8 | $65,610 |
| **Blended Attorney Rate** | **627** | **283.4** | **$177,650** |
| Paraprofessionals and other non-legal staff | 150 | 54.8 | $8,220 |
| **Total Fees Incurred** | **549** | **338.2** | **$185,870** |