# EXHIBIT B

# COMPENSATION BY WORK TASK CODE FOR SERVICES RENDERED BY KELLER BENVENUTTI KIM LLP MARCH 1, 2020 THROUGH MARCH 31, 2020

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 002 | Omnibus & Miscellaneous Court Appearances | 51.5 | $15,600 |
| 004 | General Case Administration | 26.4 | $7,960 |
| 005 | Automatic Stay Proceedings | 58.6 | $46,210 |
| 006 | IDI, Meeting of Creditors and Creditor Inquiries | 1.1 | $585 |
| 007 | Professional Retention and Compensation – Keller Benvenutti Kim | 14.6 | $5,860 |
| 008 | Professional Retention and Compensation – Other Professionals | 37.6 | $15,945 |
| 009 | Financing and Cash Collateral | 5 | $3,500 |
| 012 | Tort Committee | .4 | $280 |
| 014 | Employee Matters | 1 | $675 |
| 015 | Supplier Issues | 2.1 | $945 |
| 016 | General Asset Analysis and Recovery | 2.8 | $2,100 |
| 017 | Sale or Use of Property – Motions | .2 | $140 |
| 018 | Executory Contract Issues | 10.2 | $6,270 |
| 021 | Plan – Advice, Strategy and Negotiation | 1.4 | $1,135 |
| 022 | Plan and Disclosure Statement – Preparation of Documents | 24.5 | $12,480 |
| 023 | Plan Confirmation | 22.2 | $18,085 |
| 026 | Wildfire Litigation | 3 | $1,400 |
| 027 | Claims Review | 1.6 | $720 |
| 028 | Claim Disputes and Resolution | 36.1 | $24,220 |
| 032 | USDC Probation Compliance | .6 | $390 |
| 036 | Miscellaneous Litigation Issues and Advice | 18.3 | $12,260 |
| 037 | Appeals | 19 | $9,110 |
| **TOTAL** | | **338.2** | **$185,870** |