# EXHIBIT C

## EXPENSE SUMMARY
## MARCH 1, 2020 THROUGH MARCH 31, 2020

| EXPENSES | AMOUNTS |
|---|---|
| Computerized Research | $0 |
| Meals | $58.12 |
| Travel | $0 |
| Transportation | $20.50 |
| Printing and Duplication | $12,547.83 |
| Transcription Services | $4,309.71 |
| Telephone Conferencing | $42.50 |
| Messenger | $2,247.41 |
| Filing Fees | $0 |
| **Total Expenses Requested:** | **$19,226.07** |