**EXHIBIT E**



Billing Statement No. 032020
Date: 05/27/2020
Due Upon Receipt

650 California Street, Suite 1900
San Francisco, CA 94108
Email: admin@kbkllp.com

PG&E Corporation
Attn: Janet Loduca
77 Beale Street
San Francisco, CA 94105

## 00138-31 PG&E

## Chapter 11 representation- Expenses

| Type | Date | Description | Quantity | Rate | Fees and Expenses Total |
|---|---|---|---|---|---|
| Expense | 03/01/2020 | E102 Outside printing: Clear Discovery Invoice No. 1301. | 1.00 | $4,209.20 | $4,209.20 |
| Expense | 03/01/2020 | E116 Trial transcripts: eScribers Invoice No. 311502 | 1.00 | $713.90 | $713.90 |
| Expense | 03/02/2020 | E102 Outside printing: Clear Discovery Invoice No. 1300 | 1.00 | $900.58 | $900.58 |
| Expense | 03/02/2020 | E116 Trial transcripts: Clear Discovery Invoice No. 1295. | 1.00 | $570.81 | $570.81 |
| Expense | 03/10/2020 | E111 Meals: Lunch with Alix Partners. | 1.00 | $58.12 | $58.12 |
| Expense | 03/11/2020 | E107 Delivery services/messengers: Nationwide Invoice No. 364337. | 1.00 | $1,181.54 | $1,181.54 |
| Expense | 03/11/2020 | E109 Local travel: Car to USBC San Francisco for PG&E hearing. | 1.00 | $12.63 | $12.63 |
| Expense | 03/11/2020 | E116 Trial transcripts: eScribers Invoice No. 315975. | 1.00 | $1,700.05 | $1,700.05 |
| Expense | 03/11/2020 | E107 Delivery services/messengers: Nationwide Invoice No. 364620. | 1.00 | $663.47 | $663.47 |
| Expense | 03/11/2020 | E116 Trial transcripts: eScribers Invoice No. 315951. | 1.00 | $326.70 | $326.70 |
| Expense | 03/11/2020 | E102 Outside printing: Clear Discovery Invoice No. 1316. | 1.00 | $4,296.45 | $4,296.45 |
| Expense | 03/11/2020 | E102 Outside printing: Clear Discovery Invoice No. 1318. | 1.00 | $3,141.60 | $3,141.60 |
| Expense | 03/11/2020 | E116 Trial transcripts: eScribers Invoice No. 317033. | 1.00 | $151.25 | $151.25 |
| Expense | 03/11/2020 | E109 Local travel: Car to hearing. | 1.00 | $7.87 | $7.87 |
| Expense | 03/12/2020 | E116 Trial transcripts: eScribers Invoice No. 316175. | 1.00 | $344.85 | $344.85 |
| Expense | 03/12/2020 | E116 Trial transcripts: eScribers Invoice No. 316175. | 1.00 | $344.85 | $344.85 |
| Expense | 03/26/2020 | E116 Trial transcripts: eScribers Invoice No. 319392 | 1.00 | $157.30 | $157.30 |
| Expense | 03/27/2020 | E105 Telephone: CourtCall Invoice No. 10455491. | 1.00 | $42.50 | $42.50 |
| Expense | 03/31/2020 | E107 Delivery services/messengers: Nationwide Invoice No. 364931. | 1.00 | $402.40 | $402.40 |

| | Time Keeper | Position | Time | Rate | Fees and Expenses |
|---|---|---|---|---|---|

|  | Total |
|---|---|
| **Fees and Expenses Subtotal** | $19,226.07 |
| **Fees and Expenses Total** | $19,226.07 |