1                  UNITED STATES BANKRUPTCY COURT

2                NORTHERN DISTRICT OF CALIFORNIA

3                       -oOo-

```
4   In Re:                        ) Case No. 19-30088
                                  ) Chapter 11
5   PG&E CORPORATION AND PACIFIC  )
    GAS AND ELECTRIC COMPANY,     ) San Francisco, California
6                                 ) Tuesday, May 26, 2020
                      Debtor.     ) 1:30 PM
7   _____ )
                                    PRE-CONFIRMATION SCHEDULING
8                                   CONFERENCE

9                 TRANSCRIPT OF PROCEEDINGS
               BEFORE THE HONORABLE DENNIS MONTALI
10               UNITED STATES BANKRUPTCY JUDGE

11
    APPEARANCES (Via Zoom):
12  For the Debtor:              STEPHEN KAROTKIN, ESQ.
                                 THEODORE E. TSEKERIDES, ESQ.
13                               Weil, Gotshal & Manges LLP
                                 767 Fifth Avenue
14                               New York, NY 10153
                                 (212)310-8000
15
    For Official Committee of    ROBERT A. JULIAN, ESQ.
16  Tort Claimants:              Baker and Hostetler LLP
                                 600 Montgomery Street
17                               Suite 3100
                                 San Francisco, CA 94111
18                               (415)659-2600

19  For GER Hospitality, LLC:    FRANCIS O. SCARPULLA, ESQ.
                                 Law Offices of Francis O.
20                               Scarpulla
                                 456 Montgomery Street
21                               17th Floor
                                 San Francisco, CA 94104
22                               (415)788-7210

23

24

25
```

(973)406-2250 | operations@escribers.net | www.escribers.net

```
 1   For Securities Lead          MICHAEL S. ETKIN, ESQ.
     Plaintiff Public Employees   ANDREW BEHLMANN, ESQ.
 2   Retirement Association of     Lowenstein Sandler LLP
     New Mexico:                   One Lowenstein Drive
 3                                 Roseland, NJ 07068
                                   (973)597-2500
 4
     For PG&E Shareholders:        JAMES O. JOHNSTON, ESQ.
 5                                 Jones Day
                                   555 South Flower Street
 6                                 50th Floor
                                   Los Angeles, CA 90071
 7                                 (213)243-2431

 8   For California State          PAUL J. PASCUZZI, ESQ.
     Agencies:                     Felderstein Fitzgerald et al LLP
 9                                 500 Capitol Mall
                                   Suite 2250
10                                 Sacramento, CA 95814
                                   (916)329-7400
11
     For Creditor California       CARA M. PORTER, ESQ.
12   Franchise Tax Board:          Attorney General's Office
                                   455 Golden Gate Avenue
13                                 Suite 11000
                                   San Francisco, CA 94102
14                                 (415)510-3508

15   For Fire Victim, Patricia     THOMAS TOSDAL, ESQ.
     Garrison:                     Tosdal Law Firm
16                                 777 South Highway 101
                                   Suite 215
17                                 Solana Beach, CA 92075
                                   (858)704-4710
18
     For United States of          MATTHEW J. TROY, ESQ
19   America:                      US Department of Justice, Civil
                                   Division
20                                 Ben Franklin Station
                                   P.O. Box 875
21                                 Washington, DC 20044
                                   (202)305-2419
22
     For William B. Abrams,        WILLIAM B. ABRAMS, PRO SE
23   Individual and Tubbs Fire     1519 Branch Owl Place
     Claimant:                     Santa Rosa, CA 95409
24                                 (707)397-5727

25
```

escribers
(973)406-2250 | operations@escribers.net | www.escribers.net

```
1    Also Present:
                                Mary Wallace
2                               Individual Fire Claimant

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18   Court Recorder:            LORENA PARADA/ANKEY THOMAS
                                United States Bankruptcy
19                              Court
                                450 Golden Gate Ave.
20                              San Francisco, CA 94102

21   Transcriber:              COLIN RICHILANO
                                eScribers, LLC
22                              7227 N. 16th Street
                                Suite #207
23                              Phoenix, AZ 85020
                                (973)406-2250
24
     Proceedings recorded by electronic sound recording;
25   transcript provided by transcription service.
```

(973)406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

-oOo-

1

2

3   (Call to order of the Court.)

4   THE COURT:  (Audio begins midsentence) -- and Mr.

5   Karotkin into the panel.

6   THE COURT REPORTER:  Yes, Your Honor.  One moment.

7   (Pause.)

8   THE COURT:  I see Mr. Karotkin.  Can you hear me, Mr.

9   Karotkin?

10   MR. KAROTKIN:  Yes, sir.  I can hear you.

11   THE COURT:  That's good.

12   MR. KAROTKIN:  You disappointed me by wearing a tie.

13   THE COURT:  Yeah.  And you see, it's about a hundred

14   degrees here, too.

15   MR. TSEKERIDES:  I'm on with just a jacket, Your

16   Honor, no tie, but I can put a tie on for the hearing, if you'd

17   like.

18   THE COURT:  I don't care what you wear.

19   All right.  All right.  So I see Mr. Julian.  Can you

20   hear me all right?

21   MR. JULIAN:  Yes, Your Honor.  Fine, thank you.

22   THE COURT:  Okay.  All right.  Good afternoon,

23   everyone.  Here we go.

24   Let me make a couple of preliminary announcements.

25   And I thought everything was working smoothly.  I don't know

(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1    what happened with my audio.  But I want -- I've been

2    practicing with my staff for sharing documents, and I want to

3    make a quick announcement for all counsel who are planning to

4    (break in audio) documents (break in audio) promptly.  But the

5    short answer is you have to get your documents in on the

6    screen, on your device, presumably your laptop or your iPad, in

7    PDF format and close anything else that's in that program, so

8    that when it's time to share, you will be invited to share, and

9    then you pull up and click on the document that you want to

10   share.

11          If you haven't done it that way and we end up looking

12   at your desktop or your picture of your dog or something that

13   you don't want us to see, it's going to add to the problem.  So

14   I invite you all to practice a time or two so that you have the

15   ability to call up a document when you want to be heard on that

16   subject.

17          But Mr. (break in audio) on those terms --

18          MR. KAROTKIN:  Your Honor?  Your Honor?

19          THE COURT:  -- and responses (break in audio) to what

20   I'm saying.

21          Yes, sir?

22          MR. KAROTKIN:  You're --

23          THE COURT:  Mr. Karotkin?

24          MR. KAROTKIN:  Yes.  Your video is frozen most of the

25   time and your voice is not really as clear as it could be.

(973) 404-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1          THE COURT:  Well, can you see me now?

2          MR. KAROTKIN:  We can see you, but you don't move.

3     Now you're moving.

4          THE COURT:  Well, I'm in the same room where I was

5     before with a strong signal.  I don't know what's happening.

6     Well, I'll do my best.  If it freezes, I -- what?

7          MR. KAROTKIN:  You were frozen again.  Now you're not.

8          THE COURT:  Okay.  I don't know what to say.

9          Mr. Tsekerides, let me hear from you on the pretrial

10    preparation.  I'll have to figure out a way to fix whatever the

11    problem is here.

12         MR. TSEKERIDES:  Sure.  Ted Tsekerides from Weil,

13    Gotshal for the debtors.

14         So we got the Court's order.  I think it's -- as we

15    discussed the last call, we'll go right to witnesses starting

16    tomorrow and then through Monday.  And then our view was, based

17    on the way the schedule was laid out, that after Monday, we go

18    to what we could either call closing arguments or we could call

19    it just arguments on issues.  I wanted to talk to you about

20    that today.  I'd like to see if the Court -- how do you want to

21    proceed with the -- the legal portion of this next week, should

22    we start on Tuesday; in the form of a closing argument would we

23    address all issues or if you wanted to proceed, sort of the way

24    you've done here, by issue.  Our view was we can just do a

25    closing and touch all the issues, but obviously, we're here at

PG&E Corporation and Pacific Gas and Electric Company

1    your pleasure on that.

2            THE COURT:  Okay.  Well, let's go back to tomorrow and

3    start by asking counsel who are attendees to raise hands for

4    those persons who want to cross-examine Ms. Pullo, just Ms.

5    Pullo.  Raise your hand if you want to cross-examine Ms. Pullo,

6    and we'll just take a minute to see if we get much response

7    there.

8            I see Mr. Scarpulla, Mr. Abrams, and Ms. Wallace.

9    Those are the only three people that are (break in audio) --

10           MR. KAROTKIN:  Your Honor, we can't -- Your Honor?

11           THE COURT:  Yes?

12           MR. KAROTKIN:  We lost you again.

13           THE COURT:  You're not hearing me?

14           MR. KAROTKIN:  We heard Mr. Scarpulla, and then you

15    start echoing.

16           THE COURT:  (Break in audio) -- audio.  Hold on.

17           MR. KAROTKIN:  No good.

18           THE COURT:  Okay.  How about now?  Can you hear me

19    now?

20           MR. KAROTKIN:  Much better.

21           MR. JULIAN:  Very clearly.

22           MR. KAROTKIN:  Much better.

23           THE COURT:  Okay.  All right.  Sorry about that.  You

24    know, I'm using a mic that was working perfectly the other day,

25    so so much for not working now.

(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1          All right.  Once again, the only hands I see raised

2    for cross-examine of Ms. Pullo is Mr. Scarpulla, Mr. Abrams,

3    Ms. Wallace.

4          I'll start with you, Mr. Scarpulla.  How much time do

5    you estimate you need to examine Ms. Pullo?

6          Oh, I'm sorry.  Ms. Parada, we need to bring Mr.

7    Scarpulla, Mr. Abrams, and Ms. Wallace into the panel, but

8    we'll wait while you do that.

9          Tip your screen, Mr. Scarpulla.  We see the top of

10   your head again.

11         All right.  And Mr. Abrams and Mr. Scarpulla and Ms.

12   Wallace, you should unmute yourselves.  And again, for each of

13   you, I'll call on you in that order, just restate your name for

14   the record.

15         Mr. Scarpulla, did you hear my question?

16         MR. SCARPULLA:  I did.

17         THE COURT:  And what was your -- what's your answer?

18         MR. SCARPULLA:  My answer is that I would need maybe

19   five to ten minutes.

20         THE COURT:  Okay.  Mr. Abrams?

21         MR. ABRAMS:  Your Honor, it would depend if my

22   witness, Mr. Waisman from Prime Clerk will be allowed to be

23   called.  There's been objection to that.  I would need less

24   time with Ms. Pullo if that witness would be allowed.

25         THE COURT:  I have not heard of any request for you to

                PG&E Corporation and Pacific Gas and Electric Company

1    call a witness, so we'll stick with how much time do you need

2    to question Ms. Pullo.

3              MR. ABRAMS:  Twenty-five minutes.

4              MR. TSEKERIDES:  Your Honor?

5              THE COURT:  Yes, who spoke?  Mr. Tsekerides, was that

6    you?

7              MR. TSEKERIDES:  That was me.

8              THE COURT:  Someone called my name.  All right.  Once

9    again, I'm having some screen issues.

10             MR. ABRAMS:  I think Mr. Scarpulla just went on screen

11   share.

12             THE COURT:  Okay.  For some reason it says that I'm

13   viewing Mr. Scarpulla's screen.

14             MR. SCARPULLA:  There we go.

15             THE COURT:  There we go.

16             Ms. Wallace, are you there?

17             MS. WALLACE:  Yes, I'm here.

18             THE COURT:  All right, Ms. Wallace.  I'm sorry.  We

19   don't see you on the video, but how much time do you want to

20   (break in audio) Pullo?

21             MS. WALLACE:  I would say ten minutes.

22             THE COURT:  Okay.  Mr. Tsekerides, I'm not aware of

23   any (break in audio) by Mr. Abrams to cross-examine any -- to

24   bring any new witness on.  Are you aware of what he's referring

25   to?

PG&E Corporation and Pacific Gas and Electric Company

1    MR. TSEKERIDES:  Well, he did put on a list and we did

2  talk about it last week, where he had identified several

3  company witnesses and some Prime Clerk witnesses, and we had

4  objected to that and we had some discussion about transcript

5  use for the company witnesses, but nothing beyond that.

6    MR. ABRAMS:  And Mr. Waisman has a -- sorry, Your

7  Honor.

8    THE COURT:  Go ahead.

9    MR. ABRAMS:  Sorry.  Mr. Waisman has a declaration

10  that has been filed.  And as the CEO of Prime Clerk, I think

11  he's very important to have called as a witness regarding the

12  votes.  I also have firsthand correspondence with Mr. Waisman

13  regarding the votes, so that's why I called him, asked for him

14  as a witness.

15    MR. TSEKERIDES:  Your Honor, Ted Tsekerides --

16    THE COURT:  Well, but he --

17    MR. TSEKERIDES:  Sorry.  Go ahead.

18    THE COURT:  But Mr. Abrams, he's filed a declaration.

19  What are you going to ask him that isn't in his declaration?

20    MR. ABRAMS:  There are specific issues regarding the

21  voting process and specific to my objections around feasibility

22  that I would like to probe around, and Mr. Waisman seems like

23  he is the point person for those types of correspondences and

24  those issues.

25    THE COURT:  Okay.  Mr. Tsekerides, do you have a

(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1    response there?

2         MR. TSEKERIDES:  Yes, I do.

3         Mr. Waisman did not file a declaration in connection

4    with confirmation.  And so to the extent he's referring to some

5    other declaration, if it was on his exhibit list we would have

6    objected to it because it has no relevance to the issues at

7    hand on confirmation.

8         MR. ABRAMS:  Your Honor, the declaration talks

9    directly --

10         THE COURT:  All right.  To what?  Who said that,

11    Mr. -- who was (indiscernible) --

12         MR. ABRAMS:  Sorry.  It was me, Your Honor.  I didn't

13    want to interrupt.

14         I just wanted -- Mr. Waisman's declaration talks

15    directly to how Prime Clerk manages the vote and his

16    responsibilities regarding the voting process and claims

17    management, so I think it's very, very directly relevant to the

18    plan confirmation hearing.

19         THE COURT:  Okay.  Let me do one thing.  Hold on one

20    second, counsel.  Just let me look at my chart for a minute,

21    here.

22         MR. KAROTKIN:  Your Honor, we have no idea what

23    declaration Mr. Abrams is even talking about.

24         MR. ABRAMS:  I included it, if you want to reference

25    it, in my exhibit list, so you'll see it listed right there.

PG&E Corporation and Pacific Gas and Electric Company

1          THE COURT:  What's the docket number on the docket?

2          MR. ABRAMS:  Let me pull that up right now.

3          THE COURT:  Well, I'll tell you what.  Mr. Abrams, you

4    can look it up and let me know, let my clerk know.  Based upon

5    Mr. Scarpulla's request and Ms. Wallace, even if I give Mr.

6    Abrams plenty of time, I'm satisfied that my estimate of time

7    for tomorrow will work.  So what I will do is I will review,

8    after this hearing, whatever has been filed regarding Mr.

9    Waisman.

10          Mr. Tsekerides, you should make sure that Mr. Waisman

11   is not on a two-week cruise and can be called on short notice.

12   I don't know that I'll permit him or insist, but I just need to

13   make a decision, and I'm not going to take people's time today.

14          So my intention, therefore, will be tomorrow, after --

15   assuming we get everything taken care of here, I will let Mr.

16   Scarpulla, Ms. Wallace, and Mr. Abrams examine Ms. Pullo, and

17   I'll make a decision and try to get the message out through the

18   docket text or otherwise whether I'm going to permit Mr.

19   Waisman to be examined.  And it may be easier just to let him

20   be examined, so I'll do it that way.

21          MR. TSEKERIDES:  So Your Honor, if I just may for the

22   record, Ted Tsekerides.

23          So we would object to that.  Obviously you'll rule as

24   you will.  It's document 2643 from Mr. Abrams' list, and we

25   have relevancy and hearsay objections on that.  So just --

(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1        THE COURT:  Well, I understand.  I understand.  You're

2   making a relevance objection and that's well-taken.  I'll

3   just -- again, if I were in the courtroom I'd look it up and

4   answer it.  This is not working smoothly, so I'm going to do it

5   this way.

6        Okay.  All right.  Mr. Tsekerides, and by my

7   calculation, there isn't much more to do today.  And let me go

8   back to what you talked about next week.  Here's my thinking on

9   the subject.  Well, I should revise what I just said.  I'm

10  going to give you some other questions.

11       Let me switch topics and now ask for hands to be

12  shown -- raised for those who want to examine Mr. Wells on the

13  following day.  And I'll take a minute for parties to raise

14  their hand, and based upon that, maybe I'll then bring them

15  into the panel.

16       MS. WALLACE:  How do I raise my hand?

17       THE COURT:  You click on the little feature called

18  raise your hand.

19       MS. WALLACE:  I don't see a hand.

20       THE COURT:  It's on the bottom of your screen.

21       UNIDENTIFIED SPEAKER:  Who was it that spoke?

22       MS. WALLACE:  (Break in audio) participants, mute,

23  start video (break in audio).  Oh, brother.

24       THE COURT:  Okay.  All right.  Let's take -- let's

25  slow it down for a minute.  I see hands raised by Mr. Johnston,

escribers
(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1  Mr. Etkin, Mr. Tosdal, Ms. Porter, Mr. Behlmann, and I believe

2  Mr. Pascuzzi. That's six people. Are there any other parties

3  that want to raise their hand on that subject?

4           MR. ABRAMS: Your Honor, I was unable to find the hand

5  when I'm as a -- not a participant, but I was raising my hand

6  for time with Mr. Wells, please.

7           THE COURT: Yes. That's Mr. Abrams again?

8           MR. ABRAMS: Yes, Your Honor.

9           THE COURT: Okay.

10          MR. TSEKERIDES: Your Honor --

11          THE COURT: And the woman who spoke, who couldn't find

12  the hand raise, I didn't get your name.

13          MS. WALLACE: I still can't find the hand raise.

14          THE COURT: Well, just tell me your name.

15          MS. WALLACE: Mary Wallace.

16          THE COURT: Oh, Ms. Wallace again, okay. Well, Ms.

17  Wallace, I think it's because we have you in the panelist room,

18  that's why you couldn't.

19          So once again, I've got Mr. Abrams, Ms. Wallace, Mr.

20  Johnston, Mr. Etkin, Mr. Tosdal, Ms. Porter (phonetic), Mr.

21  Behlmann, Mr. Pascuzzi. I will -- okay. Let's go down the

22  list.

23          Ms. (Indiscernible) oh, no. I'm sorry. Ms. Wallace,

24  how much time do you think you want to examine Mr. Wells?

25          MS. WALLACE: Ten minutes.

(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1            THE COURT:  Mr. Pascuzzi, what do you think?

2            Oh, I'm sorry.  We have to move Mr. Pascuzzi.  Ms.

3    Parada, let's put Ms. Wallace back into the -- put Ms. Wallace

4    into the panel, I mean, into the attendance, and move Mr.

5    Pascuzzi, Mr. Behlmann, and Ms. Porter into the panel.

6            MR. JULIAN:  Your Honor, while we're doing that, may I

7    be heard?

8            THE COURT:  Well, one second.  We've got -- no

9    multitasking here.  We're having -- I thought everything would

10   be smooth.  Or maybe it's the (break in audio) why we're having

11   so much trouble today.  I've got more aides than I have here.

12   So we'll -- okay.  Did we get Mr. -- oh, I see Mr. Etkin coming

13   in.  I didn't see Mr. Behlmann.

14           Okay.  Mr. Julian, go ahead.

15           MR. JULIAN:  Yes.  With respect to all these counsel

16   who may be asking questions of Mr. Wells, the TCC would like to

17   reserve some time.  I don't anticipate this happening, but if

18   any of these counsel raise issues that impact the TCC, we would

19   want to ask clarifying questions, but if not, we do not intend

20   to ask any questions of Mr. Wells or any of these other

21   witnesses, except Mr. Ziman.

22           THE COURT:  Well, Mr. Julian, I assumed that the

23   direct examination of the witnesses is what it is.  I mean,

24   they're written.  Any counsel asking a question on cross

25   invites the possibility of redirect, and I (break in audio) and

PG&E Corporation and Pacific Gas and Electric Company

1    Mr. Tsekerides are aligned on that subject, so okay.

2           Let's go to Mr. Pascuzzi, start with you.  How much

3    time do you wish to cross?

4           MR. PASCUZZI:  Your Honor, I was going to say

5    something similar to Mr. Julian, which is I don't necessarily

6    have time for any of these witnesses, but it's very possible

7    that some testimony might be elicited that I would have a

8    clarifying question or two.  So I just wanted, for parties like

9    me, that I didn't want to be precluded from asking a question

10   here, or two.  Not any material amount of time, really, so.

11          THE COURT:  Okay.  But you're not planning any cross

12   to begin with?

13          MR. PASCUZZI:  Correct.

14          THE COURT:  All right.  Mr. Behlmann or Mr. Etkin.

15   One of you.

16          MR. ETKIN:  No, I'll defer to Mr. Behlmann, Your

17   Honor.  That's one of the difficulties of doing this via Zoom.

18   Mr. Behlmann's going to be handling that for us.

19          THE COURT:  There are a lot of difficulties.  There

20   are a lot of difficulties.

21          Mr. Behlmann, how much time do you want?

22          MR. BEHLMANN:  We should need somewhere between

23   fifteen and twenty minutes for Mr. Wells, Your Honor.  So I

24   will err on the high side and go with twenty minutes.

25          THE COURT:  Ms. Porter, you need to unmute your mic.

(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1          MS. PORTER:  Yes, Your Honor, thank you.  I would say

2     probably fifteen or twenty minutes at the most, as well.

3          THE COURT:  Okay.  Ms. Parada, let's move Ms. Porter

4     and Mr. Behlmann and Mr. Pascuzzi back to the attendance and

5     move in -- oh, I guess we already have Mr. Tosdal in -- and

6     let's see, and Mr. Johnston.  Okay.  Let's move those three

7     out, and Mr. Abrams, I believe, is still in there.  Okay.

8          Mr. Johnston, what is your --

9          MR. JOHNSTON:  Good afternoon, Your Honor.  Jim

10    Johnston of Jones Day, on behalf of the shareholder proponents.

11         We are cosponsors of all of the witnesses who will be

12    testifying.  I intended to do this with respect to Ms. Pullo.

13    We just reserve the right to conduct any redirect that may be

14    necessary.  We do not have cross for any of the witnesses that

15    will be called in the case-in-chief.

16         THE COURT:  Okay.  Let's simplify this because it's

17    awkward for everybody.  I don't need anybody to reserve

18    positions.  All I'm trying to do is identify cross-examiners.

19    So I'm taking Mr. Johnston off the -- he's in the same X list

20    as Mr. Pascuzzi.

21         Mr. Elkin, I already addressed -- Etkin, rather, but

22    you're not going to double up for Mr. Behlmann.  You're

23    doing -- he's going to do your job, isn't he?

24         MR. ETKIN:  Yeah.  Probably better than I would, Your

25    Honor.

(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1          THE COURT:  All right.  Mr. Tosdal?

2          MR. TOSDAL:  Good afternoon, Your Honor.

3          Twenty-five minutes, max; probably less.

4          THE COURT:  Okay.  And Mr. Abrams?

5          MR. ABRAMS:  Forty-five minutes, Your Honor.

6          THE COURT:  Okay.  All right.  Let me take a pause

7   here, for a minute.

8          Okay.  By my count, and I'm -- this is not rigid, but

9   I had anticipated a greater time, so I'm going to stick with

10  that.  And my intention, therefore, will be for Mr. Wells to

11  have him --

12         I take it, Mr. Tsekerides all this (break in audio)

13  arranged, Mr. Wells will be available on Thursday, right?

14         MR. TSEKERIDES:  That is correct, Your Honor.

15         THE COURT:  Okay.

16         MR. TSEKERIDES:  Ted Tsekerides for the debtors,

17  right.

18         THE COURT:  Based upon the time estimates that these

19  folks gave me, we might be able to complete the cross in the

20  first (break in audio), but if we need to break to the

21  afternoon, we will do that.  And the same is true with any

22  redirect.

23         Okay.  We'll now go to Mr. --

24         MR. KAROTKIN:  Your Honor, may I interrupt?

25         THE COURT:  Yes, sir, Mr. --

(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1          MR. KAROTKIN:  (Indiscernible).  Going back to Ms.

2   Pullo and Mr. Waisman, the declaration that Mr. Abrams is

3   referring to is a year ago, on June 19th.  It was filed June

4   19th, 2019 in connection with the motion to establish a bar

5   date.  It has nothing to do with the confirmation hearing.

6          THE COURT:  Okay.  I'll take -- I'll look at it.  I'll

7   make a decision (break in audio).  I don't -- I can't do it

8   now.  I didn't anticipate this request, but it's something I

9   can attend to this afternoon without any difficulty.

10         Okay.  Let's stick with the attorneys.

11         Ms. Parada, let's excuse Mr. Pascuzzi and Mr. Johnston

12  because they both have made it clear they wish to reserve their

13  rights for redirect and all rights for redirect are reserved.

14         Now, for the lawyers and attorneys, Mr. Abrams, on the

15  panel you don't have a raise hand feature, so I'm just going to

16  ask you.

17         I'll start with you, Mr. Behlmann, if you would

18  unmute.  This is for Mr. Ziman.  Do you wish to examine Mr.

19  Ziman?

20         MR. TSEKERIDES:  We skipped over Mr. Boken.

21         THE COURT:  Mr. Behlmann, you need to unmute your mic.

22         MR. TSEKERIDES:  Your Honor, Ted Tsekerides.

23         It's fine to skip to Mr. Ziman, but we skipped over

24  Mr. Boken.

25         THE COURT:  Oh, I thought I had put Mr. Boken -- I

(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1    thought I had him third.  I mean, okay.  Well, let's stick with

2    Ziman.

3            MR. TSEKERIDES:  Okay.

4            THE COURT:  We'll come back to Boken.  You're right.

5    I reversed them.

6            So Mr. Behlmann, do you wish to examine Mr. Ziman on

7    Monday?

8            MR. BEHLMANN:  I do not, no.

9            THE COURT:  Mr. Tosdal, how about you?

10           MR. TOSDAL:  No, sir.

11           THE COURT:  How about Mr. Etkin?  Oh, no, I'm sorry.

12    You're with Mr. Behlmann.

13           Mr. Julian?

14           MR. JULIAN:  Yes, Your Honor.  Twenty minutes on Mr.

15    Ziman.

16           THE COURT:  That's on cross.

17           MR. JULIAN:  Correct.

18           THE COURT:  Okay.

19           MR. JULIAN:  That's the only cross we're doing, Your

20    Honor.

21           THE COURT:  Mr. Abrams, unmute.  Did you want to ask

22    questions of Mr. Ziman?

23           MR. ABRAMS:  Twenty minutes, please, Your Honor.

24           THE COURT:  All right.  I'm going to ask Parada -- one

25    second.  Let me look at what signals I'm getting here.  Okay.

escribers
(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1   All right.

2         Ms. Wallace, I see you did raise your hand, and I

3   thought we were okay with you.  I had you down for examination

4   of Mr. Wells for ten minutes.  Do you wish to examine Mr.

5   Ziman?

6         Ms. Wallace, can you hear me?

7         MS. WALLACE:  Yes.  Can you hear me?

8         THE COURT:  Yes.  Do you wish to examine Mr. Ziman?

9         MS. WALLACE:  Yes.

10        THE COURT:  Time estimate, please?

11        MS. WALLACE:  Ten minutes.

12        THE COURT:  All right.  Is there anyone else who has

13   raised a hand that -- in the attendance category who wishes to

14   cross-examine Mr. Ziman?  I'll take a minute while you raise

15   your hand.

16         I don't see any takers.

17         Ms. Parada, do you see any that I'm missing?

18        THE COURT REPORTER:  No, Your Honor.  I do not see

19   anyone.

20        THE COURT:  Okay.  Let's now go to Mr. Boken.  I took

21   him in the wrong sequence.  Let's start with the same people

22   who I just talked about.

23        Ms. Wallace, do you wish to examine Mr. Boken?  Ms.

24   Wallace, can you hear me?  You need to unmute.

25        MS. WALLACE:  Yes.  Ten minutes.

escribers
(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1          THE COURT:  Mr. Julian, you said no on that, right?

2          What about Mr. Abrams, on Mr. Boken?

3          MS. WALLACE:  Twenty-five minutes, Your Honor, please.

4          THE COURT:  All right.  Is there anyone else in the

5     panel -- in the panel, who wants to cross-examine Mr. Boken?

6     I'll start with you, Mr. Tosdal.

7          MR. TOSDAL:  No, sir.

8          THE COURT:  Mr. Behlmann?

9          MR. BEHLMANN:  Not I, but my colleague, Mr. Etkin,

10    does, I believe.

11         THE COURT:  Mr. Etkin?

12         MR. ETKIN:  Yeah.  I think we'll need ten to fifteen

13    minutes with Mr. Boken, Your Honor.

14         THE COURT:  Okay.  Now we'll go back to the attendees.

15    Any attendees who want to cross-examine Mr. Boken, please raise

16    your hand.

17         Ms. Parada, I don't see any hands.  Do you see hands?

18         THE CLERK:  Mr. Troy is joining, Your Honor.

19         THE COURT:  Okay.  I think what happened -- all right.

20    So yeah, I think you missed -- okay.

21         Mr. Troy?  There you go.  Hello, Mr. Troy.  Nice to

22    see you.

23         MR. TROY:  Hello.

24         THE COURT:  Do you wish -- so how much time would you

25    like for Mr. Boken?

PG&E Corporation and Pacific Gas and Electric Company

1          MR. TROY:  Thank you, Judge.  Matthew Troy, Civil

2     Division Department of Justice on behalf of various federal

3     agencies.

4          Ten minutes, Your Honor.

5          THE COURT:  All right.  Anyone else, using hands, in

6     the panel?  I mean in the -- excuse me, in the audience,

7     attendees?

8          All right.  I'm not -- this is -- I mean, review what

9     I have kept track of, and these estimates are nothing like I

10    thought they might be, so let's review it.

11         I'm assuming that tomorrow at around 10 o'clock or

12    shortly thereafter, Mr. Scarpulla, Mr. Abrams, and Ms. Wallace

13    will cross-examine Ms. Pullo in the estimated times that I've

14    said, and I will make a decision later today on wither I will

15    permit Mr. Waisman to be examined.  For Mr. Tsekerides, he is

16    entitled to redirect Ms. Pullo as appropriate.  We'll deal with

17    that later.

18         For the next day, Thursday, Mr. Wells will be the

19    first witness.  And by my box score, the cross-examinations are

20    by -- examiners and time estimates are Mr. Tosdal, twenty-five;

21    Ms. Porter, fifteen to twenty; Mr. Behlmann, fifteen to twenty;

22    Mr. Abrams, forty-five; Ms. Wallace, ten minutes.

23         For Mr. Boken, I'll get them back in order, Ms.

24    Wallace for ten, Mr. Abrams for twenty, Mr. Etkin for ten to

25    fifteen, Mr. Troy for ten.

PG&E Corporation and Pacific Gas and Electric Company

1      On the next day, Mr. Ziman.  Mr. Julian for twenty,

2 Mr. Abrams for twenty, Ms. Wallace for ten.

3      Again, this is not in concrete.  Everybody is (break

4 in audio) upon here, and I appreciate your efforts.  And for

5 someone who had perfect connections last time, I don't know

6 what happened today.  I'm going to blame it on the weather

7 because I can't blame anyone else.

8      So let me give you a heads up.  Later today, it is my

9 expectation to put a docket text -- very brief docket text, on

10 whether I'm going to have Mr. Waisman be examined.

11      And Mr. Abrams, since I know you -- we accommodate

12 you, definitely, I will -- when I do a docket text, I will have

13 my courtroom deputy send you an email to let you know what my

14 decision is going to be on that.  I'm not likely to do it,

15 because it may be that what Mr. Karotkin said is dispositive,

16 but I'll take a look at the docket.

17      The other thing I will say for everyone is that my

18 expectation is later today, this evening, we'll place on the

19 docket a decision on the matters that were argued on the 15th,

20 on the objections to the plan documents and so on.  I'm not

21 going to get into it now.  I'm still dealing with it.  Things

22 have been hectic, to say the least, and I'm sure for all of

23 you, too.

24      So Mr. Tsekerides, as the principle trial counsel for

25 this affair, is there anything else we need to take up today?

PG&E Corporation and Pacific Gas and Electric Company

1          MR. TSEKERIDES:  The only other thing, Your Honor --

2   Ted Tsekerides for the record, for the debtors.

3          If you wanted to talk today about how you want to

4   handle what I'll call the legal argument for next week.

5          THE COURT:  Good point.  You did raise that.

6          Well, let me think out loud and let everybody reflect

7   on it, and perhaps I'll take some time tomorrow or the next day

8   to get best thinking of it.

9          Obviously there are lots of objections.  There are

10  lots of responses.  I don't know about the rest of you, but I

11  couldn't absorb everything over this weekend, but I'm trying.

12  And you've heard my comments the other day about wanting to be

13  efficient, but I'm not going to cut off people from making

14  arguments.

15         So what I bet that I will do, we'll hear closing

16  arguments from the debtor; again, whether it's Mr. Julian or

17  Mr. -- I'm sorry, I'm sorry -- Mr. Tsekerides or Mr. Karotkin

18  or someone else, and we haven't heard from the shareholder

19  proponents, but if -- I want the shareholder proponents and the

20  debtors, as the sponsors of the plan, to meet and confer among

21  themselves and decide what they would like to do by way of

22  argument, and I will then figure out a way to be economical

23  about people that want to argue, but not to have to have the

24  same argument over and over again.

25         What seems to have worked in other matters is that

PG&E Corporation and Pacific Gas and Electric Company

1    principle counsel for one side or the other simply agree to

2    share the time.  And I think that's important, but I don't want

3    to cut anybody off.  We have time, and it would be my

4    expectation no later than Monday to give you a time like this

5    to tell you, well, okay.  I'll do all arguments on these

6    segments of time, and perhaps have some suggested time limits.

7    And so if I say I want to devote two hours or three hours, or

8    whatever it is, for one -- like I say, it's hard to know what

9    side is the side (break in audio) sometimes, but I'll do my

10   best to accommodate you, but I don't feel comfortable giving

11   you that decision today, but I'll certainly do it by the end of

12   the week.

13        And so also, I know Mr. Karotkin, your side filed

14   proposed findings and conclusions today.  Obviously, I haven't

15   had a chance even to look at them, but to the extent that I

16   suspect that that's the framework for your argument -- and I

17   may very well suggest some way that would be helpful for me to

18   bundle up the issues into packages so that lawyer A might want

19   to argue on one subject, but not on the other.  I just don't

20   have any answer, so I'll do the best I can, so.

21        I see a note from one panelist that there continues to

22   be problems with my audio, and I'll do my best.

23        Ms. Wallace, you asked that question.  And because I

24   didn't have any trouble with the audio before, I was not ready

25   for the problem today, but typically there's been written

PG&E Corporation and Pacific Gas and Electric Company

1    transcripts of these hearings within a few hours, so I suspect

2    that that's what's going to happen again.

3            Okay.  Anyone, let's start in the persons on the panel

4    here, want to be heard?

5            Mr. Karotkin.

6            MR. KAROTKIN:  Yes, Your Honor, thank you.  Stephen

7    Karotkin, Weil Gotshal, for the debtors.

8            I would just like to report, and I know Mr. Julian

9    will correct me if I'm wrong, the debtors, the TCC, and the

10   shareholder plan proponents have resolved a number of the

11   objections raised by the TCC with respect to confirmation of

12   the plan, and I believe the remaining objections have been

13   substantially narrowed with what I hope is a path to

14   resolution.

15           Once the objections that have been resolved have been

16   formally documented, it's my understanding that the TCC,

17   through Mr. Julian, would be filing a notice of withdrawal with

18   respect to those objections.

19           THE COURT:  Well, that's good news.  So Mr. Karotkin,

20   what would help me is not to worry about the final docs, but

21   rather to get an update on your grid of -- that charts the

22   objections.  And so it could be crossed out or eliminated or a

23   big red kiss mark if you like; something that will tell me not

24   to worry about a particular argument.  But to the extent that

25   you can knock off any of them that way, that makes it easier

PG&E Corporation and Pacific Gas and Electric Company

1   for me and it will make it easier for the presentation of the

2   argument.

3               MR. KAROTKIN:  I think what --

4               THE COURT:  Does that work?

5               MR. KAROTKIN:  Yes.  We will work with Mr. Julian to

6   get that to you as soon as we can.

7               THE COURT:  Okay.  Let me raise another question here;

8   I'm getting some notes here.  Okay.

9               Let's start with Mr. Julian.

10              MR. JULIAN:  Actually, Your Honor --

11              THE COURT:  He actually physically is actually raising

12  his hand.

13              MR. JULIAN:  Yeah.  Robert Julian for the TCC.  Thank

14  you, Your Honor.

15              We would like to know whether you would like us to

16  proceed by a written document or orally in court to get relief

17  from Mr. Will Abrams' notice to appear to Steven Campora and a

18  lawyer in my firm, David Richardson.

19              Your Honor, the background to this is you ruled that

20  unless the party has filed a declaration, there will be no

21  cross.  So after you made that ruling, Mr. Abrams served a

22  notice to appear as a direct witness on Mr. Campora, who is the

23  lawyer for the TCC chair, Karen Lockhart.  He has not filed a

24  declaration.  Mr. Richardson of my firm has, but Mr.

25  Richardson's declaration only authenticates pleadings and other

(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1    judicially noticed matters.

2         So we would like to be relieved of the purported

3    obligation to bring Mr. Campora and Mr. Richardson live to be

4    cross -- or to be direct-examined because they haven't filed

5    any substantive declarations.  Would you like us to just make

6    that a motion verbally at some point in the case, or would you

7    like us to make a written motion?

8         THE COURT:  Mr. Abrams, you can unmute yourself and

9    tell me what you have in mind with these parties.

10        MR. ABRAMS:  Sure.  So in regards to Mr. Campora, in

11   his declarations that are filed with the Court, he talks very

12   specifically about the Tubbs trial and the impacts of that on

13   the final proposed plan, and I think that that is important to

14   ask questions on and because he has a firsthand account in his

15   declaration, I felt that was appropriate, and also, given Your

16   Honor's direction that only witnesses that have declarations.

17        Similarly, with Mr. Richardson, he has firsthand

18   knowledge regarding the RSA and the implications associated

19   with that, related to the feasibility of the plan.  And so it's

20   really just the substance of what those folks put in their

21   declarations and the issues around it that are -- which is why

22   I'm asking for them as witnesses, to be able to probe on that.

23        THE COURT:  You don't have any counterevidence.  You

24   don't have any declarations from anyone else that counters what

25   they say, right?

(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1          MR. ABRAMS:  I don't have any declarations that

2     counter, but I do have information that I would like to probe

3     around that tends to point to -- and also, Mr. Campora has two

4     declarations, actually, and there's different information in

5     those two declarations.

6          And again, I'm just looking for the information.  I

7     reached out and returned the call from Mr. Julian and was

8     willing to talk about how to get this information in front of

9     Your Honor in a different way.  He indicated that he was going

10    to sanction me if I didn't withdraw the witnesses, but I'm just

11    looking to have this discussion in good faith and try to get

12    the information in front of the Court in any way that is

13    helpful.

14          MR. JULIAN:  I think he's --

15          THE COURT:  What are the docket numbers?  What are the

16    docket numbers, Mr. Abrams, of the two declarations you would

17    ask about?

18          MR. ABRAMS:  So for Mr. Richardson, let me pull that

19    up.

20          So for Mr. Campora, there's docket 1113 and there was

21    another declaration that was filed that I attached with my

22    witness list.

23          THE COURT:  Is that filed somewhere?

24          MR. ABRAMS:  And then with Mr. Richardson, it's

25    docket -- it's 7322.

(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1    THE COURT:  All right.  Where would I find the

2    declaration that you attached to your witness list?  You

3    forward that to the box, the inbox for evidence?

4    MR. ABRAMS:  Yes.  It's on my -- it was an attachment

5    to my witness and exhibit docket.

6    THE COURT:  Okay.  Mr. Julian, I will get back to you

7    on that tomorrow, perhaps, if I can.  At the moment, I can't

8    make a decision.  I don't even know about it, so.

9    MR. ABRAMS:  And Your Honor, I just -- I do want to

10   say that I am trying to follow absolutely every procedure there

11   is in every way I know how to do it.  I'm trying to collaborate

12   with folks who have a disagreement in the best way I know how.

13   THE COURT:  I understand.

14   Ms. Wallace trying to --

15   MR. TSEKERIDES:  Your Honor, can I be heard?

16   THE COURT:  I need to hear from Ms. -- well, go ahead.

17   Is this on this subject?

18   MR. TSEKERIDES:  It's on this subject, yes.

19   THE COURT:  Okay.  Go ahead.

20   MR. TSEKERIDES:  So putting aside whatever issue Mr.

21   Julian has with them, Mr. Abrams did put them on his exhibit

22   list and we objected to the two Campora declarations on

23   relevancy and hearsay grounds, so he can't just put the

24   declaration in on some -- they're both -- one's from April of

25   2019 and the other one's from October of 2019.

PG&E Corporation and Pacific Gas and Electric Company

1    And then the Richardson one, we had some documents

2    that we were fine with and some that we objected to, but the

3    Campora ones in particular, both of those the debtors object to

4    on relevancy and hearsay grounds.  As you're going through,

5    just if you could keep that in mind.

6         THE COURT:  Okay.  Thank you.

7         Ms. Wallace, you've been trying to get -- wait, I need

8    to -- Ms. Wallace has been trying to get in here, and we can't

9    get a video on her.

10        But can you hear me, Ms. Wallace?

11        MS. WALLACE:  Yes, I can.

12        THE COURT:  You've complained about something.  What

13   can we do for you?

14        MS. WALLACE:  Okay.  Well, I have an objection to Mr.

15   Julian from the TCC denying Will's opportunity to cross-examine

16   a real live person, and I believe that's a due process of law

17   violation because everyone has a right to cross a person, not a

18   piece of paper.

19        THE COURT:  Well, are you Mr. Abrams' attorney?

20        MS. WALLACE:  No.

21        THE COURT:  Okay.  Well, I appreciate your opinion,

22   but it's only your opinion.

23        MS. WALLACE:  I'm here as a procreditor claimant in

24   this case, and I have a right to (break in audio) and object.

25        THE COURT:  Ms. Wallace, you have a right to object

(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1   and if you wanted to examine witnesses, you already have said

2   you want to and you are going to be allowed to do it.  You

3   haven't designated any witnesses you want and Mr. Abrams has,

4   and I will decide whether or not those witnesses are going to

5   be allowed to testify.  So it may be that -- your argument is

6   well-taken.  It may be that -- I'll make my decision.  I can't

7   decide now, sitting here in my breakfast room, about a document

8   that I haven't seen.  So I appreciate your comment, I'm just

9   not acting on it today.

10          MS. WALLACE:  So it's not a violation of due process

11  of law if you can't cross-examine a witness?

12          THE COURT:  Does anyone else want to speak -- I'm not

13  going to respond to Ms. Wallace.  She knows the law and so do

14  I.

15          MR. JULIAN:  I would.

16          THE COURT:  Mr. Julian.

17          MR. JULIAN:  Yes.  I just would like to remind the

18  Court and the parties of what you ruled last week, which was

19  you have no problem with someone finding a declaration of a

20  witness and bringing it in to the Court and filing it, such as

21  Mr. Abrams finding an old declaration of Mr. Campora.  But you

22  went one step further and said that Mr. Abrams would not be

23  able to conduct live direct testimony on top of his direct

24  testimony.  In other words, it's not true cross.  That's what

25  this is trying to (break in audio).  They're trying to find

(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1    declarations (break in audio) bring them in and then bring in

2    people live (break in audio) direct testimony.

3        THE COURT:  Okay.  Does anyone else in the -- on the

4    panelists here want to be heard on any subject today?

5        All right.  I'm going to conclude the hearing.  And I

6    hope I can make the audio and the video a little better

7    tomorrow, but I will do my homework.  Watch the docket later

8    today.  I'll do my best to get out a decision on the witness

9    questions.  I'm not going to -- I'm not going to put anything

10   on the docket regarding the time estimates for actual witnesses

11   that we have talked about, so I will do my best to give a

12   response to the question of Waisman, and if I can get to the

13   question of the other witnesses that Mr. Abrams has raised I'll

14   do so.  It may well be that I'll just reflect on it.  I've got

15   my hands full between now and tomorrow and this isn't something

16   that has to be decided this evening.  And I will, as I told

17   you, attempt to have on the docket my written decision on the

18   matters that were argued on the 15th.

19       So with that, I will thank you all and wish you a good

20   evening.

21       MR. TSEKERIDES:  Thank you, Your Honor.

22       THE COURT:  Thank you.

23       MR. JULIAN:  Thank you, Your Honor.

24       MR. KAROTKIN:  Thank you, Your Honor.

25       (Whereupon these proceedings were concluded.)

1         C E R T I F I C A T I O N

2

3    I, Colin Richilano, certify that the foregoing transcript is a

4    true and accurate record of the proceedings.

5

6

7

8    _____

9    /s/ COLIN RICHILANO

10

11   eScribers

12   7227 N. 16th Street, Suite #207

13   Phoenix, AZ 85020

14

15   Date:  May 27, 2020

16

17

18

19

20

21

22

23

24

25

(973) 406-2250 | operations@escribers.net | www.escribers.net
of 41

## A

**ability (1)**
5:15
**able (1)**
18:19;29:22;33:23
**Abrams (52)**
7:8;8:2,7,11,20,21;
9:3,10,23;10:6,9,18,20;
11:8,12,23,24;12:2,3,6,
16;14:4,7,8,19;17:7;
18:4,5;19:2,14;20:21,
23;22:2;23:12,22,24;
24:2,11;28:21;29:8,10;
30:1,16,18,24;31:4,9,
21;33:3,21,22;34:13
**Abrams' (3)**
12:24;28:17;32:19
**absolutely (1)**
31:10
**absorb (1)**
25:11
**accommodate (2)**
24:11;26:10
**account (1)**
29:14
**acting (1)**
33:9
**actual (1)**
34:10
**Actually (4)**
28:10,11,11;30:4
**add (1)**
5:13
**address (1)**
6:23
**addressed (1)**
17:21
**affair (1)**
24:25
**afternoon (5)**
4:22;17:9;18:2,21;
19:9
**again (15)**
6:7;7:12;8:1,10,12;
9:9;13:3;14:7,16,19;
24:3;25:16,24;27:2;
30:6
**agencies (1)**
23:3
**ago (1)**
19:3
**agree (1)**
26:1
**ahead (5)**
10:8,17;15:14;31:16,
19
**aides (1)**
15:11
**aligned (1)**
16:1
**allowed (4)**

8:22,24;33:2,5
**among (1)**
25:20
**amount (1)**
16:10
**announcement (1)**
5:3
**announcements (1)**
4:24
**anticipate (2)**
15:17;19:8
**anticipated (1)**
18:9
**appear (2)**
28:17,22
**appreciate (3)**
24:4;32:21;33:8
**appropriate (2)**
23:16;29:15
**April (1)**
31:24
**argue (2)**
25:23;26:19
**argued (2)**
24:19;34:18
**argument (8)**
6:22;25:4,22,24;
26:16;27:24;28:2;33:5
**arguments (3)**
6:18,19;25:14,16;
26:5
**around (5)**
10:21,22;23:11;
29:21;30:3
**arranged (1)**
18:13
**aside (1)**
31:20
**associated (1)**
29:18
**assumed (1)**
15:22
**assuming (2)**
12:15;23:11
**attached (2)**
30:21;31:2
**attachment (1)**
31:4
**attempt (1)**
34:17
**attend (1)**
19:9
**attendance (3)**
15:4;17:4;21:13
**attendees (4)**
7:3;22:14,15;23:7
**attorney (1)**
32:19
**attorneys (2)**
19:10,14
**audience (1)**
23:6
**Audio (27)**

4:4;5:1,4,4,17,19;
7:9,16,16;9:20,23;
13:22,23;15:10,25;
18:12,20;19:7;24:4;
26:9,22,24;32:24;
33:25;34:1,2,6
**authenticates (1)**
28:25
**available (1)**
18:13
**aware (1)**
9:22,24
**awkward (1)**
17:17

## B

**back (9)**
7:2;13:8;15:3;17:4;
19:1;20:4;22:14;23:23;
31:6
**background (1)**
28:19
**bar (1)**
19:4
**based (4)**
6:16;12:4;13:14;
18:18
**begin (1)**
16:12
**begins (1)**
4:4
**behalf (2)**
17:10;23:2
**Behlmann (18)**
14:1,21;15:5,13;
16:14,16,21,22;17:4,
22;19:17,21;20:6,8,12;
22:8,9;23:21
**Behlmann's (1)**
16:18
**best (8)**
6:6;25:8;26:10,20,
22;31:12;34:8,11
**bet (1)**
25:15
**better (4)**
7:20,22;17:24;34:6
**beyond (1)**
10:5
**big (1)**
27:23
**blame (2)**
24:6,7
**Boken (12)**
19:20,24,25;20:4;
21:20,23;22:2,5,13,15,
25;23:23
**both (3)**
19:12;31:24;32:3
**bottom (1)**
13:20
**box (2)**

23:19;31:3
**break (22)**
5:4,4,17,19;7:9,16;
9:20,23;13:22,23;
15:10,25;18:12,20,20;
19:7;24:3;26:9;32:24;
33:25;34:1,2
**breakfast (1)**
33:7
**brief (1)**
24:9
**bring (6)**
8:6;9:24;13:14;29:3;
34:1,1
**bringing (1)**
33:20
**brother (1)**
13:23
**bundle (1)**
26:18

## C

**calculation (1)**
13:7
**CALIFORNIA (1)**
4:1
**Call (9)**
4:3;5:15;6:15,18,18;
8:13;9:1;25:4;30:7
**called (7)**
8:23;9:8;10:11,13;
12:11;13:17;17:15
**Campora (9)**
28:17,22;29:3,10;
30:3,20;31:22;32:3;
33:21
**Can (25)**
4:8,10,16,19;6:1,2,
24;7:18;12:4,11;19:9;
21:6,7,24;26:20;27:25;
28:6;29:8;31:7,15;
32:10,11,13;34:6,12
**care (2)**
4:18;12:15
**case (2)**
29:6;32:24
**case-in-chief (1)**
17:15
**category (1)**
21:13
**CEO (1)**
10:10
**certainly (1)**
26:11
**chair (1)**
28:23
**chance (1)**
26:15
**chart (1)**
11:20
**charts (1)**
27:21

**Civil (1)**
23:1
**claimant (1)**
32:23
**claims (1)**
11:16
**clarifying (2)**
15:19;16:8
**clear (2)**
5:25;9:12
**clearly (1)**
7:21
**Clerk (5)**
8:22;10:3,10;11:15;
12:4;22:18
**click (2)**
5:9;13:17
**close (1)**
5:7
**closing (4)**
6:18,22,25;25:15
**collaborate (1)**
31:11
**colleague (1)**
22:9
**comfortable (1)**
26:10
**coming (1)**
15:12
**comment (1)**
33:8
**comments (1)**
25:12
**company (2)**
10:3,5
**complained (1)**
32:12
**complete (1)**
18:19
**conclude (1)**
34:5
**concluded (1)**
34:25
**conclusions (1)**
26:14
**concrete (1)**
24:3
**conduct (2)**
17:13;33:23
**confer (1)**
25:20
**confirmation (5)**
11:4,7,18;19:5;27:11
**connection (2)**
11:3;19:4
**connections (1)**
24:5
**continues (1)**
26:21
**correspondence (1)**
10:12
**correspondences (1)**
10:23

Case: 19-30088    Doc# 7609    Filed: 05/27/20    Entered: 05/27/20 14:18:12    Page 36
of 41

**cosponsors (1)**
17:11
**counsel (8)**
5:3;7:3;11:20;15:15,
18,24;24:24;26:1
**count (1)**
18:8
**counter (1)**
30:2
**counterevidence (1)**
29:23
**counters (1)**
29:24
**couple (1)**
4:24
**Court (112)**
4:3,4,6,8,11,13,18,
22;5:19,23;6:1,4,8,20;
7:2,11,13,16,18,23;
8:17,20,25;9:5,8,12,15,
18,22;10:8,16,18,25;
11:10,19;12:1,3;13:1,
17,20,24;14:7,9,11,14,
16;15:1,8,22;16:11,14,
19,25;17:3,16;18:1,4,6,
15,18,25;19:6,21,25;
20:4,9,11,16,18,21,24;
21:8,10,12,18,20;22:1,
4,8,11,14,19,24;23:5;
25:5;27:19;28:4,7,11,
16;29:8,11,23;30:12,
15,23;31:1,6,13,16,19;
32:6,12,19,21,25;
33:12,16,18,20;34:3,22
**courtroom (2)**
13:3;24:13
**Court's (1)**
6:14
**cross (11)**
15:24;16:3,11;17:14;
18:19;20:16,19;28:21;
29:4;32:17;33:24
**crossed (1)**
27:22
**cross-examinations (1)**
23:19
**cross-examine (10)**
7:4,5;8:2;9:23;
21:14;22:5,15;23:13;
32:15;33:11
**cross-examiners (1)**
17:18
**cruise (1)**
12:11
**cut (2)**
25:13;26:3

**D**

**date (1)**
19:5
**David (1)**
28:18

**day (7)**
7:24;13:13;17:10;
23:18;24:1;25:7,12
**deal (1)**
23:16
**dealing (1)**
24:21
**debtor (1)**
25:16
**debtors (7)**
6:13;18:16;25:2,20;
27:7,9;32:3
**decide (3)**
25:21;33:4,7
**decided (1)**
34:16
**decision (11)**
12:13,17;19:7;23:14;
24:14,19;26:11;31:8;
33:6;34:8,17
**declaration (18)**
10:9,18,19;11:3,5,8,
14,23;19:2;28:20,24,
25;29:15;30:21;31:2,
24;33:19,21
**declarations (11)**
29:5,11,16,21,24;
30:1,4,5,16;31:22;34:1
**defer (1)**
16:16
**definitely (1)**
24:12
**degrees (1)**
4:14
**denying (1)**
32:15
**Department (1)**
23:2
**depend (1)**
8:21
**deputy (1)**
24:13
**designated (1)**
33:3
**desktop (1)**
5:12
**device (1)**
5:6
**devote (1)**
26:7
**different (2)**
30:4,9
**difficulties (3)**
16:17,19,20
**difficulty (1)**
19:9
**direct (5)**
15:23;28:22;33:23,
23;34:2
**direct-examined (1)**
29:4
**direction (1)**
29:16

**directly (3)**
11:9,15,17
**disagreement (1)**
31:12
**disappointed (1)**
4:12
**discussed (1)**
6:15
**discussion (2)**
10:4;30:11
**dispositive (1)**
24:15
**Division (1)**
23:2
**docket (16)**
12:1,1,18;24:9,9,12,
16,19;30:15,16,20,25;
31:5;34:7,10,17
**docs (1)**
27:20
**document (5)**
5:9,15;12:24;28:16;
33:7
**documented (1)**
27:16
**documents (5)**
5:2,4,5;24:20;32:1
**dog (1)**
5:12
**done (2)**
5:11;6:24
**double (1)**
17:22
**down (3)**
13:25;14:21;21:3
**due (2)**
32:16;33:10

**E**

**easier (3)**
12:19;27:25;28:1
**echoing (1)**
7:15
**economical (1)**
25:22
**efficient (1)**
25:13
**efforts (1)**
24:4
**either (1)**
6:18
**elicited (1)**
16:7
**eliminated (1)**
27:22
**Elkin (1)**
17:21
**else (10)**
5:7;21:12;22:4;23:5;
24:7,25;25:18;29:24;
33:12;34:3
**email (1)**

24:13
**end (2)**
5:11;26:11
**entitled (1)**
23:16
**err (1)**
16:24
**establish (1)**
19:4
**estimate (3)**
8:5;12:6;21:10
**estimated (1)**
23:13
**estimates (4)**
18:18;23:9,20;34:10
**Etkin (12)**
14:1,20;15:12;16:14,
16;17:21,24;20:11;
22:9,11,12;23:24
**even (4)**
11:23;12:5;26:15;
31:8
**evening (3)**
24:18;34:16,20
**everybody (3)**
17:17;24:3;25:6
**everyone (3)**
4:23;24:17;32:17
**evidence (1)**
31:3
**examination (2)**
15:23;21:3
**examine (10)**
8:5;12:16;13:12;
14:24;19:18;20:6;21:4,
8,23;33:1
**examined (4)**
12:19,20;23:15;
24:10
**examiners (1)**
23:20
**except (1)**
15:21
**excuse (2)**
19:11;23:6
**exhibit (4)**
11:5,25;31:5,21
**expectation (3)**
24:9,18;26:4
**extent (3)**
11:4;26:15;27:24

**F**

**faith (1)**
30:11
**feasibility (2)**
10:21;29:19
**feature (2)**
13:17;19:15
**federal (1)**
23:2
**feel (1)**

26:10
**felt (1)**
29:15
**few (1)**
27:1
**fifteen (6)**
16:23;17:2;22:12;
23:21,21,25
**figure (2)**
6:10;25:22
**file (1)**
11:3
**filed (11)**
10:10,18;12:8;19:3;
26:13;28:20,23;29:4,
11;30:21,23
**filing (2)**
27:17;33:20
**final (2)**
27:20;29:13
**find (5)**
14:4,11,13;31:1;
33:25
**finding (2)**
33:19,21
**findings (1)**
26:14
**Fine (3)**
4:21;19:23;32:2
**firm (2)**
28:18,24
**first (2)**
18:20;23:19
**firsthand (2)**
10:12;29:14,17
**five (1)**
8:19
**fix (1)**
6:10
**folks (3)**
18:19;29:20;31:12
**follow (1)**
31:10
**following (1)**
13:13
**form (1)**
6:22
**formally (1)**
27:16
**format (1)**
5:7
**Forty-five (2)**
18:5;23:22
**forward (1)**
31:3
**framework (1)**
26:16
**FRANCISCO (1)**
4:1
**freezes (1)**
6:6
**front (2)**
30:8,12

Case: 19-30088    Doc# 7609    Filed: 05/27/20    Entered: 05/27/20 14:18:12    Page 37
of 41

**frozen (2)**
5:24;6:7
**full (1)**
34:15
**further (1)**
33:22

**G**

**gave (1)**
18:19
**given (1)**
29:15
**giving (1)**
26:10
**good (9)**
4:11,22;7:17;17:9;
18:2;25:5;27:19;30:11;
34:19
**Gotshal (2)**
6:13;27:7
**greater (1)**
18:9
**grid (1)**
27:21
**grounds (2)**
31:23;32:4
**guess (1)**
17:5

**H**

**hand (17)**
7:5;11:7;13:14,16,
18,19;14:3,4,5,12,13;
19:15;21:2,13,15;
22:16;28:12
**handle (1)**
25:4
**handling (1)**
16:18
**hands (8)**
7:3;8:1;13:11,25;
22:17,17;23:5;34:15
**happen (1)**
27:2
**happened (3)**
5:1;22:19;24:6
**happening (2)**
6:5;15:17
**hard (1)**
26:8
**head (1)**
8:10
**heads (1)**
24:8
**hear (12)**
4:8,10,20;6:9;7:18;
8:15;21:6,7,24;25:15;
31:16;32:10
**heard (9)**
5:15;7:14;8:25;15:7;
25:12,18;27:4;31:15;

34:4
**hearing (6)**
4:16;7:13;11:18;
12:8;19:5;34:5
**hearings (1)**
27:1
**hearsay (3)**
12:25;31:23;32:4
**hectic (1)**
24:22
**Hello (2)**
22:21,23
**help (1)**
27:20
**helpful (2)**
26:17;30:13
**Here's (1)**
13:8
**high (1)**
16:24
**Hold (2)**
7:16;11:19
**homework (1)**
34:7
**Honor (49)**
4:6,16,21;5:18,18;
7:10,10;8:21;9:4;10:7,
15;11:8,12,22;12:21;
14:4,8,10;15:6;16:4,17,
23;17:1,9,25;18:2,5,14,
24;19:22;20:14,20,23;
21:18;22:3,13,18;23:4;
25:1;27:6;28:10,14,19;
30:9;31:9,15;34:21,23,
24
**Honor's (1)**
29:16
**hope (2)**
27:13;34:6
**hours (3)**
26:7,7;27:1
**hundred (1)**
4:13

**I**

**idea (1)**
11:22
**identified (1)**
10:2
**identify (1)**
17:18
**impact (1)**
15:18
**impacts (1)**
29:12
**implications (1)**
29:18
**important (3)**
10:11;26:2;29:13
**inbox (1)**
31:3
**included (1)**

11:24
**indicated (1)**
30:9
**indiscernible (3)**
11:11;14:23;19:1
**information (5)**
30:2,4,6,8,12
**insist (1)**
12:12
**intend (1)**
15:19
**intended (1)**
17:12
**intention (2)**
12:14;18:10
**interrupt (1)**
11:13;18:24
**into (9)**
4:5;8:7;13:15;15:3,4,
4,5;24:21;26:18
**invite (1)**
5:14
**invited (1)**
5:8
**invites (1)**
15:25
**iPad (1)**
5:6
**issue (2)**
6:24;31:20
**issues (10)**
6:19,23,25;9:9;
10:20,24;11:6;15:18;
26:18;29:21

**J**

**jacket (1)**
4:15
**Jim (1)**
17:9
**job (1)**
17:23
**Johnston (8)**
13:25;14:20;17:6,8,
9,10,19;19:11
**joining (1)**
22:18
**Jones (1)**
17:10
**Judge (1)**
23:1
**judicially (1)**
29:1
**Julian (31)**
4:19,21;7:21;15:6,
14,15,22;16:5;20:13,
14,17,19;22:1;24:1;
25:16;27:8,17;28:5,9,
10,13,13;30:7,14;31:6,
21;32:15;33:15,16,17;
34:23
**June (2)**

19:3,3
**Justice (1)**
23:2

**K**

**Karen (1)**
28:23
**Karotkin (30)**
4:5,8,9,10,12;5:18,
22,23,24;6:2,7;7:10,12,
14,17,20,22;11:22;
18:24;19:1;24:15;
25:17;26:13;27:5,6,7,
19;28:3,5;34:24
**keep (1)**
32:5
**kept (1)**
23:9
**kiss (1)**
27:23
**knock (1)**
27:25
**knowledge (1)**
29:18
**knows (1)**
33:13

**L**

**laid (1)**
6:17
**laptop (1)**
5:6
**last (4)**
6:15;10:2;24:5;
33:18
**later (6)**
23:14,17;24:8,18;
26:4;34:7
**law (3)**
32:16;33:11,13
**lawyer (3)**
26:18;28:18,23
**lawyers (1)**
19:14
**least (1)**
24:22
**legal (2)**
6:21;25:4
**less (2)**
8:23;18:3
**likely (1)**
24:14
**limits (1)**
26:6
**list (9)**
10:1;11:5,25;12:24;
14:22;17:19;30:22;
31:2,22
**listed (1)**
11:25
**little (2)**

13:17;34:6
**live (4)**
29:3;32:16;33:23;
34:2
**Lockhart (1)**
28:23
**look (7)**
11:20;12:4;13:3;
19:6;20:25;24:16;
26:15
**looking (3)**
5:11;30:6,11
**lost (1)**
7:12
**lot (2)**
16:19,20
**lots (2)**
25:9,10
**loud (1)**
25:6

**M**

**makes (1)**
27:25
**making (2)**
13:2;25:13
**management (1)**
11:17
**manages (1)**
11:15
**mark (1)**
27:23
**Mary (1)**
14:15
**material (1)**
16:10
**matters (4)**
24:19;25:25;29:1;
34:18
**Matthew (1)**
23:1
**max (1)**
18:3
**MAY (12)**
4:1;12:19,21;15:6,
16;17:13;18:24;24:15;
26:17;33:5,6;34:14
**maybe (3)**
8:18;13:14;15:10
**mean (5)**
15:4,23;20:1;23:6,8
**meet (1)**
25:20
**message (1)**
12:17
**mic (3)**
7:24;16:25;19:21
**midsentence (1)**
4:4
**might (3)**
16:7;18:19;23:10;
26:18

Case: 19-30088    Doc# 7609    Filed: 05/27/20    Entered: 05/27/20 14:18:12    Page 38
of 41

**mind (2)**
29:9;32:5
**minute (6)**
7:6;11:20;13:13,25;
18:7;21:14
**minutes (18)**
8:19;9:3,21;14:25;
16:23,24;17:2;18:3,5;
20:14,23;21:4,11,25;
22:3,13;23:4,22
**missed (1)**
22:20
**missing (1)**
21:17
**moment (2)**
4:6;31:7
**Monday (4)**
6:16,17;20:7;26:4
**more (2)**
13:7;15:11
**most (2)**
5:24;17:2
**motion (3)**
19:4;29:6,7
**move (6)**
6:2;15:2,4;17:3,5,6
**moving (1)**
6:3
**much (13)**
7:6,20,22,25;8:4;9:1,
19;13:7;14:24;15:11;
16:2,21;22:24
**multitasking (1)**
15:9
**mute (1)**
13:22

**N**

**name (4)**
8:13;9:8;14:12,14
**narrowed (1)**
27:13
**necessarily (1)**
16:5
**necessary (1)**
17:14
**need (16)**
8:5,6,18,23;9:1;
12:12;16:22,25;17:17;
18:20;19:21;21:24;
22:12;24:25;31:16;
32:7
**new (1)**
9:24
**news (1)**
27:19
**next (6)**
6:21;13:8;23:18;
24:1;25:4,7
**Nice (1)**
22:21
**note (1)**

**26:21
**notes (1)**
28:8
**notice (4)**
12:11;27:17;28:17,
22
**noticed (1)**
29:1
**number (2)**
12:1;27:10
**numbers (2)**
30:15,16

**O**

**object (4)**
12:23;32:3,24,25
**objected (2)**
10:4;11:6;31:22;
32:2
**objection (3)**
8:23;13:2;32:14
**objections (9)**
10:21;12:25;24:20;
25:9;27:11,12,15,18,22
**obligation (1)**
29:3
**obviously (4)**
6:25;12:23;25:9;
26:14
**o'clock (1)**
23:11
**October (1)**
31:25
**off (4)**
17:19;25:13;26:3;
27:25
**old (1)**
33:21
**Once (4)**
8:1;9:8;14:19;27:15
**One (13)**
4:6;11:19,19;15:8;
16:15,17;20:24;26:1,8,
19,21;32:1;33:22
**ones (1)**
32:3
**one's (2)**
31:24,25
**only (7)**
7:9;8:1;20:19;25:1;
28:25;29:16;32:22
**oOo- (1)**
4:2
**opinion (2)**
32:21,22
**opportunity (1)**
32:15
**orally (1)**
28:16
**order (4)**
4:3;6:14;8:13;23:23
**otherwise (1)**

**12:18
**out (9)**
6:10,17;12:17;17:7;
25:6,22;27:22;30:7;
34:8
**over (5)**
19:20,23;25:11,24,
24

**P**

**packages (1)**
26:18
**panel (10)**
4:5;8:7;13:15;15:4,
5;19:15;22:5,5;23:6;
27:3
**panelist (2)**
14:17;26:21
**panelists (1)**
34:4
**paper (1)**
32:18
**Parada (7)**
8:6;15:3;17:3;19:11;
20:24;21:17;22:17
**participant (1)**
14:5
**participants (1)**
13:22
**particular (2)**
27:24;32:3
**parties (5)**
13:13;14:2;16:8;
29:9;33:18
**party (1)**
28:20
**Pascuzzi (11)**
14:2,21;15:1,2,5;
16:2,4,13;17:4,20;
19:11
**path (1)**
27:13
**Pause (2)**
4:7;18:6
**PDF (1)**
5:7
**people (6)**
7:9;14:2;21:21;
25:13,23;34:2
**people's (1)**
12:13
**perfect (1)**
24:5
**perfectly (1)**
7:24
**perhaps (3)**
25:7;26:6;31:7
**permit (1)**
12:12,18;23:15
**person (3)**
10:23;32:16,17
**persons (2)**

**7:4;27:3
**phonetic (1)**
14:20
**physically (1)**
28:11
**picture (1)**
5:12
**piece (1)**
32:18
**place (1)**
24:18
**plan (7)**
11:18;24:20;25:20;
27:10,12;29:13,19
**planning (2)**
5:3;16:11
**pleadings (1)**
28:25
**please (5)**
14:6;20:23;21:10;
22:3,15
**pleasure (1)**
7:1
**plenty (1)**
12:6
**PM (1)**
4:1
**point (4)**
10:23;25:5;29:6;
30:3
**Porter (7)**
14:1,20;15:5;16:25;
17:1,3;23:21
**portion (1)**
6:21
**positions (1)**
17:18
**possibility (1)**
15:25
**possible (1)**
16:6
**practice (1)**
5:14
**practicing (1)**
5:2
**precluded (1)**
16:9
**preliminary (1)**
4:24
**preparation (1)**
6:10
**presentation (1)**
28:1
**presumably (1)**
5:6
**pretrial (1)**
6:9
**Prime (4)**
8:22;10:3,10;11:15
**principle (2)**
24:24;26:1
**probably (3)**
17:2,24;18:3

**probe (3)**
10:22;29:22;30:2
**problem (4)**
5:13;6:11;26:25;
33:19
**problems (1)**
26:22
**procedure (1)**
31:10
**proceed (3)**
6:21,23;28:16
**proceedings (1)**
34:25
**process (4)**
10:21;11:16;32:16;
33:10
**procreditor (1)**
32:23
**program (1)**
5:7
**promptly (1)**
5:4
**proponents (4)**
17:10;25:19,19;
27:10
**proposed (2)**
26:14;29:13
**pull (3)**
5:9;12:2;30:18
**Pullo (13)**
7:4,5,5;8:2,5,24;9:2,
20;12:16;17:12;19:2;
23:13,16
**purported (1)**
29:2
**put (10)**
4:16;10:1;15:3,3;
19:25;24:9;29:20;
31:21,23;34:9
**putting (1)**
31:20

**Q**

**quick (1)**
5:3

**R**

**raise (15)**
7:3,5;13:13,16,18;
14:3,12,13;15:18;
19:15;21:2,14;22:15;
25:5;28:7
**raised (6)**
8:1;13:12,25;21:13;
27:11;34:13
**raising (2)**
14:5;28:11
**rather (2)**
17:21;27:21
**reached (1)**
30:7

Case: 19-30088    Doc# 7609    Filed: 05/27/20    Entered: 05/27/20 14:18:12    Page 39
of 41

**ready (1)**
26:24
**real (1)**
32:16
**really (3)**
5:25;16:10;29:20
**reason (1)**
9:12
**record (3)**
8:14;12:22;25:2
**red (1)**
27:23
**redirect (6)**
15:25;17:13;18:22;
19:13,13;23:16
**reference (1)**
11:24
**referring (3)**
9:24;11:4;19:3
**reflect (2)**
25:6;34:14
**regarding (7)**
10:11,13,20;11:16;
12:8;29:18;34:10
**regards (1)**
29:10
**related (1)**
29:19
**relevance (2)**
11:6;13:2
**relevancy (3)**
12:25;31:23;32:4
**relevant (1)**
11:17
**relief (1)**
28:16
**relieved (1)**
29:2
**remaining (1)**
27:12
**remind (1)**
33:17
**report (1)**
27:8
**REPORTER (2)**
4:6;21:18
**request (3)**
8:25;12:5;19:8
**reserve (4)**
15:17;17:13,17;
19:12
**reserved (1)**
19:13
**resolution (1)**
27:14
**resolved (2)**
27:10,15
**respect (4)**
15:15;17:12;27:11,
18
**respond (1)**
33:13
**response (3)**

7:6;11:1;34:12
**responses (2)**
5:19;25:10
**responsibilities (1)**
11:16
**rest (1)**
25:10
**restate (1)**
8:13
**returned (1)**
30:7
**reversed (1)**
20:5
**review (3)**
12:7;23:8,10
**revise (1)**
13:9
**Richardson (7)**
28:18,24;29:3,17;
30:18,24;32:1
**Richardson's (1)**
28:25
**right (36)**
4:19,19,20,22;6:15;
7:23;8:1,11;9:8,18;
11:10,25;12:2;13:6,24;
16:14;17:13;18:1,6,13,
17;20:4,24;21:1,12;
22:1,4,19;23:5,8;
29:25;31:1;32:17,24,
25;34:5
**rights (2)**
19:13,13
**rigid (1)**
18:8
**Robert (1)**
28:13
**room (2)**
6:4;14:17;33:7
**RSA (1)**
29:18
**rule (1)**
12:23
**ruled (2)**
28:19;33:18
**ruling (1)**
28:21

**S**

**same (5)**
6:4;17:19;18:21;
21:21;25:24
**SAN (1)**
4:1
**sanction (1)**
30:10
**satisfied (1)**
12:6
**saying (1)**
5:20
**Scarpulla (14)**
7:8,14;8:2,4,7,9,11,

15,16,18;9:10,14;
12:16;23:12
**Scarpulla's (2)**
9:13;12:5
**schedule (1)**
6:17
**score (1)**
23:19
**screen (6)**
5:6;8:9;9:9,10,13;
13:20
**second (3)**
11:20;15:8;20:25
**seems (2)**
10:22;25:25
**segments (1)**
26:6
**send (1)**
24:13
**sequence (1)**
21:21
**served (1)**
28:21
**several (1)**
10:2
**share (5)**
5:8,8,10;9:11;26:2
**shareholder (4)**
17:10;25:18,19;
27:10
**sharing (1)**
5:2
**short (2)**
5:5;12:11
**shortly (1)**
23:12
**shown (1)**
13:12
**side (5)**
16:24;26:1,9,9,13
**signal (1)**
6:5
**signals (1)**
20:25
**similar (1)**
16:5
**Similarly (1)**
29:17
**simplify (1)**
17:16
**simply (1)**
26:1
**sitting (1)**
33:7
**six (1)**
14:2
**skip (1)**
19:23
**skipped (2)**
19:20,23
**slow (1)**
13:25
**smooth (1)**

15:10
**smoothly (2)**
4:25;13:4
**Someone (4)**
9:8;24:5;25:18;
33:19
**sometimes (1)**
26:9
**somewhere (2)**
16:22;30:23
**soon (1)**
28:6
**Sorry (12)**
7:23;8:6;9:18;10:6,9,
17;11:12;14:23;15:2;
20:11;25:17,17
**sort (1)**
6:23
**speak (1)**
33:12
**SPEAKER (1)**
13:21
**specific (2)**
10:20,21
**specifically (1)**
29:12
**spoke (3)**
9:5;13:21;14:11
**sponsors (1)**
25:20
**staff (1)**
5:2
**start (11)**
6:22;7:3,15;8:4;
13:23;16:2;19:17;
21:21;22:6;27:3;28:9
**starting (1)**
6:15
**step (1)**
33:22
**Stephen (1)**
27:6
**Steven (1)**
28:17
**stick (4)**
9:1;18:9;19:10;20:1
**still (3)**
14:13;17:7;24:21
**strong (1)**
6:5
**subject (8)**
5:16;13:9;14:3;16:1;
26:19;31:17,18;34:4
**substance (1)**
29:20
**substantially (1)**
27:13
**substantive (1)**
29:5
**suggest (1)**
26:17
**suggested (1)**
26:6

15:10
**Sure (4)**
6:12;12:10;24:22;
29:10
**suspect (2)**
26:16;27:1
**switch (1)**
13:11

**T**

**takers (1)**
21:16
**talk (4)**
6:19;10:2;25:3;30:8
**talked (3)**
13:8;21:22;34:11
**talking (1)**
11:23
**talks (3)**
11:8;14;29:11
**TCC (7)**
15:16,18;27:9,11,16;
28:13,23;32:15
**Ted (6)**
6:12;10:15;12:22;
18:16;19:22;25:2
**ten (13)**
8:19;9:21;14:25;
21:4,11,25;22:12;23:4,
22,24,24,25;24:2
**tends (1)**
30:3
**terms (1)**
5:17
**testify (1)**
33:5
**testifying (1)**
17:12
**testimony (4)**
16:7;33:23,24;34:2
**thereafter (1)**
23:12
**therefore (2)**
12:14;18:10
**thinking (2)**
13:8;25:8
**third (1)**
20:1
**thought (6)**
4:25;15:9;19:25;
20:1;21:3;23:10
**three (3)**
7:9;17:6;26:7
**Thursday (2)**
18:13;23:18
**tie (3)**
4:12,16,16
**times (1)**
23:13
**Tip (1)**
8:9
**today (16)**
6:20;12:13;13:7;

Case: 19-30088    Doc# 7609    Filed: 05/27/20    Entered: 05/27/20 14:18:12    Page 40
of 41

15:11;23:14;24:6,8,18,
25;25:3;26:11,14,25;
33:9;34:4,8
**told (1)**
34:16
**tomorrow (9)**
6:16;7:2;12:7,14;
23:11;25:7;31:7;34:7,
15
**took (1)**
21:20
**top (2)**
8:9;33:23
**topics (1)**
13:11
**Tosdal (10)**
14:1,20;17:5;18:1,2;
20:9,10;22:6,7;23:20
**touch (1)**
6:25
**track (1)**
23:9
**transcript (1)**
10:4
**transcripts (1)**
27:1
**trial (2)**
24:24;29:12
**trouble (2)**
15:11;26:24
**Troy (7)**
22:18,21,21,23;23:1,
1,25
**true (2)**
18:21;33:24
**try (2)**
12:17;30:11
**trying (9)**
17:18;25:11;31:10,
11,14;32:7,8;33:25,25
**TSEKERIDES (37)**
4:15;6:9,12,12;9:4,5,
7,22;10:1,15,15,17,25;
11:2;12:10,21,22;13:6;
14:10;16:1;18:12,14,
16,16;19:20,22,22;
20:3;23:15;24:24;25:1,
2,17;31:15,18,20;34:21
**Tubbs (1)**
29:12
**TUESDAY (2)**
4:1;6:22
**twenty (10)**
16:23,24;17:2;20:14,
23;23:21,21,24;24:1,2
**Twenty-five (4)**
9:3;18:3;22:3;23:20
**two (8)**
5:14;16:8,10;26:7;
30:3,5,16;31:22
**two-week (1)**
12:11
**types (1)**

10:23
**typically (1)**
26:25

---

**U**

**unable (1)**
14:4
**UNIDENTIFIED (1)**
13:21
**unless (1)**
28:20
**unmute (7)**
8:12;16:25;19:18,21;
20:21;21:24;29:8
**up (11)**
5:9,11,15;12:2,4;
13:3;17:22;24:8,25;
26:18;30:19
**update (1)**
27:21
**upon (4)**
12:4;13:14;18:18;
24:4
**use (1)**
10:5
**using (2)**
7:24;23:5

---

**V**

**various (1)**
23:2
**verbally (1)**
29:6
**via (1)**
16:17
**video (5)**
5:24;9:19;13:23;
32:9;34:6
**view (2)**
6:16,24
**viewing (1)**
9:13
**violation (2)**
32:17;33:10
**voice (1)**
5:25
**vote (1)**
11:15
**votes (2)**
10:12,13
**voting (2)**
10:21;11:16

---

**W**

**Waisman (13)**
8:22;10:6,9,12,22;
11:3;12:9,10,19;19:2;
23:15;24:10;34:12
**Waisman's (1)**
11:14

**wait (2)**
8:8;32:7
**Wallace (48)**
7:8;8:3,7,12;9:16,17,
18,21;12:5,16;13:16,
19,22;14:13,15,15,16,
17,19,23,25;15:3,3;
21:2,6,7,9,11,23,24,25;
22:3;23:12,22,24;24:2;
26:23;31:14;32:7,8,10,
11,14,20,23,25;33:10,
13
**wants (1)**
22:5
**Watch (1)**
34:7
**way (14)**
5:11;6:10,17,23;
12:20;13:5;25:21,22;
26:17;27:25;30:9,12;
31:11,12
**wear (1)**
4:18
**wearing (1)**
4:12
**weather (1)**
24:6
**week (6)**
6:21;10:2;13:8;25:4;
26:12;33:18
**weekend (1)**
25:11
**Weil (2)**
6:12;27:7
**Wells (10)**
13:12;14:6,24;15:16,
20;16:23;18:10,13;
21:4;23:18
**well-taken (2)**
13:2;33:6
**what's (4)**
6:5;8:17;12:1;27:2
**Whereupon (1)**
34:25
**willing (1)**
30:8
**Will's (1)**
32:15
**wish (9)**
16:3;19:12,18;20:6;
21:4,8,23;22:24;34:19
**wishes (1)**
21:13
**withdraw (1)**
30:10
**withdrawal (1)**
27:17
**wither (1)**
23:14
**within (1)**
27:1
**without (1)**
19:9

**witness (14)**
8:22,24;9:1,24;
10:11,14;23:19;28:22;
30:22;31:2,5;33:11,20;
34:8
**witnesses (17)**
6:15;10:3,3,5;15:21,
23;16:6;17:11,14;
29:16,22;30:10;33:1,3,
4;34:10,13
**woman (1)**
14:11
**words (1)**
33:24
**work (3)**
12:7;28:4,5
**worked (1)**
25:25
**working (4)**
4:25;7:24,25;13:4
**worry (2)**
27:20,24
**written (5)**
15:24;26:25;28:16;
29:7;34:17
**wrong (2)**
21:21;27:9

---

**Y**

**year (1)**
19:3

---

**Z**

**Ziman (12)**
15:21;19:18,19,23;
20:2,6,15,22;21:5,8,14;
24:1
**Zoom (2)**
16:17

---

**1**

**1:30 (1)**
4:1
**10 (1)**
23:11
**1113 (1)**
30:20
**15th (2)**
24:19;34:18
**19th (2)**
19:3,4

---

**2**

**2019 (3)**
19:4;31:25,25
**2020 (1)**
4:1
**26 (1)**
4:1

**2643 (1)**
12:24

---

**7**

**7322 (1)**
30:25

Case: 19-30088    Doc# 7609    Filed: 05/27/20    Entered: 05/27/20 14:18:12    Page 41
of 41