# Notice Recipients

District/Off: 0971−3     User: dchambers     Date Created: 5/28/2020
Case: 19−30088     Form ID: TRANSC     Total: 12

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Cara M. Porter | Cara.Porter@doj.ca.gov |
| aty | Francis O. Scarpulla | fos@scarpullalaw.com |
| aty | James O. Johnston | jjohnston@jonesday.com |
| aty | Matthew Jordan Troy | matthew.troy@usdoj.gov |
| aty | Michael S. Etkin | metkin@lowenstein.com |
| aty | Paul J. Pascuzzi | ppascuzzi@ffwplaw.com |
| aty | Robert A. Julian | rjulian@bakerlaw.com |

TOTAL: 7

**Recipients submitted to the Claims Agent (Prime Clerk):**

| | | | | |
|---|---|---|---|---|
| intp | William B. Abrams | 1519 Branch Owl Pl. | Santa Rosa, CA 95409 | |
| aty | Stephen Karotkin | Weil, Gotshal & Manges LLP | 767 Fifth Avenue | New York, NY 10153 |
| aty | Theodore Tsekerides | Weil, Gotshal & Manges LLP | 767 Fifth Avenue | New York, NY 10153 |
| aty | Thomas Tosdal | Tosdal Law Firm | 777 S. Highway 101, #215 | Solana Beach, CA 92075 |
| | ANDREW BEHLMANN | Lowenstein Sandler LLP | One Lowenstein Drive | Roseland, NJ 07068 |

TOTAL: 5