

Signed and Filed: May 27, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:  ) Bankruptcy Case
) No. 19-30088-DM
PG&E CORPORATION,  )
) Chapter 11
      - and -  )
) Jointly Administered
PACIFIC GAS AND ELECTRIC COMPANY, )
)
      Debtors.  )
)
)
☐ Affects PG&E Corporation  )
☐ Affects Pacific Gas and  )
   Electric Company  )
☒ Affects both Debtors  )
)
*All papers shall be filed in*  )
*the Lead Case, No. 19-30088 (DM).*)
)

**ORDER REGARDING SCHEDULE FOR ORAL ARGUMENTS AND
SUBMISSION FOR DECISION**

    The court wishes to accommodate all counsel and pro se parties who wish to be heard for or against confirmation of the PG&E Plan.

    No later than 5:00 PM, May 28, 2020, counsel for Debtors should file a statement indicating how much time Debtors and the

Shareholder Proponents wish to present opening argument, and who will be making the argument.

Debtors should also file a statement at the same time that sets forth how and when they propose dealing with differences with objecting parties about cure amounts and other related executory contract issues, and why those issues may be deferred, perhaps even until after confirmation of the Plan.

No later than 12:00 noon, Saturday, May 30, 2020, parties who have filed notices pursuant to the Court's Order Establishing Confirmation Hearing Protocol (dkt. no. 7182} must notify the court whether they intend to appear in support of, or against, confirmation; the name of the person who will speak (only one per represented party); the docket numbers of the objections to confirmation they have filed, if any; the notice per the above order they have filed, if any; and the amount of time requested. Counsel for parties who have objected only because of disagreement with Debtors on cure amounts and related executory contract issues will not be permitted to argue at this time and should not send the email referred to above.

The notification they are to give is NOT to be filed. It should be sent by email to montali_orders@canb.uscourts.gov, with copy to Debtors' counsel.

By 10:00 AM, June 1, 2020, Debtors' counsel should file a statement indicating how much time is requested for closing argument.

The current expectation is that the court will issue an order on June 2, 2020, setting forth allowed times for arguments, that those will begin at 10:00 AM on Wednesday, June 3, 2020, until a

-2-

Case: 19-30088    Doc# 7613    Filed: 05/27/20    Entered: 05/27/20 17:16:08    Page 2 of 3

date and time to be determined and after completion of arguments the matter will be submitted for decision.

**END OF ORDER**