# EXHIBIT A

To Whom It May Concern:

Lisa Diane Wahnon and her minor B.C.W., seeked representation for the PG&E lawsuit mid-January. Soon after, our law firm decided to offer Mrs. Wahnon and her child representation in the lawsuit due to the circumstance Mrs. Wahnon advised Watts Guerra of:

1. Due to the 2017 Tubbs Fire which completely destroyed Mrs. Wahnon's family home, Mrs. Wahnon took a leave of absence from her career job of being a nurse due to the enormous amount of stress her family was under. Subsequently, Mrs. Wahnon decided it would be best for her to focus all her efforts on rebuilding her home for the sake of her son. In 2017, Mrs. Wahnon went through the heavy burden of completing a content list to receive the 100% of her policy limit for personal property. In 2018, Mrs. Wahnon completed her rebuild and was able to move back in with her son B.C.W..
2. In 2018, Mrs. Wahnon had zero interest in suing PG&E. Mrs. Wahnon has never seen herself as the type of person to pursue or participate in lawsuit. However, once the Kincade Fire happened, it changed Mrs. Wahnon's perspective. She could see the Geyserville fire from her home. She was having thoughts of losing her home again. Instead of falling asleep, her son, B.C.W., stayed up all night as the second night of the Kincade fire took place because he didn't want his mother or himself to burn alive. Mrs. Whanon and B.C.W. were then under mandatory evacuation. Mrs. Whanon expresses this time as reliving terrible memories. She describes the emotions her and Benjamin felt as PTSD. Due to the holidays and settling back into their new home, Mrs. Whanon has invested her time in trying to make things as normal as possible for her son B.C.W..

Mrs. Wahnon has thought it over, she wants PG&E to pay for the turmoil they have caused her family. Mrs. Wahnon is asking to," Please consider accepting her family's case, the emotional, physical damages from that 2017 fire, and repeated threats of PG&E fire damage, has changed my perspective." Please consider her wish.

Thank you.