1   WATTS GUERRA LLP
    Mikal C. Watts (*pro hac vice*)
2   Guy L. Watts II (*pro hac vice*)
    Paige Boldt, SBN 308772
3   70 Stony Point Road, Suite A
    Santa Rosa, California 95401
4   Phone: (707) 241-4567
    2561 California Park Drive, Suite 100
5   Chico, California 95928
    Phone: (530) 240-6116
6   Email: mcwatts@wattsguerra.com

7   *Attorney for Numerous Wild Fire Claimants*

8                UNITED STATES BANKRUPTCY COURT
                 NORTHERN DISTRICT OF CALIFORNIA
9                    SAN FRANCISCO DIVISION

10  In re:                                          | Bankruptcy Case
11  PG&E CORPORATION                                  No. 19-30088 (DM)
12          - and -                                   Chapter 11
                                                      (Lead Case)
13  PACIFIC GAS AND ELECTRIC                          (Jointly Administered)
14  COMPANY,
                                                      **NOTICE OF HEARING ON MOTION TO**
15                                                    **ALLOW/DEEM TIMELY LATE FILING**
              Debtors.                                **OF PROOF OF CLAIM BY LISA**
16                                                    **WAHNON AND B.C.W, A MINOR**

17  ☐Affects PG&E Corporation                        Date: June 24, 2020
    ☐Affects Pacific Gas and Electric Company        Time: 10:00 a.m. (Pacific Time)
18  ☒Affects both Debtors                            Place: United States Bankruptcy Court
                                                      Courtroom 17, 16th Floor
19   *All papers shall be filed in the Lead Case,*
20   *No. 19-30088 (DM).*                            Objection Deadline:  June 10, 2020

21

22          **PLEASE TAKE NOTICE** that on May 26, 2020, at Doc. 7616, Watts Guerra LLP filed

23  a motion on behalf of Lisa Wahnon and B.C.W., a minor, (collectively, "Movants") to allow

24  deem timely late filed proofs of claim ("Motion").

25          **PLEASE TAKE NOTICE** that the telephonic hearing on the Motion will take place on

26  June 24, 2020, at 10:00 a.m. (Pacific Time) in the Courtroom of the Honorable Dennis Montali,

27  United States Bankruptcy Judge, Courtroom 17, 16th Floor, 450 Golden Gate Avenue, San

28  Francisco, CA 91402.

- 1 -

Case: 19-30088   Doc# 7619   Filed: 05/27/20   Entered: 05/27/20 19:05:38   Page 1 of 2

1      **PLEASE TAKE FURTHER NOTICE** that any oppositions or responses to the Motion

2 must be in writing, filed with the Bankruptcy Court, and served on the counsel for the Watts

3 Guerra LLP fire victim claimants at the above-referenced addresses so as to be received by the

4 time set by the Bankruptcy Court. Any oppositions or responses must be filed and served on all

5 "Standard Parties" as defined in, and in accordance with, the Second Amended Order

6 Implementing Certain Notice and Case Management Procedures entered on May 14, 2019 (ECF

7 No. 1996) ("Case Management Order"). Any relief requested in the Motion may be granted

8 without a hearing if no opposition is timely filed and served in accordance with the Case

9 Management Order. In deciding the Motion, the Court may consider any other document filed in

these Chapter 11 Cases and related adversary proceedings.

10      **PLEASE TAKE FURTHER NOTICE** that copies of the Motion and its supporting

11 papers can be viewed and/or obtained: (i) by accessing the Court's website at

12 http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450

13 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtor's notice and claims

14 again, Prime Clerk, LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-

4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by email

15 at: pgeinfo@primeclerk.com.

16      Note that a PACER password is needed to access documents on the Bankruptcy Court's

17 website.

18 Dated: May 27, 2020.

19

20                        WATTS GUERRA LLP

21                        By:    */s/ Mikal C. Watts*
                           Mikal C. Watts

22

23

24

25

26

27

28