```
 1  Rafey S. Balabanian (SBN 315962)
    Todd Logan (SBN 305912)
 2  Brandt Silver-Korn (SBN 323530)
    **EDELSON PC**
 3  123 Townsend Street, Suite 100
    San Francisco, California 94107
 4  Tel: 415.234.5342
 5  Fax: 415.373.9495

 6
 7  *Attorneys for Numerous Victims of the Camp Fire*
 8
 9
```

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 19-30088 (Jointly Administered) |
| PG&E CORPORATION, | Chapter 11 |
| and | **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE OF EDELSON PC AS COUNSEL FOR NUMEROUS VICTIMS OF THE CAMP FIRE** |
| PACIFIC GAS & ELECTRIC COMPANY, | |
| Debtors. | |
| Affects:<br>☐ PG&E Corporation<br>☐ Pacific Gas & Electric Company<br>☒ Both Debtors | |

PLEASE TAKE NOTICE that EDELSON PC appears as counsel in the above-captioned case on behalf of survivors of the Camp Fire ("Claimants"). Claimants request under Rules 2002, 3017, and 9007 of the Federal Rules of Bankruptcy Procedure and other applicable law that an entry may be made on the court matrix and that all notices and papers filed and/or served in these cases can be served upon:

Rafey S. Balabanian (SBN 315962)
Todd Logan (SBN 305912)
Brandt Silver-Korn (SBN 323530)
**EDELSON PC**
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: 415.234.5342
Fax: 415.373.9495
E-mail: rbalabanian@edelson.com
E-mail: tlogan@edelson.com
E-mail: bsilverkorn@edelson.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request applies to and includes not only the notices and papers referenced in the Bankruptcy Rules and Bankruptcy Code, but also includes without limitation, all orders, notices and pleadings relating to any application, motion, petition, objection, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone courier services, hand delivery facsimile transmission, electronic mail, telex or otherwise that (1) affects, or seeks to affect, or may potentially affect in any way, any rights or interests of any creditor or party-in-interest in these Bankruptcy Cases; (ii) affects or seeks to affect (a) the above-captioned Debtors and/or their estates, or (b) property or proceeds thereof in the possession, custody or control of others that any of the Debtors or their estates may seek to use.

PLEASE TAKE FURTHER NOTICE that Claimants do not, by filing this Notice and Request for Notice nor any subsequent appearance, pleading claim or suit, waive or otherwise

1

impair any of their rights: (i) to have final orders in non-core matters entered only after de novo review by a District Court Judge; (ii) to have all core matters heard and decided by a District Court Judge; (iii) to trial by jury in any proceedings to triable in these cases, or any controversy or proceeding related to these cases; (iv) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (v) any other rights, claims, actions, defenses, setoffs or recoupment to which Claimants are or may be entitled in law or in equity, all of which rights, claims actions, defenses, setoffs, and recoupment Claimants expressly reserve.

Respectfully submitted,

Dated: May 27, 2020

By: /s/ Rafey S. Balabanian
By: /s/ Brandt Silver-Korn

Rafey S. Balabanian (SBN 315962)
Todd Logan (SBN 305912)
Brandt Silver-Korn (SBN 323530)
Edelson PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: 415.234.5342
Fax: 415.373.9495

*Attorneys for Numerous Victims of the Camp Fire*

2