1  Rafey S. Balabanian (SBN 315962)
2  Todd Logan (SBN 305912)
   Brandt Silver-Korn (SBN 323530)
3  **EDELSON PC**
   123 Townsend Street, Suite 100
4  San Francisco, California 94107
   Tel: 415.234.5342
5  Fax: 415.373.9495

6

7  *Attorneys for Numerous Victims of the*
   *Camp Fire*
8

9

10                **UNITED STATES BANKRUPTCY COURT**
                  **NORTHERN DISTRICT OF CALIFORNIA**
11                   **SAN FRANCISCO DIVISION**

12
   In re                                    Case No. 19-30088 (Jointly Administered)
13
   PG&E CORPORATION,                        Chapter 11
14
        and                                 **PROOF OF SERVICE**
15
   PACIFIC GAS & ELECTRIC COMPANY,
16
        Debtors.
17

18

19
   ───────────────────────────────
   Affects:
20   ☐ PG&E Corporation
     ☐ Pacific Gas & Electric Company
21   ☒ Both Debtors

22

23

24

25

26

27

28

1    I, Brandt Silver-Korn, declare:

2       I am a citizen of the United States and employed in San Francisco County, California. I am

3  over the age of eighteen years and not a party to the within-entitled action. My business address is

4  123 Townsend Street, Suite 100, San Francisco, California 94107. On May 27, 2020 I caused to be

5  served a copy of the within documents:

6       **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE OF EDELSON PC AS**

7       **COUNSEL FOR NUMEROUS VICTIMS OF THE CAMP FIRE**

8  by electronic transmission through the Court's CM/ECF system.

9       I declare under penalty of perjury under the laws of the State of California that the above is

10 true and correct.

11      Executed on May 27, 2020, at Amagansett, New York.

12

13                                                By: /s/ Brandt Silver-Korn
                                                      Brandt Silver-Korn
14

15

16

17

18

19

20

21

22

23

24

25

26

27

1

28