DocuSign Envelope ID: 091742F9-8F77-4C11-81B2-E90796BA4F63

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

In re

PG&E CORPORATION,

and

PACIFIC GAS & ELECTRIC COMPANY,

Debtors.

Affects:
☐ PG&E Corporation
☐ Pacific Gas & Electric Company
☒ Both Debtors

Case No. 19-30088 (Jointly Administered)

Chapter 11

**DECLARATION OF ANNE MARIE POUNDS**

DECLARATION OF ANNE MARIE POUNDS          1

DocuSign Envelope ID: 091742F9-8F77-4C11-81B2-E90796BA4F63

1    I, Anne Marie Pounds, pursuant to 28 U.S.C. § 1746, hereby declare and state as follows:

2         1.      This declaration is based upon my personal knowledge unless otherwise indicated. If

3 called upon to testify as to the matters stated herein, I could and would competently do so.

4         2.      On November 8, 2018, my father George "Mike" Pounds was living in a fifth wheel

5 on my property in Newcastle, California, approximately eighty (80) miles from Paradise, California.

6         3.      My father's death was profoundly devastating for me.

7         4.      My father was my best friend in life. Before the Camp Fire, we spent practically

8 every day together, exchanging books, working out, building computers, gardening, and cooking

9 with each other.

10         5.      His death was nightmarish.

11         6.      After he died, I was in a state of confusion, grief, and disorientation that lasted for

12 more than a year. What made it even worse is that, after my father died, my mother and husband

13 each faced separate life-threatening illnesses. During that time, I was their primary caregiver.

14         7.      The period of my life was so confusing and overwhelming that I found it too difficult

15 to confront any legal proceedings related to my father's death, or even contact a lawyer.

16         8.      I felt able to contact a lawyer for the first time on April 22, 2020.

17 I declare under penalty of perjury that the foregoing is true and correct.

18

19 Executed on this 27th day of May at ____Newcastle____, ____CA____.

20

21                 *Anne Marie Pounds*

22               _____
              ANNE MARIE POUNDS

23

24

25

26

27

DECLARATION OF ANNE MARIE POUNDS      2