Rafey S. Balabanian (SBN 315962)
Todd Logan (SBN 305912)
Brandt Silver-Korn (SBN 323530)
**EDELSON PC**
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: 415.234.5342
Fax: 415.373.9495

*Attorneys for Numerous Victims of the*
*Camp Fire*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 19-30088 (Jointly Administered) |
| PG&E CORPORATION, | Chapter 11 |
| and | **PROOF OF SERVICE** |
| PACIFIC GAS & ELECTRIC COMPANY, | |
| Debtors. | |

Affects:
☐ PG&E Corporation
☐ Pacific Gas & Electric Company
☒ Both Debtors

1    I, Brandt Silver-Korn, declare:

2    I am a citizen of the United States and employed in San Francisco County, California. I am

3    over the age of eighteen years and not a party to the within-entitled action. My business address is

4    123 Townsend Street, Suite 100, San Francisco, California 94107. On May 27, 2020 I served a

5    copy of the within documents:

6    **MOTION PURSUANT TO FED. R. BANKR. P. 9006(b)(1) TO DEEM ANNE**

7    **MARIE POUNDS' CLAIM TIMELY FILED**

8    by electronic transmission through the Court's CM/ECF system.

9    I declare under penalty of perjury under the laws of the State of California that the above is

10   true and correct. Executed on May 27, 2020, at Amagansett, New York.

11

12                                                    By: /s/ Brandt Silver-Korn
                                                          Brandt Silver-Korn
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                                              1

28