**EXHIBIT C**

**EXPENSE SUMMARY**
**MARCH 1, 2020 THROUGH MARCH 31, 2020**

| EXPENSES | AMOUNTS |
| --- | --- |
| Computerized Research | $0 |
| Meals | $58.12 |
| Travel | $0 |
| Transportation | $20.50 |
| Printing and Duplication | $13,118.64 |
| Transcription Services | $2,680.15 |
| Telephone Conferencing | $42.50 |
| Messenger | $2,123.19 |
| Filing Fees | $0 |
| **Total Expenses Requested:** | **$18,043.10** |