PG&E Informantion
c/o Prime Clerk, LLC
One Grand Central Place
60 East 42nd Street, Ste 1440
New York, NY 10165
pgeinfo@primeclerk.com

Courtroom 17, U.S. State Bankrupt
U.S. State Bankruptcy Court
Northern California
San Francisco, CA 94102

Robert T. Matsui
U. S. Courthouse
501 I Street 3-200
Sacramento, CA 95814

Lorraine F. Gonsalves
5747 21st Avenue
Sacramento, CA 95820

## ACTION PAGE

A+ Award Petition acceptance of Peremptory Writ Contingency Plan

Proceedings into Writ of Mandamus

*Case No. 19-30088 (DM)[(Lead Case Injoinment (Administered-In re )]

    I, Lorraine Gonsalves, am writing this ACTION PAGE to a non-eligable  Proof of Claim letter invitation to vote, however, Fact of Law remains clear PG&E CORPORATION but  PACIFIC GAS ELECTRIC COMPANY debtors businesses provided services amongst fraudulent District-Class 6A Designation of Workers for a private and service affair(e. g.,I./E.). Bankrtcy Rulre 527; 524, 525, asto 523 thanto 422[ --PC 422.55 Hate Crime. --PC 532 Theft. --PC 601 Aggrivated trespass.STANDARD.Rule 4.15 Rule 23 Peaceful Amendment.;ENACTING CLAUSE Pub. L. 95-395, title 1,$101, Nov. 6, 1978, 92 Stat. 25-49 provided in part: "The law relating to bankruptcy is codified and enacted as title 11 of the United States Code entitled  Bankruptcy and may be cited as 11 U. S. C. S—."
    NOTICE OF LIST OF COMPANION CASES asto American State of California personal space Domicil cause of action Civil Right Boarder reach into status asto physical location (§1); Am. Jur.SolvingStatues ofLimitationProblems-- --Amended Rule 3.1152, CCP 527.85[Stats. 2 Ch. 566, §1 Technicality(Meaning for Action)[Form.] Language Barrier for Litigates and/or bar non-representation asto Identity Theft Fraud Bankruptcy Rule 422.402, for a 426(Dis.Debt.Insolvency). Whereas, the Tax chain is parity in de facto of an unperfect security interest created pro rata' in essential trade vendor(s). Therefore, the scope in History primacy is challenge able principle summarized and defined under California Jurisprudence 3d issues. Thereto, Californians commission Denial of an application for certiorari by the state court of last resorta discision that an inferior tribunal did not exceed its authorirty or violate any rights, so as to constitute a final judicial determination that operates as an estoppel by judgement a federal court subsequently concidering the same issue res judicada law of the case.(§68). Prior, the date May 15, 2020 the State of Californai sent message Notice on National Television it plans on buying PG&E, and decides to file for Bankruptcy.

    1.) CA. Right-to-Sue filing Superior  Court of California, County of Sacramento
    2.) CA. Division Workers' Compensation court body-(WCAB) claim
    3.) DSC. Traffic Division, Carol Miller Justice Center MANDATE
    4.) 2 CHRO MO SUPERIOR COURT OF CALIFORNIA COUNTY OF SACRAMENTO ORDER REGARDING TEMPORARY RESTRAINING ORDER "Denied"