UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re:

PG&E CORPORATION and
PACIFIC GAS AND ELECTRIC COMPANY,

Debtors.

Chapter 11

Case No. 19-30088 Chapter 11 (DM)

(Lead Case)

(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **OLYMPUS PEAK CAV MASTER LP**<br>Name of Transferee<br>Phone: (212) 373-1189<br>Last Four Digits of Acct #: N/A<br><br>Name and Address where notices and payments to transferee should be sent:<br><br>Leah Silverman<br>c/o Olympus Peak Asset Management LP<br>745 Fifth Avenue<br>Suite 1604<br>New York, NY 10151 | **COWEN SPECIAL INVESTMENTS LLC**<br>Name of Transferor<br>Phone: 646-616-3082<br>Last Four Digits of Acct #: N/A<br><br>Claim No: 67816<br>Case No.: Pacific Gas and Electric Company (19-30089)<br><br>Date Filed: October 20, 2019<br><br>Total Amount of Claim: $733,997.35<br>**Transferred Amount of Claim:** $733,997.35 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Leah Silverman                    Date:   May 28, 2020
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Exhibit A

<u>EVIDENCE OF TRANSFER OF CLAIM</u>

TO:    United States Bankruptcy Court
Northern District of California
San Francisco Division
Attn: Clerk

AND TO:    PG&E CORPORATION AND PACIFIC GAS AND ELECTRIC COMPANY ("Debtor")
Case No. 19-30088 (Lead Case)

For value received, the adequacy and sufficiency of which are hereby acknowledged, Cowen Special Investments LLC ("<u>Assignor</u>") hereby unconditionally and irrevocably sells, transfers and assigns to Olympus Peak CAV Master LP ("<u>Assignee</u>") 100% of its right, title, and interest in and to its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) detailed in the Proof of Claim (Number 67816) and acquired from HDR Engineeting Inc., against PG&E Corporation and Pacific Gas and Electric Company (the "<u>Debtor</u>"), the debtor in Case No. 19-30088 ("<u>Case</u>") pending in the United States Bankruptcy Court for the Northern District of California (the "<u>Bankruptcy Court</u>"), and the relevant portion of such Proof of Claim (No. 67816) filed by Assignor or its predecessor-in-interest with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim, recognizing Assignee as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 26 day of May 2020.

**COWEN SPECIAL INVESTMENTS LLC**

By: _____
Name: Burton Welly
Title: Authorized Signatory

**OLYMPUS PEAK CAV MASTER LP**
By: Olympus Peak Asset Management LP, its Investment Manager

By: _Leah Silverman_____

Name:    Leah Silverman
Title:    Authorized Signatory