WATTS GUERRA LLP
Mikal C. Watts (*Pro Hac Vice*)
Guy L. Watts II (*Pro Hac Vice*)
Alicia D. O'Neill (*Pro Hac Vice*)
Paige Boldt, SBN 308772
70 Stony Point Road, Suite A
Santa Rosa, California 95401
Phone: (707) 241-4567
2561 California Park Drive, Suite 100
Chico, California 95928
Phone: (530) 240-6116
Email: mcwatts@wattsguerra.com

*Attorney for Numerous Wild Fire Claimants*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>\* All papers shall be filed in the Lead Case, *No. 19-30088 (DM)*. | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY** ***PRO HAC VICE*** |

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, JON T. GIVENS, an active member in good standing of the bar of Alaska, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above entitled-action. The name, address and telephone number of that attorney is:

Paige Boldt
Watts Guerra LLP
70 Stony Point Rd.
Ste. A
Santa Rosa, CA 95401
Phone: (707) 241-4567

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 28, 2020

                                                    Respectfully submitted,

                                                    WATTS GUERRA LLP

                                                    By:     /s/ *Jon T. Givens*
                                                                 Jon T. Givens