

**STATE OF ALASKA**

**THIRD JUDICIAL DISTRICT**

I, Deborah O'Regan, Executive Director of the Alaska Bar Association and custodian of its records, certify that **Jon T. Givens** was admitted to the Alaska Bar Association and to the practice of law in Alaska in November of 1990, and is presently an Active member in good standing of the Alaska Bar Association.

Dated April 15, 2020.



ALASKA BAR ASSOCIATION

*[signature]* for Deborah O'Regan
Executive Director

P. O. Box 100279 • Anchorage, Alaska 99510-0279
907-272-7469 • Fax 907-272-2932 • http://www.alaskabar.org