# **EXHIBIT B**

William B. Abrams
end2endconsulting@gmail.com
1519 Branch Owl Place
Santa Rosa, CA, 95409
Tel: 707 397 5727

*Pro Se Claimant and*

*Party to California Public Utilities Commission Proceeding I.19-09-016 to Consider the Ratemaking and Other Implications of a Proposed Plan for Resolution of Voluntary Case filed by Pacific Gas and Electric Company, pursuant to Chapter 11 of the Bankruptcy Code, in the United States Bankruptcy Court, Northern District of California, San Francisco Division, In re Pacific Gas and Electric Corporation and Pacific Gas and Electric Company, Case No. 19- 30088.*

*Party to California Public Utilities Commission Proceeding I.15-08-019 to Determine whether Pacific Gas and Electric Company and PG&E's Corporation's Organizational Culture and Governance Prioritizes Safety*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

In re:

PG&E CORPORATION,

    -and-

PACIFIC GAS AND ELECTRIC COMPANY,
                  Debtors.

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☒ Affects both Debtors

\* *All papers shall be filed in the lead case, No. 19-30088 (DM)*

Bankr. Case No. 19-30088 (DM)
Chapter 11
(Lead Case)
(Jointly Administered)

**WILLIAM B. ABRAMS NOTICE TO ATTEND HEARING**

<u>**Hearing:**</u> **Telephonic Appearances Only**

Date: May 27, 2020
Time: 10am PT
Place: Courtroom 17
450 Golden Gate Ave., 16th Floor
San Francisco, CA, 94102

Judge: Hon. Dennis Montali

Pursuant to the Court's May 13, 2020 Order Establishing Confirmation Hearing Protocol, I am sending this notice to the Debtors (PG&E Corporation and Pacific Gas and Electric Company) AND their Attorney of Record:

**NOTICE IS HEREBY GIVEN** that **David Richardson** is required to attend hearing or trial before the above-entitled Court at 450 Golden Gate Avenue, 16th Floor, San Francisco, CA, 94102 (**telephonic appearance ONLY**) on May 27, 2020 at 10am to testify as a witness in this action.

DATE: May, 22, 2020

Respectfully submitted,

William B. Abrams

Pro Se Claimant