# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–3 | User: dchambers | Date Created: 5/29/2020 |
| Case: 19–30088 | Form ID: TRANSC | Total: 6 |

**Recipients of Notice of Electronic Filing:**
aty    Francis O. Scarpulla    fos@scarpullalaw.com
aty    Robert A. Julian    rjulian@bakerlaw.com

        TOTAL: 2

**Recipients submitted to the Claims Agent (Prime Clerk):**
intp    William B. Abrams    1519 Branch Owl Pl.    Santa Rosa, CA 95409
aty    Richard W. Slack    Weil Gotshal and Manges, LLP    767 Fifth Ave.    New York, NY 10153–0119
aty    Stephen Karotkin    Weil, Gotshal & Manges LLP    767 Fifth Avenue    New York, NY 10153
aty    Theodore Tsekerides    Weil, Gotshal & Manges LLP    767 Fifth Avenue    New York, NY 10153

        TOTAL: 4