

WATTS GUERRA LLP
Mikal C. Watts (*Pro Hac Vice*)
Guy L. Watts II (*Pro Hac Vice*)
Alicia D. O'Neill (*Pro Hac Vice*)
Paige Boldt, SBN 308772
70 Stony Point Road, Suite A
Santa Rosa, California 95401
Phone: (707) 241-4567
2561 California Park Drive, Suite 100
Chico, California 95928
Phone: (530) 240-6116
Email: mcwatts@wattsguerra.com

*Attorney for Numerous Wild Fire Claimants*

Signed and Filed: May 28, 2020

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re:

PG&E CORPORATION

- and -

PACIFIC GAS AND ELECTRIC COMPANY,

Debtors.

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☒ Affects both Debtors

* All papers shall be filed in the Lead Case, No. 19-30088 (DM).

Bankruptcy Case
No. 19-30088 (DM)

Chapter 11
(Lead Case)
(Jointly Administered)

**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Jon T. Givens, whose business address and telephone number is Watts Guerra LLP, 70 Stony Point Road, Suite A, Santa Rosa, CA 95401; 707-241-4567 and who is an active member in good standing of the bar of Alaska having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing fire claimants.

- 1 -

IT IS HEREBY ORDERED that application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and Electronic Case Filing Procedures adopted by the United States Bankruptcy Court for the Northern District of California.

**\*\*END OF ORDER\*\***

**COURT SERVICE LIST**

**William B. Abrams**
1519 Branch Owl Pl.
Santa Rosa, CA 95409