| | |
|---|---|

Helen Sedwick
PO Box 1807
Glen Ellen, CA 95442
707-933-8003
helensedwick@gmail.com

*Fire Claimant*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>-and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>*\* All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Jointly Administered)<br><br>**DECLARATION OF HELEN SEDWICK IN SUPPORT OF MOTION FOR APPOINTMENT OF AN EXAMINER OF VOTING PROCEDURAL IRREGULARITIES PURSUANT TO SECTION 1104(c) OF THE BANKRUPTCY CODE AND RULE 2007.1**<br><br>Date: June 4, 2020<br>Time: 9:30 a.m. (Pacific Time)<br>Place: Courtroom 17<br>      United States Bankruptcy Court<br>      450 Golden Gate Avenue, 16th Floor<br>      San Francisco, CA 94102<br>Judge: Honorable Dennis Montali<br><br><u>**Objection Deadline**</u>: June 2, 2020 |

I hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. I am a fire claimant in the above-referenced case. I lost my home, office, and incurred other losses at 2896 Bardy Road, Santa Rosa, CA during the Nuns Fire. My Proof of Claim number is 53235.

2. I am one of the Administrators of a Facebook Group called Wildfire Settlement Discussion Group, and I am a participant in other Facebook Groups for victims of the 2017 North Bay Fires and 2018 Camp Fire.

1

3. On various dates starting on May 3, 2020 and continuing through May 22, 2020, I reviewed Facebook posts and comments in which people reported that they received their ballot materials just prior to the May 15, 2020 deadline, after the deadline, or not at all. I also received emails from fire claimants with similar information.

4. I collected close to 200 names. I eliminated from that preliminary list those for whom I could not easily find claim numbers for reasons such as people may not have used their full name on Facebook. I also eliminated those people whom I suspected may have received their ballot materials via text or email from Watts Guerra, Skikos other other firms, but did not realize it.

5. Attached as **Exhibit A** is the list of those who met the criteria set forth above.

6. According to Exhibit B-1 attached to DECLARATION OF CHRISTINA PULLO OF PRIME CLERK LLC REGARDING SOLICITATION OF VOTES AND TABULATION OF BALLOTS CAST WITH RESPECT TO THE DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION [Docket # 6507], approximately 980 Class 5A-III and 5B-III Fire Victim Claimants submitted ballots to Prime Clerk after the voting deadline. This indicates that the late receipt of ballots may have been a widespread problem.

I declare under penalty of perjury pursuant to the Laws of the State of California that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct and that this declaration was executed at Glen Ellen, CA on May 29, 2020.

                                                      Respectfully Submitted,

Dated:   May 29, 2020                  /s/  Helen Sedwick
                                         Fire Claimant

Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in filing this document has been obtained from the signatory, Helen Sedwick.

                                                /s/  Bonnie E. Kane
                                                Bonnie E. Kane

2

# EXHIBIT A
# FIRE CLAIMANTS REPORTING
# LATE OR MISSING BALLOT MATERIALS

| Names | Date Received | Claim Numbers | Representation |
|---|---|---|---|
| 1. Albritton, David and Susan | 5-15 | 63868 | No attorney |
| 2. Aldred-Schreiber,<br>3. Kristen,<br>4. Addyson (m),<br>5. Everlie (m),<br>6. Kash (m) | 5-15 | 39245, 74494<br>39244, 74221<br>39245, 74205<br>39242, 74200 | |
| 7. Allemandi, Jessica | 5-15 | 82790 | No attorney |
| 8. Bannister, Terrie<br>9. Stuart (m),<br>10. Haley (m),<br>11. A.S (m) | 1 on 5-12<br>4 never | 65465 | |
| 12. Barton, Diane | late | 94360 | No attorney |
| 13. Bean, Robert Louis | 5-14 | 96470 | No attorney |
| 14. Bogosian, Tara | never | 710060, 66731<br>43711, 78831 | |
| 15. Bowmer, Emetta | 5-13 | 40843<br>72714 | |
| 16. Buerer Mann, Diane | 5-15 | 42698 | |
| 17. Carter, Kari J. | 5-15 | 35468 | No attorney |
| 18. Chapple, Deborah | never | 38792, 74774 | |
| 19. Clark, Elizabeth H. | 5-14 | 83926 | No attorney |
| 20. Coffey-McKay, Kim | 5-13 | 83577 | No attorney |
| 21. Cohen, Victoria | 5-13 | 92248 | No attorney |
| 22. Dimbat, Jared | never | 70615 | |
| 23. Donnelson, Tami | never | 40907 | |
| 24. Driscoll, Patricia | 5-13 | 57456 | No attorney |
| 25. Duterte, Isaac | 5-16 | 86191 | No attorney |
| 26. Eani-Dimbat, Kelly, Craig Dimbat, CE (m) | 5-15 | 70491 | No attorney |
| 27. Florence, Lori | 5-15 | 38695, 72090 | |
| 28. Frost, David and Lori Revocable Trust | 5-15 | 10109 | No attorney |
| 29. Hanosh, Michelle | Never | 10048 | |
| 30. Hartman, Christine | late | 32242 | |
| 31. Henson, James | 5-14 | 39323, 69954 | |
| 32. Howell, Donny | Never | 94215 | |
| 33. Ingalls, Karen Lynn | 5-15 | 85774 | No attorney |
| 34. Jolliff, Lani Christina | 5-13 | 16550 | No attorney |

1

| | | | |
|---|---|---|---|
| 35. Johnston, Christopher | 5-16 | 29627, 73875 | |
| 36. Kaksonen, Suzanne | Never | 69572 | |
| 37. Ligan, Linda | late | 63136 | No attorney |
| 38. Longoria, Lisa Marie | 5-18 | 22776, 95338 | |
| 39. Marburger, Scot | 5-12 | 8999 | No attorney |
| 40. Maynard, Cheryl | 5-15 | 97006 | No attorney |
| 41. Mazzoni, Nancy | 5-12 | 9537 | No attorney |
| 42. McFall, Anika | Late | 42395, 71337 | |
| 43. McFall, Lisa | late | 43250, 69000 | |
| 44. McFarland, Shawn, 45. Amy, 46. Alaina (m), 47. Ryan (m), 48. ASM Transcription | Received 3 out of 5 around 5-13 | 65560 59531 64795 67006 | |
| 49. Mckean, Kevin | 5-13 | 77154, 86653 | |
| 50. Mckean, Terry | 5-13 | 33839, 35892, 71798 | |
| 51. Messina, Kimberly | Never | 83099 | No attorney |
| 52. Morelli, John | Never | 5891 | No attorney |
| 53. Morreale, Jeri | | 38959, 75620 | |
| 54. Mulhair, Kyle 55. Catherine | 5-14 | 42512, 70408 43173, 76654 | |
| 56. Naslund, Barbara | 5-15 | 8997 | No attorney |
| 57. Neely, Denise | 5-15 | 71354 | No attorney |
| 58. Ng, Paul (3 claims) 59. son 60. son | Received only 2 | 43887, 59770, 60324, 77635 | |
| 61. North, Sharon (3 claims) 62. child 63. child | 5-14 and 5-15 | 29751 | |
| 64. Paradise Pines Property Owners Association | 5-15 | 83074 | No attorney |
| 65. Peavler, Pam Michelle | Never | 94215 | No attorney |
| 66. Peters, Michael | 5-15 | 64194 | |
| 67. Pitre, Goldie B. | 5-13 | 56921 | No attorney |
| 68. Polen, Samantha | 5-19 | 44297, 77148, 81014, 89072 | |
| 69. Porter, Anita | 5-13 | 96303 | No attorney |
| 70. Putnam, Jennifer Geocaris | 5-15 | 92330 | No attorney |
| 71. Raisch, Lauren Stella | Never | 78011 | No attorney |
| 72. Reinert, Cody 73. Addison 74. Nathanial | 5-19 | 44093, 44142, 44269, 76281, 76348, 77133, | |

2

|   |   |   | 80172, 81642, 88980, 89066, 89069, 89073, 89084 |   |
|---|---|---|---|---|
| 75. Riley, Crystal Denise | 5-15 | 71293 43575 76234 68362 |   |   |
| 76. Rizzo, Joann | 5-16 | 62993 | No attorney |
| 77. Rohrer-McCoy, Patricia | late | 17011 | No attorney |
| 78. Son (m) |   |   |   |
| 79. Saldana, Angela | Never | 94456 | No attorney |
| 80. Sanguinet, Andrea | 5-12 | 42354, 78000 |   |
| 81. Scheideman, Pam | 5-14 | 43488, 81692, 85327 |   |
| 82. Secord, Karen | Late | 58798 | No attorney |
| 83. Shade, Larry | 5-14 | 31275 |   |
| 84. Shimmel, April | 5-12 | 34171, 38255 |   |
| 85. Stelton, Tammy | 5-15 | 39597 |   |
| 86. Stout, Kierstyn | 5-15 | 95352 | No attorney |
| 87. Swopes, Tim | 5-13 | 43799, 77524, 79946 |   |
| 88. Kinsley (m) |   | 43159, 77554 |   |
| 89. Eli (m) |   | 42741, 77554 |   |
| 90. Ulmen, Patti and Charles | Never | 32644 |   |
| 91. Veniegas, Ernie |   | 57083 | No attorney |
| 92. Wagenhoffer, Michael | Never | 40228 |   |
| 93. Wallace, Mary Kim | 5-16 | 68955 | No attorney |
| 94. White, Marian | kate | 94408 | No attorney |
| 95. Whited, Julie | 5-15 | 43086, 77164 |   |
| 96. Williamson, Cynthia |   | 34235, 38319, 72295 |   |
| 97. Winters, Angela | 5-13 | 64010 |   |
| 98. Cox, Christi | 5-15 | 42543, 76980 |   |
| 99. Gann, Victoria | Late | 84840 |   |
| 100. Garibay, Alyssa | Never | 39121 |   |
| 101. Garibay, Dawn | Never | 72355 |   |
| 102. Garibay, Jason | Never | 39120, 39119 |   |
| 103. McCown, Daniel | No ballot | 15289 |   |
| 104. McCown, Denise | No ballot | 15290 |   |
| 105. Neves, Deborah | Never | 84225 | No attorney |
| 106. Ross, Jamey | 5-12 | 83752 | No attorney |
| 107. Valva, Joseph | Never | 75506, 85260 |   |
| 108. Marilyn |   |   |   |
| 109. Dylan Shaw |   |   |   |
| 110. Scott Shaw |   |   |   |

3

| | | | |
|---|---|---|---|
| 111. Amissa Thorp<br>112. Child 1<br>113. Child 2 | | | |
| 114. Wohlau, Dirk<br>115. Trtust | Never | 96289<br>96234 | |

4