Steven S. Kane, Esq., SBN: 061670
Bonnie E. Kane, Esq., SBN: 167700
**THE KANE LAW FIRM**
402 W. Broadway, Suite 2500
San Diego, CA 92101
Telephone: (619) 236-8700
Facsimile: (619) 236-1370
E-mail: skane@thekanelawfirm.com
E-mail: bonnie@thekanelawfirm.com

Attorneys for KAREN GOWINS, Creditor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re:* | ) |
| | ) Bankr. Case No: 19-30088(DM) |
| PG&E CORPORATION | ) |
| | ) **CERTIFICATE OF SERVICE** |
| -and- | ) |
| | ) |
| PACIFIC GAS AND ELECTRIC | ) |
| COMPANY | ) |
|        Debtors. | ) |
| | ) |
| ☐ Affects PG&E Corporation | ) |
| | ) |
| ☐ Affects Pacific Gas & Electric | ) |
| | ) |
| ■ Affects Both Debtors | ) |
| _____ | ) |

**<u>CERTIFICATE OF SERVICE</u>**

I, Bonnie E. Kane, declare

I am a citizen of the United States and employed in San Diego County, California and Butte County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 402 W. Broadway, Suite 2500, San Diego, California 92101. On May 29, 2020, I served a copy of the following documents:

DECLARATION OF HELEN SEDWICK IN SUPPORT OF MOTION FOR APPOINTMENT OF AN EXAMINER OF VOTING PROCEDURAL IRREGULARITIES PURSUANT TO SECTION 1104 ( c) OF THE BANKRUPTCY CODE AND RULE 2007.1

by transmitting electronically through the Court's CM/ECF system.

 In addition, I caused to be served via Electronic Mail all parties listed on Exhibits A, unless indicated by U.S. Mail.

 I have reviews the Notices of Electronic Filing for the above-listed documents, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing System.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct. Executed on May 29, at San Diego County, California.


_____/s/ Bonnie E. Kane_____
                 Bonnie E. Kane

**Exhibit A**

| **Counsel** | **Served On** |
|---|---|
| The Debtors, c/o PG&E Corporation and Pacific Gas and Electric Company | 77 Beale Street<br>P. O. Box 77000<br>San Francisco, CA  94105<br>Attn:  Janet Loduca, Esq.<br>*Via First Class Mail* |
| Stephen Karotkin<br>Jessica Liou<br>Matthew Goren<br>Weil, Gotshal & Manges, LLP<br>Counsel for *Debtors* | stephen.karotkin@weil.com<br>jessica.liou@weil.com<br>matthew.goren@weil.com |
| Paul H. Zumbro<br>Kevin J. Orsini<br>Omid H. Nasab<br>Cravath, Swaine & Moore LLP<br>Special Counsel to *Debtors* | pzumbro@cravath.com<br>korsini@cravath.com<br>onasab@cravath.com |
| Tobias Keller<br>Jane Kim<br>Keller Benvenutti Kim LLP<br>Counsel to *Debtors* | tkeller@kbkllp.com<br>jkim@kbkllp.com |
| James L. Snyder<br>Timothey Laffredi<br>Marta E. Villacorta<br>Office of the United States Trustee | James.L.Snyder@usdoj.gov<br>timothy.s.laffredi@usdoj.gov<br>Marta.Villacorta@usdoj.gov |
| Kristopher M. Hansen<br>Erez E. Gilad<br>Matthew G. Garofalo<br>Strook & Strook & Lavan LLP<br>Counsel for the Administrative Agent<br>Under the Debtors' Debtor-in-Possession<br>Financing Facility | khansen@stroock.com<br>egilad@stroock.com<br>mgarofalo@stroock.com |
| Eli J. Vonnegut<br>David Schiff<br>Timothy Graulich<br>Davis Polk & Wardwell LLP<br>Counsel<br>David Polk & Wardwell LLP<br>Counsel for the Collateral Agent Under<br>The Debtors' in Possession Financing | eli.vonnegut@davispolk.com<br>david.schiff@davispolk.com<br>timothy.graulich@davispolk.com |

| | |
|---|---|
| **Counsel** | **Served On** |

Alan W. Kornberg                akornberg@paull.weiss.com
Brian S. Herman                bherman@paulweiss.com
Walter R. Rieman             wrieman@paulweiss.com
Sean A. Mitchell              smitchell@paulweiss.com
Paul Weiss, Rifkind, Wharton & Garrison    ndonnelly@paulweiss.com
LLP
Counsel for the California Public Utilities
Commission

Dennis F. Dunne              ddunne@milbank.com
Samuel A. Khalil             skhalil@milbank.com
Gregory A. Bray             gbray@milbank.com
Thomas R. Kreller           tkreller@milbank.com
Samir L. Vora               svora@milbank.com
Millbank LLP
Counsel for the Official Committee of
Unsecured Creditors

Robert A. Julian              rjulian@bakerlaw.com
Cecily A. Dumas             cdumas@bakerlaw.com
Eric E. Sagerman           esagerman@bakerlaw.com
Lauren T. Attard            lattard@bakerlaw.com
Baker & Hostetler LLP
Counsel for the Official Committee of Tort
Claims

Matthew A. Feldman         mfeldman@willkie.com
Joseph G. Minias            jminias@willkie.com
Benjamin P. McCallen       bmccallen@willkie.com
Daniel I. Forman           dforman@wilkie.com
Wilkie Farr & Gallagher LLP
Counsel for the Ad Hoc Group of
Subrogation Claimholders

Kathryn S. Diemer         kdiemer@diemerwei.com
Diemer & Wei
Counsel for the Ad Hoc Group of
Subrogation Claimholders

| | | |
|---|---|---|
| 1 | **Counsel** | **Served On** |
| 2 | Bruce S. Bennett | bbennett@jonesday.com |
| | Joshua M. Mester | jmester@jonesday.com |
| 3 | James O. Johnston | jjohnston@jonesday.com |
| | Jones Day | |
| 4 | Counsel for the Shareholder Proponents | |

1  **Counsel**                                    **Served On**
2  Bruce S. Bennett                               bbennett@jonesday.com
   Joshua M. Mester                               jmester@jonesday.com
3  James O. Johnston                              jjohnston@jonesday.com
   Jones Day
4  Counsel for the Shareholder Proponents

5  Michael S. Stamer                              mstamer@akingump.com
   Ira S. Dizengoff                               idizengoff@akingump.com
6  David H. Botter                                dbotter@akingump.com
   Abid Qureshi                                   aqureshi@akingump.com
7  Ashley Vinson Crawford                         avcrawform@akingump.com
8  Akin Gump Strauss Hauer & Feld LLP
   Counsel for the Ad Hoc Committee of
9  Senior Unsecured Noteholders

10 Shane Huang                                    Shane.huang@usdoj.gov
   Michael S. Tye                                 michael.tye@usdoj.gov
11 Rodney A. Morris                               Rodney.Morris2@usdoj.gov
   U.S. Department of Justice
12 Civil Division
   Counsel to the Federal Energy
13 Regulatory Commission

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28