PILLSBURY WINTHROP SHAW PITTMAN LLP

Leo T. Crowley (*pro hac vice*)
31 West 52nd Street
New York, NY 10019-6131
(212) 858-1000
leo.crowley@pillsburylaw.com

Matthew S. Walker
12255 El Camino Real, Suite 300
San Diego, CA 92130-4088
(858) 847-4158
matthew.walker@pillsburylaw.com

Dania Slim (*pro hac vice*)
324 Royal Palm Way, Suite 220
Palm Beach, FL 33480-4309
(561) 232-3300
dania.slim@pillsburylaw.com

*Counsel for Wilmington Trust, National Association, as the HoldCo Revolver Loan Administrative Agent*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>   - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                              **Debtors.** | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered) |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | **NOTICE OF WITHDRAWAL OF WILMINGTON TRUST, NATIONAL ASSOCIATION'S LIMITED OBJECTION AND RESERVATION OF RIGHTS TO DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION**<br><br>Related Docket No: 7219 |

PLEASE TAKE NOTICE THAT Wilmington Trust, National Association ("**Wilmington Trust**")[1] hereby withdraws its *Limited Objection and Reservation of Rights to Debtors' and Shareholders Proponents' Joint Chapter 11 Plan of Reorganization* [Doc. No. 7219] (the "**Limited Objection**"), which was filed on May 15, 2020. The Debtors' and Shareholder Proponents' *Joint Chapter 11 Plan of Reorganization Dated May 22, 2020* [Doc. No. 7521] (the "**Plan**") incorporates the consensual resolution reached by the Debtors and Shareholder Proponents with Wilmington Trust and thus addresses the issues raised in the Limited Objection. To the extent the Debtors and Shareholder Proponents revise the Plan in a way that affects Wilmington Trust's rights or the treatment of its claim, Wilmington Trust reserves its rights. By withdrawing the Limited Objection, Wilmington Trust is also withdrawing the Exhibit List [Doc. No. 7410] filed in support of the Limited Objection.

Dated: May 29, 2020

**PILLSBURY WINTHROP SHAW PITTMAN LLP**

By: /s/ *Leo Crowley*
Leo T. Crowley (*pro hac vice*)
31 West 52nd Street
New York, NY 10019-6131
(212) 858-1000
leo.crowley@pillsburylaw.com

Dania Slim (*pro hac vice*)
324 Royal Palm Way, Suite 220
Palm Beach, FL 33480-4309
(561) 232-3300
dania.slim@pillsburylaw.com

*Counsel for Wilmington Trust, National Association, as the HoldCo Revolver Loan Administrative Agent*

---

[1] Wilmington Trust is the successor administrative agent under that certain *Second Amended and Restated Credit Agreement* among PG&E Corporation as borrower and the agents and lenders thereunder, dated as of April 27, 2015.