| From: | ▮▮▮▮▮ |
|---|---|
| To: | ▮▮▮▮▮ |
| Subject: | RE: Delivery Status Notification (Failure) |
| Date: | Friday, May 29, 2020 11:45:29 AM |
| Attachments: | image001.png |

▮▮▮▮▮

**From:** ▮▮▮▮▮
**Sent:** Thursday, May 28, 2020 5:02 PM
**To:** ▮▮▮▮▮
**Subject:** FW: Delivery Status Notification (Failure)

▮▮▮

▮▮▮▮▮

▮▮

▮▮▮▮▮

**From:** CANB Emergency Filings <CANB-EMERGENCY-FILINGS@canb.uscourts.gov>
**Sent:** Thursday, May 28, 2020 2:13 PM
**To:** ▮▮▮▮▮
**Subject:** FW: Delivery Status Notification (Failure)

**From:** Xena Gale
**Sent:** Thursday, May 28, 2020 2:11:57 PM (UTC-08:00) Pacific Time (US & Canada)
**To:** CANB Emergency Filings
**Subject:** Fwd: Delivery Status Notification (Failure)

I sent this originally this morning, 5 28 2020, and it came back resending. Please put on the docket and schedule this to be heard.

Mary Wallace
▮▮▮▮▮

---------- Forwarded message ---------
From: **Mail Delivery Subsystem** <​███████████████████████████​>
Date: Thu, May 28, 2020 at 9:40 AM
Subject: Delivery Status Notification (Failure)
To: <​███████████████​>



## Address not found

Your message wasn't delivered to **canb-emergency-filings@canb.uscourts.govc** because the domain canb.uscourts.govc couldn't be found. Check for typos or unnecessary spaces and try again.

The response was:

```
DNS Error: 3691929 DNS type 'mx' lookup of canb.uscourts.govc responded
with code NXDOMAIN Domain name not found: canb.uscourts.govc
```

---------- Forwarded message ---------
From: Xena Gale ███████████████████████
To: canb-emergency-filings@canb.uscourts.govc
Cc:
Bcc:
Date: Thu, 28 May 2020 09:40:34 -0700
Subject: Emergency Motion to File for Mary Wallace, Creditor PG&E, Pro Per Litigant
----- Message truncated -----