Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

# Exhibit A

## COMPENSATION BY PROFESSIONAL
## MARCH 1, 2020 THROUGH MARCH 31, 2020

The attorneys who rendered professional services in these Chapter 11 Cases during the Fee Period are:

| NAME OF PROFESSIONAL PARTNERS AND COUNSEL | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Blake, Stephen | Litigation | 2008 | $1,325 | 4.00 | $5,300.00 |
| Curnin, Paul C. | Litigation | 1988 | $1,640 | 42.30 | $69,372.00 |
| Goldin, Nicholas | Litigation | 2000 | $1,480 | 61.80 | $91,464.00 |
| Grogan, Gregory T. | ECEB | 2001 | $1,535 | 16.60 | $25,481.00 |
| Kelley, Karen H. | Corporate | 2003 | $1,425 | 3.30 | $4,702.50 |
| Ponce, Mario A. | Corporate | 1989 | $1,640 | 88.90 | $145,796.00 |
| Purushotham, Ravi | Corporate | 2010 | $1,325 | 36.90 | $48,892.50 |
| Qusba, Sandy | Corporate | 1994 | $1,535 | 78.20 | $120,037.00 |
| Alcabes, Elisa | Litigation | 1989 | $1,220 | 19.60 | $23,912.00 |
| McLendon, Kathrine | Corporate | 1985 | $1,220 | 15.90 | $19,398.00 |
| Ricciardi, Sara A. | Litigation | 2003 | $1,190 | 63.50 | $75,565.00 |
| Wiseman, Stephen M. | Corporate | 1986 | $1,190 | 19.00 | $22,610.00 |
| **Total Partners and Counsel:** | | | | **450.00** | **$652,530.00** |

| NAME OF PROFESSIONAL ASSOCIATES | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Campbell, Eamonn W. | Litigation | 2016 | $915 | 3.60 | $3,294.00 |
| Egenes, Erica M. | Corporate | 2018 | $840 | 36.40 | $30,576.00 |
| Fell, Jamie | Corporate | 2015 | $995 | 25.30 | $25,173.50 |
| Isaacman, Jennifer | Litigation | 2019 | $590 | 12.40 | $7,316.00 |
| Kinsel, Kourtney J. | Litigation | 2018 | $590 | 14.70 | $8,673.00 |
| Lundqvist, Jacob | Litigation | 2019 | $590 | 13.40 | $7,906.00 |
| Phillips, Jacob M. | ECEB | 2017 | $840 | 31.00 | $26,040.00 |
| **Total Associates:** | | | | **136.80** | **$108,978.50** |

| PROFESSIONALS | BLENDED HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $1,450.07 | 450.00 | $652,530.00 |
| Associates | $796.63 | 136.80 | $108,978.50 |
| Paraprofessionals | $0.00 | 0.00 | $0.00 |
| Blended Attorney Rate | $1,297.73 | | |
| **Total Fees Incurred** | | **586.80** | **$761,508.50** |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017