Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

# Exhibit C

**EXPENSE SUMMARY FOR THE PERIOD
MARCH 1, 2020 THROUGH MARCH 31, 2020**

| | |
|---|---|
| **Court/Filing Fees** | **N/A** |
| **Research** | **$692.33** |
| Online Research | $692.33 |
| Document Retrieval | $0 |
| **Meals** | **$146.01** |
| Business | $0 |
| Overtime | $146.01 |
| Travel | $0 |
| **Travel** | **$22.00** |
| Airfare | $0 |
| Hotel | $22.00 |
| Out-of-Town Travel | $0 |
| **Transportation** | **$103.18** |
| OT Carfare | $63.53 |
| Local Travel | $39.65 |
| **Duplicating** | **$48.60** |
| **Conferencing/Communication** | **$211.28** |
| Court Call | $160.00 |
| Telephone | $51.28 |
| **Total Expenses Requested:** | **$1,223.40** |