**Exhibit E**

ITEMIZED DISBURSEMENTS

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| **Research** | | | |
| Pacer | 2/5/2020 | Charges Fell, Jamie | $0.10 |
| Pacer | 2/5/2020 | Charges Fell, Jamie | $3.00 |
| Pacer | 2/5/2020 | Charges Fell, Jamie | $5.10 |
| Online research - Lexis Nexis | 2/7/2020 | LEXIS ADVANCE ACCESS CHARGE- ISAACMAN, JENNIFER | $207.24 |
| Online research - Lexis Nexis | 2/20/2020 | LEXIS ADVANCE ACCESS CHARGE- ISAACMAN, JENNIFER | $414.49 |
| Pacer | 3/2/2020 | Charges Fell, Jamie | $0.10 |
| Pacer | 3/2/2020 | Charges Fell, Jamie | $3.00 |
| Pacer | 3/2/2020 | Charges Fell, Jamie | $3.00 |
| Pacer | 3/2/2020 | Charges Fell, Jamie | $0.50 |
| Pacer | 3/3/2020 | Charges LIBRARY, ID | $0.10 |
| Pacer | 3/3/2020 | Charges LIBRARY, ID | $3.00 |
| Pacer | 3/3/2020 | Charges LIBRARY, ID | $1.80 |
| Pacer | 3/9/2020 | LOOP UP LLC - Loopup-2020-01-21-08914-SC2298-Sara Ricciardi's Meeting Room Moderated By: 08914 | $0.10 |
| Pacer | 3/9/2020 | Charges LIBRARY, ID | $0.10 |
| Pacer | 3/9/2020 | Charges LIBRARY, ID | $0.10 |
| Pacer | 3/9/2020 | Charges LIBRARY, ID | $0.10 |
| Pacer | 3/9/2020 | Charges LIBRARY, ID | $0.10 |

---

[2] The amounts listed in this Exhibit are billed in accordance with the Fee Guidelines and Local Rules.

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| Pacer | 3/9/2020 | Charges LIBRARY, ID | $3.00 |
| Pacer | 3/9/2020 | Charges LIBRARY, ID | $1.80 |
| Pacer | 3/9/2020 | Charges LIBRARY, ID | $3.00 |
| Pacer | 3/9/2020 | Charges LIBRARY, ID | $0.50 |
| Pacer | 3/9/2020 | Charges LIBRARY, ID | $0.10 |
| Pacer | 3/9/2020 | Charges LIBRARY, ID | $0.50 |
| Pacer | 3/9/2020 | Charges LIBRARY, ID | $0.20 |
| Pacer | 3/9/2020 | Charges LIBRARY, ID | $1.80 |
| Pacer | 3/9/2020 | Charges LIBRARY, ID | $3.00 |
| Pacer | 3/9/2020 | Charges LIBRARY, ID | $3.00 |
| Pacer | 3/9/2020 | Charges LIBRARY, ID | $3.00 |
| Pacer | 3/9/2020 | Charges LIBRARY, ID | $2.50 |
| Pacer | 3/9/2020 | Charges LIBRARY, ID | $2.50 |
| Pacer | 3/9/2020 | Charges LIBRARY, ID | $3.00 |
| Pacer | 3/9/2020 | Charges LIBRARY, ID | $0.20 |
| Pacer | 3/9/2020 | Charges LIBRARY, ID | $3.00 |
| Pacer | 3/9/2020 | Charges LIBRARY, ID | $2.50 |
| Pacer | 3/9/2020 | Charges LIBRARY, ID | $2.50 |
| Pacer | 3/9/2020 | Charges LIBRARY, ID | $2.50 |
| Pacer | 3/9/2020 | Charges LIBRARY, ID | $2.40 |
| Pacer | 3/9/2020 | Charges LIBRARY, ID | $0.40 |
| Pacer | 3/9/2020 | Charges LIBRARY, ID | $3.00 |
| Pacer | 3/9/2020 | Charges LIBRARY, ID | $3.00 |
| Pacer | 3/9/2020 | Charges LIBRARY, ID | $3.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| **Travel** | | | |
| Hotel | 2/20/2020 | THE LAWYERS' TRAVEL SERVICE - Lawyers' Travel charge - LOEWS REGENCY SAN F - Mario Ponce - 2/20/2020 - 00905 - 002658 0002 | $11.00 |
| Hotel | 2/20/2020 | THE LAWYERS' TRAVEL SERVICE - Lawyers' Travel charge - LOEWS REGENCY SAN F - Mario Ponce - 2/20/2020 - 00905 - 002658 0002 | $11.00 |
| **Meals** | | | |
| Meals - Overtime | 2/19/2020 | ERICA EGENES - Overtime Meal 06PM; Overtime meal. Sons of Thunder. Charged on Ms. Egenes's personal credit card. Sons of Thunder. Charged on Ms. Egenes's personal credit card. Feb 19, 2020; Erica Egenes. Erica Egenes | $30.00 |
| Meals - Overtime | 2/26/2020 | ERICA EGENES - Overtime Meal 06PM; Overtime meal. Made Nice. Charged on Ms. Egenes's personal credit card. Made Nice. Charged on Ms. Egenes's personal credit card. Feb 26, 2020; Erica Egenes. Erica Egenes | $28.38 |
| Meals - Overtime | 3/2/2020 | ERICA EGENES - Overtime Meal 07PM; Overtime meal. Sons of Thunder. Charged on Ms. Egenes's personal credit card. Sons of Thunder. Charged on Ms. Egenes's personal credit card. Mar 02, 2020; Erica Egenes. Erica Egenes | $30.00 |
| Meals - Overtime | 3/3/2020 | ERICA EGENES - Overtime Meal 08PM; Overtime meal. American Express: TST* DOSTOROSNY-45TH NEW YORK NY American Express: TST* DOSTOROSNY-45TH NEW YORK NY Mar 03, 2020; Erica Egenes. Erica Egenes | $13.61 |
| Meals - Overtime | 3/9/2020 | JACOB LUNDQVIST - Overtime Meal; Dinner Mar 09, 2020; Jacob Lundqvist. Jacob Lundqvist | $28.04 |
| Meals - Overtime | 3/14/2020 | JACOB LUNDQVIST - Overtime Meal 12AM; Dinner Mar 14, 2020; Jacob Lundqvist. Jacob Lundqvist | $15.98 |

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| **Transportation** | | | |
| Local travel | 3/2/2020 | XYZ TWO WAY RADIO SERVICE - XYZ Taxi/03/02/20/1110/RICCIARDI 10/17 SA/00000WAIT:00000TOLL:000000003192-0002 | $39.65 |
| OT - Carfare | 3/2/2020 | ERICA EGENES - Overtime Transportation 11PM; Overtime transportation. Merchant: Uber Technologies, Inc. Merchant:Uber Technologies, Inc. Merchant: Uber Technologies, Inc. Merchant:Uber Technologies, Inc. Mar 02, 2020; Erica Egenes. | $24.10 |
| OT - Carfare | 3/4/2020 | ERICA EGENES - Overtime Transportation 12AM; Overtime transportation. Merchant: Uber Technologies, Inc. Merchant:Uber Technologies, Inc. Merchant: Uber Technologies, Inc. Merchant:Uber Technologies, Inc. Mar 04, 2020; Erica Egenes. | $23.48 |
| OT - Carfare | 3/9/2020 | JACOB LUNDQVIST - Overtime Transportation 11PM; Taxi Home Mar 09, 2020; Jacob Lundqvist. | $15.95 |
| **Duplicating** | | | |
| Color Copies 8.5x11 | 3/6/2020 | Color Copies 8.5x11: New York Rossi, Adrian D. | $48.60 |
| **Conferencing/Communication** | | | |
| Telephone | 1/3/2020 | LOOP UP LLC - Loopup-2020-01-03-00905-SC0176-Mario Ponce's Meeting Room Moderated By: 00905 | $4.13 |
| Telephone | 1/9/2020 | Telephone LOOP UP LLC - Loopup-2020-01-09-15361-SC0890-Eamonn Campbell's Meeting Room Moderated By: 15361 | $7.46 |
| Telephone | 1/10/2020 | LOOP UP LLC - Loopup-2020-01-10-08914-SC1145-Sara Ricciardi's Meeting Room Moderated By: 08914 | $5.88 |
| Telephone | 1/13/2020 | LOOP UP LLC - Loopup-2020-01-13-00905-SC1274-Mario Ponce's Meeting Room Moderated By: 00905 | $2.89 |
| Telephone | 1/21/2020 | LOOP UP LLC - Loopup-2020-01-21-08914-SC2298-Sara Ricciardi's Meeting Room Moderated By: 08914 | $0.36 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| Telephone | 1/23/2020 | LOOP UP LLC - Loopup-2020-01-23-08914-SC2573-Sara Ricciardi's Meeting Room Moderated By: 08914 | $2.64 |
| Telephone | 1/27/2020 | Telephone LOOP UP LLC - Loopup-2020-01-27-11775-SC3009-Stephen Blake's Meeting Room Moderated By: 11775 | $6.44 |
| Telephone | 1/29/2020 | LOOP UP LLC - Loopup-2020-01-29-15003-SC3289-Jamie Fell's Meeting Room Moderated By: 15003 | $17.52 |
| Telephone | 1/31/2020 | LOOP UP LLC - Loopup-2020-01-31-08914-SC3714-Sara Ricciardi's Meeting Room Moderated By: 08914 | $3.96 |
| Court Call | 3/10/2020 | COURTCALL LLC - Court Call Telephonic court appearance re: PG&E Corporation/19-30088 | $35.00 |
| Court Call | 3/24/2020 | COURTCALL LLC - Court Call Telephonic court appearance re: PG&E Corporation/19-30088 | $125.00 |
| **TOTAL:** | | | **$1,223.40** |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017