# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>   -and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                           Debtors.<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**CERTIFICATE OF NO OBJECTION REGARDING SECOND MONTHLY FEE STATEMENT OF LYNN A. BAKER FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MARCH 1, 2020 THROUGH MARCH 31, 2020**<br><br>[Re: Docket No. 7044]<br><br>**Objection Deadline: May 22, 2020** |

# THE MONTHLY STATEMENT

On May 1, 2020, Lynn A. Baker ("**Applicant**"), special counsel for the Official Committee of Tort Claimants ("**TCC**" or "**Tort Committee**"), filed her Second Monthly Fee Statement of Lynn A. Baker for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period March 1, 2020 through March 31, 2020 [Docket No. 7044] (the "**Second Monthly Statement**"), pursuant to the *Order Pursuant to 11 U.S.C. §§ 331 and 105(a) and Fed. R. Bank. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals,* entered on February 28, 2019 [Docket No. 701] (the "**Interim Compensation Procedures Order**").

The Second Monthly Statement was served as described in the Certificate of Service of Heidi Hammon-Turano, filed on May 1, 2020 [Docket. No. 7046]. The deadline to file responses or oppositions to the Second Monthly Statement was May 22, 2020, and no oppositions or responses have been filed with the Court or received by the Applicant. Pursuant to the Interim Compensation Procedures Order, the above captioned debtors and debtors-in-possession are authorized to pay the Applicant eighty percent (80%) of the fees requested in the Second Monthly Fee Statement upon the filing of this certification and without the need for a further order of the Court. A summary of the fees sought by the Applicant is attached hereto as **Exhibit A**.

# DECLARATION OF NO RESPONSE RECEIVED

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that:

1. I am Special Counsel to the TCC.

2. I certify that I have reviewed the Court's docket in these chapter 11 cases and have not received any response or opposition to the Second Monthly Statement.

3. This declaration was executed in Austin, Texas.

Dated: May 29, 2020

Respectfully submitted,

By: _____
Lynn A. Baker

*Special Counsel to the Official Committee of Tort Claimants*

# **EXHIBIT A**

Professional Fees and Expenses
Second Monthly Fee Statement

| Applicant | Fee Application Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Fees Authorized to be Paid at 80% | Expenses Authorized to be Paid at 100% | Amount of Holdback Fees |
|---|---|---|---|---|---|---|---|
| Lynn A. Baker<br><br>Special Counsel to the Official Committee of Tort Claimants | Second Monthly<br><br>3/1/20 to 3/31/20<br><br>[Docket No. 7044, filed 5/1/20] | $44,280.00 | N/A | 5/22/20 | $35,424.00 | N/A | $8,856.00 |