WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutt@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors
and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                 **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**EX PARTE APPLICATION FOR RELIEF FROM LOCAL BANKRUPTCY RULE 3007-1(a) REGARDING DEBTORS' FIRST AND SECOND OMNIBUS OBJECTIONS TO CLAIMS**<br><br>[Pursuant to B.L.R. 9014-1, no hearing as to any specific Proof of Claim unless timely Response filed]<br><br>Date: June 24, 2020<br>Time: 10:00 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>       (Telephonic Appearances Only)<br>       Courtroom 17, 16th Floor<br>       San Francisco, CA 94102 |

PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and debtors in possession (collectively, "**PG&E**" or the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") hereby request relief from Rule 3007-1(a) of the Local Rules for the Bankruptcy Court for the Northern District of California (the "**Local Rules**") relating to the *Debtors' First Omnibus Objection to Claims (Duplicative, Amended and Wrong Case Claims)* [Docket No. 7550] and the *Debtors' Second Omnibus Objection to Claims (Duplicative, Amended and Wrong Case Claims)* [Docket No. 7553] (together, the "**Omnibus Claims Objections**").

Local Rule 3007-1(a) requires that, unless the Court orders otherwise, any claim objection must attach a copy of the claim at issue, minus any attachments or exhibits. Here, the Omnibus Claims Objections objected to more than 120 claims in total. The purpose of the Omnibus Claims Objections is to eliminate duplicate proofs of claim that are based on the same obligation of the Debtors to the claimant, and to leave in place on the claims register a single proof of claim (referred to in the Omnibus Claims Objections as a "Surviving Claim") that will be unaffected by the objections. For this reason, the Debtors expect that there will be few if any challenges by claimants to the Omnibus Claims Objections. Should any claimants oppose the objections, the Debtors will endeavor to resolve them informally.

It would have been cumbersome and inefficient, and likely serve no purpose, for the Debtors to attach each claim to which objection is made, given the circumstances described above. Should the Court deny this application, the Debtors will promptly comply with Local Rule 3007-1(a) by filing copies of all referenced claims, absent their exhibits.

The Debtors have asked counsel for the two official committees and for the United States Trustee whether they oppose this request. Counsel for the Official Committee of Tort Claimants and for the United States Trustee have advised that they do not oppose it; counsel for the Official Committee of Unsecured Creditors have not communicated any objection.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

WHEREFORE the Debtors respectfully request entry of an order applicable to the Omnibus Claims Objections excusing compliance with the requirement of Local Rule 3007-1(a).

Dated: May 29, 2020

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**

By: /s/ *Peter J. Benvenutti*
 Peter J. Benvenutti

*Attorneys for Debtors and Debtors in Possession*