Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
600 Montgomery Street, Suite 3100
San Francisco, CA 94111-2806
Telephone:     415.659.2600
Facsimile:     415.659.2601
Email:   rjulian@bakerlaw.com
Email:   cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
David J. Richardson (SBN 168592)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone:     310.820.8800
Facsimile:     310.820.8859
Email:   esagerman@bakerlaw.com
Email:   drichardson@bakerlaw.com
Email:   lattard@bakerlaw.com

*Counsel for Official Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>     **-and-**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                              **Debtors.**<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE BY THE OFFICIAL COMMITTEE OF TORT CLAIMANTS OF THE COMMITTEE'S LACK OF CONSENT TO EQUITY FINANCING DOCUMENTS** |

**TO THE HONORABLE DENNIS MONTALI, AND ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that on December 6, 2019, the following parties entered into a Restructuring Support Agreement (the "**Fire Victim RSA**") [Dkt. No. 5038-1]: PG&E Corporation and Pacific Gas and Electric Company (together, the "**Debtors**"), certain funds and accounts managed or advised by Abrams Capital Management, LP and certain funds and accounts managed or advised by Knighthead Capital Management, LLC (together, the "**Shareholder Proponents**"), the Official Committee of Tort Claimants (the "**TCC**") and the Consenting Fire Claimant Professionals, as defined in the Fire Victim RSA; and

**PLEASE TAKE FURTHER NOTICE** that on December 16, 2019, the parties to the Fire Victim RSA executed an amendment to the Fire Victim RSA [Dkt. No. 5143-1] (the "**Amendment**"); and

**PLEASE TAKE FURTHER NOTICE** that on December 19, 2019, this Court approved the amended Fire Victim RSA [Dkt. No. 5174]; and

**PLEASE TAKE FURTHER NOTICE** that the Term Sheet attached to and incorporated into the Fire Victim RSA states that a "Condition to Effectiveness" is that "[a]ll definitive documents relating to the Plan, capitalization, equity and debt financing shall be in form and substance reasonably acceptable to the Plan Proponents and the Requisite Consenting Fire Claimant Professionals," Dkt. No. 5038-1 at 48. "Requisite Consenting Fire Claimant Professionals" is defined in the Fire Victim RSA as "(i) the TCC, acting by vote of simple majority of its members; and (ii) the Consenting Fire Claimant Professional Group, acting by vote of a simple majority of its members." *See* Fire Victim RSA at ¶ 1(m); and

**PLEASE TAKE FURTHER NOTICE** that the TCC avers that the "definitive documents relating to . . . equity and debt financing" referenced in the Term Sheet includes a registration rights agreement between the Debtors and the Equity Backstop Parties, with respect to the subject equity financing, which the Debtors have not provided to the TCC and which rights are inextricably intertwined with registration rights to be granted to the Fire Victim Trust; and

**PLEASE TAKE FURTHER NOTICE** that the TCC and the Plan Proponents have been in confidential mediation over documents relating to registration rights for the Fire Victim Trust and the Equity Backstop Parties; and

**PLEASE TAKE FURTHER NOTICE** that the TCC has not given its consent to any registration rights agreement for either the Fire Victim Trust or the Equity Backstop Parties, and has not received a copy of any registration rights agreement that would apply to the Equity Backstop Parties; and

**PLEASE TAKE FURTHER NOTICE** that the TCC will request that the Court include a paragraph in the confirmation order stating that:

> Pursuant to the Fire Victim RSA, "[a]ll definitive documents relating to the Plan, capitalization, equity and debt financing," including any registration rights agreement entered into by the Debtors and any other party, shall be in a form reasonably acceptable to the Requisite Consenting Fire Claimant Professionals, which includes the TCC. The Bankruptcy Court shall retain jurisdiction to resolve any issues regarding registration rights as it relates to the Fire Victim Trust and Equity Backstop Parties.

Dated: May 29, 2020

BAKER & HOSTETLER LLP

By: */s/ Robert A. Julian*
      Robert A. Julian

*Counsel to the Official Committee of Tort Claimants*