

Signed and Filed: May 29, 2020

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Bankruptcy Case No. 19-30088-DM |
| PG&E CORPORATION, | Chapter 11 |
| - and - | Jointly Administered |
| PACIFIC GAS AND ELECTRIC COMPANY, | |
| Debtors. | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | |
| * All papers shall be filed in the Lead Case, No. 19-30088 (DM). | |

### ORDER GRANTING MOTION TO EXCLUDE TESTIMONY AND CLARIFYING THE COURT'S POSITION ON ADMISSION OF EXHIBITS

The Official Committee of Tort Claimants (the "TCC") filed a motion to exclude the examination testimony of two witnesses (the "Motion") (dkt. #7634) called to be examined by Creditor William Abrams in connection with hearings on confirmation of Debtors' plan of reorganization.

-1-

The TCC seeks to exclude the testimony of Mr. Campora (counsel to chair of the TCC) and Mr. Richardson (counsel to the TCC). Mr. Campora's testimony appears irrelevant to the issues at hand in that he simply has authenticated other documents and testimony or provided information about the Tubbs fire. Further, the court agrees with the TCC that Mr. Abrams is attempting to elicit live testimony on direct examination. Mr. Richardson's declaration was submitted for the purpose of authenticating documents that the TCC wishes to include as exhibits to its objection to confirmation. Because his sole purpose appears to be to authenticate filings, it is inappropriate to allow cross-examination here and again the court expects any testimony to be irrelevant.

In addition to granting the Motion, the court wishes to clarify its position regarding the admission of exhibits into evidence. All documents on the docket and identified as exhibits or listed on any party's exhibit list are in evidence unless someone objects. If nobody objects to an exhibit being in evidence, it is in evidence and does not have to be formally offered.

**\*\*\* END OF ORDER \*\*\***

## COURT SERVICE LIST

**William B. Abrams**
1519 Branch Owl Place
Santa Rosa, CA, 95409