# Notice Recipients

District/Off: 0971−3    User: lparada    Date Created: 5/29/2020
Case: 19−30088    Form ID: pdfeoc    Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
intp    William B. Abrams    1519 Branch Owl Pl.    Santa Rosa, CA 95409

TOTAL: 1