DocuSign Envelope ID: 6F0F68CD-47ED-4CC2-81E3-D941849161F5

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>　　and<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>　　Debtors.<br><br>Affects:<br>☐ PG&E Corporation<br>☐ Pacific Gas & Electric Company<br>☒ Both Debtors | Case No. 19-30088 (Jointly Administered)<br><br>Chapter 11<br><br>**DECLARATION OF DAVID CLARK** |

DocuSign Envelope ID: 6F0F68CD-47ED-4CC2-81E3-D941849161F5

I, David Clark, pursuant to 28 U.S.C. § 1746, hereby declare and state as follows:

1. This declaration is based upon my personal knowledge unless otherwise indicated. If called upon to testify as to the matters stated herein, I could and would competently do so.

2. I am an active firefighter and former resident of Paradise, California.

3. On November 8, 2018, the Camp Fire destroyed, among things, two of my motorcycles and my truck. The Camp Fire also killed my dog.

4. Prior to October 21, 2019, I mistakenly believed I had retained counsel who would be submitting a proof of claim on my behalf. I realized this belief was mistaken after December 31, 2019.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 28th day of May at ____Paradise____, ____Ca____.

_____
DAVID CLARK