Rafey S. Balabanian (SBN 315962)
Todd Logan (SBN 305912)
Brandt Silver-Korn (SBN 323530)
**EDELSON PC**
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: 415.234.5342
Fax: 415.373.9495

*Attorneys for Numerous Victims of the Camp Fire*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 19-30088 (Jointly Administered) |
| PG&E CORPORATION, | Chapter 11 |
| and | **PROOF OF SERVICE** |
| PACIFIC GAS & ELECTRIC COMPANY, | |
| Debtors. | |

Affects:
☐ PG&E Corporation
☐ Pacific Gas & Electric Company
☒ Both Debtors

I, Brandt Silver-Korn, declare:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 123 Townsend Street, Suite 100, San Francisco, California 94107. On May 29, 2020 I caused to be served a copy of the within documents:

**MOTION PURSUANT TO FED. R. BANKR. P. 9006(b)(1) TO DEEM DAVID CLARK'S CLAIM TIMELY FILED**

by electronic transmission through the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on May 29, 2020, at Amagansett, New York.

By: /s/ Brandt Silver-Korn
Brandt Silver-Korn