Rafey S. Balabanian (SBN 315962)
Todd Logan (SBN 305912)
Brandt Silver-Korn (SBN 323530)
**EDELSON PC**
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: 415.234.5342
Fax: 415.373.9495
rbalabanian@edelson.com
tlogan@edelson.com
bsilverkorn@edelson.com

*Counsel for Claimant David Clark and
Numerous Victims of the Camp Fire*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>and<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtors.<br><br>Affects:<br>☐ PG&E Corporation<br>☐ Pacific Gas & Electric Company<br>☒ Both Debtors | Case No. 19-30088 (Jointly Administered)<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON MOTION PURSUANT TO FED. R. BANKR. P. 9006(b)(1) TO DEEM DAVID CLARK'S CLAIM TIMELY FILED**<br><br>Date: July 7, 2020<br>Time: 10:00am (Pacific Time)<br>Place: U.S. Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102<br><br>Objection Deadline: June 23, 2020 |

**PLEASE TAKE NOTICE** that on May 29, 2020, Claimant David Clark filed a *Motion Pursuant to Fed. R. Bankr. P. 9006(b)(1) To Deem David Clark's Claim Timely Filed* [Dkt. 7663] (the "Motion") in the above-captioned chapter 11 cases (the "Chapter 11 Cases") with the U.S. Bankruptcy Court for the Northern District of California (San Francisco Division) (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court will hold a hearing on July 7, 2020 at 10:00 a.m. (Pacific Time) (the "Omnibus Hearing") before the Honorable Dennis Montali, United States Bankruptcy Judge. Pursuant to the Bankruptcy Court's *General Order No. 38 In re: Coronavirus Disease Public Health Emergency*, dated March 18, 2020, the Omnibus Hearing will be conducted telephonically. The courtroom will be closed. All parties who wish to appear at the Omnibus Hearing must make arrangements to appear telephonically with CourtCall at 1-866-582-6878 no later than 4:00 p.m. (Pacific Time) on the day before the Omnibus Hearing. Further information regarding telephonic appearances via CourtCall can be found on the Bankruptcy Court's website, at the following location: www.canb.uscourts.gov > Rules and Procedures > District Procedures > Policy and Procedure for Appearances by Telephone. Charges have been waived by CourtCall for pro se parties.

**PLEASE TAKE FURTHER NOTICE** that, in addition to any other matters to be heard at the Omnibus Hearing, the Bankruptcy Court is scheduled to hear the Motion.

**PLEASE TAKE FURTHER NOTICE** that any oppositions or responses to the Motion must be in writing, filed with the Bankruptcy Court, and served on David Clark's counsel at the above-referenced addresses and via e-mail no later than June 23, 2020. Any oppositions or responses must be filed and served on all "Standard Parties" as defined in, and in accordance with, the *Second Amended Order Implementing Certain Notice and Case Management Procedures* entered May 14, 2019 [Doc. No. 1966] (the "Case Management Order"). Any relief requested in the Motion may be granted without a hearing if no opposition is timely filed and served in

1

accordance with the Case Management Order. In deciding the Motion, the Court may consider any other document filed in these Chapter 11 Cases.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion and its supporting papers can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscorts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, California 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 339-4217 for International parties or by email at pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: May 29, 2020

By: /s/ Rafey Balabanian
By: /s/ Brandt Silver-Korn

Rafey Balabanian (SBN 315962)
Todd Logan (SBN 305912)
Brandt Silver-Korn (SBN 323530)

*Counsel for Claimant David Clark and Numerous Victims of the Camp Fire*

2