# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−3 | User: dchambers | Date Created: 6/1/2020 |
| Case: 19−30088 | Form ID: TRANSC | Total: 9 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Andrew David Behlmann | abehlmann@lowenstein.com |
| aty | Benjamin P. McCallen | bmccallen@willkie.com |
| aty | Cara M. Porter | Cara.Porter@doj.ca.gov |
| aty | Robert A. Julian | rjulian@bakerlaw.com |

TOTAL: 4

**Recipients submitted to the Claims Agent (Prime Clerk):**

| | | | | |
|---|---|---|---|---|
| intp | William B. Abrams | 1519 Branch Owl Pl. | Santa Rosa, CA 95409 | |
| cr | Mary Kim Wallace | P.O. Box 1632 | Magalia, CA 95954 | |
| aty | Stephen Karotkin | Weil, Gotshal & Manges LLP | 767 Fifth Avenue | New York, NY 10153 |
| aty | Theodore Tsekerides | Weil, Gotshal & Manges LLP | 767 Fifth Avenue | New York, NY 10153 |
| aty | Thomas Tosdal | Tosdal Law Firm | 777 S. Highway 101, #215 | Solana Beach, CA 92075 |

TOTAL: 5