1   Robert A. Julian (SBN 88469)
    Cecily A. Dumas (SBN 111449)
2   BAKER & HOSTETLER LLP
    Transamerica Pyramid Center
3   600 Montgomery Street, Suite 3100
    San Francisco, CA 94111-2806
4   Telephone:    415.659.2600
    Facsimile:    415.659.2601
5   Email: rjulian@bakerlaw.com
    Email: cdumas@bakerlaw.com
6
    Eric E. Sagerman (SBN 155496)
7   David J. Richardson (SBN 168592)
    Lauren T. Attard (SBN 320898)
8   BAKER & HOSTETLER LLP
    11601 Wilshire Blvd., Suite 1400
9   Los Angeles, CA 90025-0509
    Telephone:    310.820.8800
10  Facsimile:    310.820.8859
    Email: esagerman@bakerlaw.com
11  Email: drichardson@bakerlaw.com
    Email: lattard@bakerlaw.com
12

Elizabeth A. Green (*pro hac vice*)
BAKER & HOSTETLER LLP
200 South Orange Avenue, Suite 2300
Orlando, FL 32801
Telephone:    407.649.4036
Facsimile:    407.841.0168
Email: egreen@bakerlaw.com

13  *Counsel to the Official Committee of Tort Claimants*

14  **UNITED STATES BANKRUPTCY COURT**
    **NORTHERN DISTRICT OF CALIFORNIA**
15  **SAN FRANCISCO DIVISION**

16  **In re:**                                    Bankruptcy Case
                                                   No. 19-30088 (DM)
17  **PG&E CORPORATION**
                                                   Chapter 11
         **-and-**                                 (Lead Case)
18                                                 (Jointly Administered)
    **PACIFIC GAS AND ELECTRIC**
19  **COMPANY,**
                          **Debtors.**             **NOTICE OF MEDIATION**
20                                                 **CONFIDENTIALITY PROTOCOL**
    □ Affects PG&E Corporation
21                                                 Date:     May 27, 2020
    □ Affects Pacific Gas and Electric Company     Time:     10:00 a.m. (Pacific Time)
22                                                 Place:    **Telephonic Appearances Only**
    ■ Affects both Debtors                                   United States Bankruptcy Court
23                                                           Courtroom 17, 16th Floor
                                                             San Francisco, CA 94102
24  *All papers shall be filed in the Lead Case,*
    *No. 19-30088 (DM)*
25

26

27

28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**TO THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY COURT JUDGE, THE DEBTORS AND THEIR COUNSEL, AND ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that on April 22, 2020, Judge Randall J. Newsome (Ret.), court-appointed mediator signed a Mediation Confidentiality Protocol (the "**Protocol**"), attached hereto as <u>Exhibit A</u>, establishing confidentiality requirements for mediation-related documents.

**PLEASE TAKE FURTHER NOTICE** that, in connection with efforts to resolve the outstanding objections to plan confirmation filed by the Official Committee of Tort Claimants (the "**TCC**"), the TCC anticipates filing a stipulation, statement, or other document that will confirm the resolution or other status of such objections, some of which have been the subject of mediation proceedings that are covered by the Protocol. The TCC will ensure that any such filing will conform to the requirements of the Protocol.

Dated: May 31, 2020

BAKER & HOSTETLER LLP

By:  ___/s/David J. Richardson_____
　　　Robert A. Julian
　　　Elizabeth A. Green
　　　David J. Richardson

*Counsel to the Official Committee of Tort Claimants*

1

**<u>EXHIBIT A</u>**

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

In re:

**PG&E CORPORATION**

-and-

**PACIFIC GAS AND ELECTRIC COMPANY,**

Debtors.

**Bankruptcy Case No. 19-30088 (DM)**

**Chapter 11**

**MEDIATION CONFIDENTIALITY PROTOCOL**

The Mediation shall include discussions among the Debtors (including their attorneys and financial advisors), the TCC (including its attorneys, financial advisors, and members), the Shareholder Proponents (including their attorneys and financial advisors) and the Consenting Fire Claimant Professionals (collectively, the "Mediation Parties") regarding the negotiation and finalization of certain documents relating to the implementation of the Plan. Any document transmitted by a Mediation Party that copies the undersigned Mediator shall be subject to this Protocol (the "Mediation Documents"), regardless of whether such Mediation Document contains any special legend or notation identifying it as a Mediation Document.

No Mediation Party may disclose any Mediation Document prepared or distributed by any other Mediation Party (an "Other Party Mediation Document") or any communication regarding an Other Party Mediation Document or refer to, characterize, or describe any Other Party Mediation Document or communication regarding any Other Party Mediation Document or its contents to any person, other than another Mediation Party. Without limiting the foregoing and for the avoidance of doubt, no Mediation Party shall file any Other Party Mediation Document with the Bankruptcy Court or any other court, including under seal, or refer to,

1

characterize, or describe any Other Party Mediation Document or communication regarding any Other Party Mediation Document or its contents in any pleading or filing (whether or not under seal) in any proceeding, including without limitation, any court, regulatory agency, or administrative proceeding.

If any Mediation Documents are filed with the Bankruptcy Court by the Mediation Party that prepared such documents, then any Mediation Party may file pleadings and comments regarding such filed Mediation Documents provided that no information obtained in the Mediation is used in such pleadings or comments.

Any violation of this Protocol by a Mediation Party, its attorneys, financial advisors, or members, shall subject such person to sanctions by the Bankruptcy Court. Each Mediation Party shall provide any individual that receives a Mediation Document with a copy of this Protocol.

Dated April 22, 2020

Hon. Randall J. Newsome (Ret.)
Court Appointed Mediator

2