WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Theodore E. Tsekerides (*pro hac vice*)
(theodore.tsekerides@weil.com)
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors*
*and Debtors in Possession*

JONES DAY
Bruce S. Bennett (SBN 105430)
(bbennett@jonesday.com)
Joshua M. Mester (SBN 194783)
(jmester@jonesday.com)
James O. Johnston (SBN 167330)
(jjohnston@jonesday.com)
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071-2300
Tel: 213 489 3939
Fax: 213 243 2539

*Attorneys for Shareholder Proponents*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT OPPOSITION TO MARY KIM WALLACE'S EMERGENCY MOTION FOR ADDITIONAL TIME TO EXAMINE AND RESPOND TO FILINGS IN THE CHAPTER 11 CASES** |

PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), and the Shareholder Proponents,[1] jointly submit this opposition to the *Emergency Motion to Allow Pro Per Litigant Mary Wallace Time to Examine Dockets Filed in The PG&E' Bankruptcy Case [sic] and Allow Time to Respond*, entered on May 29, 2020 [Docket No. 7652].

On May 13, 2020, after two hearings and an opportunity for all interested parties to be heard, the Court entered the *Order Establishing Confirmation Hearing Protocol* that, among other things, established May 22, 2020 as the date by which proponents and supporters of the Plan were required to file pleadings in support of confirmation and replies to objections to confirmation, including any declarations in support of the foregoing. *See* Dkt. No. 7652. On May 13, 2020, the Court also confirmed that the Confirmation Hearing would begin on May 27, 2020. *See id.*[2] The Court entered this Order without objection. The time for parties, including Ms. Wallace, to raise scheduling issues has long passed.

There are literally hundreds of parties[3] in interest in these Chapter 11 Cases, not one of whom, other than Ms. Wallace, has raised an objection to the timing of, or the ability to prepare for or meaningfully participate in, the ongoing Confirmation Hearing. As the Court is aware and as has been widely publicized, these Chapter 11 Cases are proceeding at a pace designed to take into account the critical June 30, 2020 deadline established by Assembly Bill 1054 ("**AB 1054**"). The Court, the Debtors, and the Debtors' key stakeholders, including the Fire Victims and their attorneys, have been aware of and diligently working to meet that deadline ever since the California Legislature enacted AB 1054 on July 12, 2019, nearly a year ago.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the *Plan Proponents' Joint Memorandum of Law and Omnibus Response in Support of Confirmation Of Debtors' And Shareholder Proponents' Joint Chapter 11 Plan Of Reorganization* [Docket No. 7528].

[2] The Court first established May 27, 2020 as the date on which the Confirmation Hearing would begin back on February 11, 2020. *See* Dkt. No. 5732.

[3] *See* Prime Clerk Master Service List as of May 20, 2020 (listing 403 counsel and parties in interest).

The active participation of pro per claimants has been amply supported by this Court, and to the extent that Ms. Wallace has desired to be heard and diligently engage in these proceedings, she has had that opportunity fully afforded to her. Indeed, Ms. Wallace's objection is focused on very discrete issues. *See* Dkt. No. 7367. While there has been sufficient time for Ms. Wallace to prepare for any issue she wished to raise during the Confirmation Hearing, there was certainly enough time for Ms. Wallace to review the Confirmation Hearing materials with respect to the discrete issues raised in her objection. Ms. Wallace's untimely emergency motion, filed a day *after* the long-scheduled Confirmation Hearing had already begun, should thus be denied.

Dated: May 31, 2020
New York, New York

**WEIL, GOTSHAL & MANGES LLP**

**KELLER BENVENUTTI KIM LLP**

By: ___/s/ Stephen Karotkin___
Stephen Karotkin

*Attorneys for Debtors and Debtors in Possession*