| | |
|---|---|
| 1 | Andrew I. Silfen (*pro hac vice*) |
| 2 | Beth M. Brownstein (*pro hac vice*) <br> **ARENT FOX LLP** |
| 3 | 1301 Avenue of the Americas, 42nd Floor <br> New York, New York 10019 |
| 4 | Telephone: (212) 484-3900 <br> Facsimile: (212) 484-3990 |
| 5 | Email: andrew.silfen@arentfox.com <br> beth.brownstein@arentfox.com |

Aram Ordubegian (SBN 185142)
**ARENT FOX LLP**
55 Second Street, 21st Floor
San Francisco, CA 94105
Telephone: (415) 757-5500
Facsimile: (415) 757-5501
Email: aram.ordubegian@arentfox.com

*Counsel for BOKF, NA, solely in its capacity as Indenture Trustee*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and – | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| Debtors. | **DESIGNATION OF SPEAKING ATTORNEY ON BEHALF OF BOKF, NA AS INDENTURE TRUSTEE IN CONNECTION WITH CONFIRMATION OF DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION DATED MARCH 16, 2020** |
| ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☑ Affects both Debtors <br> *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | **Hearing** <br> Date: June 1, 2020 – End of Confirmation Hearing <br> Time: 10:00 a.m. (PDT) <br> Place: Virtual <br> Judge: Hon. Dennis Montali <br><br> Re: Docket No. 7182 |

BOKF, NA, in its capacity as successor indenture trustee (the "Senior Notes Trustee") under the Indentures dated as of (i) April 22, 2005 Supplementing, Amending and Restating the Indenture of Mortgage Dated March 11, 2004 (the "2005 Indenture"); (ii) November 29, 2017 (the "2017 Indenture"); and (iii) August 6, 2018, each as supplemented or amended (the "2018 Indenture" and collectively, the "Senior Notes Indentures"), pursuant to which Pacific Gas and Electric Company (the "Utility" or, together PG&E Corporation, the "Debtors") issued the senior notes (the "Senior Notes"), by and through its counsel, Arent Fox LLP, hereby gives notice pursuant to the Court's *Order Establishing Confirmation Hearing Protocol* [ECF No 7182], that the following attorney may speak during the argument phase of the Confirmation Hearing in this matter, currently set to begin on June 3, 2020:

> Andrew I. Silfen (*pro hac vice*)
> **ARENT FOX LLP**
> 1301 Avenue of the Americas, Floor 42
> New York, NY 10019
> Tel: (212) 484-3909
> Fax: (212) 484-3990
> Email: andrew.silfen@arentfox.com

Dated: May 31, 2020  **ARENT FOX LLP**

By: */s/ Aram Ordubegian*
Aram Ordubegian (SBN 185142)
Andrew I. Silfen (*pro hac vice*)
Beth M. Brownstein (*pro hac vice*)

*Counsel for BOKF, NA, solely in its capacity as Indenture Trustee*