```
                         United States Bankruptcy Court
                         Northern District of California
```

In re:                                                          Case No. 19-30088-DM
PG&E Corporation                                                Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

```
District/off: 0971-3           User: lparada              Page 1 of 1            Date Rcvd: May 29, 2020
                               Form ID: pdfeoc            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 31, 2020.
intp           +William B. Abrams,    1519 Branch Owl Pl.,    Santa Rosa, CA 95409-4352

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 29, 2020 at the address(es) listed below:
NONE.                                                                                              TOTAL: 0



Signed and Filed: May 29, 2020

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>  - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>  Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered |

## ORDER GRANTING MOTION TO EXCLUDE TESTIMONY AND CLARIFYING THE COURT'S POSITION ON ADMISSION OF EXHIBITS

The Official Committee of Tort Claimants (the "TCC") filed a motion to exclude the examination testimony of two witnesses (the "Motion") (dkt. #7634) called to be examined by Creditor William Abrams in connection with hearings on confirmation of Debtors' plan of reorganization.

The TCC seeks to exclude the testimony of Mr. Campora (counsel to chair of the TCC) and Mr. Richardson (counsel to the TCC). Mr. Campora's testimony appears irrelevant to the issues at hand in that he simply has authenticated other documents and testimony or provided information about the Tubbs fire. Further, the court agrees with the TCC that Mr. Abrams is attempting to elicit live testimony on direct examination. Mr. Richardson's declaration was submitted for the purpose of authenticating documents that the TCC wishes to include as exhibits to its objection to confirmation. Because his sole purpose appears to be to authenticate filings, it is inappropriate to allow cross-examination here and again the court expects any testimony to be irrelevant.

In addition to granting the Motion, the court wishes to clarify its position regarding the admission of exhibits into evidence. All documents on the docket and identified as exhibits or listed on any party's exhibit list are in evidence unless someone objects. If nobody objects to an exhibit being in evidence, it is in evidence and does not have to be formally offered.

**\*\*\* END OF ORDER \*\*\***

# COURT SERVICE LIST

**William B. Abrams**
1519 Branch Owl Place
Santa Rosa, CA, 95409