# EXHIBIT B

## COMPENSATION BY WORK TASK CODE FOR SERVICES RENDERED BY BAKER & HOSTETLER LLP FOR THE PERIOD APRIL 1, 2020 THROUGH APRIL 30, 2020

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 001 | Administrative Expense Claims | 6.90 | $6,555.00 |
| 002 | Asset Sales/363 Sales | 69.30 | $36,160.50 |
| 004 | Bankruptcy Litigation | 118.80 | $61,551.00 |
| 005 | Bar Date Motion/Claims Noticing | 0.50 | $326.50 |
| 006 | Case Administration (docket updates, WIP and calendar) | 80.00 | $32,878.00 |
| 008 | Chapter 11 Plan/Plan Confirmation | 1,082.60 | $753,443.00 |
| 009 | Committee Meetings and Preparation | 219.90 | $177,666.00 |
| 010 | Corporate and Board Issues | 25.50 | $17,863.50 |
| 013 | Disclosure Statement | 62.90 | $40,350.50 |
| 018 | General Case Strategy (includes communications with Committee) | 112.40 | $87,856.50 |
| 019 | Hearings and Court Matters | 68.10 | $61,734.50 |
| 020 | Legislative Issues | 68.30 | $66,079.00 |
| 021 | Non-Bankruptcy Litigation | 0.40 | $432.00 |
| 024 | District Court Litigation | 32.10 | $21,452.00 |
| 025 | Regulatory Issues including CPUC and FERC | 355.70 | $252,783.00 |
| 026 | Retention Applications | 117.70 | $92,496.50 |
| 027 | Fee Application: Baker | 34.30 | $17,575.00 |
| 028 | Fee Application: Other Professionals | 10.10 | $6,321.00 |
| 030 | Tax Issues | 65.40 | $55,441.00 |
| 031 | U.S. Trustee/Fee Examiner Issues | 8.30 | $2,324.00 |
| 032 | Unsecured Creditor Issues/Communications/Meetings | 5.90 | $4,739.50 |
| 037 | Investigations | 136.40 | $146,052.00 |
| 039 | Other Contested Matters | 11.00 | $11,004.00 |
| 040 | Operations | 13.40 | $8,371.00 |
| 042 | Subrogation | 31.90 | $26,167.50 |
| 043 | Securities | 237.90 | $198,862.00 |
| 044 | Wildfire Assistance Fund | 0.30 | $352.50 |
| 045 | Asset Analysis and Recovery | 1,388.20 | $645,736.50 |
| 046 | Tort Claims Estimation | 272.80 | $179,751.00 |
| 047 | Class Claims Issues | 44.90 | $28,925.00 |
| 048 | Kincade Fire Issues | 0.50 | $325.00 |

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---:|---:|
| 049 | Mediation | 90.40 | $84,907.00 |
| 050 | Government Claims | 105.80 | $83,865.50 |
| 051 | CPUC BK OII 19-09-016 | 76.60 | $54,257.50 |
| 052 | Tort Claims | 170.50 | $131,165.00 |
| 053 | Contingency Process | 221.80 | $289,000.00 |
| **TOTAL** | | **5,347.50** | **$3,684,769.50** |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES