# EXHIBIT E

## Detailed Expense Entries

**Expenses and Other Charges Summary**

| | |
|---|---:|
| **Automated Research (E106)** | 12,167.36 |
| **Color Copier (E101)** | 211.50 |
| **Copier / Duplication (E101)** | 136.20 |
| **Court Costs (E112)** | 1,285.70 |
| **Delivery Services (E107)** | 77.48 |
| **Document Specialist (E119)** | 11,900.20 |
| **Messenger Service (E107)** | 24.12 |
| **Miscellaneous (E124)** | 75.00 |
| **Online Research (E106)** | 441.22 |
| **Other Professional Services (E123)** | 33,469.85 |
| **Outside Duplicating & Binding (E102)** | 100.00 |
| **Postage (E108)** | 15.40 |
| **Service of Process Fees/Subpoena Fees (E113)** | 640.60 |
| **Transcripts (E116)** | 255.30 |
| **Total Expenses** | $ 60,799.93 |

**Expenses and Other Charges**

| Date | Description | Amount |
|---|---|---:|
| 04/30/20 | Lexis Research - 01/01/2020 - 04/30/2020 (28574447) | 1,331.44 |
| 04/30/20 | Westlaw Research - 04/01/2020 - 04/30/2020 (28574388) | 10,835.92 |
| | **Subtotal - Automated Research (E106)** | **12,167.36** |
| 04/21/20 | 213 Color copies (28556689) | 106.50 |
| 04/22/20 | 210 Color copies (28556690) | 105.00 |
| | **Subtotal - Color Copier (E101)** | **211.50** |
| 04/21/20 | 6 Copies (28556629) | 0.60 |
| 04/21/20 | 5 Copies (28556628) | 0.50 |
| 04/21/20 | 494 Copies (28556624) | 49.40 |
| 04/21/20 | 11 Copies (28556641) | 1.10 |
| 04/21/20 | 446 Copies (28556642) | 44.60 |

Baker & Hostetler LLP

Atlanta Chicago Cincinnati Cleveland Columbus Costa Mesa Dallas Denver
Houston Los Angeles New York Orlando Philadelphia San Francisco Seattle Washington, DC

Case: 19-30088 Doc# 7676-5 Filed: 06/01/20 Entered: 06/01/20 05:14:53 Page 2 of 8

| Date | Description | Amount |
|---|---|---|
| 04/30/20 | 31 Copies (28555646) | 3.10 |
| 04/30/20 | 369 Copies (28556992) | 36.90 |
| | **Subtotal - Copier / Duplication (E101)** | **136.20** |
| 04/03/20 | Court Costs (E112) COURTCALL, LLC CourtCall - Cecily A Dumas - US Bankruptcy Court N.D. California- San Francisco; Inv. 04032020 (28549528) | 35.00 |
| 04/03/20 | Court Costs (E112) ELIZABETH A. GREEN Fee for Appearing via Telephone to 3/25/20 Hearing - Liz Green; Inv. 07939-04032020.1 (28568919) | 35.00 |
| 04/03/20 | Court Costs (E112) Court costs; Jorian L Rose; Attend hearing on disclosure statement supplement on March 25, 2020.; Apr 03, 2020; (28543434) | 42.50 |
| 04/03/20 | Court Costs (E112) COURTCALL, LLC US; Robert Julian; Bankruptcy Court N.D. California -San Francisco- PG&E; Inv. 10485140 (28549537) | 42.50 |
| 04/03/20 | Court Costs (E112) COURTCALL, LLC CourtCall; Gregory J. Commins - US Bankruptcy Court California -San Francisco PG&E; Inv. 10486710 (28549833) | 35.00 |
| 04/03/20 | Court Costs (E112) COURTCALL, LLC CourtCall; David J. Richardson; US Bankruptcy Court N. D. California -San Francisco; Inv. 10486170 (28549506) | 35.00 |
| 04/03/20 | Court Costs (E112) COURTCALL, LLC; Lauren T. Attard; US Bankruptcy Court N.D. California San Francisco; Inv. 10485225 (28549511) | 42.50 |
| 04/11/20 | Court Costs (E112) COURTCALL, LLC; Robert Julian; CourtCall - US Bankruptcy Court N.D. California ( San Francisco) PG&E; Inv. 10507301 (28549532) | 56.10 |
| 04/11/20 | Court Costs (E112) COURTCALL, LLC; Lauren T. Attard; CourtCall - US Bankruptcy N.D. California (San Francisco) PG&E; Inv. 10508513 (28549492) | 80.00 |
| 04/11/20 | Court Costs (E112) COURTCALL, LLC; Jerry R. Bloom; CourtCall- US Bankruptcy Court N.D. California (San Francisco) PG&E; Inv. 10513676 (28550077) | 72.50 |
| 04/11/20 | Court Costs (E112) COURTCALL, LLC; Cecily A. Dumas; CourtCall- US Bankruptcy Court N.D California (Superior Francisco) PG&E; Inv. 10512332 (28550076) | 72.50 |
| 04/11/20 | Court Costs (E112) COURTCALL, LLC; David J. Richardson; CourtCall- US Bankruptcy Court N.d. California (San Francisco) PG&E; Inv. 10507163 (28549505) | 50.50 |
| 04/11/20 | Court Costs (E112) COURTCALL, LLC; Kimberly S. Morris; | 80.00 |

Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Dallas   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   San Francisco   Seattle   Washington, DC

Case: 19-30088   Doc# 7676-5   Filed: 06/01/20   Entered: 06/01/20 05:14:53   Page 3 of 8

| Date | Description | Amount |
|---|---|---|
| | CourtCall- US Bankruptcy Court N.D. California (San Francisco) PG&E; Inv. 10507288 (28549510) | |
| 04/11/20 | Court Costs (E112) ELIZABETH A. GREEN Fee for Appearing via Telephone at 4/7/20 Hearing - Liz Green; Inv. 07939-04112020.1 (28568923) | 72.50 |
| 04/11/20 | Court Costs (E112) COURTCALL, LLC; Bridget S. McCabe; CourtCall- US Bankruptcy Court N.D. California (San Francisco) PG&E; Inv. 10512378 (28550072) | 72.50 |
| 04/11/20 | Court Costs (E112) COURTCALL, LLC; Gregory J. Commins; CourtCall - U Bankruptcy Cour N.D. California - (San Francisco) PG&E; Inv. 10510254 (28550086) | 72.50 |
| 04/11/20 | Court Costs (E112) Court costs; Jorian L Rose; Attend hearing on April 7, 2020 on March 7, 2020 hearing.; Apr 11, 2020; (28548576) | 56.10 |
| 04/11/20 | Court Costs (E112) COURTCALL, LLC; Eric R. Goodman; CourtCall - US Bankruptcy Court N.D. California (San Francisco) PG&E; Inv. 10512362 (28549829) | 80.00 |
| 04/11/20 | Court Costs (E112) COURTCALL, LLC; Eric E. Sagerman; CourtCall - US Bankruptcy Court N.D. California (San Francisco) PG&E; Inv. 10508519 (28549521) | 72.50 |
| 04/11/20 | Court Costs (E112) Telecom; Elyssa S Kates; Court Call Hearing, 4/7/2020; Court Call Hearing, 4/7/2020; Apr 11, 2020; (28568927) | 72.50 |
| 04/13/20 | Court Costs (E112) COURTCALL, LLC; David J. Richardson; CourtCall- US Bankruptcy Court N.D. California (San Francisco); Inv. 10522589 (28550079) | 35.00 |
| 04/14/20 | Court Costs (E112) COURTCALL, LLC; Jerry R. Bloom; CourtCall- US Bankruptcy Court N.D. California (San Francisco) PG&E; Inv. 10525044 (28550080) | 22.50 |
| 04/19/20 | Court Costs (E112) Court costs; Jorian L Rose; Attend hearing on April 14, 2020.; Apr 19, 2020; (28551116) | 50.50 |
| | **Subtotal - Court Costs (E112)** | **1,285.70** |
| 04/09/20 | UPS Heidi Hammon-Turano Baker & Hostetler LLP 1 Suns et Court Novato CA 1Z61A6W11396923231 (28547263) | 10.71 |
| 04/14/20 | FedEx Mark Cohen INFORMATION NOT SUPPLIED 201 LONG NE CK POINT RD DARIEN CT 391889645814 (28553975) | 14.64 |
| 04/22/20 | UPS Deanna Lane 531 Warrenton Rd. Winter Park FL 1Z F255R80193677238 (28554080) | 2.20 |
| 04/22/20 | UPS Deanna Lane 531 Warrenton Rd. Winter Park FL 1Z F255R80193677238 (28554132) | 19.72 |
| 04/27/20 | FedEx Mercer,Oliver Wyman, Inc 1050 Connecticut Ave N W WASHINGTON DC 392289599400 (28557272) | 14.32 |

Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Dallas   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   San Francisco   Seattle   Washington, DC

Case: 19-30088   Doc# 7676-5   Filed: 06/01/20   Entered: 06/01/20 05:14:53   Page 4 of 8

| Date | Description | Amount |
|---|---|---|
| 04/27/20 | FedEx Oliver Wyman, Inc 1166 Avenue of the Americas N EW YORK NY 392282601409 (28557271) | 15.89 |
| | **Subtotal - Delivery Services (E107)** | **77.48** |
| 02/29/20 | Document Specialist (E119) COMPLETE DISCOVERY SOURCE INC. Relativity Charges for PG&E Bankruptcy for February 2020; Inv. INV-CDS-03934 (28568909) | 4,079.90 |
| 03/31/20 | Document Specialist (E119) COMPLETE DISCOVERY SOURCE INC. Relativity Charges for PG&E Bankruptcy for March 2020; Inv. INV-CDS-03966 (28568911) | 4,079.90 |
| 04/30/20 | Document Specialist (E119) COMPLETE DISCOVERY SOURCE INC. Relativity Charges for PG&E Bankruptcy for April 2020; Inv. INV-CDS-03996 (28573921) | 3,740.40 |
| | **Subtotal - Document Specialist (E119)** | **11,900.20** |
| 04/27/20 | Messenger Service (E107) BUSINESS EXPRESS COURIER SERVICE Delivery to Tiffany Geyer; Inv. 21933 (28573925) | 13.95 |
| 04/30/20 | Messenger Service (E107) GLS US Courier Service; Inv. 4189059 (28568913) | 10.17 |
| | **Subtotal - Messenger Service (E107)** | **24.12** |
| 04/01/20 | Miscellaneous (E124) VERITEXT LEGAL SOLUTIONS; Conference Suite and Amenities for Document Production; Inv. SF4152555 (28573794) | 75.00 |
| | **Subtotal - Miscellaneous (E124)** | **75.00** |
| 03/31/20 | Online Research (E106) CourtTrax Corporation Court filing retrieval during March 2020.; Inv. 12100318 (28573923) | 16.20 |
| 04/01/20 | Online Research (E106) COURTHOUSE NEWS SERVICE Document download, March 2020: CA Document Download copy of document number: 00240180; Court: Sacramento County Superior Court; Inv. 672999 (28545419) | 5.35 |
| 04/01/20 | Online Research (E106) COURTHOUSE NEWS SERVICE Document download, March 2020: CA Document Download copy of document number: CGC-18-567503; Court: San Francisco County Superior Court; Inv. 672999 (28545425) | 9.63 |
| 04/01/20 | Online Research (E106) COURTHOUSE NEWS SERVICE Document download, March 2020: CA Document Download copy of document | 5.35 |

Baker & Hostetler LLP

Atlanta  Chicago  Cincinnati  Cleveland  Columbus  Costa Mesa  Dallas  Denver
Houston  Los Angeles  New York  Orlando  Philadelphia  San Francisco  Seattle  Washington, DC

Case: 19-30088    Doc# 7676-5    Filed: 06/01/20    Entered: 06/01/20 05:14:53    Page 5 of 8

| Date | Description | Amount |
|---|---|---|
| | number: 00238408; Court: Sacramento County Superior Court; Inv. 672999 (28545422) | |
| 04/01/20 | Online Research (E106) COURTHOUSE NEWS SERVICE Document download, March 2020: CA Document Download copy of document number: 19CV00294; Court: Butte County Superior Court; Inv. 672999 (28545430) | 27.82 |
| 04/01/20 | Online Research (E106) COURTHOUSE NEWS SERVICE Document download, March 2020: CA Document Download copy of document number: CGC-18-569586; Court: San Francisco County Superior Court; Inv. 672999 (28545420) | 13.91 |
| 04/01/20 | Online Research (E106) COURTHOUSE NEWS SERVICE Document download, March 2020: CA Document Download copy of document number: 00238420; Court: Sacramento County Superior Court; Inv. 672999 (28545421) | 5.35 |
| 04/01/20 | Online Research (E106) COURTHOUSE NEWS SERVICE Document download, March 2020: CA Document Download copy of document number: SCV263859; Court: Sonoma County Superior Court; Inv. 672999 (28545429) | 5.35 |
| 04/01/20 | Online Research (E106) COURTHOUSE NEWS SERVICE Document download, March 2020: CA Document Download copy of document number: 00239914; Court: Sacramento County Superior Court; Inv. 672999 (28545424) | 5.35 |
| 04/01/20 | Online Research (E106) COURTHOUSE NEWS SERVICE Document download, March 2020: CA Document Download copy of document number: 18CECG03000; Court: Fresno County Superior Court; Inv. 672999 (28545426) | 5.35 |
| 04/01/20 | Online Research (E106) COURTHOUSE NEWS SERVICE Document download, March 2020: CA Document Download copy of document number: 18CV333590; Court: Santa Clara County Superior Court; Inv. 672999 (28545431) | 5.35 |
| 04/01/20 | Online Research (E106) COURTHOUSE NEWS SERVICE Document download, March 2020: CA Document Download copy of document number: 00238400; Court: Sacramento County Superior Court; Inv. 672999 (28545428) | 5.35 |
| 04/02/20 | Online Research (E106) BUREAU OF NATIONAL AFFAIRS, INC. Bloomberg Law Docket: March 2020 Docket Charges: E.D. La. 2:13-cv-05373; Inv. 6888248817 (28549041) | 0.32 |
| 04/02/20 | Online Research (E106) BUREAU OF NATIONAL AFFAIRS, INC. Bloomberg Law Docket: March 2020 Docket Charges: C.D. Cal. 2:19-cv-07179; N.D. Cal. 3:18-cv-04698, 3:18-cv-07128, 5:18-cv-03509; Inv. 6888248963 (28545889) | 157.23 |

Baker & Hostetler LLP

Atlanta  Chicago  Cincinnati  Cleveland  Columbus  Costa Mesa  Dallas  Denver
Houston  Los Angeles  New York  Orlando  Philadelphia  San Francisco  Seattle  Washington, DC

Case: 19-30088    Doc# 7676-5    Filed: 06/01/20    Entered: 06/01/20 05:14:53    Page 6 of 8

| Date | Description | Amount |
|---|---|---|
| 04/17/20 | Online Research (E106) THOMSON CORPORATION REUTERS / WEST PAYMENT CENTER WCX Tier 2 State Trial Court Fee; CGC19579861; San Francisco Superior Court; Inv. 6134491322 (28567087) | 173.31 |
| | **Subtotal - Online Research (E106)** | **441.22** |
| 04/25/20 | Other Professional Services (E123) Expert 15 (28555220) | 13,500.00 |
| 04/27/20 | Other Professional Services (E123) Expert 10 (28569421) | 7,659.85 |
| 04/30/20 | Other Professional Services (E123) Opus 2 International Inc Magnum Enterprise License; Inv. 4781 (28567804) | 1,150.00 |
| 04/30/20 | Other Professional Services (E123) Expert 2 (28570170) | 11,160.00 |
| | **Subtotal - Other Professional Services (E123)** | **33,469.85** |
| 04/01/20 | Outside Duplicating & Binding (E102) VERITEXT LEGAL SOLUTIONS Document Production re Family Tree Services, Inc.; Inv. SF4152556 (28573796) | 100.00 |
| | **Subtotal - Outside Duplicating & Binding (E102)** | **100.00** |
| 04/21/20 | POSTAGE (28552309) | 0.50 |
| 04/30/20 | POSTAGE (28557002) | 14.90 |
| | **Subtotal - Postage (E108)** | **15.40** |
| 04/15/20 | Service of Process Fees/Subpoena Fees (E113) NATIONWIDE LEGAL, INC Process Service for subpoena served 03/27/2020; Inv. 00000017098 (28568915) | 124.60 |
| 04/30/20 | Service of Process Fees/Subpoena Fees (E113) NATIONWIDE LEGAL, INC Courier Service EX PARTE APPLICTION OF THE OFFICIAL COMMITTEE OF TORT CLIMANTS PURSUNT TO FEDERL RULE; Inv. 00000017443 (28568933) | 307.00 |
| 04/30/20 | Service of Process Fees/Subpoena Fees (E113) NATIONWIDE LEGAL, INC EX Parte Application: Order Granting EX PARTE SUBPOENA TO PRODUCE 04/24/2020; Inv. 00000017443 (28568931) | 209.00 |
| | **Subtotal - Service of Process Fees/Subpoena Fees (E113)** | **640.60** |

Baker & Hostetler LLP

Atlanta  Chicago  Cincinnati  Cleveland  Columbus  Costa Mesa  Dallas  Denver
Houston  Los Angeles  New York  Orlando  Philadelphia  San Francisco  Seattle  Washington, DC

Case: 19-30088    Doc# 7676-5    Filed: 06/01/20    Entered: 06/01/20 05:14:53    Page 7 of 8

| Date | Description | Amount |
|---|---|---|
| 04/09/20 | Transcripts (E116) eScribers, LLC Copy of April 7, 2020 Telephonic Bankruptcy Hearing Transcript before Judge Montali; Inv. 321680 (28549060) | 94.80 |
| 04/16/20 | Transcripts (E116) eScribers, LLC Copy of the April 14, 2020 Telephonic Bankruptcy Hearing Transcript before Judge Montali; Inv. 323015 (28549524) | 108.00 |
| 04/16/20 | Transcripts (E116) Jo Ann Bryce Copy of the April 16, 2020 District Court Hearing Transcript before Judge Donato; Inv. JAB-041620 (28549842) | 52.50 |
| | **Subtotal - Transcripts (E116)** | **255.30** |
| | **Total** | **$ 60,799.93** |

Baker & Hostetler LLP

Atlanta  Chicago  Cincinnati  Cleveland  Columbus  Costa Mesa  Dallas  Denver
Houston  Los Angeles  New York  Orlando  Philadelphia  San Francisco  Seattle  Washington, DC

Case: 19-30088    Doc# 7676-5    Filed: 06/01/20    Entered: 06/01/20 03:14:53    Page 8 of 8