MACDONALD | FERNANDEZ LLP
Iain A. Macdonald (SBN 051073)
Alexander K. Lee (SBN 293724)
221 Sansome Street, Third Floor
San Francisco, CA 94104-2323
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Creditor,
U.S. TelePacific Corp. dba TPx Communications

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | Case No. 19-30088-DM |
| **PG&E CORPORATION,** | Chapter 11 |
| -and- | (Lead Case) (Jointly Administered) |
| **PACIFC GAS AND ELECTRIC COMPANY,** | **CERTIFICATE OF SERVICE** |
| **Debtors.** | Honorable Hon. Dennis Montali |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | |

I the undersigned state that I am employed in the City and County of San Francisco, State of California; that I am over the age of eighteen years and not a party to the within action; that my business address is 221 Sansome Street, San Francisco, California, 94104-2323.

On the date hereon, I served the foregoing document(s) described as:

1. **U.S. TELEPACIFIC CORP. DBA TPX COMMUNICATIONS' LIMITED OBJECTION TO PROPOSED FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER CONFIRMING DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION**

on the following individuals and/or entities on the attached service list as follows:

  X     (By E-mail) By causing a true copy of said document(s), to be transmitted by e-mail to the e-mail addresses shown below, known by or represented to me to be the receiving e-mail addresses of the parties/persons/firms listed below. I did not receive, within a reasonable period of time, after the transmission, any electronic message or other indication that the

transmission was unsuccessful.

Executed on  June 1, 2020  , at San Francisco, California.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

/s/ Brenda S. Johnson
BRENDA S. JOHNSON

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to California Public Utilities Commission | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Alan W. Kornberg, Brian S. Hermann, Walter R. Rieman, Sean A. Mitchell, Neal P. Donnelly | akornberg@paulweiss.com; bhermann@paulweiss.com; wrieman@paulweiss.com; smitchell@paulweiss.com; ndonnelly@paulweiss.com |
| Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company | Akin Gump Strauss Hauer & Feld LLP | Attn: Ashley Vinson Crawford | avcrawford@akingump.com |
| Counsel for the Official Committee of Unsecured Creditors | Milbank LLP | Attn: Dennis F. Dunne, Samuel A. Khalil | ddunne@milbank.com; skhalil@milbank.com |
| Counsel for the agent under the Debtors' proposed debtor in possession financing facilities, Counsel for Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility | Davis Polk & Wardwell LLP | Attn: Eli J. Vonnegut, David Schiff, Timothy Graulich | eli.vonnegut@davispolk.com; david.schiff@davispolk.com; timothy.graulich@davispolk.com |
| Counsel for Official Committee of Tort Claimants | BAKER & HOSTETLER, LLP | Attn: Eric E. Sagerman, Lauren T. Attard | esagerman@bakerlaw.com; lattard@bakerlaw.com |
| Counsel for the Official Committee of Unsecured Creditors | Milbank LLP | Attn: Gregory A. Bray, Thomas R. Kreller, Samir L. Vora, Alan J. Stone, Paul S. Aronzon | Gbray@milbank.com; TKreller@milbank.com; svora@milbank.com; astone@milbank.com; Paronzon@milbank.com |
| Co-Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company | BraunHagey & Borden LLP | Attn: J. Noah Hagey, Jeffrey M. Theodore, David H. Kwasniewski, Andrew Levine | hagey@braunhagey.com; theodore@braunhagey.com; kwasniewski@braunhagey.com; levine@braunhagey.com |
| Office of the United States Trustee | Office of the United States Trustee | Attn: James L. Snyder, Esq. & Timothy Lafreddi, Esq., Marta E. Villacorta | James.L.Snyder@usdoj.gov; timothy.s.laffredi@usdoj.gov; Marta.Villacorta@usdoj.gov |
| Counsel for Ad Hoc Group of Subrogation Claim Holders | Diemer & Wei, LLP | Attn: Kathryn S. Diemer, Alexander J. Lewicki | kdiemer@diemerwei.com; alewicki@diemerwei.com |
| Counsel for JPMorgan Chase Bank, N.A., as DIP Administrative Agent | Stroock & Stroock & Lavan LLP | Attn: Kristopher M. Hansen, Erez E. Gilad, Matthew G. Garofalo | khansen@stroock.com; egilad@stroock.com; mgarofalo@stroock.com |
| Counsel for Ad Hoc Group of Subrogation Claim Holders | Willkie Farr & Gallagher LLP | Attn: Matthew A. Feldman, Joseph G. Minias, Daniel I. Forman, Benjamin P. McCallen, Antonio Yanez, Jr., Erica L. Kerman, Jonathan D. Waisnor, Matthew Freimuth | mfeldman@willkie.com; jminias@willkie.com; dforman@willkie.com; bmccallen@willkie.com; ayanez@willkie.com; ekerman@willke.com; jwaisnor@willkie.com; mfreimuth@willkie.com |
| Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company | Akin Gump Strauss Hauer & Feld LLP | Attn: Michael S. Stamer, Ira S. Dizengoff, David H. Botter | mstamer@akingump.com; idizengoff@akingump.com; dbotter@akingump.com |
| Counsel for Official Committee of Tort Claimants | BAKER & HOSTETLER, LLP | Attn: Robert A. Julian, Cecily A. Dumas | rjulian@bakerlaw.com; cdumas@bakerlaw.com |
| Special Counsel to Debtors | Cravath, Swaine & Moore LLP | Attn: Paul H. Zumbro, Kevi J. Orsini, George E. Zobitz, Stephen M. Kessing, Nicholas A. Dorsey, Omid . Nasab | pzumbro@cravath.com; korsini@cravath.com; jzobitz@cravath.com; skessing@cravath.com; ndorsey@cravath.com; onasab@cravath.com; |
| Counsel to Debtor | Weil, Gotshal & Manges LLP | Attn: Stephen Karotkin, Jessica Liou, Matthew Goren | stephen.karotkin@weil.com; matthew.goren@weil.com; jessica.liou@weil.com |
| Counsel to Debtor | Keller Benvenutti Kim LLP | Attn: Tobias S. Keller, Jane Kim | tkeller@kbkllp.com; jkim@kbkllp.com |

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Interested Party U.S. on Behalf of Federal Energy Regulatory Commission | U.S. Dept. of Justice | Attn: Danielle A. Pham | danielle.pham@usdoj.gov |
| PG&E Shareholders | Jones Day | Attn: Bruce S. Bennett, Joshua M. Mester, James O. Johnston | bbennett@jonesday.com; jmester@jonesday.com; jjohnston@jonesday.com |
| U.S. Nuclear Regulatory Commission | U.S. Nuclearl Regulatory Commission | Attn: Anita Ghosh Naber | anita.ghoshnaber@nrc.gov |
| Counsel to Avangrid Renewables, LLC, Klondike Wind Power III LLC, and Shiloh I Wind Project LLC, Enel Green Power North America, Inc., et al. and Enel X, Counsel for Gill Ranch Storage, LLC, Counsel for Dynamics, Inc., et al., Counsel for Power LLC, et al. | Stoel Rives LLP | Attn: Andrew H. Morton, Jennifer N. Slocum | andrew.morton@stoel.com, jennifer.slocum@stoel.com |
| California Public Utilities Commission | California Public Utilities Commission | Attn: Arocles Aguilar, Geoffrey Dryvynsyde, and Candace Morey | arocles.aguilar@cpuc.ca.gov geoffrey.dryvynsyde@cpuc.ca.gov candace.morey@cpuc.ca.gov |
| Counsel to Southwire Company LLC | Parker, Hudson, Rainer & Dobbs, LLP | Attn: Bryan E. Bates, Esq. | bbates@phrd.com |
| Counsel to Canyon Capital Advisors LLC | QUINN EMANUEL URQUHART & SULLIVAN, LLP | Attn: Bennett Murphy | bennettmurphy@quinnemanuel.com |
| Counsel to Quest Diagnostics Health & Wellness LLC d/b/a Quest Diagnostics | Morris James LLP | Attn: Brett D. Fallon, Esq. | bfallon@morrisjames.com |
| Attorneys for Creidtor Karen Gowins and Certain Victims of the Camp Fire | The Kane Law Firm | Attn: Steven S. Kane, Bonnie E. Kane | bonnie@thekanelawfirm.com skane@thekanelawfirm.com |
| Counsel to BNP Paribas | MAYER BROWN LLP | Attn: Brian Trust, Joaquin C de Baca | btrust@mayerbrown.com jcdebaca@mayerbrown.com |
| Counsel to BNP Paribas | MAYER BROWN LLP | Attn: Cristina A. Henriquez | chenriquez@mayerbrown.com |
| Counsel to Simon Property Group, Inc. | Simon Property Group, Inc. | Attn: Catherine M. Martin, Esq. | cmartin@simon.com |
| Counsel to Creditor City of American Canyon | REEDER LAW CORPORATION | ATTN: DAVID M. REEDER | david@reederlaw.com |
| Counsel to Certain Victims from the Camp Fire and 2017 North Bay Fires | CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP | Attn: David S. Casey, Jr., Jeremy Robinson, P. Camille Guerra, and James M. Davis | dcasey@cglaw.com jrobinson@cglaw.com camille@cglaw.com jdavis@cglaw.com |
| Counsel to the Ad Hoc Committee of Holders of Trade Claims | GIBSON, DUNN & CRUTCHER LLP | Attn: David M. Feldman and Matthew K. Kelsey | dfeldman@gibsondunn.com mkelsey@gibsondunn.com |
| Creditor and Counsel to Debra Grassgreen | Debra Grassgreen | Attn: Karl Knight | dgrassgreen@gmail.com |
| Counsel for Macquarie Energy LLC, Counsel for California Efficiency + Demand Management Council, Counsel for Cypress Energy Partners, L.P., Tulsa Inspection Resources – PUC, LLC, Tulsa Inspection Resources, LLC, CF Inspection Management, LLC, and Cypress Energy Management – TIR, LLC, Counsel for Peninsula Clean Energy Authority, Counsel to the City of San Jose, CA | Winston & Strawn LLP | Attn: David Neier | dneier@winston.com |

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to K. Hovnanian California Region, Inc.; K. Hovnanian Enterprises, Inc.; K. Hovnanian Homes, LLC; K. Hovnanian at Village Center, LLC; K. Hovnanian at Westshore, LLC; K. Hovnanian Companies of California, Inc.; K. Hovnanian Homes Northern California, Inc.; K. Hovnanian Homes of Northern California, Inc.; K. Hovnanian Homes, Inc.; K. Hovnanian Meadow View at Mountain House, LLC; K. Hovnanian's Aspire at Union Village, LLC and Meritage Homes of California, Inc. | HUGUENIN KAHN LLP | Attn: Edward R. Huguenin, Esq. and James L. Bothwell, Esq. | ehuguenin@hugueninkahn.com jbothwell@hugueninkahn.com |
| Counsel to Creditors GER HOSPITALITY, LLC and RICHARD W. CARPENETI | LAW OFFICES OF FRANCIS O. SCARPULLA | Attn: Francis O. Scarpulla and Patrick B. Clayton | fos@scarpullalaw.com pbc@scarpullalaw.com |
| Counsel for Realty Income Corp., Counsel for Discovery Hydrovac | BALLARD SPAHR LLP | Attn: Craig Solomon Ganz, Michael S. Myers | ganzc@ballardspahr.com myersms@ballardspahr.com |
| Counsel to Linda Dighton, Nancy Oliver, Grant Smelser, John Randall Dighton, Teddy Oliver and Richard Kelly | O'Brien & Zehnder | Attn: Jason Borg | jborg@jasonborglaw.com |
| Counsel to the City of San Jose, CA | WINSTON & STRAWN LLP | Attn: Jennifer Machlin Cecil | Jcecil@winston.com |
| Counsel for the County of Santa Clara Department of Tax and Collections | RAINES FELDMAN LLP | Attn: Jacquelyn H. Choi | jchoi@raineslaw.com |
| Counsel for Nevada Irrigation District, Lodi Gas Storage, L.L.P., Wild Goose, LLC, Paradise Irrigation District, Paradise Unified School District, Northern Recycling and Waste Services, LLC, Northern Holdings, LLC, Napa County Recycling & Waste Services, LLC and Napa Recycling & Waste Services, LLC | Reed Smith LLP | Attn: Jonathan R. Doolittle, David E. Weiss | jdoolittle@reedsmith.com dweiss@reedsmith.com |
| Counsel to Creditors KAREN ROBERDS and ANITA FREEMAN | HALLISEY AND JOHNSON PC | Attn: Jeremiah F. Hallisay, Esq. | jfhallisey@gmail.com |
| Counsel to Southwire Company, LLC | WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN | Attn: Julie E. Oelsner | joelsner@weintraub.com |
| Counsel to Richards Law Firm Claimants | Richards Law Firm | Attn: John T. Richards, Evan Willis | john@jtrlaw1.com evan@jtrlaw1.com |
| Counsel to International Church of the Foursquare Gospel | The Law Office of Joseph West | Attn: Joseph West Esq. | josephwest@westlawfirmofcalifornia.com |
| Counsel for The Davey Tree Expert Company | Irell & Manella LLP | Attn: Jeffrey M. Reisner, Kerri A. Lyman | jreisner@irell.com klyman@irell.com |
| Counsel for The Church of Jesus Christ of Latter-day Saints | Kirton McConkie | Attn: Jeremy C. Sink | jsink@kmclaw.com |
| Counsel for MassMutual Life Insurance Company and Its Funds | GOODWIN PROCTER LLP | Attn: Kizzy L. Jarashow, Stacy Dasaro | kjarashow@goodwinlaw.com sdasaro@goodwinlaw.com |
| Counsel for Ballard Marine Construction, Inc. | Worley Law, P.C. | Attn: Kirsten A. Worley | kw@wlawcorp.com |
| Unsecured Creditor | Laurie A. Deuschel | Attn: Laurie A. Deuschel | ldeuschel@hotmail.com |
| Counsel to Michael G. Kasolas, Claims Representative | Wendel Rosen LLP | Attn: Mark S. Bostick, Lisa Lenherr | mbostick@wendel.com llenherr@wendel.com |
| Counsel to Righetti Ranch, LP and Righetti NC, LLC | Solomon Ward Seidenwurm & Smith, LLP | Attn: Michael D. Breslauer | mbreslauer@swsslaw.com wyones@swsslaw.com |
| Counsel to the Ad Hoc Committee of Holders of Trade Claims | GIBSON, DUNN & CRUTCHER LLP | Attn: Matthew D. McGill | mmcgill@gibsondunn.com |
| Counsel to the Ad Hoc Committee of Holders of Trade Claims | GIBSON, DUNN & CRUTCHER LLP | Attn: Michael S. Neumeister and Michelle Choi | mneumeister@gibsondunn.com mchoi@gibsondunn.com |
| Counsel for MassMutual Life Insurance Company and Its Funds | GOODWIN PROCTER LLP | Attn: Nathan A. Schultz | nschultz@goodwinlaw.com |

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Majesti Mai Bagorio, et al., creditors and plaintiffs in Bagorio, et al. v. PG&E Corporation, et al., case number CNC-19-554581 | BAUM HEDLUND ARISTEI & GOLDMAN, PC | Attn: Ronald L.M. Goldman, Diane Marger Moore | rgoldman@baumhedlundlaw.com dmargermoore@baumhedlundlaw.com |
| Counsel to SLF Fire Victim Claimants | MARSHACK HAYS LLP | Attn: RICHARD A. MARSHACK, DAVID A. WOOD, LAILA MASUD | rmarshack@marshackhays.com dwood@marshackhays.com lmasud@marshackhays.com |
| Counsel to Realty Income Corporation | BALLARD SPAHR LLP | Attn: Stacy H. Rubin | rubins@ballardspahr.com |
| Counsel to the Federal Energy Regulatory Commission | U.S. Department of Justice, Civil Division | Attn: Joseph H. Hunt, Ruth A. Harvey, Kirk Manhardt, Matthew Troy, Marc S. Sacks, Shane Huang, Michael S. Tye, Rodney A. Morris | shane.huang@usdoj.gov michael.tye@usdoj.gov Rodney.Morris2@usdoj.gov |
| Counsel for Interstate Fire & Casualty Company | Laurie A. Deuschel | Attn: Scott H. Olson | solson@vedderprice.com |
| Counsel to CREATIVE CEILINGS, INC. | ROPERS, MAJESKI, KOHN & BENTLEY | Attn: STEVEN G. POLARD | steven.polard@rmkb.com |
| Counsel for Ballard Marine Construction, Inc. | Williams Kastner | Attn: Todd W. Blischke | TBlischke@williamskastner.com |
| Counsel for Vertiv Corporation, Nuance Communications, Inc. | Vorys, Sater, Seymour and Pease LLP | Attn: Tiffany Strelow Cobb, Esq. | tscobb@vorys.com |
| Counsel for LEWIS & TIBBITTS, INC., Counsel for LILIA LEESON | LAW OFFICE OF WAYNE A. SILVER | Attn: Wayne A. Silver | ws@waynesilverlaw.com |
| Interested Party John A. Vos A | John A. Vos | | |
| State of Calif Franchise Tax Board | State of Calif Franchise Tax Board | Attn: Carissa Lynch | Carissa.Lynch@ftb.ca.gov |