Larry A. Peluso (Cal. Bar No. 281380)
PELUSO LAW GROUP, PC
P.O. Box 7620
Incline Village, NV 89450
Telephone (415) 510-1412
Facsimile (415) 366-2038

*Attorney for Certain Camp Fire Claimants and as*
*Ad Hoc Counsel for Camp Fire Real Property Owners*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 19-30088 (DM) |
| PG&E CORPORATION, | Chapter 11 |
| and | Lead Case |
| PACIFIC GAS AND ELECTRIC COMPANY, | **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS AND ELECTRONIC NOTICE BY (NEF)** |
| Debtors. | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors | |
| \* All papers shall be filed in the Lead Case, no. 19-30088 (DM). | |

**PLEASE TAKE NOTICE** that, pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned, Peluso Law Group, PC, hereby appears in the above-captioned proceedings as counsel to 22 individual victims of the Camp Fire and to representative claimants John Felder, Stan Rickaby, and Laura Owens on behalf of approximately 20,000 Camp Fire real property owners. (Exhibits A and B.)

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rules 2002 and 3017(a) of the Federal Rules of Bankruptcy Procedure, the undersigned requests that all notices and pleadings given or required to be given, all papers served or required to be served in connection with the above-captioned proceedings, **be delivered by electronic mail** to parties' counsel at the **email address listed below** via the Court's Case Management and Electronic Filing system:

>Larry A. Peluso
>Peluso Law Group, PC
>P.O. Box 7620
>Incline Village, NV 89450
>(415) 510-1412
>firm@pelusolaw.net

The Fire Victim Creditors do not, by filing this Notice of Appearance and Request for Service of Papers nor any subsequent appearance, pleading, claim or suit, submit to the jurisdiction of the Bankruptcy Court or intend that this Notice of Appearance and Request for Service of Papers constitute a waiver of any of their rights: (i) to have final orders in non-core matters entered only after de novo review by a District Judge; (ii) to trial by jury in any proceedings so triable in this case, or any controversy or proceeding related to this case; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which they are or may be entitled in law. or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments they expressly reserve.

Dated: May 30, 2020

>PELUSO LAW GROUP, PC
>
>_____
>Larry A. Peluso
>*Attorney for Camp Fire Claimants and*
>*Ad Hoc Counsel for Camp Fire Real Property Owners*

# EXHIBIT A

## Individual Fire Victim Creditors

1. Rickaby Fire Support, LLC — Concow, California
2. Stan Rickaby — Concow, California
3. John Felder — Concow, California
4. John W. Felder Family Trust — Concow, California
5. Kim Stayart — Concow, California
6. Therese Rubiolo — Concow, California
7. John Rubiolo — Concow, California
8. Katya Marrie Miller — Concow, California
9. John Rowden — Concow, California
10. Angela Whitehead — Concow, California
11. Frankie Bell — Concow, California
12. Crystal Johnson — Paradise, California
13. Cameron Johnson — Paradise, California
14. Tim Lyons — Paradise, California
15. Jesse Giles — Concow, California
16. Onyx Bush — Concow, California
17. Jonathon Owens — Concow, California
18. Jayda Stephens — Concow, California
19. Jillian Stephens — Concow, California
20. Elizabeth Bartlette — Concow, California
21. Laura L. Owens — Paradise, California
22. Quinn Baker — Paradise, California

# EXHIBIT B

## Camp Fire Real Property Owners

John Felder, Stan Rickaby, and Laura L. Owens, as representatives of the putative Class of Butte County real property owners who have suffered damages unique among the northern California wildfires, to wit: diminished real property value directly and proximately resulting from the Camp Fire, including, among causal factors, loss of community and destruction of the natural environment, including destruction of flora and fauna, and environmental toxication.