| | |
|---|---|
| **From:** | CANB Emergency Filings |
| **To:** | |
| **Subject:** | FW: Larry A. Peluso, Peluso Law Group, Notice of Appearance in PG&E case 19-30088 |
| **Date:** | Monday, June 1, 2020 9:48:16 AM |
| **Attachments:** | Peluso Law Group Notice of Appearance May 30 2020.pdf<br>ATT00001.htm |

**From:** PLG Front Office
**Sent:** Saturday, May 30, 2020 3:02 PM
**To:** CANB Emergency Filings <CANB-EMERGENCY-FILINGS@canb.uscourts.gov>
**Cc:** Larry Peluso
**Subject:** Larry A. Peluso, Peluso Law Group, Notice of Appearance in PG&E case 19-30088


Peluso Law Group is in the process of registration with the Northern District Bankruptcy Court and therefore requests filing of the attached document, its Notice of Appearance and Request for Electronic Notice.

Respectfully,

Julia S. Swanson
Firm Manager

*Peluso Law Group, PC*
*P.O. Box 7620*
*Incline Village, NV 89450*
*Voice (415) 510-1412*
*Fax (415) 366-2038*