# EXHIBIT B

**COMPENSATION BY PROJECT FOR SERVICES RENDERED
BY BERMAN AND TODDERUD LLP FOR THE PERIOD
APRIL 1, 2020 THROUGH APRIL 30, 2020**

| Description | Hours | Amount |
|---|---|---|
| 2000-2001 Energy Crisis FERC Litigation | 120.9 | $95,541.60 |

8