1
2
3
4
5
6
7
8
9       **EXHIBIT C**
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
                                        9

**EXPENSE SUMMARY FOR THE PERIOD
APRIL 1, 2020 THROUGH APRIL 30, 2020**

Berman and Todderud did not incur reimbursable expenses during the Fee Period.