1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT D

11

**April 2020**

**Itemized Time Description**

| Attorney | Date | Description | Time |
|---|---|---|---|
| Todderud | 4/1/2020 | Telephone discussions with J. Ryan (counsel for SCE) and R. Nowakowski (JP Morgan escrow agent) re execution of disbursement instructions | 0.60 |
| Todderud | 4/1/2020 | Review authorization instructions for escrow disbursements and forward documentation of same to JP Morgan | 0.30 |
| Berman | 4/1/2020 | Calls and emails with K Cunningham and C Berry re overlay of market participant and potential resolution of issues with same. | 2.70 |
| Todderud | 4/1/2020 | Edit settlement overlay filing | 3.80 |
| Todderud | 4/1/2020 | Telephone with C. Berry (consultant) re edits to settlement overlay filing | 0.40 |
| Todderud | 4/2/2020 | Attend call with counsel for the California Parties re status and strategy for settlement overly filing | 0.90 |
| Todderud | 4/2/2020 | Revise settlement overlay filing | 5.60 |

12

| | | | | |
|---|---|---|---|---|
| Berman | 4/2/2020 | Attend weekly California Parties call re settlement overlay filing. | 0.90 |
| Berman | 4/2/2020 | Calls with California ISO and California Parties concerning California ISO treatment in overlay filing. | 2.20 |
| Berman | 4/2/2020 | Emails with California Parties re SRA accounts in overlay filing. | 0.60 |
| Berman | 4/3/2020 | Edit overlay filing concerning ISO and ISO accounts | 1.60 |
| Todderud | 4/3/2020 | Edit settlement overlay filing | 2.50 |
| Todderud | 4/3/2020 | Telephone confirmation with JP Morgan Chase representatives of escrow disbursement instructions | 0.20 |
| Todderud | 4/3/2020 | Review and analyze exhibits to settlement overlay filing and email correspondence re same | 1.80 |
| Berman | 4/3/2020 | Call with PG&E re ISO treatment in overlay filing. | 0.50 |
| Berman | 4/6/2020 | Attend weekly FERC strategy call with PG&E. | 0.40 |
| Berman | 4/6/2020 | Review pleadings re FERC Docket EL02-60 and emails with California Parties re same. | 1.20 |
| Todderud | 4/6/2020 | Attend call with PG&E personnel re status and strategy | 0.40 |
| Todderud | 4/7/2020 | Revise settlement overlay filing | 2.90 |

13

| | | | | |
|---|---|---|---|---|
| Berman | 4/7/2020 | Review and discuss proposal to resolve overlay issues with market participant. | 2.40 |
| Todderud | 4/7/2020 | Review list of completed settlements for inclusion as exhibit to settlement overlay filing | 1.40 |
| Todderud | 4/8/2020 | Draft emails re edits to settlement overlay filing | 0.70 |
| Berman | 4/8/2020 | Edit response in Docket No. EL02-60 and emails to California Parties re same. | 2.70 |
| Todderud | 4/8/2020 | Revise settlement overlay filing | 3.60 |
| Berman | 4/9/2020 | Edit overlay filing. | 1.40 |
| Berman | 4/9/2020 | Attend weekly settlement overlay call with California Parties. | 0.90 |
| Berman | 4/9/2020 | Draft response to market participant re resolving overlay issues and emails to California Parties re same. | 1.70 |
| Todderud | 4/9/2020 | Attend call with counsel for the California Parties to discuss settlement overlay issues | 0.90 |
| Todderud | 4/9/2020 | Review correspondence re settlement of overlay issues | 0.40 |
| Todderud | 4/9/2020 | Revise settlement overlay filing | 1.50 |
| Todderud | 4/9/2020 | Reconcile exhibits with references in settlement overlay filing | 1.30 |

14

| | | | | |
|---|---|---|---|---|
| Berman | 4/10/2020 | Develop response to market participant re resolving overlay issues and emails with California Parties and participant re same. | 2.90 |
| Berman | 4/13/2020 | Attend weekly FERC strategy call with PG&E. | 0.40 |
| Berman | 4/13/2020 | Edit response pleading in Docket EL02-60. | 0.80 |
| Berman | 4/13/2020 | Edit letter agreement with market participant re resolving settlement overlay issues and emails to California Parties and market participant re same. | 1.90 |
| Todderud | 4/13/2020 | Attend call with PG&E personnel to address strategy and status | 0.40 |
| Todderud | 4/13/2020 | Draft letter agreement for resolving settlement overlay issues | 1.60 |
| Todderud | 4/13/2020 | Review ISO and PX comments on draft settlement overlay filing | 0.60 |
| Todderud | 4/14/2020 | Edit settlement overlay filing | 3.50 |
| Todderud | 4/14/2020 | Analyze escrow accounting statements | 0.70 |
| Berman | 4/14/2020 | Edit settlement overlay filing. | 3.40 |
| Todderud | 4/15/2020 | Revise settlement overlay filing | 6.10 |
| Todderud | 4/16/2020 | Attend call with counsel for California Parties to address status and strategy of settlement overlay | 1.30 |

15

| | | | |
|---|---|---|---|
| Todderud | 4/16/2020 | Revise settlement overlay filing | 4.10 |
| Berman | 4/16/2020 | Attend weekly call with California Parties re settlement overlays. | 1.30 |
| Berman | 4/16/2020 | Edit agreement with market participant re resolving overlay issues and emails with California Parties re same. | 0.90 |
| Berman | 4/16/2020 | Edit overlay filing and exhibits re same. | 6.80 |
| Berman | 4/17/2020 | Edit overlay filing and exhibits. | 3.20 |
| Berman | 4/17/2020 | Emails and discussion with California Parties and market participant re resolving overlay issues with market participant. | 1.20 |
| Todderud | 4/17/2020 | Telephone with S. Rossi (PX counsel) re edits to settlement overlay filing | 0.60 |
| Todderud | 4/17/2020 | Revise settlement overlay filing | 6.10 |
| Todderud | 4/20/2020 | Attend call with C. Berry and counsel for Attorney General re settlement overlay filing logistics | 1.10 |
| Todderud | 4/20/2020 | Revise settlement overlay filing | 0.90 |
| Todderud | 4/20/2020 | Telephone with C. Berry re exhibits to settlement overlay filing | 0.50 |
| Berman | 4/20/2020 | Emails with PG&E re upcoming overlay filing and next steps. | 1.40 |

16

| | | | |
|---|---|---|---|
| Todderud | 4/20/2020 | Draft certificate of no objection for February monthly fee statement | 0.30 |
| Berman | 4/21/2020 | Prepare for and attend call with representative of market participant re resolving overlay disputes with same. | 3.80 |
| Berman | 4/21/2020 | Final edits and review of overlay filing. | 2.30 |
| Todderud | 4/21/2020 | Finalize settlement overlay filing | 3.30 |
| Todderud | 4/21/2020 | Review settlement overlays | 2.50 |
| Todderud | 4/21/2020 | Draft emails and telephone discussions re proposed edits to settlement overlay filing from PX | 0.80 |
| Todderud | 4/23/2020 | Attend call with counsel for the California Parties to address settlement overlay issues | 0.40 |
| Todderud | 4/23/2020 | Review ISO and PX responses to settlement overlay filing | 0.70 |
| Todderud | 4/23/2020 | Draft emails re agreement for implementation of settlement overlay | 0.60 |
| Berman | 4/23/2020 | Attend weekly California Parties overlay call. | 0.40 |
| Berman | 4/23/2020 | Review ISO and PX responses to overlay filing to develop potential responses. | 0.60 |
| Berman | 4/27/2020 | Attend weekly FERC strategy call with PG&E. | 0.40 |

17

| | | | |
|---|---|---|---|
| Todderud | 4/27/2020 | Attend call with PG&E personnel to address status and strategy | 0.40 |
| Todderud | 4/27/2020 | Draft monthly fee statement | 0.60 |
| Todderud | 4/29/2020 | Telephone with C. Berry (Consultant) re escrow accounts | 0.50 |
| Todderud | 4/30/2020 | Review California Polar settlement and settlement overlay | 1.20 |
| Todderud | 4/30/2020 | Attend call with counsel for assignees of California Polar to discuss settlement overlay | 0.60 |
| Berman | 4/30/2020 | Emails with PG&E re final overlay filing. | 1.20 |
| Berman | 4/30/2020 | Interim Fee Percent Holdback | 0.00 |
| Todderud | 4/30/2020 | Finalize monthly fee statement | 0.20 |

18