# EXHIBIT A

## COMPENSATION BY PROFESSIONAL
## FEBRUARY 1, 2020 THROUGH FEBRUARY 29, 2020

The professionals who rendered professional services in these chapter 11 cases during the Fee Period are:

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| ***2019 Audit Services*** | | | | |
| Basilico, Ellen | Partner/Principal | $380.00 | 6.0 | $2,280.00 |
| Cochran, James | Partner/Principal | $380.00 | 8.5 | $3,230.00 |
| Fogarty, Ellen | Partner/Principal | $380.00 | 1.1 | $418.00 |
| Gillam, Tim | Partner/Principal | $380.00 | 26.0 | $9,880.00 |
| Kilkenny, Tom | Partner/Principal | $380.00 | 0.5 | $190.00 |
| Ncho-Oguie, Jean-Denis | Partner/Principal | $380.00 | 21.0 | $7,980.00 |
| Pemberton, Tricia | Partner/Principal | $380.00 | 20.5 | $7,790.00 |
| Donahue, Nona | Managing Director | $380.00 | 9.0 | $3,420.00 |
| Meredith, Wendy | Managing Director | $380.00 | 44.0 | $16,720.00 |
| Verma, Sachin | Managing Director | $380.00 | 2.5 | $950.00 |
| Zenk, Joe | Managing Director | $380.00 | 1.5 | $570.00 |
| Dugan, Anne | Senior Manager | $330.00 | 34.5 | $11,385.00 |
| Fannin, Sam | Senior Manager | $330.00 | 20.5 | $6,765.00 |
| Giamanco, Patrick | Senior Manager | $330.00 | 79.0 | $26,070.00 |
| Hartman, John | Senior Manager | $330.00 | 42.0 | $13,860.00 |
| Potts, John | Senior Manager | $330.00 | 6.0 | $1,980.00 |
| Reik, John | Senior Manager | $330.00 | 8.5 | $2,805.00 |
| Varkey, Jamie | Senior Manager | $330.00 | 7.5 | $2,475.00 |
| Brown, Aaron | Manager | $290.00 | 8.5 | $2,465.00 |
| Jasinski, Samantha | Manager | $290.00 | 164.0 | $47,560.00 |
| Kamra, Akanksha | Manager | $290.00 | 52.2 | $15,138.00 |
| Kanekar, Anish | Manager | $290.00 | 4.4 | $1,276.00 |
| Li, Tina | Manager | $290.00 | 7.5 | $2,175.00 |
| Long, Brittany | Manager | $290.00 | 57.5 | $16,675.00 |
| Mcillece, Scott | Manager | $290.00 | 11.2 | $3,248.00 |
| Misra, Saurabh | Manager | $290.00 | 122.0 | $35,380.00 |
| Nkinzingabo, Rudy | Manager | $290.00 | 39.0 | $11,310.00 |
| Pant, Chetna | Manager | $290.00 | 11.0 | $3,190.00 |
| Westendorf, Mandy | Manager | $290.00 | 41.5 | $12,035.00 |
| Azebu, Matt | Senior Consultant | $230.00 | 80.0 | $18,400.00 |

| # | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 1 | Dam, Vivian | Senior Consultant | $230.00 | 1.6 | $368.00 |
| 2 | Dickens, Cody | Senior Consultant | $230.00 | 2.6 | $598.00 |
| 3 | Fazil, Mohamed | Senior Consultant | $230.00 | 52.0 | $11,960.00 |
| 4 | Goswami, Pratiti | Senior Consultant | $230.00 | 35.0 | $8,050.00 |
| 5 | Hamner, Jack | Senior Consultant | $230.00 | 177.5 | $40,825.00 |
| 6 | Hennessy, Vincent | Senior Consultant | $230.00 | 104.5 | $24,035.00 |
| 7 | Keshavareddy, Mounika | Senior Consultant | $230.00 | 5.5 | $1,265.00 |
| 8 | Kipkirui, Winnie | Senior Consultant | $230.00 | 124.2 | $28,566.00 |
| 9 | Martin, Blake | Senior Consultant | $230.00 | 162.5 | $37,375.00 |
| 10 | Rice, Blake | Senior Consultant | $230.00 | 120.0 | $27,600.00 |
| 11 | Varshney, Swati | Senior Consultant | $230.00 | 43.5 | $10,005.00 |
| 12 | Yuen, Jennifer | Senior Consultant | $230.00 | 43.9 | $10,097.00 |
| 13 | Alfahhad, Abdulrahman | Consultant | $200.00 | 35.3 | $7,060.00 |
| 14 | Bedi, Arpit | Consultant | $200.00 | 134.5 | $26,900.00 |
| 15 | Bhagi, Roshan Bhagi | Consultant | $180.00 | 0.9 | $162.00 |
| 16 | Bhattacharya, Ayush | Consultant | $200.00 | 11.0 | $2,200.00 |
| 17 | Boyce, Kyle | Consultant | $180.00 | 139.5 | $25,110.00 |
| 18 | Brown, Erin | Consultant | $180.00 | 155.5 | $27,990.00 |
| 19 | Chopra, Harshita | Consultant | $180.00 | 45.5 | $8,190.00 |
| 20 | Crawford, Alexander | Consultant | $180.00 | 141.5 | $25,470.00 |
| 21 | Fedak, Andrew | Consultant | $120.00 | 19.7 | $2,364.00 |
| 22 | Gorantala, Sreenivas | Consultant | $180.00 | 1.0 | $180.00 |
| 23 | K, Kavya | Consultant | $200.00 | 70.0 | $14,000.00 |
| 24 | Kiander, Matthew | Consultant | $180.00 | 1.0 | $180.00 |
| 25 | Li, Jenny | Consultant | $180.00 | 0.6 | $108.00 |
| 26 | Ligon, Brian | Consultant | $200.00 | 282.7 | $56,540.00 |
| 27 | Munjal, Chahat | Consultant | $200.00 | 25.0 | $5,000.00 |
| 28 | Nambiar, Sachin | Consultant | $200.00 | 14.5 | $2,900.00 |
|  | Nayyar, Rohan | Consultant | $200.00 | 2.0 | $400.00 |
|  | Pareek, Harsha | Consultant | $200.00 | 2.5 | $500.00 |
|  | Pervez, Mudassar | Consultant | $200.00 | 18.5 | $3,700.00 |
|  | Potti, Neel | Consultant | $180.00 | 1.5 | $270.00 |
|  | Puri, Himanshu | Consultant | $200.00 | 1.0 | $200.00 |
|  | Ramkumar, Vignesh | Consultant | $200.00 | 8.3 | $1,660.00 |
|  | Sadhu, Ruby | Consultant | $180.00 | 0.7 | $126.00 |
|  | Schloetter, Lexie | Consultant | $200.00 | 63.0 | $12,600.00 |
|  | Sharda, Pranshu | Consultant | $200.00 | 12.0 | $2,400.00 |
|  | Sharma, Ashish | Consultant | $180.00 | 14.0 | $2,520.00 |
|  | Uy, Rycel | Consultant | $200.00 | 189.5 | $37,900.00 |
|  | Yelishetty, Vasu Maheswar | Consultant | $180.00 | 1.0 | $180.00 |
|  | **Professional Subtotal:** |  |  | **3,202.4** | **$755,174.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| **2020 Audit Services** | | | | |
| Cochran, James | Partner/Principal | $410.00 | 8.5 | $3,485.00 |
| Gillam, Tim | Partner/Principal | $410.00 | 1.5 | $615.00 |
| Meredith, Wendy | Managing Director | $410.00 | 3.5 | $1,435.00 |
| Giamanco, Patrick | Senior Manager | $350.00 | 12.0 | $4,200.00 |
| Long, Brittany | Manager | $310.00 | 14.5 | $4,495.00 |
| Kipkirui, Winnie | Senior Consultant | $260.00 | 20.0 | $5,200.00 |
| Alfahhad, Abdulrahman | Consultant | $210.00 | 2.0 | $420.00 |
| Sadhu, Ruby | Consultant | $190.00 | 1.5 | $285.00 |
| **Professional Subtotal:** | | | **63.5** | **$20,135.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| **2020 Post Bankruptcy Matters** | | | | |
| Gillam, Tim | Partner/Principal | $810.00 | 1.0 | $810.00 |
| Meredith, Wendy | Managing Director | $810.00 | 6.5 | $5,265.00 |
| **Professional Subtotal:** | | | **7.5** | **$6,075.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| **AB 1054 Wildfire Fund** | | | | |
| Gillam, Tim | Partner/Principal | $760.00 | 6.0 | $4,560.00 |
| Ncho-Oguie, Jean-Denis | Partner/Principal | $760.00 | 20.5 | $15,580.00 |
| Meredith, Wendy | Managing Director | $760.00 | 2.0 | $1,520.00 |
| Nkinzingabo, Rudy | Manager | $580.00 | 0.5 | $290.00 |
| Azebu, Matt | Senior Consultant | $460.00 | 22.0 | $10,120.00 |
| **Professional Subtotal:** | | | **51.0** | **$32,070.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| **Accounting Consultations** | | | | |
| Pemberton, Tricia | Partner/Principal | $760.00 | 3.0 | $2,280.00 |
| Meredith, Wendy | Managing Director | $760.00 | 4.5 | $3,420.00 |
| Alemao, Anish | Senior Manager | $660.00 | 4.0 | $2,640.00 |
| Bush, Amber | Senior Manager | $660.00 | 1.5 | $990.00 |
| Lanigan, Kerry | Senior Manager | $660.00 | 0.2 | $132.00 |
| **Professional Subtotal:** | | | **13.2** | **$9,462.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| **California Wildfires** | | | | |
| Clark, Brian | Partner/Principal | $760.00 | 0.5 | $380.00 |
| Gillam, Tim | Partner/Principal | $760.00 | 24.0 | $18,240.00 |
| Kilkenny, Tom | Partner/Principal | $760.00 | 9.5 | $7,220.00 |
| Little, Eileen | Partner/Principal | $760.00 | 0.5 | $380.00 |
| Ncho-Oguie, Jean-Denis | Partner/Principal | $760.00 | 0.5 | $380.00 |
| Pemberton, Tricia | Partner/Principal | $760.00 | 7.5 | $5,700.00 |
| Meredith, Wendy | Managing Director | $760.00 | 17.0 | $12,920.00 |
| Azebu, Matt | Senior Consultant | $460.00 | 32.0 | $14,720.00 |
| Martin, Blake | Senior Consultant | $460.00 | 21.0 | $9,660.00 |
| **Professional Subtotal:** | | | **112.5** | **$69,600.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| **Lease Accounting Services** | | | | |
| Meredith, Wendy | Managing Director | $365.00 | 4.5 | $1,642.50 |
| Giamanco, Patrick | Senior Manager | $325.00 | 2.5 | $812.50 |
| Azebu, Matt | Senior Consultant | $265.00 | 2.0 | $530.00 |
| Kipkirui, Winnie | Senior Consultant | $265.00 | 0.5 | $132.50 |
| Uy, Rycel | Consultant | $225.00 | 2.0 | $450.00 |
| **Professional Subtotal:** | | | **11.5** | **$3,567.50** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| **Post Bankruptcy Matters** | | | | |
| Gillam, Tim | Partner/Principal | $760.00 | 28.5 | $21,660.00 |
| Graf, Bill | Partner/Principal | $760.00 | 2.0 | $1,520.00 |
| Kilkenny, Tom | Partner/Principal | $760.00 | 4.0 | $3,040.00 |
| Little, Eileen | Partner/Principal | $760.00 | 1.0 | $760.00 |
| Pidgeon, Andrew | Partner/Principal | $760.00 | 2.0 | $1,520.00 |
| Meredith, Wendy | Managing Director | $760.00 | 25.0 | $19,000.00 |
| Bush, Amber | Senior Manager | $660.00 | 1.5 | $990.00 |
| Allen, Jana | Manager | $580.00 | 11.0 | $6,380.00 |
| Brown, Aaron | Manager | $580.00 | 0.5 | $290.00 |
| Jasinski, Samantha | Manager | $580.00 | 7.5 | $4,350.00 |
| Azebu, Matt | Senior Consultant | $460.00 | 1.0 | $460.00 |
| Hennessy, Vincent | Senior Consultant | $460.00 | 85.5 | $39,330.00 |
| Kipkirui, Winnie | Senior Consultant | $460.00 | 0.5 | $230.00 |
| Rice, Blake | Senior Consultant | $460.00 | 15.0 | $6,900.00 |

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Yuen, Jennifer | Senior Consultant | $460.00 | 5.0 | $2,300.00 |
| Boyce, Kyle | Consultant | $350.00 | 72.0 | $25,200.00 |
| Brown, Erin | Consultant | $350.00 | 31.0 | $10,850.00 |
| **Professional Subtotal:** | | | **293.0** | **$144,780.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|

### *Preparation of Fee Applications*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Jin, Yezi | Senior Manager | $330.00 | 6.5 | $2,145.00 |
| Gutierrez, Dalia | Project Controller | $200.00 | 40.0 | $8,000.00 |
| **Professional Subtotal:** | | | **46.5** | **$10,145.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|

### *Registration Statement and Financing Reviews*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Kamra, Akanksha | Manager | $580.00 | 3.0 | $1,740.00 |
| Azebu, Matt | Senior Consultant | $460.00 | 1.0 | $460.00 |
| Rice, Blake | Senior Consultant | $460.00 | 4.0 | $1,840.00 |
| Chopra, Harshita | Consultant | $350.00 | 16.0 | $5,600.00 |
| **Professional Subtotal:** | | | **24.0** | **$9,640.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|

### *Regulatory Accounting*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Gillam, Tim | Partner/Principal | $760.00 | 0.5 | $380.00 |
| Kilkenny, Tom | Partner/Principal | $760.00 | 1.0 | $760.00 |
| Ncho-Oguie, Jean-Denis | Partner/Principal | $760.00 | 23.5 | $17,860.00 |
| Pemberton, Tricia | Partner/Principal | $760.00 | 0.5 | $380.00 |
| Jasinski, Samantha | Manager | $580.00 | 14.0 | $8,120.00 |
| Rice, Blake | Senior Consultant | $460.00 | 27.5 | $12,650.00 |
| Schloetter, Lexie | Consultant | $390.00 | 96.0 | $37,440.00 |
| **Professional Subtotal:** | | | **163.0** | **$77,590.00** |
| **Total** | | | **3,988.1** | **$1,138,238.50** |