**EXHIBIT B**

**COMPENSATION BY CATEGORY FOR SERVICES RENDERED
BY DELOITTE & TOUCHE LLP FOR THE PERIOD
FEBRUARY 1, 2020 THROUGH FEBRUARY 29, 2020**

| Categories | Hours | Fees |
|---|---|---|
| 2019 Audit Services | 3,202.4 | $755,174.00 |
| 2020 Audit Services | 63.5 | $20,135.00 |
| 2020 Post Bankruptcy Matters | 7.5 | $6,075.00 |
| AB 1054 Wildfire Fund | 51.0 | $32,070.00 |
| Accounting Consultations | 13.2 | $9,462.00 |
| California Wildfires | 112.5 | $69,600.00 |
| Lease Accounting Services | 11.5 | $3,567.50 |
| Post Bankruptcy Matters | 293.0 | $144,780.00 |
| Preparation of Fee Applications | 46.5 | $10,145.00 |
| Registration Statement and Financing Reviews | 24.0 | $9,640.00 |
| Regulatory Accounting | 163.0 | $77,590.00 |
| **Fees Category Subtotal :** | **3,988.1** | **$1,138,238.50** |