Form 210A (10/06)

# United States Bankruptcy Court
# Northern District of California

In re:     PG & E Corporation, et al.,
Case No.    19-30088, et al. Jointly administered under Case No. 19-30088

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or **deemed filed** under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to **Rule 3001(e)(2)**, Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Name of Transferee:<br>  Fair Harbor Capital, LLC<br>  As assignee of WILDNOTE INC | Name of Transferor:<br>  WILDNOTE INC |
| Name and Address where notices to transferee should be sent:<br><br>**Fair Harbor Capital, LLC**<br>**Ansonia Finance Station**<br>**PO Box 237037**<br>**New York, NY 10023** | Court Claim # (if known): 56584<br>Amount of Claim: $13,497.34<br>Date Claim Filed:<br><br>Name and Address of Transferor:<br><br>WILDNOTE INC<br>872 HIGUERA ST<br>San Luis Obispo, CA 93405 |
| Phone:   212 967 4035<br>Last Four Digits of Acct #:   n/a | Phone:<br>Last Four Digits of Acct. #:   n/a |

Name and Address where transferee payments should be sent (if different from above):

Phone:   n/a
Last Four Digits of Acct #:   n/a

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:    /s/*Fredric Glass*      Date:    June 1, 2020
    Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# United States Bankruptcy Court
## Northern District of California

In re:      PG & E Corporation, et al.,
Case No.     19-30088, et al. Jointly administered under Case No. 19-30088

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

**Claim No. 56584(if known)**
was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on June 1, 2020.

Name of Transferee:
**Fair Harbor Capital, LLC**
**As assignee of WILDNOTE INC**

Name of Alleged Transferor:
**WILDNOTE INC**

**Fair Harbor Capital, LLC**
**Ansonia Finance Station**
**PO Box 237037**
**New York, NY  10023**

Name and Address of Alleged Transferor:

WILDNOTE INC
872 HIGUERA ST
San Luis Obispo, CA  93405

## ~DEADLINE TO OBJECT TO TRANSFER~

The transferor of claim named above is advised the this Notice of Transfer of Claim Other than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objection must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                             _____
                                                                                 Clerk of the Court

## Notice of Transfer and Waiver of Notice

**WILDNOTE INC ("Seller")** sells, transfer and assigns unto Fair Harbor Capital, LLC, with and address of PO Box 237037, New York, NY 10023, its successors and assigns ("Purchaser"), pursuant to a Claim Purchase Agreement between Seller and Purchaser (the "Agreement") all of Seller's right, title and interest in, to and under Seller's Claim (as defined in the Agreement) against **Pacific Gas and Electric Company** or any of its co-debtor affiliates (the "Debtor" in the aggregate amount of not less than **$13,497.34**, representing all claims of Seller pending against Debtor in the United States Bankruptcy Court, Northern District of California, Case No 19-30088, et al., . Seller Hereby waives its right to raise any objection and/or receive notice pursuant to Rule 3001 of the Federal Rules of Bankruptcy Procedures and stipulates that an order may be entered recognizing the Agreement as an unconditional sale and the Purchaser as the valid owner of the Claim.

**In Witness Whereof,** WILDNOTE INC (Seller) and Fair Harbor Capital, LLC (Purchaser) have signed below:

**WILDNOTE INC ("Seller")**
872 HIGUERA ST
SAN LUIS OBISPO, CA 93405

Print Name: Kristen Hazard     Title: CEO

Signature: [DocuSigned]     Date: 5/29/2020

Phone: _____ ..x: _____

Email: _____ (w) _____

Updated Address (If Changed): _____

**Fair Harbor Capital, LLC ("Purchaser")**
130 West 57th Street, 5th Floor
New York, NY 10019

Signature: [signed]
Fred Glass, Member Fair Harbor Capital, LLC

Victor Knox