# EXHIBIT A

## COMPENSATION BY PROFESSIONAL
## APRIL 1, 2020 THROUGH APRIL 30, 2020

| PRIME CLERK EMPLOYEE | TITLE | HOURS BILLED THIS PERIOD | RATE | TOTAL FOR APPLICATION |
|---|---|---|---|---|
| Daloia, James F | Director of Solicitation | 13.50 | $220.00 | $2,970.00 |
| Johnson, Craig | Director of Solicitation | 55.10 | $220.00 | $12,122.00 |
| Orchowski, Alex T | Director of Solicitation | 10.00 | $220.00 | $2,200.00 |
| Pullo, Christina | Director of Solicitation | 43.50 | $220.00 | $9,570.00 |
| Sharp, David | Director of Solicitation | 39.60 | $220.00 | $8,712.00 |
| Manners, Venetia | Director | 20.80 | $220.00 | $4,576.00 |
| Weiner, Shira D | Director | 1.30 | $220.00 | $286.00 |
| Ruiz, Gustavo A | Director | 1.90 | $209.00 | $397.10 |
| Brown, Mark M | Solicitation Consultant | 103.30 | $198.00 | $20,453.40 |
| Carpenter, Mary J | Solicitation Consultant | 131.30 | $198.00 | $25,997.40 |
| Crowell, Messiah L | Solicitation Consultant | 94.50 | $198.00 | $18,711.00 |
| DePalma, Greg R | Solicitation Consultant | 44.00 | $198.00 | $8,712.00 |
| Gray, Ackheem J | Solicitation Consultant | 53.50 | $198.00 | $10,593.00 |
| Jadonath, Anna | Solicitation Consultant | 25.30 | $198.00 | $5,009.40 |
| Kaufman, Craig M | Solicitation Consultant | 8.90 | $198.00 | $1,762.20 |
| Kesler, Stanislav | Solicitation Consultant | 126.60 | $198.00 | $25,066.80 |
| Liu, Calvin L | Solicitation Consultant | 1.00 | $198.00 | $198.00 |
| Lonergan, Senan L | Solicitation Consultant | 1.10 | $198.00 | $217.80 |
| Plerqui, Justin | Solicitation Consultant | 54.00 | $198.00 | $10,692.00 |
| Scully, Nickesha C | Solicitation Consultant | 24.80 | $198.00 | $4,910.40 |
| Taatjes, Hayden S | Solicitation Consultant | 197.90 | $198.00 | $39,184.20 |
| Vyskocil, Ryan J | Solicitation Consultant | 23.30 | $198.00 | $4,613.40 |
| Ashley, Jeanette | Senior Consultant | 11.30 | $187.00 | $2,113.10 |
| Nikelsberg, Ira | Senior Consultant | 3.50 | $187.00 | $654.50 |
| Breines, Lauren N | Consultant | 64.20 | $170.50 | $10,946.10 |
| Pagan, Chanel C | Consultant | 3.00 | $170.50 | $511.50 |
| Washington, Sedahri K | Consultant | 0.30 | $170.50 | $51.15 |
| DePalma, Greg M | Consultant | 76.20 | $165.00 | $12,573.00 |
| Dominguez, Kirsten A | Consultant | 22.10 | $165.00 | $3,646.50 |
| Floyd, Tiffany M | Consultant | 9.60 | $165.00 | $1,584.00 |
| Holloway, Jessica D | Consultant | 0.50 | $165.00 | $82.50 |
| Iannaci, Patricia M | Consultant | 38.50 | $165.00 | $6,352.50 |
| Inman, Aliece L | Consultant | 2.60 | $165.00 | $429.00 |
| Izquierdo, Stephanie | Consultant | 36.60 | $165.00 | $6,039.00 |
| Jobin, Marissa | Consultant | 0.50 | $165.00 | $82.50 |
| Kail, John C | Consultant | 9.40 | $165.00 | $1,551.00 |
| Kouskorskaya, Yaroslava | Consultant | 2.70 | $165.00 | $445.50 |
| Kovalchuk, Oleg | Consultant | 20.40 | $165.00 | $3,366.00 |
| Mahgoub, Mohamed T | Consultant | 14.50 | $165.00 | $2,392.50 |
| Patel, Mihir P | Consultant | 42.10 | $165.00 | $6,946.50 |
| Pollard, Jonathan | Consultant | 16.10 | $165.00 | $2,656.50 |
| Ruffin, Jesse S | Consultant | 0.50 | $165.00 | $82.50 |
| Sommerman, Alexis D | Consultant | 25.20 | $165.00 | $4,158.00 |
| Elliot, Brian B | Consultant | 26.20 | $148.50 | $3,890.70 |

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Hughes, James T | Consultant | 56.40 | $148.50 | $8,375.40 |
| Kinnard, Brian M | Consultant | 24.30 | $148.50 | $3,608.55 |
| Lewis, Margaret A | Consultant | 9.20 | $148.50 | $1,366.20 |
| Makhlin, Alex | Consultant | 18.00 | $148.50 | $2,673.00 |
| Pippert, Daniel M | Consultant | 22.70 | $148.50 | $3,370.95 |
| Santodomingo, Liz | Consultant | 0.50 | $148.50 | $74.25 |
| Schudro, Aleksey | Consultant | 22.70 | $148.50 | $3,370.95 |
| Shannon, Roberta | Consultant | 1.00 | $148.50 | $148.50 |
| Suddarth, Garret S | Consultant | 20.70 | $148.50 | $3,073.95 |
| Wasserman, Derek | Consultant | 1.00 | $148.50 | $148.50 |
| Yuen, Anderson C | Consultant | 18.70 | $148.50 | $2,776.95 |
| Zhong, Jun Wei | Consultant | 24.80 | $148.50 | $3,682.80 |
| Salguero, Elcida V | Consultant | 3.30 | $137.50 | $453.75 |
| Aranza, Christian J | Consultant | 7.40 | $110.00 | $814.00 |
| Fulwood, Donchelle F | Consultant | 6.90 | $110.00 | $759.00 |
| Gulcen, Furkan | Consultant | 6.40 | $110.00 | $704.00 |
| Nevins, Megan E | Consultant | 6.60 | $110.00 | $726.00 |
| Richards, Kira K | Consultant | 44.30 | $104.50 | $4,629.35 |
| Senecal, Brian A | Technology Consultant | 5.80 | $104.50 | $606.10 |
| Lim, Rachel | Technology Consultant | 9.60 | $93.50 | $897.60 |
| Singh, Kevin | Technology Consultant | 23.60 | $93.50 | $2,206.60 |
| Gomez, Christine | Technology Consultant | 2.70 | $71.50 | $193.05 |
| Reyes, Ronald A | Technology Consultant | 6.10 | $71.50 | $436.15 |
| Conteh, Omaru | Technology Consultant | 2.10 | $49.50 | $103.95 |
| Clark, Katierra R | Analyst | 26.00 | $60.50 | $1,573.00 |
| Henegan, Nazir | Analyst | 4.00 | $60.50 | $242.00 |
| Madueno, Cristina | Analyst | 6.70 | $60.50 | $405.35 |
| Nnani, Obinna I | Analyst | 14.90 | $60.50 | $901.45 |
| Ye, Jing Wei | Analyst | 9.50 | $60.50 | $574.75 |
| Grant, Nikeisha Ann-Marie | Analyst | 24.70 | $55.00 | $1,358.50 |
| Joseph, Janelle Stacey | Analyst | 25.60 | $55.00 | $1,408.00 |
| Madatkhanova, Leyla | Analyst | 3.00 | $55.00 | $165.00 |
| Wright, Mecca I | Analyst | 27.70 | $55.00 | $1,523.50 |
| **Total** | | **1,988.10** | | **$340,859.75[1]** |
| | | **Blended Rate** | **$171.45** | |

---

[1] This amount has been discounted to $272,687.80 in accordance with the terms of Prime Clerk's retention. Taking into account this discount, the blended hourly rate is $137.16.