**EXHIBIT B**

**COMPENSATOIN BY WORK TASK CODE FOR
SERVICES RENDERED BY PRIME CLERK LLC FOR THE
PERIOD APRIL 1, 2020 THROUGH APRIL 30, 2020**

| CATEGORY | HOURS BILLED THIS PERIOD | TOTAL FOR APPLICATION |
|---|---:|---:|
| Ballots | 1,098.00 | $162,520.05 |
| Call Center / Credit Inquiry | 752.30 | $151,564.60 |
| Retention / Fee Application | 1.20 | $249.15 |
| Solicitation | 136.60 | $26,525.95 |
| **Total** | **1,988.10** | **$340,859.75**[2] |

---

[2] This amount has been discounted to $272,687.80 in accordance with the terms of Prime Clerk's retention.