# EXHIBIT C

## EXPENSE SUMMARY FOR THE PERIOD
## APRIL 1, 2020 THROUGH APRIL 30, 2020

| Expense | Rate | Total |
|---|---|---|
| N/A | N/A | N/A |
| **Total** | | **$0.00** |