**EXHIBIT E**

**ITEMIZED DISBURSEMENTS**

| Employee Name | Date | Expense Type | Amount |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| **TOTAL** | | | **$0.00** |