# EXHIBIT A

**COMPENSATION BY COBLENTZ PATCH DUFFY & BASS LLP PROFESSIONALS
FOR THE PERIOD APRIL 1, 2020 THROUGH APRIL 30, 2020**

The Coblentz attorneys and paraprofessionals who rendered legal services for the Debtors during these Chapter 11 Cases from April 1, 2020 through April 30, 2020 (the "**Fee Period**") are:

| Name of Professional | Position | Primary Practice Group[1] | Year Admitted | Reduced Hourly Rate for Debtors | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Barbara Milanovich | Partner | RE | 1980 | $700 | 48.50 | $33,950.00 |
| Doug Sands | Partner | RE | 1987 | $700 | 60.40 | $42,280.00 |
| Ficks, Gregg | Partner | BCR/LIT | 1990 | $704 | 6.80 | $4,787.20 |
| Sean Coyle | Partner | LIT | 2004 | $600 | 75.80 | $45,480.00 |
| Mark Hejinian | Partner | LIT | 2011 | $500 | 11.50 | $5,750.00 |
| James F. McKee | Associate | LIT | 2014 (TX); 2019 (CA) | $422 | 70.90 | $29,919.80 |
| Caitlyn N. Chacon | Associate | LIT | 2013 | $440 | 35.20 | $15,488.00 |
| Leah P. Collins | Associate | RE | 2016 | $405 | 2.40 | $972.00 |
| Laura R. Seegal | Associate | LIT | 2015 | $418 | 51.80 | $21,652.40 |
| Michael R. Wilson | Paralegal | RE | N/A | $352 | 26.70 | $9,398.40 |
| Dianne M. Sweeny | Paralegal | RE | N/A | $210 | 1.50 | $315.00 |
| Yasmin Jayasuriya | Paralegal | LIT | N/A | $260 | 0.50 | $130.00 |
| Jordan V. Mendoza | Paralegal | RE | N/A | $250 | 34.50 | $8,550.00 |
| Viet Doan | Paralegal | LIT | N/A | $175 | 0.40 | $70.00 |
| **Total Professionals:** | | | | | **426.60** | **$218,742.80** |

---

[1] RE = Real Estate; LIT = Litigation; BCR = Bankruptcy and Creditors' Rights; CORP = Corporate

| PROFESSIONALS TOTALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---:|---:|---:|
| Partners and Counsel | $644.88 | 203.00 | $132,247.20 |
| Associates | $424.55 | 160.30 | $68,032.20 |
| **Blended Attorney Rate** | **$540.64** | **363.30** | **$200,279.40** |
| Paraprofessionals and other non-legal staff | $275.56 | 63.30 | $18,463.40 |
| **Total Fees Incurred** | **$512.76** | **426.60** | **$218,742.80** |