# EXHIBIT B

16213.101 4845-4002-8348.1
Case: 19-30088    Doc# 7689-2    Filed: 06/01/20    Entered: 06/01/20 14:41:06    Page 1 of 3

**COMPENSATION BY WORK TASK CODE FOR SERVICES RENDERED BY COBLENTZ PATCH DUFFY & BASS LLP FOR THE PERIOD APRIL 1, 2020 THROUGH APRIL 30, 2020**

| TASK[1] CODE | DESCRIPTION[1] | HOURS | AMOUNT |
|---|---|---|---|
| C100 | Fact Gathering | 56.20 | $21,797.60 |
| C400 | Third Party Communication | 2.00 | $1,120.00 |
| L110 | Fact Investigation/Development | 32.90 | $13,943.20 |
| L120 | Analysis/Strategy | 75.80 | $37,255.20 |
| L130 | Experts/Consultants | 12.50 | $5,855.40 |
| L143 | eDiscovery - Identification and Preservation | 0.50 | $130.00 |
| L310 | Written Discovery | 1.30 | $710.00 |
| L330 | Depositions | 30.40 | $15,736.00 |
| L600 | Identification | 0.80 | $337.60 |
| L620 | Collection | 0.40 | $200.00 |
| L650 | Review | 48.00 | $18,414.40 |
| L653 | First Pass Document Review | 18.20 | $8,145.40 |
| L670 | Production | 4.50 | $1,125.00 |
| P100[2] | Project Administration | 17.80 | $12,487.20 |

---

[1] These Task Codes and Descriptions were used by Coblentz in conjunction with pre-petition time entries and invoices as required by Debtors prior to the filing of these Bankruptcy Cases, and Coblentz continues to use them in conjunction with post-petition time entries and invoices in these Special Counsel matters. In connection with additional services Coblentz now is required to perform in connection with these bankruptcy cases (*e.g.*, in connection with Coblentz's retention application, monthly fee statements, fee applications, or the like), Coblentz further specifies the time and fees for any such additional services in footnote 2 below.

[2] This Task Code includes approximately: (a) 5.6 hours ($3,942.40 in fees) related to Coblentz's Monthly Fee Statements; (b) .7 hours ($492.80 in fees) related to Special Counsel and scope of work requirements and potential and/or filed supplemental party disclosures in these Bankruptcy Cases; and (c) .5 hours ($352.00 in fees) for tasks related to Coblentz's filed Second Interim Fee Application.

| TASK[1] CODE | DESCRIPTION[1] | HOURS | AMOUNT |
|---|---|---|---|
| P240 | Real and Personal Property | 5.80 | $3,352.00 |
| P280 | Other | 0.80 | $255.40 |
| P300 | Structure/Strategy/Analysis | 66.30 | $46,410.00 |
| P400 | Initial Document Preparation/Filing | 43.20 | $25,247.40 |
| P500 | Negotiation/Revision/Responses | 8.10 | $5,670.00 |
| P600 | Completion/Closing | 0.80 | $560.00 |
| **Total:** | | **426.60** | **$218,742.80** |