# EXHIBIT C

16213.101 4845-4002-8348.1
Case: 19-30088    Doc# 7689-3    Filed: 06/01/20    Entered: 06/01/20 14:41:06    Page 1 of 2

**EXPENSE SUMMARY (COBLENTZ PATCH DUFFY & BASS LLP) FOR THE PERIOD APRIL 1, 2020 THROUGH APRIL 30, 2020**

| EXPENSES | AMOUNTS |
| --- | --- |
| Computerized Research | N/A |
| Meals | N/A |
| Travel | N/A |
| Transportation | N/A |
| Duplicating | N/A |
| Transcription (Deposition) Services | N/A |
| Third Party Consulting Fees | N/A |
| Telephone Conferencing | N/A |
| Messenger | N/A |
| Filing Fees | N/A |
| Process Service | N/A |
| Property Search | N/A |
| Court Reporter | N/A |
| Deposition Costs | $793.15 |
| Litigation Support Vendors | N/A |
| **Total Expenses Requested:** | **$793.15** |