# EXHIBIT E

16213.101 4845-4002-8348.1
Case: 19-30088    Doc# 7689-5    Filed: 06/01/20    Entered: 06/01/20 14:41:06    Page 1 of 2

**DETAILED EXPENSE ENTRIES (COBLENTZ PATCH DUFFY & BASS LLP) FOR THE PERIOD APRIL 1, 2020 THROUGH APRIL 30, 2020**

| Costs Advanced | Amount |
|---|---|
| Deposition - U.S. Legal Support | $793.15 |
| Court Reporter – U.S. Legal Support - Sac | N/A |
| Litigation Support Vendors – Case Home Page | N/A |
| Property Search – DataTree by First American | N/A |
| **Total Costs Requested:** | **$793.15** |