**EXHIBIT A**

## EXHIBIT A

## HOURS BY PROFESSIONAL
## FOR THE PERIOD APRIL 18, 2020 THROUGH MAY 17, 2020

| PROFESSIONAL | POSITION | TOTAL HOURS |
|---|---|---:|
| Adam Goldberg | Partner | 7.00 |
| Alexander Lange | Senior Director | 22.50 |
| Emily Seeley | Account Manager | 11.50 |
| **TOTAL** | | **41.00** |