**EXHIBIT B**

## EXHIBIT B

## HOURS BY TASK FOR
## FOR THE PERIOD APRIL 18, 2020 THROUGH MAY 17, 2020

| TASK DESCRIPTION | HOURS |
|---|---:|
| Emails and/or Calls with Client and/or Client Attorney | 17.00 |
| Internal Client Meetings | 2.50 |
| Research and Writing | 11.00 |
| Working with the Media | 8.00 |
| Attending Court Hearing | 2.5 |
| **TOTAL** | **41.00** |