**EXHIBIT C**

**Detailed Time Entries**

**ADAM GOLDBERG**

| DATE | HOURS | ACTIVITY DESCRIPTION |
|---|---|---|
| 4/22/20 | .5 | Call with client and/or client attorneys |
| | .5 | Internal client meeting |
| 4/27/20 | .5 | Internal client meeting |
| 4/29/20 | .5 | Call with client and/or client attorneys |
| 5/6/20 | .5 | Call with client and/or client attorneys |
| | .5 | Internal client meeting |
| | 1 | Research and writing |
| 5/11/20 | .5 | Research and writing |
| 5/12/20 | .5 | Internal client meeting |
| 5/13/20 | 1 | Email and call with client and/or client attorneys |
| | 1 | Research and writing |
| | | |
| **TOTAL:** | **7** | |

## ALEXANDER LANGE

| DATE | HOURS | ACTIVITY DESCRIPTION |
|---|---|---|
| 4/20/20 | 1 | Emails with client and/or client attorneys |
|  | 1 | Research and writing |
| 4/21/20 | .5 | Emails with client and/or client attorneys |
| 4/22/20 | .5 | Emails and calls with client and/or client attorneys |
| 4/24/20 | .5 | Emails with client and/or client attorneys |
|  | .5 | Research and writing |
| 4/25/20 | 1 | Working with the media |
|  | 1 | Emails with client and/or client attorneys |
| 4/27/20 | 1 | Working with the media |
|  | .5 | Emails with client and/or client attorneys |
| 4/28/20 | .5 | Research and writing |
|  | .5 | Emails with client and/or client attorneys |
|  | .5 | Working with the media |
| 4/29/20 | .5 | Emails client and/or client attorneys |
| 4/30/20 | 1 | Emails client and/or client attorneys |
|  | .5 | Working with the media |
| 5/1/20 | .5 | Emails client and/or client attorneys |
|  | .5 | Working with the media |
| 5/2/20 | .5 | Emails with client and/or client attorneys |
| 5/3/20 | .5 | Emails with client and/or client attorneys |
| 5/6/20 | .5 | Emails and calls with client and/or client attorneys |
|  | 1 | Research and writing |
| 5/8/20 | 1 | Research and writing |
| 5/11/20 | .5 | Emails with client and/or client attorneys |
| 5/12/20 | .5 | Internal client meetings |
| 5/13/20 | 1 | Emails and calls with client and/or client attorneys |
|  | 1 | Research and writing |
| 5/14/20 | .5 | Emails with client and/or client attorneys |
| 5/15/20 | 1.5 | Working with the media |
|  | 1 | Attending court hearing via phone |
|  | .5 | Emails with client and/or client attorneys |
| 5/16/20 | .5 | Emails with client and/or client attorneys |
|  |  |  |
| **TOTAL:** | **22.5** |  |

**EMILY SEELEY**

| DATE | HOURS | ACTIVITY DESCRIPTION |
|---|---|---|
| 4/20 | 0.5 | Working with the media |
|  | 0.5 | Emails with client and/or client attorneys |
| 4/22 | 0.5 | Calls with client and/or client attorneys |
| 4/25 | 0.5 | Research and writing |
|  | 0.5 | Working with the media |
| 4/29 | 0.5 | Calls with client and/or client attorneys |
| 4/30 | 1 | Working with the media |
| 5/3 | 0.5 | Research and writing |
| 5/6 | 0.5 | Calls with client and/or client attorneys |
|  | 0.5 | Research and writing |
| 5/11 | 0.5 | Emails with client |
| 5/12 | 0.5 | Research and writing |
| 5/13 | 0.5 | Research and writing |
|  | 1 | Working with media |
|  | 1 | Emails and calls with client and/or client attorneys |
| 5/14 | 0.5 | Research and writing |
| 5/15 | 1.5 | Attending court hearing via phone |
| 5/16 | 0.5 | Research and writing |
|  |  |  |
| **TOTAL:** | **11.5** |  |