Entered on Docket
June 01, 2020
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



```
 1  WEIL, GOTSHAL & MANGES LLP
    Stephen Karotkin (pro hac vice)
 2  (stephen.karotkin@weil.com)
    Ray C. Schrock, P.C. (pro hac vice)     Signed and Filed: June 1, 2020
 3  (ray.schrock@weil.com)
    Jessica Liou (pro hac vice)
 4  (jessica.liou@weil.com)
    Matthew Goren (pro hac vice)
 5  (matthew.goren@weil.com)                _____
    767 Fifth Avenue                        DENNIS MONTALI
 6  New York, NY 10153-0119                 U.S. Bankruptcy Judge
    Tel: 212 310 8000
 7  Fax: 212 310 8007

 8  KELLER BENVENUTTI KIM LLP
    Tobias S. Keller (#151445)
 9  (tkeller@kbkllp.com)
    Peter J. Benvenutti (#60566)
10  (pbenvenutt@kbkllp.com)
    Jane Kim (#298192)
11  (jkim@kbkllp.com)
    650 California Street, Suite 1900
12  San Francisco, CA 94108
    Tel: 415 496 6723
13  Fax: 650 636 9251

14  Attorneys for Debtors
    and Debtors in Possession
15
                     UNITED STATES BANKRUPTCY COURT
16                   NORTHERN DISTRICT OF CALIFORNIA
                          SAN FRANCISCO DIVISION
17
```

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| | Chapter 11 |
| **PG&E CORPORATION,** | (Lead Case) (Jointly Administered) |
| - and - | **ORDER GRANTING EX PARTE APPLICATION FOR RELIEF FROM LOCAL BANKRUPTCY RULE 3007-1(a) REGARDING DEBTORS' FIRST AND SECOND OMNIBUS OBJECTIONS TO CLAIMS** |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | |
| Debtors. | [Pursuant to B.L.R. 9014-1, no hearing as to any specific Proof of Claim unless timely Response filed] |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | Date: June 24, 2020<br>Time: 10:00 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>      (Telephonic Appearances Only)<br>      Courtroom 17, 16th Floor<br>      San Francisco, CA 94102 |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

The Court having reviewed the *Ex Parte Application for Relief from Local Bankruptcy Rule 3007-1(a) Regarding Debtors' First and Second Omnibus Objections to Claims* (the "**Application**"),[1] filed on May 28, 2020; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Application is granted, as provided herein.

2. The Debtors are relieved of their obligation under Local Rule 3007-1(a) to attach copies of the relevant proofs of claim to the Omnibus Claims Objections.

\*\* END OF ORDER \*\*

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Application.