# EXHIBIT A

# EXHIBIT A

## COMPENSATION BY PROFESSIONAL
## APRIL 1 THROUGH APRIL 30, 2020

The attorneys and paraprofessionals who rendered legal services in these Chapter 11 Cases from April 1, 2020 through April 30, 2020 (the "**Fee Period**") are:

| NAME OF PROFESSIONAL | POSITION | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION | AREA OF PRACTICE / CONCENTRATION |
|---|---|---|---|---|---|---|
| Kevin S. Allred | Partner | 1986 | $1,020.00 | 69.9 | $71,298.00 | Litigation |
| Brad D. Brian | Partner | 1977 | $1,500.00 | 14.3 | $21,450.00 | Litigation |
| Erin J. Cox | Partner | 2009 | $950.00 | 12.7 | $12,065.00 | Litigation |
| Robert L. Dell Angelo | Partner | 1992 | $1,060.00 | 3.2 | $3,392.00 | Litigation |
| Lisa J. Demsky | Partner | 1996 | $1,060.00 | 29.6 | $31,376.00 | Litigation |
| Michael R. Doyen | Partner | 1982 | $1,320.00 | 82.0 | $108,240.00 | Litigation |
| David H. Fry | Partner | 1997 | $1,150.00 | 1.2 | $1,380.00 | Litigation |
| Elaine J. Goldenberg | Partner | 1997 | $1,060.00 | 2.1 | $2,226.00 | Appellate |
| Seth Goldman | Partner | 2002 | $1,150.00 | 255.3 | $293,595.00 | Restructuring |
| Miriam Kim | Partner | 2002 | $950.00 | 12.3 | $11,685.00 | Litigation |
| Kelly LC Kriebs | Partner | 1999 | $1,150.00 | 32.7 | $37,605.00 | Corporate |
| C. David Lee | Partner | 2000 | $1,220.00 | 4.0 | $4,880.00 | Corporate |
| Kathleen M. McDowell | Partner | 1984 | $920.00 | 0.8 | $736.00 | Litigation |
| James C. Rutten | Partner | 1997 | $1,060.00 | 19.5 | $20,670.00 | Litigation |
| Henry Weissmann | Partner | 1987 | $1,400.00 | 225.2 | $315,280.00 | Litigation |
| Sarah J. Cole | Of Counsel | 2002 | $890.00 | 257.9 | $229,531.00 | Litigation |
| Bradley S. Schneider | Of Counsel | 2004 | $950.00 | 59.5 | $56,525.00 | Restructuring |
| Matthew S. Schonholz | Of Counsel | 2006 | $920.00 | 18.1 | $16,652.00 | Tax |
| Nick Axelrod | Associate | 2013 | $845.00 | 86.9 | $73,430.50 | Litigation |
| Michael C. Baker | Associate | 2016 | $725.00 | 87.7 | $63,582.50 | Litigation |
| Andre W. Brewster | Associate | 2015 | $780.00 | 26.3 | $20,514.00 | Litigation |
| Graham B. Cole | Associate | 2015 | $820.00 | 157.3 | $128,986.00 | Litigation |
| Allison M. Day | Associate | 2015 | $780.00 | 0.2 | $156.00 | Litigation |
| Raquel E. Dominguez | Associate | 2019 | $490.00 | 44.7 | $21,903.00 | Litigation |
| Brendan Gants | Associate | 2016 | $820.00 | 1.9 | $1,558.00 | Litigation |
| Alexander S. Gorin | Associate | 2017 | $665.00 | 30.1 | $20,016.50 | Litigation |
| Skylar B. Grove | Associate | 2015 | $780.00 | 72.7 | $56,706.00 | Litigation |

| NAME OF PROFESSIONAL | POSITION | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION | AREA OF PRACTICE / CONCENTRATION |
|---|---|---|---|---|---|---|
| Lauren M. Harding | Associate | 2015 | $780.00 | 18.6 | $14,508.00 | Litigation |
| Natalie A. Karl | Associate | 2017 | $665.00 | 140.1 | $93,166.50 | Corporate |
| Lloyd Marshall | Associate | 2018 | $565.00 | 68.3 | $38,589.50 | Litigation |
| Megan L. McCreadie | Associate | 2017 | $665.00 | 109.3 | $72,684.50 | Litigation |
| Alexandra Peacock | Associate | 2017 | $725.00 | 1.1 | $797.50 | Corporate |
| Teresa A. Reed Dippo | Associate | 2015 | $780.00 | 123.4 | $96,252.00 | Litigation |
| Giovanni S. Saarman Gonzalez | Associate | 2016 | $725.00 | 231.5 | $167,837.50 | Litigation |
| Cobus van der Ven | Associate | 2017 | $665.00 | 96.8 | $64,372.00 | Litigation |
| Ramon K. Castillo | Paralegal | N/A | $345.00 | 244.4 | $84,318.00 | N/A |
| Bruce M. Gordon | Paralegal | N/A | $345.00 | 19.5 | $6,727.50 | N/A |
| Danny R. Munson | Paralegal | N/A | $395.00 | 14.2 | $5,609.00 | N/A |
| Larry M. Polon | Paralegal | N/A | $345.00 | 4.2 | $1,449.00 | N/A |
| Cynthia R. Richardson | Paralegal | N/A | $395.00 | 176.2 | $69,599.00 | N/A |
| Bowe Kurowski | ALS | N/A | $455.00 | 1.9 | $864.50 | N/A |
| Jason D. Troff | ALS | N/A | $455.00 | 5.2 | $2,366.00 | N/A |
| **Total Professionals:** | | | | **2862.8** | **$2,344,579.00** | |

| PROFESSIONALS TOTALS: | BLENDED RATE (rounded to nearest dollar) | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partner | $ 1,224 | 764.8 | $ 935,878.00 |
| Of Counsel | $ 903 | 335.5 | $ 302,708.00 |
| Associate | $ 721 | 1,296.9 | $ 935,060.00 |
| **Attorneys Total** | **$ 907** | **2,397.2** | **$ 2,173,646.00** |
| Paralegal | $ 366 | 458.5 | $ 167,702.50 |
| ALS | $ 455 | 7.1 | $ 3,230.50 |
| **Paraprofessionals Total** | **$ 367** | **465.6** | **$ 170,933.00** |
| **Grand Total** | **$ 819** | **2,862.8** | **$ 2,334,579.00** |