# EXHIBIT B

# EXHIBIT B

## COMPENSATION BY WORK TASK CODE FOR
## SERVICES RENDERED BY MUNGER, TOLLES & OLSON LLP
## APRIL 1 THROUGH APRIL 30, 2020

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 021 | Non-Bankruptcy Litigation / Wildfire (Criminal) | 517.5 | $422,186.50 |
| 023 | Purchase Power Agreements (including Adversary Proceedings) | 4.5 | $4,146.50 |
| 025 | Regulatory Issues Including CPUC and FERC | 2,241.1 | $1,846,202.00 |
| 026 | Retention / Billing / Fee Applications: MTO | 25.5 | $13,255.00 |
| 033 | TUB - Tubbs Fire state court litigation (Judge Jackson) | 0.2 | $156.00 |
| 035 | Kincade | 74.0 | $58,633.00 |
| **TOTAL** | | **2,862.8** | **$2,344,579.00** |