# EXHIBIT C

# EXHIBIT C

## EXPENSE SUMMARY
### APRIL 1 THROUGH APRIL 30, 2020

| EXPENSES | AMOUNTS |
|---|---|
| Meals | $277.28 |
| Travel – Hotel | $9,217.04 |
| Travel – Ground (Out of Town) | $1,084.01 |
| Consultants/Professional Services | $184,147.50 |
| Staff Overtime | $150.00 |
| Messenger | $647.50 |
| Other Expenses | $50.50 |
| **Total Expenses Requested:** | **$195,573.83** |