**EXHIBIT A**

# EXHIBIT A

## HOURS BY PROFESSIONAL
## FOR THE PERIOD APRIL 1, 2020 THROUGH APRIL 30, 2020

| PROFESSIONAL | POSITION | HOURLY RATE | TOTAL HOURS |
|---|---|---|---|
| Lynn A. Baker | Special Counsel | $1,200.00 | 10.60 |
| **TOTAL** | | | **10.60** |