**EXHIBIT B**

## EXHIBIT B

## HOURS BY TASK
## FOR THE PERIOD APRIL 1, 2020 THROUGH APRIL 30, 2020

| TASK DESCRIPTION | HOURS |
|---|---:|
| Emails and/or Calls with Client and/or Client Attorney | 6.60 |
| Document Review | 0.70 |
| Drafting/Writing | 2.30 |
| Prepare for/Attend Meetings | 1.00 |
| **TOTAL** | **10.60** |