1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT C

## Detailed Time Entries

**LYNN A. BAKER, ESQ.**
**2210 Greenlee Drive**
**Austin, TX 78703**

May 4, 2020

For legal services rendered by **Lynn A. Baker** as court-appointed Special Ethics Counsel to the Official Committee of Tort Claimants (the "TCC") of PG&E Corporation and Pacific Gas and Electric Company (collectively the "Debtors") in connection with the relevant bankruptcy proceedings:

April 1, 2020 – 1.30 hrs.
| | |
|---|---|
| 0.10 hr. -- | tel conv w R. Julian re: requested Memo and TCC meeting |
| 0.10 hr. -- | tel conv w E. Green re: TCC meeting |
| 0.10 hr. -- | tel conv w R. Julian re: requested Memo |
| 1.0 hr. -- | Prepare requested Memo and email same to R. Julian |

April 2, 2020 – 0.90 hrs.
| | |
|---|---|
| 0.10 hr. -- | read email and attachments from R. Julian to TCC on my behalf |
| 0.10 hr. -- | email exchs w E. Green & R. Julian re: dial-in for TCC meeting |
| 0.20 hr. -- | read emails and attachments from R. Julian & L. Attard re: supplemental disclosures and Estimation brief |
| 0.10 hr. -- | read various emails from TTC members and counsel re: PG&E stock value |
| 0.20 hr. -- | participate in all-TCC conference call |
| 0.10 hr. -- | read K. Gowins email |
| 0.10 hr. -- | text exchs w E. Green re: meeting and developments |

April 3, 2020 – 0.20 hrs.
| | |
|---|---|
| 0.10 hr. -- | read emails from R. Julian and various TCC members re: supplemental disclosure |
| 0.10 hr. -- | read emails from various TCC members re: K. Gowins email |

April 4, 2020 – 0.10 hr.
| | |
|---|---|
| 0.10 hr. -- | read emails from R. Julian and M. Carlson |

April 5, 2020 – 0.10 hr.
| | |
|---|---|
| 0.10 hr. -- | read emails from L. Attard, M. Carlson, E. Cabraser & A. Ohanaloo |

April 6, 2020 – 0.70 hr.
| | |
|---|---|
| 0.10 hr. -- | read emails from R. Julian & E. Cabraser |
| 0.20 hr. -- | read documents from L. Attard |
| 0.10 hr. -- | read email from R. Julian re: call with Judge & email reply |

|  |  |
|---|---|
|  | from F. Pitrie |
| 0.10 hr. -- | read letter sent from TCC to Debtor's counsel |
| 0.10 hr. -- | read R. Julian email re: SLF Claimants & email reply from G. Agajanian |
| 0.10 hr. -- | read email from M. Carlson & reply email from E. Cabraser |

April 7, 2020 – 0.10 hr.

| 0.10 hr. -- | read emails and court order from R. Julian |
|---|---|

April 8, 2020 – 0.30 hr.

| 0.10 hr. -- | email exch w J. Esmont re: April 9 TCC meeting and agenda |
|---|---|
| 0.20 hr. -- | tel conv w J. Esmont re: April 9 TCC meeting, agenda and status |

April 9, 2020 – 1.40 hrs.

| 0.10 hr. -- | read emails from K. Trostle, G. Wilson & R. Julian |
|---|---|
| 0.10 hr. -- | email to J. Esmont re: attending April 9 TCC conf call |
| 0.10 hr. -- | read emails from R. Julian re: stock price and Trustee's inquiry |
| 0.10 hr. -- | emails exch w E. Green re: pending GS memo |
| 0.20 hr. -- | read various emails from TCC members and their counsel re: status and agenda |
| 0.80 hrs. -- | attend TCC conf. call meeting |

April 10, 2020 – 0.10 hr.

| 0.10 hr. -- | read email and attachment from L. Attard re: Butte criminal fine; read related emails from TCC members and counsel |
|---|---|

April 13, 2020 – 0.40 hr.

| 0.10 hr. -- | read email and attachment from J. Rose: re TCC registration rights advisor |
|---|---|
| 0.10 hr. -- | read email from S. Skikos and reply emails from other TCC members and counsel |
| 0.20 hr. -- | read email from L. Attard and skim various attached estimation briefs |

April 14, 2020 – 0.10 hr.

| 0.10 hr. -- | read email from E. Ballan to TCC |
|---|---|

April 15, 2020 – 0.30 hr.

| 0.10 hr. -- | read email from L. Attard re: media |
|---|---|
| 0.10 hr. -- | read email and attachment from J. Esmont |
| 0.10 hr. -- | read emails from R. Julian and W. Maxwell re: media |

April 16, 2020 – 0.60 hrs.

| 0.10 hr. -- | read email and attachment from R. Julian |
|---|---|
| 0.10 hrs. -- | read various TCC member and counsel emails replying to |

|              |     | R. Julian email |
|---|---|---|
| 0.10 hr. -- | | read email from G. Wilson to TCC-all |
| 0.10 hr. -- | | read email from J. Esmont (with attachment) and email from R. Balabanian |
| 0.10 hr. -- | | tel conv w J. Esmont re: TCC meeting and status |
| 0.10 hr. -- | | read email from E. Kates and attachment |

April 17, 2020 – 0.10 hr.
| 0.10 hr. -- | read email and attachment from L. Attard |

April 20, 2020 – 0.10 hr.
| 0.10 hr. -- | read email and attachment from E. Kates |

April 21, 2020 – 0.30 hr.
| 0.10 hr. -- | read emails from K. Morris & K. Lockhart |
| 0.10 hrs. -- | read email and attachment from J. Bloom |
| 0.10 hr. -- | read email from E. Green |

April 22, 2020 – 0.10 hr.
| 0.10 hrs. -- | read email from J. Esmont |

April 23, 2020 – 0.30 hrs.
| 0.10 hr. -- | read email from M. Alexander |
| 0.10 hr. -- | review current draft of GS Memo |
| 0.10 hrs. -- | draft and send email to R. Julian and E. Green re: next steps for GS Memo |

April 24, 2020 – 0.80 hrs.
| 0.10 hr. -- | read emails from R. Julian |
| 0.10 hr. -- | exch text messages w E. Green re: GS Memo and next steps |
| 0.10 hr. -- | read email from M. Alexander and exch text messages w E. Green re: status and next steps |
| 0.10 hr. -- | send draft GS Memo to E. Green per request |
| 0.10 hr. -- | tel conv w E. Green re: next steps |
| 0.10 hr. -- | exch text messages w E. Green re: GS Memo and next steps |
| 0.10 hr. -- | review final version of GS Memo and send to E. Green for distribution |
| 0.10 hr. -- | exch text messages w E. Green re: distribution of GS Memo |

April 25, 2020 – 1.60 hrs.
| 0.10 hr. -- | read and reply to emails from M. Alexander, G. Kaupp & L. Attard |
| 0.20 hr. -- | tel conv w E. Green re: next steps and additional email |
| 0.10 hr. -- | tel conv w R. Julian re: status and next steps |
| 1.10 hrs. -- | revise GS Memo in light of additional email; email revised Memo to R. Julien and E. Green |

        0.10 hr. --       read emails from L. Attard and E. Green

<u>April 27, 2020 – 0.10 hr.</u>
        0.10 hrs. --      read substantive email from M. Carlson

<u>April 28, 2020 – 0.40 hr.</u>
        0.20 hr. --       tel conv w R. Julian re: disclosure issue
        0.10 hr. --       read emails from R. Julian & S. Skikos
        0.10 hr. --       read email and attachment from E. Kates

<u>April 29, 2020 – 0.10 hr.</u>
        0.10 hrs. --      read email from K. Lockhart

<u>April 30, 2020 – 0.10 hr.</u>
        0.10 hr. --       read email and attachment from K. Morris

=================================================================

April – 10.60 hours @ $1,200/hour = $12,720.00

**<u>Total due = $12,720.00</u>**