

Signed and Filed: June 1, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) Bankruptcy Case |
| | ) No. 19-30088-DM |
| PG&E CORPORATION, | ) |
| | ) Chapter 11 |
|     - and - | ) |
| | ) Jointly Administered |
| PACIFIC GAS AND ELECTRIC COMPANY, | ) |
|     Debtors. | ) |
| ☐ Affects PG&E Corporation | ) |
| ☐ Affects Pacific Gas and Electric Company | ) |
| ☒ Affects both Debtors | ) |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | ) |

**ORDER REGARDING SCHEDULE FOR JUNE 3 – JUNE 5, 2020**

    Oral argument for or against confirmation of the Debtors' Plan will begin on June 3, 2020, at 10:00 AM. The Debtors and Plan Proponents will have two and one half hours to begin. The court appreciates Debtors' counsel's suggestion filed earlier today (Dkt. No. 7679) to rearrange the presentation of argument by issues, but the requests by various parties and the court's planning before today prohibit that approach.

-1-

Attached is a tentative schedule for arguments for or against confirmation.

Arguments by others either for or against confirmation of the Plan will begin approximately forty-five (45) minutes after Debtors complete their opening argument and the court takes a break. Not all time estimates could be honored, and no time has been scheduled for any executory contract issues, including cure amounts and those dealing with indemnity and contribution claims. The court is aware that Debtors wish to deal with these non-cure claim matters (see Dkt. No. 7633 at 3:18-21), but the number of objectors prohibit including those issues this week. If necessary, a separate schedule for argument solely as to those matters can be scheduled for next week.

The hearing set for June 4, 2020, at 9:30 AM on the motion for appointment of an examiner (Dkt. No. 7568) is postponed until 10:00 AM. Following that hearing and a short break, oral arguments on the Plan will resume. There will be a forty-five minute midday break.

On June 5, 2020, arguments will resume at 9:30 AM, with the expectation that they will conclude by midday. After a forty-five minute break, Debtors will be have one and one half hours for closing argument. At that point the question of whether or not to confirm Debtors' Plan will be submitted for decision.

All parties should see the court's Order Granting Motion to Exclude Testimony and Clarifying the Court's Position on Admission of Exhibits (Dkt. No. 7662), regarding the disposition of exhibits and objections to their admission. The court will rule on objections to exhibits as part of its ruling on

Case: 19-30088    Doc# 7699    Filed: 06/01/20    Entered: 06/01/20 15:39:36    Page 2 of 5

confirmation.  Parties may use a portion of their time to argue about the admissibility of the exhibits if they chose but they will not be allowed additional time.

All parties should keep in mind that the court has received extensive briefing on the critical issues and has also been provided proposed findings of fact and conclusion of law.  The purpose of oral argument is not to repeat what has already been written.  Instead, counsel and pro se parties should focus specifically on the most critical points they wish to make, avoid being repetitive, use their time efficiently, and make clear their positions as to whether they want the court to (1) confirm the Plan; (2) deny confirmation; or (3) confirm, but subject to amendments that may be appropriate to incorporate into the order confirming the Plan and without requiring re-solicitation of votes or conflicting in any way with the deadline of AB 1054.

**END OF ORDER**

**Attachment – Schedule for Arguments For or Against Confirmation
(not including by Debtors or Plan Proponents)**

**Wednesday, June 3, 2020 – beginning approx. 1:00 PM**

10 mins for Mr. Stamer
10 mins for Mr. Feldman
15 mins for Mr. Neumeister
20 mins for Ms. Winthrop and Mr. Mintz
2 mins for Mr. Carlson
5 mins for Mr. Winsberg
10 mins for Mr. Barenbaum
20 mins for Mr. Gorton
15 mins for Mr. Silfen
15 mins for Mr. Tredinnick
10 mins for Ms. Pino
10 mins for Mr. Harris

**Thursday, June 4, 2020 – after hearing re examiner**

10 mins for Mr. Laffredi
10 mins for Mr. Troy
20 mins for Mr. Pascuzzi
10 mins for Ms. Porter
20 mins for Mr. Scarpulla and Mr. Hallisey
10 mins for Mr. Singleton
15 mins for Mr. Tosdal
10 mins for Mr. Finestone
50 mins for Mr. Bray
30 mins for Mr. Abrams
5 mins for Ms. Cabraser

5 mins for Mr. Pitre

5 mins for Mr. Campora

5 mins for Mr. Kelly

5 mins for Mr. Skikos

**Friday, June 4, 2020 - 9:30 AM**

60 mins for Mr. Etkin, Mr. Behlmann, or Mr. Dubbs

60 mins for Mr. Julian

5 mins for Mr. Molton, counsel for Fire Victims Trustee