# Notice Recipients

| | | | |
|---|---|---|---|
| District/Off: 0971−3 | User: dchambers | | Date Created: 6/2/2020 |
| Case: 19−30088 | Form ID: TRANSC | | Total: 9 |

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| aty | Matthew Jordan Troy | matthew.troy@usdoj.gov |
| aty | Michael S. Etkin | metkin@lowenstein.com |
| aty | Robert A. Julian | rjulian@bakerlaw.com |

TOTAL: 3

**Recipients submitted to the Claims Agent (Prime Clerk):**
| | | | | |
|---|---|---|---|---|
| intp | William B. Abrams | 1519 Branch Owl Pl. | Santa Rosa, CA 95409 | |
| cr | Mary Kim Wallace | P.O. Box 1632 | Magalia, CA 95954 | |
| aty | Richard W. Slack | Weil Gotshal and Manges, LLP | 767 Fifth Ave. | New York, NY 10153−0119 |
| aty | Stephen Karotkin | Weil, Gotshal & Manges LLP | 767 Fifth Avenue | New York, NY 10153 |
| aty | Theodore Tsekerides | Weil, Gotshal & Manges LLP | 767 Fifth Avenue | New York, NY 10153 |
| | GREG M. ZIPES | United States Department of Justice | Office of the U.S. Trustee | 450 Golden Gate Avenue Suite 05−0153 San Francisco, CA 94102 |

TOTAL: 6