Dennis F. Dunne (admitted *pro hac vice*)
Samuel A. Khalil (admitted *pro hac vice*)
MILBANK LLP
55 Hudson Yards
New York, New York 10001-2163
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

and

Gregory A. Bray (SBN 115367)
Thomas R. Kreller (SBN 161922)
MILBANK LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Telephone: (424) 386-4000
Facsimile: (213) 629-5063

*Counsel for the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION**<br>-and-<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br><br>\* *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**EMERGENCY MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EXPEDITE CONSIDERATION OF MOTION FOR LEAVE TO FILE SUR-REPLY**<br><br>**[No Hearing Requested]** |

**TO THE COURT, ALL PARTIES AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors appointed in the above-captioned cases (the "Creditors' Committee")[1] hereby makes this emergency motion (the "Emergency Motion") pursuant to Rule 9006(c) of the Federal Rules of Bankruptcy Procedure and Rule 9006-1 of the Bankruptcy Local Rules for the United States Bankruptcy Court for the Northern District of California to expedite consideration of the Creditors' Committee's contemporaneously-filed *Motion for Leave to File Sur-Reply* (the "Motion for Leave") in connection with the *Plan Proponents' Joint Memorandum of Law and Omnibus Response in Support of Confirmation of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization* [Docket No. 7528]. All grounds for this Motion have are submitted to this Court in the Declaration of Gregory A. Bray, attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that notice of this Emergency Motion has been provided to the following parties:

*Attorneys for Debtors and Debtors in Possession*

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (stephen.karotkin@weil.com)
Theodore E. Tsekerides (theodore.tsekerides@weil.com)
Richard W. Slack (richard.slack@weil.com)
Jessica Liou (jessica.liou@weil.com)
Matthew Goren (matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Telephone: (212) 310-8000

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (tkeller@kbkllp.com)
Jane Kim (jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Telephone: (415) 496-6723

---

[1] Capitalized terms not defined herein have the meanings ascribed to them in the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated May 22, 2020* [Docket No. 7521] (as it may be amended, modified or supplemented from time to time, and together with any exhibits or schedules thereto, the "Plan").

| | |
|---|---|
| 1 | *Attorneys for Shareholder Proponents* |
| 2 | JONES DAY |
| 3 | Bruce S. Bennett (bbennett@jonesday.com) |
|   | Joshua M. Mester (jmester@jonesday.com) |
| 4 | James O. Johnston (jjohnston@jonesday.com) |
|   | 555 South Flower Street, Fiftieth Floor |
| 5 | Los Angeles, CA 90071-2300 |
|   | Telephone: (213) 489-3939 |
| 6 | |
| 7 | *Attorneys for Official Committee of Tort Claimants* |
| 8 | BAKER & HOSTETLER LLP |
|   | Robert A. Julian (rjulian@bakerlaw.com) |
| 9 | Cecily A. Dumas (cdumas@bakerlaw.com) |
|   | Transamerica Pyramid Center |
| 10 | 600 Montgomery Street, Suite 3100 |
|    | San Francisco, CA 94111-2806 |
| 11 | Telephone: (415) 659-2600 |
| 12 | |
|    | BAKER & HOSTETLER LLP |
| 13 | Elizabeth A. Green (egreen@bakerlaw.com) |
|    | 200 South Orange Avenue, Suite 2300 |
| 14 | Orlando, FL 32801 |
| 15 | Telephone: (407) 649-4036 |
| 16 | BAKER & HOSTETLER LLP |
|    | Eric E. Sagerman (esagerman@bakerlaw.com) |
| 17 | David J. Richardson (drichardson@bakerlaw.com) |
|    | Lauren T. Attard (lattard@bakerlaw.com) |
| 18 | 11601 Wilshire Blvd., Suite 1400 |
|    | Los Angeles, CA 90025-0509 |
| 19 | Telephone: (310) 820-8800 |
| 20 | |
| 21 | **PLEASE TAKE FURTHER NOTICE** that all communication regarding this Motion |
| 22 | may be directed to moving counsel at: |
| 23 | Dennis F. Dunne |
|    | MILBANK LLP |
| 24 | 55 Hudson Yards |
| 25 | New York, New York 10001-2163 |
|    | Telephone: (212) 530-5000 |
| 26 | Email: ddunne@milbank.com |
| 27 | Samuel A. Khalil |
|    | MILBANK LLP |
| 28 | 55 Hudson Yards |

2

1 | New York, New York 10001-2163
2 | Telephone: (212) 530-5000
  | Email: skhalil@milbank.com
3 |
4 | Gregory A. Bray
  | MILBANK LLP
5 | 2029 Century Park East, 33rd Floor
  | Los Angeles, CA 90067
6 | Telephone: (424) 386-4000
  | Email: gbray@milbank.com
7 |
8 | Thomas R. Kreller
  | MILBANK LLP
9 | 2029 Century Park East, 33rd Floor
  | Los Angeles, CA 90067
10 | Telephone: (424) 386-4000
   | Email: tkreller@milbank.com

DATED: June 1, 2020

Respectfully submitted,

**MILBANK LLP**

 /s/ Gregory A. Bray
DENNIS F. DUNNE
SAMUEL A. KHALIL
GREGORY A. BRAY
THOMAS R. KRELLER

*Counsel for the Official Committee of Unsecured Creditors*

3