**EXHIBIT A**

Case: 19-30088 Doc# 7705-1 Filed: 06/01/20 Entered: 06/01/20 16:53:34 Page 1 of 4

| | |
|---|---|
| Dennis F. Dunne (admitted *pro hac vice*)<br>Samuel A. Khalil (admitted *pro hac vice*)<br>MILBANK LLP<br>55 Hudson Yards<br>New York, New York 10001-2163<br>Telephone: (212) 530-5000<br>Facsimile: (212) 530-5219<br><br>and<br><br>Gregory A. Bray (SBN 115367)<br>Thomas R. Kreller (SBN 161922)<br>MILBANK LLP<br>2029 Century Park East, 33rd Floor<br>Los Angeles, CA 90067<br>Telephone: (424) 386-4000<br>Facsimile: (213) 629-5063<br><br>*Counsel for the Official Committee<br>of Unsecured Creditors* | |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>-and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case,<br>No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**DECLARATION OF GREGORY A. BRAY IN SUPPORT OF THE EMERGENCY MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EXPEDITE CONSIDERATION OF MOTION FOR LEAVE TO FILE SUR-REPLY** |

I, Gregory A. Bray, pursuant to section 1746 of title 28 of the United States Code, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information and belief:

1. I am an attorney admitted to practice in the State of California and I am a partner in the Financial Restructuring Group of Milbank LLP ("Milbank"), counsel to the Official Committee of Unsecured Creditors (the "Creditors' Committee") of the above-captioned debtors in possession (collectively, the "Debtors"). Milbank maintains an office at, among other places, 2029 Century Park East, 33rd Floor, Los Angeles, California, 90067-3019. There are no disciplinary proceedings pending against me.

2. I am duly authorized to make this declaration on behalf of Milbank in support of the *Emergency Motion of the Official Committee of Unsecured Creditors to Expedite Consideration of Motion for Leave to File Sur-Reply* (the "Motion to Expedite"), filed in connection with the *Official Committee of Unsecured Creditors' Motion for Leave to File Sur-Reply* (the "Motion for Leave"). The facts set forth in this declaration are based upon my personal knowledge, my review of relevant documents, or information provided to me by other advisors to the Creditors' Committee, including other attorneys at Milbank. If called upon to testify, I would testify competently to the facts set forth in this declaration.

3. In the Motion for Leave, the Creditors' Committee seeks leave to file the *Official Committee of Unsecured Creditors' Supplemental Brief in Support of its Limited Objection to Plan Confirmation* (the "Sur-Reply") in response to the *Plan Proponents' Joint Memorandum of Law and Omnibus Response in Support of Confirmation of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization* [Docket No. 7528].

4. The Court's expedited consideration of the Motion for Leave is necessary due to the fact that confirmation hearings regarding the Debtors' Plan[1] are currently underway. The Creditors' Committee believes additional briefing on the Debtors' newly-raised arguments

---

[1] Capitalized terms not defined herein have the meanings ascribed to them in the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated May 22, 2020* [Docket No. 7521] (as it may be amended, modified or supplemented from time to time, and together with any exhibits or schedules thereto, the "Plan").

regarding the application of 11 U.S.C. § 502(e) to contingent claims for indemnification against the Debtors, introduced on reply, will be useful to the Court in evaluating the Plan.

5. There have been no previous time modifications related to this request, whether by stipulation or Court order.

6. This request for expedited consideration is unlikely to cause any significant delay in the above-captioned chapter 11 cases or the ongoing confirmation proceedings. The Creditors' Committee does not seek a hearing in connection with this request.

7. Via e-mail, counsel to the Creditors' Committee notified counsel to the Debtors and the Official Committee of Tort Claimants on Monday, June 1, of the Creditors' Committee's intent to file the Motion for Leave and the Motion to Expedite. Debtors' counsel responded that the Debtors intend to oppose both the Motion for Leave and Motion to Expedite.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on June 1, 2020, Los Angeles, CA

*/s/ Gregory A. Bray*
Gregory A. Bray