DAVID M. REEDER, ESQ. (California State Bar No. 133150)
REEDER LAW CORPORATION
1801 CENTURY PARK EAST, 16th Floor
LOS ANGELES, CA 90067
PHONE: (310) 774-4060
FAX: (310) 295-2290
EMAIL: david@reederlaw.com

Attorneys for the City of American Canyon

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors. | Case No.: 19-30088<br><br>[Chapter 11]<br><br>Jointly Administered<br><br>**DESIGNATION OF SPEAKING ATTORNEY ON BEHALF OF CITY OF AMERICAN CANYON IN CONNECTION WITH: 1) CONFIRMATION OF THE DEBTORS' AND SHAREHOLDER PROPONENTS' AMENDED CHAPTER 11 PLAN; AND 2) NOTICE OF PROPOSED ASSUMPTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES**<br><br>**Hearing**<br>Date: June 3, 2020<br>Time: 10:00 a.m.<br>Place: Virtual<br>Judge: Hon. Dennis Montali |

The City of American Canyon hereby gives notice, pursuant to the Court's order Establishing Confirmation Hearing Protocol [ECF Docket No. 7182], that the following

1

attorney may speak during the argument phase of the Confirmation Hearing in this matter, currently set to begin on June 3, 2020:

>David M. Reeder
>**REEDER LAW CORPORATION**
>1801 Century Park East, 16th Floor
>Los Angeles, CA 90067
>Tel (dir.): (310) 595-4808
>Email: david@reederlaw.com

Dated: June 1, 2020             **REEDER LAW CORPORATION**

                                         /s/ DAVID M. REEDER
                                         DAVID M. REEDER
                                         Attorney for City of American Canyon

| In re **Consolidated Freightways Corp.**, Debtor. **Consolidated Freightways vs. Land N Sea** | CHAPTER: 11<br>CASE NO.: 6:02-bk-28284-WJ<br><br>ADVERSARY NO.: 6:04-ap-01133-MG |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**Reeder Law Corporation**
**1801 Century Park East, 16th Floor**
**Los Angeles, CA 90067**

A true and correct copy of the foregoing document entitled (*specify*): **DESIGNATION OF SPEAKING ATTORNEY ON BEHALF OF CITY OF AMERICAN CANYON IN CONNECTION WITH: 1) CONFIRMATION OF THE DEBTORS' AND SHAREHOLDER PROPONENTS' AMENDED CHAPTER 11 PLAN; AND 2) NOTICE OF PROPOSED ASSUMPTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES** will be served or was served in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 1, 2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **June 1, 2020**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **June 1, 2020** | **Jessica L. Evans** | /s/ JESSICA L. EVANS |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    3    **9013-3.1.PROOF.SERVICE**

# **SERVICE LIST**

**Served by Notice of Electronic Filing**

All persons who have requested that they be added to the ECF service list in the Debtors' cases.

**Served by Email**

**Attorneys for Debtors**
Stephen Karotkin, Esq.
Jessica Liou, Esq.
Matthew Goren, Esq.
Tom Schinckel, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Stephen.karotkin@weil.com
Jessica.liou@weil.com
Matthew.goren@weil.com
Tom.shinckel@weil.com

**Attorneys for Debtors**
Tobias S. Keller, Esq.
Jane Kim, Esq.
Keller Benvenutti Kim LLP
650 California Street, Suite 1900
San Francisco, California 94108
tkeller@kbkllp.com
jkim@kbkllc.com

**Attorneys for Shareholder Proponents**
Bruce S. Bennett, Esq.
Joshua M. Mester, Esq.
James O. Johnston, Esq.
Jones Day, Esq.
555 South Flower Street
Fiftieth Floor
Los Angeles, California 90071-2300
bbennett@jonesday.com
jmester@jonesday.com
jjohnston@jonesday.com