WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Theodore E. Tsekerides (*pro hac vice*)
(theodore.tsekerides@weil.com)
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors
and Debtors in Possession*

JONES DAY
Bruce S. Bennett (SBN 105430)
(bbennett@jonesday.com)
Joshua M. Mester (SBN 194783)
(jmester@jonesday.com)
James O. Johnston (SBN 167330)
(jjohnston@jonesday.com)
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071-2300
Tel: 213 489 3939
Fax: 213 243 2539

*Attorneys for Shareholder Proponents*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT OPPOSITION TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION FOR LEAVE TO FILE A SUR-REPLY AND MOTION TO EXPEDITE CONSIDERATION THEREOF** |

PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), and the Shareholder Proponents,[1] jointly submit this opposition to the *Official Committee of Unsecured Creditors' Motion for Leave to Submit a Sur-Reply*, entered on June 1, 2020 [Docket No. 7703] (the "**Motion**") and the *Emergency Motion of The Official Committee of Unsecured Creditors to Expedite Consideration of Motion for Leave to File Sur-Reply* [Docket No. 7705] (the "**Motion to Expedite,**" and together, the "**Motions**"). For the reasons set forth below, the Motions should be denied.

On May 22, 2020, the Debtors filed the *Plan Proponents' Joint Memorandum of Law and Omnibus Response in Support of Confirmation of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization* [Docket No. 7528] (the "**Confirmation Brief**"). In the Confirmation Brief, the Debtors responded to, among other things, the myriad arguments asserted by the Committee of Unsecured Creditors (the "**UCC**") in its *Limited Objection to Plan Confirmation* [Docket No. 7300] (the "**UCC Objection**"). *See* Confirmation Br. 48–56. That was ten days ago. Now, on the eve of the legal argument phase of the confirmation hearings in these Chapter 11 Cases, the UCC seeks the Court's permission to file a Sur-Reply to the Confirmation Brief, focusing on issues relating to indemnification and contribution and the treatment of executory contracts. The UCC's Motion is grossly late and procedurally improper. The UCC had more than ample time to raise this request well-prior to the eleventh hour and has provided no cognizable reason for delay. Under these circumstances, the Motion should be denied.

Further, the UCC is wrong in suggesting that these issues were somehow raised "for the first time" in the Confirmation Brief. That assertion implies the existence of prior briefing in which the Debtors could or ought to have raised these purely legal arguments. The fact remains that the Confirmation Brief was the Debtors' first opportunity to raise these issues in response to the UCC

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the *Plan Proponents' Joint Memorandum of Law and Omnibus Response in Support of Confirmation of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization* [Docket No. 7528].

Objection.  Indeed, the Confirmation Brief was the only appropriate time for the Debtors to set forth these arguments because they were in response to the UCC's Objection.  It also should be noted that the UCC's proposed Sur-Reply is largely dedicated to executory contract issues that the Court already has said will not be addressed this week.

Given the UCC's failure to timely bring this Motion and that the Debtors did not improperly raise "new" arguments in the Confirmation Brief, the Motion should be denied.  To the extent the Court allows the UCC to submit its Sur-Reply despite its delay in seeking relief, the Debtors and the Shareholder Proponents request permission to file a short response for completeness of briefing on this discrete issue.

Dated: June 1, 2020
New York, New York

**WEIL, GOTSHAL & MANGES LLP**

**KELLER BENVENUTTI KIM LLP**

By: /s/ Theodore E. Tsekerides
 Theodore E. Tsekerides

*Attorneys for Debtors and Debtors in Possession*