# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−3 | User: dchambers | Date Created: 6/3/2020 |
| Case: 19−30088 | Form ID: TRANSC | Total: 6 |

**Recipients of Notice of Electronic Filing:**
aty    Robert A. Julian    rjulian@bakerlaw.com

                              TOTAL: 1

**Recipients submitted to the Claims Agent (Prime Clerk):**
| | | | | |
|---|---|---|---|---|
| intp | William B. Abrams | 1519 Branch Owl Pl. | Santa Rosa, CA 95409 | |
| cr | Mary Kim Wallace | P.O. Box 1632 | Magalia, CA 95954 | |
| aty | Jeremiah F. Hallisey | Hallisey and Johnson | 465 California St., #405 | San Francisco, CA 94104 |
| aty | Stephen Karotkin | Weil, Gotshal & Manges LLP | 767 Fifth Avenue | New York, NY 10153 |
| aty | Theodore Tsekerides | Weil, Gotshal & Manges LLP | 767 Fifth Avenue | New York, NY 10153 |

                              TOTAL: 5