| | |
|---|---|
| WEIL, GOTSHAL & MANGES LLP<br>Stephen Karotkin (*pro hac vice*)<br>(stephen.karotkin@weil.com)<br>Ray C. Schrock, P.C. (*pro hac vice*)<br>(ray.schrock@weil.com)<br>Jessica Liou (*pro hac vice*)<br>(jessica.liou@weil.com)<br>Matthew Goren (*pro hac vice*)<br>(matthew.goren@weil.com)<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>Tel: 212 310 8000<br>Fax: 212 310 8007<br><br>KELLER BENVENUTTI KIM LLP<br>Tobias S. Keller (#151445)<br>(tkeller@kbkllp.com)<br>Jane Kim (#298192)<br>(jkim@kbkllp.com)<br>650 California Street, Suite 1900<br>San Francisco, CA 94108<br>Tel: 415 496 6723<br>Fax: 650 636 9251<br><br>*Attorneys for Debtors and Debtors in Possession*<br><br>JONES DAY<br>Bruce S. Bennett (SBN 105430)<br>(bbennett@jonesday.com)<br>Joshua M. Mester (SBN 194783)<br>(jmester@jonesday.com)<br>James O. Johnston (SBN 167330)<br>(jjohnston@jonesday.com)<br>555 South Flower Street<br>Fiftieth Floor<br>Los Angeles, CA 90071-2300<br>Tel:    213 489 3939<br>Fax:   213 243 2539<br><br>*Attorneys for Shareholder Proponents* | BAKER & HOSTETLER LLP<br>Robert A. Julian (SBN 88469)<br>Cecily A. Dumas (SBN 111449)<br>600 Montgomery Street, Suite 3100<br>San Francisco, CA  94111-2806<br>Telephone:      415.659.2600<br>Facsimile:       415.659.2601<br>Email:   rjulian@bakerlaw.com<br>Email:   cdumas@bakerlaw.com<br><br>Eric E. Sagerman (SBN 155496)<br>David J. Richardson (SBN 168592)<br>Lauren T. Attard (SBN 320898)<br>11601 Wilshire Blvd., Suite 1400<br>Los Angeles, CA 90025-0509<br>Telephone:      310.820.8800<br>Facsimile:       310.820.8859<br>Email:   esagerman@bakerlaw.com<br>Email:   drichardson@bakerlaw.com<br>Email:   lattard@bakerlaw.com<br><br>*Counsel for Official Committee of Tort Claimants* |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>    -and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>              **Debtors.** | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case) (Jointly Administered)<br><br>**STIPULATION ADDRESSING CERTAIN PLAN CONFIRMATION OBJECTIONS OF THE OFFICIAL TORT CLAIMANTS COMMITTEE** |

☐ Affects PG&E Corporation

☐ Affects Pacific Gas and Electric Company

■ Affects both Debtors

*All papers shall be filed in the Lead Case, No. 19-30088 (DM)

This Stipulation (the "**Stipulation**") is entered into by and between: (i) PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**"); (ii) certain funds and accounts managed or advised by Abrams Capital Management, L.P. and certain funds and accounts managed or advised by Knighthead Capital Management, LLC (the "**Shareholder Proponents**"); and (iii) the Official Committee of Tort Claimants (the "**TCC**"). The Debtors, the Shareholder Proponents, and the TCC are referred to in this Stipulation collectively as the "Parties," and each as a "Party." The Parties hereby stipulate and agree as follows:

**RECITALS**

A. On March 16, 2020, the Debtors filed their *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020* [Docket No. 6320] (as thereafter amended on May 22, 2020 [Docket No. 7521] and as may be further modified, amended, or supplemented from time to time and, together with all exhibits and schedules thereto, the "**Plan**"). Capitalized terms that appear in this Stipulation unless otherwise defined herein carry the meanings ascribed to them in the Plan. This Stipulation is entered into by the Parties in contemplation of confirmation of the Plan.

B. On May 15, 2020, the TCC filed its *Objection of the Official Committee of Tort Claimants to Confirmation of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020* [Docket No. 7306] (the "**TCC Objection**"), which addressed five primary issues of concern, and various reservations of right, each of which has been the subject of ongoing discussions between the Parties, including at mediation (the "**TCC Confirmation Objections**"). The TCC Confirmation Objections (but not the reservations of

rights) are listed in a separate chart (the "**Issues Chart**") that is Exhibit 2 to the TCC Objection.

C. On May 22, 2020, the TCC filed its *Reply Brief of the Official Committee of Tort Claimants to Certain Objections to Confirmation of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020* [Docket No. 7509] (the "**TCC Reply**"), which addressed certain issues of concern raised by confirmation objections filed by other parties (the "**TCC Reply Arguments**"). In some cases, the TCC Reply Arguments argue in support of confirmation for the Plan as written, and in some cases the TCC Reply Arguments request clarifications in the Plan to address issues of concern to Fire Victims that were raised in the confirmation objections of other parties.

D. The Parties have now resolved *certain* of the TCC Confirmation Objections in the manner described herein, subject to the approval of the United States Bankruptcy Court for the Northern District of California (the "**Bankruptcy Court**").

**NOW, THEREFORE, UPON THE FOREGOING RECITALS, WHICH ARE INCORPORATED AS THOUGH FULLY SET FORTH HEREIN, IT HEREBY IS STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THE BANKRUPTCY COURT TO ORDER IN CONNECTION WITH CONFIRMATION OF THE PLAN, THAT:**

1. The TCC Confirmation Objection Argument No. 1 on the Issues Chart is hereby withdrawn upon the agreement of the Parties that the Bankruptcy Court's order confirming the Plan (the "**Confirmation Order**") will include the following sentence in Paragraph 19(g), which is entitled *Assigned Rights and Causes of Action*:

> "The definition of Assigned Rights and Causes of Action in the Plan controls in any conflict between that definition and the Schedule of Retained Rights and Causes of Action previously filed as part of the Plan Supplement [Docket No. 7037]. The Court shall retain jurisdiction post-confirmation to resolve any dispute that may arise regarding the Schedule of Assigned Rights and Causes of Action and the Schedule of Retained Rights and Causes of Action."

A copy of the Schedule of Assigned Rights and Causes of Action agreed to among the Parties is annexed hereto as **Exhibit A** and will be filed as a part of the Plan Supplement.

2. The TCC Confirmation Objection Argument No. 2 on the Issues Chart is hereby withdrawn upon the agreement of the Parties herein that the Schedule of Retained Rights and Causes of Action [Docket No. 7037, pages 1938-1957] is deemed amended to confirm that the retained claims against Chriso's Tree Trimming, Inc. and Mountain F. Enterprises do not include any claims against those two entities relating directly or indirectly to the Fires. This resolution of TCC Confirmation Objection Argument No. 2 does not in any way limit the terms of the preceding paragraph.

3. The TCC Confirmation Objection Argument No. 4 on the Issues Chart is hereby withdrawn upon entry of an order approving this Stipulation and ordering that Robert Meyer will arbitrate and decide any dispute relating to the calculation of Normalized Estimated Net Income.

4. The TCC Confirmation Objection Argument No. 5 is hereby withdrawn, as this Bankruptcy Court's *Memorandum on Objection of Adventist Health, AT&T, Paradise Entities and Comcast to Trust Documents* dated May 26, 2020 [Docket No. 7597], has addressed the TCC's arguments in the TCC Objection.

| | |
|---|---|
| Dated: June 2, 2020 | Dated: June 2, 2020 |
| WEIL, GOTSHAL & MANGES LLP<br>KELLER BENVENUTTI KIM LLP | BAKER & HOSTETLER LLP |
| /s/ *Stephen Karotkin*<br>Stephen Karotkin<br>*Attorneys for Debtors*<br>*and Debtors in Possession* | /s/ *David J. Richardson*<br>David J. Richardson<br>*Attorneys for Official Committee of Tort Claimants* |

Date: June 2, 2020

JONES DAY

/s/ *Joshua M. Mester*
Joshua M. Mester

*Attorneys for Shareholder Proponents*