# EXHIBIT A

## COMPENSATION BY PROFESSIONAL
## APRIL 1, 2020 THROUGH APRIL 30, 2020

The timekeepers who rendered services in these Chapter 11 Cases from April 1, 2020 through April 30, 2020 for which Baker is seeking compensation are

| NAME OF PROFESSIONAL PARTNERS AND COUNSEL: | PRIMARY DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Adkins, Robb C. | Litigation | 1997 | $995.00 | 3.00 | $2,985.00 |
| Bartram, Darin R. | Litigation | 1993 | $970.00 | 8.80 | $8,536.00 |
| Bator, Chris | Litigation | 1987 | $510.00 | 28.70 | $14,637.00 |
| Benson, Glenn S. | Environmental | 1994 | $640.00 | 110.00 | $70,400.00 |
| Bloom, Jerry R. | Bankruptcy | 1980 | $1,145.00 | 237.30 | $271,708.50 |
| Brennan, Terry M. | Litigation | 1995 | $600.00 | 3.30 | $1,980.00 |
| Carolan, Christopher J. | Corporate | 2000 | $875.00 | 16.00 | $14,000.00 |
| Casey, Lee A | Litigation | 1982 | $1,255.00 | 115.70 | $145,203.50 |
| Chairez, Joseph L. | Litigation | 1981 | $800.00 | 7.50 | $6,000.00 |
| Commins, Gregory J. | Litigation | 1991 | $890.00 | 158.60 | $141,154.00 |
| Dettlebach, Steven M. | Litigation | 1991 | $1,015.00 | 1.70 | $1,725.50 |
| Dumas, Cecily A. | Bankruptcy | 1983 | $950.00 | 159.70 | $151,715.00 |
| Esmont, Joseph M. | Bankruptcy | 2008 | $600.00 | 193.40 | $116,040.00 |
| Foley, Elizabeth A. | Litigation | 1994 | $1,100.00 | 1.90 | $2,090.00 |
| Foix, Danyll W. | Litigation | 1998 | $760.00 | 54.10 | $41,116.00 |
| Friel, Alan L. | Consumer Privacy | 1991 | $775.00 | 5.50 | $4,262.50 |
| Goodman, Eric R. | Bankruptcy | 2003 | $800.00 | 206.50 | $165,200.00 |
| Grabowski-Shaikh, Asim R. | Corporate | 2002 | $800.00 | 127.40 | $101,920.00 |
| Green, Elizabeth A | Bankruptcy | 1986 | $690.00 | 195.90 | $135,171.00 |
| Grossman, Andrew W. | Litigation | 2008 | $850.00 | 49.70 | $42,245.00 |
| Hanselman, Suzanne K. | Corporate | 1991 | $665.00 | 20.30 | $13,499.50 |
| Hogan, Thomas E. | Litigation | 2004 | $785.00 | 73.70 | $57,854.50 |
| Julian, Robert | Litigation | 1979 | $1,175.00 | 177.80 | $208,915.00 |
| Kleber, Kody | Litigation | 2007 | $550.00 | 70.10 | $38,555.00 |
| Layden, Andrew V. | Bankruptcy | 2010 | $410.00 | 33.30 | $13,653.00 |
| Lehrer II, John R. | Tax | 1999 | $725.00 | 12.60 | $9,135.00 |
| McCabe, Bridget S. | Litigation | 2010 | $630.00 | 110.50 | $69,615.00 |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

| NAME OF PROFESSIONAL PARTNERS AND COUNSEL: | PRIMARY DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Morris, Kimberly S. | Litigation | 2004 | $895.00 | 191.30 | $171,213.50 |
| Murphy, Keith R. | Bankruptcy | 1997 | $1,110.00 | 4.20 | $4,662.00 |
| Parrish, Jimmy D. | Bankruptcy | 2000 | $590.00 | 5.10 | $3,009.00 |
| Payne Geyer, Tiffany | Bankruptcy | 2000 | $455.00 | 14.80 | $6,734.00 |
| Richardson, David J. | Bankruptcy | 1993 | $685.00 | 167.00 | $114,395.00 |
| Rivkin, Jr., David B. | Litigation | 1985 | $1,625.00 | 123.80 | $201,175.00 |
| Rose, Jorian E. | Bankruptcy | 1998 | $1,010.00 | 188.90 | $190,789.00 |
| Sagerman, Eric T. | Bankruptcy | 1991 | $1,145.00 | 26.10 | $29,884.50 |
| Siddiqi, Numan J. | Corporate | 1995 | $920.00 | 5.50 | $5,060.00 |
| Thomas, Emily B. | Litigation | 2006 | $450.00 | 54.80 | $24,660.00 |
| Weible, Robert A. | Corporate | 1978 | $830.00 | 73.60 | $61,088.00 |
| **Total Partners and Counsel:** | | | | **3,038.10** | **$2,661,986.00** |

| NAME OF PROFESSIONAL ASSOCIATES AND STAFF ATTORNEYS: | PRIMARY DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Alfano, Anthony G | Unassigned | 2018 | $265.00 | 6.50 | $1,722.50 |
| Attard, Lauren T. | Bankruptcy | 2008 | $600.00 | 172.90 | $103,740.00 |
| Blanchard, Jason I. | Bankruptcy | 2011 | $650.00 | 97.90 | $63,635.00 |
| Cho, Dyanne | Litigation | 2015 | $510.00 | 4.30 | $2,193.00 |
| Cordiak, Robert W. | Unassigned | 2018 | $265.00 | 4.20 | $1,113.00 |
| Davis, Austin N. | Unassigned | 2019 | $265.00 | 26.30 | $6,969.50 |
| Donaho, Thomas A. | Associate | 2011 | $530.00 | 33.20 | $17,596.00 |
| Dow, Dustin M. | Employment | 2012 | $365.00 | 115.10 | $42,011.50 |
| Geisinger, Kathryn A. | Tax | 2015 | $310.00 | 5.80 | $1,798.00 |
| Hayes, Sarah M. | Litigation | 2019 | $250.00 | 95.40 | $23,850.00 |
| Jones, Bradley K | Litigation | 2007 | $470.00 | 28.40 | $13,348.00 |
| Jowdy, Joshua J | Litigation | 2017 | $440.00 | 196.60 | $86,504.00 |
| Kates, Elyssa S. | Bankruptcy | 2000 | $760.00 | 173.30 | $131,708.00 |
| Kavouras, Daniel M. | Litigation | 2012 | $365.00 | 35.00 | $12,775.00 |
| Khan, Ferve E. | Bankruptcy | 2008 | $655.00 | 41.60 | $27,248.00 |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

| | Name | Department | Year | Rate | Hours | Total |
|---|---|---|---|---|---|---|
| 1 | Kluding, Kristin D. | Business | 2019 | $250.00 | 20.70 | $5,175.00 |
| 2 | Knudsen, Renee M | Litigation | 2016 | $460.00 | 37.90 | $17,434.00 |
| 3 | Lemon, Daniel R. | Litigation | 2017 | $285.00 | 21.70 | $6,184.50 |
| 4 | Lorence, Jenna M. | Litigation | 2017 | $440.00 | 20.70 | $9,108.00 |
| 5 | Martinez, Daniella E. | Litigation | 2016 | $400.00 | 95.70 | $38,280.00 |
| 6 | Merola, Danielle L. | Bankruptcy | 2015 | $325.00 | 85.30 | $27,722.50 |
| 7 | Mohan, Sushant | Litigation | 2014 | $450.00 | 91.50 | $41,175.00 |
| 8 | Mowbray, Nicholas C. | Tax | 2010 | $630.00 | 8.50 | $5,355.00 |
| 9 | Parente, Michael | Employment | 2010 | $295.00 | 7.40 | $2,183.00 |
| 10 | Pena, Clair C. | Litigation | 2016 | $310.00 | 16.90 | $5,239.00 |
| 11 | Perkins Austin, Francesca | Litigation | 2008 | $600.00 | 5.30 | $3,180.00 |
| 12 | Raile, Richard B. | Litigation | 2012 | $565.00 | 34.60 | $19,549.00 |
| 13 | Rice, David W. | Litigation | 2012 | $610.00 | 32.20 | $19,642.00 |
| 14 | Sabella, Michael A. | Bankruptcy | 2008 | $610.00 | 10.60 | $6,466.00 |
| 15 | Smith, Shanisha Y. | Energy | 2013 | $470.00 | 102.20 | $48,034.00 |
| 16 | Sproull, Kelsey M. | Litigation | 2011 | $515.00 | 27.80 | $14,317.00 |
| 17 | Steinberg, Zoe M. | Unassigned | 2018 | $340.00 | 104.50 | $35,530.00 |
| 18 | Stuy, Lauren T. | Litigation | 2019 | $265.00 | 58.20 | $15,423.00 |
| 19 | Thompson, Taylor M. | Litigation | 2018 | $265.00 | 49.00 | $12,985.00 |
| 20 | Walton, Ryan A. | Litigation | 2007 | $265.00 | 84.90 | $22,498.50 |
| | **Total Associates:** | | | | **1,952.10** | **$891,692.00** |

| NAME OF PARAPROFESSIONALS: | PRIMARY DEPARTMENT | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Bookout, Kimberly M. | Litigation Support | $250.00 | 5.50 | $1,375.00 |
| Dyer, Ricky J. | Litigation Support | $235.00 | 4.40 | $1,034.00 |
| Landrio, Nikki | Litigation Support | $420.00 | 81.10 | $34,062.00 |
| Lane, Deanna L. | Bankruptcy | $280.00 | 25.80 | $7,224.00 |
| McDonald, Michael H. | Litigation Support | $230.00 | 25.20 | $5,796.00 |
| Nunes, Silas T. | Litigation Technology | $345.00 | 31.50 | $10,867.50 |
| Petre, Timothy P. | Litigation | $370.00 | 144.80 | $53,576.00 |
| Rawles, Michael | Litigation | $270.00 | 10.80 | $2,916.00 |
| Thompson, Tyler M. | Gov't Policy | $505.00 | 28.20 | $14,241.00 |
| **Total Paraprofessionals and other non-legal staff:** | | | **357.30** | **$131,091.50** |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

| PROFESSIONALS TOTALS: | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---:|---:|---:|
| Partners and Counsel | $876.20 | 3,038.10 | $2,661,986.00 |
| Associates | $456.79 | 1,952.10 | $891,692.00 |
| **Blended Attorney Rate** | **$712.13** | **4,990.20** | **$3,553,678.00** |
| Paraprofessionals and other non-legal staff | $366.89 | 357.30 | $131,091.50 |
| **Total Fees Incurred** | **$689.06** | **5,347.50** | **$3,684,769.50** |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES