# EXHIBIT C

## EXPENSE SUMMARY
## FOR THE PERIOD APRIL 1, 2020 THROUGH APRIL 30, 2020

| EXPENSES | AMOUNT |
|---|---:|
| Automated Research | $12,167.36 |
| Color Copier | $211.50 |
| Copier/Duplication | $136.20 |
| Court Costs | $1,285.70 |
| Delivery Services | $77.48 |
| Document Specialist | $11,900.20 |
| Messenger Service | $24.12 |
| Miscellaneous (deposition room rental) | $75.00 |
| On-line Research | $441.22 |
| Other Professional Services (includes Experts) | $33,469.85 |
| Outside Duplicating & Binding | $100.00 |
| Postage | $15.40 |
| Service of Process Fees/Subpoena Fees | $640.60 |
| Transcripts | $255.30 |
| **TOTAL** | **$60,799.93** |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES