

| | |
|---|---|
| 1  WEIL, GOTSHAL & MANGES LLP | |
|    Stephen Karotkin (*pro hac vice*) | |
| 2  (stephen.karotkin@weil.com) | |
|    Ray C. Schrock, P.C. (*pro hac vice*) | Signed and Filed: June 2, 2020 |
| 3  (ray.schrock@weil.com) | |
|    Jessica Liou (*pro hac vice*) | |
| 4  (jessica.liou@weil.com) | |
|    Matthew Goren (*pro hac vice*) | |
| 5  (matthew.goren@weil.com) | |
|    767 Fifth Avenue | _____ |
| 6  New York, NY 10153-0119 | **DENNIS MONTALI** |
|    Tel: 212 310 8000 | **U.S. Bankruptcy Judge** |
| 7  Fax: 212 310 8007 | |

```
 8   KELLER BENVENUTTI KIM LLP          BAKER & HOSTETLER LLP
     Tobias S. Keller (#151445)         Robert A. Julian (SBN 88469)
 9   (tkeller@kbkllp.com)               Cecily A. Dumas (SBN 111449)
     Jane Kim (#298192)                 600 Montgomery Street, Suite 3100
10   (jkim@kbkllp.com)                  San Francisco, CA  94111-2806
     650 California Street, Suite 1900  Telephone:     415.659.2600
11   San Francisco, CA 94108            Facsimile:     415.659.2601
     Tel: 415 496 6723                  Email:  rjulian@bakerlaw.com
12   Fax: 650 636 9251                  Email:  cdumas@bakerlaw.com

13   Attorneys for Debtors and Debtors in Possession
                                        Eric E. Sagerman (SBN 155496)
14   JONES DAY                          David J. Richardson (SBN 168592)
     Bruce S. Bennett (SBN 105430)      Lauren T. Attard (SBN 320898)
15   (bbennett@jonesday.com)            11601 Wilshire Blvd., Suite 1400
     Joshua M. Mester (SBN 194783)      Los Angeles, CA 90025-0509
16   (jmester@jonesday.com)             Telephone:     310.820.8800
     James O. Johnston (SBN 167330)     Facsimile:     310.820.8859
17   (jjohnston@jonesday.com)           Email:  esagerman@bakerlaw.com
     555 South Flower Street            Email:  drichardson@bakerlaw.com
18   Fiftieth Floor                     Email:  lattard@bakerlaw.com
     Los Angeles, CA 90071-2300
19   Tel:    213 489 3939               Counsel for Official Committee of Tort Claimants
     Fax:    213 243 2539
20
     Attorneys for Shareholder Proponents
21
```

22        **UNITED STATES BANKRUPTCY COURT**
          **NORTHERN DISTRICT OF CALIFORNIA**
23                **SAN FRANCISCO DIVISION**

| | |
|---|---|
| 24  **In re:** | Bankruptcy Case No. 19-30088 (DM) |
|     | Chapter 11 |
| 25  **PG&E CORPORATION** | (Lead Case) (Jointly Administered) |
| 26      -and- | **ORDER APPROVING STIPULATION ADDRESSING CERTAIN PLAN** |
| 27  **PACIFIC GAS AND ELECTRIC** | **CONFIRMATION OBJECTIONS OF** |
|     **COMPANY,** | **THE OFFICIAL TORT CLAIMANTS** |
| 28                      **Debtors.** | **COMMITTEE** |

☐ Affects PG&E Corporation

☐ Affects Pacific Gas and Electric Company

■ Affects both Debtors

*All papers shall be filed in the Lead Case, No. 19-30088 (DM)*

The Stipulation Addressing Certain Plan Confirmation Objections of the Official Tort Claimants Committee (the "**Stipulation**") having been entered into by and between: (i) PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**"); (ii) certain funds and accounts managed or advised by Abrams Capital Management, L.P. and certain funds and accounts managed or advised by Knighthead Capital Management, LLC (the "**Shareholder Proponents**"); and (iii) the Official Committee of Tort Claimants (the "**TCC**") (collectively, the "**Parties**"), and filed on June 2, 2020, as Docket No. 7711, and good cause appearing therefor,

**IT IS ORDERED** that:

1. The Stipulation is approved;

2. The TCC Confirmation Objections[1], which are listed on the TCC's Issues Chart as objections nos. 1, 2, 4 and 5, are deemed withdrawn and are resolved on the terms described in the Stipulation;

3. The Parties are directed to submit to arbitrator Robert Meyer their dispute relating to the calculation of Normalized Estimated Net Income, who will arbitrate and decide such matter.

**\*\*END OF ORDER\*\***

---

[1] Capitalized terms used but not defined herein carry the meanings ascribed to them in the Stipulation.