# **EXHIBIT A**

## COMPENSATION BY HUNTON ANDREWS KURTH LLP PROFESSIONALS
## (April 1, 2020 through April 30, 2020)

| Name of Professional | Position | Primary Practice Group | First Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| H. Havre | Partner | Corporate / Capital Markets | 1989 | $1,,089.00 | 6.4 | $6,969.60 |
| R. McNamara | Partner | Tax & Erisa | 1997 | $981.00 | 4.7 | $4,610.70 |
| L. Okinaka | Partner | Tax & Erisa | 1990 | $981.00 | 2.0 | $1,962.00 |
| M. Fitzpatrick | Partner | Corporate / Capital Markets | 1991 | $936.00 | 192.9 | $180,554.40 |
| L. Shelton | Partner | Administrative Law/Environmental | 1987 | $896.00 | 1.2 | $1,075.20 |
| R. M. Johnson | Partner | Capital Finance & Real Estate | 1984 | $887.00 | 54.3 | $48,164.10 |
| K. Felz | Partner | Corporate / Capital Markets | 2003 | $873.00 | 32.9 | $28,721.70 |
| J. Buonanno | Partner | Corporate / Capital Markets | 1990 | $873.00 | 14.0 | $12,222.00 |
| R. Hahn | Partner | Structured Finance and Securitization | 1985 | $873.00 | 2.2 | $1,920.60 |
| T. Kracht | Partner | Commercial Litigation | 1998 | $797.00 | 0.5 | $398.50 |
| S. Kwon | Partner | Corporate / Capital Markets | 2006 | $779.00 | 128.0 | $99,712.00 |
| J. Hirsch | Partner | Corporate / Capital Markets | 2007 | $765.00 | 1.1 | $841.50 |
| E. Nedell | Partner | Energy and Infrastructure | 2004 | $720.00 | 108.3 | $77,976.00 |
| A. O'Brian | Partner | Corporate / Capital Markets | 2009 | $720.00 | 108.7 | $78,264.00 |
| J. Harbour | Partner | Bankruptcy /Restructuring | 2001 | $698.00 | 6.7 | $4,676.60 |
| P. Tiao | Partner | Global Technology, Outsourcing & Privacy | 2000 | $670.00 | 14.6 | $9,782.00 |
| J. Boer | Partner | Administrative Law/Environmental | 1998 | $595.00 | 1.8 | $1,071.00 |
| A. Kintzinger | Counsel | Capital Finance & Real Estate | 1981 | $837.00 | 18.1 | $15,149.70 |
| D. Murphy | Counsel | Energy: Transactions and Development | 2002 | $770.00 | 126.3 | $97,251.00 |
| J. Chandapillai | Counsel | Corporate / Capital Markets | 2007 | $747.00 | 3.1 | $2,315.70 |

| Name of Professional | Position | Primary Practice Group | First Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| J. Paget | Counsel | Bankruptcy /Restructuring | 2008 | $590.00 | 10.9 | $6,431.00 |
| M. Goswell | Associate | Energy: Transactions and Development | 2015 | $585.00 | 58.4 | $34,164.00 |
| C. Hasbrouck | Associate | Capital Finance & Real Estate | 2013 | $572.00 | 129.8 | $74,245.60 |
| R. Nolan | Staff Attorney | Capital Finance & Real Estate | 2013 | $518.00 | 78.2 | $40,507.60 |
| B. Harney | Associate | Corporate / Capital Markets | 2010 | $504.00 | 96.8 | $48,787.20 |
| P. Jamieson | Associate | Corporate / Capital Markets | 2015 | $491.00 | 200.0 | $98,200.00 |
| M. Watson | Associate | Capital Finance & Real Estate | 2016 | $473.00 | 18.0 | $8,514.00 |
| F. Vehbiu | Associate | Corporate / Capital Markets | 2018 | $446.00 | 9.5 | $4,237.00 |
| N. Kramer | Associate | Bankruptcy /Restructuring | 2014 | $437.00 | 11.6 | $5,069.20 |
| C. Butler | Associate | Commercial Litigation | 2017 | $419.00 | 8.0 | $3,352.00 |
| M. Hayes | Associate | Corporate / Capital Markets | 2019 | $405.00 | 3.7 | $1,498.50 |
| S. Wilson | Associate | Capital Finance & Real Estate | 2019 | $383.00 | 119.20 | $45,653.60 |
| T. Strother | Associate | Tax & Erisa | 2019 | $383.00 | 4.1 | $1,570.30 |
| C. Matthews | Associate | Corporate / Mergers & Acquisitions | 2016 | $374.00 | 9.0 | $3,366.00 |
| R. Hoffman | Associate | Capital Finance & Real Estate | 2017 | $374.00 | 136.7 | $51,125.80 |
| T. Canada | Paralegal | Bankruptcy /Restructuring | N/A | $243.00 | 11.0 | $2,673.00 |
| S. Huerta | Paralegal | Capital Finance & Real Estate | N/A | $185.00 | 4.6 | $851.00 |
| D. Nicholson | Librarian | Research Informational Services | N/A | $261.00 | 3.6 | $939.60 |
| **Totals:** | | | | | 1,740.9 | $1,104,823.70 |

| Professionals Totals | Blended Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|
| Partners and Counsel | $810.86 | 838.7 | $680,069.30 |
| Associates and Staff Attorney | $475.98 | 883.0 | $420,290.80 |
| **Blended Attorney Rate** | $639.11 | 1,721.7 | $1,100,360.10 |
| Paraprofessionals and other non-legal staff | $232.48 | 19.2 | $4,463.60 |
| **Total Fees Incurred** | | **1,740.9** | **$1,104,823.70** |