**EXHIBIT B**

## COMPENSATION BY WORK TASK CODE FOR SERVICES RENDERED
### (April 1, 2020 through April 30, 2020)

| Task Code[1] | Description | Hours | Amount |
|---|---|---|---|
| C300 | Analysis and Advice | 14.6 | $9,782.00 |
| L120 | Analysis/Strategy | 1.8 | $1,071.00 |
| P100[2] | Project Administration | 13.8 | $7,248.60 |
| P210 | Corporate Review | 311.7 | $241,795.60 |
| P220 | Tax | 27.4 | $21,690.70 |
| P230 | Environmental | 1.2 | $1,075.20 |
| P240 | Real and Personal Property | 537.6 | $267,386.10 |
| P280[3] | Other | 16.7 | $11,660.50 |
| P300 | Structure / Strategy / Analysis | 502.3 | $336,352.40 |
| P400[4] | Initial Document Preparation / Filing | 187.2 | $126,730.40 |
| P500 | Negotiation / Revision / Responses | 126.6 | $80,031.20 |
| **Total:** | | **1,740.9** | **$1,104,823.70** |

---

[1] These Task Codes and Descriptions were used by Hunton in conjunction with pre-petition time entries and invoices as required by Debtors prior to filing of these Bankruptcy Cases, and Hunton continues to use them in conjunction with post-petition time entries and invoices in these Special Counsel matters. In connection with additional services Hunton now is required to perform in connection with these bankruptcy cases (*e.g.*, in connection with Hunton's retention application, monthly fee statements, fee applications, or the like), Hunton further specifies the time and fees for any such additional services in footnotes 2 through 4 below.

[2] Includes 5.9 hours ($3,481.00 in fees) related to preparing Hunton's First Consolidated Monthly fee statement, all contained within the attached Exhibit D.

[3] Includes 5.5 hours ($3,071.50 in fees) related to preparing Hunton's First Consolidated Monthly fee statement, all contained within the attached Exhibit D.

[4] Includes 10.5 hours ($2,551.50 in fees) related to preparing Hunton's First Consolidated Monthly fee statement, all contained within the attached Exhibit D.