# **EXHIBIT C**

**EXPENSE SUMMARY**
**(April 1, 2020 through April 30, 2020)**

| Expenses[5] | Amount |
|---|---:|
| Delivery/Messenger Service | $167.05 |
| Filing Fees | $102.99 |
| Online Research | $585.83 |
| **Total Expenses** | **$855.87** |

---

[5] Expenses are shown on pages 41 and 92 of Exhibit D.