| | |
|---|---|
| WEIL, GOTSHAL & MANGES LLP<br>Stephen Karotkin (*pro hac vice*)<br>(stephen.karotkin@weil.com)<br>Theodore E. Tsekerides (*pro hac vice*)<br>(theodore.tsekerides@weil.com)<br>Richard W. Slack (*pro hac vice*)<br>(richard.slack@weil.com)<br>Jessica Liou (*pro hac vice*)<br>(jessica.liou@weil.com)<br>Matthew Goren (*pro hac vice*)<br>(matthew.goren@weil.com)<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>Tel: 212 310 8000<br>Fax: 212 310 8007<br><br>KELLER BENVENUTTI KIM LLP<br>Tobias S. Keller (#151445)<br>(tkeller@kbkllp.com)<br>Jane Kim (#298192)<br>(jkim@kbkllp.com)<br>650 California Street, Suite 1900<br>San Francisco, CA 94108<br>Tel: 415 496 6723<br>Fax: 650 636 9251<br><br>*Attorneys for Debtors*<br>*and Debtors in Possession* | JONES DAY<br>Bruce S. Bennett (SBN 105430)<br>(bbennett@jonesday.com)<br>Joshua M. Mester (SBN 194783)<br>(jmester@jonesday.com)<br>James O. Johnston (SBN 167330)<br>(jjohnston@jonesday.com)<br>555 South Flower Street<br>Fiftieth Floor<br>Los Angeles, CA 90071-2300<br>Tel: 213 489 3939<br>Fax: 213 243 2539<br><br>*Attorneys for Shareholder Proponents* |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>     - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                              Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**DEBTORS' AND SHAREHOLDER PROPONENTS' SUPPLEMENTAL JOINT CONFIRMATION HEARING EXHIBIT LIST** |

PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") and the Shareholder Proponents, having submitted the *Debtors' and Shareholder Proponents' Amended Joint Confirmation Hearing Exhibit List* [Dkt. No. 7572] (the "**Amended Exhibit List**") pursuant to this Court's *Order Establishing Confirmation Hearing Protocol* [Dkt. No. 7182], and having therein reserved the ability to, *inter alia*, further amend or supplement the Amended Exhibit List at any time prior to and/or during the hearing to consider confirmation (the "**Confirmation Hearing**") of the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020* [Docket No. 6320] (as amended on May 22, 2020 [Docket No. 7521], and as it may be further amended, modified or supplemented from time to time, and together with any exhibits or schedules thereto, the "**Plan**"),[1] hereby identify the following list of supplemental exhibits (the "**Supplemental Exhibit List**") for purposes of rebuttal (and with respect to the CPUC decision, for purposes of updating prior Exhibit #47), which the Debtors and Shareholder Proponents intend to rely on in connection with the Confirmation Hearing in addition to the exhibits identified in the Amended Exhibit List, all of which are already in evidence based on the absence of any objection:

| Ex. # | Exhibit Description | Dkt. # |
|---|---|---|
| 97. | CPUC *Decision Approving Reorganization Plan*, 20-05-053 (June 1, 2020), https://docs.cpuc.ca.gov/PublishedDocs/Published/G000/M338/K816/338816365.PDF | - |
| 98. | Virtus Investment Partners, Inc. Form 10-12B/A (Dec. 19, 2008), Exs. 2.1 & 21.1, available at https://www.sec.gov/Archives/edgar/data/883237/000119312508256017/d1012ba.htm | - |
| 99. | *Duff & Phelps Investment Management Co Closes Position in PCG / PG&E Corp.*, Fintel (Jan. 24, 2018), https://fintel.io/so/us/pcg/duff-phelps-investment-management | - |
| 100. | Duff & Phelps Inv. Mgmt. Co. (Form 13F Info. Table) (Jan. 24, 2018), available at https://www.sec.gov/Archives/edgar/data/765443/000114036118003053/xslForm13F_X01/form13fInfoTable.xml | - |

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Plan.

## Reservation of Rights

The Debtors and Shareholder Proponents reserve the right to: (a) further amend or supplement the Amended Exhibit List and/or the Supplemental Exhibit List at any time prior to and/or during the Confirmation Hearing consistent with the reservation of rights listed herein; (b) use additional exhibits for purposes of rebuttal or impeachment; (c) rely upon and use as evidence (i) additional documents produced by any party, (ii) exhibits included on the exhibit list of any other party, and (iii) any pleading, hearing transcript, order, or other document filed with or by the Court in the Chapter 11 Cases; (d) use or create demonstratives based on the evidence; and/or (e) request that the Court take judicial notice of any pleadings, hearing transcripts, orders, or other documents filed in the Chapter 11 Cases and/or any related proceeding.

Dated: June 2, 2020
       New York, New York

**WEIL, GOTSHAL & MANGES LLP**

**KELLER BENVENUTTI KIM LLP**

By: /s/ *Theodore E. Tskerides*
     Theodore E. Tsekerides

*Attorneys for Debtors and Debtors in Possession*