Andrew I. Silfen (*pro hac vice*)
Beth M. Brownstein (*pro hac vice*)
**ARENT FOX LLP**
1301 Avenue of the Americas, 42nd Floor
New York, New York 10019
Telephone:   (212) 484-3900
Facsimile:   (212) 484-3990
Email:   andrew.silfen@arentfox.com
         beth.brownstein@arentfox.com

Aram Ordubegian (SBN 185142)
**ARENT FOX LLP**
55 Second Street, 21st Floor
San Francisco, CA  94105
Telephone:   (415) 757-5500
Facsimile:   (415) 757-5501
Email:   aram.ordubegian@arentfox.com

*Counsel for BOKF, NA, solely in its capacity as Indenture Trustee*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br>**PG&E CORPORATION,**<br>- and –<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**NOTICE OF WITHDRAWAL OF BOKF, NA'S LIMITED OBJECTION TO CONFIRMATION OF DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION DATED MARCH 16, 2020**<br><br>**Hearing**<br>Date:  June 3, 2020<br>Time: 10:00 a.m. (PDT)<br>Place: Virtual<br>Judge:  Hon. Dennis Montali<br><br>Re: Docket No. 7290 |

PLEASE TAKE NOTICE THAT BOKF, NA, in its capacity as successor indenture trustee (the "Senior Notes Trustee") under the Indentures dated as of (i) April 22, 2005 Supplementing, Amending and Restating the Indenture of Mortgage Dated March 11, 2004 (the "2005 Indenture"); (ii) November 29, 2017 (the "2017 Indenture"); and (iii) August 6, 2018, each as supplemented or amended (the "2018 Indenture" and collectively, the "Senior Notes Indentures"), pursuant to which Pacific Gas and Electric Company (the "Utility" or, together PG&E Corporation, the "Debtors") issued the senior notes (the "Senior Notes"), by and through its counsel, Arent Fox LLP, hereby withdraws its *Limited Objection to Confirmation of Debtors' and Shareholders' Joint Chapter 11 Plan of Reorganization* dated March 16, 2020 [ECF No. 7290] (the "Limited Objection"), which was filed on May 15, 2020.

The Senior Notes Trustee supports confirmation of the Plan.

Dated: June 3, 2020

**ARENT FOX LLP**

By: /s/ Aram Ordubegian
Aram Ordubegian (SBN 185142)
Andrew I. Silfen (*pro hac vice*)
Beth M. Brownstein (*pro hac vice*)

*Counsel for BOKF, NA, solely in its capacity as Indenture Trustee*