| | |
|---|---|
| WEIL, GOTSHAL & MANGES LLP<br>Stephen Karotkin (*pro hac vice*)<br>(stephen.karotkin@weil.com)<br>Ray C. Schrock, P.C. (*pro hac vice*)<br>(ray.schrock@weil.com)<br>Jessica Liou (*pro hac vice*)<br>(jessica.liou@weil.com)<br>Matthew Goren (*pro hac vice*)<br>(matthew.goren@weil.com)<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>Tel: 212 310 8000<br>Fax: 212 310 8007 | JONES DAY<br>Bruce S. Bennett (SBN 105430)<br>(bbennett@jonesday.com)<br>Joshua M. Mester (SBN 194783)<br>(jmester@jonesday.com)<br>James O. Johnston (SBN 167330)<br>(jjohnston@jonesday.com)<br>555 South Flower Street<br>Fiftieth Floor<br>Los Angeles, CA 90071-2300<br>Tel:  213 489 3939<br>Fax:  213 243 2539<br><br>*Attorneys for Shareholder Proponents* |

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>  - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**NOTICE OF FILING OF DRAFT OF DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION DATED JUNE 3, 2020**<br><br>**[Relates to Dkt. Nos. 3841, 3966, 4563, 5101, 5590, 5700, 6217, 6320, 7521]** |

**PLEASE TAKE NOTICE** that, on September 9, 2019, PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned chapter 11 cases, filed the *Debtors' Joint Chapter 11 Plan of Reorganization* [Dkt. No. 3841], which was thereafter amended, modified, or supplemented on September 23, 2019 and November 4, 2019 [Dkt. Nos. 3966 and 4563, respectively].

**PLEASE TAKE FURTHER NOTICE** that, on December 12, 2019, the Debtors filed the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated December 12, 2019* [Dkt. No. 5101] , which was thereafter amended, modified, or supplemented on January 31, 2020, February 7, 2020, March 9, 2020, and March 16, 2020 [Dkt. Nos. 5590, 5700, 6217 and 6320, respectively] (and as may be further amended, modified, or supplemented and together with all exhibits and schedules thereto, the "**Plan**").

**PLEASE TAKE FURTHER NOTICE** that, on May 22, 2020, the Debtors filed the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated May 22, 2020* [Dkt. No. 7521] (the "**May 22 Plan**").

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is a **DRAFT** of the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 3, 2020* (the "**Draft June 3 Plan**") prepared for the purposes of discussion at the hearing to consider confirmation of the Plan. The Plan Proponents reserve all rights to further amend, modify or supplement the Draft June 3 Plan. Attached hereto as **Exhibit B** is a redline reflecting changes between the May 22 Plan and the Draft June 3 Plan.

**PLEASE TAKE FURTHER NOTICE** that copies of the pleadings and other documents identified herein can be viewed and/or obtained: (i) by accessing the Bankruptcy Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: June 3, 2020

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**

/s/  *Thomas B. Rupp*
Thomas B. Rupp

*Attorneys for Debtors and Debtors in Possession*