| | |
|---|---|
| **From:** | |
| **To:** | |
| **Subject:** | FW: Reply to Debtors" and Singleton Law Firm Fire Victim Claimants" Opposition to Motion for Examiner of Voting Irregularities |
| **Date:** | Wednesday, June 3, 2020 9:10:04 AM |
| **Attachments:** | Pleading Reply to Debtors" Opposition and SLF Opposition to Motion for Examiner.pdf |

**From:** CANB Emergency Filings <CANB-EMERGENCY-FILINGS@canb.uscourts.gov>
**Sent:** Tuesday, June 2, 2020 10:41 PM
**To:** Canbml_DOCM <docm@canb.uscourts.gov>
**Subject:** FW: Reply to Debtors' and Singleton Law Firm Fire Victim Claimants' Opposition to Motion for Examiner of Voting Irregularities

**From:** Theresa Mcdonald
**Sent:** Tuesday, June 2, 2020 10:41:05 PM (UTC-08:00) Pacific Time (US & Canada)
**To:** CANB Emergency Filings
**Subject:** Reply to Debtors' and Singleton Law Firm Fire Victim Claimants' Opposition to Motion for Examiner of Voting Irregularities

Thank you.