**Entered on Docket**
**June 03, 2020**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: June 3, 2020

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered |

### ORDER DENYING MOTION

Pro Se Creditor Mary Wallace filed an Emergency Motion to Allow Pro Per Litigant Mary Wallace Time to Examine Dockets (dkt. #7652) (the "Motion). Debtors filed an opposition (dkt. #7671). The court addressed the matter with Ms. Wallace during the court's ongoing confirmation trial for Debtors' plan of reorganization on June 1, 2020.

Good cause appearing, and for the reasons stated on the record at that hearing, the court hereby DENIES the Motion.

**\*\*\* END OF ORDER \*\*\***

UNITED STATES BANKRUPTCY COURT
for the Northern District of California

## COURT SERVICE LIST

**Mary Kim Wallace**
Post Office Box 1632
Magalia, California 95954