# Notice Recipients

District/Off: 0971–3          User: lparada          Date Created: 6/3/2020

Case: 19–30088          Form ID: pdfeoc          Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

cr          Mary Kim Wallace          P.O. Box 1632          Magalia, CA 95954

TOTAL: 1