DOWNEY BRAND LLP
JAMIE P. DREHER (Bar No. 209380)
Email: jdreher@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone:    916.444.1000
Facsimile:    916.444.2100

Attorneys for Dwyane Little

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E Corporation,<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>  Debtors.<br><br>[ ] Affects PG&E Corporation<br>[ ] Affects Pacific Gas and Electric Company<br>[x] Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088-DM, | Case No. 19-30088-DM<br><br>Chapter 11<br>Lead Case, Jointly Administered<br><br>**NOTICE OF HEARING ON MOTION FOR RELIEF FROM STAY, OR ALTERNATIVELY, FOR ABSTENTION**<br><br>Date:     June 24, 2020<br>Time:    10:00 a.m.<br>Crtrm.:   Courtroom 17<br>          450 Golden Gate Avenue<br>          San Francisco, CA 94102<br>Judge:   Hon. Dennis Montali<br><br>Objection deadline:   June 19, 2020<br>                      4:00 p.m. (Pacific Time) |

TO DEBTORS, THE UNITED STATES TRUSTEE, AND OTHER INTERESTED PARTIES:

PLEASE TAKE NOTICE that a hearing on the Motion for Relief From Stay, Or Alternatively, For Abstention ("the Motion") filed by Dwyane Little ("Plaintiff") will be heard by the Honorable Dennis Montali on June 24, 2020 at 10:00 a.m.

The hearing will not be conducted in the presiding judge's courtroom but instead will be conducted by telephone or video. All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19

pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

In the Motion, Plaintiff requests that the Bankruptcy Court (a) grant relief from stay to allow Plaintiff's pending state court tort claims to be liquidated in the extant state court proceeding, or alternatively, (b) abstain from adjudicating Plaintiff's claims against Pacific Gas & Electric Company ("Debtor") and the other defendants named in Yolo County Superior Court Case No. CV18-2183 ("the Lawsuit").  Plaintiff's claims arise out of and are based on Age, Race, and Disability Discrimination, Unlawful Retaliation, Wrongful Termination, and others.  Plaintiff acknowledges actual payment and collection of any eventual putative judgment will be as proscribed by the terms of PG&E's chapter 11 plan and ultimate confirmation order.

The Motion is brought pursuant to 28 USC § 1334(c)(1) and 11 USC § 362(d)(1) for cause. The Motion is based on this Notice, the Motion, the Declaration of Christopher Whelan filed in support of the Motion and upon all other pleadings and papers on file herein and such oral and documentary evidence as may be presented at the hearing on the Motion.

PLEASE TAKE FURTHER NOTICE that the Debtor is advised to appear personally or by counsel at the preliminary hearing as provided in Local Rule 4001-1(a) and that failure to so appear may result in the Court granting the relief requested without further hearing, including the lifting of the automatic stay to allow Plaintiff to pursue the litigation in state court, including pretrial proceedings, trial, post-trial motions and any appellate proceedings in or in connection with the Lawsuit.

PLEASE TAKE FURTHER NOTICE that any opposition or response to the Motion must be in writing, filed with the Bankruptcy Court, and served on the counsel for Plaintiffs at the above-referenced address so as to be received by **no later than 4:00 p.m. (Pacific Time) on June 19, 2020.** Any opposition or response must be filed and served on all "Standard Parties" as defined in the Amended Order Implementing Certain Notice and Case Management Procedures entered by the Court on March 27, 2019 ("Case Management Order"). **Any relief requested in**

**the Motion may be granted without a hearing if no opposition is filed a served in accordance with the Case Management Order.** In deciding the Motion, the Court may consider any other document filed in these Chapter 11 Cases and related Adversary Proceedings.

PLEASE TAKE FURTHER NOTICE that copies of the Motion and its supporting papers can be viewed and/or obtained: (i) by accessing the Court's website at htt://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtor's notice and claims agent, Prime Clerk LLC, at https://restrucuring.primeclerk.com/pge or by calling (844) 339-4217 for U.S. based parties; or (929) 333-8977 for International parties or by email at: pgeinfo@primecierk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

DATED: June 3, 2020          DOWNEY BRAND LLP


By:    /s/ Jamie P. Dreher
     JAMIE P. DREHER
    Attorneys for Dwyane Little