**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION**, <br><br> - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> Debtors. <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br> * *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM) <br> Chapter 11 <br> (Lead Case) <br> (Jointly Administered) <br><br> **NOTICE OF AGENDA FOR JUNE 4, 2020, 10:00 A.M. OMNIBUS HEARING** <br><br> Date: June 4, 2020 <br> Time: 10:00 a.m. (Pacific Time) <br> Place: United States Bankruptcy Court <br> Courtroom 17, 16th Floor <br> San Francisco, CA 94102 |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**PROPOSED AGENDA FOR
JUNE 4, 2020, 10:00 A.M. (PACIFIC TIME)
OMNIBUS HEARING**

**I:** **MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**

*CONTESTED MATTER GOING FORWARD*

    1.    **Voting Examiner Motion**: *Motion for the Appointment of an Examiner of Voting Procedural Irregularities Pursuant to Section 1104(c) of the Bankruptcy Code and Bankruptcy Rule 2007.1* [**Dkt. 7568**].

Response Deadline: June 2, 2020.

Responses Filed:

A.    Opposition to Motion for the Appointment of an Examiner of Voting Irregularities Pursuant to Section 1104(c) of the Bankruptcy Code and Bankruptcy Rule 2007.1 [**Dkt. 7436**].

B.    Emergency Pleading in Reply to the Opposition to the Motion for the Appointment of an Examiner of Voting Irregularities [**Dkt. 7477**].

C.    Supplemental Opposition to Motion for the Appointment of an Examiner of Voting Irregularities Pursuant to Section 1104(c) of the Bankruptcy Code and Bankruptcy Rule 2007.1 [**Dkt. 7706**].

D.    Debtors' Response in Opposition to Motion for the Appointment of an Examiner of Voting Procedural Irregularities Pursuant to Section 1104(c) of the Bankruptcy Code and Rule 2007.1 [**Dkt. 7719**].

E.    Declaration of Christina F. Pullo in Support of Debtors' Response in Opposition to Motion for the Appointment of an Examiner of Voting Procedural Irregularities Pursuant to Section 1104(c) of the Bankruptcy Code and Rule 2007.1 [**Dkt. 7720**].

F.    Objection by the Singleton Law Firm Fire Victim Claimants to the Motion for the Appointment of an Examiner Pursuant to Section 1104(c) of the Bankruptcy Code and Rule 2007.1; and Joinder to: (1) the Opposition by Watts Guerra LLP for Appointment of an Examiner of Voting Irregularities Pursuant to Section 1104(c); and (2) Supplemental Opposition by Watts Guerra LLP to Appointment of an Examiner of Voting Irregularities Pursuant to Section 1104(c) [**Dkt. 7724**].

G.    Emergency Pleading in reply to the Debtors' Response to the Motion for the Appointment of an Examiner of Voting Procedural Irregularities and Response to the Objection by the Singleton Law Firm Fire Victim Claimants to the Motion for the Appointment of an Examiner [**Dkt. 7738**].

Related Documents:

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

H.  Ex Parte Application for an Order Shortening Time to Hear a Motion for Appointment of an Examiner of Voting Procedural Irregularities Pursuant to Section 1104(c) of the Bankruptcy Code and Rule 2007.1 [**Dkt. 7427**].

I.  Supplemental Declaration of Bonnie E. Kane in Support of Ex Parte Application for an Order Shortening Time to Hear a Motion for Appointment of an Examiner of Voting Procedural Irregularities Pursuant to Section 1104(c) of the Bankruptcy Code and Rule 2007.1 [**Dkt. 7439**].

J.  Declaration of Helen Sedwick in Support of Motion for Appointment of an Examiner of Voting Procedural Irregularities Pursuant to Section 1104(c) of the Bankruptcy Code and Rule 2007.1 [**Dkt. 7644**].

Related Order:

K.  Order Granting Ex Parte Application for an Order Shortening Time to Hear a Motion for Appointment of an Examiner of Voting Procedural Irregularities Pursuant to Section 1104(c) of the Bankruptcy Code and Rule 2007.1 [**Dkt. 7532**].

Status:  This matter is going forward on a contested basis.

***CONFIRMATION HEARING***

Status:  The Confirmation Hearing will continue with oral arguments through June 5, 2020.

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at:pgeinfo@primeclerk.com.  Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: June 3, 2020              **WEIL, GOTSHAL & MANGES LLP**
                                 **KELLER BENVENUTTI KIM LLP**

                                 By:   */s/ Dara L. Silveira*
                                        Dara L. Silveira

                                 *Attorneys for Debtors and Debtors in Possession*