# EXHIBIT A

# COMPENSATION BY PROFESSIONAL
# MARCH 1, 2020 THROUGH MARCH 31, 2020

| Name of Professional Individual | Position of the Applicant and Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Tomer Perry | Managing Director | n/a | 14.5 | n/a |
| Ken Ziman | Managing Director | n/a | 212.0 | n/a |
| Gregory Hort | Director | n/a | 63.5 | n/a |
| Eli Silverman | Vice President | n/a | 380.5 | n/a |
| Daniel Bier | Associate | n/a | 112.0 | n/a |
| Daniel Katz | Associate | n/a | 141.0 | n/a |
| Nathan Mooney | Associate | n/a | 100.0 | n/a |
| Erik Overman | Associate | n/a | 27.5 | n/a |
| Matt Strain | Associate | n/a | 147.0 | n/a |
| Liam Fine | Analyst | n/a | 131.0 | n/a |
| Dan Liotta | Analyst | n/a | 171.0 | n/a |
| Katherine Tobeason | Analyst | n/a | 12.0 | n/a |
| Scott Belinsky | Analyst | n/a | 155.0 | n/a |
| William Zhao | Analyst | n/a | 41.0 | n/a |
| | **TOTALS** | n/a | **1,708.0** | **$300,000.00** |