## EXHIBIT C

## EXPENSE SUMMARY
## FOR THE PERIOD MARCH 1, 2020 THROUGH MARCH 31, 2020

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---:|
| Car Services and Taxis | | $2,465.08 |
| Meals – Meetings/Travel | | 2,046.57 |
| Travel | | 9,586.51 |
| **Total Expenses** | | **$14,098.16** |