# EXHIBIT D

## DETAIL OF HOURS EXPENDED
## FOR THE PERIOD MARCH 1, 2020 THROUGH MARCH 31, 2020

PG&E Corp.
Lazard Frères & Co. LLC
March 1, 2020 - March 31, 2020

| Code | Summary of Services Rendered by Project — Project Description | Mar-20 |
|---|---|---|
| 1 | Interface with Professionals, Official Committees, and Other Parties-In-Interest | 617.5 |
| 2 | Business Operations Planning, Monitoring, Reporting and Analysis, and Projections | -- |
| 3 | Preparation and/or Review of Court Filings | 26.0 |
| 4 | Court Testimony/Deposition and Preparation | 14.0 |
| 5 | Valuation Analysis | -- |
| 6 | Capital Structure Review and Analysis | 461.0 |
| 7 | Merger & Acquisition Activity | -- |
| 8 | Financing Including DIP and Exit Financing | 62.5 |
| 9 | General Corporate Finance, Research and Analysis, and Other Due Diligence | 527.0 |
| 10 | Fee Application, Engagement | -- |
| 11 | Employee Retention Program | -- |
| **Total** | | **1,708.0** |

| Summary of Services Rendered by Professional — Name (Title) | Mar-20 |
|---|---|
| Tomer Perry (Managing Director) | 14.5 |
| Ken Ziman (Managing Director) | 212.0 |
| Greg Hort (Director) | 63.5 |
| Eli Silverman (Vice President) | 380.5 |
| Daniel Bier (Associate) | 112.0 |
| Dan Katz (Associate) | 141.0 |
| Nathan Mooney (Associate) | 100.0 |
| Erik Overman (Associate) | 27.5 |
| Matthew Strain (Associate) | 147.0 |
| Liam Fine (Financial Analyst) | 131.0 |
| Dan Liotta (Financial Analyst) | 171.0 |
| Katherine Tobeason (Analyst) | 12.0 |
| Scott Belinsky (Analyst) | 155.0 |
| William Zhao (Analyst) | 41.0 |
| **Total** | **1,708.0** |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**March 1, 2020 - March 31, 2020**

| Date | Description of Work | Hours | Code |
|---|---|---|---|
|  | **Tomer Perry (Managing Director)** | | |
| 3/2/20 | Work around post-emergence financing and capital structure | 1 | 8 |
| 3/2/20 | Work around post-emergence financing and capital structure | 1 | 8 |
| 3/3/20 | Work around post-emergence financing and capital structure | 1 | 8 |
| 3/4/20 | Work around post-emergence financing and capital structure | 1.5 | 8 |
| 3/4/20 | Work around post-emergence financing and capital structure | 1.5 | 8 |
| 3/5/20 | Work around post-emergence financing and capital structure | 1.5 | 8 |
| 3/5/20 | Work around post-emergence financing and capital structure | 1.5 | 8 |
| 3/6/20 | Work around post-emergence financing and capital structure | 1 | 8 |
| 3/23/20 | Work around post-emergence financing and capital structure | 1 | 8 |
| 3/25/20 | Work around post-emergence financing and capital structure | 1 | 8 |
| 3/27/20 | Work around post-emergence financing and capital structure | 1 | 8 |
| 3/30/20 | Work around post-emergence financing and capital structure | 0.5 | 8 |
| 3/31/20 | Work around post-emergence financing and capital structure | 1 | 8 |
| **Mar-20** | **Monthly Subtotal** | **14.5** | |

PG&E Corp.
Lazard Frères & Co. LLC
March 1, 2020 - March 31, 2020

| Ken Ziman (Managing Director) | | | |
|---|---|---|---|
| Date | Description of Work | Hours | Code |
| 3/1/20 | Catch up with STB | 2 | 1 |
| 3/1/20 | Call with JP Morgan on ratings | 2 | 6 |
| 3/1/20 | Board Meeting | 2 | 1 |
| 3/2/20 | Calls with backstop parties | 2 | 1 |
| 3/2/20 | Discussion with company regarding capital structure | 2 | 6 |
| 3/2/20 | Discussion with lending banks | 1 | 6 |
| 3/2/20 | Call with company regarding backstop letters | 2 | 1 |
| 3/3/20 | Calls with backstop parties | 2 | 1 |
| 3/3/20 | Discussion with HoldCo lenders | 2 | 1 |
| 3/3/20 | Recurring Advisor Call | 0.75 | 1 |
| 3/3/20 | Daily Company & Equity Holder Professionals Call | 0.5 | 1 |
| 3/4/20 | Calls with backstop parties | 1 | 1 |
| 3/4/20 | BCL Call - Laz | 0.5 | 1 |
| 3/4/20 | PCG Catch Up | 0.5 | 1 |
| 3/4/20 | Updated Financials Discussion | 0.5 | 1 |
| 3/4/20 | Call with Weil regarding Disclosure Statement | 3 | 9 |
| 3/4/20 | Meeting with Moody's regarding capital structure | 3 | 6 |
| 3/5/20 | Calls with backstop parties | 2 | 1 |
| 3/5/20 | Meeting with S&P regarding capital structure | 3 | 6 |
| 3/5/20 | Ducera - Securitization Discussion | 2 | 1 |
| 3/5/20 | Recurring Advisor Call | 0.75 | 1 |
| 3/5/20 | Meeting with JP Morgan regarding equity raise | 2 | 6 |
| 3/5/20 | Chapter 11 Strategy call with management | 2 | 1 |
| 3/6/20 | PCG Securitization Discussion with PJT | 1 | 1 |
| 3/6/20 | Recurring Advisor Call | 0.75 | 1 |
| 3/6/20 | Call with Company regarding equity raise | 2 | 1 |
| 3/6/20 | PCG Board Meeting | 2 | 1 |
| 3/6/20 | Call with company regarding Chapter 11 process | 1 | 1 |
| 3/7/20 | PCG - Laz Catch Up | 2 | 1 |
| 3/8/20 | PCG DS Exhibits Update | 1 | 1 |
| 3/8/20 | Securitization Overview - PJT / Lazard | 1.5 | 1 |
| 3/9/20 | Discussion with Weil on Funds Flow | 1 | 1 |
| 3/9/20 | PCG Mediation in San Francisco (via call) | 9 | 1 |
| 3/10/20 | PCG Securitization Deck | 1 | 1 |
| 3/10/20 | PG&E Team Discussion | 0.5 | 1 |
| 3/10/20 | Recurring Advisor Call | 0.75 | 1 |
| 3/10/20 | Daily Company & Equity Holder Professionals Call | 0.5 | 1 |
| 3/10/20 | Preparation of Securitization Materials | 1 | 6 |
| 3/10/20 | PCG Disclosure Statement Hearing | 4 | 4 |
| 3/10/20 | OII Wildfire POD Discussion with MTO | 1 | 1 |
| 3/10/20 | Discussion with Morgan Stanley regarding equity capital raise | 1 | 4 |
| 3/11/20 | PG&E DS Hearing | 2.5 | 1 |
| 3/11/20 | Securitization Structure Discussion | 0.5 | 1 |
| 3/11/20 | Calls with backstop parties | 2 | 1 |
| 3/12/20 | Bank Fees Discussion with Company | 2 | 1 |
| 3/12/20 | Securitization Structure Discussion | 0.5 | 1 |
| 3/12/20 | PCG Securitization Discussion - Gugg / Laz | 0.5 | 1 |
| 3/12/20 | Fitch Call | 0.5 | 1 |
| 3/12/20 | Recurring Advisor Call | 0.75 | 1 |
| 3/12/20 | PCG Board Meeting | 2 | 1 |
| 3/12/20 | Call with company regarding chapter 11 strategy | 2 | 1 |
| 3/12/20 | Call with Goldman Sachs regarding equity raise strategy | 1 | 1 |
| 3/13/20 | Calls with backstop parties | 5 | 1 |
| 3/13/20 | PG&E Discussion with Centerview | 1 | 1 |
| 3/13/20 | PCG Monthly Model Call | 1 | 1 |
| 3/13/20 | Daily Company & Equity Holder Professionals Call | 0.5 | 1 |
| 3/13/20 | Equity Financing Fee Analysis | 1 | 8 |
| 3/13/20 | Call with Barclays regarding equity raise strategy | 1 | 1 |
| 3/13/20 | Call with Citi regarding equity raise strategy | 1 | 1 |
| 3/13/20 | Call with Company regarding equity raise | 2 | 1 |
| 3/14/20 | Discussion with Guggenheim | 0.5 | 1 |
| 3/14/20 | PCG - Gugg / Laz / PJT | 2 | 1 |
| 3/14/20 | Call Regarding Securitization and Debt | 0.5 | 1 |
| 3/14/20 | Call with Company regarding bank fees | 1 | 1 |
| 3/14/20 | Call with company regarding real estate sale | 1 | 1 |
| 3/15/20 | PCG Catch Up - Gugg / Laz / PJT | 1 | 1 |
| 3/15/20 | PCG - Catch Up with Gugg | 0.5 | 1 |
| 3/15/20 | Call with Company re Securitization | 0.5 | 1 |
| 3/15/20 | Real Estate Discussion | 0.5 | 1 |
| 3/15/20 | PCG Board Call | 1 | 1 |
| 3/16/20 | Call with company regarding backstop and equity | 1 | 1 |
| 3/16/20 | PCG exit financing hearing | 2 | 1 |
| 3/16/20 | PCG - Modeling Call | 3 | 1 |

PG&E Corp.
Lazard Frères & Co. LLC
March 1, 2020 - March 31, 2020

| Date | Description of Work | Hours | Code |
|---|---|---|---|
| | **Ken Ziman (Managing Director)** | | |
| 3/16/20 | PCG Board Call | 3 | 1 |
| 3/17/20 | PGE Professional Fees Discussion | 0.5 | 1 |
| 3/17/20 | Exit Financing Process Discussions | 0.5 | 1 |
| 3/17/20 | Recurring Advisor Call | 0.75 | 1 |
| 3/17/20 | Daily Company & Equity Holder Professionals Call | 0.5 | 1 |
| 3/17/20 | Financial Modeling and Analysis | 2 | 9 |
| 3/17/20 | Securitization Dsicussion with company | 2 | 1 |
| 3/17/20 | Call with Ducera regarding securitization | 2 | 1 |
| 3/18/20 | Calls with backstop parties | 1 | 1 |
| 3/18/20 | Securitization Dsicussion with company | 3 | 1 |
| 3/19/20 | Financial Discussion with Company | 0.5 | 1 |
| 3/19/20 | Recurring Advisor Call | 0.75 | 1 |
| 3/19/20 | Call with Akin Gump | 1 | 1 |
| 3/19/20 | Call regarding equity backstop with Company | 1 | 1 |
| 3/19/20 | Call regarding equity raise process with Company | 2 | 1 |
| 3/20/20 | Securitization Discussion | 1 | 1 |
| 3/20/20 | PG&E - Lazard / Ducera | 0.5 | 1 |
| 3/20/20 | Weekly Bankruptcy Update / Coordination Call | 0.5 | 1 |
| 3/20/20 | PG&E - GHL Diligence Discussion | 1 | 1 |
| 3/20/20 | PCG-TCC: Laz/Alix/PCG/Lincoln | 0.5 | 1 |
| 3/20/20 | Weekly Bankruptcy Update / Coordination Call | 0.5 | 1 |
| 3/20/20 | Daily Company & Equity Holder Professionals Call | 0.5 | 1 |
| 3/20/20 | Calls with backstop parties | 1 | 1 |
| 3/21/20 | Call with Cravath regarding backstop | 3 | 1 |
| 3/23/20 | DS Financials Discussion | 2 | 1 |
| 3/23/20 | PCG Securitization / Tax Discussion | 2 | 1 |
| 3/23/20 | Call with company on securitization modeling | 3 | 1 |
| 3/23/20 | Call with Weil to discuss securitis class action litigation | 1 | 1 |
| 3/23/20 | Call with Goldman Sachs and JP Morgan regarding equity raise process | 1 | 1 |
| 3/23/20 | Call with Munger regarding securitization | 2 | 1 |
| 3/24/20 | Recurring Advisor Call | 0.75 | 1 |
| 3/24/20 | Daily Company & Equity Holder Professionals Call | 0.5 | 1 |
| 3/24/20 | Calls with backstop parties | 1 | 1 |
| 3/24/20 | Calls with company regarding securitization / NOLs | 4 | 1 |
| 3/24/20 | Call with Rothschild regarding case progress | 1 | 1 |
| 3/24/20 | Call with Goldman Sachs to kick off equity process | 1 | 1 |
| 3/24/20 | Call with Rothschild regarding case progress | 1 | 1 |
| 3/25/20 | Call with Ducera regarding securitization | 1 | 1 |
| 3/25/20 | Calls with backstop parties | 2 | 1 |
| 3/25/20 | Call with Cravath regarding backstop | 1 | 1 |
| 3/25/20 | PG&E - Diligence Discussion | 0.5 | 1 |
| 3/25/20 | PCG Tax Call | 0.5 | 1 |
| 3/25/20 | Daily Laz Gameplanning Session | 0.5 | 1 |
| 3/25/20 | Call with Alix regarding monthly liquidity model | 1 | 9 |
| 3/25/20 | Calls with company regarding securitization / NOLs | 2 | 1 |
| 3/26/20 | Recurring Advisor Call | 0.75 | 1 |
| 3/26/20 | Daily Laz Gameplanning Session | 0.5 | 1 |
| 3/26/20 | Calls with company regarding securitization / NOLs | 4 | 1 |
| 3/26/20 | Stock ownership determination call with Weil, PWC, Laz and Cravath | 4 | 1 |
| 3/26/20 | Chapter 11 Strategy call with management | 1 | 1 |
| 3/27/20 | PG&E Discussion - GS / JPM / DPW / LAZ | 1 | 1 |
| 3/27/20 | Daily Company & Equity Holder Professionals Call | 0.5 | 1 |
| 3/27/20 | Weekly Bankruptcy Update / Coordination Call | 0.5 | 1 |
| 3/27/20 | Calls with company regarding securitization / NOLs | 2 | 1 |
| 3/27/20 | Call with Munger regarding securitization | 2 | 1 |
| 3/27/20 | Call with company regarding equity raise | 2 | 1 |
| 3/28/20 | Call with Weil regarding securitizaiton / tax | 2 | 1 |
| 3/28/20 | Call with Ducera regarding securitization | 2 | 1 |
| 3/28/20 | Call with company regading equity raise process | 2 | 1 |
| 3/29/20 | Calls with company regarding securitization / NOLs | 2 | 1 |
| 3/29/20 | Call with company regarding TCC issues | 2 | 1 |
| 3/29/20 | Chapter 11 Strategy call with management | 1 | 1 |
| 3/30/20 | PGE - Plan Supplement / Implementation Coordination Calls | 2 | 1 |
| 3/30/20 | PGE Securitization Call Monday with Citi | 1 | 1 |
| 3/30/20 | Registration Rights Agreement call with Goldman Sachs | 2 | 1 |
| 3/30/20 | Call with company regading CPUC securitizaiton testimony | 2 | 4 |
| 3/31/20 | Recurring Advisor Call | 0.75 | 1 |
| 3/31/20 | Daily Company & Equity Holder Professionals Call | 0.5 | 1 |
| 3/31/20 | Backstop Transfer call with Cravath | 1 | 1 |
| 3/31/20 | Registration Rights Agreement call with Goldman Sachs and Cravath | 2 | 1 |
| 3/31/20 | Call with company regarding insurance proceeds | 1 | 1 |
| 3/31/20 | Calls with company regarding securitization / NOLs | 2 | 1 |
| **Mar-20** | **Monthly Subtotal** | **212.00** | |

PG&E Corp.
Lazard Frères & Co. LLC
March 1, 2020 - March 31, 2020

| | Greg Hort (Director) | | |
|---|---|---|---|
| Date | Description of Work | Hours | Code |
| 3/1/20 | calls with advisors/management | 2 | 1 |
| 3/2/20 | calls with advisors/management | 1 | 1 |
| 3/3/20 | calls with advisors/management | 1.25 | 1 |
| 3/4/20 | calls with advisors/management | 4.5 | 1 |
| 3/5/20 | calls with advisors/management | 4.5 | 1 |
| 3/6/20 | calls with advisors/management | 3.5 | 1 |
| 3/7/20 | calls with advisors/management | 1 | 1 |
| 3/9/20 | calls with advisors/management | 0.5 | 1 |
| 3/10/20 | calls with advisors/management | 5.25 | 1 |
| 3/11/20 | calls with advisors/management | 3 | 1 |
| 3/12/20 | calls with advisors/management | 2 | 1 |
| 3/13/20 | calls with advisors/management | 2 | 1 |
| 3/14/20 | calls with advisors/management | 1 | 1 |
| 3/15/20 | calls with advisors/management | 2 | 1 |
| 3/16/20 | calls with advisors/management | 2 | 1 |
| 3/17/20 | calls with advisors/management | 1.75 | 1 |
| 3/18/20 | calls with advisors/management | 0.5 | 1 |
| 3/19/20 | calls with advisors/management | 2.25 | 1 |
| 3/20/20 | calls with advisors/management | 3 | 1 |
| 3/23/20 | calls with advisors/management | 1.5 | 1 |
| 3/24/20 | calls with advisors/management | 4.25 | 1 |
| 3/25/20 | calls with advisors/management | 2.5 | 1 |
| 3/26/20 | calls with advisors/management | 2.75 | 1 |
| 3/27/20 | calls with advisors/management | 3 | 1 |
| 3/29/20 | calls with advisors/management | 1 | 1 |
| 3/30/20 | calls with advisors/management | 4 | 1 |
| 3/31/20 | calls with advisors/management | 1.5 | 1 |
| **Mar-20** | **Monthly Subtotal** | **63.5** | |

PG&E Corp.
Lazard Frères & Co. LLC
March 1, 2020 - March 31, 2020

### Eli Silverman (Vice President)

| Date | Description of Work | Hours | Code |
|---|---|---|---|
| 3/1/20 | PCG - Laz Catch Up | 1 | 1 |
| 3/1/20 | Catch up with STB | 2 | 1 |
| 3/1/20 | Call with JP Morgan on ratings | 2 | 6 |
| 3/1/20 | Board Meeting | 2 | 1 |
| 3/1/20 | Call with Alix Partners regarding liquidity | 1 | 1 |
| 3/1/20 | Travel ot NYC | 9 | 1 |
| 3/2/20 | Calls with backstop parties | 6 | 1 |
| 3/2/20 | Discussion with company regarding capital structure | 2 | 6 |
| 3/2/20 | Discussion with lending banks | 1 | 6 |
| 3/2/20 | Call with company regarding backstop letters | 2 | 1 |
| 3/3/20 | Calls with backstop parties | 7 | 1 |
| 3/3/20 | Discussion with HoldCo lenders | 2 | 1 |
| 3/3/20 | Recurring Advisor Call | 0.75 | 1 |
| 3/3/20 | Daily Company & Equity Holder Professionals Call | 0.5 | 1 |
| 3/3/20 | Financial Modeling and Analysis | 4 | 9 |
| 3/4/20 | Calls with backstop parties | 7 | 1 |
| 3/4/20 | BCL Call - Laz | 0.5 | 1 |
| 3/4/20 | PCG Catch Up | 0.5 | 1 |
| 3/4/20 | Updated Financials Discussion | 0.5 | 1 |
| 3/4/20 | Financial Modeling and Analysis | 4 | 9 |
| 3/4/20 | Call with Weil regarding Disclosure Statement | 3 | 9 |
| 3/4/20 | Meeting with Moody's regarding capital structure | 3 | 6 |
| 3/5/20 | Calls with backstop parties | 5 | 1 |
| 3/5/20 | Meeting with S&P regarding capital structure | 3 | 6 |
| 3/5/20 | Ducera - Securitization Discussion | 2 | 1 |
| 3/5/20 | Recurring Advisor Call | 0.75 | 1 |
| 3/5/20 | Financial Modeling and Analysis | 6 | 9 |
| 3/5/20 | Meeting with JP Morgan regarding equity raise | 2 | 6 |
| 3/5/20 | Chapter 11 Strategy call with management | 2 | 1 |
| 3/5/20 | Travel to LA | 9 | 1 |
| 3/6/20 | PCG Securitization Discussion with PJT | 1 | 1 |
| 3/6/20 | Recurring Advisor Call | 0.75 | 1 |
| 3/6/20 | Call with Company regarding equity raise | 2 | 1 |
| 3/6/20 | PCG Board Meeting | 2 | 1 |
| 3/6/20 | Call with company regarding Chapter 11 process | 1 | 1 |
| 3/7/20 | PCG - Laz Catch Up | 2 | 1 |
| 3/8/20 | PCG DS Exhibits Update | 1 | 1 |
| 3/8/20 | Securitization Overview - PJT / Lazard | 1.5 | 1 |
| 3/8/20 | Financial Modeling and Analysis | 2 | 9 |
| 3/8/20 | Travel to SF | 3 | 1 |
| 3/9/20 | PGE Internal Gameplanning | 0.5 | 1 |
| 3/9/20 | Preparation of Securitization Materials | 5 | 6 |
| 3/9/20 | Discussion with Weil on Funds Flow | 1 | 1 |
| 3/9/20 | PCG Mediation in San Francisco | 9 | 1 |
| 3/10/20 | PCG Securitization Deck | 1 | 1 |
| 3/10/20 | PG&E Team Discussion | 0.5 | 1 |
| 3/10/20 | Recurring Advisor Call | 0.75 | 1 |
| 3/10/20 | Daily Company & Equity Holder Professionals Call | 0.5 | 1 |
| 3/10/20 | Preparation of Securitization Materials | 4 | 6 |
| 3/10/20 | PCG Disclosure Statement Hearing | 4 | 4 |
| 3/10/20 | OII Wildfire POD Discussion with MTO | 1 | 1 |
| 3/10/20 | Discussion with Morgan Stanley regarding equity capital raise | 1 | 4 |
| 3/11/20 | PG&E DS Hearing | 2.5 | 1 |
| 3/11/20 | Securitization Structure Discussion | 0.5 | 1 |
| 3/11/20 | Preparation of Securitization Materials | 5 | 6 |
| 3/11/20 | Calls with backstop parties | 5 | 1 |
| 3/11/20 | Call with Alix regarding monthly liquidity model | 2 | 1 |
| 3/11/20 | Travel to LA | 3 | 1 |
| 3/12/20 | Bank Fees Discussion with Company | 2 | 1 |
| 3/12/20 | Securitization Structure Discussion | 0.5 | 1 |
| 3/12/20 | PCG Securitization Discussion - Gugg / Laz | 0.5 | 1 |
| 3/12/20 | Fitch Call | 0.5 | 1 |
| 3/12/20 | Recurring Advisor Call | 0.75 | 1 |
| 3/12/20 | PCG Board Meeting | 2 | 1 |
| 3/12/20 | Call with company regarding chapter 11 strategy | 2 | 1 |
| 3/12/20 | Call with Goldman Sachs regarding equity raise strategy | 1 | 1 |
| 3/13/20 | Calls with backstop parties | 5 | 1 |
| 3/13/20 | PG&E Discussion with Centerview | 1 | 1 |
| 3/13/20 | PCG Monthly Model Call | 1 | 1 |
| 3/13/20 | Daily Company & Equity Holder Professionals Call | 0.5 | 1 |
| 3/13/20 | Equity Financing Fee Analysis | 7 | 8 |
| 3/13/20 | Call with Barclays regarding equity raise strategy | 1 | 1 |
| 3/13/20 | Call with Citi regarding equity raise strategy | 1 | 1 |

PG&E Corp.
Lazard Frères & Co. LLC
March 1, 2020 - March 31, 2020

| Eli Silverman (Vice President) | | | |
|---|---|---|---|
| Date | Description of Work | Hours | Code |
| 3/13/20 | Call with Company regarding equity raise | 2 | 1 |
| 3/14/20 | Discussion with Guggenheim | 0.5 | 1 |
| 3/14/20 | PCG - Gugg / Laz / PJT | 2 | 1 |
| 3/14/20 | Call Regarding Securitization and Debt | 0.5 | 1 |
| 3/14/20 | Financings Fee Analysis | 6 | 8 |
| 3/14/20 | Preparation of Securitization Materials | 3 | 6 |
| 3/14/20 | Call with Company regarding bank fees | 1 | 1 |
| 3/14/20 | Call with company regarding real estate sale | 1 | 1 |
| 3/15/20 | PCG Catch Up - Gugg / Laz / PJT | 1 | 1 |
| 3/15/20 | Laz Internal Catchup | 2 | 1 |
| 3/15/20 | PCG - Catch Up with Gugg | 0.5 | 1 |
| 3/15/20 | Call with Company re Securitization | 0.5 | 1 |
| 3/15/20 | Real Estate Discussion | 0.5 | 1 |
| 3/15/20 | Equity Financing Fee Analysis | 4 | 8 |
| 3/15/20 | PCG Board Call | 1 | 1 |
| 3/16/20 | Call with company regarding backstop and equity | 1 | 1 |
| 3/16/20 | PCG exit financing hearing | 2 | 1 |
| 3/16/20 | PCG - Modeling Call | 3 | 1 |
| 3/16/20 | PCG Board Call | 3 | 1 |
| 3/17/20 | PGE Professional Fees Discussion | 0.5 | 1 |
| 3/17/20 | Exit Financing Process Discussions | 0.5 | 1 |
| 3/17/20 | Recurring Advisor Call | 0.75 | 1 |
| 3/17/20 | Daily Company & Equity Holder Professionals Call | 0.5 | 1 |
| 3/17/20 | Daily Laz Gameplanning Session | 0.5 | 1 |
| 3/17/20 | Financial Modeling and Analysis | 2 | 9 |
| 3/17/20 | Securitization Dsicussion with company | 2 | 1 |
| 3/17/20 | Call with Ducera regarding securitization | 2 | 1 |
| 3/18/20 | Calls with backstop parties | 5 | 1 |
| 3/18/20 | Daily Laz Gameplanning Session | 0.5 | 1 |
| 3/18/20 | Financial Modeling and Analysis | 4 | 9 |
| 3/18/20 | Securitization Dsicussion with company | 3 | 1 |
| 3/19/20 | Financial Discussion with Company | 0.5 | 1 |
| 3/19/20 | Recurring Advisor Call | 0.75 | 1 |
| 3/19/20 | Daily Laz Gameplanning Session | 0.5 | 1 |
| 3/19/20 | Monthly Liquidity Discussion | 3 | 9 |
| 3/19/20 | Call with Akin Gump | 1 | 1 |
| 3/19/20 | Call regardding equity backstop with Company | 1 | 1 |
| 3/19/20 | Call regarding equity raise process with Company | 2 | 1 |
| 3/20/20 | Securitization Discussion | 1 | 1 |
| 3/20/20 | PG&E - Lazard / Ducera | 0.5 | 1 |
| 3/20/20 | Weekly Bankruptcy Update / Coordination Call | 0.5 | 1 |
| 3/20/20 | PG&E - GHL Diligence Discussion | 1 | 1 |
| 3/20/20 | Daily Laz Gameplanning Session | 0.5 | 1 |
| 3/20/20 | PCG-TCC: Laz/Alix/PCG/Lincoln | 0.5 | 1 |
| 3/20/20 | Weekly Bankruptcy Update / Coordination Call | 0.5 | 1 |
| 3/20/20 | Daily Company & Equity Holder Professionals Call | 0.5 | 1 |
| 3/20/20 | Financial Modeling and Analysis | 3 | 9 |
| 3/20/20 | Calls with backstop parties | 4 | 1 |
| 3/21/20 | Financial Modeling and Analysis | 4 | 9 |
| 3/21/20 | Call with Cravath regarding backstop | 3 | 1 |
| 3/23/20 | DS Financials Discussion | 2 | 1 |
| 3/23/20 | PCG Securitization / Tax Discussion | 2 | 1 |
| 3/23/20 | Daily Laz Gameplanning Session | 0.5 | 1 |
| 3/23/20 | Call with company on securitization modeling | 3 | 1 |
| 3/23/20 | Call with Weil to discuss securitis class action litigation | 1 | 1 |
| 3/23/20 | Call with Goldman Sachs and JP Morgan regarding equity raise process | 1 | 1 |
| 3/23/20 | Call with Munger regarding securitization | 2 | 1 |
| 3/24/20 | Recurring Advisor Call | 0.75 | 1 |
| 3/24/20 | Daily Company & Equity Holder Professionals Call | 0.5 | 1 |
| 3/24/20 | Daily Laz Gameplanning Session | 0.5 | 1 |
| 3/24/20 | Calls with backstop parties | 4 | 1 |
| 3/24/20 | Calls with company regarding securitization / NOLs | 4 | 1 |
| 3/24/20 | Call with Rothschild regarding case progress | 1 | 1 |
| 3/24/20 | Call with Goldman Sachs to kick off equity process | 1 | 1 |
| 3/24/20 | Call with Rothschild regarding case progress | 1 | 1 |
| 3/25/20 | Call with Ducera regarding securitization | 1 | 1 |
| 3/25/20 | Calls with backstop parties | 2 | 1 |
| 3/25/20 | Call with Cravath regarding backstop | 1 | 1 |
| 3/25/20 | PG&E - Organizational Call | 1 | 1 |
| 3/25/20 | PG&E - Diligence Discussion | 0.5 | 1 |
| 3/25/20 | PCG Tax Call | 0.5 | 1 |
| 3/25/20 | Daily Laz Gameplanning Session | 0.5 | 1 |
| 3/25/20 | Financial Modeling and Analysis | 4 | 9 |

PG&E Corp.
Lazard Frères & Co. LLC
March 1, 2020 - March 31, 2020

| Date | Description of Work | Hours | Code |
|---|---|---|---|
| | **Eli Silverman (Vice President)** | | |
| 3/25/20 | Call with Alix regarding monthly liquidity model | 1 | 9 |
| 3/25/20 | Calls with company regarding securitization / NOLs | 2 | 1 |
| 3/26/20 | PCG Financial Analysis | 0.5 | 1 |
| 3/26/20 | Recurring Advisor Call | 0.75 | 1 |
| 3/26/20 | Daily Laz Gameplanning Session | 0.5 | 1 |
| 3/26/20 | Financial Modeling and Analysis | 3 | 9 |
| 3/26/20 | Calls with company regarding securitization / NOLs | 4 | 1 |
| 3/26/20 | Stock ownership determination call with Weil, PWC, Laz and Cravath | 4 | 1 |
| 3/26/20 | Chapter 11 Strategy call with management | 1 | 1 |
| 3/27/20 | PG&E Discussion - GS / JPM / DPW / LAZ | 1 | 1 |
| 3/27/20 | Daily Laz Gameplanning Session | 0.5 | 1 |
| 3/27/20 | Daily Company & Equity Holder Professionals Call | 0.5 | 1 |
| 3/27/20 | Weekly Bankruptcy Update / Coordination Call | 0.5 | 1 |
| 3/27/20 | Calls with company regarding securitization / NOLs | 4 | 1 |
| 3/27/20 | Calls with backstop parties | 2 | 1 |
| 3/27/20 | Call with Munger regarding securitization | 2 | 1 |
| 3/27/20 | Call with company regarding equity raise | 2 | 1 |
| 3/28/20 | Call with Weil regarding securitizaiton / tax | 2 | 1 |
| 3/28/20 | Call with Ducera regarding securitization | 2 | 1 |
| 3/28/20 | Financial Modeling and Analysis | 5 | 9 |
| 3/28/20 | Call with company regading equity raise process | 2 | 1 |
| 3/29/20 | Financial Modeling and Analysis | 6 | 9 |
| 3/29/20 | Calls with company regarding securitization / NOLs | 4 | 1 |
| 3/29/20 | Call with company regarding TCC issues | 2 | 1 |
| 3/29/20 | Chapter 11 Strategy call with management | 1 | 1 |
| 3/30/20 | Citi / Lazard Model Discussion | 2 | 1 |
| 3/30/20 | PG&E - Investor Education Discussion | 1 | 1 |
| 3/30/20 | PGE - Plan Supplement / Implementation Coordination Calls | 2 | 1 |
| 3/30/20 | PGE Securitization Call Monday with Citi | 1 | 1 |
| 3/30/20 | Registration Rights Agreement call with Goldman Sachs | 2 | 1 |
| 3/30/20 | PCG Debt Call | 1 | 1 |
| 3/30/20 | Daily Laz Gameplanning Session | 0.5 | 1 |
| 3/30/20 | Monthly liquidity discussion with company and Alix Partners | 1 | 1 |
| 3/30/20 | Call with company regading CPUC securitizaiton testimony | 2 | 4 |
| 3/31/20 | Recurring Advisor Call | 0.75 | 1 |
| 3/31/20 | Daily Company & Equity Holder Professionals Call | 0.5 | 1 |
| 3/31/20 | Daily Laz Gameplanning Session | 0.5 | 1 |
| 3/31/20 | Backstop Transfer call with Cravath | 1 | 1 |
| 3/31/20 | Registration Rights Agreement call with Goldman Sachs and Cravath | 2 | 1 |
| 3/31/20 | Call with company regarding insurance proceeds | 1 | 1 |
| 3/31/20 | Calls with company regarding securitization / NOLs | 4 | 1 |
| 3/31/20 | Creation of Materials for POR Supplement | 8 | 3 |
| **Mar-20** | **Monthly Subtotal** | **380.50** | |

PG&E Corp.
Lazard Frères & Co. LLC
March 1, 2020 - March 31, 2020

| Date | Daniel Bier (Associate) Description of Work | Hours | Code |
|---|---|---|---|
| 3/2/20 | Evaluation of securitization structures | 5 | 6 |
| 3/3/20 | Evaluation of securitization structures | 6 | 6 |
| 3/4/20 | Credit metrics analysis | 4 | 6 |
| 3/5/20 | Credit metrics analysis | 3 | 6 |
| 3/6/20 | Financing Analysis | 4 | 6 |
| 3/9/20 | Model review and credit metrics analysis | 5 | 6 |
| 3/10/20 | Model review and credit metrics analysis | 8 | 6 |
| 3/11/20 | Model review and credit metrics analysis | 8 | 6 |
| 3/12/20 | Model review and credit metrics analysis | 8 | 6 |
| 3/13/20 | Evaluation of securitization structures | 3 | 6 |
| 3/16/20 | Evaluation of securitization structures | 6 | 6 |
| 3/17/20 | Evaluation of securitization structures | 5 | 6 |
| 3/18/20 | Model review and credit metrics analysis | 5 | 6 |
| 3/19/20 | Model review and credit metrics analysis | 8 | 6 |
| 3/20/20 | Evaluation of securitization structures | 4 | 6 |
| 3/23/20 | Evaluation of securitization structures | 5 | 6 |
| 3/24/20 | Modeling | 7 | 6 |
| 3/25/20 | Securitization modeling | 3 | 6 |
| 3/26/20 | Financing Analysis | 2 | 6 |
| 3/30/20 | Financing Analysis | 8 | 6 |
| 3/31/20 | Financing Analysis | 5 | 6 |
| **Mar-20** | **Monthly Subtotal** | **112.0** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**March 1, 2020 - March 31, 2020**

| Date | Description of Work | Hours | Code |
|---|---|---|---|
|  | **Dan Katz (Associate)** | | |
| 3/2/20 | Evaluation of securitization structures | 5 | 6 |
| 3/3/20 | Evaluation of securitization structures | 3 | 6 |
| 3/4/20 | Credit metrics analysis | 7 | 6 |
| 3/5/20 | Credit metrics analysis | 8 | 6 |
| 3/6/20 | Financing Analysis | 4 | 6 |
| 3/9/20 | Model review and credit metrics analysis | 4 | 6 |
| 3/10/20 | Model review and credit metrics analysis | 7 | 6 |
| 3/11/20 | Model review and credit metrics analysis | 9 | 6 |
| 3/12/20 | Model review and credit metrics analysis | 5 | 6 |
| 3/13/20 | Evaluation of securitization structures | 2 | 6 |
| 3/16/20 | Evaluation of securitization structures | 7 | 6 |
| 3/17/20 | Evaluation of securitization structures | 4 | 6 |
| 3/18/20 | Model review and credit metrics analysis | 8 | 6 |
| 3/19/20 | Model review and credit metrics analysis | 5 | 6 |
| 3/20/20 | Evaluation of securitization structures | 6 | 6 |
| 3/23/20 | Evaluation of securitization structures | 8 | 6 |
| 3/24/20 | Model Cleanup | 9 | 6 |
| 3/25/20 | POR modeling | 8 | 6 |
| 3/26/20 | POR modeling | 8 | 6 |
| 3/27/20 | POR modeling | 8 | 6 |
| 3/30/20 | POR modeling | 8 | 6 |
| 3/31/20 | POR modeling | 8 | 6 |
| **Mar-20** | **Monthly Subtotal** | **141.0** | |

PG&E Corp.
Lazard Frères & Co. LLC
March 1, 2020 - March 31, 2020

| Date | Description of Work | Hours | Code |
|---|---|---|---|
| | **Nathan Mooney (Associate)** | | |
| 3/1/20 | PCG - Laz Catch Up | 1 | 1 |
| 3/3/20 | Discussion with Canyon Partners | 0.5 | 1 |
| 3/3/20 | Recurring Advisor Call | 0.75 | 1 |
| 3/3/20 | Daily Company & Equity Holder Professionals Call | 0.5 | 1 |
| 3/3/20 | Financial Modeling and Analysis | 7 | 9 |
| 3/4/20 | BCL Call - Laz | 0.5 | 1 |
| 3/4/20 | PCG Catch Up | 0.5 | 1 |
| 3/4/20 | Updated Financials Discussion | 0.5 | 1 |
| 3/4/20 | Financial Modeling and Analysis | 6 | 9 |
| 3/5/20 | Ducera - Securitization Discussion | 1 | 1 |
| 3/5/20 | Recurring Advisor Call | 0.75 | 1 |
| 3/5/20 | Financial Modeling and Analysis | 6 | 9 |
| 3/6/20 | PCG Internal Securitization Discussion | 0.5 | 1 |
| 3/6/20 | Recurring Advisor Call | 0.75 | 1 |
| 3/16/20 | PCG - Modeling Call | 0.5 | 1 |
| 3/17/20 | PGE Professional Fees Discussion | 0.5 | 1 |
| 3/17/20 | Exit Financing Process Discussions | 0.5 | 1 |
| 3/17/20 | Recurring Advisor Call | 0.75 | 1 |
| 3/17/20 | Daily Company & Equity Holder Professionals Call | 0.5 | 1 |
| 3/17/20 | Daily Laz Gameplanning Session | 0.5 | 1 |
| 3/17/20 | Financial Modeling and Analysis | 2 | 9 |
| 3/18/20 | Daily Laz Gameplanning Session | 0.5 | 1 |
| 3/18/20 | Financial Modeling and Analysis | 4 | 9 |
| 3/19/20 | Financial Discussion with Company | 0.5 | 1 |
| 3/19/20 | Recurring Advisor Call | 0.75 | 1 |
| 3/19/20 | Daily Laz Gameplanning Session | 0.5 | 1 |
| 3/19/20 | Financial Modeling and Analysis | 4 | 9 |
| 3/20/20 | Securitization Discussion | 1 | 1 |
| 3/20/20 | PG&E - Lazard / Ducera | 0.5 | 1 |
| 3/20/20 | Weekly Bankruptcy Update / Coordination Call | 0.5 | 1 |
| 3/20/20 | PG&E - GHL Diligence Discussion | 1 | 1 |
| 3/20/20 | Daily Laz Gameplanning Session | 0.5 | 1 |
| 3/20/20 | PCG-TCC: Laz/Alix/PCG/Lincoln | 0.5 | 1 |
| 3/20/20 | Weekly Bankruptcy Update / Coordination Call | 0.5 | 1 |
| 3/20/20 | Daily Company & Equity Holder Professionals Call | 0.5 | 1 |
| 3/20/20 | Financial Modeling and Analysis | 3 | 9 |
| 3/21/20 | Financial Modeling and Analysis | 4 | 9 |
| 3/23/20 | DS Financials Discussion | 0.5 | 1 |
| 3/23/20 | PCG Securitization / Tax Discussion | 1 | 1 |
| 3/23/20 | Daily Laz Gameplanning Session | 0.5 | 1 |
| 3/24/20 | Recurring Advisor Call | 0.75 | 1 |
| 3/24/20 | Daily Company & Equity Holder Professionals Call | 0.5 | 1 |
| 3/24/20 | Daily Laz Gameplanning Session | 0.5 | 1 |
| 3/25/20 | PG&E - Organizational Call | 1 | 1 |
| 3/25/20 | PG&E - Diligence Discussion | 0.5 | 1 |
| 3/25/20 | PCG Tax Call | 0.5 | 1 |
| 3/25/20 | PCG Tax Call | 0.5 | 1 |
| 3/25/20 | Daily Laz Gameplanning Session | 0.5 | 1 |
| 3/25/20 | Financial Modeling and Analysis | 4 | 9 |
| 3/26/20 | PCG Financial Analysis | 0.5 | 1 |
| 3/26/20 | Recurring Advisor Call | 0.75 | 1 |
| 3/26/20 | Daily Laz Gameplanning Session | 0.5 | 1 |
| 3/26/20 | Financial Modeling and Analysis | 6 | 9 |
| 3/27/20 | PG&E Discussion - GS / JPM / DPW / LAZ | 1 | 1 |
| 3/27/20 | Daily Laz Gameplanning Session | 0.5 | 1 |
| 3/27/20 | Daily Company & Equity Holder Professionals Call | 0.5 | 1 |
| 3/27/20 | Weekly Bankruptcy Update / Coordination Call | 0.5 | 1 |
| 3/28/20 | Financial Modeling and Analysis | 5 | 9 |
| 3/29/20 | Financial Modeling and Analysis | 6 | 9 |
| 3/30/20 | Citi / Lazard Model Discussion | 1 | 1 |
| 3/30/20 | PG&E - Investor Education Discussion | 0.5 | 1 |
| 3/30/20 | PGE - Plan Supplement / Implementation Coordination Calls | 1 | 1 |
| 3/30/20 | PGE Securitization Call Monday with Citi | 1 | 1 |
| 3/30/20 | RRA Discussion | 1 | 1 |
| 3/30/20 | PCG Debt Call | 1 | 1 |
| 3/30/20 | Daily Laz Gameplanning Session | 0.5 | 1 |
| 3/31/20 | PCG Securitization Discussion | 0.5 | 1 |
| 3/31/20 | Recurring Advisor Call | 0.75 | 1 |
| 3/31/20 | Daily Company & Equity Holder Professionals Call | 0.5 | 1 |
| 3/31/20 | Daily Laz Gameplanning Session | 0.5 | 1 |
| 3/31/20 | Creation of Materials for POR Supplement | 6 | 3 |
| **Mar-20** | **Monthly Subtotal** | **100.00** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**March 1, 2020 - March 31, 2020**

| | Erik Overman (Associate) | | |
|---|---|---|---|
| **Date** | **Description of Work** | **Hours** | **Code** |
| 3/2/20 | Calls & correspondence re monthly liquidity forecast | 0.5 | 1 |
| 3/6/20 | Internal discussion re monthly liquidity forecast | 1.5 | 1 |
| 3/11/20 | Call with AlixPartners re monthly liquidity forecast | 0.5 | 1 |
| 3/12/20 | Preparation / review of monthly liquidity forecast | 2.5 | 9 |
| 3/13/20 | Call with AlixPartners re monthly liquidity forecast | 0.5 | 1 |
| 3/17/20 | Calls & correspondence re monthly liquidity forecast | 0.5 | 1 |
| 3/18/20 | Call with AlixPartners re monthly liquidity forecast | 0.5 | 1 |
| 3/18/20 | Internal discussion re monthly liquidity forecast | 0.5 | 1 |
| 3/18/20 | Preparation / review of monthly liquidity forecast | 1 | 9 |
| 3/19/20 | Internal discussion re monthly liquidity forecast | 0.5 | 1 |
| 3/20/20 | Preparation / review of monthly liquidity forecast | 2 | 9 |
| 3/23/20 | Preparation / review of monthly liquidity forecast | 1 | 9 |
| 3/23/20 | Calls & correspondence re monthly liquidity forecast | 0.5 | 1 |
| 3/24/20 | Preparation / review of monthly liquidity forecast | 1 | 9 |
| 3/25/20 | Call with AlixPartners re monthly liquidity forecast | 0.5 | 1 |
| 3/25/20 | Review of annual model | 1 | 9 |
| 3/27/20 | Preparation / review of monthly liquidity forecast | 3.5 | 9 |
| 3/27/20 | Internal discussion re monthly liquidity forecast | 0.5 | 1 |
| 3/28/20 | Review of monthly liquidity forecast | 1.5 | 9 |
| 3/29/20 | Preparation / review of monthly liquidity forecast | 3.5 | 9 |
| 3/30/20 | Preparation / review of monthly liquidity forecast | 1.5 | 9 |
| 3/30/20 | Internal discussion re monthly liquidity forecast | 1 | 1 |
| 3/31/20 | Internal discussion re monthly liquidity forecast | 0.5 | 1 |
| 3/31/20 | Preparation / review of monthly liquidity forecast | 1 | 9 |
| **Mar-20** | **Monthly Subtotal** | **27.5** | |

PG&E Corp.
Lazard Frères & Co. LLC
March 1, 2020 - March 31, 2020

| Date | Matthew Strain (Associate) Description of Work | Hours | Code |
|---|---|---|---|
| 3/2/20 | Evaluation of securitization structures | 4 | 6 |
| 3/3/20 | Evaluation of securitization structures | 4 | 6 |
| 3/4/20 | Credit metrics analysis | 7 | 6 |
| 3/5/20 | Credit metrics analysis | 7 | 6 |
| 3/6/20 | Financing Analysis | 6 | 6 |
| 3/9/20 | Model review and credit metrics analysis | 5 | 6 |
| 3/10/20 | Model review and credit metrics analysis | 6 | 6 |
| 3/11/20 | Model review and credit metrics analysis | 9 | 6 |
| 3/12/20 | Model review and credit metrics analysis | 8 | 6 |
| 3/13/20 | Evaluation of securitization structures | 4 | 6 |
| 3/16/20 | Evaluation of securitization structures | 5 | 6 |
| 3/17/20 | Evaluation of securitization structures | 5 | 6 |
| 3/18/20 | Model review and credit metrics analysis | 7 | 6 |
| 3/19/20 | Model review and credit metrics analysis | 8 | 6 |
| 3/20/20 | Evaluation of securitization structures | 5 | 6 |
| 3/23/20 | Evaluation of securitization structures | 6 | 6 |
| 3/24/20 | Model Cleanup | 8 | 6 |
| 3/25/20 | POR modeling | 8 | 6 |
| 3/26/20 | POR modeling | 8 | 6 |
| 3/27/20 | POR modeling | 10 | 6 |
| 3/30/20 | POR modeling | 8 | 6 |
| 3/31/20 | POR modeling | 9 | 6 |
| **Mar-20** | **Monthly Subtotal** | **147.0** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**March 1, 2020 - March 31, 2020**

| Date | Description of Work | Hours | Code |
|---|---|---|---|
|  | Liam Fine (Financial Analyst) | | |
| 3/2/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 2 | 9 |
| 3/3/20 | Board of Directors Call; Discussion of Credit Metrics | 2 | 9 |
| 3/4/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 8 | 9 |
| 3/5/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 3 | 9 |
| 3/6/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 5 | 9 |
| 3/9/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 4 | 9 |
| 3/10/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 8 | 9 |
| 3/11/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 4 | 9 |
| 3/12/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 4 | 9 |
| 3/13/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 3 | 9 |
| 3/14/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 5 | 9 |
| 3/15/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 7 | 9 |
| 3/16/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 2 | 9 |
| 3/17/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 9 | 9 |
| 3/18/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 9 | 9 |
| 3/19/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 9 | 9 |
| 3/20/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 9 | 9 |
| 3/23/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 6 | 9 |
| 3/24/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 5 | 9 |
| 3/25/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 5 | 9 |
| 3/26/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 6 | 9 |
| 3/27/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 4 | 9 |
| 3/30/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 9 | 9 |
| 3/31/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 3 | 9 |
| **Mar-20** | **Monthly Subtotal** | **131.0** | |

PG&E Corp.
Lazard Frères & Co. LLC
March 1, 2020 - March 31, 2020

| Dan Liotta (Financial Analyst) | | | |
|---|---|---|---|
| Date | Description of Work | Hours | Code |
| 3/1/20 | PCG - Laz Catch Up | 1 | 1 |
| 3/3/20 | Discussion with Canyon Partners | 0.5 | 1 |
| 3/3/20 | Recurring Advisor Call | 0.75 | 1 |
| 3/3/20 | Daily Company & Equity Holder Professionals Call | 0.5 | 1 |
| 3/3/20 | Financial Modeling and Analysis | 7 | 9 |
| 3/4/20 | BCL Call - Laz | 0.5 | 1 |
| 3/4/20 | PCG Catch Up | 0.5 | 1 |
| 3/4/20 | Updated Financials Discussion | 0.5 | 1 |
| 3/4/20 | Financial Modeling and Analysis | 4 | 9 |
| 3/5/20 | Ducera - Securitization Discussion | 1 | 1 |
| 3/5/20 | Recurring Advisor Call | 0.75 | 1 |
| 3/5/20 | Financial Modeling and Analysis | 6 | 9 |
| 3/6/20 | PCG Internal Securitization Discussion | 0.5 | 1 |
| 3/6/20 | Recurring Advisor Call | 0.75 | 1 |
| 3/7/20 | PCG - Laz Catch Up | 1 | 1 |
| 3/8/20 | PCG DS Exhibits Update | 0.5 | 1 |
| 3/8/20 | Securitization Overview - PJT / Lazard | 1.5 | 1 |
| 3/8/20 | Financial Modeling and Analysis | 2 | 9 |
| 3/9/20 | PGE Internal Gameplanning | 0.5 | 1 |
| 3/9/20 | Preparation of Securitization Materials | 5 | 6 |
| 3/10/20 | PCG Securitization Deck | 1 | 1 |
| 3/10/20 | PG&E Team Discussion | 0.5 | 1 |
| 3/10/20 | Recurring Advisor Call | 0.75 | 1 |
| 3/10/20 | Daily Company & Equity Holder Professionals Call | 0.5 | 1 |
| 3/10/20 | Preparation of Securitization Materials | 4 | 6 |
| 3/11/20 | PG&E DS Hearing | 2.5 | 1 |
| 3/11/20 | Securitization Structure Discussion | 0.5 | 1 |
| 3/11/20 | Preparation of Securitization Materials | 5 | 6 |
| 3/12/20 | Bank Fees Discussion | 0.5 | 1 |
| 3/12/20 | Securitization Structure Discussion | 0.5 | 1 |
| 3/12/20 | PCG Securitization Discussion - Gugg / Laz | 0.5 | 1 |
| 3/12/20 | Fitch Call | 0.5 | 1 |
| 3/12/20 | Recurring Advisor Call | 0.75 | 1 |
| 3/13/20 | PG&E Discussion | 0.5 | 1 |
| 3/13/20 | PCG Monthly Model Call | 0.5 | 1 |
| 3/13/20 | Daily Company & Equity Holder Professionals Call | 0.5 | 1 |
| 3/13/20 | Equity Financing Fee Analysis | 8 | 8 |
| 3/14/20 | Discussion with Guggenheim | 0.5 | 1 |
| 3/14/20 | PCG - Gugg / Laz / PJT | 1 | 1 |
| 3/14/20 | Call Regarding Securitization and Debt | 0.5 | 1 |
| 3/14/20 | Financings Fee Analysis | 8 | 8 |
| 3/14/20 | Preparation of Securitization Materials | 3 | 6 |
| 3/15/20 | PCG Catch Up - Gugg / Laz / PJT | 1 | 1 |
| 3/15/20 | Laz Internal Catchup | 1 | 1 |
| 3/15/20 | PCG - Catch Up | 0.5 | 1 |
| 3/15/20 | Call with Company | 0.5 | 1 |
| 3/15/20 | Call Securitization | 0.5 | 1 |
| 3/15/20 | Equity Financing Fee Analysis | 7 | 8 |
| 3/15/20 | Equity Financing Fee Analysis | 7 | 8 |
| 3/16/20 | PCG - Modeling Call | 0.5 | 1 |
| 3/17/20 | PGE Professional Fees Discussion | 0.5 | 1 |
| 3/17/20 | Exit Financing Process Discussions | 0.5 | 1 |
| 3/17/20 | Recurring Advisor Call | 0.75 | 1 |
| 3/17/20 | Daily Company & Equity Holder Professionals Call | 0.5 | 1 |
| 3/17/20 | Daily Laz Gameplanning Session | 0.5 | 1 |
| 3/17/20 | Financial Modeling and Analysis | 2 | 9 |
| 3/18/20 | Daily Laz Gameplanning Session | 0.5 | 1 |
| 3/18/20 | Financial Modeling and Analysis | 4 | 9 |
| 3/19/20 | Financial Discussion with Company | 0.5 | 1 |
| 3/19/20 | Recurring Advisor Call | 0.75 | 1 |
| 3/19/20 | Daily Laz Gameplanning Session | 0.5 | 1 |
| 3/19/20 | Financial Modeling and Analysis | 4 | 9 |
| 3/20/20 | Securitization Discussion | 1 | 1 |
| 3/20/20 | PG&E - Lazard / Ducera | 0.5 | 1 |
| 3/20/20 | Weekly Bankruptcy Update / Coordination Call | 0.5 | 1 |
| 3/20/20 | PG&E - GHL Diligence Discussion | 1 | 1 |
| 3/20/20 | Daily Laz Gameplanning Session | 0.5 | 1 |
| 3/20/20 | PCG-TCC: Laz/Alix/PCG/Lincoln | 0.5 | 1 |

PG&E Corp.
Lazard Frères & Co. LLC
March 1, 2020 - March 31, 2020

| Dan Liotta (Financial Analyst) | | | |
|---|---|---|---|
| Date | Description of Work | Hours | Code |
| 3/20/20 | Weekly Bankruptcy Update / Coordination Call | 0.5 | 1 |
| 3/20/20 | Daily Company & Equity Holder Professionals Call | 0.5 | 1 |
| 3/20/20 | Financial Modeling and Analysis | 3 | 9 |
| 3/21/20 | Financial Modeling and Analysis | 4 | 9 |
| 3/23/20 | DS Financials Discussion | 0.5 | 1 |
| 3/23/20 | PCG Securitization / Tax Discussion | 1 | 1 |
| 3/23/20 | Daily Laz Gameplanning Session | 0.5 | 1 |
| 3/24/20 | Recurring Advisor Call | 0.75 | 1 |
| 3/24/20 | Daily Company & Equity Holder Professionals Call | 0.5 | 1 |
| 3/24/20 | Daily Laz Gameplanning Session | 0.5 | 1 |
| 3/25/20 | PG&E - Organizational Call | 1 | 1 |
| 3/25/20 | PG&E - Diligence Discussion | 0.5 | 1 |
| 3/25/20 | PCG Tax Call | 0.5 | 1 |
| 3/25/20 | PCG Tax Call | 0.5 | 1 |
| 3/25/20 | Daily Laz Gameplanning Session | 0.5 | 1 |
| 3/25/20 | Financial Modeling and Analysis | 4 | 9 |
| 3/26/20 | PCG Financial Analysis | 0.5 | 1 |
| 3/26/20 | Recurring Advisor Call | 0.75 | 1 |
| 3/26/20 | Daily Laz Gameplanning Session | 0.5 | 1 |
| 3/26/20 | Financial Modeling and Analysis | 5 | 9 |
| 3/27/20 | PG&E Discussion - GS / JPM / DPW / LAZ | 1 | 1 |
| 3/27/20 | Daily Laz Gameplanning Session | 0.5 | 1 |
| 3/27/20 | Daily Company & Equity Holder Professionals Call | 0.5 | 1 |
| 3/27/20 | Weekly Bankruptcy Update / Coordination Call | 0.5 | 1 |
| 3/28/20 | Financial Modeling and Analysis | 5 | 9 |
| 3/29/20 | Financial Modeling and Analysis | 6 | 9 |
| 3/30/20 | Citi / Lazard Model Discussion | 1 | 1 |
| 3/30/20 | PG&E - Investor Education Discussion | 0.5 | 1 |
| 3/30/20 | PGE - Plan Supplement / Implementation Coordination Calls | 1 | 1 |
| 3/30/20 | PGE Securitization Call Monday with Citi | 1 | 1 |
| 3/30/20 | RRA Discussion | 1 | 1 |
| 3/30/20 | PCG Debt Call | 1 | 1 |
| 3/30/20 | Daily Laz Gameplanning Session | 0.5 | 1 |
| 3/31/20 | PCG Securitization Discussion | 0.5 | 1 |
| 3/31/20 | Recurring Advisor Call | 0.75 | 1 |
| 3/31/20 | Daily Company & Equity Holder Professionals Call | 0.5 | 1 |
| 3/31/20 | Daily Laz Gameplanning Session | 0.5 | 1 |
| 3/31/20 | Creation of Materials for POR Supplement | 12 | 3 |
| **Mar-20** | **Monthly Subtotal** | **171.00** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**March 1, 2020 - March 31, 2020**

| Katherine Tobeason (Analyst) | | | |
|---|---|---|---|
| **Date** | **Description of Work** | **Hours** | **Code** |
| 3/2/20 | Work around post-emergence financing and capital structure | 2 | 8 |
| 3/4/20 | Work around post-emergence financing and capital structure | 2 | 8 |
| 3/5/20 | Work around post-emergence financing and capital structure | 3 | 8 |
| 3/6/20 | Work around post-emergence financing and capital structure | 3 | 8 |
| 3/24/20 | Work around post-emergence financing and capital structure | 2 | 8 |
| **Mar-20** | **Monthly Subtotal** | **12.0** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**March 1, 2020 - March 31, 2020**

| **Scott Belinsky (Financial Analyst)** | | | |
|---|---|---|---|
| **Date** | **Description of Work** | **Hours** | **Code** |
| 3/2/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 3 | 9 |
| 3/3/20 | Board of Directors Call; Discussion of Credit Metrics | 2 | 9 |
| 3/4/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 5 | 9 |
| 3/5/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 6 | 9 |
| 3/6/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 4 | 9 |
| 3/9/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 10 | 9 |
| 3/10/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 9 | 9 |
| 3/11/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 9 | 9 |
| 3/12/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 6 | 9 |
| 3/13/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 6 | 9 |
| 3/14/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 3 | 9 |
| 3/15/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 9 | 9 |
| 3/16/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 4 | 9 |
| 3/17/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 10 | 9 |
| 3/18/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 4 | 9 |
| 3/19/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 4 | 9 |
| 3/20/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 7 | 9 |
| 3/23/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 9 | 9 |
| 3/24/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 6 | 9 |
| 3/25/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 7 | 9 |
| 3/26/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 8 | 9 |
| 3/27/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 9 | 9 |
| 3/30/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 8 | 9 |
| 3/31/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 7 | 9 |
| **Mar-20** | **Monthly Subtotal** | **155.0** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**March 1, 2020 - March 31, 2020**

| Date | Description of Work | Hours | Code |
|---|---|---|---|
| | **William Zhao (Analyst)** | | |
| 3/2/20 | Monthly Cash Flow/Liquidity Model | 2 | 9 |
| 3/4/20 | Monthly Cash Flow/Liquidity Model | 2 | 9 |
| 3/6/20 | Monthly Cash Flow/Liquidity Model | 1 | 9 |
| 3/11/20 | Monthly Cash Flow/Liquidity Model Call with Company Advisors | 0.5 | 1 |
| 3/12/20 | Monthly Cash Flow/Liquidity Model | 2 | 9 |
| 3/13/20 | Monthly Cash Flow/Liquidity Model Call with Company Advisors | 0.5 | 1 |
| 3/18/20 | Monthly Cash Flow/Liquidity Model Call with Company Advisors | 0.5 | 1 |
| 3/18/20 | Monthly Cash Flow/Liquidity Model | 1 | 9 |
| 3/19/20 | Monthly Cash Flow/Liquidity Model Call with Company Advisors | 0.5 | 1 |
| 3/20/20 | Monthly Cash Flow/Liquidity Model | 3 | 9 |
| 3/22/20 | Monthly Cash Flow/Liquidity Model | 5 | 9 |
| 3/23/20 | Monthly Cash Flow/Liquidity Model | 4 | 9 |
| 3/24/20 | Monthly Cash Flow/Liquidity Model | 0.5 | 9 |
| 3/25/20 | Monthly Cash Flow/Liquidity Model Call with Company Advisors | 0.5 | 1 |
| 3/26/20 | Monthly Cash Flow/Liquidity Model | 4 | 9 |
| 3/27/20 | Monthly Cash Flow/Liquidity Model | 1 | 9 |
| 3/28/20 | Monthly Cash Flow/Liquidity Model | 2 | 9 |
| 3/29/20 | Monthly Cash Flow/Liquidity Model | 2 | 9 |
| 3/30/20 | Monthly Cash Flow/Liquidity Model Call with Company Advisors | 0.5 | 1 |
| 3/30/20 | Monthly Cash Flow/Liquidity Model Internal Call | 1 | 1 |
| 3/30/20 | Monthly Cash Flow/Liquidity Model | 3 | 9 |
| 3/31/20 | Monthly Cash Flow/Liquidity Model Internal Call | 0.5 | 1 |
| 3/31/20 | Monthly Cash Flow/Liquidity Model | 4 | 9 |
| **Mar-20** | **Monthly Subtotal** | **41.0** | |