# EXHIBIT E

## DETAIL OF EXPENSES
## FOR THE PERIOD MARCH 1, 2020 THROUGH MARCH 31, 2020

PG&E Corporation
Monthly Fee Statement
Lazard Frères & Co.  LLC

March 1, 2020 - Marh 31, 2020

**Fee Calculation**

| Item | Amount Incurred |
|---|---:|
| Monthly Fee: March 1, 2020 - March 31, 2020 | $300,000.00 [1] |
| **TOTAL** | **$300,000.00** |

**Summary of Out-of-Pocket Expenses** [2]

| Item | Amount Incurred |
|---|---:|
| Car Services and Taxis | $2,465.08 |
| Meals-Meetings/Travel | 2,046.57 |
| Travel | 9,586.51 |
| **TOTAL** | **$14,098.16** |

[1] Lazard's retention was approved pursuant to the terms and conditions set forth in the engagement letter dated January 4, 2019 (the "Engagement Letter"), as limited or modfied by the Retention Order [Dkt. No. 2229].

[2] Additional expense detail will be furnished upon request.

**DEAL ACTIVITY - Open item balance**
**ALL EXPENSES**
**NYC06350-PG&E**
**Currency: USD - US Dollar**
**Execution Date: 05/26/2020**

| Account Description | Posting Date | Employee Name | Description | Amount |
|---|---|---|---|---|
| **OPENING BALANCE** | 12/31/1899 | | | - |
| Car Services - After Hours | 4/1/2020 | Nathan Mooney | Car to work Sunday 03/01/2020 Time: 14:11 / AMEX | 28.39 |
| Car Services - After Hours | 4/1/2020 | Nathan Mooney | Car to home Sunday 03/02/2020 Time: 17:43 / AMEX | 11.99 |
| Car Services - After Hours | 4/1/2020 | Nathan Mooney | Car to home Saturday 03/01/2020 Time: 20:11 / AMEX | 24.78 |
| **Car Services - After Hours Total** | | | | **65.16** |
| Car Services - Business Travel | 4/1/2020 | Nathan Mooney | Car from hotel to SFO 02/14/2020 / AMEX | 84.56 |
| Car Services - Business Travel | 4/1/2020 | Nathan Mooney | Car from JFK to home 02/14/2020 / AMEX | 98.83 |
| Car Services - Business Travel | 4/8/2020 | Eli Silverman | Hotel/courthouse/SanFran 02/27/2020 / AMEX | 35.30 |
| Car Services - Business Travel | 4/8/2020 | Eli Silverman | Courthouse/hotel/San Fran 02/27/2020 / AMEX | 37.57 |
| Car Services - Business Travel | 4/8/2020 | Eli Silverman | Lazard/S&P meeting - downtown 03/05/2020 / AMEX | 72.42 |
| Car Services - Business Travel | 4/8/2020 | Eli Silverman | SFO airport/hotel - San Fran 02/26/2020 / AMEX | 82.45 |
| Car Services - Business Travel | 4/8/2020 | Eli Silverman | SFO airport/PG&E - SanFran 03/05/2020 / AMEX | 79.66 |
| Car Services - Business Travel | 4/8/2020 | Eli Silverman | Home/LAX airport 02/23/2020 / AMEX | 55.49 |
| Car Services - Business Travel | 4/8/2020 | Eli Silverman | LAX airport/home 02/28/2020 / AMEX | 84.33 |
| Car Services - Business Travel | 4/8/2020 | Eli Silverman | Courthouse/PG&E - San Fran 02/27/2020 / AMEX | 25.75 |
| Car Services - Business Travel | 4/8/2020 | Eli Silverman | NYC hotel/Newark airport 03/06/2020 / AMEX | 135.59 |
| Car Services - Business Travel | 4/8/2020 | Eli Silverman | Hotel/Courthouse - San Fran 02/28/2020 / AMEX | 21.33 |
| Car Services - Business Travel | 4/8/2020 | Eli Silverman | Client meeting/Lazard-NY 03/04/2020 / AMEX | 90.05 |
| Car Services - Business Travel | 4/8/2020 | Eli Silverman | LAX airport/home - Los Angeles 02/21/2020 / AMEX | 73.84 |
| Car Services - Business Travel | 4/8/2020 | Eli Silverman | Lazard/LAX airport 03/02/2020 / AMEX | 84.29 |
| Car Services - Business Travel | 4/8/2020 | Eli Silverman | Hotel/PG&E - San Francisco 02/28/2020 / AMEX | 19.92 |
| Car Services - Business Travel | 4/8/2020 | Eli Silverman | S&P mtg/Lazard - midtown 03/05/2020 / AMEX | 74.63 |
| Car Services - Business Travel | 4/8/2020 | Eli Silverman | Courthouse/hotel/San Fran 02/28/2020 / AMEX | 37.07 |
| Car Services - Business Travel | 4/8/2020 | Eli Silverman | Hotel/SFO airport 02/28/2020 / AMEX | 78.41 |
| Car Services - Business Travel | 4/8/2020 | Eli Silverman | PG&E/hotel - San Francisco 02/19/2020 / AMEX | 30.48 |
| Car Services - Business Travel | 4/8/2020 | Eli Silverman | PG&E/hotel - San Francisco 02/18/2020 / AMEX | 25.75 |
| Car Services - Business Travel | 4/8/2020 | Eli Silverman | Hotel/PG&E - San Francisco 02/20/2020 / AMEX | 25.75 |
| Car Services - Business Travel | 4/8/2020 | Eli Silverman | Hotel/PG&E/San Francisco 02/19/2020 / AMEX | 25.75 |
| Car Services - Business Travel | 4/8/2020 | Eli Silverman | Courthouse/hotel/San Francisco 03/10/2020 / AMEX | 21.30 |

**DEAL ACTIVITY - Open item balance**
**ALL EXPENSES**
**NYC06350-PG&E**
**Currency: USD - US Dollar**
**Execution Date: 05/26/2020**

| Account Description | Posting Date | Employee Name | Description | Amount |
|---|---|---|---|---|
| Car Services - Business Travel | 4/8/2020 | Eli Silverman | PG&E/hotel - San Francisco 03/11/2020 / AMEX | 19.89 |
| Car Services - Business Travel | 4/8/2020 | Eli Silverman | Hotel/PG&E - San Francisco 02/18/2020 / AMEX | 29.29 |
| Car Services - Business Travel | 4/8/2020 | Eli Silverman | Hotel/PG&E/San Francisco 02/17/2020 / AMEX | 10.00 |
| Car Services - Business Travel | 4/8/2020 | Eli Silverman | SFO airport/hotel - San Fran 02/16/2020 / AMEX | 85.38 |
| Car Services - Business Travel | 4/8/2020 | Eli Silverman | PG&E/hotel - San Francisco 03/09/2020 / AMEX | 15.75 |
| Car Services - Business Travel | 4/8/2020 | Eli Silverman | Home-Los Angeles/LAX airport 02/16/2020 / AMEX | 56.95 |
| Car Services - Business Travel | 4/8/2020 | Eli Silverman | Hotel/PG&E - San Francisco 02/21/2020 / AMEX | 27.21 |
| Car Services - Business Travel | 4/8/2020 | Eli Silverman | PG&E/SFO Airport 02/21/2020 / AMEX | 96.31 |
| Car Services - Business Travel | 4/8/2020 | Eli Silverman | PG&E/hotel - San Francisco 02/21/2020 / AMEX | 10.90 |
| Car Services - Business Travel | 4/8/2020 | Eli Silverman | PGE/SFO airport 03/11/2020 / AMEX | 76.16 |
| Car Services - Business Travel | 4/8/2020 | Eli Silverman | Home/LAX airport 03/11/2020 / AMEX | 72.31 |
| Car Services - Business Travel | 4/8/2020 | Eli Silverman | LAX airport/home - Los Angeles 02/14/2020 / AMEX | 66.53 |
| Car Services - Business Travel | 4/8/2020 | Eli Silverman | Hotel/SFO airport - San Fran 02/14/2020 / AMEX | 91.02 |
| Car Services - Business Travel | 4/8/2020 | Eli Silverman | PG&E/hotel - San Francisco 02/13/2020 / AMEX | 22.77 |
| Car Services - Business Travel | 4/8/2020 | Eli Silverman | PG&E/hotel - San Francisco 02/20/2020 / AMEX | 37.12 |
| Car Services - Business Travel | 4/8/2020 | Eli Silverman | Hotel/courthouse - SanFranciso 03/10/2020 / AMEX | 19.03 |
| Car Services - Business Travel | 4/8/2020 | Eli Silverman | Hotel/PG&E office - San Fran 02/14/2020 / AMEX | 17.85 |
| Car Services - Business Travel | 4/8/2020 | Eli Silverman | Hotel/PG&E - San Francisco 03/09/2020 / AMEX | 16.81 |
| Car Services - Business Travel | 4/8/2020 | Eli Silverman | SFO airport/hotel/San Fran 03/08/2020 / AMEX | 75.87 |
| Car Services - Business Travel | 4/8/2020 | Eli Silverman | Home/LAX airport - LosAngeles 03/08/2020 / AMEX | 74.71 |
| Car Services - Business Travel | 4/8/2020 | Eli Silverman | Home/Los Angeles airport 03/06/2020 / AMEX | 77.55 |
| **Car Services - Business Travel Total** | | | | **2,399.92** |
| Travel - Hotels | 4/8/2020 | Eli Silverman | St.Regis/SanFran - 4nts @ $600 02/09/2020 / AMEX | 2,400.00 |
| Travel - Hotels | 4/8/2020 | Eli Silverman | Chatwal/NY 4nts $556.69 03/06/2020 / AMEX | 1,000.00 |
| Travel - Hotels | 4/8/2020 | Eli Silverman | St.Regis/SanFran - 1nt @ $600 02/16/2020 / AMEX | 581.84 |
| Travel - Hotels | 4/8/2020 | Eli Silverman | St. Regis/San Fran 1nt @ $600 02/20/2020 / AMEX | 494.55 |
| Travel - Hotels | 4/8/2020 | Eli Silverman | St. Regis/SanFran - 1nt @ $600 02/13/2020 / AMEX | 524.29 |
| Travel - Hotels | 4/8/2020 | Eli Silverman | Ritz/San Fran 2nts $600 03/09/2020 / AMEX | 1,185.92 |
| Travel - Hotels | 4/8/2020 | Eli Silverman | Maxwell/NY - 2nts @ $225 02/28/2020 / AMEX | 440.00 |

**DEAL ACTIVITY - Open item balance**
**ALL EXPENSES**
**NYC06350-PG&E**
**Currency: USD - US Dollar**
**Execution Date: 05/26/2020**

| Account Description | Posting Date | Employee Name | Description | Amount |
|---|---|---|---|---|
| Travel - Hotels | 4/8/2020 | Eli Silverman | St. Regis/San Fran 3nts @ $600 02/17/2020 / AMEX | 1,800.00 |
| Travel - Hotels | 4/8/2020 | Eli Silverman | Maxwell/NY - 4nt @ $250 02/16/2020 / AMEX | 993.98 |
| **Travel - Hotels Total** | | | | **9,420.58** |
| Travel - WiFi/Data fees - airlines/hotels | 4/8/2020 | Eli Silverman | United wifi - ORD/LAX 03/09/2020 / AMEX | 9.99 |
| Travel - WiFi/Data fees - airlines/hotels | 4/8/2020 | Eli Silverman | United club lounge wifi pass 02/15/2020 / AMEX | 59.00 |
| Travel - WiFi/Data fees - airlines/hotels | 4/8/2020 | Eli Silverman | United wifi access on airplane 03/12/2020 / AMEX | 10.99 |
| Travel - WiFi/Data fees - airlines/hotels | 4/8/2020 | Eli Silverman | United WiFi - EWR/LAX - IPad 03/06/2020 / AMEX | 24.99 |
| Travel - WiFi/Data fees - airlines/hotels | 4/8/2020 | Eli Silverman | United WiFi - EWR/LAX - cell 03/06/2020 / AMEX | 24.99 |
| Travel - WiFi/Data fees - airlines/hotels | 4/8/2020 | Eli Silverman | WiFi access on airplane 02/27/2020 / AMEX | 14.99 |
| Travel - WiFi/Data fees - airlines/hotels | 4/8/2020 | Eli Silverman | United WiFi - SFO/LAX 02/29/2020 / AMEX | 10.99 |
| Travel - WiFi/Data fees - airlines/hotels | 4/8/2020 | Eli Silverman | United wifi - SFO/LAX 02/15/2020 / AMEX | 9.99 |
| **Travel - WiFi/Data fees - airlines/hotels Total** | | | | **165.93** |
| Employee Meals - Travel/Other | 4/1/2020 | Nathan Mooney | Bfast SF 1p 02/13/2020 / AMEX | 47.97 |
| Employee Meals - Travel/Other | 4/1/2020 | Nathan Mooney | Travel breakfast 1p SF 02/14/2020 / AMEX | 16.33 |
| Employee Meals - Travel/Other | 4/8/2020 | Eli Silverman | Dinner/Sweetgreens/NY - 1p 03/05/2020 / AMEX | 27.71 |
| Employee Meals - Travel/Other | 4/8/2020 | Eli Silverman | Breakfast/Times Deli/NY - 1p 03/05/2020 / AMEX | 14.75 |
| Employee Meals - Travel/Other | 4/8/2020 | Eli Silverman | Dinner/Chopt/NY - 1p 03/03/2020 / AMEX | 28.04 |
| Employee Meals - Travel/Other | 4/8/2020 | Eli Silverman | Dinner/Times Deli/NY - 1p 03/06/2020 / AMEX | 21.69 |
| Employee Meals - Travel/Other | 4/8/2020 | Eli Silverman | Dinner/The Farm/NY 03/12/2020 / AMEX | 63.14 |
| Employee Meals - Travel/Other | 4/8/2020 | Eli Silverman | Lunch/SFO airport - 1p 03/11/2020 / AMEX | 17.77 |

**DEAL ACTIVITY - Open item balance**
**ALL EXPENSES**
**NYC06350-PG&E**
**Currency: USD - US Dollar**
**Execution Date: 05/26/2020**

| Account Description | Posting Date | Employee Name | Description | Amount |
|---|---|---|---|---|
| Employee Meals - Travel/Other | 4/8/2020 | Eli Silverman | Breakfast/Hudson/San Fran 1p 03/08/2020 / AMEX | 22.75 |
| Employee Meals - Travel/Other | 4/8/2020 | Eli Silverman | Lunch/hotel/San Fran - 1p 03/11/2020 / AMEX | 33.21 |
| Employee Meals - Travel/Other | 4/8/2020 | Eli Silverman | Breakfast/hotel/San Fran - 1p 03/11/2020 / AMEX | 21.75 |
| Employee Meals - Travel/Other | 4/8/2020 | Eli Silverman | Dinner/hotel/SanFran - 1p 03/08/2020 / AMEX | 75.00 |
| Employee Meals - Travel/Other | 4/8/2020 | Eli Silverman | Dinner/hotel/San Fran - 1p 03/10/2020 / AMEX | 75.00 |
| Employee Meals - Travel/Other | 4/8/2020 | Eli Silverman | Lunch/hotel/San Fran - 1p 03/10/2020 / AMEX | 25.69 |
| Employee Meals - Travel/Other | 4/8/2020 | Eli Silverman | Breakfast/hotel/San Fran - 1p 03/10/2020 / AMEX | 21.75 |
| Employee Meals - Travel/Other | 4/8/2020 | Eli Silverman | Dinner/hotel/San Fran - 1p 03/09/2020 / AMEX | 75.00 |
| Employee Meals - Travel/Other | 4/8/2020 | Eli Silverman | Breakfast/SprigCafe/SanFran 1p 03/11/2020 / AMEX | 13.42 |
| Employee Meals - Travel/Other | 4/8/2020 | Eli Silverman | Lunch/hotel/San Fran - 1p 03/09/2020 / AMEX | 41.45 |
| Employee Meals - Travel/Other | 4/8/2020 | Eli Silverman | Breakfast/hotel/San Fran - 1p 03/09/2020 / AMEX | 21.75 |
| Employee Meals - Travel/Other | 4/8/2020 | Eli Silverman | Lunch/Bristol Farm/SanFran -1p 02/29/2020 / AMEX | 20.51 |
| Employee Meals - Travel/Other | 4/8/2020 | Eli Silverman | Lunch/hotel/SanFran - 1p 02/10/2020 / AMEX | 45.00 |
| Employee Meals - Travel/Other | 4/8/2020 | Eli Silverman | dinner/hotel/SanFran - 1p 02/10/2020 / AMEX | 69.58 |
| Employee Meals - Travel/Other | 4/8/2020 | Eli Silverman | Bkfst/hotel/SanFran - 1p 02/10/2020 / AMEX | 26.26 |
| Employee Meals - Travel/Other | 4/8/2020 | Eli Silverman | Lunch/hotel/SanFran - 1p 02/11/2020 / AMEX | 43.32 |
| Employee Meals - Travel/Other | 4/8/2020 | Eli Silverman | Bkfst/hotel/SanFran - 1p 02/12/2020 / AMEX | 26.26 |
| Employee Meals - Travel/Other | 4/8/2020 | Eli Silverman | Lunch/hotel/SanFran - 1p 02/12/2020 / AMEX | 44.64 |
| Employee Meals - Travel/Other | 4/8/2020 | Eli Silverman | Bkfst/hotel/SanFran - 1p 02/12/2020 / AMEX | 26.26 |
| Employee Meals - Travel/Other | 4/8/2020 | Eli Silverman | Bkfst/hotel/SanFran - 1p 02/13/2020 / AMEX | 49.89 |
| Employee Meals - Travel/Other | 4/8/2020 | Eli Silverman | Lunch/Sprig Cafe/SanFran - 1p 02/14/2020 / AMEX | 15.43 |
| Employee Meals - Travel/Other | 4/8/2020 | Eli Silverman | Lunch/Wallgreens/SanFran 1p 02/13/2020 / AMEX | 29.70 |
| Employee Meals - Travel/Other | 4/8/2020 | Eli Silverman | Dinner/hotel/SanFran - 1p 02/13/2020 / AMEX | 69.58 |
| Employee Meals - Travel/Other | 4/8/2020 | Eli Silverman | Lunch/hotel/SanFran - 1p 02/13/2020 / AMEX | 26.26 |
| Employee Meals - Travel/Other | 4/8/2020 | Eli Silverman | Bkfst/hotel/SanFran - 1p 02/14/2020 / AMEX | 43.32 |
| Employee Meals - Travel/Other | 4/8/2020 | Eli Silverman | Dinner/BunMee/San Fran - 1p 02/14/2020 / AMEX | 32.25 |
| Employee Meals - Travel/Other | 4/8/2020 | Eli Silverman | Lunch/Gelson's/LAX airport- 1p 02/16/2020 / AMEX | 14.61 |
| Employee Meals - Travel/Other | 4/8/2020 | Eli Silverman | Breakfast/St. Regis/SanFran 1p 02/16/2020 / AMEX | 26.26 |
| Employee Meals - Travel/Other | 4/8/2020 | Eli Silverman | Dinner/St. Regis/SanFran - 1p 02/16/2020 / AMEX | 75.00 |

**DEAL ACTIVITY - Open item balance**
**ALL EXPENSES**
**NYC06350-PG&E**
**Currency: USD - US Dollar**
**Execution Date: 05/26/2020**

| Account Description | Posting Date | Employee Name | Description | Amount |
|---|---|---|---|---|
| Employee Meals - Travel/Other | 4/8/2020 | Eli Silverman | Lunch/Sprig Cafe/San Fran - 1p 02/18/2020 / AMEX | 15.51 |
| Employee Meals - Travel/Other | 4/8/2020 | Eli Silverman | Breakfast/SprigCafe/SanFran 1p 02/20/2020 / AMEX | 17.52 |
| Employee Meals - Travel/Other | 4/8/2020 | Eli Silverman | Breakfast/hotel/San Fran 1p 02/28/2020 / AMEX | 30.00 |
| Employee Meals - Travel/Other | 4/8/2020 | Eli Silverman | Lunch/hotel/San Fran 1p 02/27/2020 / AMEX | 26.26 |
| Employee Meals - Travel/Other | 4/8/2020 | Eli Silverman | Dinner/hotel/San Fran 1p 02/27/2020 / AMEX | 69.58 |
| Employee Meals - Travel/Other | 4/8/2020 | Eli Silverman | Breakfast/hotel/San Fran 1p 02/27/2020 / AMEX | 26.26 |
| Employee Meals - Travel/Other | 4/8/2020 | Eli Silverman | Breakfast/hotel/San Fran 1p 02/26/2020 / AMEX | 26.26 |
| Employee Meals - Travel/Other | 4/8/2020 | Eli Silverman | Dinner/Surf/EWR Airport - 1p 02/26/2020 / AMEX | 19.73 |
| Employee Meals - Travel/Other | 4/8/2020 | Eli Silverman | Breakfast/Walgreens/SanFran 1p 02/21/2020 / AMEX | 17.25 |
| Employee Meals - Travel/Other | 4/8/2020 | Eli Silverman | Lunch/hotel/SanFran - 1p 02/21/2020 / AMEX | 45.00 |
| Employee Meals - Travel/Other | 4/8/2020 | Eli Silverman | Breafast/hotel/SanFran - 1p 02/20/2020 / AMEX | 26.26 |
| Employee Meals - Travel/Other | 4/8/2020 | Eli Silverman | Breakfast/hotel/San Fran - 1p 02/19/2020 / AMEX | 26.26 |
| Employee Meals - Travel/Other | 4/8/2020 | Eli Silverman | Dinner/hotel/San Fran - 1p 02/19/2020 / AMEX | 69.58 |
| Employee Meals - Travel/Other | 4/8/2020 | Eli Silverman | Lunch/hotel/San Fran - 1p 02/19/2020 / AMEX | 35.45 |
| Employee Meals - Travel/Other | 4/8/2020 | Eli Silverman | Breakfast/hotel/San Fran - 1p 02/18/2020 / AMEX | 26.26 |
| Employee Meals - Travel/Other | 4/8/2020 | Eli Silverman | Dinner/hotel/San Fran - 1p 02/18/2020 / AMEX | 75.00 |
| Employee Meals - Travel/Other | 4/8/2020 | Eli Silverman | Breakfast/hotel/San Fran - 1p 02/17/2020 / AMEX | 26.26 |
| Employee Meals - Travel/Other | 4/8/2020 | Eli Silverman | Dinner/hotel/San Fran - 1p 02/17/2020 / AMEX | 74.83 |
| Employee Meals - Travel/Other | 4/8/2020 | Eli Silverman | Lunch/hotel/San Fran - 1p 02/17/2020 / AMEX | 45.00 |
| **Employee Meals - Travel/Other Total** | | | | **2,046.57** |
| **CLOSING BALANCE as of 05/26/2020** | | | | **14,098.16** |