# Exhibit C

**AP SERVICES, LLC**
**Summary of Expenses - Pacific Gas and Electric Company, et al.**
**For the Period April 1, 2020 through April 30, 2020**

| EXPENSE CATEGORY | | AMOUNT |
|---|---|---:|
| Airfare | $ | 1,004.08 |
| Lodging | | 10,140.01 |
| Meals | | 1,887.53 |
| Ground Transportation | | 940.46 |
| Other | | 7,412.15 |
| **TOTAL EXPENSES** | $ | **21,384.23** |