**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
 (stephen.karotkin@weil.com)
Jessica Liou (*pro hac vice*)
 (jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
 (matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: (212) 310 8000
Fax: (212) 310 8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (SBN 151445)
 (tkeller@kbkllp.com)
Jane Kim (SBN 298192)
 (jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors and Debtors in Possession*

**JONES DAY**
Bruce S. Bennett (SBN 105430)
 (bbennett@jonesday.com)
Joshua M. Mester (SBN 194783)
 (jmester@jonesday.com)
James O. Johnston (SBN 167330)
 (jjohnston@jonesday.com)
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071-2300
Tel: (213) 489-3939
Fax: (213) 243-2539

*Attorneys for Shareholder Proponents*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**DEBTORS' AND SHAREHOLDER PROPONENTS' SUBMISSION OF ARGUMENT DEMONSTRATIVE REGARDING CLASS 10A-II** |

PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession in the above-captioned chapter 11 cases, and certain funds and accounts managed or advised by Abrams Capital Management, LP, and certain funds and accounts managed or advised by Knighthead Capital Management, LLC each as Plan Proponents submit the demonstrative document discussed at the hearing held on June 3, 2020, attached hereto as Exhibit A.

Dated: June 3, 2020

WEIL, GOTSHAL & MANGES LLP
KELLER BENVENUTTI KIM LLP

By: */s/ Stephen Karotkin*
    Stephen Karotkin

*Attorneys for the Debtors and Debtors in Possession*

JONES DAY

By: */s/ James O. Johnston*
    James O. Johnston

*Attorneys for Shareholder Proponents*

# EXHIBIT A

# PG&E Market Capitalization





# Treatment of Hypothetical Claimant





*Claimant*

- Buys 100,000,000 shares on October 12, 2017, at $69.29 per share (opening price for the day), for a total purchase price of $6,929,000,000.

- Sells all 100,000,000 shares on October 13, 2017, at $57.72 per share (closing price for the day), for a total sale price of $5,772,000,000.

- Assuming fraud claims are proven, damages are $1,157,000,000 – roughly 3.22% of PG&E's market capitalization at the time of investment.

<u>The Plan</u>: Claimant receives ≅ 3.22% of the number of common shares outstanding on the Petition Date.

<u>PERA Methodology</u>: Claimant receives ≅ 18.31% of outstanding common shares ***despite having lost only ≅ 3.22% of market capitalization as of the time of investment***.