# Exhibit A

# De Minimis CPUC Settlements

| Debtor Representative to the Settlement | CPUC Complaint No. | Agreement Date | Settlement Terms Summary |
|---|---|---|---|
| Pacific Gas and Electric Company | 18-11-012 | March 20, 2020 | The Utility will bear the costs of labor, materials, and permitting to perform a limited scope of work at a mobile home park to be completed by December 2020. |
| Pacific Gas and Electric Company | 19-01-008 | December 5, 2019 | The Utility agrees to an allowed de minimis claim to resolve a dispute related to the relocation of a gas meter and the termination of gas service. |
| Pacific Gas and Electric Company | 19-02-040 | January 25, 2020 | The Utility agrees to an allowed de minimis claim to resolve a dispute related to electric meter charges between March 2014 and April 2018. |
| Pacific Gas and Electric Company | 19-06-011 | December 20, 2019 | The Utility will bear certain costs associated with the relocation of a regulator adjacent to the Claimant's property by August 2020. |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119