CHRISTOPHER W. WOOD, SBN 193955
LARRY Q. PHAN, SBN 284561
**DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**
20 Bicentennial Circle
Sacramento, CA 95826
Telephone: (916) 379-3500
Facsimile: (916) 379-3599

ESTELA O. PINO, SBN 112975
**PINO & ASSOCIATES**
1520 Eureka Rd., Suite 101,
Roseville, CA 95661
Telephone: (916) 641-2288
Facsimile: (916) 244-0989

Attorneys for the Creditor, Ravin Skondin.

THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>-and-<br><br>In re:<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the lead case, No. 19-30088(DM)* | Case Nos. 19-30088 (DM)<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY TO PERMIT THE COURTS OF THE STATE OF CALIFORNIA TO CONDUCT A JURY TRIAL AND RELATED PRETRIAL AND POST TRIAL MATTERS IN CONNECTION WITH CREDITOR, RAVIN SKONDIN'S COMPLAINT FOR DAMAGES, OR IN ALTERNATIVE, FOR ABSTENTION**<br><br>DATE: June 24, 2020<br>TIME: 10:00 a.m.<br>PLACE: Courtroom 17<br>450 Golden Gate Avenue,<br>16th Fl.<br>San Francisco, California<br><br>JUDGE: Hon. Dennis Montali<br><br>OBJECTION DEADLINE: **June 19, 2020 (4:00 P.M. Prevailing Pacific Time)** |

TO: DEBTORS; THE UNITED STATES TRUSTEE; CREDITORS; OTHER PARTIES IN INTEREST; AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on January 29, 2019 (the "Petition Date"), PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), each filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court, in and for the Northern District of California (San Francisco Division) (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that the Bankruptcy Court will hold a hearing on June 24, 2020, at 10:00 A.M.(Prevailing Pacific Time) (the "Omnibus Hearing") before Honorable Dennis Montali, United States Bankruptcy Judge, who usually presides in Courtroom 17, 16th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

PLEASE TAKE FURTHER NOTICE that pursuant to the Bankruptcy Court's Third Amended General Order No. 38, IN RE: COVID-19 Public Health Emergency, dated May 28, 2020, all hearings through September 30, 2020, will be conducted telephonically or by video conference. Accordingly, parties are advised to consult the Bankruptcy Court's website at http://www.canb.uscourts.gov/judge/montali/calendar, prior to the June 24, 2020 Omnibus Hearing for information regarding the conduct of the June 24, 2020 Omnibus Hearing, including instructions for telephonic or video conference appearances.

PLEASE TAKE FURTHER NOTICE that, in addition to any other matters to be heard during the Omnibus Hearing, the Bankruptcy Court is scheduled to hear the Motion for Relief from Stay to Permit the Courts of the State of California to Conduct a Jury Trial and Related Pretrial and Post Trial Matters in Connection with Creditor, Ravin Skondin's Complaint for Damages, or in Alternative, for Abstention (the "Motion") filed by Creditor, Ravin Skondin ("Ms. Skondin").

PLEASE TAKE FURTHER NOTICE that the Motion is brought pursuant to 11 U.S.C. Section 362(d)(1), for cause, or in the alternative for abstention pursuant to 28 U.S.C. Section 1334(c)(1). The Motion is based on this Notice, the Motion, the Declaration of Christopher W. Wood, including the exhibits attached thereto, and the Memorandum of Points and Authorities in

Support of the Motion, and upon all other pleadings and papers on file herein and such oral and documentary evidence as may be presented during the hearing on the Motion.

**PLEASE TAKE FURTHER NOTICE** that any opposition or response to the Motion must be in writing, filed with the Bankruptcy Court, and served on counsel for Ms. Skondin at the above-referenced addresses so as to be received by no later than **4:00 P.M.(Prevailing Pacific Time) on June 19, 2020.** Any opposition or response must be filed and served on all "Standard Parties" as defined in the Second Amended Order Implementing Certain Notice and Case Management Procedures, entered by the Bankruptcy Court on May 14, 2019, (Dkt. No. 1996) (the "Case Management Order"). **Any relief requested in the Motion may be granted without a hearing if no opposition is filed and served in accordance with the Case Management Order.**

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion and the supporting papers can be viewed and/or obtained (I) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Ave., San Francisco, CA 94102, or (iii) from the Debtor's notice and claims agent, Prime Clerk, LLC at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S. based parties or +1(929) 333-8977 for international parties or by email at pginfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: June 3, 2020

Respectfully submitted,

**DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**

By: _____
Christopher W. Wood, Attorneys for Ravin Skondin.

**PINO & ASSOCIATES**

By: _____
Estela O. Pino, Attorneys for Ravin Skondin.