UNITED STATES BANKRUPTCY COURT
Northern District of California

In re: PG&E Corporation,
and
Pacific Gas and Electric Company
Debtor(s)        (Affects Both Debtors)

Bankruptcy No.: 19-30088(DM)
R.S. No.:
Hearing Date: June 24, 2020
Time: 10:00 A.M.

## Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: January 29, 2019          Chapter: 11
    Prior hearings on this obligation: None        Last Day to File §523/§727 Complaints:    §523: Not Applicable; and
                                                                                             §727: Not Applicable

(B) Description of personal property collateral (e.g. 1983 Ford Taurus):   NOT APPLICABLE

    Secured Creditor [ ] or lessor [ ]
    Fair market value:   $_____          Source of value: _____
    Contract Balance:    $_____          Pre-Petition Default:  $_____
    Monthly Payment:     $_____              No. of months: _____
    Insurance Advance:   $_____          Post-Petition Default: $_____
                                                  No. of months: _____

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA):   NOT APPLICABLE

    Fair market value: $_____       Source of value: _____       If appraisal, date: _____

    Moving Party's position (first trust deed, second, abstract, etc.):

    Approx. Bal.         $_____          Pre-Petition Default:  $_____
    As of (date): _____                      No. of months: _____
    Mo. payment:         $_____          Post-Petition Default: $_____
    Notice of Default (date): _____          No. of months: _____
    Notice of Trustee's Sale: _____      Advances Senior Liens: $_____

    Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | Amount | Mo. Payment | Defaults |
|---|---|---|---|
| 1st Trust Deed: _____ | $_____ | $_____ | $_____ |
| 2nd Trust Deed: _____ | $_____ | $_____ | $_____ |
| _____ : | | | |
| _____ : | | | |
| _____ : | | | |
| (Total) | $_____ | $_____ | $_____ |

(D) Other pertinent information:
    The Motion for Relief from Stay requests that the Court terminate the automatic stay to permit creditor, Ravin Skondin to prosecute her Complaint for Damages against the Debtors filed with the Superior Court of the State of California, in and for the County of San Francisco, on October 25, 2018. In the alternative, Ms. Skondin respectfully requests the Court to abstain from deciding the validity and amount of her claims against the Debtors, in favor of the Courts of the State of California.

Dated: June 3, 2020

Signature
Estela O. Pino
Print or Type Name

Attorney for Creditor, Ravin Skondin