

**Signed and Filed: June 3, 2020**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

1  WEIL, GOTSHAL & MANGES LLP
   Stephen Karotkin (*pro hac vice*)
2  (stephen.karotkin@weil.com)
   Theodore Tsekerides (*pro hac vice*)
3  (theodore.tsekerides@weil.com)
   Jessica Liou (*pro hac vice*)
4  (jessica.liou@weil.com)
   Matthew Goren (*pro hac vice*)
5  (matthew.goren@weil.com)
   767 Fifth Avenue
6  New York, NY 10153-0119
   Tel: 212 310 8000
7  Fax: 212 310 8007

8  KELLER BENVENUTTI KIM LLP
   Tobias S. Keller (#151445)
9  (tkeller@kbkllp.com)
   Peter J. Benvenutti (#60566)
10 (pbenvenutti@kbkllp.com)
   Jane Kim (#298192)
11 (jkim@kbkllp.com)
   650 California Street, Suite 1900
12 San Francisco, CA 94108
   Tel: 415 496 6723
13 Fax: 650 636 9251

14 *Attorneys for Debtors and Debtors in*
   *Possession*

15

16            **UNITED STATES BANKRUPTCY COURT**
              **NORTHERN DISTRICT OF CALIFORNIA**
17                 **SAN FRANCISCO DIVISION**

18 In re:                                   Case No. 19-30088 (DM)
                                            Chapter 11
19 **PG&E CORPORATION,**                    (Lead Case)
                                            (Jointly Administered)
20        **- and -**

21 **PACIFIC GAS AND ELECTRIC COMPANY,**    **ORDER APPROVING**
                                            **STIPULATION ENLARGING**
                                            **TIME FOR LISA WAHNON AND**
                         **Debtors.**       **B.C.W. (MINOR) TO FILE**
22                                          **PROOFS OF CLAIM**

23 ☐ Affects PG&E Corporation
   ☐ Affects Pacific Gas and Electric Company
24 ☑ Affects both Debtors

25 * *All papers shall be filed in the Lead Case,*
   *No. 19-30088 (DM).*

26

27

28

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

The Court having considered the *Stipulation Enlarging Time for Lisa Wahnon and B.C.W. (Minor) to File Proofs of Claim*, dated June 3, 2020 [Dkt. No. 7754] (the "**Stipulation**"),[1] entered into by PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned cases (the "**Chapter 11 Cases**"), on the one hand, and Lisa Wahnon and B.C.W. (minor) (collectively, the "**Movants**"), on the other hand; and pursuant to such Stipulation and agreement of the Parties, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1.       The Stipulation is approved.

2.       The Proofs of Claim are deemed timely filed.

3.       Nothing herein shall be construed to be a waiver by the Debtors or any other party in interest of any right to (i) object to the Asserted Claims or the Proofs of Claim on any grounds other than the untimely filing thereof, or (ii) seek to reclassify the Proofs of Claim.

4.       Nothing herein shall be construed to be a waiver by Movants of their right to seek to reclassify the Proofs of Claim or to assert any other right in contravention to or in opposition of any asserted challenge to the Proofs of Claim.

5.       By entry of this Order, the Motion is withdrawn the Hearing is vacated.

6.       The Stipulation shall be binding on the Parties and each of their successors in interest.

7.       The Stipulation shall constitute the entire agreement and understanding of the Parties relating to the subject matter hereof and supersede all prior agreements and understandings relating to the subject matter hereof.

8.       This Court shall retain jurisdiction to resolve any disputes or controversies arising from the Stipulation or this Order.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY  10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Dated: June 3, 2020

1

2   WATTS GUERRA LLP

3

4   /s/  *Mikal Watts*
    Mikal C. Watts, Esq.

5

    *Attorneys for Lisa Wahnon and B.C.W. (minor)*

6
                        *** END OF ORDER ***

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28