Steven S. Kane, Esq., SBN: 061670
Bonnie E. Kane, Esq., SBN: 167700
**THE KANE LAW FIRM**
402 W. Broadway, Suite 2500
San Diego, CA 92101
Telephone: (619) 236-8700
Facsimile: (619) 236-1370
E-mail: skane@thekanelawfirm.com
E-mail: bonnie@thekanelawfirm.com

Attorneys for KAREN GOWINS, Creditor,
And Many Wildfire Victim Creditors

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re:* | **Case No. 19-30088 (DM)** |
| PG&E CORPORATION | Chapter 11 |
| -and- | (Lead Case) |
| PACIFIC GAS AND ELECTRIC COMPANY | (Jointly Administered) |
| Debtors. | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR THE APPOINTMENT OF AN EXAMINER OF VOTING PROCEDURAL IRREGULARITIES PURSUANT TO SECTION 1104(c) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 2007.1** |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas & Electric | |
| ■ Affects Both Debtors | |
| *All papers shall be filed in the Lead Case, No.19-30088 (DM)* | Date: June 4, 2020<br>Time: 9:30 a.m. (Pacific Time)<br>Place: Courtroom 17, 16th Floor<br>United States Bankruptcy Court<br>450 Golden Gate Avenue<br>San Francisco, CA 94102<br>Judge: Honorable Dennis Montali<br>**Objection Deadline:** June 2, 2020 |

TO THE COURT AND ALL COUNSEL:

PLEASE TAKE NOTICE Karen Gowins, Creditor, and Many Wildfire Victim Creditors request the Court under Rule 201 of the Federal Rules of Evidence incorporated by Rule 9017 of the Federal Rules of Bankruptcy Procedure to take judicial notice of the news article entitled "In

___
REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR THE APPOINTMENT OF AN EXAMINER OF VOTING PROCEDURAL IRREGULARITIES PURSUANT TO SECTION 1104(c) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 2007.1

Final Days of PG&E Fire Settlement Vote, Hundreds of Survivors Still Had No Ballots," Lily Jamali, KQED News, June 3, 2020, and attached hereto as <u>Exhibit 1</u>. Also, available at https://www.kqed.org/news/11822384/in-final-days-of-pge-fire-settlement-vote-hundreds-of-survivors-still-had-no-ballots *See Patel v. Parnes* 253 F.R.D. 531, 549 (2008) (properly allowing judicial notice of news articles reflecting defendant's activities.)

                                      Respectfully submitted,

Date: June 3, 2020.                  THE KANE LAW FIRM

                                      __/s/ Bonnie E. Kane_____
                                      BONNIE E. KANE
                                      Attorneys for Karen Gowins and Many Wildfire Creditors