| 1 | Thomas R. Phinney, CA State Bar No. 159435 |
| 2 | Donna T. Parkinson, CA State Bar No. 125574 |
| | **PARKINSON PHINNEY** |
| 3 | 3600 American River Drive, Suite 145 |
| | Sacramento, California 95864 |
| 4 | Telephone: (916) 449-1444 |
| | Facsimile: (916) 449-1440 |
| 5 | E-mail: tom@parkinsonphinney.com |
| 6 | |
| | Counsel for Creditors |
| 7 | [7 creditors identified below] |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re: | Case No. 19-30088 (DM) |
|---|---|
| **PG&E CORPORATION,** | |
| | Chapter 11 |
| - and – | |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |
| **Debtors.** | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

**TO THE DEBTOR AND ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that the undersigned counsel ("Counsel") files this notice of appearance on behalf of the following seven (7) creditors and parties in interest:

| Creditor | Address |
|---|---|
| **Stantec Consulting Services Inc,** | Stantec Consulting Services Inc.<br>3133 W Frye Rd, Suite 300<br>Chandler, AZ 85226 |
| **Amador Water Agency** | Amador Water Agency<br>12800 Ridge Rd<br>Sutter Creek CA 95685-9630 |
| **Outback Contractors, Inc.** | Outback Contractors, Inc.<br>P.O. Box 1035<br>13670 Hwy 36 East<br>Red Bluff, CA 96080 |

{332/00001/TRP/A0409595.DOCX}     1

| **Basin Enterprises, Inc.** | Basin Enterprises, Inc.<br>PO Box 982<br>13660 Hwy 36 East<br>Red Bluff, CA 96080 |
|---|---|
| **Sage Engineers, Inc.** | Sage Engineers, Inc.<br>2251 Douglas Blvd. Ste. 200<br>Roseville, CA 95661 |
| **Fire Cause Analysis** | Fire Cause Analysis<br>935 Pardee Street<br>Berkeley, CA 94710-2623 |
| **Tyrrell Resources, Inc.** | Tyrrell Resources, Inc.<br>P.O. Box 8219<br>Truckee CA 96162 |

Counsel requests notice of all events in the above-referenced bankruptcy and copies of all pleadings or documents filed in relation to the above-referenced bankruptcy, including all objections to claim, pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditor's committees and parties-in-interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules. Counsel's contact information for purpose of service is:

> **Thomas R. Phinney**
> **PARKINSON PHINNEY**
> **3600 American River Drive, Suite 145**
> **Sacramento, California 95864**
> **e-mail: tom@parkinsonphinney.com**

Dated: June 4, 2020            PARKINSON PHINNEY

By: *Thomas R. Phinney* (signature)
Thomas R. Phinney
Attorneys for Creditors identified above

{332/00001/TRP/A0409595.DOCX}            2