| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | |
| - and - | Chapter 11 (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | |
| **Debtors.** | **CERTIFICATE OF NO OBJECTION REGARDING TWELFTH MONTHLY FEE STATEMENT OF LINCOLN PARTNERS ADVISORS LLC FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FEBRUARY 1, 2020 THROUGH FEBRUARY 29, 2020** |
| □ Affects PG&E Corporation | |
| □ Affects Pacific Gas and Electric Company | |
| ■ Affects both Debtors | [Re: Docket No. 6933] |
| *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | **OBJECTION DATE**: May 15, 2020 |

## THE MONTHLY FEE STATEMENT

On April 24, 2020, Lincoln Partners Advisors LLC ("**Lincoln**" or the "**Applicant**"), financial advisor to the Official Committee of Tort Claimants ("**Tort Committee**"), filed its Twelfth Monthly Fee Statement of Lincoln Partners Advisors LLC for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of February 1, 2020 through February 29, 2020 [Docket No. 6933] (the "**Twelfth Monthly Fee Statement**"), pursuant to the *Order Pursuant to 11 U.S.C. §§ 331 and 105(a) and Fed. R. Bank. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals,* entered on February 28, 2019 [Docket No. 701] (the "**Interim Compensation Procedures Order**").

The Twelfth Monthly Fee Statement was served as described in the Certificate of Service of Heidi Hammon-Turano, filed on April 27, 2020 [Docket. No. 6955]. The deadline to file responses or oppositions to the Twelfth Monthly Fee Statement was May 15, 2020, and no

Case: 19-30088   Doc# 7780   Filed: 06/04/20   Entered: 06/04/20 12:20:56   Page 1 of 3

oppositions or responses have been filed with the Court or received by the Applicant. Pursuant to the Interim Compensation Procedures Order, the above captioned debtors and debtors-in-possession are authorized to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Twelfth Monthly Fee Statement upon the filing of this certification and without the need for a further order of the Court. A summary of the fees and expenses sought by the Applicant is attached hereto as **Exhibit A**.

**<u>DECLARATION OF NO RESPONSE RECEIVED</u>**

   The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that:

   1.  I am a Managing Director of the firm of Lincoln Partners Advisors LLC and financial advisor to the Official Committee of Tort Claimants.

   2.  I certify that I have reviewed the Court's docket in this case and have not received any response or opposition to the Twelfth Monthly Fee Statement.

   3.  This declaration was executed in New York, New York.

Dated: June 4, 2020       Respectfully submitted,

          **LINCOLN PARTNERS ADVISORS LLC**

          By: _____
           Brent C. Williams
           *Financial Advisor to the Official*
           *Committee of Tort Claimants*

## **EXHIBIT A**

Professional Fees and Expenses
Twelfth Monthly Fee Statement

| Applicant | Fee Application Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Fees Authorized to be Paid at 80% | Expenses Authorized to be Paid at 100% | Amount of Holdback Fees |
|---|---|---|---|---|---|---|---|
| Lincoln Partners Advisors LLC<br><br>Financial Advisors to the Official Committee of Tort Claimants | Twelfth Monthly<br><br>2/1/20 to 2/29/20<br><br>[Docket No. 6933, filed 4/24/20] | $1,743,096.00 | $24,107.92 | 5/15/20 | $1,394,476.80 | $24,107.92 | $348,619.20 |