# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−3 | User: dchambers | Date Created: 6/5/2020 |
| Case: 19−30088 | Form ID: TRANSC | Total: 23 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
    Eric Carlson

TOTAL: 1

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Benjamin Mintz | benjamin.mintz@arnoldporter.com |
| aty | Cara M. Porter | Cara.Porter@doj.ca.gov |
| aty | Estela O. Pino | epino@epinolaw.com |
| aty | Francis O. Scarpulla | fos@scarpullalaw.com |
| aty | Gregory A. Bray | gbray@milbank.com |
| aty | James O. Johnston | jjohnston@jonesday.com |
| aty | Matthew A. Feldman | mfeldman@willkie.com |
| aty | Michael S. Neumeister | MNeumeister@gibsondunn.com |
| aty | Paul J. Pascuzzi | ppascuzzi@ffwplaw.com |
| aty | Rebecca J. Winthrop | rebecca.winthrop@nortonrosefulbright.com |
| aty | Richard A. Marshack | rmarshack@marshackhays.com |
| aty | Robert G. Harris | rob@bindermalter.com |
| aty | Timothy S. Laffredi | timothy.s.laffredi@usdoj.gov |

TOTAL: 13

**Recipients submitted to the Claims Agent (Prime Clerk):**

| | | | | | |
|---|---|---|---|---|---|
| intp | William B. Abrams | 1519 Branch Owl Pl. | Santa Rosa, CA 95409 | | |
| cr | Mary Kim Wallace | P.O. Box 1632 | Magalia, CA 95954 | | |
| aty | Daniel E. Barenbaum | Berman Tabacco | 44 Montgomery St., #650 | San Francisco, CA 94104 | |
| aty | David H. Botter | Akin Gump Strauss Hauer & Feld LLP | One Bryant Park | New York, NY 10036 | |
| aty | Jeremiah F. Hallisey | Hallisey and Johnson | 465 California St., #405 | San Francisco, CA 94104 | |
| aty | Khaldoun A. Baghdadi | Walkup, Melodia, Kelly and Schoenberger | 650 California St. 26th Fl. | San Francisco, CA 94108 US | |
| aty | Stephen Karotkin | Weil, Gotshal & Manges LLP | 767 Fifth Avenue | New York, NY 10153 | |
| aty | Theodore Tsekerides | Weil, Gotshal & Manges LLP | 767 Fifth Avenue | New York, NY 10153 | |
| aty | Thomas Tosdal | Tosdal Law Firm | 777 S. Highway 101, #215 | Solana Beach, CA 92075 | |

TOTAL: 9