# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>**PG&E CORPORATION,**<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>Debtors. | Civil Case No. 19-05257 (JD)<br>Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case) (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Andrew G. Vignali, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. At my direction and under my supervision, employees of Prime Clerk caused the following document to be served (1) by email on May 30, 2020 upon William B. Abrams at end2endconsulting@gmail.com; and (2) via first class mail June 1, 2020 upon William B. Abrams at 1519 Branch Owl Place, Santa Rosa, CA 95409:

- Joint Response of the Debtors and Official Committee of Tort Claimants to the Statement of the Official Committee of Unsecured Creditors and the Objection of Certain Fire Victims [Docket No. 383]

3. I have reviewed the Notices of Electronic Filing for the above-listed documents, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

4. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 4th day of June 2020, at New York, NY.

1
2          */s/ Andrew G. Vignali*
           Andrew G. Vignali
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

SRF 42607