Mary Wallace
P O Box 1632
Magalia, California 95954
530 492 6585
Mkw1954ss@gmail.com

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT
### (SAN FRANCISCO DIVISION)

PG&E CORPORATION,

    AND

PG&E GAS AND ELECTRIC COMPANY.

    DEBTOR,

    VS.

Mary Kim Wallace

    Creditor

Case No.: 19-30088-DM
Chapter 11
(Lead Case)
(Jointly Administered)

Re: Proof of Claim No. 68955
Filed October 18, 2019
Camp Fire

Judge: Honorable Dennis Montali

DECLARATION OF MARY WALLACE REGARDING MAILING OF PLAN DOCUMENTS RECEIVED JUNE 3, 2020.

Pursuant to 28 U.S.C. § 1746, I Mary Wallace, hereby declare as follows under penalty of perjury:

I am a fire victim claimant and creditor in this case.

    I received the following documents in my Post Office Box, June 3, 2020. It came in a USPS Priority Mail Medium Flat Rate Box. There was nothing in the box that was dated. It had a return address from "Prime Clerk, Grand Central Station, P. O. Box 4850, New York, New York, 10163-4850. It had a post mark that was from zip code 90015. The list below is in no particular order. All documents were filed on May 22, 2020.

1. Doc# 7514, NOTICE OF FILING OF DEBTORS' AND SHAREHOLDERS PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION. (111 pages)

2. Doc# 7521, DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION. (107 pages)

PLEADING TITLE - 1

3. Doc# 7503, NOTICE OF FILING OF SUPPLEMENT TO PLAN SUPPLEMENT IN CONNECTION WITH DEBTORS' AND SHAREHOLDER PROPONETS' JOINT CHAPTER 11 PLAN OF REORGANIZATION. (49 pages).

4. Doc# 7528, PLAN PROPONENTS' JOINT MEMORANDUM OF LAW AND OMNIBUS RESPONSE IN SUPPORT OF CONFIRMATION OF DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION. (103 pages).

5. Doc# 7556, DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CONFIRMATION HEARING LIST. (8 pages of 89 to be heard).

6. Doc# 7542, DEBTORS' AND SHAREHOLDER PROPONENTS' NOTICE OF DESIGNATION OF SPEAKING ATTORNEYS AND WITNESSES AT CONFIRMATION HEARING. (3 pages).

7. Doc# 7530, EX PARTE APPLICATION FOR ORDER PURSUANT TO L.B.R. 9013-1(c) AUTHORIZING OVERSIZE BRIEFING FOR PLAN PROPONENTS/ JOINT MEMORANDUM OF LAWE AND OMNIBUS RESPONSE IN SUPPORT OF CONFIRMATION OF DEBTORS' AND SHAREHOLDERS' PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION. (6 pages).

8. Doc# 7507, DECLARATION OF CHRISTINA PULLO OF PRIME CLERK LLC REGARDING SOLICITATION OF VOTES AND TABULATION OF BALLOTS CAST WITH RESPECT TO THE DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION. (122 pages).

9. Doc # 7512, DECLARATION OF KENNETH S. ZIMAN IN SUPPORT OF CONFIRMATION OF DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION. (7 pages).

10. DECLARATION OF JOHN BOKEN IN SUPPORT OF DEBTORS' AND SHAREHOLDERS PROPONETS' JOINT CHAPTER 11 PLAN OF REORGANIZATION. (8 pages).

11. DECLARTION OF JASON P. WELLS IN SUPPORT OF CONFIRMATION OF DEBTORS' AND SHAREHOLDERS PROPONTS' JOINT CHAPTER 11 PLAN OF REORGANIZTIONS. (pages? Cant decipher there are so many. 900?)

PLEADING TITLE - 2

12. I do not know if this is the current contract/ aka: The Plan and all other documents. Yet I reserve the right to speak upon and about the integrity of notice and opportunity to be heard, 5th Amendment of the Constitution of the united States of America.

13. I do not know if this is a final plan that is to be decided on June 5, 2020, or the final plan is yet to come anytime after final confirmation of the plan.

14. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief

Dated: June 4, 2020

Magalia, California, [94954]


All Rights Reserved.

s/s: By: Mary Wallace

PLEADING TITLE - 3