| | |
|---|---|
| **From:** | ▇▇▇ |
| **To:** | ▇▇▇ |
| **Subject:** | FW: Please file from Mary Wallace |
| **Date:** | Friday, June 5, 2020 8:54:11 AM |
| **Attachments:** | 6 4 2020 DECLARATION OF MKW OF DOC RECEIVED 6 3 2020.docx |

**From:** CANB Emergency Filings <CANB-EMERGENCY-FILINGS@canb.uscourts.gov>
**Sent:** Friday, June 5, 2020 6:55 AM
**To:** ▇▇▇
**Subject:** FW: Please file from Mary Wallace

**From:** Xena Gale
**Sent:** Friday, June 5, 2020 6:54:04 AM (UTC-08:00) Pacific Time (US & Canada)
**To:** CANB Emergency Filings
**Subject:** Please file from Mary Wallace

I prepared this yesterday and emailed to the courts. It came back as a wrong address. Please file this Declaration from Mary Wallace.