DOWNEY BRAND LLP
JAMIE P. DREHER (Bar No. 209380)
Email: jdreher@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone:  916.444.1000
Facsimile:  916.444.2100

Attorneys for Brooke M. Hawes

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E Corporation,<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Debtors.<br><br>[ ] Affects PG&E Corporation<br>[ ] Affects Pacific Gas and Electric Company<br>[x] Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088-DM, | Case No. 19-30088-DM<br><br>Chapter 11<br>Lead Case, Jointly Administered<br><br>**EXHIBIT LIST IN SUPPORT OF MOTION PURSUANT TO FED. R. BANKR. P. 9006(b)(1) TO ENLARGE THE TIME FOR BROOKE M. HAWES TO FILE PROOF OF CLAIM**<br><br>Date:         July 7, 2020<br>Time:        10:00 a.m.<br>Crtrm.:      Courtroom 17<br>                 450 Golden Gate Avenue<br>                 San Francisco, CA 94102<br>Judge:      Hon. Dennis Montali<br><br>Objection deadline:  July 2, 2020<br>                                 4:00 p.m. (Pacific Time) |

| Exhibit | Description Of Exhibit | Page No |
|---|---|---|
| **Exhibit 1 to Motion** | Proof of Claim | 3 |

DATED: June 5, 2020

DOWNEY BRAND LLP

By: _____/s/ Jamie P. Dreher_____
JAMIE P. DREHER
Attorneys for Brooke M. Hawes

# EXHIBIT 1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| In re:<br>PG&E CORPORATION,<br>- and -<br>PACIFIC GAS AND ELECTRIC COMPANY,<br>Debtors. | Bankruptcy Case<br>No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered) |
|---|---|

# Proof of Claim (Fire Claim Related)

Read the instructions before filing this claim form. This form is for tort claimants who have a claim against the Debtors (i.e. PG&E Corporation and Pacific Gas and Electric Company) that arose prior to the Debtors filing for bankruptcy (i.e. prior to January 29, 2019) and that arose from, or relates to, a fire.

**Do not use this form for non-fire claims. Non-fire tort claimants should use Form 410.**

Do NOT file a fraudulent claim. A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Please type or print in the spaces below. Do NOT use red ink or pencil.

## Part 1: Identify the Claim

**1. Who is the current creditor?**
Brooke M. Hawes
Name of the current creditor (the person or entity to be paid for this claim)

**2. Has this claim been acquired from someone else?**
☑ No
☐ Yes. From whom? _____

**3. Are you filing this claim on behalf of your family?**
☑ No
☐ Yes
A family is a group of two or more people related by birth, marriage, domestic partnership, or adoption and residing together. All such people are considered as members of one family.

If you checked "Yes", please provide the full name of each family member that you are filing on behalf of:

**4. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Name: Reiner, Slaughter & Frankel
Attorney Name (if applicable): Russell Reiner
Attorney Bar Number (if applicable): 84461
Street Address: 2851 Park Marina Dr, Suite 200
City: Redding
State: CA
Zip Code: 96001
Phone Number: 530-2411905
Email Address: rreiner@reinerslaughter.com

Where should payments to the creditor be sent? (if different)

Name: Eric Ratinoff Law Corp Client Trust Account
Attorney Name (if applicable): Eric J. Ratinoff
Attorney Bar Number (if applicable): 166204
Street Address: 401 Watt Avenue
City: Sacramento
State: CA
Zip Code: 95864
Phone Number: 916-970-9100
Email Address: nziegler@ericratinoff.com

**5. Does this claim amend one already filed?**
☑ No
☐ Yes. Claim number on court claims registry (if known) _____ Filed on ___/___/_____ MM/DD/YYYY

**6. Do you know if anyone else has filed a proof of claim for this claim?**
☑ No
☐ Yes. Who made the earlier filing? _____

Proof of Claim (Fire Related) Page 1
Case: 19-30088  Doc# 7797-2  Filed: 06/05/20  Entered: 06/05/20 11:23:42  Page 4 of 7

## Part 2: Give Information About the Claim as of the Date this Claim Form is Filed

**7. What fire is the basis of your claim?**
Check all that apply.

- [x] Camp Fire (2018)
- [ ] North Bay Fires (2017)
- [ ] Ghost Ship Fire (2016)
- [ ] Butte Fire (2015)
- [ ] Other (please provide date and brief description of fire: _____

**8. What are the loss location(s) where you and/or your family suffered harm? (e.g. home or business address, place of injury, place from which you were evacuated, if different.?**

Location(s): 14792 Wildlife Dr, Magalia, CA 95954

**9. How were you and/or your family harmed?**
Check all that apply

- [x] Property Damage (homes, structures, personal property, land, trees, landscaping, and all other property damage)
  - [x] Owner  [ ] Renter  [x] Occupant  [ ] Other (Please specify): _____
- [x] Personal Injury
- [ ] Wrongful Death (if checked, please provide the name of the deceased) _____
- [ ] Business Loss/Interruption
- [ ] Lost wages and earning capacity
- [x] Loss of community and essential services
- [ ] Agricultural loss
- [x] Other (Please specify): **Mental & Emotional Anguish**

**10. What damages are you and/or your family claiming/seeking?**
Check all that apply

- [x] Economic damages (including replacement cost of damaged property, diminution in value, loss of use, lost inventory, lost profits, and other economic damage)
- [x] Non-economic damages (including loss of society and support, loss of consortium, pain and suffering, emotional distress, annoyance and discomfort, and other non-economic damage)
- [x] Punitive, exemplary, and statutory damages
- [x] Attorney's fees and litigation costs
- [x] Interest
- [x] Any and all other damages recoverable under California law
- [ ] Other (Please specify): _____

**11. How much is the claim?**

- [ ] $_____ (optional)
- [x] Unknown / To be determined at a later date

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

**If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.**

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

☐ I am the creditor.
☑ I am the creditor's attorney or authorized agent.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  06/02/2020  (mm/dd/yyyy)

/s/Russell Reiner
_____
Signature

**Print the name of the person who is completing and signing this claim:**

| | | |
|---|---|---|
| Name | Russell | Reiner |
| | First name     Middle name | Last name |
| Title | Lawyer | |
| Company | Reiner, Slaughter & Frankel | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | |
| Address | 2851 Park Marina Dr, Suite 200 | |
| | Number    Street | |
| | Redding | CA    96001 |
| | City | State   ZIP Code |
| Contact phone | 530-241-1905 | Email    rreiner@reinerslaughter.com |

   

# Delivered
## Wednesday 6/03/2020 at 9:51 am

**DELIVERED**

Signed for by J RODRIGUEZ



**GET STATUS UPDATES**

**OBTAIN PROOF OF DELIVERY**

| FROM | TO |
|---|---|
| REINER SLAUGHTER & FRANKEL | PG&E Corporation Claims Processing |
| Russell Reiner | c/o [illegible] |
| 2851 Park Marina Drive | [illegible] |
| Suite 200 | [illegible] |
| Redding, CA 96001 | [illegible] |
| 530-241-1905 | 530-241-0963 |

Travel History    Shipment Facts    Returns