Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
600 Montgomery Street, Suite 3100
San Francisco, CA 94111-2806
Telephone: 415.659.2600
Facsimile: 415.659.2601
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
David J. Richardson (SBN 168592)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: esagerman@bakerlaw.com
Email: drichardson@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel for Official Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>-and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**THE OFFICIAL COMMITTEE OF TORT CLAIMANTS' SUBMISSION OF ARGUMENT DEMONSTRATIVE** |

1     The Official Committee of Tort Claimants (the "**TCC**") submits the demonstrative

2 document that was presented at the hearing held on June 5, 2020, attached hereto as **Exhibit A**.

3     Attached hereto as **Exhibit B** is a copy of the TCC RSA [Dkt. No. 5038-1]. We

4 highlighted provisions on page 48 of the RSA, which is page 8 of the Term Sheet.

5     Attached hereto as **Exhibit C** is a copy of the Amendment to the TCC RSA [Dkt. No.

6 5143-1]. We highlighted provisions on pages 2 and 3.

7     Attached hereto as **Exhibit D** is a copy the Form of Equity Backstop Letter [Dkt. No.

8 6013-3]. We highlighted provisions on pages 5 and 6.

9 Dated: June 5, 2020

BAKER & HOSTETLER LLP

By:   */s/ Robert A. Julian*
       Robert A. Julian

*Counsel for the Official Committee of Tort Claimants*

- 2 -