# Notice Recipients

District/Off: 0971−3     User: dchambers     Date Created: 6/8/2020
Case: 19−30088     Form ID: TRANSC     Total: 19

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| aty | Bonnie E. Kane | bonnie@thekanelawfirm.com |
| aty | David M. Reeder | david@reederlaw.com |
| aty | David M. Reeder | david@reederlaw.com |
| aty | Estela O. Pino | epino@epinolaw.com |
| aty | Francis O. Scarpulla | fos@scarpullalaw.com |
| aty | Michael S. Neumeister | MNeumeister@gibsondunn.com |
| aty | Mikal C. Watts | mcwatts@wattsguerra.com |
| aty | Richard A. Marshack | rmarshack@marshackhays.com |
| aty | Steven J. Skikos | sskikos@skikos.com |
| aty | Timothy S. Laffredi | timothy.s.laffredi@usdoj.gov |

                                                                TOTAL: 10

**Recipients submitted to the Claims Agent (Prime Clerk):**
| | | | | | |
|---|---|---|---|---|---|
| intp | William B. Abrams | 1519 Branch Owl Pl. | Santa Rosa, CA 95409 | | |
| cr | Mary Kim Wallace | P.O. Box 1632 | Magalia, CA 95954 | | |
| cr | Helen Sedwick | P.O. Box 1807 | Glen Ellen, CA 95442 | | |
| cr | Theresa Ann McDonald | 5044 Russell Drive | Paradise, CA 95969 | | |
| aty | Frank Pitre | Cochett, Pitre & McCarthy, LLP | San Francisco Airport Office Center | 840 Malcolm Rd., Suite 200 | Burlingame, CA 94010 |
| aty | Jeremiah F. Hallisey | Hallisey and Johnson | 465 California St., #405 | San Francisco, CA 94104 | |
| aty | Stephen Karotkin | Weil, Gotshal & Manges LLP | 767 Fifth Avenue | New York, NY 10153 | |
| | ANDREA M. WONG | Pension Benefit Guaranty Corporation | 1200 K Street Northwest | Washington, DC 20005 | |
| | FRANK M. PITRE | Cotchett, Pitre & McCarthy, LLP | 840 Malcolm Road Suite 200 | Burlingame, CA 94010 | |

                                                                TOTAL: 9