**Exhibit A**

**Second Amendment to Schedule of Assumed Contracts**

*PG&E Corporation & Pacific Gas and Electric Company*
*Second Amendment to Schedule of Assumed Contracts*
*As of June 5, 2020*

| Non-Debtor Counterparty Name | Match ID | Contract ID | Debtor Name | Address | City | State | Country | ZIP Code | Title of Agreement | Effective Date of Agreement | Cure Amount[1] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ~~BANK OF AMERICA*~~ | ~~1001346~~ | ~~FNRSK_00045~~ | ~~PG&E CORPORATION~~ | ~~100 NORTH TRYON ST~~ | ~~CHARLOTTE~~ | ~~NC~~ | ~~US~~ | ~~28255~~ | ~~CREDIT AGREEMENT - CORPORATION REVOLVING CREDIT FACILITY~~ | ~~4/27/2017~~ | |
| BOSTONIA FINANCE COMPANY LLC ~~BOSTONIA PARTNERS~~ | 1017642 | CCNRD_03015 | PACIFIC GAS AND ELECTRIC COMPANY | 699 BOYLSTON ST 8TH FL | BOSTON | MA | US | 02116 | MASTER PURCHASE AGREEMENT AND ASSIGNMENT SCHEDULE NO. 1 ~~MASTER PURCHASE AGREEMENT~~ | 10/8/2014 | -- |
| CAMPOS EPC LLC | 1002352 | SRCAMA_C3452_00445 | PACIFIC GAS AND ELECTRIC COMPANY | 1401 BLAKE STREET | DENVER | CO | US | 80202 | CAMPOS EPC; LLC MSA C3452 | 11/28/2018 | -- |
| ~~CITIBANK*~~ | ~~1002861~~ | ~~FNRSK_00044~~ | ~~PACIFIC GAS AND ELECTRIC COMPANY~~ | ~~388 GREENWICH ST~~ | ~~NEW YORK~~ | ~~NY~~ | ~~US~~ | ~~10013~~ | ~~CREDIT AGREEMENT - UTILITY REVOLVING CREDIT FACILITY~~ | ~~4/27/2017~~ | |
| ~~CITIGROUP GLOBAL MARKETS INC.(CITI)*~~ | ~~1002861~~ | ~~FNRSK_00095~~ | ~~PG&E CORPORATION~~ | ~~111 WALL ST.~~ | ~~NEW YORK~~ | ~~NY~~ | ~~US~~ | ~~10005~~ | ~~FINANCIAL ADVISOR AND INVESTMENT BANKING SERVICES~~ | | |
| COUNTY OF FRESNO | 1003607 | ELCOPS7_53290 | PACIFIC GAS AND ELECTRIC COMPANY | 3333 E AMERICAN AVE | FRESNO | CA | US | 93725 | INTERCONNECTION AGREEMENT FOR NET ENERGY METERING (NEM-2) GENERATING FACILITIES GREATER THAN 1,000 KW | 6/25/2018 | -- |
| ~~DOMINION FEDERAL*~~ | ~~1017644~~ | ~~CCNRD_02840~~ | ~~PACIFIC GAS AND ELECTRIC COMPANY~~ | ~~6718 WHITTIER AVE STE. 220~~ | ~~MCLEAN~~ | ~~VA~~ | ~~US~~ | ~~22101-4531~~ | ~~UESC VA SAN FRANCISCO PROJECT LOAN AGREEMENT~~ | ~~1/3/2018~~ | |

*Agreement has been removed from the Schedule of Assumed Contracts because it has expired, terminated, or has otherwise been determined to be non-executory and/or not capable of assumption.
[1]The amounts identified herein under the column titled "Cure Amount" are exclusive of any post-petititon interest to be paid on account of such amounts pursuant to the Plan.

| Non-Debtor Counterparty Name | Match ID | Contract ID | Debtor Name | Address | City | State | Country | ZIP Code | Title of Agreement | Effective Date of Agreement | Cure Amount[1] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ~~DOMINION FEDERAL*~~ | ~~1017644~~ | ~~CCNRD_02841~~ | ~~PACIFIC GAS AND ELECTRIC COMPANY~~ | ~~6718 WHITTIER AVE STE. 220~~ | ~~MCLEAN~~ | ~~VA~~ | ~~US~~ | ~~22101-4531~~ | ~~UESC VA LIVERMORE PROJECT LOAN AGREEMENT~~ | ~~4/6/2018~~ | |
| DONNA CASTRO AND THE RESTATED RICHARD CASTRO BYPASS TRUST 1998 | 1353165 | CRPSECLM_00427 | PG&E CORPORATION | 1111 BROADWAY, 24TH FLR. | OAKLAND | CA | US | 94607 | AGREEMENT FOR ENVIRONMENTAL REMEDIATION ACTIVITIES | 6/23/2014 | 25,000.00 |
| ~~JP MORGAN*~~ | ~~1007835~~ | ~~FNRSK_00057~~ | ~~PACIFIC GAS AND ELECTRIC COMPANY~~ | ~~270 PARK AVE~~ | ~~NEW YORK~~ | ~~NY~~ | ~~US~~ | ~~10017~~ | ~~DIP CREDIT AGREEMENT~~ | ~~2/1/2018~~ | |
| SIERRA PACIFIC POWER COMPANY ~~SIERRA PACIFIC NEVADA POWER~~ ~~SIERRA PACIFIC INDUSTRIES~~ | 1429689 | EPPEMCL_33T001 | PACIFIC GAS AND ELECTRIC COMPANY | PO BOX 1187 | PIONEER | CA | US | 95666 | EMCL AGREEMENT | 5/6/1965 | 4,183.51 |
| ~~UNITED FINANCIAL OF ILLINOIS*~~ | ~~1017643~~ | ~~CCNRD_02838~~ | ~~PACIFIC GAS AND ELECTRIC COMPANY~~ | ~~800 E. EIEHL RD STE 185~~ | ~~NAPERVILLE~~ | ~~IL~~ | ~~US~~ | ~~60563~~ | ~~UESC VA MENLO PARK PROJECT LOAN AGREEMENT~~ | | |
| ~~UNITED FINANCIAL OF ILLINOIS*~~ | ~~1017643~~ | ~~CCNRD_02839~~ | ~~PACIFIC GAS AND ELECTRIC COMPANY~~ | ~~800 E. EIEHL RD STE 185~~ | ~~NAPERVILLE~~ | ~~IL~~ | ~~US~~ | ~~60563~~ | ~~UESC GSA 630 SANSOME PROJECT LOAN AGREEMENT~~ | ~~5/1/2017~~ | |

*Agreement has been removed from the Schedule of Assumed Contracts because it has expired, terminated, or has otherwise been determined to be non-executory and/or not capable of assumption.