In re: Case No. 19-30088-DM
PG&E Corporation Chapter 11
 Debtor

# CERTIFICATE OF NOTICE

District/off: 0971-3 User: lparada Page 1 of 13 Date Rcvd: Jun 03, 2020
 Form ID: pdfeoc Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 05, 2020.
cr +Mary Kim Wallace, P.O. Box 1632, Magalia, CA 95954-1632

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE. TOTAL: 0

 ***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2020 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 3, 2020 at the address(es) listed below:
 Aaron C. Smith on behalf of Creditor California Insurance Guarantee Association
 asmith@lockelord.com, autodocket@lockelord.com
 Aaron J. Mohamed on behalf of Plaintiff Mark Elward ajm@brereton.law,
 aaronmohamedlaw@gmail.com
 Aaron L. Agenbroad on behalf of Interested Party GE Grid Solutions, LLC
 alagenbroad@jonesday.com, saltamirano@jonesday.com
 Abigail O'Brient on behalf of Creditor Marin Clean Energy aobrient@mintz.com,
 docketing@mintz.com
 Adam Malatesta on behalf of Interested Party Dynegy Marketing and Trade, LLC
 adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com
 Adam C. Harris on behalf of Creditor Centerbridge Partners, L.P. adam.harris@srz.com,
 james.bentley@srz.com
 Alaina R. Heine on behalf of Interested Party State Farm Mutual Automobile Insurance Company
 alaina.heine@dechert.com, brett.stone@dechert.com
 Alan D. Smith on behalf of Creditor Puget Sound Energy, Inc. adsmith@perkinscoie.com,
 al-smith-9439@ecf.pacerpro.com
 Alan I. Nahmias on behalf of Creditor EN Engineering, LLC anahmias@mbnlawyers.com,
 jdale@mbnlawyers.com
 Alan J. Stone on behalf of Creditor Committee Official Committee Of Unsecured Creditors
 AStone@milbank.com, DMcCracken@Milbank.com
 Alan W. Kornberg on behalf of Creditor California Public Utilities Commision
 akornberg@paulweiss.com
 Alexander James Demitro Lewicki on behalf of Interested Party Ad Hoc Group of Subrogation
 Claim Holders alewicki@diemerwei.com
 Alexander James Demitro Lewicki on behalf of Defendant The Ad Hoc Group of Subrogation Claim
 Holders kdiemer@diemerwei.com
 Alexandra S. Horwitz on behalf of Interested Party G4S Secure Integration LLC
 allie.horwitz@dinsmore.com
 Alicia Clough on behalf of Interested Party California Power Exchange Corporation
 aclough@loeb.com
 Alicia D. O'Neill on behalf of Creditor Wildfire Class Claimants aoneill@wattsguerra.com,
 cwilson@wattsguerra.com
 Alisa C. Lacey on behalf of Creditor Public Advocates Office at the California Public
 Utilities Commission alisa.lacey@stinson.com, karen.graves@stinson.com
 Allan Robert Rosin on behalf of Creditor Contra Costa Electric, Inc. arrosin@alr-law.com
 Ameneh Maria Bordi on behalf of Interested Party Calpine Corporation
 ameneh.bordi@kirkland.com, leo.rosenberg@kirkland.com
 Amy C. Quartarolo on behalf of Intervenor Crockett Cogeneration amy.quartarolo@lw.com
 Amy L. Goldman on behalf of Creditor RE Astoria LLC goldman@lbbslaw.com
 Amy S. Park on behalf of Interested Party Atlantica Yield plc amy.park@skadden.com,
 alissa.turnipseed@skadden.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Andrea Wong    on behalf of Creditor    Pension Benefit Guaranty Corporation wong.andrea@pbgc.gov, efile@pbgc.gov
        Andrew Jones    on behalf of Creditor    Sencha Funding, LLC andrew@ajoneslaw.com
        Andrew Van Ornum    on behalf of Creditor    Bradley Concrete avanornum@vlmglaw.com, hchea@vlmglaw.com
        Andrew Yaphe    on behalf of Creditor    Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility andrew.yaphe@davispolk.com, pge.dpw.routing@davispolk.com
        Andrew David Behlmann    on behalf of Interested Party    Public Employees Retirement Association of New Mexico abehlmann@lowenstein.com, elawler@lowenstein.com
        Andrew H. Levin    on behalf of Creditor    Marin Clean Energy alevin@wcghlaw.com
        Andrew H. Morton    on behalf of Creditor    Mustang Project Companies andrew.morton@stoel.com, lisa.petras@stoel.com
        Andrew I. Silfen    on behalf of Interested Party    BOKF, NA andrew.silfen@arentfox.com
        Andrew Michael Leblanc    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors ALeblanc@milbank.com
        Andy S. Kong    on behalf of Creditor    Genesys Telecommunications Laboratories, Inc. kong.andy@arentfox.com, Yvonne.Li@arentfox.com
        Anna Kordas    on behalf of stockholders    PG&E Shareholders akordas@jonesday.com, mmelvin@jonesday.com
        Annadel A. Almendras    on behalf of Interested Party    California Department of Toxic Substances Control annadel.almendras@doj.ca.gov
        Anne Andrews    on behalf of Creditor    Agajanian, Inc. aa@andrewsthornton.com, aandrews@andrewsthornton.com
        Anne Costin    on behalf of Creditor Todd Hearn anne@costinlawfirm.com
        Anthony P. Cali    on behalf of Creditor    Public Advocates Office at the California Public Utilities Commission anthony.cali@stinson.com, lindsay.petrowski@stinson.com
        Antonio Yanez, Jr.    on behalf of Interested Party    Ad Hoc Group of Subrogation Claim Holders ayanez@willkie.com
        Aram Ordubegian    on behalf of Interested Party    BOKF, NA Ordubegian.Aram@ArentFox.com
        Aron M. Oliner    on behalf of Creditor    ArborMetrics Solutions, LLC roliner@duanemorris.com, dmicros@duanemorris.com
        Ashleigh A. Danker    on behalf of Interested Party    G4S Secure Integration LLC ashleigh.danker@dinsmore.com
        Ashley Vinson Crawford    on behalf of Creditor    Ad Hoc Committee of Senior Unsecured Creditors of Pacific Gas and Electric Company avcrawford@akingump.com, dkrasa-berstell@akingump.com
        Bao M. Vu    on behalf of Intervenor    Capital Dynamics, Inc. bao.vu@stoel.com, sharon.witkin@stoel.com
        Barry A. Chatz    on behalf of Creditor    SBA Steel II, LLC barry.chatz@saul.com, barry.chatz@gmail.com
        Barry S. Glaser    on behalf of Creditor    Sonoma County Treasurer & Tax Collector bglaser@lkfirm.com
        Benjamin Mintz    on behalf of Interested Party    AT&T Corp. benjamin.mintz@arnoldporter.com, valerie.foley@arnoldporter.com
        Benjamin P. McCallen    on behalf of Interested Party    Ad Hoc Group of Subrogation Claim Holders bmccallen@willkie.com
        Bennett G. Young    on behalf of Creditor    Mizuho Bank, Ltd. byoung@jmbm.com, jb8@jmbm.com
        Bennett J. Murphy    on behalf of Creditor    Canyon Capital Advisors LLC bmurphy@bennettmurphylaw.com
        Bennett L. Spiegel    on behalf of Creditor    McKinsey & Company, Inc. U.S. blspiegel@jonesday.com
        Bernard Kornberg    on behalf of Interested Party    Certain Interested Underwriters at Lloyds, London subscribing to Apollo Liability Consortium 9984 bjk@severson.com
        Bonnie E. Kane    on behalf of Creditor Karen Gowins bonnie@thekanelawfirm.com, skane@thekanelawfirm.com
        Boris Kukso    on behalf of Interested Party    Internal Revenue Service boris.kukso@usdoj.gov, western.taxcivil@usdoj.gov
        Brad T. Summers    on behalf of Creditor    Pacific Mobile Structures, Inc. summerst@lanepowell.com, docketing-pdx@lanepowell.com
        Bradley C. Knapp    on behalf of Creditor    International Brotherhood of Electrical Workers Local Union 1245 bknapp@lockelord.com, Yamille.Harrison@lockelord.com
        Bradley R. Schneider    on behalf of Debtor    PG&E Corporation bradley.schneider@mto.com, jeffrey.wu@mto.com
        Brandt Silver-Korn    on behalf of Creditor    Numerous Victims of the Camp Fire bsilverkorn@edelson.com, docket@edelson.com
        Brendan M. Kunkle    on behalf of Creditor    Fire Victims bkunkle@abbeylaw.com, lmeyer@abbeylaw.com
        Brett D. Fallon    on behalf of Creditor    Quest Diagnostics Health & Wellness LLC bfallon@morrisjames.com, wweller@morrisjames.com
        Brian D. Huben    on behalf of Creditor    Campos EPC, LLC hubenb@ballardspahr.com
        Brian S. Conlon    on behalf of Plaintiff Anthony Gantner bsc@phillaw.com, rac@phillaw.com
        Brittany Zummer    on behalf of Creditor Mirna Trettevik bzummer@theadlerfirm.com, nfournier@theadlerfirm.com
        Brittany J. Nelson    on behalf of Creditor    Michels Corporation bnelson@foley.com, hsiagiandraughn@foley.com
        Bryan L. Hawkins    on behalf of Interested Party    Avangrid Renewables, LLC, Klondike Wind Power III LLC, and Shiloh I Wind Project LLC bryan.hawkins@stoel.com, Sharon.witkin@stoel.com
        Bryn G. Letsch    on behalf of Interested Party Everett Waining, Jr. bletsch@braytonlaw.com
        C. Luckey McDowell    on behalf of Interested Party    Agua Caliente Solar, LLC Luckey.McDowell@Shearman.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Cameron   Gulden    on behalf of U.S. Trustee    Office of the U.S. Trustee / SF
               cameron.m.gulden@usdoj.gov
              Candace J. Morey    on behalf of Creditor    California Public Utilities Commision cjm@cpuc.ca.gov
              Cara M. Porter    on behalf of Interested Party    California Franchise Tax Board
               Cara.Porter@doj.ca.gov, Taryn.Lovett@doj.ca.gov
              Carissa A. Lynch    on behalf of Interested Party    California Franchise Tax Board
               Carissa.Lynch@ftb.ca.gov, Martha.Gehrig@ftb.ca.gov
              Carl L. Grumer    on behalf of Other Prof.    Carmel Financing, LLC cgrumer@manatt.com,
               mchung@manatt.com
              Carol C. Villegas    on behalf of Attorney    Public Employees Retirement Association of New Mexico
               cvillegas@labaton.com, NDonlon@labaton.com
              Caroline A. Reckler    on behalf of Interested Party    Dynegy Marketing and Trade, LLC
               caroline.reckler@lw.com
              Caroline R. Djang    on behalf of Creditor    City of Lafayette caroline.djang@bbklaw.com,
               Sansanee.wells@bbklaw.com
              Carolyn  Frederick    on behalf of Interested Party    The Mosaic Company cfrederick@prklaw.com
              Catherine   Martin    on behalf of Creditor    Simon Property Group cmartin@simon.com,
               rtucker@simon.com;bankruptcy@simon.com
              Cathy   Yanni    on behalf of Other Prof. Cathy  Yanni cathy@cathyyanni.com, pstrunk@browngreer.com
              Cecily Ann Dumas    on behalf of Creditor Committee    Official Committee of Tort Claimants
               cdumas@bakerlaw.com, hhammonturano@bakerlaw.com
              Chane  Buck    on behalf of stockholders    PG&E Shareholders cbuck@jonesday.com
              Charles  Cording    on behalf of Interested Party    Ad Hoc Group of Subrogation Claim Holders
               ccording@willkie.com, mao@willkie.com
              Charles Scott Penner    on behalf of 3rd Party Plaintiff    AECOM Technical Services, Inc.
               penner@carneylaw.com, caragol@carneylaw.com
              Cheryl L. Stengel    on behalf of Creditor    US Air Conditioning Distributors
               clstengel@outlook.com, stengelcheryl40@gmail.com
              Chris   Bator    on behalf of Creditor Committee    Official Committee of Tort Claimants
               cbator@bakerlaw.com, jmcguigan@bakerlaw.com
              Chris   Johnstone    on behalf of Interested Party    ICE NGX Canada Inc.
               chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com
              Christian A. Pereyda    on behalf of Creditor    Mesa Associates, Inc. CPereyda@maynardcooper.com,
               mshabpareh@maynardcooper.com
              Christina Lin Chen    on behalf of Creditor    MRO Integrated Solutions, LLC
               christina.chen@morganlewis.com, christina.lin.chen@gmail.com
              Christopher  Gessner    on behalf of Creditor    Ad Hoc Committee of Senior Unsecured Noteholders
               of Pacific Gas and Electric Company cgessner@akingump.com, NYMCO@akingump.com
              Christopher E. Prince    on behalf of Interested Party    CH2M HILL Engineers, Inc.
               cprince@lesnickprince.com
              Christopher H. Hart    on behalf of Interested Party    Public Entities Impacted by the Wildfires
               chart@nutihart.com, nwhite@nutihart.com
              Christopher Kwan Shek Wong    on behalf of Creditor    Genesys Telecommunications Laboratories,
               Inc. christopher.wong@arentfox.com
              Christopher L. Young    on behalf of Interested Party    Winding Creek Solar LLC
               cyoung@cairncross.com, nspringstroh@cairncross.com
              Christopher O. Rivas    on behalf of 3rd Party Plaintiff    AECOM Technical Services, Inc.
               crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
              Courtney L. Morgan    on behalf of Creditor    Pension Benefit Guaranty Corporation
               morgan.courtney@pbgc.gov
              Craig  Goldblatt    on behalf of Interested Party    Comcast Cable Communications, LLC
               Craig.Goldblatt@wilmerhale.com, whdocketing@wilmerhale.com
              Craig  Margulies    on behalf of Creditor    Aegion Corporation and its subsidiary entities:
               Corrpro Companies, Inc., Insituform Technologies, LLC and Fibrwrap Construction Services, Inc.
               cmargulies@margulies-law.com, lsalazar@margulies-law.com
              Craig S. Simon    on behalf of Interested Party    American Alternative Insurance Corporation
               csimon@bergerkahn.com, aketcher@bergerkahn.com
              Craig Solomon Ganz    on behalf of Creditor    Discovery Hydrovac ganzc@ballardspahr.com,
               hartt@ballardspahr.com
              Cristina A. Henriquez    on behalf of Creditor    BNP Paribas chenriquez@mayerbrown.com
              Dana M. Andreoli    on behalf of Creditor    Tanforan Industrial Park, LLC dandreoli@steyerlaw.com,
               mterry@steyerlaw.com
              Dania   Slim    on behalf of Creditor    BANK OF AMERICA N.A dania.slim@pillsburylaw.com,
               melinda.hernandez@pillsburylaw.com
              Daniel  Robertson    on behalf of Creditor    Pension Benefit Guaranty Corporation
               robertson.daniel@pbgc.gov, efile@pbgc.gov
              Daniel I. Forman    on behalf of Interested Party    Ad Hoc Group of Subrogation Claim Holders
               dforman@willkie.com
              Dara  Levinson Silveira    on behalf of Debtor    PG&E Corporation dsilveira@kbkllp.com
              Daren M Schlecter    on behalf of Creditor Jesus  Mendoza daren@schlecterlaw.com,
               info@schlecterlaw.com
              Dario  de Ghetaldi    on behalf of Creditor    Fire Victims deg@coreylaw.com, lf@coreylaw.com
              David  Emerzian    on behalf of Creditor    A.J. Excavation Inc. Melany.Hertel@mccormickbarstow.com
              David  Holtzman    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY
               david.holtzman@hklaw.com
              David  Levine    on behalf of Debtor    PG&E Corporation dnl@groom.com
              David  Neier    on behalf of Creditor    CF Inspection Management, LLC dneier@winston.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- David Wirt on behalf of Interested Party Deutsche Bank david.wirt@hklaw.com, denise.harmon@hklaw.com
- David A. Rosenzweig on behalf of Creditor Adventist Health System/West and Feather River Hospital david.rosenzweig@nortonrosefulbright.com, thomas.burns@nortonrosefulbright.com
- David A. Wood on behalf of Creditor SLF Fire Victim Claimants dwood@marshackhays.com, lbuchanan@marshackhays.com
- David B. Levant on behalf of Interested Party Avangrid Renewables, LLC, Klondike Wind Power III LLC, and Shiloh I Wind Project LLC david.levant@stoel.com, rene.alvin@stoel.com
- David B. Rivkin, Jr. on behalf of Creditor Committee Official Committee of Tort Claimants drivkin@bakerlaw.com, jmeeks@bakerlaw.com
- David B. Shemano on behalf of Interested Party East Bay Community Energy Authority dshemano@pwkllp.com
- David I. Kornbluh on behalf of Creditor De Anza Tile Co., Inc. dik@millermorton.com, mhr@millermorton.com
- David J. Richardson on behalf of Creditor Committee Official Committee of Tort Claimants drichardson@bakerlaw.com, aagonzalez@bakerlaw.com
- David L. Neale on behalf of Interested Party California Independent System Operator dln@lnbyb.com
- David M. Feldman on behalf of Creditor Ad Hoc Committee of Holders of Trade Claims DFeldman@gibsondunn.com
- David M. Reeder on behalf of Creditor City of American Canyon david@reederlaw.com, secretary@reederlaw.com
- David M. Stern on behalf of Interested Party NextEra Energy Inc., et al. dstern@ktbslaw.com
- David P. Matthews on behalf of Creditor Fire Victims jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com
- David W. Moon on behalf of Creditor Mizuho Bank, Ltd. lacalendar@stroock.com, mmagzamen@stroock.com
- David Walter Wessel on behalf of Creditor Marina Gelman DWessel@efronlawfirm.com, hporter@chdlawyers.com
- Debra I. Grassgreen on behalf of Creditor Debra Grassgreen dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- Dennis F. Dunne on behalf of Creditor Committee Official Committee Of Unsecured Creditors ddunne@milbank.com, jbrewster@milbank.com
- Dennis F. Dunne on behalf of Interested Party Official Committee Of Unsecured Creditors cprice@milbank.com, jbrewster@milbank.com
- Derrick Talerico on behalf of Creditor Western Electricity Coordinating Council dtalerico@ztlegal.com, sfritz@ztlegal.com
- Diane C. Stanfield on behalf of Creditor Fulcrum Credit Partners LLC diane.stanfield@alston.com, nelly.villaneda@alston.com
- Diane Marger Moore on behalf of Creditor Majesti Mai Bagorio, etc. dmargermoore@baumhedlundlaw.com
- Donald H. Cram, III on behalf of Interested Party HDI Global Specialty SE dhc@severson.com
- Donna Taylor Parkinson on behalf of Creditor Outback Contractors, Inc. donna@parkinsonphinney.com
- Douglas Wolfe on behalf of Creditor ASM Capital X LLC dwolfe@asmcapital.com
- Douglas B. Provencher on behalf of Interested Party Provencher & Flatt dbp@provlaw.com
- Drew M. Widders on behalf of Creditor Molin-Wilcoxen Camp Fire Victims Group dwidders@wilcoxenlaw.com, nina@wilcoxenlaw.com
- Duane Kumagai on behalf of Creditor Mesa Associates, Inc. dkumagai@maynardcooper.com, Mshabpareh@maynardcooper.com
- Duane M. Geck on behalf of Interested Party HDI Global Specialty SE dmg@severson.com
- Dustin M. Dow on behalf of Creditor Committee Official Committee of Tort Claimants ddow@bakerlaw.com, jmcguigan@bakerlaw.com
- Edward J. Leen on behalf of Creditor Jefferies Leveraged Credit Products, LLC eleen@mkbllp.com
- Edward J. Tredinnick on behalf of Creditor City and County of San Francisco etredinnick@greeneradovsky.com
- Edward R. Huguenin on behalf of Creditor K. Hovnanian California Region, Inc., et al ehuguenin@hugueninkahn.com, jguzman@hugueninkahn.com
- Elisa Tolentino on behalf of Creditor City of San Jose cao.main@sanjoseca.gov
- Elizabeth A. Green on behalf of Creditor Committee Official Committee of Tort Claimants egreen@bakerlaw.com, orlbankruptcy@bakerlaw.com
- Elizabeth J. Cabraser on behalf of Creditor Lore Olds ecabraser@lchb.com, awolf@lchb.com
- Elizabeth Lee Thompson on behalf of Interested Party The Okonite Company ethompson@stites.com, docketclerk@stites.com
- Elizabeth M. Guffy on behalf of Creditor Dashiell Corporation eguffy@lockelord.com, autodocket@lockelord.com
- Elliot Adler on behalf of Creditor Mirna Trettevik eadler@theadlerfirm.com, bzummer@theadlerfirm.com
- Elyssa S. Kates on behalf of Creditor Committee Official Committee of Tort Claimants ekates@bakerlaw.com
- Emily P. Rich on behalf of Creditor Engineers and Scientists of California, Local 20, IFPTE erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- Eric A. Grasberger on behalf of Plaintiff JH Kelly, LLC eric.grasberger@stoel.com, docketclerk@stoel.com
- Eric A. Gravink on behalf of Creditor Csaba Wendel Mester eric@rhrc.net
- Eric D. Goldberg on behalf of Creditor Ad Hoc Committee of Unsecured Tort Claimant Creditors eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Eric E. Sagerman   on behalf of Creditor Committee   Official Committee of Tort Claimants esagerman@bakerlaw.com
Eric J. Seiler   on behalf of Interested Party   The Baupost Group, L.L.C. eseiler@fklaw.com, mclerk@fklaw.com
Eric R. Goodman   on behalf of Creditor Committee   Official Committee of Tort Claimants egoodman@bakerlaw.com
Eric R. Wilson   on behalf of Creditor   Kompogas SLO LLC kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com
Eric S. Goldstein   on behalf of Interested Party   Gartner, Inc. egoldstein@goodwin.com
Erica Lee   on behalf of Creditor   California Department of Parks and Recreation Erica.Lee@doj.ca.gov
Erica L. Kerman   on behalf of Interested Party   Ad Hoc Group of Subrogation Claim Holders ekerman@willkie.com
Erika L. Morabito   on behalf of Creditor   Michels Corporation emorabito@foley.com, hsiagiandraughn@foley.com
Erin Elizabeth Dexter   on behalf of Creditor Committee   Official Committee Of Unsecured Creditors edexter@milbank.com
Erin N. Brady   on behalf of Interested Party   Hummingbird Energy Storage, LLC enbrady@jonesday.com
Estela O. Pino   on behalf of Creditor Daniel  Franklin epino@epinolaw.com, rmahal@epinolaw.com
Eve H. Karasik   on behalf of Creditor   Traffic Management, Inc. ehk@lnbyb.com
Evelina Gentry   on behalf of Creditor   Transwestern Pipeline Company, LLC evelina.gentry@akerman.com, rob.diwa@akerman.com
Francis J. Lawall   on behalf of Interested Party   HydroChemPSC lawallf@pepperlaw.com, henrys@pepperlaw.com
Francis O. Scarpulla   on behalf of Creditor   Camp Fire Claimants fos@scarpullalaw.com, cpc@scarpullalaw.com
Frank A. Merola   on behalf of Creditor   JPMorgan Chase Bank, N.A., as DIP Administrative Agent lacalendar@stroock.com, mmagzamen@stroock.com
G. Larry Engel   on behalf of Creditor   Sonoma Clean Power Authority larry@engeladvice.com
Gabriel Ozel   on behalf of Attorney Gabriel  Ozel gabeozel@gmail.com
Gabriel I. Glazer   on behalf of Interested Party   The Baupost Group, L.L.C. gglazer@pszjlaw.com
Gabrielle Glemann   on behalf of Intervenor   Capital Dynamics, Inc. gabrielle.glemann@stoel.com, rene.alvin@stoel.com
Gary D. Underdahl   on behalf of Creditor   Sunbelt Rentals, Inc. gunderdahl@askllp.com, lmiskowiec@askllp.com
Gary M. Kaplan   on behalf of Creditor   Semper Construction, Inc. gkaplan@fbm.com, calendar@fbm.com
Geoffrey A. Heaton   on behalf of Creditor   ArborMetrics Solutions, LLC gheaton@duanemorris.com, dmicros@duanemorris.com
Geoffrey B. Dryvynsyde   on behalf of Creditor   California Public Utilities Commision gbd@cpuc.ca.gov, geoffrey.dryvynsyde@cpuc.ca.gov
Geoffrey E. Marr   on behalf of Creditor Mirna  Trettevik gemarr59@hotmail.com
Geoffrey S. Stewart   on behalf of stockholders   PG&E Shareholders gstewart@jonesday.com, mmelvin@jonesday.com
George H. Kalikman   on behalf of Interested Party   Compass Lexecon, LLC gkalikman@schnader.com, sdavenport@schnader.com
Gerald Singleton   on behalf of Creditor   Ad Hoc Committee of Unsecured Tort Claimant Creditors gerald@slffirm.com, BKECFCANB@SLFfirm.com
Gerald P. Kennedy   on behalf of Creditor   Agile Sourcing Partners, Inc. gerald.kennedy@procopio.com, kristina.terlaga@procopio.com
Gerardo Mijares-Shafai   on behalf of Interested Party   AT&T Corp. Gerardo.Mijares-Shafai@arnoldporter.com, kenneth.anderson@arnoldporter.com
Gregg M. Galardi   on behalf of Interested Party   Elliott Management Corporation gregg.galardi@ropesgray.com
Gregory Plaskett   on behalf of Creditor   Murga, Strange & Chalmers, Inc. GREGORY.PLASKETT@GMAIL.COM, HKHAPPYGRL1@GMAIL.COM
Gregory A. Bray   on behalf of Creditor Committee   Official Committee Of Unsecured Creditors gbray@milbank.com
Gregory A. Rougeau   on behalf of Creditor Gregory  Frase Enterprises, Inc. dba Kortick Manufacturing Company grougeau@brlawsf.com
Gregory C. Nuti   on behalf of Creditor   Butte County gnuti@nutihart.com, nwhite@nutihart.com
Gregory K. Jones   on behalf of Creditor   Elster American Meter Company, LLC GJones@dykema.com, cacossano@dykema.com
Gregory M. Salvato   on behalf of Creditor   International Church of the Foursquare Gospel gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com
Guy L. Watts, II   on behalf of Creditor   Certain Fire Damage Plaintiffs/Claimants Relating to the North Bay Fire Litigation of October 2017 and the Camp Fire Litigation gwatts@wattsguerra.com, cwilson@wattsguerra.com
Hagop T. Bedoyan   on behalf of Creditor   KINGS RIVER WATER ASSOCIATION hbedoyan@kleinlaw.com, ecf@kleinlaw.com
Hannah C. Kreuser   on behalf of Creditor   Burnett & Sons Planing Mill and Lumber Co. hkreuser@porterlaw.com, ooberg@porterlaw.com
Harriet A. Steiner   on behalf of Creditor   Valley Clean Energy Alliance harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com
Harvey S. Schochet   on behalf of Creditor   City of San Jose Harveyschochet@dwt.com
Heinz Binder   on behalf of Creditor   Almendariz Consulting, Inc. heinz@bindermalter.com
Herb Baer    hbaer@primeclerk.com, ecf@primeclerk.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Howard J. Steinberg    on behalf of Interested Party    HercRentals steinbergh@gtlaw.com, pearsallt@gtlaw.com
        Howard S. Nevins    on behalf of Creditor    Performance Contracting, Inc. hnevins@hsmlaw.com
        Hugh M. McDonald    on behalf of Intervenor    Consolidated Edison Development, Inc. hugh.mcdonald@troutman.com, john.murphy@troutman.com
        Hugh M. McDonald    on behalf of Creditor    Consolidated Edison Development, Inc. john.murphy@troutman.com
        Hugh M. Ray, III    on behalf of Creditor    Chevron Products Company a division of Chevron U.S.A. Inc. hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com
        Huonganh Annie Duong    on behalf of Creditor    A.J. Excavation Inc. annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com
        Iain A. Macdonald    on behalf of Creditor    Surf to Snow Environmental Resource Management, Inc. iain@macfern.com, ecf@macfern.com
        Ivan C. Jen    on behalf of Interested Party    Synergy Project Management, Inc. ivan@icjenlaw.com
        J. Eric Ivester    on behalf of Interested Party    Atlantica Yield plc Andrea.Bates@skadden.com
        J. Eric Ivester    on behalf of Intervenor    First Solar, Inc. Eric.Ivester@skadden.com, Andrea.Bates@skadden.com
        J. Noah Hagey    on behalf of Creditor    Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company hagey@braunhagey.com, tong@braunhagey.com
        J. Russell Cunningham    on behalf of Creditor    Baseline 80 Investors, LLC rcunningham@dnlc.net, emehr@dnlc.net
        Jack A. Reitman    on behalf of Plaintiff    Chico Rent-A-Fence srichmond@lgbfirm.com
        Jacob M. Faircloth    on behalf of Creditor    Aztrack Construction Corporation jacob.faircloth@smolsonlaw.com
        Jacob Taylor Beiswenger    on behalf of Interested Party    Department of Finance for the State of California jbeiswenger@omm.com, llattin@omm.com
        Jacquelyn H. Choi    on behalf of Creditor    County of Santa Clara Department of Tax and Collections jchoi@raineslaw.com, bclark@raineslaw.com
        Jae Angela Chun    on behalf of Creditor    Certain Fire Damage Plaintiffs/Claimants Relating to the North Bay Fire Litigation of October 2017 and the Camp Fire Litigation ajc@chun.law, teresa@tosdallaw.com
        Jaime Godin    on behalf of Plaintiff    Allco Renewable Energy Limited Jtouchstone@fddcm.com
        James A. Shepherd    on behalf of Creditor    W. Bradley Electric, Inc. jim@jsheplaw.com, shepIGN@gmail.com
        James C. Behrens    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors jbehrens@milbank.com, mkoch@milbank.com
        James D. Curran    on behalf of Creditor    Liberty Mutual Insurance Company jcurran@wolkincurran.com, dstorms@wolkincurran.com
        James J. Ficenec    on behalf of Creditor    Exponent, Inc. James.Ficenec@ndlf.com, caroline.pfahl@ndlf.com
        James L. Bothwell    on behalf of Creditor    K. Hovnanian California Region, Inc., et al jbothwell@hugueninkahn.com, jguzman@hugueninkahn.com
        James M. Davis    on behalf of Creditor    Certain Fire Damage Plaintiffs/Claimants Relating to the North Bay Fire Litigation of October 2017 and the Camp Fire Litigation jdavis@cglaw.com
        James O. Johnston    on behalf of stockholders    PG&E Shareholders jjohnston@jonesday.com
        James T. Bentley    on behalf of Creditor    Centerbridge Partners, L.P. james.bentley@srz.com, Kelly.Knight@srz.com
        Jamie P. Dreher    on behalf of Creditor    A. Teichert & Son, Inc. d/b/a Teichert Aggregates jdreher@downeybrand.com
        Jan D. Sokol    on behalf of Creditor    Liberty Mutual Insurance Company jdsokol@lawssl.com, dwright@lawssl.com
        Jan M Hayden    on behalf of Creditor    APTIM jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com
        Jane Kim    on behalf of Debtor    PG&E Corporation jkim@kbkllp.com
        Jane Luciano    on behalf of Creditor Jane Luciano jane-luciano@comcast.net
        Jane G. Kearl    on behalf of Creditor    Barnard Pipeline, Inc. jkearl@watttieder.com, jbenton@watttieder.com
        Janet D. Gertz    on behalf of Creditor    PaR Systems, LLC jgertz@btlaw.com, amattingly@btlaw.com
        Jared D. Bissell    on behalf of Creditor    Osmose Utilities Services, Inc. jared.bissell@troutman.com
        Jason Blumberg    on behalf of U.S. Trustee    Office of the U.S. Trustee / SF jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov
        Jason Borg    on behalf of Creditor Grant Smelser jborg@jasonborglaw.com
        Jason C. Rubinstein    on behalf of Interested Party    The Baupost Group, L.L.C. jrubinstein@fklaw.com, mclerk@fklaw.com
        Jason D. Strabo    on behalf of Interested Party    Individual Officers Anthony F. Earley, Jr., Geisha J. Williams, Nickolas Stavropoulos, Julie M. Kane, Christopher P. Johns, Patrick M. Hogan, David Thomason, and Dinyar Mistry jstrabo@mwe.com, shill@mwe.com
        Jason P. Williams    on behalf of Creditor    Clear Blue Insurance Company maryanne@wplgattorneys.com
        Jay M. Ross    on behalf of Interested Party    The City of Oakland jross@hopkinscarley.com, eamaro@hopkinscarley.com
        Jeffrey C. Krause    on behalf of Creditor    Topaz Solar Farms LLC jkrause@gibsondunn.com
        Jeffrey K. Garfinkle    on behalf of Creditor    Henkels & McCoy, Inc. jgarfinkle@buchalter.com
        Jeffrey M. Reisner    on behalf of Creditor    Davey Tree Expert Co., Davey Tree Surgery Co. and Davey Resource Group, Inc. jreisner@irell.com
        Jennifer C. Hayes    on behalf of Creditor    Aggreko jhayes@fhlawllp.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Jennifer L. Mersing   on behalf of Interested Party   Avangrid Renewables, LLC, Klondike Wind Power III LLC, and Shiloh I Wind Project LLC jennifer.mersing@stoel.com,  lisa.petras@stoel.com
Jennifer Machlin Cecil   on behalf of Interested Party   City of San Jose, California JCecil@winston.com,  ECF_SF@winston.com
Jennifer N. Slocum   on behalf of Creditor   Mustang Project Companies jennifer.slocum@stoel.com, docketclerk@stoel.com
Jennifer V. Doran   on behalf of Creditor   Telvent USA, LLC jdoran@hinckleyallen.com
Joana Fang   on behalf of Creditor   Fire Victims jf@kbklawyers.com,  icd@kbklawyers.com
Joel S. Miliband   on behalf of Other Prof. Cathy Yanni jmiliband@brownrudnick.com
John A. Moe, II   on behalf of Interested Party   Capital Power Corporation john.moe@dentons.com, glenda.spratt@dentons.com
John A. Vos   on behalf of Interested Party John A. Vos InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
John B. Coffman   on behalf of Interested Party   AARP john@johncoffman.net
John C. Thornton   on behalf of Creditor   Agajanian, Inc. jct@andrewsthornton.com, aandrews@andrewsthornton.com
John D. Fiero   on behalf of Creditor   TRC Companies, Inc. jfiero@pszjlaw.com, ocarpio@pszjlaw.com
John E. Lattin   on behalf of Creditor David Alonzo jlattin@ostergar.com,  cslovenec@ostergar.com
John H. MacConaghy   on behalf of Creditor Committee   Official Committee of Tort Claimants macclaw@macbarlaw.com,  smansour@macbarlaw.com;kmuller@macbarlaw.com
John Leland Murphree   on behalf of Creditor   Mesa Associates, Inc. LMurphree@maynardcooper.com, mshabpareh@maynardcooper.com
John P. Dillman   on behalf of Creditor   Harris County houston_bankruptcy@publicans.com
John R. Rizzardi   on behalf of Interested Party   Winding Creek Solar LLC kcoselman@cairncross.com,  tnguyen@cairncross.com
John William Lucas   on behalf of Interested Party   The Baupost Group, L.L.C. jlucas@pszjlaw.com, ocarpio@pszjlaw.com
Jon T. Givens   on behalf of Creditor   Wildfire Class Claimants givensjt@gmail.com, cwilson@wattsguerra.com
Jonathan Forstot   on behalf of Creditor   Consolidated Edison Development, Inc. john.murphy@troutman.com
Jonathan Forstot   on behalf of Intervenor   Consolidated Edison Development, Inc. jonathan.forstot@troutman.com,  john.murphy@troutman.com
Jonathan Hughes   on behalf of Interested Party   AT&T Corp. jane.rustice@aporter.com
Jonathan A. Loeb   on behalf of Creditor   Sabre Industries, Inc. jon.loeb@bingham.com
Jonathan C. Sanders   on behalf of Interested Party   Board of PG&E Corporation jsanders@stblaw.com
Jonathan D. Waisnor   on behalf of Interested Party   Ad Hoc Group of Subrogation Claim Holders jwaisnor@willkie.com,  mao@willkie.com
Jonathan R. Doolittle   on behalf of Creditor   BP Energy Company jdoolittle@reedsmith.com
Jorian L. Rose   on behalf of Creditor Committee   Official Committee of Tort Claimants jrose@bakerlaw.com
Joseph Sorkin   on behalf of Creditor   Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company jsorkin@akingump.com,  NYMCO@akingump.com
Joseph West   on behalf of Creditor   International Church of the Foursquare Gospel westjoseph@earthlink.net,  josephw998@gmail.com
Joseph A. Eisenberg   on behalf of Creditor   The Act 1 Group, Inc. JAE1900@yahoo.com
Joseph G. Minias   on behalf of Interested Party   Ad Hoc Group of Subrogation Claim Holders jminias@willkie.com
Joseph Kyle Feist   on behalf of Creditor   Fire Victims jfeistesq@gmail.com, info@norcallawgroup.net
Joseph M. Esmont   on behalf of Creditor Committee   Official Committee of Tort Claimants jesmont@bakerlaw.com
Joseph M. Welch   on behalf of Creditor   Bradley Tanks, Inc. jwelch@buchalter.com, dcyrankowski@buchalter.com
Joseph R. Lucia   on behalf of Creditor   Fire Victims PersonallnjuryGroup@RLSlawyers.com
Joshua D. Morse   on behalf of Creditor   Ad Hoc Committee of Unsecured Tort Claimant Creditors Joshua.Morse@dlapiper.com
Joshua M. Mester   on behalf of stockholders   PG&E Shareholders jmester@jonesday.com
Judith A. Descalso   on behalf of Creditor   CM Distributors, Inc. jad_9193@ecf.courtdrive.com
Julie E. Oelsner   on behalf of Attorney c/o Julie E. Oelsner   Intech Mechanical, Inc. joelsner@weintraub.com,  bjennings@weintraub.com
Julie H. Rome-Banks   on behalf of Creditor   Thunderbird Mobile Home Park julie@bindermalter.com
Justin E. Rawlins   on behalf of Creditor   CF Inspection Management, LLC justinrawlins@paulhastings.com
Karen J. Chedister   on behalf of Creditor   GER Hospitality, LLC kchedister@h-jlaw.com
Katharine Malone   on behalf of Intervenor   Southern Power Company malonek@gtlaw.com
Katherine Kohn   on behalf of Debtor   PG&E Corporation kkohn@groom.com,  ashahinllari@groom.com
Katherine Rose Catanese   on behalf of Interested Party   CoreLogic Solutions, LLC kcatanese@foley.com
Kathryn E. Barrett   on behalf of Creditor   TURN-The Utility Reform Network keb@svlg.com, amt@svlg.com
Kathryn S. Diemer   on behalf of Interested Party   Ad Hoc Group of Subrogation Claim Holders kdiemer@diemerwei.com
Kathryn S. Diemer   on behalf of Plaintiff   Ad Hoc Group of Subrogation Claim Holders kdiemer@diemerwhitman.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- Keith C. Owens on behalf of Creditor Microsoft Corporation kowens@venable.com, bclark@venable.com;khoang@venable.com
- Keith J. Cunningham on behalf of Interested Party California Department of Water Resources kcunningham@pierceatwood.com, rkelley@pierceatwood.com
- Keith J. Cunningham on behalf of Interested Party California Independent System Operator rkelley@pierceatwood.com
- Kelly V. Knight on behalf of Creditor Centerbridge Partners, L.P. kelly.knight@srz.com
- Kenneth Pasquale on behalf of Creditor Mizuho Bank, Ltd. mlaskowski@stroock.com
- Kenneth T. Law on behalf of Creditor METRICSTREAM, INC. klaw@bbslaw.com
- Kerri Lyman on behalf of Creditor Davey Tree Expert Co., Davey Tree Surgery Co. and Davey Resource Group, Inc. klyman@irell.com
- Kesha Tanabe on behalf of Creditor Cedar Glade LP kesha@tanabelaw.com
- Kevin Chiu on behalf of Interested Party Centaurus Capital LP kevin.chiu@bakerbotts.com, rory.fontenla@bakerbotts.com
- Kevin Montee on behalf of Creditor Nearon Sunset, LLC kmontee@monteeassociates.com
- Kevin G. Collins on behalf of Interested Party Miller Pipeline, LLC kevin.collins@btlaw.com
- Kevin M. Eckhardt on behalf of Interested Party DTE Stockton, LLC keckhardt@hunton.com, candonian@huntonak.com
- Kimberly S. Fineman on behalf of Creditor Association of California Water Agencies Joint Powers Insurance Authority kfineman@nutihart.com, nwhite@nutihart.com
- Kimberly S. Morris on behalf of Creditor Committee Official Committee of Tort Claimants kmorris@bakerlaw.com, tpetre@bakerlaw.com
- Kimberly S. Winick on behalf of Interested Party California Community Choice Association kwinick@clarktrev.com, knielsen@clarktrev.com
- Kinga Wright on behalf of Creditor Dashiell Corporation kinga.wright@lockelord.com, autodocket@lockelord.com
- Kirsten A. Worley on behalf of Creditor Ballard Marine Construction, Inc. kw@wlawcorp.com, admin@wlawcorp.com
- Kizzy L. Jarashow on behalf of Creditor MassMutual Life Insurance Company KJarashow@goodwinlaw.com, AFraticelliLouallen@goodwinlaw.com
- Kody D. L. Kleber on behalf of Creditor Committee Official Committee of Tort Claimants kkleber@bakerlaw.com, dmartinez@bakerlaw.com
- Krista M. Enns on behalf of Creditor ACRT, Inc. kenns@beneschlaw.com
- Kristine Theodesia Takvoryan on behalf of Creditor SOLON ktakvoryan@ckrlaw.com
- Kristopher M. Hansen on behalf of Creditor JPMorgan Chase Bank, N.A., as DIP Administrative Agent dmohamed@stroock.com, mmagzamen@stroock.com
- Lacey E. Rochester on behalf of Creditor APTIM lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com
- Laila Masud on behalf of Creditor SLF Fire Victim Claimants lmasud@marshackhays.com, lmasud@ecf.courtdrive.com
- Larry W. Gabriel on behalf of Interested Party Itron, Inc. lgabriel@bg.law, nfields@bg.law
- Lars H. Fuller on behalf of Creditor Committee Official Committee of Tort Claimants lfuller@bakerlaw.com
- Lary Alan Rappaport on behalf of Interested Party Ad Hoc Group of Institutional Bondholders of Pacific Gas and Electric Co. lrappaport@proskauer.com, PHays@proskauer.com
- Lauren Kramer on behalf of Creditor North American Fence & Railing, Inc. lkramer@rjo.com
- Lauren T. Attard on behalf of Creditor Committee Official Committee of Tort Claimants lattard@bakerlaw.com, agrosso@bakerlaw.com
- Laurence M. Rosen on behalf of Interested Party Vataj Plaintiffs and the Class lrosen@rosenlegal.com, zstanco@rosenlegal.com
- Laurie Hager on behalf of Interested Party Wilson Construction Company lhager@sussmanshank.com
- Leah E. Capritta on behalf of Defendant Tiger Natural Gas, Inc. leah.capritta@hklaw.com, lori.labash@hklaw.com
- Leonard M. Shulman on behalf of Interested Party Cushman & Wakefield, Inc. lshulman@shbllp.com
- Liam K. Malone on behalf of Creditor Level-It Installations, Ltd. malone@oles.com, shahin@oles.com
- Lillian G. Stenfeldt on behalf of Interested Party certain Retiree Claimants lillian.stenfeldt@rimonlaw.com, jon.arneson@sedgwicklaw.com
- Lillian G. Stenfeldt on behalf of Creditor Pivot Interiors, Inc. lillian.stenfeldt@sdma.com, jon.arneson@sedgwicklaw.com
- Lindsey E. Kress on behalf of Creditor California Insurance Guarantee Association lkress@lockelord.com, autodocket@lockelord.com
- Lindsi M. Weber on behalf of Creditor Dignity Health and its Affiliates lweber@polsinelli.com, yderac@polsinelli.com
- Lisa Lenherr on behalf of Creditor Peninsula Corridor Joint Powers Board llenherr@wendel.com, bankruptcy@wendel.com
- Lisa Schweitzer on behalf of Interested Party BlueMountain Capital Management, LLC lschweitzer@cgsh.com
- Lisa S. Gast on behalf of Interested Party City of Santa Clara lsg@dwgp.com, lmk@dwgp.com
- Louis Gottlieb on behalf of Interested Party Public Employees Retirement Association of New Mexico Lgottlieb@labaton.com, mpenrhyn@labaton.com
- Louis J. Cisz, III on behalf of Interested Party California Self-Insurers' Security Fund lcisz@nixonpeabody.com
- Lovee Sarenas on behalf of Creditor RE Astoria LLC Lovee.sarenas@lewisbrisbois.com
- Luke N. Eaton on behalf of Creditor Burns & McDonnell Engineering Company, Inc. eatonl@pepperlaw.com, monugiac@pepperlaw.com
- Lydia Vanessa Ko on behalf of Creditor Athanasia Vlazkis Lyko@stonelawoffice.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Lynette C. Kelly    on behalf of U.S. Trustee    Office of the U.S. Trustee / SF ustpregion17.oa.ecf@usdoj.gov

M. David Minnick    on behalf of Creditor    BANK OF AMERICA N.A dminnick@pillsburylaw.com, docket@pillsburylaw.com

M. Ryan Pinkston    on behalf of Creditor    Turner Construction Company rpinkston@seyfarth.com, jmcdermott@seyfarth.com

Manuel Corrales, Jr.    on behalf of Creditor Barbara  Zelmer mannycorrales@yahoo.com, hcskanchy@hotmail.com

Marc Kieselstein    on behalf of Interested Party    Federal Monitor carrie.oppenheim@kirkland.com

Marc A. Levinson    on behalf of Creditor    CCP Credit Acquisition Holdings, L.L.C. Malevinson@orrick.com, casestream@ecf.courtdrive.com

Margarita Padilla    on behalf of Interested Party    California Department of Toxic Substances Control Margarita.Padilla@doj.ca.gov

Mario R. Nicholas    on behalf of Plaintiff    JH Kelly, LLC mario.nicholas@stoel.com, cherie.clark@stoel.com

Mark Bostick    on behalf of Other Prof. Michael G. Kasolas mbostick@wendel.com, bankruptcy@wendel.com

Mark A. Gorton    on behalf of Attorney Mark  Gorton mgorton@boutininc.com, cdomingo@boutininc.com

Mark A. Gorton    on behalf of Creditor    Sonoma Clean Power Authority mgorton@boutinjones.com, cdomingo@boutininc.com

Mark D. Plevin    on behalf of Interested Party    Renaissance Reinsurance Ltd. mplevin@crowell.com

Mark D. Poniatowski    on behalf of Creditor    Holt of California ponlaw@ponlaw.com

Mark E. Felger    on behalf of Creditor    Liberty Mutual Insurance Company mfelger@cozen.com

Mark V. Isola    on behalf of Creditor    MDR INC. dba ACCU-BORE DIRECTIONAL DRILLING mvi@sbj-law.com

Marsha Houston    on behalf of 3rd Party Plaintiff    AECOM Technical Services, Inc. mhouston@reedsmith.com, hvalencia@reedsmith.com

Marta Villacorta    on behalf of U.S. Trustee    Office of the U.S. Trustee / SF marta.villacorta@usdoj.gov

Mary Ellmann Tang    on behalf of Creditor Cristina  Mendoza mtang@frenchlyontang.com, nblackwell@frenchlyontang.com

Mary H. Kim    on behalf of Interested Party    State Farm Mutual Automobile Insurance Company Mary.Kim@dechert.com, brett.stone@dechert.com

Matthew Heyn    on behalf of Creditor    California Governor's Office of Emergency Services matthew.heyn@doj.ca.gov

Matthew A. Feldman    on behalf of Interested Party    Ad Hoc Group of Subrogation Claim Holders mfeldman@willkie.com

Matthew A. Gold    on behalf of Creditor    Argo Partners courts@argopartners.net

Matthew A. Lesnick    on behalf of Interested Party    CH2M HILL Engineers, Inc. matt@lesnickprince.com, jmack@lesnickprince.com

Matthew D. McGill    on behalf of Creditor    Ad Hoc Committee of Holders of Trade Claims MMcGill@gibsondunn.com

Matthew D. Metzger    on behalf of Creditor Dan  Clarke belvederelegalecf@gmail.com

Matthew Hampton Foushee    on behalf of Interested Party    Hummingbird Energy Storage, LLC hampton.foushee@hoganlovells.com, hfoushee@gmail.com

Matthew Jon Olson    on behalf of Interested Party Wendy A. Nathan matt@macfern.com, stell.laura@dorsey.com

Matthew Jordan Troy    on behalf of Creditor    United States of America matthew.troy@usdoj.gov

Matthew K. Kelsey    on behalf of Creditor    Ad Hoc Committee of Holders of Trade Claims mkelsey@gibsondunn.com

Matthew Ryan Klinger    on behalf of Creditor    CitiGroup Financial Products Inc. mklinger@sheppardmullin.com, DGatmen@sheppardmullin.com

Matthew W. Grimshaw    on behalf of Creditor    Certain Post-Petition Tort and Fire Claimants matt@grimshawlawgroup.com, ecfmarshackhays@gmail.com

Meagan S. Tom    on behalf of Creditor    International Brotherhood of Electrical Workers Local Union 1245 Meagan.tom@lockelord.com, autodocket@lockelord.com

Melissa C. McLaughlin    on behalf of Creditor    Micro Focus Software LLC mcmclaughlin@venable.com, ataylor@venable.com

Melissa T. Ngo    on behalf of Creditor    Pension Benefit Guaranty Corporation ngo.melissa@pbgc.gov, efile@pbgc.gov

Merle C. Meyers    on behalf of Creditor E.  R., a Minor mmeyers@mlg-pc.com

Michael Lauter    on behalf of Creditor    CitiGroup Financial Products Inc. mlauter@sheppardmullin.com

Michael Rogers    on behalf of Creditor    William Kreysler & Associates, Inc. mrogers@lambertrogers.com, jan@lambertrogers.com

Michael St. James    on behalf of Interested Party    Garcia and Associates ecf@stjames-law.com

Michael Tye    on behalf of Creditor    United States of America Michael.Tye@usdoj.gov

Michael A. Isaacs    on behalf of Creditor    Southwire Company, LLC Michael.Isaacs@dentons.com, Alissa.Worthing@dentons.com

Michael B. Lubic    on behalf of Creditor    CN Utility Consulting, Inc. michael.lubic@klgates.com

Michael C. Fallon    on behalf of Creditor    Ahlborn Fence & Steel, Inc manders@fallonlaw.net

Michael D. Breslauer    on behalf of Creditor    Righetti Ranch LP and Righetti NC, LLC mbreslauer@ecf.courtdrive.com, wyones@swsslaw.com

Michael G. Kasolas    trustee@kasolas.net, CA30@ecfcbis.com,ecf.alert+Kasolas@titlexi.com

Michael H. Strub    on behalf of Interested Party    BlueMountain Capital Management, LLC mstrub@irell.com, mhstrub1@gmail.com

Michael I. Gottfried    on behalf of Creditor    Chico Rent-A-Fence MGottfried@elkinskalt.com, AAburto@elkinskalt.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- Michael J. Gomez   on behalf of Creditor   Lyles Utility Construction, LLC mgomez@frandzel.com, dmoore@frandzel.com
- Michael K. Slattery   on behalf of Creditor   Ad Hoc California Public Entites Committee mslattery@lkfirm.com, rramirez@lkfirm.com
- Michael P. Esser   on behalf of Interested Party   Calpine Corporation michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com
- Michael R. Hogue   on behalf of Creditor   Cardno, Inc. hoguem@gtlaw.com, navarrom@gtlaw.com
- Michael S. Etkin   on behalf of Interested Party   Public Employees Retirement Association of New Mexico metkin@lowenstein.com
- Michael S. Myers   on behalf of Creditor   Discovery Hydrovac myersms@ballardspahr.com
- Michael S. Neumeister   on behalf of Creditor   Ad Hoc Committee of Holders of Trade Claims MNeumeister@gibsondunn.com
- Michael Thomas Krueger   on behalf of Creditor   ERM-West, Inc. michael.krueger@ndlf.com, Havilyn.lee@ndlf.com
- Michael W. Goodin   on behalf of Creditor   XL Insurance America, Inc., etc. mgoodin@clausen.com, mgenova@clausen.com
- Michael W. Malter   on behalf of Creditor   ChargePoint, Inc. michael@bindermalter.com
- Michele Ellison   on behalf of Creditor   Camblin Steel Service, Inc. mellison@gibbsgiden.com, lrochelle@gibbsgiden.com
- Mikal C. Watts   on behalf of Creditor   Certain Fire Damage Plaintiffs/Claimants Relating to the North Bay Fire Litigation of October 2017 and the Camp Fire Litigation mcwatts@wattsguerra.com, cwilson@wattsguerra.com
- Mirco J. Haag   on behalf of Creditor   Bradley Tanks, Inc. mhaag@buchalter.com, dcyrankowski@buchalter.com
- Miriam E. Hiser   on behalf of Creditor   Imerys Filtration Minerals, Inc., f/k/a Imerys Minerals California, Inc. mhiser@hiserlaw.com
- Mitchell B. Greenberg   on behalf of Creditor   Fire Victims mgreenberg@abbeylaw.com, mmeroney@abbeylaw.com
- Monique Jewett-Brewster   on behalf of Interested Party   The City of Oakland mjb@hopkinscarley.com, eamaro@hopkinscarley.com
- Monique D. Almy   on behalf of Creditor   Nexant Inc. malmy@crowell.com
- Morgan R. Hirst   on behalf of stockholders   PG&E Shareholders mhirst@jonesday.com, mmelvin@jonesday.com
- Nancy Mitchell   on behalf of Interested Party   Department of Finance for the State of California nmitchell@omm.com
- Nanette D. Sanders   on behalf of Creditor   Certain Fire Damage Plaintiffs/Claimants Relating to the North Bay Fire Litigation of October 2017 and the Camp Fire Litigation nanette@ringstadlaw.com, becky@ringstadlaw.com
- Natalie Kathleen Sanders   on behalf of Interested Party   Black & Veatch Construction, Inc. natalie.sanders@bakerbotts.com
- Nathan A. Schultz   on behalf of Creditor   MassMutual Life Insurance Company nschultz@goodwinlaw.com, kjarashow@goodwinlaw.com
- Nathan Q. Rugg   on behalf of Interested Party   Adler Tank Rental and Mobile Modular nathan.rugg@bfkn.com, jean.montgomery@bfkn.com
- Neil Jon Bloomfield   on behalf of Creditor   American Construction and Supply Inc. njbloomfield@njblaw.com, gklump@njblaw.com
- Nicholas Wagner   on behalf of Creditor   Fire Victims kschemen@wagnerjones.com, bwagner@wagnerjones.com
- Nicholas A. Carlin   on behalf of Creditor Anthony Gantner nac@phillaw.com, rac@phillaw.com
- Nicolas De Lancie   on behalf of Interested Party   SummerHill Homes, LLC ndelancie@jmbm.com
- Nicole M. Zeiss   on behalf of Interested Party   Public Employees Retirement Association of New Mexico nzeiss@labaton.com
- Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov
- Omeed Latifi   on behalf of Creditor Mirna Trettevik olatifi@theadlerfirm.com, kdeubler@theadlerfirm.com
- Oren Buchanan Haker   on behalf of Interested Party   Avangrid Renewables, LLC, Klondike Wind Power III LLC, and Shiloh I Wind Project LLC oren.haker@stoel.com, rene.alvin@stoel.com
- Ori Katz   on behalf of Interested Party   PG&E Holdco Group okatz@sheppardmullin.com, LSegura@sheppardmullin.com
- Oscar Garza   on behalf of Other Prof.   Centerview Partners LLC ogarza@gibsondunn.com
- Paige Boldt   on behalf of Creditor   Certain Fire Damage Plaintiffs/Claimants Relating to the North Bay Fire Litigation of October 2017 and the Camp Fire Litigation pboldt@wattsguerra.com, cwilson@wattsguerra.com
- Pamela Allen   on behalf of Interested Party   California Department of Industrial Relations pallen@dir.ca.gov
- Patricia Savage   on behalf of Creditor Ashley Duitsman psavesq@gmail.com, jodi.savage@gmail.com
- Patrick C. Maxcy   on behalf of Interested Party   Horace Mann Property & Casualty Insurance Company patrick.maxcy@snrdenton.com
- Paul F. Ready   on behalf of Creditor Sarah Pazdan smeyer@farmerandready.com
- Paul H. Zumbro   on behalf of Debtor   PG&E Corporation mao@cravath.com
- Paul J. Laurin   on behalf of Interested Party   Energy Systems Group, LLC plaurin@btlaw.com, slmoore@btlaw.com
- Paul J. Leeds   on behalf of Creditor   Garade LLC leedsp@higgslaw.com
- Paul J. Pascuzzi   on behalf of Creditor   35th District Agricultural Association ppascuzzi@ffwplaw.com, docket@ffwplaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Paul M. Rosenblatt    on behalf of Creditor    Oldcastle Infrastructure, Inc. f/k/a Oldcastle Precast, Inc. and affiliates prosenblatt@kilpatricktownsend.com, mwilliams@kilpatricktownsend.com
          Paul R. Gaus    on behalf of Creditor    Tim Messer Construction Inc. paul.gaus@mccormickbarstow.com
          Paul R. Glassman    on behalf of Creditor    Johnson Controls, Inc. pglassman@sycr.com
          Peter Friedman    on behalf of Interested Party    Department of Finance for the State of California pfriedman@omm.com
          Peter Meringolo    on behalf of Creditor    Mount Veeder Springs LLC peter@pmrklaw.com
          Peter C. Califano    on behalf of Creditor    CALAVERAS TELEPHONE COMPANY pcalifano@cwclaw.com
          Peter J. Benvenutti    on behalf of 3rd Pty Defendant    Pacific Gas and Electric Company pbenvenutti@kbkllp.com
          Peter R. Boutin    on behalf of Creditor    Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility peter.boutin@kyl.com, lara.joel@kyl.com
          Peter S. Munoz    on behalf of Creditor    Lodi Gas Storage, L.L.P. pmunoz@reedsmith.com, gsandoval@reedsmith.com
          Peter S. Partee, Sr.    on behalf of Creditor    Potrero Hills Energy Producers, LLC ppartee@huntonak.com, candonian@huntonak.com
          Philip S. Warden    on behalf of Creditor    Chevron Products Company a division of Chevron U.S.A. Inc. philip.warden@pillsburylaw.com, kathy.stout@pillsburylaw.com
          Phillip K. Wang    on behalf of Creditor    Pivot Interiors, Inc. phillip.wang@rimonlaw.com
          R. Alexander Pilmer    on behalf of Interested Party    Federal Monitor alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
          R. Dale Ginter    on behalf of Creditor    Emmerson Investments, Inc. dginter@downeybrand.com
          Randy Michelson    on behalf of Defendant    Public Employees Retirement Association of New Mexico randy.michelson@michelsonlawgroup.com
          Randye B. Soref    on behalf of Creditor    Dignity Health and its Affiliates rsoref@polsinelli.com
          Rebecca Suarez    on behalf of Intervenor    KES Kingsburg, L.P. rsuarez@crowell.com
          Rebecca J. Winthrop    on behalf of Creditor    Adventist Health System/West and Feather River Hospital rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonrosefulbright.com
          Rhonda Stewart Goldstein    on behalf of Creditor    The Regents of the University of California Rhonda.Goldstein@ucop.edu, Lissa.Ly@ucop.edu
          Richard A. Chesley    on behalf of Other Prof.    FTI Consulting, Inc. richard.chesley@dlapiper.com, bill.countryman@dlapiper.com
          Richard A. Lapping    on behalf of Creditor    GER Hospitality, LLC rich@trodellalapping.com
          Richard A. Marshack    on behalf of Creditor    SLF Fire Victim Claimants rmarshack@marshackhays.com, rmarshack@ecf.courtdrive.com
          Richard H. Golubow    on behalf of Creditor    Hoffman Southwest Corp. rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com
          Richard L. Antognini    on behalf of Requestor Richard Lawrence Antognini rlalawyer@yahoo.com, hallonaegis@gmail.com
          Richard L. Gallagher    on behalf of Interested Party    Elliott Management Corporation richard.gallagher@ropesgray.com
          Richard W. Esterkin    on behalf of Creditor    ARG Contact LLC richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com
          Riley C. Walter    on behalf of Attorney    Aera Energy LLC ecf@W2LG.com
          Risa Lynn Wolf-Smith    on behalf of Creditor    Diablo Winds, LLC rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com
          Robert Berens    on behalf of Creditor    XL Specialty Insurance Company rberens@smtdlaw.com, sr@smtdlaw.com
          Robert Sahyan    on behalf of Interested Party    Columbus Hill Capital Management, L.P. rsahyan@sheppardmullin.com, JNakaso@sheppardmullin.com
          Robert A. Julian    on behalf of Creditor Committee    Official Committee of Tort Claimants rjulian@bakerlaw.com, hhammonturano@bakerlaw.com
          Robert B. Kaplan    on behalf of Creditor Peter Ouborg rbk@jmbm.com
          Robert G. Harris    on behalf of Creditor    Almendariz Consulting, Inc. rob@bindermalter.com
          Robert N.H. Christmas    on behalf of Interested Party    California Self-Insurers' Security Fund rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
          Robert T. Kugler    on behalf of Creditor    Public Advocates Office at the California Public Utilities Commission robert.kugler@stinson.com
          Roberto J. Kampfner    on behalf of Interested Party    San Diego Gas & Electric Company rkampfner@whitecase.com, mco@whitecase.com
          Rodney Allen Morris    on behalf of Creditor    United States of America Rodney.Morris2@usdoj.gov
          Roger F. Friedman    on behalf of Creditor    ARB, Inc. rfriedman@rutan.com, csolorzano@rutan.com
          Ronald F. Berestka, Jr.    on behalf of Creditor George Vlazakis rberestka@stonelawoffice.com, csepulveda@stonelawoffice.com
          Ronald S. Beacher    on behalf of Creditor    SPCP Group, LLC rbeacher@pryorcashman.com
          Ryan A. Witthans    on behalf of Creditor    Nor-Cal Pipeline Services rwitthans@fhlawllp.com
          Samuel A. Khalil    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors skhalil@milbank.com, jbrewster@milbank.com
          Samuel A. Newman    on behalf of Creditor    McKinsey & Company, Inc. U.S. sam.newman@sidley.com, laefilingnotice@sidley.com
          Samuel M. Kidder    on behalf of Interested Party    NextEra Energy Inc., et al. skidder@ktbslaw.com
          Samuel R. Maizel    on behalf of Creditor    Southwire Company, LLC samuel.maizel@dentons.com, alicia.aguilar@dentons.com
          Sblend A. Sblendorio    on behalf of Interested Party    Wilson Construction Company sas@hogefenton.com
          Scott Esbin    on behalf of Creditor    SPCP Group, LLC sesbin@esbinalter.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Scott Lee on behalf of Creditor RE Astoria LLC scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com

Scott Olson on behalf of Creditor Interstate Fire & Casualty Company solson@vedderprice.com, nortega@vedderprice.com

Scott H. McNutt on behalf of Examiner Bruce A Markell SMcNutt@ml-sf.com, csnell@ml-sf.com

Sean Nolan on behalf of Creditor Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company snolan@akingump.com, NYMCO@akingump.com

Sean T. Higgins on behalf of Creditor Agajanian, Inc. aandrews@andrewsthornton.com, shiggins@andrewsthornton.com

Shane Huang on behalf of Defendant Federal Energy Regulatory Commission shane.huang@usdoj.gov

Shawn M. Christianson on behalf of Creditor Oracle America, Inc. schristianson@buchalter.com

Shmuel Vasser on behalf of Interested Party State Farm Mutual Automobile Insurance Company shmuel.vasser@dechert.com, brett.stone@dechert.com

Shounak S. Dharap on behalf of Creditor Enrique Guzman ssd@arnslaw.com, mec@arnslaw.com

Stacey C. Quan on behalf of Creditor Tanforan Industrial Park, LLC squan@steyerlaw.com, pspencer@steyerlaw.com

Stacy H. Rubin on behalf of Creditor Realty Income Corporation rubins@ballardspahr.com, BKTDocket_West@ballardspahr.com

Stephen D. Finestone on behalf of Creditor Aggreko sfinestone@fhlawllp.com

Stephen E. Hessler, P.C. on behalf of Interested Party Federal Monitor jozette.chong@kirkland.com

Steven G. Polard on behalf of Creditor Creative Ceilings, Inc. spolard@eisnerlaw.com

Steven J. Reisman on behalf of Interested Party Lazard Freres & Co. LLC sreisman@katten.com, nyc.bknotices@kattenlaw.com

Steven J. Skikos on behalf of Creditor Tommy Wehe sskikos@skikos.com, mmontoya@skikos.com

Steven M. Campora on behalf of Creditor Chippewa Pest Control, Inc. scampora@dbbwc.com, nlechuga@dbbwc.com

Steven M. Olson on behalf of Attorney Steven M. Olson smo@smolsonlaw.com

Stuart G. Gross on behalf of Creditor San Francisco Herring Association sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com

Sunny S. Sarkis on behalf of Counter-Defendant JH Kelly, LLC sunny.sarkis@stoel.com, dawn.forgeur@stoel.com

Tacie H. Yoon on behalf of Interested Party Renaissance Reinsurance Ltd. tyoon@crowell.com

Tambra Curtis on behalf of Creditor Sonoma County tambra.curtis@sonoma-county.org, Kristin.whalley@sonoma-county.org

Tanya Behnam on behalf of Creditor MRC Opportunities Fund I LP - Series C tbehnam@polsinelli.com, tanyabehnam@gmail.com

Thomas Melone on behalf of Interested Party Allco Finance Limited & Subsidiaries Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com

Thomas B. Rupp on behalf of 3rd Pty Defendant Pacific Gas and Electric Company trupp@kbkllp.com

Thomas C. Mitchell on behalf of Creditor EDF Renewables, Inc. tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com

Thomas E. McCurnin on behalf of Interested Party City of Morgan Hill tmccurnin@bkolaw.com, kescano@bkolaw.com

Thomas F. Koegel on behalf of Creditor AT&T Corp. tkoegel@crowell.com

Thomas G. Mouzes on behalf of Creditor Sonoma Clean Power Authority tmouzes@boutinjones.com, cdomingo@boutininc.com

Thomas M. Gaa on behalf of Creditor SALESFORCE.COM, INC. tgaa@bbslaw.com

Thomas R. Kreller on behalf of Attorney Milbank LLP tkreller@milbank.com

Thomas R. Phinney on behalf of Creditor Amador Water Agency tom@parkinsonphinney.com

Tiffany Strelow Cobb on behalf of Creditor Nuance Communications, Inc. tscobb@vorys.com

Timothy M. Flaherty on behalf of Creditor Petro-Canada America Lubricants, Inc. tflaherty@mpplaw.com

Timothy S. Laffredi on behalf of U.S. Trustee Office of the U.S. Trustee / SF timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov

Tobias S. Keller on behalf of Debtor PG&E Corporation tkeller@kbkllp.com

Todd Dressel on behalf of Interested Party Dominion Energy, Inc. tdressel@mcguirewoods.com, JTabisaura@mcguirewoods.com

Tracy Green on behalf of Creditor Quest Diagnostics Health & Wellness LLC tgreen@wendel.com, bankruptcy@wendel.com

Tracy L. Mainguy on behalf of Creditor Engineers and Scientists of California, Local 20, IFPTE tmainguy@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net

Tyson Arbuthnot on behalf of Interested Party ACCO Engineered Systems, Inc. tarbuthnot@rjo.com, jyeung@rjo.com

Valerie Bantner Peo on behalf of Creditor Bradley Tanks, Inc. vbantnerpeo@buchalter.com

Victor A. Vilaplana on behalf of Creditor Michels Corporation vavilaplana@foley.com, rhurst@foley.com

W. Steven Bryant on behalf of Creditor International Brotherhood of Electrical Workers Local Union 1245 molly.batiste-debose@lockelord.com

Wayne A. Silver on behalf of Creditor Lewis & Tibbitts, Inc. w_silver@sbcglobal.net, ws@waynesilverlaw.com

William L. Porter on behalf of Creditor New West Partitions bporter@porterlaw.com, Ooberg@porterlaw.com

William M. Kaufman on behalf of Creditor Daleo Inc. wkaufman@smwb.com

William S. Lisa on behalf of Interested Party California Self-Insurers' Security Fund wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
    William Thomas Lewis    on behalf of Interested Party    Fremont Bank wtl@roblewlaw.com, kimwrenn@msn.com
    Xiyi  Fu    on behalf of Creditor    Quanta Energy Services LLC jackie.fu@lockelord.com, taylor.warren@lockelord.com
    Yosef  Peretz    on behalf of Creditor Cara  Feneis skim@peretzlaw.com
                                                                      TOTAL: 518



Signed and Filed: June 3, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>   - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>   Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered |

### ORDER DENYING MOTION

Pro Se Creditor Mary Wallace filed an Emergency Motion to Allow Pro Per Litigant Mary Wallace Time to Examine Dockets (dkt. #7652) (the "Motion). Debtors filed an opposition (dkt. #7671). The court addressed the matter with Ms. Wallace during the court's ongoing confirmation trial for Debtors' plan of reorganization on June 1, 2020.

Good cause appearing, and for the reasons stated on the record at that hearing, the court hereby DENIES the Motion.

**\*\*\* END OF ORDER \*\*\***

## COURT SERVICE LIST

**Mary Kim Wallace**
Post Office Box 1632
Magalia, California 95954