**From:** CANB Emergency Filings <CANB-EMERGENCY-FILINGS@canb.uscourts.gov>
**Sent:** Monday, June 8, 2020 2:33 AM
**To:** Canbml_DOCM <docm@canb.uscourts.gov>
**Subject:** FW: 19-30088-DM: Abrams Opposition to Draft Plan Notice

**From:** Will Abrams
**Sent:** Monday, June 8, 2020 2:32:02 AM (UTC-08:00) Pacific Time (US & Canada)
**To:** CANB Emergency Filings
**Cc:** Lorena Parada
**Subject:** 19-30088-DM: Abrams Opposition to Draft Plan Notice

Attention US Bankruptcy Docket Clerk:

I am emailing the following "William B. Abrams Opposition to the Notice of Filing of Draft Debtors' and Shareholder Proponents' Joint Chapter 11 Plan [Dkt. 7814] given new evidence provided in the Official Committee of Tort Claimants' submission of arguments demonstrative [Dkt. 7804] and pursuant to 11 U.S.C. Section 1129(a)(8) and Section 1129(b)**,** according to the COVID response procedures. Please, post this as soon as possible to the docket (Case # 19-30088-DM).


Respectfully submitted,


William B. Abrams
Pro Se Claimant
(707) 397-5727