UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: May 21, 2020      Judge: Hon. James Donato

Time: 55 Minutes

Case No. **C-19-05257-JD**
Case Name **In re PG&E Corporation and Pacific Gas and Electric Company**

Attorneys for Creditors:     Robert Julian/Matthew Troy/Elizabeth Cabraser/Benjamin P. McCallen/Paul Pascuzzi/Khaldoun Baghdadi/Gerald Singleton/Benjamin Mintz/Rebecca Winthrop/David Weiss/Abid Quereshi/Alan Stone/Bruce Bennett/Richard Lapping/William Abrams -- Pro Per

Attorneys for Debtors:     Kevin Orsini/Stephen Karotkin

Deputy Clerk: Lisa R. Clark      Court Reporter: Katherine Sullivan

PROCEEDINGS

Motion Hearing -- Held (Zoom)

NOTES AND ORDERS

PG&E and the TCC will file a joint statement by May 26, 2020, describing how they reached $13.5 billion value for fire claims to the extent allowed by the mediation and related privileges.

A written estimation order will be filed.