| | |
|---|---|
| **From:** | ███████ |
| **To:** | ███████ |
| **Subject:** | FW: Emergency Pleading in Response to Discussion about the Need for Estimation of Claims from Judge Donato"s Court |
| **Date:** | Monday, June 8, 2020 9:18:54 AM |
| **Attachments:** | Emergency Pleading Re Necessity of Estimation Amount from Judge Donato.pdf <br> Exhibit A.pdf <br> Exhibit B.pdf <br> Exhibit C.pdf <br> Exhibit D.pdf <br> Exhibit E.pdf |

**From:** CANB Emergency Filings <CANB-EMERGENCY-FILINGS@canb.uscourts.gov>
**Sent:** Sunday, June 7, 2020 6:47 PM
**To:** Canbml_DOCM <docm@canb.uscourts.gov>
**Subject:** FW: Emergency Pleading in Response to Discussion about the Need for Estimation of Claims from Judge Donato's Court

**From:** Theresa Mcdonald
**Sent:** Sunday, June 7, 2020 6:46:03 PM (UTC-08:00) Pacific Time (US & Canada)
**To:** CANB Emergency Filings
**Cc:** Anne Whitaker
**Subject:** Emergency Pleading in Response to Discussion about the Need for Estimation of Claims from Judge Donato's Court

Thank you.