JOSHUA HILL JR. (SBN 250842)
jhill@mofo.com
CHRISTINE Y. WONG (SBN 284026)
christinewong@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Tel: (415) 268-7000
Fax: (415) 268-7522

*Special Regulatory Counsel to Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re**<br><br>**PG&E CORPORATION,**<br><br>    **- and -**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>          **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**CERTIFICATE OF NO OBJECTION REGARDING NINTH MONTHLY FEE STATEMENT OF MORRISON & FOERSTER LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM MARCH 1, 2020 THROUGH MARCH 31, 2020**<br><br>[Re: Docket No. 7202]<br><br>**Objection Deadline:** June 4, 2020 at 4:00 p.m. (Pacific Time) |

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

ny-1935049

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

1    On May 14, 2020, Morrison & Foerster LLP ("**Morrison & Foerster**" or the "**Applicant**"),

2    special regulatory counsel to PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric

3    Company (the "**Utility**"), as debtors and debtors in possession (collectively, "**PG&E**" or the

4    "**Debtors**"), filed its *Ninth Monthly Fee Statement of Morrison & Foerster LLP for Allowance and*

5    *Payment of Compensation and Reimbursement of Expenses for the Period from March 1, 2020*

6    *through March 31, 2020* [Dkt. No. 7202] (the "**Monthly Fee Statement**"), pursuant to the *Order*

7    *Pursuant to 11 U.S.C. §§ 331 and 105(a) and Fed. R. Bankr. P. 2016 for Authority to Establish*

8    *Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Dkt. No.

9    701] (the "**Interim Compensation Procedures Order**").

10    The Monthly Fee Statement was served as described in the certificate of service of Sonia

11    Akter filed on May 19, 2020 [Dkt. No. 7423].  The deadline to file responses or oppositions to the

12    Monthly Fee Statement was June 4, 2020, and no oppositions or responses have been filed with the

13    Court or received by the Applicant.  Pursuant to the Interim Compensation Procedures Order, the

14    Debtors are authorized to pay the Applicant eighty percent (80%) of the fees and one hundred

15    percent (100%) of the expenses requested in the Monthly Fee Statement upon the filing of this

16    certification without the need for a further order of the Court.  A summary of the fees and expenses

17    sought by the Applicant is attached hereto as **Exhibit A**.

### DECLARATION OF NO RESPONSE RECEIVED

19    The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury,

20    that:

21    1.    I am a partner of the firm Morrison & Foerster LLP and special regulatory counsel

22    to the Debtors.

23    2.    I certify that I have reviewed the Court's docket in this case and have not received

24    any response or opposition to the Monthly Fee Statement.

25    3.    This declaration was executed in Oakland, California.

27    *[Signature page follows]*

ny-1935049

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

1  Dated: June 8, 2020                    Respectfully submitted,

2

3                                         **MORRISON & FOERSTER LLP**

4                                         By:    /s/ Joshua Hill Jr.
                                                 Joshua Hill Jr.

5
                                          *Special Regulatory Counsel to Debtors*
6                                         *and Debtors in Possession*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ny-1935049

| Applicant | Fee Application Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid (80%) | Amount of Expenses Authorized to be Paid (100%) | Amount of Holdback Fees |
|---|---|---|---|---|---|---|---|
| Morrison & Foerster LLP | 2/1/2020 – 2/29/2020  4/28/2020  Dkt. No. 7202 | $137,409.59 | $0.00 | 6/4/2020 | $109,927.67 | $0.00 | $27,481.91 |

**Morrison & Foerster LLP**
425 Market Street
San Francisco, CA 94105

ny-1935049