# EXHIBIT A

## COMPENSATION BY PROFESSIONAL FOR THE PERIOD FROM OCTOBER 1, 2019 THROUGH MARCH 31, 2020

| Name of Professional Person | Department, Date of First Admission *or* Years in Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| **Partners and Of Counsel** | | | | |
| Chudd, Daniel E. | Dep't: Litigation<br>Admission: 2003 | $828.75 | 3.80 | $3,149.25 |
| Liu, Jaclyn | Dep't: Corporate<br>Admission: 1998 | $977.50 | 8.60 | $8,406.50 |
| Mac Cormac, Susan H. | Dep't: Corporate<br>Admission: 1997 | $1,020.00 | 38.80 | $39,576.00 |
| Parris, Brandon C. | Dep't: Corporate<br>Admission: 1998 | $1,041.25 | 1.30 | $1,353.63 |
| Arnsbarger, Linda A. | Dep't: Tax<br>Admission: 1985 | $845.75 | 2.10 | $1,776.08 |
| Lucia, Seth T. | Dep't: Finance<br>Admission: 2006 | $760.75 | 47.80 | $36,363.89 |
| **Associates and Attorneys** | | | | |
| Abbot, Lisa H. | Dep't: Corporate<br>Admission: 2009 | $722.50 | 13.90 | $10,042.75 |
| Butterfield, Benjamin | Dep't: Business Restructuring & Insolvency<br>Admission: 2014 | $684.25 | 5.60 | $3,831.81 |
| Carter, Will Talcott | Dep't: Corporate<br>Admission: 2019 | $433.50 | 3.80 | $1,647.30 |
| Finfrock, Jesse M. | Dep't: Corporate<br>Admission: 2015 | $590.75 | 4.40 | $2,599.32 |
| Fox, Benjamin T.R. | Dep't: Corporate<br>Admission: 2014 | $590.75 | 40.10 | $23,689.16 |
| Parnell, Jason R. | Dep't: Corporate<br>Admission: 2012 | $552.50 | 13.80 | $7,624.50 |
| Plymale, Rachael K. | Dep't: Litigation<br>Admission: 2015 | $590.75 | 3.50 | $2,067.63 |
| Smith, Robin A. | Dep't: Litigation<br>Admission: 2017 | $467.50 | 3.50 | $1,636.25 |
| **Paralegals and Non-Legal Staff** | | | | |
| Manshardt, David J. | Dep't: Corporate<br>Title: Paralegal<br>Yrs. in Position: 6 | $267.75 | 1.90 | $508.73 |

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

ny-1932194

| Name of Professional Person | Department, Date of First Admission *or* Years in Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Research Services[1] | Dep't: Library<br>Title: Various<br>Yrs. in Position: Various | $318.75 | 1.00 | $318.75 |
| Research Services | Dep't: Library<br>Title: Various<br>Yrs. in Position: Various | $297.50 | 1.50 | $446.25 |
| Research Services | Dep't: Library<br>Title: Various<br>Yrs. in Position: Various | $255.00 | 3.00 | $765.00 |
| **Total Incurred and Requested:** | | | **198.4** | **$145,802.80** |

---

[1] The Research Services team leverages our expertise across offices to meet tight/urgent client deadlines in a timely and cost effective manner. To enable this collaborative workflow, time billed by this group is consolidated into a single line-item on the Timekeeper Summary sections of client bills.

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

ny-1932194

**Total Partners, Of Counsel, Associates and Paraprofessionals**

| PROFESSIONALS | BLENDED RATES | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $885.01 | 102.4 | $90,625.35 |
| Associates and Attorneys | $599.75 | 88.6 | $53,138.72 |
| **Total Incurred by All Attorneys:** | **$752.69** | **191.0** | **$143,764.07** |
| Paraprofessionals and Non-Legal Staff | $275.50 | 7.4 | $2,038.73 |
| **Total Requested:** | **$734.89** | **198.4** | **$145,802.80** |

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

ny-1932194