**EXHIBIT B**

**COMPENSATION BY WORK TASK CODE FOR
SERVICES RENDERED MORRISON & FOERSTER LLP
FOR THE PERIOD FROM OCTOBER 1, 2019 THROUGH MARCH 31, 2020**

| Project Category | Description | Hours | Amount |
|---|---|---|---|
| C100 | Fact Gathering | 3.70 | $1,071.00 |
| C200 | Researching Law | 19.00 | $10,848.13 |
| P210 | Corporate Review | 29.80 | $27,886.82 |
| P220 | Tax | 2.10 | $1,776.08 |
| P300 | Structure/Strategy/Analysis | 143.80 | $104,220.77 |
| **Total Incurred and Requested:** | | **198.4** | **$145,802.80** |

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105