## EXHIBIT C

**EXPENSE SUMMARY FOR THE PERIOD
FROM OCTOBER 1, 2019 THROUGH MARCH 31, 2020**

None.