LEVIN LAW GROUP PLC
RICHARD H. LEVIN (SBN 32041),
rlevin@wildfirelossattorney.com
2615 Forest Avenue, Suite 120
Chico, California 95928
Telephone: 530-353-1679
Facsimile: 877-310-0160

Attorneys for Dale and Beverly Withrow

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>And<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>        Debtors.<br><br>X – Affects Both Debtors | CASE NO. 19-30088-DM<br><br>**MOTION PURSUANT TO FED. R. CIV. PRO. 15 TO AMEND PROOF OF CLAIM NO 8406**<br><br>Date:    July 7, 2020<br>Time:   10:00 a.m.<br>Place:   450 Golden Gate Avenue<br>           Courtroom 17<br>           San Francisco, CA 94102<br>Judge:  Hon. Dennis Montali<br><br>Objection Deadline: June 29, 2020 |

LEVIN LAW GROUP PLC

11522125.5

Case: 19-30088  Doc# 7829  Filed: 06/08/20  Entered: 06/08/20 15:27:33  Page 1 of 19

Pursuant to Rule 15 of the Federal Rules of Civil Procedure ("Rule 15"), Dale Withrow and Beverly Withrow, individually and as Trustees for the Dale S. Withrow and Beverly R. Withrow Living Trust, move to amend Proof of Claim No 8406, which Dale Withrow filed in pro per, on August 29, 2019. Attached hereto as Exhibit B. The purpose of the amendment, Exhibit A, is to more accurately state the estimated dollar value of the claim which was previously stated to be $40,000 but, after conferring with counsel, is now estimated to be substantially greater. An amended Proof of Claim is submitted herewith Exhibit A. This Motion is supported by the attached Declarations of Dale and Beverly Withrow. Exhibits C and D.

## I. FACTS

Dale and Beverly Withrow are husband and wife. They, as Trustees for the Dale S. Withrow and Beverly R. Withrow Living Trust, own real property located at 6097 Vista Knolls Drive, Paradise, California. At the time of the Camp Fire, they were renting the home located on that property, but they had planned to occupy it in the near future. The home with associated landscaping and personal property was destroyed or severely damaged in the fire and the value of the property likely declined substantially as a result of the fire damage to the community. The cost to restore the damaged property may well exceed $1,000,000. *See*, Dale Withrow Declaration, Exhibit C and Beverly Withrow Declaration, Exhibit D.

Dale Withrow, acting in pro per, filed a proof of claim in August 2019. Exhibit B. He did not know the value of his claim or how to calculate it. He also believed he would be able to increase his claim once that information would become available to him. He claimed $40,000, although he intended to claim the full value of the damage to the real property on his own behalf and that of Beverly. Exhibits C, D. He checked the boxes for damage to property, non-economic damages, and any other damages available under California law. He did not check the economic damages box. See, Exhibits B and C.

The Withrows consulted with undersigned counsel in April 2020. During the course of representation, they were advised that the claim is likely worth in excess of $1 million. Although they filed a timely insurance claim, their insurer has paid only $430,000 for the damage to the real property – far less than the cost of restoring the full value of the real property as it was before the fire.

## II.  ARGUMENT

Rule 15(a)(2) F. R. Civ. Pro, provides that "The court should freely grant leave [to amend after pleadings are joined] when justice so requires." In the Bankruptcy context, the Ninth Circuit has allowed amendment to clarify or correct defects in a formal, or informal proof of claim, even after the bar date so long as the original proof made clear the intent of the creditor to hold the debtor liable so that there is no prejudice to other parties.

> In the absence of prejudice to an opposing party, the bankruptcy courts, as courts of equity, should freely allow amendments to proofs of claim that relate back to the filing date of the informal claim when the purpose is to cure a defect in the claim as filed or to describe the claim with greater particularity.

*In re Fish* 456 BR 413 (9th Cir BAP 2011)(Citing *In re Sambo's Restaurants, Inc.,* 754 F.2d 811, 816-17 (9th Cir. 1985)).

In the present case, all creditors are being paid, so there is no prejudice to other creditors in allowing the Withrows to claim the full value of the claim. The debtor has pledged a fixed amount to pay the claims so there is no prejudice to the debtor. Mr. Withrow did not mis-state the claim as a subterfuge to do an end run around the bar date. Rather, he understated the claim in good faith because he did not know what he could claim or how best to calculated the total loss. He, on behalf of himself, his wife and their living trust, made a claim that clearly alerted anyone reading it that it was his intent to claim the full value of the damage to the property and

3

all other damages available under California law. Allowing the amendment to clarify the claim is in the interest of justice and leave to so amend should be freely granted.

The amended claim should be allowed in the interest of justice.

## III. CONCLUSION

For the alternative reasons set forth above, Movants respectfully request that this Court enter an Order pursuant to Fed. R. Civ. Pro. 17(a)(3) and/ or Bankruptcy Rule 9006(b)(1) as follows:

1. Granting this Motion;

2. Directing that the claim amendment at Exhibit A hereto be deemed timely filed as relating back to October 21, 2019;

3. Or, alternatively, directing that Movants shall have until 30 days from a ruling on this Motion to submit the proof of claim attached as Exhibit A to Prime Clerk.

4. Granting such other or further relief as the Court deems just and proper.

DATED: June 8, 2020                                LEVIN LAW GROUP PLC


By: */s/ Richard H. Levin*
Richard H. Levin
Attorneys for Dale and Beverly Withrow

# EXHIBIT A

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

In re:
    PG&E CORPORATION,
    - and -
    PACIFIC GAS AND ELECTRIC COMPANY,
        Debtors.

Bankruptcy Case
No. 19-30088 (DM)

Chapter 11
(Lead Case)
(Jointly Administered)

# Proof of Claim (Fire Claim Related)

Read the instructions before filing this claim form. This form is for tort claimants who have a claim against the Debtors (i.e. PG&E Corporation and Pacific Gas and Electric Company) that arose prior to the Debtors filing for bankruptcy (i.e. prior to January 29, 2019) and that arose from, or relates to, a fire.

> Do not use this form for non-fire claims. Non-fire tort claimants should use Form 410.

Do NOT file a fraudulent claim. A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Please type or print in the spaces below. Do NOT use red ink or pencil.

## Part 1: Identify the Claim

**1. Who is the current creditor?**
Dale S. Withrow and Beverly R. Withrow Individually and as Trustees of the Dale S. Withrow and Beverly R. Withrow Living Trust
Name of the current creditor (the person or entity to be paid for this claim)

**2. Has this claim been acquired from someone else?**
☑ No
☐ Yes. From whom? ___

**3. Are you filing this claim on behalf of your family?**
☑ No
☐ Yes
A family is a group of two or more people related by birth, marriage, domestic partnership, or adoption and residing together. All such people are considered as members of one family.
If you checked "Yes", please provide the full name of each family member that you are filing on behalf of:

**4. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?
Name: Levin Law Group PLC
Attorney Name (if applicable): Richard Levin
Attorney Bar Number (if applicable): 32041
Street Address: 2615 Forest Ave, Suit 120
City: Chico
State: CA
Zip Code: 93928
Phone Number: 530 353 1679
Email Address: rlevin62@aol.com

Where should payments to the creditor be sent? (if different)
Name: ___
Attorney Name (if applicable): ___
Attorney Bar Number (if applicable): ___
Street Address: ___
City: ___
State: ___
Zip Code: ___
Phone Number: ___
Email Address: ___

**5. Does this claim amend one already filed?**
☐ No
☑ Yes. Claim number on court claims registry (if known) 8406
Filed on 08/29/2019 MM / DD / YYYY

**6. Do you know if anyone else has filed a proof of claim for this claim?**
☐ No
☑ Yes. Who made the earlier filing? Dale Withrow

Case: 19-30088    Doc# 7829    Filed: 06/08/20    Entered: 06/08/20 15:27:33    Page 6 of 19

Proof of Claim (Fire Related)    Page 1

| | | |
|---|---|---|
| **Part 2:** | | **Give Information About the Claim as of the Date this Claim Form is Filed** |

| | | |
|---|---|---|
| 7. | **What fire is the basis of your claim?**<br><br>Check all that apply. | [✔] Camp Fire (2018)<br>[ ] North Bay Fires (2017)<br>[ ] Ghost Ship Fire (2016)<br>[ ] Butte Fire (2015)<br>[ ] Other (please provide date and brief description of fire: _____ |
| 8. | **What are the loss location(s) where you and/or your family suffered harm? (e.g. home or business address, place of injury, place from which you were evacuated, if different.?** | Location(s): 6097 Vista Knolls Drive, Paradise, CA<br>This amended claim is intended to state the full value of the claim which was understated in the original claim form. |
| 9. | **How were you and/or your family harmed?**<br><br>Check all that apply | [✔] Property Damage (homes, structures, personal property, land, trees, landscaping, and all other property damage)<br>    [✔] Owner [ ] Renter [ ] Occupant [ ] Other (Please specify): _____<br>[ ] Personal Injury<br>[ ] Wrongful Death (if checked, please provide the name of the deceased) _____<br>[✔] Business Loss/Interruption<br>[✔] Lost wages and earning capacity<br>[ ] Loss of community and essential services<br>[ ] Agricultural loss<br>[ ] Other (Please specify): _____ |
| 10. | **What damages are you and/or your family claiming/seeking?**<br><br>Check all that apply | [✔] Economic damages (including replacement cost of damaged property, diminution in value, loss of use, lost inventory, lost profits, and other economic damage)<br>[✔] Non-economic damages (including loss of society and support, loss of consortium, pain and suffering, emotional distress, annoyance and discomfort, and other non-economic damage)<br>[✔] Punitive, exemplary, and statutory damages<br>[✔] Attorney's fees and litigation costs<br>[✔] Interest<br>[✔] Any and all other damages recoverable under California law<br>[ ] Other (Please specify): _____ |
| 11. | **How much is the claim?** | [ ] $_____ (optional)<br>[✔] Unknown / To be determined at a later date |

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☐ I am the creditor.
☑ I am the creditor's attorney or authorized agent.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date ___06-08-2020___ (mm/dd/yyyy)

/s/ Richard H. Levin
Signature

Print the name of the person who is completing and signing this claim:

| | |
|---|---|
| Name | Richard Levin |
| | First name   Middle name   Last name |
| Title | Attorney |
| Company | Levin Law Group PLC |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. |
| Address | 2615 Forest Ave, Suit 120 |
| | Number   Street |
| | Chico                               CA        93928 |
| | City                               State    ZIP Code |
| Contact phone | 530 353 1679     Email  rlevin62@aol.com |

# EXHIBIT B

# PG&E Fire Claim Form

RECEIVED
AUG 29 2019
PRIME CLERK LLC

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

In re:
PG&E CORPORATION,
- and -
PACIFIC GAS AND ELECTRIC COMPANY,
Debtors.

Bankruptcy Case No. 19-30088 (DM)

Chapter 11
(Lead Case)
(Jointly Administered)

## Proof of Claim (Fire Claim Related)

Read the instructions before filing this claim form. This form is for tort claimants who have a claim against the Debtors (i.e. PG&E Corporation and Pacific Gas and Electric Company) that arose prior to the Debtors filing for bankruptcy (i.e. prior to January 29, 2019) and that arose from, or relates to, a fire.

**Do not use this form for non-fire claims. Non-fire tort claimants should use Form 410.**

Do NOT file a fraudulent claim. A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Please type or print in the spaces below. Do NOT use red ink or pencil.

### Part 1: Identify the Claim

[ ] Date Stamped Copy Returned
[ ] No Self-Addressed Stamped Envelope
[✓] No Copy Provided

1. **Who is the current creditor?** DALE S WITHROW
   Name of the current creditor (the person or entity to be paid for this claim)

2. **Has this claim been acquired from someone else?**
   [✓] No
   [ ] Yes. From whom? _____

3. **Are you filing this claim on behalf of your family?**
   [ ] No
   [✓] Yes
   If you checked "Yes", please provide the full name of each family member that you are filing on behalf of:
   BEVERLY R. WITHROW (WIFE)

4. **Where should notices and payments to the creditor be sent?**
   Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

   Where should notices to the creditor be sent?
   Name: DALE S WITHROW
   Attorney Name (if applicable): _____
   Attorney Bar Number (if applicable): _____
   Street Address: 14480 OAK PLACE
   City: SARATOGA
   State: CA
   Zip Code: 95070
   Phone Number: 530-965-1633
   Email Address: DALEBEV @ SBCGLOBAL.NET

   Where should payments to the creditor be sent? (if different)
   Name: _____
   Attorney Name (if applicable): _____
   Attorney Bar Number (if applicable): _____
   Street Address: _____
   City: _____
   State: _____
   Zip Code: _____
   Phone Number: _____
   Email Address: _____

5. **Does this claim amend one already filed?**
   [✓] No
   [ ] Yes. Claim number on court claims registry (if known) _____
   Filed on ___/___/___ MM/DD/YYYY

6. **Do you know if anyone else has filed a proof of claim for this claim?**
   [✓] No
   [ ] Yes. Who made the earlier filing? _____

Proof of Claim (Fire Related) Page 1

**Part 2:** Give Information About the Claim as of the Date this Claim Form is Filed

7. What fire is the basis of your claim?
   Check all that apply.
   - [x] Camp Fire (2018)
   - [ ] North Bay Fires (2017)
   - [ ] Ghost Ship Fire (2016)
   - [ ] Butte Fire (2015)
   - [ ] Other (please provide date and brief description of fire): _____

8. What are the loss location(s) where you and/or your family suffered harm? (e.g. home or business address, place of injury, place from which you were evacuated, if different.?

   Location(s): 6097 VISTA KNOLLS DRIVE PARADISE CA

9. How were you and/or your family harmed?
   Check all that apply
   - [x] Property Damage (homes, structures, personal property, land, trees, landscaping, and all other property damage)
     - [x] Owner  [ ] Renter  [ ] Occupant  [ ] Other (Please specify): _____
   - [ ] Personal Injury
   - [ ] Wrongful Death (if checked, please provide the name of the deceased)
   - [x] Business Loss/Interruption
   - [x] Lost wages and earning capacity
   - [x] Loss of community and essential services
   - [ ] Agricultural loss
   - [ ] Other (Please specify): _____

10. What damages are you and/or your family claiming/seeking?
    Check all that apply
    - [ ] Economic damages (including replacement cost of damaged property, diminution in value, loss of use, lost inventory, lost profits, and other economic damage)
    - [x] Non-economic damages (including loss of society and support, loss of consortium, pain and suffering, emotional distress, annoyance and discomfort, and other non-economic damage)
    - [x] Punitive, exemplary, and statutory damages
    - [x] Attorney's fees and litigation costs
    - [ ] Interest
    - [x] Any and all other damages recoverable under California law
    - [ ] Other (Please specify): _____

11. How much is the claim?
    - [ ] $ 40,000 _____ (optional)
    - [ ] Unknown / To be determined at a later date

Proof of Claim (Fire Related)    Page 2

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date 08/25/19 (mm/dd/yyyy)

_Dale_ (Signature)

Print the name of the person who is completing and signing this claim:

Name: DALE (First name) S (Middle name) WITHROW (Last name)

Title: _____

Company: _____
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 14480 OAK PLACE
SARATOGA, CA 95070

Contact phone: 530-965-1633
Email: DALEBEV@SBCGLOBAL.NET

# FedEx Express

**Extremely Urgent**

For FedEx Express® Shipment

TUE – 03 SEP AA
STANDARD OVERNIGHT

TRK# 8148 0463 2501

11232
NY-US
EWR

SB FBTA

## FedEx Billable Stamp

Use only for shipments within the U.S. Saturday delivery not available.

**1 From** See optional release signature below.

ORDER: 00848269
PRIME CLERK LLC
OROVILLE, CA
DECLARED VALUE $100
PACKAGE WEIGHT
(212) 257-4169

**2 To** Shipment will not be accepted if address below is altered.

PG & E CLAIM PROCESSING
PRIME CLERK LLC
850 3RD AVE STE 412
BROOKLYN, NY 11232
(212) 257-4169

RECEIVED
SEP 03 2019
PRIME CLERK LLC

**FedEx Standard Overnight**
Next business afternoon by 3 p.m. Not available to all locations. Weekday delivery only. Please consult the current FedEx Service Guide for specific commitments.

**NONREDEEMABLE**
Please see back for declared value information and important terms and conditions.

4

REF: 8148 0463 2501

**Release Signature**
For nonresidential deliveries.

**For FedEx Use Only**
Employee Number | Base Charges
Other | Total Charges

By signing you authorize us to deliver this shipment without obtaining a signature and agree to indemnify and hold us harmless from any resulting claims.

fedex.com 1.800.GoFedEx 1.800.463.3339    M-4262 Rev. 12/17    Form ID 0662

# EXHIBIT C

DocuSign Envelope ID: D7E734CA-F4B9-44B8-A3A5-6D8351E21F8E

```
LEVIN LAW GROUP PLC
RICHARD H. LEVIN (SBN 32041),
rlevin@wildfirelossattorney.com
2615 Forest Avenue, Suite 120
Chico, California  95928
Telephone: 530-353-1679
Facsimile: 877-310-0160
```

Attorneys for Cutting Edge Orthopedics, LLC and Rex Miller

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>And<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>　　　　Debtors.<br><br>X – Affects Both Debtors | CASE NO. 19-30088-DM<br><br>**Ex C– Declaration of Dale Withrow** |

## DECLARATION OF DALE WITHROW

**I, Dale Withrow, declare:**

1. I am over 21, competent to testify and I have knowledge of the following:
2. My wife Beverly and I are the trustees under the Dale S. Withrow and Beverly R Withrow Living Trust.
3. The Camp Fire burned down the rental home we owned through that trust at 6097 Vista Knolls Drive in Paradise, California. We retained ownership of the lot on which the home was situated. Even though the home was occupied by tenants at the time of the fire, my wife Beverly and I had intended to reoccupy that home at some point in the near future.
4. Our home was approximately 3000 square feet in size, and although I have been advised that the cost to rebuild and restore the real property may exceed $1,000,000.00, the insurance company paid us only $430,000.

5. I filed a Proof of Claim on behalf of myself and my wife, Beverly, on August 29, 2019. A copy of that Proof of Claim is attached as Exhibit A to this Declaration. The Proof of Claim was filed In Pro Per, without the assistance of an attorney, and without my having obtained legal advice as to our rights.

6. While I did check the property damage box in the Proof of Claim (Part 2 Section 9) and the non-economic damages box and the "any and all other damages recoverable under California Law" box in Section 10, I failed to check "Economic Damage" in Section 10, and in Section 11 of Part 2 I also specified that our claim was for $40,000.

7. I specified $40,000 as the amount of our claim because I did not know the actual amount and I assumed that the amount could be increased to reflect a higher number once that information would become available to me.

8. When I completed proof of claim NO. 8406 in August 2019, it was my intent to claim the full economic value of the damage to the home, trees landscaping and all other property loss we sustained at 6097 Vista Knolls Drive, plus the emotional distress to me and my wife. My failure to check the economic damages box and my $40,000 estimate were based on my own misunderstanding of the value of the claim and the categories I could claim.

9. I first learned that my wife and I could have a claim against PG&E far in excess of $40,000 upon conferring with attorney Richard H. Levin in April of this year.

I declare under penalty of perjury and pursuant to 28 USC 1746 that the foregoing is true and correct.
Executed this _____4th_____ day of June, 2020

*Dale Withrow*
Dale Withrow

2
**MOTION TO SUBSTITUTE ZDMAK TOOLS, LLC AS REAL PARTY IN INTEREST FOR BUSINESS LOSS CLAIM**

# EXHIBIT D

DocuSign Envelope ID: 31DE6B60-1141-485B-88F8-579785497E35

LEVIN LAW GROUP PLC
RICHARD H. LEVIN (SBN 32041),
rlevin@wildfirelossattorney.com
2615 Forest Avenue, Suite 120
Chico, California 95928
Telephone: 530-353-1679
Facsimile: 877-310-0160

Attorneys for Cutting Edge Orthopedics, LLC
and Rex Miller

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | CASE NO. 19-30088-DM |
| PG&E CORPORATION, | **Ex C– Declaration of Beverly Withrow** |
| And | |
| PACIFIC GAS AND ELECTRIC COMPANY, | |
| Debtors. | |
| X – Affects Both Debtors | |

## DECLARATION OF BEVERLY WITHROW

**I, Beverly Withrow, declare:**

1. I am over 21, competent to testify and I have knowledge of the following:
2. My husband Dale and I are the trustees under the Dale S. Withrow and Beverly R. Withrow Living Trust.
3. The Campfire burned down the rental home we owned through that trust at 6097 Vista Knolls Drive in Paradise, California. We retained ownership of the lot on which the home was situated. Even though the home was occupied by tenants at the time of the fire, my husband Dale and I had intended to reoccupy that home at some point in the near future.

4. Our home was approximately 3000 square feet in size, and although I have been advised that the cost to rebuild and restore the real property may exceed $1,000,000.00, the insurance company paid us only $430,000.

5. My husband Dale filed a Proof of Claim on behalf of our joint interest in the damaged property, on August 29, 2019. A copy of that Proof of Claim is attached as Exhibit A to the Declaration of Dale Withrow. The Proof of Claim was filed In Pro Per, without the assistance of an attorney, and without my having obtained legal advice as to the rights of my husband, Dale and myself.

6. It was my intent that Dale, as my representative, would claim the full value of all damage to our property at 6097 Vista Knolls Drive as well as out emotional distress at losing the home.

7. I first learned that Dale and I could have a claim against PG&E far in excess of $40,000 after Dale told me about his conversation with attorney Richard H. Levin in April of this year.

I declare under penalty of perjury and pursuant to 28 USC 1746 that the foregoing is true and correct.

Executed this ___4th_____ day of June, 2020,

_____
Beverly Withrow

---

2
**MOTION TO SUBSTITUTE ZDMAK TOOLS, LLC AS REAL PARTY IN INTEREST
FOR BUSINESS LOSS CLAIM**