**From:**  ▮▮▮▮▮▮▮

**To:**  ▮▮▮▮▮▮▮

**Subject:** FW: In Re PG&E Corporation Case No.: 19-30088-DM

**Date:** Monday, June 8, 2020 2:31:43 PM

**Attachments:** Winthrow Notice of Hearing.pdf
Withrow Motion.pdf

---

**From:** Richard Levin
**Sent:** Monday, June 8, 2020 11:22:15 AM (UTC-08:00) Pacific Time (US & Canada)
**To:** CANB Emergency Filings
**Subject:** In Re PG&E Corporation Case No.: 19-30088-DM

Dear Clerk

I am hereby submitting the following for filing:  Notice of Hearing and Motion to Substitute.

I am currently in the process of getting a CM/ECF registration and was told I can do an emergency filing at this e-mail.

Will this be electronically served on all parties?  Will I received back file stamped copies>

If you have any questions, please call me at 661-478-3103 or you can email me directly.

I look forward to your response.

Thank you.

Richard H. Levin
Levin Law Group PLC
Attorney Bar:  32041