# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Sonia Akter, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On June 3, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the Notice Parties Service List attached hereto as **Exhibit A**:

- Notice of Filing of Transcript and Deadlines Related to Restriction and Redaction, a copy of which is attached hereto as **Exhibit B**.

3. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 8th day of June 2020, at New York, NY.

/s/ Sonia Akter
Sonia Akter

SRF 42696

# Exhibit A

Case: 19-30088    Doc# 7835    Filed: 06/08/20    Entered: 06/08/20 18:11:34    Page 2 of 5

# Exhibit A
Notice Parties Service List
Served via first class mail

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| Hallisey and Johnson | Attn: Jeremiah F. Hallisey | 465 California St. | #405 | San Francisco | CA | 94104-1836 |
| Mary Kim Wallace | | P.O. Box 1632 | | Magalia | CA | 95954-1632 |
| Weil, Gotshal & Manges LLP | Attn: Stephen Karotkin | 767 Fifth Avenue | | New York | NY | 10153-0119 |
| Weil, Gotshal & Manges LLP | Attn: Theodore Tsekerides | 767 Fifth Avenue | | New York | NY | 10153-0119 |
| William B. Abrams | | 1519 Branch Owl Pl. | | Santa Rosa | CA | 95409-4352 |

# **Exhibit B**

Form TRANSC

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| | |
|---|---|
| **In re Debtor(s):** <br><br> PG&E Corporation | Case No.: 19–30088 DM 11 <br> Chapter: 11 |

## NOTICE OF FILING OF TRANSCRIPT
## AND DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on June 1, 2020 at 10:00 AM was filed on June 2, 2020. The following deadlines apply:

The parties have until Tuesday, June 9, 2020 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is Tuesday, June 23, 2020.

If a request for redaction is filed, the redacted transcript is due Monday, July 6, 2020.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is Monday, August 31, 2020, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber,

Jason Gottlieb  
Attn: Jason Gottlieb, Dir. of Tran. Ops.  
7227 N 16th St. #207  
Phoenix, AZ 85020

or you may view the document at the clerk's office public terminal.

Dated: 6/5/20

For the Court:

Edward J. Emmons  
Clerk of Court  
United States Bankruptcy Court