Mark E. McKane, P.C. (SBN 230552)
Michael P. Esser (SBN 268634)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
T: (415) 439-1400 / F: (415) 439-1500
mark.mckane@kirkland.com
michael.esser@kirkland.com

David R. Seligman, P.C. (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
T: (312) 862-2000 / F: (312) 862-2200
dseligman@kirkland.com

Aparna Yenamandra (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
T: (212) 446-4800 / F: (212) 446-4900
aparna.yenamandra@kirkland.com

*Counsel for Calpine Corporation, et al.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| PG&E Corporation, Pacific Gas & Electric Company, | Case No. 19-30088 (DM) |
| Debtors. | (Lead Case)<br>(Jointly Administered) |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | **CALPINE AND ITS SUBSIDIARIES PROPOSED MODIFICATIONS TO PLAN / CONFIRMATION ORDER** |

Calpine Corporation, on behalf of itself and its subsidiaries, including without limitation, Russell City Energy Company, LLC, Los Esteros Critical Energy Facility, LLC, Geysers Power Company, LLC, Gilroy Energy Center, LLC, Creed Energy Center, LLC, and Goose Haven Energy Center, LLC (collectively, "Calpine"), by and through counsel, hereby files this statement with regard to the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020* (the "Plan") and related proposed order confirming the Plan (the "Confirmation Order").[1]

1. In accordance with the Court's direction at the Confirmation Hearing held on June 8, 2020, Calpine suggests the following changes to the Plan and Confirmation Order:[2]

2. **Delete section 8.2(e) of the Plan and paragraph 34(d) of the Confirmation Order**. The parties' rights are preserved by the Bankruptcy Code, which provides that assumption cannot occur until a default has been cured or adequate assurance of a timely cure has been given, and paragraph 33 of the Confirmation Order, which provides that: "Any counterparty to an executory contract or unexpired lease that failed to object timely to the proposed assumption, assumption and assignment, or Cure Amount, is hereby deemed to have assented to such assumption, assumption and assignment, or Cure Amount." The Debtors' language overreaches the protections afforded by the Bankruptcy Code, and is inconsistent with their represented resolution that: "A determination as to how the issues apply to a particular dispute should be deferred for when, if ever, a dispute might arise. . . . Deferring determination in favor of such context is better than issuing a blanket ruling in a vacuum on the impact of 502(e) or other matters affecting potential claims that exist now only in the abstract." (*See* Docket No. 7831-1, Debtors' Demonstrative).

3. **Delete paragraph 37 of the Confirmation Order**. This provision is also inconsistent with the Debtors' proposed resolution: "We will delete from the Plan Supplement the language that these contractual indemnity rights are discharged on assumption." (*See id.*).

4. **Add to the Confirmation Order**: "Notwithstanding anything to the contrary in the Plan, Plan Supplement, or Confirmation Order, entry of this Order shall not operate to Allow or Disallow any

---

[1] Calpine filed a limited objection at Docket No. 7214 to the Debtors' Plan with respect to the Plan's treatment of executory contracts.

[2] Calpine notes the statement of the Official Committee of Unsecured Creditors filed at Docket No. 7814. Calpine agrees with those changes.

filed proofs of Claim and instead all such proofs of Claim shall be adjudicated pursuant to the claims resolution process set forth in the Plan."[3]

DATED: June 8, 2020          KIRKLAND & ELLIS LLP

By:    */s/ Michael P. Esser*
       Mark E. McKane, P.C. (SBN 230552)
       Michael P. Esser (SBN 268634)
       KIRKLAND & ELLIS LLP
       555 California Street
       San Francisco, CA 94104
       T: (415) 439-1400 / F: (415) 439-1500
       mark.mckane@kirkland.com
       michael.esser@kirkland.com

       David R. Seligman, P.C. (admitted *pro hac vice*)
       KIRKLAND & ELLIS LLP
       300 North LaSalle
       Chicago, IL 60654
       T: (312) 862-2000 / F: (312) 862-2200
       dseligman@kirkland.com

       Aparna Yenamandra (admitted *pro hac vice*)
       KIRKLAND & ELLIS LLP
       601 Lexington Avenue
       New York, NY 10022
       T: (212) 446-4800 / F: (212) 446-4900
       aparna.yenamandra@kirkland.com

       *Counsel for Calpine Corporation, et al.*

---

[3]   This language is as proposed by the OCC in their statement.