WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors*
*and Debtors in Possession*

JONES DAY
Bruce S. Bennett (SBN 105430)
(bbennett@jonesday.com)okay
Joshua M. Mester (SBN 194783)
(jmester@jonesday.com)
James O. Johnston (SBN 167330)
(jjohnston@jonesday.com)
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071-2300
Tel:      213 489 3939
Fax:     213 243 2539

*Attorneys for Shareholder Proponents*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>    **- and -**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                    **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**NOTICE OF FILING OF FIFTH SUPPLEMENT TO PLAN SUPPLEMENT IN CONNECTION WITH DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION**<br><br>**[Relates to Dkt. No. 7037, 7503, 7563, 7712, 7810]** |

**PLEASE TAKE NOTICE** that, on September 9, 2019, PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned chapter 11 cases, filed the *Debtors' Joint Chapter 11 Plan of Reorganization* [Dkt. No. 3841], which was thereafter amended, modified, or supplemented on September 23, 2019 and November 4, 2019 [Dkt. Nos. 3966 and 4563, respectively].

**PLEASE TAKE FURTHER NOTICE** that, on December 12, 2019, the Debtors filed the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated December 12, 2019* [Dkt. No. 5101], which was thereafter amended, modified, or supplemented on January 31, 2020, February 7, 2020, March 9, 2020, March 16, 2020, and May 22, 2020 [Dkt. Nos. 5590, 5700, 6217, 6320, and 7521 respectively] (and as may be further amended, modified, or supplemented and together with all exhibits and schedules thereto, the "**Plan**").

**PLEASE TAKE FURTHER NOTICE** that, on May 1, 2020, the Debtors filed the *Notice of Filing of Plan Supplement in Connection with Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020* [Dkt. No. 7037] (as supplemented on May 22, 2020 [Dkt. No. 7503], May 24, 2020 [Dkt. No. 7563], June 2, 2020 [Dkt. No. 7712], and June 5, 2020 [Dkt. No. 7810] and as may be further amended, modified, or supplemented, the "**Plan Supplement**").

**This Fifth Supplement to the Plan Supplement contains the following:**

- Exhibit A – Amendment to Schedule of Executory Contracts and Unexpired Leases to be Rejected Pursuant to the Plan (the "**Schedule of Rejected Contracts**")

- Exhibit B – Amended and Restated Organizational Documents of PG&E Corp.

  - Exhibit B-1 – Amended and Restated Articles of Incorporation of PG&E Corp. **(Amends and Supersedes Exhibit I-1 to the Plan Supplement filed May 1, 2020 [Docket No. 7037])**

  - Exhibit B-2 – Amended and Restated Bylaws of PG&E Corp. **(Amends and Supersedes Exhibit I-2 to the Plan Supplement filed May 1, 2020 [Docket No. 7037])**

- Exhibit C – Amended and Restated Organizational Documents of the Utility

  - Exhibit C-1 – Amended and Restated Articles of Incorporation of the Utility **(Amends and Supersedes Exhibit J-1 to the Plan Supplement filed May 1, 2020 [Docket No. 7037])**

  - Exhibit C-2 – Amended and Restated Bylaws of the Utility **(Amends and Supersedes Exhibit J-2 to the Plan Supplement filed May 1, 2020 [Docket No. 7037])**

- Exhibit D – Form of Safety and Nuclear Oversight Committee Charter **(Amends and Supersedes Exhibit C to the Plan Supplement filed May 22, 2020 [Docket No. 7503])**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**PLEASE TAKE FURTHER NOTICE** that the Schedule of Rejected Contracts has been amended to, among other things, add and subtract certain agreements from the Schedule of Rejected Contracts. The global notes and disclaimers that accompanied the Schedule of Rejected Contracts are incorporated herein by reference and apply with equal force with respect to all the agreements set forth in the Amendment to Schedule of Rejected Contracts.

**PLEASE TAKE FURTHER NOTICE** that the Plan Supplement documents attached hereto remain subject to (i) further review, negotiations, and modifications, and (ii) final documentation in a manner consistent with the Plan, the Subrogation Claims RSA, the Tort Claimants RSA, the Noteholder RSA, the Backstop Commitment Letters, and the other Plan Documents, as applicable.

**PLEASE TAKE FURTHER NOTICE** that the Debtors and Shareholder Proponents reserve the right to amend the documents contained in the Plan Supplement before the Effective Date in accordance with the terms of the Plan, the Subrogation Claims RSA, the Tort Claimants RSA, the Noteholder RSA, the Backstop Commitment Letters, and the other Plan Documents, as applicable.

**PLEASE TAKE FURTHER NOTICE** that copies of the pleadings and other documents identified herein can be viewed and/or obtained: (i) by accessing the Bankruptcy Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: June 8, 2020

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**

/s/ *Thomas B. Rupp*
Thomas B. Rupp

*Attorneys for Debtors and Debtors in Possession*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119