**Exhibit A**

**Amendment to Schedule of Rejected Contracts**

*PG&E Corporation & Pacific Gas and Electric Company*
*Amendment to Schedule of Rejected Contracts*
*As of June 8, 2020*

| Non-Debtor Counterparty Name | Match ID | Contract ID | Debtor Name | Address | City | State | Country | ZIP Code | Title of Agreement | Effective Date of Agreement |
|---|---|---|---|---|---|---|---|---|---|---|
| ~~COUNTY OF CONTRA COSTA~~[1] | ~~1003605~~ | ~~CRPSECFRN_00537~~ | ~~PACIFIC GAS AND ELECTRIC COMPANY~~ | ~~2467 WATERBIRD WAY~~ | ~~MARTINEZ~~ | ~~CA~~ | ~~US~~ | ~~94553~~ | ~~OIL PIPELINE ORDINANCE NO. 1827~~ | |
| ~~COUNTY OF CONTRA COSTA~~[1] | ~~1003605~~ | ~~CRPSECFRN_00542~~ | ~~PACIFIC GAS AND ELECTRIC COMPANY~~ | ~~2467 WATERBIRD WAY~~ | ~~MARTINEZ~~ | ~~CA~~ | ~~US~~ | ~~94553~~ | ~~OIL PIPELINE ORDINANCE NO. 1827~~ | |
| MCKINSEY & COMPANY INC - U S | 1009260 | SRCAMA_4400008576_00001 | PACIFIC GAS AND ELECTRIC COMPANY | 555 CALIFORNIA STREET SUITE 4700 | SAN FRANCISCO | CA | US | 94104 | MSA - CONSULTING SERVICES | 7/30/2014 |
| MCKINSEY & COMPANY INC - U S | 1009260 | SRCAMA_4400008576_00002 | PACIFIC GAS AND ELECTRIC COMPANY | 555 CALIFORNIA STREET SUITE 4700 | SAN FRANCISCO | CA | US | 94104 | CONTRACT CHANGE ORDER NO 1 - CONSULTING SERVICES | 2/8/2016 |
| MCKINSEY & COMPANY INC - U S | 1009260 | SRCAMA_4400008576_00003 | PACIFIC GAS AND ELECTRIC COMPANY | 555 CALIFORNIA STREET SUITE 4700 | SAN FRANCISCO | CA | US | 94104 | CONTRACT CHANGE ORDER NO 2 - CONSULTING SERVICES | 1/30/2018 |
| MCKINSEY & COMPANY INC - U S | 1009260 | SRCAMA_4400008576_00004 | PACIFIC GAS AND ELECTRIC COMPANY | 555 CALIFORNIA STREET SUITE 4700 | SAN FRANCISCO | CA | US | 94104 | CONTRACT CHANGE ORDER NO 3 - CONSULTING SERVICES | 4/9/2019 |
| MCKINSEY & COMPANY INC - U S | 1009260 | SRCAMA_4400008576_00005 | PACIFIC GAS AND ELECTRIC COMPANY | 555 CALIFORNIA STREET SUITE 4700 | SAN FRANCISCO | CA | US | 94104 | CONTRACT CHANGE ORDER NO 4 - CONSULTING SERVICES | 12/27/2019 |

[1] Agreement removed pursuant to Order, dated June 8, 2020 [Docket No. 7824], approving Stipulation Between the Debtors and the County of Contra Costa Concerning Oil Pipeline Ordinance No. 1827 and Related Agreement [Docket No. 7807].