| | |
|---|---|
| 1 | MICHAEL B. LUBIC (SBN 122591) |
| 2 | MATTHEW G. BALL (SBN 208881) |
| | K&L GATES LLP |
| 3 | 4 Embarcadero Center, Suite 1200 |
| | San Francisco, CA 94111-5994 |
| 4 | Telephone: 415.882.8200 |
| | Facsimile: 415.882.8220 |
| 5 | Email: michael.lubic@klgates.com |
| | matthew.ball@klgates.com |

*Attorneys for CN Utility Consulting, Inc., Cupertino Electric, Inc., Wright Tree Service, Inc., and Wright Tree Service of the West, Inc.*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION and PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Debtors,<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>**CN UTILITY CONSULTING, INC., CUPERTINO ELECTRIC, INC., WRIGHT TREE SERVICE, INC., AND WRIGHT TREE SERVICE OF THE WEST, INC.'S PROPOSED MODIFICATIONS TO DEBTORS' PLAN AND CONFIRMATION ORDER**<br><br>Date:  June 8, 2020<br>Time:  9:30 a.m. (PST)<br>Place:  Courtroom 17<br>         450 Golden Gate Avenue, 16th Floor<br>         San Francisco, CA 94102 |

CN Utility Consulting, Inc. ("CNUC"), Cupertino Electric, Inc. ("CEI"), Wright Tree Service, Inc. ("WTS"), and Wright Tree Service of the West, Inc. ("WTSW") hereby submit their proposed modifications to the *Debtors' and Shareholder Proponents' Draft Joint Chapter 11 Plan of Reorganization Dated June 7, 2020* [Dkt. No. 7814-1] ("Plan"), as subsequently amended and supplemented; and proposed order confirming the Plan (the "Confirmation Order"). CNUC, CEI,

1

503323248 v3

WTS, and WTSW submit that the following proposed additional language below is appropriate and request that it be included within any confirmed Plan and associated Confirmation Order:

> Notwithstanding anything to the contrary in the Plan, Plan Supplement, Confirmation Order, or any Plan Document:
>
> (i) all Assigned Rights and Causes of Action are transferred to the Fire Victim Trust subject to any and all rights and defenses including, without limitation, contribution, indemnity, setoff, and recoupment;
>
> (ii) all executory contracts that are assumed shall be assumed without modification except for existing defaults that were not asserted in an objection to the *Schedule of Executory Contracts and Unexpired Leases to be Assumed Pursuant to the Plan and Proposed Cure Amounts* contained in the Debtors' Plan Supplement [Dkt. No. 7037] or with respect to which such objection was overruled;
>
> (iii) Fire Claims shall not include claims of providers of goods and services to the Debtors arising out of or related to the provision of such goods or services;
>
> (iv) Claims not related to any assumed executory contract and which are not Fire Claims shall not be modified by the Plan and shall be resolved in the claims resolution process in the Debtors' bankruptcy case.

MICHAEL B. LUBIC
MATTHEW G. BALL
K&L GATES LLP

Dated: June 8, 2020    By: /s/ Michael B. Lubic
                           Michael B. Lubic

*Attorneys for CN Utility Consulting, Inc., Cupertino Electric, Inc., Wright Tree Service, Inc., and Wright Tree Service of the West, Inc.*