Form TRANSC

**UNITED STATES BANKRUPTCY COURT**
**California Northern Bankruptcy Court**

| | |
|---|---|
| **In re Debtor(s):** <br><br> PG&E Corporation | Case No.: 19–30088 DM 11 <br> Chapter: 11 |

# NOTICE OF FILING OF TRANSCRIPT
# AND DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on June 5, 2020 at 9:30 AM was filed on June 9, 2020. The following deadlines apply:

The parties have until Tuesday, June 16, 2020 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is Tuesday, June 30, 2020.

If a request for redaction is filed, the redacted transcript is due Friday, July 10, 2020.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is Tuesday, September 8, 2020, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber,

Jason Gottlieb
Attn: Jason Gottlieb, Dir. of Tran. Ops.
7227 N 16th St. #207
Phoenix, AZ 85020

or you may view the document at the clerk's office public terminal.

Dated: 6/11/20                              For the Court:

                                            Edward J. Emmons
                                            Clerk of Court
                                            United States Bankruptcy Court