# Notice Recipients

| District/Off: 0971-3 | User: dchambers | Date Created: 6/9/2020 |
|---|---|---|
| Case: 19-30088 | Form ID: TRANSC | Total: 17 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Andrew David Behlmann | abehlmann@lowenstein.com |
| aty | Benjamin Mintz | benjamin.mintz@arnoldporter.com |
| aty | Edward J. Tredinnick | etredinnick@greeneradovsky.com |
| aty | James O. Johnston | jjohnston@jonesday.com |
| aty | Lauren T. Attard | lattard@bakerlaw.com |
| aty | Michael S. Etkin | metkin@lowenstein.com |
| aty | Paul J. Pascuzzi | ppascuzzi@ffwplaw.com |
| aty | Paul R. Glassman | pglassman@sycr.com |
| aty | Rebecca J. Winthrop | rebecca.winthrop@nortonrosefulbright.com |
| aty | Robert A. Julian | rjulian@bakerlaw.com |
| aty | Steven J. Skikos | sskikos@skikos.com |

TOTAL: 11

**Recipients submitted to the Claims Agent (Prime Clerk):**

| | | | | |
|---|---|---|---|---|
| aty | Mark Gorton | Boutin Jones, Inc. | 555 Capitol Mall, Suite 1500 | Sacramento, CA 95814 |
| aty | David J. Molton | Brown Rudnick LLP | 7 Times Square | New York, NY 10036 |
| aty | Matthew Troy | U.S. Department of Justice | P.O. Box 875 | Ben Franklin Station Washington, DC 20044-0875 |
| aty | Michael A. Kelly | Walkup, Melodia, Kelly and Schoenberger | 650 California St. 26th Fl. | San Francisco, CA 94108 |
| aty | Stephen Karotkin | Weil, Gotshal & Manges LLP | 767 Fifth Avenue | New York, NY 10153 |
| | LAUREN T. ATTARD | Baker & Hostetler LLP | 600 Montgomery Street Suite 3100 | San Francisco, CA 94111 |

TOTAL: 6