Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
Kimberly S. Morris (SBN 249933)
BAKER & HOSTETLER LLP
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA 94111-2806
Telephone:	415.659.2600
Facsimile:	415.659.2601
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com
Email: kmorris@bakerlaw.com

Eric E. Sagerman (SBN 155496)
David J. Richardson (SBN 168592)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone:	310.820.8800
Facsimile:	310.820.8859
Email: esagerman@bakerlaw.com
Email: drichardson@bakerlaw.com
Email: lattard@bakerlaw.com

Elizabeth A. Green (*pro hac vice*)
BAKER & HOSTETLER LLP
200 South Orange Avenue, Suite 2300
Orlando, FL 32801
Telephone:	407.649.4036
Facsimile:	407.841.0168
Email: egreen@bakerlaw.com

*Counsel to the Official Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>    -and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                    Debtors.<br><br>☐  Affects PG&E Corporation<br><br>☐  Affects Pacific Gas and Electric Company<br><br>■  Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**PRELIMINARY REPORT OF OFFICIAL COMMITTEE OF TORT CLAIMANTS' INVESTIGATION OF VOTING RESULTS** |

**TO THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE:**

The Official Committee of Tort Claimants (the "**TCC**") submits the following report of its investigation into the solicitation and tabulation of fire victim votes in response to the Court's request made during the hearing held on June 5, 2020.

1. Some fire victims have filed papers and contacted the TCC with complaints about the Debtors' solicitation and tabulation of votes from the fire victim class. The complaints allege, among other claims: victim's non-receipt of voting ballots and disclosure materials before the voting deadline; receipt of voting ballots and disclosure materials too close to the voting deadline; receipt of multiple ballots for the same claimant; receipt of solicitation materials from the incorrect law firm; issues with submission of votes in connection with the Master Ballot process; and the alleged failure of Prime Clerk to respond to fire victim inquiries.

2. In response to these allegations, the TCC requested PG&E to produce information relating to the solicitation and tabulation process and to supplement the data it attached to court filings, including the Declaration and Certificates of Service of Christina Pullo from Prime Clerk LLC [Docket Nos. 6893, 7348, 7505]. The Debtors responded to all of the TCC's requests for information and data to date and made representatives from Prime Clerk available to the TCC and its consultants to respond to the TCC questions about the data and tabulation process.

3. The TCC's counsel and consultants have reviewed the above-referenced data as well as Ms. Pullo's testimony before this Court and are close to completing their analysis of this information. The TCC is without sufficient information to determine why certain fire victims failed to submit a vote (including whether any particular fire victim received a solicitation package). However, the TCC compared the Debtors' data on tabulated and excluded fire claimant votes to the TCC's fire claimant data developed during the course of the estimation proceeding in order to address many of the concerns outlined above, including those relating

to duplicative and excluded votes as well as certain concerns relating to the Master Ballot Process.

4. To date, the TCC's counsel and consultants have not identified any evidence of a voting issue in the data that the consultants believe would have affected the two thirds threshold required for approval by the fire victim class.

5. The TCC intends to continue its investigation until concluded. If requested by the Court, the TCC will file a report with the Court on the results of its investigation in two weeks.

Dated: June 9, 2020

Respectfully submitted,

BAKER & HOSTETLER LLP

By: */s/ Kimberly S. Morris*
     Robert A. Julian
     Kimberly S. Morris

*Counsel to the Official Committee of Tort Claimants*