# APPENDIX 1

| Year | Styled: | Admin Hrg. | Deposition | Trial |
|---|---|---|---|---|
| 2020 | WHCRWA v. Ranh Dao, et al. | X | | |
| 2020 | NHCRWA v. Cleveland | X | | |
| 2020 | State of Texas v. Dean Murad, LLC | | | X |
| 2020 | WHCRWA v. KDAC, LLC | X | | |
| 2020 | WHCRWA v. KDAC, LLC | X | | |
| 2020 | City of Cedar Park v. Horizon Bank | X | | |
| 2020 | Magellan v. Benjamin Louis Jones, et ux. | X | | |
| 2020 | WHCRWA v. Giro Realty | X | | |
| 2020 | Brazos Electric v. Zarky | X | | |
| 2019 | NHCRWA v. Unknown Distributees, et al. | X | | |
| 2019 | WHCRWA v Bear Creek Car Repair Services, Inc. | X | | |
| 2019 | WHCRWA v Karimjee | X | | |
| 2019 | Kinder Morgan V. singard | X | | |
| 2019 | State of Texas v. Grocers Supply | | X | X |
| 2019 | Oneok v. Hodges | X | | |
| 2019 | Magellan v. Pfirman | X | | |
| 2019 | Kinder Morgan v. Campbell | X | | |
| 2019 | Kinder Morgan v. Walsh | X | | |
| 2019 | WHCRWA v. Holliday | X | | |
| 2019 | Gray Oak v. Estate of Riley Ewers | X | | |
| 2019 | City of Houston v. Washington/Shepherd | X | | |
| 2019 | NHCRWA v. Fonseca | X | | |
| 2019 | WHCRWA v. Paz | X | | |
| 2019 | WHCRWA v. Miller | X | | |
| 2019 | WHCRWA v. ZMV Group LLC | X | | |
| 2019 | Harris County Flood Control District v Erick | X | | |
| 2019 | WHCRWA v. Fischer | X | | |
| 2019 | NHCRWA v. Mills Road, LLC | X | | |
| 2019 | State of Texas v. Ibrahim | | X | |
| 2019 | Sears Holding Corporation | | X | X |
| 2019 | SJRA v. Lansford | X | | |
| 2019 | Magellan v. Ed McWilliams, et al. | X | | |
| 2019 | Fort Bend County MUD No. 140 v Gonzalez | X | | |
| 2018 | State of Texas v. Gay Buick | | X | |
| 2018 | Magellan v.Martin & Magellan v. Trimble | X | | |
| 2018 | Magellan v. M.E. Florence Investment Company, | X | | |
| 2018 | Magellan v. Sir Carrington Place | X | | |
| 2018 | Magellan v.  Jaquelin Guzman | X | | |
| 2018 | Magellan v. Guzman | X | | |
| 2018 | Magellan v. Gaston | X | | |
| 2018 | Magellan v. Wooten | X | | |
| 2018 | Magellan v. Larry Joseph Busa, et al. | X | | |
| 2018 | Magellan v. SNS Investments, LLC | X | | |
| 2018 | Magellan v. Dincans | X | | |
| 2018 | Magellan v. Imhoff Family Partnership, L.P. | X | | |
| 2018 | Magellan v. Omaha Ranch | X | | |
| 2018 | Magellan v. F&D | X | | |
| 2018 | CCID v Union Pacific | X | | |
| 2018 | Magellan v. Johnson | X | | |
| 2018 | Magellan v. Texas Specialty Homes | X | | |
| 2018 | City of Pearland v. Alexander | X | | |
| 2018 | Brazos Electric v. Tarsan | X | | |
| 2018 | Brazos Electric v. Swisher Partners | X | X | |

| Year | Styled: | Admin Hrg. | Deposition | Trial |
|---|---|---|---|---|
| 2018 | *State of Texas v. Gay Buick* | | X | |
| 2018 | *State of Texas v. Kerr* | | X | |
| 2018 | *State of Texas v. Fairfield Baptist Church* | | X | X |
| 2018 | *State of Texas v. DH 2004* | | | X |
| 2017 | *SJRA v. Imperial Oaks* | X | X | X |
| 2017 | *City of Sugar Land v. Genesis Caltex, LLC* | X | | |
| 2017 | *State of Texas v. Sue Harral* | X | | |
| 2017 | *State of Texas v. Stone Land Seabrook* | X | | |
| 2017 | *State of Texas v. Jason Morman* | X | | |
| 2017 | *State of Texas v. John M. Burkland, et ux., et al.* | X | | |
| 2017 | *State of Texas v. Onion Group LLC* | X | | |
| 2017 | *State of Texas v. Ko-Chien Shih, et ux., et al.* | X | | |
| 2017 | *Fort Bend County v. Earl Newsome, et al.* | X | | |
| 2017 | *Harris County MUD No. 489 v. The Gillson* | X | | |
| 2017 | *City of Sugar Land v. Denly Sugar Land, Ltd., et* | X | | |
| 2017 | *Harris County MUD No. 53 v Allstate BK Real* | X | | |
| 2017 | *City of Sugar Land v. JP Morgan Chase Bank, et* | X | | |
| 2017 | *City of Sugar Land v. AEI Accredited Investor* | X | | |
| 2017 | *City of Pearland v. James Anthony and/or* | X | | |
| 2017 | *City of Pearland v. Jerome G. Kemick, et al.* | X | | |
| 2017 | *City of Pearland v. The Unknown Stockholders of* | X | | |
| 2017 | *The State of Texas v. American International* | X | | |
| 2017 | *City of Sugar Land v. Lilly Dry Cleaning, et al.* | X | | |
| 2017 | *City of Pearland v. Rebecca R. Ross, et al.* | X | | |
| 2017 | *City of Pearland v. Philip A. Ross, et al.* | X | | |
| 2017 | *City of Pearland v. Cube HHF* | X | | |
| 2017 | *State of Texas v. Five Star Austin Group* | | X | |
| 2017 | *State of Texas v. Holverson* | | X | |
| 2017 | *State of Texas v. CC Telge Rd.* | | X | |
| 2017 | *Katy Washington v. Ng* | | X | X |
| 2017 | *State of Texas v. A-S Northwest Crossing* | | X | X |
| 2016 | *Harris County MUD 53 vs Fronterra Energy* | X | | |
| 2016 | *Montgomery County, Texas vs. BNS Rayford* | X | | |
| 2016 | *City of Pearland v. Jui-Lien Chou and Ming Tao-* | X | | |
| 2016 | *City of Pearland v. Lorene C. Gonzales. Et al.* | X | | |
| 2016 | *City of Pearland v. Manju K. Mani, et al.* | X | | |
| 2016 | *Fort Bend v.Westheimer Holdings, LLC* | X | | |
| 2016 | *City of Pearland v. Sterling McQueen* | X | | |
| 2016 | *City of Sugar Land v. Southwest Medical Village* | X | | |
| 2016 | *Bridgestone MUD v. Inthapanya* | X | | |
| 2016 | *Fort Bend v. Amegy Bank* | X | | |
| 2016 | *State of Texas v. East Montgomery County* | X | X | X |
| 2016 | *State of Texas v. Northwest Airport Management* | | X | |
| 2016 | *State of Texas v. James Clarence Loge* | | X | X |
| 2015 | *State of Texas v. Liberty Bankers Life Insurance* | X | | |
| 2015 | *Fort Bend v. Debra Ann Dalio Stephens, et al.* | X | | |
| 2015 | *Fort Bend v. Harwood Trust* | X | | |
| 2015 | *Harris County MUD 167 v. Wong* | X | | |
| 2015 | *State of Texas v. Eastfield Realty, Inc.* | X | | |
| 2015 | *Harris County MUD 200 v. Badat* | X | | |
| 2015 | *City of Pearland v.Valle* | X | | |
| 2015 | *Harris County MUD 276 v Intown Suites* | X | | |
| 2015 | *Harris County MUD 276 v P2H2 Investments* | X | | |

| Year | Styled: | Admin Hrg. | Deposition | Trial |
|---|---|---|---|---|
| 2015 | *City of Pearland v. Abdullatif* | X | | |
| 2015 | *State of Texas v. Gill* | X | | |
| 2015 | *Harris County MUD 276 v Denshor* | X | | |
| 2015 | *WHCRWA v. Tarah, Inc.* | X | | |
| 2015 | *Harris County MUD 276 v Pharmacon* | X | | |
| 2015 | *State of Texas v.Outfront Media* | | X | |
| 2015 | *City of Sugar Land v. Vu* | X | X | |
| 2015 | *State of Texas v. Luby's Fuddruckers* | | X | X |
| 2015 | *Fort Bend v. Kilburn* | | X | X |
| 2014 | *WHCRWA v. Greenhouse Property Investments,* | X | | |
| 2014 | *WHCRWA v. Westfield HOA* | X | | |
| 2014 | *Brazos Electric v. Adams* | X | | |
| 2014 | *State of Texas v. Best Properties* | X | | |
| 2014 | *SJRA v. Garth Wallisville, Ltd.* | X | | |
| 2014 | *State of Texas v. Crystal Spring Water Company* | X | | |
| 2014 | *State of Texas v. 22730 Gosling, Ltd.* | X | | |
| 2014 | *State of Texas v. Chesapeake* | X | | |
| 2014 | *State of Texas v. Johnson* | X | | |
| 2014 | *WHCRWA v Cook* | X | | |
| 2014 | *City of Pearland v. Oakbrook Estates* | X | | |
| 2014 | *State of Texas v. Molina* | X | | |
| 2014 | *State of Texas v. Kuehn* | X | | |
| 2014 | *State of Texas v. Moore* | X | | |
| 2014 | *State of Texas v. Rathwell* | X | | |
| 2014 | *WHCRWA v. RCR Group* | X | | |
| 2014 | *State of Texas v. Theiss Properties* | X | | |
| 2014 | *State of Texas v. Howden* | X | | |
| 2014 | *State of Texas v. Baker* | X | | |
| 2014 | *Williams v. Garcia* | X | | |
| 2014 | *State of Texas v. Raza* | X | | |
| 2014 | *Williams v. Huerta* | X | | |
| 2014 | *State of Texas v. Harris County* | X | | |
| 2014 | *State of Texas v. Salazar* | X | | |
| 2014 | *State of Texas v. Nemesio* | X | | |
| 2014 | *State of Texas v. Valley Ranch Town Center Ltd.* | X | | |
| 2014 | *State of Texas v. Perry* | X | | |
| 2014 | *State of Texas v. Krinitskaia* | X | | |
| 2014 | *State of Texas v. Vincent* | X | | |
| 2014 | *SJRA v. 1488-2978 SC, LP* | X | | |