# APPENDIX 2

# intelligence

News / Reviews / Opinions / Reactions



DIFFERENCE OF OPINION

## Does the Trump administration spell good or bad news for the US construction sector? Discuss.



**MICHAEL WELCH MRICS** HEAD OF VALUATION & ADVISORY SERVICES, JLL, HOUSTON, TEXAS

IN WHAT WILL BE REMEMBERED AS ONE OF THE MOST CONTENTIOUS ELECTIONS in US history, Donald Trump, a real-estate mogul and political neophyte prevailed over Hillary Clinton, a career public servant. But despite a notoriously negative campaign on both sides, the president-elect has proposed several notable policies.

As part of his pledge to "Make America Great Again", Trump's most significant vow was to spend $1tn upgrading the US's ageing infrastructure. Trump asserts maintenance and repairs to US roadways, bridges and airports will jump-start the economy, create countless jobs and stimulate growth.

His plan is certainly not new. The US has a history of using large-scale infrastructure expenditure as a means for economic growth. Programmes instituted in the early 1930s are credited with launching the country from the Great Depression and into a period of sustained growth.

Infrastructure spending, coupled with job growth creation, appears to be a simple means of stimulating the economy. However, all major public projects come with a cost. To fund $1tn of infrastructure expenditures, some form of tax must be levied on the citizens of the country.

This is the big quandary at the heart of the plan, especially as the Republican-controlled Congress is expected to remain tax averse, and Trump has vowed to cut taxes. But if the president-elect can successfully source adequate funding without increasing the tax burden, the $1tn infrastructure pledge will be a campaign promise fulfilled and would mark the beginning of a boom for infrastructure-related industries.

**US infrastructure spending: top Trump or hot air? Join the debate at rics.org/linkedin, or tweet using #RICSviews**



**CHRIS GUTHKELCH FRICS**, PROJECT DIRECTOR, SKANSKA INFRASTRUCTURE DEVELOPMENT, WASHINGTON DC

WE STILL HAVEN'T SEEN MUCH DETAIL REGARDING THE TRUMP administration's $1tn infrastructure package, but the election promises were certainly encouraging for the industry. For example, the mention of cutting corporate tax rates, increasing public-private partnerships (PPP), and the use of other funding mechanisms, such as the repatriation of overseas profits back into the federal system to possibly fund a federal "infrastructure bank".

It is an imperative to get projects started, so I expect us to be hearing far more detail in the first 100 days. More PPP projects would be welcome. A scheme such as the Elizabeth River tunnels in Virginia — in which Skanska has been involved — is a good advert for PPP as it was completed six months ahead of schedule. Getting more social infrastructure is also critical — schools, higher education, civic centres, courthouses to list just a few. The Performance-based Building Coalition is also pushing for tax-exempt private activity bonds for social infrastructure — if this can go through in the near future, it would help kick-start an enormous amount of work.

And it's not just at state level that projects are happening. PPP is also gaining much more interest from cities and other localities. Sales tax increases are encouraging, too. "Measure M" in Los Angeles is helping to raise $120bn in revenue over the next 40 years to fund infrastructure. But no matter what the new administration does, some of the biggest ongoing challenges will still be around competition for industry talent, and an ageing construction workforce as the baby-boomer generation retires.

INTERVIEW BRENDON HOOPER ILLUSTRATION ANDREA MANZATI