# APPENDIX 3

**Integra Realty Resources**
**Houston**

9225 Katy Freeway
Suite 206
Houston, TX 77024

T 713-973-0212
F 713-973-2028

irr.com

# Michael W. Welch, SR/WA, R/W-AC, MRICS

## Experience

Michael Welch is the Managing Director for Integra Realty Resources, Houston, Texas. Mr. Welch has been involved in the Real Estate appraisal and consulting field for more than 30 years and is known nationally for his expertise involving large-scale infrastructure projects. He has conducted initial route studies, cost analysis, impact studies and valuations for more than 2,500 miles of linear projects including pipelines, electrical transmission lines, rail corridors, drainage facilities and major transportation roadways. Additionally, Mr. Welch has been involved in appraisal matters, consulting and project management in all 50 states and in more than 150 Texas counties. He has provided litigation services and expert witness testimony for properties involved in various county courts of law, district, state and federal courts.

## Professional Activities & Affiliations

International Right of Way Association (IRWA), Member- SR/WA, R/W-AC
Appraisal Institute, Associate Member
Royal Institute of Chartered Surveyors, Member (MRICS)
Integra Realty Resources Former Chairman of the Board and CEO
Integra Realty Resources Associates Council
JLL, Former Head of Valuation & Advisory, Americas
JLL, Global Valuation & Advisory Board, Former Member
IRWA Young Leadership Council, Former Chairman
The Appraisal Foundation Industry Advisory Council, Former Member
Qualified before numerous courts and administrative bodies

## Licenses

Michigan, Certified General Real Estate Appraiser, 1201075901, Expires July 2020
Mississippi, Certified General Real Estate Appraiser, GA-1331, Expires September 2021
New York, Certified General Real Estate Appraiser, 112232, Expires January 2021
Pennsylvania, Certified General Real Estate Appraiser, GA004053, Expires June 2021
Tennessee, Certified General Real Estate Appraiser, 5681, Expires August 2021
Texas, Certified General Real Estate Appraiser, TX-1323054-G, Expires November 2020

## Education

Bachelor, Arts the University of Houston

In excess of 250 hours of other continuing education course work

Michael.Welch@irr.com  -  713-973-0212 x13



Case: 19-30088    Doc# 7856-3    Filed: 06/09/20    Entered: 06/09/20 16:30:03    Page 2 of 2