| | |
|---|---|
| 1 | **WEIL, GOTSHAL & MANGES LLP** |
| 2 | Stephen Karotkin (*pro hac vice*) |
|   | (stephen.karotkin@weil.com) |
| 3 | Theodore Tsekerides (*pro hac vice*) |
|   | (theodore.tsekerides@weil.com) |
| 4 | Jessica Liou (*pro hac vice*) |
|   | (jessica.liou@weil.com) |
| 5 | Matthew Goren (*pro hac vice*) |
|   | (matthew.goren@weil.com) |
| 6 | 767 Fifth Avenue |
|   | New York, NY 10153-0119 |
| 7 | Tel: 212 310 8000 |
|   | Fax: 212 310 8007 |
| 8 | **KELLER BENVENUTTI KIM LLP** |
|   | Tobias S. Keller (#151445) |
| 9 | (tkeller@kbkllp.com) |
|   | Jane Kim (#298192) |
| 10 | (jkim@kbkllp.com) |
|   | 650 California Street, Suite 1900 |
| 11 | San Francisco, CA 94108 |
|   | Tel: 415 496 6723 |
| 12 | Fax: 650 636 9251 |

13  *Attorneys for Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **NOTICE OF HEARING ON MOTION OF THE DEBTORS PURSUANT TO 11 U.S.C. §§ 363 AND 105(a) FOR AN ORDER AUTHORIZING THE UTILITY TO (I) ENTER INTO LEASE AND PURCHASE OPTION AGREEMENT FOR OAKLAND HEADQUARTERS AND (II) GRANTING RELATED RELIEF** |
| Debtors. | |
| ☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors | Date: June 30, 2020<br>Time: 10:00 a.m. (Pacific Time)<br>Place: (Telephonic/Video Appearances Only)<br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |
| * *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Objection Deadline: June 23, 2020, 4:00 p.m. (PT) |

**PLEASE TAKE NOTICE** that on January 29, 2019 (the "**Petition Date**"), PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court will hold a hearing on **June 30, 2020, at 10:00 a.m. (Pacific Time)** (the "**Hearing**") before the Honorable Dennis Montali, United States Bankruptcy Judge. Pursuant to the Bankruptcy Court's *Third Amended General Order No. 38 In re: Coronavirus Disease Public Health Emergency*, dated May 28, 2020, **the June 30 Hearing will be conducted by telephone or video conference. The courtroom will be closed**. All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

**PLEASE TAKE FURTHER NOTICE** that, in addition to any other matters to be heard at the Hearing, the Bankruptcy Court is scheduled to hear the *Motion of the Debtors Pursuant to 11 U.S.C. §§ 363 and 105(a) for an Order Authorizing the Debtors to (I) Enter into Lease and Purchase Option Agreement for Oakland Headquarters and (II) Granting Related Relief* filed by the Debtors on June 9, 2020 [Dkt. No. 7852] (the "**Motion**").

**PLEASE TAKE FURTHER NOTICE** that any oppositions or responses to the Motion must be in writing, filed with the Bankruptcy Court, and served on the counsel for the Debtors at the above-referenced addresses so as to be received by no later than **4:00 p.m. (Pacific Time) on June 23, 2020**. Any oppositions or responses must be filed and served on all "Standard Parties" as defined in, and in accordance with, the *Second Amended Order Implementing Certain Notice and Case Management Procedures* entered on May 14, 2019 [Dkt No. 1996] (the "**Case Management Order**"). **Any relief requested in the Motion may be granted without a hearing if no opposition is timely filed and served in accordance with the Case Management Order.** In deciding the Motion, the Court may consider any other document filed in these Chapter 11 Cases and related Adversary Proceedings.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion and its supporting papers can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC , at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

/ / /

Dated: June 9, 2020

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**

/s/ *Thomas B. Rupp*
Thomas B. Rupp

*Attorneys for Debtors and Debtors in Possession*