# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−3 | User: dchambers | Date Created: 6/10/2020 |
| Case: 19−30088 | Form ID: TRANSC | Total: 19 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Benjamin Mintz | benjamin.mintz@arnoldporter.com |
| aty | Edward J. Tredinnick | etredinnick@greeneradovsky.com |
| aty | Geoffrey A. Heaton | gheaton@duanemorris.com |
| aty | Gregory A. Bray | gbray@milbank.com |
| aty | Hugh M. McDonald | |
| aty | James O. Johnston | jjohnston@jonesday.com |
| aty | Mark A. Gorton | mgorton@boutinjones.com |
| aty | Mark A. Gorton | mgorton@boutininc.com |
| aty | Michael B. Lubic | michael.lubic@klgates.com |
| aty | Paul R. Glassman | pglassman@sycr.com |
| aty | Rebecca J. Winthrop | rebecca.winthrop@nortonrosefulbright.com |
| aty | Robert A. Julian | rjulian@bakerlaw.com |
| aty | Samuel A. Newman | sam.newman@sidley.com |

TOTAL: 13

**Recipients submitted to the Claims Agent (Prime Clerk):**

| | | | | |
|---|---|---|---|---|
| aty | David Schiff | Davis Polk and Wardwell LLP | 450 Lexington Ave. | New York, NY 10017 |
| aty | Harris B. Winsberg | Troutman Sanders LLP | Bank of America Plaza | 600 Peachtree St., NE, #3000 Atlanta, GA 30308 |
| aty | Mark McKane | Kirkland & Ellis LLP | 555 California Street | San Francisco, CA 94104 |
| aty | Stephen Karotkin | Weil, Gotshal & Manges LLP | 767 Fifth Avenue | New York, NY 10153 |
| aty | Theodore Tsekerides | Weil, Gotshal & Manges LLP | 767 Fifth Avenue | New York, NY 10153 |
| | PAUL R. GLASSMAN | Stradling Yocca Carlson & Rauth, P.C. | 10100 Santa Monica Blvd. Suite 1400 | Los Angeles, CA 90067 |

TOTAL: 6