1

2

3    UNITED STATES BANKRUPTCY COURT

4    NORTHERN DISTRICT OF CALIFORNIA

5    In re

6    PG&E CORPORATION and
     PACIFIC GAS AND ELECTRIC
7    COMPANY

8                        Debtor(s).

9    _____

Case No.   19 - 30088
Chapter    11

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

10       Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, ___Lauren Lifland___, an

11   active member in good standing of the bar of ___State of New York___, hereby applies for admission

12   to practice in the Northern District of California on a *pro hac vice* basis representing

13   ___Comcast Cable Communications,___ in the above-entitled action.

14       In support of this application, I certify on oath that:

15       1.    I am an active member in good standing of a United States Court or of the highest court

16             of another State or the District of Columbia, as indicated above;

17       2.    I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4,

18             and agree to become familiar with the Local Rules and the Bankruptcy

19             Dispute Resolution Program of this Court; and,

20       3.    An attorney who is a member of the bar of this Court in good standing and who

21             maintains an office within the State of California has been designated as co-counsel in

22             the above-entitled action.  The name, address and telephone number of that attorney is:

23             Allyson Pierce, Wilmer Cutler Pickering Hale and Dorr LLP

24             7 World Trade Center, 250 Greenwich Street, New York, NY 10007

25             (212) 230-8000.

26       I declare under penalty of perjury that the foregoing is true and correct.

27   Dated: ___June 9, 2020___

28                                                    _____
                                                     Lauren Lifland