# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | Chapter 11 |
| - and - | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors.** | |
| | Ref. Docket No. 7716 |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

GEOFF ZAHM, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with an office at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. I caused to be served the "Official Committee of Unsecured Creditors' Supplemental Brief in Support of its Limited Objection to Plan Confirmation," filed on June 2, 2020 [Docket No. 7716], by causing true and correct copies to be delivered via electronic mail to those parties listed on the attached Exhibit A.

                                        */s/ Geoff Zahm*
                                        Geoff Zahm

Sworn to before me this
10th day of June, 2020

*/s/ John Chau*
Notary Public, State of New York
No. 01CH6353383
Qualified in Queens County
Commission Expires January 23, 2021

# EXHIBIT A

| NAME | EMAIL |
|---|---|
|  | EAdler@TheAdlerFirm.com |
|  | gemarr59@hotmail.com |
|  | bzummer@TheAdlerFirm.com |
| ADLER LAW GROUP, APLC | olatifi@theadlerfirm.com |
|  | EAdler@TheAdlerFirm.com |
|  | gemarr59@hotmail.com |
|  | bzummer@TheAdlerFirm.com |
| ADLER LAW GROUP, APLC | olatifi@theadlerfirm.com |
| ADVENTIST HEALTH SYSTEM/WEST | laytonrl@ah.org |
| AKERMAN LLP | evelina.gentry@akerman.com |
|  | yelena.archiyan@akerman.com |
| AKERMAN LLP | john.mitchell@akerman.com |
| Akin Gump Strauss Hauer & Feld LLP | avcrawford@akingump.com |
|  | mstamer@akingump.com |
|  | idizengoff@akingump.com |
| Akin Gump Strauss Hauer & Feld LLP | dbotter@akingump.com |
|  | shiggins@andrewsthornton.com |
|  | jct@andrewsthornton.com |
| ANDREWS & THORNTON | aa@andrewsthornton.com |
|  | Andrew.Silfen@arentfox.com |
|  | Beth.Brownstein@arentfox.com |
|  | Jordana.Renert@arentfox.com |
| ARENT FOX LLP |  |
|  | andy.kong@arentfox.com |
| Arent Fox LLP | christopher.wong@arentfox.com |
| ARENT FOX LLP | Aram.Ordubegian@arentfox.com |
|  | brian.lohan@arnoldporter.com |
| Arnold & Porter Kaye Scholer LLP |  |
| AT&T | Jg5786@att.com |
|  | Danette.Valdez@doj.ca.gov |
|  | Annadel.Almendras@doj.ca.gov |
|  | James.Potter@doj.ca.gov |
| Attorney General of California | Margarita.Padilla@doj.ca.gov |
| Attorney General of California | James.Potter@doj.ca.gov |
| BAILEY AND ROMERO LAW FIRM | marthaeromerolaw@gmail.com |
|  | esagerman@bakerlaw.com |
| BAKER & HOSTETLER, LLP | lattard@bakerlaw.com |
|  | rjulian@bakerlaw.com |
| BAKER & HOSTETLER, LLP | cdumas@bakerlaw.com |
|  | jonathan.shapiro@bakerbotts.com |
| BAKER BOTTS L.L.P. | daniel.martin@bakerbotts.com |
| BAKER BOTTS L.L.P. | natalie.sanders@bakerbotts.com |
| Baker, Donelson, Bearman, Caldwell & Berkowitz, PC | jrowland@bakerdonelson.com |
|  | lrochester@bakerdonelson.com |
| Baker, Donelson, Bearman, Caldwell & Berkowitz, PC | jhayden@bakerdonelson.com |
| Ballard Spahr LLP | hubenb@ballardspahr.com |
| BALLARD SPAHR LLP | hubenb@ballardspahr.com |
|  | ganzc@ballardspahr.com |
| BALLARD SPAHR LLP | myersms@ballardspahr.com |
| Ballard Spahr LLP | summersm@ballardspahr.com |
| BALLARD SPAHR LLP | rubins@ballardspahr.com |
| BALLARD SPAHR LLP | hartlt@ballardspahr.com |
| Bank of America | John.mccusker@baml.com |
|  | ssummy@baronbudd.com |
| Baron & Budd, P.C. | jfiske@baronbudd.com |
|  | rgoldman@baumhedlundlaw.com |
| BAUM HEDLUND ARISTEI & GOLDMAN, PC | dmargermoore@baumhedlundlaw.com |
| BELVEDERE LEGAL, PC | belvederelegalcf@gmail.com |
|  | kcapuzzi@beneschlaw.com |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | mbarrie@beneschlaw.com |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | kenns@beneschlaw.com |
| Berger Kahn, a Law Corporation | csimon@bergerkahn.com |
| Berger Kahn, a Law Corporation | csimon@bergerkahn.com |
| Berman Tabacco | dbarenbaum@bermantabacco.com |
| BEST BEST & KRIEGER LLP | harriet.steiner@bbklaw.com |
| BIALSON, BERGEN & SCHWAB | Klaw@bbslaw.com |
|  | Michael@bindermalter.com |
|  | Rob@bindermalter.com |
| BINDER & MALTER, LLP | Heinz@bindermalter.com |

| Firm | Email |
|---|---|
| BLOOMFIELD LAW GROUP, INC., P.C. | bklargecase@njblaw.com |
| Boutin Jones Inc. | mgorton@boutinjones.com |
|  | hagey@braunhagey.com |
|  | theodore@braunhagey.com |
|  | kwasniewski@braunhagey.com |
| BraunHagey & Borden LLP | levine@braunhagey.com |
| BRAYTON-PURCELL LLP | bletsch@braytonlaw.com |
| Brothers Smith LLP | misola@brotherssmithlaw.com |
| BROWN RUDNICK LLP | DMolton@brownrudnick.com |
| BROWN RUDNICK LLP | JMiliband@brownrudnick.com |
| Brunetti Rougeau LLP | grougeau@brlawsf.com |
|  | schristianson@buchalter.com |
| Buchalter, A Professional Corporation | vbantnerpeo@buchalter.com |
|  | arocles.aguilar@cpuc.ca.gov |
|  | geoffrey.dryvynsyde@cpuc.ca.gov |
| California Public Utilities Commission | candace.morey@cpuc.ca.gov |
|  | dcasey@cglaw.com |
|  | jrobinson@cglaw.com |
|  | camille@cglaw.com |
| CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP | jdavis@cglaw.com |
|  | melaniecruz@chevron.com |
| CHEVRON PRODUCTS COMPANY, A DIVISION OF CHEVRON U.S.A. INC. | marmstrong@chevron.com |
| Choate, Hall & Stewart LLP | dgooding@choate.com |
| Choate, Hall & Stewart LLP | jmarshall@choate.com |
| CKR Law, LLP | ktakvoryan@ckrlaw.com |
| Clausen Miller P.C. | mgoodin@clausen.com |
| Cleary Gottlieb Sheen & Hamilton LLP | lschweitzer@cgsh.com |
| COHNE KINGHORN, P.C. | ghofmann@cohnekinghorn.com |
| Commonwealth of Pennsylvania | ra-li-ucts-bankrupt@state.pa.us |
| Cooper, White & Cooper LLP | pcalifano@cwclaw.com |
|  | deg@coreylaw.com |
|  | alr@coreylaw.com |
|  | smb@coreylaw.com |
| COREY, LUZAICH, DE GHETALDI & RIDDLE LLP | sm@coreylaw.com |
|  | fpitre@cpmlegal.com |
|  | acordova@cpmlegal.com |
| Cotchett, Pitre & Mccarthy, LLP |  |
| County of Sonoma | Tambra.curtis@sonoma-county.org |
| COUNTY OF YOLO | eric.may@yolocounty.org |
| Cozen O'Connor | fsmith@cozen.com |
| Cozen O'Connor | mfelger@cozen.com |
| Crowell & Moring LLP | mplevin@crowell.com |
| Crowell & Moring LLP | malmy@crowell.com |
| Crowell & Moring LLP | tyoon@crowell.com |
| Crowell & Moring LLP | tkoegel@crowell.com |
|  | mdanko@dankolaw.com |
|  | kmeredith@dankolaw.com |
| DANKO MEREDITH | smiller@dankolaw.com |
| Davis Polk & Wardwell LLP | andrew.yaphe@davispolk.com |
|  | eli.vonnegut@davispolk.com |
|  | david.schiff@davispolk.com |
| Davis Polk & Wardwell LLP | timothy.graulich@davispolk.com |
| Debra Grassgreen | dgrassgreen@gmail.com |
|  | allan.brilliant@dechert.com |
|  | shmuel.vasser@dechert.com |
| Dechert LLP | alaina.heine@dechert.com |
| Dechert LLP | mary.kim@dechert.com |
| Dentons US LLP | john.moe@dentons.com |
| Dentons US LLP | Lauren.macksoud@dentons.com |
| Dentons US LLP | michael.isaacs@dentons.com |
| Dentons US LLP | oscar.pinkas@dentons.com |
| Dentons US LLP | peter.wolfson@dentons.com |
| Dentons US LLP | samuel.maizel@dentons.com |
|  | kdiemer@diemerwei.com |
| Diemer & Wei, LLP | alewicki@diemerwei.com |
|  | david.riley@dlapiper.com |
| DLA PIPER LLP (US) | eric.goldberg@dlapiper.com |
| DLA PIPER LLP (US) | joshua.morse@dlapiper.com |
| DREYER BABICH BUCCOLA WOOD CAMPORA, LLP | scampora@dbbwc.com |
| Dykema Gossett LLP | gjones@dykema.com |

| Party | Email |
|---|---|
| East Bay Community Energy Authority | lgoldberg@ebce.org |
| | Leslie.Freiman@edpr.com |
| EDP Renewables North America LLC | Randy.Sawyer@edpr.com |
| Engel Law, P.C. | larry@engeladvice.com |
| Epiq Corporate Restructuring, LLC | sgarabato@epiqglobal.com |
| | sfelderstein@ffwplaw.com |
| FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUZZI LLP | ppascuzzi@ffwplaw.com |
| Finestone Hayes LLP | sfinestone@fhlawllp.com |
| | sfinestone@fhlawllp.com |
| | jhayes@fhlawllp.com |
| Finestone Hayes LLP | rwitthans@fhlawllp.com |
| | emorabito@foley.com |
| FOLEY & LARDNER LLP | bnelson@foley.com |
| FOLEY & LARDNER LLP | vavilaplana@foley.com |
| FREDERIC DORWART, LAWYERS PLLC | sory@fdlaw.com |
| GELLERT SCALI BUSENKELL & BROWN, LLC | mbusenkell@gsbblaw.com |
| | ehg@classlawgroup.com |
| GIBBS LAW GROUP | dsh@classlawgroup.com |
| | dfeldman@gibsondunn.com |
| GIBSON, DUNN & CRUTCHER LLP | mkelsey@gibsondunn.com |
| Gibson, Dunn & Crutcher LLP | Jkrause@gibsondunn.com |
| GIBSON, DUNN & CRUTCHER LLP | mmcgill@gibsondunn.com |
| | Mrosenthal@gibsondunn.com |
| Gibson, Dunn & Crutcher LLP | Amoskowitz@gibsondunn.com |
| | mneumeister@gibsondunn.com |
| GIBSON, DUNN & CRUTCHER LLP | mchoi@gibsondunn.com |
| | kjarashow@goodwinlaw.com |
| GOODWIN PROCTER LLP | sdasaro@goodwinlaw.com |
| GOODWIN PROCTER LLP | nschultz@goodwinlaw.com |
| Greenberg Traurig, LLP | vuocolod@gtlaw.com |
| GREENBERG TRAURIG, LLP | steinbergh@gtlaw.com |
| GREENBERG TRAURIG, LLP | hoguem@gtlaw.com |
| Greene Radovsky Maloney Share & Hennigh LLP | etredinnick@greeneradovsky.com |
| GROSS & KLEIN LLP | sgross@grosskleinlaw.com |
| | mgrotefeld@ghlaw-llp.com |
| | mochoa@ghlaw-llp.com |
| Grotefeld Hoffmann | wpickett@ghlaw-llp.com |
| HALLISEY AND JOHNSON PC | jfhallisey@gmail.com |
| Hansen&Miller Law Firm | roy@hansenmiller.com |
| HercRentals | Sharon.petrosino@hercrentals.com |
| Hinckley, Allen & Snyder LLP | jdoran@hinckleyallen.com |
| HOGAN LOVELLS US LLP | erin.brady@hoganlovells.com |
| HOGAN LOVELLS US LLP | hampton.foushee@hoganlovells.com |
| HOGAN LOVELLS US LLP | bennett.spiegel@hoganlovells.com |
| | alex.sher@hoganlovells.com |
| HOGAN LOVELLS US LLP | peter.ivanick@hoganlovells.com |
| HOLLAND & HART LLP | rwolf@hollandhart.com |
| | robert.labate@hklaw.com |
| Holland & Knight LLP | david.holtzman@hklaw.com |
| | mjb@hopkinscarley.com |
| Hopkins & Carley, a Law Corporation | jross@hopkinscarley.com |
| Hughes Hubbard & Reed LLP | katie.coleman@hugheshubbard.com |
| | ehuguenin@hugueninkahn.com |
| HUGUENIN KAHN LLP | jbothwell@hugueninkahn.com |
| HUNTON ANDREWS KURTH LLP | keckhardt@huntonak.com |
| HUNTON ANDREWS KURTH LLP | ppartee@huntonak.com |
| IBM Corporation | mjdube@ca.ibm.com |
| | cvarnen@irell.com |
| Irell & Manella LLP | astrabone@irell.com |
| | jreisner@irell.com |
| Irell & Manella LLP | klyman@irell.com |
| Irell & Manella LLP | mstrub@irell.com |
| Iron Mountain Information Management, LLC | Bankruptcy2@ironmountain.com |
| Jacobs Engineering | robert.albery@jacobs.com |
| Jane Luciano | jane-luciano@comcast.net |
| Jang & Associates, LLP | ajang@janglit.com |
| JD Thompson Law | jdt@jdthompsonlaw.com |
| | rbk@jmbm.com |
| Jeffer Mangles Butler & Mitchell LLP | byoung@jmbm.com |
| JENKINS MULLIGAN & GABRIEL LLP | lgabriel@bg.law |

| Firm | Email |
|---|---|
| | aortiz@jhwclaw.com |
| | sjordan@jhwclaw.com |
| JORDAN, HOLZER & ORTIZ, PC | ecf@jhwclaw.com |
| Joseph A. Eisenberg P.C. | JAE1900@yahoo.com |
| KEESAL, YOUNG & LOGANA Professional Corporation | peter.boutin@kyl.com |
| | tkeller@kbkllp.com |
| Keller Benvenutti Kim LLP | jkim@kbkllp.com |
| | KDWBankruptcyDepartment@kelleydrye.com |
| Kelley Drye & Warren LLP | bfeder@kelleydrye.com |
| KILPATRICK TOWNSEND & STOCKTON LLP | bkleinman@kilpatricktownsend.com |
| KILPATRICK TOWNSEND & STOCKTON LLP | prosenblatt@kilpatricktownsend.com |
| Kinder Morgan, Inc. | Mark_Minich@kindermorgan.com |
| Kinder Morgan, Inc. | mosby_perrow@kindermorgan.com |
| Kirkland & Ellis LLP | aparna.yenamandra@kirkland.com |
| Kirkland & Ellis LLP | david.seligman@kirkland.com |
| | marc.kieselstein@kirkland.com |
| Kirkland & Ellis LLP | |
| | mark.mckane@kirkland.com |
| Kirkland & Ellis LLP | michael.esser@kirkland.com |
| | alexander.pilmer@kirkland.com |
| Kirkland & Ellis LLP | |
| | stephen.hessler@kirkland.com |
| Kirkland & Ellis LLP | |
| Kirton McConkie | jsink@kmclaw.com |
| | kklee@ktbslaw.com |
| | dstern@ktbslaw.com |
| Klee, Tuchin, Bogdanoff & Stern LLP | skidder@ktbslaw.com |
| | hbedoyan@kleinlaw.com |
| Klein, Denatale, Goldner, Cooper, Rosenlieb & Kimball, LLP | ecf@kleinlaw.com |
| | acaton@kramerlevin.com |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | mwasson@kramerlevin.com |
| | tdubbs@labaton.com |
| | lgottlieb@labaton.com |
| | cvillegas@labaton.com |
| LABATON SUCHAROW LLP | jdubbin@labaton.com |
| | klamb@lkfirm.com |
| | mslattery@lkfirm.com |
| LAMB & KAWAKAMI LLP | tkelch@lkfirm.com |
| Lamb and Kawakami LLP | bglaser@lkfirm.com |
| LANE POWELL PC | summerst@lanepowell.com |
| Latham & Watkins LLP | adam.malatesta@lw.com |
| Latham & Watkins LLP | amy.quartarolo@lw.com |
| | caroline.reckler@lw.com |
| Latham & Watkins LLP | andrew.parlen@lw.com |
| | christopher.harris@lw.com |
| Latham & Watkins LLP | andrew.parlen@lw.com |
| Laurie A. Deuschel | ldeuschel@hotmail.com |
| Law Office of Angela Jae Chun | ajc@chun.law |
| Law Office of Daren M. Schlecter | daren@schlecterlaw.com |
| LAW OFFICE OF PATRICIA WILLIAMS PREWITT | pwp@pattiprewittlaw.com |
| Law Office of Richard L. Antognini | rlalawyer@yahoo.com |
| Law Office of Steven M. Olson | smo@smolsonlaw.com |
| LAW OFFICE OF WAYNE A. SILVER | ws@waynesilverlaw.com |
| | fos@scarpullalaw.com |
| LAW OFFICES OF FRANCIS O. SCARPULLA | pbc@scarpullalaw.com |
| Law Offices of James Shepherd | jim@jsheplaw.com |
| Law Offices of Leonard K. Welsh | lwelsh@lkwelshlaw.com |
| Law Offices of Thomas J. Brandi | tjb@brandilaw.com |
| | matt@lesnickprince.com |
| Lesnick Prince & Pappas LLP | cprince@lesnickprince.com |
| Levene, Neale, Bender, Yoo & Brill L.L.P. | DLN@LNBYB.COM |
| LEVENE, NEALE, BENDER, YOO & BRILL L.L.P. | EHK@LNBYB.COM |
| | Lovee.Sarenas@lewisbrisbois.com |
| | Amy.Goldman@lewisbrisbois.com |
| Lewis Brisbois Bisgaard & Smith LLP | Scott.Lee@lewisbrisbois.com |
| Linebarger Goggan Blair & Sampson, LLP | houston_bankruptcy@publicans.com |
| Locke Lord LLP | asmith@lockelord.com |
| Locke Lord LLP | bknapp@lockelord.com |
| Locke Lord LLP | eguffy@lockelord.com |
| Locke Lord LLP | eguffy@lockelord.com |

| Firm | Email |
|---|---|
| Locke Lord LLP | kinga.wright@lockelord.com |
| Locke Lord LLP | lkress@lockelord.com |
| Locke Lord LLP | meagan.tom@lockelord.com |
| Locke Lord LLP | sbryant@lockelord.com |
| | jackie.fu@lockelord.com |
| Locke Lord LLP | kinga.wright@lockelord.com |
| | mscohen@loeb.com |
| LOEB & LOEB LLP | aclough@loeb.com |
| | metkin@lowenstein.com |
| | abehlmann@lowenstein.com |
| LOWENSTEIN SANDLER LLP | |
| Macdonald \| Fernandez LLP | imac@macfern.com |
| Manuel Corrales, Jr., Esquire | mannycorrales@yahoo.com |
| MARGULIES FAITH, LLP | Craig@MarguliesFaithLaw.com |
| | rmarshack@marshackhays.com |
| | dwood@marshackhays.com |
| MARSHACK HAYS LLP | lmasud@marshackhays.com |
| MARY ALEXANDER & ASSOCIATES, P.C. | malexander@maryalexanderlaw.com |
| | btrust@mayerbrown.com |
| MAYER BROWN LLP | jcdebaca@mayerbrown.com |
| MAYER BROWN LLP | chenriquez@mayerbrown.com |
| Maynard, Cooper & Gale | dkumagai@maynardcooper.com |
| | Annie.Duong@mccormickbarstow.com |
| McCormick Barstow LLP | demerzian@mccormickbarstow.com |
| McCormick Barstow LLP | Annie.Duong@mccormickbarstow.com |
| | jreisner@mwe.com |
| MCDERMOTT WILL & EMERY LLP | klyman@mwe.com |
| McKoool Smith, P.C. | jsmith@mckoolsmith.com |
| Michael S. Feinberg | feinberg@feinbergfitchlaw.com |
| MICHELSON LAW GROUP | randy.michelson@michelsonlawgroup.com |
| | ddunne@milbank.com |
| Milbank LLP | skhalil@milbank.com |
| | Gbray@milbank.com |
| | TKreller@milbank.com |
| Milbank LLP | svora@milbank.com |
| Milbank LLP | svora@milbank.com |
| | avobrient@mintz.com |
| Mintz Levin Cohn Ferris Glovsky and Popeo, P.C. | ablevin@mintz.com |
| Mirman, Bubman & Nahmias, LLP | anahmias@mbnlawyers.com |
| MONTEE & ASSOCIATES | kmontee@monteeassociates.com |
| Morris James LLP | bfallon@morrisjames.com |
| | James.Ficenec@ndlf.com |
| Newmeyer & Dillion LLP | Joshua.Bevitz@ndlf.com |
| NIXON PEABODY LLP | mferullo@nixonpeabody.com |
| NIXON PEABODY LLP | rpedone@nixonpeabody.com |
| NIXON PEABODY LLP | wlisa@nixonpeabody.com |
| | info@norcallawgroup.net |
| Northern California Law Group, PC | joe@norcallawgroup.net |
| NORTON ROSE FULBRIGHT US LLP | david.rosenzweig@nortonrosefulbright.com |
| | howard.seife@nortonrosefulbright.com |
| | andrew.rosenblatt@nortonrosefulbright.com |
| NORTON ROSE FULBRIGHT US LLP | christy.rivera@nortonrosefulbright.com |
| NORTON ROSE FULBRIGHT US LLP | rebecca.winthrop@nortonrosefulbright.com |
| | kfineman@nutihart.com |
| | gnuti@nutihart.com |
| Nuti Hart LLP | chart@nutihart.com |
| O'MELVENY & MYERS LLP | jbeiswenger@omm.com |
| | jrapisardi@omm.com |
| | nmitchell@omm.com |
| O'MELVENY & MYERS LLP | dshamah@omm.com |
| O'MELVENY & MYERS LLP | pfriedman@omm.com |
| O'Brien & Zehnder | jborg@jasonborglaw.com |
| Office of the California Attorney General | bankruptcy@coag.gov |
| | James.L.Snyder@usdoj.gov |
| | timothy.s.laffredi@usdoj.gov |
| Office of the United States Trustee | Marta.Villacorta@usdoj.gov |
| OLES MORRISON RINKER & BAKER LLP | malone@oles.com |
| Orrick, Herrington & Sutcliffe LLP | dfelder@orrick.com |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | dmintz@orrick.com |
| Orrick, Herrington & Sutcliffe LLP | lmcgowen@orrick.com |

| Firm | Email |
|---|---|
| ORRICK, HERRINGTON & SUTCLIFFE LLP | malevinson@orrick.com |
| Orrick, Herrington & Sutcliffe LLP | tcmitchell@orrick.com |
| | jlucas@pszjlaw.com |
| | gglazer@pszjlaw.com |
| | dgrassgreen@pszjlaw.com |
| | ipachulski@pszjlaw.com |
| Pachulski Stang Ziehl & Jones LLP | |
| Pachulski Stang Ziehl & Jones LLP | jfiero@pszjlaw.com |
| Parker, Hudson, Rainer & Dobbs, LLP | bbates@phrd.com |
| Parker, Hudson, Rainer & Dobbs, LLP | bbates@phrd.com |
| Parkinson Phinney | tom@parkinsonphinney.com |
| PAUL HASTINGS LLP | justinrawlins@paulhastings.com |
| | akornberg@paulweiss.com |
| | bhermann@paulweiss.com |
| | wrieman@paulweiss.com |
| | smitchell@paulweiss.com |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP | ndonnelly@paulweiss.com |
| | wong.andrea@pbgc.gov |
| Pension Benefit Guaranty Corporation | efile@pbgc.gov |
| | morgan.courtney@pbgc.gov |
| Pension Benefit Guaranty Corporation | efile@pbgc.gov |
| | efile@pbgc.gov |
| Pension Benefit Guaranty Corporation | robertson.daniel@pbgc.gov |
| | ngo.melissa@pbgc.gov |
| Pension Benefit Guaranty Corporation | efile@pbgc.gov |
| Perkins Coie, LLP | ADSmith@perkinscoie.com |
| Pierce Atwood LLP | kcunningham@PierceAtwood.com |
| Pillsbury Winthrop Shaw Pittman LLP | dania.slim@pillsburylaw.com |
| PILLSBURY WINTHROP SHAW PITTMAN LLP | hugh.ray@pillsburylaw.com |
| Pillsbury Winthrop Shaw Pittman LLP | leo.crowley@pillsburylaw.com |
| Pillsbury Winthrop Shaw Pittman LLP | dminnick@pillsburylaw.com |
| PILLSBURY WINTHROP SHAW PITTMAN LLP | philip.warden@pillsburylaw.com |
| PINO & ASSOCIATES | epino@epinolaw.com |
| PMRK LAW | peter@pmrklaw.com |
| Polsinelli LLP | lweber@polsinelli.com |
| Polsinelli LLP | rsoref@polsinelli.com |
| | pgeteam@PrimeClerk.com |
| Prime Clerk LLC | serviceqa@primeclerk.com |
| Procopio, Cory, Hargreaves & Savitch LLP | gerald.kennedy@procopio.com |
| | mbienenstock@proskauer.com |
| | brosen@proskauer.com |
| Proskauer Rose LLP | mzerjal@proskauer.com |
| | mfirestein@proskauer.com |
| | lrappaport@proskauer.com |
| Proskauer Rose LLP | sma@proskauer.com |
| Provencher & Flatt, LLP | dbp@provlaw.com |
| Pryor Cashman LLP | rbeacher@pryorcashman.com |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | bennettmurphy@quinnemanuel.com |
| RAINES FELDMAN LLP | jchoi@raineslaw.com |
| | crivas@reedsmith.com |
| Reed Smith LLP | mhouston@reedsmith.com |
| | jdoolittle@reedsmith.com |
| Reed Smith LLP | dweiss@reedsmith.com |
| Reed Smith LLP | mhouston@reedsmith.com |
| Reed Smith LLP | mhowery@reedsmith.com |
| Reed Smith LLP | pmunoz@reedsmith.com |
| Reed Smith LLP | rsimons@reedsmith.com |
| REEDER LAW CORPORATION | david@reederlaw.com |
| Reimer Law, PC | nbreimer.esq@gmail.com |
| | john@jtrlaw1.com |
| Richards Law Firm | evan@jtrlaw1.com |
| RIMON, P.C. | lillian.stenfeldt@rimonlaw.com |
| RIMON, P.C. | phillip.wang@rimonlaw.com |
| Ringstad & Sanders LLP | nanette@ringstadlaw.com |
| | robins@robinscloud.com |
| Robins Cloud LLP | rbryson@robinscloud.com |
| ROPERS, MAJESKI, KOHN & BENTLEY | steven.polard@rmkb.com |
| | gregg.galardi@ropesgray.com |
| | keith.wofford@ropesgray.com |
| ROPES & GRAY LLP | daniel.egan@ropesgray.com |

| Firm | Email |
|---|---|
| Ropes & Gray LLP | mark.bane@ropesgray.com |
| | matthew.roose@ropesgray.com |
| | peter.welsh@ropesgray.com |
| Ropes & Gray LLP | patricia.chen@ropesgray.com |
| | ssally@ropesgray.com |
| ROPES & GRAY LLP | matthew.mcginnis@ropesgray.com |
| | rfriedman@rutan.com |
| RUTAN & TUCKER, LLP | pblanchard@rutan.com |
| | Owen.Clements@sfcityatty.org |
| San Francisco City Attorney's Office | Catheryn.Daly@sfcityatty.org |
| | cbelmonte@ssbb.com |
| Satterlee Stephens LLP | pbosswick@ssbb.com |
| Saul Ewing Arnstein & Lehr LLP | barry.chatz@saul.com |
| Saul Ewing Arnstein & Lehr LLP | luke.murley@saul.com |
| SAVAGE, LAMB & LUNDE, PC | erlamblaw@gmail.com |
| SCHNADER HARRISON SEGAL & LEWIS LLP | gkalikman@schnader.com |
| | dmg@severson.com |
| | dhc@severson.com |
| SEVERSON & WERSON | bjk@severson.com |
| Seyfarth Shaw LLP | rpinkston@seyfarth.com |
| Shearman & Sterling LLP | luckey.mcdowell@shearman.com |
| Shearman & Sterling LLP | daniel.laguardia@shearman.com |
| Shemanolaw | dshemano@shemanolaw.com |
| Sheppard, Mullin, Richter & Hampton LLP | mlauter@sheppardmullin.com |
| | okatz@sheppardmullin.com |
| | mlauter@sheppardmullin.com |
| SHEPPARD, MULLIN, RICHTER & HAMPTON LLP | sfarzan@sheppardmullin.com |
| SHIPMAN & GOODWIN LLP | egoldstein@goodwin.com |
| | lshulman@shbllp.com |
| Shulman Hodges & Bastian LLP | mlowe@shbllp.com |
| Simon Property Group, Inc. | cmartin@simon.com |
| SIMPSON THACHER & BARTLETT LLP | jsanders@stblaw.com |
| | michael.torkin@stblaw.com |
| | ngoldin@stblaw.com |
| | kmclendon@stblaw.com |
| SIMPSON THACHER & BARTLETT LLP | jamie.fell@stblaw.com |
| | gerald@slffirm.com |
| SINGLETON LAW FIRM, APC | john@slffirm.com |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | Amy.Park@skadden.com |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | Eric.Ivester@skadden.com |
| | mbreslauer@swsslaw.com |
| Solomon Ward Seidenwurm & Smith, LLP | wyones@swsslaw.com |
| | Julia.Mosel@sce.com |
| Southern California Edison Company | patricia.cirucci@sce.com |
| St. James Law, P.C. | Ecf@stjames-law.com |
| State of California, Department of Industrial Relations | pallen@dir.ca.gov |
| Steve Christopher | sc2104271@gmail.com |
| Stevens & Lee, P.C. | cp@stevenslee.com |
| Stevens & Lee, P.C. | lpg@stevenslee.com |
| | jdsokol@lawssl.com |
| Stewart Sokol & Larkin LLC | kcoles@lawssl.com |
| STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP | dandreoli@steyerlaw.com |
| STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP | jlowenthal@steyerlaw.com |
| STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP | squan@steyerlaw.com |
| STITES & HARBISON PLLC | ethompson@stites.com |
| Stoel Rives LLP | andrew.morton@stoel.com, jennifer.slocum@stoel.com |
| STOEL RIVES LLP | david.levant@stoel.com |
| Stoel Rives LLP | oren.haker@stoel.com |
| STOEL RIVES LLP | sunny.sarkis@stoel.com |
| STRADLING YOCCA CARLSON & RAUTH, P.C. | pglassman@sycr.com |
| STROOCK & STROOCK & LAVAN LLP | dmoon@stroock.com |
| Stroock & Stroock & Lavan LLP | fmerola@stroock.com |
| | khansen@stroock.com |
| | egilad@stroock.com |
| Stroock & Stroock & Lavan LLP | mgarofalo@stroock.com |

| Firm | Email |
|---|---|
| | khansen@stroock.com |
| | egilad@stroock.com |
| | mgarofalo@stroock.com |
| | holsen@stroock.com |
| | mspeiser@stroock.com |
| | kpasquale@stroock.com |
| STROOCK & STROOCK & LAVAN LLP | smillman@stroock.com |
| | esserman@sbep-law.com |
| Stutzman, Bromberg, Esserman & Plifka, P.C. | taylor@sbep-law.com |
| Synergy Project Management, Inc. | ivan@icjenlaw.com |
| Taylor English Duma LLP | jmills@taylorenglish.com |
| The Davey Tree Expert Company | Erika.Schoenberger@davey.com |
| | bonnie@thekanelawfirm.com |
| The Kane Law Firm | skane@thekanelawfirm.com |
| The Law Office of Joseph West | josephwest@westlawfirmofcalifornia.com |
| The Regents of the University of California | rhonda.goldstein@ucop.edu |
| | altogut@teamtogut.com |
| | kortiz@teamtogut.com |
| | aoden@teamtogut.com |
| TOGUT, SEGAL & SEGAL LLP | aglaubach@teamtogut.com |
| Tosdal Law Firm | tom@tosdallaw.com |
| Trodella & Lapping LLP | Rich@TrodellaLapping.com |
| TROUTMAN SANDERS LLP | gabriel.ozel@troutman.com |
| | harris.winsberg@troutman.com |
| TROUTMAN SANDERS LLP | matthew.roberts2@troutman.com |
| Troutman Sanders LLP | hugh.mcdonald@troutman.com |
| | marcus.hall@troutman.com |
| TROUTMAN SANDERS LLP | katherine.malone@troutman.com |
| | shane.huang@usdoj.gov |
| | michael.tye@usdoj.gov |
| U.S. Department of Justice, Civil Division | Rodney.Morris2@usdoj.gov |
| | shane.huang@usdoj.gov |
| | michael.tye@usdoj.gov |
| U.S. Department of Justice, Civil Division | Rodney.Morris2@usdoj.gov |
| Union Pacific Railroad Company | bankruptcynotices@up.com |
| US Securities and Exchange Commission | sanfrancisco@sec.gov |
| US Securities and Exchange Commission | secbankruptcy@sec.gov |
| Vedder Price CA LLP | solson@vedderprice.com |
| Vorys, Sater, Seymour and Pease LLP | tscobb@vorys.com |
| | wagstaffe@wvbrlaw.com |
| WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK, LLP | busch@wvbrlaw.com |
| | mkelly@walkuplawoffice.com |
| | kbaghdadi@walkuplawoffice.com |
| Walkup Melodia Kelly & Schoenberger | mschuver@walkuplawoffice.com |
| | rileywalter@W2LG.com |
| Walter Wilhelm Law Group a Professional Corporation | Mwilhelm@W2LG.com |
| | stephen.karotkin@weil.com |
| | matthew.goren@weil.com |
| Weil, Gotshal & Manges LLP | jessica.liou@weil.com |
| | bankruptcycourtnotices@unioncounsel.net |
| | erich@unioncounsel.net |
| | tmainguy@unioncounsel.net |
| | cgray@unioncounsel.net |
| Weinberg Roger & Rosenfeld | |
| WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN | joelsner@weintraub.com |
| | mbostick@wendel.com |
| Wendel Rosen LLP | llenherr@wendel.com |
| White & Case LLP | cshore@whitecase.com |
| White & Case LLP | rkampfner@whitecase.com |
| | tlauria@whitecase.com |
| White & Case LLP | mbrown@whitecase.com |
| Williams Kastner | TBlischke@williamskastner.com |
| | mfeldman@willkie.com |
| | jminias@willkie.com |
| Willkie Farr & Gallagher LLP | dforman@willkie.com |
| WILMER CUTLER PICKERING HALE & DORR LLP | CHRIS.JOHNSTONE@WILMERHALE.COM |
| Winston & Strawn LLP | dneier@winston.com |
| WINSTON & STRAWN LLP | Jcecil@winston.com |
| Winston & Strawn LLP | myuffee@winston.com |
| WINTHROP COUCHOT GOLUBOW HOLLANDER, LLP | rgolubow@wcghlaw.com |

Wolkin Curran, LLP  jcurran@wolkincurran.com
Worley Law, P.C.  kw@wlawcorp.com
Young Ward & Lothert, A Professional Law Corporation  info@youngwardlothert.com