# EXHIBIT A

## COMPENSATION BY PROFESSIONAL
## MARCH 1, 2020 THROUGH MARCH 31, 2020

The attorneys and paraprofessionals who rendered professional services in these Chapter 11 Cases during the Fee Period are:

| Name of Professional Person | Department | Year Admitted | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| **Partners** | | | | | |
| Laurie Edelstein | Litigation | 1992 | $775 | 142.30 | $110,282.50 |
| Michael Dockterman | Litigation | 1978 | $880 | 18.50 | $16,280.00 |
| **Associates** | | | | | |
| Michael Flynn-O'Brien | Litigation | 2010 | $615 | 32.20 | $19,803.00 |
| Michael Keough | Litigation | 2014 | $615 | 117.70 | $72,385.50 |
| Patrick Casey Matthews | Litigation | 2016 | $525 | 100.60 | $52,815.00 |
| Johanna Oh | Litigation | 2017 | $525 | 155.80 | $81,795.00 |
| Kelly Champ | Litigation | 2017 | $525 | 27.80 | $14,595.00 |
| **Paralegals and Non-Legal Staff** | | | | | |
| Etelle Stephan | N/A | N/A | $250 | 51.40 | $12,850.00 |
| Daniel Huerta | N/A | N/A | $225 | 1.60 | $360.00 |
| | | | | | |
| **Total Hours and Fees Incurred** | | | | **647.90** | **$381,166.00** |
| **Less 2.5% Volume Discount Per Master Services Agreement** | | | | | **($9,529.16)** |
| **Total Requested** | | | | | **$371,636.84** |

STEPTOE & JOHNSON LLP
One Market Plaza, Spear Tower, Suite 3900
San Francisco, CA 94105

STEPTOE & JOHNSON LLP
One Market Plaza, Spear Tower, Suite 3900
San Francisco, CA 94105

| Professionals | Blended Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|
| Partners | $827.50 | 160.80 | $126,562.50 |
| Associates | $561.00 | 431.10 | $241,393.50 |
| Paraprofessionals | $237.50 | 53.00 | $13,210.00 |
| Blended Attorney Rate | $637.14 | | |
| **Total Fees Incurred** | | | **$381,166.00** |
| **Less 2.5% Volume Discount Per Master Services Agreement** | | | **($9,529.16)** |
| **Total Requested** | | | **$371,636.84** |