STEPTOE & JOHNSON LLP
One Market Plaza, Spear Tower, Suite 3900
San Francisco, CA 94105

**EXHIBIT B**

**COMPENSATION BY WORK TASK CODE FOR
SERVICES RENDERED BY STEPTOE & JOHNSON LLP
FOR THE PERIOD MARCH 1, 2020 THROUGH MARCH 31, 2020**

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 116.7 | $62,558.00 |
| L120 | Analysis/Strategy | 64.9 | $41,895.00 |
| L130 | Experts/Consultants | 113.1 | $76,590.00 |
| L160 | Settlement/Non-Binding ADR | 0.7 | $542.50 |
| L200 | Pre-Trial Pleadings and Motions | 115.7 | $71,591.50 |
| L310 | Written Discovery | 44 | $21,276.00 |
| L330 | Depositions | 125.9 | $75,812.50 |
| L350 | Discovery Motions | 2.3 | $1414.50 |
| L630 | Processing | 7.3 | $2,017.50 |
| L650 | Review | 25.2 | $13,230.00 |
| L653 | First Pass Document Review | 4.4 | $2,310.00 |
| L654 | Second Pass Document Review | 9.1 | $4,777.50 |
| L656 | Redaction | 13.4 | $4,505.00 |
| L670 | Production | 5.2 | $2,646.00 |
| **Total Hours and Fees:** | | **647.9** | **$381,166.00** |
| Less 2.5% Volume Discount Per Master Services Agreement | | | ($9,529.16) |
| **Total Requested** | | | **$371,636.84** |