**EXHIBIT C**

**EXPENSE SUMMARY**
**FEBRUARY 1 THROUGH FEBRUARY 29, 2020**

| EXPENSE | AMOUNTS |
|---|---:|
| Deposition Transcripts | $11,267.10 |
| Filing Fees | $332.75 |
| Federal Express | $126.63 |
| Publications | $116.50 |
| **Total Expenses Requested:** | **$ 11,842.98** |