# EXHIBIT D

**DETAILED TIME ENTRIES**
**MARCH 1 THROUGH MARCH 31, 2020**

STEPTOE & JOHNSON LLP
One Market Plaza, Spear Tower, Suite 3900
San Francisco, CA 94105

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



**STEPTOE & JOHNSON LLP**

One Market Plaza
Spear Tower, Suite 3900
San Francisco, CA 94105
TEL: 415.365.6700
FAX: 415.365.6699
www.steptoe.com

June 3, 2020

## INVOICE SUMMARY

| | |
|---|---|
| **Our Matter No. 024436.00001** | **Invoice No. 2679753** |

WILSTEAD, CLARISSA V. PG&E
1606570

For professional services rendered through March 31, 2020

| | | |
|---|---|---:|
| Fees: | $ | 77.50 |
| 2.5% Volume Discount | | (1.94) |
| Total Fees: | | 75.56 |
| Total Expenses: | | 0.00 |
| **Total Amount Due:** | **$** | **75.56** |

## FEE SUMMARY

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| L. Edelstein | Partner | 0.10 | 775.00 | 77.50 |
| | | | **FEES** | **$77.50** |
| | | | **2.5% VOLUME DISCOUNT** | **(1.94)** |
| | | | **TOTAL FEES** | **$75.56** |

## FEE DETAIL

| Date | TK | Hours | Amount | Description | Task | Activity |
|---|---|---|---|---|---|---|
| 03/23/20 | L.E | 0.10 | 77.50 | Correspondence with client regarding upcoming status report | L200 | |
| | | **TOTAL** | **0.10** | **$77.50** | | |

## TASK SUMMARY

| Code | Description | Amount |
|---|---|---|
| L200 | Pre-trial pleadings and motions | 77.50 |
| | **TOTAL** | **$77.50** |



One Market Plaza
Spear Tower, Suite 3900
San Francisco, CA 94105
TEL: 415.365.6700
FAX: 415.365.6699
www.steptoe.com

June 3, 2020

**INVOICE SUMMARY**

**Our Matter No. 024436.00001**                                    **Invoice No. 2679753**

WILSTEAD, CLARISSA V. PG&E
1606570

For professional services rendered through March 31, 2020

| | | |
|---|---|---|
| Fees: | $ | 77.50 |
| 2.5% Volume Discount | | (1.94) |
| Total Fees: | | 75.56 |
| Total Expenses: | | 0.00 |
| **Total Amount Due:** | $ | **75.56** |

**INVOICE IS DUE AND PAYABLE UPON RECEIPT**
**PLEASE RETURN THIS COPY WITH YOUR REMITTANCE**

Limited Liability Partnership under the laws of the District of Columbia, U.S.A.
BEIJING BRUSSELS CHICAGO HONG KONG LONDON LOS ANGELES NEW YORK SAN FRANCISCO WASHINGTON



One Market Plaza
Spear Tower, Suite 3900
San Francisco, CA 94105
TEL: 415.365.6700
FAX: 415.365.6699
www.steptoe.com

June 3, 2020

**INVOICE SUMMARY**

| **Our Matter No. 084371.00008** | | **Invoice No. 2679754** |
|---|---|---|

CORE TRANSPORT AGENT CASES
1506049

For professional services rendered through March 31, 2020

| | | |
|---|---|---|
| Fees: | $ | 465.00 |
| 2.5% Volume Discount | | (11.63) |
| Total Fees: | | 453.37 |
| Total Expenses: | | 0.00 |
| **Total Due for this Period:** | | **453.37** |
| Previous Balance: | | 9,828.15 |
| **Total Amount Due:** | $ | **10,281.52** |

## FEE SUMMARY

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| L. Edelstein | Partner | 0.60 | 775.00 | 465.00 |
| | | | **FEES** | **$465.00** |
| | | | **2.5% VOLUME DISCOUNT** | **(11.63)** |
| | | | **TOTAL FEES** | **$453.37** |

## FEE DETAIL

| Date | TK | Hours | Amount | Description | Task | Activity |
|---|---|---|---|---|---|---|
| 03/30/20 | LE | 0.60 | 465.00 | Attend to payment allocation issues | L120 | |
| **TOTAL** | | **0.60** | **$465.00** | | | |

## TASK SUMMARY

| Code | Description | Amount |
|---|---|---|
| L120 | Analysis/Strategy | 465.00 |
| | **TOTAL** | **$465.00** |

## CURRENT ACCOUNTS RECEIVABLE AGING

| Current | 31 to 60 | 61 to 90 | 91 to 120 | Over 120 | Balance |
|---|---|---|---|---|---|
| 1,860.50 | 0.00 | 0.00 | 0.00 | 7,967.65 | 9,828.15 |



One Market Plaza
Spear Tower, Suite 3900
San Francisco, CA 94105
TEL: 415.365.6700
FAX: 415.365.6699
www.steptoe.com

June 3, 2020

## INVOICE SUMMARY

**Our Matter No. 084371.00008**                                          **Invoice No. 2679754**

CORE TRANSPORT AGENT CASES
1506049

For professional services rendered through March 31, 2020

| | | |
|---|---|---|
| Fees: | $ | 465.00 |
| 2.5% Volume Discount | | (11.63) |
| Total Fees: | | 453.37 |
| Total Expenses: | | 0.00 |
| **Total Due for this Period:** | | **453.37** |
| Previous Balance: | | 9,828.15 |
| **Total Amount Due:** | $ | **10,281.52** |

**INVOICE IS DUE AND PAYABLE UPON RECEIPT**
**PLEASE RETURN THIS COPY WITH YOUR REMITTANCE**

Limited Liability Partnership under the laws of the District of Columbia, U.S.A.
BEIJING   BRUSSELS   CHICAGO   HONG KONG   LONDON   LOS ANGELES   NEW YORK   SAN FRANCISCO   WASHINGTON



One Market Plaza
Spear Tower, Suite 3900
San Francisco, CA 94105
TEL: 415.365.6700
FAX: 415.365.6699
www.steptoe.com

June 3, 2020

**INVOICE SUMMARY**

**Our Matter No. 084371.00010**                                                                 **Invoice No. 2679755**

GHOST SHIP FIRE LITIGATION
1706719

For professional services rendered through March 31, 2020

| | | |
|---|---|---:|
| Fees: | $ | 361,932.50 |
| 2.5% Volume Discount | | (9,048.31) |
| Total Fees: | | 352,884.19 |
| Total Expenses: | | 11,842.98 |
| **Total Due for this Period:** | | **364,727.17** |
| Previous Balance: | | 743,701.18 |
| **Total Amount Due:** | $ | **1,108,428.35** |

## FEE SUMMARY

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| L. Edelstein | Partner | 137.90 | 775.00 | 106,872.50 |
| M. Dockterman | Partner | 18.50 | 880.00 | 16,280.00 |
| M.E. Flynn-O'Brien | Associate | 13.30 | 615.00 | 8,179.50 |
| M.A. Keough | Associate | 117.70 | 615.00 | 72,385.50 |
| K. Champ | Associate | 27.80 | 525.00 | 14,595.00 |
| Patrick Casey Matthews | Associate | 100.60 | 525.00 | 52,815.00 |
| J. Oh | Associate | 147.80 | 525.00 | 77,595.00 |
| E. Stephan | Paralegal | 51.40 | 250.00 | 12,850.00 |
| D.A. Huerta | ePS | 1.60 | 225.00 | 360.00 |

| | | |
|---:|---:|---:|
| **FEES** | | **$361,932.50** |
| **2.5% VOLUME DISCOUNT** | | **(9,048.31)** |
| **TOTAL FEES** | | **$352,884.19** |

## FEE DETAIL

| Date | TK | Hours | Amount | Description | Task | Activity |
|---|---|---:|---:|---|---|---|
| 03/01/20 | LE | 0.80 | 620.00 | Attend to issues regarding resident plaintiff depositions. | L330 | |
| 03/01/20 | LE | 3.20 | 2,480.00 | Attend to issues regarding motion for judgment on the pleadings | L200 | |
| 03/01/20 | LE | 0.40 | 310.00 | Attend to issues regarding litigation updates and case status reports for client | L120 | |
| 03/01/20 | LE | 0.30 | 232.50 | Attend to case materials for weekly call with client | L120 | |
| 03/01/20 | MAK | 0.30 | 184.50 | Correspondence with L. Edelstein regarding case management issues | L120 | |
| 03/01/20 | KC | 1.80 | 945.00 | Legal research in support of motion for judgment on pleadings | L200 | |
| 03/02/20 | LE | 1.30 | 1,007.50 | Attend to issues regarding City of Oakland employee depositions | L330 | |
| 03/02/20 | LE | 2.70 | 2,092.50 | Meeting with PG&E employee to develop factual issues (2.0) and prepare for same (.7) | L200 | |
| 03/02/20 | LE | 1.30 | 1,007.50 | Attend to issues regarding case status and strategy (.6) and confer with co-counsel (.7) | L120 | |
| 03/02/20 | MAK | 5.10 | 3,136.50 | Review and analyze City of Oakland depositions | L330 | |
| 03/02/20 | MAK | 1.00 | 615.00 | Review and analyze materials to identify documents for Consultant B | L130 | |
| 03/02/20 | MAK | 0.60 | 369.00 | Confer with L. Edelstein regarding legal issues and case management. | L120 | |
| 03/02/20 | MAK | 0.20 | 123.00 | Call with defense counsel | L200 | |
| 03/02/20 | KC | 2.60 | 1,365.00 | Legal research regarding plaintiffs' claims and potential motion | L200 | |
| 03/02/20 | KC | 2.40 | 1,260.00 | Draft motion for judgment on the pleadings | L200 | |

| Date | TK | Hours | Amount | Description | Task | Activity |
|------|----|-------|--------|-------------|------|----------|
| 03/02/20 | JO | 0.90 | 472.50 | Meeting with client regarding case status and plan. | L120 | |
| 03/02/20 | JO | 0.90 | 472.50 | Prepare for meeting with PG&E employee to develop facts | L110 | |
| 03/02/20 | JO | 2.00 | 1,050.00 | Meeting with PG&E employee regarding fact development | L110 | |
| 03/02/20 | JO | 1.80 | 945.00 | Meeting with client regarding PMK insurance deposition and document production. | L120 | |
| 03/02/20 | JO | 3.20 | 1,680.00 | Review and analyze documents in response to plaintiffs' document request | L650 | |
| 03/02/20 | JO | 1.90 | 997.50 | Prepare supporting declaration in preparation for legal motion | L200 | |
| 03/02/20 | JO | 0.40 | 210.00 | Meeting with L. Edelstein to prepare for meeting with PG&E employee to develop facts | L110 | |
| 03/02/20 | ES | 0.30 | 75.00 | Correspondence with discovery vendor regarding document processing | L630 | |
| 03/03/20 | LE | 1.00 | 775.00 | Weekly call with client to discuss case status and strategy | L120 | |
| 03/03/20 | LE | 0.20 | 155.00 | Attend to issues regarding evidence | L130 | |
| 03/03/20 | LE | 0.10 | 77.50 | Review and respond to correspondence regarding factual issue | L110 | |
| 03/03/20 | MAK | 0.40 | 246.00 | Attend to case management issues | L120 | |
| 03/03/20 | MAK | 1.00 | 615.00 | Weekly strategy call with client and case team. | L120 | |
| 03/03/20 | MAK | 0.10 | 61.50 | Correspond with discovery vendor regarding Relativity issue. | L120 | |
| 03/03/20 | MAK | 0.10 | 61.50 | Correspondence with co-counsel regarding potential motion | L120 | |
| 03/03/20 | KC | 5.30 | 2,782.50 | Draft potential motion for judgment on the pleadings | L200 | |
| 03/03/20 | PW | 3.90 | 2,047.50 | Analyze resident plaintiff deposition transcript | L110 | |
| 03/03/20 | JO | 4.40 | 2,310.00 | Review and analyze documents in preparation for document production in response to plaintiffs' document request | L650 | |
| 03/03/20 | JO | 0.40 | 210.00 | Review and analyze recent case law on legal issue relevant to damages | L120 | |
| 03/03/20 | JO | 0.20 | 105.00 | Attend to follow up factual issues based on meeting with PG&E employee | L110 | |
| 03/03/20 | JO | 0.40 | 210.00 | Correspondence with client regarding documents for production | L110 | |
| 03/03/20 | ES | 1.00 | 250.00 | Participate in weekly strategy and status call. | L120 | |
| 03/04/20 | LE | 0.20 | 155.00 | Phone call with PG&E employee regarding factual issue and follow up correspondence regarding same | L110 | |
| 03/04/20 | LE | 0.20 | 155.00 | Review and respond to correspondence regarding retention of consultants | L130 | |

| Date | TK | Hours | Amount | Description | Task | Activity |
|------|-----|-------|--------|-------------|------|----------|
| 03/04/20 | LE | 0.10 | 77.50 | Attend to issues regarding mediation dates | L160 | |
| 03/04/20 | LE | 0.10 | 77.50 | Follow up with M. Keough and C. Mathews regarding depositions | L330 | |
| 03/04/20 | LE | 0.10 | 77.50 | Correspondence with E. Stephan regarding follow up concerning factual issue in connection with deposition preparation | L330 | |
| 03/04/20 | LE | 0.30 | 232.50 | Correspondence with M. Keough regarding potential motions | L200 | |
| 03/04/20 | MAK | 0.90 | 553.50 | Research procedural issues in connection with potential motions and draft meet and confer correspondence | L200 | |
| 03/04/20 | MAK | 5.50 | 3,382.50 | Attend to issues regarding potential motion for judgment on the pleadings | L200 | |
| 03/04/20 | MAK | 0.30 | 184.50 | Draft correspondence to the court regarding hearing dates for motions for judgment on the pleadings. | L200 | |
| 03/04/20 | MAK | 0.50 | 307.50 | Attend to issues regarding review of materials for Consultant B | L130 | |
| 03/04/20 | KC | 2.60 | 1,365.00 | Legal research regarding potential motion | L200 | |
| 03/04/20 | PW | 5.60 | 2,940.00 | Review and analyze resident plaintiff deposition transcripts | L110 | |
| 03/04/20 | JO | 2.50 | 1,312.50 | Meeting with client to review documents for production | L110 | |
| 03/04/20 | JO | 0.40 | 210.00 | Update L. Edelstein on status of document review and production | L110 | |
| 03/04/20 | JO | 4.30 | 2,257.50 | Review and analyze documents for production. | L650 | |
| 03/04/20 | ES | 1.60 | 400.00 | Review of documents and create chart with relevant factual information | L110 | |
| 03/05/20 | LE | 3.00 | 2,325.00 | Meeting with Consultant A | L130 | |
| 03/05/20 | LE | 1.10 | 852.50 | Attend to issues regarding potential motion at request of client | L200 | |
| 03/05/20 | LE | 0.60 | 465.00 | Phone call with PG&E employee regarding factual issues | L110 | |
| 03/05/20 | LE | 0.10 | 77.50 | Correspondence with J. Oh regarding plaintiffs' document requests | L330 | |
| 03/05/20 | LE | 0.30 | 232.50 | Confer with co-counsel regarding legal research | L200 | |
| 03/05/20 | LE | 0.30 | 232.50 | Attend to issues regarding factual issue | L110 | |
| 03/05/20 | LE | 0.30 | 232.50 | Confer with co-counsel regarding strategy | L130 | |
| 03/05/20 | MAK | 0.30 | 184.50 | Confer with co-counsel regarding legal research | L200 | |
| 03/05/20 | MAK | 2.00 | 1,230.00 | Review and analyze deposition transcripts | L330 | |
| 03/05/20 | MAK | 3.00 | 1,845.00 | Meeting with Consultant A | L130 | |
| 03/05/20 | KC | 0.80 | 420.00 | Legal research for supporting papers in connection with motions for judgment on the pleadings. | L200 | |

| Date | TK | Hours | Amount | Description | Task | Activity |
|------|----|------:|-------:|-------------|------|----------|
| 03/05/20 | KC | 2.40 | 1,260.00 | Review and analyze documents to identify materials for Consultant B | L130 | |
| 03/05/20 | PW | 4.20 | 2,205.00 | Review and analyze deposition transcripts of resident plaintiffs | L110 | |
| 03/05/20 | JO | 0.70 | 367.50 | Prepare documents for production in response to plaintiffs' requests | L630 | |
| 03/05/20 | JO | 0.60 | 315.00 | Conference call with L. Edelstein and PG&E employee regarding factual issue | L110 | |
| 03/05/20 | JO | 0.30 | 157.50 | Correspondence with L. Edelstein regarding status of document review and analysis | L650 | |
| 03/05/20 | JO | 0.70 | 367.50 | Review and analyze materials in preparation for call with PG&E employee regarding factual issue | L110 | |
| 03/05/20 | JO | 2.30 | 1,207.50 | Attend to issues regarding person most qualified deposition notice | L330 | |
| 03/05/20 | ES | 2.00 | 500.00 | Review of deposition exhibits and database of documents for identification of documents. | L110 | |
| 03/06/20 | LE | 2.60 | 2,015.00 | Attend to issues regarding motions for judgment on the pleadings | L200 | |
| 03/06/20 | LE | 0.20 | 155.00 | Review of materials for client and correspondence regarding same | L120 | |
| 03/06/20 | LE | 1.00 | 775.00 | Confer with M. Dockterman and co-counsel regarding case strategy (.5) and phone call with client (.5) | L120 | |
| 03/06/20 | LE | 0.10 | 77.50 | Follow up with PG&E employee regarding factual issues | L110 | |
| 03/06/20 | LE | 0.50 | 387.50 | Phone call with client to discuss documents responsive to deposition notice and RFP | L330 | |
| 03/06/20 | LE | 0.40 | 310.00 | Draft meet and confer correspondence to plaintiffs regarding motion for judgment on pleadings | L200 | |
| 03/06/20 | LE | 1.20 | 930.00 | Phone call with PG&E employee regarding factual issues | L110 | |
| 03/06/20 | MD | 1.70 | 1,496.00 | Review materials in preparation for call with clients. | L120 | |
| 03/06/20 | MD | 0.50 | 440.00 | Conference call with L. Edelstein regarding status. | L120 | |
| 03/06/20 | MD | 0.50 | 440.00 | Strategy call with client and follow up with L. Edelstein. | L120 | |
| 03/06/20 | MAK | 4.80 | 2,952.00 | Review and analyze deposition transcripts of City of Oakland witnesses | L330 | |
| 03/06/20 | MAK | 0.40 | 246.00 | Update case task list and confer regarding case management projects | L120 | |
| 03/06/20 | MAK | 0.10 | 61.50 | Confer with co-counsel regarding plaintiffs' legal claims | L200 | |
| 03/06/20 | MAK | 0.40 | 246.00 | Attend to issues regarding client document sharing site. | L120 | |

| Date | TK | Hours | Amount | Description | Task | Activity |
|------|-----|-------|--------|-------------|------|----------|
| 03/06/20 | MAK | 0.20 | 123.00 | Correspond with Steptoe team regarding updates to case calendar and docketing calendar. | L120 | |
| 03/06/20 | KC | 4.20 | 2,205.00 | Review and analyze documents to identify materials for Consultant B | L130 | |
| 03/06/20 | PW | 3.30 | 1,732.50 | Review of deposition transcripts of resident plaintiffs | L330 | |
| 03/06/20 | JO | 0.60 | 315.00 | Attend to issues regarding answer to cross-complaint. | L200 | |
| 03/06/20 | JO | 1.10 | 577.50 | Prepare objections to person most qualified deposition notice. | L330 | |
| 03/06/20 | JO | 0.50 | 262.50 | Confer with client regarding person most qualified deposition notice | L330 | |
| 03/06/20 | JO | 0.90 | 472.50 | Review and analyze materials to prepare for PMK deposition | L330 | |
| 03/06/20 | JO | 1.00 | 525.00 | Review documents in preparation for call with PG&E employee | L110 | |
| 03/06/20 | JO | 1.20 | 630.00 | Call with PG&E employee regarding fact issue | L110 | |
| 03/06/20 | JO | 1.20 | 630.00 | Prepare documents for production in response to PMK notice | L654 | |
| 03/06/20 | ES | 0.50 | 125.00 | Review and update deposition and case calendars | L330 | |
| 03/07/20 | MAK | 3.50 | 2,152.50 | Review and analyze transcripts of City of Oakland witnesses. | L330 | |
| 03/07/20 | KC | 2.40 | 1,260.00 | Continue analysis and review of documents to identify materials for Consultant B | L130 | |
| 03/08/20 | MAK | 5.50 | 3,382.50 | Review and analyze transcripts of City of Oakland witnesses. | L330 | |
| 03/09/20 | LE | 0.90 | 697.50 | Confer with co-counsel regarding case status and strategy | L120 | |
| 03/09/20 | LE | 0.90 | 697.50 | Attend to various issues relating to review and production of documents in response to plaintiffs' request | L330 | |
| 03/09/20 | LE | 0.50 | 387.50 | Phone call with client in connection with PMK deposition | L330 | |
| 03/09/20 | LE | 0.40 | 310.00 | Draft meet and confer correspondence to plaintiffs regarding motion for judgment on the pleadings | L200 | |
| 03/09/20 | LE | 0.50 | 387.50 | Phone call with PG&E employee regarding factual issue | L110 | |
| 03/09/20 | LE | 0.70 | 542.50 | Attend to issues regarding motions for judgment on pleadings | L200 | |
| 03/09/20 | MAK | 0.70 | 430.50 | Attend to issues regarding case strategy and case management | L120 | |
| 03/09/20 | MAK | 6.50 | 3,997.50 | Attend to issues regarding City of Oakland depositions | L330 | |

| Date | TK | Hours | Amount | Description | Task | Activity |
|------|-----|-------|--------|-------------|------|----------|
| 03/09/20 | MAK | 1.80 | 1,107.00 | Research procedural issues for potential motion | L200 | |
| 03/09/20 | PW | 4.30 | 2,257.50 | Attend to issues regarding resident plaintiff depositions | L330 | |
| 03/09/20 | JO | 1.20 | 630.00 | Prepare materials for the deposition preparation of PMK witness | L330 | |
| 03/09/20 | JO | 4.50 | 2,362.50 | Review and analyze documents in response to plaintiffs' document request | L650 | |
| 03/09/20 | JO | 1.90 | 997.50 | Attend to answer to cross-complaint. | L200 | |
| 03/09/20 | JO | 3.00 | 1,575.00 | Review and analyze documents in response to plaintiffs' document request | L650 | |
| 03/09/20 | ES | 1.60 | 400.00 | Prepare documents to be uploaded to Relativity and correspond with discovery vendor. | L630 | |
| 03/10/20 | LE | 1.00 | 775.00 | Meeting with client to discuss case status and strategy | L120 | |
| 03/10/20 | LE | 1.50 | 1,162.50 | Attend to issues regarding case management statement | L200 | |
| 03/10/20 | LE | 0.30 | 232.50 | Attend to issues regarding depositions of PG&E employees | L330 | |
| 03/10/20 | MAK | 1.00 | 615.00 | Meeting with client to discuss case status and strategy | L200 | |
| 03/10/20 | MAK | 1.90 | 1,168.50 | Review and analyze PG&E documents for factual development | L200 | |
| 03/10/20 | PW | 6.70 | 3,517.50 | Attend to issues regarding depositions of resident Plaintiffs. | L330 | |
| 03/10/20 | JO | 3.90 | 2,047.50 | Prepare materials for the deposition preparation of PMK witness | L330 | |
| 03/10/20 | JO | 4.20 | 2,205.00 | Review and analyze documents in response to plaintiffs' document request | L650 | |
| 03/10/20 | ES | 1.00 | 250.00 | Weekly meeting with client to discuss case status and strategy | L120 | |
| 03/11/20 | LE | 0.60 | 465.00 | Conference call with Consultant A | L130 | |
| 03/11/20 | LE | 3.30 | 2,557.50 | Attend to issues regarding deposition notices for PG&E employees and draft meet and confer letter to plaintiffs | L330 | |
| 03/11/20 | LE | 4.70 | 3,642.50 | Deposition preparation session with PMK witness (2.0) and review of materials to prepare for same (2.7) | L330 | |
| 03/11/20 | LE | 0.20 | 155.00 | Review of research regarding potential consultants | L130 | |
| 03/11/20 | LE | 0.20 | 155.00 | Review and respond to correspondence regarding meter depositions | L330 | |
| 03/11/20 | LE | 0.10 | 77.50 | Attend to issues regarding mediation | L160 | |
| 03/11/20 | LE | 0.20 | 155.00 | Attend to issues regarding case management statement | L200 | |

| Date | TK | Hours | Amount | Description | Task | Activity |
|------|-----|-------|--------|-------------|------|----------|
| 03/11/20 | MEFO | 2.50 | 1,537.50 | Attend to issues regarding potential consultants | L130 | |
| 03/11/20 | MEFO | 1.50 | 922.50 | Research and identify potential consultants | L130 | |
| 03/11/20 | MAK | 0.50 | 307.50 | Attend to issues regarding supporting papers for motions for judgment on pleadings | L200 | |
| 03/11/20 | MAK | 0.30 | 184.50 | Confer regarding legal research related to depositions. | L330 | |
| 03/11/20 | MAK | 0.30 | 184.50 | Attend to issues regarding client file sharing site. | L120 | |
| 03/11/20 | KC | 1.30 | 682.50 | Legal research regarding plaintiffs' claim | L200 | |
| 03/11/20 | KC | 0.40 | 210.00 | Draft notice of motion for judgment on the pleadings. | L200 | |
| 03/11/20 | PW | 1.30 | 682.50 | Review documents for production | L650 | |
| 03/11/20 | PW | 1.20 | 630.00 | Review deposition transcript | L330 | |
| 03/11/20 | PW | 2.90 | 1,522.50 | Research legal issue related to deposition notices | L330 | |
| 03/11/20 | JO | 4.40 | 2,310.00 | Review and analyze documents in connection with plaintiffs' document request | L653 | |
| 03/11/20 | JO | 0.70 | 367.50 | Meeting with client regarding case status and strategy. | L120 | |
| 03/11/20 | JO | 2.00 | 1,050.00 | Deposition preparation session with PG&E witness | L330 | |
| 03/11/20 | JO | 5.30 | 2,782.50 | Prepare materials for the deposition preparation of PMK witness | L330 | |
| 03/11/20 | ES | 4.70 | 1,175.00 | Review and redact documents for production | L656 | |
| 03/11/20 | DAH | 0.70 | 157.50 | Import exhibit links for deposition transcripts in Case Notebook database and prepare and provide team with list of deposition transcripts that do not contain exhibit links. | L330 | |
| 03/12/20 | LE | 0.10 | 77.50 | Correspondence regarding fact development issue | L110 | |
| 03/12/20 | LE | 0.60 | 465.00 | Attend to issues regarding proposal to file omnibus motions for judgment on the pleadings | L200 | |
| 03/12/20 | LE | 0.20 | 155.00 | Attend to issues regarding dismissal of intentional infliction claim | L200 | |
| 03/12/20 | LE | 2.00 | 1,550.00 | Meeting to discuss case status and strategy | L120 | |
| 03/12/20 | LE | 1.90 | 1,472.50 | Attend to issues regarding PMK insurance deposition notice and review of documents in response to same | L330 | |
| 03/12/20 | MEFO | 0.40 | 246.00 | Follow up correspondence concerning consultant search | L130 | |
| 03/12/20 | MAK | 0.20 | 123.00 | Attend to issues regarding supporting papers for motion for judgment on the pleadings. | L200 | |
| 03/12/20 | MAK | 2.00 | 1,230.00 | Meeting to discuss case status and strategy | L200 | |

| Date | TK | Hours | Amount | Description | Task | Activity |
|------|-----|-------|--------|-------------|------|----------|
| 03/12/20 | MAK | 0.40 | 246.00 | Attend to notice of deposit for production of documents | L310 | |
| 03/12/20 | MAK | 0.40 | 246.00 | Calls with discovery vendor and document depository service to coordinate document production | L670 | |
| 03/12/20 | KC | 1.20 | 630.00 | Attend to supporting papers for motion for judgment on the pleadings | L200 | |
| 03/12/20 | PW | 4.20 | 2,205.00 | Review of document production to ensure proper redaction. | L656 | |
| 03/12/20 | JO | 7.90 | 4,147.50 | Review of documents for production in response to plaintiffs' document request | L654 | |
| 03/12/20 | JO | 2.00 | 1,050.00 | Meeting to discuss case status and strategy | L120 | |
| 03/12/20 | ES | 4.50 | 1,125.00 | Review and redact documents for production | L656 | |
| 03/12/20 | ES | 0.80 | 200.00 | Attend meeting to discuss case management | L120 | |
| 03/13/20 | LE | 1.20 | 930.00 | Attend to issues regarding Consultant A and Consultant B | L130 | |
| 03/13/20 | LE | 0.50 | 387.50 | Meeting with J. Oh to discuss case strategy and management | L120 | |
| 03/13/20 | LE | 0.30 | 232.50 | Phone call with PG&E employee regarding fact issues and documents | L200 | |
| 03/13/20 | LE | 1.30 | 1,007.50 | Phone call with PG&E employee regarding fact development issue | L110 | |
| 03/13/20 | LE | 1.40 | 1,085.00 | Attend to issues regarding PMK insurance deposition and documents | L330 | |
| 03/13/20 | LE | 0.90 | 697.50 | Attend to issues regarding CMC statement | L200 | |
| 03/13/20 | MAK | 0.30 | 184.50 | Attend to issues for CMC statement. | L200 | |
| 03/13/20 | MAK | 1.60 | 984.00 | Attend to supporting papers for motion for judgment on the pleadings | L110 | |
| 03/13/20 | MAK | 0.40 | 246.00 | Attend to case materials for client | L120 | |
| 03/13/20 | MAK | 0.10 | 61.50 | Correspondence with co-counsel regarding preparation for upcoming depositions. | L330 | |
| 03/13/20 | KC | 0.40 | 210.00 | Attend to proposed order for motion | L200 | |
| 03/13/20 | PW | 3.10 | 1,627.50 | Review and analyze non-party deposition transcript | L110 | |
| 03/13/20 | JO | 0.80 | 420.00 | Review, finalize, and serve notice of deposit of document production. | L330 | |
| 03/13/20 | JO | 0.70 | 367.50 | Attend to and finalize objections to plaintiffs' PMK deposition notice and document requests. | L330 | |
| 03/13/20 | JO | 3.30 | 1,732.50 | Review, finalize, and produce documents responsive to plaintiffs' PMK deposition | L670 | |
| 03/13/20 | JO | 2.70 | 1,417.50 | Review and analyze documents for fact development. | L110 | |
| 03/13/20 | JO | 0.50 | 262.50 | Meeting with L. Edelstein regarding case status and strategy | L120 | |
| 03/13/20 | JO | 0.40 | 210.00 | Confer with discovery vendor regarding production of documents | L670 | |

| Date | TK | Hours | Amount | Description | Task | Activity |
|------|-----|-------|--------|-------------|------|----------|
| 03/14/20 | LE | 1.30 | 1,007.50 | Attend to issues regarding PMK deposition, including review of documents provided by plaintiffs | L330 | |
| 03/14/20 | MAK | 0.60 | 369.00 | Attend to case management issues. | L200 | |
| 03/14/20 | MAK | 0.30 | 184.50 | Attend to issues regarding appendix for motion for judgment on the pleadings. | L670 | |
| 03/14/20 | MAK | 0.20 | 123.00 | Calls and correspondence with document depository vendor regarding document production. | L670 | |
| 03/14/20 | PW | 2.70 | 1,417.50 | Review and analyze non-party deposition transcript | L110 | |
| 03/14/20 | JO | 2.90 | 1,522.50 | Review and analyze documents plaintiffs sent in preparation for the PMK deposition | L330 | |
| 03/14/20 | JO | 1.10 | 577.50 | Analyze documents provided by plaintiffs in preparation for PMK deposition | L330 | |
| 03/15/20 | LE | 0.90 | 697.50 | Attend to issues regarding PMK deposition in light of COVID-19 crisis | L330 | |
| 03/15/20 | LE | 0.70 | 542.50 | Attend to supporting documents for motion for judgment on pleadings claim | L200 | |
| 03/15/20 | LE | 1.10 | 852.50 | Attend to answer to cross-complaint | L200 | |
| 03/15/20 | MAK | 0.10 | 61.50 | Correspond with co-counsel regarding preparation for upcoming depositions. | L330 | |
| 03/15/20 | MAK | 1.00 | 615.00 | Attend to issues related to potential motion | L200 | |
| 03/15/20 | JO | 2.70 | 1,417.50 | Review and analyze documents for fact development. | L110 | |
| 03/16/20 | LE | 0.20 | 155.00 | Attend to issues regarding hearing date for motion for judgment on the pleadings | L200 | |
| 03/16/20 | LE | 0.40 | 310.00 | Attend to issues regarding plaintiffs' interrogatory responses | L310 | |
| 03/16/20 | LE | 0.80 | 620.00 | Attend to issues regarding CMC statement | L200 | |
| 03/16/20 | LE | 0.20 | 155.00 | Attend to issues regarding rescheduling of depositions | L330 | |
| 03/16/20 | LE | 1.40 | 1,085.00 | Conferences with Consultant B | L130 | |
| 03/16/20 | LE | 0.30 | 232.50 | Attend to issues regarding Alameda County Superior Court and COVID-19 and effect on filing dates | L200 | |
| 03/16/20 | LE | 1.30 | 1,007.50 | Steptoe team meeting to discuss case status and strategy | L120 | |
| 03/16/20 | MEFO | 1.00 | 615.00 | Correspondence regarding potential experts and review CVs | L130 | |
| 03/16/20 | MAK | 1.30 | 799.50 | Call with Steptoe team to discuss case status and strategy | L120 | |
| 03/16/20 | MAK | 1.50 | 922.50 | Attend to issues related to potential motion | L200 | |
| 03/16/20 | MAK | 0.70 | 430.50 | Attend to issues concerning client file sharing site. | L120 | |
| 03/16/20 | MAK | 0.80 | 492.00 | Attend to issues regarding plaintiffs' responses to interrogatories | L310 | |

| Date | TK | Hours | Amount | Description | Task | Activity |
|------|-----|-------|--------|-------------|------|----------|
| 03/16/20 | MAK | 1.00 | 615.00 | Call with document depository vendor regarding document productions and draft protocol | L310 | |
| 03/16/20 | PW | 1.30 | 682.50 | Steptoe team regarding case strategy and ongoing tasks. | L120 | |
| 03/16/20 | PW | 4.30 | 2,257.50 | Legal research regarding plaintiffs' claims | L120 | |
| 03/16/20 | PW | 1.10 | 577.50 | Review and analyze non-party deposition transcript | L110 | |
| 03/16/20 | JO | 1.30 | 682.50 | Confer with team regarding case status and plan. | L120 | |
| 03/16/20 | JO | 1.10 | 577.50 | Attend to issues in connection with potential motion | L200 | |
| 03/16/20 | JO | 2.40 | 1,260.00 | Review and analyze plaintiffs responses to interrogatories | L310 | |
| 03/16/20 | JO | 1.60 | 840.00 | Attend to issues in connection with potential motion | L200 | |
| 03/16/20 | ES | 1.70 | 425.00 | Prepare exhibits and review the Request for Judicial notice for exhibit citations. | L200 | |
| 03/16/20 | ES | 1.30 | 325.00 | Steptoe team meeting regarding case management and strategy | L120 | |
| 03/16/20 | ES | 1.00 | 250.00 | Updated chart of document productions | L310 | |
| 03/16/20 | ES | 1.00 | 250.00 | Compile and prepare documents produced by defendants for upload to discovery vendor | L630 | |
| 03/17/20 | LE | 2.30 | 1,782.50 | Attend to issues and analysis of resident plaintiff depositions | L330 | |
| 03/17/20 | LE | 0.50 | 387.50 | Weekly call with client to discuss case status and strategy | L120 | |
| 03/17/20 | LE | 0.30 | 232.50 | Phone call with client regarding PMK deposition | L330 | |
| 03/17/20 | LE | 1.10 | 852.50 | Phone call with M. Dockterman regarding case strategy and status (.5) and compile background materials regarding same (.6) | L120 | |
| 03/17/20 | LE | 1.30 | 1,007.50 | Attend to issues regarding potential consultant | L130 | |
| 03/17/20 | LE | 0.30 | 232.50 | Attend to issues regarding filing of papers with court in light of court closure | L200 | |
| 03/17/20 | LE | 0.50 | 387.50 | Conference call with potential expert | L130 | |
| 03/17/20 | LE | 0.60 | 465.00 | Attend to issues concerning deposition dates and possibility of remote depositions | L330 | |
| 03/17/20 | LE | 0.40 | 310.00 | Phone calls with Consultant B | L130 | |
| 03/17/20 | MD | 0.50 | 440.00 | Confer with L. Edelstein regarding case strategy | L120 | |
| 03/17/20 | MEF O | 1.00 | 615.00 | Evaluate information regarding potential experts | L130 | |
| 03/17/20 | MAK | 0.60 | 369.00 | Attend to materials for Consultant B | L130 | |

| Date | TK | Hours | Amount | Description | Task | Activity |
|------|----|-------|--------|-------------|------|----------|
| 03/17/20 | MAK | 1.50 | 922.50 | Review and analyze documents for fact development for potential motions | L200 | |
| 03/17/20 | MAK | 0.30 | 184.50 | Attend to issues regarding answer to cross-complaint. | L200 | |
| 03/17/20 | MAK | 0.50 | 307.50 | Weekly strategy call with client | L120 | |
| 03/17/20 | MAK | 0.60 | 369.00 | Attend to filing of answer to cross-complaint in light of court closure | L200 | |
| 03/17/20 | PW | 6.80 | 3,570.00 | Review and analyze non-party deposition transcripts | L330 | |
| 03/17/20 | JO | 2.10 | 1,102.50 | Review and analyze plaintiffs' responses to interrogatories | L310 | |
| 03/17/20 | JO | 2.20 | 1,155.00 | Draft papers for potential legal motion | L200 | |
| 03/17/20 | ES | 0.20 | 50.00 | Finalize exhibits and appendix for the request for judicial notice in support of motion for judgment on the pleadings of negligent hiring. | L200 | |
| 03/17/20 | ES | 0.30 | 75.00 | Correspond with discovery vendor regarding upload of defendants' document productions. | L630 | |
| 03/17/20 | ES | 0.50 | 125.00 | Finalize and serve PG&E's answer to Hrabko's fourth amended cross complaint. | L200 | |
| 03/18/20 | LE | 0.60 | 465.00 | Attend to issues regarding potential experts | L130 | |
| 03/18/20 | LE | 1.30 | 1,007.50 | Review and analyze materials for meeting with Consultant A | L130 | |
| 03/18/20 | LE | 0.60 | 465.00 | Attend to issues regarding Oakland depositions | L330 | |
| 03/18/20 | LE | 1.70 | 1,317.50 | Attend to issues regarding plaintiffs' responses to interrogatories | L310 | |
| 03/18/20 | LE | 1.90 | 1,472.50 | Attend to issues regarding Oakland depositions | L330 | |
| 03/18/20 | LE | 0.80 | 620.00 | Review and analyze materials for fact development | L110 | |
| 03/18/20 | LE | 0.80 | 620.00 | Follow up calls with Consultant B | L130 | |
| 03/18/20 | LE | 0.20 | 155.00 | Attend to materials for strategy call | L120 | |
| 03/18/20 | LE | 0.20 | 155.00 | Attend to issues regarding PMK deposition and preparation regarding same | L330 | |
| 03/18/20 | MAK | 0.60 | 369.00 | Review and analyze documents for fact development | L110 | |
| 03/18/20 | MAK | 0.60 | 369.00 | Manage issues with discovery vendor related to document searches and organization | L110 | |
| 03/18/20 | MAK | 4.60 | 2,829.00 | Review and analyze materials for use in support of potential motion | L200 | |
| 03/18/20 | PW | 6.20 | 3,255.00 | Review and analyze non-party deposition transcripts | L110 | |
| 03/18/20 | ES | 0.20 | 50.00 | Update document tracking and production charts | L310 | |
| 03/19/20 | LE | 0.50 | 387.50 | Strategy call and follow up call with client | L120 | |

| Date | TK | Hours | Amount | Description | Task | Activity |
|------|-----|-------|--------|-------------|------|----------|
| 03/19/20 | LE | 1.00 | 775.00 | Team meeting to discuss case status and strategy | L120 | |
| 03/19/20 | LE | 4.40 | 3,410.00 | Prepare materials for meeting with Consultant A | L130 | |
| 03/19/20 | LE | 0.20 | 155.00 | Attend to issues regarding potential experts | L130 | |
| 03/19/20 | MD | 2.80 | 2,464.00 | Review of documents in preparation for meeting with client and Consultant A | L120 | |
| 03/19/20 | MEFO | 0.80 | 492.00 | Correspond with potential expert witness candidates | L130 | |
| 03/19/20 | MEFO | 0.70 | 430.50 | Schedule interviews with potential experts | L130 | |
| 03/19/20 | MAK | 0.50 | 307.50 | Confer with L. Edelstein regarding case strategy and case management | L120 | |
| 03/19/20 | PW | 2.10 | 1,102.50 | Review and analyze non-party deposition transcript | L330 | |
| 03/19/20 | PW | 4.60 | 2,415.00 | Analyze deposition transcripts of non-party witnesses | L330 | |
| 03/19/20 | JO | 0.60 | 315.00 | Prepare deposition prep materials for PMK witness | L330 | |
| 03/19/20 | ES | 1.60 | 400.00 | Create chart to track interrogatory responses | L310 | |
| 03/19/20 | DAH | 0.10 | 22.50 | Attend to issues regarding Import of transcripts currently in PDF format into West Case Notebook. | L330 | |
| 03/20/20 | LE | 0.30 | 232.50 | Confer with client regarding case status and strategy | L120 | |
| 03/20/20 | LE | 0.50 | 387.50 | Attend to case management and upcoming tasks | L120 | |
| 03/20/20 | LE | 0.20 | 155.00 | Correspondence with Consultant A and client | L130 | |
| 03/20/20 | LE | 0.10 | 77.50 | Correspondence with client regarding CMC | L200 | |
| 03/20/20 | LE | 0.30 | 232.50 | Attend to case materials for client | L120 | |
| 03/20/20 | LE | 1.30 | 1,007.50 | Attend to issues and analysis of non-party depositions | L330 | |
| 03/20/20 | LE | 0.20 | 155.00 | Attend to issues regarding upcoming depositions and objections to deposition notices | L330 | |
| 03/20/20 | LE | 3.50 | 2,712.50 | Meeting with Consultant A | L130 | |
| 03/20/20 | MD | 4.50 | 3,960.00 | Meeting with Consultant A (3.5) and review of materials to prepare for same (1.0) | L130 | |
| 03/20/20 | MEFO | 0.30 | 184.50 | Attend to issues regarding prospective experts | L130 | |
| 03/20/20 | MAK | 1.60 | 984.00 | Attend to research issues concerning noticed depositions | L330 | |
| 03/20/20 | JO | 3.00 | 1,575.00 | Review and analyze plaintiffs' responses to interrogatories. | L310 | |
| 03/20/20 | JO | 0.70 | 367.50 | Attend to issues regarding plaintiffs' responses to PG&E's special interrogatories. | L120 | |

| Date | TK | Hours | Amount | Description | Task | Activity |
|------|----|-------|--------|-------------|------|----------|
| 03/20/20 | ES | 2.80 | 700.00 | Compile materials referenced in plaintiffs' responses to interrogatories | L310 | |
| 03/20/20 | ES | 0.60 | 150.00 | Update chart to track interrogatory responses | L310 | |
| 03/20/20 | DAH | 0.80 | 180.00 | Prepare and convert trial transcripts from PDF format to text format and import same to test West Case Notebook database for team review. | L330 | |
| 03/21/20 | LE | 1.40 | 1,085.00 | Attend to issues and analysis of non-party depositions | L330 | |
| 03/21/20 | LE | 0.90 | 697.50 | Correspondence with client regarding development of factual issues | L110 | |
| 03/21/20 | PW | 1.10 | 577.50 | Attend to issues regarding non-party depositions | L330 | |
| 03/21/20 | PW | 2.30 | 1,207.50 | Attend to issues regarding depositions of resident plaintiffs. | L110 | |
| 03/22/20 | LE | 4.10 | 3,177.50 | Legal research regarding plaintiffs' claims | L120 | |
| 03/22/20 | LE | 1.10 | 852.50 | Attend to issues regarding plaintiffs' interrogatory responses | L310 | |
| 03/23/20 | LE | 4.00 | 3,100.00 | Meeting with Consultant A | L130 | |
| 03/23/20 | LE | 0.30 | 232.50 | Phone call with Consultant B | L130 | |
| 03/23/20 | LE | 1.00 | 775.00 | Attend to issues regarding responses to interrogatories and meet and confer issues | L310 | |
| 03/23/20 | LE | 0.50 | 387.50 | Attend to case materials for client | L310 | |
| 03/23/20 | MD | 4.00 | 3,520.00 | Meeting with Consultant A | L130 | |
| 03/23/20 | MAK | 4.00 | 2,460.00 | Meeting with Consultant A | L120 | |
| 03/23/20 | MAK | 6.30 | 3,874.50 | Review and analyze materials for use in support of potential motion. | L200 | |
| 03/23/20 | PW | 0.80 | 420.00 | Confer regarding plaintiffs' responses to special interrogatories. | L310 | |
| 03/23/20 | PW | 1.70 | 892.50 | Attend to issues regarding depositions of resident plaintiffs. | L330 | |
| 03/23/20 | JO | 4.00 | 2,100.00 | Meeting with Consultant A | L130 | |
| 03/23/20 | JO | 2.90 | 1,522.50 | Attend to plaintiffs' responses to interrogatories for meet and confer issues. | L310 | |
| 03/23/20 | JO | 0.70 | 367.50 | Identify and compile meet and confer issues regarding plaintiffs' responses to interrogatories | L310 | |
| 03/23/20 | JO | 0.30 | 157.50 | Identify and locate legal materials identified in plaintiffs' responses to interrogatories. | L310 | |
| 03/23/20 | JO | 1.00 | 525.00 | Review and analyze materials for use in support of potential motion | L200 | |
| 03/23/20 | ES | 3.70 | 925.00 | Compile and create chart of materials referenced in plaintiffs' responses to interrogatories | L310 | |
| 03/23/20 | ES | 0.60 | 150.00 | Update chart of plaintiffs' responses to interrogatories. | L310 | |

| Date | TK | Hours | Amount | Description | Task | Activity |
|------|-----|-------|--------|-------------|------|----------|
| 03/24/20 | LE | 1.90 | 1,472.50 | Review and analyze materials regarding factual development issues and phone call with PG&E employee regarding same | L110 | |
| 03/24/20 | LE | 1.50 | 1,162.50 | Meeting and discussion with Steptoe team regarding evidence for use in summary judgment | L200 | |
| 03/24/20 | LE | 0.40 | 310.00 | Confer with co-counsel | L330 | |
| 03/24/20 | LE | 0.10 | 77.50 | Attend to issues regarding retention of consultant | L130 | |
| 03/24/20 | LE | 2.20 | 1,705.00 | Review and analyze documents for fact and legal development purposes | L110 | |
| 03/24/20 | LE | 0.10 | 77.50 | Correspondence regarding potential expert | L130 | |
| 03/24/20 | LE | 1.00 | 775.00 | Weekly call with client to discuss case status and strategy | L120 | |
| 03/24/20 | MEFO | 0.70 | 430.50 | Interview potential expert | L130 | |
| 03/24/20 | MAK | 1.00 | 615.00 | Weekly strategy call with client and case team. | L120 | |
| 03/24/20 | MAK | 2.30 | 1,414.50 | Review and analyze documents for use in support of potential motion and draft documents regarding same | L200 | |
| 03/24/20 | PW | 1.70 | 892.50 | Meeting to discuss fact development | L110 | |
| 03/24/20 | PW | 5.10 | 2,677.50 | Research and review materials to develop facts | L110 | |
| 03/24/20 | JO | 2.70 | 1,417.50 | Review and analyze documents for fact development. | L110 | |
| 03/24/20 | JO | 2.90 | 1,522.50 | Review and analyze materials for use in support of potential motion | L200 | |
| 03/24/20 | ES | 1.70 | 425.00 | Meeting to discuss fact development | L110 | |
| 03/24/20 | ES | 0.50 | 125.00 | Update chart of documents cited in plaintiffs' responses to interrogatories | L310 | |
| 03/24/20 | ES | 1.00 | 250.00 | Weekly call with client to discuss strategy and status | L120 | |
| 03/25/20 | LE | 1.00 | 775.00 | Conference call with Consultant A | L130 | |
| 03/25/20 | LE | 0.50 | 387.50 | Attend to issues regarding document review and analysis for fact development | L310 | |
| 03/25/20 | LE | 0.80 | 620.00 | Confer with co-counsel | L330 | |
| 03/25/20 | LE | 0.50 | 387.50 | Conference call with client and potential expert | L130 | |
| 03/25/20 | LE | 0.90 | 697.50 | Attend to issues regarding identification of materials for expert | L130 | |
| 03/25/20 | LE | 0.70 | 542.50 | Review and analyze documents in connection with upcoming depositions | L330 | |
| 03/25/20 | LE | 1.10 | 852.50 | Review and analyze documents cited in plaintiffs' responses to interrogatories | L310 | |
| 03/25/20 | LE | 0.20 | 155.00 | Review and respond to correspondence from PG&E employees regarding factual issue | L110 | |

| Date | TK | Hours | Amount | Description | Task | Activity |
|------|-----|-------|--------|-------------|------|----------|
| 03/25/20 | MEFO | 2.70 | 1,660.50 | Interviews with prospective experts and confer regarding same | L130 | |
| 03/25/20 | MEFO | 0.20 | 123.00 | Correspond with prospective expert | L130 | |
| 03/25/20 | MAK | 2.70 | 1,660.50 | Interviews with potential experts and confer regarding the same. | L130 | |
| 03/25/20 | MAK | 0.70 | 430.50 | Attend to issues regarding experts and documents for upcoming depositions. | L130 | |
| 03/25/20 | MAK | 0.80 | 492.00 | Confer with co-counsel | L330 | |
| 03/25/20 | MAK | 0.40 | 246.00 | Correspond with discovery vendor regarding document issues. | L110 | |
| 03/25/20 | PW | 4.30 | 2,257.50 | Research materials to develop facts related to fact development issue | L110 | |
| 03/25/20 | JO | 5.50 | 2,887.50 | Review and analyze documents for fact development. | L110 | |
| 03/25/20 | ES | 0.30 | 75.00 | Correspond with discovery vendor regarding document productions and uploading of documents into database | L630 | |
| 03/25/20 | ES | 0.90 | 225.00 | Create deposition exhibit tracking chart | L330 | |
| 03/25/20 | ES | 2.70 | 675.00 | Attend to issues regarding criminal trial transcripts | L110 | |
| 03/25/20 | ES | 0.50 | 125.00 | Update document production tracking chart. | L110 | |
| 03/26/20 | LE | 1.60 | 1,240.00 | Follow up research and analysis regarding factual issues | L110 | |
| 03/26/20 | LE | 0.30 | 232.50 | Confer regarding potential motion | L200 | |
| 03/26/20 | LE | 0.20 | 155.00 | Review and respond to correspondence regarding potential expert | L130 | |
| 03/26/20 | LE | 0.80 | 620.00 | Attend to fact development issues | L110 | |
| 03/26/20 | LE | 0.90 | 697.50 | Review and analyze documents for fact development | L110 | |
| 03/26/20 | MEFO | 1.00 | 615.00 | Interviews with prospective expert and confer regarding same. | L130 | |
| 03/26/20 | MAK | 2.90 | 1,783.50 | Edit and revise papers in support of potential legal motion | L200 | |
| 03/26/20 | MAK | 5.70 | 3,505.50 | Review and analyze documents for use in support of potential motion. | L200 | |
| 03/26/20 | MAK | 0.30 | 184.50 | Call with potential expert. | L130 | |
| 03/26/20 | JO | 4.00 | 2,100.00 | Review and analyze materials for use in support of potential motion | L200 | |
| 03/26/20 | JO | 4.00 | 2,100.00 | Review and analyze documents produced for fact development. | L110 | |
| 03/26/20 | ES | 0.60 | 150.00 | Correspond with discovery vendor regarding document processing and production issues | L670 | |
| 03/26/20 | ES | 1.40 | 350.00 | Review defendants' productions and update tracking chart. | L110 | |
| 03/27/20 | LE | 0.20 | 155.00 | Attend to issues regarding status of Almena criminal trial | L200 | |

| Date | TK | Hours | Amount | Description | Task | Activity |
|------|-----|-------|--------|-------------|------|----------|
| 03/27/20 | LE | 2.50 | 1,937.50 | Meeting with Consultant A | L130 | |
| 03/27/20 | LE | 0.40 | 310.00 | Attend to case materials for client | L120 | |
| 03/27/20 | LE | 0.70 | 542.50 | Attend to legal research issues | L200 | |
| 03/27/20 | MAK | 2.00 | 1,230.00 | Attend to issues regarding prospective experts and additional research regarding same | L130 | |
| 03/27/20 | MAK | 2.30 | 1,414.50 | Review and identify documents for Consultant D | L130 | |
| 03/27/20 | MAK | 1.00 | 615.00 | Attend to issues regarding interrogatory responses. | L310 | |
| 03/27/20 | PW | 6.80 | 3,570.00 | Research materials and review documents for fact development | L110 | |
| 03/27/20 | JO | 1.30 | 682.50 | Review and analyze materials in preparation for consultant report. | L130 | |
| 03/27/20 | JO | 0.90 | 472.50 | Review and analyze materials for use in support of potential motion | L200 | |
| 03/27/20 | JO | 3.40 | 1,785.00 | Review and analyze documents for fact development. | L110 | |
| 03/27/20 | ES | 0.60 | 150.00 | Update case materials for client | L330 | |
| 03/27/20 | ES | 0.70 | 175.00 | Review defendant productions and update tracking chart. | L310 | |
| 03/28/20 | LE | 1.30 | 1,007.50 | Review and identify materials for Consultant D | L130 | |
| 03/29/20 | LE | 5.20 | 4,030.00 | Review and analyze documents for use in support of legal motion and revise documents regarding same | L200 | |
| 03/29/20 | PW | 1.70 | 892.50 | Research and analyze materials related to fact development issue | L110 | |
| 03/29/20 | JO | 2.70 | 1,417.50 | Review and analyze documents for  fact development | L110 | |
| 03/29/20 | ES | 3.00 | 750.00 | Review plaintiffs' productions and update tracking chart. | L310 | |
| 03/30/20 | LE | 4.00 | 3,100.00 | Meeting with Consultant A | L130 | |
| 03/30/20 | LE | 1.50 | 1,162.50 | Conference calls to discuss development of facts in support of potential motion | L200 | |
| 03/30/20 | LE | 0.80 | 620.00 | Research regarding factual development issue and follow up with client regarding same | L110 | |
| 03/30/20 | LE | 0.50 | 387.50 | Phone call with client regarding factual development issue | L200 | |
| 03/30/20 | MD | 4.00 | 3,520.00 | Meeting with Consultant A | L130 | |
| 03/30/20 | MEFO | 0.50 | 307.50 | Review and propose recommendations for consultant and confer regarding same | L130 | |
| 03/30/20 | MAK | 4.00 | 2,460.00 | Meeting with Consultant A | L120 | |
| 03/30/20 | MAK | 0.40 | 246.00 | Attend to research issue | L120 | |
| 03/30/20 | MAK | 0.20 | 123.00 | Attend to issues regarding prospective experts. | L130 | |

| Date | TK | Hours | Amount | Description | Task | Activity |
|------|----|-------|--------|-------------|------|----------|
| 03/30/20 | MAK | 0.30 | 184.50 | Confer with J. Oh regarding potential legal motion | L200 | |
| 03/30/20 | JO | 0.30 | 157.50 | Confer with M. Keough regarding potential legal motion | L200 | |
| 03/30/20 | JO | 0.70 | 367.50 | Review and analyze documents for factual development | L110 | |
| 03/31/20 | LE | 2.00 | 1,550.00 | Deposition preparation session (1.8) and prepare for same (.2) | L330 | |
| 03/31/20 | LE | 0.80 | 620.00 | Confer with co-counsel | L330 | |
| 03/31/20 | LE | 0.50 | 387.50 | Attend to issues regarding legal research concerning plaintiffs' claims | L120 | |
| 03/31/20 | LE | 0.20 | 155.00 | Attend to issues regarding potential experts | L130 | |
| 03/31/20 | LE | 0.40 | 310.00 | Attend to fact issues | L110 | |
| 03/31/20 | MAK | 0.20 | 123.00 | Correspondence with discovery vendor and co-counsel regarding documents | L330 | |
| 03/31/20 | MAK | 3.20 | 1,968.00 | Attend to issues regarding interrogatory responses. | L310 | |
| 03/31/20 | MAK | 3.50 | 2,152.50 | Review and analyze documents related to plaintiffs' responses to special interrogatories. | L310 | |
| 03/31/20 | PW | 5.30 | 2,782.50 | Research and analyze materials for fact development and attend to issues regarding same | L110 | |
| 03/31/20 | JO | 2.80 | 1,470.00 | Review and analyze documents for use in support of legal motion | L200 | |
| 03/31/20 | JO | 1.80 | 945.00 | Deposition preparation session | L330 | |
| 03/31/20 | ES | 3.10 | 775.00 | Document review and identification of key documents | L630 | |
| 03/31/20 | ES | 0.90 | 225.00 | Review and retrieve cases related to plaintiffs' responses to interrogatories | L310 | |
| **TOTAL** | | **616.60** | **$361,932.50** | | | |

## TASK SUMMARY

| Code | Description | Amount |
|------|-------------|-------:|
| L110 | Fact Investigation/Development | 62,558.00 |
| L120 | Analysis/Strategy | 40,224.50 |
| L130 | Experts/Consultants | 62,301.50 |
| L160 | Settlement/Non-Binding ADR | 155.00 |
| L200 | Pre-Trial Pleadings and Motions | 70,119.00 |
| L310 | Written Discovery | 21,276.00 |
| L330 | Depositions | 75,812.50 |
| L630 | Processing | 2,017.50 |
| L650 | Review | 13,230.00 |
| L653 | First Pass Document Review | 2,310.00 |
| L654 | Second Pass Document Review | 4,777.50 |
| L656 | Redaction | 4,505.00 |
| L670 | Production | 2,646.00 |
| | **TOTAL** | **$361,932.50** |

## EXPENSE DETAIL

| Description | Amount |
|-------------|-------:|
| Federal Express | 126.63 |
| Publications  - WELLS FARGO BANK, NA Inv.XXXX XXXX XXXX 8299 021420 dated FEB-14-2020 re Alameda County Superior Court doc for M Keough | 7.00 |
| Publications Publications on Mar-09-2020 - John Jensen, Alameda Superior Court, Alameda County Superior Court documents | 109.50 |
| Deposition Transcripts  - U.S. LEGAL SUPPORT INC. Inv.110360999 dated MAR-02-2020 re Transcript of Jonathhan Hrabko deposition. | 814.90 |
| Filing Fees  - SPECIALIZED LEGAL SERVICES, INC. Inv.P179184 dated FEB-29-2020 re Notice of Appearance of Johanna Oh | 167.75 |
| Filing Fees  - SPECIALIZED LEGAL SERVICES, INC. Inv.P179714 dated FEB-29-2020 re Master Answer of PG&E Fourth Amended Master Complaint. | 165.00 |
| Deposition Transcripts  - U.S. LEGAL SUPPORT INC. Inv.110340519 dated DEC-28-2019 re Transcript of Rodney Clark. | 706.95 |
| Deposition Transcripts  - U.S. LEGAL SUPPORT INC. Inv.110356789 dated FEB-17-2020 re Deposition transcript of Lorraine Marie Runnels, Vol. II | 305.00 |
| Deposition Transcripts  - U.S. LEGAL SUPPORT INC. Inv.110355015 dated FEB-12-2020 re Deposition transcript of George Kellogg | 1,009.85 |
| Deposition Transcripts  - U.S. LEGAL SUPPORT INC. Inv.110356373 dated FEB-15-2020 re Deposition transcript of Michael Morris. | 1,015.40 |
| Deposition Transcripts  - U.S. LEGAL SUPPORT INC. Inv.110356374 dated FEB-15-2020 re Deposition transcript of Toshiko Morris. | 864.60 |
| Deposition Transcripts  - U.S. LEGAL SUPPORT INC. Inv.110356375 dated FEB-15-2020 re Deposition transcript of Gretchen Porter. | 1,457.65 |
| Deposition Transcripts  - U.S. LEGAL SUPPORT INC. Inv.110356376 dated FEB-15-2020 re Deposition transcript of Jean- Thierry Mendiola. | 1,943.60 |

| Description | Amount |
|---|---|
| Deposition Transcripts - U.S. LEGAL SUPPORT INC. Inv.110356377 dated FEB-15-2020 re Deposition transcript of Gwendolyn Procknow. | 1,179.65 |
| Deposition Transcripts - U.S. LEGAL SUPPORT INC. Inv.110356378 dated FEB-15-2020 re Deposition transcript of Catherine Madden. | 1,043.85 |
| Deposition Transcripts - U.S. LEGAL SUPPORT INC. Inv.110356379 dated FEB-15-2020 re Deposition transcript of Michael Madden. | 925.65 |
| **TOTAL** | **$11,842.98** |

## CURRENT ACCOUNTS RECEIVABLE AGING

| Current | 31 to 60 | 61 to 90 | 91 to 120 | Over 120 | Balance |
|---|---|---|---|---|---|
| 322,981.51 | 0.00 | 0.00 | 376,793.63 | 43,926.04 | 743,701.18 |



One Market Plaza
Spear Tower, Suite 3900
San Francisco, CA 94105
TEL: 415.365.6700
FAX: 415.365.6699
www.steptoe.com

June 3, 2020

**INVOICE SUMMARY**

| **Our Matter No. 084371.00010** | **Invoice No. 2679755** |
| --- | --- |

GHOST SHIP FIRE LITIGATION
1706719

For professional services rendered through March 31, 2020

| | | |
| --- | --- | --- |
| Fees: | $ | 361,932.50 |
| 2.5% Volume Discount | | (9,048.31) |
| Total Fees: | | 352,884.19 |
| Total Expenses: | | 11,842.98 |
| **Total Due for this Period:** | | **364,727.17** |
| Previous Balance: | | 743,701.18 |
| **Total Amount Due:** | $ | **1,108,428.35** |

**INVOICE IS DUE AND PAYABLE UPON RECEIPT**
**PLEASE RETURN THIS COPY WITH YOUR REMITTANCE**

Limited Liability Partnership under the laws of the District of Columbia, U.S.A.
BEIJING BRUSSELS CHICAGO HONG KONG LONDON LOS ANGELES NEW YORK SAN FRANCISCO WASHINGTON



**STEPTOE & JOHNSON LLP**

One Market Plaza
Spear Tower, Suite 3900
San Francisco, CA 94105
TEL: 415.365.6700
FAX: 415.365.6699
www.steptoe.com

June 3, 2020

## INVOICE SUMMARY

| **Our Matter No. 084371.00011** | **Invoice No. 2679756** |
| --- | --- |

VALERO REFINERY OUTAGE
1706792

For professional services rendered through March 31, 2020

| | | |
| --- | --- | --- |
| Fees: | $ | 17,296.00 |
| 2.5% Volume Discount | | (432.40) |
| Total Fees: | | 16,863.60 |
| Total Expenses: | | 0.00 |
| **Total Due for this Period:** | | **16,863.60** |
| Previous Balance: | | 43,420.68 |
| **Total Amount Due:** | **$** | **60,284.28** |

## FEE SUMMARY

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| L. Edelstein | Partner | 1.90 | 775.00 | 1,472.50 |
| M.E. Flynn-O'Brien | Associate | 18.90 | 615.00 | 11,623.50 |
| J. Oh | Associate | 8.00 | 525.00 | 4,200.00 |
| | | | **FEES** | **$17,296.00** |
| | | | **2.5% VOLUME DISCOUNT** | **(432.40)** |
| | | | **TOTAL FEES** | **$16,863.60** |

## FEE DETAIL

| Date | TK | Hours | Amount | Description | Task | Activity |
|---|---|---|---|---|---|---|
| 03/03/20 | LE | 0.70 | 542.50 | Attend to issues regarding Valero's motion to enforce deadlines. | L200 | |
| 03/04/20 | LE | 0.10 | 77.50 | Attend to issues regarding replacement expert reports | L130 | |
| 03/04/20 | MEFO | 0.30 | 184.50 | Attend to Valero's motion to enforce deadlines. | L120 | |
| 03/05/20 | MEFO | 0.70 | 430.50 | Attend to issues regarding retention of replacement refinery experts | L130 | |
| 03/12/20 | LE | 0.30 | 232.50 | Review and revise draft response to inquiry regarding case status from client | L120 | |
| 03/12/20 | MEFO | 0.40 | 246.00 | Draft response to inquiry regarding case status from client | L120 | |
| 03/13/20 | MEFO | 1.00 | 615.00 | Conference call with consultants D and E | L130 | |
| 03/13/20 | MEFO | 1.00 | 615.00 | Conference call with consultant A | L130 | |
| 03/13/20 | MEFO | 0.40 | 246.00 | Confer with J. Oh regarding draft expert status and strategy | L130 | |
| 03/13/20 | JO | 0.40 | 210.00 | Confer with M. Flynn O'Brien regarding expert status and strategy. | L130 | |
| 03/17/20 | MEFO | 0.20 | 123.00 | Draft update regarding status of expert reports | L130 | |
| 03/17/20 | JO | 0.80 | 420.00 | Confer with M. Flynn-O'Brien and consultants D and E | L130 | |
| 03/18/20 | MEFO | 4.50 | 2,767.50 | Attend to issues regarding draft report | L130 | |
| 03/18/20 | MEFO | 3.50 | 2,152.50 | Attend to issues regarding draft report including review of prior expert reports | L130 | |
| 03/20/20 | MEFO | 0.50 | 307.50 | Attend to issues regarding draft report | L130 | |
| 03/25/20 | MEFO | 1.50 | 922.50 | Attend to issues regarding draft report | L130 | |
| 03/25/20 | MEFO | 0.30 | 184.50 | Attend to issues regarding retention of experts | L130 | |
| 03/27/20 | LE | 0.50 | 387.50 | Attend to follow up issues regarding mediation | L160 | |

| Date | TK | Hours | Amount | Description | Task | Activity |
|------|-----|-------|--------|-------------|------|----------|
| 03/27/20 | LE | 0.30 | 232.50 | Attend to issues regarding refinery expert report | L130 | |
| 03/27/20 | MEFO | 1.10 | 676.50 | Conference call with Consultant A | L130 | |
| 03/27/20 | MEFO | 0.50 | 307.50 | Conference call with Consultants D and E | L130 | |
| 03/27/20 | JO | 0.50 | 262.50 | Meeting with Consultants D and E | L130 | |
| 03/29/20 | JO | 0.70 | 367.50 | Attend to issues regarding draft report | L130 | |
| 03/30/20 | MEFO | 0.70 | 430.50 | Confer with Consultant B. | L130 | |
| 03/30/20 | JO | 1.00 | 525.00 | Conference call with Consultants A and B | L130 | |
| 03/30/20 | JO | 1.40 | 735.00 | Conference call with Consultant A | L130 | |
| 03/30/20 | JO | 0.50 | 262.50 | Correspondence with Consultants D and E | L130 | |
| 03/31/20 | MEFO | 2.30 | 1,414.50 | Attend to opposition to Valero's motion to enforce deadlines. | L350 | |
| 03/31/20 | JO | 1.80 | 945.00 | Conference call with Consultant A | L130 | |
| 03/31/20 | JO | 0.90 | 472.50 | Attend to issues regarding draft report | L130 | |
| **TOTAL** | | **28.80** | **$17,296.00** | | | |

## TASK SUMMARY

| Code | Description | Amount |
|------|-------------|--------|
| L120 | Analysis/Strategy | 663.00 |
| L130 | Experts/Consultants | 14,288.50 |
| L160 | Settlement/Non-Binding ADR | 387.50 |
| L200 | Pre-Trial Pleadings and Motions | 542.50 |
| L350 | Discovery Motions | 1,414.50 |
| | **TOTAL** | **$17,296.00** |

## CURRENT ACCOUNTS RECEIVABLE AGING

| Current | 31 to 60 | 61 to 90 | 91 to 120 | Over 120 | Balance |
|---------|----------|----------|-----------|----------|---------|
| 14,045.52 | 0.00 | 0.00 | 0.00 | 29,375.16 | 43,420.68 |



One Market Plaza
Spear Tower, Suite 3900
San Francisco, CA 94105
TEL: 415.365.6700
FAX: 415.365.6699
www.steptoe.com

June 3, 2020

## INVOICE SUMMARY

| **Our Matter No. 084371.00011** | **Invoice No. 2679756** |

VALERO REFINERY OUTAGE
1706792

For professional services rendered through March 31, 2020

| | | |
|---|---|---:|
| Fees: | $ | 17,296.00 |
| 2.5% Volume Discount | | (432.40) |
| Total Fees: | | 16,863.60 |
| Total Expenses: | | 0.00 |
| **Total Due for this Period:** | | **16,863.60** |
| Previous Balance: | | 43,420.68 |
| **Total Amount Due:** | $ | **60,284.28** |

**INVOICE IS DUE AND PAYABLE UPON RECEIPT**
**PLEASE RETURN THIS COPY WITH YOUR REMITTANCE**

Limited Liability Partnership under the laws of the District of Columbia, U.S.A.
BEIJING BRUSSELS CHICAGO HONG KONG LONDON LOS ANGELES NEW YORK SAN FRANCISCO WASHINGTON



One Market Plaza
Spear Tower, Suite 3900
San Francisco, CA 94105
TEL: 415.365.6700
FAX: 415.365.6699
www.steptoe.com

June 3, 2020

## INVOICE SUMMARY

**Our Matter No. 084371.00015**                                **Invoice No. 2679968**

GANTNER PSPS CLASS ACTION
2007749

For professional services rendered through March 31, 2020

|  |  |  |
|---|---|---|
| Fees: | $ | 1,395.00 |
| 2.5% Volume Discount | | (34.88) |
| Total Fees: | | 1,360.12 |
| Total Expenses: | | 0.00 |
| **Total Due for this Period:** | | **1,360.12** |
| Previous Balance: | | 1,395.00 |
| **Total Amount Due:** | $ | **2,755.12** |

## FEE SUMMARY

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| L. Edelstein | Partner | 1.80 | 775.00 | 1,395.00 |
| | | | **FEES** | **$1,395.00** |
| | | | **2.5% VOLUME DISCOUNT** | (34.88) |
| | | | **TOTAL FEES** | **$1,360.12** |

## FEE DETAIL

| Date | TK | Hours | Amount | Description | Task | Activity |
|---|---|---|---|---|---|---|
| 03/02/20 | LE | 1.10 | 852.50 | Attend to issues regarding reply brief in support of motion to dismiss class action complaint | L200 | |
| 03/25/20 | LE | 0.40 | 310.00 | Attend to issues regarding pending legislation regarding PSPS events | L120 | |
| 03/26/20 | LE | 0.30 | 232.50 | Attention to questions about costs arising from PSPS events | L120 | |
| **TOTAL** | | **1.80** | **$1,395.00** | | | |

## TASK SUMMARY

| Code | Description | Amount |
|---|---|---|
| L120 | Analysis/Strategy | 542.50 |
| L200 | Pre-Trial Pleadings and Motions | 852.50 |
| | **TOTAL** | **$1,395.00** |

## CURRENT ACCOUNTS RECEIVABLE AGING

| Current | 31 to 60 | 61 to 90 | 91 to 120 | Over 120 | Balance |
|---|---|---|---|---|---|
| 1,395.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,395.00 |



One Market Plaza
Spear Tower, Suite 3900
San Francisco, CA 94105
TEL: 415.365.6700
FAX: 415.365.6699
www.steptoe.com

June 3, 2020

## INVOICE SUMMARY

**Our Matter No. 084371.00015**                                                    **Invoice No. 2679968**

GANTNER PSPS CLASS ACTION
2007749

For professional services rendered through March 31, 2020

| | | |
|---|---|---|
| Fees: | $ | 1,395.00 |
| 2.5% Volume Discount | | (34.88) |
| Total Fees: | | 1,360.12 |
| Total Expenses: | | 0.00 |
| **Total Due for this Period:** | | **1,360.12** |
| Previous Balance: | | 1,395.00 |
| **Total Amount Due:** | $ | **2,755.12** |

**INVOICE IS DUE AND PAYABLE UPON RECEIPT**
**PLEASE RETURN THIS COPY WITH YOUR REMITTANCE**

Limited Liability Partnership under the laws of the District of Columbia, U.S.A.
BEIJING   BRUSSELS   CHICAGO   HONG KONG   LONDON   LOS ANGELES   NEW YORK   SAN FRANCISCO   WASHINGTON