# EXHIBIT E

**DETAILED EXPENSE ENTRIES
MARCH 1, 2020 THROUGH MARCH 31, 2020**

STEPTOE & JOHNSON LLP
One Market Plaza, Spear Tower, Suite 3900
San Francisco, CA 94105

## EXPENSE DETAIL

| Description | Amount |
|---|---:|
| Federal Express | 126.63 |
| Publications - WELLS FARGO BANK, NA Inv.XXXX XXXX XXXX 8299 021420 dated FEB-14-2020 re Alameda County Superior Court doc for M Keough | 7.00 |
| Publications Publications on Mar-09-2020 - John Jensen, Alameda Superior Court, Alameda County Superior Court documents | 109.50 |
| Deposition Transcripts - U.S. LEGAL SUPPORT INC. Inv.110360999 dated MAR-02-2020 re Transcript of Jonathhan Hrabko deposition. | 814.90 |
| Filing Fees - SPECIALIZED LEGAL SERVICES, INC. Inv.P179184 dated FEB-29-2020 re Notice of Appearance of Johanna Oh | 167.75 |
| Filing Fees - SPECIALIZED LEGAL SERVICES, INC. Inv.P179714 dated FEB-29-2020 re Master Answer of PG&E Fourth Amended Master Complaint. | 165.00 |
| Deposition Transcripts - U.S. LEGAL SUPPORT INC. Inv.110340519 dated DEC-28-2019 re Transcript of Rodney Clark. | 706.95 |
| Deposition Transcripts - U.S. LEGAL SUPPORT INC. Inv.110356789 dated FEB-17-2020 re Deposition transcript of Lorraine Marie Runnels, Vol. II | 305.00 |
| Deposition Transcripts - U.S. LEGAL SUPPORT INC. Inv.110355015 dated FEB-12-2020 re Deposition transcript of George Kellogg | 1,009.85 |
| Deposition Transcripts - U.S. LEGAL SUPPORT INC. Inv.110356373 dated FEB-15-2020 re Deposition transcript of Michael Morris. | 1,015.40 |
| Deposition Transcripts - U.S. LEGAL SUPPORT INC. Inv.110356374 dated FEB-15-2020 re Deposition transcript of Toshiko Morris. | 864.60 |
| Deposition Transcripts - U.S. LEGAL SUPPORT INC. Inv.110356375 dated FEB-15-2020 re Deposition transcript of Gretchen Porter. | 1,457.65 |
| Deposition Transcripts - U.S. LEGAL SUPPORT INC. Inv.110356376 dated FEB-15-2020 re Deposition transcript of Jean- Thierry Mendiola. | 1,943.60 |
| Deposition Transcripts - U.S. LEGAL SUPPORT INC. Inv.110356377 dated FEB-15-2020 re Deposition transcript of Gwendolyn Procknow. | 1,179.65 |
| Deposition Transcripts - U.S. LEGAL SUPPORT INC. Inv.110356378 dated FEB-15-2020 re Deposition transcript of Catherine Madden. | 1,043.85 |
| Deposition Transcripts - U.S. LEGAL SUPPORT INC. Inv.110356379 dated FEB-15-2020 re Deposition transcript of Michael Madden. | 925.65 |
| **TOTAL** | **$11,842.98** |