WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Theodore E. Tsekerides (*pro hac vice*)
(theodore.tsekerides@weil.com)
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors and Debtors in Possession*

JONES DAY
Bruce S. Bennett (SBN 105430)
(bbennett@jonesday.com)
Joshua M. Mester (SBN 194783)
(jmester@jonesday.com)
James O. Johnston (SBN 167330)
(jjohnston@jonesday.com)
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071-2300
Tel: 213 489 3939
Fax: 213 243 2539

*Attorneys for Shareholder Proponents*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**PLAN PROPONENTS' SUPPLEMENTAL RESPONSE TO RESPONSE REGARDING PROPOSED MODIFICATIONS TO PLAN AND PROPOSED CONFIRMATION ORDER FILED BY (A) THE CREDITORS' COMMITTEE, (B) CALPINE, (C) CNUC, AND (D) THE CALIFORNIA STATE AGENCIES**<br><br>**Relates to Docket Nos. 7832, 7839, 7842, 7850, 7868** |

The Plan Proponents hereby submit this Supplemental Response to the Plan Proponents' *Response Regarding Proposed Modifications to Plan and Proposed Confirmation Order Filed By (A) the Creditors' Committee, (B) Calpine, (C) CNUC, and (D) the California State Agencies* [Docket No. 7868] (the "**Response**").[1]

In addressing objections to confirmation with respect to rights of setoff and recoupment, the Plan Proponents on the record and in the Response proposed the following to be included in the Confirmation Order:

> Any rights of setoff or recoupment or defenses thereto held by any Entity are expressly retained and preserved, subject to any applicable limitations of the Bankruptcy Code.

Since that filing, it came to the attention of the Plan Proponents that the above language could be read to eliminate provisions of the Channeling Injunction provided in Section 10.7 of the Plan, which was never intended. The above language also could be read to be inconsistent with, and override, the Debtors' agreement with the TCC resolving the dispute regarding the Assigned Rights and Causes of Action and Retained Rights and Causes of Action (as defined in the Plan Supplement filed May 1, 2020 [Docket No. 7037]) by inadvertently transferring to the Fire Victim Trust the economic benefit of certain of the Debtors' Retained Rights and Causes of Action and thereby improperly increasing the aggregate consideration to be provided to the Fire Victim Trust under the Plan. Such a result was also not intended.

Accordingly, the Debtors' proposal is modified as follows:

> Except as provided in Section 10.7 of the Plan, Aany rights of setoff or recoupment or defenses thereto held by any Entity are expressly retained and preserved, subject to any applicable limitations of the Bankruptcy Code.

The Plan Proponents believe that this modified proposed language addresses the Objections and appropriately preserves the rights of the Debtors, Reorganized Debtors and all other parties in interest.

---

[1] Capitalized terms used but not herein defined have the meaning ascribed to them in the Response.

Dated: June 10, 2020

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**

/s/ *Jessica Liou*
Jessica Liou

*Attorneys for Debtors and Debtors in Possession*