

Signed and Filed: June 10, 2020

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re **PG&E CORPORATION and PACIFIC GAS AND ELECTRIC COMPANY**

Debtor(s).

Case No. **19 - 30088**

Chapter **11**

## ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

**Lauren Lifland**, whose business address and telephone number is **Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, NY 10007, (212) 230-8000**

and who is an active member in good standing of the bar of **State of New York**

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing **Comcast Cable Communications, LLC and all affiliates**

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

**END OF ORDER**