Ronald L.M. Goldman, Esq. (State Bar No. 33422)
rgoldman@baumhedlundlaw.com
Diane Marger Moore, Esq. (*Pro Hac Vice*)
dmargermoore@baumhedlundlaw.com
**BAUM HEDLUND ARISTEI & GOLDMAN, PC**
10940 Wilshire Boulevard, 17th Floor
Los Angeles, California 90024
Telephone: (310) 207-3233
Facsimile: (310) 820-7444

*Attorneys for Creditors,*
*Majesti Mai Bagorio, et al.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION,** <br><br> - **and –** <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> Debtors. | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) <br><br> (Jointly Administered) <br><br> **JOINDER BY BAUM HEDLUND ARISTEI GOLDMAN CAMP FIRE VICTIMS CLIENTS IN CREDITOR THERESA ANN MCDONALD'S EMERGENCY PLEADING IN REPLY RE: NEED FOR ESTIMATION OF CLAIMS FROM JUDGE JAMES DONATO, U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA [Dkt. No. 7820] .** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT, THE DEBTORS AND THEIR ATTORNEYS OF RECORD, UNITED STATES TRUSTEE, AND OTHER INTERESTED PARTIES:**

Claimants Majesti Mai Bagorio, Michelle Dawn Barker, Melissa Rae Barnard, and Sara Joanne Bates, et al. (collectively, "Baum Hedlund Aristei Goldman Camp Fire Victims Clients") (listed fully in Appendix A), which include nearly 200 victims of the 2018 Camp Fire, hereby join in Creditor Theresa Ann McDonald's Emergency Pleading In Reply Re: Need For Estimation Of Claims From Judge James Donato, U.S. District Court For The Northern District Of California [Dkt. No. 7820].

In particular, the Baum Hedlund Aristei Goldman Camp Fire Victims Clients join the Emergency Pleading's objection as to (1) the court approving the $13.5 billion estimate in a vacuum, without access to how that estimate was calculated, and (2) allow the underlying claimant damages data compiled by PG&E to remain confidential or not become part of the public record. Confidentiality is contrary to the rights of public disclosure, and more specifically the interests of the Camp Fire victims, as it in involves the highest public interest: reshaping public use of electricity in California and the Public Utilities Code and *fair compensation* of victims of the fires criminally caused by PG&E.

The Baum Hedlund Aristei Goldman Camp Fire Victims Clients object to a confidentiality clause that would hide the data sources of the $13.5 billion settlement figure and prevent the proper assessment of the fairness of the Trust Fund figure. "If PG&E is not required to produce the records required by the U.S. District Court for the Northern District of California, the public will never see the total amount of damages caused by those fires, and the public has a right to know that information. It serves as a warning of what PG&E might do in the future. .

.Putting the total damages figure on the public record has a potential impact of whether or not the California legislature passes a law currently under consideration that provides for the takeover of PG&E in the event its equipment causes another huge and deadly fire. [Emergency Pleading, Dkt. 7820 at 5-6].

The Joint Statement asks the court to accept the $13.5 billion figure at face value, in a vacuum, without any analysis of how the figure was reached. Absent a calculation of total damages involved, the court cannot properly determine whether $13.5 billion plus the Assigned Rights and Causes of Actions is an adequate amount to resolve the fire victims' claims. This data must be provided to the court as fundamental information for its analysis, especially since the Debtors and TCC stated the data was already compiled and analyzed by experts.

The total amount of damages caused by these fires must be calculated. It must be done to (1) establish the amount for each claim that will be submitted to the Fire Victim Trustee for payment, (2) allow the Trustee to calculate an allowed amount for each claim, and (3) allow the Trustee to calculate any discount that will have to be applied to each allowed amount because of the limited funds available.

The Joint Statement claims: "Because expert reports were due to be submitted in the estimation proceedings one week after the settlement was reached, all of this data and analysis, including the data on prior settlements, was well developed and available to the Parties during their negotiation of the Aggregate Fire Victim Consideration."

The Emergency Pleading urged: "If the victims are required to do all the work necessary to duplicate work PG&E states has already been done to come up with totals for their individual claims, not only will they have to pay that expense and suffer an additional delay while the totals are calculated, but also the results will be shielded by a confidentiality clause." [Dkt. 7820 at 5]

## CONCLUSION

For the foregoing reasons, the Baum Hedlund Aristei Goldman Camp Fire Victims Clients urge that (1) Debtors be required to produce to the court the calculations used for the $13.5 billion estimate, and (2) file this data in the public record.

Dated: June 10, 2020          Respectfully submitted,

BAUM HEDLUND ARISTEI GOLDMAN

/S/ Ronald L.M. Goldman
By:_____
Ronald L.M. Goldman
Diane Marger Moore, *Pro Hac Vice*
Attorneys for Creditors,
Majesti Mai Bagorio, et al.

# EXHIBIT A

| |
|---|
| Balsiger, Justine |
| Barker, Michelle |
| Barnard, Melissa, David Barnard, Tristan Barnard, Aiden Barnard & Hunter Barnard |
| Bates, Sarah |
| Bird, Douglas, Kathy Bird, Devon Bird |
| Bird, Devon, Alexis Liles, Ayden Evans |
| Bird, Douglas, Kathy Bird |
| Bird, Douglas, Kathy Bird (Rental ) |
| Bustamante, Rudy, Bustamante, Diego |
| Cameron, Denise |
| Chambers, Tom |
| Christian, Kathy |
| Costa, Lynn |
| Culley, Denise, Emmett Culley |
| Darrin, Daniel |
| Dechter, Lorraine (2 homes) |
| Dechter, Lorraine (Studio) |
| Deen, Janet |

| | |
|---|---|
| 1 | Delaney, Colleen, Struthers, John |
| 2 | Dobra, Susan, John Michael Sun |
| 3 | Ferreira Steve, Ghirardelli, Jill |
| 4 | Flores, Lisa (2 houses) |
| 5 | Garcia, Jerry , Sharon Garcia |
| 6 | Gilbertson, Regan, Wayne Wise, Chad Wise |
| 7 | Gottowski, Gary, Rebecca Gottowski (HOME) |
| 8 | Gottowski, Gary, Rebecca Gottowski |
| 9 | Griffin, Suzanne (Rental) |
| 10 | Griffin, Suzanne (Mobile) |
| 11 | Haber, Tom, Jeanne Haber (Home) |
| 12 | Haber, Tom, Jeanne Haber |
| 13 | Jolley, Joan, Jane Ann Balsiger |
| 14 | Jones, Norman |
| 15 | Joseph, Daniel |
| 16 | Kasza, Elizabeth |
| 17 | Kasza, Elizabeth J. |
| 18 | Koenig, David |
| 19 | Kunst, John, Vicki Kunst |
| 20 | Kunst, John, Vicki Kunst (Rental) |
| 21 | Kunst, John, Vicki Kunst |

| | |
|---|---|
| Lawhun, Jolene, Mateo Lawhun, Alec Lawhun | |
| Lawhun, Nicole, Steven Lawhun, Monica Mae Baggorio, Majesti Mai Bagorio, Yhana Mia Quinones-Gallegos, David Astrup (Minors -Margarita & Mauricia) | |
| Linda Gunn, Lucille Lawhun | |
| Lazzarino, Mark, Stacy Lazzarino, ( Minors - Trinity, Isabella and James Lazzarino ) | |
| Lewis Kelly, Quigley, Michael (Home) | |
| Lewis Kelly, Quigley, Michael (Rental) | |
| Luce, David, Jeri Ann Luce | |
| Luce, Edward | |
| Lundberg, David, Jerry Ann Lundberg | |
| Maria Madruga, Noah Madruga | |
| Magalia Community Church | |
| Matson, Kelly | |
| McKinnon, Mark, WendyMcKinnon | |
| Menezova, Maria, Tonetti, Elena | |
| Miller-George, Sandra, John Miller-George | |
| Morch, Andreas, Joanne Morch | |
| Moseley, Pamela | |
| Myers, Jean Marie, James Myers | |
| Paradise Community Guild (Phelps-Zink) | |
| Parker, Rosalie & Switzer Paul | |

| | |
|---|---|
| Petersen, Jennifer Ann, David Pendergast, Michael Petersen, Logan Pendergast, Porter Petersen, Cheryl Pendergast, Wilbert Pendergast, Jr. | |
| Phelps-Zink, David, LoriPhelps-Zink | |
| Poe, William & Moraes, Maria (Lotus) | |
| Quattlander, Karen, Walden, Michael | |
| Renn, Carole Louise – (De Lis Mingo) | |
| Rose, Jim | |
| Schuttenberg, Mark, Tanya Shuttenberg | |
| Smelser, Matthew, Alexander, Brandy | |
| Stewart, Donald, Sara Stewart, Jessie Stewart (Minors Griffin & River) | |
| Strange, Wendy | |
| Thorn, Steven | |
| Toci, William, Diana Toci | |
| Turner, Meghan, Charles Turner (Minors- Wesley & Hudson) | |
| Varlinsky, Ray, Love, Marianna | |
| Ward, Nicholas –(Bainbridge, Robert, deceased) | |
| Westrope, Anthony | |
| Williams, Robert | |
| Winterburn, Anthony, Alexandria Winterburn (Aria & Hayden) | |
| Wonacott, Victoria | |
| Yang, Zongmei | |
| Bensel, Connie | |

| | |
|---|---|
| 1 | Sprague, Andy & Janelle Sprague - (Home) |
| 2 | Sprague, Andy & Janelle Sprague - (Business) |
| 3 | Sprague, Andy & Janelle Sprague - (Business Property) |
| 4 | Sherman, Fay & Anne Sherman Home |
| 5 | Sherman, Fay & Anne Sherman Daughter lived there |
| 6 | Inoglia, Joseph & Arlene Inoglia Home |
| 7 | Inoglia, Joseph & Arlene Inoglia Rental |
| 8 | Swiger, Jennifer – Home |
| 9 | Swiger, Jennifer Paradise Mini Storage (personal & Business items) |
| 10 | Swiger, Jennifer - Rented Suite |
| 11 | Costa, Andrew & Shannon Costa Minor- Josephine Costa |
| 12 | Boyd, Judith Thomas & Judith Boyd Family Living Trust |
| 13 | Vigo, Phillip, KarissaVigo (Adalina & Deklan ) Minors |
| 14 | Sweiger, John (Work Shop) |
| 15 | David Ellis |
| 16 | Don Zink |

# PROOF OF SERVICE

I am over the age of 18 years and not a party to the within cause. My business address is Baum Hedlund Aristei Goldman, 10940 Wilshire Boulevard, 17th Floor, Los Angeles, California 90024. On this day, June 10, 2020, I served the following document(s) in the manner described below:

**JOINDER BY BAUM HEDLUND ARISTEI GOLDMAN CAMP FIRE VICTIMS CLIENTS IN CREDITOR THERESA ANN MCDONALD'S EMERGENCY PLEADING IN REPLY RE: NEED FOR ESTIMATION OF CLAIMS FROM JUDGE JAMES DONATO, U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA [Dkt. No. 7820]**

✗     **VIA ECF**: I caused the aforementioned documents to be filed via the Electronic Case Filing (ECF) system in the United States Bankruptcy Court for the Northern District of California, on all parties registered for e-filing in Case Number Case No. 19-30088 (DM). Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed on June 10, 2020.

           *Diane Marger Moore*
           DIANE MARGER MOORE