| | |
|---|---|
| **From:** | |
| **To:** | |
| **Subject:** | FW: Emergency Pleading In Response to Judge Donato"s Termination of Estimation Proceedings |
| **Date:** | Thursday, June 11, 2020 8:45:50 AM |
| **Attachments:** | Pleading in Response to Judge Donato"s Termination of Estimation Proceedings.docx |

**From:** Theresa Mcdonald
**Sent:** Wednesday, June 10, 2020 7:11:38 PM (UTC-08:00) Pacific Time (US & Canada)
**To:** CANB Emergency Filings
**Subject:** Emergency Pleading In Response to Judge Donato's Termination of Estimation Proceedings