DELOITTE & TOUCHE LLP
Timothy Gillam
555 Mission Street
San Francisco, CA 94105-0920
Telephone: 414.783.4122
Fax: 704.339.5276

*Independent Auditor and Advisor*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No.19-30088 (DM) |
| **PG&E CORPORATION** | Chapter 11 (Lead Case) (Jointly Administered) |
| **- and –** | |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **ELEVENTH MONTHLY FEE APPLICATION OF DELOITTE & TOUCHE LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MARCH 1, 2020 THROUGH MARCH 31, 2020** |
| **Debtors.** | |
| __Affects PG&E Corporation<br>__Affects Pacific Gas and Electric Company<br><u>X</u> Affects both Debtors | Objection Deadline: July 2, 2020 at 4:00 p.m. (Pacific Time) |
| *\*All papers shall be filed in the Lead Case, NO. 19-30088 (DM).* | [No Hearing Requested] |

| | |
|---|---|
| To: The Notice Parties | |
| Name of Applicant: | Deloitte & Touche LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | July 24, 2019 nunc pro tunc to January 29, 2019 |
| Period for which compensation and reimbursement are sought: | March 1, 2020 through March 31, 2020 |
| Amount of compensation sought as actual reasonable, and necessary: | $106,246.40 (80% of $132,808.00) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $0.00 |

Deloitte & Touche LLP ("**Deloitte & Touche**" or the "**Applicant**"), independent auditor and advisor to PG&E Corporation and Pacific Gas and Electric Company, debtors-in-possession herein (the "**Debtors**"), hereby submits its eleventh monthly fee statement (this "**Monthly Fee Statement**") for allowance and payment of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred for the period commencing March 1, 2020 through and March 31, 2020 (the "**Fee Period**"), pursuant to *the Order Pursuant to 11 U.S.C. §§ 331 and 105(a) and Fed. R. Bankr. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professional* dated February 27, 2019 [Docket No. 701] (the "**Interim Compensation Procedures Order**").

By this Monthly Fee Statement, Deloitte & Touche requests the allowance and payment of $106,246.40 (80% of $132,808.00) as compensation for professional services rendered to the Debtors during the Fee Period. Deloitte & Touche did not incur any expenses during this Fee Period.

Annexed hereto as **Exhibit A** is the name of each Deloitte & Touche professional who performed services for the Debtors in connection with these chapter 11 cases during the Fee Period covered by this Monthly Fee Statement and the hourly rate and total fees for each professional. Attached hereto as **Exhibit B** is a summary of hours during the Fee Period by task. Attached hereto as **Exhibit C** are the detailed time entries for the Fee Period.

In accordance with the Interim Compensation Procedures Order, responses or objections to this Monthly Fee Statement, if any, must be filed and served on or before the 21st day (or the next business day if such day is not a business day) following the date the Monthly Fee Statement is filed (the "**Objection Deadline**") with this Court.

Upon the expiration of the Objection Deadline, the Applicant shall file a certificate of no objection with the Court, after which the Debtors are authorized and directed to pay the Applicant an amount equal to 80% of the fees and 100% of the expenses requested in this Monthly Fee Statement. If an objection is properly filed, the Debtors shall be authorized and directed to pay the Applicant 80% of the fees and 100% of the expenses not subject to an objection.

1

DATED: June 11, 2020.

2

3                                                DELOITTE & TOUCHE LLP

4
                                        By: _____
5                                              Timothy Gillam
                                               Partner
6                                              555 Mission Street
                                               San Francisco, California 94105-0920
7
                                        Independent Auditor and Advisor to the Debtors
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28