## EXHIBIT A

**COMPENSATION BY PROFESSIONAL**
**MARCH 1, 2020 THROUGH MARCH 31, 2020**

The professionals who rendered professional services in these chapter 11 cases during the Fee Period are:

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| **2019 Audit Services** | | | | |
| Cochran, James | Partner/Principal | $380.00 | 1.5 | $570.00 |
| Ncho-Oguie, Jean-Denis | Partner/Principal | $380.00 | 11.0 | $4,180.00 |
| Pemberton, Tricia | Partner/Principal | $380.00 | 4.5 | $1,710.00 |
| Meredith, Wendy | Managing Director | $380.00 | 1.8 | $684.00 |
| Dugan, Anne | Senior Manager | $330.00 | 5.0 | $1,650.00 |
| Fannin, Sam | Senior Manager | $330.00 | 3.0 | $990.00 |
| Jasinski, Samantha | Manager | $290.00 | 5.0 | $1,450.00 |
| Kamra, Akanksha | Manager | $290.00 | 17.0 | $4,930.00 |
| Kanekar, Anish | Manager | $290.00 | 4.0 | $1,160.00 |
| Long, Brittany | Manager | $290.00 | 2.0 | $580.00 |
| Mcillece, Scott | Manager | $290.00 | 0.5 | $145.00 |
| Azebu, Matt | Senior Consultant | $230.00 | 30.0 | $6,900.00 |
| Kipkirui, Winnie | Senior Consultant | $230.00 | 4.0 | $920.00 |
| Arugula, Jnyanendra | Consultant | $120.00 | 0.6 | $72.00 |
| Bedi, Arpit | Consultant | $200.00 | 73.0 | $14,600.00 |
| Ligon, Brian | Consultant | $200.00 | 6.5 | $1,300.00 |
| Paida, Kumar | Consultant | $120.00 | 0.4 | $48.00 |
| Ramkumar, Vignesh | Consultant | $200.00 | 7.3 | $1,460.00 |
| Vellanki Mruthyun, Jai Kumar | Consultant | $120.00 | 1.0 | $120.00 |
| **Professional Subtotal:** | | | **178.1** | **$43,469.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| **2020 AB 1054 Wildfire Fund** | | | | |
| Green, Mike | Partner/Principal | $810.00 | 0.5 | $405.00 |
| **Professional Subtotal:** | | | **0.5** | **$405.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| **2020 Audit Services** | | | | |
| Cochran, James | Partner/Principal | $410.00 | 0.5 | $205.00 |
| Gillam, Tim | Partner/Principal | $410.00 | 1.5 | $615.00 |
| Gambone, Jason | Managing Director | $410.00 | 0.5 | $205.00 |
| Meredith, Wendy | Managing Director | $410.00 | 9.5 | $3,895.00 |
| Giamanco, Patrick | Senior Manager | $350.00 | 6.0 | $2,100.00 |
| Long, Brittany | Manager | $310.00 | 9.0 | $2,790.00 |
| Azebu, Matt | Senior Consultant | $260.00 | 4.5 | $1,170.00 |
| Fazil, Mohamed | Senior Consultant | $260.00 | 2.0 | $520.00 |
| Kipkirui, Winnie | Senior Consultant | $260.00 | 21.5 | $5,590.00 |
| Alfahhad, Abdulrahman | Consultant | $210.00 | 0.5 | $105.00 |
| Nambiar, Sachin | Consultant | $210.00 | 0.5 | $105.00 |
| Schloetter, Lexie | Consultant | $210.00 | 1.0 | $210.00 |
| **Professional Subtotal:** | | | **57.0** | **$17,510.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| **2020 California Wildfires** | | | | |
| Gillam, Tim | Partner/Principal | $810.00 | 1.5 | $1,215.00 |
| Meredith, Wendy | Managing Director | $810.00 | 0.5 | $405.00 |
| Sasso, Tony | Managing Director | $810.00 | 3.0 | $2,430.00 |
| Sullivan, Mike | Managing Director | $810.00 | 1.0 | $810.00 |
| Fleming, Matthew | Senior Manager | $700.00 | 2.7 | $1,890.00 |
| **Professional Subtotal:** | | | **8.7** | **$6,750.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| **2020 Post Bankruptcy Matters** | | | | |
| Dineen, Sean | Partner/Principal | $810.00 | 0.5 | $405.00 |
| Gillam, Tim | Partner/Principal | $810.00 | 9.5 | $7,695.00 |
| Pidgeon, Andrew | Partner/Principal | $810.00 | 5.7 | $4,617.00 |
| Meredith, Wendy | Managing Director | $810.00 | 16.2 | $13,122.00 |
| Sasso, Tony | Managing Director | $810.00 | 1.5 | $1,215.00 |
| Sullivan, Mike | Managing Director | $810.00 | 1.0 | $810.00 |
| Domingue, Rob | Senior Manager | $700.00 | 1.0 | $700.00 |
| Fleming, Matthew | Senior Manager | $700.00 | 0.5 | $350.00 |

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| Allen, Jana | Manager | $610.00 | 11.5 | $7,015.00 |
| Azebu, Matt | Senior Consultant | $510.00 | 4.0 | $2,040.00 |
| Xu, Zhixin | Senior Consultant | $510.00 | 7.0 | $3,570.00 |
| Shi, Yuxin | Consultant | $410.00 | 4.0 | $1,640.00 |
| **Professional Subtotal:** | | | **62.4** | **$43,179.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|

### Preparation of Fee Applications

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| Jin, Yezi | Senior Manager | $330.00 | 15.5 | $5,115.00 |
| Gutierrez, Dalia | Project Controller | $200.00 | 64.5 | $12,900.00 |
| **Professional Subtotal:** | | | **80.0** | **$18,015.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|

### Regulatory Accounting

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| Jasinski, Samantha | Manager | $580.00 | 6.0 | $3,480.00 |
| **Professional Subtotal:** | | | **6.0** | **$3,480.00** |
| **Total** | | | **392.7** | **$132,808.00** |