# EXHIBIT B

### COMPENSATION BY CATEGORY FOR SERVICES RENDERED
### BY DELOITTE & TOUCHE LLP FOR THE PERIOD
### MARCH 1, 2020 THROUGH MARCH 31, 2020

| Categories | Hours | Fees |
|---|---|---|
| 2019 Audit Services | 178.1 | $43,469.00 |
| 2020 AB 1054 Wildfire Fund | 0.5 | $405.00 |
| 2020 Audit Services | 57.0 | $17,510.00 |
| 2020 California Wildfires | 8.7 | $6,750.00 |
| 2020 Post Bankruptcy Matters | 62.4 | $43,179.00 |
| Preparation of Fee Applications | 80.0 | $18,015.00 |
| Regulatory Accounting | 6.0 | $3,480.00 |
| **Fees Category Subtotal :** | **392.7** | **$132,808.00** |