**EXHIBIT C**

**PROFESSIONAL FEES FOR THE PERIOD**
**MARCH 1, 2020 THROUGH MARCH 31, 2020**

# PG&E Corporation and Pacific Gas and Electric Company

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

March 01, 2020 - March 31, 2020

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| ### 2019 Audit Services | | | | |
| **03/02/2020** | | | | |
| Bedi, Arpit | Prepare income statement in accordance with the generally accepted accounting principles for the financial year 2019. | $200.00 | 3.0 | $600.00 |
| Bedi, Arpit | Continue to prepare income statement in accordance with the generally accepted accounting principles for the financial year 2019. | $200.00 | 3.0 | $600.00 |
| Kipkirui, Winnie | Update automated control working paper for documentation of positive versus negative scenario testing. | $230.00 | 3.0 | $690.00 |
| Kipkirui, Winnie | Update report logic testing documentation on reports used for internal control purpose from SAP system. | $230.00 | 0.5 | $115.00 |
| **03/03/2020** | | | | |
| Bedi, Arpit | Continue to prepare balance sheet in accordance with the generally accepted accounting principles for the financial year 2019. | $200.00 | 3.0 | $600.00 |
| Bedi, Arpit | Prepare balance sheet in accordance with the generally accepted accounting principles for the financial year 2019. | $200.00 | 3.0 | $600.00 |
| Bedi, Arpit | Continue to prepare balance sheet in accordance with the generally accepted accounting principles for the financial year 2019. | $200.00 | 3.0 | $600.00 |
| Kipkirui, Winnie | Meeting with B. Long (Deloitte) to discuss the audit file status and discuss FY'19 debrief. | $230.00 | 0.5 | $115.00 |
| Long, Brittany | Meeting with W. Kipkirui (Deloitte) to discuss the audit file status and discuss FY'19 debrief. | $290.00 | 0.5 | $145.00 |
| Ramkumar, Vignesh | Close notes to control documentation for work order approval. | $200.00 | 0.5 | $100.00 |
| **03/04/2020** | | | | |
| Bedi, Arpit | Continue to prepare balance sheet in accordance with the generally accepted accounting principles for the financial year 2019. | $200.00 | 3.0 | $600.00 |

# PG&E Corporation and Pacific Gas and Electric Company

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

March 01, 2020 - March 31, 2020

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *2019 Audit Services* | | | | |
| 03/04/2020 | | | | |
| Bedi, Arpit | Continue preparing balance sheet in accordance with the generally accepted accounting principles for the financial year 2019. | $200.00 | 3.0 | $600.00 |
| Bedi, Arpit | Prepare balance sheet in accordance with the generally accepted accounting principles for the financial year 2019. | $200.00 | 3.0 | $600.00 |
| Mcillece, Scott | Clear notes to control documentation for work order approval. | $290.00 | 0.5 | $145.00 |
| 03/05/2020 | | | | |
| Bedi, Arpit | Continue to book accounts in accordance with generally accepted accounting principles to Federal Energy Regulatory Commission accounts for the financial year ending December 2019. | $200.00 | 3.0 | $600.00 |
| Bedi, Arpit | Compare book accounts in accordance with generally accepted accounting principles to Federal Energy Regulatory Commission accounts for the financial year ending December 2019. | $200.00 | 3.0 | $600.00 |
| Bedi, Arpit | Continue to book accounts in accordance with generally accepted accounting principles to Federal Energy Regulatory Commission accounts for the financial year ending December 2019. | $200.00 | 2.0 | $400.00 |
| Cochran, James | Clear notes in user access security testing for the general information technology controls. | $380.00 | 0.5 | $190.00 |
| Fannin, Sam | Clear notes on internal controls for regulatory accounting. | $330.00 | 1.0 | $330.00 |
| Long, Brittany | Clear notes within internal control testing for the FY19 information technology audit. | $290.00 | 1.5 | $435.00 |
| 03/06/2020 | | | | |
| Fannin, Sam | Clear notes in the regulatory liabilities testing. | $330.00 | 1.0 | $330.00 |

# PG&E Corporation and Pacific Gas and Electric Company

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

March 01, 2020 - March 31, 2020

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *2019 Audit Services* | | | | |
| 03/06/2020 | | | | |
| Jasinski, Samantha | Clear outstanding review comments within final asset retirement obligation workpapers | $290.00 | 2.0 | $580.00 |
| Jasinski, Samantha | Clear outstanding review comments within final tie out workpapers | $290.00 | 2.0 | $580.00 |
| Jasinski, Samantha | Clear notes within billings control workpapers. | $290.00 | 1.0 | $290.00 |
| Kanekar, Anish | Modify property, plant, and equipment controls workpapers in preparation for workpaper archival. | $290.00 | 1.0 | $290.00 |
| Ligon, Brian | Review minor modification for asset retirement obligations testing workpapers for workpaper archival. | $200.00 | 1.0 | $200.00 |
| Ligon, Brian | Review minor modification for property, plant and equipment testing workpapers for workpaper archival. | $200.00 | 1.0 | $200.00 |
| 03/09/2020 | | | | |
| Azebu, Matt | Review documentation of differences in presentation for Federal Energy Regulatory Commission reporting requirements | $230.00 | 2.0 | $460.00 |
| 03/10/2020 | | | | |
| Azebu, Matt | Review the auditor's report drafted in connection with Federal Energy Regulatory Commission reporting requirements. | $230.00 | 1.0 | $230.00 |
| Azebu, Matt | Review management representation letters drafted in connection with Federal Energy Regulatory Commission reporting requirements. | $230.00 | 1.0 | $230.00 |
| Ramkumar, Vignesh | Update final financial statement tie-out procedures for property, plant and equipment. | $200.00 | 0.5 | $100.00 |
| 03/11/2020 | | | | |
| Azebu, Matt | Review testing of compliance with Federal Energy Regulatory Commission reporting requirements. | $230.00 | 3.5 | $805.00 |

# PG&E Corporation and Pacific Gas and Electric Company

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *2019 Audit Services* | | | | |
| 03/11/2020 | | | | |
| Bedi, Arpit | Continue to prepare balance sheet in accordance with the generally accepted accounting principles for the financial year 2019. | $200.00 | 3.0 | $600.00 |
| Bedi, Arpit | Prepare balance sheet in accordance with the generally accepted accounting principles for the financial year 2019. | $200.00 | 3.0 | $600.00 |
| Bedi, Arpit | Continue to prepare balance sheet in accordance with the generally accepted accounting principles for the financial year 2019. | $200.00 | 3.0 | $600.00 |
| Kamra, Akanksha | Compare differences between reporting framework under Generally Accepted Accounting Principles to reporting framework under Federal Energy Regulatory Commissions to understand the regulatory requirements for reporting to the Federal Energy Regulatory Commission. | $290.00 | 2.0 | $580.00 |
| Kanekar, Anish | Modify property, plant, and equipment substantive workpapers in preparation for workpaper archival. | $290.00 | 1.0 | $290.00 |
| 03/12/2020 | | | | |
| Azebu, Matt | Research comment letter findings related to differences between Federal Energy Regulatory Commission reporting and US GAAP reporting requirements. | $230.00 | 2.0 | $460.00 |
| Azebu, Matt | Review audit planning memo prepared in connection with Federal Energy Regulatory Commission Form-1 financial statement audit. | $230.00 | 2.0 | $460.00 |
| Bedi, Arpit | Continue to prepare balance sheet in accordance with the generally accepted accounting principles for the financial year 2019. | $200.00 | 3.0 | $600.00 |
| Bedi, Arpit | Prepare balance sheet in accordance with the generally accepted accounting principles for the financial year 2019. | $200.00 | 3.0 | $600.00 |

# PG&E Corporation and Pacific Gas and Electric Company

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

March 01, 2020 - March 31, 2020

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *2019 Audit Services* | | | | |
| 03/12/2020 | | | | |
| Bedi, Arpit | Further prepare balance sheet in accordance with the generally accepted accounting principles for the financial year 2019. | $200.00 | 2.0 | $400.00 |
| Bedi, Arpit | Further prepare balance sheet in accordance with the generally accepted accounting principles for the financial year 2019. | $200.00 | 3.0 | $600.00 |
| Kamra, Akanksha | Review the workpaper checklist that documents compliance with the Federal Energy Regulatory Commission's reporting requirements. | $290.00 | 1.0 | $290.00 |
| Kamra, Akanksha | Review planning and summary memo which documents understanding of the reporting requirements and procedures performed around reviewing Form-1 reporting in accordance with the reporting framework under Federal Energy Regulatory Commission. | $290.00 | 3.0 | $870.00 |
| Ligon, Brian | Review minor updates for asset retirement obligations testing workpapers for workpaper archival. | $200.00 | 2.0 | $400.00 |
| Ligon, Brian | Review minor updates for property, plant and equipment testing workpapers for workpaper archival. | $200.00 | 2.0 | $400.00 |
| Meredith, Wendy | Review procedures related to Federal Energy Regulatory Commission's Form-1 audit. | $380.00 | 0.5 | $190.00 |
| 03/13/2020 | | | | |
| Azebu, Matt | Review documentation of differences in presentation for Federal Energy Regulatory Commission reporting requirements. | $230.00 | 2.0 | $460.00 |
| Bedi, Arpit | Further prepare balance sheet in accordance with the generally accepted accounting principles for the financial year 2019. | $200.00 | 3.0 | $600.00 |
| Bedi, Arpit | Further prepare balance sheet in accordance with the generally accepted accounting principles for the financial year 2019. | $200.00 | 2.0 | $400.00 |

# PG&E Corporation and Pacific Gas and Electric Company

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

March 01, 2020 - March 31, 2020

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *2019 Audit Services* | | | | |
| 03/13/2020 | | | | |
| Bedi, Arpit | Prepare balance sheet in accordance with the generally accepted accounting principles for the financial year 2019. | $200.00 | 3.0 | $600.00 |
| Bedi, Arpit | Continue preparing balance sheet in accordance with the generally accepted accounting principles for the financial year 2019. | $200.00 | 3.0 | $600.00 |
| Fannin, Sam | Clear notes in the regulatory asset testing. | $330.00 | 1.0 | $330.00 |
| Kamra, Akanksha | Review accounting differences between reporting framework under Generally Accepted Accounting Principles to reporting framework under Federal Energy Regulatory Commission to check presentation of the FORM 1 financial statement. | $290.00 | 3.0 | $870.00 |
| Kamra, Akanksha | Review the Federal Energy Regulatory Commission's requirement for reporting Form 1 footnotes to comply with disclosure requirement. | $290.00 | 1.0 | $290.00 |
| 03/16/2020 | | | | |
| Azebu, Matt | Review audit deliverables, including opinion and communication letter to those charged with governance, prepared in connection with Federal Energy Regulatory Commission reporting requirements | $230.00 | 1.5 | $345.00 |
| Bedi, Arpit | Prepare balance sheet in accordance with the generally accepted accounting principles for the financial year 2019. | $200.00 | 3.0 | $600.00 |
| Bedi, Arpit | Continue to prepare balance sheet in accordance with the generally accepted accounting principles for the financial year 2019. | $200.00 | 3.0 | $600.00 |
| Bedi, Arpit | Continue to prepare balance sheet in accordance with the generally accepted accounting principles for the financial year 2019. | $200.00 | 3.0 | $600.00 |

# PG&E Corporation and Pacific Gas and Electric Company

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

March 01, 2020 - March 31, 2020

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *2019 Audit Services* | | | | |
| 03/16/2020 | | | | |
| Bedi, Arpit | Continue to prepare balance sheet in accordance with the generally accepted accounting principles for the financial year 2019. | $200.00 | 1.0 | $200.00 |
| Kamra, Akanksha | Further review accounting differences between reporting framework under Generally Accepted Accounting Principles to reporting framework under Federal Energy Regulatory Commission to check presentation of the Form-1 financial statement. | $290.00 | 3.0 | $870.00 |
| Kamra, Akanksha | Review accounting differences between reporting framework under Generally Accepted Accounting Principles to reporting framework under Federal Energy Regulatory Commission to check presentation of the Form-1 financial statement. | $290.00 | 3.0 | $870.00 |
| Ncho-Oguie, Jean-Denis | Review Form-1 financial statements in accordance with the reporting framework under Federal Energy Regulatory Commission. | $380.00 | 2.5 | $950.00 |
| Ncho-Oguie, Jean-Denis | Review Planning/Summary Memo for procedures performed to review the financial statement prepared in accordance with the reporting framework under Federal Energy Regulatory Commission. | $380.00 | 1.5 | $570.00 |
| Pemberton, Tricia | Review Form-1 financial statements in accordance with the reporting framework under Federal Energy Regulatory Commission. | $380.00 | 2.0 | $760.00 |
| 03/17/2020 | | | | |
| Azebu, Matt | Research tax disclosures in connection with Federal Energy Regulatory Commission reporting requirement. | $230.00 | 2.0 | $460.00 |

# PG&E Corporation and Pacific Gas and Electric Company

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

March 01, 2020 - March 31, 2020

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *2019 Audit Services* | | | | |
| 03/17/2020 | | | | |
| Azebu, Matt | Research Federal Energy Regulatory Commission code of federal regulations in conjunction with review of Federal Energy Regulatory Commission Form-1 financial statements. | $230.00 | 2.0 | $460.00 |
| Cochran, James | Clear notes in change management testing for the general information technology controls. | $380.00 | 0.5 | $190.00 |
| Kanekar, Anish | Review udpates to the final financial statement tie-out procedures. | $290.00 | 1.0 | $290.00 |
| Meredith, Wendy | Review disclosure update on Form-1 prepared in accordance with reporting framework under the Federal Energy Regulatory Commission. | $380.00 | 0.3 | $114.00 |
| Meredith, Wendy | Review updated fianicial statements on Form-1 prepared in accordance with reporting framework under the Federal Energy Regulatory Commission. | $380.00 | 1.0 | $380.00 |
| Ncho-Oguie, Jean-Denis | Review Federal Energy Regulatory Commission's Form-1 statement for cash flow differences with the cash flow statement prepared under generally accepted accounting principles. | $380.00 | 1.0 | $380.00 |
| Ncho-Oguie, Jean-Denis | Review Form-1 updated financial statements in accordance with the reporting framework under Federal Energy Regulatory Commission. | $380.00 | 1.5 | $570.00 |
| Ramkumar, Vignesh | Update final financial statement tie-out procedures for asset retirement obligation. | $200.00 | 1.0 | $200.00 |
| 03/18/2020 | | | | |
| Ncho-Oguie, Jean-Denis | Review auditor's opinion drafted for the Form-1 financial statements in accordance with the reporting framework under Federal Energy Regulatory Commission. and Audit Committee Communication Letter. | $380.00 | 0.5 | $190.00 |

# PG&E Corporation and Pacific Gas and Electric Company

# Deloitte & Touche LLP

# Fees Sorted by Category for the Fee Period

March 01, 2020 - March 31, 2020

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *2019 Audit Services* | | | | |
| 03/18/2020 | | | | |
| Ncho-Oguie, Jean-Denis | Review Audit Committee communication letter drafted for the Form-1 financial statements in accordance with the reporting framework under Federal Energy Regulatory Commission. and Audit Committee Communication Letter. | $380.00 | 0.5 | $190.00 |
| Pemberton, Tricia | Review combined planning/summary memo documenting the procedures performed in reviewing the Form-1 financial statements in accordance with the reporting framework under Federal Energy Regulatory Commission. | $380.00 | 1.5 | $570.00 |
| 03/19/2020 | | | | |
| Azebu, Matt | Continue to reconcile and test differences between financial statements prepared in accordance with generally accepted accounting principles and Federal Energy Regulatory Commission regulations | $230.00 | 2.0 | $460.00 |
| Azebu, Matt | Reconcile differences between financial statements prepared in accordance with generally accepted accounting principles and Federal Energy Regulatory Commission regulations. | $230.00 | 1.0 | $230.00 |
| Azebu, Matt | Test differences between financial statements prepared in accordance with generally accepted accounting principles and Federal Energy Regulatory Commission regulations. | $230.00 | 1.0 | $230.00 |
| Cochran, James | Clear notes automated control testing on non-SAP systems. | $380.00 | 0.5 | $190.00 |
| Kamra, Akanksha | Review accounting differences between reporting framework under Generally Accepted Accounting Principles to reporting framework under Federal Energy Regulatory Commission to check presentation of the Form-1 financial statement. | $290.00 | 1.0 | $290.00 |

# PG&E Corporation and Pacific Gas and Electric Company

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

March 01, 2020 - March 31, 2020

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *2019 Audit Services* | | | | |
| 03/19/2020 | | | | |
| Ramkumar, Vignesh | Update property, plant, and equipment control workpapers in preparation for working paper archival. | $200.00 | 0.3 | $60.00 |
| 03/20/2020 | | | | |
| Azebu, Matt | Continue to review the tie out of the financial statements prepared on Federal Energy Regulatory Commission Form-1 | $230.00 | 2.0 | $460.00 |
| Azebu, Matt | Review the tie out of the financial statements prepared on Federal Energy Regulatory Commission Form-1. | $230.00 | 2.0 | $460.00 |
| Pemberton, Tricia | Review Form-1 financial statements in accordance with the reporting framework under Federal Energy Regulatory Commission. | $380.00 | 1.0 | $380.00 |
| Vellanki Mruthyun, Jai Kumar | Prepare Form-1 financial statements to be issued as part of the reporting to the Federal Energy Regulatory Commission. | $120.00 | 1.0 | $120.00 |
| 03/23/2020 | | | | |
| Ncho-Oguie, Jean-Denis | Review updated subsequent events review for the Form-1 financial statement filing in accordance with the reporting framework under Federal Energy Regulatory Commission. | $380.00 | 1.5 | $570.00 |
| 03/24/2020 | | | | |
| Arugula, Jnyanendra | Prepare Form-1 financial statements to be issued as part of the reporting to the Federal Energy Regulatory Commission. | $120.00 | 0.6 | $72.00 |
| Kanekar, Anish | Update property, plant, and equipment planning workpapers in preparation for working paper archival. | $290.00 | 1.0 | $290.00 |
| Ncho-Oguie, Jean-Denis | Review Legal Analysis for Form-1 financial statement filing in accordance with the reporting framework under Federal Energy Regulatory Commission. | $380.00 | 2.0 | $760.00 |

# PG&E Corporation and Pacific Gas and Electric Company

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

March 01, 2020 - March 31, 2020

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *2019 Audit Services* | | | | |
| 03/24/2020 | | | | |
| Ramkumar, Vignesh | Modify property, plant, and equipment control workpapers in preparation for working paper archival. | $200.00 | 1.0 | $200.00 |
| 03/25/2020 | | | | |
| Paida, Kumar | Prepare Form-1 financial statements to be issued as part of the reporting to the Federal Energy Regulatory Commission. | $120.00 | 0.4 | $48.00 |
| Ramkumar, Vignesh | Perform file check related to asset retirement obligation control testing in preparation for working paper archival. | $200.00 | 1.0 | $200.00 |
| 03/26/2020 | | | | |
| Ramkumar, Vignesh | Perform file check related to property, plant and equipment control testing in preparation for working paper archival. | $200.00 | 1.0 | $200.00 |
| 03/27/2020 | | | | |
| Azebu, Matt | Review final tie out of financial statements filed on Form 10-K in preparation for archiving the fiscal year 2019 audit working papers | $230.00 | 3.0 | $690.00 |
| 03/29/2020 | | | | |
| Ligon, Brian | Perform file check related to asset retirement obligation substantive testing in preparation for working paper archival. | $200.00 | 0.5 | $100.00 |
| 03/30/2020 | | | | |
| Dugan, Anne | Review audit file check resolution on substantive working papers in preparation for archiving the fiscal year 2019 audit working papers. | $330.00 | 2.0 | $660.00 |
| Dugan, Anne | Review audit file check resolution on internal control working papers in preparation for archiving the fiscal year 2019 audit working papers. | $330.00 | 2.0 | $660.00 |
| Ramkumar, Vignesh | Perform file check related to asset retirement obligation substantive testing in preparation for working paper archival. | $200.00 | 1.0 | $200.00 |

# PG&E Corporation and Pacific Gas and Electric Company

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

March 01, 2020 - March 31, 2020

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| **2019 Audit Services** | | | | |
| 03/31/2020 | | | | |
| Dugan, Anne | Review audit file completeness in preparation for archiving the fiscal year 2019 audit working papers. | $330.00 | 1.0 | $330.00 |
| Ramkumar, Vignesh | Perform file check related to property, plant and equipment substantive testing in preparation for working paper archival. | $200.00 | 1.0 | $200.00 |
| Subtotal for 2019 Audit Services: | | | 178.1 | $43,469.00 |
| **2020 AB 1054 Wildfire Fund** | | | | |
| 03/18/2020 | | | | |
| Green, Mike | Review the wildfire fund liability model calculation model. | $810.00 | 0.5 | $405.00 |
| Subtotal for 2020 AB 1054 Wildfire Fund: | | | 0.5 | $405.00 |
| **2020 Audit Services** | | | | |
| 03/02/2020 | | | | |
| Giamanco, Patrick | Prepare meeting agenda for the 2020 internal control testing plan for the information technology audit. | $350.00 | 0.5 | $175.00 |
| 03/03/2020 | | | | |
| Alfahhad, Abdulrahman | Meeting with J. Cochran, P. Giamanco, B. Long, W. Kipkurui (Deloitte) to discuss the 2020 planning. | $210.00 | 0.5 | $105.00 |
| Cochran, James | Meeting with P. Giamanco, B. Long, W. Kipkurui, A. Alfahhad (Deloitte) to discuss the 2020 planning. | $410.00 | 0.5 | $205.00 |
| Giamanco, Patrick | Meeting with J. Cochran, B. Long, W. Kipkurui, A. Alfahhad (Deloitte) to discuss the 2020 planning. | $350.00 | 0.5 | $175.00 |
| Giamanco, Patrick | Review the internal control testing plan for the information technology audit for 2020. | $350.00 | 1.0 | $350.00 |
| Giamanco, Patrick | Draft emails to B. Long, J. Cochran (Deloitte), K. Barry (PG&E) to discuss internal control testing plan for the information technology audit. | $350.00 | 0.5 | $175.00 |

# PG&E Corporation and Pacific Gas and Electric Company

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

March 01, 2020 - March 31, 2020

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| **2020 Audit Services** | | | | |
| **03/03/2020** | | | | |
| Giamanco, Patrick | Call with B. Long (Deloitte) to discuss PG&E 2020 internal control testing plan for the information technology audit. | $350.00 | 1.0 | $350.00 |
| Kipkirui, Winnie | Meeting with J. Cochran, P. Giamanco, B. Long, A. Alfahhad (Deloitte) to discuss the 2020 planning. | $260.00 | 0.5 | $130.00 |
| Long, Brittany | Prepare the internal control testing plan for the information technology audit for 2020. | $310.00 | 1.0 | $310.00 |
| Long, Brittany | Meeting with J. Cochran, P. Giamanco, W. Kipkurui, A. Alfahhad (Deloitte) to discuss the 2020 planning. | $310.00 | 0.5 | $155.00 |
| Long, Brittany | Call with P. Giamanco (Deloitte) to discuss PG&E 2020 internal control testing plan for the information technology audit. | $310.00 | 1.0 | $310.00 |
| **03/04/2020** | | | | |
| Fazil, Mohamed | Call with P. Giamanco (Deloitte) to discuss PG&E internal control testing plan for the information technology audit for 2020. | $260.00 | 0.5 | $130.00 |
| Giamanco, Patrick | Prepare 2020 internal control testing plan for the information technology audit. | $350.00 | 1.0 | $350.00 |
| Giamanco, Patrick | Call with M. Fazil (Deloitte) to discuss PG&E internal control testing plan for the information technology audit for 2020. | $350.00 | 0.5 | $175.00 |
| Giamanco, Patrick | Call with B. Long (Deloitte) to discuss internal control testing plan for the information technology audit for 2020. | $350.00 | 1.0 | $350.00 |
| Long, Brittany | Call with P. Giamanco (Deloitte) to discuss internal control testing plan for the information technology audit for 2020. | $310.00 | 1.0 | $310.00 |
| **03/11/2020** | | | | |
| Azebu, Matt | Meet with W. Meredith, L. Schloetter (Deloitte) to discuss Quarter 1 2020 review. | $260.00 | 0.5 | $130.00 |

# PG&E Corporation and Pacific Gas and Electric Company

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

March 01, 2020 - March 31, 2020

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *2020 Audit Services* | | | | |
| 03/11/2020 | | | | |
| Long, Brittany | Update testing scripts used for segregation of duties testing. | $310.00 | 0.5 | $155.00 |
| Meredith, Wendy | Meet with M. Azebu, L. Schloetter (Deloitte) to discuss Quarter 1 2020 review. | $410.00 | 0.5 | $205.00 |
| Meredith, Wendy | Review quarter 1 of 2020 audit work plan. | $410.00 | 0.5 | $205.00 |
| Schloetter, Lexie | Meet with W. Meredith, M. Azebu (Deloitte) to discuss Quarter 1 2020 review. | $210.00 | 0.5 | $105.00 |
| 03/12/2020 | | | | |
| Gillam, Tim | Meet with W. Meredith (Deloitte), J. Garboden (PG&E) to discuss quarter 1 review. | $410.00 | 0.5 | $205.00 |
| Meredith, Wendy | Meet with T. Gillam (Deloitte), J. Garboden (PG&E) to discuss quarter 1 review. | $410.00 | 0.5 | $205.00 |
| 03/13/2020 | | | | |
| Azebu, Matt | Meet with W. Meredith (Deloitte) to discuss 2020 audit plan. | $260.00 | 0.5 | $130.00 |
| Azebu, Matt | Prepare preliminary 2020 audit plan in preparation for meeting with W. Meredith (Deloitte). | $260.00 | 1.0 | $260.00 |
| Kipkirui, Winnie | Meeting with B. Long (Deloitte) to discuss planning for FY'20. | $260.00 | 0.5 | $130.00 |
| Long, Brittany | Meeting with W. Kipkirui (Deloitte) to discuss planning for 2020. | $310.00 | 0.5 | $155.00 |
| Meredith, Wendy | Meet with M. Azebu (Deloitte) to discuss 2020 audit plan. | $410.00 | 0.5 | $205.00 |
| 03/16/2020 | | | | |
| Azebu, Matt | Meet with T. Gillam, W. Meredith, J. Gambone (Deloitte) to discuss PG&E 2020 audit. | $260.00 | 0.5 | $130.00 |
| Gambone, Jason | Meet with T. Gillam, W. Meredith, M. Azebu (Deloitte) to discuss PG&E 2020 audit. | $410.00 | 0.5 | $205.00 |

# PG&E Corporation and Pacific Gas and Electric Company

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

March 01, 2020 - March 31, 2020

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *2020 Audit Services* | | | | |
| 03/16/2020 | | | | |
| Gillam, Tim | Meet with W. Meredith, M. Azebu, J. Gambone (Deloitte) to discuss PG&E 2020 audit. | $410.00 | 0.5 | $205.00 |
| Meredith, Wendy | Meet with T. Gillam, M. Azebu, J. Gambone (Deloitte) to discuss PG&E 2020 audit. | $410.00 | 0.5 | $205.00 |
| 03/17/2020 | | | | |
| Gillam, Tim | Meet with W. Meredith (Deloitte) to discuss 2020 audit. | $410.00 | 0.5 | $205.00 |
| Meredith, Wendy | Meet with T. Gillam (Deloitte) to discuss 2020 audit. | $410.00 | 0.5 | $205.00 |
| 03/18/2020 | | | | |
| Kipkirui, Winnie | Meeting with B. Long (Deloitte) to discuss the plan for 2020 internal control testing for the information technology audit. | $260.00 | 1.0 | $260.00 |
| Long, Brittany | Meeting with W. Kipkirui (Deloitte) to discuss the plan for 2020 internal control testing for the information technology audit. | $310.00 | 1.0 | $310.00 |
| 03/20/2020 | | | | |
| Kipkirui, Winnie | Prepare documentation of risk assessment on general information technology controls for the SAP system. | $260.00 | 3.0 | $780.00 |
| Kipkirui, Winnie | Meeting with B. Long (Deloitte) to discuss the internal control testing for the information technology audit plan for 2020. | $260.00 | 1.0 | $260.00 |
| Long, Brittany | Meeting with W. Kipkirui (Deloitte) to discuss the internal control testing for the information technology audit plan for 2020. | $310.00 | 1.0 | $310.00 |
| 03/23/2020 | | | | |
| Long, Brittany | Review scoping for computer tools to be relevant for 2020 audit for information technology controls. | $310.00 | 1.0 | $310.00 |

# PG&E Corporation and Pacific Gas and Electric Company

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

March 01, 2020 - March 31, 2020

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *2020 Audit Services* | | | | |
| 03/24/2020 | | | | |
| Kipkirui, Winnie | Document Risk Assessment for SAP systems for Access Security Controls. | $260.00 | 3.0 | $780.00 |
| Kipkirui, Winnie | Document Risk Assessment for SAP systems for Change Management Controls. | $260.00 | 3.0 | $780.00 |
| Kipkirui, Winnie | Document Risk Assessment for SAP systems for the data center controls. | $260.00 | 3.0 | $780.00 |
| Meredith, Wendy | Research questions from A. Chung (PG&E) related to management respresentation letter content. | $410.00 | 0.5 | $205.00 |
| 03/25/2020 | | | | |
| Kipkirui, Winnie | Meeting with B. Long (Deloitte) to discuss risk presentation deck and the current status of the internal control testing for the information technology audit. | $260.00 | 0.5 | $130.00 |
| Kipkirui, Winnie | Document risk assessment consideration for SAP systems. | $260.00 | 3.5 | $910.00 |
| Long, Brittany | Meeting with W. Kipkirui (Deloitte) to discuss risk presentation deck and the current status of the internal control testing for the information technology audit. | $310.00 | 0.5 | $155.00 |
| 03/27/2020 | | | | |
| Kipkirui, Winnie | Meeting with B. Long (Deloitte) to discuss the SAP system's Risk Assessment plan. | $260.00 | 0.5 | $130.00 |
| Long, Brittany | Attend risk definitions discussion with R. Garza (PG&E) on SAP systems. | $310.00 | 0.5 | $155.00 |
| Long, Brittany | Meeting with W. Kipkirui (Deloitte) to discuss the SAP system's Risk Assessment plan. | $310.00 | 0.5 | $155.00 |
| Nambiar, Sachin | Prepare risk assessment documentation for 2020 on relevant information technology systems at PG&E. | $210.00 | 0.5 | $105.00 |
| 03/29/2020 | | | | |
| Kipkirui, Winnie | Review the Risk Assessment analysis on SAP system. | $260.00 | 0.5 | $130.00 |

# PG&E Corporation and Pacific Gas and Electric Company

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

March 01, 2020 - March 31, 2020

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *2020 Audit Services* | | | | |
| 03/29/2020 | | | | |
| Meredith, Wendy | Review draft Form 10-Q financial statement for first quarter of 2020 | $410.00 | 1.5 | $615.00 |
| 03/30/2020 | | | | |
| Kipkirui, Winnie | Prepare risk assessment documentation for SAP systems. | $260.00 | 1.5 | $390.00 |
| Meredith, Wendy | Review draft Form 10-Q financial statement for first quarter of 2020 | $410.00 | 2.0 | $820.00 |
| Meredith, Wendy | Continue to review draft Form 10-Q of the financial statement. | $410.00 | 0.5 | $205.00 |
| Meredith, Wendy | Meet with J. Garboden, A. Chung, D. Diaz (PG&E) to discuss accounting and disclosure question related to impacts on bad debt reserve. | $410.00 | 0.5 | $205.00 |
| Meredith, Wendy | Research question from A. Chung (PG&E) related to accounting and disclosure related impacts of bad debt reserve for quarter 1 of 2020. | $410.00 | 0.5 | $205.00 |
| 03/31/2020 | | | | |
| Azebu, Matt | Review the Q1 2020 draft financial statements prepared on Form 10-Q. | $260.00 | 2.0 | $520.00 |
| Fazil, Mohamed | Prepare internal control listing for relevant controls for SAP systems as part of the 2020 audit. | $260.00 | 1.5 | $390.00 |
| Meredith, Wendy | Research disclosure in draft Form 10-Q financial statement for first quarter of 2020 for impact of coronavirus. | $410.00 | 1.0 | $410.00 |
| Schloetter, Lexie | Prepare Quarter 1 2020 review task list to allocate the review work. | $210.00 | 0.5 | $105.00 |
| Subtotal for 2020 Audit Services: | | | 57.0 | $17,510.00 |
| *2020 California Wildfires* | | | | |
| 03/12/2020 | | | | |
| Gillam, Tim | Review online documents on the discussion of potential decision by Butte County District Attorney on wildfire claims. | $810.00 | 1.5 | $1,215.00 |

# PG&E Corporation and Pacific Gas and Electric Company

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

March 01, 2020 - March 31, 2020

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| **2020 California Wildfires** | | | | |
| 03/23/2020 | | | | |
| Fleming, Matthew | Review plan of reorganization and disclosure statement regarding accounting for fire victims fund. | $700.00 | 0.7 | $490.00 |
| Fleming, Matthew | Call with A. Sasso (Deloitte) to review plan of reorganization and disclosure statement documents and continue assessment of wildfire claims, treatments and accounting implications. | $700.00 | 2.0 | $1,400.00 |
| Sasso, Tony | Review the plan of reorganization as filed to the bankruptcy court to review the treatment of wildfire claims for accounting purposes. | $810.00 | 0.5 | $405.00 |
| Sasso, Tony | Call with M. Fleming (Deloitte) to review the Plan of Restructuring and disclosure statement documents and continue assessment of wildfire claims, treatments and accounting implications. | $810.00 | 2.0 | $1,620.00 |
| Sasso, Tony | Review Form 8-K reporting on material disclosure for wildfires as filed with the Securities and Exchange Commission to review the treatment of wildfire claims for accounting purposes. | $810.00 | 0.5 | $405.00 |
| 03/24/2020 | | | | |
| Meredith, Wendy | Review Butte county settlement agreement of the wildfire claims. | $810.00 | 0.5 | $405.00 |
| 03/25/2020 | | | | |
| Sullivan, Mike | Review plan of reorganization and applicable technical literature regarding accounting for settlement of fire victim liabilities under the plan of reorganization. | $810.00 | 1.0 | $810.00 |
| Subtotal for 2020 California Wildfires: | | | 8.7 | $6,750.00 |
| **2020 Post Bankruptcy Matters** | | | | |
| 03/02/2020 | | | | |
| Meredith, Wendy | Review accounting gudiance related to bankruptcy emergence. | $810.00 | 0.5 | $405.00 |

# PG&E Corporation and Pacific Gas and Electric Company

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

March 01, 2020 - March 31, 2020

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|

### *2020 Post Bankruptcy Matters*

**03/02/2020**

| | | | | |
|------|-------------|------|-------|------|
| Meredith, Wendy | Meet with A. Sasso, M. Sullivan (Deloitte) to discuss accounting for bankruptcy emergence. | $810.00 | 0.5 | $405.00 |
| Sasso, Tony | Meet with W. Meredith, M. Sullivan (Deloitte) to discuss accounting for bankruptcy emergence. | $810.00 | 0.5 | $405.00 |
| Sullivan, Mike | Meet with W. Meredith, A. Sasso (Deloitte) to discuss accounting for bankruptcy emergence. | $810.00 | 0.5 | $405.00 |

**03/03/2020**

| | | | | |
|------|-------------|------|-------|------|
| Meredith, Wendy | Summarize potential accounting impact of PG&E bankruptcy related agreements that may settle in equity shares. | $810.00 | 1.0 | $810.00 |
| Meredith, Wendy | Continue summarizing potential accounting impact of PG&E bankruptcy related agreements that may settle in equity shares. | $810.00 | 0.5 | $405.00 |
| Meredith, Wendy | Review agreements related to PG&E bankruptcy emergence. | $810.00 | 0.5 | $405.00 |

**03/05/2020**

| | | | | |
|------|-------------|------|-------|------|
| Allen, Jana | Perform accounting guidance research on potential earnings per share impact related to the equity backstop agreements that potentially settle in equity. | $610.00 | 1.0 | $610.00 |

**03/06/2020**

| | | | | |
|------|-------------|------|-------|------|
| Allen, Jana | Perform accounting guidance research on potential earnings per share impact related to the equity backstop agreements that potentially settle in equity. | $610.00 | 1.8 | $1,098.00 |
| Allen, Jana | Meet with W. Meredith, A. Pidgeon (Deloitte) to discuss potential earnings per share impact of agreements that potentially settle in equity. | $610.00 | 0.5 | $305.00 |

# PG&E Corporation and Pacific Gas and Electric Company

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

March 01, 2020 - March 31, 2020

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|

### *2020 Post Bankruptcy Matters*

**03/06/2020**

| | | | | |
|------|-------------|------|-------|------|
| Meredith, Wendy | Meet with A. Pidgeon, J. Allen (Deloitte) to discuss potential earnings per share impact related to the equity backstop agreements that potentially settle in equity. | $810.00 | 0.5 | $405.00 |
| Pidgeon, Andrew | Meet with W. Meredith, J. Allen (Deloitte) to discuss potential earnings per share impact related to the equity backstop agreements that potentially settle in equity. | $810.00 | 0.5 | $405.00 |
| Pidgeon, Andrew | Research accounting for the potential earnings per share impact of agreements that potentially settle in equity. | $810.00 | 0.5 | $405.00 |

**03/13/2020**

| | | | | |
|------|-------------|------|-------|------|
| Azebu, Matt | Meet with W. Meredith (Deloitte) to discuss bankruptcy related accounting matters. | $510.00 | 0.5 | $255.00 |
| Meredith, Wendy | Meet with M. Azebu (Deloitte) to discuss bankruptcy related accounting matters. | $810.00 | 0.5 | $405.00 |

**03/16/2020**

| | | | | |
|------|-------------|------|-------|------|
| Gillam, Tim | Meet with W. Meredith (Deloitte) to discuss securitization accounting. | $810.00 | 0.5 | $405.00 |
| Meredith, Wendy | Meet with T. Gillam (Deloitte) to discuss securitization accounting. | $810.00 | 0.5 | $405.00 |

**03/17/2020**

| | | | | |
|------|-------------|------|-------|------|
| Gillam, Tim | Meet with W. Meredith (Deloitte), D. Thomason, J. Garboden, S. Hunter (PG&E), E. Silverman (Lazard) to discuss securitization transaction. | $810.00 | 0.5 | $405.00 |
| Meredith, Wendy | Meet with T. Gillam (Deloitte), D. Thomason, J. Garboden, S. Hunter (PG&E), E. Silverman (Lazard) to discuss securitization transaction. | $810.00 | 0.5 | $405.00 |

# PG&E Corporation and Pacific Gas and Electric Company

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

March 01, 2020 - March 31, 2020

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| **2020 Post Bankruptcy Matters** | | | | |
| 03/18/2020 | | | | |
| Azebu, Matt | Review accounting memorandum prepared outlining accounting treatment for equity backstop agreements. | $510.00 | 2.0 | $1,020.00 |
| Meredith, Wendy | Meet with J. Garbon, S. Hunter, T. Ockels (PG&E), M. Jones, M. Dixon, J. Ruggiero (PricewaterhouseCoopers) to discuss equity backstop accounting. | $810.00 | 0.5 | $405.00 |
| Meredith, Wendy | Review proposed accounting for equity backstop agreement. | $810.00 | 0.5 | $405.00 |
| 03/19/2020 | | | | |
| Allen, Jana | Meet with W. Meredith, A. Pidgeon (Deloitte) to discuss accounting for equity backstop agreement. | $610.00 | 0.5 | $305.00 |
| Allen, Jana | Perform accounting guidance research for equity backstop agreement | $610.00 | 0.5 | $305.00 |
| Meredith, Wendy | Meet with A. Pidgeon, J. Allen (Deloitte) to discuss accounting for equity backstop agreement. | $810.00 | 0.5 | $405.00 |
| Pidgeon, Andrew | Meet with W. Meredith, J. Allen (Deloitte) to discuss accounting for equity backstop agreement. | $810.00 | 0.5 | $405.00 |
| Pidgeon, Andrew | Perform accounting research regarding accounting for equity backstop agreement. | $810.00 | 0.3 | $243.00 |
| Pidgeon, Andrew | Review memo regarding accounting for equity backstop agreement. | $810.00 | 0.3 | $243.00 |
| 03/20/2020 | | | | |
| Gillam, Tim | Review updated bankruptcy agreement on proposed securitization. | $810.00 | 2.5 | $2,025.00 |
| 03/21/2020 | | | | |
| Gillam, Tim | Review asset securitization structure based on the securitization transaction. | $810.00 | 1.0 | $810.00 |
| Gillam, Tim | Review the back equity backstop proposal. | $810.00 | 3.5 | $2,835.00 |
| Meredith, Wendy | Review accounting related to equity backstop agreement. | $810.00 | 1.0 | $810.00 |

# PG&E Corporation and Pacific Gas and Electric Company

# Deloitte & Touche LLP

# Fees Sorted by Category for the Fee Period

March 01, 2020 - March 31, 2020

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *2020 Post Bankruptcy Matters* | | | | |
| 03/23/2020 | | | | |
| Allen, Jana | Meet with W. Meredith, A. Pidgeon (Deloitte) to discuss backstop equity agreement accounting. | $610.00 | 0.2 | $122.00 |
| Allen, Jana | Research accounting guidance for equity backstop agreement, including its accounting impact on diluted earnings per share. | $610.00 | 4.0 | $2,440.00 |
| Meredith, Wendy | Meet with A. Pidgeon, J. Allen (Deloitte) to discuss backstop equity agreement accounting. | $810.00 | 0.2 | $162.00 |
| Pidgeon, Andrew | Meet with W. Meredith, J. Allen (Deloitte) to discuss backstop equity agreement accounting. | $810.00 | 0.2 | $162.00 |
| Sasso, Tony | Review Fire Victims Claim Resolution Procedures. | $810.00 | 0.5 | $405.00 |
| 03/24/2020 | | | | |
| Allen, Jana | Research accounting guidance for equity backstop agreement, including its accounting impact on diluted earnings per share. | $610.00 | 1.0 | $610.00 |
| Allen, Jana | Meet with W. Meredith, A. Pidgeon, J. Allen (Deloitte) to discuss backstop equity agreement accounting. | $610.00 | 0.5 | $305.00 |
| Meredith, Wendy | Meet with W. Meredith, A. Pidgeon, J. Allen (Deloitte) to discuss backstop equity agreement accounting. | $810.00 | 0.5 | $405.00 |
| Meredith, Wendy | Meet with S. Hunter, T. Ockels (PG&E) to discuss backstop equity agreement accounting. | $810.00 | 0.5 | $405.00 |
| Pidgeon, Andrew | Meet with W. Meredith, A. Pidgeon, J. Allen (Deloitte) to discuss backstop equity agreement accounting. | $810.00 | 1.0 | $810.00 |
| 03/25/2020 | | | | |
| Azebu, Matt | Meet with W. Meredith, S. Dineen, R. Domingue, Z. Xu (Deloitte) to discuss plan to test the valuation for the equity backstop agreement. | $510.00 | 0.5 | $255.00 |

# PG&E Corporation and Pacific Gas and Electric Company

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

March 01, 2020 - March 31, 2020

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *2020 Post Bankruptcy Matters* | | | | |
| 03/25/2020 | | | | |
| Dineen, Sean | Meet with W. Meredith, M. Azebu, R. Domingue, Z. Xu (Deloitte) to discuss plan to test the valuation for the equity backstop agreement. | $810.00 | 0.5 | $405.00 |
| Domingue, Rob | Meet with W. Meredith, M. Azebu, S. Dineen, Z. Xu (Deloitte) to discuss plan to test the valuation for the equity backstop agreement. | $700.00 | 0.5 | $350.00 |
| Gillam, Tim | Meet with W. Meredith (Deloitte), J. Garboden, S. Hunter, T. Ockels (PG&E) to discuss proposed securitization accounting. | $810.00 | 0.5 | $405.00 |
| Gillam, Tim | Meet with W. Meredith (Deloitte) to discuss proposed securitization accounting. | $810.00 | 0.5 | $405.00 |
| Meredith, Wendy | Meet with M. Azebu, S. Dineen, R. Domingue, Z. Xu (Deloitte) to discuss plan to test the valuation for the equity backstop agreement. | $810.00 | 0.5 | $405.00 |
| Meredith, Wendy | Prepare for internal meeting related to the valuation of the equity backstop agreement. | $810.00 | 0.5 | $405.00 |
| Meredith, Wendy | Meet with T. Gillam (Deloitte), J. Garboden, S. Hunter, T. Ockels (PG&E) to discuss proposed securitization accounting. | $810.00 | 0.5 | $405.00 |
| Meredith, Wendy | Meet with T. Gillam (Deloitte) to discuss proposed securitization accounting. | $810.00 | 0.5 | $405.00 |
| Xu, Zhixin | Review PG&E equity backstop agreement to understand the relevant consideration for valuation purpose. | $510.00 | 1.0 | $510.00 |
| Xu, Zhixin | Meet with W. Meredith, M. Azebu, S. Dineen, R. Domingue (Deloitte) to discuss plan to test the valuation for the equity backstop agreement. | $510.00 | 0.5 | $255.00 |

# PG&E Corporation and Pacific Gas and Electric Company

# Deloitte & Touche LLP

# Fees Sorted by Category for the Fee Period

March 01, 2020 - March 31, 2020

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|

## *2020 Post Bankruptcy Matters*

03/26/2020

| | | | | |
|------|-------------|------|-------|------|
| Azebu, Matt | Meet with W. Meredith (Deloitte), S. Hunter, T. Ockels, S. Liu, S. Hessami (PG&E) to discuss valuation of backstop equity agreement. | $510.00 | 1.0 | $510.00 |
| Domingue, Rob | Meet with Z. Xu (Deloitte) to discuss the contractual terms of the equity backstop agreement. | $700.00 | 0.5 | $350.00 |
| Fleming, Matthew | Meet with T. Gillam, W. Meredith, T. Sasso, M. Sullivan (Deloitte) to discuss accounting for liabilities post bankruptcy. | $700.00 | 0.5 | $350.00 |
| Gillam, Tim | Meet with W. Meredith, T. Sasso, M. Sullivan, M. Fleming (Deloitte) to discuss accounting for liabilities post bankruptcy. | $810.00 | 0.5 | $405.00 |
| Meredith, Wendy | Review accounting analysis related to accounting for equity backstop agreement. | $810.00 | 2.0 | $1,620.00 |
| Meredith, Wendy | Meet with M. Azebu (Deloitte), S. Hunter, T. Ockels, S. Liu, S. Hessami (PG&E) to discuss valuation of backstop equity agreement. | $810.00 | 1.0 | $810.00 |
| Meredith, Wendy | Meet with T. Gillam, T. Sasso, M. Sullivan, M. Fleming (Deloitte) to discuss accounting for liabilities post bankruptcy. | $810.00 | 0.5 | $405.00 |
| Sasso, Tony | Meet with T. Gillam, W. Meredith, M. Sullivan, M. Fleming (Deloitte) to discuss accounting for liabilities post bankruptcy. | $810.00 | 0.5 | $405.00 |
| Sullivan, Mike | Meet with T. Gillam, W. Meredith, T. Sasso, M. Fleming (Deloitte) to discuss accounting for liabilities post bankruptcy. | $810.00 | 0.5 | $405.00 |
| Xu, Zhixin | Review PG&E equity backstop agreement to understand the relevant consideration for valuation purpose. | $510.00 | 1.0 | $510.00 |
| Xu, Zhixin | Meet with R. Domingue (Deloitte) to discuss the contractual terms of the equity backstop agreement. | $510.00 | 0.5 | $255.00 |

# PG&E Corporation and Pacific Gas and Electric Company

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

March 01, 2020 - March 31, 2020

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *2020 Post Bankruptcy Matters* | | | | |
| 03/27/2020 | | | | |
| Xu, Zhixin | Review PG&E equity backstop valuation model on the inputs used in the valuation calculation. | $510.00 | 2.0 | $1,020.00 |
| 03/28/2020 | | | | |
| Pidgeon, Andrew | Review accounting memo related to backstop agreement accounting. | $810.00 | 1.7 | $1,377.00 |
| 03/30/2020 | | | | |
| Allen, Jana | Meet with W. Meredith, A. Pidgeon (Deloitte) to discuss backstop equity agreement accounting. | $610.00 | 0.5 | $305.00 |
| Allen, Jana | Research accounting guidance for equity backstop agreement, including its accounting impact on diluted earnings per share. | $610.00 | 0.5 | $305.00 |
| Meredith, Wendy | Meet with S. Hunter, T. Ockels (PG&E) to discuss accounting for equity backstop agreement. | $810.00 | 0.5 | $405.00 |
| Meredith, Wendy | Meet with A. Pidgeon, J. Allen (Deloitte) to discuss backstop equity agreement accounting. | $810.00 | 0.5 | $405.00 |
| Meredith, Wendy | Research accounting guidance related to backstop equity agreement. | $810.00 | 0.5 | $405.00 |
| Pidgeon, Andrew | Meet with W. Meredith, J. Allen (Deloitte) to discuss backstop equity agreement accounting. | $810.00 | 0.5 | $405.00 |
| Shi, Yuxin | Review PG&E equity backstop valuation model. | $410.00 | 2.0 | $820.00 |
| Xu, Zhixin | Review PG&E equity backstop valuation model on the methodologies of calculation used. | $510.00 | 2.0 | $1,020.00 |
| 03/31/2020 | | | | |
| Allen, Jana | Review backstop equity agreement accounting. | $610.00 | 0.5 | $305.00 |
| Meredith, Wendy | Meet with S. Hunter, T. Ockels (PG&E), J. Ruggiero (PricewaterhouseCoopers) to discuss backstop equity accounting. | $810.00 | 0.5 | $405.00 |

# PG&E Corporation and Pacific Gas and Electric Company

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

March 01, 2020 - March 31, 2020

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| **2020 Post Bankruptcy Matters** | | | | |
| 03/31/2020 | | | | |
| Pidgeon, Andrew | Review memo documentation regarding accounting for equity backstop agreement. | $810.00 | 0.2 | $162.00 |
| Shi, Yuxin | Review PG&E equity backstop agreement to understand the relevant consideration for valuation purpose. | $410.00 | 2.0 | $820.00 |
| Subtotal for 2020 Post Bankruptcy Matters: | | | 62.4 | $43,179.00 |
| **Preparation of Fee Applications** | | | | |
| 03/01/2020 | | | | |
| Gutierrez, Dalia | Review January fee detail in preparation for the monthly fee application. | $200.00 | 5.0 | $1,000.00 |
| 03/02/2020 | | | | |
| Gutierrez, Dalia | Review January fee detail in preparation for the monthly fee application. | $200.00 | 4.5 | $900.00 |
| Gutierrez, Dalia | Continue to review January fee detail in preparation for the monthly fee application. | $200.00 | 3.5 | $700.00 |
| Jin, Yezi | Prepare December'19 fee detail for the monthly fee application. | $330.00 | 3.2 | $1,056.00 |
| Jin, Yezi | Prepare November'19 fee detail for the monthly fee application. | $330.00 | 3.5 | $1,155.00 |
| 03/11/2020 | | | | |
| Gutierrez, Dalia | Review February fee detail in preparation for the monthly fee application. | $200.00 | 5.3 | $1,060.00 |
| Gutierrez, Dalia | Continue to review February fee detail in preparation for the monthly fee application. | $200.00 | 2.7 | $540.00 |
| 03/12/2020 | | | | |
| Gutierrez, Dalia | Review February fee detail in preparation for the monthly fee application. | $200.00 | 8.0 | $1,600.00 |

# PG&E Corporation and Pacific Gas and Electric Company

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

March 01, 2020 - March 31, 2020

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| **Preparation of Fee Applications** | | | | |
| 03/17/2020 | | | | |
| Gutierrez, Dalia | Review the February fee detail in preparation for the monthly fee application. | $200.00 | 4.0 | $800.00 |
| Gutierrez, Dalia | Continue to review the February fee detail in preparation for the monthly fee application. | $200.00 | 4.0 | $800.00 |
| 03/18/2020 | | | | |
| Gutierrez, Dalia | Prepare the February fee detail in preparation for the monthly fee application. | $200.00 | 3.1 | $620.00 |
| Gutierrez, Dalia | Continue to prepare the February fee detail in preparation for the monthly fee application. | $200.00 | 2.4 | $480.00 |
| Gutierrez, Dalia | Continue to prepare the February fee detail in preparation for the monthly fee application. | $200.00 | 2.5 | $500.00 |
| 03/19/2020 | | | | |
| Jin, Yezi | Prepare the November'19 monthly fee application. | $330.00 | 1.0 | $330.00 |
| 03/21/2020 | | | | |
| Jin, Yezi | Prepare November'19 bankruptcy fee detail for the monthly fee application. | $330.00 | 1.0 | $330.00 |
| 03/22/2020 | | | | |
| Jin, Yezi | Prepare November'19 fee detail for the monthly fee application. | $330.00 | 2.0 | $660.00 |
| 03/23/2020 | | | | |
| Gutierrez, Dalia | Review February fee detail in preparation for monthly fee application. | $200.00 | 8.0 | $1,600.00 |
| Jin, Yezi | Prepare November'19 monthly fee application. | $330.00 | 4.5 | $1,485.00 |
| 03/24/2020 | | | | |
| Gutierrez, Dalia | Prepare February fee detail for monthly fee application. | $200.00 | 4.0 | $800.00 |
| 03/25/2020 | | | | |
| Gutierrez, Dalia | Prepare first draft of the November monthly fee statement for M. Rothchild's (Deloitte) review. | $200.00 | 4.0 | $800.00 |

# PG&E Corporation and Pacific Gas and Electric Company

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

March 01, 2020 - March 31, 2020

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Preparation of Fee Applications* | | | | |
| 03/28/2020 | | | | |
| Gutierrez, Dalia | Update November fee statement per feedback received from M. Rothchild (Deloitte). | $200.00 | 2.0 | $400.00 |
| 03/29/2020 | | | | |
| Jin, Yezi | Prepare November'19 monthly fee application. | $330.00 | 0.3 | $99.00 |
| 03/30/2020 | | | | |
| Gutierrez, Dalia | Prepare final draft of the November monthly fee application. | $200.00 | 1.5 | $300.00 |
| Subtotal for Preparation of Fee Applications: | | | 80.0 | $18,015.00 |
| *Regulatory Accounting* | | | | |
| 03/06/2020 | | | | |
| Jasinski, Samantha | Clear outstanding review comments within fire related regulatory asset substantive workpapers | $580.00 | 2.0 | $1,160.00 |
| Jasinski, Samantha | Clear outstanding review comments within fire related regulatory asset risk overview workpaper | $580.00 | 1.0 | $580.00 |
| Jasinski, Samantha | Clear outstanding review comments within fire related regulatory asset control workpapers | $580.00 | 3.0 | $1,740.00 |
| Subtotal for Regulatory Accounting: | | | 6.0 | $3,480.00 |
| **Total** | | | **392.7** | **$132,808.00** |

## Recapitulation

| Name | Rate | Hours | Fees |
|---|---|---|---|
| Dineen, Sean | $810.00 | 0.5 | $405.00 |
| Gillam, Tim | $810.00 | 11.0 | $8,910.00 |
| Green, Mike | $810.00 | 0.5 | $405.00 |
| Meredith, Wendy | $810.00 | 16.7 | $13,527.00 |
| Pidgeon, Andrew | $810.00 | 5.7 | $4,617.00 |

# PG&E Corporation and Pacific Gas and Electric Company

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

March 01, 2020 - March 31, 2020

## Recapitulation

| Name | Rate | Hours | Fees |
|---|---:|---:|---:|
| Sasso, Tony | $810.00 | 4.5 | $3,645.00 |
| Sullivan, Mike | $810.00 | 2.0 | $1,620.00 |
| Domingue, Rob | $700.00 | 1.0 | $700.00 |
| Fleming, Matthew | $700.00 | 3.2 | $2,240.00 |
| Allen, Jana | $610.00 | 11.5 | $7,015.00 |
| Jasinski, Samantha | $580.00 | 6.0 | $3,480.00 |
| Azebu, Matt | $510.00 | 4.0 | $2,040.00 |
| Xu, Zhixin | $510.00 | 7.0 | $3,570.00 |
| Cochran, James | $410.00 | 0.5 | $205.00 |
| Gambone, Jason | $410.00 | 0.5 | $205.00 |
| Gillam, Tim | $410.00 | 1.5 | $615.00 |
| Meredith, Wendy | $410.00 | 9.5 | $3,895.00 |
| Shi, Yuxin | $410.00 | 4.0 | $1,640.00 |
| Cochran, James | $380.00 | 1.5 | $570.00 |
| Meredith, Wendy | $380.00 | 1.8 | $684.00 |
| Ncho-Oguie, Jean-Denis | $380.00 | 11.0 | $4,180.00 |
| Pemberton, Tricia | $380.00 | 4.5 | $1,710.00 |
| Giamanco, Patrick | $350.00 | 6.0 | $2,100.00 |
| Dugan, Anne | $330.00 | 5.0 | $1,650.00 |
| Fannin, Sam | $330.00 | 3.0 | $990.00 |
| Jin, Yezi | $330.00 | 15.5 | $5,115.00 |
| Long, Brittany | $310.00 | 9.0 | $2,790.00 |
| Jasinski, Samantha | $290.00 | 5.0 | $1,450.00 |
| Kamra, Akanksha | $290.00 | 17.0 | $4,930.00 |
| Kanekar, Anish | $290.00 | 4.0 | $1,160.00 |
| Long, Brittany | $290.00 | 2.0 | $580.00 |
| Mcillece, Scott | $290.00 | 0.5 | $145.00 |
| Azebu, Matt | $260.00 | 4.5 | $1,170.00 |
| Fazil, Mohamed | $260.00 | 2.0 | $520.00 |

# PG&E Corporation and Pacific Gas and Electric Company

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

March 01, 2020 - March 31, 2020

## Recapitulation

| Name | Rate | Hours | Fees |
|------|------|-------|------|
| Kipkirui, Winnie | $260.00 | 21.5 | $5,590.00 |
| Azebu, Matt | $230.00 | 30.0 | $6,900.00 |
| Kipkirui, Winnie | $230.00 | 4.0 | $920.00 |
| Alfahhad, Abdulrahman | $210.00 | 0.5 | $105.00 |
| Nambiar, Sachin | $210.00 | 0.5 | $105.00 |
| Schloetter, Lexie | $210.00 | 1.0 | $210.00 |
| Bedi, Arpit | $200.00 | 73.0 | $14,600.00 |
| Gutierrez, Dalia | $200.00 | 64.5 | $12,900.00 |
| Ligon, Brian | $200.00 | 6.5 | $1,300.00 |
| Ramkumar, Vignesh | $200.00 | 7.3 | $1,460.00 |
| Arugula, Jnyanendra | $120.00 | 0.6 | $72.00 |
| Paida, Kumar | $120.00 | 0.4 | $48.00 |
| Vellanki Mruthyun, Jai Kumar | $120.00 | 1.0 | $120.00 |