| | |
|---|---|
| Jeremiah F. Hallisey (SBN 40001)<br>Karen J. Chedister (SBN 99473)<br>HALLISEY AND JOHNSON PC<br>465 California St, Ste 405<br>San Francisco, CA 94104<br>Telephone: (415) 433—5300<br>Email: jfhallisey@gmail.com<br>kchedister@h-jlaw.com | Francis O. Scarpulla (SBN 41059)<br>Patrick B. Clayton (SBN 240191)<br>Law Offices of Francis O. Scarpulla<br>456 Montgomery Street, 17th Floor<br>San Francisco, CA 94104<br>Tel: (415) 788-7210<br>Email: fos@scarpullalaw.com<br>pbc@scarpullalaw.com |
| Quentin L. Kopp (SBN 25070)<br>Daniel S. Mason (SBN 54065)<br>Thomas W. Jackson (SBN 107608)<br>FURTH SALEM MASON & LI LLP<br>640 Third Street, 2nd Floor<br>Santa Rosa, CA 95404-4445<br>Telephone: (707) 244-9422<br>Email: quentinlkopp@gmail.com<br>dmason@fsmllaw.com<br>tjackson@fsmllaw.com | Richard A. Lapping (SBN 107496)<br>TRODELLA & LAPPING, LLP<br>540 Pacific Avenue<br>San Francisco, CA 94133-4608<br>Telephone: (415) 399-1015<br>Email: rich@trodellalapping.com[1] |

*[Attorneys for clients as listed on signature page]*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors. | Bankruptcy Case<br><br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**JOINDER BY CERTAIN FIRE VICTIMS TO FURTHER OBJECTIONS REGARDING ESTIMATION AND CONFIRMATION FILED BY MCDONALD AND BY BAUM, ET AL** |

---

[1] Associated as co-counsel on behalf of the claimants/creditors herein.

Certain Fire Victims, identified below, hereby join the following pleadings recently filed in this Court in connection with this Court's consideration of the estimation proceedings before Judge Donato:

- Emergency Pleading in Reply to the Discussion About the Need For Estimation of Claims (Dkt. 7820), filed by Theresa Ann McDonald;
- Joinder By Baum Hedlund Aristei Goldman Camp Fire Victims Clients In Creditor Theresa Ann McDonald's Emergency Pleading (Dkt. 7882), filed by Baum Hedlund Aristei and Goldman, P.C.

Dated: June 11, 2020      By:    /s/ Richard A. Lapping
                                             Richard A. Lapping

Richard A. Lapping (SBN 107496)
TRODELLA & LAPPING, LLP
540 Pacific Avenue
San Francisco, CA 94133-4608
Telephone: (415) 399-1015
Email: rich@trodellalapping.com

Co-Counsel for Creditors
Karen Roberds and Anita Freeman,
for themselves and on behalf of all others
similarly situated

Francis O. Scarpulla (SBN 41059)
Patrick B. Clayton (SBN 240191)
LAW OFFICES OF FRANCIS O. SCARPULLA
456 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 788-7210
Email: fos@scarpullalaw.com
            pbc@scarpullalaw.com

Attorneys for Creditor
GER Hospitality, LLC, Adolfo Veronese, Richard Carpeneti, Romana Bracco, Jeanette Smylie, Mark Baker, June Stewart, and Joseph P. Russoniello

Jeremiah F. Hallisey (SBN 40001)
Karen J. Chedister (SBN 99743)
HALLISEY & JOHNSON, PC
465 California Street, Suite 405
San Francisco, CA 94104
Telephone: (415) 433-5300
Email: jfhallisey@gmail.com

1

JOINDER BY CERTAIN FIRE VICTIMS TO FURTHER OBJECTIONS REGARDING ESTIMATION AND CONFIRMATION

| | |
|---|---|
| 1 | |
| 2 | Attorneys for William, Ming, and Fuguan O'Brien, Kye Heinstein Michael Heinstein, Karen Roberds, Anita Freeman, William N. Steel |
| 3 | |
| 4 | Quentin L. Kopp (SBN 25070)<br>Daniel S. Mason (SBN 54065)<br>Thomas W. Jackson (SBN 107608) |
| 5 | FURTH SALEM MASON & LI LLP<br>640 Third Street, 2nd Floor |
| 6 | Santa Rosa, CA 95404-4445<br>Telephone: (707) 244-9422 |
| 7 | Email: quentinlkopp@gmail.com<br>dmason@fsmllaw.com<br>tjackson@fsmllaw.com |
| 8 | |
| 9 | Attorneys for Ken Born, Christine Born, Cathy Ference, William Ference, Allen Goldberg, Robert Johnson, Patricia Goodberg, Paul Goodberg, Terence Redmond, Melissa Redmond, Rita Godward, and Sonoma Court Shops, Inc. |

# CERTIFICATE OF SERVICE

I, Francis O. Scarpulla, declare as follows:

I am a citizen of the United States and over the age of eighteen (18) years and not a party to the within action. My business address is 456 Montgomery Street, 17th Floor, San Francisco, CA 94014.

On June 11, 2020, I served document(s) described as:

**JOINDER BY CERTAIN FIRE VICTIMS TO FURTHER OBJECTIONS REGARDING ESTIMATION AND CONFIRMATION**

on the interested parties in this action as follows:

[ ] BY MAIL: Service was accomplished by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, addressed as set forth above.

[X] BY E-MAIL/NEF: Service was accomplished through the Notice of Electronic Filing ("NEF") for all parties and counsel who are registered ECF Users and those identified below:

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. This declaration was executed on June 11, 2020 at San Francisco, California.

        /s/ Francis O. Scarpulla
        Francis O. Scarpulla