# United States Bankruptcy Court for the Northern District of California

**Fill in this information to identify the debtor**
- PG&E Corporation (Case No. 19-30088)
- Pacific Gas and Electric Company (Case No. 19-30089)

# Claim Withdrawal Form

| **Part 1:** | **Identify the Claim** |
|---|---|

| | |
|---|---|
| **Creditor Name and Address:** | _____<br>Name<br>_____<br>Address<br>_____<br>City                State                Zip Code |
| **Claim Number (if known):** | _____ |
| **Date Claim Filed:** | _____<br>(mm/dd/yyyy) |
| **Total Amount of Claim Filed:** | $_____ |

| **Part 2:** | **Sign Below** |
|---|---|

| | |
|---|---|
| **The person completing this form must sign and date it.** | I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above referenced Debtor.<br><br>Executed on date   _____<br>                             (mm/dd/yyyy)<br><br>_____<br>Signature<br>_____<br>Print Name<br>_____<br>Title (if applicable) |

## DEFINITIONS

**Debtor:** The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

**Creditor:** A creditor is any person, corporation, or other entity to which the debtor owed a debt.

**Proof of Claim:** A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

**Completed claim withdrawal forms can be sent to the following address:**

**PG&E Corporation Claims Processing Center**
**c/o Prime Clerk LLC**
**850 Third Avenue, Suite 412**
**Brooklyn, NY 11232**

**Or by email to:**

**pgeinfo@primeclerk.com**