**Subject:** DECLARATION OF KENNETH VINEY PG&E WILDFIRE VICTIM.

I Kenneth Roy Viney now 79 years old living @ 2425 Soda Canyon Rd. Napa Ca. hereby swear this DECLARATION this 11 day of June 2020 that me & my wife Susan Viney were victims of the Atlas Peak Wildfire caused by PG&E Oct 8, 2017 did rebuild with the help of Liberty Mutual Insurance Co. & now as a semi-retired consultant in the power generation appraisal business & as a wall street trader for over 20 years, have a $ 1.3 million claim against PG&E & have a professional understanding of the facts presented to me about the amended PG&E reorganization Plan in bankruptcy & the facts presented to me regarding PG&E's Pan to pay for victim's losses which in my opinion is unfair & falls woefully short of the compensation we were told we would get when the PG&E PLAN was voted on & wish to make recommendations which would make this settlement fair to us victims, & speak to this DECLARATION if allowed to do so.

The Plan's victims compensation consisted of two parts, $6.75 billion in cash & $ 6.75 billion worth in new shares to be disbursed to the victim's trustees shortly after discharge from bankruptcy by this honorable court. The sum of $6.75 billion cash dispersal date has never been set although I understand is just now being negotiated & the $ 6.75 billion worth of shares value has been diluted by PG&E sales through a second share offering totaling an additional $5.75 billion worth of shares announced June 10 & reported by SFH & Reuters the same day to wall street brokers @ under $ 10.50 Per share. That means the 19.9% of PG&E shares outstanding promised to the victim's trustees per the Plan or rounded 20% of all outstanding shares per Yahoo or 529.8 million shares outstanding per yesterday's count x 20%= 106 million shares to victims trustees x say @ $10. Per share = $1.06 billion which is $5.7 billion short of the $6.75 billion worth we were told we would get at voting time. The rest of the compensation plan appears at this juncture to be quite sound but this issue of victims cash & shares must be reconciled before discharge.

One way to do this is for victim's trustees to get $6.65 billion worth of preferred shares instead of company shares that PG&E CAN DILUTE any time it wants plus the $ 6.75 billion cash dispersal date must be set before discharge to make this settlement fair to victims & ratepayers.

Acting in this way PG&E has undercut its own compensation plan demonstrating it's disrespect for good faith & fair dealing, its arrogance to its victims & to this honorable court but to make things truly disgusting announced Monday the pending purchase of a new Oakland office building for $ 890 million.

I MAKE THIS DECLARATION THIS JUNE 11, 2020 & EXECUTE SAME BY MY SIGNATURE

*[signature]*  June 11/2020

1