| From: | |
| To: | |
| Cc: | |
| Subject: | FW: DECLARATION OF KENNETH VINEY WILDFIRE VICTIM.pdf |
| Date: | Thursday, June 11, 2020 2:21:49 PM |
| Attachments: | DECLARATION OF KENNETH VINEY WILDFIRE VICTIM.pdf |

[REDACTED]

**From:** Ken Viney <ken@coastalgen.com>
**Sent:** Thursday, June 11, 2020 2:11 PM
**To:** [REDACTED]
**Subject:** DECLARATION OF KENNETH VINEY WILDFIRE VICTIM.pdf

Please [REDACTED] forward this email with attachment to Judge Montali's court assistant & copy me as I have tried many times to get the link to work.
Thanks. Again for your help.
Kenneth Viney.


Please use emergency filing for the attached DECLARATION OF KENNETH VINEY FOR:

## BANKR. CASE NO 19-30088-DM JUDGE DENNIS MONTALI.

DATE JUNE 12, 2020. 9:30 am.

Thanks.
Kenneth Viney.

707 237 3433