

**Entered on Docket**
**June 11, 2020**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

1  WEIL, GOTSHAL & MANGES LLP
   Stephen Karotkin (*pro hac vice*)
2  (stephen.karotkin@weil.com)
   Theodore Tsekerides (*pro hac vice*)
3  (theodore.tsekerides@weil.com)
   Jessica Liou (*pro hac vice*)
4  (jessica.liou@weil.com)
   Matthew Goren (*pro hac vice*)
5  (matthew.goren@weil.com)
   767 Fifth Avenue
6  New York, NY 10153-0119
   Tel: 212 310 8000
7  Fax: 212 310 8007

8  KELLER BENVENUTTI KIM LLP
   Tobias S. Keller (#151445)
9  (tkeller@kbkllp.com)
   Jane Kim (#298192)
10 (jkim@kbkllp.com)
   650 California Street, Suite 1900
11 San Francisco, CA 94108
   Tel: 415 496 6723
12 Fax: 650 636 9251

Signed and Filed: June 11, 2020

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

13  *Attorneys for Debtors and Debtors in Possession*

14  **UNITED STATES BANKRUPTCY COURT**
    **NORTHERN DISTRICT OF CALIFORNIA**
15  **SAN FRANCISCO DIVISION**

16

17  **In re:**                                    Bankruptcy Case No. 19-30088 (DM)

18  **PG&E CORPORATION,**                          Chapter 11

19      - and -                                    (Lead Case) (Jointly Administered)

20  **PACIFIC GAS AND ELECTRIC**                   **ORDER GRANTING MOTION TO FILE**
    **COMPANY,**                                   **REDACTED DOCUMENTS IN SUPPORT OF**
21                          **Debtors.**           **MOTION OF THE DEBTORS PURSUANT TO 11**
                                                   **U.S.C. §§ 363 AND 105(a) FOR AN ORDER**
22  ☐ Affects PG&E Corporation                     **AUTHORIZING THE UTILITY TO (I) ENTER**
    ☒ Affects Pacific Gas and Electric             **INTO LEASE AND PURCHASE OPTION**
23  Company                                        **AGREEMENT FOR OAKLAND**
    ☐ Affects both Debtors                         **HEADQUARTERS AND (II) GRANTING**
24                                                 **RELATED RELIEF**

25  * *All papers shall be filed in the Lead
    Case, No. 19-30088 (DM).*                      [No Hearing Requested]
26

27

28

<em>Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119</em>

<em>Case: 19-30088    Doc# 7908    Filed: 06/11/20    Entered: 06/11/20 16:15:07    Page 1 of 3</em>

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

1  Upon the Motion, dated June 9, 2020 (the "**Redaction Motion**"), of PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, "**PG&E**" or the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), pursuant to sections 105(a) and 107(b) of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 1001-2(a) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California (the "**Bankruptcy Local Rules**") and the *New District Wide Procedures for Electronically Filing Sealed and Redacted Documents* adopted by the United States Bankruptcy Court for the Northern District of California (the "**Local Procedures**"), for entry of an order (i) authorizing the Debtors to file with certain limited redactions the Agreements[1] related to the *Motion of Debtors Pursuant to 11 U.S.C. §§ 363 and 105(a) for an Order Authorizing the Utility to (I) Enter into Lease and Purchase Option Agreement for Oakland Headquarters and (II) Granting Related Relief* (the "**Motion**"), and (ii) directing that the unredacted copies of the Agreements provided to the Court shall remain under seal and confidential and not be made available to anyone except as set forth in the Redaction Motion; and consideration of the Redaction Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Redaction Motion as provided to the parties listed therein is reasonable and sufficient, and it appearing that no other or further notice need be provided; and this Court having reviewed the Redaction Motion and the Liou Declaration submitted in support of the Redaction Motion; and this Court having determined that the legal and factual bases set forth in the Redaction Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Redaction Motion is in the best interests of the Debtors, their estates, creditors, shareholders, and all parties in interest; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Redaction Motion is granted as provided herein.

---

[1] Capitalized terms used but not defined in this Order shall have the meanings ascribed to them in the Motion or the Redaction Motion.

2. The Debtors are authorized to file redacted copies of the Agreements pursuant to section 107(b) of the Bankruptcy Code and Bankruptcy Rule 9018.

3. The unredacted copies of the Agreements provided to the Court are confidential, shall remain under seal, and shall not be made available to anyone without the consent of the Debtors and the parties to the Agreements, except that copies of the Agreements shall be made available to the U.S. Trustee and advisors to the Official Committee of Unsecured Creditors, the Official Committee of Tort Claimants and any other official committee established pursuant to section 1102 of the Bankruptcy Code on a confidential and professionals' eyes only basis.

4. Notice of the Redaction Motion as provided therein shall be deemed good and sufficient and the requirements of the Bankruptcy Local Rules are satisfied by such notice.

5. The Debtors are authorized to take all necessary actions to effectuate the relief granted pursuant to this Order in accordance with the Redaction Motion.

6. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

** END OF ORDER **