**EXHIBIT A**

# EXHIBIT A
## COMPENSATION BY PROFESSIONAL
## FOR THE PERIOD MARCH 1, 2020 THROUGH MARCH 31, 2020

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Brent Williams | Managing Director | $ 1,195 | 246.5 | $ 294,567.50 |
| Alex Stevenson | Managing Director | 1,195 | 127.1 | 151,884.50 |
| Brendan Murphy | Managing Director | 1,095 | 253.4 | 277,473.00 |
| Sherman Guillema | Director | 895 | 127.5 | 114,112.50 |
| Peter Gnatowski | Director | 895 | 299.8 | 268,321.00 |
| Matt Merkel | Vice President | 795 | 256.5 | 203,917.50 |
| Erik Ellingson | Associate | 695 | 141.5 | 98,342.50 |
| Naeem Muscatwalla | Associate | 695 | 93.0 | 64,635.00 |
| Riley Jacobs | Analyst | 395 | 214.2 | 84,609.00 |
| Alex Gebert | Analyst | 395 | 242.6 | 95,827.00 |
| Zack Stone | Analyst | 395 | 141.0 | 55,695.00 |
| **Total** | | | | $ 1,709,384.50 |