**EXHIBIT B**

# EXHIBIT B
## COMPENSATION BY WORK TASK CODE
## FOR THE PERIOD MARCH 1, 2020 THROUGH MARCH 31, 2020

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---:|---:|
| 3 | Financial Analysis (Requested by Counsel, or Otherwise) | 314.2 | $ 245,739.00 |
| 4 | 13-Week Cash Flow / MOR / Liquidity Analysis | 49.0 | $ 31,605.00 |
| 7 | Debtor Professionals - Diligence / Meetings / Calls | 35.9 | $ 28,280.50 |
| 8 | UCC Professionals - Diligence / Meetings / Calls | 0.7 | $ 766.50 |
| 9 | Other Professionals / Interested Parties - Diligence / Meetings / Calls | 28.5 | $ 32,007.50 |
| 10 | Tort Claimants (Counsel/FA) - Diligence / Meetings / Calls | 151.8 | $ 158,921.00 |
| 12 | Committee Related Matters - Diligence / Meetings / Calls | 213.9 | $ 189,990.50 |
| 13 | Bankruptcy Filings, Motions and Other Document Review | 48.5 | $ 25,507.50 |
| 15 | Review of Employee-Related Matters, Including Retention Plans | 16.1 | $ 12,309.50 |
| 16 | Review of Claims and Related Analysis | 19.1 | $ 13,134.50 |
| 18 | Analysis of New Debt or Equity Capital | 384.9 | $ 298,505.50 |
| 20 | Benchmarking and Related Analysis | 205.6 | $ 143,112.00 |
| 21 | Term Sheets, Plan, and Disclosure Statement Analysis | 240.6 | $ 198,997.00 |
| 23 | Deposition(s), Testimony, Court Hearing(s), and Related Preparation / Attendance | 67.4 | $ 57,183.00 |
| 24 | Business Plan | 122.7 | $ 95,786.50 |
| 25 | Regulatory and Legislative Matters, and Related Financial Analysis | 95.8 | $ 76,701.00 |
| 26 | Travel Time - Non Working Travel (Capped) | 3.0 | $ 2,385.00 |
| 27 | Project Administration | 34.3 | $ 29,148.50 |
| 29 | Time and Expenses Tracking | - | $ - |
| 31 | Fee Application Preparation | 95.5 | $ 51,362.50 |
| 32 | Mediation Preparation / Attendance | 15.6 | 17,942.00 |
| **Grand Total** | | **2,143.1** | **$ 1,709,384.50** |