**EXHIBIT C**

# EXHIBIT C
# EXPENSE SUMMARY
# FOR THE PERIOD MARCH 1, 2020 THROUGH MARCH 31, 2020

| Expense Type | Amount |
|---|---:|
| Airfare | $1,256.05 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | $371.38 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | $881.22 |
| Hotel Stay (Traveling) | $2,353.06 |
| Internet/Online Fees | $63.94 |
| Meals - In Town Only | $553.84 |
| Meals - Out-of-Town Travel Only | $796.68 |
| Other / Miscellaneous | $23.20 |
| Parking | $290.00 |
| Printing/Photocopying (In-House) | $51.10 |
| Teleconferencing | $816.41 |
| **Total** | **$7,456.88** |