**EXHIBIT E**

# EXHIBIT E
# EXPENSE DETAIL
## FOR THE PERIOD MARCH 1, 2020 TO MARCH 31, 2020[1]

| Project Category | Expense Date | LI Professional(s) | Expense Detail(s) / Internal Memo(s) | Amount ($) |
|---|---|---|---|---|
| Airfare | 3/1/2020 | 001502 Merkel, Matthew E | Airfare | 339.10 |
| Airfare | 3/1/2020 | 001502 Merkel, Matthew E | Ticketing Fee | 6.99 |
| Airfare | 3/3/2020 | 001206 Stevenson, Alexander W | Ticketing Fee | 9.00 |
| Airfare | 3/4/2020 | 001502 Merkel, Matthew E | Airfare | 409.00 |
| Airfare | 3/8/2020 | 001206 Stevenson, Alexander W | Airfare | 451.96 |
| Airfare | 3/8/2020 | 001206 Stevenson, Alexander W | Ticketing Fee | 40.00 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 2/18/2020 | 001473 Gebert, Alexander M | Working Past 9pm / Late Night Transportation | 10.73 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 2/20/2020 | 001473 Gebert, Alexander M | Working Past 9pm / Late Night Transportation | 10.26 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 2/22/2020 | 001473 Gebert, Alexander M | Working Past 9pm / Late Night Transportation | 12.50 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 2/26/2020 | 001473 Gebert, Alexander M | Working Past 9pm / Late Night Transportation | 10.38 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 2/29/2020 | 001473 Gebert, Alexander M | Working Past 9pm / Late Night Transportation | 8.95 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 3/1/2020 | 001473 Gebert, Alexander M | Working Past 9pm / Late Night Transportation | 10.35 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 3/1/2020 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 29.67 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 3/2/2020 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 19.36 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 3/3/2020 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 19.17 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 3/4/2020 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 20.04 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 3/5/2020 | 001473 Gebert, Alexander M | Working Past 9pm / Late Night Transportation | 9.73 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 3/5/2020 | 001516 Stone, Zack | Working Past 9pm / Late Night Transportation | 21.95 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 3/5/2020 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 30.05 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 3/6/2020 | 001473 Gebert, Alexander M | Working Past 9pm / Late Night Transportation | 13.94 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 3/6/2020 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 19.80 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 3/7/2020 | 001473 Gebert, Alexander M | Working Past 9pm / Late Night Transportation | 9.62 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 3/9/2020 | 001473 Gebert, Alexander M | Working Past 9pm / Late Night Transportation | 10.99 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 3/9/2020 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 18.62 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 3/10/2020 | 001473 Gebert, Alexander M | Working Past 9pm / Late Night Transportation | 11.53 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 3/10/2020 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 26.86 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 3/10/2020 | 001502 Merkel, Matthew E | Working Past 9pm / Late Night Transportation | 18.40 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 3/13/2020 | 001473 Gebert, Alexander M | Working Past 9pm / Late Night Transportation | 14.44 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 3/14/2020 | 001473 Gebert, Alexander M | Working Past 9pm / Late Night Transportation | 14.04 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 2/11/2020 | 001462 Williams, Brent C | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 24.15 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 2/12/2020 | 001462 Williams, Brent C | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 39.24 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 2/12/2020 | 001693 Ellingson, Erik | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 37.83 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 2/12/2020 | 001693 Ellingson, Erik | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 15.84 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 2/12/2020 | 001693 Ellingson, Erik | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 43.71 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 2/13/2020 | 001462 Williams, Brent C | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 45.87 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 2/13/2020 | 001462 Williams, Brent C | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 20.02 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 2/13/2020 | 001693 Ellingson, Erik | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 54.36 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 2/14/2020 | 001693 Ellingson, Erik | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 60.00 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 2/17/2020 | 001462 Williams, Brent C | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 20.45 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 2/18/2020 | 001462 Williams, Brent C | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 45.53 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 2/18/2020 | 001462 Williams, Brent C | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 30.08 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 2/19/2020 | 001462 Williams, Brent C | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 16.52 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 3/2/2020 | 001502 Merkel, Matthew E | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 36.98 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 3/2/2020 | 001502 Merkel, Matthew E | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 47.10 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 3/3/2020 | 001502 Merkel, Matthew E | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 13.78 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 3/3/2020 | 001502 Merkel, Matthew E | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 13.17 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 3/4/2020 | 001502 Merkel, Matthew E | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 14.38 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 3/4/2020 | 001502 Merkel, Matthew E | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 12.93 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 3/5/2020 | 001502 Merkel, Matthew E | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 34.04 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 3/5/2020 | 001502 Merkel, Matthew E | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 61.95 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 3/9/2020 | 001206 Stevenson, Alexander W | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 91.68 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 3/10/2020 | 001206 Stevenson, Alexander W | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 3.00 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 3/10/2020 | 001206 Stevenson, Alexander W | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 54.63 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 3/10/2020 | 001206 Stevenson, Alexander W | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 17.09 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 3/10/2020 | 001206 Stevenson, Alexander W | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 15.04 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 3/10/2020 | 001206 Stevenson, Alexander W | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 8.85 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 3/10/2020 | 001206 Stevenson, Alexander W | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 3.00 |
| Hotel Stay (Traveling) | 2/14/2020 | 001693 Ellingson, Erik | Hotel Stay | 523.81 |
| Hotel Stay (Traveling) | 2/18/2020 | 001462 Williams, Brent C | Hotel Stay | 505.88 |

Case: 19-30088    Doc# 7910-5    Filed: 06/11/20    Entered: 06/11/20 16:20:26    Page 2 of 4

# EXHIBIT E
# EXPENSE DETAIL
## FOR THE PERIOD MARCH 1, 2020 TO MARCH 31, 2020[1]

| Project Category | Expense Date | LI Professional(s) | Expense Detail(s) / Internal Memo(s) | Amount ($) |
|---|---|---|---|---|
| Hotel Stay (Traveling) | 3/4/2020 | 001502 Merkel, Matthew E | Hotel Stay | 448.31 |
| Hotel Stay (Traveling) | 3/5/2020 | 001502 Merkel, Matthew E | Hotel Stay | 433.56 |
| Hotel Stay (Traveling) | 3/11/2020 | 001206 Stevenson, Alexander W | Hotel Stay | 441.50 |
| Internet/Online Fees | 2/13/2020 | 001693 Ellingson, Erik | Internet/Online Fees | 13.99 |
| Internet/Online Fees | 3/24/2020 | 001652 Gnatowski, Peter | Internet/Online Fees | 49.95 |
| Meals - In Town Only | 2/17/2020 | 001473 Gebert, Alexander M | Working Past 8pm / In Office Dinner (One Professional) | 19.45 |
| Meals - In Town Only | 2/18/2020 | 001473 Gebert, Alexander M | Working Past 8pm / In Office Dinner (One Professional) | 20.88 |
| Meals - In Town Only | 2/20/2020 | 001473 Gebert, Alexander M | Working Past 8pm / In Office Dinner (One Professional) | 20.00 |
| Meals - In Town Only | 2/21/2020 | 001473 Gebert, Alexander M | Working Past 8pm / In Office Dinner (One Professional) | 10.11 |
| Meals - In Town Only | 2/22/2020 | 001473 Gebert, Alexander M | Working Past 8pm / In Office Dinner (One Professional) | 28.82 |
| Meals - In Town Only | 2/24/2020 | 001473 Gebert, Alexander M | Working Past 8pm / In Office Dinner (One Professional) | 22.17 |
| Meals - In Town Only | 2/26/2020 | 001473 Gebert, Alexander M | Working Past 8pm / In Office Dinner (One Professional) | 24.18 |
| Meals - In Town Only | 2/27/2020 | 001473 Gebert, Alexander M | Working Past 8pm / In Office Dinner (One Professional) | 13.79 |
| Meals - In Town Only | 2/29/2020 | 001473 Gebert, Alexander M | Working Past 8pm / In Office Dinner (One Professional) | 25.09 |
| Meals - In Town Only | 3/1/2020 | 001597 Jacobs, Riley | Working Past 8pm / In Office Dinner (One Professional) | 16.86 |
| Meals - In Town Only | 3/2/2020 | 001473 Gebert, Alexander M | Working Past 8pm / In Office Dinner (One Professional) | 20.21 |
| Meals - In Town Only | 3/2/2020 | 001597 Jacobs, Riley | Working Past 8pm / In Office Dinner (One Professional) | 30.00 |
| Meals - In Town Only | 3/3/2020 | 001597 Jacobs, Riley | Working Past 8pm / In Office Dinner (One Professional) | 30.00 |
| Meals - In Town Only | 3/4/2020 | 001597 Jacobs, Riley | Working Past 8pm / In Office Dinner (One Professional) | 30.00 |
| Meals - In Town Only | 3/5/2020 | 001473 Gebert, Alexander M | Working Past 8pm / In Office Dinner (One Professional) | 28.76 |
| Meals - In Town Only | 3/5/2020 | 001597 Jacobs, Riley | Working Past 8pm / In Office Dinner (One Professional) | 30.00 |
| Meals - In Town Only | 3/6/2020 | 001473 Gebert, Alexander M | Working Past 8pm / In Office Dinner (One Professional) | 12.83 |
| Meals - In Town Only | 3/9/2020 | 001473 Gebert, Alexander M | Working Past 8pm / In Office Dinner (One Professional) | 12.93 |
| Meals - In Town Only | 3/10/2020 | 001473 Gebert, Alexander M | Working Past 8pm / In Office Dinner (One Professional) | 27.76 |
| Meals - In Town Only | 3/10/2020 | 001516 Stone, Zack | Working Past 8pm / In Office Dinner (One Professional) | 25.60 |
| Meals - In Town Only | 3/10/2020 | 001597 Jacobs, Riley | Working Past 8pm / In Office Dinner (One Professional) | 30.00 |
| Meals - In Town Only | 3/10/2020 | 001502 Merkel, Matthew E | Working Past 8pm / In Office Dinner (One Professional) | 29.75 |
| Meals - In Town Only | 3/11/2020 | 001597 Jacobs, Riley | Working Past 8pm / In Office Dinner (One Professional) | 30.00 |
| Meals - In Town Only | 3/12/2020 | 001502 Merkel, Matthew E | Working Past 8pm / In Office Dinner (One Professional) | 2.58 |
| Meals - In Town Only | 3/13/2020 | 001473 Gebert, Alexander M | Working Past 8pm / In Office Dinner (One Professional) | 12.07 |
| Meals - Out-of-Town Travel Only | 3/11/2020 | 001463 Murphy, Brendan J | Travel Meal - Dinner (Two Professionals) Capped | 150.00 |
| Meals - Out-of-Town Travel Only | 2/12/2020 | 001462 Williams, Brent C | Travel Meal - Dinner (One Professional) | 60.00 |
| Meals - Out-of-Town Travel Only | 2/12/2020 | 001462 Williams, Brent C | Travel Meal - Breakfast (One Professional) | 35.00 |
| Meals - Out-of-Town Travel Only | 2/12/2020 | 001693 Ellingson, Erik | Travel Meal - Breakfast (One Professional) | 19.75 |
| Meals - Out-of-Town Travel Only | 2/12/2020 | 001693 Ellingson, Erik | Travel Meal - Dinner (One Professional) | 17.47 |
| Meals - Out-of-Town Travel Only | 2/13/2020 | 001693 Ellingson, Erik | Travel Meal - Dinner (One Professional) | 60.00 |
| Meals - Out-of-Town Travel Only | 2/13/2020 | 001693 Ellingson, Erik | Travel Meal - Breakfast (One Professional) | 8.00 |
| Meals - Out-of-Town Travel Only | 2/14/2020 | 001693 Ellingson, Erik | Travel Meal - Dinner (One Professional) | 26.38 |
| Meals - Out-of-Town Travel Only | 2/17/2020 | 001462 Williams, Brent C | Travel Meal - Dinner (One Professional) | 58.13 |
| Meals - Out-of-Town Travel Only | 2/17/2020 | 001462 Williams, Brent C | Travel Meal - Breakfast (One Professional) Capped | 35.00 |
| Meals - Out-of-Town Travel Only | 2/18/2020 | 001462 Williams, Brent C | Travel Meal - Breakfast (One Professional) | 7.65 |
| Meals - Out-of-Town Travel Only | 2/19/2020 | 001462 Williams, Brent C | Travel Meal - Breakfast (One Professional) Capped | 35.00 |
| Meals - Out-of-Town Travel Only | 2/19/2020 | 001462 Williams, Brent C | Travel Meal - Dinner (One Professional) | 56.25 |
| Meals - Out-of-Town Travel Only | 3/2/2020 | 001502 Merkel, Matthew E | Travel Meal - Breakfast (One Professional) | 17.63 |
| Meals - Out-of-Town Travel Only | 3/2/2020 | 001502 Merkel, Matthew E | Travel Meal - Dinner (One Professional) | 3.25 |
| Meals - Out-of-Town Travel Only | 3/3/2020 | 001502 Merkel, Matthew E | Travel Meal - Dinner (One Professional) | 56.48 |
| Meals - Out-of-Town Travel Only | 3/3/2020 | 001502 Merkel, Matthew E | Travel Meal - Breakfast (One Professional) | 34.46 |
| Meals - Out-of-Town Travel Only | 3/4/2020 | 001502 Merkel, Matthew E | Travel Meal - Dinner (One Professional) | 38.87 |
| Meals - Out-of-Town Travel Only | 3/4/2020 | 001502 Merkel, Matthew E | Travel Meal - Breakfast (One Professional) | 17.69 |
| Meals - Out-of-Town Travel Only | 3/5/2020 | 001502 Merkel, Matthew E | Travel Meal - Dinner (One Professional) | 33.12 |
| Meals - Out-of-Town Travel Only | 3/5/2020 | 001502 Merkel, Matthew E | Travel Meal - Breakfast (One Professional) | 7.94 |
| Meals - Out-of-Town Travel Only | 3/9/2020 | 001206 Stevenson, Alexander W | Travel Meal - Breakfast (One Professional) | 6.41 |
| Meals - Out-of-Town Travel Only | 3/10/2020 | 001206 Stevenson, Alexander W | Travel Meal - Dinner (One Professional) | 12.20 |
| Other / Miscellaneous | 3/10/2020 | 001206 Stevenson, Alexander W | Mileage | 23.20 |
| Parking | 2/13/2020 | 001462 Williams, Brent C | Parking at airport | 90.00 |
| Parking | 2/17/2020 | 001462 Williams, Brent C | Parking at airport | 35.00 |
| Parking | 2/18/2020 | 001462 Williams, Brent C | Parking at airport | 35.00 |
| Parking | 2/19/2020 | 001462 Williams, Brent C | Parking at airport | 90.00 |
| Parking | 3/10/2020 | 001206 Stevenson, Alexander W | Parking at airport | 40.00 |

**EXHIBIT E**
**EXPENSE DETAIL**
**FOR THE PERIOD MARCH 1, 2020 TO MARCH 31, 2020**[1]

| Project Category | Expense Date | LI Professional(s) | Expense Detail(s) / Internal Memo(s) | Amount ($) |
|---|---|---|---|---|
| Printing/Photocopying (In-House) | 3/31/2020 | | WL Copies - 202003 | 51.10 |
| Teleconferencing | 2/12/2020 | 001473 Gebert, Alexander M | Court Call | 95.00 |
| Teleconferencing | 2/14/2020 | 001473 Gebert, Alexander M | Court Call | 30.00 |
| Teleconferencing | 2/27/2020 | 001473 Gebert, Alexander M | Court Call | 87.50 |
| Teleconferencing | 3/10/2020 | 001473 Gebert, Alexander M | Court Call | 72.00 |
| Teleconferencing | 3/24/2020 | 001473 Gebert, Alexander M | Court Call | 222.50 |
| Teleconferencing | 3/24/2020 | 001473 Gebert, Alexander M | Court Call | 59.85 |
| Teleconferencing | 3/26/2020 | 001473 Gebert, Alexander M | Court Call | 35.00 |
| Teleconferencing | 3/29/2020 | 001473 Gebert, Alexander M | Court Call | 43.50 |
| Teleconferencing | 3/29/2020 | 001473 Gebert, Alexander M | Court Call | 38.25 |
| Teleconferencing | 3/31/2020 | | Conference Calls - 202003 | 132.81 |