| | |
|---|---|
| WEIL, GOTSHAL & MANGES LLP<br>Stephen Karotkin (*pro hac vice*)<br>(stephen.karotkin@weil.com)<br>Theodore E. Tsekerides (*pro hac vice*)<br>(theodore.tsekerides@weil.com)<br>Richard W. Slack (*pro hac vice*)<br>(richard.slack@weil.com)<br>Jessica Liou (*pro hac vice*)<br>(jessica.liou@weil.com)<br>Matthew Goren (*pro hac vice*)<br>(matthew.goren@weil.com)<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>Tel: 212 310 8000<br>Fax: 212 310 8007<br><br>CRAVATH, SWAINE & MOORE LLP<br>Paul H. Zumbro (*pro hac vice*)<br>(pzumbro@cravath.com)<br>Kevin J. Orsini (*pro hac vice*)<br>(korsini@cravath.com)<br>Omid H. Nasab (*pro hac vice*)<br>(onasab@cravath.com)<br>825 Eighth Avenue<br>New York, NY 10019<br>Tel: 212 474 1000<br>Fax: 212 474 3700<br><br>KELLER BENVENUTTI KIM LLP<br>Tobias S. Keller (#151445)<br>(tkeller@kbkllp.com)<br>Jane Kim (#298192)<br>(jkim@kbkllp.com)<br>650 California Street, Suite 1900<br>San Francisco, CA 94108<br>Tel: 415 496 6723<br>Fax: 650 636 9251<br><br>*Attorneys for Debtors and Debtors in Possession* | BAKER & HOSTETLER LLP<br>Robert A. Julian (SBN 88469))<br>(rjulian@bakerlaw.com)<br>Cecily A. Dumas (SBN 111449)<br>(cdumas@bakerlaw.com)<br>600 Montgomery Street, Suite 3100<br>San Francisco, CA 94111<br>Tel: 628 208 6434<br>Fax: 310 820 8859<br><br>*Attorneys for the Official Committee of Tort Claimants*<br><br>BROWN RUDNICK LLP<br>Joel S. Miliband (SBN 077438)<br>(JMiliband@brownrudnick.com)<br>211 Michelson Drive Seventh Floor<br>Irvine, California 92612<br>Telephone: 949 752 7100<br>Facsimile: 949 252 1514<br><br>David J. Molton (SBN 262075)<br>(DMolton@brownrudnick.com)<br>Seven Times Square<br>New York, New York 10036<br>Telephone: 212 209 4800<br>Facsimile: 212 209 4801<br><br>*Counsel to the Hon. John K. Trotter (Ret.)*<br>*Retained Trustee of PG&E Fire Victim Trust*<br>*under Order of the U.S. Bankruptcy Court (N.D. Cal.)*<br>*Case 19-30088 [Docket No. 6760]* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION,**<br><br>- and –<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>     **Debtors.**<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>\* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**PARTIES' JOINT STIPULATION REGARDING THE REGISTRATION RIGHTS AGREEMENT AND RELATED AGREEMENTS OF THE FIRE VICTIM TRUST** |

PG&E Corporation and Pacific Gas and Electric Company (collectively, "**PG&E**" or the "**Debtors**"), the Official Committee of Tort Claimants (the "**TCC**"), and the Hon. John K. Trotter (Ret.) Retained Trustee of the PG&E Fire Victim Trust under Order of the U.S. Bankruptcy Court (N.D. Cal.) in the above captioned case [Docket No. 6760] (the "**Fire Victim Trustee**") (collectively, the "**Parties**") hereby submit this Joint Stipulation regarding the registration rights agreement and related agreements to be entered into by the Fire Victim Trust with PG&E Corporation (the "**Joint Stipulation**"). A proposed order approving the Joint Stipulation is attached hereto as **Exhibit A**. The Parties hereby stipulate and agree as follows:[1]

## RECITALS

WHEREAS, on December 9, 2019, the Debtors filed a motion seeking the Bankruptcy Court's approval of the restructuring support agreement reached among the Debtors, the TCC, the Consenting Fire Claimant Professionals and the Shareholder Proponents (as amended, the "**Tort Claimants RSA**").

WHEREAS, on December 19, 2019, the Bankruptcy Court entered an order approving the Tort Claimants RSA [Docket No. 5174].

WHEREAS, pursuant to the terms of the Tort Claimants RSA and the Plan, the Debtors are to fund the Fire Victim Trust with the Aggregate Fire Victim Consideration as provided in the Plan, including reasonable registration rights as provided for therein (the "**RRA**").

WHEREAS, the Debtors, the TCC, and the Fire Victim Trustee have engaged in an extensive, confidential and arms-length mediation before Judge Randall J. Newsome (Ret.), the Bankruptcy Court-appointed mediator, over the terms of the RRA to be entered into by the Fire Victim Trust and PG&E Corporation, among other things.

WHEREAS, on June 9, 2020, the Debtors filed the *Debtors' Motion for Entry of an Order (i) Approving Terms of, and Debtors' Entry into and Performance Under, Amended Equity Backstop*

---

[1] Capitalized terms used but not defined herein have the meanings assigned thereto in the *Debtors' and Shareholder Proponents Joint Plan of Chapter 11 Reorganization Dated March 16, 2020* [Docket No. 6320] (as thereafter amended on May 22, 2020 [Docket No. 7521] and as may be further modified, amended, or supplemented from time to time and, together with all exhibits and schedules thereto, the "**Plan**").

*Commitment Documents and (ii) Authorizing Incurrence, Payment and Allowance of Related Premiums as Administrative Expense Claims* [Docket No. 7848] (the "**Backstop Amendment Motion**").

WHEREAS, through the diligent efforts Judge Newsome and good faith negotiations, compromises and settlements among the Debtors and their representatives, the TCC and its representatives, and the Fire Victim Trustee and its representatives, the Debtors and the TCC have reached an agreement regarding both the form of the RRA to be entered into by the Fire Victim Trust and related equity underwriter lock-up agreements to facilitate the Debtors' public equity offerings to fund in part the Plan and the distributions thereunder, including the cash consideration to be used to fund the Fire Victim Trust, and the TCC has agreed not to object to the Backstop Amendment Motion or the relief sought by the Debtors therein.

**STIPULATION**

THEREFORE, it hereby is stipulated and agreed, by and among the Parties, through the undersigned, and the Parties jointly request the Bankruptcy Court to order, that:

1. The recitals set forth above are hereby incorporated by reference as though fully set forth herein.

2. The form of agreement reached by the Parties is hereby approved, which, upon his obtaining the requisite legal capacity and authority in accordance with the Confirmation Order and the Fire Victim Trust Agreement, on behalf of the Fire Victim Trust, the Fire Victim Trustee shall execute and deliver to the Debtors on or prior to the Effective Date, as follows (a) a registration rights agreement in the form attached hereto as **Exhibit B** (the "**Trust RRA**") and (b) the equity underwriters' lock-up agreements in the form attached hereto as **Exhibit C**.

3. In the event that the Debtors enter into any registration rights agreements with the Backstop Parties pursuant to the Backstop Commitment Letters (the "**Backstop RRAs**"), which contain terms that correlate to terms in the Trust RRA, such correlative terms in the Backstop RRAs shall not be more favorable to a Backstop Party in any material respect, unless (i) the Debtors incorporate such more favorable terms into the Trust RRA (or offer to incorporate such more favorable terms and the Fire Victim Trustee declines such offer) or (ii) the Fire Victim Trustee consents to such inclusion in the applicable Backstop RRA. Notwithstanding the foregoing, it is understood that (a) no Backstop RRA

shall have any "demand" or "piggyback" rights for the applicable Backstop Party to participate as a seller in an underwritten offering, and (b) the fact that a Backstop RRA does not include or require a lock-up provision shall not be considered to be a term that is more favorable to a Backstop Party, and neither the TCC nor the Fire Victim Trustee shall be permitted to object or, under this Paragraph 3, withhold consent to the absence of a lock up provision in a Backstop RRA.

4. The TCC will not object to the Backstop Amendment Motion.

Dated: June 11, 2020

CRAVATH, SWAINE & MOORE LLP
WEIL, GOTSHAL & MANGES LLP
KELLER BENVENUTTI KIM LLP

/s/ *Paul H. Zumbro*

Paul H. Zumbro

*Counsel for the Debtors and Debtors in Possession*

BAKER & HOSTETLER LLP

/s/ *Jorian Rose*

Jorian Rose

*Counsel to the Official Committee of Tort Claimants*

ACKNOWLEDGED AND AGREED:

BROWN RUDNICK LLP

/s/ *David J. Molton*

David J. Molton

*Counsel to the Hon. John K. Trotter (Ret.) Retained Trustee of PG&E Fire Victim Trust under Order of the U.S. Bankruptcy Court (N.D. Cal.) Case 19-30088 [Docket No. 6760]*