WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Theodore E. Tsekerides (*pro hac vice*)
(theodore.tsekerides@weil.com)
Richard W. Slack (pro hac vice)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

CRAVATH, SWAINE & MOORE LLP
Paul H. Zumbro (*pro hac vice*)
(pzumbro@cravath.com)
Kevin J. Orsini (*pro hac vice*)
(korsini@cravath.com)
Omid H. Nasab (*pro hac vice*)
(onasab@cravath.com)
825 Eighth Avenue
New York, NY 10019
Tel: 212 474 1000
Fax: 212 474 3700

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Debtors in Possession*

BAKER & HOSTETLER LLP
Robert A. Julian (SBN 88469))
(rjulian@bakerlaw.com)
Cecily A. Dumas (SBN 111449)
(cdumas@bakerlaw.com)
600 Montgomery Street, Suite 3100
San Francisco, CA 94111
Tel: 628 208 6434
Fax: 310 820 8859

*Attorneys for the Official Committee of Tort Claimants*

BROWN RUDNICK LLP
Joel S. Miliband (SBN 077438)
(JMiliband@brownrudnick.com)
211 Michelson Drive Seventh Floor
Irvine, California 92612
Telephone: 949 752 7100
Facsimile: 949 252 1514

David J. Molton (SBN 262075)
(DMolton@brownrudnick.com)
Seven Times Square
New York, New York 10036
Telephone: 212 209 4800
Facsimile: 212 209 4801

*Counsel to the Trustee of the Fire Victim Trust*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION,** <br><br> - and – <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> Debtors. <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br> * *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br> (Lead Case) <br> (Jointly Administered) <br><br> **PARTIES' JOINT STIPULATION REGARDING NORMALIZED ESTIMATED NET INCOME** |

PG&E Corporation and Pacific Gas and Electric Company (collectively, "**PG&E**" or the "**Debtors**"), the Official Committee of Tort Claimants (the "**TCC**"), and the Honorable John K. Trotter (Ret.) Retained Trustee of the PG&E Fire Victim Trust under Order of the Bankruptcy Court (N.D. Cal.) in the above-captioned case [Docket No. 6760] (the "**Fire Victim Trustee**") (collectively, the "**Parties**") hereby submit this Joint Stipulation regarding the calculation of Normalized Estimated Net Income, as such term is defined and used in the Plan ("**NENI**").[1]

## RECITALS

WHEREAS, on December 9, 2019, the Debtors filed a motion seeking the Bankruptcy Court's approval of the restructuring support agreement reached among the Debtors, the TCC, the Consenting Fire Claimant Professionals and the Shareholder Proponents (as amended, the "**Tort Claimants RSA**").

WHEREAS, on December 19, 2019, the Bankruptcy Court entered an order approving the Tort Claimants RSA [Docket No. 5174].

WHEREAS, the Bankruptcy Court entered an order on June 2, 2020 [Docket No. 7718] referring any dispute concerning NENI to arbitration before Robert Meyer.

WHEREAS, the Parties have now resolved their dispute concerning NENI as set forth below.

## STIPULATION

THEREFORE, it is hereby stipulated and agreed, by and among the Parties, through the undersigned, and the Parties jointly request the Bankruptcy Court to order, that:

1. The recitals set forth above are hereby incorporated by reference as though fully set forth herein.

2. NENI for 2021 under the Plan shall be deemed to be the amount such that the $6.75 billion in New HoldCo Common Stock to be issued to the Fire Victim Trust at Fire Victim Equity Value under the Plan shall result in the Fire Victim Trust receiving 22.19% of the New HoldCo Common Stock on the Effective Date.

---

[1] Capitalized terms used herein shall have the meanings assigned thereto in the Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated May 22, 2020 [Docket No. 7521] (as may be further modified, amended, or supplemented from time to time and, together will all exhibits and schedules thereto, the "**Plan**").

3. Nothing in this agreement limits the Fire Victim Trust's anti-dilution protections set forth in Section 1.6 of the Plan.

Dated: June 11, 2020

CRAVATH, SWAINE & MOORE LLP
WEIL, GOTSHAL & MANGES LLP
KELLER BENVENUTTI KIM LLP

/s/ *Kevin J. Orsini*

Kevin J. Orsini

*Counsel for the Debtors and Debtors in Possession*

BAKER & HOSTETLER LLP

/s/ *Robert A. Julian*

Robert A. Julian

*Counsel to the Official Committee of Tort Claimants*

ACKNOWLEDGED AND AGREED:

BROWN RUDNICK LLP

/s/ *David J. Molton*

David J. Molton

*Counsel to the Trustee of the Fire Victim Trust*