ELINOR LEARY, NO. 227232
BRIAN GREGORY, NO. 284673
THE VEEN FIRM, P.C.
20 Haight Street
San Francisco, CA 94102
Telephone: (415) 673-4800
Facsimile: (415) 771-5845
b.gregory@veenfirm.com

ATTORNEYS FOR CLAIMANT
ZACKARY FERNANDEZ,
Individually, and as Successor in Interest to,
JESUS PEDRO FERNANDEZ, Deceased.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>- and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas & Electric Corporation<br>■ Affects both Debtors<br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | CASE NO. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE ON BEHALF OF FIRE VICTIM ZACKARY FERNANDEZ, INDIVIDUALLY, AND AS SUCCESSOR IN INTEREST TO JESUS PEDRO FERNANDEZ.** |

PLEASE TAKE NOTICE that, pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned, The Veen Firm, P.C., hereby appears in the above-captions proceeding as counsel to fire victim Zackary Fernandez, individually, and as successor in interest to his father, Jesus Pedro Fernandez, deceased.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rules 2002 and 3017(a) of the Federal Rules of Bankruptcy Procedure, the undersigned requests that all notices and pleadings

667128.1

-1-

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE ON BEHALF OF FIRE VICTIM ZACKARY FERNANDEZ, INDIVIDUALLY, AND AS SUCCESSOR IN INTEREST TO JESUS PEDRO FERNANDEZ

Case: 19-30088    Doc# 7915    Filed: 06/12/20    Entered: 06/12/20 08:59:39    Page 1 of 3

given or required to be given, all papers served or required to be served in connection with the above-captioned proceeding, be delivered by electronic mail to Mr. Fernandez's counsel at the email address listed below via the Court's Case Management and Electronic Filing System:

> Brian Gregory
> The Veen Firm, P.C.
> 20 Haight Street
> San Francisco, CA 94102
> Telephone: (415) 673-4800
> Facsimile: (415) 771-5845
> Email: b.gregory@veenfirm.com

Mr. Fernandez does not, by filing this Notice of Appearance and Request for Service nor any subsequent appearance, pleading, claim, or suit, submit to the jurisdiction of the Bankruptcy Court or intend that this Notice of Appearance and Request for Service constitute a waiver of any of his rights: (1) to have final orders entered only after review by a District Judge; (2) to trial by jury in any proceedings so triable in this case, or any other controversy or proceeding related to this case; (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which he is or may be entitled to under the law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments he expressly reserves.

DATED: June 12, 2020                THE VEEN FIRM, P.C.


By:    /s/  Brian Gregory
       BRIAN GREGORY
       ATTORNEYS FOR CLAIMANT
       ZACKARY FERNANDEZ,
       Individually, and as Succesor in Interest to
       JESUS PEDRO FERNANDEZ, Deceased.

667128.1                              -2-
NOTICE OF APPEARANCE AND REQUEST FOR NOTICE ON BEHALF OF FIRE VICTIM ZACKARY FERNANDEZ, INDIVIDUALLY, AND AS SUCCESSOR IN INTEREST TO JESUS PEDRO FERNANDEZ

Case: 19-30088    Doc# 7915    Filed: 06/12/20    Entered: 06/12/20 08:59:39    Page 2 of 3

The Veen Firm, P.C.
20 Haight Street
San Francisco, CA 94102
Tel: (415) 673-4800
www.veenfirm.com

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Bankruptcy Court for the Northern District of California by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

DATED: June 12, 2020

/s/ Brian Gregory
BRIAN GREGORY

667128.1 -3-
NOTICE OF APPEARANCE AND REQUEST FOR NOTICE ON BEHALF OF FIRE VICTIM ZACKARY FERNANDEZ, INDIVIDUALLY, AND AS SUCCESSOR IN INTEREST TO JESUS PEDRO FERNANDEZ

Case: 19-30088    Doc# 7915    Filed: 06/12/20    Entered: 06/12/20 08:59:39    Page 3 of 3