1  ELINOR LEARY, NO. 227232
   BRIAN GREGORY, NO. 284673
2  THE VEEN FIRM, P.C.
   20 Haight Street
3  San Francisco, CA 94102
   Telephone: (415) 673-4800
4  Facsimile: (415) 771-5845
   b.gregory@veenfirm.com
5
   ATTORNEYS FOR CLAIMANT
6  ZACKARY FERNANDEZ,
   Individually, and as Successor in Interest to,
7  JESUS PEDRO FERNANDEZ, Deceased.

8

                    UNITED STATES BANKRUPTCY COURT
9
          NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION
10

11

   In re:                                    CASE NO. 19-30088 (DM)
12
   PG&E CORPORATION,                          Chapter 11
13
        - and-                                (Lead Case)
14                                            (Jointly Administered)
   PACIFIC GAS AND ELECTRIC
15 COMPANY,                                   **JOINDER TO THE OBJECTION OF
                                              ADVENTIST HEALTH, AT&T,
16      Debtors.                              PARADISE ENTITIES AND COMCAST
                                              TO TRUST DOCUMENTS AND
17 ☐ Affects PG&E Corporation                 RESERVATION OF RIGHTS BY FIRE
   ☐ Affects Pacific Gas & Electric Corporation  VICTIM ZACKARY FERNANDEZ,
18 ■ Affects both Debtors                     INDIVIDUALLY, AND AS SUCCESSOR
   * All papers shall be filed in the Lead Case,  IN INTEREST TO JESUS PEDRO
19 No. 19-30088 (DM)                          FERNANDEZ.**

20

21

22        PLEASE TAKE NOTICE that fire victim and claimant, Zackary Fernandez, individually,

23 and as successor in interest to his father, Jesus Pedro Fernandez, deceased, by this filing, joins in

24 the Objection of Adventist Health, AT&T, Paradise Entities and Comcast to Trust Documents

25 filed May 5, 2020 (Dkt. #7072) and, pursuant to the Court's *Memorandum on Objection of*

26 *Adventist Health, AT&T, Paradise Entities and Comcast to Trust Documents* filed May 26, 2020

27 667128.1                         -1-

   JOINDER TO THE OBJECTION OF ADVENTIST HEALTH, AT&T, PARADISE ENTITIES AND COMCAST
28 TO TRUST DOCUMENTS AND RESERVATION OF RIGHTS BY FIRE VICTIM ZACKARY FERNANDEZ,
   INDIVIDUALLY, AND AS SUCCESSOR IN INTEREST TO JESUS PEDRO FERNANDEZ

THE VEEN FIRM, P.C.
20 HAIGHT STREET
SAN FRANCISCO, CA 94102
Tel: (415) 673-4800
www.veenfirm.com

(Dkt. #7597) and Sections 501 and 502 of the Bankruptcy Code (11 U.S.C. §§ 501 & 502), hereby reserves his right to judicial review of any decision by the Trustee and/or any panel appointed to evaluate claim(s) in this matter pursuant to the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization* (Dkt. #6320) the Order of the Court filed March 17, 2020 (Dkt. #6340) the Notice of Filing of Plan Supplement in Connection with Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization (Dkt. #7037; including, but not limited to, the Fire Victim Trust Agreement and the Fire Victim Claims Resolution Procedures attached as Exhibit D to the Plan Supplement), and any and all other documents associated with, supplementing or amending the above-named documents, incorporated here by reference.

DATED:  June 12, 2020                        THE VEEN FIRM, P.C.


By:        */s/   Brian Gregory*
           BRIAN GREGORY
           ATTORNEYS FOR CLAIMANT
           ZACKARY FERNANDEZ,
           Individually, and as Succesor in Interest to
           JESUS PEDRO FERNANDEZ, Deceased.

The Veen Firm, P.C.
20 HAIGHT STREET
SAN FRANCISCO, CA 94102
Tel: (415) 673-4800
www.veenfirm.com

667128.1                                      -2-

JOINDER TO THE OBJECTION OF ADVENTIST HEALTH, AT&T, PARADISE ENTITIES AND COMCAST TO TRUST DOCUMENTS AND RESERVATION OF RIGHTS BY FIRE VICTIM ZACKARY FERNANDEZ, INDIVIDUALLY, AND AS SUCCESSOR IN INTEREST TO JESUS PEDRO FERNANDEZ

1    <u>CERTIFICATE OF SERVICE</u>

2         I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the

3    United States Bankruptcy Court for the Northern District of California by using the CM/ECF

4    system. I certify that all participants in the case are registered CM/ECF users and that service will

5    be accomplished by the CM/ECF system.

6

7

8    DATED: June 12, 2020

                                                  _/s/ Brian Gregory_____
9                                                  BRIAN GREGORY

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27   667128.1                              -3-

28   JOINDER TO THE OBJECTION OF ADVENTIST HEALTH, AT&T, PARADISE ENTITIES AND COMCAST
     TO TRUST DOCUMENTS AND RESERVATION OF RIGHTS BY FIRE VICTIM ZACKARY FERNANDEZ,
     INDIVIDUALLY, AND AS SUCCESSOR IN INTEREST TO JESUS PEDRO FERNANDEZ

THE·VEEN·FIRM,·P.C.
20·HAIGHT·STREET
SAN·FRANCISCO,·CA·94102
Tel:·(415)·673-4800
www.veenfirm.com

Case: 19-30088    Doc# 7916    Filed: 06/12/20    Entered: 06/12/20 09:07:54    Page 3 of 3