Entered on Docket
June 12, 2020
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: June 12, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Theodore E. Tsekerides (*pro hac vice*)
(theodore.tsekerides@weil.com)
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

CRAVATH, SWAINE & MOORE LLP
Paul H. Zumbro (*pro hac vice*)
(pzumbro@cravath.com)
Kevin J. Orsini (*pro hac vice*)
(korsini@cravath.com)
Omid H. Nasab (*pro hac vice*)
(onasab@cravath.com)
825 Eighth Avenue
New York, NY 10019
Tel: 212 474 1000
Fax: 212 474 3700

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and
Debtors in Possession*

BAKER & HOSTETLER LLP
Robert A. Julian (SBN 88469))
(rjulian@bakerlaw.com)
Cecily A. Dumas (SBN 111449)
(cdumas@bakerlaw.com)
600 Montgomery Street, Suite 3100
San Francisco, CA 94111
Tel: 628 208 6434
Fax: 310 820 8859

*Attorneys for the Official Committee of Tort Claimants*

BROWN RUDNICK LLP
Joel S. Miliband (SBN 077438)
(JMiliband@brownrudnick.com)
211 Michelson Drive Seventh Floor
Irvine, California 92612
Telephone: 949 752 7100
Facsimile: 949 252 1514

David J. Molton (SBN 262075)
(DMolton@brownrudnick.com)
Seven Times Square
New York, New York 10036
Telephone: 212 209 4800
Facsimile: 212 209 4801

*Counsel to the Trustee of the Fire Victim Trust*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION,**<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**ORDER APPROVING THE PARTIES' JOINT STIPULATION REGARDING NORMALIZED ESTIMATED NET INCOME (DOCKET NO. 7914)** |

The Court, having considered the *Parties' Joint Stipulation Regarding Normalized Estimated Net Income* filed on June 12, 2020, (Docket No. 7914), (the "**Joint Stipulation**"), and good cause appearing therefor,

IT IS HEREBY ORDERED as follows:[1]

1. The Joint Stipulation is hereby approved.

**\*\* END OF ORDER \*\***

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Joint Stipulation.