# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Sonia Akter, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On June 9, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the Notice Parties Service List attached hereto as **Exhibit A**:

- Notice of Filing of Transcript and Deadlines Related to Restriction and Redaction, a copy of which is attached hereto as **Exhibit B**.

3. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 12th day of June 2020, at New York, NY.

*/s/ Sonia Akter*
Sonia Akter

# Exhibit A

## Exhibit A

Notice Parties Service List

Served via first class mail

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| Baker & Hostetler LLP | ATTN: LAUREN T. ATTARD | 600 Montgomery Street | Suite 3100 | San Francisco | CA | 94111-2806 |
| Boutin Jones, Inc. | Attn: Mark Gorton | 555 Capitol Mall | Suite 1500 | Sacramento | CA | 95814-4603 |
| Brown Rudnick LLP | Attn: David J. Molton | 7 Times Square | | New York | NY | 10036-6548 |
| U.S. Department of Justice | Attn: Matthew Troy | P.O. Box 875 | Ben Franklin Station | Washington | DC | 20044-0875 |
| Walkup, Melodia, Kelly and Schoenberger | Attn: Michael A. Kelly | 650 California St. | 26th Fl. | San Francisco | CA | 94108-2615 |
| Weil, Gotshal & Manges LLP | Attn: Stephen Karotkin | 767 Fifth Avenue | | New York | NY | 10153-0119 |

Case: 19-30088 Doc# 7920 Filed: 06/12/20 Entered: 06/12/20 13:46:12 Page 3 of 5

# Exhibit B

Form TRANSC

**UNITED STATES BANKRUPTCY COURT**
**California Northern Bankruptcy Court**

| | |
|---|---|
| **In re Debtor(s):** <br><br> PG&E Corporation | Case No.: 19–30088 DM 11 <br> Chapter: 11 |

## NOTICE OF FILING OF TRANSCRIPT
## AND DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on June 5, 2020 at 9:30 AM was filed on June 9, 2020. The following deadlines apply:

The parties have until Tuesday, June 16, 2020 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is Tuesday, June 30, 2020.

If a request for redaction is filed, the redacted transcript is due Friday, July 10, 2020.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is Tuesday, September 8, 2020, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber,

Jason Gottlieb
Attn: Jason Gottlieb, Dir. of Tran. Ops.
7227 N 16th St. #207
Phoenix, AZ 85020

or you may view the document at the clerk's office public terminal.

Dated: 6/11/20           For the Court:

                               Edward J. Emmons
                               Clerk of Court
                               United States Bankruptcy Court