# **EXHIBIT A**

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | **DIEMER & WEI, LLP**<br>Kathryn S. Diemer (#133977)<br>100 West San Fernando Street, Suite 555<br>San Jose, CA 95113<br>Telephone: 408-971-6270<br>Facsimile: 408-971-6271<br>Email: kdiemer@diemerwei.com |
| 6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14 | **WILLKIE FARR & GALLAGHER LLP**<br>Matthew A. Feldman (*pro hac vice*)<br>Joseph G. Minias (*pro hac vice*)<br>Benjamin P. McCallen (*pro hac vice*)<br>Daniel I. Forman (*pro hac vice*)<br>787 Seventh Avenue<br>New York, NY 10019-6099<br>Telephone: (212) 728-8000<br>Facsimile: (212) 728-8111<br>Email: mfeldman@willkie.com<br>       jminias@willkie.com<br>       bmccallen@willkie.com<br>       dforman@willkie.com<br><br>*Counsel for Ad Hoc Group of Subrogation Claim Holders* |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>    -and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the lead case, No. 19-30088 (DM)* | Chapter 11<br>Bankr. Case No. 19-30088 (DM)<br>(Jointly Administered)<br><br>**SUPPLEMENTAL RESPONSE OF THE AD HOC GROUP OF SUBROGATION CLAIM HOLDERS TO THE CALIFORNIA STATE AGENCIES' OBJECTION TO RESPONSE OF FIRE VICTIM TRUSTEE TO REMAINING OBJECTION REGARDING FIRE VICTIM TRUST DOCUMENTS [DOCKET NO. 7873] AND AD HOC SUBROGATION GROUP LIMITED OPPOSITION [DOCKET NO. 7891]**<br><br>Date:   TBD<br>Time:   TBD<br>Place:  United States Bankruptcy Court<br>        Courtroom 17, 16th Floor<br>        San Francisco, CA 94102 |

The Ad Hoc Group of Subrogation Claim Holders (the "**Ad Hoc Subrogation Group**") in the above-captioned chapter 11 cases of PG&E Corporation and Pacific Gas and Electric Company (collectively, "**Debtors**"), by its attorneys Willkie Farr & Gallagher LLP and Diemer & Wei, LLP, hereby submits this supplemental response (the "**Response**") to the *California State Agencies' Objection to Response of Fire Victim Trustee to Remaining Objection Regarding Fire Victim Trust Documents [Docket No. 7873] and Ad Hoc Subrogation Group Limited Opposition [Docket No. 7891]* [Docket No. 7917] (the "**Objection**").[1] In support of this Response, the Ad Hoc Subrogation Group respectfully represents as follows:

## SUPPLEMENTAL RESPONSE

The Ad Hoc Subrogation Group does not dispute that the clarification was made at the hearing to approve the subrogation RSA that the California State Agencies and the United States of America are not intended to be captured by the definition of "IP Claims" in the subrogation RSA. However, the issue with the changes to the Fire Victim Claims Resolution Procedures requested by the objectors is that they are overbroad. The language requested for the Claims Resolution Procedures would exempt "any Fire Victim Claim that is the subject of a Bankruptcy Court approved settlement agreement" from the express requirements of the Plan, which the Ad Hoc Subrogation Group expressly negotiated for in connection with the Court-approved subrogation RSA.[2] If there is to be any exception to the made whole release requirement in the Claims Resolution Procedures, it must be narrowly tailored in line with the clarification made on the record of the hearing on the subrogation RSA.[3]

---

[1] Capitalized terms used but not defined shall have the meanings ascribed in the Objection or in the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated May 22, 2020* [Docket No. 7521] (the "**Plan**")..

[2] *California State Agencies' Remaining Issues Regarding Confirmation of Joint Chapter 11 Plan of Reorganization Dated March 16, 2020 [Docket No. 6320]; Proposed Revisions to Plan Section 8.2(e) and the Fire Victim Trust Agreement* [Docket No. 7850] at Ex. 9, 1.

[3] *See* Oct. 23, 2019 Hr'g Tr. at 188:16-24; *see also* Dec. 4, 2019 Hr'g Tr. at 50:17-20.

1

Dated: June 12, 2020

**WILLKIE FARR & GALLAGHER LLP**

*/s/ Matthew A. Feldman*
Matthew A. Feldman (*pro hac vice*)
Joseph G. Minias (*pro hac vice*)
Benjamin P. McCallen (*pro hac vice*)
Daniel I. Forman (*pro hac vice*)
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
Email:  mfeldman@willkie.com
jminias@willkie.com
bmccallen@willkie.com
dforman@willkie.com

**DIEMER & WEI, LLP**
Kathryn S. Diemer (#133977)
100 West San Fernando Street, Suite 555
San Jose, CA 95113
Telephone: (408) 971-6270
Facsimile: (408) 971-6271
Email: kdiemer@diemerwei.com

*Counsel for Ad Hoc Group of Subrogation Claim Holders*