Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
600 Montgomery Street, Suite 3100
San Francisco, CA 94111-2806
Telephone: 415.659.2600
Facsimile: 415.659.2601
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
David J. Richardson (SBN 168592)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: esagerman@bakerlaw.com
Email: drichardson@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel for Official Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>    -and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>             Debtors.<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF WITHDRAWAL OF OBJECTION TO PLAN CONFIRMATION BY THE OFFICIAL COMMITTEE OF TORT CLAIMANTS**<br>**[Relates to Dkt. Nos. 7306 and 7509]** |

**PLEASE TAKE NOTICE** that on May 15, 2020, the Official Committee of Tort Claimants (the "**TCC**") filed an objection ("**Objection**") to confirmation of the plan proposed by PG&E Corporation and Pacific Gas and Electric Company (collectively, the "**Debtors**") and the Shareholder Plan Proponents [Dkt. No. 7306] (the "**Plan**"), based on five issues listed on Exhibit 2 to the Objection;

**PLEASE TAKE FURTHER NOTICE** that on May 22, 2020, the TCC filed a reply brief (the "**Reply**") responding to plan objections file by other parties in interest, addressing the TCC's position and concerns pertaining to responsive language that may appear in a future amended version of the Proposed Findings of Fact, Conclusions of Law, and Order Confirming Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization filed on May 26, 2020 [Dkt. No. 7581] (the "**Confirmation Order**"), or in any amended Plan; and

**PLEASE TAKE FURTHER NOTICE** that the TCC and the Debtors have resolved all issues listed on Exhibit 2 to the Objection, including issue number 4, regarding "the amount of the Reorganized Debtors' common stock to be transferred to the Fire Victim Trust is determined by a calculation involving the Debtors' 'Normalized Estimated Net Income' ('**NNI**') for 2021"; and

**PLEASE TAKE FURTHER NOTICE** that the TCC hereby withdraws its Objection; and

**PLEASE TAKE FURTHER NOTICE** that the TCC reserves all rights with respect to any amended version of the Confirmation Order or Plan that the Debtors may file, including but not limited to any language that pertains to the issues raised in the TCC's Reply, and any other plan objections raised by other parties in interest.

Dated: June 12, 2020

                                        BAKER & HOSTETLER LLP

                                        By:   */s/ Robert A. Julian*
                                                  Robert A. Julian

                                        *Counsel to the Official Committee of Tort Claimants*