# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−3 | User: dchambers | Date Created: 6/16/2020 |
| Case: 19−30088 | Form ID: TRANSC | Total: 7 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Benjamin Mintz | benjamin.mintz@arnoldporter.com |
| aty | John H. MacConaghy | macclaw@macbarlaw.com |
| aty | Paul H. Zumbro | mao@cravath.com |
| aty | Rebecca J. Winthrop | rebecca.winthrop@nortonrosefulbright.com |
| aty | Thomas R. Kreller | tkreller@milbank.com |

TOTAL: 5

**Recipients submitted to the Claims Agent (Prime Clerk):**

| | | | | |
|---|---|---|---|---|
| aty | David J. Molton | Brown Rudnick LLP | 7 Times Square | New York, NY 10036 |
| aty | Stephen Karotkin | Weil, Gotshal & Manges LLP | 767 Fifth Avenue | New York, NY 10153 |

TOTAL: 2