TERESA MCBRIDE
9893 WENDELL RD., PO BOX 95
MOUNTAIN RANCH, CA 95246
209-728-7592
Terrymcbride@hushmail.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re:

PG&E CORPORATION

-AND-

PACIFICE GAS AND ELECTRIC COMPANY,

Debtor

Affects Both Debtors

☐ Affects PG&E Corporation

☐ Affects Pacific Gas and Electric Company

X Affects both Debtors *

All papers shall be filed in the lead case, No. 19-30088 (DM)

CASE NO. 19-30088 (DM)
CHAPTER 11
(JOINTLY ADMINISTERED)

DECLARATION OF (Your Name) IN SUPPORT OF MOTION FOR APPOINTMENT OF AN EXAMINER OF VOTING PROCEDURAL IRREGULARITIES PURSUANT TO SECTION 1104(c) OF THE BANKRUPTCY CODE AND RULE 2007.1

(or anything else, like DECLARATION OF (Your Name) in Objection to Confirmation of The Plan

Date:   Emergency Filing
Time:   Now
Place:  Courtroom 17
        United States Bankruptcy Court
        450 Golden Gate Avenue, 16th Floor
        San Francisco, CA 94102
Judge:  Honorable Dennis Montali
OBJECTION TO CONFIRMATION OF THE PLAN.

Date:   Emergency Filing
Time:   22:46
Place:  Courtroom 17
        United States Bankruptcy Court
        450 Golden Gate Avenue, 16th Floor
        San Francisco, CA 94102
Judge:  Honorable Dennis Montali

I hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. I am a fire claimant in the above-referenced case. I and my daughter lost our home, fully finished 1200 sf shop as well as other losses at 9893 Wendell Rd., Mountain Ranch, CA. 95246, I further lost two rental homes, one rental trailer as well as other losses at 9494 A & B and 9507 Whiskey Slide Rd, Mountain Ranch, Ca. 95246 and incurred other losses at 6333,

PAGE 1 OF 3 DECLARATION OF TERESA MCBRIDE, IN OBJECTION TO CONFIRMATION OF THE PLAN

1. 6449 and 6507 Mountain Ranch Rd, Mountain Ranch, CA 95246 during the Butte Fire on or about September 10, 2015. My Proof of Claim numbers are 27052 and 62952.

2. I am in opposition to the settlement offer being made forced upon the survivors of Butte Fire as well as other unsettled fires created due to the negligence of Pacific Gas and Electric aka PG&E.

3. The survivors of Butte Fire have been waiting for almost 5 years for a settlement, to be made whole after great losses and suffering, exacerbated by the filing for bankruptcy protection by debtor(s) whilst the survivors of it's caused fires struggle each and every day, many living in substandard quarters (camping trailers) awaiting to be made whole.

4. The intended plan being weighed by this court, has the potential to continue hardship upon not only Butte Fire survivors but all of the survivors of the other fires included in this plan, as of now there are no guarantees given claimants of payment, of when payment will be made or in what manner it will be made. Far from being made whole, survivors are left stranded as investors, municipalities and hedge funds are given leverage over our real losses.

5. Survivors of Butte Fire were not given an opportunity to represent themselves in their claim against the debtors, being told that the only way a claim due to the fire could be filed was upon hiring a law firm, whereas survivors of later fires are able to represent themselves in regards to their claims. I know this because I and approximately 10 other people were working with a fellow survivor who is an adjuster and negotiator. He reached out to the debtors in the attempt to open negotiations on all of our behalf so that we could move on with our lives, several months into what looked to be positive and forward movement, he was told that there would be no negotiations and that we Butte Fire survivors would have to hire an attorney to handle our claim, at a cost of us. I know this individual personally and sat in on the meetings.

6. The lack of clarity given the claimants due to wildfire loss, the multiple and confusing changes, the lack of accountability in regards to the voting process, the lack of the wildfire claimants ability to be heard all show a general and deep flaw in this plan that is being thrust forward and upon us with little regard to the effects it will have upon said claimants.

1  I declare under penalty of perjury pursuant to the Laws of the State of California that, to the best
2  of my knowledge, the foregoing is true and correct and that this declaration was executed at Mountain Ranch, CA on
3  June 14, 2020.

Respectfully Submitted,

Dated:

/s/ Teresa McBride
Fire Claimant