| | |
|---|---|
| **From:** | CANB Emergency Filings |
| **To:** | Da"Wana Chambers |
| **Subject:** | FW: Declaration for Courtroom 17 Judge Montali PGE Bankruptcy |
| **Date:** | Monday, June 15, 2020 9:18:36 AM |
| **Attachments:** | Teresa McBride Declaration signed20200615_07580119.pdf |

**From:** Terry McBride <terrymcbride@hushmail.com>
**Sent:** Monday, June 15, 2020 8:15 AM
**To:** CANB Emergency Filings <CANB-EMERGENCY-FILINGS@canb.uscourts.gov>
**Subject:** Declaration for Courtroom 17 Judge Montali PGE Bankruptcy