1 Thomas Tosdal
  Tosdal Law Firm APC
2 777 S. Highway 101, Ste. 215
  Solana Beach, CA 92075
3 Tel.: (858) 704-4709
  E mail: tom@tosdallaw.com
4 Fax: (888) 740-3859
  SBN 67834
5
  Michael S. Feinberg APLC
6 41911 Fifth Street, Ste. 300
  Temecula, CA 92590
7 Tel.: (951) 698-9900
  E mail: feinberg@feinbergfitchlaw.com
8 Fax: (951) 698-9909

9 Angela Jae Chun
  Law Office of Angela Jae Chun
10 777 S. Highway 101, Ste. 215
   Solana Beach, CA 92075
11 Tel.: (619) 719-5757
   E mail: ajc@chun.law

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re:<br><br>PG&E CORPORATION<br><br>and<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtors. | Bankr. Case No. 19-30088-DM<br><br>**SUBSTITUTION OF ATTORNEY** |

THE COURT AND ALL PARTIES ARE NOTIFIED THAT Claimants Summer Hughes,

individually and as proprietor of Summer Hughes Real Estate, and Ryan Hughes substitute

1 the undersigned counsel in the place and stead of former counsel, ~~Watts Guerra~~ Joseph Earley, in the

2 above entitled matter, effective immediately.

4
5 Dated: 4-27-20

_____
Thomas Tosdal, Attorney

7 I consent to this substitution.

8 Dated: 4/17/20

_____
Summer Hughes

10 Dated: 4/17/20

_____
Ryan Hughes

13 Acknowledged and consented by former attorney.    /s/

14 Dated:

_____
~~Watts Guerra~~
Joseph Earley

w/ exp [illegible] permission
for Joe Earley