| | |
|---|---|
| **From:** | CANB Emergency Filings |
| **To:** | |
| **Subject:** | FW: Emergency Pleading Objections to Confirmation of PG&E"s Reorganization Plan |
| **Date:** | Monday, June 15, 2020 9:19:26 AM |
| **Attachments:** | Emergency Pleading Objections to Confirmation of the PG&E Plan.pdf |

**From:** Theresa Mcdonald <tmcdonald120@yahoo.com>
**Sent:** Monday, June 15, 2020 2:43 AM
**To:** CANB Emergency Filings <CANB-EMERGENCY-FILINGS@canb.uscourts.gov>
**Cc:** Anne Whitaker <awhitaker@skikos.com>
**Subject:** Emergency Pleading Objections to Confirmation of PG&E's Reorganization Plan

Thank you.