

**DIEMER & WEI, LLP**
Kathryn S. Diemer (#133977)
Alexander J. Lewicki (#323639)
55 S Market Street, Suite 1420
San Jose, CA 95113
Telephone: 408-971-6270
Facsimile: 408-971-6271
Email: kdiemer@diemerwei.com

**WILLKIE FARR & GALLAGHER LLP**
Matthew A. Feldman (*pro hac vice*)
Joseph G. Minias (*pro hac vice*)
Benjamin P. McCallen (*pro hac vice*)
Daniel I. Forman (*pro hac vice*)
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
Email: mfeldman@willkie.com
       jminias@willkie.com
       bmccallen@willkie.com
       dforman@willkie.com

*Counsel for Ad Hoc Group of Subrogation Claim Holders*

Signed and Filed: June 15, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>    -and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                 **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Chapter 11<br>Bankr. Case No. 19-30088 (DM)<br>(Jointly Administered)<br><br>**ORDER GRANTING MOTION OF THE AD HOC GROUP OF SUBROGATION CLAIM HOLDERS FOR LEAVE TO FILE SUR-REPLY**<br><br>[No Hearing Requested] |

Having reviewed the Ad Hoc Subrogation Group's Motion for Leave to File a Sur-Reply, and good cause appearing, the Court grants the Ad Hoc Subrogation Group's request to file a sur-reply pertaining to the referenced statements made at the October 23, 2019 hearing in the *California State Agencies' Objection to Response of Fire Victim Trustee to Remaining Objection Regarding Fire Victim Trust Documents and Ad Hoc Subrogation Group Limited Opposition* [Docket No. 7917].

**End of Order**