1  Thomas Tosdal
   Tosdal Law Firm APC
2  777 S. Highway 101, Ste. 215
   Solana Beach, CA 92075
3  Tel.: (858) 704-4709
   E mail: tom@tosdallaw.com
4  Fax: (888) 740-3859
   SBN 67834
5
   Michael S. Feinberg APLC
6  41911 Fifth Street, Ste. 300
   Temecula, CA 92590
7  Tel.: (951) 698-9900
   E mail: feinberg@feinbergfitchlaw.com
8  Fax: (951) 698-9909

9  Angela Jae Chun
   Law Office of Angela Jae Chun
10 777 S. Highway 101, Ste. 215
   Solana Beach, CA 92075
11 Tel.: (619) 719-5757
   E mail: ajc@chun.law
12

13              **UNITED STATES BANKRUPTCY COURT**
14              **NORTHERN DISTRICT OF CALIFORNIA**
15                 **SAN FRANCISCO DIVISION**
16

17  In Re:                          Bankr. Case No. 19-30088-DM

18  PG&E CORPORATION                **SUBSTITUTION OF ATTORNEY**

19    and

20  PACIFIC GAS & ELECTRIC COMPANY,

21                Debtors.

22

23

24

25  THE COURT AND ALL PARTIES ARE NOTIFIED THAT Claimants Terry McBride,

26  individually and as Trustee of the Sheldon Bissell Separate Property Trust, and Kathleen

27  McBride substitute the undersigned counsel in the place and stead of former counsel,

28

1 | Engstrom Lipscomb & Lack, in the above entitled matter, effective immediately.

3 | Dated: 4·27·20

Thomas Tosdal, Attorney

5 | I consent to this substitution.

Dated: 4.26.20

Terry McBride

9 | Dated: 4·26·20

Kathleen McBride

11 | Acknowledged and consented by former attorney.

Dated: 06/08/2020

Engstrom Lipscomb & Lack

I consent to this substitution.

Dated: 6/15/2020

Tosdal Law Firm

Case: 19-30088    Doc# 7945    Filed: 06/15/20    Entered: 06/15/20 10:20:56    Page 2 of 2