| | |
|---|---|
| **From:** | CANB Emergency Filings |
| **To:** | ███████████ |
| **Subject:** | FW: Emergency Pleading Responding to the Preliminary Report of the TCC"s Investigation of Voting Results |
| **Date:** | Monday, June 15, 2020 9:22:41 AM |
| **Attachments:** | Emergency Pleading Responding To The Preliminary Report Of Official Tort Claimants" Investigation Of Voting Results.pdf |

**From:** Theresa Mcdonald <tmcdonald120@yahoo.com>
**Sent:** Sunday, June 14, 2020 7:07 PM
**To:** CANB Emergency Filings <CANB-EMERGENCY-FILINGS@canb.uscourts.gov>
**Cc:** Anne Whitaker <awhitaker@skikos.com>
**Subject:** Emergency Pleading Responding to the Preliminary Report of the TCC's Investigation of Voting Results

I have not seen this appear on the docket.  I am afraid I may have sent this on June 11th without any attachment, so I am resending it, with my apologies.

Theresa McDonald