Lisa Anne Williams
207 S. White Cloud Circle
Henderson, Nevada 89074
530 413 3682
williamslisamail@gmail.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG7E CORPORATION<br><br>-AND-<br><br>PACIFICE GAS AND ELECTRIC<br><br>COMPANY,<br><br>Debtor<br><br>Affects Both Debtors<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>X Affects both Debtors<br>* All papers shall be filed in the lead case, No. 19-30088 (DM) | CASE NO. 19-30088 (DM)<br>CHAPTER 11<br>(JOINTLY ADMINISTERED)<br><br>DECLARATION OF LISA ANNE WILLIAMS<br><br>Date:  Emergency Filing<br>Time:  Now<br>Place:  Courtroom 17<br>      United States Bankruptcy Court<br>      450 Golden Gate Avenue, 16th Floor<br>      San Francisco, CA 94102<br>Judge:  Honorable Dennis Montali |

1. I, Lisa Anne Williams, survivor of the 2018 Camp Fire now living in Henderson Nevada hereby swear this declaration on 14 of June 2020 is true and correct.

2. Pacific Gas and Electric Company has been killing customers for years.

3. PG&E and the Governor have repeatedly stated that all fire victims will be treated fairly and paid quickly.

4. The TCC and the bankruptcy representation hired on their behalf have entered into an agreement that is still not fair to fire victims.

PAGE 1 OF 4  DECLARATION OF (YOUR NAME), THEN TITLE OF YOUR DECLARATION

5. Fair would mean that fire victims would be given the same rights to the stock as the shareholders, without restrictions.

6. Fair would mean the fire victims would receive the full $13.5 billion in the agreed upon amount of compensation, not a possibility of 'more or less'.

7. Fair would mean the victims' compensation would not be at risk.

8. Fair would be that victims would not have to receive periodic payments.

9. Fair would be that PG&E's plan was not confirmed under the present agreement.

10. Fair would be that PG&E put victims' compensation over shareholder profits.

11. This settlement is not fair and in good faith as it was instructed to be by the Governor.

12. I respectfully request Your Honor to be fair to all wildfire victims as PG&E cannot, they cannot change their culture of putting their interests first.

13. I was told by original attorney, and have knowledge of many fire victims were told by their attorneys, I, and they, had no choice but to vote yes for this plan

14. If I didn't vote yes I and we would receive nothing.

15. To convince me, or any of the fire victims they don't have a choice does not constitute a fair voting process.

16. The irregularities in the voting process itself is suspect as evident of Objections to the Voting Procedures and Motions for an independent examiner. See Docket #'s 7644, 7086, 7367, 7186, 7477, 7568.

17. This settlement is too important to me to allow these behaviors to navigate the plan to its fruition as fair and in good faith.

18. I feel swindled and outmaneuvered when it should have been PG&E being ashamed, to compensate our losses without duplicity.

19. The TCC did not adequately negotiate a secure and fair settlement. But their shortcomings should not destroy the lives of fire victims who are desperately counting on this settlement.

20. It was PG&E'S duty to be fair and settle with fire victims in good faith. It has been a long battle when there should be no battle at all. PG&E gives the appearance of being fair but the lack of fairness is in the details. Very important details.

21. The fact that the stock still does not have absolute fair registration rights, regardless of what the TCC 'settled' with, is negligent.

22. The fires turned me and other victims into beggars. We should not have to beg PG&E or the court for fairness. The American judicial system should recognize these follies and correct them to make it just and fair.

23. I understand that emotions are not supposed to be present in the courtroom. I understand that to a certain degree, but when there is such a large and horrific loss of life, where whole communities are burned down, and people are left scrambling to get their footing , that for you, Your Honor, to leave emotion and compassion out of the courtroom is inhumane.

24. I will not post pictures of charred human remains but I will ask you to try to fathom what our brothers, sisters, mothers, fathers, neighbors and friends have had to endure and ask you how is PG&E 's offer fair and in good faith.

25. I am tired. The Fire Victims are all tired. PG&E has worn us all down. It is up to you Your Honor, to see that fair compensation in this case prevails.

26. Please do not confirm this wretched plan.

27. I am not even sure the vote is correct, ask yourself was it really approved by the majority?

28. Were all fire victims able to vote and most importantly, did all fire victims even understand what they were voting for?

29. 38,000 people did not vote. People are still receiving ballots in the mail as of today, June 14, 2020.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 14th day of June 2020, in Henderson, Nevada.            All Rights Reserved

Dated: June 14, 2020

/s/ Lisa Anne Williams
Fire Claimant