| From: | CANB Emergency Filings |
|---|---|
| To: | |
| Subject: | FW: Declaration of Lisa Williams |
| Date: | Monday, June 15, 2020 9:22:47 AM |
| Attachments: | 6 14 2020 Lisa Williams Declaration.docx |
| | 6 4 2020 Declaration of Helen Sedwick in Support of Motion for Appointment of an Examiner.pdf |

**From:** Xena Gale <mkw1954ss@gmail.com>
**Sent:** Sunday, June 14, 2020 2:06 PM
**To:** Lisa Williams <williamslisamail@gmail.com>; CANB Emergency Filings <CANB-EMERGENCY-FILINGS@canb.uscourts.gov>
**Subject:** Declaration of Lisa Williams

Please review. If ok, print out one and keep for your records.

It should be posted anywhere from 2 hours until tomorrow. Check the docket. Once posted you should print one out that will have when recorded, doc#, etc.

On Helen's Declaration, see below, sent by Bonnie Kane, has a list of emails sent to other parties.

CANB-EMERGENCY-FILINGS@canb.uscourts.gov

When you send copy in these folks:

 karotkin@weil.com
jessica.liou@weil.com
matthew.goren@weil.com

In the body put: Please filed into case #19-30088. If you would rather I send I can.

Xena