| | |
|---|---|
| **From:** | CANB Emergency Filings |
| **To:** | ███████████ |
| **Subject:** | FW: 19-30088-DM: Abrams Objection to Backstop Amendment Motion |
| **Date:** | Monday, June 15, 2020 9:23:07 AM |
| **Attachments:** | PDFA Abrams Objection to Backstop Motion 6.14.20 (1).pdf |
| | PDFA Exhibit A SF Protest 7B 6.4.20 (1).pdf |

**From:** Will Abrams <end2endconsulting@gmail.com>
**Sent:** Monday, June 15, 2020 2:28 AM
**To:** CANB Emergency Filings <CANB-EMERGENCY-FILINGS@canb.uscourts.gov>
**Cc:** ██████████████████████████████████
**Subject:** 19-30088-DM: Abrams Objection to Backstop Amendment Motion

Attention US Bankruptcy Docket Clerk:

I am emailing the following "**WILLIAM B. ABRAMS OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) APPROVING TERMS OF, AND DEBTORS' ENTRY INTO AND PERFORMANCE UNDER, AMENDED EQUITY BACKSTOP COMMITMENT DOCUMENTS AND (II) AUTHORIZING INCURRENCE, PAYMENT AND ALLOWANCE OF RELATED PREMIUMS AS ADMINISTRATIVE EXPENSE CLAIMS PURSUANT TO U.S.C. §§ 1129(A)(8) AND §§ 1129 (B)" [DKT. 7848]** plus "**EXHIBIT A**" according to the COVID response procedures. Please, post this as soon as possible to the docket (Case # 19-30088-DM).

Respectfully submitted,

William B. Abrams
Pro Se Claimant
(707) 397-5727