# EXHIBIT A

## COMPENSATION BY PROFESSIONAL
## APRIL 1, 2020 THROUGH APRIL 30, 2020

| Name of Professional Individual | Position of the Applicant and Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Tomer Perry | Managing Director | n/a | 5.0 | n/a |
| Ken Ziman | Managing Director | n/a | 198.3 | n/a |
| Gregory Hort | Director | n/a | 34.3 | n/a |
| Eli Silverman | Vice President | n/a | 330.0 | n/a |
| Daniel Bier | Associate | n/a | 134.0 | n/a |
| Daniel Katz | Associate | n/a | 179.0 | n/a |
| Nathan Mooney | Associate | n/a | 112.0 | n/a |
| Erik Overman | Associate | n/a | 36.0 | n/a |
| Matt Strain | Associate | n/a | 181.0 | n/a |
| Liam Fine | Analyst | n/a | 63.0 | n/a |
| Dan Liotta | Analyst | n/a | 190.0 | n/a |
| Katherine Tobeason | Analyst | n/a | 10.0 | n/a |
| Scott Belinsky | Analyst | n/a | 175.0 | n/a |
| William Zhao | Analyst | n/a | 51.0 | n/a |
| **TOTALS** | | n/a | **1,698.6** | **$300,000.00** |