## EXHIBIT C

## EXPENSE SUMMARY
## FOR THE PERIOD APRIL 1, 2020 THROUGH APRIL 30, 2020

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---:|
| **Total Expenses** | | **$0.00** |