UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Andrew G. Vignali, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On June 10, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the Notice Parties Service List attached hereto as **Exhibit A**:

- Notice of Filing of Transcript and Deadlines Related to Restriction and Redaction, a copy of which is attached hereto as **Exhibit B**.

3. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 15th day of June 2020, at New York, NY.

*/s/ Andrew G. Vignali*
Andrew G. Vignali

SRF 42910

# **Exhibit A**

# Exhibit A

Notice Parties Service List

Served via first class mail

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| Davis Polk and Wardwell LLP | Attn: David Schiff | 450 Lexington Ave. | | New York | NY | 10017-3982 |
| Kirkland & Ellis LLP | Atn: Mark McKane | 555 California Street | | San Francisco | CA | 94104-1603 |
| Stradling Yocca Carlson & Rauth, P.C. | Attn: Paul R. Glassman | 10100 Santa Monica Blvd | Suite 1400 | Los Angeles | CA | 90067-4140 |
| Troutman Sanders LLP | Attn: Harris B. Winsberg | Bank of America Plaza | 600 Peachtree St., NE, #3000 | Atlanta | GA | 30308-2305 |
| Weil, Gotshal & Manges LLP | Attn: Stephen Karotkin | 767 Fifth Avenue | | New York | NY | 10153-0119 |
| Weil, Gotshal & Manges LLP | Attn: Theodore Tsekerides | 767 Fifth Avenue | | New York | NY | 10153-0119 |

# **Exhibit B**

Form TRANSC

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| **In re Debtor(s):**<br><br>PG&E Corporation | Case No.: 19–30088 DM 11<br>Chapter: 11 |
|---|---|

## NOTICE OF FILING OF TRANSCRIPT
## AND DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on June 8, 2020 at 9:30 AM was filed on June 10, 2020. The following deadlines apply:

The parties have until Wednesday, June 17, 2020 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is Wednesday, July 1, 2020.

If a request for redaction is filed, the redacted transcript is due Monday, July 13, 2020.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is Tuesday, September 8, 2020, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber,

Jason Gottlieb
Attn: Jason Gottlieb, Dir. of Tran. Ops.
7227 N 16th St. #207
Phoenix, AZ 85020

or you may view the document at the clerk's office public terminal.

Dated: 6/12/20

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court