DOWNEY BRAND LLP
JAMIE P. DREHER (Bar No. 209380)
Email: jdrehis@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone:   916.444.1000
Facsimile:   916.444.2100

Attorneys for John Lee Clark

UNITED STATES BANKRUPTCY COURT

NORTHISN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E Corporation,<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>[ ] Affects PG&E Corporation<br>[ ] Affects Pacific Gas and Electric Company<br>[x] Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088-DM, | Case No. 19-30088-DM<br><br>Chapter 11<br>Lead Case, Jointly Administered<br><br>**MOTION FOR RELIEF FROM AUTOMATIC STAY TO PERMIT THE COURTS OF THE STATE OF CALIFORNIA TO CONDUCT A JURY TRIAL AND RELATED PRETRIAL AND POST TRIAL MATTERS IN CONNECTION WITH CREDITOR, JOHN LEE CLARK'S COMPLAINT FOR DAMAGES, OR IN ALTERNATIVE, FOR ABSTENTION**<br><br>Date:   July 7, 2020<br>Time:   10:00 a.m.<br>Place:   Courtroom 17450 Golden Gate Avenue, 16th Floor San Francisco, CA<br>Judge:   Hon. Dennis Montali<br><br>Objection Deadline: July 2, 2020, 4:00 p.m. Pacific Standard Time |

  Creditor, John Lee Clark ("Mr. Clark") hereby respectfully submits this Motion for Relief from the Automatic Stay to Permit the Courts of the State of California to Conduct a Jury Trial and Related Pretrial and Post Trial Matters in Connection with Creditor, John Lee Clark's Complaint for Damages, or in Alternative, for Abstention (the "Motion") pursuant to 11 U.S.C. Section 362(d), for cause, or in the alternative for abstention pursuant to 28 U.S.C. Section

1334(c)(1).

This Motion seeks the entry of an order granting relief from the automatic stay to allow Mr. Clark to prosecute his Complaint for Damages filed with the Superior Court of the State of California, in and for the County of San Francisco, on July 10, 2018, which includes causes of action for: negligence, premises liability, public nuisance, inverse condemnation, trespass, and private nuisance claims against PG&E Corporation and Pacific Gas and Electric Company (collectively the "Debtors"), arising from the explosion and fire that occurred on January 12, 2017, at real property located on 2209 South George Washington Boulevard, Yuba City, California. The Complaint alleges that the Explosion was caused due to the Debtors' endemic failure to maintain certain gas distribution lines and resulted in catastrophic injuries and loss of real and personal property of Mr. Clark.

This Motion seeks an order to allow Mr. Clark to proceed against the Debtors, in order to establish the liability of the Debtors, obtain judgment(s) against the Debtors, and collect any judgment(s) obtained against the Debtors from the Debtors and/or their insurers, as applicable. In the alternative, Mr. Clark respectfully requests the Court to abstain from deciding the validity and amount of his claims against the Debtors, in favor of the Courts of the State of California.

DATED: June 15, 2020                DOWNEY BRAND LLP

By:  /s/ Jamie P. Dreher
     JAMIE P. DREHER
     Attorneys for John Lee Clark