UNITED STATES BANKRUPTCY COURT
Northern District of California

In re: PG&E CORPORATION AND PACIFIC GAS AND ELECTRIC COMPANY

Debtor(s)

Bankruptcy No.: 19-30088-dm
R.S. No.:
Hearing Date: 07/07/2020
Time: 10:00 am

## Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: 01/29/2019    Chapter: 11
    Prior hearings on this obligation: None    Last Day to File §523/§727 Complaints: _____

(B) Description of personal property collateral (e.g. 1983 Ford Taurus):

   Secured Creditor [ ] or lessor [ ]
   Fair market value: $_____    Source of value: _____
   Contract Balance: $_____    Pre-Petition Default: $_____
   Monthly Payment: $_____    No. of months: _____
   Insurance Advance: $_____    Post-Petition Default: $_____
                                 No. of months: _____

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA):

   Fair market value: $_____    Source of value: _____    If appraisal, date: _____

   Moving Party's position (first trust deed, second, abstract, etc.):

   Approx. Bal.    $_____    Pre-Petition Default: $_____
   As of (date): _____    No. of months: _____
   Mo. payment: $_____    Post-Petition Default: $_____
   Notice of Default (date): _____    No. of months: _____
   Notice of Trustee's Sale: _____    Advances Senior Liens: $_____

   Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | Amount | Mo. Payment | Defaults |
|---|---|---|---|
| 1st Trust Deed: _____ | $_____ | $_____ | $_____ |
| 2nd Trust Deed: _____ | $_____ | $_____ | $_____ |
| _____ : | | | |
| _____ : | | | |
| _____ : | | | |
| (Total) | $_____ | $_____ | $_____ |

(D) Other pertinent information: Cause exists to liquidate pre-petition tort claim or to abstain where jury trial rights exist, and plaintiffs in other litigation arising from the same event (and also against the Debtor) will have jury trials in state court. [San Francisco Superior Court Case No. CGC-18-567964]

Dated: 06/15/2020

_____
Signature
Jamie P. Dreher
Print or Type Name

Attorney for John Lee Clark