1  DOWNEY BRAND LLP
   JAMIE P. DREHER (Bar No. 209380)
2  Email: jdreher@downeybrand.com
   621 Capitol Mall, 18th Floor
3  Sacramento, California 95814
   Telephone:    916.444.1000
4  Facsimile:    916.444.2100

5  Attorneys for John Lee Clark

6                  UNITED STATES BANKRUPTCY COURT

7         NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

8

9  In re                                 Case No. 19-30088-DM

10 PG&E Corporation,                      Chapter 11
                                          Lead Case, Jointly Administered
11 and

12 PACIFIC GAS AND ELECTRIC              **NOTICE OF HEARING ON MOTION
   COMPANY,                              FOR RELIEF FROM AUTOMATIC STAY
13                                        TO PERMIT THE COURTS OF THE
                Debtors.                  STATE OF CALIFORNIA TO CONDUCT
14                                        A JURY TRIAL AND RELATED
   _____   PRETRIAL AND POST TRIAL
15 [ ] Affects PG&E Corporation          MATTERS IN CONNECTION WITH
   [ ] Affects Pacific Gas and Electric Company  CREDITOR, JOHN LEE CLARK'S
16 [x] Affects both Debtors              COMPLAINT FOR DAMAGES, OR IN
                                          ALTERNATIVE, FOR ABSTENTION**
17 *All papers shall be filed in the Lead Case,
   No. 19-30088-DM,                       Date:     July 7, 2020
18                                         Time:     10:00 a.m.
                                           Place:    Courtroom 17450 Golden Gate
19                                                   Avenue, 16th Floor
                                                     San Francisco, CA
20                                         Judge:    Hon. Dennis Montali

21                                         Objection Deadline: July 2, 2020, 4:00 p.m.
                                           PST
22

23

24

25       TO DEBTORS, THE UNITED STATES TRUSTEE, AND OTHER INTERESTED

26 PARTIES:

27       PLEASE TAKE NOTICE that a hearing on the MOTION FOR RELIEF FROM

28 AUTOMATIC STAY TO PERMIT THE COURTS OF THE STATE OF CALIFORNIA TO

DOWNEY BRAND LLP

1639780v1

CONDUCT A JURY TRIAL AND RELATED PRETRIAL AND POST TRIAL MATTERS IN

CONNECTION WITH CREDITOR, JOHN LEE CLARK'S COMPLAINT FOR DAMAGES, OR

IN ALTERNATIVE, FOR ABSTENTION ("the Motion") filed by John Lee Clark ("Plaintiff")

will be heard by the Honorable Dennis Montali on **July 7, 2020 at 10:00 a.m.**

The hearing will not be conducted in the presiding judge's courtroom but instead will be

conducted by telephone or video. All interested parties should consult the Bankruptcy Court's

website at www.canb.uscourts.gov for information about court operations during the COVID-19

pandemic. The Bankruptcy Court's website provides information regarding how to arrange a

telephonic or video appearance. If you have any questions regarding how to appear at a court

hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live

Chat feature on the Bankruptcy Court's website.

In the Motion, Plaintiff requests that the Bankruptcy Court (a) grant relief from stay to

allow Plaintiff's pending state court tort claims to be liquidated in the extant state court

proceeding, or alternatively, (b) abstain from adjudicating Plaintiff's claims against Pacific Gas &

Electric Company. Plaintiff's claims arise out of and are resulting from an explosion allegedly

caused by PG&E's equipment, and Plaintiff's resulting injuries. Plaintiff acknowledges actual

payment and collection of any eventual putative judgment will be as proscribed by the terms of

PG&E's chapter 11 plan and ultimate confirmation order.

The Motion is brought pursuant to 28 USC § 1334(c)(1) and 11 USC § 362(d)(1) for cause.

The Motion is based on this Notice, the Motion, the Declaration of John Demas filed in support of

the Motion and upon all other pleadings and papers on file herein and such oral and documentary

evidence as may be presented at the hearing on the Motion.

PLEASE TAKE FURTHER NOTICE that the Debtor is advised to appear personally or by

counsel at the preliminary hearing as provided in Local Rule 4001-1(a) and that failure to so

appear may result in the Court granting the relief requested without further hearing, including the

lifting of the automatic stay to allow Plaintiff to pursue the litigation in state court, including

pretrial proceedings, trial, post-trial motions and any appellate proceedings in or in connection

with the state court litigation.

DOWNEY BRAND LLP

DOWNEY BRAND LLP

1       PLEASE TAKE FURTHER NOTICE that any opposition or response to the Motion must

2  be in writing, filed with the Bankruptcy Court, and served on the counsel for Plaintiff at the

3  above-referenced address so as to be received by **no later than 4:00 p.m. (Pacific Time) on**

4  **July 2, 2020.** Any opposition or response must be filed and served on all "Standard Parties" as

5  defined in the Amended Order Implementing Certain Notice and Case Management Procedures

6  entered by the Court on May 13, 2019 ("Case Management Order"). **Any relief requested in the**

7  **Motion may be granted without a hearing if no opposition is filed and served in accordance**

8  **with the Case Management Order.** In deciding the Motion, the Court may consider any other

9  document filed in these Chapter 11 Cases and related Adversary Proceedings.

10       PLEASE TAKE FURTHER NOTICE that copies of the Motion and its supporting papers

11  can be viewed and/or obtained: (i) by accessing the Court's website at www.canb.uscourts.gov, (ii)

12  by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA

13  94102, or (iii) from the Debtor's notice and claims agent, Prime Clerk LLC, at

14  https://restrucuring.primeclerk.com/pge or by calling (844) 339-4217 for U.S. based parties; or

15  (929) 333-8977 for International parties or by email at: pgeinfo@primecierk.com. Note that a

16  PACER password is needed to access documents on the Bankruptcy Court's website.

17

18

19  DATED: June 15, 2020           DOWNEY BRAND LLP

20

21               By:            /s/ Jamie P. Dreher

22                      JAMIE P. DREHER

23                     Attorneys for John Lee Clark

24

25

26

27

28