| From: | CANB Emergency Filings |
|---|---|
| To: | |
| Subject: | FW: Please file this as soon as possible in Case #19-30088-DM. |
| Date: | Tuesday, June 16, 2020 9:58:59 AM |
| Attachments: | 6 16 2020 OBJECTION TO THE PLAN AND RESERVATION OF RIGHTS OF, BY AND FOR MARY KIM WALLACE.docx |

**From:** Xena Gale <mkw1954ss@gmail.com>
**Sent:** Tuesday, June 16, 2020 9:47 AM
**To:** CANB Emergency Filings <CANB-EMERGENCY-FILINGS@canb.uscourts.gov>
**Cc:** stephen.karotkin@weil.com
**Subject:** Please file this as soon as possible in Case #19-30088-DM.

Today is June 16, 2020. Time is 9:30 a.m. PST.

Thank you,

Mary Wallace
Creditor
Pro Per