Tina Reszler
2099 Hartford Drive, Unit 1
Chico, California 95928
530 413 3976
treszler@hotmail.com

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT
(SAN FRANCISCO DIVISION)**

| | |
|---|---|
| In re:<br>PG&E CORPORATION,<br><br>-and-<br><br>PG&E GAS AND ELECTRIC COMPANY<br>    Debtors<br><br>    vs.<br><br>Mary Kim Wallace<br><br>            Creditor | Bankruptcy Case<br>No. 19-30088-DM<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered) Case<br>No. 19-30089-DM<br><br>Camp Fire<br><br>Judge:  Honorable Dennis Montali<br><br>**DECLARATION OF TINA RESZLER** |

1. I, Tina Reszler, Wildfire Survivor of the 2018 Campfire now living in Chico, CA hereby swear this declaration on 15 of June 2020 is true and correct.

2. Pacific Gas and Electric Company has been killing customers for years.  PG$E and the Governor have repeatedly stated that all fire victims will be treated fairly and paid quickly.

3. Arron Johnson stated that PG$E would do the right thing at a Town of Paradise Town Hall meeting.  PG$E cannot define and continues to use vague language around what fair and quickly means.  PG$E continues to change the plan that manipulated Wildfire Survivor agreed upon.  The TCC and the bankruptcy representation hired on their behalf have entered into an agreement that continues to be unfair to fire victims.

4. Fair would mean:

- Wildfire Survivor would be given the same rights to the stock as the shareholders, without restrictions.

- Wildfire Survivor would receive the full $13.5 billion in the agreed upon amount of compensation, not a possibility of 'more or less'.

- Wildfire Survivor's compensation would not be at risk.

- Wildfire Survivors would and should not have to receive periodic payments.

- Fair would be that PG$E's plan was not confirmed under the present agreement.

- Fair would be that PG$E put Wildfire Survivor's compensation over shareholder profits.

5. This settlement is not fair and in good faith as instructed by Governor Newsom. I respectfully request Your Honor to be fair to all Wildfire Survivors as PG$E cannot. PG$E cannot seem to change their culture of putting their interests first which has been proven over and over again.

6. Wildfire Survivors were told by their attorneys that they had no choice but to vote yes for this plan or they would receive nothing. To convince wildfire survivors they don't have a choice does not constitute a fair voting process. The irregularities in the voting process itself is suspect. This settlement is too important to allow these behaviors to navigate the plan to its fruition as fair and in good faith.

7. The TCC did not adequately negotiate a secure and fair settlement. But their shortcomings should not destroy the lives of Wildfire Survivors who are desperately counting on this settlement. It was PG$E'S duty to be fair and settle with Wildfire Survivors in good faith. It has been a long battle when there should be no battle at all. PG$E gives the appearance of being fair but the lack of fairness is in the details. Very important details. The fact that the stock still does not have absolute fair registration rights, regardless of what the TCC 'settled' with, is negligent.

| | |
|---|---|
| 1 | Wildfire Survivors should not have to beg PG$E or the court for fairness. The American |
| 2 | judicial system should recognize these follies and correct them to make it just and fair. |
| 3 | |
| 4 | 8. I understand that emotions are not supposed to be present in the courtroom. I |
| 5 | understand that to a certain degree, but when there is such a large and horrific loss of |
| 6 | life, where whole communities are burned down, and people are left scrambling to get |
| 7 | their footing, Your Honor, to leave emotion and compassion out of the courtroom is |
| 8 | inhumane. I will not post pictures of charred human remains but I will ask you to try to |
| 9 | fathom what our brothers, sisters, mothers, fathers, neighbors, friends and beloved pets |
| 10 | and wildlife have had to endure and ask you how is PG$E 's offer fair and in good faith. |
| 11 | |
| 12 | 9. We are all tired and beat down by this bankruptcy lawsuit. PG$E has worn us all down. |
| 13 | It is up to you Your Honor, to see that fair compensation in this case prevails. Please do |
| 14 | not confirm this despicable plan. Were all Wildfire Survivor's able to vote without |
| 15 | manipulation and most importantly, did all Wildfire Survivors understand what they were |
| 16 | voting for? |
| 17 | |
| 18 | 10. I declare under penalty of perjury under the laws of the United States of America that |
| 19 | the foregoing is true and correct. |
| 20 | Executed on the 15th day of June 2020. |
| 21 | All Rights Reserved |
| 22 | |
| 23 | _____ s/s: By: Tina Reszler |