| | |
|---|---|
| **From:** | CANB Emergency Filings |
| **Sent:** | Tuesday, June 16, 2020 10:22 AM |
| **To:** | |
| **Subject:** | FW: Declaration of Tina Reszler |
| **Attachments:** | 6 16 2020 Declaration of Tina Reszler.docx |

**From:** Xena Gale <mkw1954ss@gmail.com>
**Sent:** Tuesday, June 16, 2020 10:06 AM
**To:** CANB Emergency Filings <CANB-EMERGENCY-FILINGS@canb.uscourts.gov>
**Cc:** Tina Reszler <treszler@hotmail.com>
**Subject:** Declaration of Tina Reszler

Please file this Declaration of Tina Reszler in PG&E case # 19-30088-DM

Today is Tuesday, June 16, 2020.

Thank you.

From Tina Reszler