██████████████████

| | |
|---|---|
| From: | CANB Emergency Filings |
| Sent: | Tuesday, June 16, 2020 1:39 PM |
| To: | ███████████████ |
| Subject: | FW: 19-30088-DM: Abrams Motion to Reconsider of Registration Rights Order |
| Attachments: | PDFA Abrams Motion Reconsideration Registration Rights Order 6.16.20 (1).pdf |

**From:** Will Abrams <end2endconsulting@gmail.com>
**Sent:** Tuesday, June 16, 2020 1:30 PM
**To:** CANB Emergency Filings <CANB-EMERGENCY-FILINGS@canb.uscourts.gov>
**Cc:** ████████████████████████████████████████
**Subject:** 19-30088-DM: Abrams Motion to Reconsider of Registration Rights Order

Attention US Bankruptcy Docket Clerk:

As suggested by the court, I am emailing the following "**WILLIAM B. ABRAMS MOTION FOR RECONSIDERATION AND RELIEF FROM THE ORDERS PURSUANT TO U.S.C. §§ 363(b) AND 105(a) AND BANKRUPTCY RULE 9024 APPROVING THE PARTIES' JOINT STIPULATION REGARDING THE REGISTRATION RIGHTS AGREEMENT AND RELATED AGREEMENTS OF THE FIRE VICTIM TRUST**" according to the COVID response procedures.  Please, post this as soon as possible to the docket (Case # 19-30088-DM).

Respectfully submitted,

William B. Abrams
Pro Se Claimant
(707) 397-5727