**EXHIBIT A**

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## COMPENSATION BY PROFESSIONAL FOR THE
## PERIOD FROM MAY 1, 2020 THROUGH MAY 31, 2020

| Name of Professional Person | Department, Date of First Admission *or* Years in Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| **Partners and Of Counsel** | | | | |
| Hill, Joshua | Dep't: Litigation Admission: 2002 | $905.25 | 4.20 | $3,802.08 |
| **Associates and Attorneys** | | | | |
| Kissner, Andrew | Dep't: Business Restructuring & Insolvency Admission: 2017 | $595.00 | 4.60 | $2,737.00 |
| Neitzey, Christina Nicole | Dep't: Litigation Admission: 2018 | $505.75 | 3.70 | $1,871.29 |
| Nicholson, Julie A. | Dep't: Litigation Admission: 2012 | $709.75 | 3.20 | $2,271.21 |
| **Paralegals and Non-Legal Staff** | | | | |
| Guido, Laura | Dep't: Business Restructuring & Insolvency Title: Senior Paralegal Years in Position: 12 ½ | $318.75 | 2.90 | $924.40 |
| Middleman, Caitlin K. | Dep't: Litigation Title: Senior Paralegal Years in Position: 8 ½ | $314.50 | 3.00 | $943.50 |
| **Total Incurred:** | | | **21.6** | **$12,549.48** |
| **Less Client Accommodation for Time Entry Review (100% of Fees Incurred):** | | | **n/a** | **$(1,487.50)** |
| **Total Requested:** | | | **21.6** | **$11,061.98** |

**Total Partners, Of Counsel, Associates and Paraprofessionals**

| PROFESSIONALS | BLENDED RATES | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $905.25 | 4.20 | $3,802.08 |
| Associates and Attorneys | $598.21 | 11.5 | $6,879.50 |
| **Total Incurred by All Attorneys:** | **$680.35** | **15.7** | **$10,681.58** |
| Less Client Accommodation for Time Entry Review (100% of Fees Incurred): | | n/a | $(1,487.50) |
| **Blended Attorney Rate:** | **$585.61** | **15.7** | **$9,194.08** |
| Paraprofessionals and Non-Legal Staff | $316.59 | 5.9 | $1,867.90 |
| **Total Requested:** | **$512.12** | **21.6** | **$11,061.98** |

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105