# EXHIBIT B

**COMPENSATION BY WORK TASK CODE FOR
SERVICES RENDERED MORRISON & FOERSTER LLP
FOR THE PERIOD FROM MAY 1, 2020 THROUGH MAY 31, 2020**

| Project Category | Description | Hours | Amount |
|---|---|---|---|
| C312 | Client Counsel –Statutory / Regulatory / Judicial | 1.20 | $967.31 |
| P100 | Project Administration | 3.00 | $943.50 |
| P280 | Other | 0.60 | $357.00 |
| P300 | Structure/Strategy/Analysis | 9.60 | $6,705.69 |
| P400 | Initial Document Preparation / Filing | 4.70 | $2,088.48 |
| Z032 | Time Entry Review | 2.50 | $1,487.50 |
| **Total Incurred:** | | **21.6** | **$12,549.48** |
| **Less Client Accommodation for Time Entry Review (100% of Fees Incurred):** | | n/a | $(1,487.50) |
| **Total Requested:** | | **21.6** | **$11,061.98** |

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105