# EXHIBIT C

## EXPENSE SUMMARY FOR THE PERIOD FROM MAY 1, 2020 THROUGH MAY 31, 2020

| Description | Amount |
|---|---|
| Air Freight | $32.63 |
| **Total** | **$32.63** |

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

ny-1939541