# EXHIBIT D

## DETAILED TIME ENTRIES FOR THE PERIOD FROM MAY 1, 2020 THROUGH MAY 31, 2020

# MORRISON | FOERSTER

PO BOX 742335
LOS ANGELES
CALIFORNIA 90074-2335

TELEPHONE: 415 268 7000
FACSIMILE: 415 268 7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, WASHINGTON, D.C.,
SAN DIEGO, PALO ALTO, BOSTON,
DENVER, NORTHERN VIRGINIA

TOKYO, BEIJING, SHANGHAI,
HONG KONG, SINGAPORE

LONDON, BRUSSELS, BERLIN

Pacific Gas And Electric Company

**Taxpayer ID #**
Invoice Number: 5919877
Invoice Date: June 15, 2020

Client/Matter Number: 050386-0000020

Matter Name: CPUC INVESTIGATION/OII

Client Ref: 1707076

RE: CPUC INVESTIGATION/OII

*For Professional Services Rendered through May 31, 2020*

|  | U.S. Dollars |
|---|---|
| Original Fees | 16,084.00 |
| Fee Discount Value | (3,534.52) |
| Client Accommodation - Time Entry Review | (1,487.50) |
| **Total This Invoice** | **11,061.98** |

**Payment may be made by Electronic Funds transfer to the firm's account**

# MORRISON | FOERSTER

Matter Number: 050386-0000020  Invoice Number: 5919877
Matter Name: CPUC INVESTIGATION/OII  Invoice Date: June 15, 2020

## Time Detail

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| **C312 CLIENT COUNSEL -STAT/REG/JUDICIAL** | | | | |
| 01-May-20 | Correspond with client and J. Hill regarding compliance template and Judge Alsup order. | Nicholson, Julie A. | 0.20 | 141.95 |
| 06-May-20 | Correspond with E. Seals (PG&E) regarding timing of shareholder-funded system enhancements. | Hill, Joshua | 0.30 | 271.58 |
| 21-May-20 | Participate on call with E. Seals (PG&E) and Weil team regarding system enhancement initiatives. | Neitzey, Christina Nic | 0.20 | 101.15 |
| 27-May-20 | Correspond with E. Seals (PG&E) and S. Olinek (PG&E) regarding advice letter. | Hill, Joshua | 0.10 | 90.53 |
| 29-May-20 | Correspond with E. Seals (PG&E) and S. Olinek (PG&E) regarding advice letter. | Hill, Joshua | 0.40 | 362.10 |
| **Total: C312** | **C312 CLIENT COUNSEL -STAT/REG/JUDICIAL** | | **1.20** | **967.31** |
| **P100 PROJECT ADMINISTRATION** | | | | |
| 01-May-20 | Revise CPUC submissions file. | Middleman, Caitlin K. | 0.70 | 220.15 |
| 05-May-20 | Revise CPUC submissions file. | Middleman, Caitlin K. | 0.60 | 188.70 |
| 06-May-20 | Revise CPUC submissions file. | Middleman, Caitlin K. | 1.10 | 345.95 |
| 08-May-20 | Revise CPUC submissions file. | Middleman, Caitlin K. | 0.60 | 188.70 |
| **Total: P100** | **P100 PROJECT ADMINISTRATION** | | **3.00** | **943.50** |
| **P280 OTHER** | | | | |
| 12-May-20 | Analyze PG&E plan confirmation schedule. | Kissner, Andrew | 0.10 | 59.50 |
| 18-May-20 | Analyze plan of reorganization. | Kissner, Andrew | 0.50 | 297.50 |
| **Total: P280** | **P280 OTHER** | | **0.60** | **357.00** |
| **P300 STRUCTURE/STRATEGY/ANALYSIS** | | | | |
| 01-May-20 | Analyze changes to system enhancement initiatives. | Hill, Joshua | 0.30 | 271.58 |
| 01-May-20 | Analyze and draft summaries of all comments filed regarding proposed decision different. | Neitzey, Christina Nic | 2.50 | 1,264.38 |
| 01-May-20 | Prepare update of compliance template regarding decision different. | Nicholson, Julie A. | 2.30 | 1,632.43 |
| 01-May-20 | Prepare analysis of Judge Alsup order and decision different. | Nicholson, Julie A. | 0.70 | 496.83 |
| 05-May-20 | Analyze final Commission decision approving settlement agreement. | Neitzey, Christina Nic | 0.20 | 101.15 |
| 06-May-20 | Correspond with internal working group regarding decision different approving settlement agreement. | Neitzey, Christina Nic | 0.20 | 101.15 |

# MORRISON | FOERSTER

Matter Number: 050386-0000020  Invoice Number: 5919877
Matter Name: CPUC INVESTIGATION/OII  Invoice Date: June 15, 2020

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 07-May-20 | Correspond with internal working group regarding CPUC vote on decision different approving settlement agreement. | Neitzey, Christina Nic | 0.10 | 50.58 |
| 11-May-20 | Analyze and comment on draft filing disclosing CPUC decision. | Hill, Joshua | 0.90 | 814.73 |
| 14-May-20 | Correspond with internal working group regarding applications for rehearing and responses. | Neitzey, Christina Nic | 0.30 | 151.73 |
| 15-May-20 | Analyze timing of expenditure subject to additional disallowance in response to E. Seals (PG&E) question. | Hill, Joshua | 0.90 | 814.73 |
| 15-May-20 | Correspond with internal working group regarding FRMMA/WMPMA expenses and OII settlement. | Neitzey, Christina Nic | 0.20 | 101.15 |
| 20-May-20 | Analyze settlement issues in response to question from E. Seals (PG&E). | Hill, Joshua | 0.80 | 724.20 |
| 22-May-20 | Analyze insert regarding OII in motion to approve settlement. | Hill, Joshua | 0.20 | 181.05 |
| **Total: P300** | **P300 STRUCTURE/STRATEGY/ANALYSIS** | | **9.60** | **6,705.69** |

**P400 INITIAL DOCUMENT PREPARATION/FILING**

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 01-May-20 | Correspond with internal working group regarding fee applications. | Kissner, Andrew | 0.20 | 119.00 |
| 05-May-20 | Prepare MoFo's March fee statement. | Guido, Laura | 0.70 | 223.13 |
| 13-May-20 | Finalize MoFo's final fee application. | Guido, Laura | 0.20 | 63.75 |
| 13-May-20 | Analyze and revise March fee application. | Kissner, Andrew | 0.20 | 119.00 |
| 14-May-20 | Analyze monthly fee application. | Hill, Joshua | 0.20 | 181.05 |
| 14-May-20 | Revise March fee application and correspond with local counsel regarding filing of same. | Kissner, Andrew | 0.30 | 178.50 |
| 15-May-20 | Prepare CNO for MoFo's 7th consolidated monthly fee statement. | Guido, Laura | 0.30 | 95.63 |
| 15-May-20 | Prepare MoFo's April fee statement. | Guido, Laura | 0.20 | 63.75 |
| 15-May-20 | Correspond with fee examiner regarding invoice backup. | Kissner, Andrew | 0.10 | 59.50 |
| 18-May-20 | Prepare MoFo's April fee statement. | Guido, Laura | 0.50 | 159.38 |
| 18-May-20 | Attend to claims administration matters. | Hill, Joshua | 0.10 | 90.53 |
| 19-May-20 | Finalize and compile MoFo's April fee statement for filing. | Guido, Laura | 0.20 | 63.75 |
| 19-May-20 | Compile previously filed MoFo fee applications. | Guido, Laura | 0.20 | 63.75 |
| 20-May-20 | Update MoFo's April fee statement for filing. | Guido, Laura | 0.10 | 31.88 |
| 20-May-20 | Prepare CNO for MoFo's February fee statement. | Guido, Laura | 0.30 | 95.63 |
| 20-May-20 | Correspond with billing team regarding invoices for fee applications. | Kissner, Andrew | 0.10 | 59.50 |

Matter Number: 050386-0000020  Invoice Number: 5919877
Matter Name: CPUC INVESTIGATION/OII  Invoice Date: June 15, 2020

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 21-May-20 | Analyze draft CNO and fee statements. | Kissner, Andrew | 0.30 | 178.50 |
| 21-May-20 | Correspond with J. Hill and local counsel regarding filing of CNO and fee statement. | Kissner, Andrew | 0.30 | 178.50 |
| 28-May-20 | Coordinate information needed for supplemental fee application. | Guido, Laura | 0.20 | 63.75 |
| **Total: P400** | **P400 INITIAL DOCUMENT PREPARATION/FILING** | | **4.70** | **2,088.48** |

**Time Entry Review**

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 04-May-20 | Revise invoices for compliance with U.S. Trustee's guidelines. | Kissner, Andrew | 1.20 | 714.00 |
| 05-May-20 | Revise invoice for compliance with U.S. Trustee's guidelines. | Kissner, Andrew | 0.20 | 119.00 |
| 15-May-20 | Revise April invoice for compliance with U.S. Trustee's guidelines. | Kissner, Andrew | 0.20 | 119.00 |
| 19-May-20 | Analyze invoices for compliance with U.S. Trustee's guidelines. | Kissner, Andrew | 0.20 | 119.00 |
| 22-May-20 | Revise invoices for compliance with U.S. Trustee's guidelines. | Kissner, Andrew | 0.40 | 238.00 |
| 28-May-20 | Analyze and revise invoices for compliance with U.S. Trustee's guidelines. | Kissner, Andrew | 0.30 | 178.50 |
| **Total: Z032** | **Time Entry Review** | | **2.50** | **1,487.50** |

|  |  |
|---|---|
| **Current Fees** | **11,061.98** |

Matter Number: 050386-0000020  
Matter Name: CPUC INVESTIGATION/OII

Invoice Number: 5919877  
Invoice Date: June 15, 2020

## Timekeeper Summary

| No. | Timekeeper | Rate | Hours | Value |
|---|---|---|---|---|
| 21211 | Hill, Joshua | 905.25 | 4.20 | 3,802.08 |
| 19671 | Kissner, Andrew | 595.00 | 4.60 | 2,737.00 |
| 23787 | Neitzey, Christina Nic | 505.75 | 3.70 | 1,871.29 |
| 16384 | Nicholson, Julie A. | 709.75 | 3.20 | 2,271.21 |
| 13849 | Guido, Laura | 318.75 | 2.90 | 924.40 |
| 16127 | Middleman, Caitlin K. | 314.50 | 3.00 | 943.50 |
|  | Client Accommodation - Time Entry Review |  |  | (1,487.50) |
|  | **TOTAL** |  | **21.60** | **11,061.98** |

5

Matter Number: 050386-0000020  
Matter Name: CPUC INVESTIGATION/OII

Invoice Number: 5919877  
Invoice Date: June 15, 2020

## Task Code Summary

| Task Code | Description | Hours | Value |
|---|---|---|---|
| C312 | C312 CLIENT COUNSEL -STAT/REG/JUDICIAL | 1.20 | 967.31 |
| P100 | P100 PROJECT ADMINISTRATION | 3.00 | 943.50 |
| P280 | P280 OTHER | 0.60 | 357.00 |
| P300 | P300 STRUCTURE/STRATEGY/ANALYSIS | 9.60 | 6,705.69 |
| P400 | P400 INITIAL DOCUMENT PREPARATION/FILING | 4.70 | 2,088.48 |
| Z032 | Time Entry Review | 2.50 | 1,487.50 |
|  | Client Accommodation - Time Entry Review |  | (1,487.50) |
|  | **TOTAL** | **21.60** | **11,061.98** |

MORRISON | FOERSTER

Matter Number:  050386-0000020  Invoice Number:  5919877
Matter Name:  CPUC INVESTIGATION/OII  Invoice Date:  June 15, 2020

## Invoice Summary

| | |
|---|---:|
| Total Fees | 11,061.98 |
| **Total Amount Due** | **11,061.98** |

Matter Number: 050386-0000020  
Matter Name: CPUC INVESTIGATION/OII  

Invoice Number: 5919877  
Invoice Date: June 15, 2020

For your convenience, we have listed below previous invoices on this matter which our records show as outstanding and the total balance due on this account. If you have already submitted payment, we appreciate your promptness. If your records are not in agreement, or if we can provide additional assistance, please call our Billing Department at (415) 268-6446 or (866) 314-5320

| Date | Invoice Number | Currency | Original Invoice Amount | Payments Applied | Amount Outstanding |
|---|---|---|---|---|---|
| 31-Dec-18 | 5788544 | USD | 11,540.98 | 0.00 | 11,540.98 |
| 14-Jan-19 | 5789728 | USD | 53,273.86 | 0.00 | 53,273.86 |
| 30-Sep-19 | 5855259 | USD | 133,934.94 | 0.00 | 133,934.94 |
| 30-Sep-19 | 5887635 | USD | 1,491.75 | 0.00 | 1,491.75 |
| 07-Nov-19 | 5864250 | USD | 187,092.39 | 118,522.33 | 68,570.06 |
| 12-Nov-19 | 5872848 | USD | 25,272.11 | 20,276.95 | 4,995.16 |
| 13-Nov-19 | 5872849 | USD | 293,040.35 | 232,959.61 | 60,080.74 |
| 14-Nov-19 | 5872850 | USD | 210,206.59 | 164,109.84 | 46,096.75 |
| 15-Nov-19 | 5872851 | USD | 184,478.01 | 144,043.98 | 40,434.03 |
| 18-Nov-19 | 5872852 | USD | 139,409.29 | 105,605.74 | 33,803.55 |
| 19-Nov-19 | 5872853 | USD | 117,730.16 | 92,767.33 | 24,962.83 |
| 20-Nov-19 | 5872854 | USD | 420,218.70 | 332,330.25 | 87,888.45 |
| 30-Jan-20 | 5885685 | USD | 201,520.29 | 0.00 | 201,520.29 |
| 07-Feb-20 | 5887765 | USD | 332,996.02 | 0.00 | 332,996.02 |
| 07-Feb-20 | 5887767 | USD | 641,794.21 | 0.00 | 641,794.21 |
| 24-Mar-20 | 5898699 | USD | 223,049.34 | 0.00 | 223,049.34 |
| 15-Apr-20 | 5903880 | USD | 199,407.35 | 0.00 | 199,407.35 |
| 24-Apr-20 | 5906885 | USD | 62,940.04 | 0.00 | 62,940.04 |
| 30-Apr-20 | 5909251 | USD | 137,409.59 | 0.00 | 137,409.59 |
| 15-May-20 | 5911904 | USD | 80,635.83 | 0.00 | 80,635.83 |
| 15-Jun-20 | 5919879 | USD | 32.63 | 0.00 | 32.63 |