# UNITED STATES BANKRUPTCY COURT

## Northern District of California

In re: PG&E Corporation                          Case No. 19-30088

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| TRC MASTER FUND LLC<br>Name of Transferee | ABEC 2 LLC<br>Name of Transferor |
| Name and Address where notices to transferee should be sent:<br><br>TRC MASTER FUND LLC<br>Attn: Terrel Ross<br>PO Box 633<br>Woodmere, NY 11598<br><br>Phone: 516-255-1801<br>Last four digits of Acct#: N/A | Court Claim # (if known): N/A<br>Amount of Claim: USD$95,265.00<br>Date Claim Filed: N/A<br><br>Phone: (970) 221-3371<br>Last four digits of Acct.#: N/A<br><br>Name and Current Address of Transferor:<br><br>ABEC 2 LLC<br>2828 Routh St Ste 500<br>Dallas, TX 75201 |
| Name and address where transferee payments should be sent (if different from above):<br><br>Phone: N/A<br>Last four digits of Acct#: N/A | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/Terrel Ross                              Date: June 16th, 2020
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

## Exhibit A to Assignment of Claim

TO: United States Bankruptcy Court ("Bankruptcy Court")
Northern District of California
Attention: Clerk

AND TO: Pacific Gas and Electric Company (Debtor)
Case No. 19-30089
(Jointly Administered Under PG&E Corporation, et al., Case No. 19-30088)

Claim # N/A

**ABEC 2 LLC**, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
PO Box 633
Woodmere, NY 11598
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of **USD$95,265.00** ("Claim"), as listed in the Debtor's Schedule F against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS __16__ DAY OF __June__, 2020.

ASSIGNOR: ABEC 2 LLC
_____
(Signature)

_N Russ Buckenham_
(Print Name)

_CEC_
(Title)

ASSIGNEE: TRC MASTER FUND LLC
_____
(Signature)

_Terrel Ross_
(Print Name)

_Managing Member_
(Title)

# Creditor Information - Schedule # 1031373

**Creditor**
ABEC 2 LLC
2828 ROUTH ST STE 500
DALLAS, TX 75201

**Debtor Name**
Pacific Gas and Electric Company
**Date Filed**
n/a
**Claim Number**
n/a
**Schedule Number**
1031373

## Claim Amounts

| Claim Nature | Schedule Amount | C* U* D* | Asserted Claim Amount | C* U* F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | $95265.00 | | | | $95265.00 | Scheduled |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | $95,265.00 | | | | $95,265.00 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

## Schedule E/F: Creditors Who Have Unsecured Claims

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

| | Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis For Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|---|---|---|
| **Trade Payables** | | | | | | | | |
| 3.81 | ABB INC<br>4 EMBARCADERO CENTER STE 1432<br>SAN FRANCISCO, CA 94111 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ✓ | ☐ | ☐ | Trade | ☐ | $14,423,822 |
| 3.82 | ABB INC<br>7051 INDUSTRIAL BLVD<br>BARTLESVILLE, OK 74006 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $2,634 |
| 3.83 | ABB INC<br>305 GREGSON DR<br>CARY, NC 27511 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ✓ | ☐ | ☐ | Trade | ☐ | $1,596,750 |
| 3.84 | ABC PAINTING INC<br>1260 RAILROAD AVE BLDG 750<br>VALLEJO, CA 94592 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $3,360 |
| 3.85 | ABDULRAHANA SAID<br>15025 SOUTH MCCALL AVENUE<br>SELMA, CA 93662 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Third Party Claim | ☐ | $419 |
| 3.86 | ABEC 2 LLC<br>2828 ROUTH ST STE 500<br>DALLAS, TX 75201 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $95,265 |
| 3.87 | ABEC BIDAR-STOCKDALE LLC<br>2828 ROUTH ST STE 500<br>DALLAS, TX 75201 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $7,523 |
| 3.88 | ABIGAIL ADAMS<br>P.O. BOX 750<br>ROSS, CA 94957 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Third Party Claim | ☐ | $393 |
| 3.89 | ABM BUILDING SOLUTIONS LLC<br>1005 WINDWARD RIDGE PKWY<br>ALPHARETTA, GA 30005 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ✓ | ☐ | ☐ | Trade | ☐ | $325,556 |
| 3.90 | ABM JANITORIAL SVCS<br>4747 N BENDEL #104<br>FRESNO, CA 93722 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ✓ | ☐ | ☐ | Trade | ☐ | $2,436 |
| 3.91 | ABSOLUTE CONSULTING INC<br>7552 NAVARRE PKWY STE 63<br>NAVARRE, FL 32566 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ✓ | ☐ | ☐ | Trade | ☐ | $28,714 |