# Notice Recipients

District/Off: 0971−3      User: dchambers      Date Created: 6/18/2020
Case: 19−30088           Form ID: TRANSC      Total: 13

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| aty | Benjamin Mintz | benjamin.mintz@arnoldporter.com |
| aty | Gregory A. Bray | gbray@milbank.com |
| aty | James O. Johnston | jjohnston@jonesday.com |
| aty | John H. MacConaghy | macclaw@macbarlaw.com |
| aty | Michael S. Etkin | metkin@lowenstein.com |
| aty | Michael S. Neumeister | MNeumeister@gibsondunn.com |
| aty | Paul H. Zumbro | mao@cravath.com |
| aty | Robert A. Julian | rjulian@bakerlaw.com |

TOTAL: 8

**Recipients submitted to the Claims Agent (Prime Clerk):**
| | | | | | |
|---|---|---|---|---|---|
| cr   | Debra Grassgreen     | Karl Knight              | 1339 Pearl Street       | Suite 201     | Napa, CA 94558 |
| intp | William B. Abrams    | 1519 Branch Owl Pl.      | Santa Rosa, CA 95409    |               |               |
| aty  | David J. Molton      | Brown Rudnick LLP        | 7 Times Square          | New York, NY 10036 | |
| aty  | Jeremiah F. Hallisey | Hallisey and Johnson     | 465 California St., #405 | San Francisco, CA 94104 | |
| aty  | Stephen Karotkin     | Weil, Gotshal & Manges LLP | 767 Fifth Avenue      | New York, NY 10153 | |

TOTAL: 5