| | |
|---|---|
| XAVIER BECERRA, SBN 118517<br>Attorney General of California<br>MARGARITA PADILLA, SBN 99966<br>Supervising Deputy Attorney General<br>JAMES POTTER, SBN 166992<br>Deputy Attorney General<br>1515 Clay Street, 20th Floor<br>P.O. Box 70550<br>Oakland, CA 94612-0550<br>Telephone: (510) 879-0815<br>Fax: (510) 622-2270<br>Margarita.Padilla@doj.ca.gov<br>James.Potter@doj.ca.gov | XAVIER BECERRA, SBN 118517<br>Attorney General of California<br>DANETTE VALDEZ, SBN 141780<br>ANNADEL ALMENDRAS, SBN 192064<br>Supervising Deputy Attorneys General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004<br>Telephone: (415) 510-3367<br>Fax: (415) 703-5480<br>Danette.Valdez@doj.ca.gov<br>Annadel.Almendras@doj.ca.gov |

STEVEN H. FELDERSTEIN, SBN 059678
PAUL J. PASCUZZI, SBN 148810
FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Fax: (916) 329-7435
sfelderstein@ffwplaw.com
ppascuzzi@ffwplaw.com

Attorneys for California Department of Forestry
and Fire Protection, et al.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>   - and –<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>                Debtors.<br><br>☐   Affects PG&E Corporation<br>☐   Affects Pacific Gas and Electric Company<br>☑   Affects both Debtors | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>Date: June 24, 2020<br>Time: 10:00 a.m.<br>Ctrm: 17<br>Judge: Dennis Montali |

**CALIFORNIA STATE AGENCIES' OBJECTION TO MOTION FOR ORDER APPROVING (A) PROCEDURES FOR FILING OMNIBUS OBJECTIONS TO CLAIMS AND (B) THE FORM AND MANNER OF THE NOTICE OF OMNIBUS OBJECTIONS [DOCKET NO. 7758]**

The California Department of Forestry and Fire Protection, California Department of Toxic Substances Control, California State University, California Coastal Commission, California Department of Parks and Recreation, California Department of Fish and Wildlife, California Department of Transportation, California Department of Developmental Services, California Department of Conservation, California Geologic Energy Management Division (formerly Division of Oil, Gas and Geothermal Resources), California Regional Water Quality Control Boards, California State Water Resources Control Board, California Air Resources Board, San Francisco Bay Conservation and Development Commission, California Department of Housing and Community Development, California State Lands Commission, and California Department of Water Resources, by and through its California Energy Resources Scheduling Division and on behalf of the State Water Project (collectively, the "California State Agencies"), including on behalf of any other agencies of the State of California, hereby object to the *Motion for Order Approving (A) Procedures for Filing Omnibus Objections to Claims and (B) the Form and Manner of the Notice of Omnibus Objections* ("Procedures Motion") [Docket No. 7758] on the following three grounds.[1][2]

1. The proposed Omnibus Claim Objection Procedures require that, in addition to a concise statement setting forth the reasons why the bankruptcy court should not sustain the objection (including the specific factual and legal bases upon which the claimant will rely in opposing the objection), the Response must include (i) a copy of **any other** documentation or evidence to the extent not included in the proof of claim on which the claimant will rely in opposing the objection and (ii) a declaration under penalty of perjury of a person with personal knowledge of the relevant facts in support of the Response. Procedures Motion at ¶ 9(a).

2. Bankruptcy Local Rule 9013-1(d) requires a party to support factual contentions

---

[1] Several of the California State Agencies believe that their respective claims are not subject to the provisions of the Omnibus Objection Procedures because their claims have been settled or will pass through the bankruptcy as if no bankruptcy had been filed. However, since the Plan has not yet been confirmed, this objection is filed as to all of the California State Agencies out of an abundance of caution.

[2] Capitalized terms not otherwise defined herein shall have the meaning as the Procedures Motion.

made in support of an opposition by declarations or affidavits. However, the Bankruptcy Local Rules do not require that **all evidence** in response to a claim objection be filed with the response and, in fact, the Bankruptcy Local Rules provide that, if there is a factual dispute regarding a claim objection, the initial hearing on that claim objection is deemed a status conference at which the bankruptcy court will not receive evidence. B.L.R. 3007-1(b). The California State Agencies object to the Procedures Motion to the extent that the failure of a Claimant to include evidence with the Response would preclude a California State Agency from conducting discovery with respect to an Omnibus Objection and/or introducing other facts or documents in support of the Response.

3. The Procedures Motion proposes that a Response to an Omnibus Objection "will be deemed timely served *only if* a copy of the Response is *actually received* by counsel for the Debtors on or before the deadline to respond" to the Omnibus Objection. Procedures Motion at ¶ 9(d) (emphasis added). A Claimant responding to an Omnibus Objection is not in control of whether counsel for the Debtors actually receives a Response. The only requirement for serving a Response should be that the Response is served by email or mail on counsel for the Debtors on or before the deadline to respond, not that counsel for the Debtors actually receives the Response.

4. The proposed Omnibus Claim Objection Procedures require that the Response include the name, address and telephone number of the Claimant and/or Claimant's attorney and/or a designated representative of the Claimant to whom counsel for the Debtors should serve a reply to the Response (defined as the "Notice Address"). And, if the Notice Address is different from the address in the proof of claim, the Notice Address will become the future service address with respect to all of Claimant's proofs of claim listed in that Omnibus Objection. Procedures Motion at ¶ 9(a)(vi). The California State Agencies object to the blanket change of address for proofs of claim of a California State Agency. The Debtors should be required to serve the addresses in the proof of claim and the Notice Address. Agencies of the State of California may have different individuals to whom proofs of claim in an Omnibus Objection are addressed and having future correspondence with respect to all claims of an agency of the State of California that are included in an Omnibus Objection go to one attorney because of a response to a claim

objection will lead to confusion and likely prejudice.

## RESERVATION OF RIGHTS

The California State Agencies reserve the right to join in other objections to the Omnibus Objection Procedures filed by other parties in interest, including other Governmental Units.

Neither this objection nor any subsequent appearance, pleading, proof of claim, claim or suit is intended or shall be deemed or construed as:

    a. a consent by the California State Agencies to the jurisdiction of this Court or any other court with respect to proceedings, if any, commenced in any case against or otherwise involving the California State Agencies;

    b. a waiver of any right of the California State Agencies to (i) have an Article III judge adjudicate in the first instance any case, proceeding, matter or controversy as to which a Bankruptcy Judge may not enter a final order or judgment consistent with Article III of the United States Constitution, (ii) have final orders in non-core matters entered only after de novo review by a District Court Judge, (iii) trial by jury in any proceeding so triable in the Chapter 11 Cases or in any case, controversy, or proceeding related to the Chapter 11 Cases, (iv) have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (v) any and all rights, claims, actions, defenses, setoffs, recoupments or remedies to which the California State Agencies are or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved hereby; or

    c. a waiver of any objections or defenses that the State of California, the California State Agencies or any other agency, unit or entity of the State of California may have to this Court's jurisdiction over the State of California, the California State Agencies or such other agency, unit or entity based upon the Eleventh Amendment to the United States

//
//
//
//

Constitution or related principles of sovereign immunity or otherwise, all of which objections and defenses are hereby reserved.

Dated: June 17, 2020                    Respectfully submitted,

                                        XAVIER BECERRA
                                        Attorney General of California
                                        MARGARITA PADILLA
                                        Supervising Deputy Attorney General

                                    By: /s/ Paul J. Pascuzzi
                                        STEVEN H. FELDERSTEIN
                                        PAUL J. PASCUZZI
                                        FELDERSTEIN FITZGERALD
                                        WILLOUGHBY PASCUZZI & RIOS LLP
                                        Attorneys for California Department of Forestry and Fire Protection, California Department of Toxic Substances Control, California State University, California Coastal Commission, California Department of Parks and Recreation, California Department of Fish and Wildlife, California Department of Transportation, California Department of Developmental Services, California Department of Conservation, California Geologic Energy Management Division (formerly Division of Oil, Gas and Geothermal Resources, California Regional Water Quality Control Boards, California State Water Resources Control Board, California Air Resources Board, San Francisco Bay Conservation and Development Commission, California Department of Housing and Community Development, California State Lands Commission and California Department of Water Resources

## PROOF OF SERVICE

I, Susan R. Darms, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 500 Capitol Mall, Suite 2250, Sacramento, CA 95814. On June 17, 2020, I served the within document(s):

**CALIFORNIA STATE AGENCIES' OBJECTION TO MOTION FOR ORDER APPROVING (A) PROCEDURES FOR FILING OMNIBUS OBJECTIONS TO CLAIMS AND (B) THE FORM AND MANNER OF THE NOTICE OF OMNIBUS OBJECTIONS [DOCKET NO. 7758]**

By Electronic Service via CM/ECF to all registered participants in this case as of June 17, 2020.

                     */s/ Susan R. Darms*
                     SUSAN R. DARMS