# EXHIBIT A

# CORRECTED APPENDIX 4

**Corrected List of Materials Relied Upon**

1. Non-binding letter of intent between the Utility and TMG re: Lease with Purchase Option for 300 Lakeside Tower, Oakland, CA, dated January 23, 2020

2. Agreement to Enter into Lease and Purchase Option (and schedules, exhibits, and attachments)

3. Office Lease for Lakeside Tower, Oakland, California (and schedules, exhibits, and attachments)

4. Agreement of Purchase and Sale and Joint Escrow Instructions

5. California Asbestos and Lead Notification Memorandum for Tenants, Employees and Contractors, 300 Lakeside, Oakland, CA, dated March 2020 (and schedules, exhibits, and attachments)

6. Subornation, Non-Disturbance and Attornment Agreement

7. JLL Report, *Oakland Metro Market Overview*, dated December 2019

8. JLL Report, *Trophy Asset Delivers in Oakland and Much-Needed Housing Supply Nears Completion*, dated Q4 2019

9. Cushman & Wakefield Report, *Marketbeat East Bay Oakland*, dated Q4 2019

10. Cushman & Wakefield Broker Opinion of Value, *PG&E Headquarters Portfolio*, dated January 2020

11. Cushman & Wakefield Report, *1919 Webster Street*

12. JLL Report, *Oakland's Top Industries Well-Positioned as Impacts of COVID-19 Unfold*, dated Q1 2020

13. PG&E Presentation, *Workplace Design Standards and* The Way We Work, dated February 19, 2020

14. 300 Lakeside, *Estimated Run-Rate, 100% Occupied Expenses for CY 2020*, dated February 28, 2020

15. JLL Report, *San Francisco Market Overview*, dated March 2020

16. JLL Report, *Proposition E: Limits on Office Development*, dated March 3, 2020

17. JLL Appraisal of PG&E Headquarters, dated March 4, 2020

18. JLL Report, *How is Large Project Office Allocation Affected with the Ratification of Proposition E in San Francisco*, dated March 9, 2020

19. JLL Report, *COVID-19: Global Real Estate Implications*, dated March 12, 2020

20. Moody's Analytics Report, *Panic, Volatility, and CRE Finance & Transaction Markets*, dated March 13, 2020

21. Communications between the Utility and TMG re: Market Feedback, dated March 15, 2020

22. PG&E Presentation, *HQ Real Estate Strategy and Transaction Update*, dated March 23, 2020.

23. PG&E Summary Development Budget for 300 Lakeside, Oakland, dated March 31, 2020

24. PG&E Presentation to Boards of Directors, PG&E Corporation and Pacific Gas and Electric Company, *HQ Real Estate Transaction*, dated April 6, 2020

25. JLL Data, *East Bay Sales Comps*, dated April 8, 2020

26. 2019 Tower Accrual Escalation Calculations, 2019 Estimate

27. PG&E Presentation to Boards of Directors, PG&E Corporation and Pacific Gas and Electric Company, *HQ Real Estate Transaction*, dated April 8, 2020

28. Goldman Sachs Report, *Impact of COVID-19 on the Real Estate Market*, dated April 24, 2020

29. IRR Report, *COVID-19 Real Estate Impact Survey*, dated May 2020

30. JLL Report, *San Francisco, CA Office HQ Sale – Sensitivity Analysis*, dated May 4, 2020

31. PG&E Presentation to Boards of Directors PG&E Corporation and Pacific Gas and Electric Company, *HQ Real Estate Transaction*, dated May 28, 2020

32. PG&E Presentation to Boards of Directors, PG&E Corporation and Pacific Gas and Electric Company, *HQ Real Estate Transaction*, dated June 4, 2020

33. Agreement to Enter into Lease and Purchase Option (and schedules, exhibits, and attachments), final draft

34. Agreement to Enter into Lease and Purchase Option (and schedules, exhibits, and attachments), executed copy

35. Costar Oakland-Downtown Office Submarket Report, dated May 26, 2020

36. Costar Oakland-Downtown Office Submarket Report, dated April 29, 2020

37. Costar East Bay – CA Office Market Report

38. Costar 300 Lakeside Dr – Lakeside Underwriting Report

39. Costar 300 Lakeside Dr – Lease Comps

40. Costar East Bay – CA Office Capital Markets Report

41. Costar San Francisco – CA Office Capital Markets Report

42. Costar 77 Beale St – PG&E Headquarters Underwriting Report

43. Costar South Financial District – Office Submarket Report

44. Costar San Francisco – CA Office Market Report

45. Independent sales and rental research San Francisco Market Area

46. Independent sales and rental research Oakland Market Area

47. Various articles and publications pertaining to COVID-19 impacts on real estate