1 | Paul R. Glassman (SBN 76536)
STRADLING YOCCA CARLSON & RAUTH, P.C.
2 | 10100 N. Santa Monica Boulevard, Suite 1400
Los Angeles, CA 90067
3 | Telephone:     (424) 214-7000
Facsimile:     (424) 214-7010
4 | Email:          pglassman@sycr.com

5 | Mia S. Brown (SBN 242268)
General Counsel
6 | SOUTH SAN  JOAQUIN IRRIGATION DISTRICT
11011 E. Highway 120
7 | Manteca, CA 95336
Telephone:     (209) 249-4600
8 | Facsimile:     (209) 249-4692
Email:          mbrown@ssjid.com

9 |
Attorneys for Creditor and Party-In-Interest,
10 | South San Joaquin Irrigation District

11 | **UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
12 | **SAN FRANCISCO DIVISION**

13 |

14 | **In Re:** | Bankruptcy Case
No. 19 - 30088 (DM)
15 | **PG&E CORPORATION** |
Chapter 11
16 |         **- and -** |
Lead Case
17 | **PACIFIC GAS AND ELECTRIC**
**COMPANY,** | Jointly Administered

18 |                    **Debtors.** | **JOINDER OF SOUTH SAN JOAQUIN**
**IRRIGATION DISTRICT TO**
19 | | **OBJECTIONS OF CALIFORNIA STATE**
**AGENCIES AND CALIFORNIA**
20 | | **FRANCHISE TAX BOARD TO DEBTORS'**
**MOTION FOR ORDER APPROVING (A)**
21 | | **PROCEDURES FOR FILING OMNIBUS**
**OBJECTIONS TO CLAIMS AND (B) THE**
22 | | **FORM AND MANNER OF THE NOTICE**
**OF OMNIBUS OBJECTIONS [DOCKET**
23 | | **NO. 7758]**

24 | |
□     Affects PG&E Corporation | Date:  June 24, 2020
25 | □     Affects Pacific Gas and Electric | Time: 10:00 a.m.
Company | Place: United States Bankruptcy Court
26 | ■     Affects both Debtors | 450 Golden Gate Ave., 16th Flr, Crt. 17
San Francisco, CA
27 | *All papers shall be filed in the Lead Case,* | Judge: Hon. Dennis Montali
*No. 19-30088 (DM).*
28 |

1    South San Joaquin Irrigation District (the "District") joins the Objections of the

2  California State Agencies [Dkt. 7985] and the California Franchise Tax Board [Dkt. 7975] to the

3  Debtors' Motion for Order Approving (A) Procedures for Filing Omnibus Objections to Claims

4  and (B) the Form and Manner of the Notice of Omnibus Objections ("Debtors' Motion") [Dkt.

5  7758].

6    The District reserves the right to join any other objection to the Debtors' Motion that may

7  be filed.

8  DATED: June 17, 2020                STRADLING YOCCA CARLSON &
                                       RAUTH A PROFESSIONAL
9                                      CORPORATION

10                                     By:  /s/ *Paul R. Glassman*
                                            Paul R. Glassman
11                                     Attorneys for Creditor and Party-in-Interest
                                       South San Joaquin Irrigation District

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-1-

1

## <u>CERTIFICATE OF SERVICE</u>

2         I hereby certify that the attached document was properly filed on June 17, 2020 with the
ECF/CM system of the United States Bankruptcy Court for the Northern District of California
3     and that a Notification of Electronic Filing of this document was sent via the ECF/CM noticing
system to all ECF Registered Participants in this case.
4

5     Dated: June 17, 2020                        */s/ Paul R. Glassman*
                                            Paul R. Glassman
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-