EDWARD J. TREDINNICK (#84033)
GREENE RADOVSKY MALONEY
 SHARE & HENNIGH LLP
One Front Street, Suite 3200
San Francisco, California 94111-4106
Telephone: (415) 981-1400
Facsimile: (415) 777-4961
E-mail: etredinnick@greeneradovsky.com

Attorneys for Creditor,
City and County of San Francisco

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>-and-<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtors,<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No.: 19-30088-DM<br><br>Chapter 11<br><br>**JOINDER OF THE CITY AND COUNTY OF SAN FRANCISCO TO OBJECTIONS OF CALIFORNIA STATE AGENCIES AND CALIFORNIA FRANCHISE TAX BOARD TO DEBTORS' MOTION FOR APPROVAL OF OMNIBUS CLAIM OBJECTION PROCEDURES AND OMNIBUS CLAIM OBJECTION NOTICE**<br><br>DATE: June 24, 2020<br>TIME: 10:00 am<br>PLACE: Courtroom 17<br>    450 Golden Gate Avenue, 16th Fl.<br>    San Francisco, California<br>JUDGE: Hon. Dennis Montali<br><br>RELATED DOCKET NOS: 7758, 7975, 7985__ |

The City and County of San Francisco **("San Francisco")** in the above-captioned chapter 11 cases of Pacific Gas and Electric Company (the **"Utility"**) and PG&E Corporation **("PG&E"** and, together with the Utility, the **"Debtors"**), hereby joins, the Objections of the California State

GREENE RADOVSKY
MALONEY SHARE &
HENNIGH LLP
ONE FRONT STREET
SUITE 3200
SAN FRANCISCO, CA
94111

569903

1

Case: 19-30088    Doc# 7994    Filed: 06/17/20    Entered: 06/17/20 15:55:09    Page 1 of 3

Agencies [Dkt. 7985] and the California Franchise Tax Board [Dkt. 7975] to the Debtors' Motion for Order Approving (A) Procedures for Filing Omnibus Objections to Claims and (B) the Form and Manner of the Notice of Omnibus Objections [Dkt. 7758].

    San Francisco reserves the right to join any other objection to the Debtors' Motion that may be filed.

Respectfully submitted,

Dated: June 17, 2020

GREENE RADOVSKY MALONEY
SHARE & HENNIGH LLP

By: /s/ Edward Tredinnick
    Edward J. Tredinnick
Attorneys for Creditor,
City and County of San Francisco

GREENE RADOVSKY
MALONEY SHARE &
HENNIGH LLP
ONE FRONT STREET
SUITE 3200
SAN FRANCISCO, CA
94111

# CERTIFICATE OF SERVICE

I hereby certify that the attached document was properly filed on June 17, 2020 with ECF/CM system of the United States Bankruptcy Court for the Northern District of California and that a Notification of Electronic Filing of this document was sent via the ECF/CM noticing system to all ECF Registered Participants in this case.

Dated: June 17, 2020                                   /s/Edward Tredinnick
                                                                     Edward J. Tredinnick

GREENE RADOVSKY
MALONEY SHARE &
HENNIGH LLP
ONE FRONT STREET
SUITE 3200
SAN FRANCISCO, CA
94111