**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Theodore Tsekerides (*pro hac vice*)
(theodore.tsekerides@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel:   (212) 310-8000
Fax:   (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:   (415) 496-6723
Fax:   (415) 636-9251

*Attorneys for Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>                              Debtors.<br><br>☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM). | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case) (Jointly Administered)<br><br>**REQUEST FOR ENTRY OF ORDER BY DEFAULT ON DEBTOR'S SECOND OMNIBUS OBJECTION TO CLAIMS (DUPLICATIVE, AMENDED AND WRONG CASE CLAIMS)**<br><br>[Re: Dkt. No. 7553]<br><br>Resolving Objections Set for Hearing June 24, 2020, at 10:00 am |

# REQUEST FOR ENTRY OF ORDER BY DEFAULT

PG&E Corporation and Pacific Gas and Electric Company (the "**Utility**"), as debtors and debtors in possession (each, a "**Debtor**," and collectively, the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") hereby request, pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures* entered on May 14, 2019 [Dkt No. 1996] ("**Case Management Order**"), that the Court enter an order by default on the *Debtor's Second Omnibus Objection to Claims (Duplicative, Amended and Wrong Case Claims)* [Docket No. 7553] ("**Second Omnibus Objection**").

# RELIEF REQUESTED IN THE SECOND OMNIBUS OBJECTION

The Second Omnibus Objection seeks to disallow and expunge the Proof(s) of Claim listed in the column headed "Claims to be Disallowed and Expunged" in Exhibit 1 to the Second Omnibus Objection.

# NOTICE AND SERVICE

A *Notice of Second Omnibus Objection to Claims and of Hearing on Omnibus Objection (Duplicative, Amended and Wrong Case Claims)* was filed concurrently with the Second Omnibus Objection on May 22, 2020 [Dkt. No. 7555] (the "**Notice of Objection and Hearing**"). The Second Omnibus Objection, the supporting declaration of Robb McWilliams [Dkt. No. 7554], and the Notice of Objection and Hearing were served as described in the Certificate of Service of Andrew G. Vignali, filed on May 28, 2020 [Dkt. No. 7639].

The deadline to file responses or oppositions to the Second Omnibus Objection has passed. No oppositions have been filed with the Court or received by counsel for the Debtors.

The Debtors received an informal inquiry from one claimholder, Whitebox Multi-Strategy Partners, LP, regarding a potential global resolution by settlement of claims held by Whitebox (the "**Whitebox Claims**"). Settlement discussions are ongoing. Accordingly, this Request for Entry of Order by Default does not seek to disallow any Whitebox Claim.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

The Debtors received an informal inquiry from a second claimholder, Cognizant Worldwide, regarding Debtors' objection to Claim No. 17475 (the "**Cognizant Claims**"). The Debtors agreed to provide Cognizant with an extension until June 23, 2020 to respond to the objection and to continue the hearing (if one is ultimately necessary) to July 7, 2020. Accordingly, this Request for Entry of Order by Default does not seek to disallow any Cognizant Claim.

The Debtors received an informal inquiry from a third claimholder, GG2U and Associates, LLC, regarding the Debtors' objection to Claim No. 2027 (the "**GG2U Claim**"), as a result of which Debtors are withdrawing their objection to the GG2U Claim at this time, without prejudice and reserving all rights.

The Debtors received an informal inquiry from a fourth claimholder, SPCP Group, LLC ("**SPCP**"), regarding the Debtors' objection to Claim No. 7272 and Claim No. 72465 (the "**SPCP Claims**"). Debtors have come to agreement with the holder of the SPCP Claims regarding Debtors' objections to those claims. The Debtors and SPCP have agreed that Claim No. 72565 will be disallowed as duplicative of Claim No. 72465 (Claim No. 72465 will not be disallowed, but will be the surviving claim). The Debtors are withdrawing their objections to the SPCP Claims set forth in the Second Omnibus Objection, but reserve their rights to object to the SPCP Claims on any grounds in the future. SPCP reserves its right to defend against any such future objections. Accordingly, this Request for Entry of Order by Default does not seek to disallow the SPCP Claims.

As specified in the Second Omnibus Objection, the Proofs of Claim listed in the column headed "Surviving Claims" are unaffected by the Second Omnibus Objection, and no relief is being requested as to those claims.

**DECLARATION OF NO OPPOSITION RECEIVED**

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that:

1. I am an attorney with the firm of Keller Benvenutti Kim LLP, co-counsel for the Debtors.

2. I have reviewed the Court's docket in the Chapter 11 Cases and have determined that no response or opposition has been filed with respect to the Second Omnibus Objection.

3. This declaration was executed in San Francisco, California.

WHEREFORE, the Debtors hereby request entry of an Order disallowing and expunging the Proofs of Claims listed in the column headed "Claims to be Disallowed and Expunged" in Exhibit 1 to this Request (which listed Claims are identical to those listed in Exhibit 1 to the Second Omnibus Objection, but for the exclusion of Whitebox Claims, the Cognizant Claims, the GG2U Claim, and the SPCP Claims).

Dated:  June 17, 2020

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**

/s/      *Dara L. Silveira*
       Dara L. Silveira

*Attorneys for Debtors and Debtors in Possession*

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Accelerated Construction & Metal, LLC<br><br>2955 Farrar Ave<br>Modesto, CA 95354 | 1538 | Pacific Gas and Electric Company | $0.00 (S)<br>$35,857.34 (A)<br>$0.00 (P)<br>$23,580.66 (U)<br>$59,438.00 (T) | Amended & Replaced Claims | Accelerated Construction & Metal, LLC<br><br>2955 FARRAR AVE<br>MODESTO, CA 95354 | 4198 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$66,668.00 (U)<br>$66,668.00 (T) |
| Aggreko, LLC<br><br>4607 W. Admiral Doyle Drive<br>New Iberia, LA 70560 | 8400 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,861,925.07 (U)<br>$1,861,925.07 (T) | Amended & Replaced Claims | Aggreko, LLC<br><br>4607 W. Admiral Doyle Drive<br>New Iberia, LA 70560 | 89969 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,444,421.09 (U)<br>$1,444,421.09 (T) |
| Altec Industries, Inc.<br><br>Regan Loper Burr & Forman LLP 420 North 20th Street, Suite 3400<br>Birmingham, AL 35203 | 3278 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$84,852.36 (U)<br>$84,852.36 (T) | Amended & Replaced Claims | Altec Industries, Inc.<br><br>Burr & Forman LLP Regan Loper 420 20th Street North, Suite 3400<br>Birmingham, AL 35203 | 96350 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$92,676.68 (U)<br>$92,676.68 (T) |
| American Compliance Services, LTD.<br><br>554 Morning Glory Dr.<br>Benicia, CA 94510 | 1161 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$15,341.00 (U)<br>$15,341.00 (T) | Duplicative Claims | American Compliance Services, LTD.<br><br>554 Morning Glory Dr.<br>Benicia, CA 94510 | 78068 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$15,341.00 (U)<br>$15,341.00 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Appian Corporation<br><br>Chris Winters, General Counsel 11955 Democracy Drive, 17th Floor<br>Reston, VA 20190 | 2178 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$58,448.13 (U)<br>$58,448.13 (T) | Amended & Replaced Claims | Appian Corporation<br><br>Chris Winters, General Counsel 11955 Democracy Drive, 17th Floor<br>Reston, VA 20190 | 2180 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$58,448.13 (U)<br>$58,448.13 (T) |
| Avenue Strategic Opportunities Fund, LP as Transferee of Cowen Special Investments LLC<br><br>Attn: David Leinwand 11 West 42nd Street, 9th Floor 2677 N. Main St., Suite 910<br>New York, NY 10036 | 7220 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$276,779.41 (U)<br>$276,779.41 (T) | Amended & Replaced Claims | Avenue Strategic Opportunities Fund, LP as Transferee of Cowen Special Investments LLC<br><br>Attn: David Leinwand 11 West 42nd Street, 9th Floor<br>New York, NY 10036 | 16800 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$264,097.70 (U)<br>$264,097.70 (T) |
| Baldwin Aviation, Inc.<br><br>PO Box 21312<br>Hilton Head Island, SC 29925 | 2325 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,555.00 (U)<br>$3,555.00 (T) | Amended & Replaced Claims | Baldwin Aviation, Inc.<br><br>PO Box 21312<br>Hilton Head Island, SC 29925 | 2326 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,975.00 (U)<br>$1,975.00 (T) |
| Beckwith Electric Co., Inc<br><br>Attn: Linda Caporaso 6190 118th Avenue North<br>Largo, FL 33773 | 3049 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$18,752.01 (U)<br>$18,752.01 (T) | Amended & Replaced Claims | Beckwith Electric Co., Inc.<br><br>Linda Caporaso 6190 118th Avenue North<br>Largo, FL 33773 | 97065 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,571.39 (U)<br>$10,571.39 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Bordges Timber Inc.<br><br>4940 Old French Town Road<br>Shingle Springs, CA 95682 | 93291 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,844,143.75 (U)<br>$4,844,143.75 (T) | Wrong Case | Bordges Timber Inc<br><br>4940 Old French Town Road<br>Shingle Springs , CA 95682 | 93235 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,844,143.75 (U)<br>$4,844,143.75 (T) |
| Bordges Timber Inc.<br><br>4940 OLD FRENCH TOWN ROAD<br>SHINGLE SPRINGS, CA 95682 | 2749 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,543,507.16 (U)<br>$5,543,507.16 (T) | Amended & Replaced Claims | Bordges Timber Inc<br><br>4940 Old French Town Road<br>Shingle Springs , CA 95682 | 93235 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,844,143.75 (U)<br>$4,844,143.75 (T) |
| Bordges Timber Inc.<br><br>4940 Old French Town Road<br>Shingle Springs , CA 95682 | 2759 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,543,507.16 (U)<br>$5,543,507.16 (T) | Amended & Replaced Claims | Bordges Timber Inc<br><br>4940 Old French Town Road<br>Shingle Springs , CA 95682 | 93235 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,844,143.75 (U)<br>$4,844,143.75 (T) |
| Bradford Capital Holdings, LP as Transferee of Colibri Ecological Consulting LLC<br>c/o Bradford Capital Management, LLC<br>Clifton, NJ 07012 | 1597 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,369.76 (U)<br>$3,369.76 (T) | Amended & Replaced Claims | Bradford Capital Holdings, LP, as Assignee of Colibri Ecological Consulting, LLC<br>c/o Bradford Capital Holdings, LLC PO Box 4353<br>Clifton, NJ 07012 | 96456 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,420.03 (U)<br>$4,420.03 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Bradford Capital Holdings, LP as Transferee of Colibri Ecological Consulting LLC<br>c/o Bradford Capital Management, LLC<br>Clifton, NJ 07012 | 1660 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$1,792.99 (P)<br>$0.00 (U)<br>$1,792.99 (T) | Amended & Replaced Claims | Bradford Capital Holdings, LP, as Assignee of Colibri Ecological Consulting, LLC<br>c/o Bradford Capital Holdings, LLC PO Box 4353<br>Clifton, NJ 07012 | 96456 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,420.03 (U)<br>$4,420.03 (T) |
| Bradford Capital Holdings, LP as Transferee of Colibri Ecological Consulting LLC<br>c/o Bradford Capital Management, LLC<br>Clifton, NJ 07012 | 7730 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$330.00 (P)<br>$0.00 (U)<br>$330.00 (T) | Amended & Replaced Claims | Bradford Capital Holdings, LP, as Assignee of Colibri Ecological Consulting, LLC<br>c/o Bradford Capital Holdings, LLC PO Box 4353<br>Clifton, NJ 07012 | 96456 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,420.03 (U)<br>$4,420.03 (T) |
| Bradford Capital Holdings, LP as Transferee of Colibri Ecological Consulting LLC<br>c/o Bradford Capital Management, LLC<br>Clifton, NJ 07012 | 7761 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$1,462.99 (P)<br>$0.00 (U)<br>$1,462.99 (T) | Amended & Replaced Claims | Bradford Capital Holdings, LP, as Assignee of Colibri Ecological Consulting, LLC<br>c/o Bradford Capital Holdings, LLC PO Box 4353<br>Clifton, NJ 07012 | 96456 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,420.03 (U)<br>$4,420.03 (T) |
| Calaveras Telephone Company<br><br>513 Main St<br>Copperopolis, CA 95228 | 19867 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$105.14 (P)<br>$1,277.25 (U)<br>$1,382.39 (T) | Duplicative Claims | Calaveras Telephone Company<br><br>513 Main St<br>Copperopolis, CA 95228 | 19878 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$105.14 (P)<br>$1,277.25 (U)<br>$1,382.39 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Calaveras Telephone Company<br><br>513 Main St<br>Copperopolis, CA  95228 | 8471 | PG&E Corporation | $0.00  (S)<br>$0.00  (A)<br>$105.14  (P)<br>$1,277.25  (U)<br>$1,382.39  (T) | Wrong Case | Calaveras Telephone Company<br><br>513 Main St<br>Copperopolis, CA  95228 | 19878 | Pacific Gas and Electric Company | $0.00  (S)<br>$0.00  (A)<br>$105.14  (P)<br>$1,277.25  (U)<br>$1,382.39  (T) |
| Central Coast Land Services, Inc.<br><br>Michael Filbin PO Box 961<br>Capitola, CA  95010 | 970 | Pacific Gas and Electric Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$71,462.79  (U)<br>$71,462.79  (T) | Amended & Replaced Claims | Central Coast Land Services, Inc.<br><br>Michael Filbin PO Box 961 P.O. BOX 961<br>CAPITOLA, CA  95010 | 16870 | Pacific Gas and Electric Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$71,462.79  (U)<br>$71,462.79  (T) |
| Central Coast Land Services, Inc.<br><br>Michael Filbin PO Box 961<br>Capitola, CA  95010 | 2274 | Pacific Gas and Electric Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$16,305.08  (U)<br>$16,305.08  (T) | Amended & Replaced Claims | Central Coast Land Services, Inc.<br><br>Michael Filbin PO Box 961 P.O. BOX 961<br>CAPITOLA, CA  95010 | 16870 | Pacific Gas and Electric Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$71,462.79  (U)<br>$71,462.79  (T) |
| Cherokee Debt Acquisition, LLC as Transferee of CSI Services, Inc<br><br>Attn: Vladimir Jelisavcic<br>New York, NY  10019 | 74885 | Pacific Gas and Electric Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,042.50  (U)<br>$5,042.50  (T) | Amended & Replaced Claims | Cherokee Debt Acquisition, LLC as Transferee of CSI Services, Inc<br><br>Attn: Vladimir Jelisavcic 1384 Broadway, Suite 906<br>New York, NY  10018 | 100289 | Pacific Gas and Electric Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$49,277.50  (U)<br>$49,277.50  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | Basis For Objection | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Clear Path Utility Solutions, LLC<br><br>Stephen Tankersley 612 Lakeridge Drive Auburn, CA 95603 | 3635 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$97,800.00 (U)<br>$97,800.00 (T) | Wrong Case | Clear Path Utility Solutions, LLC<br><br>Stephen Tankersley 612 Lakeridge Drive Auburn, CA 95603 | 3603 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$97,800.00 (U)<br>$97,800.00 (T) |
| Clear Path Utility Solutions, LLC<br><br>Stephen Tankersley 612 Lakeridge Drive Auburn, CA 95603 | 1519 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$554,041.88 (U)<br>$554,041.88 (T) | Amended & Replaced Claims | Clear Path Utility Solutions, LLC<br><br>Stephen Tankersley 612 Lakeridge Drive Auburn, CA 95603 | 3603 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$97,800.00 (U)<br>$97,800.00 (T) |
| Clear Path Utility Solutions, LLC<br><br>Stephen Tankersley 612 Lakeridge Drive Auburn, CA 95603 | 1606 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$554,041.88 (U)<br>$554,041.88 (T) | Amended & Replaced Claims | Clear Path Utility Solutions, LLC<br><br>Stephen Tankersley 612 Lakeridge Drive Auburn, CA 95603 | 3603 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$97,800.00 (U)<br>$97,800.00 (T) |
| Contract Callers, Inc.<br><br>Attn: Ann Wheeler 501 Greene Street Suite 302 Augusta, GA 30901 | 2052 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$16,468.73 (U)<br>$16,468.73 (T) | Wrong Case | Vendor Recover Fund IV, LLC as Transferee of Contract Callers Inc<br><br>Attn: Edwin K. Camson PO Box 669 Smithtown, NY 11787 | 2045 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$16,468.73 (U)<br>$16,468.73 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Contrarian Funds, LLC as Transferee of D.G. Honegger Consulting<br><br>Attn: Alisa Mumola 411 West Putnam Ave., Suite 425 Greenwich, CT 06830 | 1428 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$55,945.00 (U)<br>$55,945.00 (T) | Amended & Replaced Claims | Contrarian Funds, LLC as Transferee of D.G. Honegger Consulting<br><br>Attn: Alisa Mumola 411 West Putnam Ave., Suite 425 Greenwich, CT 06830 | 2925 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$62,970.00 (U)<br>$62,970.00 (T) |
| Contrarian Funds, LLC as Transferee of D.G. Honegger Consulting<br><br>Attn: Alisa Mumola 411 West Putnam Ave., Suite 425 Greenwich, CT 06830 | 2892 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$62,972.00 (U)<br>$62,972.00 (T) | Amended & Replaced Claims | Contrarian Funds, LLC as Transferee of D.G. Honegger Consulting<br><br>Attn: Alisa Mumola 411 West Putnam Ave., Suite 425 Greenwich, CT 06830 | 2925 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$62,970.00 (U)<br>$62,970.00 (T) |
| Credit Management<br><br>Attn Legal 6080 Tennyson Parkway Suite 100<br><br>Plano, TX 75024 | 1669 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$16,521.68 (U)<br>$16,521.68 (T) | Amended & Replaced Claims | Credit Management, LP<br><br>Credit Management - Attn Legal 6080 Tennyson Parkway Suite 100<br>Plano, TX 75024 | 9815 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$16,521.68 (U)<br>$16,521.68 (T) |
| Curtiss-Wright Flow Control Services, LLC<br><br>George P. McDonald, Associate General Counsel 400 Interpace Parkway Building D Building D, Floor 1 Suite 101<br>Parsippany, NJ 07054 | 1906 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$70,960.00 (U)<br>$70,960.00 (T) | Amended & Replaced Claims | Curtiss-Wright Flow Control Services, LLC<br><br>George P. McDonald, Associate General Counsel 400 Interpace Parkway Building D Building D, Floor 1 Suite 101<br>Parsippany, NJ 07054 | 96887 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$59,883.00 (U)<br>$59,883.00 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| EXO Group LLC<br><br>32628 DECKER PRAIRIE ROAD, SUITE 1<br><br>MAGNOLIA, TX 77355 | 3018 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$195,890.50 (U)<br>$195,890.50 (T) | Amended & Replaced Claims | Exo Group, LLC<br><br>c/o Zachary Oliphant 32628 Decker Prairie Road, Suite 1<br><br>Magnolia, TX 77355 | 86618 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$294,745.00 (U)<br>$294,745.00 (T) |
| Forell/Elsesser Engineers, Inc.<br><br>PAUL RODLER, SE 160 PINE STREET, 6TH FLOOR<br>SAN FRANCISCO, CA 94111 | 2096 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$18,900.00 (U)<br>$18,900.00 (T) | Amended & Replaced Claims | Forell/Elsesser Engineers, Inc.<br><br>PAUL RODLER, SE 160 PINE STREET, 6TH FLOOR<br>SAN FRANCISCO, CA 94111 | 4535 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$27,417.30 (U)<br>$27,417.30 (T) |
| Fusion Risk Management, Inc.<br><br>Lisa Eilers Manager, Business Operations 3601 W. Algonquin Road Suite 500<br>Rolling Meadows, IL 60108 | 1301 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$6,564.69 (U)<br>$6,564.69 (T) | Amended & Replaced Claims | Fusion Risk Management, Inc.<br><br>Lisa Eilers Manager, Business Operations 3601 W. Algonquin Road Suite 500<br>Rolling Meadows, IL 60108 | 3029 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$9,529.38 (U)<br>$9,529.38 (T) |
| Fusion Risk Management, Inc.<br><br>Lisa Eilers Manager, Business Operations 3601 W. Algonquin Road Suite 500<br>Rolling Meadows, IL 60108 | 3026 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$9,529.38 (U)<br>$9,529.38 (T) | Duplicative Claims | Fusion Risk Management, Inc.<br><br>Lisa Eilers Manager, Business Operations 3601 W. Algonquin Road Suite 500<br>Rolling Meadows, IL 60108 | 3029 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$9,529.38 (U)<br>$9,529.38 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| GEL Laboratories, LLC<br><br>PO Box 30712<br>Charleston, SC 29417-0712 | 1903 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$16,203.47 (U)<br>$16,203.47 (T) | Amended & Replaced Claims | GEL Laboratories, LLC<br><br>PO Box 30712<br>Charleston, SC 29417-0712 | 3593 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$25,085.44 (U)<br>$25,085.44 (T) |
| Hashimoto, Lewis K.<br><br>Arroyo Seco Consulting 136 S. Arroyo Blvd.<br>Pasadena, CA 91105-1535 | 1705 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,070.00 (U)<br>$5,070.00 (T) | Amended & Replaced Claims | Hashimoto, Lewis K.<br><br>Arroyo Seco Consulting 136 S. Arroyo Blvd.<br>Pasadena, CA 91105-1535 | 1890 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,330.00 (U)<br>$5,330.00 (T) |
| High Country Forestry<br><br>438 SHASTA WAY<br>MOUNT SHASTA, CA 96067 | 1285 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$209,121.20 (U)<br>$209,121.20 (T) | Wrong Case | High Country Forestry<br><br>438 Shasta Way<br>Mount Shasta, CA 96067 | 1286 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$209,121.20 (U)<br>$209,121.20 (T) |
| Industry Packing & Seal Inc<br><br>69 Lincoln Blvd. Suite A-313<br>Lincoln, CA 95648 | 964 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,355.75 (U)<br>$4,355.75 (T) | Wrong Case | Industry Packing & Seal Inc.<br><br>69 Lincoln Blvd. Suite A-313<br>Lincoln, CA 95648 | 1575 | Pacific Gas and Electric Company | $0.00 (S)<br>$3,971.92 (A)<br>$0.00 (P)<br>$383.55 (U)<br>$4,355.47 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Industry Packing & Seal Inc<br><br>69 Lincoln Blvd. Suite A-313<br>Lincoln, CA 95648 | 967 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,355.47 (U)<br>$4,355.47 (T) | Duplicative Claims | Industry Packing & Seal Inc.<br><br>69 Lincoln Blvd. Suite A-313<br>Lincoln, CA 95648 | 1575 | Pacific Gas and Electric Company | $0.00 (S)<br>$3,971.92 (A)<br>$0.00 (P)<br>$383.55 (U)<br>$4,355.47 (T) |
| Kleinfelder, Inc.<br><br>ATTN: LEGAL DEPARTMENT 550 WEST C STREET, SUITE 1200<br>SAN DIEGO, CA 92101 | 4640 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,063,586.60 (U)<br>$1,063,586.60 (T) | Amended & Replaced Claims | Kleinfelder, Inc.(formerly known as Kleinfelder West, Inc.)<br><br>Kleinfelder, Inc. Attn: Legal Department 550 West C Street, Suite 1200<br>San Diego, CA 92101 | 99334 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,048,442.38 (U)<br>$1,048,442.38 (T) |
| Kleinfelder, Inc.(formerly known as Kleinfelder West, Inc.)<br><br>Attn: Legal Department 550 West C Street, Suite 1200<br>San Diego, CA 92101 | 5979 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,063,586.60 (U)<br>$1,063,586.60 (T) | Amended & Replaced Claims | Kleinfelder, Inc.(formerly known as Kleinfelder West, Inc.)<br><br>Kleinfelder, Inc. Attn: Legal Department 550 West C Street, Suite 1200<br>San Diego, CA 92101 | 99334 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,048,442.38 (U)<br>$1,048,442.38 (T) |
| Olympus Peak Master Fund LP<br><br>c/o Olympus Peak Asset Management LP Attn: Leah Silverman, General Counsel 745 Fifth Avenue, Suite 1604<br>New York, NY 10151 | 3388 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,176,353.00 (U)<br>$4,176,353.00 (T) | Amended & Replaced Claims | Olympus Peak Master Fund LP<br><br>c/o Olympus Peak Asset Management LP Attn: Leah Silverman<br>New York, NY 10151 | 65809 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,176,353.00 (U)<br>$4,176,353.00 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Olympus Peak Master Fund LP as Transferee of Air Products and Chemicals, Inc.<br><br>Attn: Leah Silverman 745 Fifth Avenue<br><br>New York, NY 10151 | 2949 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$307,583.43 (U)<br>$307,583.43 (T) | Amended & Replaced Claims | Olympus Peak Master Fund LP<br><br>c/o Olympus Peak Asset Management LP Attn: Leah Silverman, General Counsel 745 Fifth Avenue, Suite 1604<br><br>New York, NY 10151 | 58429 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$307,583.43 (U)<br>$307,583.43 (T) |
| Olympus Peak Master Fund LP as Transferee of ETIC<br><br>Attn: Leah Silverman<br><br>New York, NY 10151 | 9020 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,252,531.40 (U)<br>$1,252,531.40 (T) | Amended & Replaced Claims | Olympus Peak Master Fund LP<br><br>Attn: Leah Silverman, General Counsel 745 Fifth Avenue - Suite 1604<br><br>New York, NY 10151 | 68898 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,252,531.40 (U)<br>$1,252,531.40 (T) |
| Olympus Peak Master Fund LP as Transferee of Far Western Anthropological Research Group, Inc<br><br>Attn: Leah Silverman<br><br>New York, NY 10151 | 8864 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$219,912.06 (U)<br>$219,912.06 (T) | Amended & Replaced Claims | Olympus Peak Master Fund LP<br><br>c/o Olympus Peak Asset Management LP Attn: Leah Silverman, General Counsel 745 Fifth Avenue, Suite 1604<br><br>New York, NY 10151 | 58582 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$219,912.06 (U)<br>$219,912.06 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Olympus Peak Master Fund LP as Transferee of Far Western Anthropological Research Group, Inc.<br><br>Attn: Leah Silverman<br><br>New York, NY 10151 | 5440 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$474,698.41 (U)<br>$474,698.41 (T) | Amended & Replaced Claims | Olympus Peak Master Fund LP<br><br>c/o Olympus Peak Asset Management LP Attn: Leah Silverman, General Counsel 745 Fifth Avenue, Suite 1604<br>New York, NY 10151 | 58582 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$219,912.06 (U)<br>$219,912.06 (T) |
| Olympus Peak Master Fund LP as Transferee of Arcos LLC<br><br>Attn: Leah Silverman 745 Fifth Avenue, Suite 1604 100 S. Third Street<br>New York, NY 10151 | 71758 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$332,373.96 (U)<br>$332,373.96 (T) | Amended & Replaced Claims | Olympus Peak Master Fund LLC<br><br>Attn: Leah Silverman, General Counsel 745 Fifth Avenue-Suite 1604<br>New York, NY 10151 | 88595 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$332,373.96 (U)<br>$332,373.96 (T) |
| SPCP Group LLC as Transferee of Frase Enterprises, Inc. dba Kortick Manufacturing Company<br><br>Attn: Operations 2 Greenwich Plaza 1st Floor Greenwich, CT 06830 | 2262 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$305,090.30 (U)<br>$305,090.30 (T) | Amended & Replaced Claims | SPCP Group LLC as Transferee of Frase Enterprises, Inc. dba Kortick Manufacturing Company<br><br>Attn: Operations 2 Greenwich Plaza 1st Floor Greenwich, CT 06830 | 2849 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$305,090.30 (U)<br>$305,090.30 (T) |
| SPCP Group, LLC as Transferee of Almendariz Consulting, Inc<br><br>Attn: Brian Jarmain and Operations 2 Greenwich Plaza Greenwich, CT 06830 | 19907 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,438,338.75 (U)<br>$1,438,338.75 (T) | Duplicative Claims | SPCP Group, LLC as Transferee of Almendariz Consulting, Inc<br><br>Attn: Brian Jarmain and Operations 2 Greenwich Plaza Greenwich, CT 06830 | 63320 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,438,338.75 (U)<br>$1,438,338.75 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| SPCP Group, LLC as Transferee of Cal Valley Construction, Inc<br><br>Attn: Brian Jarmain<br>Greenwich, CT 06830 | 3468 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$296,808.71 (U)<br>$296,808.71 (T) | Amended & Replaced Claims | SPCP Group, LLC as Transferee of Cal Valley Construction, Inc<br><br>Attn: Brian Jarmain<br>Greenwich, CT 06830 | 7302 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$296,808.71 (U)<br>$296,808.71 (T) |
| Tannor Partners Credit Fund, LP As Transferee of Laboratory Corporation of America<br><br>Attn: Robert J.Tannor 3536 Los Pinos Drive<br>Santa Barbara, CA 93105 | 1102 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$19,314.00 (U)<br>$19,314.00 (T) | Amended & Replaced Claims | Tannor Partners Credit Fund LP<br><br>Attn: Robert J. Tanner 3536 Los Pinos Drive<br>Santa Barbara, CA 93105 | 1947 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$19,809.90 (U)<br>$19,809.90 (T) |
| VonWin Capital Management, L.P. as Transferee of Jeffco Painting & Coating, Inc.<br><br>Attn: General Counsel 261 Fifth Avenue, 22nd Floor<br>New York, NY 10016 | 2043 | Pacific Gas and Electric Company | $0.00 (S)<br>$36,000.76 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$36,000.76 (T) | Amended & Replaced Claims | VonWin Capital Management, L.P. as Transferee of Jeffco Painting & Coating, Inc.<br><br>Attn: General Counsel<br>New York, NY 10016 | 3873 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$36,000.76 (U)<br>$36,000.76 (T) |
| VonWin Capital Management, L.P. as Transferee of Jeffco Painting & Coating, Inc.<br><br>Attn: General Counsel<br>New York, NY 10016 | 2049 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$36,000.76 (U)<br>$36,000.76 (T) | Amended & Replaced Claims | VonWin Capital Management, L.P. as Transferee of Jeffco Painting & Coating, Inc.<br><br>Attn: General Counsel<br>New York, NY 10016 | 3873 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$36,000.76 (U)<br>$36,000.76 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| VonWin Capital Management, LP as Transferee of GlobalSource Inc<br><br>Attn: General Counsel<br>New York, NY 10016 | 3100 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$12,730.50 (U)<br>$12,730.50 (T) | Duplicative Claims | VonWin Capital Management, LP<br><br>261 Fifth Avenue, 22nd Floor<br>New York, NY 10016 | 3157 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$12,730.50 (U)<br>$12,730.50 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".