**From:** Will Abrams end2endconsulting@gmail.com
**Subject:** Re: [EXT] Fwd: 19-30088-DM: Abrams Motion to Reconsider of Registration Rights Order
**Date:** June 16, 2020 at 3:30 PM
**To:** Bray, Gregory  GBray@milbank.com
**Cc:** Bice, William  WBice@milbank.com,  Dexter, Erin  EDexter@milbank.com



Understood, thank you for your prompt response.

Respectfully,

Will Abrams

> On Jun 16, 2020, at 3:26 PM, Bray, Gregory <GBray@milbank.com> wrote:
>
> Mr Abrams,
> The UCC supports the relief requested by the Debtors. Consequently, we will oppose any motion for reconsideration.
>
> Gregory Bray
> Milbank
> (O)424 386 4470
> (M)310 753 8781
>
>> On Jun 16, 2020, at 3:24 PM, Will Abrams <end2endconsulting@gmail.com> wrote:
>>
>>
>> Mr. Bice, Mr. Bray and Ms. Dexter -
>>
>> I have attached my motion for reconsideration and relief from the Order regarding the registration rights agreement and related agreements of the fire victim trust that was filed today [Dkt. 7974]. Please, let me know if the Official Committee of Unsecured Creditors would be willing to discuss these concerns and potentially file a joinder in support of my motion.  Additionally, I would appreciate the UCCs' support of a timeline to ensure that this motion is heard at the next hearing time given the time sensitive nature of this matter.  Please, let me know as soon as possible.
>>
>> Thanks,
>>
>> Will Abrams
>> (707) 397-5727
>>
>>> Begin forwarded message:
>>>
>>> **From:** Will Abrams <end2endconsulting@gmail.com>
>>> **Subject: 19-30088-DM: Abrams Motion to Reconsider of Registration Rights Order**
>>> **Date:** June 16, 2020 at 1:29:30 PM PDT
>>> **To:** CANB-EMERGENCY-FILINGS@canb.uscourts.gov
>>> **Cc:** Lorena Parada <Lorena_Parada@canb.uscourts.gov>
>>>
>>> Attention US Bankruptcy Docket Clerk:
>>>
>>> As suggested by the court, I am emailing the following "***WILLIAM B. ABRAMS MOTION FOR RECONSIDERATION AND RELIEF FROM THE ORDERS PURSUANT TO U.S.C. §§ 363(b) AND 105(a) AND BANKRUPTCY RULE 9024 APPROVING THE PARTIES' JOINT STIPULATION REGARDING***

***THE REGISTRATION RIGHTS AGREEMENT AND RELATED AGREEMENTS OF THE FIRE VICTIM TRUST"*** according to the COVID response procedures. Please, post this as soon as possible to the docket (Case # 19-30088-DM).

Respectfully submitted,

William B. Abrams
Pro Se Claimant
(707) 397-5727

<PDFA Abrams Motion Reconsideration Registration Rights Order 6.16.20 (1).pdf.attachctrl>

=============================================================

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.