**EXHIBIT B**

**From:** Julian, Robert rjulian@bakerlaw.com
**Subject:** Re: 19-30088-DM: Abrams Motion to Reconsider of Registration Rights Order
**Date:** June 16, 2020 at 6:17 PM
**To:** Will Abrams end2endconsulting@gmail.com
**Cc:** Attard, Lauren lattard@bakerlaw.com, Green, Elizabeth A. egreen@bakerlaw.com, Morris, Kimberly S. kmorris@bakerlaw.com, Richardson, David J. drichardson@bakerlaw.com

Will,
I will review this in the morning.
Thanks,

Robert Julian
Partner
Transamerica Pyramid Center
Baker Hostetler

600 Montgomery Street - Suite 3100
San Francisco, CA 94111
Tel: 415 659 2630
Mobile 415 806 6000
rjulian@bakerlaw.com
bakerlaw.com

> On Jun 16, 2020, at 3:12 PM, Will Abrams <end2endconsulting@gmail.com> wrote:
>
> TCC Counsel -
>
> I have attached my motion for reconsideration and relief from the Order regarding the registration rights agreement and related agreements of the fire victim trust that was filed today [Dkt. 7974]. The court suggested today that I file this and hoping that you will support a timeline to ensure that it is heard at the next hearing given the time sensitive nature of this motion. Please, let me know as soon as possible.
>
> Thanks,
>
> Will Abrams
> (707) 397-5727
>
>> Begin forwarded message:
>>
>> **From:** Will Abrams <end2endconsulting@gmail.com>
>> **Subject: 19-30088-DM: Abrams Motion to Reconsider of Registration Rights Order**
>> **Date:** June 16, 2020 at 1:29:30 PM PDT
>> **To:** CANB-EMERGENCY-FILINGS@canb.uscourts.gov
>> **Cc:** Lorena Parada <Lorena_Parada@canb.uscourts.gov>
>>
>> Attention US Bankruptcy Docket Clerk:
>>
>> As suggested by the court, I am emailing the following "***WILLIAM B. ABRAMS MOTION FOR RECONSIDERATION AND RELIEF FROM THE ORDERS PURSUANT TO U.S.C. §§ 363(b) AND 105(a) AND BANKRUPTCY RULE 9024 APPROVING THE PARTIES' JOINT STIPULATION REGARDING THE REGISTRATION RIGHTS AGREEMENT AND RELATED AGREEMENTS OF THE FIRE VICTIM TRUST***" according to the COVID response procedures. Please, post this as soon as possible to the docket (Case # 19-30088-DM).
>>
>> Respectfully submitted,

William B. Abrams
Pro Se Claimant
(707) 397-5727

<PDFA Abrams Motion Reconsideration Registration Rights Order 6.16.20 (1).pdf>

This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content
of this email is limited to the matters specifically addressed herein
and may not contain a full description of all relevant facts or a
complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result
of e-mail transmission.