**From:** CANB Emergency Filings
**To:**
**Cc:**
**Subject:** FW: 19-30088-DM: Abrams Motion to Shorten and Declaration
**Date:** Wednesday, June 17, 2020 4:15:12 PM
**Attachments:** PDF Abrams Motion Shorten Time 6.17.20.pdf
PDF Declaration Abrams Motion Shorten Time 6.17.20.pdf
UCC Response to Motion Reconsideration 6.16.20.pdf
TCC Response to Motion Reconsideration 6.16.20.pdf

**From:** Will Abrams <​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​>
**Sent:** Wednesday, June 17, 2020 3:50 PM
**To:** CANB Emergency Filings <CANB-EMERGENCY-FILINGS@canb.uscourts.gov>
**Cc:**
**Subject:** Fwd: 19-30088-DM: Abrams Motion to Shorten and Declaration

Sorry, to send this follow up but as it approaches 4pm I am concerned that this has not been posted to docket due to the time sensitive nature of the filing. It may just be due to the lag between the time it hits the docket and when it is posted to Prime Clerk but just wanted to follow up. I understand and appreciate that given these COVID restrictions that the court processes are impacted so just sending this off just as a precaution as we approach 4pm. Please, confirm receipt and posting if you are able to do so.

Respectfully and appreciatively,

Will Abrams

> Begin forwarded message:
>
> **From:** Will Abrams <​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​>
> **Subject: 19-30088-DM: Abrams Motion to Shorten and Declaration**
> **Date:** June 17, 2020 at 2:08:34 PM PDT
> **To:** CANB-EMERGENCY-FILINGS@canb.uscourts.gov
> **Cc:**
>
> Attention US Bankruptcy Docket Clerk:
>
> I am emailing the following "***EX PARTE* MOTION OF WILLIAM B. ABRAMS PURSUANT TO B.L.R. 9006-1 REQUESTING ORDER SHORTENING TIME FOR HEARING ON WILLIAM B. ABRAMS MOTION FOR RECONSIDERATION AND RELIEF FROM THE ORDERS PURSUANT TO U.S.C. §§ 363(b) AND 105(a) AND BANKRUPTCY RULE 9024 APPROVING THE PARTIES' JOINT STIPULATION REGARDING THE REGISTRATION RIGHTS AGREEMENT AND RELATED AGREEMENTS OF THE FIRE VICTIM TRUST"** AND THE "**DECLARATION OF WILLIAM B. ABRAMS IN SUPPORT OF *EX PARTE* MOTION OF

**WILLIAM B. ABRAMS PURSUANT TO B.L.R. 9006-1 REQUESTING ORDER SHORTENING TIME FOR HEARING ON WILLIAM B. ABRAMS MOTION FOR RECONSIDERATION AND RELIEF FROM THE ORDERS PURSUANT TO U.S.C. §§ 363(b) AND 105(a) AND BANKRUPTCY RULE 9024 APPROVING THE PARTIES' JOINT STIPULATION REGARDING THE REGISTRATION RIGHTS AGREEMENT AND RELATED AGREEMENTS OF THE FIRE VICTIM TRUST"** plus **EXHIBIT A** and **EXHIBIT B** supporting that declaration. These are in support of my earlier filed Motion for Reconsideration [Dkt. 7974]. I am submitting this according to the COVID response procedures. Please, post this as soon as possible to the docket (Case # 19-30088-DM).


Respectfully submitted,


William B. Abrams

Pro Se Claimant

███████████