William B. Abrams
end2endconsulting@gmail.com
1519 Branch Owl Place
Santa Rosa, CA, 95409
Tel: 707 397 5727

*Pro Se Claimant and*

*Party to California Public Utilities Commission Proceeding I.19-09-016 to Consider the Ratemaking and Other Implications of a Proposed Plan for Resolution of Voluntary Case filed by Pacific Gas and Electric Company, pursuant to Chapter 11 of the Bankruptcy Code, in the United States Bankruptcy Court, Northern District of California, San Francisco Division, In re Pacific Gas and Electric Corporation and Pacific Gas and Electric Company, Case No. 19- 30088.*

*Party to California Public Utilities Commission Proceeding I.15-08-019 to Determine whether Pacific Gas and Electric Company and PG&E's Corporation's Organizational Culture and Governance Prioritizes Safety*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>-and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>\* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Bankr. Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION OF WILLIAM B. ABRAMS IN SUPPORT OF *EX PARTE* MOTION OF WILLIAM B. ABRAMS PURSUANT TO B.L.R. 9006-1 REQUESTING ORDER SHORTENING TIME FOR HEARING ON WILLIAM B. ABRAMS MOTION FOR RECONSIDERATION AND RELIEF FROM THE ORDERS PURSUANT TO U.S.C. §§ 363(b) AND 105(a) AND BANKRUPTCY RULE 9024 APPROVING THE PARTIES' JOINT STIPULATION REGARDING THE REGISTRATION RIGHTS AGREEMENT AND RELATED AGREEMENTS OF THE FIRE VICTIM TRUST**<br><br>Related Documents: Dkt. 7974 |

I, William B. Abrams, pursuant to section 1746 of title 28 of the United States Code, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. I am a claimant and a PG&E Fire Survivor who has engaged in this proceeding as a Pro Se party to promote and collaborate with core parties in good-faith towards a plan that provides a restructured PG&E oriented towards safe and reliable service as well as just settlements for all claimants.

2. I submit this declaration in support of this Motion (the "**Motion to Shorten**"), pursuant to Rule 9006-1 of the Bankruptcy Local Rules for United States District Court for the Northern District of California (the "Bankruptcy Local Rules"), for entry of an order shortening time for a hearing on Friday, June 19, 2020 at 10:00 a.m. (prevailing Pacific Time), on the *WILLIAM B. ABRAMS MOTION FOR RECONSIDERATION AND RELIEF FROM THE ORDERS PURSUANT TO U.S.C. §§ 363(b) AND 105(a) AND BANKRUPTCY RULE 9024 APPROVING THE PARTIES' JOINT STIPULATION REGARDING THE REGISTRATION RIGHTS AGREEMENT AND RELATED AGREEMENTS OF THE FIRE VICTIM TRUST* ("**Motion for Reconsideration**"), filed contemporaneously herewith.[1] William B. Abrams requests that any responses or objections to the Motion for Reconsideration be in writing and filed with the Court and served by 4:00 p.m. (prevailing Pacific Time) on Thursday, June 18, 2020.

3. I believe that approval of the Motion for Reconsideration as described therein is particularly time-sensitive, given the pending plan confirmation decisions before the court and the reliance upon the Registration Rights Agreement and Associated Agreements to ensure the efficacy of the plan and just outcomes for victims. As described in the Motion to for Reconsideration and within the Motion to Shorten Time, there is ample evidence that there are violations of U.S.C. §§ 1129(a)(8) and 1129(b). To whatever extent there is uncertainty and disputes regarding these violations, these differences need to be resolved quickly to ensure the integrity and timely confirmation of the Plan by June 30, 2020 set by AB 1054.

---

[1] Capitalized terms used but not defined herein have the meanings ascribed to them in the Motion to Designate Votes or the Motion to Shorten, as applicable.

4.  I believe that prompt resolutions of these violations are in the best interest of all parties and in particular the victim claimants who are a priority for this court. I believe that the timeframe stipulated in the Motion to Shorten provides adequate time for all parties to file objections and to have substantive oral arguments on June 19, 2020. The core parties to this proceeding have spent considerable time in closed door mediation regarding these agreement so should be prepared to argue their positions in this matter.

5.  As set forth in the Motion to Shorten and because the Motion for Reconsideration addresses material issues for plan confirmation decisions, I am requesting this timeframe so that these issues will not unduly delay or derail confirmation decisions or recoveries to Fire Victims under the Plan. Indeed, a prompt hearing on the Motion is warranted and appropriate. I have put forward the Motion for Reconsideration in good-faith to remedy these material issues for all parties and in particular for PG&E Fire Victims who deserve a fair, prompt and just resolution pursuant to U.S.C. §§ 1129(a)(8) and 1129(b).

6.  After the court hearing on June 16, 2020, in which the Motion for Reconsideration was advised as the proper method to bring these matters before the court, I sent emails to the Debtors, the Official Committee of Tort Claimants ("**TCC**") and the Official Committee of Unsecured Creditors ("**UCC**") asking for their support and/or to meet and confer on these issues. I received a response from Mr. Bray on behalf of the UCC indicating that "The UCC supports the relief requested by the Debtors. Consequently, we will oppose any motion for reconsideration" (A true and correct copy of that email is attached hereto as **Exhibit A)**. Subsequently, I received a response from Mr. Julian yesterday on behalf of the TCC indicating "I will review this in the morning" and have not received any additional correspondence on behalf of the TCC (A true and correct copy of that email is attached hereto as **Exhibit B)**. I have not received any response from the Debtors to date.

I declare under penalty of perjury that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct and that this declaration was executed at Santa Rosa, California on June 17, 2020.

_____
William B. Abrams
Pro Se Claimant