DAVID M. REEDER, ESQ. (California State Bar No. 133150)
REEDER LAW CORPORATION
1801 CENTURY PARK EAST, 16th Floor
LOS ANGELES, CA 90067
PHONE: (310) 774-4060
FAX: (310) 295-2290
EMAIL: david@reederlaw.com

Attorneys for the City of American Canyon

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION AND PACIFIC GAS AND ELECTRIC COMPANY,<br><br>                                        Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case No. 19-30088 DM | Case No.: 19-30088 [Lead Case]<br><br>Chapter 11<br>Jointly Administered<br><br>**THE CITY OF AMERICAN CANYON'S JOINDER IN THE OBJECTIONS OF THE CALIFORNIA STATE AGENCIES AND CALIFORNIA FRANCHISE TAX BOARD TO DEBTORS' MOTION FOR APPROVAL OF (A) PROCEDURES FOR FILING OMNIBUS OBJECTIONS TO CLAIMS; AND (B) FORM AND MANNER OF NOTICE OF OMNIBUS OBJECTIONS**<br><br>Date:          June 24, 2020<br>Time:         10:00 a.m.<br>Courtroom: 17<br>Place:        430 Golden Gate Avenue, 16th Floor<br>                    San Francisco, California<br>Judge:        Dennis Montali |

       The City of American Canyon (the "City") hereby joins in the Objections of the California State agencies [ECF Docket No. 7985] and the California Franchise Tax Board [ECF Docket No. 7975] to Debtors' Motion for an Order Approving (A) Procedures for Filing

1

Omnibus Objections to Claims; and (B) the Form of Manner of the Notice of Omnibus Objections ("Debtors' Motion") [ECF Docket No. 7758].

The City reserves the right to join in any other objections to the Debtors' Motion that may be filed.

Dated: June 17, 2020

REEDER LAW CORPORATION

/s/ DAVID M. REEDER
DAVID M. REEDER
Attorneys for the City of American Canyon, Creditor

| In re PG&E Corporation and Pacific Gas and Electric Company, Debtors. | CHAPTER: 11<br>CASE NO.: 19-30088 |
|---|---|

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**Reeder Law Corporation**
**1801 Century Park East, 16th Floor**
**Los Angeles, CA 90067**

A true and correct copy of the foregoing document entitled (*specify*): **THE CITY OF AMERICAN CANYON'S JOINDER IN THE OBJECTIONS OF THE CALIFORNIA STATE AGENCIES AND CALIFORNIA FRANCHISE TAX BOARD TO DEBTORS' MOTION FOR APPROVAL OF (A) PROCEDURES FOR FILING OMNIBUS OBJECTIONS TO CLAIMS; AND (B) FORM AND MANNER OF NOTICE OF OMNIBUS OBJECTIONS** will be served or was served in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 17, 2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **June 17, 2020**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 17, 2020 | Jessica L. Evans | /s/ JESSICA L. EVANS |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

3

|  |  |
|---|---|
| In re<br>PG&E Corporation and Pacific Gas and Electric Company,<br>Debtors. | CHAPTER: 11<br>CASE NO.: 19-30088 |

# SERVICE LIST

**Service by ECF**

All persons who have requested that they be added to the ECF service list in the Debtors' cases

**Served by Email**

Stephen Karotkin, Esq.
Jessica Liou, Esq.
Matthew Goren, Esq.
Tom Schinckel, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Stephen.karotkin@weil.com
Jessica.liou@weil.com
Matthew.goren@weil.com
Tom.shinckel@weil.com
*Attorneys for Debtors*

Tobias S. Keller, Esq.
Jane Kim, Esq.
Keller Benvenutti Kim LLP
650 California Street, Suite 1900
San Francisco, California 94108
tkeller@kbkllp.com
jkim@kbkllc.com
*Attorneys for Debtors*

Bruce S. Bennett, Esq.
Joshua M. Mester, Esq.
James O. Johnston, Esq.
Jones Day, Esq.
555 South Flower Street
Fiftieth Floor
Los Angeles, California 90071-2300
bbennett@jonesday.com
jmester@jonesday.com
jjohnston@jonesday.com
*Attorneys for Shareholder Proponents*