**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Theodore Tsekerides (*pro hac vice*)
(theodore.tsekerides@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>                            **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case) (Jointly Administered)<br><br>**AMENDED REQUEST FOR ENTRY OF ORDER BY DEFAULT ON DEBTOR'S FIRST OMNIBUS OBJECTION TO CLAIMS (DUPLICATIVE, AMENDED AND WRONG CASE CLAIMS)**<br><br>[Re: Dkt. Nos. 7550, 7997]<br><br>Resolving Objections Set for Hearing June 24, 2020, at 10:00 am |

## REQUEST FOR ENTRY OF ORDER BY DEFAULT

PG&E Corporation and Pacific Gas and Electric Company (the "**Utility**"), as debtors and debtors in possession (each, a "**Debtor**," and collectively, the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") hereby request, pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures* entered on May 14, 2019 [Dkt No. 1996] ("**Case Management Order**"), that the Court enter an order by default on the *Debtor's First Omnibus Objection to Claims (Duplicative, Amended and Wrong Case Claims)* [Docket No. 7550] ( "**First Omnibus Objection**").

## RELIEF REQUESTED IN THE FIRST OMNIBUS OBJECTION

The First Omnibus Objection seeks to disallow and expunge the Proof(s) of Claim listed in the column headed "Claims to be Disallowed and Expunged" in Exhibit 1 to the First Omnibus Objection.

## NOTICE AND SERVICE

A *Notice of First Omnibus Objection to Claims and Hearing on Omnibus Objection (Duplicative, Amended and Wrong Case Claims)* was filed concurrently with the First Omnibus Objection on May 22, 2020 [Dkt. No. 7552] (the "**Notice of Objection and Hearing**"). The First Omnibus Objection, the supporting declaration of Robb McWilliams [Dkt. No. 7554], and the Notice of Objection and Hearing were served as described in the Certificate of Service of Andrew G. Vignali, filed on May 28, 2020 [Dkt. No. 7639].

The deadline to file responses or oppositions to the First Omnibus Objection has passed. No oppositions have been filed with the Court or received by counsel for the Debtors.

The Debtors received an informal inquiry from one claimholder, Whitebox Multi-Strategy Partners, LP, regarding a potential global resolution by settlement of claims held by Whitebox (the "**Whitebox Claims**"). Settlement discussions are ongoing. Accordingly, this Request for Entry of Order by Default does not seek to disallow any Whitebox Claim.

**DECLARATION OF NO OPPOSITION RECEIVED**

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that:

1. I am an attorney with the firm of Keller Benvenutti Kim LLP, co-counsel for the Debtors.

2. I have reviewed the Court's docket in the Chapter 11 Cases and have determined that no response or opposition has been filed with respect to the First Omnibus Objection.

3. This declaration was executed in San Francisco, California.

WHEREFORE, the Debtors hereby request entry of an Order disallowing and expunging the Proofs of Claims listed in the column headed "Claims to be Disallowed and Expunged" in Exhibit 1 to this Request (which listed Claims are identical to those listed in Exhibit 1 to the First Omnibus Objection, but for the exclusion of Whitebox Claims).

As specified in the First Omnibus Objection, the Proofs of Claim listed in the column headed "Surviving Claims" are unaffected by the First Omnibus Objection, and no relief is being requested as to those claims.

Dated: June 18, 2020

WEIL, GOTSHAL & MANGES LLP
KELLER BENVENUTTI KIM LLP

/s/   *Dara L. Silveira*
       Dara L. Silveira

*Attorneys for Debtors and Debtors in Possession*

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| A-1 Milmac, Inc.<br>460 Cabot Rd<br>South San Francisco, CA 94080 | 1085 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$16,516.50 (U)<br>$16,516.50 (T) | Amended & Replaced Claims | A-1 Milmac, Inc.<br>460 CABOT RD<br>SOUTH SAN FRANCISCO, CA 94080 | 4637 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$23,239.04 (U)<br>$23,239.04 (T) |
| A-1 Milmac, Inc.<br>460 Cabot Rd<br>South San Francisco, CA 94080 | 1562 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$16,516.50 (U)<br>$16,516.50 (T) | Amended & Replaced Claims | A-1 Milmac, Inc.<br>460 CABOT RD<br>SOUTH SAN FRANCISCO, CA 94080 | 4637 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$23,239.04 (U)<br>$23,239.04 (T) |
| Avenue Strategic Opportunities Fund, LP as Transferee of National Technical Systems, Inc<br>Attn: David Leinward 11 West 42nd Street, 9th Floor<br>New York, NY 10036 | 1819 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$144,356.00 (U)<br>$144,356.00 (T) | Amended & Replaced Claims | Avenue Strategic Opportunities Fund, LP as Transferee of National Technical Systems, Inc<br>Attn: David Leinward<br>New York, NY 10036 | 89509 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$153,644.00 (U)<br>$153,644.00 (T) |
| Avenue Strategic Opportunities Fund, LP as Transferee of National Technical Systems, Inc<br>Attn: David Leinward<br>New York, NY 10036 | 6692 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$156,644.00 (U)<br>$156,644.00 (T) | Amended & Replaced Claims | Avenue Strategic Opportunities Fund, LP as Transferee of National Technical Systems, Inc<br>Attn: David Leinward<br>New York, NY 10036 | 89509 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$153,644.00 (U)<br>$153,644.00 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Braus, Paul<br><br>PO BOX 550511<br>TAHOE PARADISE, CA 96155 | 1348 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$8,300.00 (P)<br>$0.00 (U)<br>$8,300.00 (T) | Amended & Replaced Claims | Braus, Paul<br><br>PO Box 550511<br>Tahoe Paradise, CA 96155 | 1483 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$6,300.00 (P)<br>$0.00 (U)<br>$6,300.00 (T) |
| Brock, Victoria G<br><br>VB Coaching & Consulting 1198 Navigator Dr. PMB 132<br>Ventura, CA 93001 | 1512 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,667.00 (U)<br>$1,667.00 (T) | Wrong Case | Brock, Victoria G<br><br>VB COACHING & CONSULTING 1198 Navigator Dr. PMB 132<br>VENTURA, CA 93001 | 66066 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,667.00 (U)<br>$1,667.00 (T) |
| Cherokee Debt Acquisition, LLC as Transferee of US Cad Holdings LLC<br><br>Attn: Vladimir Jelisavcic 1325 Avenue of the Americas, 28th Floor<br>New York, NY 10019 | 9361 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$76,239.60 (U)<br>$76,239.60 (T) | Amended & Replaced Claims | Cherokee Debt Acquisition, LLC as Transferee of US Cad Holdings LLC<br><br>Attn: Vladimir Jelisavcic<br>New York, NY 10019 | 9500 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$76,239.60 (U)<br>$76,239.60 (T) |
| Cherokee Debt Acquisition, LLC as Transferee of YSI Inc<br><br>1325 Avenue of the Americas, 28th Floor<br>New York, NY 10019 | 2172 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,581.28 (U)<br>$5,581.28 (T) | Amended & Replaced Claims | Cherokee Debt Acquisition, LLC as Transferee of YSI Inc<br><br>1325 Avenue of the Americas, 28th Floor<br>New York, NY 10019 | 8546 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$55,885.00 (U)<br>$55,885.00 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Contrarian Funds, LLC as Transferee of MCA Connect LLC<br><br>Attn: Alisa Mumola<br>Greenwich, CT  06830 | 3567 | PG&E Corporation | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$20,270.00  (U)<br>$20,270.00  (T) | Amended & Replaced Claims | Contrarian Funds, LLC as Transferee of MCA Connect LLC<br><br>Attn: Alisa Mumola<br>Greenwich, CT  06830 | 3620 | Pacific Gas and Electric Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$20,270.00  (U)<br>$20,270.00  (T) |
| Contrarian Funds, LLC as Transferee of N Consulting Engineers, Inc.<br><br>Attn: Alisa Mumola<br>Greenwich, CT  06830 | 2032 | PG&E Corporation | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$72,329.17  (U)<br>$72,329.17  (T) | Amended & Replaced Claims | Contrarian Funds, LLC as Transferee of N Consulting Engineers, Inc.<br><br>Attn: Alisa Mumola 411 West Putnam Ave., Suite 425<br>Greenwich, CT  06830 | 58860 | Pacific Gas and Electric Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$72,329.17  (U)<br>$72,329.17  (T) |
| Contrarian Funds, LLC as Transferee of Reax Engineering, Inc<br><br>Attn: Alisa Mumola<br>Greenwich, CT  06830 | 3758 | PG&E Corporation | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$33,000.00  (U)<br>$33,000.00  (T) | Amended & Replaced Claims | Contrarian Funds, LLC as Transferee of Reax Engineering, Inc<br><br>Attn: Alisa Mumola 411 West Putnam Ave., Suite 425<br>Greenwich, CT  06830 | 57500 | Pacific Gas and Electric Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$33,000.00  (U)<br>$33,000.00  (T) |
| Contrarian Funds, LLC as Transferee of Unisont Engineering, Inc.<br><br>Attn: Alisa Mumola<br>Greenwich, CT  06830 | 1531 | PG&E Corporation | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$55,350.00  (U)<br>$55,350.00  (T) | Amended & Replaced Claims | Contrarian Funds, LLC as Transferee of Unisont Engineering, Inc.<br><br>Attn: Aliso Mumola 411 West Putnam Ave., Suite 425<br>Greenwich, CT  06830 | 56796 | Pacific Gas and Electric Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$55,350.00  (U)<br>$55,350.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED ||||| SURVIVING CLAIMS ||||
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Contrarian Funds, LLC as Transferee of Urbin Incorporated<br><br>Attn: Alisa Mumola 411 West Putnam Ave., Suite 425 Greenwich, CT  06830 | 3055 | Pacific Gas and Electric Company | $0.00  (S)<br>$0.00  (A)<br>$12,850.00  (P)<br>$40,766.25  (U)<br>$53,616.25  (T) | Amended & Replaced Claims | Contrarian Funds, LLC as Transferee of Urbin Incorporated<br><br>Attn: Alisa Mumola 411 West Putnam Ave., Suite 425 Greenwich, CT  06830 | 58743 | Pacific Gas and Electric Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$53,616.25  (U)<br>$53,616.25  (T) |
| CRG Financial LLC as Transferee of Mapleservice Inc<br><br>Attn: Allison R. Axenrod<br>Cresskill, NJ  07626 | 1612 | PG&E Corporation | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,074.82  (U)<br>$5,074.82  (T) | Amended & Replaced Claims | CRG Financial LLC (As Assignee of Mapleservice Inc.)<br><br>100 Union Avenue, Suite 240<br>Cresskill, NJ  07626 | 79008 | Pacific Gas and Electric Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$20,739.96  (U)<br>$20,739.96  (T) |
| Delucchi's First Aid Training<br><br>10269 E. Desert Flower Pl.<br>Tucson , AZ  85749 | 1416 | Pacific Gas and Electric Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$6,107.00  (U)<br>$6,107.00  (T) | Amended & Replaced Claims | Delucchi's First Aid Training<br><br>10269 E. Desert Flower Pl.<br>Tucson, AZ  85749 | 7797 | Pacific Gas and Electric Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$10,750.31  (U)<br>$10,750.31  (T) |
| Delucchi's First Aid Training<br><br>10269 E. Desert Flower Pl.<br>Tucson , AZ  85749 | 5041 | Pacific Gas and Electric Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$10,750.31  (U)<br>$10,750.31  (T) | Duplicative Claims | Delucchi's First Aid Training<br><br>10269 E. Desert Flower Pl.<br>Tucson, AZ  85749 | 7797 | Pacific Gas and Electric Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$10,750.31  (U)<br>$10,750.31  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Fair Harbor Capital, LLC as Assignee of Powell Electrical Systems Inc.<br><br>Fair Harbor Capital LLC PO Box 237037<br>New York, NY  10023 | 2572 | Pacific Gas and Electric Company | $0.00  (S)<br>$82,097.12  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$82,097.12  (T) | Amended & Replaced Claims | Fair Harbor Capital, LLC as Assignee of Powell Electrical Systems Inc.<br><br>Fair Harbor Capital LLC PO Box 237037<br>New York, NY  10023 | 16920 | Pacific Gas and Electric Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$65,000.40  (U)<br>$65,000.40  (T) |
| Fair Harbor Capital, LLC as Transferee of Industrial Electrical Co<br><br>Attn: Fredric Glass<br>New York, NY  10023 | 3028 | Pacific Gas and Electric Company | $0.00  (S)<br>$9,365.75  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$9,365.75  (T) | Amended & Replaced Claims | Fair Harbor Capital, LLC as Transferee of Industrial Electrical Co<br><br>Attn: Fredric Glass<br>New York, NY  10023 | 3804 | Pacific Gas and Electric Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$9,365.75  (U)<br>$9,365.75  (T) |
| Greene, Herbert Gary<br><br>795 Rider Ridge Rd<br>Santa Cruz, CA  95065 | 1578 | Pacific Gas and Electric Company | $0.00  (S)<br>$4,156.86  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$4,156.86  (T) | Amended & Replaced Claims | Greene, Herbert Gary<br><br>795 Rider Ridge Rd<br>Santa Cruz, CA  95065 | 5430 | PG&E Corporation | $0.00  (S)<br>$0.00  (A)<br>$4,156.86  (P)<br>$0.00  (U)<br>$4,156.86  (T) |
| Heavenly Express<br><br>PO BOX 9009<br>STOCKTON, CA  95208 | 2016 | PG&E Corporation | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,260.00  (U)<br>$1,260.00  (T) | Amended & Replaced Claims | Morales, Noe<br><br>Thelma Morales 425 E Mendocino Ave<br>Stockton, CA  95204-3450 | 59755 | PG&E Corporation | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,260.00  (U)<br>$1,260.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED ||||| SURVIVING CLAIMS ||||
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Micro Motion, Inc.<br><br>8000 Norman Center Dr, Suite 1200<br>Bloomington, MN  55437 | 2719 | Pacific Gas and Electric Company | $0.00 (S)<br>$759.33 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$759.33 (T) | Amended & Replaced Claims | Micro Motion, Inc.<br><br>8000 Norman Center Dr, Suite 1200<br>Bloomington, MN  55437 | 10042 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$51.33 (U)<br>$51.33 (T) |
| Milomix Productions, LLC<br><br>3210 Kerner Blvd.<br>San Rafael, CA  94901 | 1261 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,600.00 (U)<br>$5,600.00 (T) | Amended & Replaced Claims | Milomix Productions, LLC<br><br>3210 Kerner Blvd.<br>San Rafael, CA  94901 | 1438 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,394.00 (U)<br>$10,394.00 (T) |
| MK Consulting Services, Inc.<br><br>Mark Kazimirsky 747 Fountainhead Ct<br>San Ramon, CA  94583 | 4209 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$18,861.40 (U)<br>$18,861.40 (T) | Wrong Case | MK Consulting Services, Inc.<br><br>Mark Kazimirsky<br>San Ramon, CA  94583 | 4211 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$18,861.40 (U)<br>$18,861.40 (T) |
| Musch, Terry<br><br>15267 N. 140th Dr. #1036<br>SURPRISE, AZ  85379 | 8853 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$8,333.00 (P)<br>$0.00 (U)<br>$8,333.00 (T) | Wrong Case | Musch, Terry<br><br>15267 N. 140th Dr. #1036<br>Surprise, AZ  85379 | 1802 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$8,333.00 (P)<br>$0.00 (U)<br>$8,333.00 (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Olympus Peak Master Fund LP<br><br>c/o Olympus Peak Asset Management LP Attn: Leah Silverman, General Counsel 745 Fifth Avenue, Suite 1604<br>New York, NY 10151 | 59763 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$911,867.64 (U)<br>$911,867.64 (T) | Duplicative Claims | Olympus Peak Master Fund LP<br><br>c/o Olympus Peak Asset Management LP Attn: Leah Silverman, General Counsel 745 Fifth Avenue, Suite 1604<br>New York, NY 10151 | 61520 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$911,867.64 (U)<br>$911,867.64 (T) |
| Olympus Peak Master Fund LP<br><br>c/o Olympus Peak Asset Management LP Attn: Leah Silverman, General Counsel 745 Fifth Avenue, Suite 1604 Suite 1604<br>New York, NY 10151 | 59860 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$911,867.64 (U)<br>$911,867.64 (T) | Duplicative Claims | Olympus Peak Master Fund LP<br><br>c/o Olympus Peak Asset Management LP Attn: Leah Silverman, General Counsel 745 Fifth Avenue, Suite 1604<br>New York, NY 10151 | 61520 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$911,867.64 (U)<br>$911,867.64 (T) |
| Olympus Peak Master Fund LP as Transferee of Lyles Utility Construction LLC<br><br>Attn: Leah Silverman 745 Fifth Avenue Suite 1604<br><br>New York, NY 10151 | 3632 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$911,867.64 (U)<br>$911,867.64 (T) | Amended & Replaced Claims | Olympus Peak Master Fund LP<br><br>c/o Olympus Peak Asset Management LP Attn: Leah Silverman, General Counsel 745 Fifth Avenue, Suite 1604<br>New York, NY 10151 | 61520 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$911,867.64 (U)<br>$911,867.64 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Olympus Peak Master Fund LP as Transferee of Lyles Utility Construction LLC<br><br>Attn: Leah Silverman 745 Fifth Avenue Suite 1604<br><br>New York, NY 10151 | 3601 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$911,867.64 (U)<br>$911,867.64 (T) | Amended & Replaced Claims | Olympus Peak Master Fund LP<br><br>c/o Olympus Peak Asset Management LP Attn: Leah Silverman, General Counsel 745 Fifth Avenue, Suite 1604<br><br>New York, NY 10151 | 61520 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$911,867.64 (U)<br>$911,867.64 (T) |
| Olympus Peak Master Fund LP as Transferee of Lyles Utility Construction, LLC<br><br>Attn: Leah Silverman 745 Fifth Avenue, Suite 1604<br><br>New York, NY 10151 | 3543 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$911,867.64 (U)<br>$911,867.64 (T) | Amended & Replaced Claims | Olympus Peak Master Fund LP<br><br>c/o Olympus Peak Asset Management LP Attn: Leah Silverman, General Counsel 745 Fifth Avenue, Suite 1604<br><br>New York, NY 10151 | 61520 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$911,867.64 (U)<br>$911,867.64 (T) |
| Olympus Peak Master Fund LP<br><br>Attn: Leah Silverman, General Counsel 745 Fifth Avenue - Suite 1604<br><br>New York, NY 10151 | 64145 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$267,237.51 (U)<br>$267,237.51 (T) | Duplicative Claims | Olympus Peak Master Fund LP<br><br>Attn: Leah Silverman, General Counsel 745 Fifth Avenue Suite 1604<br><br>New York, NY 10151 | 65778 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$267,237.51 (U)<br>$267,237.51 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Olympus Peak Master Fund LP as Transferee of Team Quality Services, Inc.<br><br>Attn: Leah Silverman<br><br>New York, NY 10151 | 3062 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$267,237.51 (U)<br>$267,237.51 (T) | Amended & Replaced Claims | Olympus Peak Master Fund LP<br><br>Attn: Leah Silverman, General Counsel 745 Fifth Avenue Suite 1604<br>New York, NY 10151 | 65778 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$267,237.51 (U)<br>$267,237.51 (T) |
| Olympus Peak Master Fund LP as Transferee of Team Quality Services, Inc.<br><br>Attn: Leah Silverman<br><br>New York, NY 10151 | 3069 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$267,237.51 (U)<br>$267,237.51 (T) | Wrong Case | Olympus Peak Master Fund LP<br><br>Attn: Leah Silverman, General Counsel 745 Fifth Avenue Suite 1604<br>New York, NY 10151 | 65778 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$267,237.51 (U)<br>$267,237.51 (T) |
| Team Quality Services, Inc.<br><br>4483 CR 19 Suite B<br><br>Auburn, IN 46706 | 2941 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$269,466.71 (U)<br>$269,466.71 (T) | Amended & Replaced Claims | Olympus Peak Master Fund LP<br><br>Attn: Leah Silverman, General Counsel 745 Fifth Avenue Suite 1604<br>New York, NY 10151 | 65778 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$267,237.51 (U)<br>$267,237.51 (T) |
| Team Quality Services, Inc.<br><br>4483 CR 19 Suite B<br><br>Auburn, IN 46706 | 2943 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$269,466.71 (U)<br>$269,466.71 (T) | Amended & Replaced Claims | Olympus Peak Master Fund LP<br><br>Attn: Leah Silverman, General Counsel 745 Fifth Avenue Suite 1604<br>New York, NY 10151 | 65778 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$267,237.51 (U)<br>$267,237.51 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Olympus Peak Master Fund LP as Transferee of Nexient, LLC<br><br>Attn: Leah Silverman 745 Fifth Avenue Suite 1604<br><br>New York, NY 10151 | 3471 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$475,964.55 (U)<br>$475,964.55 (T) | Amended & Replaced Claims | Olympus Peak Master Fund LP<br><br>c/o Olympus Peak Asset Management LP Attn: Leah Silverman, General Counsel 745 Fifth Avenue, Suite 1604<br><br>New York, NY 10151 | 60096 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$475,964.55 (U)<br>$475,964.55 (T) |
| Olympus Peak Master Fund LP as Transferee of Research Into Action<br><br>Attn: Leah Silverman 745 Fifth Avenue, Suite 1604<br><br>New York, NY 10151 | 10746 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$30,454.75 (U)<br>$30,454.75 (T) | Amended & Replaced Claims | Olympus Peak Master Fund LP<br><br>Attn: Leah Silverman, General Counsel 745 Fifth Avenue - Suite 1604 Suite 1604<br><br>New York, NY 10151 | 72415 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$30,454.75 (U)<br>$30,454.75 (T) |
| Olympus Peak Master Fund LP as Transferee of Scenic Landscape Services, Inc<br><br>Attn: Leah Silverman<br><br>New York, NY 10151 | 3827 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$103,959.06 (U)<br>$103,959.06 (T) | Amended & Replaced Claims | Olympus Peak Master Fund LP<br><br>Attn: Leah Silverman, General Counsel 745 Fifth Avenue - Suite 1604<br><br>New York, NY 10151 | 88095 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$103,959.06 (U)<br>$103,959.06 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED ||||| SURVIVING CLAIMS ||||
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Olympus Peak Master Fund LP as Transferee of Scenic Landscape Services, Inc<br><br>Attn: Leah Silverman<br><br>New York, NY 10151 | 1856 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$100,033.24 (U)<br>$100,033.24 (T) | Amended & Replaced Claims | Olympus Peak Master Fund LP<br><br>Attn: Leah Silverman, General Counsel 745 Fifth Avenue - Suite 1604<br>New York, NY 10151 | 88095 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$103,959.06 (U)<br>$103,959.06 (T) |
| ProcureAbility Inc.<br><br>11260 Donner Pass Rd. Suite C1 - #372<br>Truckee, CA 96161 | 2765 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$115,800.00 (U)<br>$115,800.00 (T) | Amended & Replaced Claims | ProcureAbility Inc.<br><br>11260 Donner Pass Rd. Suite C1 - #372<br>Truckee, CA 96161 | 2789 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$115,800.00 (U)<br>$115,800.00 (T) |
| Q Corporation<br><br>4880 ADOHR LANE<br>CAMARILLO, CA 93012 | 96935 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$29,584.73 (U)<br>$29,584.73 (T) | Duplicative Claims | Q Corporation<br><br>4880 ADOHR LANE<br>CAMARILLO, CA 93012 | 96951 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$29,584.73 (U)<br>$29,584.73 (T) |
| Quantum Spatial, Inc.<br><br>Sheppard Mullin Richter & Hampton LLP Edward H. Tillinghast, III, Esq. 30 Rockefeller Plaza<br>New York, NY 10112 | 1295 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,660,904.00 (U)<br>$1,660,904.00 (T) | Amended & Replaced Claims | Quantum Spatial, Inc.<br><br>Sheppard Mullin Richter & Hampton LLP Edward H. Tillinghast, III, Esq. 30 Rockefeller Plaza<br>New York, NY 10112 | 98749 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$971,841.00 (U)<br>$971,841.00 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Quantum Spatial, Inc.<br><br>c/o Sheppard Mullin Richter & Hampton LLP Attn: Edward H. Tillinghast, III, Esq 30 Rockefeller Plaza New York, NY 10112 | 66442 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$898,144.00 (U)<br>$898,144.00 (T) | Amended & Replaced Claims | Quantum Spatial, Inc.<br><br>Sheppard Mullin Richter & Hampton LLP Edward H. Tillinghast, III, Esq 30 Rockefeller Plaza New York, NY 10112 | 98749 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$971,841.00 (U)<br>$971,841.00 (T) |
| Rockwell, Thomas K.<br><br>4560 Panorama Dr<br>La Mesa, CA 91941 | 2514 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$12,102.12 (P)<br>$0.00 (U)<br>$12,102.12 (T) | Duplicative Claims | Rockwell, Thomas K.<br><br>4560 Panorama Dr<br>La Mesa, CA 91941 | 2517 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$12,102.12 (P)<br>$0.00 (U)<br>$12,102.12 (T) |
| Sacramento Executive Helicopters, Inc.<br><br>10420 Corfu Drive<br>Elk Grove, CA | 9283 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$108,734.92 (U)<br>$108,734.92 (T) | Amended & Replaced Claims | Sacramento Executives Helicopters, Inc<br><br>10420 Corfu Drive<br>Elk Grove, CA 95624 | 17075 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$108,734.92 (U)<br>$108,734.92 (T) |
| San Luis Powerhouse, Inc.<br><br>798 Francis Ave.<br>San Luis Obispo, CA 93401 | 1231 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,380.00 (U)<br>$1,380.00 (T) | Wrong Case | San Luis Powerhouse, Inc.<br><br>798 Francis Ave.<br>San Luis Obispo, CA 93401 | 1239 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,380.00 (U)<br>$1,380.00 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Schick, M.D., Robert M<br><br>1020 Leland Drive<br>Lafayette, CA 94549 | 1169 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$3,600.00 (P)<br>$0.00 (U)<br>$3,600.00 (T) | Amended & Replaced Claims | Schick, M.D., Robert M<br><br>1020 Leland Drive<br>Lafayette, CA 94549 | 3606 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$3,600.00 (P)<br>$0.00 (U)<br>$3,600.00 (T) |
| Tannor Partners Credit Fund LP<br><br>Attn: Robert J. Tanner 3536 Los Pinos Drive<br>Santa Barbara, CA 93105 | 1931 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$7,766.28 (U)<br>$7,766.28 (T) | Wrong Case | Tannor Partners Credit Fund LP<br><br>Attn: Robert J. Tanner 3536 Los Pinos Drive<br>Santa Barbara, CA 93105 | 1865 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$7,766.28 (U)<br>$7,766.28 (T) |
| TDW (US), Inc., f/k/a TDW Services, Inc.<br><br>Phillips Murrah P.C. Clayton D. Ketter Corporate Tower, 13th Floor 101 North Robinson Avenue<br>Oklahoma City, OK 73102 | 3401 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$894,674.01 (U)<br>$894,674.01 (T) | Amended & Replaced Claims | TDW (US), Inc., f/k/a TDW Services, Inc.<br><br>Phillips Murrah P.C. Clayton D. Ketter Corporate Tower, 13th Floor 101 North Robinson Avenue<br>Oklahoma City, OK 73102 | 4558 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$478,124.01 (U)<br>$478,124.01 (T) |
| Telstar Instruments<br><br>1717 SOLANO WAY, UNIT 34<br>CONCORD, CA 94520 | 1693 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$256,761.50 (U)<br>$256,761.50 (T) | Amended & Replaced Claims | Telstar Instruments<br><br>1717 SOLANO WAY, UNIT 34<br>CONCORD, CA 94520 | 2077 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$666,764.64 (U)<br>$666,764.64 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Terra Verde Environmental Consulting<br><br>c/o Paul F. Ready Farmer & Ready 1254 Marsh Street<br>San Luis Obispo, Ca 93401 | 17109 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,203.01 (U)<br>$10,203.01 (T) | Wrong Case | Terra Verde Environmental Consulting<br><br>c/o Paul F. Ready Farmer & Ready 1254 Marsh Street<br>San Luis Obispo, CA 93401 | 34847 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,203.01 (U)<br>$10,203.01 (T) |
| Total Traffic Control, Inc.<br><br>1475 Donner Avenue<br>San Francisco, CA 91424 | 1593 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$549,812.50 (U)<br>$549,812.50 (T) | Amended & Replaced Claims | Total Traffic Control, Inc.<br><br>Attn: Tracy Green, Esq. Wendel Rosen LLP 1111 Broadway, 24th Flr.<br>Oakland, CA 94607 | 9170 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$549,832.50 (U)<br>$549,832.50 (T) |
| Walter & Prince LLP<br><br>208 E Street<br>Santa Rosa, CA 95404 | 2432 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,896.40 (U)<br>$3,896.40 (T) | Duplicative Claims | Walter & Prince LLP<br><br>208 E Street<br>SANTA ROSA, CA 95404 | 3920 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,896.40 (U)<br>$3,896.40 (T) |
| Waste Control Specialist LLC<br><br>Attn: Beau Morgan 17101 Preston Road Ste 115<br>Dallas, TX 75248 | 3001 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$16,675.00 (U)<br>$16,675.00 (T) | Wrong Case | Waste Control Specialists, LLC<br><br>Gregory G. DiCarlo 35 Corporate Drive Suite 1155<br>Trumbull, CT 06611 | 6959 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$16,675.00 (U)<br>$16,675.00 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Wu, Tony S<br><br>7004 HARTLEY COURT<br>MODESTO, CA 95356 | 8157 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$9,250.00 (P)<br>$0.00 (U)<br>$9,250.00 (T) | Duplicative Claims | Wu, Tony S<br><br>7004 Hartley Court<br>Modesto, CA 95356 | 8184 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$9,250.00 (P)<br>$0.00 (U)<br>$9,250.00 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".