

Signed and Filed: June 18, 2020

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered |

**ORDER DIRECTING THE TCC AND UNITED STATES TRUSTEE TO RESPOND TO MOTIONS**

Creditor William Abrams filed a Motion for Reconsideration and Relief from the Orders Approving the Joint Stipulation Regarding the Registration Rights Agreement and Related Agreements of the Fire Victim Trust (dkt. #7974) and an accompanying Motion to Shorten Time (dkt. #7999). Due to the nature of the relief requested, the court directs the Tort

-1-

Claimants Committee and the United States Trustee to respond to both motions by 4:00 p.m. (PT) on June 25, 2020.

Debtors' response is optional. The court will issue orders on both motions after responses are filed.

**\*\*\* END OF ORDER \*\*\***

## COURT SERVICE LIST

**William B. Abrams**
1519 Branch Owl Place
Santa Rosa, CA, 95409