# Notice Recipients

District/Off: 0971−3 | User: lparada | Date Created: 6/18/2020
Case: 19−30088 | Form ID: pdfeoc | Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
intp William B. Abrams 1519 Branch Owl Pl. Santa Rosa, CA 95409

TOTAL: 1