**Entered on Docket**
**June 18, 2020**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: June 18, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered |

## AMENDED ORDER DIRECTING THE TCC AND FIRE VICTIMS' TRUSTEE TO RESPOND TO MOTIONS

Creditor William Abrams filed a Motion for Reconsideration and Relief from the Orders Approving the Joint Stipulation Regarding the Registration Rights Agreement and Related Agreements of the Fire Victim Trust (dkt. #7974) and an accompanying Motion to Shorten Time (dkt. #7999). Due to the nature of the relief requested, the court directs the Tort Claimants Committee and the Trustee for the Fire Victims' Trust to respond to both motions by

4:00 p.m. (PT) on June 25, 2020. An earlier version of this order mistakenly referred to the United States Trustee, who is not required to respond.

Debtors' response is optional. The court will issue orders on both motions after responses are filed.

**\*\*\* END OF ORDER \*\*\***

UNITED STATES BANKRUPTCY COURT for the Northern District of California

## COURT SERVICE LIST

**William B. Abrams**
1519 Branch Owl Place
Santa Rosa, CA, 95409