

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Theodore Tsekerides (*pro hac vice*)
(theodore.tsekerides@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:  (415) 496-6723
Fax:  (415) 636-9251

*Attorneys for Plaintiffs (Debtors and Debtors in Possession)*

Signed and Filed: June 18, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>   - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>          Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br><br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM). | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**ORDER APPROVING STIPULATION AND AGREEMENT FOR ORDER BETWEEN DEBTORS AND DWAYNE LITTLE RESOLVING MOTION FOR RELIEF FROM STAY, OR ALTERNATIVELY, FOR ABSTENTION**<br><br>Related to Dkt No. 7744-45, 8007<br><br>Resolving Hearing Set June 24, 2020 at 10:00 am |

The Court having considered the *Stipulation and Agreement for Order Between Debtors and Dwayne Little Resolving Motion for Relief from Stay, or Alternatively, for Abstention* (the "**Stipulation**"),[1] entered into by PG&E Corporation ("**PG&E**") and Pacific Gas and Electric Company (the "**Utility**", and together with PG&E, the "**Debtors**"), as debtors and debtors in possession in the above captioned cases (the "**Chapter 11 Cases**"), on the one hand, and Dwayne Little ("**Little**"), on the other hand, filed on June 18, 2020 [Dkt. No. 8007]; and pursuant to such Stipulation and agreement of the Parties, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The Stipulation is approved.

2. Effective as of the later of June 24, 2020 or the date of the entry of this Order (the "**Stay Modification Date**"), the automatic stay shall be modified to permit Little to prosecute the State Court Action through final judgment and any appeals thereof to liquidate his claims, but not to permit enforcement of any such judgment, which Little shall recover solely through the claims process in these Chapter 11 Cases.

3. The Debtors shall have at least thirty (30) days from the Stay Modification Date to respond to the operative complaint in the State Court Action.

4. Neither Party shall be permitted to seek or be required to respond to any discovery in the State Court Action, regardless of whether such discovery is already pending, for at least sixty (60) days from the Stay Modification Date.

5. Little shall dismiss the Individual Defendants, with prejudice, from the State Court Action within seven (7) days of the Stay Modification Date. Such dismissal shall not in any way be construed as a release of, or to affect any alleged liability of, the Debtors. Debtors will cooperate and use reasonable efforts to make the dismissed Individual Defendants available for their depositions at mutually convenient dates and times.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

6. The Debtors shall not seek to remove the State Court Action from the State Court.

7. The Motion is deemed withdrawn and the Hearing is vacated.

8. The Stipulation is effective immediately, notwithstanding any contrary effect of Federal Rule of Bankruptcy Procedure 4001(a)(3).

9. Except as provided in paragraphs 3 through 6 above, the Stipulation is without prejudice to any aspect of the underlying State Court Action, and nothing therein shall be construed to be a waiver by the Debtors or Little of any claims, defenses, or arguments with respect to the same.

10. The Stipulation constitutes the entire agreement and understanding of the Parties relating to the subject matter thereof and supersedes all prior agreements and understandings relating to the subject matter thereof.

11. The Court shall retain jurisdiction to resolve any disputes or controversies arising from the Stipulation or this Order.

Dated: June 18, 2020

DOWNEY BRAND LLP

/s/ *Jamie P. Dreher*
Jamie P. Dreher

*Attorneys for Dwayne Little*

*** END OF ORDER ***