# EXHIBIT A

## COMPENSATION BY PROFESSIONAL
## MARCH 1, 2020 THROUGH MARCH 31, 2020

The attorneys and paraprofessionals who rendered professional services in these Chapter 11 Cases during the Fee Period are:

| NAME OF PROFESSIONAL PARTNERS: | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Peter T. Barbur | Litigation | 1989 | $1,500 | 49.50 | $74,250.00 |
| Richard A. Hall | Corporate | 1989 | 1,500 | 119.00 | 178,500.00 |
| George E. Zobitz | Corporate | 1996 | 1,500 | 35.80 | 53,700.00 |
| Paul H. Zumbro | Corporate | 1998 | 1,500 | 51.50 | 77,250.00 |
| Kevin J. Orsini | Litigation | 2004 | 1,500 | 73.60 | 110,400.00 |
| Omid H. Nasab | Litigation | 2007 | 1,350 | 108.80 | 146,880.00 |
| Nicholas A. Dorsey | Corporate | 2010 | 1,100 | 36.40 | 40,040.00 |
| C. Daniel Haaren | Corporate | 2013 | 1,100 | 205.50 | 226,050.00 |
| Evan Norris | Litigation | 2003 | 1,100 | 22.10 | 24,310.00 |
| **Total Partners:** | | | | **702.20** | **$931,380.00** |

| NAME OF PROFESSIONAL ASSOCIATES: | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Lillian S. Grossbard | Litigation | 1998 | $1,020 | 61.70 | $62,934.00 |
| Scott Reents | Litigation | 2008 | 975 | 57.60 | 56,160.00 |
| Christopher Beshara | Litigation | 2015 | 940 | 173.50 | 163,090.00 |
| Michael Zaken | Litigation | 2015 | 940 | 66.80 | 62,792.00 |
| Norman J. Walczak | Corporate | 2016 | 890 | 22.30 | 19,847.00 |
| Salah M. Hawkins | Litigation | 2016 | 890 | 66.30 | 59,007.00 |
| Jana Hymowitz | Executive Compensation and Benefits | 2015 | 855 | 12.40 | 10,602.00 |
| Nicholas Medling | Litigation | 2017 | 855 | 160.80 | 137,484.00 |
| Bradley R. Niederschulte | Litigation | 2018 | 840 | 45.20 | 37,968.00 |
| Katherine O'Koniewski | Litigation | 2018 | 840 | 62.30 | 52,332.00 |
| Monica D. Kozycz | Litigation | 2018 | 840 | 262.50 | 220,500.00 |
| Patrick S. Taylor | Corporate | 2018 | 840 | 127.20 | 106,848.00 |
| Brittany Sherman | Litigation | 2019 | 750 | 246.90 | 185,175.00 |
| Caleb Robertson | Litigation | 2019 | 750 | 108.10 | 81,075.00 |
| Margaret Fleming | Corporate | 2019 | 750 | 12.30 | 9,225.00 |
| Seann Archibald | Corporate | 2019 | 750 | 99.10 | 74,325.00 |
| Vanessa Isler | Corporate | 2015 (Admitted in Switzerland) | 645 | 29.20 | 18,834.00 |
| Andrew Astore | Corporate | 2019 | 595 | 132.10 | 78,599.50 |
| Harold King | Corporate | 2020 | 595 | 143.80 | 85,561.00 |
| Benjamin Wylly | Litigation | * | 595 | 144.50 | 85,977.50 |
| Ori Oren | Corporate | * | 595 | 85.80 | 51,051.00 |
| Marisa Wheeler | Litigation | 2003 | 565 | 15.00 | 8,475.00 |
| Raffaele DiMaggio | Litigation | 2004 | 565 | 95.70 | 54,070.50 |
| Robert Njoroge | Litigation | 2008 | 415 | 22.50 | 9,337.50 |
| Donald Sanyi | Litigation | 2011 | 415 | 172.90 | 71,753.50 |
| **Total Associates:** | | | | 2,426.50 | $1,803,023.50 |

* - Not yet admitted.

| NAME OF PARAPROFESSIONALS: | DEPARTMENT | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Roberto Severini | Litigation Technology | 360 | 12.10 | 4,356.00 |
| Stephanie Scanzillo | Litigation Legal Assistant | 310 | 126.60 | 39,246.00 |
| Veronica Velasco | Litigation Legal Assistant | 310 | 59.20 | 18,352.00 |
| Vivian Fernandez | Litigation Legal Assistant | 310 | 91.50 | 28,365.00 |
| David Gonyer | Litigation Legal Assistant | 290 | 10.50 | 3,045.00 |
| Hüsniye Cogur | Litigation Legal Assistant | 290 | 130.20 | 37,758.00 |
| Nicole Jakobson | Litigation Legal Assistant | 290 | 82.50 | 23,925.00 |
| Ryan Render | Litigation Legal Assistant | 290 | 92.90 | 26,941.00 |
| **Total Paraprofessionals:** | | | **605.50** | **$181,988.00** |

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners | $1,326.37 | 702.20 | $931,380.00 |
| Associates | 743.06 | 2,426.50 | 1,803,023.50 |
| Paraprofessionals | 300.56 | 605.50 | 181,988.00 |
| **Blended Attorney Rate** | **$873.97** | | |
| **Total Fees Incurred** | | **3,734.20** | **$2,916,391.50**[1] |

---

[1] Net of $86,181.00 in voluntary write offs.