# EXHIBIT B

## COMPENSATION BY WORK TASK CODE FOR SERVICES RENDERED BY CRAVATH, SWAINE & MOORE LLP FOR THE PERIOD MARCH 1, 2020 THROUGH MARCH 31, 2020

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| ADMN | Case Administration (Incl. Docket Updates and Case Calendar) | 20.70 | $6,363.00 |
| ADVS | Adversary Proceedings | 145.60 | 145,033.00 |
| CASE | General Case Strategy | 156.30 | 121,996.00 |
| CASH | Financing / Cash Collateral | 563.30 | 492,705.00 |
| COMM | Committee Matters | 108.70 | 95,788.00 |
| CRAV | Cravath Retention and Fee Application | 242.30 | 124,251.50 |
| DSSV | Disclosure Statement/ Solicitation/Voting Matters | 27.80 | 27,676.00 |
| GOVR | Corporate Governance and Securities Matters | 452.50 | 425,493.00 |
| HEAR | Hearings and Court Matters | 21.50 | 17,955.50 |
| INVS | Investigations | 478.40 | 374,518.50 |
| NONB | Non-Bankruptcy Litigation | 350.30 | 239,528.00 |
| OCMS | Other Contested Matters | 4.60 | 6,900.00 |
| OPRS | Business Operations Matters | 45.40 | 29,603.00 |
| PLAN | Plan of Reorganization / Plan Confirmation | 121.60 | 149,328.50 |
| PUBL | Public Relations Strategy | 19.50 | 16,337.00 |
| REGS | Regulatory & Legislative Matters | 504.90 | 328,706.00 |
| TRVL | Non-Working Travel Time | 8.00 | 6,460.00 |
| WILD | Wildfire Claims Matters | 462.80 | 307,749.50 |
| TOTAL | | 3,734.20 | $2,916,391.50* |

* - Net of $86,181.00 in voluntary write offs.