**EXHIBIT C**

**EXPENSE SUMMARY
FOR THE PERIOD MARCH 1, 2020 THROUGH MARCH 31, 2020**

| EXPENSES | AMOUNTS |
|---|---:|
| Business Meals | $340.08 |
| Courier/Mail Services | 222.02 |
| Special Disbursements (including Experts) | 1,107,224.54 |
| Travel | 4,307.15* |
| **Total Expenses Requested:** | **$1,112,093.79** |

* - Hotel expenses have been capped for reimbursement purposes at $600.00/night.