**EXHIBIT E**

PG&E Corporation  Invoice Date: June 1, 2020
Pacific Gas and Electric Company  Invoice Number: 191109

**SPECIAL DISBURSEMENTS**

| Cost Type | Date | Description | Amount |
|---|---|---|---|
| SPECIAL DISBURSEMENTS | 03/01/20 | Orsini, K J<br>Expert JJJ | 212,203.86 |
| SPECIAL DISBURSEMENTS | 03/01/20 | Orsini, K J<br>Expert JJJ | 179,276.00 |
| SPECIAL DISBURSEMENTS | 03/01/20 | Orsini, K J<br>CaseHomePage a dba ExtraAccess Service, Inc. | 105.00 |
| SPECIAL DISBURSEMENTS | 03/01/20 | Orsini, K J<br>CaseHomePage a dba ExtraAccess Service, Inc. | 111.95 |
| SPECIAL DISBURSEMENTS | 03/04/20 | Orsini, K J<br>Jams, Inc. - Mediation | 3,774.96 |
| SPECIAL DISBURSEMENTS | 03/18/20 | Orsini, K J<br>Expert D | 38,772.50 |
| SPECIAL DISBURSEMENTS | 03/19/20 | Orsini, K J<br>Conexwest - Conexwest - OAK Rental 40' Container | 118.27 |
| SPECIAL DISBURSEMENTS | 03/20/20 | Orsini, K J<br>Conexwest - Conexwest - OAK Rental 40' Container | 117.99 |
| SPECIAL DISBURSEMENTS | 03/21/20 | Orsini, K J<br>Conexwest - Conexwest - OAK Rental 40' Container | 117.99 |
| SPECIAL DISBURSEMENTS | 03/25/20 | Orsini, K J<br>Expert F | 36,000.00 |
| SPECIAL DISBURSEMENTS | 03/25/20 | Orsini, K J<br>Expert F | 81,540.19 |
| SPECIAL DISBURSEMENTS | 03/27/20 | Orsini, K J<br>Expert F | 357,085.83 |
| SPECIAL DISBURSEMENTS | 03/27/20 | Orsini, K J<br>Expert F | 198,000.00 |

**Subtotal for SPECIAL DISBURSEMENTS**     **1,107,224.54**

**COURIER/MAIL SERVICES**

| Cost Type | Date | Description | Amount |
|---|---|---|---|
| COURIER/MAIL SERVICES | 03/05/20 | Scanzillo, Stephanie<br>FedEx, Sndr: Scanzillo S | 91.72 |

| | | Invoice Date: | June 1, 2020 |
|---|---|---|---|
| PG&E Corporation | | | |
| Pacific Gas and Electric Company | | Invoice Number: | 191109 |

| **Cost Type** | **Date** | **Description** | **Amount** |
|---|---|---|---|
| COURIER/MAIL SERVICES | 03/06/20 | Scanzillo, Stephanie<br>FedEx, Sndr: Scanzillo S | 83.33 |
| COURIER/MAIL SERVICES | 03/18/20 | O'Koniewski, Katherine<br>FedEx, Sndr: O'Koniewski K | 46.97 |
| **Subtotal for COURIER/MAIL SERVICES** | | | **222.02** |

**TRAVEL**

| **Cost Type** | **Date** | **Description** | **Amount** |
|---|---|---|---|
| TRAVEL | 03/01/20 | Medling, Nicholas<br>LODGING TRIP PURPOSE: Attend evidence collection and conduct Kincade fact investigation CITIES VISITED: San Francisco, CA RptID: 010040670916 | 600.00 |
| TRAVEL | 03/01/20 | Wylly, Benjamin<br>LODGING TRIP PURPOSE: Site visit. CITIES VISITED: San Francisco RptID: 010040701891 | 324.88 |
| TRAVEL | 03/01/20 | Wylly, Benjamin<br>HOTEL - PARKING, TRIP PURPOSE: Site visit. CITIES VISITED: San Francisco RptID: 010040701891 | 74.10 |
| TRAVEL | 03/02/20 | Wylly, Benjamin<br>HOTEL - PARKING, TRIP PURPOSE: Site visit. CITIES VISITED: San Francisco RptID: 010040701891 | 74.10 |
| TRAVEL | 03/02/20 | Wylly, Benjamin<br>LODGING TRIP PURPOSE: Site visit. CITIES VISITED: San Francisco RptID: 010040701891 | 442.49 |
| TRAVEL | 03/02/20 | Medling, Nicholas<br>TAXI Out of Town TRIP PURPOSE: Attend evidence collection and conduct Kincade fact investigation (Travel from PG&E to hotel) CITIES VISITED: San Francisco, CA RptID: 010040477724 | 22.13 |
| TRAVEL | 03/02/20 | Medling, Nicholas<br>TAXI Out of Town TRIP PURPOSE: Attend evidence collection and conduct Kincade fact investigation (Travel from hotel to PG&E) CITIES VISITED: San Francisco, CA RptID: 010040477724 | 18.03 |

PG&E Corporation  Invoice Date: June 1, 2020
Pacific Gas and Electric Company  Invoice Number: 191109

| Cost Type | Date | Description | Amount |
|---|---|---|---|
| TRAVEL | 03/02/20 | Medling, Nicholas CAR RENTAL Out of Town TRIP PURPOSE: Attend evidence collection and conduct Kincade fact investigation CITIES VISITED: San Francisco, CA RptID: 010040477724 | 17.00 |
| TRAVEL | 03/02/20 | Medling, Nicholas LODGING TRIP PURPOSE: Attend evidence collection and conduct Kincade fact investigation CITIES VISITED: San Francisco, CA RptID: 010040670916 | 600.00 |
| TRAVEL | 03/03/20 | Wylly, Benjamin CAR RENTAL Out of Town TRIP PURPOSE: Site visit. CITIES VISITED: San Francisco RptID: 010040701891 | 444.20 |
| TRAVEL | 03/03/20 | Medling, Nicholas LODGING TRIP PURPOSE: Attend evidence collection and conduct Kincade fact investigation CITIES VISITED: San Francisco, CA RptID: 010040670916 | 600.00 |
| TRAVEL | 03/03/20 | Medling, Nicholas TAXI Out of Town TRIP PURPOSE: Attend evidence collection and conduct Kincade fact investigation CITIES VISITED: San Francisco, CA RptID: 010040477724 | 21.75 |
| TRAVEL | 03/03/20 | Wylly, Benjamin UBER/LYFT, TRIP PURPOSE: Site visit. - Uber home from airport CITIES VISITED: San Francisco RptID: 010040701891 | 69.16 |
| TRAVEL | 03/04/20 | Medling, Nicholas TAXI Out of Town TRIP PURPOSE: Attend evidence collection and conduct Kincade fact investigation (Travel from hotel to airport) CITIES VISITED: San Francisco, CA RptID: 010040477724 | 91.02 |
| TRAVEL | 03/04/20 | Medling, Nicholas TAXI Out of Town TRIP PURPOSE: Attend evidence collection and conduct Kincade fact investigation (Travel from hotel to PG&E) CITIES VISITED: San Francisco, CA RptID: 010040477724 | 22.58 |

| Cost Type | Date | Description | Amount |
|---|---|---|---|
| TRAVEL | 03/04/20 | Medling, Nicholas TAXI Out of Town TRIP PURPOSE: Attend evidence collection and conduct Kincade fact investigation (Travel from PG&E to hotel) CITIES VISITED: San Francisco, CA RptID: 010040477724 | 20.29 |
| TRAVEL | 03/04/20 | Medling, Nicholas TAXI Out of Town TRIP PURPOSE: Attend evidence collection and conduct Kincade fact investigation (Travel home from airport) CITIES VISITED: San Francisco, CA RptID: 010040477724 | 111.21 |
| TRAVEL | 03/04/20 | Medling, Nicholas LODGING TRIP PURPOSE: Attend evidence collection and conduct Kincade fact investigation CITIES VISITED: San Francisco, CA RptID: 010040670916 | 600.00 |
| TRAVEL | 03/10/20 | Nasab, Omid H. UBER/LYFT, TRIP PURPOSE: Client Meetings (Travel from home to PG&E) CITIES VISITED: San Francisco RptID: 010040736767 | 8.01 |
| TRAVEL | 03/10/20 | Nasab, Omid H. UBER/LYFT, Merchant:Uber Technologies, Inc. TRIP PURPOSE: Client Meetings (Travel from PG&E to home) CITIES VISITED: San Francisco RptID: 010040736767 | 8.53 |
| TRAVEL | 03/11/20 | O'Koniewski, Katherine UBER/LYFT, TRIP PURPOSE: Transportation from distribution investigation interview. CITIES VISITED: San Francisco, CA RptID: 010040768507 | 57.76 |
| TRAVEL | 03/11/20 | O'Koniewski, Katherine UBER/LYFT, TRIP PURPOSE: Transportation to distribution investigation interview. CITIES VISITED: San Francisco, CA RptID: 010040768507 | 69.36 |
| TRAVEL | 03/11/20 | Nasab, Omid H. UBER/LYFT, TRIP PURPOSE: Client Meetings CITIES VISITED: San Francisco RptID: 010040736767 | 10.55 |
| **Subtotal for TRAVEL** | | | **4,307.15** |

**BUSINESS MEALS**

| Cost Type | Date | Description | Amount |
|---|---|---|---|
| BUSINESS MEALS | 03/01/20 | Medling, Nicholas MEALS: DINNER BUSINESS PURPOSE: Attend evidence collection and conduct Kincade fact investigation CITIES VISITED: San Francisco, CA ATTENDEES CRAVATH: Nicholas Medling RptID: 010040477724 | 75.00 |
| BUSINESS MEALS | 03/01/20 | Wylly, Benjamin MEALS: DINNER BUSINESS PURPOSE: Site visit. CITIES VISITED: San Francisco ATTENDEES CRAVATH: Benjamin Wylly RptID: 010040701891 | 23.05 |
| BUSINESS MEALS | 03/01/20 | Wylly, Benjamin MEALS: HOTEL - BREAKFAST BUSINESS PURPOSE: Site visit. CITIES VISITED: Santa Rosa ATTENDEES CRAVATH: Benjamin Wylly RptID: 010040701891 | 10.61 |
| BUSINESS MEALS | 03/02/20 | Medling, Nicholas MEALS: HOTEL - BREAKFAST BUSINESS PURPOSE: Attend evidence collection and conduct Kincade fact investigation CITIES VISITED: San Francisco, CA ATTENDEES CRAVATH: Nicholas Medling RptID: 010040670916 | 35.00 |
| BUSINESS MEALS | 03/02/20 | Medling, Nicholas MEALS: HOTEL - DINNER BUSINESS PURPOSE: Attend evidence collection and conduct Kincade fact investigation CITIES VISITED: San Francisco, CA ATTENDEES CRAVATH: Nicholas Medling RptID: 010040670916 | 75.00 |
| BUSINESS MEALS | 03/02/20 | Wylly, Benjamin MEALS: BREAKFAST BUSINESS PURPOSE: Site visit. CITIES VISITED: San Francisco ATTENDEES CRAVATH: Benjamin Wylly RptID: 010040701891 | 9.93 |
| BUSINESS MEALS | 03/02/20 | Wylly, Benjamin MEALS: HOTEL - DINNER BUSINESS PURPOSE: Site visit. CITIES VISITED: San Francisco ATTENDEES CRAVATH: Benjamin Wylly RptID: 010040701891 | 47.19 |

| | | | |
|---|---|---|---|
| PG&E Corporation | | Invoice Date: | June 1, 2020 |
| Pacific Gas and Electric Company | | Invoice Number: | 191109 |

| Cost Type | Date | Description | Amount |
|---|---|---|---|
| BUSINESS MEALS | 03/03/20 | Medling, Nicholas MEALS: DINNER BUSINESS PURPOSE: Attend evidence collection and conduct Kincade fact investigation CITIES VISITED: San Francisco, CA ATTENDEES CRAVATH: Nicholas Medling RptID: 010040670916 | 31.34 |
| BUSINESS MEALS | 03/03/20 | Medling, Nicholas MEALS: BREAKFAST BUSINESS PURPOSE: Attend evidence collection and conduct Kincade fact investigation CITIES VISITED: San Francisco, CA ATTENDEES CRAVATH: Nicholas Medling RptID: 010040670916 | 7.40 |
| BUSINESS MEALS | 03/04/20 | Medling, Nicholas MEALS: BREAKFAST BUSINESS PURPOSE: Attend evidence collection and conduct Kincade fact investigation CITIES VISITED: San Francisco, CA ATTENDEES CRAVATH: Nicholas Medling RptID: 010040670916 | 25.56 |
| **Subtotal for BUSINESS MEALS** | | | **340.08** |
| | | **Total** | **$1,112,093.79** |