1  Dennis F. Dunne (admitted *pro hac vice*)
   Samuel A. Khalil (admitted *pro hac vice*)
2  MILBANK LLP
   55 Hudson Yards
3  New York, New York 10001-2163
   Telephone: (212) 530-5000
4  Facsimile: (212) 530-5219

5  and

6  Gregory A. Bray (SBN 115367)
   Thomas R. Kreller (SBN 161922)
7  MILBANK LLP
   2029 Century Park East, 33rd Floor
8  Los Angeles, CA 90067
   Telephone: (424) 386-4000
9  Facsimile: (213) 629-5063

10 *Counsel for the Official Committee
   of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | Chapter 11 |
| -and- | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| Debtors. | **STATEMENT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS REGARDING MEMORANDUM DECISION** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors | Related to: Dkt. No. 8001 |
| *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | |

The Official Committee of Unsecured Creditors appointed in the above-captioned cases (the "Creditors' Committee") met and conferred with the Debtors on appropriate language to resolve the Creditors' Committee's outstanding objections to the Plan and OCP, as directed by the Court in its *Memorandum Decision – Confirmation of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization* [Dkt. No. 8001] (the "Memorandum Decision").[1] The Creditors' Committee's unresolved objections relate to: "Modification of Plan Section 8.2(e)" and "Definition of Fire Claim." *See* Memorandum Decision at 17-21. The meet and confer was not successful.

The Creditors' Committee believes the language below appropriately resolves both issues.

*First*, as to section 8.2(e) of the Plan, and corresponding paragraph 34(d) of the OCP, the Creditors' Committee proposes the following:

> Revised Plan section 8.2(e)
> Assumption or assumption and assignment of any executory contract or unexpired lease pursuant to the Plan or otherwise shall result in the full release and satisfaction of any monetary defaults by any Debtor arising under such assumed executory contract or unexpired lease at any time before the date that the Debtors assume or assume and assign such executory contract or unexpired lease to the fullest extent permitted under applicable law.

> Revised OCP paragraph 34(d)
> Pursuant to Section 8.2(e) of the Plan, assumption or assumption and assignment of any executory contract or unexpired lease pursuant to the Plan or otherwise shall result in the full release and satisfaction of any monetary defaults by any Debtor arising under such assumed executory contract or unexpired lease at any time before the date that the Debtors assume or assume and assign such executory contract or unexpired lease to the fullest extent permitted under applicable law.[2]

*Second*, as to clarifying language regarding the definition of "Fire Claim," the Creditors' Committee proposes the following:

> For the avoidance of doubt, any Claim of a provider of goods and services that arises under such provider's agreements or contractual arrangements with the Debtors is not a Fire Claim.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Memorandum Decision.

[2] The Creditors' Committee understands that, among others, the United States of America, the California State Agencies, the Municipal Objectors, the City and County of San Francisco, the South San Joaquin Irrigation District, and the City of American Canyon support the Creditors' Committee's proposed revisions to Plan Section 8.2(e) and OCP paragraph 34(d).

The Creditors' Committee submits that inclusion of the foregoing language into the Plan and OCP, as applicable, would appropriately resolve the Creditors' Committee's outstanding objections, consistent with the Memorandum Decision.

DATED: June 19, 2020

MILBANK LLP

/s/ Gregory A. Bray
DENNIS F. DUNNE
SAMUEL A. KHALIL
GREGORY A. BRAY
THOMAS R. KRELLER

*Counsel for the Official Committee of Unsecured Creditors*