| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>Ref. Docket No. 7446 |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

GEOFF ZAHM, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with an office at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. I caused to be served the "Certificate of No Objection Regarding Fourteenth Monthly Fee Statement of Centerview Partners LLC for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period March 1, 2020 Through March 31, 2020," filed on May 21, 2020 [Docket No. 7446], by causing true and correct copies to be:

   a. enclosed securely in separate postage prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A, on May 21, 2020, and

   b. delivered via electronic mail to those parties listed on the attached Exhibit B, on May 21, 2020.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Geoff Zahm*
Geoff Zahm

Sworn to before me this
11th day of June, 2020

*/s/ Regina Amporfro*
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2021

# EXHIBIT A

MILBANK LLP
COUNSEL FOR THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS
ATTN: DENNIS F. DUNNE, SAMUEL A. KHALIL
55 HUDSON YARDS
NEW YORK NY 10001-2163

BAKER & HOSTETLER, LLP
COUNSEL FOR OFFICIAL COMMITTEE OF TORT CLAIMANTS
ATTN: ERIC E. SAGERMAN AND CECILY DUMAS
11601 WILSHIRE BLVD. SUITE 1400
LOS ANGELES CA 90025-0509

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JAMES L. SNYDER, ESQ. & TIMOTHY LAFREDDI, ESQ.,
MARTA E. VILLACORTA
450 GOLDEN GATE AVE     SUITE 05-0153
SAN FRANCISCO CA 94102

DLA PIPER LLP
ATTN: JOSHUA D. MORSE
555 MISSION STREET SUITE 2400
SAN FRANCISCO CA 94105-2933

PG&E CORPORATION
ATTN: JANET LODUCA
77 BEALE STREET
SAN FRANCISCO CA 94177

# EXHIBIT B

| Email |
|---|
| bamexampge@gmail.com |
| david.riley@dlapiper.com |
| ddunne@milbank.com |
| esagerman@bakerlaw.com |
| Gbray@milbank.com |
| James.L.Snyder@usdoj.gov |
| jessica.liou@weil.com |
| jkim@kellerbenvenutti.com |
| lattard@bakerlaw.com |
| Marta.Villacorta@usdoj.gov |
| matthew.goren@weil.com |
| rachael.foust@weil.com |
| skhalil@milbank.com |
| stephen.karotkin@weil.com |
| timothy.s.laffredi@usdoj.gov |
| tkeller@kellerbenvenutti.com |
| TKreller@milbank.com |
| traceyrgallegos@gmail.com |