**EXHIBIT A**

**COMPENSATION BY PROFESSIONAL
APRIL 1, 2020 THROUGH APRIL 30, 2020**

The professionals who rendered professional services in these chapter 11 cases during the Fee Period are:

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| *2020 Audit Services* | | | | |
| Cochran, James | Partner/Principal | $410.00 | 2.5 | $1,025.00 |
| Gillam, Tim | Partner/Principal | $410.00 | 25.5 | $10,455.00 |
| Pemberton, Tricia | Partner/Principal | $410.00 | 14.5 | $5,945.00 |
| Donahue, Nona | Managing Director | $410.00 | 3.5 | $1,435.00 |
| Meredith, Wendy | Managing Director | $410.00 | 35.9 | $14,719.00 |
| Jin, Yezi | Senior Manager | $350.00 | 9.1 | $3,185.00 |
| Kamra, Akanksha | Manager | $310.00 | 18.0 | $5,580.00 |
| Kanekar, Anish | Manager | $310.00 | 4.0 | $1,240.00 |
| Long, Brittany | Manager | $310.00 | 27.5 | $8,525.00 |
| Misra, Saurabh | Manager | $310.00 | 6.0 | $1,860.00 |
| Nkinzingabo, Rudy | Manager | $310.00 | 16.2 | $5,022.00 |
| Azebu, Matt | Senior Consultant | $260.00 | 22.5 | $5,850.00 |
| Bhatia, Sagar | Senior Consultant | $260.00 | 5.5 | $1,430.00 |
| Dam, Vivian | Senior Consultant | $260.00 | 14.0 | $3,640.00 |
| Fazil, Mohamed | Senior Consultant | $260.00 | 22.5 | $5,850.00 |
| Hamner, Jack | Senior Consultant | $260.00 | 1.0 | $260.00 |
| Hennessy, Vincent | Senior Consultant | $260.00 | 1.0 | $260.00 |
| Kipkirui, Winnie | Senior Consultant | $260.00 | 22.3 | $5,798.00 |
| Martin, Blake | Senior Consultant | $260.00 | 1.0 | $260.00 |
| Rice, Blake | Senior Consultant | $260.00 | 46.5 | $12,090.00 |
| Varshney, Swati | Senior Consultant | $260.00 | 39.9 | $10,374.00 |
| Yuen, Jennifer | Senior Consultant | $260.00 | 33.4 | $8,684.00 |
| Bedi, Arpit | Consultant | $210.00 | 29.7 | $6,237.00 |
| Boyce, Kyle | Consultant | $190.00 | 135.0 | $25,650.00 |
| Brown, Erin | Consultant | $190.00 | 156.5 | $29,735.00 |
| Chopra, Harshita | Consultant | $190.00 | 91.0 | $17,290.00 |
| Gupta, Deepak | Consultant | $210.00 | 2.5 | $525.00 |
| K, Kavya | Consultant | $210.00 | 4.0 | $840.00 |

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| Kapoor, Sameer | Consultant | $190.00 | 0.2 | $38.00 |
| Khan, Shabeer | Consultant | $190.00 | 0.6 | $114.00 |
| Nambiar, Sachin | Consultant | $210.00 | 0.5 | $105.00 |
| M, Ashwin | Consultant | $210.00 | 5.0 | $1,050.00 |
| Ramkumar, Vignesh | Consultant | $210.00 | 5.0 | $1,050.00 |
| Schloetter, Lexie | Consultant | $210.00 | 174.0 | $36,540.00 |
| Shariff, Salman | Consultant | $190.00 | 1.0 | $190.00 |
| Uy, Rycel | Consultant | $210.00 | 1.0 | $210.00 |
| **Professional Subtotal:** | | | **978.3** | **$233,061.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| ***2020 California Wildfires*** | | | | |
| Gillam, Tim | Partner/Principal | $810.00 | 9.0 | $7,290.00 |
| Pemberton, Tricia | Partner/Principal | $810.00 | 1.5 | $1,215.00 |
| Meredith, Wendy | Managing Director | $810.00 | 6.5 | $5,265.00 |
| Azebu, Matt | Senior Consultant | $510.00 | 4.5 | $2,295.00 |
| Schloetter, Lexie | Consultant | $410.00 | 1.5 | $615.00 |
| **Professional Subtotal:** | | | **23.0** | **$16,680.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| ***2020 Post Bankruptcy Matters*** | | | | |
| Basilico, Ellen | Partner/Principal | $810.00 | 1.0 | $810.00 |
| Clark, Brian | Partner/Principal | $810.00 | 1.5 | $1,215.00 |
| Dineen, Sean | Partner/Principal | $810.00 | 5.5 | $4,455.00 |
| Gerstel, Ken | Partner/Principal | $810.00 | 0.8 | $648.00 |
| Gillam, Tim | Partner/Principal | $810.00 | 46.5 | $37,665.00 |
| Graf, Bill | Partner/Principal | $810.00 | 0.5 | $405.00 |
| Kilkenny, Tom | Partner/Principal | $810.00 | 0.5 | $405.00 |
| Pemberton, Tricia | Partner/Principal | $810.00 | 4.5 | $3,645.00 |
| Pidgeon, Andrew | Partner/Principal | $810.00 | 14.1 | $11,421.00 |
| Weller, Curt | Partner/Principal | $810.00 | 2.0 | $1,620.00 |
| Donahue, Nona | Managing Director | $810.00 | 0.5 | $405.00 |
| Meredith, Wendy | Managing Director | $810.00 | 50.1 | $40,581.00 |
| Sasso, Tony | Managing Director | $810.00 | 0.3 | $243.00 |
| Domingue, Rob | Senior Manager | $700.00 | 14.7 | $10,290.00 |
| Luong, Mimi | Senior Manager | $700.00 | 3.1 | $2,170.00 |
| Allen, Jana | Manager | $610.00 | 20.0 | $12,200.00 |
| Nkinzingabo, Rudy | Manager | $610.00 | 3.0 | $1,830.00 |
| Azebu, Matt | Senior Consultant | $510.00 | 6.0 | $3,060.00 |
| Rice, Blake | Senior Consultant | $510.00 | 2.0 | $1,020.00 |
| Xu, Zhixin | Senior Consultant | $510.00 | 44.0 | $22,440.00 |

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Yuen, Jennifer | Senior Consultant | $510.00 | 3.5 | $1,785.00 |
| Schloetter, Lexie | Consultant | $410.00 | 11.5 | $4,715.00 |
| Shi, Yuxin | Consultant | $410.00 | 23.5 | $9,635.00 |
| **Professional Subtotal:** | | | **259.1** | **$172,663.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| *2020 Registration Statement and Financing Reviews* | | | | |
| Pemberton, Tricia | Partner/Principal | $810.00 | 2.0 | $1,620.00 |
| Meredith, Wendy | Managing Director | $810.00 | 4.5 | $3,645.00 |
| Azebu, Matt | Senior Consultant | $510.00 | 6.0 | $3,060.00 |
| Hamner, Jack | Senior Consultant | $510.00 | 0.5 | $255.00 |
| Martin, Blake | Senior Consultant | $510.00 | 0.5 | $255.00 |
| Rice, Blake | Senior Consultant | $510.00 | 4.0 | $2,040.00 |
| Varshney, Swati | Senior Consultant | $510.00 | 0.8 | $408.00 |
| Biswas, Sampa | Consultant | $370.00 | 1.0 | $370.00 |
| Boyce, Kyle | Consultant | $370.00 | 0.5 | $185.00 |
| Brown, Erin | Consultant | $370.00 | 2.5 | $925.00 |
| Chopra, Harshita | Consultant | $370.00 | 13.3 | $4,921.00 |
| Patha, Prem | Consultant | $370.00 | 0.5 | $185.00 |
| Schloetter, Lexie | Consultant | $410.00 | 0.5 | $205.00 |
| **Professional Subtotal:** | | | **36.6** | **$18,074.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| *2020 Regulatory Accounting* | | | | |
| Gillam, Tim | Partner/Principal | $810.00 | 0.5 | $405.00 |
| Meredith, Wendy | Managing Director | $810.00 | 2.0 | $1,620.00 |
| Azebu, Matt | Senior Consultant | $510.00 | 0.5 | $255.00 |
| Rice, Blake | Senior Consultant | $510.00 | 2.0 | $1,020.00 |
| Schloetter, Lexie | Consultant | $410.00 | 3.0 | $1,230.00 |
| **Professional Subtotal:** | | | **8.0** | **$4,530.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| *Preparation of Fee Applications* | | | | |
| Jin, Yezi | Senior Manager | $330.00 | 22.9 | $7,557.00 |
| Rice, Blake | Senior Consultant | $230.00 | 2.0 | $460.00 |
| Gutierrez, Dalia | Project Controller | $200.00 | 23.5 | $4,700.00 |
| **Professional Subtotal:** | | | **48.4** | **$12,717.00** |
| | | | | |
| **Total** | | | **1,353.4** | **$457,725.00** |