# EXHIBIT B

## COMPENSATION BY CATEGORY FOR SERVICES RENDERED BY DELOITTE & TOUCHE LLP FOR THE PERIOD APRIL 1, 2020 THROUGH APRIL 30, 2020

| Categories | Hours | Fees |
|---|---:|---:|
| 2020 Audit Services | 978.3 | $233,061.00 |
| 2020 California Wildfires | 23.0 | $16,680.00 |
| 2020 Post Bankruptcy Matters | 259.1 | $172,663.00 |
| 2020 Registration Statement and Financing Reviews | 36.6 | $18,074.00 |
| 2020 Regulatory Accounting | 8.0 | $4,530.00 |
| Preparation of Fee Applications | 48.4 | $12,717.00 |
| **Fees Category Subtotal :** | **1,353.4** | **$457,725.00** |