**PG&E Corporation, et al. (Case No. 19-30088 (DM))**   Exhibit A
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Summary by Project Category and Billing Category**
**For the Period November 1, 2019 through November 30, 2019**

| Project Category and Billing Category | Hours | Total Compensation |
|---|---:|---:|
| **Fixed Fee Services** | | |
|   *North Bay & Camp Fire Services* | *Retention Exhibit #: SUPP 01-C; 01-F* | |
|     North Bay & Camp Fire Services - C.O. #12 & C.O. #3 | 1,252.10 | $668,333.00 |
|   *Subtotal - North Bay & Camp Fire Services* | *1,252.10* | *$668,333.00* |
|   *EO Reorganization Support Services* | *Retention Exhibit #: SUPP 01-R* | |
|     EO Reorganization Support Services | 1,761.00 | $625,000.00 |
|   *Subtotal - EO Reorganization Support Services* | *1,761.00* | *$625,000.00* |
|   *Legal Observation Support Services* | *Retention Exhibit #: SUPP 01-M & 01-N* | |
|     Legal Observation Support Services | 1,298.60 | $820,000.00 |
|   *Subtotal - Legal Observation Support Services* | *1,298.60* | *$820,000.00* |
|   *WDT Support Services* | *Retention Exhibit #: SUPP 01-O* | |
|     WDT Support Services | 117.50 | $58,000.00 |
|   *Subtotal - WDT Support Services* | *117.50* | *$58,000.00* |
|   *PSPS Program Support Services* | *Retention Exhibit #: SUPP 01-P* | |
|     PSPS Program Support Services | 4,953.70 | $1,750,000.00 |
|   *Subtotal - PSPS Program Support Services* | *4,953.70* | *$1,750,000.00* |
|   *Cybersecurity Assessment Services* | *Retention Exhibit #: SUPP 01-Q* | |
|     Cybersecurity Assessment Services | 1,413.50 | $790,600.00 |
|   *Subtotal - Cybersecurity Assessment Services* | *1,413.50* | *$790,600.00* |
|   *EO MPP Org Standup Support Services* | *Retention Exhibit #: SUPP 01-T* | |
|     EO MPP Org Standup Support Services | 1,250.50 | $760,000.00 |
|   *Subtotal - EO MPP Org Standup Support Services* | *1,250.50* | *$760,000.00* |
| **Subtotal - Hours and Compensation - Fixed Fee Services** | **12,046.90** | **$5,471,933.00** |
| **Hourly Services** | | |
|   *E-Discovery Services* | *Retention Exhibit #: 01-J & 01-K; SUPP 01-H & 01-I* | |
|     Project Management | 272.70 | $108,830.30 |
|     Forensic Collections | 1,942.00 | $361,837.50 |
|   *Subtotal - E-Discovery Services* | *2,214.70* | *$470,667.80* |
|   *Rate Case Support Services* | *Retention Exhibit #: 01-L; SUPP 01-J* | |
|     Rate Case Support Services | 146.00 | $57,880.00 |
|   *Subtotal - Rate Case Support Services* | *146.00* | *$57,880.00* |
|   *Bankruptcy Accounting Advisory Services* | *Retention Exhibit #: 04; SUPP-02* | |
|     Accounting Services | 725.00 | $550,121.70 |
|   *Subtotal - Bankruptcy Accounting Advisory Services* | *725.00* | *$550,121.70* |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**  **Exhibit A**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Summary by Project Category and Billing Category**
**For the Period November 1, 2019 through November 30, 2019**

| Project Category and Billing Category | Hours | Total Compensation |
|---|---:|---:|
| *Bankruptcy Tax Advisory Services* | | *Retention Exhibit #: 05* |
| Tax Services | 79.90 | $48,302.10 |
| *Subtotal - Bankruptcy Tax Advisory Services* | *79.90* | *$48,302.10* |
| **Subtotal - Hours and Compensation - Hourly Services** | **3,165.60** | **$1,126,971.60** |
| **Case Administration** | | |
| *Bankruptcy Requirements and Other Court Obligations* | | *Retention Exhibit #: CASE* |
| Employment Applications and Other Court Filings | 5.70 | $3,135.00 |
| Monthly, Interim and Final Fee Applications | 46.50 | $22,942.50 |
| *Subtotal - Bankruptcy Requirements and Other Court Obligations* | *52.20* | *$26,077.50* |
| **Subtotal - Hours and Compensation - Case Administration** | **52.20** | **$26,077.50** |
| **Total - Hours and Compensation Sought for Reimbursement** | **15,264.70** | **$6,624,982.10** |