**PG&E Corporation, et al. (Case No. 19-30088 (DM))**      **Exhibit B**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Fixed Fee Services - Summary of Hours and Fees by Project and Professional**
**For the Period November 1, 2019 through November 30, 2019**

| Project Category and Professional | Position | Hours | Total Compensation |
|---|---|---:|---:|
| ***North Bay & Camp Fire Services*** | | ***Retention Exhibit #: SUPP 01-C; 01-F*** | |
| Meera Banerjee | Partner | 8.50 | |
| Todd Jirovec | Partner | 20.00 | |
| Amol Deshpande | Director | 90.00 | |
| Billy R Raley | Director | 118.50 | |
| Cyrus Justin Mohamadi | Manager | 141.00 | |
| Rachel M Ehsan | Manager | 53.70 | |
| AnnMarie Hassan | Senior Associate | 112.00 | |
| Joseph Michalek | Senior Associate | 64.50 | |
| Mohammad Ali Suleman | Senior Associate | 145.40 | |
| Ryan D McLean | Senior Associate | 169.50 | |
| Tyler McNeil Guthrie | Senior Associate | 80.00 | |
| Andrew James Breckel | Associate | 151.00 | |
| Emily Elizabeth Gray | Associate | 98.00 | |
| ***Subtotal - North Bay & Camp Fire Services*** | | ***1,252.10*** | ***$668,333.00*** |
| ***EO Reorganization Support Services*** | | ***Retention Exhibit #: SUPP 01-R*** | |
| Todd Jirovec | Partner | 24.00 | |
| Hugh Trung Le | Director | 200.00 | |
| Riley Adler | Manager | 430.00 | |
| Christopher Skoff | Senior Associate | 100.00 | |
| Tara Soni | Senior Associate | 313.00 | |
| Amy Zhao | Associate | 347.00 | |
| Jenna Nicole Barancik | Associate | 140.00 | |
| Joshua Lee White | Associate | 207.00 | |
| ***Subtotal - EO Reorganization Support Services*** | | ***1,761.00*** | ***$625,000.00*** |
| ***Legal Observation Support Services*** | | ***Retention Exhibit #: SUPP 01-M & 01-N*** | |
| Sarah Nolton | Partner | 24.80 | |
| Brian M Stephens | Director | 104.30 | |
| Dean Jeremy West | Director | 402.30 | |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**  **Exhibit B**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Fixed Fee Services - Summary of Hours and Fees by Project and Professional**
**For the Period November 1, 2019 through November 30, 2019**

| Project Category and Professional | Position | Hours | Total Compensation |
|---|---|---:|---:|
| Stephen Anthony Curnan | Manager | 247.70 | |
| Evan Wang | Senior Associate | 96.50 | |
| Melanie Erin Tsoi | Associate | 423.00 | |
| **Subtotal - Legal Observation Support Services** | | **1,298.60** | **$820,000.00** |
| **WDT Support Services** | | *Retention Exhibit #: SUPP 01-O* | |
| Jonathan Chevalier | Director | 117.50 | |
| **Subtotal - WDT Support Services** | | **117.50** | **$58,000.00** |
| **PSPS Program Support Services** | | *Retention Exhibit #: SUPP 01-P* | |
| David Lyons Stainback | Partner | 36.50 | |
| Todd Jirovec | Partner | 66.00 | |
| Hugh Trung Le | Director | 252.00 | |
| Paul Conboy | Director | 35.00 | |
| Ashley Dawn Wilson | Senior Manager | 701.10 | |
| Divya Balu Pazhayannur | Manager | 40.00 | |
| John Maitland Foody | Manager | 603.00 | |
| Christopher Skoff | Senior Associate | 200.00 | |
| Juliana Renne | Senior Associate | 495.50 | |
| Lucas Howard | Senior Associate | 569.50 | |
| Lisette Tyler Weinstein | Associate | 654.30 | |
| Lucas Howard | Associate | 105.00 | |
| Melissa Boyd | Associate | 302.30 | |
| Mitchell Emerson Mendoza | Associate | 100.00 | |
| Neha Shah | Associate | 171.50 | |
| Thomas Alexander Beauchemin | Associate | 610.00 | |
| Nelson Bernabe | Administrative | 12.00 | |
| **Subtotal - PSPS Program Support Services** | | **4,953.70** | **$1,750,000.00** |
| **Cybersecurity Assessment Services** | | *Retention Exhibit #: SUPP 01-Q* | |
| Brad D Bauch | Partner | 31.00 | |

PG&E Corporation, et al. (Case No. 19-30088 (DM))   Exhibit B
PwC LLP - Management, Tax and Advisory Consultants to the Debtors
Fixed Fee Services - Summary of Hours and Fees by Project and Professional
For the Period November 1, 2019 through November 30, 2019

| Project Category and Professional | Position | Hours | Total Compensation |
|---|---|---:|---:|
| Matthew Lucas Wilson | Partner | 130.00 | |
| Scott Edward Gicking | Director | 612.00 | |
| Jaimie Morsillo | Manager | 260.00 | |
| Lauren Adams | Senior Associate | 341.50 | |
| Avinoba Koley | Paraprofessional | 1.50 | |
| Madhurima G Dastidar | Paraprofessional | 4.00 | |
| Rahul Sengupta | Paraprofessional | 2.50 | |
| Rupsa Ghose | Paraprofessional | 2.50 | |
| Sanchari Dey | Paraprofessional | 14.00 | |
| Casey Marmol | Administrative | 14.50 | |
| **Subtotal - Cybersecurity Assessment Services** | | **1,413.50** | **$790,600.00** |
| ***EO MPP Org Standup Support Services*** | | ***Retention Exhibit #: SUPP 01-T*** | |
| Daryl Walcroft | Partner | 30.00 | |
| Hugh Trung Le | Director | 16.00 | |
| Claire Ellison | Manager | 244.50 | |
| Divya Balu Pazhayannur | Manager | 136.00 | |
| Dinishi Abayarathna | Senior Associate | 220.00 | |
| Emmanuel Blankson | Senior Associate | 300.00 | |
| Anthony Kosinski | Associate | 304.00 | |
| **Subtotal - EO MPP Org Standup Support Services** | | **1,250.50** | **$760,000.00** |
| **Total - Hours and Compensation - Fixed Fee Services** | | **12,046.90** | **$5,471,933.00** |