**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     **Exhibit D**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration - Summary of Hours / Fees by Project and Professional**
**For the Period November 1, 2019 through November 30, 2019**

| Project Category and Professional | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| **Hourly Services** | | | | |
| *E-Discovery Services* | | *Retention Exhibit #: 01-J & 01-K; SUPP 01-H & 01-I* | | |
| Sarah Nolton | Partner | $499 | 17.70 | $8,832.30 |
| Amol Deshpande | Director | $404 | 242.00 | $97,768.00 |
| Jeb R Williams | Senior Manager | $404 | 13.50 | $5,454.00 |
| Jeb R Williams | Manager | $329 | 6.50 | $2,138.50 |
| AnnMarie Hassan | Senior Associate | $267 | 6.00 | $1,602.00 |
| Evan Wang | Senior Associate | $267 | 2.50 | $667.50 |
| Joseph Michalek | Senior Associate | $267 | 240.50 | $64,213.50 |
| Alexandra May Gradijan | Associate | $172 | 460.50 | $79,206.00 |
| Congrui Lin | Associate | $172 | 169.00 | $29,068.00 |
| Congrui Lin | Associate | $172 | 33.00 | $5,676.00 |
| Joana Maria de Carvalho Buck | Associate | $172 | 24.00 | $4,128.00 |
| MaKenzie Renee Muller | Associate | $172 | 609.80 | $104,885.60 |
| Melanie Erin Tsoi | Associate | $172 | 97.90 | $16,838.80 |
| Melanie Erin Tsoi | Associate | $172 | 205.30 | $35,311.60 |
| William Power | Associate | $172 | 86.50 | $14,878.00 |
| **Subtotal - E-Discovery Services** | | | **2,214.70** | **$470,667.80** |
| *Rate Case Support Services* | | *Retention Exhibit #: 01-L; SUPP 01-J* | | |
| Reza Jenab | Partner | $500 | 2.00 | $1,000.00 |
| Cynthia Lorie | Director | $395 | 144.00 | $56,880.00 |
| **Subtotal - Rate Case Support Services** | | | **146.00** | **$57,880.00** |
| *Bankruptcy Accounting Advisory Services* | | *Retention Exhibit #: 04; SUPP-02* | | |
| Amanda Cicely Herron | Partner | $994 | 4.00 | $3,976.00 |
| Cody L Smith | Partner | $994 | 0.50 | $497.00 |
| Jeffrey A Kotowitz | Partner | $994 | 3.50 | $3,479.00 |
| Matthew E Sabatini | Partner | $994 | 3.00 | $2,982.00 |
| Rajeeb Das | Partner | $994 | 28.40 | $28,229.60 |
| Scott J Feely | Partner | $994 | 2.00 | $1,988.00 |
| Steven R Lilley | Partner | $994 | 1.00 | $994.00 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**        **Exhibit D**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration - Summary of Hours / Fees by Project and Professional**
**For the Period November 1, 2019 through November 30, 2019**

| Project Category and Professional | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| Morris N Jones | Partner | $957 | 61.00 | $58,377.00 |
| Sean P Riley | Partner | $839 | 1.00 | $839.00 |
| Daniel H Klausner | Senior Managing Director | $898 | 1.00 | $898.00 |
| John F. Horan | Senior Managing Director | $898 | 0.50 | $449.00 |
| Rajeeb Das | Senior Managing Director | $898 | 6.60 | $5,926.80 |
| Aaron T Pocklington | Director | $807 | 104.30 | $84,170.10 |
| Analise Counts Saltzman | Director | $807 | 1.00 | $807.00 |
| Joshua T Goodelman | Director | $807 | 10.90 | $8,796.30 |
| Michael John Dixon | Director | $807 | 190.30 | $153,572.10 |
| Richard Jason Ruggiero | Director | $807 | 55.40 | $44,707.80 |
| Steven G. Halterman | Director | $807 | 2.00 | $1,614.00 |
| Thomas J Berkery | Director | $807 | 5.40 | $4,357.80 |
| Andrew Michael Schellenberg | Senior Manager | $769 | 19.00 | $14,611.00 |
| John Chadwick Crawford | Senior Manager | $769 | 44.40 | $34,143.60 |
| Alex Michael McHarrie | Manager | $628 | 5.00 | $3,140.00 |
| Alisher Mamasoliyevich Uralov | Manager | $628 | 14.70 | $9,231.60 |
| Andrew Michael Schellenberg | Manager | $628 | 8.50 | $5,338.00 |
| Barret William Cook | Senior Associate | $517 | 8.00 | $4,136.00 |
| Bradley Lewis Portnoy | Senior Associate | $517 | 9.10 | $4,704.70 |
| John Page Luster | Senior Associate | $517 | 9.90 | $5,118.30 |
| Lindsay Slocum | Senior Associate | $517 | 84.00 | $43,428.00 |
| Matthew W Eulau | Senior Associate | $517 | 13.00 | $6,721.00 |
| Tyler Douglas Peschka | Senior Associate | $517 | 7.00 | $3,619.00 |
| Barret William Cook | Associate | $450 | 16.80 | $7,560.00 |
| Grace Ann Kelley | Associate | $450 | 3.80 | $1,710.00 |
| **Subtotal - Bankruptcy Accounting Advisory Services** | | | **725.00** | **$550,121.70** |
| **Bankruptcy Tax Advisory Services** | | | *Retention Exhibit #: 05* | |
| Terry Bart Stratton | Partner | $909 | 17.00 | $15,453.00 |
| Leah Kondo Von Pervieux | Director | $707 | 18.50 | $13,079.50 |
| Conan A Yuzna | Senior Associate | $464 | 1.00 | $464.00 |

**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration - Summary of Hours / Fees by Project and Professional**
**For the Period November 1, 2019 through November 30, 2019**

| Project Category and Professional | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| Sandy Liu O'Neill | Senior Associate | $464 | 35.40 | $16,425.60 |
| David Winter | Associate | $360 | 8.00 | $2,880.00 |
| *Subtotal - Bankruptcy Tax Advisory Services* | | | *79.90* | *$48,302.10* |
| **Subtotal - Hourly Services** | | | **3,165.60** | **$1,126,971.60** |
| **Case Administration** | | | | |
| *Bankruptcy Requirements and Other Court Obligations* | | | *Retention Exhibit #: CASE* | |
| Andrea Clark Smith | Director | $550 | 44.10 | $24,255.00 |
| Nanette J Kortuem | Associate | $225 | 8.10 | $1,822.50 |
| *Subtotal - Bankruptcy Requirements and Other Court Obligations* | | | *52.20* | *$26,077.50* |
| **Subtotal - Case Administration** | | | **52.20** | **$26,077.50** |
| **Total - Hourly Services and Case Administration** | | | **3,217.80** | **$1,153,049.10** |