**PG&E Corporation, et al. (Case No. 19-30088 (DM))**  Exhibit F
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Summary of Expenditures by Project and Type**
**For the Period November 1, 2019 through November 30, 2019**

| Transaction Type by Project | Total Expenditures |
|---|---:|
| **Fixed Fee Services** | |
| *Legal Observation Support Services* | *Retention Exhibit #: SUPP 01-M & 01-N* |
|     Airfare | $11,821.09 |
|     Lodging | $24,666.19 |
|     Meals | $4,585.73 |
|     Public/Ground Transportation | $3,919.70 |
|     Rental Car | $43.54 |
| ***Subtotal - Expenditures Sought for Legal Observation Support Services*** | ***$45,036.25*** |
| *WDT Support Services* | *Retention Exhibit #: SUPP 01-O* |
|     Airfare | $1,290.39 |
|     Lodging | $1,229.79 |
|     Meals | $130.80 |
|     Public/Ground Transportation | $187.86 |
| ***Subtotal - Expenditures Sought for WDT Support Services*** | ***$2,838.84*** |
| *PSPS Program Support Services* | *Retention Exhibit #: SUPP 01-P* |
|     Airfare | $47,658.46 |
|     Lodging | $106,577.45 |
|     Meals | $14,241.11 |
|     Parking | $96.00 |
|     Public/Ground Transportation | $17,744.07 |
|     Rental Car | $387.62 |
|     Expense Reduction | ($11,704.71) |
| ***Subtotal - Expenditures Sought for PSPS Program Support Services*** | ***$175,000.00*** |
| *Cybersecurity Assessment Services* | *Retention Exhibit #: SUPP 01-Q* |
|     Airfare | $15,536.13 |
|     Lodging | $50,291.64 |
|     Meals | $6,411.79 |
|     Parking | $329.00 |
|     Public/Ground Transportation | $11,284.70 |
| ***Subtotal - Expenditures Sought for Cybersecurity Assessment Services*** | ***$83,853.26*** |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**  **Exhibit F**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Summary of Expenditures by Project and Type**
**For the Period November 1, 2019 through November 30, 2019**

| Transaction Type by Project | Total Expenditures |
|---|---:|
| ***EO MPP Org Standup Support Services*** | ***Retention Exhibit #: SUPP 01-T*** |
|     Airfare | $4,629.05 |
|     Lodging | $10,099.84 |
|     Meals | $2,023.70 |
|     Public/Ground Transportation | $2,455.23 |
|     ***Subtotal - Expenditures Sought for EO MPP Org Standup Support Services*** | ***$19,207.82*** |
| **Subtotal - Expenditures Sought for Fixed Fee Services** | **$325,936.17** |
| **Hourly Services** | |
|     ***E-Discovery Services*** | ***Retention Exhibit #: 01-J & 01-K; SUPP 01-H & 01-I*** |
|     Airfare | $363.70 |
|     Lodging | $143.12 |
|     Meals | $2,805.91 |
|     Mileage Allowance | $667.00 |
|     Parking | $811.48 |
|     Public/Ground Transportation | $902.12 |
|     Rental Car | $3,633.06 |
|     Server Supplies | $32,725.02 |
|     ***Subtotal - Expenditures Sought for E-Discovery Services*** | ***$42,051.41*** |
|     ***Bankruptcy Accounting Advisory Services*** | ***Retention Exhibit #: 04; SUPP-02*** |
|     Airfare | $4,635.80 |
|     Lodging | $5,602.39 |
|     Meals | $650.62 |
|     Mileage Allowance | $19.14 |
|     Parking | $257.00 |
|     Public/Ground Transportation | $743.58 |
|     Expense Reduction | ($1,369.42) |
|     ***Subtotal - Expenditures Sought for Bankruptcy Accounting Advisory Services*** | ***$10,539.11*** |
| **Subtotal - Expenditures Sought for Hourly Services** | **$52,590.52** |
| **Total - Expenditures Sought for Reimbursement** | **$378,526.69** |