**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     Exhibit A
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Summary by Project Category and Billing Category**
**For the Period December 1, 2019 through December 31, 2019**

| Project Category and Billing Category | Hours | Total Compensation |
|---|---|---|
| **Fixed Fee Services** | | |
|   *North Bay & Camp Fire Services* | *Retention Exhibit #: SUPP 01-C; 01-F* | |
|     North Bay & Camp Fire Services - C.O. #12 & C.O. #3 | 925.10 | $668,334.00 |
|   *Subtotal - North Bay & Camp Fire Services* | *925.10* | *$668,334.00* |
|   *Compliance Services* | *Retention Exhibit #: 01-H* | |
|     Compliance Services | 205.80 | $84,600.00 |
|   *Subtotal - Compliance Services* | *205.80* | *$84,600.00* |
|   *Controls Testing Services* | *Retention Exhibit #: 01-I* | |
|     Controls Testing Services | 413.30 | $90,000.00 |
|   *Subtotal - Controls Testing Services* | *413.30* | *$90,000.00* |
|   *Rule 21 Readiness & Pilot Testing Services* | *Retention Exhibit #: SUPP 01-K & 01-L* | |
|     Rule 21 Readiness & Pilot Testing Services | 639.20 | $196,000.00 |
|   *Subtotal - Rule 21 Readiness & Pilot Testing Services* | *639.20* | *$196,000.00* |
|   *Cybersecurity Assessment Services* | *Retention Exhibit #: SUPP 01-Q* | |
|     Cybersecurity Assessment Services | 387.00 | $76,800.00 |
|   *Subtotal - Cybersecurity Assessment Services* | *387.00* | *$76,800.00* |
|   *EO MPP Org Standup Support Services* | *Retention Exhibit #: SUPP 01-T* | |
|     EO MPP Org Standup Support Services | 378.50 | $190,000.00 |
|   *Subtotal - EO MPP Org Standup Support Services* | *378.50* | *$190,000.00* |
|   *Tax R&D Tax Credit Services* | *Retention Exhibit #: SUPP 04* | |
|     Tax R&D Tax Credit Services | 869.90 | $325,000.00 |
|   *Subtotal - Tax R&D Tax Credit Services* | *869.90* | *$325,000.00* |
| **Subtotal - Hours and Compensation - Fixed Fee Services** | **3,818.80** | **$1,630,734.00** |
| **Hourly Services** | | |
|   *E-Discovery Services* | *Retention Exhibit #: 01-J & 01-K; SUPP 01-H & 01-I* | |
|     Project Management | 30.00 | $12,120.00 |
|     Forensic Collections | 159.40 | $29,590.80 |
|   *Subtotal - E-Discovery Services* | *189.40* | *$41,710.80* |
|   *Rate Case Support Services* | *Retention Exhibit #: 01-L; SUPP 01-J* | |
|     Rate Case Support Services | 65.00 | $25,885.00 |
|   *Subtotal - Rate Case Support Services* | *65.00* | *$25,885.00* |
|   *Bankruptcy Accounting Advisory Services* | *Retention Exhibit #: 04; SUPP-02* | |
|     Accounting Services | 69.10 | $56,357.40 |
|   *Subtotal - Bankruptcy Accounting Advisory Services* | *69.10* | *$56,357.40* |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**      Exhibit A
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Summary by Project Category and Billing Category**
**For the Period December 1, 2019 through December 31, 2019**

| Project Category and Billing Category | Hours | Total Compensation |
|---|---:|---:|
| ***Bankruptcy Tax Advisory Services*** | | ***Retention Exhibit #: 05*** |
| Tax Services | 115.20 | $69,356.50 |
| ***Subtotal - Bankruptcy Tax Advisory Services*** | ***115.20*** | ***$69,356.50*** |
| **Subtotal - Hours and Compensation - Hourly Services** | **438.70** | **$193,309.70** |
| **Case Administration** | | |
| ***Bankruptcy Requirements and Other Court Obligations*** | | ***Retention Exhibit #: CASE*** |
| Monthly, Interim and Final Fee Applications | 46.00 | $25,300.00 |
| ***Subtotal - Bankruptcy Requirements and Other Court Obligations*** | ***46.00*** | ***$25,300.00*** |
| **Subtotal - Hours and Compensation - Case Administration** | **46.00** | **$25,300.00** |
| **Total - Hours and Compensation Sought for Reimbursement** | **4,303.50** | **$1,849,343.70** |