**PG&E Corporation, et al. (Case No. 19-30088 (DM))**      **Exhibit B**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Fixed Fee Services - Summary of Hours and Fees by Project and Professional**
**For the Period December 1, 2019 through December 31, 2019**

| Project Category and Professional | Position | Hours | Total Compensation |
|---|---|---:|---:|
| ***North Bay & Camp Fire Services*** | | ***Retention Exhibit #: SUPP 01-C; 01-F*** | |
| Meera Banerjee | Partner | 14.00 | |
| Todd Jirovec | Partner | 20.00 | |
| Amol Deshpande | Director | 90.00 | |
| Billy R Raley | Director | 50.50 | |
| Cyrus Justin Mohamadi | Manager | 150.00 | |
| Rachel M Ehsan | Manager | 46.60 | |
| AnnMarie Hassan | Senior Associate | 128.00 | |
| Joseph Michalek | Senior Associate | 53.00 | |
| Mohammad Ali Suleman | Senior Associate | 136.50 | |
| Ryan D McLean | Senior Associate | 108.00 | |
| Andrew James Breckel | Associate | 127.00 | |
| Emily Elizabeth Gray | Associate | 1.50 | |
| ***Subtotal - North Bay & Camp Fire Services*** | | ***925.10*** | ***$668,334.00*** |
| ***Compliance Services*** | | ***Retention Exhibit #: 01-H*** | |
| Kristin D Rivera | Partner | 3.00 | |
| Meera Banerjee | Partner | 24.50 | |
| Sumana Lahiry | Director | 42.50 | |
| Kailey Sanchez | Associate | 135.80 | |
| ***Subtotal - Compliance Services*** | | ***205.80*** | ***$84,600.00*** |
| ***Controls Testing Services*** | | ***Retention Exhibit #: 01-I*** | |
| Dhiraj Malhotra | Partner | 27.00 | |
| Steven Manocchio | Director | 88.00 | |
| Rachel Allard Le Flanchec | Manager | 74.60 | |
| FNU Srinivasan Chandrasekaran | Associate | 166.40 | |
| Rida Adam | Associate | 57.30 | |
| ***Subtotal - Controls Testing Services*** | | ***413.30*** | ***$90,000.00*** |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**                                **Exhibit B**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Fixed Fee Services - Summary of Hours and Fees by Project and Professional**
**For the Period December 1, 2019 through December 31, 2019**

| Project Category and Professional | Position | Hours | Total Compensation |
|---|---|---|---|
| ***Rule 21 Readiness & Pilot Testing Services*** | | ***Retention Exhibit #: SUPP 01-K & 01-L*** | |
| Amanda Cicely Herron | Partner | 3.00 | |
| Sunita Suryanarayan | Partner | 18.00 | |
| Andrew Line | Director | 126.00 | |
| Colin Matthew Nakagaki | Director | 28.20 | |
| Jonathan Chevalier | Director | 10.00 | |
| Jason Nolte | Manager | 31.00 | |
| Adriana Monteiro | Senior Associate | 43.50 | |
| Nicole C Lowrie | Senior Associate | 379.50 | |
| ***Subtotal - Rule 21 Readiness & Pilot Testing Services*** | | ***639.20*** | ***$196,000.00*** |
| ***Cybersecurity Assessment Services*** | | ***Retention Exhibit #: SUPP 01-Q*** | |
| Matthew Lucas Wilson | Partner | 37.50 | |
| Michael R Knisley | Partner | 3.00 | |
| Scott Edward Gicking | Director | 97.00 | |
| Jaimie Morsillo | Manager | 93.00 | |
| Lauren Adams | Senior Associate | 112.00 | |
| Ayan Majumdar | Paraprofessional | 4.00 | |
| Kaustav Pal | Paraprofessional | 5.00 | |
| Piyali Kundu | Paraprofessional | 4.00 | |
| Rahul Sengupta | Paraprofessional | 5.00 | |
| Rimli Mukherjee | Paraprofessional | 5.00 | |
| Rupsa Ghose | Paraprofessional | 4.00 | |
| Subhrangshu Das | Paraprofessional | 5.00 | |
| Sudip Kumar Dutta | Paraprofessional | 4.50 | |
| Sudipta Mukherjee | Paraprofessional | 4.00 | |
| Casey Marmol | Administrative | 4.00 | |
| ***Subtotal - Cybersecurity Assessment Services*** | | ***387.00*** | ***$76,800.00*** |
| ***EO MPP Org Standup Support Services*** | | ***Retention Exhibit #: SUPP 01-T*** | |
| Daryl Walcroft | Partner | 14.00 | |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**            **Exhibit B**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Fixed Fee Services - Summary of Hours and Fees by Project and Professional**
**For the Period December 1, 2019 through December 31, 2019**

| Project Category and Professional | Position | Hours | Total Compensation |
|---|---|---:|---:|
| Billy R Raley | Director | 1.50 | |
| Claire Ellison | Manager | 123.00 | |
| Dinishi Abayarathna | Senior Associate | 152.00 | |
| Anthony Kosinski | Associate | 88.00 | |
| **Subtotal - EO MPP Org Standup Support Services** | | **378.50** | **$190,000.00** |
| **Tax R&D Tax Credit Services** | | | ***Retention Exhibit #: SUPP 04*** |
| Jeffery P Jones | Partner | 18.00 | |
| Nicole Storck | Partner | 1.00 | |
| Jennifer Loo | Director | 69.30 | |
| Adrea L Borges | Senior Manager | 78.70 | |
| Adrea L Borges | Manager | 3.10 | |
| Charles Burrows Cowin | Manager | 0.50 | |
| Erika Farr | Manager | 28.50 | |
| Michael John Sebastinelli | Manager | 150.80 | |
| Eric Clayton Snyder | Senior Associate | 10.50 | |
| Michael John Sebastinelli | Senior Associate | 51.60 | |
| Susan Mengshan Ji Tu | Senior Associate | 142.90 | |
| Usha Rani Bantanahal | Senior Associate | 4.00 | |
| Diane Souvanvixay | Associate | 5.00 | |
| Jennifer Gong | Associate | 87.10 | |
| Madeline Ewer | Associate | 6.70 | |
| Mariela Christina Silva | Associate | 212.20 | |
| **Subtotal - Tax R&D Tax Credit Services** | | **869.90** | **$325,000.00** |
| **Total - Hours and Compensation - Fixed Fee Services** | | **3,818.80** | **$1,630,734.00** |