PG&E Corporation, et al. (Case No. 19-30088 (DM))  Exhibit D
PwC LLP - Management, Tax and Advisory Consultants to the Debtors
Hourly Services and Case Administration - Summary of Hours / Fees by Project and Professional
For the Period December 1, 2019 through December 31, 2019

| Project Category and Professional | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| **Hourly Services** | | | | |
| *E-Discovery Services* | | *Retention Exhibit #: 01-J & 01-K; SUPP 01-H & 01-I* | | |
| Amol Deshpande | Director | $404 | 30.00 | $12,120.00 |
| Jeb R Williams | Senior Manager | $404 | 2.00 | $808.00 |
| Joseph Michalek | Senior Associate | $267 | 18.00 | $4,806.00 |
| Alexandra May Gradijan | Associate | $172 | 114.00 | $19,608.00 |
| MaKenzie Renee Muller | Associate | $172 | 21.50 | $3,698.00 |
| Melanie Erin Tsoi | Associate | $172 | 3.90 | $670.80 |
| **Subtotal - E-Discovery Services** | | | **189.40** | **$41,710.80** |
| *Rate Case Support Services* | | *Retention Exhibit #: 01-L; SUPP 01-J* | | |
| Reza Jenab | Partner | $500 | 2.00 | $1,000.00 |
| Cynthia Lorie | Director | $395 | 63.00 | $24,885.00 |
| **Subtotal - Rate Case Support Services** | | | **65.00** | **$25,885.00** |
| *Bankruptcy Accounting Advisory Services* | | *Retention Exhibit #: 04; SUPP-02* | | |
| Rajeeb Das | Partner | $994 | 10.10 | $10,039.40 |
| Reto Micheluzzi | Partner | $994 | 1.00 | $994.00 |
| Morris N Jones | Partner | $957 | 2.00 | $1,914.00 |
| Joshua T Goodelman | Director | $807 | 16.50 | $13,315.50 |
| Michael John Dixon | Director | $807 | 12.50 | $10,087.50 |
| John Chadwick Crawford | Senior Manager | $769 | 24.00 | $18,456.00 |
| Lindsay Slocum | Senior Associate | $517 | 3.00 | $1,551.00 |
| **Subtotal - Bankruptcy Accounting Advisory Services** | | | **69.10** | **$56,357.40** |
| *Bankruptcy Tax Advisory Services* | | *Retention Exhibit #: 05* | | |
| Terry Bart Stratton | Partner | $909 | 22.50 | $20,452.50 |
| Leah Kondo Von Pervieux | Director | $707 | 34.70 | $24,532.90 |
| Olivia Ley Orobona | Director | $707 | 0.50 | $353.50 |
| Conan A Yuzna | Senior Associate | $464 | 12.00 | $5,568.00 |
| Sandy Liu O'Neill | Senior Associate | $464 | 19.90 | $9,233.60 |
| David Winter | Associate | $360 | 10.40 | $3,744.00 |
| Xun Wang | Associate | $360 | 15.20 | $5,472.00 |

Case: 19-30088    Doc# 8033-4    Filed: 06/19/20    Entered: 06/19/20 15:35:44    Page 1 of 2

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**            **Exhibit D**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration - Summary of Hours / Fees by Project and Professional**
**For the Period December 1, 2019 through December 31, 2019**

| Project Category and Professional | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| *Subtotal - Bankruptcy Tax Advisory Services* | | | *115.20* | *$69,356.50* |
| **Subtotal - Hourly Services** | | | **438.70** | **$193,309.70** |
| **Case Administration** | | | | |
| *Bankruptcy Requirements and Other Court Obligations* | | | *Retention Exhibit #: CASE* | |
| Andrea Clark Smith | Director | $550 | 46.00 | $25,300.00 |
| *Subtotal - Bankruptcy Requirements and Other Court Obligations* | | | *46.00* | *$25,300.00* |
| **Subtotal - Case Administration** | | | **46.00** | **$25,300.00** |
| **Total - Hourly Services and Case Administration** | | | **484.70** | **$218,609.70** |