PG&E Corporation, et al. (Case No. 19-30088 (DM))     Exhibit E
PwC LLP - Management, Tax and Advisory Consultants to the Debtors
Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date
For the Period December 1, 2019 through December 31, 2019

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| **Hourly Services** | | | | | | |
| *E-Discovery Services* | | | *Retention Exhibit #: 01-J & 01-K; SUPP 01-H & 01-I* | | | |
| Project Management | | | | | | |
| 12/2/2019 | Amol Deshpande | Director | 1219H0001: Perform daily Director review of the status of the e-discovery collections and processing. | $404 | 2.00 | $808.00 |
| 12/3/2019 | Amol Deshpande | Director | 1219H0002: Perform daily Director review of the status of the e-discovery collections and processing. | $404 | 2.00 | $808.00 |
| 12/4/2019 | Amol Deshpande | Director | 1219H0003: Perform daily Director review of the status of the e-discovery collections and processing. | $404 | 2.00 | $808.00 |
| 12/5/2019 | Amol Deshpande | Director | 1219H0004: Perform daily Director review of the status of the e-discovery collections and processing. | $404 | 2.00 | $808.00 |
| 12/6/2019 | Amol Deshpande | Director | 1219H0005: Perform daily Director review of the status of the e-discovery collections and processing. | $404 | 2.00 | $808.00 |
| 12/9/2019 | Amol Deshpande | Director | 1219H0006: Perform daily Director review of the status of the e-discovery collections and processing. | $404 | 2.00 | $808.00 |
| 12/10/2019 | Amol Deshpande | Director | 1219H0007: Perform daily Director review of the status of the e-discovery collections and processing. | $404 | 2.00 | $808.00 |
| 12/11/2019 | Amol Deshpande | Director | 1219H0008: Perform daily Director review of the status of the e-discovery collections and processing. | $404 | 2.00 | $808.00 |
| 12/12/2019 | Amol Deshpande | Director | 1219H0009: Perform daily Director review of the status of the e-discovery collections and processing. | $404 | 2.00 | $808.00 |
| 12/13/2019 | Amol Deshpande | Director | 1219H0010: Perform daily Director review of the status of the e-discovery collections and processing. | $404 | 2.00 | $808.00 |
| 12/16/2019 | Amol Deshpande | Director | 1219H0011: Perform daily Director review of the status of the e-discovery collections and processing. | $404 | 2.00 | $808.00 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**   Exhibit E
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period December 1, 2019 through December 31, 2019**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 12/17/2019 | Amol Deshpande | Director | 1219H0012: Perform daily Director review of the status of the e-discovery collections and processing. | $404 | 2.00 | $808.00 |
| 12/18/2019 | Amol Deshpande | Director | 1219H0013: Perform daily Director review of the status of the e-discovery collections and processing. | $404 | 2.00 | $808.00 |
| 12/19/2019 | Amol Deshpande | Director | 1219H0014: Perform daily Director review of the status of the e-discovery collections and processing. | $404 | 2.00 | $808.00 |
| 12/20/2019 | Amol Deshpande | Director | 1219H0015: Perform daily Director review of the status of the e-discovery collections and processing. | $404 | 2.00 | $808.00 |
| Subtotal - Hours and Compensation - Project Management | | | | | 30.00 | $12,120.00 |
| Forensic Collections | | | | | | |
| 12/2/2019 | Joseph Michalek | Senior Associate | 1219H0016: Perform e-discovery procedures at San Francisco, CA on-site imaging. | $267 | 1.00 | $267.00 |
| 12/2/2019 | Alexandra May Gradijan | Associate | 1219H0017: Continue - Perform collection procedures at San Francisco, CA - laptop & mobile device. | $172 | 8.00 | $1,376.00 |
| 12/2/2019 | MaKenzie Renee Muller | Associate | 1219H0018: Perform review of the image collections to ensure completion and proper imaging. | $172 | 1.00 | $172.00 |
| 12/3/2019 | Alexandra May Gradijan | Associate | 1219H0019: Continue - Perform collection procedures at San Francisco, CA - laptop & mobile device. | $172 | 8.00 | $1,376.00 |
| 12/3/2019 | Melanie Erin Tsoi | Associate | 1219H0020: Perform collection preparation and tracker updates. | $172 | 0.50 | $86.00 |
| 12/4/2019 | Alexandra May Gradijan | Associate | 1219H0021: Continue - Perform collection procedures at San Francisco, CA - laptop & mobile device. | $172 | 8.00 | $1,376.00 |
| 12/5/2019 | Alexandra May Gradijan | Associate | 1219H0022: Continue - Perform collection procedures at San Francisco, CA - laptop & mobile device. | $172 | 8.00 | $1,376.00 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     Exhibit E
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period December 1, 2019 through December 31, 2019**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 12/6/2019 | Alexandra May Gradijan | Associate | 1219H0023: Continue - Perform collection procedures at San Ramon, CA - laptop & mobile device. | $172 | 10.00 | $1,720.00 |
| 12/9/2019 | Joseph Michalek | Senior Associate | 1219H0024: Perform e-discovery procedures at San Francisco, CA on-site imaging. | $267 | 2.00 | $534.00 |
| 12/9/2019 | Alexandra May Gradijan | Associate | 1219H0025: Continue - Perform collection procedures at San Francisco, CA - laptop & mobile device. | $172 | 8.00 | $1,376.00 |
| 12/10/2019 | MaKenzie Renee Muller | Associate | 1219H0026: Perform review of the image collections to ensure completion and proper imaging. | $172 | 3.00 | $516.00 |
| 12/10/2019 | Joseph Michalek | Senior Associate | 1219H0027: Perform e-discovery procedures at San Francisco, CA on-site imaging. | $267 | 3.00 | $801.00 |
| 12/10/2019 | Jeb R Williams | Senior Manager | 1219H0028: Continue - Perform collection procedures at San Francisco, CA - laptop & mobile device. | $404 | 2.00 | $808.00 |
| 12/10/2019 | Alexandra May Gradijan | Associate | 1219H0029: Continue - Perform collection procedures at San Francisco, CA - laptop & mobile device. | $172 | 8.00 | $1,376.00 |
| 12/11/2019 | MaKenzie Renee Muller | Associate | 1219H0030: Update the documentation collected through the discovery procedures. | $172 | 2.50 | $430.00 |
| 12/11/2019 | Alexandra May Gradijan | Associate | 1219H0031: Update documentation and ensure completeness on the files collected. | $172 | 8.00 | $1,376.00 |
| 12/11/2019 | Joseph Michalek | Senior Associate | 1219H0032: Continue - Perform collection procedures at San Francisco, CA - laptop & mobile device. | $267 | 2.00 | $534.00 |
| 12/12/2019 | Melanie Erin Tsoi | Associate | 1219H0033: Perform collection procedures at San Francisco, CA - laptop & mobile device. | $172 | 0.60 | $103.20 |
| 12/12/2019 | MaKenzie Renee Muller | Associate | 1219H0034: Update the documentation collected through the discovery procedures. | $172 | 1.50 | $258.00 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     **Exhibit E**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period December 1, 2019 through December 31, 2019**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 12/12/2019 | MaKenzie Renee Muller | Associate | 1219H0035: Perform review of the image collections to ensure completion and proper imaging. | $172 | 2.00 | $344.00 |
| 12/12/2019 | Joseph Michalek | Senior Associate | 1219H0036: Perform e-discovery procedures at San Francisco, CA on-site imaging. | $267 | 2.00 | $534.00 |
| 12/12/2019 | Alexandra May Gradijan | Associate | 1219H0037: Continue - Perform collection procedures at Petaluma, CA - laptop & mobile device. | $172 | 8.00 | $1,376.00 |
| 12/13/2019 | Joseph Michalek | Senior Associate | 1219H0038: Perform e-discovery procedures at San Francisco, CA on-site imaging. | $267 | 1.00 | $267.00 |
| 12/13/2019 | Alexandra May Gradijan | Associate | 1219H0039: Continue - Perform collection procedures at San Francisco, CA - laptop & mobile device. | $172 | 4.00 | $688.00 |
| 12/16/2019 | Melanie Erin Tsoi | Associate | 1219H0040: Perform collection procedures at San Francisco, CA - laptop & mobile device. | $172 | 0.40 | $68.80 |
| 12/16/2019 | MaKenzie Renee Muller | Associate | 1219H0041: Update the documentation collected through the discovery procedures. | $172 | 1.50 | $258.00 |
| 12/16/2019 | Joseph Michalek | Senior Associate | 1219H0042: Perform e-discovery procedures at San Francisco, CA on-site imaging. | $267 | 1.50 | $400.50 |
| 12/16/2019 | Alexandra May Gradijan | Associate | 1219H0043: Continue - Perform collection procedures at San Francisco, CA - laptop & mobile device. | $172 | 8.00 | $1,376.00 |
| 12/17/2019 | Melanie Erin Tsoi | Associate | 1219H0044: Perform collection procedures at San Francisco, CA - laptop & mobile device. | $172 | 1.40 | $240.80 |
| 12/17/2019 | MaKenzie Renee Muller | Associate | 1219H0045: Update the documentation collected through the discovery procedures. | $172 | 1.00 | $172.00 |
| 12/17/2019 | Joseph Michalek | Senior Associate | 1219H0046: Perform e-discovery procedures at San Francisco, CA on-site imaging. | $267 | 1.50 | $400.50 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     **Exhibit E**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period December 1, 2019 through December 31, 2019**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 12/17/2019 | Alexandra May Gradijan | Associate | 1219H0047: Continue - Perform collection procedures at San Francisco, CA - laptop & mobile device. | $172 | 8.00 | $1,376.00 |
| 12/17/2019 | MaKenzie Renee Muller | Associate | 1219H0048: Perform review of the image collections to ensure completion and proper imaging. | $172 | 3.00 | $516.00 |
| 12/17/2019 | MaKenzie Renee Muller | Associate | 1219H0049: Continue - Perform review of the image collections to ensure completion and proper imaging. | $172 | 2.00 | $344.00 |
| 12/18/2019 | MaKenzie Renee Muller | Associate | 1219H0050: Update the documentation collected through the discovery procedures. | $172 | 1.00 | $172.00 |
| 12/18/2019 | MaKenzie Renee Muller | Associate | 1219H0051: Perform review of the image collections to ensure completion and proper imaging. | $172 | 1.00 | $172.00 |
| 12/18/2019 | Joseph Michalek | Senior Associate | 1219H0052: Perform e-discovery procedures at San Francisco, CA on-site imaging. | $267 | 1.00 | $267.00 |
| 12/18/2019 | Alexandra May Gradijan | Associate | 1219H0053: Continue - Perform collection procedures at San Francisco, CA - laptop & mobile device. | $172 | 8.00 | $1,376.00 |
| 12/19/2019 | Melanie Erin Tsoi | Associate | 1219H0054: Update documentation and ensure completeness on the files collected. | $172 | 1.00 | $172.00 |
| 12/19/2019 | Joseph Michalek | Senior Associate | 1219H0055: Perform e-discovery procedures at San Francisco, CA on-site imaging. | $267 | 2.00 | $534.00 |
| 12/19/2019 | Alexandra May Gradijan | Associate | 1219H0056: Continue - Perform collection procedures at San Ramon, CA - laptop & mobile device. | $172 | 8.00 | $1,376.00 |
| 12/19/2019 | MaKenzie Renee Muller | Associate | 1219H0057: Perform review of the image collections to ensure completion and proper imaging. | $172 | 1.00 | $172.00 |
| 12/20/2019 | Alexandra May Gradijan | Associate | 1219H0058: Continue - Perform collection procedures at San Francisco, CA - laptop & mobile device. | $172 | 4.00 | $688.00 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     **Exhibit E**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period December 1, 2019 through December 31, 2019**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 12/20/2019 | MaKenzie Renee Muller | Associate | 1219H0059: Perform review of the image collections to ensure completion and proper imaging. | $172 | 1.00 | $172.00 |
| 12/23/2019 | Joseph Michalek | Senior Associate | 1219H0060: Continue - Perform collection procedures at San Francisco, CA - laptop & mobile device. | $267 | 1.00 | $267.00 |
| Subtotal - Hours and Compensation - Forensic Collections | | | | | 159.40 | $29,590.80 |
| **Subtotal - Hours and Compensation - E-Discovery Services** | | | | | **189.40** | **$41,710.80** |

**Rate Case Support Services**     *Retention Exhibit #: 01-L; SUPP 01-J*

Rate Case Support Services

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 12/1/2019 | Reza Jenab | Partner | 1219H0061: Project management, review status with Cynthia. | $500 | 2.00 | $1,000.00 |
| 12/2/2019 | Cynthia Lorie | Director | 1219H0062: Develop settlement documents. | $395 | 1.00 | $395.00 |
| 12/4/2019 | Cynthia Lorie | Director | 1219H0063: Develop settlement documents. | $395 | 3.00 | $1,185.00 |
| 12/5/2019 | Cynthia Lorie | Director | 1219H0064: Develop settlement documents. | $395 | 3.00 | $1,185.00 |
| 12/9/2019 | Cynthia Lorie | Director | 1219H0065: Develop settlement documents. | $395 | 6.00 | $2,370.00 |
| 12/10/2019 | Cynthia Lorie | Director | 1219H0066: Develop settlement documents. | $395 | 5.50 | $2,172.50 |
| 12/11/2019 | Cynthia Lorie | Director | 1219H0067: Develop settlement documents. | $395 | 6.00 | $2,370.00 |
| 12/12/2019 | Cynthia Lorie | Director | 1219H0068: Develop settlement documents. | $395 | 3.00 | $1,185.00 |
| 12/13/2019 | Cynthia Lorie | Director | 1219H0069: Develop settlement documents. | $395 | 3.00 | $1,185.00 |
| 12/15/2019 | Cynthia Lorie | Director | 1219H0070: Develop settlement documents. | $395 | 1.50 | $592.50 |
| 12/16/2019 | Cynthia Lorie | Director | 1219H0071: Develop settlement documents. | $395 | 2.00 | $790.00 |
| 12/17/2019 | Cynthia Lorie | Director | 1219H0072: Calls with regulatory account to discuss process for finalizing settlement amounts. | $395 | 1.50 | $592.50 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     **Exhibit E**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period December 1, 2019 through December 31, 2019**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 12/18/2019 | Cynthia Lorie | Director | 1219H0073: Develop settlement documents. | $395 | 5.00 | $1,975.00 |
| 12/18/2019 | Cynthia Lorie | Director | 1219H0074: Continued - Develop settlement documents. | $395 | 4.50 | $1,777.50 |
| 12/19/2019 | Cynthia Lorie | Director | 1219H0075: Develop settlement documents. | $395 | 6.00 | $2,370.00 |
| 12/19/2019 | Cynthia Lorie | Director | 1219H0076: Continued - Develop settlement documents. | $395 | 5.00 | $1,975.00 |
| 12/20/2019 | Cynthia Lorie | Director | 1219H0077: Develop settlement documents. | $395 | 5.00 | $1,975.00 |
| 12/20/2019 | Cynthia Lorie | Director | 1219H0078: Continued - Develop settlement documents. | $395 | 2.00 | $790.00 |
| Subtotal - Hours and Compensation - Rate Case Support Services | | | | | 65.00 | $25,885.00 |
| *Subtotal - Hours and Compensation - Rate Case Support Services* | | | | | *65.00* | *$25,885.00* |

**Bankruptcy Accounting Advisory Services**     *Retention Exhibit #: 04; SUPP-02*

Accounting Services

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 12/2/2019 | Lindsay Slocum | Senior Associate | 1219H0079: Perform research on tax receivable agreement. | $517 | 1.50 | $775.50 |
| 12/2/2019 | Michael John Dixon | Director | 1219H0080: Review research accounting for Tax Receivable agreements. | $807 | 1.00 | $807.00 |
| 12/2/2019 | Morris N Jones | Partner | 1219H0081: Prepare for call with D. Thomason and J. Garbadon. | $957 | 0.20 | $191.40 |
| 12/2/2019 | Reto Micheluzzi | Partner | 1219H0082: Discuss accounting considerations related to Tax Receivable Agreements with M. Jones and M. Dixon (PwC). | $994 | 1.00 | $994.00 |
| 12/2/2019 | Morris N Jones | Partner | 1219H0083: Discuss accounting considerations related to Tax Receivable Agreements with R. Micheluzzi and M. Dixon (PwC). | $957 | 1.00 | $957.00 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**   Exhibit E
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period December 1, 2019 through December 31, 2019**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 12/2/2019 | Michael John Dixon | Director | 1219H0084: Discuss accounting considerations related to Tax Receivable Agreements with R. Micheluzzi and M. Jones (PwC). | $807 | 1.00 | $807.00 |
| 12/3/2019 | Joshua T Goodelman | Director | 1219H0085: Review tax receivable agreement and document client's process. | $807 | 1.50 | $1,210.50 |
| 12/3/2019 | Lindsay Slocum | Senior Associate | 1219H0086: Perform research on tax receivable agreement. | $517 | 1.50 | $775.50 |
| 12/3/2019 | Michael John Dixon | Director | 1219H0087: Review draft accounting outline for Tax Receivable agreements. | $807 | 2.50 | $2,017.50 |
| 12/3/2019 | Michael John Dixon | Director | 1219H0088: Review research accounting disclosures made by other SEC registrants for Tax Receivable Agreements. | $807 | 0.50 | $403.50 |
| 12/3/2019 | Michael John Dixon | Director | 1219H0089: Review draft for call with D. Thomason and J. Garbadon. | $807 | 0.20 | $161.40 |
| 12/3/2019 | Morris N Jones | Partner | 1219H0090: Call with D. Thomason, J. Garbadon and M. Dixon (PwC) to discuss accounting considerations for Tax Receivable Agreements. | $957 | 0.80 | $765.60 |
| 12/3/2019 | Michael John Dixon | Director | 1219H0091: Call with D. Thomason, J. Garbadon and M. Dixon (PwC) to discuss accounting considerations for Tax Receivable Agreements. | $807 | 0.80 | $645.60 |
| 12/4/2019 | Joshua T Goodelman | Director | 1219H0092: Perform review of the reorganization documentation and prepare for PG&E meeting. | $807 | 4.00 | $3,228.00 |
| 12/5/2019 | Rajeeb Das | Partner | 1219H0093: Perform review of the meeting agenda and provide feedback regarding approach. | $994 | 1.10 | $1,093.40 |
| 12/5/2019 | Joshua T Goodelman | Director | 1219H0094: Perform review of the reorganization documentation and prepare for PG&E meeting. | $807 | 2.50 | $2,017.50 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**   Exhibit E
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period December 1, 2019 through December 31, 2019**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 12/5/2019 | John Chadwick Crawford | Senior Manager | 1219H0095: Perform review of the reorganization documentation and prepare for PG&E meeting. | $769 | 2.00 | $1,538.00 |
| 12/5/2019 | Michael John Dixon | Director | 1219H0096: Call with Jenny Garbadon, Susan Hunter to discuss topics of interest to PG&E to discuss during in-person meeting the week of 12/9/19. | $807 | 0.60 | $484.20 |
| 12/5/2019 | Michael John Dixon | Director | 1219H0097: Provide responses to the questions from Jenny Garbadon and Susan Hunter. | $807 | 0.40 | $322.80 |
| 12/6/2019 | Joshua T Goodelman | Director | 1219H0098: Perform review of the reorganization documentation and prepare for PG&E meeting. | $807 | 2.00 | $1,614.00 |
| 12/6/2019 | John Chadwick Crawford | Senior Manager | 1219H0099: Review of Claims Docket in preparation of client meeting. | $769 | 4.10 | $3,152.90 |
| 12/6/2019 | John Chadwick Crawford | Senior Manager | 1219H0100: Perform review of the reorganization documentation and prepare for PG&E meeting. | $769 | 3.90 | $2,999.10 |
| 12/7/2019 | John Chadwick Crawford | Senior Manager | 1219H0101: Continue - Perform review of the reorganization documentation and prepare for PG&E meeting. | $769 | 4.50 | $3,460.50 |
| 12/9/2019 | Rajeeb Das | Partner | 1219H0102: Review accounting for claims. | $994 | 2.50 | $2,485.00 |
| 12/9/2019 | Joshua T Goodelman | Director | 1219H0103: Preparation for meeting with PG&E management. | $807 | 6.00 | $4,842.00 |
| 12/9/2019 | Rajeeb Das | Partner | 1219H0104: Analysis of 13.5B claim settlement. | $994 | 2.00 | $1,988.00 |
| 12/9/2019 | Rajeeb Das | Partner | 1219H0105: Review client accounting listing. | $994 | 1.50 | $1,491.00 |
| 12/9/2019 | Rajeeb Das | Partner | 1219H0106: Provide consultation and responses to client email. | $994 | 1.00 | $994.00 |
| 12/9/2019 | John Chadwick Crawford | Senior Manager | 1219H0107: Reorganization review and client meeting preparation. | $769 | 4.10 | $3,152.90 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**      Exhibit E
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period December 1, 2019 through December 31, 2019**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 12/9/2019 | John Chadwick Crawford | Senior Manager | 1219H0108: Review financial statements and provide common audit requests during year end audit.. | $769 | 3.90 | $2,999.10 |
| 12/9/2019 | Michael John Dixon | Director | 1219H0109: Review research topics in preparation for meeting with David Thomason, Susan Hunter and Jenny Garboden to discuss bankruptcy-related matters. | $807 | 1.10 | $887.70 |
| 12/9/2019 | Michael John Dixon | Director | 1219H0110: Meeting with David Thomason, Jenny Garbadon and Susan Hunter to discuss bankruptcy-related matters (claims reconciliation, accounting for interest costs etc). | $807 | 1.90 | $1,533.30 |
| 12/11/2019 | John Chadwick Crawford | Senior Manager | 1219H0111: Reorganization review and client meeting preparation. | $769 | 1.50 | $1,153.50 |
| 12/13/2019 | Rajeeb Das | Partner | 1219H0112: Perform review of the client accounting for the reorganization documentation. | $994 | 1.00 | $994.00 |
| 12/13/2019 | Joshua T Goodelman | Director | 1219H0113: Participate in accounting advisory discussion regarding client's process and next steps. | $807 | 0.50 | $403.50 |
| 12/13/2019 | Michael John Dixon | Director | 1219H0114: Call with Jenny Garbadon and Susan Hunter to discuss follow-up items from meeting on 12/9/19. | $807 | 0.50 | $403.50 |
| 12/16/2019 | Rajeeb Das | Partner | 1219H0115: Perform review of the client accounting for the reorganization documentation. | $994 | 1.00 | $994.00 |
| 12/17/2019 | Michael John Dixon | Director | 1219H0116: Provide response to request from Jenny Garbadon regarding scope of remaining work. | $807 | 0.50 | $403.50 |
| 12/17/2019 | Michael John Dixon | Director | 1219H0117: Review draft detailed analysis of PwC support to address request from Jenny Garbadon. | $807 | 0.50 | $403.50 |
| 12/20/2019 | Michael John Dixon | Director | 1219H0118: Review draft detailed analysis of PwC support to address request from Jenny Garbadon. | $807 | 0.30 | $242.10 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**            **Exhibit E**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period December 1, 2019 through December 31, 2019**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 12/20/2019 | Michael John Dixon | Director | 1219H0119: Provide response to request from Jenny Garbadon regarding scope of remaining work. | $807 | 0.70 | $564.90 |
| Subtotal - Hours and Compensation - Accounting Services | | | | | 69.10 | $56,357.40 |
| **Subtotal - Hours and Compensation - Bankruptcy Accounting Advisory Services** | | | | | **69.10** | **$56,357.40** |

**Bankruptcy Tax Advisory Services**            **Retention Exhibit #: 05**

Tax Services

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 11/14/2019 | Leah Kondo Von Pervieux | Director | 1219H0120: Review NOL model. | $707 | 1.00 | $707.00 |
| 11/21/2019 | Leah Kondo Von Pervieux | Director | 1219H0121: Weekly update call with PG&E and Weil. | $707 | 1.00 | $707.00 |
| 12/1/2019 | Sandy Liu O'Neill | Senior Associate | 1219H0122: 382 ownership change rollforward to 9/30. | $464 | 1.00 | $464.00 |
| 12/2/2019 | Leah Kondo Von Pervieux | Director | 1219H0123: Review 382 model update and review MTO narrative. | $707 | 2.00 | $1,414.00 |
| 12/2/2019 | Terry Bart Stratton | Partner | 1219H0124: Call with Cravath, PG&E, Weil and Lazard to discuss tax benefit agreement and latest thinking on financing alternatives. | $909 | 0.80 | $727.20 |
| 12/2/2019 | Sandy Liu O'Neill | Senior Associate | 1219H0125: Call with PG&E and Weil to discuss AHC discovery requests. | $464 | 1.50 | $696.00 |
| 12/2/2019 | Sandy Liu O'Neill | Senior Associate | 1219H0126: Review David's updates to model, edit footnotes for consistency. | $464 | 1.00 | $464.00 |
| 12/2/2019 | David Winter | Associate | 1219H0127: Update 382 public groups. | $360 | 0.40 | $144.00 |
| 12/2/2019 | Leah Kondo Von Pervieux | Director | 1219H0128: Review changes to 382 OC model. | $707 | 1.00 | $707.00 |

Case: 19-30088    Doc# 8033-5    Filed: 06/19/20    Entered: 06/19/20 15:35:44    Page 11 of 20

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**   Exhibit E
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period December 1, 2019 through December 31, 2019**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 12/2/2019 | Terry Bart Stratton | Partner | 1219H0129: Review latest 382 ownership change analysis and send to PG&E and Weil. | $909 | 2.10 | $1,908.90 |
| 12/2/2019 | Terry Bart Stratton | Partner | 1219H0130: Call to discuss AHC data requests. | $909 | 1.60 | $1,454.40 |
| 12/2/2019 | Sandy Liu O'Neill | Senior Associate | 1219H0131: Review updated tax narrative. | $464 | 0.50 | $232.00 |
| 12/2/2019 | Leah Kondo Von Pervieux | Director | 1219H0132: Attend PG&E calls. | $707 | 1.50 | $1,060.50 |
| 12/3/2019 | Terry Bart Stratton | Partner | 1219H0133: Call with Stuart at Weil to discuss updates from his discussion with Cravath and Lazard on latest financing options. | $909 | 0.40 | $363.60 |
| 12/3/2019 | Sandy Liu O'Neill | Senior Associate | 1219H0134: Prepare 382 study for discovery request. | $464 | 0.20 | $92.80 |
| 12/3/2019 | Leah Kondo Von Pervieux | Director | 1219H0135: 382 Estimate update and call with Stuart. | $707 | 3.00 | $2,121.00 |
| 12/3/2019 | Terry Bart Stratton | Partner | 1219H0136: Call with O'Melveny, PG&E and Weil to discuss NOL limitations. | $909 | 0.80 | $727.20 |
| 12/3/2019 | Sandy Liu O'Neill | Senior Associate | 1219H0137: Call with OMM, Weil, PG&E to discuss NOLs. | $464 | 0.50 | $232.00 |
| 12/3/2019 | Sandy Liu O'Neill | Senior Associate | 1219H0138: Discuss presentation of NOL schedule to be provided to OMM. | $464 | 0.30 | $139.20 |
| 12/4/2019 | Terry Bart Stratton | Partner | 1219H0139: Review updated NUBIG calculation and send to client. | $909 | 1.30 | $1,181.70 |
| 12/4/2019 | Sandy Liu O'Neill | Senior Associate | 1219H0140: Update NOL model for version to share with OMM. | $464 | 2.70 | $1,252.80 |
| 12/4/2019 | Sandy Liu O'Neill | Senior Associate | 1219H0141: Review updated tax benefit payment agreement. | $464 | 1.20 | $556.80 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     **Exhibit E**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period December 1, 2019 through December 31, 2019**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 12/4/2019 | Conan A Yuzna | Senior Associate | 1219H0142: Review of TCC plan documents. | $464 | 2.00 | $928.00 |
| 12/4/2019 | Terry Bart Stratton | Partner | 1219H0143: Review updated TCC plan and consider 382 implications. | $909 | 2.80 | $2,545.20 |
| 12/4/2019 | Terry Bart Stratton | Partner | 1219H0144: Review draft AHC responses from Weil. | $909 | 1.10 | $999.90 |
| 12/4/2019 | Sandy Liu O'Neill | Senior Associate | 1219H0145: Review draft TCC equity term sheet and consider ownership change impact. | $464 | 3.30 | $1,531.20 |
| 12/4/2019 | Leah Kondo Von Pervieux | Director | 1219H0146: TCC plan 382 modeling, NOL estimates for Governor. | $707 | 2.70 | $1,908.90 |
| 12/4/2019 | Conan A Yuzna | Senior Associate | 1219H0147: Updating the L5 model and considering ownership change model impacts. | $464 | 2.00 | $928.00 |
| 12/5/2019 | Terry Bart Stratton | Partner | 1219H0148: Weekly status call with PG&E and Weil. | $909 | 1.00 | $909.00 |
| 12/5/2019 | Sandy Liu O'Neill | Senior Associate | 1219H0149: Prepare NOL schedule. | $464 | 1.30 | $603.20 |
| 12/5/2019 | Leah Kondo Von Pervieux | Director | 1219H0150: Weekly status call with PG&E and Weil. | $707 | 1.00 | $707.00 |
| 12/5/2019 | Leah Kondo Von Pervieux | Director | 1219H0151: TCC modeling considerations. | $707 | 0.90 | $636.30 |
| 12/5/2019 | Terry Bart Stratton | Partner | 1219H0152: Review summary to be provided to PG&E for governor inclusion. | $909 | 1.30 | $1,181.70 |
| 12/5/2019 | Sandy Liu O'Neill | Senior Associate | 1219H0153: Weekly status call with PG&E and Weil. | $464 | 1.00 | $464.00 |
| 12/5/2019 | Leah Kondo Von Pervieux | Director | 1219H0154: Update to governor deck. | $707 | 0.60 | $424.20 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     **Exhibit E**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period December 1, 2019 through December 31, 2019**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 12/6/2019 | Leah Kondo Von Pervieux | Director | 1219H0155: TCC 382 modeling. | $707 | 1.00 | $707.00 |
| 12/6/2019 | Leah Kondo Von Pervieux | Director | 1219H0156: Update to Governor's model. | $707 | 0.50 | $353.50 |
| 12/9/2019 | Terry Bart Stratton | Partner | 1219H0157: Review of updated projections from Lazard. | $909 | 1.30 | $1,181.70 |
| 12/9/2019 | Leah Kondo Von Pervieux | Director | 1219H0158: Review of model after updates for projections from Lazard. | $707 | 0.50 | $353.50 |
| 12/9/2019 | Conan A Yuzna | Senior Associate | 1219H0159: Reviewing provided documents and updating model. | $464 | 1.00 | $464.00 |
| 12/9/2019 | Terry Bart Stratton | Partner | 1219H0160: Call with Weil, PG&E, Lazard and pwc to discuss updated 382 mode. | $909 | 1.00 | $909.00 |
| 12/9/2019 | Leah Kondo Von Pervieux | Director | 1219H0161: PG&E call with Lazard. | $707 | 1.00 | $707.00 |
| 12/9/2019 | Conan A Yuzna | Senior Associate | 1219H0162: Tax call with Lazard & Weil. | $464 | 1.00 | $464.00 |
| 12/10/2019 | Leah Kondo Von Pervieux | Director | 1219H0163: Meeting to discuss 382 modeling updates. | $707 | 0.50 | $353.50 |
| 12/10/2019 | Xun Wang | Associate | 1219H0164: PG&E 382 Study update. | $360 | 2.80 | $1,008.00 |
| 12/11/2019 | Terry Bart Stratton | Partner | 1219H0165: Review of 382 ownership scenarios from banker data inputs. | $909 | 1.60 | $1,454.40 |
| 12/11/2019 | Conan A Yuzna | Senior Associate | 1219H0166: Updating ownership change analysis. | $464 | 4.40 | $2,041.60 |
| 12/11/2019 | Xun Wang | Associate | 1219H0167: Perform updates to the 382 study. | $360 | 4.10 | $1,476.00 |
| 12/11/2019 | Leah Kondo Von Pervieux | Director | 1219H0168: Review and meeting to discuss Ownership shift analysis updates. | $707 | 2.00 | $1,414.00 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**   Exhibit E
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period December 1, 2019 through December 31, 2019**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 12/12/2019 | Xun Wang | Associate | 1219H0169: Continue - Pull 13f filings to update model to 7% proforma ownership analysis. | $360 | 3.30 | $1,188.00 |
| 12/12/2019 | Sandy Liu O'Neill | Senior Associate | 1219H0170: Review and respond to questions from OMM. | $464 | 0.40 | $185.60 |
| 12/12/2019 | Leah Kondo Von Pervieux | Director | 1219H0171: PGE call. | $707 | 0.50 | $353.50 |
| 12/12/2019 | Xun Wang | Associate | 1219H0172: Pull 13f filings to update model to 7% proforma ownership analysis. | $360 | 4.00 | $1,440.00 |
| 12/12/2019 | Terry Bart Stratton | Partner | 1219H0173: Weekly status call with PG&E and Weil. | $909 | 1.00 | $909.00 |
| 12/12/2019 | Sandy Liu O'Neill | Senior Associate | 1219H0174: Weekly update call with Weil. | $464 | 0.50 | $232.00 |
| 12/12/2019 | Leah Kondo Von Pervieux | Director | 1219H0175: Review ownership change model updates. | $707 | 2.50 | $1,767.50 |
| 12/13/2019 | Xun Wang | Associate | 1219H0176: Retrieve 13f filings to update previous 7% version. | $360 | 1.00 | $360.00 |
| 12/13/2019 | Terry Bart Stratton | Partner | 1219H0177: Discussion on expert witness testimony with QRM. | $909 | 1.00 | $909.00 |
| 12/13/2019 | Sandy Liu O'Neill | Senior Associate | 1219H0178: Make requested changes for governor's summary. | $464 | 1.50 | $696.00 |
| 12/13/2019 | Leah Kondo Von Pervieux | Director | 1219H0179: PG&E updates to OMM model and review responses. | $707 | 3.00 | $2,121.00 |
| 12/13/2019 | Terry Bart Stratton | Partner | 1219H0180: Review of updated 382 issue. | $909 | 1.10 | $999.90 |
| 12/13/2019 | Sandy Liu O'Neill | Senior Associate | 1219H0181: Call with Elizabeth to discuss excel model for governor's summary. | $464 | 0.50 | $232.00 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))** Exhibit E
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period December 1, 2019 through December 31, 2019**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 12/13/2019 | Sandy Liu O'Neill | Senior Associate | 1219H0182: Prepare access letter for non-reliance. | $464 | 0.50 | $232.00 |
| 12/15/2019 | Sandy Liu O'Neill | Senior Associate | 1219H0183: Prepare working model for review. | $464 | 1.00 | $464.00 |
| 12/16/2019 | Leah Kondo Von Pervieux | Director | 1219H0184: OMM 382 estimate schedule. | $707 | 2.00 | $1,414.00 |
| 12/18/2019 | David Winter | Associate | 1219H0185: Update models for 6/30/20 rather than 1/1. | $360 | 2.00 | $720.00 |
| 12/18/2019 | Leah Kondo Von Pervieux | Director | 1219H0186: PG&E revised ownership change model. | $707 | 1.50 | $1,060.50 |
| 12/19/2019 | Leah Kondo Von Pervieux | Director | 1219H0187: Walk through model with Olivia. | $707 | 0.50 | $353.50 |
| 12/19/2019 | Sandy Liu O'Neill | Senior Associate | 1219H0188: Follow up on model secondary review/review updates from PG&E. | $464 | 0.40 | $185.60 |
| 12/19/2019 | David Winter | Associate | 1219H0189: Update 382 ownership change summary calcs/notes using actual knowledge principles for existing shareholders. | $360 | 5.00 | $1,800.00 |
| 12/19/2019 | Conan A Yuzna | Senior Associate | 1219H0190: Weekly call with Weil and PG&E. | $464 | 0.60 | $278.40 |
| 12/19/2019 | Terry Bart Stratton | Partner | 1219H0191: Weekly call with Weil and PG&E. | $909 | 0.60 | $545.40 |
| 12/19/2019 | Leah Kondo Von Pervieux | Director | 1219H0192: Review model updates. | $707 | 2.50 | $1,767.50 |
| 12/19/2019 | Sandy Liu O'Neill | Senior Associate | 1219H0193: Weekly status call with PG&E and Weil. | $464 | 0.60 | $278.40 |
| 12/19/2019 | Olivia Ley Orobona | Director | 1219H0194: Discussion regarding the PG&E model. | $707 | 0.50 | $353.50 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**              **Exhibit E**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period December 1, 2019 through December 31, 2019**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 12/19/2019 | David Winter | Associate | 1219H0195: Continue - Update 382 ownership change summary calcs/notes using actual knowledge principles for existing shareholders. | $360 | 3.00 | $1,080.00 |
| 12/19/2019 | Terry Bart Stratton | Partner | 1219H0196: Review tax model. | $909 | 1.00 | $909.00 |
| 12/20/2019 | Leah Kondo Von Pervieux | Director | 1219H0197: Review model updates. | $707 | 1.00 | $707.00 |
| 12/23/2019 | Terry Bart Stratton | Partner | 1219H0198: Call with Elizabeth at PG&E to discuss updated model and walk through. | $909 | 0.70 | $636.30 |
| 12/23/2019 | Leah Kondo Von Pervieux | Director | 1219H0199: Call with Elizabeth to walk through the calculation. | $707 | 1.00 | $707.00 |
| 12/26/2019 | Conan A Yuzna | Senior Associate | 1219H0200: Weekly call with Weil and PG&E. | $464 | 1.00 | $464.00 |
| Subtotal - Hours and Compensation - Tax Services | | | | | 115.20 | $69,356.50 |
| *Subtotal - Hours and Compensation - Bankruptcy Tax Advisory Services* | | | | | *115.20* | *$69,356.50* |
| **Total - Hours and Compensation - Hourly Services** | | | | | **438.70** | **$193,309.70** |

**Case Administration**

***Bankruptcy Requirements and Other Court Obligations***        ***Retention Exhibit #: CASE***

<u>Monthly, Interim and Final Fee Applications</u>

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 12/2/2019 | Andrea Clark Smith | Director | 1219H0201: Perform review of the Compliance fee submission (combined July through October 2019) prior to PG&E approvals. | $550 | 2.00 | $1,100.00 |
| 12/3/2019 | Andrea Clark Smith | Director | 1219H0202: Perform review of the Legal Observation Support Services fee submission prior to PG&E approvals. | $550 | 3.00 | $1,650.00 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**   Exhibit E
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period December 1, 2019 through December 31, 2019**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 12/4/2019 | Andrea Clark Smith | Director | 1219H0203: Perform review of the Regulatory Inquiry Assistance Services fee submission prior to PG&E approvals. | $550 | 2.30 | $1,265.00 |
| 12/4/2019 | Andrea Clark Smith | Director | 1219H0204: Perform review of the Rate Case Support Services fee submission prior to PG&E approvals. | $550 | 2.80 | $1,540.00 |
| 12/6/2019 | Andrea Clark Smith | Director | 1219H0205: Perform review of the updated Rate Case Support Services fee submission prior to PG&E approvals. | $550 | 0.50 | $275.00 |
| 12/6/2019 | Andrea Clark Smith | Director | 1219H0206: Perform review of the Wildfire Mitigation Plan Support Services fee submission prior to PG&E approvals. | $550 | 1.00 | $550.00 |
| 12/6/2019 | Andrea Clark Smith | Director | 1219H0207: Perform review of the updated North Bay & Camp Fire Services fee submission prior to PG&E approvals. | $550 | 2.10 | $1,155.00 |
| 12/8/2019 | Andrea Clark Smith | Director | 1219H0208: Perform review of the updated North Bay & Camp Fire Services fee submission prior to PG&E approvals. | $550 | 3.00 | $1,650.00 |
| 12/9/2019 | Andrea Clark Smith | Director | 1219H0209: Perform review of the updated North Bay & Camp Fire Services fee submission prior to PG&E approvals. | $550 | 3.70 | $2,035.00 |
| 12/9/2019 | Andrea Clark Smith | Director | 1219H0210: Continue - Perform review of the updated North Bay & Camp Fire Services fee submission prior to PG&E approvals. | $550 | 1.80 | $990.00 |
| 12/11/2019 | Andrea Clark Smith | Director | 1219H0211: Perform review of the updated North Bay & Camp Fire Services fee submission prior to PG&E approvals. | $550 | 3.70 | $2,035.00 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     **Exhibit E**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period December 1, 2019 through December 31, 2019**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 12/11/2019 | Andrea Clark Smith | Director | 1219H0212: Continue - Perform review of the updated North Bay & Camp Fire Services fee submission prior to PG&E approvals. | $550 | 2.70 | $1,485.00 |
| 12/12/2019 | Andrea Clark Smith | Director | 1219H0213: Perform review of the updated North Bay & Camp Fire Services fee submission prior to PG&E approvals. | $550 | 3.00 | $1,650.00 |
| 12/13/2019 | Andrea Clark Smith | Director | 1219H0214: Perform review of the final North Bay & Camp Fire Services fee submission and distribute for PG&E approval. | $550 | 3.30 | $1,815.00 |
| 12/16/2019 | Andrea Clark Smith | Director | 1219H0215: Perform review of the Controls fee submission prior to PG&E approvals. | $550 | 0.80 | $440.00 |
| 12/17/2019 | Andrea Clark Smith | Director | 1219H0216: Perform review of the Controls fee submission prior to PG&E approvals. | $550 | 0.80 | $440.00 |
| 12/18/2019 | Andrea Clark Smith | Director | 1219H0217: Perform review of the final Controls fee submission and distribute for PG&E approval. | $550 | 1.20 | $660.00 |
| 12/18/2019 | Andrea Clark Smith | Director | 1219H0218: Perform review of the final Rate Case Support Services fee submission and distribute for PG&E approval. | $550 | 0.70 | $385.00 |
| 12/19/2019 | Andrea Clark Smith | Director | 1219H0219: Finalize Rate Case Support Services based upon updates and prior to submission to Court. | $550 | 0.90 | $495.00 |
| 12/20/2019 | Andrea Clark Smith | Director | 1219H0220: Finalize WMP Support Services based upon updates and prior to submission to Court. | $550 | 0.50 | $275.00 |
| 12/23/2019 | Andrea Clark Smith | Director | 1219H0221: Perform review of the final Legal Observation Support Services fee submission prior to submission to Court. | $550 | 1.70 | $935.00 |
| 12/30/2019 | Andrea Clark Smith | Director | 1219H0222: Perform review of the final Tax Bankruptcy services fee submission prior to submission to Court. | $550 | 1.00 | $550.00 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**   Exhibit E
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period December 1, 2019 through December 31, 2019**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 12/30/2019 | Andrea Clark Smith | Director | 1219H0223: Perform final review of the July 2019 monthly fee statement and distribute to Counsel. | $550 | 1.50 | $825.00 |
| 12/30/2019 | Andrea Clark Smith | Director | 1219H0224: Perform final review of the August 2019 monthly fee statement and distribute to Counsel. | $550 | 0.80 | $440.00 |
| 12/30/2019 | Andrea Clark Smith | Director | 1219H0225: Perform final review of the September 2019 monthly fee statement and distribute to Counsel. | $550 | 0.90 | $495.00 |
| 12/30/2019 | Andrea Clark Smith | Director | 1219H0226: Perform final review of the October 2019 monthly fee statement and distribute to Counsel. | $550 | 0.30 | $165.00 |
| Subtotal - Hours and Compensation - Monthly, Interim and Final Fee Applications | | | | | 46.00 | $25,300.00 |
| **Subtotal - Hours and Compensation - Bankruptcy Requirements and Other Court Obligations** | | | | | **46.00** | **$25,300.00** |
| **Total - Hours and Compensation - Case Administration** | | | | | **46.00** | **$25,300.00** |
| **Total - Hours and Compensation - Hourly Services and Case Administration** | | | | | **484.70** | **$218,609.70** |