**PG&E Corporation, et al. (Case No. 19-30088 (DM))**  Exhibit F
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Summary of Expenditures by Project and Type**
**For the Period December 1, 2019 through December 31, 2019**

| Transaction Type by Project | Total Expenditures |
|---|---:|
| **Fixed Fee Services** | |
| *North Bay & Camp Fire Services* | *Retention Exhibit #: SUPP 01-C; 01-F* |
|     Airfare | $42,286.25 |
|     Lodging | $82,807.28 |
|     Meals | $14,535.87 |
|     Parking | $85.00 |
|     Public/Ground Transportation | $15,556.48 |
| *Subtotal - Expenditures Sought for North Bay & Camp Fire Services* | *$155,270.88* |
| *Controls Testing Services* | *Retention Exhibit #: 01-I* |
|     Mileage Allowance | $161.24 |
| *Subtotal - Expenditures Sought for Controls Testing Services* | *$161.24* |
| *Cybersecurity Assessment Services* | *Retention Exhibit #: SUPP 01-Q* |
|     Airfare | $2,402.57 |
|     Lodging | $7,990.54 |
|     Meals | $1,050.46 |
|     Public/Ground Transportation | $1,622.02 |
| *Subtotal - Expenditures Sought for Cybersecurity Assessment Services* | *$13,065.59* |
| *EO MPP Org Standup Support Services* | *Retention Exhibit #: SUPP 01-T* |
|     Airfare | $2,468.66 |
|     Lodging | $4,169.06 |
|     Meals | $478.78 |
|     Parking | $10.50 |
|     Public/Ground Transportation | $1,773.78 |
| *Subtotal - Expenditures Sought for EO MPP Org Standup Support Services* | *$8,900.78* |
| **Subtotal - Expenditures Sought for Fixed Fee Services** | **$177,398.49** |
| **Hourly Services** | |
| *E-Discovery Services* | *Retention Exhibit #: 01-J & 01-K; SUPP 01-H & 01-I* |
|     Meals | $364.14 |
|     Parking | $72.00 |
|     Public/Ground Transportation | $105.98 |
|     Rental Car | $456.77 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**      **Exhibit F**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Summary of Expenditures by Project and Type**
**For the Period December 1, 2019 through December 31, 2019**

| Transaction Type by Project | Total Expenditures |
|---|---:|
| *Subtotal - Expenditures Sought for E-Discovery Services* | *$998.89* |
| *Bankruptcy Accounting Advisory Serviceses* | *Retention Exhibit #: 04; SUPP-02* |
|     Airfare | $3,960.38 |
|     Lodging | $3,544.77 |
|     Meals | $533.98 |
|     Mileage Allowance | $38.28 |
|     Parking | $132.00 |
|     Public/Ground Transportation | $438.70 |
|     Expense Reduction | ($4,324.06) |
| *Subtotal - Expenditures Sought for Bankruptcy Accounting Advisory Services* | *$4,324.05* |
| **Subtotal - Expenditures Sought for Hourly Services** | **$5,322.94** |
| **Total - Expenditures Sought for Reimbursement** | **$182,721.43** |