**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     Exhibit A
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Summary by Project Category and Billing Category**
**For the Period January 1, 2020 through January 31, 2020**

| Project Category and Billing Category | Hours | Total Compensation |
|---|---:|---:|
| **Fixed Fee Services** | | |
|   *North Bay & Camp Fire Services* | *Retention Exhibit #: SUPP 2 01-A* | |
|     Camp Fire Services - C.O. #4 | 1,126.40 | $508,442.00 |
|   *Subtotal - North Bay & Camp Fire Services* | *1,126.40* | *$508,442.00* |
|   *Controls Testing Services* | *Retention Exhibit #: 01-I* | |
|     Controls Testing Services | 161.90 | $37,500.00 |
|   *Subtotal - Controls Testing Services* | *161.90* | *$37,500.00* |
|   *PSPS Program Support Services* | *Retention Exhibit #: SUPP 2 01-F* | |
|     PSPS Program Training Services - C.O. 2 | 4,163.40 | $1,363,000.00 |
|   *Subtotal - PSPS Program Support Services* | *4,163.40* | *$1,363,000.00* |
|   *Cybersecurity Assessment Services* | *Retention Exhibit #: SUPP 01-Q* | |
|     Cybersecurity Assessment Services | 129.50 | $0.00 |
|   *Subtotal - Cybersecurity Assessment Services* | *129.50* | *$0.00* |
| **Subtotal - Hours and Compensation - Fixed Fee Services** | **5,581.20** | **$1,908,942.00** |
| **Hourly Services** | | |
|   *E-Discovery Services* | *Retention Exhibit #: 01-J & 01-K; SUPP 01-H & 01-I* | |
|     Project Management | 17.00 | $6,868.00 |
|   *Subtotal - E-Discovery Services* | *17.00* | *$6,868.00* |
|   *E-Discovery Services* | *Retention Exhibit #: 01-J & 01-K; SUPP 01-H & 01-I* | |
|     Forensic Collections | 107.40 | $27,155.80 |
|   *Subtotal - E-Discovery Services* | *107.40* | *$27,155.80* |
|   *Bankruptcy Tax Advisory Services* | *Retention Exhibit #: 05* | |
|     Tax Services | 85.20 | $53,819.70 |
|   *Subtotal - Bankruptcy Tax Advisory Services* | *85.20* | *$53,819.70* |
| **Subtotal - Hours and Compensation - Hourly Services** | **209.60** | **$87,843.50** |
| **Total - Hours and Compensation Sought for Reimbursement** | **5,790.80** | **$1,996,785.50** |