**PG&E Corporation, et al. (Case No. 19-30088 (DM))**             **Exhibit B**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Fixed Fee Services - Summary of Hours and Fees by Project and Professional**
**For the Period January 1, 2020 through January 31, 2020**

| Project Category and Professional | Position | Hours | Total Compensation |
|---|---|---|---|
| ***North Bay & Camp Fire Services*** | | ***Retention Exhibit #: SUPP 2 01-A*** | |
| Meera Banerjee | Partner | 10.50 | |
| Todd Jirovec | Partner | 40.00 | |
| Amol Deshpande | Director | 72.00 | |
| Billy R Raley | Director | 140.00 | |
| Cyrus Justin Mohamadi | Manager | 216.00 | |
| Rachel M Ehsan | Manager | 36.10 | |
| AnnMarie Hassan | Senior Associate | 176.00 | |
| Joseph Michalek | Senior Associate | 11.00 | |
| Mohammad Ali Suleman | Senior Associate | 215.30 | |
| Ryan D McLean | Senior Associate | 209.50 | |
| ***Subtotal - North Bay & Camp Fire Services*** | | ***1,126.40*** | ***$508,442.00*** |
| ***Controls Testing Services*** | | ***Retention Exhibit #: 01-I*** | |
| Steven Manocchio | Director | 44.00 | |
| Rachel Allard Le Flanchec | Manager | 16.10 | |
| FNU Srinivasan Chandrasekaran | Associate | 91.20 | |
| Rida Adam | Associate | 10.60 | |
| ***Subtotal - Controls Testing Services*** | | ***161.90*** | ***$37,500.00*** |
| ***PSPS Program Support Services*** | | ***Retention Exhibit #: SUPP 2 01-F*** | |
| David Lyons Stainback | Partner | 61.00 | |
| Todd Jirovec | Partner | 54.00 | |
| Hugh Trung Le | Director | 471.00 | |
| Paul Conboy | Director | 313.50 | |
| Ashley Dawn Wilson | Senior Manager | 510.50 | |
| Hannah Elizabeth Jeffers | Senior Manager | 195.00 | |
| Divya Balu Pazhayannur | Manager | 16.00 | |
| John Maitland Foody | Manager | 620.00 | |
| Juliana Renne | Manager | 46.00 | |
| Rachel M Ehsan | Manager | 26.00 | |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     **Exhibit B**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Fixed Fee Services - Summary of Hours and Fees by Project and Professional**
**For the Period January 1, 2020 through January 31, 2020**

| Project Category and Professional | Position | Hours | Total Compensation |
|---|---|---|---|
| Christopher Skoff | Senior Associate | 559.00 | |
| Juliana Renne | Senior Associate | 407.50 | |
| Lisette Tyler Weinstein | Associate | 164.60 | |
| Melissa Boyd | Associate | 679.30 | |
| Thomas Alexander Beauchemin | Associate | 40.00 | |
| **Subtotal - PSPS Program Support Services** | | **4,163.40** | **$1,363,000.00** |
| ***Cybersecurity Assessment Services*** | | *Retention Exhibit #: SUPP 01-Q* | |
| Matthew Lucas Wilson | Partner | 13.00 | |
| Scott Edward Gicking | Director | 41.00 | |
| Jaimie Morsillo | Manager | 32.00 | |
| Lauren Adams | Senior Associate | 43.50 | |
| **Subtotal - Cybersecurity Assessment Services** | | **129.50** | **$0.00** |
| **Total - Hours and Compensation - Fixed Fee Services** | | **5,581.20** | **$1,908,942.00** |