**PG&E Corporation, et al. (Case No. 19-30088 (DM))**         Exhibit D
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration - Summary of Hours / Fees by Project and Professional**
**For the Period January 1, 2020 through January 31, 2020**

| Project Category and Professional | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| **Hourly Services** | | | | |
| *E-Discovery Services* | *Retention Exhibit #: 01-J & 01-K; SUPP 01-H & 01-I* | | | |
|    Amol Deshpande | Director | $404 | 17.00 | $6,868.00 |
|    Joseph Michalek | Senior Associate | $267 | 90.50 | $24,163.50 |
|    Melanie Erin Tsoi | Senior Associate | $267 | 0.90 | $240.30 |
|    Alexandra May Gradijan | Associate | $172 | 16.00 | $2,752.00 |
| *Subtotal - E-Discovery Services* | | | *124.40* | *$34,023.80* |
| *Bankruptcy Tax Advisory Services* | | | *Retention Exhibit #: 05* | |
|    Terry Bart Stratton | Partner | $909 | 21.40 | $19,452.60 |
|    Mark S Smith | Senior Managing Director | $909 | 0.50 | $454.50 |
|    Leah Kondo Von Pervieux | Director | $707 | 19.00 | $13,433.00 |
|    Trevor Perea | Director | $707 | 2.00 | $1,414.00 |
|    Conan A Yuzna | Senior Associate | $464 | 9.00 | $4,176.00 |
|    Sandy Liu O'Neill | Senior Associate | $464 | 27.90 | $12,945.60 |
|    David Winter | Associate | $360 | 5.00 | $1,800.00 |
|    Xun Wang | Associate | $360 | 0.40 | $144.00 |
| *Subtotal - Bankruptcy Tax Advisory Services* | | | *85.20* | *$53,819.70* |
| **Subtotal - Hourly Services** | | | **209.60** | **$87,843.50** |
| **Total - Hourly Services and Case Administration** | | | **209.60** | **$87,843.50** |