PG&E Corporation, et al. (Case No. 19-30088 (DM))     Exhibit E
PwC LLP - Management, Tax and Advisory Consultants to the Debtors
Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date
For the Period January 1, 2020 through January 31, 2020

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|

**Hourly Services**

*E-Discovery Services*     *Retention Exhibit #: 01-J & 01-K; SUPP 01-H & 01-I*

Project Management

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 1/6/2020 | Amol Deshpande | Director | 0120H0001: Perform daily Director review of the status of the e-discovery collections and processing. | $404 | 2.00 | $808.00 |
| 1/7/2020 | Amol Deshpande | Director | 0120H0002: Perform daily Director review of the status of the e-discovery collections and processing. | $404 | 2.00 | $808.00 |
| 1/8/2020 | Amol Deshpande | Director | 0120H0003: Perform daily Director review of the status of the e-discovery collections and processing. | $404 | 2.00 | $808.00 |
| 1/9/2020 | Amol Deshpande | Director | 0120H0004: Perform daily Director review of the status of the e-discovery collections and processing. | $404 | 1.00 | $404.00 |
| 1/10/2020 | Amol Deshpande | Director | 0120H0005: Perform daily Director review of the status of the e-discovery collections and processing. | $404 | 1.00 | $404.00 |
| 1/13/2020 | Amol Deshpande | Director | 0120H0006: Perform daily Director review of the status of the e-discovery collections and processing. | $404 | 1.00 | $404.00 |
| 1/14/2020 | Amol Deshpande | Director | 0120H0007: Perform daily Director review of the status of the e-discovery collections and processing. | $404 | 1.00 | $404.00 |
| 1/15/2020 | Amol Deshpande | Director | 0120H0008: Perform daily Director review of the status of the e-discovery collections and processing. | $404 | 1.00 | $404.00 |
| 1/16/2020 | Amol Deshpande | Director | 0120H0009: Perform daily Director review of the status of the e-discovery collections and processing. | $404 | 1.00 | $404.00 |
| 1/17/2020 | Amol Deshpande | Director | 0120H0010: Perform daily Director review of the status of the e-discovery collections and processing. | $404 | 1.00 | $404.00 |
| 1/21/2020 | Amol Deshpande | Director | 0120H0011: Perform daily Director review of the status of the e-discovery collections and processing. | $404 | 1.00 | $404.00 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))** **Exhibit E**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period January 1, 2020 through January 31, 2020**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 1/22/2020 | Amol Deshpande | Director | 0120H0012: Perform daily Director review of the status of the e-discovery collections and processing. | $404 | 1.00 | $404.00 |
| 1/23/2020 | Amol Deshpande | Director | 0120H0013: Perform daily Director review of the status of the e-discovery collections and processing. | $404 | 1.00 | $404.00 |
| 1/24/2020 | Amol Deshpande | Director | 0120H0014: Perform daily Director review of the status of the e-discovery collections and processing. | $404 | 1.00 | $404.00 |
| Subtotal - Hours and Compensation - Project Management | | | | | 17.00 | $6,868.00 |

Forensic Collections

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 1/2/2020 | Alexandra May Gradijan | Associate | 0120H0015: Perform collection procedures at San Francisco, CA. | $172 | 8.00 | $1,376.00 |
| 1/2/2020 | Joseph Michalek | Senior Associate | 0120H0016: Update documentation and ensure completeness on the files collected. | $267 | 1.00 | $267.00 |
| 1/3/2020 | Alexandra May Gradijan | Associate | 0120H0017: Perform collection procedures at San Francisco, CA. | $172 | 8.00 | $1,376.00 |
| 1/6/2020 | Joseph Michalek | Senior Associate | 0120H0018: Update documentation and ensure completeness on the files collected. | $267 | 2.00 | $534.00 |
| 1/7/2020 | Joseph Michalek | Senior Associate | 0120H0019: Update documentation and ensure completeness on the files collected. | $267 | 7.00 | $1,869.00 |
| 1/8/2020 | Joseph Michalek | Senior Associate | 0120H0020: Update documentation and ensure completeness on the files collected. | $267 | 7.00 | $1,869.00 |
| 1/9/2020 | Joseph Michalek | Senior Associate | 0120H0021: Update documentation and ensure completeness on the files collected. | $267 | 8.00 | $2,136.00 |
| 1/10/2020 | Joseph Michalek | Senior Associate | 0120H0022: Update documentation and ensure completeness on the files collected. | $267 | 7.00 | $1,869.00 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     **Exhibit E**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period January 1, 2020 through January 31, 2020**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 1/13/2020 | Joseph Michalek | Senior Associate | 0120H0023: Update documentation and ensure completeness on the files collected. | $267 | 5.00 | $1,335.00 |
| 1/14/2020 | Joseph Michalek | Senior Associate | 0120H0024: Update documentation and ensure completeness on the files collected. | $267 | 5.00 | $1,335.00 |
| 1/15/2020 | Joseph Michalek | Senior Associate | 0120H0025: Perform collection procedures at San Francisco, CA. | $267 | 6.00 | $1,602.00 |
| 1/16/2020 | Joseph Michalek | Senior Associate | 0120H0026: Update documentation and ensure completeness on the files collected. | $267 | 8.00 | $2,136.00 |
| 1/16/2020 | Melanie Erin Tsoi | Senior Associate | 0120H0027: Perform review of the image collections to ensure completion and proper imaging. | $267 | 0.40 | $106.80 |
| 1/17/2020 | Joseph Michalek | Senior Associate | 0120H0028: Update documentation and ensure completeness on the files collected. | $267 | 6.50 | $1,735.50 |
| 1/20/2020 | Joseph Michalek | Senior Associate | 0120H0029: Update documentation and ensure completeness on the files collected. | $267 | 5.00 | $1,335.00 |
| 1/21/2020 | Joseph Michalek | Senior Associate | 0120H0030: Update documentation and ensure completeness on the files collected. | $267 | 7.00 | $1,869.00 |
| 1/22/2020 | Joseph Michalek | Senior Associate | 0120H0031: Update documentation and ensure completeness on the files collected. | $267 | 6.00 | $1,602.00 |
| 1/23/2020 | Melanie Erin Tsoi | Senior Associate | 0120H0032: Perform collection procedures at San Francisco, CA. | $267 | 0.50 | $133.50 |
| 1/27/2020 | Joseph Michalek | Senior Associate | 0120H0033: Update documentation and ensure completeness on the files collected. | $267 | 6.00 | $1,602.00 |
| 1/28/2020 | Joseph Michalek | Senior Associate | 0120H0034: Perform review of the image collections to ensure completion and proper imaging. | $267 | 4.00 | $1,068.00 |
| Subtotal - Hours and Compensation - Forensic Collections | | | | | 107.40 | $27,155.80 |

PG&E Corporation, et al. (Case No. 19-30088 (DM))                                         Exhibit E
PwC LLP - Management, Tax and Advisory Consultants to the Debtors
Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date
For the Period January 1, 2020 through January 31, 2020

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| *Subtotal - Hours and Compensation - E-Discovery Services* | | | | | **124.40** | **$34,023.80** |
| **Bankruptcy Tax Advisory Services** | | | | | | *Retention Exhibit #: 05* |
| <u>Tax Services</u> | | | | | | |
| 1/2/2020 | Sandy Liu O'Neill | Senior Associate | 0120H0035: Weekly call with PG&E and Weil. | $464 | 0.70 | $324.80 |
| 1/2/2020 | Conan A Yuzna | Senior Associate | 0120H0036: Weekly call with PG&E and Weil. | $464 | 0.70 | $324.80 |
| 1/3/2020 | Terry Bart Stratton | Partner | 0120H0037: Review of AHC motion to reconsider TCC. | $909 | 1.20 | $1,090.80 |
| 1/3/2020 | Terry Bart Stratton | Partner | 0120H0038: Call to discuss AHC testimony. Update on PG&E 13G filings and reach out. | $909 | 1.20 | $1,090.80 |
| 1/3/2020 | Mark S Smith | Senior Managing Director | 0120H0039: Follow up on agenda item re PFA and PLR. | $909 | 0.50 | $454.50 |
| 1/6/2020 | Sandy Liu O'Neill | Senior Associate | 0120H0040: Review 13G filing, review trading order, contact Gallagher regarding ownership, discuss pension plan rules. | $464 | 2.50 | $1,160.00 |
| 1/7/2020 | Leah Kondo Von Pervieux | Director | 0120H0041: Review tax disclosures. | $707 | 1.00 | $707.00 |
| 1/7/2020 | Sandy Liu O'Neill | Senior Associate | 0120H0042: Call with Gallagher to discuss. | $464 | 0.50 | $232.00 |
| 1/7/2020 | Sandy Liu O'Neill | Senior Associate | 0120H0043: Review OII Tax discussion. | $464 | 1.00 | $464.00 |
| 1/7/2020 | Sandy Liu O'Neill | Senior Associate | 0120H0044: Review latest turn of tax disclosure. | $464 | 1.00 | $464.00 |
| 1/7/2020 | David Winter | Associate | 0120H0045: Research on pension plans (IRC 401) as 5% sh 382, self-directed as indiv v. entity. | $360 | 3.00 | $1,080.00 |
| 1/8/2020 | Leah Kondo Von Pervieux | Director | 0120H0046: Review disclosure and l5 modeling schedule. | $707 | 1.50 | $1,060.50 |

PG&E Corporation, et al. (Case No. 19-30088 (DM))  Exhibit E
PwC LLP - Management, Tax and Advisory Consultants to the Debtors
Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date
For the Period January 1, 2020 through January 31, 2020

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 1/8/2020 | Sandy Liu O'Neill | Senior Associate | 0120H0047: Research 382 treatment of pension/retirement plans. | $464 | 1.30 | $603.20 |
| 1/8/2020 | David Winter | Associate | 0120H0048: Research on pension plans as 5% sh 382, self-directed as indiv v. entity. | $360 | 2.00 | $720.00 |
| 1/9/2020 | Terry Bart Stratton | Partner | 0120H0049: Weekly call with PG&E and Weil. | $909 | 1.00 | $909.00 |
| 1/9/2020 | Sandy Liu O'Neill | Senior Associate | 0120H0050: Weekly call with PG&E and Weil. | $464 | 1.00 | $464.00 |
| 1/9/2020 | Terry Bart Stratton | Partner | 0120H0051: Send latest 382 projections to Weil and PG&E for scenarios where sec. 382(l)(5) is expected to apply for the AHC. | $909 | 1.10 | $999.90 |
| 1/9/2020 | Leah Kondo Von Pervieux | Director | 0120H0052: Update call and review disclosure. | $707 | 1.50 | $1,060.50 |
| 1/9/2020 | Conan A Yuzna | Senior Associate | 0120H0053: Weekly call with PG&E and Weil. | $464 | 1.00 | $464.00 |
| 1/10/2020 | Terry Bart Stratton | Partner | 0120H0054: Review of updated information request list from AHC. | $909 | 1.10 | $999.90 |
| 1/10/2020 | Leah Kondo Von Pervieux | Director | 0120H0055: Disclosure and emails. | $707 | 1.00 | $707.00 |
| 1/13/2020 | Terry Bart Stratton | Partner | 0120H0056: Review of updated request list from AHC and call with Weil, PG&E to discuss responses. | $909 | 0.50 | $454.50 |
| 1/13/2020 | Terry Bart Stratton | Partner | 0120H0057: Review of grandfathering provision added to the proposed regs for company's in bankruptcy. | $909 | 1.20 | $1,090.80 |
| 1/13/2020 | Sandy Liu O'Neill | Senior Associate | 0120H0058: Call to discuss AHC data requests. | $464 | 0.50 | $232.00 |
| 1/14/2020 | Terry Bart Stratton | Partner | 0120H0059: Email from Stuart at Weil concerning new report on tax break for PG&E on settlement. | $909 | 0.40 | $363.60 |

PG&E Corporation, et al. (Case No. 19-30088 (DM)) — Exhibit E
PwC LLP - Management, Tax and Advisory Consultants to the Debtors
Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date
For the Period January 1, 2020 through January 31, 2020

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 1/15/2020 | Leah Kondo Von Pervieux | Director | 0120H0060: PG&E NOL monetization update. | $707 | 2.00 | $1,414.00 |
| 1/15/2020 | Conan A Yuzna | Senior Associate | 0120H0061: Updating model for actual knowledge standard in the backstop scenarios, but then normal aggregation approach in others. | $464 | 4.60 | $2,134.40 |
| 1/16/2020 | Sandy Liu O'Neill | Senior Associate | 0120H0062: Weekly call with PG&E and Weil. | $464 | 1.00 | $464.00 |
| 1/16/2020 | Leah Kondo Von Pervieux | Director | 0120H0063: Update call and coordination with Lazard. | $707 | 1.50 | $1,060.50 |
| 1/16/2020 | Terry Bart Stratton | Partner | 0120H0064: Weekly call with PG&E and Weil. | $909 | 1.00 | $909.00 |
| 1/16/2020 | Conan A Yuzna | Senior Associate | 0120H0065: Weekly call with PG&E and Weil. | $464 | 1.00 | $464.00 |
| 1/17/2020 | Leah Kondo Von Pervieux | Director | 0120H0066: PG&E call with Lazard. | $707 | 1.00 | $707.00 |
| 1/17/2020 | Sandy Liu O'Neill | Senior Associate | 0120H0067: Call with Lazard. | $464 | 1.00 | $464.00 |
| 1/17/2020 | Terry Bart Stratton | Partner | 0120H0068: Review of tax discussion for the regulatory filings with PUC and MTO, PG&E and Weil. | $909 | 2.10 | $1,908.90 |
| 1/17/2020 | Terry Bart Stratton | Partner | 0120H0069: Call with Eli at Lazard, Weil and PG&E tax teams to discuss the updated finance projections. | $909 | 0.50 | $454.50 |
| 1/20/2020 | Leah Kondo Von Pervieux | Director | 0120H0070: PG&E 382 modeling update. | $707 | 2.50 | $1,767.50 |
| 1/20/2020 | Sandy Liu O'Neill | Senior Associate | 0120H0071: Update model for latest projections, test model for issues, discuss with Leah. | $464 | 4.50 | $2,088.00 |
| 1/21/2020 | Leah Kondo Von Pervieux | Director | 0120H0072: PG&E tax exempt securitization. | $707 | 1.00 | $707.00 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     **Exhibit E**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period January 1, 2020 through January 31, 2020**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 1/21/2020 | Sandy Liu O'Neill | Senior Associate | 0120H0073: Review notes, emails, and presubmission conference memo related to tax exempt securitization. | $464 | 2.00 | $928.00 |
| 1/21/2020 | Terry Bart Stratton | Partner | 0120H0074: Review prior analysis on tax treatment of securitization and whether such transaction can fit within IRS guidance. Emails to PG&E tax with summary of call notes. | $909 | 2.50 | $2,272.50 |
| 1/23/2020 | Sandy Liu O'Neill | Senior Associate | 0120H0075: Weekly call with PG&E and Weil. | $464 | 0.70 | $324.80 |
| 1/23/2020 | Leah Kondo Von Pervieux | Director | 0120H0076: Update call. | $707 | 1.00 | $707.00 |
| 1/23/2020 | Terry Bart Stratton | Partner | 0120H0077: Weekly call with PG&E and Weil. | $909 | 0.70 | $636.30 |
| 1/23/2020 | Conan A Yuzna | Senior Associate | 0120H0078: Weekly call with PG&E and Weil. | $464 | 0.70 | $324.80 |
| 1/24/2020 | Sandy Liu O'Neill | Senior Associate | 0120H0079: Review RSA. | $464 | 2.30 | $1,067.20 |
| 1/27/2020 | Leah Kondo Von Pervieux | Director | 0120H0080: PG&E Underwiter deductibility. | $707 | 1.00 | $707.00 |
| 1/27/2020 | Sandy Liu O'Neill | Senior Associate | 0120H0081: Call with Weil to discuss underwriting fee withholding tax issues. | $464 | 0.70 | $324.80 |
| 1/27/2020 | Sandy Liu O'Neill | Senior Associate | 0120H0082: Consideration of underwriting fee issue, RSA, discuss with Bart and Leah. | $464 | 1.20 | $556.80 |
| 1/27/2020 | Sandy Liu O'Neill | Senior Associate | 0120H0083: Review Fire Victims Trust Agreement. | $464 | 2.00 | $928.00 |
| 1/27/2020 | Terry Bart Stratton | Partner | 0120H0084: Review of emails from Weil and PG&E regarding Plan Restitution language and review documents and comment. | $909 | 2.40 | $2,181.60 |
| 1/29/2020 | Leah Kondo Von Pervieux | Director | 0120H0085: Update call and review POR. | $707 | 2.00 | $1,414.00 |

PG&E Corporation, et al. (Case No. 19-30088 (DM))  Exhibit E
PwC LLP - Management, Tax and Advisory Consultants to the Debtors
Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date
For the Period January 1, 2020 through January 31, 2020

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 1/29/2020 | Sandy Liu O'Neill | Senior Associate | 0120H0086: Review RSA. | $464 | 1.80 | $835.20 |
| 1/30/2020 | Sandy Liu O'Neill | Senior Associate | 0120H0087: Weekly call with PG&E and Weil. | $464 | 1.00 | $464.00 |
| 1/30/2020 | Leah Kondo Von Pervieux | Director | 0120H0088: PG&E review RSA and POR. | $707 | 1.00 | $707.00 |
| 1/30/2020 | Sandy Liu O'Neill | Senior Associate | 0120H0089: Review tax disclosure. | $464 | 1.20 | $556.80 |
| 1/30/2020 | Xun Wang | Associate | 0120H0090: Protected workbook. | $360 | 0.40 | $144.00 |
| 1/30/2020 | Terry Bart Stratton | Partner | 0120H0091: Weekly call with PG&E and Weil. | $909 | 1.00 | $909.00 |
| 1/30/2020 | Conan A Yuzna | Senior Associate | 0120H0092: Weekly call with PG&E and Weil. | $464 | 1.00 | $464.00 |
| 1/30/2020 | Terry Bart Stratton | Partner | 0120H0093: Review of data responses and tax disclosure schedule. | $909 | 1.90 | $1,727.10 |
| 1/30/2020 | Trevor Perea | Director | 0120H0094: Update call. | $707 | 1.00 | $707.00 |
| 1/31/2020 | Leah Kondo Von Pervieux | Director | 0120H0095: Review tax disclosure. | $707 | 1.00 | $707.00 |
| 1/31/2020 | Terry Bart Stratton | Partner | 0120H0096: Review of tax benefit agreement from Weil. | $909 | 1.60 | $1,454.40 |
| 1/31/2020 | Trevor Perea | Director | 0120H0097: Nol monetization document. | $707 | 1.00 | $707.00 |
| Subtotal - Hours and Compensation - Tax Services | | | | | 85.20 | $53,819.70 |
| *Subtotal - Hours and Compensation - Bankruptcy Tax Advisory Services* | | | | | *85.20* | *$53,819.70* |
| **Total - Hours and Compensation - Hourly Services** | | | | | **209.60** | **$87,843.50** |
| **Total - Hours and Compensation - Hourly Services and Case Administration** | | | | | **209.60** | **$87,843.50** |