**PG&E Corporation, et al. (Case No. 19-30088 (DM))**      Exhibit F
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Summary of Expenditures by Project and Type**
**For the Period January 1, 2020 through January 31, 2020**

| Transaction Type by Project | Total Expenditures |
|---|---:|
| **Fixed Fee Services** | |
| *PSPS Program Support Services* | *Retention Exhibit #: SUPP 2 01-F* |
|     Airfare | $33,310.50 |
|     Lodging | $67,264.41 |
|     Meals | $8,799.19 |
|     Parking | $419.00 |
|     Public/Ground Transportation | $8,543.22 |
|     Rental Car | $216.70 |
| *Subtotal - Expenditures Sought for PSPS Program Support Services* | *$118,553.02* |
| *Cybersecurity Assessment Services* | *Retention Exhibit #: SUPP 01-Q* |
|     Airfare | $552.72 |
|     Lodging | $6,345.35 |
|     Meals | $989.52 |
|     Mileage Allowance | $124.12 |
|     Public/Ground Transportation | $1,357.97 |
| *Subtotal - Expenditures Sought for Cybersecurity Assessment Services* | *$9,369.68* |
| **Subtotal - Expenditures Sought for Fixed Fee Services** | **$127,922.70** |
| **Total - Expenditures Sought for Reimbursement** | **$127,922.70** |