DELOITTE & TOUCHE LLP
Timothy Gillam
555 Mission Street
San Francisco, CA 94105-0920
Telephone: 414.783.4122
Fax: 704.339.5276

*Independent Auditor and Advisor*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Bankruptcy Case No.19-30088 (DM) |
| **PG&E CORPORATION** | Chapter 11 |
| **- and –** | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors.** | **SUMMARY SHEET TO THIRD INTERIM FEE APPLICATION OF DELOITTE & TOUCHE LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OCTOBER 1, 2019 THROUGH JANUARY 31, 2020** |
| __Affects PG&E Corporation<br>__Affects Pacific Gas and Electric Company<br>X_ Affects both Debtors | |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Date: TBD<br>Time: TBD<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102<br><br>Objection Deadline: July 10, 2020 at 4:00 p.m. (Pacific Time) |

| **General Information** | |
|---|---|
| Name of Applicant: | Deloitte & Touche LLP |
| Authorized to Provide Professional Services to: | Attorneys for Debtors and Debtors in Possession |

| | |
|---|---|
| Petition Date: | January 29, 2019 |
| Retention Date: | July 24, 2019 nunc pro tunc to January 29, 2019 |
| Prior Applications: | Second Interim Fee Application for the Period June 1, 2019 through September 30, 2019 [Docket No.5729], Sixth Monthly Fee Application for the Period October 1, 2019 through October 31, 2019 [Docket No.5985], Seventh Monthly Fee Application for the Period November 1, 2019 through November 30, 2019 [Docket No.6559], Eighth Monthly Fee Application for the Period December 1, 2019 through December 31, 2019 [Docket No.6767], Ninth Monthly Fee Application for the Period January 1, 2020 through January 31, 2020 [Docket No.7061] |
| **Summary of Fees and Expenses Sought in this Application** | |
| Time Period Covered by this Application | October 1, 2019 through and including January 31, 2020 (the "**Compensation Period**") |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary for the Compensation Period: | $2,629,909.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary for the Compensation Period: | $782.41 |
| Total Compensation and Expenses Requested for the Compensation Period: | $2,630,691.41 |
| **Summary of Voluntary Fees and Expenses Reductions for the Compensation Period** | |
| Amount of Voluntary Reductions to Compensation Incurred During the Compensation Period: | $20,484.00 |
| Amount of Voluntary Reductions to Expenses Sought Incurred During the Compensation Period: | $3,489.76 |
| **Total Fees and Expenses Allowed Pursuant to Prior Applications** | |
| Total Allowed Compensation Paid to Date: | $793,960.00 |
| Total Allowed Expenses Paid to Date: | $782.41 |
| Total Allowed Compensation and Expenses Paid to Date: | $794,742.41 |
| **Total Fees and Expenses Paid to Applicant Pursuant to Monthly Statements but Not Yet Allowed** | |
| Compensation Sought in this Application Already Paid Pursuant to the Interim Compensation Order but Not Yet Allowed (80% of Fees in Monthly Statements): | $793,960.00 |

| | |
|---|---|
| Expenses Sought in this Application Already Paid Pursuant to the Interim Compensation Order but Not Yet Allowed (100% of Expenses in Monthly Statements): | $782.41 |

| **Summary of Rates and Other Related Information in this Application** | |
|---|---|
| Blended Rate in this Application for All Timekeepers: | $267.50 |
| Number of Timekeepers Included in this Application: | 107 |
| Number of Timekeepers Billing Fewer than 15 Hours to the Case During the Compensation Period: | 58 |
| Increase in Rates: | N/A |

This is an: __Monthly  _X_ Interim  __Final Application

## PRIOR MONTHLY FEE APPLICATIONS FILED

| Date Filed / Docket # | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses | 20% Holdback |
|---|---|---|---|---|---|---|
| 10/7/2019 Docket #4156 | 1/29/2019 - 5/31/2019 | $666,400.00 | $17,914.96 | $533,120.00 | $17,914.96 | ($133,280.00) |
| 10/21/2019 Docket #4352 | 6/1/2019 - 6/30/2019 | $270,465.00 | $2,424.54 | $216,372.00 | $2,424.54 | ($54,093.00) |
| 11/19/2019 Docket #4817 | 7/1/2019 - 7/31/2019 | $605,114.50 | $4,186.98 | $484,091.60 | $4,186.98 | ($121,022.90) |
| 12/12/2019 Docket #5081 | 8/1/2019 - 8/31/2019 | $638,659.00 | $1,228.11 | $510,927.20 | $1,228.11 | ($127,731.80) |
| 1/24/2020 Docket #5494 | 9/1/2019 - 9/30/2019 | $455,188.00 | $3,463.35 | $364,150.40 | $3,463.35 | ($91,037.60) |
| 3/2/2020 Docket #5985 | 10/1/2019 - 10/31/2019 | $586,384.00 | $782.41 | $469,107.20 | $782.41 | ($117,276.80) |
| 3/31/2020 Docket #6559 | 11/1/2019 - 11/30/2019 | $406,066.00 | $0.00 | $324,852.80 | $0.00 | ($81,213.20) |
| 4/15/2020 Docket #6767 | 12/1/2019 - 12/31/2019 | $410,182.50 | $0.00 | $328,146.00 | $0.00 | ($82,036.50) |
| 5/4/2020 Docket #7061 | 1/1/2020 - 1/31/2020 | $1,227,276.50 | $0.00 | $981,821.20 | $0.00 | ($245,455.30) |
| **TOTAL** | | **$5,265,735.50** | **$30,000.35** | **$4,212,588.40** | **$30,000.35** | **($1,053,147.10)** |

## PRIOR INTERIM FEE APPLICATIONS FILED

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses |
|---|---|---|---|---|---|
| 1/24/2020 Docket #5402 | 1/29/2019 - 5/31/2019 | $666,400.00 | $17,914.96 | $0.00 | $0.00 |
| 2/11/2020 Docket #5729 | 6/1/2019 - 9/30/2019 | $1,969,426.50 | $11,302.98 | $0.00 | $0.00 |
| **TOTAL** | | **$2,635,826.50** | **$29,217.94** | **$0.00** | **$0.00** |

## COMPENSATION BY PROFESSIONAL
## OCTOBER 1, 2019 THROUGH JANUARY 31, 2020

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| **2018 NDT Audit Services** | | | | |
| Ncho-Oguie, Jean-Denis | Partner/Principal | $380.00 | 17.0 | $6,460.00 |
| Azebu, Matt | Senior Consultant | $230.00 | 7.0 | $1,610.00 |
| Martin, Blake | Senior Consultant | $230.00 | 33.0 | $7,590.00 |
| Ranganathan, Akshaya | Senior Consultant | $230.00 | 3.0 | $690.00 |
| Brown, Erin | Consultant | $180.00 | 1.5 | $270.00 |
| Maroju, Bhaskar I-pa | Consultant | $120.00 | 6.2 | $744.00 |
| Raj, Reshma | Consultant | $180.00 | 5.0 | $900.00 |
| Ravindran, Sarradha | Consultant | $120.00 | 10.0 | $1,200.00 |
| Soni, Soni | Consultant | $120.00 | 8.5 | $1,020.00 |
| **Professional Subtotal:** | | | **91.2** | **$20,484.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| **2019 Audit Services** | | | | |
| Basilico, Ellen | Partner/Principal | $380.00 | 6.5 | $2,470.00 |
| Cochran, James | Partner/Principal | $380.00 | 36.0 | $13,680.00 |
| Fogarty, Ellen | Partner/Principal | $380.00 | 13.4 | $5,092.00 |
| Gillam, Tim | Partner/Principal | $380.00 | 86.2 | $32,756.00 |
| Harold, Matt | Partner/Principal | $380.00 | 3.5 | $1,330.00 |
| Kilkenny, Tom | Partner/Principal | $380.00 | 4.3 | $1,634.00 |
| Ncho-Oguie, Jean-Denis | Partner/Principal | $380.00 | 147.7 | $56,126.00 |
| Pemberton, Tricia | Partner/Principal | $380.00 | 18.0 | $6,840.00 |

| | | | | |
|---|---|---|---|---|
| Bihm, Christy | Managing Director | $380.00 | 1.0 | $380.00 |
| Donahue, Nona | Managing Director | $380.00 | 22.5 | $8,550.00 |
| Hensel, Julia | Managing Director | $380.00 | 1.0 | $380.00 |
| Loo, Alice | Managing Director | $380.00 | 1.0 | $380.00 |
| Meredith, Wendy | Managing Director | $380.00 | 64.0 | $24,320.00 |
| White, Teal | Managing Director | $380.00 | 13.5 | $5,130.00 |
| Zenk, Joe | Managing Director | $380.00 | 0.9 | $342.00 |
| Dugan, Anne | Senior Manager | $330.00 | 29.5 | $9,735.00 |
| Fannin, Sam | Senior Manager | $330.00 | 51.5 | $16,995.00 |
| Giamanco, Patrick | Senior Manager | $330.00 | 116.7 | $38,511.00 |
| Kort, Krystle | Senior Manager | $330.00 | 0.5 | $165.00 |
| Lanigan, Kerry | Senior Manager | $330.00 | 1.0 | $330.00 |
| Leonard, Allison | Senior Manager | $330.00 | 2.0 | $660.00 |
| Murdock, Elizabeth | Senior Manager | $330.00 | 22.0 | $7,260.00 |
| Potts, John | Senior Manager | $330.00 | 2.5 | $825.00 |
| Reik, John | Senior Manager | $330.00 | 4.7 | $1,551.00 |
| Sagar, Saurabh | Senior Manager | $330.00 | 2.5 | $825.00 |
| Varkey, Jamie | Senior Manager | $330.00 | 10.2 | $3,366.00 |
| Brown, Aaron | Manager | $290.00 | 48.0 | $13,920.00 |
| Jasinski, Samantha | Manager | $290.00 | 371.8 | $107,822.00 |
| Kamra, Akanksha | Manager | $290.00 | 84.5 | $24,505.00 |
| Long, Brittany | Manager | $290.00 | 198.0 | $57,420.00 |
| Misra, Saurabh | Manager | $290.00 | 234.0 | $67,860.00 |
| Nkinzingabo, Rudy | Manager | $290.00 | 31.5 | $9,135.00 |
| Pant, Chetna | Manager | $290.00 | 8.5 | $2,465.00 |
| Adams, Haley | Senior Consultant | $230.00 | 25.0 | $5,750.00 |
| Azebu, Matt | Senior Consultant | $230.00 | 327.8 | $75,394.00 |
| Choudhury, Viki | Senior Consultant | $230.00 | 46.5 | $10,695.00 |
| Dam, Vivian | Senior Consultant | $230.00 | 23.5 | $5,405.00 |
| Fazil, Mohamed | Senior Consultant | $230.00 | 214.0 | $49,220.00 |
| Goswami, Pratiti | Senior Consultant | $230.00 | 25.0 | $5,750.00 |
| Hamner, Jack | Senior Consultant | $230.00 | 573.4 | $131,882.00 |
| Hennessy, Vincent | Senior Consultant | $230.00 | 182.0 | $41,860.00 |
| Kipkirui, Winnie | Senior Consultant | $230.00 | 526.0 | $120,980.00 |
| Mantri, Arvind | Senior Consultant | $230.00 | 21.0 | $4,830.00 |
| Martin, Blake | Senior Consultant | $230.00 | 359.5 | $82,685.00 |
| Meenakshi, Meenakshi | Senior Consultant | $230.00 | 3.0 | $690.00 |
| Morley, Carlye | Senior Consultant | $230.00 | 3.0 | $690.00 |
| Rice, Blake | Senior Consultant | $230.00 | 305.0 | $70,150.00 |
| Varshney, Swati | Senior Consultant | $230.00 | 222.5 | $51,175.00 |
| Yuen, Jennifer | Senior Consultant | $230.00 | 85.0 | $19,550.00 |

| | | | | |
|---|---|---|---|---|
| Alfahhad, Abdulrahman | Consultant | $200.00 | 239.1 | $47,820.00 |
| Bedi, Arpit | Consultant | $200.00 | 284.1 | $56,820.00 |
| Bhattacharya, Ayush | Consultant | $200.00 | 70.5 | $14,100.00 |
| Bhavana, Nadakurthi | Consultant | $180.00 | 2.0 | $360.00 |
| Boyce, Kyle | Consultant | $180.00 | 569.5 | $102,510.00 |
| Brown, Erin | Consultant | $180.00 | 612.5 | $110,250.00 |
| Carson, George | Consultant | $180.00 | 33.5 | $6,030.00 |
| Chopra, Harshita | Consultant | $180.00 | 300.5 | $54,090.00 |
| Fatima, Sana | Consultant | $120.00 | 7.0 | $840.00 |
| Guo, Amy | Consultant | $120.00 | 62.0 | $7,440.00 |
| Hegde, Deepa | Consultant | $180.00 | 4.0 | $720.00 |
| Holker, Sangeeta | Consultant | $120.00 | 0.2 | $24.00 |
| Jagetia, Nidhi | Consultant | $200.00 | 3.0 | $600.00 |
| Jain, Jessica | Consultant | $180.00 | 1.5 | $270.00 |
| K, Kavya | Consultant | $200.00 | 134.0 | $26,800.00 |
| Kaur, JASPREET | Consultant | $200.00 | 6.0 | $1,200.00 |
| Kiander, Matthew | Consultant | $180.00 | 21.0 | $3,780.00 |
| Li, Jenny | Consultant | $180.00 | 23.0 | $4,140.00 |
| Lnu, Nikita | Consultant | $200.00 | 9.5 | $1,900.00 |
| M, Ashwin | Consultant | $200.00 | 15.0 | $3,000.00 |
| Madhuha, Myakala | Consultant | $120.00 | 1.0 | $120.00 |
| Mahajan, Madhav | Consultant | $180.00 | 12.0 | $2,160.00 |
| Maheshwari, Radhika | Consultant | $200.00 | 4.0 | $800.00 |
| Maroju, Bhaskar I-pa | Consultant | $120.00 | 0.8 | $96.00 |
| Munjal, Chahat | Consultant | $200.00 | 29.0 | $5,800.00 |
| Nambiar, Sachin | Consultant | $200.00 | 148.6 | $29,720.00 |
| Pramanik, Samiran | Consultant | $120.00 | 8.0 | $960.00 |
| Ravindran, Sarradha | Consultant | $120.00 | 2.0 | $240.00 |
| Salisam, Soujanya | Consultant | $200.00 | 16.0 | $3,200.00 |
| Schloetter, Lexie | Consultant | $200.00 | 318.5 | $63,700.00 |
| Sharma, Ashish | Consultant | $180.00 | 10.5 | $1,890.00 |
| Shukla, Prakhar | Consultant | $200.00 | 7.0 | $1,400.00 |
| Uy, Rycel | Consultant | $200.00 | 605.0 | $121,000.00 |
| Vineeth, Vineeth | Consultant | $180.00 | 8.0 | $1,440.00 |
| Yadav, Divya Singh | Consultant | $180.00 | 6.5 | $1,170.00 |
| **Professional Subtotal:** | | | **8,155.9** | **$1,875,856.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|

## *2020 Audit Services*

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| Ncho-Oguie, Jean-Denis | Partner/Principal | $380.00 | 0.5 | $190.00 |
| Pemberton, Tricia | Partner/Principal | $380.00 | 1.5 | $570.00 |
| Meredith, Wendy | Managing Director | $380.00 | 1.5 | $570.00 |
| Jasinski, Samantha | Manager | $290.00 | 1.5 | $435.00 |
| Azebu, Matt | Senior Consultant | $230.00 | 15.5 | $3,565.00 |
| Boyce, Kyle | Consultant | $180.00 | 8.0 | $1,440.00 |
| **Professional Subtotal:** | | | **28.5** | **$6,770.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|

## *AB 1054 Wildfire Fund*

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| Barton, Doug | Partner/Principal | $760.00 | 1.0 | $760.00 |
| Gillam, Tim | Partner/Principal | $760.00 | 6.5 | $4,940.00 |
| Ncho-Oguie, Jean-Denis | Partner/Principal | $760.00 | 17.5 | $13,300.00 |
| Weller, Curt | Partner/Principal | $760.00 | 0.5 | $380.00 |
| Meredith, Wendy | Managing Director | $760.00 | 3.0 | $2,280.00 |
| Barclay, Kelsey | Senior Manager | $660.00 | 4.5 | $2,970.00 |
| Jasinski, Samantha | Manager | $580.00 | 3.5 | $2,030.00 |
| Azebu, Matt | Senior Consultant | $460.00 | 35.0 | $16,100.00 |
| Rice, Blake | Senior Consultant | $460.00 | 25.0 | $11,500.00 |
| **Professional Subtotal:** | | | **96.5** | **$54,260.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|

## *Accounting Consultations*

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| Clark, Brian | Partner/Principal | $760.00 | 1.0 | $760.00 |
| Gillam, Tim | Partner/Principal | $760.00 | 3.0 | $2,280.00 |
| Kilkenny, Tom | Partner/Principal | $760.00 | 1.1 | $836.00 |
| Ncho-Oguie, Jean-Denis | Partner/Principal | $760.00 | 2.5 | $1,900.00 |
| Pemberton, Tricia | Partner/Principal | $760.00 | 2.0 | $1,520.00 |
| Pidgeon, Andrew | Partner/Principal | $760.00 | 1.1 | $836.00 |
| Meredith, Wendy | Managing Director | $760.00 | 4.5 | $3,420.00 |
| Bush, Amber | Senior Manager | $660.00 | 1.5 | $990.00 |
| Allen, Jana | Manager | $580.00 | 1.5 | $870.00 |
| Jasinski, Samantha | Manager | $580.00 | 19.5 | $11,310.00 |
| Hennessy, Vincent | Senior Consultant | $460.00 | 0.5 | $230.00 |
| Martin, Blake | Senior Consultant | $460.00 | 1.0 | $460.00 |
| Rice, Blake | Senior Consultant | $460.00 | 5.0 | $2,300.00 |
| **Professional Subtotal:** | | | **44.2** | **$27,712.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| **California Wildfires** | | | | |
| Clark, Brian | Partner/Principal | $760.00 | 4.5 | $3,420.00 |
| Gillam, Tim | Partner/Principal | $760.00 | 49.5 | $37,620.00 |
| Kilkenny, Tom | Partner/Principal | $760.00 | 2.5 | $1,900.00 |
| Ncho-Oguie, Jean-Denis | Partner/Principal | $760.00 | 5.5 | $4,180.00 |
| Pemberton, Tricia | Partner/Principal | $760.00 | 0.5 | $380.00 |
| Scott, Adam | Partner/Principal | $760.00 | 0.5 | $380.00 |
| Hensel, Julia | Managing Director | $760.00 | 0.5 | $380.00 |
| Meredith, Wendy | Managing Director | $760.00 | 25.7 | $19,532.00 |
| Sasso, Anthony | Managing Director | $760.00 | 0.6 | $456.00 |
| Jasinski, Samantha | Manager | $580.00 | 4.5 | $2,610.00 |
| Azebu, Matt | Senior Consultant | $460.00 | 76.5 | $35,190.00 |
| Hennessy, Vincent | Senior Consultant | $460.00 | 1.0 | $460.00 |
| Martin, Blake | Senior Consultant | $460.00 | 53.5 | $24,610.00 |
| Rice, Blake | Senior Consultant | $460.00 | 14.5 | $6,670.00 |
| Guo, Amy | Consultant | $230.00 | 2.0 | $460.00 |
| **Professional Subtotal:** | | | **241.8** | **$138,248.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| **Lease Accounting Services** | | | | |
| Cochran, James | Partner/Principal | $365.00 | 0.5 | $182.50 |
| Giamanco, Patrick | Senior Manager | $325.00 | 1.5 | $487.50 |
| Murdock, Elizabeth | Senior Manager | $325.00 | 3.5 | $1,137.50 |
| Long, Brittany | Manager | $295.00 | 1.0 | $295.00 |
| Azebu, Matt | Senior Consultant | $265.00 | 12.0 | $3,180.00 |
| Kipkirui, Winnie | Senior Consultant | $265.00 | 3.8 | $1,007.00 |
| Uy, Rycel | Consultant | $225.00 | 25.5 | $5,737.50 |
| **Professional Subtotal:** | | | **47.8** | **$12,027.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| **New Accounting Standards** | | | | |
| Jasinski, Samantha | Manager | $580.00 | 0.5 | $290.00 |
| Azebu, Matt | Senior Consultant | $460.00 | 10.0 | $4,600.00 |
| Hennessy, Vincent | Senior Consultant | $460.00 | 2.0 | $920.00 |
| **Professional Subtotal:** | | | **12.5** | **$5,810.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| **Post-Bankruptcy Matters** | | | | |
| Clark, Brian | Partner/Principal | $760.00 | 1.0 | $760.00 |
| Gerstel, Ken | Partner/Principal | $760.00 | 0.5 | $380.00 |
| Graf, Bill | Partner/Principal | $760.00 | 1.0 | $760.00 |
| Gillam, Tim | Partner/Principal | $760.00 | 50.0 | $38,000.00 |
| Kilkenny, Tom | Partner/Principal | $760.00 | 2.5 | $1,900.00 |
| Little, Eileen | Partner/Principal | $760.00 | 1.0 | $760.00 |
| Ncho-Oguie, Jean-Denis | Partner/Principal | $760.00 | 6.5 | $4,940.00 |
| Pidgeon, Andrew | Partner/Principal | $760.00 | 6.3 | $4,788.00 |
| Arkin, Steven | Managing Director | $760.00 | 6.5 | $4,940.00 |
| Donahue, Nona | Managing Director | $760.00 | 5.5 | $4,180.00 |
| Meredith, Wendy | Managing Director | $760.00 | 41.5 | $31,540.00 |
| Rohrs, Jane | Managing Director | $760.00 | 2.0 | $1,520.00 |
| Sasso, Anthony | Managing Director | $760.00 | 1.3 | $988.00 |
| Smith, Lisa | Managing Director | $760.00 | 0.5 | $380.00 |
| Sullivan, Mike | Managing Director | $760.00 | 4.2 | $3,192.00 |
| Bush, Amber | Senior Manager | $660.00 | 2.5 | $1,650.00 |
| Dugan, Anne | Senior Manager | $660.00 | 0.5 | $330.00 |
| Luong, Mimi | Senior Manager | $660.00 | 1.2 | $792.00 |
| Murdock, Elizabeth | Senior Manager | $660.00 | 8.2 | $5,412.00 |
| Allen, Jana | Manager | $580.00 | 8.4 | $4,872.00 |
| Brown, Aaron | Manager | $580.00 | 0.5 | $290.00 |
| Jasinski, Samantha | Manager | $580.00 | 13.8 | $8,004.00 |
| Kamra, Akanksha | Manager | $580.00 | 1.0 | $580.00 |
| Long, Brittany | Manager | $580.00 | 0.5 | $290.00 |
| Nkinzingabo, Rudy | Manager | $580.00 | 5.0 | $2,900.00 |
| Azebu, Matt | Senior Consultant | $460.00 | 25.5 | $11,730.00 |
| Hamner, Jack | Senior Consultant | $460.00 | 1.0 | $460.00 |
| Hennessy, Vincent | Senior Consultant | $460.00 | 58.5 | $26,910.00 |
| Martin, Blake | Senior Consultant | $460.00 | 68.7 | $31,602.00 |
| Rice, Blake | Senior Consultant | $460.00 | 14.0 | $6,440.00 |
| Yuen, Jennifer | Senior Consultant | $460.00 | 2.6 | $1,196.00 |
| Bedi, Arpit | Consultant | $390.00 | 2.0 | $780.00 |
| Schloetter, Lexie | Consultant | $390.00 | 0.5 | $195.00 |
| Boyce, Kyle | Consultant | $350.00 | 23.0 | $8,050.00 |
| Brown, Erin | Consultant | $350.00 | 8.5 | $2,975.00 |
| Guo, Amy | Consultant | $230.00 | 2.0 | $460.00 |
| **Professional Subtotal:** | | | **378.2** | **$214,946.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| **_Preparation of Fee Applications_** | | | | |
| Meredith, Wendy | Managing Director | $380.00 | 0.5 | $190.00 |
| Jin, Yezi | Senior Manager | $330.00 | 69.9 | $23,067.00 |
| Jasinski, Samantha | Manager | $290.00 | 2.7 | $783.00 |
| Azebu, Matt | Senior Consultant | $230.00 | 25.5 | $5,865.00 |
| Rice, Blake | Senior Consultant | $230.00 | 2.5 | $575.00 |
| Gutierrez, Dalia | Project Controller | $200.00 | 261.3 | $52,260.00 |
| **Professional Subtotal:** | | | **362.4** | **$82,740.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| **_Regulatory Accounting_** | | | | |
| Gillam, Tim | Partner/Principal | $760.00 | 16.5 | $12,540.00 |
| Graf, Bill | Partner/Principal | $760.00 | 0.5 | $380.00 |
| Kilkenny, Tom | Partner/Principal | $760.00 | 2.5 | $1,900.00 |
| Ncho-Oguie, Jean-Denis | Partner/Principal | $760.00 | 41.5 | $31,540.00 |
| Pemberton, Tricia | Partner/Principal | $760.00 | 1.0 | $760.00 |
| Meredith, Wendy | Managing Director | $760.00 | 0.5 | $380.00 |
| Gyoerkoe, Michael | Manager | $580.00 | 0.5 | $290.00 |
| Jasinski, Samantha | Manager | $580.00 | 39.0 | $22,620.00 |
| Azebu, Matt | Senior Consultant | $460.00 | 5.5 | $2,530.00 |
| Hennessy, Vincent | Senior Consultant | $460.00 | 2.0 | $920.00 |
| Rice, Blake | Senior Consultant | $460.00 | 76.5 | $35,190.00 |
| Brown, Erin | Consultant | $350.00 | 2.0 | $700.00 |
| Schloetter, Lexie | Consultant | $390.00 | 261.0 | $101,790.00 |
| **Professional Subtotal:** | | | **449.0** | **$211,540.00** |
| **Total** | | | **9,908.0** | **$2,650,393.00** |

| Adjustment | |
|---|---|
| Voluntary Reduction - 2018 NDT Audit Services | **($20,484.00)** |
| **Total** | **$2,629,909.00** |

The total fees for the Compensation Period are:

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners/Principals/Managing Directors (28) | $541.59 | 767.3 | $415,560.50 |
| Associates (78) | $245.80 | 8,879.40 | $2,182,572.50 |
| Paraprofessionals (1) | $200.00 | 261.3 | $52,260.00 |
| **Blended Rate for All Timekeepers** | **$267.50** | | |
| **Total Fees Incurred** (107 total professionals and paraprofessionals): | | **9,908.00** | **$2,650,393.00** |

## COMPENSATION BY CATEGORY
## OCTOBER 1, 2019 THROUGH JANUARY 31, 2020

| Categories | Hours | Fees |
|---|---|---|
| 2018 NDT Audit Services | 91.2 | $20,484.00 |
| 2019 Audit Services | 8,155.9 | $1,875,856.00 |
| 2020 Audit Services | 28.5 | $6,770.00 |
| AB 1054 Wildfire Fund | 96.5 | $54,260.00 |
| Accounting Consultations | 44.2 | $27,712.00 |
| California Wildfires | 241.8 | $138,248.00 |
| Lease Accounting Services | 47.8 | $12,027.00 |
| New Accounting Standards | 12.5 | $5,810.00 |
| Post-Bankruptcy Matters | 378.2 | $214,946.00 |
| Preparation of Fee Applications | 362.4 | $82,740.00 |
| Regulatory Accounting | 449.0 | $211,540.00 |
| **Fees Category Subtotal :** | **9,908.0** | **$2,650,393.00** |

| Adjustment | |
|---|---|
| Voluntary Reduction - 2018 NDT Audit Services | ($20,484.00) |
| **Total** | **$2,629,909.00** |

## EXPENSE SUMMARY
## OCTOBER 1, 2019 THROUGH JANUARY 31, 2020

| Expense Categories | Total Expenses for the Period |
|---|---|
| Airfare | $1,265.33 |
| Hotel | $3,006.84 |
| **Expense Category Subtotal :** | **$4,272.17** |

| Adjustment | |
|---|---|
| Voluntary Reduction - October Expenses | ($3,489.76) |
| **Total** | **$782.41** |

DELOITTE & TOUCHE LLP
Timothy Gillam
555 Mission Street
San Francisco, CA 94105-0920
Telephone: 414.783.4122
Fax: 704.339.5276

*Independent Auditor and Advisor*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Bankruptcy Case No.19-30088 (DM) |
| **PG&E CORPORATION** | Chapter 11 |
| **- and –** | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| Debtors. | **THIRD INTERIM FEE APPLICATION OF DELOITTE & TOUCHE LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OCTOBER 1, 2019 THROUGH JANUARY 31, 2020** |
| __Affects PG&E Corporation<br>__Affects Pacific Gas and Electric Company<br>X Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Date: TBD<br>Time: TBD<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102<br><br>Objection Deadline: July 10, 2020 at 4:00 p.m. (Pacific Time) |

Deloitte & Touche LLP ("**Deloitte & Touche**" or the "**Applicant**"), independent auditor and advisor to PG&E Corporation, and Pacific Gas and Electric Company, the debtors-in-possession herein (the "**Debtors**"), in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), hereby submits its second interim fee application (the "**Fee Application**"), pursuant to sections 330(a) and

331 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), for the interim allowance of compensation for professional services performed by Deloitte & Touche for allowance and payment of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred for the period commencing June 1, 2019 through and September 30, 2019 (the "**Application Period**").

This Fee Application has been prepared in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Bankruptcy Local Rules for the Northern District of California (the "**Local Rules**"), the *Order Pursuant to 11 U.S.C. §§ 331 and 105(a) and Fed. R. Bankr. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professional* dated February 27, 2019 [Docket No. 701] (the "**Interim Compensation Procedures Order**"), the *Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees for the Northern District of California,* dated February 19, 2014 (the "**Local Guidelines**"), the U.S. Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. *§ 330,* effective January 30, 1996 (the "**U.S. Trustee Guidelines**," and together with the Local Guidelines, the "**Fee Guidelines**"), and the *Fee Examiner Protocol for Chapter 11 Cases of PG&E Corporation and Pacific Gas and Electric Company* [Docket No.4473-1] (the "**Fee Protocol**").

## JURISDICTION

This Court has jurisdiction to consider this matter pursuant to 28 U.S C.§§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND

On January 29, 2019 (the "**Petition Date**"), the Debtors commenced with the Court voluntary cases under chapter 11 of the Bankruptcy Code. The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in either of the Chapter 11 Cases. The Debtors' Chapter 11 Cases are being jointly administered for procedural purposes only pursuant to Bankruptcy Rule 1015(b).

On February 27, 2019, the Court entered the Interim Compensation Procedure Order, which generally sets forth the procedures for interim compensation and expense reimbursement for retained professionals.

On February 12, 2019, the United States Trustee (the "**U.S. Trustee**") appointed an Official Committee of Unsecured Creditors. On February 15, 2019, the U.S. Trustee appointed an Official Committee of Tort Claimants.

Additional information regarding the circumstances leading to the commencement of the Chapter 11 Cases and information regarding the Debtors' businesses and capital structure is set forth in the *Amended Declaration of Jason P. Wells in Support of the First Day Motions and Related Relief* [Docket No. 263].

## RETENTION OF DELOITTE & TOUCHE

On May 22, 2019, the Debtors filed the *Application Pursuant to 11 U.S.C. §§ 327 and 328 for an Order Authorizing Employment and Retention of Deloitte & Touche LLP as Independent Auditor and Advisor to the Debtors Nunc Prp Tunc to the Petition Date* [Docket No. 2197] (the "**Retention Application**").

On July 24, 2019, the Court entered an order approving the Retention Application [Docket No. 3190] (the "**Retention Order**"). A copy of the Retention Order is annexed hereto as Exhibit A.

## RELEIF REQUESTED

By this Fee Application, Deloitte & Touche respectfully requests 100% allowance of compensation of its fees in the amount of $2,629,909.00, together with reimbursement of its reasonable and necessary expenses incurred during the Application Period, in the amount of $782.41, for a total requested allowance of fees and expenses of $2,630,691.41. Deloitte & Touche has been subject to a 20% holdback imposed by the Court on the allowance of fees. The aggregate amount of the Applicant's holdback during the Application Period is $525,981.80. Deloitte & Touche respectfully requests the Court allow the payment to Deloitte & Touche of this holdback amount on an interim basis. Deloitte & Touche submits this Fee Application in accordance with the Interim Compensation Procedures Order and the Retention Order. All services for which Deloitte & Touche requests compensation were performed for the Debtors. Deloitte & Touche has taken a

voluntary reduction in the amount of $20,484.00 for the 2018 NDT Audit Services category related to the entirety of the work performed in this category beginning January 29, 2019. The amount of voluntary reduction represents the portion of cumulative billings included in previous bankruptcy fee statements ($20,484.00) in excess of the authorized fee amount ($63,000.00) as approved by the Audit Committees of the Board of Directors of PG&E Corporation and Pacific Gas & Electric Company.

## BASIS FOR RELIEF

This is the third interim fee application filed by Deloitte & Touche in these Chapter 11 Cases. In connection with the professional services rendered, by this Fee Application, Deloitte & Touche seeks compensation in the amount of $2,629,909.00. The Applicant maintains computerized records of the time expended in the rendering of the professional services required by the Debtors. These records are maintained in the ordinary course of the Applicant's business. A detailed statement of hours spent rendering professional services to the Debtors in support of Deloitte & Touche's request for compensation for fees incurred during the Application Period is annexed hereto as Exhibit B. Exhibit B: (i) identifies the professionals and paraprofessionals that rendered services in each project category; and (ii) describes each service such professional or paraprofessional performed.

Deloitte & Touche also maintains computerized records of all expenses incurred in connection with the performance of professional services. By this Fee Application, Deloitte & Touche also seeks expense reimbursement of $782.41. A summary of actual and necessary expenses incurred by Deloitte & Touche during the Application Period is annexed hereto as Exhibit C.

No agreement or understanding exists between Deloitte & Touche and any nonaffiliated or unrelated person or persons for the sharing of compensation received or to be received for professional services rendered in or in connection with these cases.

## DESCRIPTION OF SERVICES RENDERED

Deloitte & Touche provides below an overview of the services it rendered as independent auditor and advisor to the Debtors during the Application Period. Detailed descriptions of these services, the amount of fees incurred, and the amount of hours spent providing services throughout the Application Period are also provided in the annexed Exhibits.

**2018 Nuclear Decommissioning Trust ("NDT") Audit Services:**

**Hours 91.2, Amount $20,484.00**

- Deloitte & Touche performed audit procedures in connection with the audit of the financial statements of the nuclear decommissioning trusts for the period ended December 31, 2018, including executing the audit plan and concluding on the audit.

**2019 Audit Services:**

**Hours 8,155.9, Amount $1,875,856.00**

- Deloitte & Touche & Touche performed audit procedures in connection with the audit of the financial statements of PG&E Corporation and Pacific Gas and Electric Company for the period ended December 31, 2019. Such procedures included performing risk assessment procedures, performing substantive audit testing procedures, performing accounting research in connection with recent transactions, and engaging in discussions with management to understand the design, implementation and operating effectiveness of internal controls.

- Deloitte & Touche also performed quarterly review procedures in connection with the review of the quarterly financial statements of PG&E Corporation and Pacific Gas and Electric Company for the period ended June 30, 2019.

**2020 Audit Services:**

**Hours 28.5, Amount $6,770.00**

- Deloitte & Touche performed audit procedures in connection with the audit of the financial statements of PG&E Corporation and Pacific Gas and Electric Company for the period ended December 31, 2019. Such procedures included performing risk assessment procedures, performing substantive audit testing procedures, performing accounting research in connection with recent transactions, and engaging in discussions with management to understand the design, implementation and operating effectiveness of internal controls.

- Deloitte & Touche also performed quarterly review procedures in connection with the review of the quarterly financial statements of PG&E Corporation and Pacific Gas and Electric Company for the period ended September 30, 2019.

**AB 1054 Wildfire Fund:**

**Hours 96.5, Amount $54,260.00**

- Deloitte & Touche performed audit procedures in connection with the AB 1054 Wildfire Fund legislation, including performing accounting research and engaging in discussions with management to understand their interpretation of the legislation and applicable accounting guidance to account for the transaction.

**Accounting Consultations:**

**Hours 44.2, Amount $27,712.00**

- Deloitte & Touche drafted and reviewed the audit matters to be included within the audit report for PG&E Corporation for the period ended December 31, 2019.

**California Wildfires:**

**Hours 241.8, Amount $138,248.00**

- Deloitte & Touche reviewed disclosures related to wildfires, performed accounting research related to the accounting for the wildfire liability and related disclosure requirements, and engaged in discussions with PG&E management and Debtors' external legal counsel regarding the status of settlement discussions.

**Lease Accounting Services:**

**Hours 47.8, Amount $12,027.00**

- Deloitte & Touche performed audit procedures as well as participated in discussions with management regarding price risk management of cost of electricity and gas contracts and the impact of the new accounting standard on these contracts.

**New Accounting Standards:**

**Hours 12.5, Amount $5,810.00**

- Deloitte & Touche performed accounting research related to the implementation of the new lease accounting standard, engaged in discussions with management regarding the internal controls related to leases and tested the design, implementation and operating effectiveness of internal controls related to accounting for leases under the new standard.

**Post-Bankruptcy Matters:**

**Hours 378.2, Amount $214,946.00**

- Deloitte & Touche performed accounting research related to accounting and disclosure requirements as a result of the Debtors bankruptcy filing, including accounting for debtor in possession debt issuance costs, tax treatment of pre-petition interest and bankruptcy costs, and appropriate classification of transactions as reorganization items and/or liabilities subject to compromise.

- Applicant reviewed disclosures and press releases related to bankruptcy filing, engaged in discussions with management regarding the accounting treatment of items related to the Debtors bankruptcy filing.

- Applicant performed inquiries with management as well as performed audit procedures to test the design, implementation and operating effectiveness of internal controls over financial reporting.

**Preparation of Fee Applications:**

**Hours 362.4, Amount $82,740.00**

- During the Application Period, Deloitte & Touche analyzed the time charged by both professional level and category in preparation of its fee applications, in accordance with the Interim Compensation Procedures Order.

**Regulatory Accounting:**

**Hours 449.0, Amount $211,540.00**

- Deloitte & Touche performed, risk assessment procedures, performed substantive audit testing procedures, performed accounting research in connection with recent transactions, and participated in discussions with management to understand the design and implementation of internal controls.

**ALLOWANCE OF COMPENSATION AND
ACTUAL AND NECESSARY EXPENSES**

Because of the benefits realized by the Debtors, the nature of services provided, the amount of work done, the time consumed and the skill required, Deloitte & Touche requests that it be allowed, on an interim basis, compensation for the professional services rendered during the Application Period in the sum of $2,629,909.00.

During the Application Period, allowance of compensation in the amount requested result in a blended hourly rate for professionals of approximately $267.50.

Deloitte & Touche respectfully submits that the professional services rendered by Deloitte & Touche on behalf of the Debtors during the Application Period were reasonable, necessary and appropriate to the administration of these Chapter 11 Cases and related matters.

As set forth in <u>Exhibit C</u> annexed hereto, Deloitte & Touche has disbursed, and requests reimbursement for, a total of $782.41 in expenses in providing professional services during the Application Period, which represents actual, necessary expenses in the rendition of professional services in these Chapter 11 Cases.

## DELOITTE & TOUCHE'S REQUESTED FEES SHOULD BE ALLOWED BY THIS COURT

Section 330 provides that a court may award a professional employed under section 327 of the Bankruptcy Code "reasonable compensation for actual, necessary services rendered . . . and reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1). Section 330 sets forth the criteria for the award of compensation and reimbursement:

In determining the amount of reasonable compensation to be awarded . . . the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including –

(a) the time spent on such services; the rates charged for such services;

(b) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

(c) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

(d) with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

(e) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

In the instant case, Deloitte & Touche respectfully submits that the services for which it seeks compensation in this Application Period were necessary for and beneficial to the Debtors and were performed economically, effectively, and efficiently. Deloitte & Touche further submits that

the compensation requested herein is reasonable in light of the nature, extent, and value of such services to the Debtors. Further, in accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount of fees requested is fair and reasonable given: (i) the complexity of these cases; (ii) the time expended; (iii) the nature and extent of the services rendered; (iv) the value of such services; and (v) the costs of comparable services other than in a case under the Bankruptcy Code. Accordingly, the approval of the compensation sought herein is warranted.

### **CERTIFICATE OF COMPLIANCE AND WAIVER**

The undersigned representative of Deloitte & Touche certifies that Deloitte & Touche has reviewed the requirements of rule 2016 of the Local Rules and that the Fee Application substantially complies with that Local Rule. To the extent that the Fee Application does not comply in all respects with the requirements of Local Rule 2016, Deloitte & Touche believes that such deviations are not material and respectfully requests that any such requirement be waived.

WHEREFORE, Deloitte & Touche respectfully requests that the Court enter an order: (i) granting the allowance, on an interim basis, of compensation for professional services rendered to the Debtors by Deloitte & Touche during for the Application Period in the amount of $2,629,909.00, for compensation for professional services rendered during the Application Period; (ii) granting the reimbursement of $782.41 for the actual and necessary costs and expenses incurred by Deloitte & Touche in these cases during the Application Period; (iii) authorizing and directing the Debtors to pay all of the compensation held back in connection with the monthly invoices in the amount of $525,981.80; and (iv) granting such other and relief as may be just and proper.

DATED: June 18, 2020

DELOITTE & TOUCHE LLP

By: _____
Timothy Gillam
Partner
555 Mission Street
San Francisco, California 94105-0920

Independent Auditor and Advisor to the Debtors