**PG&E Corporation, et al. (Case No. 19-30088 (DM))**  Exhibit A
**PwC LLP  - Management, Tax and Advisory Consultants to the Debtors**
**Summary by Project Category and Billing Category**
**For the Period February 1, 2020 through February 29, 2020**

| Project Category and Billing Category | Hours | Total Compensation |
|---|---|---|
| **Fixed Fee Services** | | |
| *North Bay & Camp Fire Services* | *Retention Exhibit #: SUPP 2 01-A* | |
| Camp Fire Services - C.O. #4 | 804.00 | $408,442.00 |
| *Subtotal - North Bay & Camp Fire Services* | *804.00* | *$408,442.00* |
| *PSPS Program Support Services* | *Retention Exhibit #: SUPP 2 01-G* | |
| PSPS Program Training Services - C.O. 3 | 1,761.50 | $732,000.00 |
| *Subtotal - PSPS Program Support Services* | *1,761.50* | *$732,000.00* |
| *Cybersecurity Assessment Services* | *Retention Exhibit #: SUPP 2 01-H* | |
| Cybersecurity Assessment Services - Phase 2 | 954.50 | $347,747.00 |
| *Subtotal - Cybersecurity Assessment Services* | *954.50* | *$347,747.00* |
| *2020 WMP Plan Support Services* | *Retention Exhibit #: SUPP 2 01-J* | |
| 2020 WMP Plan Support Services | 1,897.40 | $737,000.00 |
| *Subtotal - 2020 WMP Plan Support Services* | *1,897.40* | *$737,000.00* |
| **Subtotal - Hours and Compensation - Fixed Fee Services** | **5,417.40** | **$2,225,189.00** |
| **Hourly Services** | | |
| *Bankruptcy Tax Advisory Services* | *Retention Exhibit #: 05* | |
| Tax Services | 56.50 | $33,911.00 |
| *Subtotal - Bankruptcy Tax Advisory Services* | *56.50* | *$33,911.00* |
| **Subtotal - Hours and Compensation - Hourly Services** | **56.50** | **$33,911.00** |
| **Case Administration** | | |
| *Bankruptcy Requirements and Other Court Obligations* | *Retention Exhibit #: CASE* | |
| Employment Applications and Other Court Filings | 9.70 | $5,335.00 |
| *Subtotal - Bankruptcy Requirements and Other Court Obligations* | *9.70* | *$5,335.00* |
| *Bankruptcy Requirements and Other Court Obligations* | *Retention Exhibit #: CASE* | |
| Monthly, Interim and Final Fee Applications | 61.70 | $33,935.00 |
| *Subtotal - Bankruptcy Requirements and Other Court Obligations* | *61.70* | *$33,935.00* |
| **Subtotal - Hours and Compensation - Case Administration** | **71.40** | **$39,270.00** |
| **Total - Hours and Compensation Sought for Reimbursement** | **5,545.30** | **$2,298,370.00** |