**PG&E Corporation, et al. (Case No. 19-30088 (DM))**      **Exhibit B**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Fixed Fee Services - Summary of Hours and Fees by Project and Professional**
**For the Period February 1, 2020 through February 29, 2020**

| Project Category and Professional | Position | Hours | Total Compensation |
|---|---|---:|---:|
| ***North Bay & Camp Fire Services*** | | ***Retention Exhibit #: SUPP 2 01-A*** | |
| Meera Banerjee | Partner | 5.00 | |
| Todd Jirovec | Partner | 20.00 | |
| Amol Deshpande | Director | 72.00 | |
| Billy R Raley | Director | 111.00 | |
| Kristin A Cheek | Director | 1.00 | |
| Cyrus Justin Mohamadi | Manager | 105.00 | |
| Rachel M Ehsan | Manager | 29.00 | |
| AnnMarie Hassan | Senior Associate | 160.00 | |
| Joseph Michalek | Senior Associate | 13.00 | |
| Mohammad Ali Suleman | Senior Associate | 88.00 | |
| Ryan D McLean | Senior Associate | 200.00 | |
| ***Subtotal - North Bay & Camp Fire Services*** | | ***804.00*** | ***$408,442.00*** |
| ***PSPS Program Support Services*** | | ***Retention Exhibit #: SUPP 2 01-G*** | |
| Todd Jirovec | Partner | 17.00 | |
| Heather McGinnis | Director | 165.00 | |
| Kumar Satyam | Director | 18.00 | |
| Matt McKenna | Director | 209.50 | |
| Hannah Elizabeth Jeffers | Senior Manager | 422.00 | |
| Arsen Akopian | Senior Associate | 540.00 | |
| Jenna Nicole Barancik | Associate | 390.00 | |
| ***Subtotal - PSPS Program Support Services*** | | ***1,761.50*** | ***$732,000.00*** |
| ***Cybersecurity Assessment Services*** | | ***Retention Exhibit #: SUPP 2 01-H*** | |
| Matthew Lucas Wilson | Partner | 48.50 | |
| Scott Edward Gicking | Director | 191.00 | |
| Jaimie Morsillo | Manager | 141.00 | |
| Lauren Adams | Senior Associate | 282.00 | |
| Malika Agrawal | Associate | 292.00 | |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**            **Exhibit B**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Fixed Fee Services - Summary of Hours and Fees by Project and Professional**
**For the Period February 1, 2020 through February 29, 2020**

| Project Category and Professional | Position | Hours | Total Compensation |
|---|---|---:|---:|
| **Subtotal - Cybersecurity Assessment Services** | | **954.50** | **$347,747.00** |
| ***2020 WMP Plan Support Services*** | | *Retention Exhibit #: SUPP 2 01-J* | |
| Meera Banerjee | Partner | 74.50 | |
| Todd Jirovec | Partner | 5.00 | |
| Hugh Trung Le | Director | 49.00 | |
| Juliana Renne | Manager | 292.00 | |
| Riley Adler | Manager | 350.00 | |
| Christopher Skoff | Senior Associate | 315.00 | |
| Juliana Renne | Senior Associate | 12.00 | |
| Praveen Kumar | Senior Associate | 34.00 | |
| Dina Bazarbayeva | Associate | 270.00 | |
| Kailey Sanchez | Associate | 293.40 | |
| Melissa Boyd | Associate | 202.50 | |
| **Subtotal - 2020 WMP Plan Support Services** | | **1,897.40** | **$737,000.00** |
| **Total - Hours and Compensation - Fixed Fee Services** | | **5,417.40** | **$2,225,189.00** |