**PG&E Corporation, et al. (Case No. 19-30088 (DM))**        **Exhibit D**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration - Summary of Hours / Fees by Project and Professional**
**For the Period February 1, 2020 through February 29, 2020**

| Project Category and Professional | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| **Hourly Services** | | | | |
| *Bankruptcy Tax Advisory Services* | | | *Retention Exhibit #: 05* | |
| Christopher Wesley Call | Partner | $909 | 4.00 | $3,636.00 |
| Terry Bart Stratton | Partner | $909 | 9.00 | $8,181.00 |
| Leah Kondo Von Pervieux | Director | $707 | 10.00 | $7,070.00 |
| Conan A Yuzna | Senior Associate | $464 | 8.50 | $3,944.00 |
| Sandy Liu O'Neill | Senior Associate | $464 | 20.00 | $9,280.00 |
| David Winter | Associate | $360 | 1.20 | $432.00 |
| Xun Wang | Associate | $360 | 3.80 | $1,368.00 |
| *Subtotal - Bankruptcy Tax Advisory Services* | | | *56.50* | *$33,911.00* |
| **Subtotal - Hourly Services** | | | **56.50** | **$33,911.00** |
| **Case Administration** | | | | |
| *Bankruptcy Requirements and Other Court Obligations* | | | *Retention Exhibit #: CASE* | |
| Andrea Clark Smith | Director | $550 | 71.40 | $39,270.00 |
| *Subtotal - Bankruptcy Requirements and Other Court Obligations* | | | *71.40* | *$39,270.00* |
| **Subtotal - Case Administration** | | | **71.40** | **$39,270.00** |
| **Total - Hourly Services and Case Administration** | | | **127.90** | **$73,181.00** |

Case: 19-30088    Doc# 8038-4    Filed: 06/19/20    Entered: 06/19/20 16:06:37    Page 1 of 1