PG&E Corporation, et al. (Case No. 19-30088 (DM)) — Exhibit E
PwC LLP - Management, Tax and Advisory Consultants to the Debtors
Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date
For the Period February 1, 2020 through February 29, 2020

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| **Hourly Services** | | | | | | |
| ***Bankruptcy Tax Advisory Services*** | | | | | | ***Retention Exhibit #: 05*** |
| Tax Services | | | | | | |
| 2/3/2020 | Terry Bart Stratton | Partner | 0220H0001: Research and discussion of treatment of underwriting fees and review of response from Akin attorneys. Email to Weil with comments. | $909 | 1.80 | $1,636.20 |
| 2/6/2020 | Terry Bart Stratton | Partner | 0220H0002: Weekly call with PG&E and Weil. | $909 | 1.00 | $909.00 |
| 2/6/2020 | Sandy Liu O'Neill | Senior Associate | 0220H0003: Weekly call with PG&E and Weil. | $464 | 1.00 | $464.00 |
| 2/6/2020 | Sandy Liu O'Neill | Senior Associate | 0220H0004: Review of tax disclosure. | $464 | 3.20 | $1,484.80 |
| 2/11/2020 | Sandy Liu O'Neill | Senior Associate | 0220H0005: Review ruling request. | $464 | 3.00 | $1,392.00 |
| 2/11/2020 | Sandy Liu O'Neill | Senior Associate | 0220H0006: Pull authorities for ruling request and begin review. | $464 | 1.20 | $556.80 |
| 2/11/2020 | David Winter | Associate | 0220H0007: Review memo for PLRs/cases/RRs, pull, print, read memo. | $360 | 1.20 | $432.00 |
| 2/12/2020 | Terry Bart Stratton | Partner | 0220H0008: Call to discuss regionalization and related issues. | $909 | 0.50 | $454.50 |
| 2/12/2020 | Sandy Liu O'Neill | Senior Associate | 0220H0009: Review ruling request. | $464 | 1.30 | $603.20 |
| 2/13/2020 | Sandy Liu O'Neill | Senior Associate | 0220H0010: Weekly call with PG&E and Weil. | $464 | 1.00 | $464.00 |
| 2/13/2020 | Conan A Yuzna | Senior Associate | 0220H0011: Weekly call with PG&E and Weil. | $464 | 1.00 | $464.00 |
| 2/13/2020 | Leah Kondo Von Pervieux | Director | 0220H0012: Update call. | $707 | 1.00 | $707.00 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     **Exhibit E**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period February 1, 2020 through February 29, 2020**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 2/13/2020 | Sandy Liu O'Neill | Senior Associate | 0220H0013: Review authorities cited in ruling request, draft summary of key points. | $464 | 3.20 | $1,484.80 |
| 2/17/2020 | Terry Bart Stratton | Partner | 0220H0014: Discuss ruling request. | $909 | 0.50 | $454.50 |
| 2/17/2020 | Leah Kondo Von Pervieux | Director | 0220H0015: Review updated NOL rollout schedule. | $707 | 1.50 | $1,060.50 |
| 2/17/2020 | Sandy Liu O'Neill | Senior Associate | 0220H0016: Discuss ruling request with Bart. | $464 | 0.50 | $232.00 |
| 2/17/2020 | Sandy Liu O'Neill | Senior Associate | 0220H0017: Reach out to Topher Call about reviewing PLR. | $464 | 0.30 | $139.20 |
| 2/17/2020 | Conan A Yuzna | Senior Associate | 0220H0018: Updating ownership change analysis for new backstop. | $464 | 2.50 | $1,160.00 |
| 2/17/2020 | Xun Wang | Associate | 0220H0019: Update backstop data. | $360 | 2.00 | $720.00 |
| 2/18/2020 | Terry Bart Stratton | Partner | 0220H0020: Review updated projections from Lazard and consider impact to 382 modeling. | $909 | 1.60 | $1,454.40 |
| 2/18/2020 | Xun Wang | Associate | 0220H0021: Updated 382 models with new backstop share price on new data. | $360 | 1.60 | $576.00 |
| 2/19/2020 | Christopher Wesley Call | Partner | 0220H0022: PG&E PLR review. | $909 | 4.00 | $3,636.00 |
| 2/19/2020 | Leah Kondo Von Pervieux | Director | 0220H0023: NOL modeling. | $707 | 1.00 | $707.00 |
| 2/19/2020 | Sandy Liu O'Neill | Senior Associate | 0220H0024: Resolve issues with NOL discrepancy in model. | $464 | 1.90 | $881.60 |
| 2/19/2020 | Sandy Liu O'Neill | Senior Associate | 0220H0025: Draft email with ruling request comments. | $464 | 0.50 | $232.00 |

PG&E Corporation, et al. (Case No. 19-30088 (DM))  Exhibit E
PwC LLP - Management, Tax and Advisory Consultants to the Debtors
Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date
For the Period February 1, 2020 through February 29, 2020

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 2/19/2020 | Sandy Liu O'Neill | Senior Associate | 0220H0026: Call with Topher to discuss ruling request and provide update to Bart. | $464 | 1.20 | $556.80 |
| 2/20/2020 | Terry Bart Stratton | Partner | 0220H0027: Weekly call with PG&E and Weil. | $909 | 1.00 | $909.00 |
| 2/20/2020 | Sandy Liu O'Neill | Senior Associate | 0220H0028: Weekly call with PG&E and Weil. | $464 | 1.00 | $464.00 |
| 2/20/2020 | Conan A Yuzna | Senior Associate | 0220H0029: Weekly call with PG&E and Weil. | $464 | 1.00 | $464.00 |
| 2/20/2020 | Leah Kondo Von Pervieux | Director | 0220H0030: Review NOL update schedule. | $707 | 1.50 | $1,060.50 |
| 2/25/2020 | Leah Kondo Von Pervieux | Director | 0220H0031: Review updated Backstop modeling. | $707 | 1.00 | $707.00 |
| 2/25/2020 | Conan A Yuzna | Senior Associate | 0220H0032: Review of Chris' model, updating for new information provided by Eli, updating format and footnotes, review with Leah. | $464 | 3.00 | $1,392.00 |
| 2/25/2020 | Xun Wang | Associate | 0220H0033: Discussion of the model, and share new updates dated 2.18. | $360 | 0.20 | $72.00 |
| 2/26/2020 | Terry Bart Stratton | Partner | 0220H0034: Review updated letter ruling attachment. | $909 | 2.60 | $2,363.40 |
| 2/26/2020 | Leah Kondo Von Pervieux | Director | 0220H0035: Review backstop and NOL modeling. | $707 | 1.50 | $1,060.50 |
| 2/27/2020 | Conan A Yuzna | Senior Associate | 0220H0036: Weekly call with PG&E and Weil. | $464 | 1.00 | $464.00 |
| 2/27/2020 | Leah Kondo Von Pervieux | Director | 0220H0037: Update call and coordinate model updates. | $707 | 1.50 | $1,060.50 |
| 2/27/2020 | Sandy Liu O'Neill | Senior Associate | 0220H0038: Call with Weil and PG&E. | $464 | 0.70 | $324.80 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**      Exhibit E
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period February 1, 2020 through February 29, 2020**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 2/28/2020 | Leah Kondo Von Pervieux | Director | 0220H0039: PG&E 382. | $707 | 1.00 | $707.00 |
| Subtotal - Hours and Compensation - Tax Services | | | | | 56.50 | $33,911.00 |
| *Subtotal - Hours and Compensation - Bankruptcy Tax Advisory Services* | | | | | *56.50* | *$33,911.00* |
| **Total - Hours and Compensation - Hourly Services** | | | | | **56.50** | **$33,911.00** |

**Case Administration**

*Bankruptcy Requirements and Other Court Obligations*      *Retention Exhibit #: CASE*

<u>Employment Applications and Other Court Filings</u>

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 2/11/2020 | Andrea Clark Smith | Director | 0220H0040: Review supplemental application contracts and connect with engagement teams. | $550 | 2.50 | $1,375.00 |
| 2/11/2020 | Andrea Clark Smith | Director | 0220H0041: Prepare Second Supplemental Retention Application and Bowman Declaration. | $550 | 3.20 | $1,760.00 |
| 2/12/2020 | Andrea Clark Smith | Director | 0220H0042: Update Second Supplemental Retention Application and Bowman Declaration. | $550 | 1.30 | $715.00 |
| 2/14/2020 | Andrea Clark Smith | Director | 0220H0043: Update Second Supplemental Retention Application and Bowman Declaration and distribute to Counsel. | $550 | 2.00 | $1,100.00 |
| 2/28/2020 | Andrea Clark Smith | Director | 0220H0044: Revise Second Supplemental Retention Application and Bowman Declaration and distribute to Counsel. | $550 | 0.70 | $385.00 |
| Subtotal - Hours and Compensation - Employment Applications and Other Court Filings | | | | | 9.70 | $5,335.00 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**   Exhibit E
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period February 1, 2020 through February 29, 2020**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Monthly, Interim and Final Fee Applications | | | | | | |
| 2/2/2020 | Andrea Clark Smith | Director | 0220H0045: Perform review of the PG&E projects and client team's status regarding billing through December 2019. | $550 | 2.50 | $1,375.00 |
| 2/2/2020 | Andrea Clark Smith | Director | 0220H0046: Perform review of the Compliance Services fee submission prior to PG&E approvals - through December 2019. | $550 | 0.50 | $275.00 |
| 2/2/2020 | Andrea Clark Smith | Director | 0220H0047: Perform review of the Controls Services fee submission prior to PG&E approvals - through December 2019. | $550 | 0.50 | $275.00 |
| 2/2/2020 | Andrea Clark Smith | Director | 0220H0048: Perform review of the North Bay & Camp Fire Services fee submission prior to PG&E approvals. | $550 | 0.80 | $440.00 |
| 2/2/2020 | Andrea Clark Smith | Director | 0220H0049: Perform review of the Rule 21 Readiness Services fee submission prior to PG&E approvals. | $550 | 1.30 | $715.00 |
| 2/2/2020 | Andrea Clark Smith | Director | 0220H0050: Perform review of the PSPS services fee submission prior to PG&E approvals (through December 2019). | $550 | 2.00 | $1,100.00 |
| 2/2/2020 | Andrea Clark Smith | Director | 0220H0051: Perform review of the MPP services fee submission prior to PG&E approvals (through December 2019). | $550 | 0.50 | $275.00 |
| 2/2/2020 | Andrea Clark Smith | Director | 0220H0052: Perform review of the Tax R&D services fee submission prior to PG&E approvals. | $550 | 0.30 | $165.00 |
| 2/2/2020 | Andrea Clark Smith | Director | 0220H0053: Perform review of the Case Administration Services fee submission (Nov, Dec 2019) prior to PG&E approvals. | $550 | 0.80 | $440.00 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**      **Exhibit E**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period February 1, 2020 through February 29, 2020**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 2/4/2020 | Andrea Clark Smith | Director | 0220H0054: Perform review of the November & December 2019 fee statement follow up with the teams regarding needed time and expense details for Monthly fee Statement. | $550 | 2.70 | $1,485.00 |
| 2/4/2020 | Andrea Clark Smith | Director | 0220H0055: Continue - Perform review of the November & December 2019 fee statement follow up with the teams regarding needed time and expense details for Monthly fee Statement. | $550 | 3.20 | $1,760.00 |
| 2/5/2020 | Andrea Clark Smith | Director | 0220H0056: Perform review of the Tax bankruptcy services fee submission prior to PG&E approvals (November & December 2019). | $550 | 2.60 | $1,430.00 |
| 2/5/2020 | Andrea Clark Smith | Director | 0220H0057: Perform review of the General Rate Cost services fee submission prior to PG&E approvals. | $550 | 1.30 | $715.00 |
| 2/5/2020 | Andrea Clark Smith | Director | 0220H0058: Perform review of the Legal Observation Support Services fee submission prior to submission to Court. | $550 | 1.40 | $770.00 |
| 2/5/2020 | Andrea Clark Smith | Director | 0220H0059: Perform review of the Rule 21 Readiness Services fee submission prior to PG&E approvals. | $550 | 0.70 | $385.00 |
| 2/5/2020 | Andrea Clark Smith | Director | 0220H0060: Perform review of the Tax R&D services fee submission prior to PG&E approvals. | $550 | 1.00 | $550.00 |
| 2/5/2020 | Andrea Clark Smith | Director | 0220H0061: Perform review of the MPP services fee submission prior to PG&E approvals (through December 2019). | $550 | 1.00 | $550.00 |
| 2/5/2020 | Andrea Clark Smith | Director | 0220H0062: Continue - Perform review of the MPP services fee submission prior to PG&E approvals (through December 2019). | $550 | 2.00 | $1,100.00 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     **Exhibit E**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period February 1, 2020 through February 29, 2020**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 2/6/2020 | Andrea Clark Smith | Director | 0220H0063: Perform review of the MetricStream services fee submission prior to PG&E approvals. | $550 | 0.50 | $275.00 |
| 2/6/2020 | Andrea Clark Smith | Director | 0220H0064: Perform review of the November & December 2019 fee statement follow up with the teams regarding needed time and expense details for Monthly fee Statement. | $550 | 1.30 | $715.00 |
| 2/7/2020 | Andrea Clark Smith | Director | 0220H0065: Perform review of the MetricStream services fee submission prior to PG&E approvals. | $550 | 0.30 | $165.00 |
| 2/7/2020 | Andrea Clark Smith | Director | 0220H0066: Perform review of the November & December 2019 fee statement follow up with the teams regarding needed time and expense details for Monthly fee Statement. | $550 | 1.20 | $660.00 |
| 2/8/2020 | Andrea Clark Smith | Director | 0220H0067: Perform review of the expense documentation and follow up with the teams regarding needed details for Monthly fee Statement. | $550 | 0.90 | $495.00 |
| 2/9/2020 | Andrea Clark Smith | Director | 0220H0068: Perform review of the North Bay & Camp Fire Services fee submission prior to PG&E approvals. | $550 | 1.20 | $660.00 |
| 2/9/2020 | Andrea Clark Smith | Director | 0220H0069: Perform review of the EO 2020 Workplan expense documentation prior to PG&E approvals. | $550 | 0.20 | $110.00 |
| 2/9/2020 | Andrea Clark Smith | Director | 0220H0070: Perform review of the PSPS services fee submission prior to PG&E approvals (through December 2019). | $550 | 1.90 | $1,045.00 |
| 2/10/2020 | Andrea Clark Smith | Director | 0220H0071: Perform review of the expense documentation and follow up with the teams regarding needed details for Monthly fee Statement. | $550 | 6.00 | $3,300.00 |
| 2/10/2020 | Andrea Clark Smith | Director | 0220H0072: Continue - Perform review of the expense documentation and follow up with the teams regarding needed details for Monthly fee Statement. | $550 | 4.10 | $2,255.00 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     **Exhibit E**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period February 1, 2020 through February 29, 2020**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 2/12/2020 | Andrea Clark Smith | Director | 0220H0073: Follow up with the PG&E team regarding approvals of the proposed draft exhibits. | $550 | 2.40 | $1,320.00 |
| 2/13/2020 | Andrea Clark Smith | Director | 0220H0074: Perform review of the updated E-Discovery services fee submission prior to PG&E approvals (through December 2019). | $550 | 0.50 | $275.00 |
| 2/13/2020 | Andrea Clark Smith | Director | 0220H0075: Perform review of the Tax R&D Support Services fee submission prior to PG&E approvals. | $550 | 0.50 | $275.00 |
| 2/13/2020 | Andrea Clark Smith | Director | 0220H0076: Perform review of the WDT Support Services fee submission prior to PG&E approvals. | $550 | 0.30 | $165.00 |
| 2/13/2020 | Andrea Clark Smith | Director | 0220H0077: Follow up with the PG&E team regarding approvals of the proposed draft exhibits. | $550 | 0.80 | $440.00 |
| 2/14/2020 | Andrea Clark Smith | Director | 0220H0078: Perform review of the draft Certificate of No Objections. | $550 | 1.00 | $550.00 |
| 2/16/2020 | Andrea Clark Smith | Director | 0220H0079: Perform review of the expense documentation and follow up with the teams regarding needed details for Monthly fee Statement. | $550 | 1.00 | $550.00 |
| 2/19/2020 | Andrea Clark Smith | Director | 0220H0080: Perform review of the WDT Support Services fee submission prior to PG&E approvals. | $550 | 0.20 | $110.00 |
| 2/24/2020 | Andrea Clark Smith | Director | 0220H0081: Perform review of the Controls Services fee submission prior to PG&E approvals - through December 2019. | $550 | 0.80 | $440.00 |
| 2/24/2020 | Andrea Clark Smith | Director | 0220H0082: Perform review of the Compliance Services fee submission prior to PG&E approvals - through December 2019. | $550 | 0.80 | $440.00 |
| 2/25/2020 | Andrea Clark Smith | Director | 0220H0083: Follow up with the PG&E team regarding approvals of the proposed draft exhibits. | $550 | 1.50 | $825.00 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**   **Exhibit E**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period February 1, 2020 through February 29, 2020**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 2/25/2020 | Andrea Clark Smith | Director | 0220H0084: Perform review of the WDT Support Services fee submission prior to PG&E approvals. | $550 | 0.80 | $440.00 |
| 2/25/2020 | Andrea Clark Smith | Director | 0220H0085: Perform review of the updated Compliance Services fee submission prior to PG&E approvals - through December 2019. | $550 | 0.30 | $165.00 |
| 2/25/2020 | Andrea Clark Smith | Director | 0220H0086: Perform review of the updated MPP services fee submission prior to PG&E approvals. | $550 | 2.40 | $1,320.00 |
| 2/26/2020 | Andrea Clark Smith | Director | 0220H0087: Perform review of the Controls Services fee submission prior to PG&E approvals - through December 2019. | $550 | 0.50 | $275.00 |
| 2/27/2020 | Andrea Clark Smith | Director | 0220H0088: Perform review of the updated Bankruptcy Accounting Advisory services fee submissions prior to PG&E approvals. | $550 | 1.00 | $550.00 |
| 2/27/2020 | Andrea Clark Smith | Director | 0220H0089: Perform review of the final Controls Services fee submission prior to PG&E approvals - through December 2019. | $550 | 1.20 | $660.00 |
| 2/29/2020 | Andrea Clark Smith | Director | 0220H0090: Perform review of the updated Bankruptcy Accounting Advisory services fee submissions prior to PG&E approvals. | $550 | 2.00 | $1,100.00 |
| 2/29/2020 | Andrea Clark Smith | Director | 0220H0091: Perform review of the billing status for Partner updates and follow up on the pending documentation needed for Court submissions. | $550 | 1.00 | $550.00 |
| Subtotal - Hours and Compensation - Monthly, Interim and Final Fee Applications | | | | | 61.70 | $33,935.00 |
| **Subtotal - Hours and Compensation - Bankruptcy Requirements and Other Court Obligations** | | | | | **71.40** | ***$39,270.00*** |
| **Total - Hours and Compensation - Case Administration** | | | | | **71.40** | **$39,270.00** |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))** Exhibit E
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period February 1, 2020 through February 29, 2020**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| **Total - Hours and Compensation - Hourly Services and Case Administration** | | | | | **127.90** | **$73,181.00** |