**PG&E Corporation, et al. (Case No. 19-30088 (DM))**  Exhibit F
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Summary of Expenditures by Project and Type**
**For the Period February 1, 2020 through February 29, 2020**

| Transaction Type by Project | Total Expenditures |
|---|---:|
| **Fixed Fee Services** | |
| *PSPS Program Support Services* | *Retention Exhibit #: SUPP 2 01-G* |
|     Airfare | $30,622.84 |
|     Lodging | $32,003.35 |
|     Meals | $4,880.80 |
|     Parking | $376.20 |
|     Public/Ground Transportation | $6,188.40 |
|     Rental Car | $3,326.21 |
|     Expense Reduction | ($4,397.80) |
| ***Subtotal - Expenditures Sought for PSPS Program Support Services*** | ***$73,000.00*** |
| *Cybersecurity Assessment Services* | *Retention Exhibit #: SUPP 2 01-H* |
|     Airfare | $8,156.75 |
|     Lodging | $25,707.57 |
|     Meals | $4,147.76 |
|     Public/Ground Transportation | $4,798.96 |
| ***Subtotal - Expenditures Sought for Cybersecurity Assessment Services*** | ***$42,811.04*** |
| *2020 WMP Plan Support Services* | *Retention Exhibit #: SUPP 2 01-J* |
|     Airfare | $9,953.55 |
|     Lodging | $32,830.16 |
|     Meals | $4,791.99 |
|     Parking | $472.00 |
|     Public/Ground Transportation | $3,941.85 |
| ***Subtotal - Expenditures Sought for 2020 WMP Plan Support Services*** | ***$51,989.55*** |
| **Subtotal - Expenditures Sought for Fixed Fee Services** | **$167,800.59** |
| **Total - Expenditures Sought for Reimbursement** | **$167,800.59** |