**PG&E Corporation, et al. (Case No. 19-30088 (DM))**      **Exhibit A**
**PwC LLP  - Management, Tax and Advisory Consultants to the Debtors**
**Summary by Project Category and Billing Category**
**For the Period March 1, 2020 through March 31, 2020**

| Project Category and Billing Category | Hours | Total Compensation |
|---|---:|---:|
| **Fixed Fee Services** | | |
|   *North Bay & Camp Fire Services* | *Retention Exhibit #: SUPP 2 01-A* | |
|     Camp Fire Services - C.O. #4 | 588.00 | $308,441.00 |
|   ***Subtotal - North Bay & Camp Fire Services*** | **588.00** | **$308,441.00** |
|   *Controls Testing Services* | *Retention Exhibit #: 01-I* | |
|     Controls Testing Services | 131.00 | $26,900.00 |
|   ***Subtotal - Controls Testing Services*** | **131.00** | **$26,900.00** |
|   *Rule 21 Readiness & Pilot Testing Services* | *Retention Exhibit #: SUPP 01-K & 01-L* | |
|     Rule 21 Readiness & Pilot Testing Services | 573.50 | $175,000.00 |
|   ***Subtotal - Rule 21 Readiness & Pilot Testing Services*** | **573.50** | **$175,000.00** |
|   *Cybersecurity Assessment Services* | *Retention Exhibit #: SUPP 2 01-H* | |
|     Cybersecurity Assessment Services - Phase 2 | 676.00 | $225,012.00 |
|   ***Subtotal - Cybersecurity Assessment Services*** | **676.00** | **$225,012.00** |
|   *MetricStream Implementation Services* | *Retention Exhibit #: SUPP 01-S* | |
|     MetricStream Implementation Services | 1,059.40 | $95,000.00 |
|   ***Subtotal - MetricStream Implementation Services*** | **1,059.40** | **$95,000.00** |
|   *EO MPP Org Standup Support Services* | *Retention Exhibit #: SUPP 01-T* | |
|     EO MPP Org Standup Support Services | 1,400.00 | $0.00 |
|   ***Subtotal - EO MPP Org Standup Support Services*** | **1,400.00** | **$0.00** |
|   *Compliance and Ethics Support Services* | *Retention Exhibit #: SUPP 2 01-L* | |
|     Compliance and Ethics Support Services | 341.50 | $99,000.00 |
|   ***Subtotal - Compliance and Ethics Support Services*** | **341.50** | **$99,000.00** |
| **Subtotal - Hours and Compensation - Fixed Fee Services** | **4,769.40** | **$929,353.00** |
| **Hourly Services** | | |
|   *Bankruptcy Tax Advisory Services* | *Retention Exhibit #: 05* | |
|     Tax Services | 115.10 | $76,156.10 |
|   ***Subtotal - Bankruptcy Tax Advisory Services*** | **115.10** | **$76,156.10** |
| **Subtotal - Hours and Compensation - Hourly Services** | **115.10** | **$76,156.10** |
| **Case Administration** | | |
|   *Bankruptcy Requirements and Other Court Obligations* | *Retention Exhibit #: CASE* | |
|     Employment Applications and Other Court Filings | 2.90 | $1,595.00 |
|   ***Subtotal - Bankruptcy Requirements and Other Court Obligations*** | **2.90** | **$1,595.00** |
|   *Bankruptcy Requirements and Other Court Obligations* | *Retention Exhibit #: CASE* | |
|     Monthly, Interim and Final Fee Applications | 47.80 | $26,290.00 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**      Exhibit A
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Summary by Project Category and Billing Category**
**For the Period March 1, 2020 through March 31, 2020**

| Project Category and Billing Category | Hours | Total Compensation |
|---|---:|---:|
| *Subtotal - Bankruptcy Requirements and Other Court Obligations* | *47.80* | *$26,290.00* |
| **Subtotal - Hours and Compensation - Case Administration** | **50.70** | **$27,885.00** |
| **Total - Hours and Compensation Sought for Reimbursement** | **4,935.20** | **$1,033,394.10** |