PG&E Corporation, et al. (Case No. 19-30088 (DM))  Exhibit B
PwC LLP - Management, Tax and Advisory Consultants to the Debtors
Fixed Fee Services - Summary of Hours and Fees by Project and Professional
For the Period March 1, 2020 through March 31, 2020

| Project Category and Professional | Position | Hours | Total Compensation |
|---|---|---:|---:|
| **North Bay & Camp Fire Services** | | *Retention Exhibit #: SUPP 2 01-A* | |
| Meera Banerjee | Partner | 9.50 | |
| Amol Deshpande | Director | 76.00 | |
| Billy R Raley | Director | 105.00 | |
| Cyrus Justin Mohamadi | Manager | 38.00 | |
| Rachel M Ehsan | Manager | 31.00 | |
| AnnMarie Hassan | Senior Associate | 176.00 | |
| Joseph Michalek | Senior Associate | 73.00 | |
| Mohammad Ali Suleman | Senior Associate | 18.00 | |
| Ryan D McLean | Senior Associate | 61.50 | |
| **Subtotal - North Bay & Camp Fire Services** | | **588.00** | **$308,441.00** |
| **Controls Testing Services** | | *Retention Exhibit #: 01-I* | |
| Steven Manocchio | Director | 89.00 | |
| Rachel Allard Le Flanchec | Manager | 24.00 | |
| FNU Srinivasan Chandrasekaran | Associate | 18.00 | |
| **Subtotal - Controls Testing Services** | | **131.00** | **$26,900.00** |
| **Rule 21 Readiness & Pilot Testing Services** | | *Retention Exhibit #: SUPP 01-K & 01-L* | |
| Sunita Suryanarayan | Partner | 22.00 | |
| Andrew Line | Director | 98.00 | |
| Nicole C Lowrie | Senior Associate | 453.50 | |
| **Subtotal - Rule 21 Readiness & Pilot Testing Services** | | **573.50** | **$175,000.00** |
| **Cybersecurity Assessment Services** | | *Retention Exhibit #: SUPP 2 01-H* | |
| Matthew Lucas Wilson | Partner | 44.50 | |
| Scott Edward Gicking | Director | 152.00 | |
| Jaimie Morsillo | Manager | 154.50 | |
| Lauren Adams | Senior Associate | 169.00 | |
| Malika Agrawal | Associate | 156.00 | |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     **Exhibit B**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Fixed Fee Services - Summary of Hours and Fees by Project and Professional**
**For the Period March 1, 2020 through March 31, 2020**

| Project Category and Professional | Position | Hours | Total Compensation |
|---|---|---|---|
| **Subtotal - Cybersecurity Assessment Services** | | **676.00** | **$225,012.00** |
| ***MetricStream Implementation Services*** | | ***Retention Exhibit #: SUPP 01-S*** | |
| Dhiraj Malhotra | Partner | 31.00 | |
| Steven Manocchio | Director | 10.00 | |
| Paul S Carlson | Senior Manager | 25.00 | |
| Anieta Alli | Manager | 430.30 | |
| Jason Souza | Manager | 98.90 | |
| Adewumi Jeremiah Olowoyo | Senior Associate | 428.80 | |
| Jason Souza | Senior Associate | 35.40 | |
| **Subtotal - MetricStream Implementation Services** | | **1,059.40** | **$95,000.00** |
| ***EO MPP Org Standup Support Services*** | | ***Retention Exhibit #: SUPP 01-T*** | |
| Billy R Raley | Director | 5.00 | |
| Hugh Trung Le | Director | 35.00 | |
| Claire Ellison | Manager | 296.00 | |
| Dinishi Abayarathna | Senior Associate | 469.00 | |
| Umut Asikoglu | Senior Associate | 40.00 | |
| Anthony Kosinski | Associate | 327.00 | |
| Patrick Donelon Lynch | Associate | 228.00 | |
| **Subtotal - EO MPP Org Standup Support Services** | | **1,400.00** | **$0.00** |
| ***Compliance and Ethics Support Services*** | | ***Retention Exhibit #: SUPP 2 01-L*** | |
| Kristin D Rivera | Partner | 2.00 | |
| Sumana Lahiry | Director | 19.00 | |
| Cara Angela Rosengard | Senior Associate | 160.00 | |
| Yurika Kristy Yoneda | Senior Associate | 160.50 | |
| **Subtotal - Compliance and Ethics Support Services** | | **341.50** | **$99,000.00** |
| **Total - Hours and Compensation - Fixed Fee Services** | | **4,769.40** | **$929,353.00** |