**PG&E Corporation, et al. (Case No. 19-30088 (DM))**  Exhibit D
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration - Summary of Hours / Fees by Project and Professional**
**For the Period March 1, 2020 through March 31, 2020**

| Project Category and Professional | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| **Hourly Services** | | | | |
| *Bankruptcy Tax Advisory Services* | | | *Retention Exhibit #: 05* | |
| Christopher Wesley Call | Partner | $909 | 14.00 | $12,726.00 |
| Julie Allen | Partner | $909 | 0.50 | $454.50 |
| Terry Bart Stratton | Partner | $909 | 27.50 | $24,997.50 |
| Leah Kondo Von Pervieux | Director | $707 | 21.00 | $14,847.00 |
| Olivia Ley Orobona | Director | $707 | 0.50 | $353.50 |
| Conan A Yuzna | Senior Associate | $464 | 17.50 | $8,120.00 |
| Sandy Liu O'Neill | Senior Associate | $464 | 22.90 | $10,625.60 |
| David Winter | Associate | $360 | 1.20 | $432.00 |
| Krista Fonseca | Associate | $360 | 2.50 | $900.00 |
| Xun Wang | Associate | $360 | 7.50 | $2,700.00 |
| *Subtotal - Bankruptcy Tax Advisory Services* | | | *115.10* | *$76,156.10* |
| **Subtotal - Hourly Services** | | | **115.10** | **$76,156.10** |
| **Case Administration** | | | | |
| *Bankruptcy Requirements and Other Court Obligations* | | | *Retention Exhibit #: CASE* | |
| Andrea Clark Smith | Director | $550 | 50.70 | $27,885.00 |
| *Subtotal - Bankruptcy Requirements and Other Court Obligations* | | | *50.70* | *$27,885.00* |
| **Subtotal - Case Administration** | | | **50.70** | **$27,885.00** |
| **Total - Hourly Services and Case Administration** | | | **165.80** | **$104,041.10** |