**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period March 1, 2020 through March 31, 2020**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|

**Hourly Services**

*Bankruptcy Tax Advisory Services*                              *Retention Exhibit #: 05*

Tax Services

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 3/2/2020 | Terry Bart Stratton | Partner | 0320H0001: Review of updated backstop information from Eli at Lazard. | $909 | 1.30 | $1,181.70 |
| 3/4/2020 | Leah Kondo Von Pervieux | Director | 0320H0002: Review Lazard model updates. | $707 | 2.00 | $1,414.00 |
| 3/4/2020 | Conan A Yuzna | Senior Associate | 0320H0003: Updating ownership change models for new Lazard scenarios, testing ownership change thresholds, and combining all results into updated client deliverable. | $464 | 6.00 | $2,784.00 |
| 3/4/2020 | Krista Fonseca | Associate | 0320H0004: PG&E Backstop pricing threshold. | $360 | 2.50 | $900.00 |
| 3/5/2020 | Terry Bart Stratton | Partner | 0320H0005: Weekly call with PG&E and Weil. | $909 | 0.70 | $636.30 |
| 3/5/2020 | Sandy Liu O'Neill | Senior Associate | 0320H0006: Weekly call with PG&E and Weil. | $464 | 0.70 | $324.80 |
| 3/5/2020 | Terry Bart Stratton | Partner | 0320H0007: Walk through latest 382 ownership change calc for latest backstop scenarios for PG&E. | $909 | 1.50 | $1,363.50 |
| 3/5/2020 | Leah Kondo Von Pervieux | Director | 0320H0008: Update call and updates to model. | $707 | 1.50 | $1,060.50 |
| 3/5/2020 | Conan A Yuzna | Senior Associate | 0320H0009: Update call and updates to model. | $464 | 1.50 | $696.00 |
| 3/6/2020 | Leah Kondo Von Pervieux | Director | 0320H0010: Review updated model scenarios. | $707 | 1.50 | $1,060.50 |
| 3/6/2020 | David Winter | Associate | 0320H0011: Actual knowledge model info. | $360 | 1.00 | $360.00 |
| 3/9/2020 | Terry Bart Stratton | Partner | 0320H0012: Discuss latest plans on securitization with Lazard, Alix Partners, Weil, PG&E and PwC. | $909 | 1.60 | $1,454.40 |

Case: 19-30088    Doc# 8039-5    Filed: 06/19/20    Entered: 06/19/20 16:20:48    Page 1 of 10

PG&E Corporation, et al. (Case No. 19-30088 (DM))                                    **Exhibit E**

**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**

**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**

**For the Period March 1, 2020 through March 31, 2020**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 3/9/2020 | Sandy Liu O'Neill | Senior Associate | 0320H0013: Call with Eli to discuss securitization. | $464 | 0.40 | $185.60 |
| 3/9/2020 | Conan A Yuzna | Senior Associate | 0320H0014: Updating ownership change analysis for actual knowledge standard. | $464 | 3.00 | $1,392.00 |
| 3/9/2020 | David Winter | Associate | 0320H0015: Actual knowledge issue, excel. | $360 | 0.20 | $72.00 |
| 3/10/2020 | Leah Kondo Von Pervieux | Director | 0320H0016: Review NOL 382 models. | $707 | 2.00 | $1,414.00 |
| 3/10/2020 | Xun Wang | Associate | 0320H0017: Update backstop model version. | $360 | 1.50 | $540.00 |
| 3/11/2020 | Leah Kondo Von Pervieux | Director | 0320H0018: PG&E 382 modeling. | $707 | 1.50 | $1,060.50 |
| 3/11/2020 | Conan A Yuzna | Senior Associate | 0320H0019: Coordinating time for PG&E call w/ management. | $464 | 1.00 | $464.00 |
| 3/12/2020 | Terry Bart Stratton | Partner | 0320H0020: Weekly call with PG&E and Weil. | $909 | 0.50 | $454.50 |
| 3/12/2020 | Sandy Liu O'Neill | Senior Associate | 0320H0021: Weekly call with PG&E and Weil. | $464 | 0.50 | $232.00 |
| 3/12/2020 | Terry Bart Stratton | Partner | 0320H0022: Call with PG&E to walk through 382 model and discuss impact of backstop commitment. | $909 | 0.90 | $818.10 |
| 3/12/2020 | Leah Kondo Von Pervieux | Director | 0320H0023: Update call, Call to walk through modeling and prep for call. | $707 | 3.00 | $2,121.00 |
| 3/12/2020 | Conan A Yuzna | Senior Associate | 0320H0024: Updating ownership change analysis for actual knowledge standard. | $464 | 2.50 | $1,160.00 |
| 3/13/2020 | Leah Kondo Von Pervieux | Director | 0320H0025: Perform review of 382 limit. | $707 | 1.00 | $707.00 |
| 3/13/2020 | Conan A Yuzna | Senior Associate | 0320H0026: Update PG&E model. | $464 | 1.30 | $603.20 |

Case: 19-30088     Doc# 8039-5     Filed: 06/19/20     Entered: 06/19/20 16:20:48     Page 2 of 10

**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period March 1, 2020 through March 31, 2020**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 3/13/2020 | Xun Wang | Associate | 0320H0027: Input model. | $360 | 6.00 | $2,160.00 |
| 3/13/2020 | Terry Bart Stratton | Partner | 0320H0028: Prepare for call by reviewing regulations and commentary. | $909 | 1.00 | $909.00 |
| 3/13/2020 | Terry Bart Stratton | Partner | 0320H0029: Call with 382 specialist to discuss actual knowledge rules under 1.382-3 as the rules apply to PG&E. | $909 | 0.50 | $454.50 |
| 3/13/2020 | Olivia Ley Orobona | Director | 0320H0030: Call to discuss actual knowledge rule. | $707 | 0.50 | $353.50 |
| 3/13/2020 | Conan A Yuzna | Senior Associate | 0320H0031: Call with National regarding actual knowledge standard. | $464 | 0.50 | $232.00 |
| 3/13/2020 | Julie Allen | Partner | 0320H0032: 382 actual knowledge discussion with Bart Stratton, Leah Von Pervieux, Olivia Orobona. | $909 | 0.50 | $454.50 |
| 3/17/2020 | Christopher Wesley Call | Partner | 0320H0033: PG&E letter ruling. | $909 | 1.00 | $909.00 |
| 3/17/2020 | Leah Kondo Von Pervieux | Director | 0320H0034: 382 ownership shift analysis review update. | $707 | 0.50 | $353.50 |
| 3/17/2020 | Sandy Liu O'Neill | Senior Associate | 0320H0035: Review tax aspects of disclosure statement filed. | $464 | 1.50 | $696.00 |
| 3/17/2020 | Sandy Liu O'Neill | Senior Associate | 0320H0036: Pull schedule 13 filings and 10-K, compile public filings summary. | $464 | 1.30 | $603.20 |
| 3/17/2020 | Sandy Liu O'Neill | Senior Associate | 0320H0037: Model rollforward to 12/31/2019. | $464 | 2.60 | $1,206.40 |
| 3/18/2020 | Christopher Wesley Call | Partner | 0320H0038: PG&E letter ruling. | $909 | 4.00 | $3,636.00 |
| 3/18/2020 | Terry Bart Stratton | Partner | 0320H0039: Call with Weil and PwC PLR specialist to discuss strategy for PLR filing with the IRS. | $909 | 0.70 | $636.30 |

Case: 19-30088    Doc# 8039-5    Filed: 06/19/20    Entered: 06/19/20 16:20:48    Page 3 of 10

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**          **Exhibit E**

**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**

**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**

**For the Period March 1, 2020 through March 31, 2020**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 3/18/2020 | Terry Bart Stratton | Partner | 0320H0040: Review updated PLR. | $909 | 2.20 | $1,999.80 |
| 3/18/2020 | Leah Kondo Von Pervieux | Director | 0320H0041: PG&E PLR call and POA emails. | $707 | 1.50 | $1,060.50 |
| 3/18/2020 | Sandy Liu O'Neill | Senior Associate | 0320H0042: PLR approach strategy call with Weil & Topher. | $464 | 0.50 | $232.00 |
| 3/18/2020 | Sandy Liu O'Neill | Senior Associate | 0320H0043: Review changes to ruling request. | $464 | 1.30 | $603.20 |
| 3/19/2020 | Terry Bart Stratton | Partner | 0320H0044: Weekly call with PG&E and Weil. | $909 | 0.70 | $636.30 |
| 3/19/2020 | Sandy Liu O'Neill | Senior Associate | 0320H0045: Weekly call with PG&E and Weil. | $464 | 0.70 | $324.80 |
| 3/19/2020 | Conan A Yuzna | Senior Associate | 0320H0046: Weekly call with PG&E and Weil. | $464 | 0.70 | $324.80 |
| 3/19/2020 | Christopher Wesley Call | Partner | 0320H0047: PG&E letter ruling. | $909 | 1.00 | $909.00 |
| 3/19/2020 | Leah Kondo Von Pervieux | Director | 0320H0048: PG&E update call. | $707 | 1.50 | $1,060.50 |
| 3/19/2020 | Terry Bart Stratton | Partner | 0320H0049: Review updated PLR. | $909 | 1.50 | $1,363.50 |
| 3/20/2020 | Christopher Wesley Call | Partner | 0320H0050: PG&E letter ruling request. | $909 | 0.50 | $454.50 |
| 3/20/2020 | Terry Bart Stratton | Partner | 0320H0051: Updates to 382 ownership change calc and think through issues related to 382(l)(5) and actual knowledge standard. | $909 | 1.70 | $1,545.30 |

**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period March 1, 2020 through March 31, 2020**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 3/20/2020 | Terry Bart Stratton | Partner | 0320H0052: Call with Lazard to discuss NOL monetization and amount of deduction associated with shares transferred to wild fire fund. | $909 | 1.10 | $999.90 |
| 3/22/2020 | Sandy Liu O'Neill | Senior Associate | 0320H0053: NOL call with Eli. | $464 | 1.00 | $464.00 |
| 3/23/2020 | Christopher Wesley Call | Partner | 0320H0054: PG&E letter ruling request. | $909 | 3.00 | $2,727.00 |
| 3/23/2020 | Terry Bart Stratton | Partner | 0320H0055: Review of final PG&E private letter ruling for submission. | $909 | 1.20 | $1,090.80 |
| 3/23/2020 | Terry Bart Stratton | Partner | 0320H0056: Call to discuss PG&E securitization and review of materials to prep for call. | $909 | 1.30 | $1,181.70 |
| 3/23/2020 | Leah Kondo Von Pervieux | Director | 0320H0057: PG&E presubmission documentation. | $707 | 0.50 | $353.50 |
| 3/23/2020 | Sandy Liu O'Neill | Senior Associate | 0320H0058: Documentation of filings. | $464 | 2.00 | $928.00 |
| 3/24/2020 | Terry Bart Stratton | Partner | 0320H0059: Follow up discussions on NOL securitization issues. Review emails from Weil and Lazard and PG&E and consider issues. | $909 | 1.40 | $1,272.60 |
| 3/25/2020 | Christopher Wesley Call | Partner | 0320H0060: PG&E letter ruling request. | $909 | 1.00 | $909.00 |
| 3/25/2020 | Terry Bart Stratton | Partner | 0320H0061: Calls with Stuart at Weil and PG&E to discuss NOL securitization. Calls with Lazard to discuss NOL securitization. | $909 | 2.00 | $1,818.00 |
| 3/25/2020 | Leah Kondo Von Pervieux | Director | 0320H0062: Calls with Stuart at Weil and PG&E to discuss NOL securitization. Calls with Lazard to discuss NOL securitization. | $707 | 2.00 | $1,414.00 |

Case: 19-30088    Doc# 8039-5    Filed: 06/19/20    Entered: 06/19/20 16:20:48    Page 5 of 10

PG&E Corporation, et al. (Case No. 19-30088 (DM))  **Exhibit E**
PwC LLP - Management, Tax and Advisory Consultants to the Debtors
Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date
For the Period March 1, 2020 through March 31, 2020

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 3/25/2020 | Sandy Liu O'Neill | Senior Associate | 0320H0063: Call with Lazard, PG&E, and Weil to discuss approach for valuing NOLs. | $464 | 1.00 | $464.00 |
| 3/25/2020 | Sandy Liu O'Neill | Senior Associate | 0320H0064: Call with PG&E on Lazard deduction ordering issue. | $464 | 1.00 | $464.00 |
| 3/25/2020 | Terry Bart Stratton | Partner | 0320H0065: Review of taxable income projections from PG&E. | $909 | 1.40 | $1,272.60 |
| 3/26/2020 | Terry Bart Stratton | Partner | 0320H0066: Weekly call with PG&E and Weil. | $909 | 1.00 | $909.00 |
| 3/26/2020 | Sandy Liu O'Neill | Senior Associate | 0320H0067: Weekly call with PG&E and Weil. | $464 | 1.00 | $464.00 |
| 3/26/2020 | Conan A Yuzna | Senior Associate | 0320H0068: Weekly call with PG&E and Weil. | $464 | 0.50 | $232.00 |
| 3/26/2020 | Christopher Wesley Call | Partner | 0320H0069: PG&E letter ruling request. | $909 | 1.00 | $909.00 |
| 3/26/2020 | Leah Kondo Von Pervieux | Director | 0320H0070: PG&E update call and PCG. | $707 | 1.50 | $1,060.50 |
| 3/26/2020 | Sandy Liu O'Neill | Senior Associate | 0320H0071: Call with Weil, Cravath, Lazard. | $464 | 1.00 | $464.00 |
| 3/26/2020 | Sandy Liu O'Neill | Senior Associate | 0320H0072: Review latest draft ruling request for pre-submission conference. | $464 | 1.30 | $603.20 |
| 3/26/2020 | Conan A Yuzna | Senior Associate | 0320H0073: Lazard call. | $464 | 0.50 | $232.00 |
| 3/26/2020 | Terry Bart Stratton | Partner | 0320H0074: Review of taxable income projections from PG&E. | $909 | 2.10 | $1,908.90 |
| 3/27/2020 | Christopher Wesley Call | Partner | 0320H0075: PG&E letter ruling request. | $909 | 1.00 | $909.00 |
| 3/27/2020 | Terry Bart Stratton | Partner | 0320H0076: Follow up on NOL securitization with Lazard and Weil. | $909 | 1.20 | $1,090.80 |

Case: 19-30088   Doc# 8039-5   Filed: 06/19/20   Entered: 06/19/20 16:20:48   Page 6 of 10

**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period March 1, 2020 through March 31, 2020**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 3/27/2020 | Leah Kondo Von Pervieux | Director | 0320H0077: PG&E PCG. | $707 | 1.00 | $707.00 |
| 3/27/2020 | Sandy Liu O'Neill | Senior Associate | 0320H0078: Review and discuss final ruling request for IRS pre-submission conference. | $464 | 1.70 | $788.80 |
| 3/30/2020 | Christopher Wesley Call | Partner | 0320H0079: PG&E letter ruling request. | $909 | 1.50 | $1,363.50 |
| 3/30/2020 | Sandy Liu O'Neill | Senior Associate | 0320H0080: Determine CARES act impact on NOL availability model. | $464 | 2.20 | $1,020.80 |
| 3/31/2020 | Sandy Liu O'Neill | Senior Associate | 0320H0081: Review Butte claim issue and consider impact on deductibility of amounts transferred to fire victims trust. | $464 | 1.20 | $556.80 |
| Subtotal - Hours and Compensation - Tax Services | | | | | 115.10 | $76,156.10 |
| *Subtotal - Hours and Compensation - Bankruptcy Tax Advisory Services* | | | | | *115.10* | *$76,156.10* |
| **Total - Hours and Compensation - Hourly Services** | | | | | **115.10** | **$76,156.10** |

**Case Administration**

***Bankruptcy Requirements and Other Court Obligations***                    ***Retention Exhibit #: CASE***

Employment Applications and Other Court Filings

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 3/10/2020 | Andrea Clark Smith | Director | 0320H0082: Follow up communications regarding status of the supplemental application based upon the PwC declaration prepared. | $550 | 1.30 | $715.00 |
| 3/11/2020 | Andrea Clark Smith | Director | 0320H0083: Prepare updates for the PwC Partners regarding status of the Court retention and billings. | $550 | 1.60 | $880.00 |
| Subtotal - Hours and Compensation - Employment Applications and Other Court Filings | | | | | 2.90 | $1,595.00 |

Case: 19-30088    Doc# 8039-5    Filed: 06/19/20    Entered: 06/19/20 16:20:48    Page 7
of 10

PG&E Corporation, et al. (Case No. 19-30088 (DM))                                                    **Exhibit E**

**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period March 1, 2020 through March 31, 2020**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Monthly, Interim and Final Fee Applications | | | | | | |
| 3/2/2020 | Andrea Clark Smith | Director | 0320H0084: Perform review of the E-Discovery Services fee submission prior to PG&E approvals. | $550 | 0.80 | $440.00 |
| 3/2/2020 | Andrea Clark Smith | Director | 0320H0085: Perform review of the PSPS services fee submission prior to PG&E approvals (through December 2019 - updated expense documentation). | $550 | 4.60 | $2,530.00 |
| 3/3/2020 | Andrea Clark Smith | Director | 0320H0086: Follow up with the PG&E team regarding approvals of the proposed draft exhibits. | $550 | 1.50 | $825.00 |
| 3/4/2020 | Andrea Clark Smith | Director | 0320H0087: Perform review of the revised E-Discovery Services fee submission prior to PG&E approvals. | $550 | 2.00 | $1,100.00 |
| 3/5/2020 | Andrea Clark Smith | Director | 0320H0088: Perform review of the revised E-Discovery Services fee submission prior to PG&E approvals. | $550 | 0.60 | $330.00 |
| 3/6/2020 | Andrea Clark Smith | Director | 0320H0089: Follow up with the PG&E team regarding approvals of the proposed draft exhibits. | $550 | 1.40 | $770.00 |
| 3/6/2020 | Andrea Clark Smith | Director | 0320H0090: Perform review of the Cybersecurity fee submission prior to PG&E approvals. | $550 | 0.30 | $165.00 |
| 3/9/2020 | Andrea Clark Smith | Director | 0320H0091: Perform review of the Bankruptcy Accounting Advisory services draft exhibits prior to PG&E approvals. | $550 | 2.60 | $1,430.00 |
| 3/10/2020 | Andrea Clark Smith | Director | 0320H0092: Perform review of the updated Bankruptcy Accounting Advisory services draft exhibits prior to PG&E approvals. | $550 | 3.80 | $2,090.00 |
| 3/10/2020 | Andrea Clark Smith | Director | 0320H0093: Follow up with the PG&E team regarding approvals of the proposed draft exhibits. | $550 | 0.30 | $165.00 |
| 3/10/2020 | Andrea Clark Smith | Director | 0320H0094: Perform review of the Cybersecurity fee submission prior to PG&E approvals. | $550 | 2.80 | $1,540.00 |

Case: 19-30088    Doc# 8039-5    Filed: 06/19/20    Entered: 06/19/20 16:20:48    Page 8 of 10

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**      **Exhibit E**

**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**

**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**

**For the Period March 1, 2020 through March 31, 2020**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 3/11/2020 | Andrea Clark Smith | Director | 0320H0095: Follow up with the PG&E team regarding approvals of the proposed draft exhibits. | $550 | 0.60 | $330.00 |
| 3/11/2020 | Andrea Clark Smith | Director | 0320H0096: Perform review of the North Bay & Camp Fire Services fee submission prior to PG&E approvals. | $550 | 2.70 | $1,485.00 |
| 3/16/2020 | Andrea Clark Smith | Director | 0320H0097: Perform review of the revised Cybersecurity fee submission prior to PG&E approvals. | $550 | 1.00 | $550.00 |
| 3/16/2020 | Andrea Clark Smith | Director | 0320H0098: Continue - Perform review of the updated North Bay & Camp Fire Services fee submission prior to PG&E approvals. | $550 | 5.60 | $3,080.00 |
| 3/17/2020 | Andrea Clark Smith | Director | 0320H0099: Continue - Perform review of the updated North Bay & Camp Fire Services fee submission prior to PG&E approvals. | $550 | 2.90 | $1,595.00 |
| 3/17/2020 | Andrea Clark Smith | Director | 0320H0100: Review updated Bankruptcy Accounting Advisory exhibits. | $550 | 0.50 | $275.00 |
| 3/17/2020 | Andrea Clark Smith | Director | 0320H0101: Perform review of the revised Cybersecurity fee submission prior to PG&E approvals. | $550 | 1.80 | $990.00 |
| 3/19/2020 | Andrea Clark Smith | Director | 0320H0102: Perform review of the revised Cybersecurity fee submission prior to PG&E approvals. | $550 | 0.80 | $440.00 |
| 3/19/2020 | Andrea Clark Smith | Director | 0320H0103: Update the Accounting Advisory exhibits based upon PG&E approvals. | $550 | 0.80 | $440.00 |
| 3/19/2020 | Andrea Clark Smith | Director | 0320H0104: Perform review of the updates on the North Bay & Camp Fire Services exhibits based upon discussion with Partner. | $550 | 1.30 | $715.00 |

Case: 19-30088    Doc# 8039-5    Filed: 06/19/20    Entered: 06/19/20 16:20:48    Page 9 of 10

**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period March 1, 2020 through March 31, 2020**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 3/23/2020 | Andrea Clark Smith | Director | 0320H0105: Perform review of the updates on the North Bay & Camp Fire Services exhibits based upon discussion with Partner. | $550 | 1.00 | $550.00 |
| 3/25/2020 | Andrea Clark Smith | Director | 0320H0106: Review the final Accounting Advisory exhibits based upon PG&E approvals. | $550 | 0.90 | $495.00 |
| 3/27/2020 | Andrea Clark Smith | Director | 0320H0107: Perform review of the updates on the North Bay & Camp Fire Services exhibits based upon discussion with Partner. | $550 | 1.00 | $550.00 |
| 3/30/2020 | Andrea Clark Smith | Director | 0320H0108: Perform review of the pending PG&E approvals prior to the fee submission (through December 2019). | $550 | 1.50 | $825.00 |
| 3/30/2020 | Andrea Clark Smith | Director | 0320H0109: Prepare final exhibits for North Bay & Camp Fire Services - PG&E Review prior to submission to the Court. | $550 | 1.50 | $825.00 |
| 3/31/2020 | Andrea Clark Smith | Director | 0320H0110: Perform review of the pending PG&E approvals prior to the fee submission (through December 2019). | $550 | 3.20 | $1,760.00 |
| Subtotal - Hours and Compensation - Monthly, Interim and Final Fee Applications | | | | | 47.80 | $26,290.00 |
| *Subtotal - Hours and Compensation - Bankruptcy Requirements and Other Court Obligations* | | | | | *50.70* | *$27,885.00* |
| **Total - Hours and Compensation - Case Administration** | | | | | **50.70** | **$27,885.00** |
| **Total - Hours and Compensation - Hourly Services and Case Administration** | | | | | **165.80** | **$104,041.10** |

Case: 19-30088    Doc# 8039-5    Filed: 06/19/20    Entered: 06/19/20 16:20:48    Page 10 of 10