**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     Exhibit F
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Summary of Expenditures by Project and Type**
**For the Period March 1, 2020 through March 31, 2020**

| Transaction Type by Project | Total Expenditures |
|---|---:|
| **Fixed Fee Services** | |
|    ***North Bay & Camp Fire Services***   *Retention Exhibit #: SUPP 2 01-A* | |
|       Airfare | $18,995.15 |
|       Lodging | $31,961.38 |
|       Meals | $6,008.38 |
|       Parking | $232.75 |
|       Public/Ground Transportation | $6,763.34 |
|    *Subtotal - Expenditures Sought for North Bay & Camp Fire Services* | ***$63,961.00*** |
|    ***Rule 21 Readiness & Pilot Testing Services***   *Retention Exhibit #: SUPP 01-K & 01-L* | |
|       Airfare | $5,865.02 |
|       Lodging | $15,886.49 |
|       Meals | $2,283.85 |
|       Parking | $81.00 |
|       Public/Ground Transportation | $1,881.49 |
|    *Subtotal - Expenditures Sought for Rule 21 Readiness & Pilot Testing Services* | ***$25,997.85*** |
|    ***Cybersecurity Assessment Services***   *Retention Exhibit #: SUPP 2 01-H* | |
|       Airfare | $2,916.71 |
|       Lodging | $5,728.92 |
|       Meals | $1,340.27 |
|       Public/Ground Transportation | $1,336.25 |
|    *Subtotal - Expenditures Sought for Cybersecurity Assessment Services* | ***$11,322.15*** |
|    ***MetricStream Implementation Services***   *Retention Exhibit #: SUPP 01-S* | |
|       Lodging | $1,553.11 |
|       Meals | $688.88 |
|       Mileage Allowance | $741.78 |
|    *Subtotal - Expenditures Sought for MetricStream Implementation Services* | ***$2,983.77*** |
|    ***EO MPP Org Standup Support Services***   *Retention Exhibit #: SUPP 01-T* | |
|       Airfare | $6,314.61 |
|       Lodging | $18,070.17 |
|       Meals | $2,178.65 |
|       Public/Ground Transportation | $4,322.89 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**               **Exhibit F**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Summary of Expenditures by Project and Type**
**For the Period March 1, 2020 through March 31, 2020**

| Transaction Type by Project | Total Expenditures |
|---|---:|
| Rental Car | $411.88 |
| *Subtotal - Expenditures Sought for EO MPP Org Standup Support Services* | *$31,298.20* |
| **Subtotal - Expenditures Sought for Fixed Fee Services** | **$135,562.97** |
| **Total - Expenditures Sought for Reimbursement** | **$135,562.97** |