**PG&E Corporation, et al. (Case No. 19-30088 (DM))**        Exhibit A
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Summary by Project Category and Billing Category**
**For the Period April 1, 2020 through April 30, 2020**

| Project Category and Billing Category | Hours | Total Compensation |
|---|---:|---:|
| **Fixed Fee Services** | | |
|   *Controls Testing Services* | | *Retention Exhibit #: 01-I* |
|     Controls Testing Services | 35.00 | $11,250.00 |
|   *Subtotal - Controls Testing Services* | *35.00* | *$11,250.00* |
|   *PSPS Program Support Services* | | *Retention Exhibit #: SUPP 2 01-G* |
|     PSPS Data Automation & Analytics Services | 2,550.00 | $605,000.00 |
|   *Subtotal - PSPS Program Support Services* | *2,550.00* | *$605,000.00* |
|   *Cybersecurity Assessment Services* | | *Retention Exhibit #: SUPP 2 01-H* |
|     Cybersecurity Assessment Services - Phase 2 | 798.00 | $225,012.00 |
|   *Subtotal - Cybersecurity Assessment Services* | *798.00* | *$225,012.00* |
|   *2020 WMP Plan Post Filing Services* | | *Retention Exhibit #: SUPP 2 01-K* |
|     2020 WMP Plan Post Filing Services | 2,484.60 | $835,000.00 |
|   *Subtotal - 2020 WMP Plan Post Filing Services* | *2,484.60* | *$835,000.00* |
|   *Compliance and Ethics Support Services* | | *Retention Exhibit #: SUPP 2 01-L* |
|     Compliance and Ethics Support Services | 326.50 | $99,000.00 |
|   *Subtotal - Compliance and Ethics Support Services* | *326.50* | *$99,000.00* |
| **Subtotal - Hours and Compensation - Fixed Fee Services** | **6,194.10** | **$1,775,262.00** |
| **Hourly Services** | | |
|   *Bankruptcy Tax Advisory Services* | | *Retention Exhibit #: 05* |
|     Tax Services | 142.90 | $105,225.80 |
|   *Subtotal - Bankruptcy Tax Advisory Services* | *142.90* | *$105,225.80* |
| **Subtotal - Hours and Compensation - Hourly Services** | **142.90** | **$105,225.80** |
| **Case Administration** | | |
|   *Bankruptcy Requirements and Other Court Obligations* | | *Retention Exhibit #: CASE* |
|     Employment Applications and Other Court Filings | 2.00 | $1,100.00 |
|   *Subtotal - Bankruptcy Requirements and Other Court Obligations* | *2.00* | *$1,100.00* |
|   *Bankruptcy Requirements and Other Court Obligations* | | *Retention Exhibit #: CASE* |
|     Monthly, Interim and Final Fee Applications | 3.10 | $1,705.00 |
|   *Subtotal - Bankruptcy Requirements and Other Court Obligations* | *3.10* | *$1,705.00* |
| **Subtotal - Hours and Compensation - Case Administration** | **5.10** | **$2,805.00** |
| **Total - Hours and Compensation Sought for Reimbursement** | **6,342.10** | **$1,883,292.80** |