**PG&E Corporation, et al. (Case No. 19-30088 (DM))**          **Exhibit B**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Fixed Fee Services - Summary of Hours and Fees by Project and Professional**
**For the Period April 1, 2020 through April 30, 2020**

| Project Category and Professional | Position | Hours | Total Compensation |
|---|---|---:|---:|
| ***Controls Testing Services*** | | | ***Retention Exhibit #: 01-I*** |
| Steven Manocchio | Director | 35.00 | |
| ***Subtotal - Controls Testing Services*** | | ***35.00*** | ***$11,250.00*** |
| ***PSPS Program Support Services*** | | | ***Retention Exhibit #: SUPP 2 01-G*** |
| William Abbott | Partner | 47.00 | |
| Heather McGinnis | Director | 21.00 | |
| Kumar Satyam | Director | 41.00 | |
| Dhruv Samir Shah | Senior Manager | 465.00 | |
| Sudip Bhattacharyya | Manager | 261.00 | |
| Arsen Akopian | Senior Associate | 311.00 | |
| Da Zhang | Senior Associate | 18.00 | |
| Dan Li | Senior Associate | 56.00 | |
| Fan Gao | Senior Associate | 9.00 | |
| Huihao Jiang | Senior Associate | 42.00 | |
| Mustafa Murtaza Tajkhan | Senior Associate | 46.00 | |
| Richa Prasad | Senior Associate | 25.00 | |
| Yanwen Liu | Senior Associate | 16.00 | |
| Gowtham Talluru | Associate | 490.00 | |
| Kiara Elizabeth Portillo | Associate | 702.00 | |
| ***Subtotal - PSPS Program Support Services*** | | ***2,550.00*** | ***$605,000.00*** |
| ***Cybersecurity Assessment Services*** | | | ***Retention Exhibit #: SUPP 2 01-H*** |
| Matthew Lucas Wilson | Partner | 48.00 | |
| Scott Edward Gicking | Director | 117.00 | |
| Jaimie Morsillo | Manager | 160.00 | |
| Lauren Adams | Senior Associate | 160.50 | |
| Malika Agrawal | Associate | 160.50 | |
| Shefe Sarah Garrett | Associate | 152.00 | |
| ***Subtotal - Cybersecurity Assessment Services*** | | ***798.00*** | ***$225,012.00*** |

PG&E Corporation, et al. (Case No. 19-30088 (DM))  Exhibit B
PwC LLP - Management, Tax and Advisory Consultants to the Debtors
Fixed Fee Services - Summary of Hours and Fees by Project and Professional
For the Period April 1, 2020 through April 30, 2020

| Project Category and Professional | Position | Hours | Total Compensation |
|---|---|---|---|
| ***2020 WMP Plan Post Filing Services*** | | ***Retention Exhibit #: SUPP 2 01-K*** | |
| Meera Banerjee | Partner | 55.50 | |
| Juliana Renne | Manager | 439.00 | |
| Riley Adler | Manager | 350.00 | |
| Christopher Skoff | Senior Associate | 490.00 | |
| Mohammad Ali Suleman | Senior Associate | 348.50 | |
| Kailey Sanchez | Associate | 326.60 | |
| Melissa Boyd | Associate | 475.00 | |
| ***Subtotal - 2020 WMP Plan Post Filing Services*** | | ***2,484.60*** | ***$835,000.00*** |
| ***Compliance and Ethics Support Services*** | | ***Retention Exhibit #: SUPP 2 01-L*** | |
| Sumana Lahiry | Director | 14.50 | |
| Cara Angela Rosengard | Senior Associate | 152.00 | |
| Yurika Kristy Yoneda | Senior Associate | 160.00 | |
| ***Subtotal - Compliance and Ethics Support Services*** | | ***326.50*** | ***$99,000.00*** |
| **Total - Hours and Compensation - Fixed Fee Services** | | **6,194.10** | **$1,775,262.00** |