**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     Exhibit D
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration - Summary of Hours / Fees by Project and Professional**
**For the Period April 1, 2020 through April 30, 2020**

| Project Category and Professional | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| **Hourly Services** | | | | |
| *Bankruptcy Tax Advisory Services* | | | *Retention Exhibit #: 05* | |
| Candace B Ewell | Partner | $909 | 1.00 | $909.00 |
| Christopher Wesley Call | Partner | $909 | 36.50 | $33,178.50 |
| George A Manousos | Partner | $909 | 1.00 | $909.00 |
| Terry Bart Stratton | Partner | $909 | 25.90 | $23,543.10 |
| Laura J Parello | Senior Managing Director | $909 | 1.00 | $909.00 |
| Christine Lauren Flohr | Director | $707 | 3.00 | $2,121.00 |
| Leah Kondo Von Pervieux | Director | $707 | 14.20 | $10,039.40 |
| Jasmine I Hernandez | Senior Manager | $707 | 23.20 | $16,402.40 |
| Conan A Yuzna | Senior Associate | $464 | 6.20 | $2,876.80 |
| Sandy Liu O'Neill | Senior Associate | $464 | 30.90 | $14,337.60 |
| *Subtotal - Bankruptcy Tax Advisory Services* | | | *142.90* | *$105,225.80* |
| **Subtotal - Hourly Services** | | | **142.90** | **$105,225.80** |
| **Case Administration** | | | | |
| *Bankruptcy Requirements and Other Court Obligations* | | | *Retention Exhibit #: CASE* | |
| Andrea Clark Smith | Director | $550 | 5.10 | $2,805.00 |
| *Subtotal - Bankruptcy Requirements and Other Court Obligations* | | | *5.10* | *$2,805.00* |
| **Subtotal - Case Administration** | | | **5.10** | **$2,805.00** |
| **Total - Hourly Services and Case Administration** | | | **148.00** | **$108,030.80** |