PG&E Corporation, et al. (Case No. 19-30088 (DM))   Exhibit E
PwC LLP - Management, Tax and Advisory Consultants to the Debtors
Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date
For the Period April 1, 2020 through April 30, 2020

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| **Hourly Services** | | | | | | |
| ***Bankruptcy Tax Advisory Services*** | | | | | | **Retention Exhibit #: 05** |
| Tax Services | | | | | | |
| 4/1/2020 | Christopher Wesley Call | Partner | 0420H0001: PG&E letter ruling request. | $909 | 6.00 | $5,454.00 |
| 4/1/2020 | Terry Bart Stratton | Partner | 0420H0002: Review of updated pre-submission memo for IRS PLR filing and comments. | $909 | 1.20 | $1,090.80 |
| 4/1/2020 | Terry Bart Stratton | Partner | 0420H0003: Call to discuss language for FEMA settlement and whether such language may be considered as a non-deductible penalty. | $909 | 0.50 | $454.50 |
| 4/1/2020 | Leah Kondo Von Pervieux | Director | 0420H0004: Call with Weil and review docs. | $707 | 1.00 | $707.00 |
| 4/1/2020 | Sandy Liu O'Neill | Senior Associate | 0420H0005: Call with Weil and PG&E to discuss FEMA response and agenda for pre-sub ruling. | $464 | 0.70 | $324.80 |
| 4/1/2020 | Sandy Liu O'Neill | Senior Associate | 0420H0006: Review draft charter restriction. | $464 | 1.30 | $603.20 |
| 4/1/2020 | Sandy Liu O'Neill | Senior Associate | 0420H0007: Review FEMA response and consider impact on ruling request. | $464 | 1.70 | $788.80 |
| 4/2/2020 | Christopher Wesley Call | Partner | 0420H0008: PG&E letter ruling request. | $909 | 4.00 | $3,636.00 |
| 4/2/2020 | Terry Bart Stratton | Partner | 0420H0009: Pre-submission conference with PG&E, IRS, Weil and pwc. | $909 | 1.80 | $1,636.20 |
| 4/2/2020 | Terry Bart Stratton | Partner | 0420H0010: Follow up on FEMA language and inverse condemnation issues. | $909 | 0.60 | $545.40 |
| 4/2/2020 | Leah Kondo Von Pervieux | Director | 0420H0011: PG&E NOL modeling. | $707 | 1.50 | $1,060.50 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**      Exhibit E
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period April 1, 2020 through April 30, 2020**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 4/2/2020 | Sandy Liu O'Neill | Senior Associate | 0420H0012: Documentation of positions, organize call notes/agendas. | $464 | 1.00 | $464.00 |
| 4/2/2020 | Terry Bart Stratton | Partner | 0420H0013: Weekly call with PG&E and Weil. | $909 | 1.00 | $909.00 |
| 4/2/2020 | Sandy Liu O'Neill | Senior Associate | 0420H0014: Weekly call with PG&E and Weil. | $464 | 1.00 | $464.00 |
| 4/2/2020 | Conan A Yuzna | Senior Associate | 0420H0015: Weekly call with PG&E and Weil. | $464 | 1.00 | $464.00 |
| 4/3/2020 | Terry Bart Stratton | Partner | 0420H0016: Review charter restriction proposed language and provide comments to Weil. | $909 | 1.10 | $999.90 |
| 4/6/2020 | Christopher Wesley Call | Partner | 0420H0017: PG&E letter ruling request, POR request. | $909 | 0.50 | $454.50 |
| 4/7/2020 | Christopher Wesley Call | Partner | 0420H0018: PG&E letter ruling request. | $909 | 2.00 | $1,818.00 |
| 4/7/2020 | Terry Bart Stratton | Partner | 0420H0019: Second conversation with the IRS on PLR submission. | $909 | 1.30 | $1,181.70 |
| 4/7/2020 | Leah Kondo Von Pervieux | Director | 0420H0020: PG&E NOL modeling. | $707 | 0.50 | $353.50 |
| 4/7/2020 | Sandy Liu O'Neill | Senior Associate | 0420H0021: Update NOL model for grantor trust election, latest AFR, and latest discussions. | $464 | 2.50 | $1,160.00 |
| 4/8/2020 | Christopher Wesley Call | Partner | 0420H0022: PG&E letter ruling request. | $909 | 1.00 | $909.00 |
| 4/8/2020 | Leah Kondo Von Pervieux | Director | 0420H0023: Review PG&E NOL modeling and discuss GT vs QSF assumptions. | $707 | 1.50 | $1,060.50 |
| 4/9/2020 | Christopher Wesley Call | Partner | 0420H0024: PG&E letter ruling request. | $909 | 3.00 | $2,727.00 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     Exhibit E
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period April 1, 2020 through April 30, 2020**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 4/9/2020 | Leah Kondo Von Pervieux | Director | 0420H0025: PG&E backstop and charter restrictions. | $707 | 1.00 | $707.00 |
| 4/9/2020 | Jasmine I Hernandez | Senior Manager | 0420H0026: Call with Topher regarding PG&E PLR. | $707 | 0.50 | $353.50 |
| 4/9/2020 | Sandy Liu O'Neill | Senior Associate | 0420H0027: Update model for CARES act provisions. | $464 | 2.10 | $974.40 |
| 4/9/2020 | Sandy Liu O'Neill | Senior Associate | 0420H0028: Call with Weil and PG&E. | $464 | 1.00 | $464.00 |
| 4/9/2020 | Terry Bart Stratton | Partner | 0420H0029: Weekly call with PG&E and Weil. | $909 | 1.00 | $909.00 |
| 4/10/2020 | Christopher Wesley Call | Partner | 0420H0030: PG&E letter ruling request. | $909 | 1.00 | $909.00 |
| 4/10/2020 | Leah Kondo Von Pervieux | Director | 0420H0031: PG&E backstop call and review subscription agreement. | $707 | 1.50 | $1,060.50 |
| 4/10/2020 | Jasmine I Hernandez | Senior Manager | 0420H0032: Perform review PLR, research on payor/origin of claim. | $707 | 5.70 | $4,029.90 |
| 4/10/2020 | Sandy Liu O'Neill | Senior Associate | 0420H0033: Review equity backstop form subscription agreement. | $464 | 1.30 | $603.20 |
| 4/10/2020 | Sandy Liu O'Neill | Senior Associate | 0420H0034: Set up call with Laura on QSF setup and compliance. | $464 | 0.20 | $92.80 |
| 4/10/2020 | Sandy Liu O'Neill | Senior Associate | 0420H0035: Call with Eli to discuss ownership percentages of backstop parties. | $464 | 0.50 | $232.00 |
| 4/10/2020 | Sandy Liu O'Neill | Senior Associate | 0420H0036: Review revised charter restrictions. | $464 | 0.50 | $232.00 |
| 4/12/2020 | Christopher Wesley Call | Partner | 0420H0037: PG&E letter ruling request. | $909 | 2.00 | $1,818.00 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     Exhibit E
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period April 1, 2020 through April 30, 2020**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 4/13/2020 | Christopher Wesley Call | Partner | 0420H0038: PG&E letter ruling request. | $909 | 5.00 | $4,545.00 |
| 4/13/2020 | Terry Bart Stratton | Partner | 0420H0039: QSF set up discussion to discuss reporting and treatment. | $909 | 0.50 | $454.50 |
| 4/13/2020 | Terry Bart Stratton | Partner | 0420H0040: Review of liability allocation agreement and comments. | $909 | 1.10 | $999.90 |
| 4/13/2020 | Laura J Parello | Senior Managing Director | 0420H0041: Provide updates on qsf tax compliance. | $909 | 1.00 | $909.00 |
| 4/13/2020 | Leah Kondo Von Pervieux | Director | 0420H0042: QSF review. | $707 | 1.00 | $707.00 |
| 4/13/2020 | Jasmine I Hernandez | Senior Manager | 0420H0043: PG&E PLR research. | $707 | 2.00 | $1,414.00 |
| 4/13/2020 | Sandy Liu O'Neill | Senior Associate | 0420H0044: Call with Laura on QSF tax compliance. | $464 | 0.50 | $232.00 |
| 4/13/2020 | Sandy Liu O'Neill | Senior Associate | 0420H0045: Review liability allocation agreement. | $464 | 0.50 | $232.00 |
| 4/13/2020 | Sandy Liu O'Neill | Senior Associate | 0420H0046: Reach out to Candace on 1099 information reporting. | $464 | 0.40 | $185.60 |
| 4/14/2020 | Christopher Wesley Call | Partner | 0420H0047: PG&E letter ruling request. | $909 | 1.00 | $909.00 |
| 4/14/2020 | George A Manousos | Partner | 0420H0048: Memos and emails with Topher re: authorities to allocate costs to other taxpayers. | $909 | 1.00 | $909.00 |
| 4/14/2020 | Terry Bart Stratton | Partner | 0420H0049: Follow up on Form 1099 reporting for QSF. | $909 | 0.50 | $454.50 |
| 4/14/2020 | Leah Kondo Von Pervieux | Director | 0420H0050: PG&E information reporting call. | $707 | 1.00 | $707.00 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**   Exhibit E
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period April 1, 2020 through April 30, 2020**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 4/14/2020 | Christine Lauren Flohr | Director | 0420H0051: Review bankruptcy proceedings; info reporting obligations related to qualified settlement funds; prep for call (reviewed PLR). | $707 | 1.00 | $707.00 |
| 4/14/2020 | Candace B Ewell | Partner | 0420H0052: Conference Call QSF information reporting. | $909 | 1.00 | $909.00 |
| 4/14/2020 | Sandy Liu O'Neill | Senior Associate | 0420H0053: Call with Candace Ewell to discuss 1099 information reporting requirements. | $464 | 1.00 | $464.00 |
| 4/14/2020 | Jasmine I Hernandez | Senior Manager | 0420H0054: Perform PLR research. | $707 | 2.70 | $1,908.90 |
| 4/14/2020 | Jasmine I Hernandez | Senior Manager | 0420H0055: Continue - Perform PLR research. | $707 | 5.30 | $3,747.10 |
| 4/15/2020 | Christopher Wesley Call | Partner | 0420H0056: PG&E letter ruling request. | $909 | 3.00 | $2,727.00 |
| 4/15/2020 | Terry Bart Stratton | Partner | 0420H0057: Follow up on QSF issues on deductibility. Review of memo on deductibility of backstop commitment fee. | $909 | 2.00 | $1,818.00 |
| 4/15/2020 | Sandy Liu O'Neill | Senior Associate | 0420H0058: Review backstop premium deductibility analysis and read primary authorities, refer back to backstop commitment letter provisions. | $464 | 3.70 | $1,716.80 |
| 4/15/2020 | Jasmine I Hernandez | Senior Manager | 0420H0059: Perform PLR research. | $707 | 3.10 | $2,191.70 |
| 4/15/2020 | Jasmine I Hernandez | Senior Manager | 0420H0060: Continue - Perform PLR research. | $707 | 3.90 | $2,757.30 |
| 4/16/2020 | Christopher Wesley Call | Partner | 0420H0061: PG&E Backstop agreement. | $909 | 4.00 | $3,636.00 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     Exhibit E
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period April 1, 2020 through April 30, 2020**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 4/16/2020 | Leah Kondo Von Pervieux | Director | 0420H0062: Update call and review emails regarding comments on plr and memo. | $707 | 2.00 | $1,414.00 |
| 4/16/2020 | Sandy Liu O'Neill | Senior Associate | 0420H0063: Research on 263(a) regulation regarding nondeducibility, including example on capitalization of costs paid for an option. Read Indopco case. | $464 | 0.70 | $324.80 |
| 4/16/2020 | Sandy Liu O'Neill | Senior Associate | 0420H0064: Review section162 discussion revisions to ruling request. | $464 | 0.50 | $232.00 |
| 4/16/2020 | Sandy Liu O'Neill | Senior Associate | 0420H0065: Review Butte Settlement funding agreement and consider impact on including or excluding from subrogation trust. | $464 | 0.80 | $371.20 |
| 4/16/2020 | Sandy Liu O'Neill | Senior Associate | 0420H0066: Reach out to Jeff Maddrey with backstop premium deductibility issue. | $464 | 0.50 | $232.00 |
| 4/16/2020 | Terry Bart Stratton | Partner | 0420H0067: Review of memo from Weil on deductibility of backstop party fee. | $909 | 0.50 | $454.50 |
| 4/16/2020 | Terry Bart Stratton | Partner | 0420H0068: Weekly call with PG&E and Weil. | $909 | 1.00 | $909.00 |
| 4/16/2020 | Sandy Liu O'Neill | Senior Associate | 0420H0069: Weekly call with PG&E and Weil. | $464 | 1.00 | $464.00 |
| 4/16/2020 | Conan A Yuzna | Senior Associate | 0420H0070: Weekly call with PG&E and Weil. | $464 | 1.00 | $464.00 |
| 4/17/2020 | Christopher Wesley Call | Partner | 0420H0071: PG&E Backstop agreement/PLR request. | $909 | 4.00 | $3,636.00 |
| 4/17/2020 | Terry Bart Stratton | Partner | 0420H0072: Review of updated 382 analysis to be sent to PG&E tax. | $909 | 0.90 | $818.10 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     **Exhibit E**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period April 1, 2020 through April 30, 2020**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 4/17/2020 | Terry Bart Stratton | Partner | 0420H0073: Review memo from Weil on deductibility of backstop party fee. Review of 263(a) regs. Review and provide comments on the draft communication from Cravath to be provided to backstop parties. Review updated PLR request and language on section 162. | $909 | 2.80 | $2,545.20 |
| 4/17/2020 | Leah Kondo Von Pervieux | Director | 0420H0074: Review PLR emails and interest deductibility. | $707 | 1.70 | $1,201.90 |
| 4/22/2020 | Sandy Liu O'Neill | Senior Associate | 0420H0075: Call with Cravath and Weil on mechanics of 4.75% and backstop, etc. | $464 | 0.70 | $324.80 |
| 4/22/2020 | Sandy Liu O'Neill | Senior Associate | 0420H0076: Regroup with Weil before discussion with Cravath. | $464 | 0.30 | $139.20 |
| 4/22/2020 | Conan A Yuzna | Senior Associate | 0420H0077: Review Amended and Restated Articles with 382 Transfer restriction. | $464 | 1.20 | $556.80 |
| 4/22/2020 | Terry Bart Stratton | Partner | 0420H0078: Call with Cravath and Weil to discuss information to be requested from rights offering participants and technical issues surrounding section 382. | $909 | 1.50 | $1,363.50 |
| 4/22/2020 | Leah Kondo Von Pervieux | Director | 0420H0079: PG&E call regarding rights offering with Cravath and Weil. | $707 | 1.50 | $1,060.50 |
| 4/23/2020 | Terry Bart Stratton | Partner | 0420H0080: Review of greenshoe documents and Nortel Structure proposal. | $909 | 1.60 | $1,454.40 |
| 4/23/2020 | Conan A Yuzna | Senior Associate | 0420H0081: Beginning to sort through the Subscription Agreement email responses. | $464 | 0.50 | $232.00 |
| 4/23/2020 | Terry Bart Stratton | Partner | 0420H0082: Weekly call with PG&E and Weil. | $909 | 1.00 | $909.00 |
| 4/23/2020 | Sandy Liu O'Neill | Senior Associate | 0420H0083: Weekly call with PG&E and Weil. | $464 | 1.00 | $464.00 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     Exhibit E
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period April 1, 2020 through April 30, 2020**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 4/23/2020 | Conan A Yuzna | Senior Associate | 0420H0084: Weekly call with PG&E and Weil. | $464 | 1.00 | $464.00 |
| 4/24/2020 | Terry Bart Stratton | Partner | 0420H0085: Call to discuss Greenshoe and Nortel transaction for PG&E. Call with Chris Foster and Stuart Goldring to discuss 382 modeling for potential new shareholders of PG&E. | $909 | 1.30 | $1,181.70 |
| 4/24/2020 | Sandy Liu O'Neill | Senior Associate | 0420H0086: Call with Weil and Cravath on greenshoe. | $464 | 0.50 | $232.00 |
| 4/24/2020 | Conan A Yuzna | Senior Associate | 0420H0087: Call with Weil and Cravath on greenshoe. | $464 | 0.50 | $232.00 |
| 4/27/2020 | Terry Bart Stratton | Partner | 0420H0088: Review of Butte Settlement side letter and think through issues for deductibility of payments. | $909 | 1.40 | $1,272.60 |
| 4/30/2020 | Terry Bart Stratton | Partner | 0420H0089: Question from PG&E on any 10 percent owners. Go back and confirm with calculations. | $909 | 0.30 | $272.70 |
| 4/30/2020 | Christine Lauren Flohr | Director | 0420H0090: Answering Request from Client Prepared outline for Form 1099 memo related to wildfire settlements. | $707 | 2.00 | $1,414.00 |
| 4/30/2020 | Sandy Liu O'Neill | Senior Associate | 0420H0091: Review tax aspects of draft plan settlement. | $464 | 2.70 | $1,252.80 |
| 4/30/2020 | Sandy Liu O'Neill | Senior Associate | 0420H0092: Review revised tax benefit payment agreement. | $464 | 1.30 | $603.20 |
| 4/30/2020 | Terry Bart Stratton | Partner | 0420H0093: Weekly call with PG&E and Weil. | $909 | 1.00 | $909.00 |
| 4/30/2020 | Sandy Liu O'Neill | Senior Associate | 0420H0094: Weekly call with Weil and PG&E. | $464 | 1.00 | $464.00 |
| 4/30/2020 | Conan A Yuzna | Senior Associate | 0420H0095: Weekly call with Weil and PG&E. | $464 | 1.00 | $464.00 |
| Subtotal - Hours and Compensation - Tax Services | | | | | 142.90 | $105,225.80 |
| *Subtotal - Hours and Compensation - Bankruptcy Tax Advisory Services* | | | | | *142.90* | *$105,225.80* |
| **Total - Hours and Compensation - Hourly Services** | | | | | **142.90** | **$105,225.80** |

Case: 19-30088    Doc# 8041-5    Filed: 06/19/20    Entered: 06/19/20 16:47:57    Page 8 of 10

PG&E Corporation, et al. (Case No. 19-30088 (DM))  Exhibit E
PwC LLP - Management, Tax and Advisory Consultants to the Debtors
Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date
For the Period April 1, 2020 through April 30, 2020

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| **Case Administration** | | | | | | |
| ***Bankruptcy Requirements and Other Court Obligations*** | | | | | ***Retention Exhibit #: CASE*** | |
| <u>Employment Applications and Other Court Filings</u> | | | | | | |
| 4/7/2020 | Andrea Clark Smith | Director | 0420H0096: Prepare updates for the PwC Partners regarding status of the Court retention and billings. | $550 | 0.70 | $385.00 |
| 4/8/2020 | Andrea Clark Smith | Director | 0420H0097: Prepare updates for the PwC Partners regarding status of the Court retention and billings. | $550 | 1.30 | $715.00 |
| Subtotal - Hours and Compensation - Employment Applications and Other Court Filings | | | | | 2.00 | $1,100.00 |
| <u>Monthly, Interim and Final Fee Applications</u> | | | | | | |
| 4/1/2020 | Andrea Clark Smith | Director | 0420H0098: Finalize Case Administration Services fee submission (Nov, Dec 2019). | $550 | 0.20 | $110.00 |
| 4/3/2020 | Andrea Clark Smith | Director | 0420H0099: Follow up with the PG&E teams regarding approval of the proposed draft exhibits for Court submission. | $550 | 0.50 | $275.00 |
| 4/6/2020 | Andrea Clark Smith | Director | 0420H0100: Follow up with the PG&E teams regarding approval of the proposed draft exhibits for Court submission. | $550 | 0.80 | $440.00 |
| 4/9/2020 | Andrea Clark Smith | Director | 0420H0101: Follow up with the PG&E team and distribute Fee Examiner files to Tracey. | $550 | 1.00 | $550.00 |
| 4/13/2020 | Andrea Clark Smith | Director | 0420H0102: Perform overall review of the monthly fee statement status and follow up with the respective teams for compliance and upcoming deadlines after the Retention hearing (5/22). | $550 | 0.60 | $330.00 |
| Subtotal - Hours and Compensation - Monthly, Interim and Final Fee Applications | | | | | 3.10 | $1,705.00 |
| ***Subtotal - Hours and Compensation - Bankruptcy Requirements and Other Court Obligations*** | | | | | ***5.10*** | ***$2,805.00*** |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))** Exhibit E
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period April 1, 2020 through April 30, 2020**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| **Total - Hours and Compensation - Case Administration** | | | | | **5.10** | **$2,805.00** |
| **Total - Hours and Compensation - Hourly Services and Case Administration** | | | | | **148.00** | **$108,030.80** |