**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     **Exhibit F**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Summary of Expenditures by Project and Type**
**For the Period April 1, 2020 through April 30, 2020**

| Transaction Type by Project | Total Expenditures |
|---|---:|
| **Fixed Fee Services** | |
| *2020 WMP Plan Post Filing Services* | *Retention Exhibit #: SUPP 2 01-K* |
|     Airfare | $4,482.39 |
|     Lodging | $17,066.52 |
|     Meals | $2,790.16 |
|     Parking | $186.00 |
|     Public/Ground Transportation | $2,003.93 |
| *Subtotal - Expenditures Sought for 2020 WMP Plan Post Filing Services* | *$26,529.00* |
| **Subtotal - Expenditures Sought for Fixed Fee Services** | **$26,529.00** |
| **Total - Expenditures Sought for Reimbursement** | **$26,529.00** |