**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     **Exhibit G**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Detail of Expenditures by Project, Professional and Date**
**For the Period April 1, 2020 through April 30, 2020**

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| **Fixed Fee Services** | | | | |
| *2020 WMP Plan Post Filing Services* | | | | *Retention Exhibit #: SUPP 2 01-K* |
| 2/24/2020 | Christopher Skoff | Public/Ground Transportation | 0420E0001: UBER - PUBLIC TRANSPORTATION WHILE WORKING FOR PG&E - TAXI CHARGES. | $45.24 |
| 2/24/2020 | Christopher Skoff | Public/Ground Transportation | 0420E0002: UBER - PUBLIC TRANSPORTATION WHILE WORKING FOR PG&E - TAXI CHARGES. | $31.48 |
| 2/24/2020 | Christopher Skoff | Meals | 0420E0003: WORKING GIRLS CAFE 3 - MEAL WHILE WORKING REMOTELY FOR PG&E - LUNCH - SELF. | $20.16 |
| 2/24/2020 | Christopher Skoff | Meals | 0420E0004: BAMBUZA VIETNAM KITCHEN - MEAL WHILE WORKING REMOTELY FOR PG&E - LUNCH - SELF. | $8.60 |
| 2/24/2020 | Juliana Renne | Airfare | 0420E0005: DELTA AIR LINES - ECONOMY (ONE WAY) AIRFARE - NEW YORK, NY (JFK) TO SAN FRANCISCO, CA (SFO) (02/24). | $327.15 |
| 2/24/2020 | Juliana Renne | Public/Ground Transportation | 0420E0006: LYFT - PUBLIC TRANSPORTATION WHILE WORKING FOR PG&E. | $160.46 |
| 2/24/2020 | Riley Adler | Airfare | 0420E0007: DELTA AIR LINES - ECONOMY (ROUNDTRIP) AIRFARE - MINNEAPOLIS, MN (MSP) / SAN FRANCISCO, CA (SFO) (02/24 - 02/27). | $379.12 |
| 2/24/2020 | Riley Adler | Meals | 0420E0008: TENDER GREENS DTSF OLO 12 - MEAL WHILE WORKING REMOTELY FOR PG&E - LUNCH - 3 PROFS. | $56.24 |
| 2/24/2020 | Riley Adler | Meals | 0420E0009: WESTIN HOTELS AND RESORTS - MEAL WHILE WORKING REMOTELY FOR PG&E - DINNER - SELF. | $50.00 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior fee period.

Page 1 of 17
Wednesday, June 17, 2020

Case: 19-30088    Doc# 8041-7    Filed: 06/19/20    Entered: 06/19/20 16:47:57    Page 1 of 17

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     **Exhibit G**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Detail of Expenditures by Project, Professional and Date**
**For the Period April 1, 2020 through April 30, 2020**

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 2/24/2020 | Riley Adler | Public/Ground Transportation | 0420E0010: UBER - PUBLIC TRANSPORTATION WHILE WORKING FOR PG&E. | $79.95 |
| 2/24/2020 | Riley Adler | Public/Ground Transportation | 0420E0011: ORTIZ LIMOS SERVICE LLC - PUBLIC TRANSPORTATION WHILE WORKING FOR PG&E. | $60.00 |
| 2/25/2020 | Christopher Skoff | Meals | 0420E0012: ELIXIRIA - MEAL WHILE WORKING REMOTELY FOR PG&E - LUNCH - SELF. | $10.75 |
| 2/25/2020 | Christopher Skoff | Meals | 0420E0013: WOODLANDS MARKET - MEAL WHILE WORKING REMOTELY FOR PG&E - LUNCH - SELF. | $22.41 |
| 2/25/2020 | Christopher Skoff | Meals | 0420E0014: UBER EATS - MEAL WHILE WORKING REMOTELY FOR PG&E - DINNER - SELF. | $44.12 |
| 2/25/2020 | Juliana Renne | Meals | 0420E0015: GREEN BEANS COFFEE - MEAL WHILE WORKING REMOTELY FOR PG&E - SELF. | $3.62 |
| 2/25/2020 | Juliana Renne | Meals | 0420E0016: UBER EATS - MEAL WHILE WORKING REMOTELY FOR PG&E - SELF. | $35.11 |
| 2/25/2020 | Juliana Renne | Meals | 0420E0017: WOODLANDS MARKET - MEAL WHILE WORKING REMOTELY FOR PG&E - SELF. | $42.02 |
| 2/25/2020 | Juliana Renne | Public/Ground Transportation | 0420E0018: LYFT - PUBLIC TRANSPORTATION WHILE WORKING FOR PG&E. | $29.54 |
| 2/25/2020 | Juliana Renne | Public/Ground Transportation | 0420E0019: UBER - PUBLIC TRANSPORTATION WHILE WORKING FOR PG&E. | $11.82 |
| 2/25/2020 | Riley Adler | Meals | 0420E0020: SPRIG CAFE - MEAL WHILE WORKING REMOTELY FOR PG&E - BREAKFAST - SELF. | $8.85 |
| 2/25/2020 | Riley Adler | Meals | 0420E0021: WOODLANDS MARKET - MEAL WHILE WORKING REMOTELY FOR PG&E - LUNCH - SELF. | $24.61 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior fee period.

Page 2 of 17
Wednesday, June 17, 2020

Case: 19-30088    Doc# 8041-7    Filed: 06/19/20    Entered: 06/19/20 16:47:57    Page 2 of 17

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     **Exhibit G**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Detail of Expenditures by Project, Professional and Date**
**For the Period April 1, 2020 through April 30, 2020**

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 2/25/2020 | Riley Adler | Meals | 0420E0022: WESTIN HOTELS AND RESORTS - MEAL WHILE WORKING REMOTELY FOR PG&E - DINNER - SELF. | $50.00 |
| 2/26/2020 | Christopher Skoff | Meals | 0420E0023: SF SOUP CO 1 CALIFORNIA - MEAL WHILE WORKING REMOTELY FOR PG&E - LUNCH - SELF. | $16.65 |
| 2/26/2020 | Christopher Skoff | Meals | 0420E0024: UBER EATS - MEAL WHILE WORKING REMOTELY FOR PG&E - DINNER - SELF. | $32.02 |
| 2/26/2020 | Christopher Skoff | Meals | 0420E0025: SPRIG CAFE - BREAKFAST WHILE WORKING REMOTELY FOR PG&E - SELF. | $7.20 |
| 2/26/2020 | Juliana Renne | Meals | 0420E0026: UBER EATS - MEAL WHILE WORKING REMOTELY FOR PG&E - SELF. | $27.47 |
| 2/26/2020 | Juliana Renne | Meals | 0420E0027: SF SOUP CO 1 CALIFORNIA - MEAL WHILE WORKING REMOTELY FOR PG&E - SELF. | $11.14 |
| 2/26/2020 | Juliana Renne | Public/Ground Transportation | 0420E0028: LYFT - PUBLIC TRANSPORTATION WHILE WORKING FOR PG&E. | $22.30 |
| 2/26/2020 | Riley Adler | Meals | 0420E0029: BLUE BOTTLE COFFEE - MEAL WHILE WORKING REMOTELY FOR PG&E - BREAKFAST - SELF. | $13.78 |
| 2/26/2020 | Riley Adler | Meals | 0420E0030: CHIPOTLE 1566 - MEAL WHILE WORKING REMOTELY FOR PG&E - LUNCH - SELF. | $12.64 |
| 2/27/2020 | Christopher Skoff | Lodging | 0420E0031: LE MERIDIEN SAN FRANCISCO - LODGING WHILE WORKING REMOTELY AT PG&E - 3 NIGHTS STAY (02/24 - 02/27). | $2,261.07 |
| 2/27/2020 | Christopher Skoff | Meals | 0420E0032: SF SOUP CO 1 CALIFORNIA - MEAL WHILE WORKING REMOTELY FOR PG&E - LUNCH - 2 PROFS. | $30.34 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior fee period.

Page 3 of 17
Wednesday, June 17, 2020

Case: 19-30088    Doc# 8041-7    Filed: 06/19/20    Entered: 06/19/20 16:47:57    Page 3 of 17

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     Exhibit G
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Detail of Expenditures by Project, Professional and Date**
**For the Period April 1, 2020 through April 30, 2020**

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 2/27/2020 | Christopher Skoff | Airfare | 0420E0033: ALASKA AIRLINES - ECONOMY (ONE WAY) AIRFARE - SAN FRANCISCO, CA (SFO) TO SEATTLE, WA (SEA) (02/27). | $185.52 |
| 2/27/2020 | Christopher Skoff | Meals | 0420E0034: NAPA FARMS MARKET - MEAL WHILE WORKING REMOTELY FOR PG&E - DINNER - SELF. | $20.63 |
| 2/27/2020 | Christopher Skoff | Meals | 0420E0035: SPRIG CAFE - BREAKFAST WHILE WORKING REMOTELY FOR PG&E - SELF. | $6.85 |
| 2/27/2020 | Juliana Renne | Lodging | 0420E0036: MARITIM HOTELS - LODGING WHILE WORKING REMOTELY AT PG&E - 3 NIGHTS STAY (02/24 - 02/27). | $3,014.76 |
| 2/27/2020 | Juliana Renne | Meals | 0420E0037: 49 MILE MARKET ST2031 - MEAL WHILE WORKING REMOTELY FOR PG&E - SELF. | $22.05 |
| 2/27/2020 | Juliana Renne | Public/Ground Transportation | 0420E0038: UBER - PUBLIC TRANSPORTATION WHILE WORKING FOR PG&E. | $33.84 |
| 2/27/2020 | Juliana Renne | Public/Ground Transportation | 0420E0039: UBER - PUBLIC TRANSPORTATION WHILE WORKING FOR PG&E. | $11.13 |
| 2/27/2020 | Juliana Renne | Airfare | 0420E0040: DELTA AIR LINES - ECONOMY (ONE WAY) AIRFARE - SAN FRANCISCO, CA (SFO) TO NEW YORK, NY (JFK) (02/27). | $302.40 |
| 2/27/2020 | Riley Adler | Lodging | 0420E0041: WESTIN HOTELS AND RESORTS - LODGING WHILE WORKING REMOTELY FOR PG&E - 3 NIGHTS STAY (02/24 - 02/27). | $2,509.36 |
| 2/27/2020 | Riley Adler | Meals | 0420E0042: WESTIN HOTELS AND RESORTS - MEAL WHILE WORKING REMOTELY FOR PG&E - BREAKFAST - SELF. | $35.25 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior fee period.

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**      **Exhibit G**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Detail of Expenditures by Project, Professional and Date**
**For the Period April 1, 2020 through April 30, 2020**

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 2/27/2020 | Riley Adler | Meals | 0420E0043: UBER EATS - MEAL WHILE WORKING REMOTELY FOR PG&E - DINNER - 3 PROFS. | $150.00 |
| 2/27/2020 | Riley Adler | Airfare | 0420E0044: UNITED AIRLINES - ECONOMY (ONE WAY) AIRFARE - SAN FRANCISCO, CA TO HOUSTON, TX (02/27). | $207.17 |
| 2/27/2020 | Riley Adler | Public/Ground Transportation | 0420E0045: UBER - PUBLIC TRANSPORTATION WHILE WORKING FOR PG&E. | $18.99 |
| 2/27/2020 | Riley Adler | Public/Ground Transportation | 0420E0046: UBER - PUBLIC TRANSPORTATION WHILE WORKING FOR PG&E. | $80.86 |
| 2/28/2020 | Christopher Skoff | Public/Ground Transportation | 0420E0047: UBER - PUBLIC TRANSPORTATION WHILE WORKING FOR PG&E - TAXI CHARGES. | $7.60 |
| 2/28/2020 | Christopher Skoff | Public/Ground Transportation | 0420E0048: UBER - PUBLIC TRANSPORTATION WHILE WORKING FOR PG&E - TAXI CHARGES. | $39.81 |
| 2/28/2020 | Christopher Skoff | Public/Ground Transportation | 0420E0049: UBER - PUBLIC TRANSPORTATION WHILE WORKING FOR PG&E - TAXI CHARGES. | $34.72 |
| 2/29/2020 | Juliana Renne | Public/Ground Transportation | 0420E0050: LYFT - PUBLIC TRANSPORTATION WHILE WORKING FOR PG&E. | $51.75 |
| 3/1/2020 | Juliana Renne | Airfare | 0420E0051: DELTA - ECONOMY (ONE WAY) AIRFARE - NEW YORK, NY (JFK) TO SAN FRANCISCO, CA (SFO) (03/01). | $347.40 |
| 3/1/2020 | Juliana Renne | Meals | 0420E0052: HUDSON NEWS JFK - MEAL WHILE WORKING REMOTELY FOR PG&E - SELF. | $24.26 |
| 3/1/2020 | Juliana Renne | Public/Ground Transportation | 0420E0053: UBER - PUBLIC TRANSPORTATION WHILE WORKING FOR PG&E. | $57.35 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior fee period.

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**      **Exhibit G**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Detail of Expenditures by Project, Professional and Date**
**For the Period April 1, 2020 through April 30, 2020**

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 3/2/2020 | Christopher Skoff | Airfare | 0420E0054: ALASKA AIRLINES - ECONOMY (ONE WAY) AIRFARE - SEATTLE, WA (SEA) TO SAN FRANCISCO, CA (SFO) (03/02). | $322.38 |
| 3/2/2020 | Christopher Skoff | Public/Ground Transportation | 0420E0055: UBER - PUBLIC TRANSPORTATION WHILE WORKING FOR PG&E - TAXI CHARGES. | $45.63 |
| 3/2/2020 | Christopher Skoff | Public/Ground Transportation | 0420E0056: UBER - PUBLIC TRANSPORTATION WHILE WORKING FOR PG&E - TAXI CHARGES. | $43.67 |
| 3/2/2020 | Christopher Skoff | Public/Ground Transportation | 0420E0057: UBER - PUBLIC TRANSPORTATION WHILE WORKING FOR PG&E - TAXI CHARGES. | $7.71 |
| 3/2/2020 | Christopher Skoff | Meals | 0420E0058: HUDSON NEWS -SEA/TAC - BREAKFAST WHILE WORKING REMOTELY FOR PG&E - SELF. | $24.18 |
| 3/2/2020 | Christopher Skoff | Meals | 0420E0059: SF SOUP CO 1 CALIFORNIA - MEAL WHILE WORKING REMOTELY FOR PG&E - LUNCH - SELF. | $16.65 |
| 3/2/2020 | Juliana Renne | Meals | 0420E0060: SF SOUP CO 1 CALIFORNIA - MEAL WHILE WORKING REMOTELY FOR PG&E - SELF. | $11.14 |
| 3/2/2020 | Juliana Renne | Public/Ground Transportation | 0420E0061: UBER - PUBLIC TRANSPORTATION WHILE WORKING FOR PG&E. | $33.07 |
| 3/2/2020 | Riley Adler | Airfare | 0420E0062: DELTA AIR LINES - ECONOMY (ROUNDTRIP) AIRFARE - MINNEAPOLIS, MN (MSP) / SAN FRANCISCO, CA (SFO) (03/02 - 03/05). | $360.05 |
| 3/2/2020 | Riley Adler | Meals | 0420E0063: W HOTELS - MEAL WHILE WORKING REMOTELY FOR PG&E - BREAKFAST - SELF. | $35.16 |
| 3/2/2020 | Riley Adler | Public/Ground Transportation | 0420E0064: ORTIZ LIMOS SERVICE LLC - PUBLIC TRANSPORTATION WHILE WORKING FOR PG&E. | $65.00 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior fee period.

Page 6 of 17
Wednesday, June 17, 2020

Case: 19-30088    Doc# 8041-7    Filed: 06/19/20    Entered: 06/19/20 16:47:57    Page 6 of 17

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     **Exhibit G**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
Detail of Expenditures by Project, Professional and Date
For the Period April 1, 2020 through April 30, 2020

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 3/3/2020 | Christopher Skoff | Public/Ground Transportation | 0420E0065: UBER - PUBLIC TRANSPORTATION WHILE WORKING FOR PG&E - TAXI CHARGES. | $9.60 |
| 3/3/2020 | Christopher Skoff | Public/Ground Transportation | 0420E0066: UBER - PUBLIC TRANSPORTATION WHILE WORKING FOR PG&E - TAXI CHARGES. | $8.36 |
| 3/3/2020 | Christopher Skoff | Meals | 0420E0067: SBUX05646 - BREAKFAST WHILE WORKING REMOTELY FOR PG&E - SELF. | $9.10 |
| 3/3/2020 | Christopher Skoff | Meals | 0420E0068: WOODLANDS MARKET - MEAL WHILE WORKING REMOTELY FOR PG&E - LUNCH - SELF. | $37.12 |
| 3/3/2020 | Christopher Skoff | Meals | 0420E0069: UBER EATS - MEAL WHILE WORKING REMOTELY FOR PG&E - DINNER - SELF. | $40.46 |
| 3/3/2020 | Juliana Renne | Meals | 0420E0070: WOODLANDS MARKET - MEAL WHILE WORKING REMOTELY FOR PG&E - SELF. | $51.68 |
| 3/3/2020 | Juliana Renne | Meals | 0420E0071: LE MERIDIEN SAN FRANCISCO - MEAL WHILE WORKING REMOTELY FOR PG&E - SELF. | $38.81 |
| 3/3/2020 | Riley Adler | Meals | 0420E0072: PRESSED - MEAL WHILE WORKING REMOTELY FOR PG&E - BREAKFAST - SELF. | $16.33 |
| 3/3/2020 | Riley Adler | Meals | 0420E0073: W HOTELS - MEAL WHILE WORKING REMOTELY FOR PG&E - BREAKFAST - SELF. | $50.00 |
| 3/3/2020 | Riley Adler | Meals | 0420E0074: W HOTELS - MEAL WHILE WORKING REMOTELY FOR PG&E - DINNER - SELF. | $50.00 |
| 3/3/2020 | Riley Adler | Public/Ground Transportation | 0420E0075: UBER - PUBLIC TRANSPORTATION WHILE WORKING FOR PG&E. | $74.04 |
| 3/4/2020 | Christopher Skoff | Meals | 0420E0076: SPRIG CAFE - BREAKFAST WHILE WORKING REMOTELY FOR PG&E - SELF. | $7.20 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior fee period.

Page 7 of 17
Wednesday, June 17, 2020

Case: 19-30088    Doc# 8041-7    Filed: 06/19/20    Entered: 06/19/20 16:47:57    Page 7 of 17

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     Exhibit G
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Detail of Expenditures by Project, Professional and Date**
**For the Period April 1, 2020 through April 30, 2020**

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 3/4/2020 | Christopher Skoff | Meals | 0420E0077: SAN FRANCISCO SOUP COMPANY - MEAL WHILE WORKING REMOTELY FOR PG&E - LUNCH - SELF. | $26.85 |
| 3/4/2020 | Juliana Renne | Meals | 0420E0078: SAN FRANCISCO SOUP COMPANY - MEAL WHILE WORKING REMOTELY FOR PG&E - SELF. | $30.48 |
| 3/4/2020 | Juliana Renne | Meals | 0420E0079: SBUX05431 - MEAL WHILE WORKING REMOTELY FOR PG&E - SELF. | $11.65 |
| 3/4/2020 | Juliana Renne | Meals | 0420E0080: UBER EATS - MEAL WHILE WORKING REMOTELY FOR PG&E - 3 PROFS (K SACHEZ, C SKOFF & SELF). | $87.02 |
| 3/4/2020 | Juliana Renne | Meals | 0420E0081: SBUX05431 - MEAL WHILE WORKING REMOTELY FOR PG&E - SELF. | $13.20 |
| 3/4/2020 | Riley Adler | Meals | 0420E0082: SBUX16839 - MEAL WHILE WORKING REMOTELY FOR PG&E - BREAKFAST - SELF. | $2.75 |
| 3/4/2020 | Riley Adler | Meals | 0420E0083: W HOTELS - MEAL WHILE WORKING REMOTELY FOR PG&E - BREAKFAST - SELF. | $6.00 |
| 3/4/2020 | Riley Adler | Meals | 0420E0084: CHIPOTLE 1566 - MEAL WHILE WORKING REMOTELY FOR PG&E - LUNCH - SELF. | $13.93 |
| 3/4/2020 | Riley Adler | Meals | 0420E0085: W HOTELS - MEAL WHILE WORKING REMOTELY FOR PG&E - DINNER - SELF. | $50.00 |
| 3/5/2020 | Christopher Skoff | Lodging | 0420E0086: WESTIN HOTELS AND RESORTS - LODGING WHILE WORKING REMOTELY AT PG&E - 3 NIGHTS STAY (03/02 - 03/05). | $1,124.30 |
| 3/5/2020 | Christopher Skoff | Public/Ground Transportation | 0420E0087: UBER - PUBLIC TRANSPORTATION WHILE WORKING FOR PG&E - TAXI CHARGES. | $32.83 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior fee period.

Page 8 of 17
Wednesday, June 17, 2020

Case: 19-30088   Doc# 8041-7   Filed: 06/19/20   Entered: 06/19/20 16:47:57   Page 8 of 17

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     **Exhibit G**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Detail of Expenditures by Project, Professional and Date**
**For the Period April 1, 2020 through April 30, 2020**

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 3/5/2020 | Christopher Skoff | Public/Ground Transportation | 0420E0088: UBER - PUBLIC TRANSPORTATION WHILE WORKING FOR PG&E - TAXI CHARGES. | $13.84 |
| 3/5/2020 | Christopher Skoff | Public/Ground Transportation | 0420E0089: UBER - PUBLIC TRANSPORTATION WHILE WORKING FOR PG&E - TAXI CHARGES. | $1.00 |
| 3/5/2020 | Christopher Skoff | Airfare | 0420E0090: ALASKA AIRLINES - ECONOMY (ONE WAY) AIRFARE - SAN FRANCISCO, CA (SFO) TO SEATTLE, WA (SEA) (03/05). | $193.62 |
| 3/5/2020 | Christopher Skoff | Meals | 0420E0091: SPRIG CAFE - BREAKFAST WHILE WORKING REMOTELY FOR PG&E - SELF. | $7.20 |
| 3/5/2020 | Christopher Skoff | Meals | 0420E0092: UBER EATS - MEAL WHILE WORKING REMOTELY FOR PG&E - DINNER - SELF. | $26.11 |
| 3/5/2020 | Christopher Skoff | Meals | 0420E0093: NAPA FARMS MARKET - MEAL WHILE WORKING REMOTELY FOR PG&E - DINNER - SELF. | $22.60 |
| 3/5/2020 | Juliana Renne | Meals | 0420E0094: LE MERIDIEN SAN FRANCISCO - MEAL WHILE WORKING REMOTELY FOR PG&E - SELF. | $57.63 |
| 3/5/2020 | Juliana Renne | Meals | 0420E0095: THE PLANT CAFE ORGANIC - MEAL WHILE WORKING REMOTELY FOR PG&E - SELF. | $24.11 |
| 3/5/2020 | Riley Adler | Lodging | 0420E0096: W HOTELS - LODGING WHILE WORKING REMOTELY FOR PG&E - 3 NIGHTS STAY (03/02 - 03/05). | $1,391.88 |
| 3/5/2020 | Riley Adler | Meals | 0420E0097: W HOTELS - MEAL WHILE WORKING REMOTELY FOR PG&E - BREAKFAST - SELF. | $8.00 |
| 3/5/2020 | Riley Adler | Meals | 0420E0098: CHIPOTLE 1566 - MEAL WHILE WORKING REMOTELY FOR PG&E - LUNCH - SELF. | $23.97 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior fee period.

Page 9 of 17
Wednesday, June 17, 2020

Case: 19-30088    Doc# 8041-7    Filed: 06/19/20    Entered: 06/19/20 16:47:57    Page 9 of 17

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     **Exhibit G**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Detail of Expenditures by Project, Professional and Date**
**For the Period April 1, 2020 through April 30, 2020**

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 3/5/2020 | Riley Adler | Parking | 0420E0099: MSP ARPRT PARKING GEN LOT - PARKING WHILE WORKING REMOTELY FOR PG&E. | $96.00 |
| 3/5/2020 | Riley Adler | Public/Ground Transportation | 0420E0100: UBER - PUBLIC TRANSPORTATION WHILE WORKING FOR PG&E. | $82.54 |
| 3/6/2020 | Christopher Skoff | Public/Ground Transportation | 0420E0101: UBER - PUBLIC TRANSPORTATION WHILE WORKING FOR PG&E - TAXI CHARGES. | $3.00 |
| 3/6/2020 | Christopher Skoff | Public/Ground Transportation | 0420E0102: UBER - PUBLIC TRANSPORTATION WHILE WORKING FOR PG&E - TAXI CHARGES. | $44.28 |
| 3/6/2020 | Juliana Renne | Lodging | 0420E0103: LE MERIDIEN - LODGING WHILE WORKING REMOTELY AT PG&E - 5 NIGHTS STAY (03/01 - 03/06). | $2,053.72 |
| 3/6/2020 | Juliana Renne | Meals | 0420E0104: SBUX09222 - MEAL WHILE WORKING REMOTELY FOR PG&E - SELF. | $8.70 |
| 3/6/2020 | Juliana Renne | Meals | 0420E0105: ROY'S 2501 - MEAL WHILE WORKING REMOTELY FOR PG&E - SELF. | $89.14 |
| 3/6/2020 | Juliana Renne | Meals | 0420E0106: CHIPOTLE 1566 - MEAL WHILE WORKING REMOTELY FOR PG&E - 3 PROFS (K SACHEZ, M BOYD & SELF). | $47.95 |
| 3/6/2020 | Juliana Renne | Public/Ground Transportation | 0420E0107: UBER - PUBLIC TRANSPORTATION WHILE WORKING FOR PG&E. | $9.32 |
| 3/8/2020 | Mohammad Ali Suleman | Airfare | 0420E0108: SOUTHWEST AIRLINES - ECONOMY (ROUNDTRIP) AIRFARE - CHICAGO, IL (MDW) / OAKLAND, CA (OAK) (03/08 - 03/12). | $916.98 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior fee period.

Page 10 of 17
Wednesday, June 17, 2020

Case: 19-30088    Doc# 8041-7    Filed: 06/19/20    Entered: 06/19/20 16:47:57    Page 10 of 17

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     Exhibit G
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
Detail of Expenditures by Project, Professional and Date
For the Period April 1, 2020 through April 30, 2020

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 3/8/2020 | Mohammad Ali Suleman | Meals | 0420E0109: CHICAGONEWSST1732 - MEAL WHILE WORKING REMOTELY FOR PG&E - BREAKFAST - SELF. | $9.58 |
| 3/8/2020 | Mohammad Ali Suleman | Meals | 0420E0110: MEIJER - BLOOMINGDALE-IL - MEAL WHILE WORKING REMOTELY - LUNCH - SELF. | $49.82 |
| 3/8/2020 | Mohammad Ali Suleman | Meals | 0420E0111: MEDITERRANEAN MARKET - - MEALS WHILE WORKING REMOTELY AT PG&E - DINNER - SELF. | $40.68 |
| 3/8/2020 | Mohammad Ali Suleman | Public/Ground Transportation | 0420E0112: SUBURBAN TAXI - PUBLIC TRANSPORTATION WHILE WORKING FOR PG&E - TAXI CHARGES. | $68.75 |
| 3/9/2020 | Christopher Skoff | Airfare | 0420E0113: ALASKA AIRLINES - ECONOMY (ONE WAY) AIRFARE - SEATTLE, WA (SEA) TO SAN FRANCISCO, CA (SFO) (03/09). | $322.38 |
| 3/9/2020 | Christopher Skoff | Public/Ground Transportation | 0420E0114: UBER - PUBLIC TRANSPORTATION WHILE WORKING FOR PG&E - TAXI CHARGES. | $29.13 |
| 3/9/2020 | Christopher Skoff | Public/Ground Transportation | 0420E0115: UBER - PUBLIC TRANSPORTATION WHILE WORKING FOR PG&E - TAXI CHARGES. | $41.63 |
| 3/9/2020 | Christopher Skoff | Meals | 0420E0116: SF SOUP CO 1 CALIFORNIA - MEAL WHILE WORKING REMOTELY FOR PG&E - LUNCH - SELF. | $18.74 |
| 3/9/2020 | Christopher Skoff | Meals | 0420E0117: SEA CAMDEN FOODS CD2 - BREAKFAST WHILE WORKING REMOTELY FOR PG&E - SELF. | $12.74 |
| 3/9/2020 | Juliana Renne | Meals | 0420E0118: SPRIG CAFE - MEAL WHILE WORKING REMOTELY FOR PG&E - SELF. | $7.32 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior fee period.

Page 11 of 17
Wednesday, June 17, 2020

Case: 19-30088    Doc# 8041-7    Filed: 06/19/20    Entered: 06/19/20 16:47:57    Page 11 of 17

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**              **Exhibit G**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Detail of Expenditures by Project, Professional and Date**
**For the Period April 1, 2020 through April 30, 2020**

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---:|
| 3/9/2020 | Juliana Renne | Meals | 0420E0119: SF SOUP CO 1 CALIFORNIA - MEAL WHILE WORKING REMOTELY FOR PG&E - SELF. | $12.64 |
| 3/9/2020 | Mohammad Ali Suleman | Meals | 0420E0120: WALGREENS 01283 - MEAL WHILE WORKING REMOTELY FOR PG&E - BREAKFAST - SELF. | $16.20 |
| 3/9/2020 | Mohammad Ali Suleman | Meals | 0420E0121: KINARA KITCHEN INC - MEAL WHILE WORKING REMOTELY - LUNCH - SELF. | $35.64 |
| 3/9/2020 | Mohammad Ali Suleman | Meals | 0420E0122: SAFEWAY 4601 - MEALS WHILE WORKING REMOTELY AT PG&E - DINNER - SELF. | $48.48 |
| 3/9/2020 | Mohammad Ali Suleman | Public/Ground Transportation | 0420E0123: UBER - PUBLIC TRANSPORTATION WHILE WORKING FOR PG&E - TAXI CHARGES. | $61.63 |
| 3/9/2020 | Mohammad Ali Suleman | Public/Ground Transportation | 0420E0124: UBER - PUBLIC TRANSPORTATION WHILE WORKING FOR PG&E - TAXI CHARGES. | $12.30 |
| 3/9/2020 | Riley Adler | Airfare | 0420E0125: DELTA AIR LINES - ECONOMY (ROUNDTRIP) AIRFARE - MINNEAPOLIS, MN (MSP) / SAN FRANCISCO, CA (SFO) (03/09 - 03/12). | $144.82 |
| 3/10/2020 | Christopher Skoff | Public/Ground Transportation | 0420E0126: UBER - PUBLIC TRANSPORTATION WHILE WORKING FOR PG&E - TAXI CHARGES. | $1.00 |
| 3/10/2020 | Christopher Skoff | Public/Ground Transportation | 0420E0127: UBER - PUBLIC TRANSPORTATION WHILE WORKING FOR PG&E - TAXI CHARGES. | $6.96 |
| 3/10/2020 | Christopher Skoff | Meals | 0420E0128: UBER EATS - MEAL WHILE WORKING REMOTELY FOR PG&E - DINNER - SELF. | $37.57 |
| 3/10/2020 | Christopher Skoff | Meals | 0420E0129: SBUX05646 - BREAKFAST WHILE WORKING REMOTELY FOR PG&E - SELF. | $9.10 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior fee period.

Page 12 of 17
Wednesday, June 17, 2020

Case: 19-30088    Doc# 8041-7    Filed: 06/19/20    Entered: 06/19/20 16:47:57    Page 12 of 17

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     **Exhibit G**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Detail of Expenditures by Project, Professional and Date**
**For the Period April 1, 2020 through April 30, 2020**

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 3/10/2020 | Juliana Renne | Meals | 0420E0130: PABU RAMEN MARKET - MEAL WHILE WORKING REMOTELY FOR PG&E - SELF. | $60.22 |
| 3/10/2020 | Juliana Renne | Meals | 0420E0131: UBER EATS - MEAL WHILE WORKING REMOTELY FOR PG&E - SELF. | $49.85 |
| 3/10/2020 | Mohammad Ali Suleman | Meals | 0420E0132: SBUX05431 - MEAL WHILE WORKING REMOTELY FOR PG&E - BREAKFAST - SELF. | $13.20 |
| 3/10/2020 | Mohammad Ali Suleman | Meals | 0420E0133: HALAL WINGS PLUS - MEAL WHILE WORKING REMOTELY FOR PG&E - BREAKFAST - SELF. | $22.79 |
| 3/10/2020 | Mohammad Ali Suleman | Meals | 0420E0134: SAFEWAY 1711 - MEAL WHILE WORKING REMOTELY - LUNCH - SELF. | $40.82 |
| 3/10/2020 | Mohammad Ali Suleman | Meals | 0420E0135: TRADER JOES 200 - MEALS WHILE WORKING REMOTELY AT PG&E - DINNER - SELF. | $31.32 |
| 3/10/2020 | Mohammad Ali Suleman | Public/Ground Transportation | 0420E0136: UBER - PUBLIC TRANSPORTATION WHILE WORKING FOR PG&E - TAXI CHARGES. | $15.66 |
| 3/10/2020 | Mohammad Ali Suleman | Public/Ground Transportation | 0420E0137: UBER - PUBLIC TRANSPORTATION WHILE WORKING FOR PG&E - TAXI CHARGES. | $14.66 |
| 3/10/2020 | Riley Adler | Meals | 0420E0138: RITUAL.CO - MEAL WHILE WORKING REMOTELY FOR PG&E - LUNCH - 3 PROFS. | $83.32 |
| 3/10/2020 | Riley Adler | Public/Ground Transportation | 0420E0139: UBER - PUBLIC TRANSPORTATION WHILE WORKING FOR PG&E. | $72.44 |
| 3/11/2020 | Christopher Skoff | Meals | 0420E0140: WOODLANDS MARKET - MEAL WHILE WORKING REMOTELY FOR PG&E - LUNCH - SELF. | $34.30 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior fee period.

Page 13 of 17
Wednesday, June 17, 2020

Case: 19-30088   Doc# 8041-7   Filed: 06/19/20   Entered: 06/19/20 16:47:57   Page 13 of 17

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     **Exhibit G**

**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**

**Detail of Expenditures by Project, Professional and Date**

**For the Period April 1, 2020 through April 30, 2020**

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 3/11/2020 | Christopher Skoff | Meals | 0420E0141: UBER EATS - MEAL WHILE WORKING REMOTELY FOR PG&E - DINNER - SELF. | $47.98 |
| 3/11/2020 | Christopher Skoff | Meals | 0420E0142: SBUX05646 - BREAKFAST WHILE WORKING REMOTELY FOR PG&E - SELF. | $9.10 |
| 3/11/2020 | Juliana Renne | Meals | 0420E0143: WOODLANDS MARKET - MEAL WHILE WORKING REMOTELY FOR PG&E - SELF. | $24.59 |
| 3/11/2020 | Juliana Renne | Public/Ground Transportation | 0420E0144: UBER - PUBLIC TRANSPORTATION WHILE WORKING FOR PG&E. | $31.79 |
| 3/11/2020 | Juliana Renne | Airfare | 0420E0145: DELTA - ECONOMY (ONE WAY) AIRFARE - SAN FRANCISCO, CA (SFO) TO NEW YORK, NY (JFK) (03/11). | $246.72 |
| 3/11/2020 | Mohammad Ali Suleman | Meals | 0420E0146: WALGREENS 01283 - MEAL WHILE WORKING REMOTELY FOR PG&E - BREAKFAST - SELF. | $20.68 |
| 3/11/2020 | Mohammad Ali Suleman | Meals | 0420E0147: HALAL WINGS PLUS - MEAL WHILE WORKING REMOTELY - LUNCH - SELF. | $37.00 |
| 3/11/2020 | Mohammad Ali Suleman | Meals | 0420E0148: TRADER JOES 200 - MEALS WHILE WORKING REMOTELY AT PG&E - DINNER - SELF. | $40.51 |
| 3/11/2020 | Mohammad Ali Suleman | Public/Ground Transportation | 0420E0149: UBER - PUBLIC TRANSPORTATION WHILE WORKING FOR PG&E - TAXI CHARGES. | $18.30 |
| 3/11/2020 | Mohammad Ali Suleman | Public/Ground Transportation | 0420E0150: UBER - PUBLIC TRANSPORTATION WHILE WORKING FOR PG&E - TAXI CHARGES. | $15.72 |
| 3/11/2020 | Riley Adler | Meals | 0420E0151: SBUX05431 - MEAL WHILE WORKING REMOTELY FOR PG&E - BREAKFAST - SELF. | $7.15 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior fee period.

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     Exhibit G
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Detail of Expenditures by Project, Professional and Date**
**For the Period April 1, 2020 through April 30, 2020**

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 3/11/2020 | Riley Adler | Meals | 0420E0152: WOODLANDS MARKET - MEAL WHILE WORKING REMOTELY FOR PG&E - LUNCH - SELF. | $39.67 |
| 3/12/2020 | Christopher Skoff | Lodging | 0420E0153: WESTIN HOTELS AND RESORTS - LODGING WHILE WORKING REMOTELY AT PG&E - 3 NIGHTS STAY (03/09 - 03/12). | $723.09 |
| 3/12/2020 | Christopher Skoff | Public/Ground Transportation | 0420E0154: UBER - PUBLIC TRANSPORTATION WHILE WORKING FOR PG&E - TAXI CHARGES. | $28.56 |
| 3/12/2020 | Christopher Skoff | Airfare | 0420E0155: ALASKA AIRLINES - ECONOMY (ONE WAY) AIRFARE - SAN FRANCISCO, CA (SFO) TO SEATTLE, WA (SEA) (03/12). | $226.68 |
| 3/12/2020 | Christopher Skoff | Meals | 0420E0156: UBER EATS - MEAL WHILE WORKING REMOTELY FOR PG&E - DINNER - SELF. | $36.13 |
| 3/12/2020 | Christopher Skoff | Meals | 0420E0157: NAPA FARMS MARKET - MEAL WHILE WORKING REMOTELY FOR PG&E - LUNCH - SELF. | $33.78 |
| 3/12/2020 | Christopher Skoff | Meals | 0420E0158: SPRIG CAFE - BREAKFAST WHILE WORKING REMOTELY FOR PG&E - SELF. | $17.21 |
| 3/12/2020 | Juliana Renne | Lodging | 0420E0159: THE LUXURY COLLECTION - LODGING WHILE WORKING REMOTELY AT PG&E - 4 NIGHTS STAY (03/09 - 03/12). | $1,376.57 |
| 3/12/2020 | Juliana Renne | Public/Ground Transportation | 0420E0160: UBER - PUBLIC TRANSPORTATION WHILE WORKING FOR PG&E. | $43.27 |
| 3/12/2020 | Mohammad Ali Suleman | Lodging | 0420E0161: WESTIN HOTELS AND RESORTS - LODGING WHILE WORKING REMOTELY FOR PG&E - 4 NIGHTS STAY (03/08 - 03/12). | $1,037.38 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior fee period.

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     **Exhibit G**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Detail of Expenditures by Project, Professional and Date**
**For the Period April 1, 2020 through April 30, 2020**

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---:|
| 3/12/2020 | Mohammad Ali Suleman | Meals | 0420E0162: 03442AS - MEAL WHILE WORKING REMOTELY - LUNCH - SELF. | $49.48 |
| 3/12/2020 | Mohammad Ali Suleman | Meals | 0420E0163: MEDITERRANEAN MARKET - - MEALS WHILE WORKING REMOTELY AT PG&E - DINNER - SELF. | $48.01 |
| 3/12/2020 | Mohammad Ali Suleman | Public/Ground Transportation | 0420E0164: SUBURBAN TRANSPORTATION - PUBLIC TRANSPORTATION WHILE WORKING FOR PG&E - TAXI CHARGES. | $68.00 |
| 3/12/2020 | Mohammad Ali Suleman | Public/Ground Transportation | 0420E0165: UBER - PUBLIC TRANSPORTATION WHILE WORKING FOR PG&E - TAXI CHARGES. | $10.24 |
| 3/12/2020 | Mohammad Ali Suleman | Public/Ground Transportation | 0420E0166: UBER - PUBLIC TRANSPORTATION WHILE WORKING FOR PG&E - TAXI CHARGES. | $54.80 |
| 3/12/2020 | Mohammad Ali Suleman | Public/Ground Transportation | 0420E0167: UBER - PUBLIC TRANSPORTATION WHILE WORKING FOR PG&E - TAXI CHARGES. | $13.18 |
| 3/12/2020 | Mohammad Ali Suleman | Public/Ground Transportation | 0420E0168: UBER - PUBLIC TRANSPORTATION WHILE WORKING FOR PG&E - TAXI CHARGES. | $11.28 |
| 3/12/2020 | Mohammad Ali Suleman | Public/Ground Transportation | 0420E0169: UBER - PUBLIC TRANSPORTATION WHILE WORKING FOR PG&E - TAXI CHARGES. | $9.99 |
| 3/12/2020 | Riley Adler | Lodging | 0420E0170: THE LUXURY COLLECTION - LODGING WHILE WORKING REMOTELY FOR PG&E - 3 NIGHTS STAY (03/09 - 03/12). | $1,574.39 |
| 3/12/2020 | Riley Adler | Public/Ground Transportation | 0420E0171: UBER - PUBLIC TRANSPORTATION WHILE WORKING FOR PG&E. | $81.12 |
| 3/12/2020 | Riley Adler | Parking | 0420E0172: MSP ARPRT PARKING GEN LOT - PARKING WHILE WORKING REMOTELY FOR PG&E. | $90.00 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior fee period.

Page 16 of 17
Wednesday, June 17, 2020

Case: 19-30088    Doc# 8041-7    Filed: 06/19/20    Entered: 06/19/20 16:47:57    Page 16 of 17

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     **Exhibit G**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Detail of Expenditures by Project, Professional and Date**
**For the Period April 1, 2020 through April 30, 2020**

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 3/13/2020 | Christopher Skoff | Public/Ground Transportation | 0420E0173: UBER - PUBLIC TRANSPORTATION WHILE WORKING FOR PG&E - TAXI CHARGES. | $42.79 |
| 3/13/2020 | Juliana Renne | Meals | 0420E0174: STARBUCKS - MEAL WHILE WORKING REMOTELY FOR PG&E - SELF. | $12.65 |

*Subtotal - Expenditures Sought for 2020 WMP Plan Post Filing Services*     *$26,529.00*
**Total - Expenditures Sought for Fixed Fee Services**     **$26,529.00**
**Total - Expenditures Sought for Reimbursement**     **$26,529.00**

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior fee period.

Page 17 of 17
Wednesday, June 17, 2020