William B. Abrams
end2endconsulting@gmail.com
1519 Branch Owl Place
Santa Rosa, CA, 95409
Tel: 707 397 5727

*Pro Se Claimant and*

*Party to California Public Utilities Commission Proceeding I.19-09-016 to Consider the Ratemaking and Other Implications of a Proposed Plan for Resolution of Voluntary Case filed by Pacific Gas and Electric Company, pursuant to Chapter 11 of the Bankruptcy Code, in the United States Bankruptcy Court, Northern District of California, San Francisco Division, In re Pacific Gas and Electric Corporation and Pacific Gas and Electric Company, Case No. 19- 30088.*

*Party to California Public Utilities Commission Proceeding I.15-08-019 to Determine whether Pacific Gas and Electric Company and PG&E's Corporation's Organizational Culture and Governance Prioritizes Safety*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    -and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br>    Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br><br>\* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Bankr. Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administrated)<br><br>**WILLIAM B. ABRAMS OPPOSITION TO THE NOTICE OF FILING OF SECOND REVISED DRAFT PROPOSED FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER CONFIRMING DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION GIVEN JUNE 16 SUMMARY OF THE CAMP FIRE INVESTIGATION BY THE BUTTE COUNTY DISTRICT ATTORNEY REFERENCING MATERIAL ISSUES FOR PLAN CONFIRMATION [Dkt. 8025]** |

**PLEASE TAKE NOTICE** that a summary of the investigation into the PG&E Camp Fire entitled *"The Camp Fire Public Report, A Summary of The Camp Fire Investigation"* was issued on June 16, 2020 by the Butte County District Attorney that directly references a reliance upon this proceeding and matters unresolved in the current Draft Plan of Reorganization proposed by the Debtors. This provides substantive new evidence that the court must consider and is attached hereto as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that this investigation uncovered a number of organizational and structural issues that led to the Camp Fire and subsequent 84 convictions of manslaughter by the Debtors that are completely unaddressed by the proposed Plan of Reorganization. These unaddressed material and ingrained structural deficiencies provide further evidence of plan infeasibility under U.S.C. Section 1129 and need to be considered as part of the record.

**PLEASE TAKE FURTHER NOTICE** that the Debtors have chosen not to call witnesses or identify remedies to address these known persistent material issues identified during this Butte County investigation. These unmitigated structural issues cemented in this plan of reorganization provide the Debtors with no reasonable chance of avoiding further restructuring or liquidation in the near future. No plan should be considered feasible if it does not address the structural issues that led the Debtors into bankruptcy. The Debtors over-reliance on future "Plan B" restructuring options (customer owned utility, public benefit corporation, etc.) or the State Wildfire Fund should not be considered as substitutes for this court in its confirmation decision.

**PLEASE TAKE FURTHER NOTICE** that the plan must directly address the financial and non-financial issues revealed in this Butte County investigation if it is to be deemed feasible. The findings of this investigation illustrate the underlying foundational problems of the Debtors' structure which includes a strategy of deferring maintenance and strategic neglect to increase short-term return for investors. This plan as structured continues this trend and leaves the Debtors, victims and the public at greater risk. As other courts deal with the past crimes of the Debtors, it is imperative of this court to look to the future and ensure the Debtors have a REAL plan of reorganization. No business plan or plan for restructuring can be considered feasible if it does not directly address primary risk

factors like the increasing risk of wildfires faced by the Debtors. Even at this late date, it is critical for the court to consider that the Butte County Investigation provides clear new evidence that the plan of reorganization as drafted is not feasible under U.S.C. Section 1129.

Dated: June 19, 2020

Respectfully submitted,

William B. Abrams

Pro Se Claimant

///