WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors
and Debtors in Possession*

JONES DAY
Bruce S. Bennett (SBN 105430)
(bbennett@jonesday.com)
Joshua M. Mester (SBN 194783)
(jmester@jonesday.com)
James O. Johnston (SBN 167330)
(jjohnston@jonesday.com)
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071-2300
Tel:      213 489 3939
Fax:     213 243 2539

*Attorneys for Shareholder Proponents*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors.** | **NOTICE OF FILING OF DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION DATED JUNE 19, 2020** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | **[Relates to Dkt. Nos. 3841, 3966, 4563, 5101, 5590, 5700, 6217, 6320, 7521, 7736, 7814, 7937, 8024, 8048]** |
| *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

1
2
3

   **PLEASE TAKE NOTICE** that, on September 9, 2019, PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned chapter 11 cases, filed the *Debtors' Joint Chapter 11 Plan of Reorganization* [Dkt. No. 3841], which was thereafter amended, modified, or supplemented on September 23, 2019 and November 4, 2019 [Dkt. Nos. 3966 and 4563, respectively].

4
5
6
7

   **PLEASE TAKE FURTHER NOTICE** that, on December 12, 2019, the Debtors filed the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated December 12, 2019* [Dkt. No. 5101], which was thereafter amended, modified, or supplemented on January 31, 2020, February 7, 2020, March 9, 2020, March 16, 2020, and May 22, 2020 [Dkt. Nos. 5590, 5700, 6217, 6320, and 7521, respectively] (and as may be further amended, modified, or supplemented and together with all exhibits and schedules thereto, the "**Plan**").

8
9

   **PLEASE TAKE FURTHER NOTICE** that the Debtors filed drafts of the Plan on June 3, 2020, June 7, 2020, and June 14, 2020 [Docket Nos. 7736, 7814, and 7937].

10
11

   **PLEASE TAKE FURTHER NOTICE** that, on the date hereof, the Debtors filed the *Debtors' and Shareholder Proponents' Draft Joint Chapter 11 Plan of Reorganization Dated June 19, 2020* [Docket No. 8024] (the "**Draft June 19 Plan**").

12
13

   **PLEASE TAKE FURTHER NOTICE** that, on the date hereof, the Debtors filed the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020* [Docket No. 8048] (the "**June 19 Plan**").

14
15

   **PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is a redline reflecting changes between the Draft June 19 Plan and the June 19 Plan.

16
17
18
19
20

   **PLEASE TAKE FURTHER NOTICE** that copies of the pleadings and other documents identified herein can be viewed and/or obtained:  (i) by accessing the Bankruptcy Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at:  pgeinfo@primeclerk.com.  Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

21

Dated:  June 19, 2020

22

   **WEIL, GOTSHAL & MANGES LLP**
   **KELLER BENVENUTTI KIM LLP**

23
24

   /s/  *Thomas B. Rupp*
   Thomas B. Rupp

25

   *Attorneys for Debtors and Debtors in Possession*

26
27
28