Steven S. Kane, Esq., SBN: 061670
Bonnie E. Kane, Esq., SBN: 167700
**THE KANE LAW FIRM**
402 W. Broadway, Suite 2500
San Diego, CA 92101
Telephone: (619) 236-8700
Facsimile: (619) 236-1370
E-mail: skane@thekanelawfirm.com
E-mail: bonnie@thekanelawfirm.com

Attorneys for AARON DUSHAY McFALL

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re:*<br>PG&E CORPORATION<br>-and-<br>PACIFIC GAS AND ELECTRIC COMPANY<br>            Debtors.<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas & Electric<br>■ Affects Both Debtors<br>*All papers shall be filed in the Lead Case, No.19-30088 (DM)* | **Case No. 19-30088 (DM)**<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br>**DECLARATION OF AARON DUSHAY McFALL IN SUPPORT OF MOTION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9006(b)(1) TO DEEM HIS CLAIM TIMELY FILED**<br>Date: July 21, 2020<br>Time: 10:00 a.m.<br>Place: United States Bankruptcy Court<br>      Courtroom 17, 16th Floor<br>      San Francisco, CA 94102<br>Judge: Honorable Dennis Montali |

I, Aaron Dushay McFall, hereby declare and state as follows:

1. This declaration is based upon my personal knowledge unless otherwise indicated. If called upon to testify as to the matters stated herein, I could and would competently do so.

2. At the time of the Camp Fire, I was living with my mother and sister where I had resided for approximately ten years. The Camp Fire completely destroyed the home.

3. I lost all my personal possessions in the Camp Fire, including, but not limited to a dirt

---

DECLARATION OF AARON DUSHAY McFALL IN SUPPORT OF MOTION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9006(b)(1) TO DEEM HIS CLAIM TIMELY FILED

bike, bedroom furniture, audio electronic equipment, audio electronic programs, gaming equipment, clothes and shoes, personal items and items I had collected over the years.

4. My mother had retained counsel to submit claims, and I mistakenly thought that I had counsel who would submit a claim for me in the bankruptcy. I did not realize this belief was mistaken until recently, when my mother changed counsel, well after December 31, 2019.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed at Chico, California, on June 18, 2020.

*[signature]*

**AARON DUSHAY McFALL**