Steven S. Kane, Esq., SBN: 061670
Bonnie E. Kane, Esq., SBN: 167700
**THE KANE LAW FIRM**
402 W. Broadway, Suite 2500
San Diego, CA 92101
Telephone: (619) 236-8700
Facsimile: (619) 236-1370
E-mail: skane@thekanelawfirm.com
E-mail: bonnie@thekanelawfirm.com

Attorneys for AARON DUSHAY McFALL

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re:* | ) **Case No. 19-30088 (DM)** |
| PG&E CORPORATION | ) Chapter 11 |
| -and- | ) (Lead Case) |
| PACIFIC GAS AND ELECTRIC | ) (Jointly Administered) |
| COMPANY | ) |
| Debtors. | ) **NOTICE OF HEARING ON MOTION** |
| ☐ Affects PG&E Corporation | ) **PURSUANT TO FEDERAL RULE OF** |
| ☐ Affects Pacific Gas & Electric | ) **BANKRUPTCY PROCEDURE 9006(b)(1)** |
| ☐ Affects Pacific Gas & Electric | ) **TO DEEM AARON DUSHAY McFALL'S** |
| ☐ Affects Pacific Gas & Electric | ) **CLAIM TIMELY FILED** |
| ■ Affects Both Debtors | ) |
| *All papers shall be filed in the Lead Case,* | ) Date: July 21, 2020 |
| *No.19-30088 (DM)* | ) Time: 10:00 a.m. (Pacific Time) |
| | ) Place: United States Bankruptcy Court |
| | ) Courtroom 17, 16th Floor |
| _____ | ) San Francisco, CA 94102 |
| | ) Judge: Honorable Dennis Montali |

     **PLEASE TAKE NOTICE THAT** on January 29, 2019, PG&E Corporation and Pacific Gas and Electric Company, the debtors in possession (the "Debtors") in the above-captioned Chapter 11 cases (the "Chapter 11 Cases"), each filed a voluntary petition for relief under Chapter 11 of Title 11 of the United Stated Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "Bankruptcy Court").

     **PLEASE TAKE FURTHER NOTICE THAT** the Bankruptcy Court will hold a hearing on **July 21, 2020, at 10:00 a.m. (Pacific Time)** before the Honorable Dennis Montali,

Case: 19-30088    Doc# 8052    Filed: 06/20/20    Entered: 06/20/20 09:36:10    Page 1 of
2

**PLEASE TAKE FURTHER NOTICE THAT,** the hearing will not be conducted in the presiding judge's courtroom but instead will be conducted by telephone or video. All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

**PLEASE TAKE FURTHER NOTICE THAT,** copies of the Motion and its supporting papers can be viewed and/or obtained: (1) by accessing the Court's website at http://www.canb.uscourts.gov , (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free for U.S.-based parties); or +1 (929) 333-8977 for International parties or by email at pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Date: June 20, 2020.                    THE KANE LAW FIRM

   /s/ Bonnie E. Kane
BONNIE E. KANE
Attorneys for AARON DUSHAY McFALL

2

Case: 19-30088   Doc# 8052   Filed: 06/20/20   Entered: 06/20/20 09:28:19   Page 2 of
2
USBC/NDCA No. 19-30088 (DM)