```
                        United States Bankruptcy Court
                        Northern District of California
```

In re:                                                      Case No. 19-30088-DM
PG&E Corporation                                            Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

```
District/off: 0971-3          User: lparada              Page 1 of 1            Date Rcvd: Jun 18, 2020
                              Form ID: pdfeoc            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 20, 2020.
intp          +William B. Abrams,    1519 Branch Owl Pl.,    Santa Rosa, CA 95409-4352

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2020                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 18, 2020 at the address(es) listed below:
NONE.                                                                                              TOTAL: 0



Signed and Filed: June 18, 2020

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>   - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>   Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered |

**ORDER DIRECTING THE TCC AND UNITED STATES TRUSTEE TO RESPOND TO MOTIONS**

Creditor William Abrams filed a Motion for Reconsideration and Relief from the Orders Approving the Joint Stipulation Regarding the Registration Rights Agreement and Related Agreements of the Fire Victim Trust (dkt. #7974) and an accompanying Motion to Shorten Time (dkt. #7999). Due to the nature of the relief requested, the court directs the Tort

-1-

Claimants Committee and the United States Trustee to respond to both motions by 4:00 p.m. (PT) on June 25, 2020.

Debtors' response is optional.  The court will issue orders on both motions after responses are filed.

*** END OF ORDER ***

## COURT SERVICE LIST

**William B. Abrams**
1519 Branch Owl Place
Santa Rosa, CA, 95409