Jeremiah F. Hallisey (SBN 40001)
Karen J. Chedister (SBN 99473)
HALLISEY AND JOHNSON PC
465 California St, Ste 405
San Francisco, CA 94104
Telephone: (415) 433—5300
Email:: jfhallisey@gmail.com
kchedister@h-jlaw.com

Quentin L. Kopp (SBN 25070)
Daniel S. Mason (SBN 54065)
Thomas W. Jackson (SBN 107608)
FURTH SALEM MASON & LI LLP
640 Third Street, 2nd Floor
Santa Rosa, CA 95404-4445
Telephone: (707) 244-9422
Email: quentinlkopp@gmail.com
dmason@fsmllaw.com
tjackson@fsmllaw.com

Francis O. Scarpulla (SBN 41059)
Patrick B. Clayton (SBN 240191)
LAW OFFICES OF FRANCIS O. SCARPULLA
456 Montgomery Street, 17th Floor
San Francisco, CA 94104
Tel: (415) 788-7210
Email: fos@scarpullalaw.com
pbc@scarpullalaw.com

Richard A. Lapping (SBN 107496)
TRODELLA & LAPPING, LLP
540 Pacific Avenue
San Francisco, CA 94133-4608
Telephone: (415) 399-1015
Email: rich@trodellalapping.com[1]

*[Attorneys for clients as listed on signature page]*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors. | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br><br>(Jointly Administered)<br><br>**JOINDER BY CERTAIN FIRE VICTIMS TO (1) WILLIAM B. ABRAMS OPPOSITION (DKT. 8045); AND (2) GOWINS OBJECTION TO FINAL REPORT (DKT. 8034)** |

Certain Fire Victims, identified below, hereby join in the following documents filed on June 19, 2020:

(1) "William B. Abrams Opposition to the Notice of Filing of Second Revised Draft Proposed Findings of Fact, Conclusions of Law, and Order Confirming Debtors and Shareholder Proponents Joint Chapter 11 Plan of Reorganization Given June 16 Summary of the Camp Fire Investigation by the Butte County District Attorney Referencing Material Issues for Plan Confirmation," Dkt. 8045; and

(2) "Objection To Final Report of Official Committee of Tort Claimants' Investigation of Voting Results," filed by Creditor Karen Gowins (Dkt. 8034). "William B. Abrams Motion For Reconsideration and Relief From The Orders Pursuant To U.S.C. §§ 363(b) and 105(a) and Bankruptcy Rule 9024 Approving the Parties' Joint Stipulation Regarding The Registration Rights Agreement and Related Agreements of the Fire Victim Trust," Dkt. 8034.

Dated: June 21, 2020

/s/ Francis O. Scarpulla
Francis O. Scarpulla

Francis O. Scarpulla (SBN 41059)
Patrick B. Clayton (SBN 240191)
LAW OFFICES OF FRANCIS O. SCARPULLA
456 Montgomery Street, 17th Floor
San Francisco, CA 94104
Tel: (415) 788-7210
Email: fos@scarpullalaw.com
pbc@scarpullalaw.com

Attorneys for Creditors
GER Hospitality, LLC, Adolfo Veronese, Richard Carpeneti, Romana Bracco, Jeanette Smylie, Mark Baker, June Stewart, and Joseph P. Russoniello

Jeremiah F. Hallisey (SBN 40001)
Hallisey and Johnson, PC
465 California Street, Suite 405
San Francisco, CA 94104-1812
Telephone: (415) 433-5300
Email: jfhallisey@gmail.com

Attorneys for William, Ming, and Fuguan O'Brien; Kye and Michael Heinstein; Clint Reilly; Karen Roberds and Anita Freeman; and William N. Steel

Quentin L. Kopp (SBN 25070)
Daniel S. Mason (SBN 54065)
Thomas W. Jackson (SBN 107608)
FURTH SALEM MASON & LI LLP
640 Third Street, 2nd Floor
Santa Rosa, CA 95404-4445
Telephone: (707) 244-9422
Email: quentinlkopp@gmail.com
dmason@fsmllaw.com
tjackson@fsmllaw.com

Attorneys for Ken Born, Christine Born, Cathy Ference, William Ference, Allen Goldberg, Robert Johnson, Patricia and Paul Goodberg, Terence Redmond, Melissa Redmond, Sonoma Court Shops, Inc., Rita Godward

# CERTIFICATE OF SERVICE

I, Francis O. Scarpulla, declare as follows:

I am a citizen of the United States and over the age of eighteen (18) years and not a party to the within action. My business address is 456 Montgomery Street, 17th Floor, San Francisco, CA 94014.

On June 21, 2020, I served document(s) described as:

**JOINDER BY CERTAIN FIRE VICTIMS TO (1) WILLIAM B. ABRAMS OPPOSITION (DKT. 8045); AND (2) GOWINS OBJECTION TO FINAL REPORT (DKT. 8034)**

on the interested parties in this action as follows:

[ ] BY MAIL: Service was accomplished by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, addressed as set forth above.

[X] BY E-MAIL/NEF: Service was accomplished through the Notice of Electronic Filing ("NEF") for all parties and counsel who are registered ECF Users and those identified below:

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. This declaration was executed on June 21, 2020 at San Francisco, California.

/s/ Francis O. Scarpulla
Francis O. Scarpulla