| | |
|---|---|
| WEIL, GOTSHAL & MANGES LLP<br>Stephen Karotkin (*pro hac vice*)<br>(stephen.karotkin@weil.com)<br>Ray C. Schrock, P.C. (*pro hac vice*)<br>(ray.schrock@weil.com)<br>Jessica Liou (*pro hac vice*)<br>(jessica.liou@weil.com)<br>Matthew Goren (*pro hac vice*)<br>(matthew.goren@weil.com)<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>Tel: 212 310 8000<br>Fax: 212 310 8007 | JONES DAY<br>Bruce S. Bennett (SBN 105430)<br>(bbennett@jonesday.com)<br>Joshua M. Mester (SBN 194783)<br>(jmester@jonesday.com)<br>James O. Johnston (SBN 167330)<br>(jjohnston@jonesday.com)<br>555 South Flower Street<br>Fiftieth Floor<br>Los Angeles, CA 90071-2300<br>Tel: 213 489 3939<br>Fax: 213 243 2539<br><br>*Attorneys for Shareholder Proponents* |

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**NOTICE OF FILING OF NINTH SUPPLEMENT TO PLAN SUPPLEMENT IN CONNECTION WITH DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION**<br><br>**[Relates to Dkt. Nos. 7037, 7503, 7563, 7712, 7810, 7841, 7879, 7894, 7929]** |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**PLEASE TAKE NOTICE** that, on September 9, 2019, PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned chapter 11 cases, filed the *Debtors' Joint Chapter 11 Plan of Reorganization* [Dkt. No. 3841], which was thereafter amended, modified, or supplemented on September 23, 2019 and November 4, 2019 [Dkt. Nos. 3966 and 4563, respectively].

**PLEASE TAKE FURTHER NOTICE** that, on December 12, 2019, the Debtors filed the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated December 12, 2019* [Dkt. No. 5101], which was thereafter amended, modified, or supplemented on January 31, 2020, February 7, 2020, March 9, 2020, March 16, 2020, May 22, 2020, and June 19, 2020 [Dkt. Nos. 5590, 5700, 6217, 6320, 7521, and 8048 respectively] (and as may be further amended, modified, or supplemented and together with all exhibits and schedules thereto, the "**Plan**").

**PLEASE TAKE FURTHER NOTICE** that, on June 20, 2020, the United States Bankruptcy Court for the Northern District of California entered the *Order Confirming Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization* [Dkt. No. 8053] (the "**Confirmation Order**").

**PLEASE TAKE FURTHER NOTICE** that, on May 1, 2020, the Debtors filed the *Notice of Filing of Plan Supplement in Connection with Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020* [Dkt. No. 7037] (as supplemented on May 22, 2020 [Dkt. No. 7503], May 24, 2020 [Dkt. No. 7563], June 2, 2020 [Dkt. No. 7712], and June 5, 2020 [Dkt. No. 7810], June 8, 2020 [Dkt. No. 7841], June 10, 2020 [Dkt. No. 7879], and June 11, 2020 [Dkt. No. 7894], and June 12, 2002 [Dkt. No. 7929] and as may be further amended, modified, or supplemented, the "**Plan Supplement**").

**This Ninth Supplement to the Plan Supplement contains the following:**

- Exhibit A – PG&E Fire Victim Trust Agreement (with all Exhibits, including the Fire Victim Claims Resolution Procedures) **(Amends and Supersedes Exhibit D to Plan Supplement filed May 1, 2020 [Docket No. 7037])**

**PLEASE TAKE FURTHER NOTICE** that the Plan Supplement documents attached hereto remain subject to final documentation in a manner consistent with the Confirmation Order, the Plan, the Subrogation Claims RSA, the Tort Claimants RSA, the Noteholder RSA, the Backstop Commitment Letters, and the other Plan Documents, as applicable.

**PLEASE TAKE FURTHER NOTICE** that the Debtors and Shareholder Proponents reserve the right to amend the documents contained in the Plan Supplement before the Effective Date in accordance with the terms of the Confirmation Order, the Plan, the Subrogation Claims RSA, the Tort Claimants RSA, the Noteholder RSA, the Backstop Commitment Letters, and the other Plan Documents, as applicable.

**PLEASE TAKE FURTHER NOTICE** that copies of the pleadings and other documents identified herein can be viewed and/or obtained: (i) by accessing the Bankruptcy Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based

parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: June 21, 2020

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**

/s/ *Thomas B. Rupp*
Thomas B. Rupp

*Attorneys for Debtors and Debtors in Possession*