# EXHIBIT A

## COMPENSATION BY PROFESSIONAL
## APRIL 1, 2020 THROUGH APRIL 30, 2020

The attorneys and paraprofessionals who rendered legal services in these Chapter 11 Cases from April 1, 2020 through April 30, 2020 (the "**Fee Period**") are:

| NAME OF PROFESSIONAL: | POSITION | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Tobias S. Keller | Partner | 1990 | 850 | 1 | $850 |
| Peter J. Benvenutti | Partner | 1974 | 850 | 81.3 | $69,105 |
| Jane Kim | Partner | 2003[1] | 700 | 17.3 | $12,110 |
| Keith A. McDaniels | Of Counsel | 1997 | 650 | 1.7 | $1,105 |
| Dara L. Silveira | Associate | 2010 | 450 | 21.9 | $9,855 |
| Thomas B. Rupp | Associate | 2011 | 450 | 53.5 | $24,075 |
| Hadley Roberts-Donnelly | Paralegal Trainee | N/A | 150 | 60.9 | $9,135 |
| **Total Professionals:** | | | | **237.6** | **$126,235** |

[1] Member of the California Bar since 2014

| PROFESSIONALS TOTALS: | BLENDED RATE (rounded to nearest dollar) | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | 821 | 101.3 | $83,170 |
| Associates | 450 | 75.4 | $33,930 |
| **Blended Attorney Rate** | **663** | **176.7** | **$117,100** |
| Paraprofessionals and other non-legal staff | 150 | 60.9 | $9,135 |
| **Total Fees Incurred** | **531** | **237.6** | **$126,235** |