# EXHIBIT B

# COMPENSATION BY WORK TASK CODE FOR
# SERVICES RENDERED BY KELLER BENVENUTTI KIM LLP
# APRIL 1, 2020 THROUGH APRIL 30, 2020

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 002 | Omnibus & Miscellaneous Court Appearances | 22 | $7,125 |
| 004 | General Case Administration | 47.2 | $11,135 |
| 005 | Automatic Stay Proceedings | 33.1 | $26,015 |
| 006 | IDI, Meeting of Creditors and Creditor Inquiries | 2.2 | $1,470 |
| 007 | Professional Retention and Compensation – Keller Benvenutti Kim | 4.9 | $2,205 |
| 008 | Professional Retention and Compensation – Other Professionals | 25.8 | $8,120 |
| 012 | Tort Committee | .2 | $170 |
| 014 | Employee Matters | .4 | $180 |
| 016 | General Asset Analysis and Recovery | .6 | $470 |
| 017 | Sale or Use of Property – Motions | 3 | $1,350 |
| 018 | Executory Contract Issues | .3 | $210 |
| 019 | Tax Issues | .1 | $45 |
| 020 | Regulatory Issues | 2.1 | $1,265 |
| 021 | Plan – Advice, Strategy and Negotiation | .3 | $210 |
| 022 | Plan and Disclosure Statement – Preparation of Documents | 2.5 | $1,205 |
| 023 | Plan Confirmation | 1.1 | $620 |
| 026 | Wildfire Litigation | 1.5 | $800 |
| 027 | Claims Review | 2.1 | $1,425 |
| 028 | Claim Disputes and Resolution | 63 | $45,685 |
| 032 | USDC Probation Compliance | 1.7 | $1,105 |
| 036 | Miscellaneous Litigation Issues and Advice | 18.6 | $13,220 |
| 037 | Appeals | 4.9 | $2,205 |
| **TOTAL** | | **237.6** | **$126,235** |