**EXHIBIT C**

**EXPENSE SUMMARY**
**APRIL 1, 2020 THROUGH APRIL 30, 2020**

| EXPENSES | AMOUNTS |
|---|---|
| Computerized Research | $0 |
| Meals | $0 |
| Travel | $0 |
| Transportation | $0 |
| Printing and Duplication | $321.91 |
| Transcription Services | $1,022.45 |
| Telephone Conferencing | $56.10 |
| Messenger | $0 |
| Filing Fees | $0 |
| Litigation Support Vendors | $13,000 |
| **Total Expenses Requested:** | **$14,400.46** |