**EXHIBIT E**



Billing Statement No. 042020
Date: 06/22/2020
Due Upon Receipt

650 California Street, Suite 1900
San Francisco, CA 94108
Email: admin@kbkllp.com

PG&E Corporation
Attn: Janet Loduca
77 Beale Street
San Francisco, CA 94105

## 00138-31 PG&E

## Chapter 11 representation- Expenses

| Type | Date | Description | Quantity | Rate | Fees and Expenses Total |
|---|---|---|---|---|---|
| Expense | 04/07/2020 | E105 Telephone: Court Call Invoice No. 10512307 | 1.00 | $56.10 | $56.10 |
| Expense | 04/09/2020 | E116 Trial transcripts: eScribers Invoice No. 321674 | 1.00 | $477.95 | $477.95 |
| Expense | 04/14/2020 | E102 Outside printing: Clear Discovery Invoice No. 1334 | 1.00 | $321.91 | $321.91 |
| Expense | 04/16/2020 | E116 Trial transcripts: eScribers Invoice No. 323010 | 1.00 | $544.50 | $544.50 |
| Expense | 04/30/2020 | E118 Litigation support vendors: Mitratech Invoice No. 10594 | 1.00 | $13,000.00 | $13,000.00 |

| Time Keeper | Position | Time | Rate | Fees and Expenses Total |
|---|---|---|---|---|
| | | | Fees and Expenses Subtotal | $14,400.46 |
| | | | Fees and Expenses Total | $14,400.46 |