# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−3 | User: dchambers | Date Created: 6/23/2020 |
| Case: 19−30088 | Form ID: TRANSC | Total: 9 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Debra I. Grassgreen | dgrassgreen@pszjlaw.com |
| aty | Gregory A. Bray | gbray@milbank.com |
| aty | James O. Johnston | jjohnston@jonesday.com |
| aty | Matthew Jordan Troy | matthew.troy@usdoj.gov |
| aty | Michael S. Etkin | metkin@lowenstein.com |
| aty | Paul J. Pascuzzi | ppascuzzi@ffwplaw.com |
| aty | Paul R. Glassman | pglassman@sycr.com |

TOTAL: 7

**Recipients submitted to the Claims Agent (Prime Clerk):**

| | | | | |
|---|---|---|---|---|
| aty | David J. Molton | Brown Rudnick LLP | 7 Times Square | New York, NY 10036 |
| aty | Stephen Karotkin | Weil, Gotshal & Manges LLP | 767 Fifth Avenue | New York, NY 10153 |

TOTAL: 2