# EXHIBIT A

## INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name: Assurant (American Security Ins. Co., Standar~

By: Peter J. Loughlin

Name: PETER J. LOUGHLIN

Title: VICE PRESIDENT

Guaranty Ins. Co, and American Bankers Ins. Co.)

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

Scanned with CamScanner

# INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion.  For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Carrier Group:   Starr Tech

Insurer Names:  ACE American Insurance Company
                Starr Surplus Lines Insurance Company
                General Security Indemnity Company of Arizona

By:             _Paul Casetta_____

Name:           Paul Casetta_____

Title:          Subrogation Attorney_____

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

## INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name: Riverstone (Advent)

By: *Terry Pevehouse*

Name: Terry Pevehouse

Title: Subrogation Account Manager

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

## INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name:  American International Group, Inc.[2]

By:  *Russell Lippman*

Name:  Russell Lippman

Title:  Authorized Signatory

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

[2] This Insurer Adoption Agreement is being entered into on behalf of American International Group, Inc., and its subsidiaries, including, without limitation, the subsidiaries listed in **Exhibit B**.

**Exhibit B:  Subsidiaries of American International Group, Inc.**

AIG Europe Limited

AIG Europe, S.A.

AIG Property Casualty Company

AIG Specialty Insurance Company

American Home Assurance Company

American International Group UK Limited

Commerce and Industry Insurance Company

Granite State Insurance Company

Illinois National Insurance Co.

Lexington Insurance Company

National Union Fire Insurance Company of Pittsburgh, Pa.

New Hampshire Insurance Company

The Insurance Company of the State of Pennsylvania

## INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Carrier Group:   Munich RE America

Insurer Names:   American Alternative Insurance Company
American Family Home Insurance Company
The Princeton Excess & Surplus Lines Insurance

By:   _Paul Casetta_ _____

Name:   Paul Casetta _____

Title:   Subrogation Attorney _____

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

## INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Creditor/Carrier Group Name: **American Modern**

Insurer Names: **American Family Home Insurance Company; American Modern Home Insurance Company**

By: _____

Name: Paul Casetta _____

Title: Subrogation Attorney _____

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

## INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name: Amica Mutual Insurance Company

By:

Name: Bryce Wahl

Title: Associate Claims Examiner

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

# INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name: All Interested Underwriters standing behind AmRisc

By: _Terry Pevehouse_

Name: Terry Pevehouse

Title: Subrogation Account Manager
Sedgwick | Delegate Authority - Representative

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

# INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name:  AmTrust North America and its underwriting carrier's; Security National Insurance Company, Technology Insurance Company, Inc. and Wesco Insurance Company

By:  _____

Name:  Ronny Roundtree_____

Title:  Recovery Claims Director_____

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

**Exhibit A:  Mutual Made Whole Release**

## INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name: American National Property And Casualty

By:

Name: Stuart M. Paulson, J.D.

Title: S.V.P., P&C Claims

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

## INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer:**

**APOLLO CREDIT STRATEGIES MASTER FUND, LTD.,**
as assignee of Allianz Global Risks US Insurance Company

By: Apollo ST Fund Management LLC, its investment manager

By: _____

Name: Joseph D. Glatt
Title:   Vice President

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

# INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name: **Arch Specialty Insurance Company**

By: _Paul Casetta_

Name: Paul Casetta

Title: Subrogation Attorney

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

# INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name: Certain Underwriters at Lloyds

By: _____

Name: Elena Rojas

Title: Subrogation TPA Account Manager

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

# INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name: ___Global Indemnity___

By: _____

Name: ___David Elliott___

Title: ___SVP Claims___

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

# INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name:     ASI Select Insurance Corp.

By:     _David Clark (signature)_

Name:     David Clark

Title:     Subrogation Supervisor

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

## INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

*\* Aspen American Insurance Co.*
*Aspen Insurance UK Limited*

**Insurer**

Insurer Name: _Aspen Specialty Insurance Co._ *

By: _(signature)_

Name: _Anthony Anniello_

Title: _V.P., Property Claims_

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

## INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name: Assurant (American Security Ins. Co., Standar

By: Peter J. Lough        Guaranty Ins. Co,

Name: PETER J. LOUGHLIN        and American

Title: VICE PRESIDENT        Bankers Ins. Co.)

---
[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

Scanned with CamScanner

# INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name: Attestor Value Master Fund

By:

Name: Christopher Guth

Title: Authorised Attorney

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

Doc ID: d6a9e87a130be4c716aff94ddd9c35b3898cec22

# INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **<u>Exhibit A</u>**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Carrier Group:  Axis Specialty

Insurer Names: Axis Specialty Europe SE
Certain Underwriters at Lloyd's of London, UK Subscribing to Policy No. PN1700079

By:        _Paul Casetta_

Name:      Paul Casetta

Title:     Subrogation Attorney

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

## INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion.  For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name:  Barbican Managing Agency Limited for and on behalf of Syndicate 1955 at LLoyds

By:  *Sian Martin*

Name:  Sian Martin

Title:  Syndicate 1955 Claims Manager

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

DocuSign Envelope ID: 766C1E70-7464-4740-BC58-0FE98D550178

**Exhibit A:  Mutual Made Whole Release**

Case: 19-30088    Doc# 8068-1    Filed: 06/22/20    Entered: 06/22/20 15:41:19    Page 24 of 40

DocuSign Envelope ID: 455CAB8B-969E-4276-9234-8DC650584CA2

## INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion.  For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

**Insurers**

BG RESOLUTION PARTNERS I-A, L.L.C.

By: BRP Partners II, Inc., its Manager

By: _____

Name: Joshua A. S. Greenhill

Title: Vice President


BG RESOLUTION PARTNERS I-B, L.L.C.

By: BRP Partners II, Inc., its Manager

By: _____

Name: Joshua A. S. Greenhill

Title: Vice President


BG RESOLUTION PARTNERS II-A, L.L.C.

By: BRP Partners II, Inc., its Manager

By: _____

Name: Joshua A. S. Greenhill

Title: Vice President


BG RESOLUTION PARTNERS II-B, L.L.C.

By: BRP Partners II, Inc., its Manager

By: _____

Name: Joshua A. S. Greenhill

Title: Vice President


- 2 -

DocuSign Envelope ID: 455CAB8B-969E-4276-9234-8DC650584CA2

BG RESOLUTION PARTNERS III-A, L.L.C.

By: BRP Partners II, Inc., its Manager

By: _____
    Name: Joshua A. S. Greenhill
    Title: Vice President


BG RESOLUTION PARTNERS III-B, L.L.C.

By: BRP Partners II, Inc., its Manager

By: _____
    Name: Joshua A. S. Greenhill
    Title: Vice President


BG RESOLUTION PARTNERS IV-A, L.L.C.

By BRP Partners II, Inc., its Manager

By: _____
    Name: Joshua A. S. Greenhill
    Title: Vice President


BG RESOLUTION PARTNERS IV-B, L.L.C.

By: BRP Partners II, Inc., its Manager

By: _____
    Name: Joshua A. S. Greenhill
    Title: Vice President

DocuSign Envelope ID: 455CAB8B-969E-4276-9234-8DC650584CA2

BG RESOLUTION PARTNERS V-A, L.L.C.

By: BRP Partners II, Inc., its Manager

By: _____
     Name: Joshua A. S. Greenhill
     Title: Vice President


BG RESOLUTION PARTNERS V-B, L.L.C.

By: BRP Partners II, Inc., its Manager

By: _____
     Name: Joshua A. S. Greenhill
     Title: Vice President


BG RESOLUTION PARTNERS VI, L.L.C.

By: BRP Partners II, Inc., its Manager

By: _____
     Name: Joshua A. S. Greenhill
     Title: Vice President


BG RESOLUTION PARTNERS VII, L.L.C.

By BRP Partners II, Inc., its Manager

By: _____
     Name: Joshua A. S. Greenhill
     Title: Vice President

DocuSign Envelope ID: 455CAB8B-969E-4276-9234-8DC650584CA2

BG INVESTMENT PARTNERS I-B, L.L.C.

By: BRP Partners II, Inc., its Manager

By: _____
Name: Joshua A. S. Greenhill
Title:  Vice President

BG INVESTMENT PARTNERS II-A, L.L.C.

By: BRP Partners II, Inc., its Manager

By: _____
Name: Joshua A. S. Greenhill
Title:  Vice President

BG INVESTMENT PARTNERS II-B, L.L.C.

By: BRP Partners II, Inc., its Manager

By: _____
Name: Joshua A. S. Greenhill
Title:  Vice President

BG ACQUISITION PARTNERS I-A, L.L.C.

By: BRP Partners II, Inc., its Manager

By: _____
Name: Joshua A. S. Greenhill
Title:  Vice President

BG ACQUISITION PARTNERS I-B, L.L.C.

By: BRP Partners II, Inc., its Manager

By: _____
       Name: Joshua A. S. Greenhill
       Title:  Vice President


BG SUBROGATION PARTNERS I-A, L.L.C.

By: BRP Partners II, Inc., its Manager

By: _____
       Name: Joshua A. S. Greenhill
       Title:  Vice President

DocuSign Envelope ID: 455CAB8B-969E-4276-9234-8DC650584CA2

**Exhibit A:  Mutual Made Whole Release**

## INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Carrier Group: Beazley

Insurer Names: Certain Underwriters at Lloyd's of London, UK Subscribing to Policy No. PTAM1701507
Certain Underwriters at Lloyd's of London, UK Subscribing to Policy No. B128415509W18
Certain Underwriters at Lloyd's of London, UK Subscribing to Policy No. W1D52B160101
Certain Underwriters at Lloyd's of London, UK Subscribing to Policy No. W1DC80180201

By: _____

Name: Paul Casetta _____

Title: Subrogation Attorney _____

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

## INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion.  For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name: _____ Berkley National Insurance Co. and Berkley Regional Insurance Co._

By: _____

Name: _____ Scott G. Johnson_____

Title: _____ Attorney of Record_____

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

## INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Carrier Group: Berkshire Hathaway

Insurer Names: Berkshire Hathaway Specialty Insurance Company
National Fire & Marine Insurance Company

By: _____

Name: Paul Casetta _____

Title: Subrogation Attorney _____

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

## INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name: _California Casualty Indem Exchange_

By: _Jeff Grafius_

Name: _[signature]_

Title: _Claim Director of Operations_

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

## INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**, and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name: CALIFORNIA FAIR PLAN ASSOCIATION

By: *[signature]*

Name: ESTEE C. NATALE

Title: VP-CLAIMS

- 2 -

*WFG Draft 5/13/20*
*Privileged & Confidential*

**Exhibit A: Mutual Made Whole Release**

- 2 -

# INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion.  For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name: _CALIFORNIA MUTUAL_

By: _____

Name: _MATT CURLEY_

Title: _DIRECTOR of CLAIMS_

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

# INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name:  Canopius Managing Agents Ltd.

By:

Name:  Jill Kumm

Title:  On behalf of Canopius Managing Agents Ltd.

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

## INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name: Precision Risk Management, Inc. on behalf of Century National Insurance

By: _____

Name: _____ Lin W. Lan

Title: _____ president

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

# INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion.  For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name: __Chubb__

By: __*John Serio*__

Name: __John Serio__

Title: __AVP, Litigation Specialist, Subrogation, NA Claims__

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.