# INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name: _California Insurance Guarantee Association_

By: _Brad Roeber_

Name: _BRAD ROEBER_

Title: _EXECUTIVE DIRECTOR_

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

## <u>INSURER ADOPTION AGREEMENT</u>

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **<u>Exhibit A</u>**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion.  For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name: <u>The Cincinnati Insurance Companies</u>

Recoverable Signature

X _Jay O'Hara_

Jay O'Hara
Asst Secretary / Manager
Signed by: jay_ohara@cinfin.com

By:

Name:

Title:

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

## INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A,**[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**    CNA and its entities: American Casualty Company, Continental Casualty Company, Continental Insurance Company, National Fire Insurance Company of Hartford, Transportation Insurance Company, and Valley Forge Insurance Company

Insurer Name: _____

By: _____

Name:      Peter McCarron

Title:      SVP Claim

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

## INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name: Cowen Special Investments LLC

By:

Name: Burton Welly

Title: Authorized Signatory

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

# INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **<u>Exhibit A</u>**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion.  For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name: Crestmont Insurance Company

By: _Paul Casetta_

Name: Paul Casetta

Title: Subrogation Attorney

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

## INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name: Crusader Insurance Company

By: _Adlee_____ 6-4-20

Name: Adam LaPierre

Title: Chief Claims Officer

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

## INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name: CSE Insurance Group

By:

Name:    Diana Puig

Title:    Vice President of Claims

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

## INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name: _THE DENTISTS INSURANCE COMPANY_

By: _____

Name: _ROBERT SPINELLI_

Title: _CEO_

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

## INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name: _____ EMC Insurance companies _____

By: _____

Name: _____ Rowdy Evans _____

Title: _____ Subrogation Consultant _____

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

## INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Carrier Group:   Sompo International

Insurer Names:   Endurance American Specialty Insurance Company
                 Endurance Specialty Insurance Company

By:              _Paul Casetta_ (signature)

Name:            Paul Casetta

Title:           Subrogation Attorney

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

## INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Carrier Group:  Everest

Insurer Names:  Everest Indemnity Insurance Company
Everest National Insurance Company

By:  _____

Name:  Paul Casetta

Title:  Subrogation Attorney

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

## INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name: _____Everest National Insurance Company_____

By: _____*Takiea Mance*_____

Name: _____Takiea Mance_____

Title: _____Claims Examiner II_____

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

# INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name: <u>Farmers Insurance</u> *

By: _(signature)_

Name: <u>Jonathan Hart</u>

Title: <u>Director of Subrogation</u>

* 21st Century Insurance Company, COAST NATIONAL INSURANCE COMPANY, Farmers Insurance Company of Idaho, Farmers Insurance Company of Oregon, Farmers Insurance Exchange, FARMERS SPECIALTY INSURANCE COMPANY, Fire Insurance Exchange, FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN, FOREMOST PROPERTY AND CASUALTY INSURANCE COMPANY, FOREMOST SIGNATURE INSURANCE COMPANY, Illinois Farmers Insurance Company, Insurance Underwriting Company, Mid-Century Insurance Company, and Truck Insurance Exchange

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

## INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name: _Federated Insurance_

By: _Toni E. Willey_

Name: _Toni E. Willey_

Title: _Regional Claims Manager_

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

## <u>INSURER ADOPTION AGREEMENT</u>

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **<u>Exhibit A</u>**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name: <u>Government Employees Insurance Company</u>

By: _Kyle Short_

Name: <u>Kyle Short</u>

Title: <u>Subrogation Manager</u>

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

## INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **<u>Exhibit A</u>**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion.  For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name:  Generali US Branch

By: _Paul Casetta_

Name: <u>Paul Casetta</u>

Title: <u>Subrogation Attorney</u>

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

## INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion.  For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name:    GRANGE INSURANCE ASSOCIATION

By:    */s/ Brandon Mathias* (electronic signature provided due to present lack of printer or scanner)

Name:    Brandon Mathias

Title:    Claims Manager

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

## INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name:          Great American Insurance Company

                            Great American Assurance Company

                            Great American E&S Insurance Company

                            Great American Insurance Company of New York

                            Great American Alliance Insurance Company

                            Great American Spirit Insurance Company

By:          _Raymond H. Corley (signature)_

Name:          Raymond H. Corley

Title:          Divisional Vice President Corporate Claims

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

## INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name: Great American Insurance

By: Chris L Wright

Name: Chris L. Wright

Title: Divisional Assistant Vice-President of Claims, Specialty Equipment Division

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

# INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion.  For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name:  Great Lakes Reinsurance (SE)

By:

Name:      Steven Soltman

Title:       Its Attorney and Authorized Representative

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

## INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**, and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name: *Berkshire Hathaway Guard Insurance Company*

By: *Quinn Conaboy*

Name: *Quinn Conaboy*

Title: *Subrogation Manager*

- 2 -

*WFG Draft 5/13/20*
*Privileged & Confidential*

### Exhibit A: Mutual Made Whole Release

- 2 -

## INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name: _GuideOne Insurance_

By: _____

Name: _Brian Nelson_

Title: _SVP Claim_

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

## INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name: HAGERTY INS. Co.

By: Stephen A. Seeber

Name: SA 9Se

Title: Recover Manager

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

## INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name:  Hartford Accident & Indemnity Company and affiliates, including Trumbull Insurance Company, Hartford Fire Insurance Company, Sentinel Insurance Company, Ltd., Hartford Casualty Insurance Company, Harford Underwriters Insurance Company, Property & Casualty Insurance Company of Hartford, Twin City Fire Insurance Company

By:

Name:  Jason Kuselias

Title:  Assistant Vice President

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

## INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Carrier Group:   HDI Global

Insurer Names:  HDI Global SE
                HDI Global Insurance Company
                International Insurance Company of Hannover SE

By:        _____

Name:      Paul Casetta_____

Title:     Subrogation Attorney_____

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

## INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name: <u>Houston Casualty Company</u>

By:   <u>Fidelis Claims Services LLC</u>

Name:   _(signature)_

Title:   <u>Senior Director-Inland Marine Claims</u>

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

## INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name: _Interinsurance Exchange of the Automobile Club_

By: _[signature]_

Name: _John K. Beckley_

Title: _Deputy General Counsel_

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

## INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Carrier Group:   Ironshore

Insurer Names:  Ironshore Insurance, Ltd.
             Ironshore Specialty Insurance Company

By:       _Paul Casetta_ _____

Name:       Paul Casetta _____

Title:       Subrogation Attorney _____

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

## INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name: _Leading Insurance Services, Inc., US Manager for Kookmin Best Insurance Co. Ltd, US Branch_

By: _____

Name: _Sally Song_

Title: _Claims Analyst_

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

## INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Carrier Group:   RSUI Group

Insurer Names:   Landmark American Insurance Company
                 RSUI Indemnity Company

By:       _Paul Casetta_____

Name:     Paul Casetta_____

Title:    Subrogation Attorney_____

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.