# INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name:  Liberty Mutual Insurance Company on behalf of itself and any and all of its
<u>affiliates and subsidiaries, including, without limitation:</u>

- American Economy Insurance Company
- American Fire & Casualty Company
- American States Insurance Company
- American States Preferred
- Employers Insurance Company of Wausau
- First Liberty Insurance Group
- First National Insurance Company of America
- General Insurance Company of America
- Golden Eagle Insurance Company
- Ironshore Indemnity Inc.
- Ironshore Insurance Ltd.
- Ironshore Specialty Insurance Company
- Liberty Insurance Corporation
- Liberty Insurance Underwriters, Inc.

- Liberty Mutual Holding Company
- Liberty Mutual Insurance Company
- Liberty Mutual Insurance Europe Ltd.
- Liberty Mutual Fire Insurance Company
- Liberty Surplus Insurance Company
- LM General Insurance Company
- Ohio Casualty Insurance Company
- Ohio Security Insurance Company
- Peerless Indemnity Insurance Company
- Peerless Insurance Company
- Safeco Insurance Company of America
- Safeco Insurance Company of Illinois
- Safeco Insurance Company of Oregon
- West American Insurance Company

By: _____

Name:  Barbara Young

Title:  Senior Claims Manager

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

## INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion.  For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name:  Certain at Lloyds, London (Atrium)

By:

Name:  Steven Soltman

Title:  Its Attorney and Authorized Representative

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

# INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name: Certain Underwriters at Lloyds, London (Novae)

By: _(signature)_

Name: Steven Soltman

Title: Its Attorney and Authorized Representative

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

# INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Carrier Group: Argo Global

Insurer Names: Certain Underwriters at Lloyd's of London UK Subscribing to Policy No. B0429BA1704109
Certain Underwriters at Lloyd's of London UK Subscribing to Policy No B1230AP01428A17;
Certain Underwriters at Lloyd's of London UK Subscribing to Policy No. B126BW0024518ADA
Certain Underwriters at Lloyd's of London UK Subscribing to Policy No. B1156OARPAR180N
Certain Underwriters at Lloyd's of London UK Subscribing to Policy No. NGW44183016
Certain Underwriters at Lloyd's of London UK Subscribing to Policy No. ABLD058028
Certain Underwriters at Lloyd's of London UK Subscribing to Policy No. B1526003441300301
Certain Underwriters at Lloyd's of London UK Subscribing to Policy No. B1230AP01428A17
Certain Underwriters at Lloyd's of London UK Subscribing to Policy No. B1262BW0024518
Certain Underwriters at Lloyd's of London UK Subscribing to Policy No. B1156BD1700735000

By: _____

Name: Paul Casetta

Title: Subrogation Attorney

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

# INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **<u>Exhibit A</u>**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion.  For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name:  Certain Underwriters at Lloyd's of London, UK and Insurers Subscribing to
Policy No. B1230AP56189A17

By: _Paul Casetta_

Name: Paul Casetta

Title: Subrogation Attorney

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

# INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Carrier Group:  Canopius

Insurer Names:  Certain Underwriters at Lloyd's of London, UK Subscribing to Policy No. B57635DAA
Certain Underwriters at Lloyd's of London, UK Subscribing to Policy No. B63355AAA
Certain Underwriters at Lloyd's of London, UK Subscribing to Policy No. B55721BAA

By:  _____

Name:  Paul Casetta

Title:  Subrogation Attorney

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

# INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Carrier Group:   Novae Group

Insurer Names:   Certain Underwriters at Lloyd's of London, UK Subscribing to Policy No. LSI100402-05
Certain Underwriters at Lloyd's of London, UK Subscribing to Policy No. LSI103618-01
Certain Underwriters at Lloyd's of London, UK Subscribing to Policy No. B0507L16360-521
Certain Underwriters at Lloyd's of London, UK Subscribing to Policy No. LSI100966-04

By:      _____

Name:   Paul Casetta_____

Title:    Subrogation Attorney_____

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

## INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Carrier Group:   Tokio Marine-HCC

Insurer Names:   Certain Underwriters at Lloyd's of London, UK and Insurers Subscribing to Policy No. P17A1770A001
Certain Underwriters at Lloyd's of London, UK and Insurers Subscribing to Policy No. P17B6450A001

By: _____

Name:     Paul Casetta_____

Title:      Subrogation Attorney_____

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

# INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion.  For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name:   **Certain Underwrites at Lloyd's of London Subscribing to Policy No. PLNMBLV00001318**    (Argenta Holdings Limited)

By:   _Paul Casetta_

Name:   Paul Casetta

Title:   Subrogation Attorney

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

# INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **<u>Exhibit A</u>**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Carrier Group:   Cincinnati Global Underwriting, Ltd.

Insurer Name:   Certain Underwriters at Lloyd's of London, UK Subscribing to Policy No. B123AP01428A18-16247
Certain Underwriters at Lloyd's of London, UK Subscribing to Policy No. H3X00642
Certain Underwriters at Lloyd's of London, UK Subscribing to Policy No. H3X00697
Certain Underwriters at Lloyd's of London, UK Subscribing to Policy No. H3X00826
Certain Underwriters at Lloyd's of London, UK Subscribing to Policy No. H3X00540
Certain Underwriters at Lloyd's of London, UK Subscribing to Policy No. H3X00910
Certain Underwriters at Lloyd's of London, UK Subscribing to Policy No. H3X00606
Certain Underwriters at Lloyd's of London, UK Subscribing to Policy No. H3X00266
Certain Underwriters at Lloyd's of London, UK Subscribing to Policy No. PN1600673
Certain Underwriters at Lloyd's of London, UK Subscribing to Policy No. ECF056681
Certain Underwriters at Lloyd's of London, UK Subscribing to Policy No. PG1700158
Certain Underwriters at Lloyd's of London, UK Subscribing to Policy No. PRPNA16006676
Certain Underwriters at Lloyd's of London, UK and Insurers Subscribing to Policy No. PTNAM1802877

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

By: _____

Name: Paul Casetta

Title: Subrogation Attorney

Case: 19-30088    Doc# 8068-3    Filed: 06/22/20    Entered: 06/22/20 15:41:19    Page 11 of 40

# INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Carrier Group: Ascot Group

Insurer Names: Certain Underwriters at Lloyd's of London UK Subscribing to Policy No.
PN1700157
Certain Underwriters at Lloyd's of London UK Subscribing to Policy No.
PN1700364

By: _____

Name: Paul Casetta _____

Title: Subrogation Attorney _____

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

## INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name: Certain Underwriters at Lloyd's of London, UK Subscribing to Policy No. PSLPLl06107

By: _____

Name:    Paul Casetta_____

Title:     Subrogation Attorney_____

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

# INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name: MAPFRE

By:

Name: Ray Borski

Title: Subrogation Adjuster

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

## INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name: _____ Markel  Syndicate Management _____

By: _____ *K Reeder* _____

Name: _____ Kelly Reeder _____

Title: _____ Claims Manager _____

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

## INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name: _Markel Service, Incorporated_

By: _Tim Anderson_

Name:  Timothy M. Anderson

Title:  Director, Claims

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

# INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion.  For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name: _____ Maxum Indemnity Company _____

By: _____ */s/ Amara E. Bennett* (electronic signature provided due to present lack of access to printer or scanner)

Name: _____ Amara E. Bennett, CIIP, DAE _____

Title: _____ Sr. Claims Specialist, Complex Commercial Property _____

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

# INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **<u>Exhibit A</u>**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion.  For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name:  Maxum Indemnity Company

By:  _Paul Casetta_

Name:  <u>Paul Casetta</u>

Title:  <u>Subrogation Attorney</u>

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

## INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name: Mercury Insurance Company

By:

Name: Christopher O'Rourke

Title: VP Property Claims

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

## INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name: _MetLife_

By: _[signature]_

Name: _Mark Hagen_

Title: _Sr Subrogation Analyst_

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

# INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

Insurer Name:

      Allied P&C Insurance Company
      AMCO Insurance Company
      Crestbrook Insurance Company
      Depositors Insurance Company
      Harleysville Insurance Company
      Nationwide Agribusiness Insurance NAIC
      Nationwide Insurance Company of America
      Nationwide Mutual Fire Insurance Company
      Nationwide Mutual Insurance Company
      Scottsdale Indemnity Company
      Scottsdale Insurance Company
      Western Heritage Insurance Company
      Victoria Fire and Casualty Company

By:

Name:      Klaus Diem

Title:      Senior Vice President, Chief Risk Officer

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

# INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name:  Great Divide Insurance Co. / Nautilus Insurance Co.

By:           *Harpreet Singh*

Name:           Harpreet Singh

Title:           Subrogation Manager

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

## INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name: Nautilus Insurance Company

By: _(signature)_

Name: MARK Nestor

Title: Sr Technical Coordinator

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

## INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**, and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name: NONPROFITS INSURANCE ALLIANCE OF CALIFORNIA

By: _Kimberly Aday (signature)_

Name: KIMBERLY ADAY

Title: CFO & TREASURER

- 2 -

*WFG Draft 5/13/20*
*Privileged & Confidential*

**Exhibit A: Mutual Made Whole Release**

- 2 -

## INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name: _Atlantic Specialty / OneBeacon_

By: _D E Maus_    _6/1/2020_

Name: _David E. Maus_

Title: _Recovery Examiner_

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

# INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name: _Oregon Mutual Insurance Company_

By: _Curh S Katt_

Name: _CHARLES S. KATTER_

Title: _Vice President - Claims_

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

## INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

MCHA Holdings, LLC

Insurer Name: _____

By: _____

Name: _____Reuben Kopel_____

Title: _____Authorized Signatory_____

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

# INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion.  For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name:  Pacific Specialty Insurance Company

By:  _[signature]_

Name:  Patricia M. Fama

Title:  Director/Senior Counsel

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

# INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Carrier Group:    Peninsula Insurance Bureau

Insurer Names:    Certain Underwriters at Lloyd's of London, UK Subscribing to Policy No. PIV106864
Certain Underwriters at Lloyd's of London, UK Subscribing to Policy No. PIV110301
Certain Underwriters at Lloyd's of London, UK Subscribing to Policy No. PIV106514
Certain Underwriters at Lloyd's of London, UK Subscribing to Policy No. PIV105719
Certain Underwriters at Lloyd's of London, UK Subscribing to Policy No. PIV106859
Certain Underwriters at Lloyd's of London, UK Subscribing to Policy No. PIV105114
Certain Underwriters at Lloyd's of London, UK Subscribing to Policy No. PIV105626
Certain Underwriters at Lloyd's of London, UK Subscribing to Policy No. PIV105143
Certain Underwriters at Lloyd's of London, UK Subscribing to Policy No. PIV119634
American National Insurance Company

By: _____

Name:    Paul Casetta_____

Title:    Subrogation Attorney_____

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

## INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name: _Pharmacists Mutual Insurance Company_

By: _(signature)_

Name: _Ivy Kitzinger_

Title: _Assistant Vice President, Claims_

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

**BY CLAIMANT [Add Name]:**

_____
Signature of Claimant or Representative

Ivy Kitzinger
_____
Printed Name of Signator

Assistant Vice President, Claims
_____
Capacity of Signator

## INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name: Philadelphia Indemnity Insurance Co.

By: *Bob Finizio*

Name: Robert P. Finizio

Title: Senior Claims Examiner

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

**INSURER ADOPTION AGREEMENT**

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**, and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

Insurer

Insurer Name: _Philadelphia Indemnity Insurance Company_

By: _Randy Steinberg_

Name: _Randy Steinberg_

Title: _Claims Examiner_

- 2 -

*WFG Draft 5/13/20*
*Privileged & Confidential*

**Exhibit A:  Mutual Made Whole Release**

- 2 -

# INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name:   Progressive Group of Insurance Companies

By:   *Julie Marinchick*

Name:   Julie Marinchick

Title:   Sr Mgr Subrogation

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

## INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion.  For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name: MCHA Holdings, LLC

By: _(signature)_

Name: Reuben Kopel

Title: Authorized Signatory

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

## INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name: _Privilege Underwriters Reciprocal Exchange_

By: _Marion. Dimetrosky_

Name: _Marion. Dimetrosky_

Title: _Subrogation Manager_

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

# INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Carrier Group:   QBE European Operations

Insurer Names:   Certain Underwriters at Lloyd's of London, UK Subscribing to Policy No. PN1700089
Certain Underwriters at Lloyd's of London, UK Subscribing to Policy No. PN1600673
Certain Underwriters at Lloyd's of London, UK Subscribing to Policy No. N17NA10020
Certain Underwriters at Lloyd's of London, UK Subscribing to Policy No. PRPNA1701511

By:  _____

Name:   Paul Casetta

Title:   Subrogation Attorney

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

# INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion.  For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name:  RSUI INDEMNITY COMPANY

By:  DAN DURBIN  *Danial L. Durbin*

Name:  DAN DURBIN

Title:  CHIEF CLAIMS SPECIALIST

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

# INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Carrier Group:   SCOR

Insurer Names:  General Security Indemnity Company of Arizona

By: _____

Name:      Paul Casetta_____

Title:        Subrogation Attorney_____

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

## INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion.  For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name: Mesa Underwriters Specialty Insurance Company

By: _____

Name:          Ryan Wittrien

Title:          Claims Property Subrogation Specialist

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.