# INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion.  For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name:   Sentry Insurance a Mutual Company

By:   *Cynthia D. Barnes*

Name:   Cynthia D. Barnes

Title:   Senior Subrogation Adjuster - Property

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

# <u>INSURER ADOPTION AGREEMENT</u>

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **<u>Exhibit A</u>**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion.  For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**SPCP Group, LLC**

By: _____

Name: <u>Michael Gatto</u>

Title: <u>Authorized Signatory</u>

**Subrogation Claims Holdings, LLC**

By: _____

Name: <u>Michael Gatto</u>

Title: <u>Authorized Signatory</u>

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

## INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name: _Sung Inkeuster OBD Endurance Insurance_

By: _Richard _____

Name: _RICHARD KEATLY_

Title: _VP Property Claims_

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

# INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion.  For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Carrier Group:   Latitude Subrogation Services

Insurer Names:  Star Insurance Company
                            United Specialty Insurance

By:          _Paul Casetta_ _____

Name:       Paul Casetta _____

Title:        Subrogation Attorney _____

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

# INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name: <u>State Farm County Mutual Insurance Company of Texas</u>

By: <u>Phillip G. Hawkins</u>

Name: <u>Phillip Hawkins</u>

Title: <u>Senior Vice President</u>

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

# INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name: State Farm Fire and Casualty Company

By: *Sue Murray*        6/5/2020

Name:        Sue Murray

Title:        VPO, P&C Claims

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

## INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion.  For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name: <u>State Farm General Insurance Company</u>

By:　　　　　　_____

Name:　　　　　<u>Tom Conley</u>

Title:　　　　　<u>Senior Vice President</u>

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

## INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name: State Farm Mutual Automobile Insurance Company

By: *Sue Murray*           6/5/2020

Name: Sue Murray

Title: VPO, P&C Claims

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

## INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name: Stillwater Insurance Group

By:

Name:       Mark Kleine

Title:        Vice President of Claims

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

## INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name: <u>Camberwell Green LLC</u>

By: _____

Name: <u>James Dougherty</u>

Title: <u>Authorized Signatory</u>

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

# INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**      WESTPORT INSURANCE CORPORATION

Insurer Name: FIRST SPECIALTY INSURANCE CORPORATION

By: _____

Name: WILLIAM J. ASHTON

Title: CLAIMS MANAGER, V.P.

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

## INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion.  For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Carrier Group:   Talbot Underwriting

Insurer Names:   Certain Underwriters at Lloyd's of London, UK Subscribing to Policy No. B0429BA1704109
Certain Underwriters at Lloyd's of London, UK Subscribing to Policy No. B0429BA1802148
Certain Underwriters at Lloyd's of London, UK Subscribing to Policy No. PN1600673

By:  _____

Name:   Paul Casetta _____

Title:   Subrogation Attorney _____

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

# INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **<u>Exhibit A</u>**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion.  For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name:  <u>TOKIO MARINE KILN SYNDICATES LIMITED</u>

By:  _____

Name:  <u>Nick Hutton-Penman          Angela Gordon</u>

Title:  <u>DCEO                  Deputy Company Secretary</u>

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

# INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name:   Tokio Marine America Insurance Company

By:   _Paul Casetta_

Name:   Paul Casetta

Title:   Subrogation Attorney

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

## INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name: _____ Tokio Marine HCC

By: _____

Name: _____ Christopher Downing

Title: _____ Senior Marine and Energy Adjuster

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

Scanned with CamScanner

## INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name: TOPA INSURANCE COMPANY

By: Cynthia Maia

*Cynthia Maia*

Cynthia Maia

Digitally signed by Cynthia Maia
DN: C=US, OU=Claims, O=Topa Ins Co, CN=Cynthia Maia, E=cmaia@topa-ins.com
Reason: I am the author of this document
Location: your signing location here
Date: 2020-05-20 15:17:17
Foxit PhantomPDF Version: 9.7.0

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

## INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion.  For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name: <u>TLFI INVESTMENTS B, LLC</u>

By: <u>REDSTONE OMJV GP, LLC, its managing member</u>

Name: <u>Joshua Peck</u>

Title: <u>Vice President</u>

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

# INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Names: The Travelers Indemnity Company and certain of its property

casualty affiliates, including Travelers Property Casualty Company of America,

Northfield Insurance Company, The Travelers Indemnity Company of Connecticut,

St. Paul Fire and Marine Insurance Company, Travelers Casualty Insurance Company of America,

Travelers Commercial Insurance Company, The Standard Fire Insurance Company,

The Travelers Home and Marine Insurance Company, Fidelity and Guaranty

Insurance Underwriters, Inc., The Travelers Indemnity Company of America,

and Travelers Property Casualty Insurance Company

By: _____

Name: _____James V. Somers_____

Title: _____Vice-President_____

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

# INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion.  For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name: _____Tudor Insurance Company_____

By: _____

Name: _____Brian T. Suth_____

Title: _____Attorney and Agent_____

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

# INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name: United States Liability Insurance Company

By:            James M. Ziff

Name:

Title:         Vice President – Property Claims

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

## INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name: Garrison Property and Casualty Company

By: _Shawn E. Caine_

Name: Shawn E. Caine

Title: Authorized Attorney, Law Offices of Shawn E. Caine, A.P.C.

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

## INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name: USAA Casualty Insurance Company

By: _Shawn E. Caine_

Name: Shawn E. Caine

Title: Authorized Attorney, Law Offices of Shawn E. Caine, A.P.C.

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

## INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name: USAA General Indemnity Company

By: _(signature)_

Name: Shawn E. Caine

Title: Authorized Attorney, Law Offices of Shawn E. Caine, A.P.C.

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

## INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name: _Velocity Risk Underwriters, LLC (acting on behalf of United Specialty Insurance Company, Interstate Fire and Casualty Company and Certain Underwriters at Lloyd's)

By: _____

Name:        Terry Pevehouse_____

Title:        Subrogation Account Manager
             Sedgwick | Delegated Authority _____

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

# INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **<u>Exhibit A</u>**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name:       Vibe Syndicate Management  (As Lead Insurer)

By:       */s/ Rob Pitt* (electronic signature provided due to present lack of access to printer or scanner)

Name:       Rob Pitt

Title:       Claims Controller

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

# INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name: Wawanesa General Insurance Company

By: _Philip Butera_

Name: Philip Butera

Title: Claims Manager

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

## INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name: _____Western World Insurance Company_____

By: _____

Name: _____Brian T. Suth_____

Title: _____Attorney and Agent_____

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

# INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Carrier Group:  XL Catlin

Insurer Name:  Certain Underwriters at Lloyd's of London, UK and Insurers Subscribing to Policy No. B06011530U16
Certain Underwriters at Lloyd's of London, UK and Insurers Subscribing to Policy No. PTNAM1802878
Certain Underwriters at Lloyd's of London, UK and Insurers Subscribing to Policy No. B115851701677
Certain Underwriters at Lloyd's of London, UK and Insurers Subscribing to Policy No. ESF0224775

By:

Name:  Paul Casetta

Title:  Subrogation Attorney

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

## INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name: _Zenith Insurance Company_

By: _CxICP_

Name: _DAVID C. PARK_

Title: _SENIOR VICE PRESIDENT AND DEPUTY GENERAL COUNSEL_

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

# INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name: _Zurich American Insurance Company_

By: _Philip Boling    June 1, 2020_

Name: _Philip Boling_

Title: _Recovery Litigation Specialist_

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

# INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name: Ascot Underwriting Ltd

By: _O. Bradley_

Name: Olivia Bradley

Title: Claims Adjuster

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

# INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the undersigned Insurer's (or its predecessor's) insured that signs the Mutual Made Whole Release upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant following the Effective Date of the Debtors' Plan and the funding of the Subrogation Wildfire Trust with $11 billion. For the avoidance of doubt, "Insurer" as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer:**

Name: <u>Banc of America Credit Products, Inc.,</u>
<u>as assignee of Metropolitan Property and Casualty Insurance Company</u>

By: _____

Name: Seth Denson

Title: Director

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

## INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the ●● ● ●●● ● ●●●● ●● ●●●●●● ●●●●●●●● ●● ●● ●●●●● ●● ● ●●●●●●● ● ●● ●●● ● ●● ●●● ●● ●●●● ● ●●●●● upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant ●● ●●● ● ●● ●●●●●●● ●●●●●●● ●●● ●●●● ●●●●●● ● ●●● ●●●●● ●● ●●●●●● ●●● funding of the Subrogation Wildfire Trust with $11 billion●●●● ● ●●●● ●●●●●●● ●● ●● ● ●●● ●●● ●●●●● ●● ●● as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name: ARG Contact LLC

By:

Name: RICHARD GRISSINGER

Title: S. MANAGING DIRECTOR

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

## INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the ●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●● upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant ●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●● funding of the Subrogation Wildfire Trust with $11 billion●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●● as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

By: _____

Name: RICHARD GRISSINGER

Title: Sr MANAGING DIRECTOR

## INSURER ADOPTION AGREEMENT

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **Exhibit A**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the ●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●● upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant ●●●●● ● ●●●●●●●●●●●●● ●●●●●●●●● ●●●●●●● ●●●●●●●●●●●●●●●● funding of the Subrogation Wildfire Trust with $11 billion●●●● ●●●●●●●●●●●●●●● ●●●●●●●●●●●●●●●●●●●●●● as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name: <u>Centerbridge Special Credit Partners III LP</u>

By: _(signature)_

Name: Richard Grissinger

Title: Sr. Managing Director

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.

## <u>INSURER ADOPTION AGREEMENT</u>

The undersigned Insurer has read and understands the Mutual Made Whole Release attached hereto as **<u>Exhibit A</u>**,[1] and agrees to be bound by the terms thereof as to each Claimant that is the ●● ● ●●●● ● ●●● ●●● ●● ●●●●●● ●● ●●●●● ●● ●●●● ●●● ●●●● ●● ●●●●●●● ● ●●● ●●● ● ●● ●●● ●●●●● ●● ●● ●●● ● ●●●●● upon, and only upon, the execution of such Mutual Made Whole Release and submission to the Fire Victim Trust by such Claimant ●● ●●● ● ●● ●●● ●●● ●●●●●●●● ●●●● ●●●● ●●● ● ●●● ●●●● ●● ● ●●●● ● ●●●●●●● funding of the Subrogation Wildfire Trust with $11 billion●●● ● ●●●● ●● ●● ● ●●● ●●● ●●● ● ●●● ●●●● ●● ● ●●● ●●●●●●●●●●● as used in the Mutual Made Whole Release shall include (without limitation) the California Insurance Guarantee Association.

**Insurer**

Insurer Name: <u>SSW Credit, L.L.C.</u>

By: _____

Name: <u>Richard Grissinger</u>

Title: <u>Sr. Managing Director</u>

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Mutual Made Whole Release.