# Exhibit A

| Date Statement Filed | Period Covered | Total Compensation and Expenses Incurred for Period Covered | | Total Amount of Fees Authorized to be Paid Pursuant to Interim Compensation Order | Total Amount of Expenses Authorized to be Paid Pursuant to Interim Compensation Order | Holdback Fees Amount |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees w/ No Objection (@ 80%) | Expenses (@ 100%) | Fees w/ No Objection (@ 20%) |
| May 29, 2020 | 03/01/20 - 03/31/20 | $761,508.50 | $1,223.40 | $609,206.80 | $1,223.40 | $152,301.70 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

4