**Entered on Docket**
**June 22, 2020**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**Signed and Filed: June 22, 2020**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered |

## TENTATIVE RULING REGARDING CLAIMS OBJECTION PROCEDURES

Debtors filed a Motion for Order Approving (A) Procedures for Filing Omnibus Objections to Claims and (B) the Form and Manner of the Notice of Omnibus Objections (dkt. #7758) (the "Motion") and set it to be heard on June 24, 2020. Several parties filed objections and joinders, and Debtors filed a reply. The following is the court's tentative ruling on the Motion.

The court has reviewed the Motion and concludes that it is appropriate to allow Debtors to submit 250 claims in lieu of 100 claims as required by Fed. R. Bankr. P. 3007(e)(6). Further, it is unnecessary for Debtors to attach individual proofs of claim to omnibus objections to claims, as otherwise required by B.L.R. 3007-1(a). The court has also reviewed Debtors' reply (dkt. #8059) and concludes that all concessions made in favor of objecting parties appear to be appropriate, with the exception of the modification proposed for the proposed Notice (dkt. #7758-2) and paragraph 2.I.i.d of the current version of the proposed order, *i.e.*, the evidentiary requirements set forth for claimants. Unless Debtors present compelling reasons to do otherwise, the court intends to strike that provision from the order entirely. Claimants are not required to prove up their claims at the outset. *See Heath v. Am. Express Travel Related Servs. Co., Inc. et al, (In re Heath)*, 331 B.R. 424, 435 (9th Cir. BAP 2005).

Finally, the court has reviewed Debtors' proposed Notice and will require some changes. Debtors are instructed to employ the language of 'scream or die' procedures of B.L.R. 9014-1 and state in the notice that a hearing will not take place if the claimant fails to respond. If a claimant fails to respond per the notice of hearing, Debtors may submit an order after requesting entry of default. If a claimant does respond, a status conference will be held in accordance with B.L.R. 3007-1(b), at which legal, but not factual, issues may be decided by the court. Factual issues may be set for further hearing.

**\*\*\* END OF TENTATIVE RULING \*\*\***

**COURT SERVICE LIST**