RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

BORIS KUKSO
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-353-1857 (v)
202-307-0054 (f)
Boris.Kukso@usdoj.gov

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>      Debtor.<br>_____<br>In re:<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>      Debtor.<br>_____ | Case No. 19-30088 and 19-30089<br>(Jointly Administered)<br><br>Chapter 11<br>Honorable Judge D. Montali<br><br><br>**REQUEST TO BE REMOVED**<br>**FROM ECF NOTIFICATIONS** |

TO THE CLERK OF THE COURT AND ALL PARTIES IN INTEREST

1    PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Bankr. P. 2002 and 9007, the

2    undersigned attorney hereby requests to be removed from the Court's Courtesy Notification of

3    Electronic Filing in these jointly administered cases.

4    

5    Dated: June 23, 2020.

                                    RICHARD E. ZUCKERMAN
6                                   Principal Deputy Assistant Attorney General

7                                   /*s/ Boris Kukso*
                                    BORIS KUKSO
8                                   Trial Attorney, Tax Division
                                    U.S. Department of Justice
9                                   P.O. Box 683
                                    Washington, D.C.  20044
10                                  202-353-1857 (v)
                                    202-307-0054 (f)
11                                  Boris.Kukso@usdoj.gov

Request To Be Removed From ECF Notifications
Case No. 19-30088

# CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of June, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all those entitled thereto.

                                      */s/ Boris Kukso*
                                      BORIS KUKSO
                                      Trial Attorney
                                      United States Department of Justice, Tax Division

Request To Be Removed From ECF Notifications
Case No. 19-30088

Case: 19-30088    Doc# 8077    Filed: 06/23/20    Entered: 06/23/20 08:19:37    Page 3 of 3