**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel:   (212) 310-8000
Fax:   (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:   (415) 496-6723
Fax:   (415) 636-9251

*Attorneys for Debtors and
Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**,<br><br>        - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                **Debtors**.<br><br>☐  Affects PG&E Corporation<br>☐  Affects Pacific Gas and Electric Company<br>☒  Affects both Debtors<br>\* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF AGENDA FOR JUNE 24, 2020, 10:00 A.M. OMNIBUS HEARING**<br><br>Date:  June 24, 2020<br>Time:  10:00 a.m. (Pacific Time)<br>Place:  United States Bankruptcy Court<br>         Courtroom 17, 16th Floor<br>         San Francisco, CA 94102 |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**PROPOSED AGENDA FOR
JUNE 24, 2020, 10:00 A.M. (PACIFIC TIME)
OMNIBUS HEARING**

**I:  MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**

*UNCONTESTED MATTERS GOING FORWARD*

1.  **First Duplicate Claims Omnibus Objection**: *Debtors' First Omnibus Objection to Claims (Duplicative, Amended and Wrong Case Claims)* [**Dkt. 7550**].

    Response Deadline: June 12, 2020, at 4:00 pm (Pacific Time).

    Responses Filed:  No responses were filed.

    Related Documents:

    A.  Declaration of Robb McWilliams in Support of First and Second Omnibus Objections to Claims (Duplicative, Amended and Wrong Case Claims) [**Dkt. 7551**].

    B.  Notice of First Omnibus Objection to Claims and of Hearing on Omnibus Objection (Duplicative, Amended and Wrong Case Claims) [**Dkt. 7552**].

    C.  Ex Parte Application for Relief from Local Bankruptcy Rule 3007-1(a) Regarding Debtors' First and Second Omnibus Objections to Claims [**Dkt. 7657**].

    D.  Amended Request for Entry of Order by Default on Debtor's First Omnibus Objection to Claims (Duplicative, Amended and Wrong Case Claims) [**Dkt. 8005**].

    Related Order:

    E.  Order Granting Ex Parte Application for Relief from Local Bankruptcy Rule 3007-1(a) Regarding Debtors' First and Second Omnibus Objections to Claims [**Dkt. 7692**].

    Status:  This matter is going forward on an uncontested basis.

2.  **Second Duplicate Claims Omnibus Objection**: *Debtors' Second Omnibus Objection to Claims (Duplicative, Amended and Wrong Case Claims)* [**Dkt. 7553**].

    Response Deadline: June 12, 2020, at 4:00 pm (Pacific Time).

    Responses Filed:  No responses were filed.

    Related Documents:

    A.  Declaration of Robb McWilliams in Support of First and Second Omnibus Objections to Claims (Duplicative, Amended and Wrong Case Claims) [**Dkt. 7554**].

B.  Notice of Second Omnibus Objection to Claims and of Hearing on Omnibus Objection (Duplicative, Amended and Wrong Case Claims) [**Dkt. 7555**].

C.  Ex Parte Application for Relief from Local Bankruptcy Rule 3007-1(a) Regarding Debtors' First and Second Omnibus Objections to Claims [**Dkt. 7657**].

D.  Request for Entry of Order by Default on Debtor's Second Omnibus Objection to Claims (Duplicative, Amended and Wrong Case Claims) [**Dkt. 7998**].

Related Order:

E.  Order Granting Ex Parte Application for Relief from Local Bankruptcy Rule 3007-1(a) Regarding Debtors' First and Second Omnibus Objections to Claims [**Dkt. 7692**].

Status: This matter is going forward on an uncontested basis.

**CONTESTED MATTERS GOING FORWARD**

3.  **Claims Omnibus Objections Procedures**: *Motion for Order Approving (A) Procedures for Filing Omnibus Objections to Claims and (B) the Form and Manner of the Notice of Omnibus Objections* [**Dkt. 7758**].

Response Deadline: June 17, 2020, at 4:00 pm (Pacific Time).

Responses Filed:

A.  California Franchise Tax Board's Objections to Motion for Order Approving (A) Procedures for Filing Omnibus Objections to Claims and (B) the Form and Manner of the Notice of Omnibus Objections [Docket No. 7758] [**Dkt. 7975**].

B.  California State Agencies' Objection to Motion for Order Approving (A) Procedures for Filing Omnibus Objections to Claims and (B) the Form and Manner of the Notice of Omnibus Objections [Docket No. 7758] [**Dkt. 7985**].

C.  The Municipal Objectors' Joinder in Objections of California State Agencies and California Franchise Tax Board to Debtors' Motion for Approval of Omnibus Claim Objection Procedures and Omnibus Claim Objection Notice [**Dkt. 7992**].

D.  Joinder of South San Joaquin Irrigation District to Objections of California State Agencies and California Franchise Tax Board to Debtors' Motion for Order Approving (A) Procedures for Filing Omnibus Objections to Claims and (B) the Form and Manner of the Notice of Omnibus Objections [Docket No. 7758] [**Dkt. 7993**].

E.  Joinder of the City and County of San Francisco to Objections of California State Agencies and California Franchise Tax Board to Debtors'

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Motion for Approval of Omnibus Claim Objection Procedures and Omnibus Claim Objection Notice [**Dkt. 7994**].

F. Securities Lead Plaintiff's Limited Objection to Motion of Debtors for Order Approving (A) Procedures for Filing Omnibus Objections to Claims and (B) the Form and Manner of the Notice of the Omnibus Objections [ECF No. 7758] [**Dkt. 7995**].

G. Joinder to the California State Agencies' Objection to Motion for Order Approving (A) Procedures for Filing Omnibus Objections to Claims and (B) the Form and Manner of the Notice of Omnibus Objections [Docket No. 7758] [**Dkt. 7996**].

H. The City of American Canyon's Joinder in the Objections of the California State Agencies and California Franchise Tax Board to Debtors' Motion for Approval of (A) Procedures for Filing Omnibus Objections to Claims and (B) the Form and Manner of the Notice of Omnibus Objections [**Dkt. 8003**].

Related Documents:

I. Declaration of Robb McWilliams in Support of Motion for Order Approving (A) Procedures for Filing Omnibus Objections to Claims and (B) the Form and Manner of the Notice of Omnibus Objections [**Dkt. 7759**].

J. Debtors' Reply in Further Support of Debtors' Motion for Order Approving (A) Procedures for Filing Omnibus Objections to Claims and (B) the Form and Manner of the Notice of Omnibus Objections [**Dkt. 8059**].

Related Order:

K. Tentative Ruling Regarding Claims Objection Procedures [**Dkt. 8070**].

Status: This matter is going forward on a contested basis.

4. **Unresolved Objections to Fire Victim CRP**: *Joint Statement of the TCC, Trustee, Debra Grassgreen and Karl Knight, and Eric and Julie Carlson Regarding Unresolved Objections to the Fire Victim Claims Resolution Procedures* [**Dkt. 8074**].

Response Deadline: N/A.

Related Document:

A. Notice of Errata to Joint Statement of the TCC, Trustee, Debra Grassgreen and Karl Knight, and Eric and Julie Carlson Regarding Unresolved Objections to the Fire Victim Claims Resolution Procedures [**Dkt. 8080**].

Status: This matter is going forward on a contested basis.

## RESOLVED AND CONTINUED MATTERS

5. **Ravin Skondin's Relief from Stay Motion**: *Motion for Relief from Automatic Stay to Permit the Courts of the State of California to Conduct a Jury Trial and Related Pretrial and Post Trial Matters in Connection with Creditor, Ravin Skondin's Complaint for Damages, or in Alternative, for Abstention* [**Dkt. 7764**].

<u>Response Deadline</u>: June 19, 2020, at 4:00 pm (Pacific Time).

<u>Responses Filed</u>:

A. Stipulation Resolving Objections to Confirmation of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization, Dated March 16, 2020, Filed by Ravin Skondin and Daniel Franklin; and for Relief from the Automatic Stay [**Dkt. 7986**].

B. Notice of Entry of Order Approving Stipulation Resolving Objections to Confirmation of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization, Dated March 16, 2020, Filed by Ravin Skondin and Daniel Franklin; and for Relief from the Automatic Stay [**Dkt. 8011**].

<u>Related Documents</u>:

C. Relief from Stay Cover Sheet [**Dkt. 7767**].

D. Declaration of Christopher W. Wood in Support of the Motion for Relief from Automatic Stay to Permit the Courts of the State of California to Conduct a Jury Trial and Related Pretrial and Post Trial Matters in Connection with Creditor, Ravin Skondin's Complaint for Damages, or in Alternative, for Abstention [**Dkt. 7768**].

E. Memorandum of Points and Authorities in Support of the Motion for Relief from Automatic Stay to Permit the Courts of the State of California to Conduct a Jury Trial and Related Pretrial and Post Trial Matters in Connection with Creditor, Ravin Skondin's Complaint for Damages, or in Alternative, for Abstention [**Dkt. 7769**].

<u>Related Order</u>:

F. Order Approving Stipulation Resolving Objections to Confirmation of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization, Dated March 16, 2020, Filed by Ravin Skondin and Daniel Franklin; and for Relief from the Automatic Stay [**Dkt. 8009**].

<u>Status</u>: This matter has been resolved by stipulation [**Dkt. 7986**] and taken off calendar by order [**Dkt. 8009**].

6. **De Minimis CPUC Settlement Agreements Motion**: *Debtors' Omnibus Motion Pursuant to 11 U.S.C. §§ 105(a) and 363(b) and Fed. R. Bankr. P. 9019 for an Order (I) Approving De Minimis Settlements with Consumers to Resolve CPUC Proceedings and (II) Granting Related Relief* [**Dkt. 7761**].

<u>Response Deadline</u>: June 17, 2020, at 4:00 pm (Pacific Time).

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

<u>Responses Filed</u>: No responses were filed.

<u>Related Documents</u>:

A. Declaration of Steven Frank in Support of Debtors' Omnibus Motion Pursuant to 11 U.S.C. §§ 105(a) and 363(b) and Fed. R. Bankr. P. 9019 for an Order (I) Approving De Minimis Settlements with Consumers to Resolve CPUC Proceedings and (II) Granting Related Relief [**Dkt. 7762**].

B. Request for Entry of Order by Default on Debtors' Omnibus Motion Pursuant to 11 U.S.C. §§ 105(a) and 363(b) and Fed. R. Bankr. P. 9019 for an Order (I) Approving De Minimis Settlements with Consumers to Resolve CPUC Proceedings and (II) Granting Related Relief [**Dkt. 8010**].

<u>Related Order</u>:

C. Order Pursuant to 11 U.S.C. § 105(a) and 363(b) and Fed. R. Bankr. P. 9019 (I) Approving De Minimis Settlements with Consumers to Resolve CPUC Proceedings and (II) Granting Related Relief [**Dkt. 8067**].

<u>Status</u>: This matter has been resolved and taken off calendar by order [**Dkt. 8067**].

7. **Dwayne Little Relief from Stay Motion**: *Motion for Relief from Stay, or Alternatively, for Abstention* [**Dkt. 7744**].

<u>Response Deadline</u>: June 19, 2020, at 4:00 pm (Pacific Time).

<u>Response Filed</u>:

A. Stipulation and Agreement for Order Between Debtors and Dwayne Little Resolving Motion for Relief from Stay, or Alternatively, for Abstention [**Dkt. 8007**].

<u>Related Order</u>:

B. Order Approving Stipulation and Agreement for Order Between Debtors and Dwayne Little Resolving Motion for Relief from Stay, or Alternatively, for Abstention [**Dkt. 8012**].

<u>Status</u>: This matter has been resolved by stipulation **[Dkt. 8007]** and taken off calendar by order [**Dkt. 8012**].

8. **Motion to Deem Claim Timely Filed**: *Motion Pursuant to Fed. R. Bankr. P. 9006(b)(1) to Deem Anne Marie Pounds' Claims Timely Filed* [**Dkt. 7623**].

<u>Response Deadline</u>: June 10, 2020.

<u>Response Filed</u>:

A. Stipulation Enlarging Time for Anne Marie Pounds to Filed Proof of Claim [**Dkt. 7756**].

<u>Related Order</u>:

B.	Order Approving Stipulation Enlarging Time for Anne Marie Pounds to Filed Proof of Claim [**Dkt. 7774**].

Status:  This matter has been resolved by stipulation [**Dkt. 7756**] and taken off calendar by order [**Dkt. 7774**].

9.	**Motion to Deem Claim Timely Filed**: *Motion to Allow/Deem Timely Late Filing of Proof of Claim by Gene Hawley and Joan Hawley, Memorandum of Points and Authorities; Declaration of Roy E. Miller* [**Dkt. 7617**].

Response Deadline: June 10, 2020.

Response Filed:

A.	Stipulation Enlarging Time for Gene Hawley and Joan Hawley to File Proofs of Claim [**Dkt. 7755**].

Related Order:

B.	Order Approving Stipulation Enlarging Time for Gene Hawley and Joan Hawley to File Proofs of Claim [**Dkt. 7773**].

Status:  This matter has been resolved by stipulation [**Dkt. 7755**] and taken off calendar by order [**Dkt. 7773**].

10.	**Motion to Deem Claim Timely Filed**: *Motion to Allow/Deem Timely Late Filing of Proof of Claim by Lisa Wahnon and B.C.W., a Minor, Memorandum of Points and Authorities; Declaration of Roy E. Miller* [**Dkt. 7616**].

Response Deadline: June 10, 2020.

Response Filed:

A.	Stipulation Enlarging Time for Lisa Wahnon and B.C.W. (Minor) to File Proofs of Claim [**Dkt. 7754**].

Related Order:

B.	Order Approving Stipulation Enlarging Time for Lisa Wahnon and B.C.W. (Minor) to File Proofs of Claim [**Dkt. 7772**].

Status:  This matter has been resolved by stipulation [**Dkt. 7754**] and taken off calendar by order [**Dkt. 7772**].

11.	**Motion to Deem Claim Timely Filed**: *Motion to Allow/Deem Timely Late Filing of Proof of Claim by Trinidad and Robin Sandoval, Memorandum of Points and Authorities; Declaration of Roy E. Miller* [**Dkt. 7615**].

Response Deadline: June 10, 2020.

Response Filed:

A.	Stipulation Enlarging Time for Trinidad Sandoval and Robin Sandoval to File Proofs of Claim [**Dkt. 7753**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Related Order:

B.    Order Approving Stipulation Enlarging Time for Trinidad Sandoval and Robin Sandoval to File Proofs of Claim [**Dkt. 7771**].

Status: This matter has been resolved by stipulation [**Dkt. 7753**] and taken off calendar by order [**Dkt. 7771**].

12.    **Motion to Deem Claim Timely Filed**: *Motion to Allow/Deem Timely Late Filing of Proof of Claim by L.D.P. (Minor) and S.D.P. (Minor), Memorandum of Points and Authorities; Declaration of Erika L. Vasquez* [**Dkt. 7534**].

Response Deadline: June 10, 2020.

Response Filed:

A.    Stipulation Enlarging Time for L.D.P. (Minor) and S.D.P. (Minor) to File Proofs of Claim [**Dkt. 7660**].

Related Order:

B.    Order Approving Stipulation Enlarging Time for L.D.P. (Minor) and S.D.P. (Minor) to File Proofs of Claim [**Dkt. 7697**].

Status: This matter has been resolved by stipulation [**Dkt. 7660**] and taken off calendar by order [**Dkt. 7697**].

13.    **Motion to Substitute Party in Interest and Deem Claim Timely Filed**: *Motion Pursuant to Fed. R. Civ. Pro. 17(a)(3) to Substitute Sir Tools, LLC, as the Real Party in Interest for Claim Previously Filed, or in the Alternative, to Enlarge Time to File Proofs of Claim Pursuant to Fed. R. Bankr. 9006(b)(1); Declarations of Oliver Sir and Richard H. Levin in Support Thereof* [**Dkt. 7473**].

Response Deadline: June 10, 2020.

Response Filed:

A.    Stipulation Enlarging Time for Oliver Sir and Sir Tools, LLC to File Proofs of Claim [**Dkt. 7922**].

Related Order:

B.    Order Approving Stipulation Enlarging Time for Oliver Sir and Sir Tools, LLC to File Proofs of Claim [**Dkt. 7955**].

Status: This matter has been resolved by stipulation [**Dkt. 7922**] and taken off calendar by order [**Dkt. 7955**].

14.    **Motion to Deem Claim Timely Filed**: *Motion to Allow/Deem Timely Late Filing of Proof of Claim by Kim Stramer, Chanse Stramer and Kahra Fishburn; Memorandum of Points and Authorities; Declaration of Christine Brekke* [**Dkt. 7441**].

Response Deadline: June 10, 2020.

Response Filed:

C.  Stipulation Enlarging Time for Kim Stramer, Chanse Stramer and Kahra Fishburn to File Proofs of Claim [**Dkt. 7658**].

Related Order:

D.  Order Approving Stipulation Enlarging Time for Kim Stramer, Chanse Stramer and Kahra Fishburn to File Proofs of Claim [**Dkt. 7695**].

Status: This matter has been resolved by stipulation [**Dkt. 7658**] and taken off calendar by order [**Dkt. 7695**].

15. **Debtors' 503(b)(9) Motion**: *Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9)* [**Dkt. 2896**].

Response Deadline: July 31, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed:

A.  Response in Opposition to Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3263**].

B.  Response of C.H. Reynolds Electric, Inc. to Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3267**].

C.  Opposition of Shiloh IV Lessee, LLC to Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3284**].

D.  Opposition of Marsh Landing, LLC to Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3286**].

E.  Proposed Document Filed Under Seal [**Dkt. 3287**].

F.  Response of Claimant Global Ampersand LLC to Objection of Debtors to Claim Asserted by Claimant Pursuant to 11. U.S.C. § 503(b)(9) [**Dkt. 3288**].

G.  Response of Surf to Snow Environmental Resource Management, Inc. to Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3302**].

H.  Omnibus Stipulation Between Debtors and Certain Claimants Extending Time to Respond to Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3306**].

I.  Response of U.S. Telepacific Corp. DBA TPX Communications to Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3313**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| | | |
|---|---|---|
| | J. | Letter to Court from Hypower, Inc. Regarding Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3315**]. |
| | K. | Exhibit A of Response of C.H. Reynolds Electric, Inc. to Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3324**]. |

Related Documents:

| | | |
|---|---|---|
| | L. | Declaration of Robb C. McWilliams in Support of Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 2897**]. |
| | M. | Notice of Filing of Revised Proposed Order Approving Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3522**]. |

Related Orders:

| | | |
|---|---|---|
| | N. | Order Granting Omnibus Stipulation Between Debtors and Certain Claimants Extending Time to Respond to Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3365**]. |
| | O. | Order Granting Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3564**]. |

Status: This matter has been continued to July 21, 2020, solely with respect to the Marsh Landing LLC Claim.

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at:pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: June 23, 2020        **WEIL, GOTSHAL & MANGES LLP**
                                                       **KELLER BENVENUTTI KIM LLP**

                                               By:    */s/ Dara L. Silveira*
                                                              Dara L. Silveira

                                               *Attorneys for Debtors and Debtors in Possession*