# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION,**<br>    - and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                                  **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**CERTIFICATE OF NO OBJECTION REGARDING TENTH MONTHLY FEE STATEMENT OF TRIDENT DMG LLC FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR THE PERIOD APRIL 18, 2020 THROUGH MAY 17, 2020**<br><br>[Re: Docket No. 7690]<br><br>**OBJECTION DEADLINE**<br>June 22, 2020 at 4:00p.m. (PDT) |

**THE MONTHLY FEE STATEMENT**

On June 1, 2020, Trident DMG LLC ("**Trident**" or the "**Applicant**"), communications consultant to the Official Committee of Tort Claimants ("**Tort Committee**"), filed its Tenth Monthly Fee Statement of Trident DMG LLC for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of April 18, 2020 through May 17, 2020 [Docket No. 7690] (the "**Tenth Monthly Fee Statement**"), pursuant to the *Order Pursuant to 11 U.S.C. §§ 331 and 105(a) and Fed. R. Bank. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals,* entered on February 28, 2019 [Docket No. 701] (the "**Interim Compensation Procedures Order**").

The Tenth Monthly Fee Statement was served as described in the Certificate of Service of Heidi Hammon-Turano, filed on June 2, 2020 [Docket. No. 7731]. The deadline to file responses or oppositions to the Tenth Monthly Fee Statement was June 22, 2020, and no oppositions or responses have been filed with the Court or received by the Applicant. Pursuant to the Interim Compensation Procedures Order, the above-captioned debtors and debtors-in-possession are authorized to pay the Applicant eighty percent (80%) of the fees requested in the Tenth Monthly Fee Statement upon the filing of this certification and without the need for a further order of the Court. A summary of the fees sought by the Applicant is attached hereto as **Exhibit A.**

**DECLARATION OF NO RESPONSE RECEIVED**

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that:

1. I am a Partner of the firm of Trident DMG LLC, the communications consultant to the Tort Committee.

2. I certify that I have reviewed the Court's docket in this case and have not received any response or opposition to the Tenth Monthly Fee Statement.

3. This declaration was executed in Bethesda, Maryland.

Dated: June 23, 2020     Respectfully submitted,

**TRIDENT DMG LLC**

By: _____
Adam Goldberg
*Communications Consultant for the*
*Official Committee of Tort Claimants*

- 3 -

# **EXHIBIT A**

Professional Fees and Expenses
Tenth Monthly Fee Statement

| Applicant | Fee Application Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Fees Authorized to be Paid at 80% | Expenses Authorized to be Paid at 100% | Amount of Holdback Fees |
|---|---|---|---|---|---|---|---|
| Trident DMG LLC<br><br>Communications Consultant to the Official Committee of Tort Claimants | Tenth Monthly<br><br>4/18/20 to 5/17/20<br><br>[Docket No. 7690, filed 6/1/20] | $35,000.00 | $0,00 | 6/22/20 | $28,000.00 | $0.00 | $7,000.00 |

- 4 -