# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>    -and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                            Debtors.<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**CERTIFICATE OF NO OBJECTION REGARDING THIRD MONTHLY FEE STATEMENT OF LYNN A. BAKER FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD APRIL 1, 2020 THROUGH APRIL 30, 2020**<br><br>[Re: Docket No. 7698]<br><br>**Objection Deadline: June 22, 2020** |

**THE MONTHLY STATEMENT**

On June 1, 2020, Lynn A. Baker ("**Applicant**"), special counsel for the Official Committee of Tort Claimants ("**TCC**" or "**Tort Committee**"), filed her Third Monthly Fee Statement of Lynn A. Baker for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period April 1, 2020 through April 30, 2020 [Docket No. 7698] (the "**Third Monthly Statement**"), pursuant to the *Order Pursuant to 11 U.S.C. §§ 331 and 105(a) and Fed. R. Bank. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals,* entered on February 28, 2019 [Docket No. 701] (the "**Interim Compensation Procedures Order**").

The Third Monthly Statement was served as described in the Certificate of Service of Heidi Hammon-Turano, filed on June 2, 2020 [Docket. No. 7731]. The deadline to file responses or oppositions to the Third Monthly Statement was June 22, 2020, and no oppositions or responses have been filed with the Court or received by the Applicant. Pursuant to the Interim Compensation Procedures Order, the above captioned debtors and debtors-in-possession are authorized to pay the Applicant eighty percent (80%) of the fees requested in the Third Monthly Fee Statement upon the filing of this certification and without the need for a further order of the Court. A summary of the fees sought by the Applicant is attached hereto as **Exhibit A**.

**DECLARATION OF NO RESPONSE RECEIVED**

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that:

1. I am Special Counsel to the TCC.

2. I certify that I have reviewed the Court's docket in these chapter 11 cases and have not received any response or opposition to the Third Monthly Statement.

3. This declaration was executed in Austin, Texas.

Dated: June 23 , 2020

Respectfully submitted,

By: _____
Lynn A. Baker

*Special Counsel to the Official Committee of Tort Claimants*

# EXHIBIT A

Professional Fees and Expenses
Third Monthly Fee Statement

| Applicant | Fee Application Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Fees Authorized to be Paid at 80% | Expenses Authorized to be Paid at 100% | Amount of Holdback Fees |
|---|---|---|---|---|---|---|---|
| Lynn A. Baker<br><br>Special Counsel to the Official Committee of Tort Claimants | Third Monthly<br><br>4/1/20 to 4/30/20<br><br>[Docket No. 7698, filed 6/1/20] | $12,720.00 | N/A | 6/22/20 | $10,176.00 | N/A | $2,544.00 |