Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
600 Montgomery Street, Suite 3100
San Francisco, CA 94111
Telephone:   415.659.2600
Facsimile:   415.659.2601
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone:   310.442.8875
Facsimile:   310.820.8859
Email: esagerman@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel for the Official
Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                                  **Debtors.**<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>■ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | **Bankruptcy Case No. 19-30088 (DM)**<br><br>**Chapter 11**<br>**(Lead Case)**<br>**(Jointly Administered)**<br><br>**CERTIFICATE OF NO OBJECTION REGARDING** *AMENDED* **FIFTEENTH MONTHLY FEE STATEMENT OF BAKER & HOSTETLER LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD APRIL 1, 2020 THROUGH APRIL 30, 2020**<br><br>[Re: Docket No. 7714]<br><br>**OBJECTION DEADLINE**:<br>June 23, 2020 at 4:00 p.m. (PST) |

**THE MONTHLY FEE STATEMENT**

On June 2, 2020, Baker & Hostetler LLP ("**Baker**" or the "**Applicant**"), attorney for the Official Committee of Tort Claimants ("**Tort Committee**"), filed its *Amended* Fifteenth Monthly Fee Statement of Baker & Hostetler LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of April 1, 2020 through April 30, 2020 [Docket No. 7714] (the "**Amended Fifteenth Monthly Fee Statement**"), pursuant to the *Order Pursuant to 11 U.S.C. §§ 331 and 105(a) and Fed. R. Bank. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals,* entered on February 28, 2019 [Docket No. 701] (the "**Interim Compensation Procedures Order**").

The Amended Fifteenth Monthly Fee Statement was served as described in the Certificate of Service of Deanna Heidelberg Lane, filed on June 2, 2020 [Docket. No. 7715]. The deadline to file responses or oppositions to the Amended Fifteenth Monthly Fee Statement was June 23, 2020. Pursuant to the Interim Compensation Procedures Order, the above captioned debtors and debtors-in-possession are authorized to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Amended Fifteenth Monthly Fee Statement upon the filing of this certification and without the need for a further order of the Court. A summary of the fees and expenses sought by the Applicant is attached hereto as **Exhibit A**.

**DECLARATION OF NO RESPONSE RECEIVED**

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that:

1. I am a partner of the firm of Baker & Hostetler LLP and Counsel for the Official Committee of Tort Claimants.

2. I certify that I have reviewed the Court's docket in this and case and have not received any response or opposition to the Amended Fifteenth Monthly Fee Statement.

3. This declaration was executed in Guerneville, California.

| | |
|---|---|
| Dated: June 24, 2020 | Respectfully submitted, |
| | **BAKER & HOSTETLER LLP** |
| | By: _/s/ Cecily A. Dumas_<br>　　　Cecily A. Dumas |
| | *Counsel for the Official<br>Committee of Tort Claimants* |

# **EXHIBIT A**

**Professional Fees and Expenses**
**Amended Fifteenth Monthly Fee Statement**

| Applicant | Fee Statement Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Fees Authorized to be Paid at 80% | Expenses Authorized to be Paid at 100% | Amount of Holdback Fees |
|---|---|---|---|---|---|---|---|
| Baker & Hostetler LLP<br><br>Counsel for Official Committee of Tort Claimants | Amended Fifteenth Monthly<br><br>4/1/2020 to 4/30/2020<br><br>[Docket No. 7714 filed 6/2/2020] | $3,684,769.50 | $60,799.93 | 6/23/2020 | $2,947,815.60 | $60,799.93 | $736,953.90 |