

Signed and Filed: June 23, 2020

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Theodore Tsekerides (*pro hac vice*)
(theodore.tsekerides@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel:   (212) 310-8000
Fax:   (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:   (415) 496-6723
Fax:   (415) 636-9251

*Attorneys for Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

In re:

**PG&E CORPORATION,**

        - and -

**PACIFIC GAS AND ELECTRIC COMPANY,**

            Debtors.

☐ Affects PG&E Corporation
☒ Affects Pacific Gas and Electric Company
☐ Affects both Debtors

* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

Case No. 19-30088 (DM)
Chapter 11
(Lead Case) (Jointly Administered)

**ORDER DISALLOWING AND EXPUNGING PROOFS OF CLAIMS PURSUANT TO FIRST DUPLICATE CLAIMS OMNIBUS OBJECTION**

[Re:  Dkt. No. 7550]

**Hearing Date:**   **June 24, 2020**
    **Time:**          **10:00 am**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Upon the Amended Request for Entry of Order by Default (the "**Request**") [Docket No. 8005]¹ of PG&E Corporation and Pacific Gas and Electric Company (the "**Utility**"), as debtors and debtors in possession (each, a "**Debtor**," and collectively, the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures* entered on May 14, 2019 [Dkt No. 1996] ("**Case Management Order**"), that the Court enter an order by default on the *Debtor's First Omnibus Objection to Claims (Duplicative, Amended and Wrong Case Claims)* [Docket No. 7550] ("**First Omnibus Objection**"), all as more fully set forth in the Request; and this Court having jurisdiction to consider the Request and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the *Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges*, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the Request and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Request as provided to the parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other or further notice need be provided; and this Court having determined that the legal and factual bases set forth in the Request establish just cause for the relief sought; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Proofs of Claims listed in the column headed "Claims to be Disallowed and Expunged" in Exhibit 1 to the Request are disallowed and expunged;

2. The Proofs of Claim listed in the column headed "Surviving Claims" in Exhibit 1 to the Request are unaffected; and

---

¹ Capitalized terms defined in the Request but not defined in this Order have the same meaning as in the Request.

3. This Court retains jurisdiction to resolve any disputes or controversies arising from this Order or the Stipulation.

* * * END OF ORDER * * *

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

First Omnibus Claimants Service List

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | EMAIL |
|---|---|---|---|---|---|---|---|---|
| 5801806 | A-1 Milmac, Inc. | 460 Cabot Rd | | | South San Francisco | CA | 94080 | kdunne@almilmac.com |
| 7486098 | Avenue Strategic Opportunities Fund, LP as Transferee of National Technical Systems, Inc | Attn: David Leinward | 11 West 42nd Street, 9th Floor | | New York | NY | 10036 | |
| 5822644 | Braus, Paul | PO Box 550511 | | | Tahoe Paradise | CA | 96155 | cpr1@mail.com |
| 5822964 | Brock, Victoria G | VB Coaching & Consulting | 1198 Navigator Dr. PMB 132 | | Ventura | CA | 93001 | coach@vikkibrock.com |
| 7151289 | Cherokee Debt Acquisition, LLC as Transferee of US Cad Holdings LLC | Attn: Vladimir Jelisavcic | 1325 Avenue of the Americas, 28th Floor | | New York | NY | 10019 | |
| 6168930 | Cherokee Debt Acquisition, LLC as Transferee of YSI Inc | 1325 Avenue of the Americas, 28th Floor | | | New York | NY | 10019 | vjel@cherokeeacq.com; lfaucher@cherokeeacq.com |
| 6148968 | Contrarian Funds, LLC as Transferee of MCA Connect LLC | Attn: 392426 | 500 Ross St 154-0455 | | Pittsburgh | PA | 15262 | |
| 6148968 | Contrarian Funds, LLC as Transferee of MCA Connect LLC | Attn: Alisa Mumola | 411 West Putnam Ave., Suite 425 | | Greenwich | CT | 06830 | tradeclaimsgroup@contrariancapital.com |
| 6176925 | Contrarian Funds, LLC as Transferee of N Consulting Engineers, Inc. | Attn: 392426 | 500 Ross St 154-0455 | | Pittsburgh | PA | 15262 | |
| 6176925 | Contrarian Funds, LLC as Transferee of N Consulting Engineers, Inc. | Attn: Alisa Mumola | 411 West Putnam Ave., Suite 425 | | Greenwich | CT | 06830 | tradeclaimsgroup@contrariancapital.com |
| 6177573 | Contrarian Funds, LLC as Transferee of Reax Engineering, Inc | Attn: 392426 | 500 Ross St 154-0455 | | Pittsburgh | PA | 15262 | |
| 6177573 | Contrarian Funds, LLC as Transferee of Reax Engineering, Inc | Attn: Alisa Mumola | 411 West Putnam Ave., Suite 425 | | Greenwich | CT | 06830 | tradeclaimsgroup@contrariancapital.com |
| 6122721 | Contrarian Funds, LLC as Transferee of Unisont Engineering, Inc. | Attn: 392426 | 500 Ross St 154-0455 | | Pittsburgh | PA | 15262 | |
| 6122721 | Contrarian Funds, LLC as Transferee of Unisont Engineering, Inc. | Attn: Alisa Mumola | 411 West Putnam Ave., Suite 425 | | Greenwich | CT | 06830 | tradeclaimsgroup@contrariancapital.com |
| 6117896 | Contrarian Funds, LLC as Transferee of Urbin Incorporated | Attn: 392426 | 500 Ross St 154-0455 | | Pittsburgh | PA | 15262 | |
| 6117896 | Contrarian Funds, LLC as Transferee of Urbin Incorporated | Attn: Alisa Mumola | 411 West Putnam Ave., Suite 425 | | Greenwich | CT | 06830 | tradeclaimsgroup@contrariancapital.com; amumola@contrariancapital.com |
| 6025619 | CRG Financial LLC as Transferee of Mapleservice Inc | Attn: Allison R. Axenrod | 100 Union Ave | | Cresskill | NJ | 07626 | |
| 6158142 | Delucchi's First Aid Training | 10269 E. Desert Flower Pl. | | | Tucson | AZ | 85749 | jill@delucchisfirstaid.com |
| 5859549 | Fair Harbor Capital, LLC as Assignee of Powell Electrical Systems Inc. | Fair Harbor Capital LLC | PO Box 237037 | | New York | NY | 10023 | vknox@fairharborcapital.com |
| 7583839 | Fair Harbor Capital, LLC as Transferee of Industrial Electrical Co | Attn: Fredric Glass | Ansonia Finance Station | PO Box 237037 | New York | NY | 10023 | |
| 5821164 | Greene, Herbert Gary | 795 Rider Ridge Rd | | | Santa Cruz | CA | 95065 | greene@mlml.calstate.edu |
| 5840923 | Heavenly Express | PO BOX 9009 | | | STOCKTON | CA | 95208 | |
| 5840923 | Heavenly Express | Tj Hzb Analytical Services | 3123 Rite Circle | | Sacramento | CA | 95827 | |
| 6015284 | Micro Motion, Inc. | 8000 Norman Center Dr, Suite 1200 | | | Bloomington | MN | 55437 | kyle.doty@emerson.com |
| 5805116 | Milomix Productions, LLC | 3210 Kerner Blvd. | | | San Rafael | CA | 94901 | chris@milomix.com |
| 6157273 | MK Consulting Services, Inc. | Mark Kazimirsky | 747 Fountainhead Ct | | San Ramon | CA | 94583 | mark@mkcs-inc.com |
| 5829086 | Musch, Terry | 15267 N. 140th Dr. #1036 | | | Surprise | AZ | 85379 | terrymusch@gmail.com |
| 7256546 | Olympus Peak Master Fund LP | c/o Olympus Peak Asset Management LP | Attn: Leah Silverman, General Counsel | 745 Fifth Avenue, Suite 1604 | New York | NY | 10151 | lsilverman@opeaklp.com |
| 7218891 | Olympus Peak Master Fund LP | Attn: Leah Silverman, General Counsel | 745 Fifth Avenue - Suite 1604 | | New York | NY | 10151 | lsilverman@opeaklp.com; lreddock@opeaklp.com |
| 6176921 | Olympus Peak Master Fund LP as Transferee of Lyles Utility Construction LLC | Attn: Leah Silverman | 745 Fifth Avenue | Suite 1604 | New York | NY | 10151 | |
| 6117736 | Olympus Peak Master Fund LP as Transferee of Nexient, LLC | Attn: Leah Silverman | 745 Fifth Avenue | Suite 1604 | New York | NY | 10151 | |
| 7262998 | Olympus Peak Master Fund LP as Transferee of Research Into Action | Attn: Leah Silverman | 745 Fifth Avenue, Suite 1604 | | New York | NY | 10151 | |

Case: 19-30088   Doc# 8090   Filed: 06/23/20   Entered: 06/24/20 08:42:22   Page 4 of 6

First Omnibus Claimants Service List

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | EMAIL |
|---|---|---|---|---|---|---|---|---|
| 7336701 | Olympus Peak Master Fund LP as Transferee of Scenic Landscape Services, Inc | Attn: Leah Silverman | 745 Fifth Avenue, Suite 1604 | | New York | NY | 10151 | |
| 6040224 | Olympus Peak Master Fund LP as Transferee of Team Quality Services, Inc. | Attn: Leah Silverman | 745 Fifth Avenue | Suite 1604 | New York | NY | 10151 | |
| 6016222 | ProcureAbility Inc. | 11260 Donner Pass Rd. Suite C1 - #372 | | | Truckee | CA | 96161 | lcenter@procureability.com; center@procureability.com |
| 6012486 | Q CORPORATION | 4880 ADOHR LANE | | | CAMARILLO | CA | 93012 | dnussear@qcorp.com |
| 5803294 | Quantum Spatial, Inc. | 10033 MLK St. N., Suite 200 | | | St. Petersburg | FL | 33716 | mdriscoll@sheppardmullin.com |
| 7255135 | Quantum Spatial, Inc. | c/o Sheppard Mullin Richter & Hampton LLP | Attn: Edward H. Tillinghast, III, Esq | 30 Rockefeller Plaza | New York | NY | 10112 | etillinghast@sheppardmullin.com |
| 5803294 | Quantum Spatial, Inc. | Attn: Ingrid Hackett, Esq. | 10033 MLK St. N., Suite 200 | | St. Petersburg | FL | 33716 | |
| 7255135 | Quantum Spatial, Inc. | Attn: Mark G. Abatto & Ingrid Hackett | 10033 MLK St. N., Suite 200 | | St. Petersburg | FL | 33716 | |
| 5803294 | Quantum Spatial, Inc. | Sheppard Mullin Richter & Hampton LLP | Edward H. Tillinghast, III, Esq. | 30 Rockefeller Plaza | New York | NY | 10112 | etillinghast@sheppardmullin.com |
| 5861312 | Rockwell, Thomas K. | 4560 Panorama Dr | | | La Mesa | CA | 91941 | trockwell@sdsu.edu |
| 6183645 | Sacramento Executive Helicopters, Inc. | 10420 Corfu Drive | | | Elk Grove | CA | | tracy@sacexechelicopters.com; john@sacexechelicopters.com |
| 4928795 | San Luis Powerhouse, Inc. | 798 Francis Ave. | | | San Luis Obispo | CA | 93401 | gens@sanluispowerhouse.com |
| 5802594 | Schick, M.D., Robert M | 1020 Leland Drive | | | Lafayette | CA | 94549 | robertschickreply@gmail.com; |
| 5832029 | Tannor Partners Credit Fund LP | Attn: Robert J. Tanner | 3536 Los Pinos Drive | | Santa Barbara | CA | 93105 | Management@tannorpartners.com |
| 6115422 | TDW (US), Inc., f/k/a TDW Services, Inc. | Phillips Murrah P.C. | Clayton D. Ketter | Corporate Tower, 13th Floor, 101 North Robinson Avenue | Oklahoma City | OK | 73102 | cdketter@phillipsmurrah.com; mdmills@phillipsmurrah.com |
| 6027705 | Team Quality Services, Inc. | 4483 CR 19 Suite B | | | Auburn | IN | 46706 | acct@teamqualityservices.com; acct@teamqs.com |
| 4930419 | TELSTAR INSTRUMENTS | 1717 SOLANO WAY, UNIT 34 | | | CONCORD | CA | 94520 | kkats@telstarinc.com |
| 7155565 | Terra Verde Environmental Consulting | Brooke Langle | 3765 South Higuera Street, Suite 102 | | San Luis Obispo | CA | 93401 | hpetersen@terraverdeweb.com |
| 7155565 | Terra Verde Environmental Consulting | c/o Paul F. Ready | Farmer & Ready | 1254 Marsh Street | San Luis Obispo | CA | 93401 | pfready@farmerandready.com |
| 5822718 | Total Traffic Control, Inc. | 1475 Donner Avenue | | | San Francisco | CA | 91424 | jspike@totaltc.com |
| 5860576 | Walter & Prince LLP | 208 E Street | | | Santa Rosa | CA | 95404 | cat@walterprincelaw.com |
| 6028623 | Waste Control Specialist LLC | Attn: Beau Morgan | 17101 Preston Road Ste 115 | | Dallas | TX | 75248 | bmorgan@wcstexas.com |
| 6025618 | Whitebox Asymmetric Partners, LP as Transferee of Road Safety, Inc. | Attn: Mark Strefling | 3033 Excelsior Blvd, Ste 300 | | Minneapolis | MN | 55416 | |
| 6040228 | Whitebox Multi Strategy Partners, LP as Transferee of Surf To Snow Environmental Resource Management | Attn: Chris Hardy | 3033 Excelsior Blvd, Ste 300 | | Minneapolis | MN | 55416 | |
| 7219022 | Whitebox Multi-Strategy Partners, L.P. | Polsinelli PC | Randye Soref, Savanna Barlow | 2049 Century Park East, Suite 2900 | Los Angeles | CA | 90067 | rsoref@polsinelli.com; sbarlow@polsinelli.com |
| 7219022 | Whitebox Multi-Strategy Partners, L.P. | Whitebox Adivsor LLC | Keith Fischer | 3033 Excelsior Blvd., Suite 300 | Minneapolis | MN | 55416 | kfischer@whiteboxadvisors.com |
| 7219022 | Whitebox Multi-Strategy Partners, L.P. | Whitebox Advisors LLC | Andrew Thau | 280 Park Ave, Suite 43W | New York | NY | 10017 | athau@whiteboxadvisors.com |
| 7219022 | Whitebox Multi-Strategy Partners, L.P. | Whitebox Advisors LLC | Scott Specken | 3033 Excelsior Blvd, Suite 300 | Minneapolis | MN | 55416 | sspecken@whiteboxadvisors.com |
| 7263787 | Whitebox Multi-Strategy Partners, LP | Andrew M. Thau | Whitebox Advisors LLC | 280 Park Avenue, Suite 43W | New York | NY | 10017 | athau@whiteboxadvisors.com; kfischer@whiteboxadvisors.com |
| 7283689 | Whitebox Multi-Strategy Partners, LP | c/o Polsinelli PC | Attn: Randye Soref & Savanna Barlow | 2049 Century Park East, Suite 2900 | Los Angeles | CA | 90067 | rsoref@polsinelli.com; sbarlow@polsinelli.com |
| 7283689 | Whitebox Multi-Strategy Partners, LP | c/o Whitebox Advisors LLC | Attn: Keith Fischer | 3033 Excelsior Blvd, Ste 300 | Minneapolis | MN | 55416 | lharris@whiteboxadvisors.com; kfischer@whiteboxadvisors.com |
| 7283689 | Whitebox Multi-Strategy Partners, LP | c/o Whitebox Advisors LLC | Attn: Luke Harris & Andrew M. Thau | 280 Park Avenue, Suite 43W | New York | NY | 10017 | lharris@whiteboxadvisors.com; athau@whitebox.com |
| 7263787 | Whitebox Multi-Strategy Partners, LP | Scott Specken | Whitebox Advisors LLC | 3033 Excelsior Blvd., Suite 300 | Minneapolis | MN | 55416 | sspecken@whiteboxadvisors.com |
| 6040238 | Whitebox Multi-Strategy Partners, LP as Transferee of Picarro, Inc. | Attn: Scott Specken | 3033 Excelsior Blvd, Ste 300 | | Minneapolis | MN | 55416 | |

Case: 19-30088    Doc# 8090    Filed: 06/23/20    Entered: 06/24/20 08:42:22    Page 5 of 6

First Omnibus Claimants Service List

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | EMAIL |
|---|---|---|---|---|---|---|---|---|
| 6115815 | Whitebox Multi-Strategy Partners, LP as Transferee of Road Safety, Inc. | Attn: Mark Strefling | 3033 Excelsior Blvd, Ste 300 | | Minneapolis | MN | 55416 | |
| 7338153 | Whitebox Relative Value Partners, LP as Transferee of Tetra Tech Inc | Attn: Scott Specken | 3033 Excelsior Blvd., Suite 300 | | Minneapolis | MN | 55416-4675 | |
| 6176530 | Wu, Tony S | 7004 Hartley Court | | | Modesto | CA | 95356 | Tonyswu@aol.com |