

**Signed and Filed: June 23, 2020**

_____

**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Theodore Tsekerides (*pro hac vice*)
(theodore.tsekerides@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel:   (212) 310-8000
Fax:   (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:   (415) 496-6723
Fax:   (415) 636-9251

*Attorneys for Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Case No. 19-30088 (DM) |
| | Chapter 11 |
| **PG&E CORPORATION,** | (Lead Case) (Jointly Administered) |
| - and - | **ORDER DISALLOWING AND EXPUNGING PROOFS OF CLAIMS PURSUANT TO SECOND DUPLICATE CLAIMS OMNIBUS OBJECTION** |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | |
| **Debtors.** | **[Re:  Dkt. No. 7553]** |
| ☐ Affects PG&E Corporation | |
| ☑ Affects Pacific Gas and Electric Company | **Hearing Date:**    **June 24, 2020** |
| ☐ Affects both Debtors | **Time:**        **10:00 am** |
| * *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153-0119

Upon the Request for Entry of Order by Default ("Request") [Docket No. 7998][1] of PG&E Corporation and Pacific Gas and Electric Company (the "**Utility**"), as debtors and debtors in possession (each, a "**Debtor**," and collectively, the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures* entered on May 14, 2019 [Dkt No. 1996] ("**Case Management Order**"), that the Court enter an order by default on the *Debtor's Second Omnibus Objection to Claims (Duplicative, Amended and Wrong Case Claims)* [Docket No. 7553] ("**Second Omnibus Objection**"), all as more fully set forth in the Request; and this Court having jurisdiction to consider the Request and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the *Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges*, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the Request and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Request as provided to the parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other or further notice need be provided; and this Court having determined that the legal and factual bases set forth in the Request establish just cause for the relief sought; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Proofs of Claims listed in the column headed "Claims to be Disallowed and Expunged" in Exhibit 1 to the Request are disallowed and expunged;

2. The Proofs of Claim listed in the column headed "Surviving Claims" in Exhibit 1 to the Request are unaffected;

---

[1] Capitalized terms defined in the Request but not defined in this Order have the same meaning as in the Request.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

3. The SPCP Claims are treated as follows:

   a. Claim No. 72565 is disallowed as duplicative of Claim No. 72465 (Claim No. 72465 shall not be disallowed, but shall be the surviving claim).

   b. Debtors withdraw their objection to Claim No. 7272 and Claim No. 72465 at this time, without prejudice to Debtors or SPCP and each of them reserve all rights with respect to any future objections; and

4. This Court retains jurisdiction to resolve any disputes or controversies arising from this Order or the Stipulation.

* * * END OF ORDER * * *

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

# Second Omnibus Claimants Service List

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | EMAIL |
|---|---|---|---|---|---|---|---|---|
| 5815952 | Accelerated Construction & Metal, LLC | 2955 Farrar Ave | | | Modesto | CA | 95354 | belliott@accelmetal.com |
| 6177758 | Aggreko, LLC | 4607 W. Admiral Doyle Drive | | | New Iberia | LA | 70560 | legal3@aggreko.com; lyndy.dugas@aggreko.com |
| 6040590 | Altec Industries, Inc. | Jerry Moore | 33 Inverness Center Parkway, Suite 250 | | Birmingham | AL | 35242 | jerry.moore@altec.com |
| 6040590 | Altec Industries, Inc. | Regan Loper | Burr & Forman LLP | 420 North 20th Street, Suite 3400 | Birmingham | AL | 35203 | rloper@burr.com |
| 5802666 | American Compliance Services, LTD. | 554 Morning Glory Dr. | | | Benicia | CA | 94510 | wendy@acs-ltd.us |
| 4916170 | Appian Corporation | Chris Winters, General Counsel | 11955 Democracy Drive, 17th Floor | | Reston | VA | 20190 | chris.winters@appian.com; eileen.koehler@appian.com |
| 4916170 | Appian Corporation | Dept. 2078 | PO Box 952708 | | Atlanta | GA | 31192 | accountsreceivable@appian.com |
| 6183189 | Avenue Strategic Opportunities Fund, LP as Transferee of Cowen Special Investments LLC | Attn: David Leinwand | 11 West 42nd Street, 9th Floor | | New York | NY | 10036 | |
| 5859604 | Baldwin Aviation, Inc. | Daryl Morgan | 11 Palmetto Parkway Suite 110 | | Hilton Head Island | SC | 29926 | dmorgan@baldwinaviation.com |
| 5859604 | Baldwin Aviation, Inc. | PO Box 21312 | | | Hilton Head Island | SC | 29925 | dmorgan@baldwinaviation.com |
| 6030444 | Bauer's Intelligent Transportation | Pier 50 | | | San Francisco | CA | 94158-2193 | norm.augustin@bauersit.com |
| 6029436 | Beckwith Electric Co., Inc | Attn: Linda Caporaso | 6190 118th Avenue North | | Largo | FL | 33773 | lcaporaso@beckwithelectric.com |
| 7473596 | Bordges Timber Inc | 4940 Old French Town Road | | | Shingle Springs | CA | 95682 | tim@bordgestimber.com |
| 7486521 | Bradford Capital Holdings, LP as Transferee of Colibri Ecological Consulting LLC | c/o Bradford Capital Management, LLC | Attn: Brian Brager | PO Box 4353 | Clifton | NJ | 07012 | bbrager@bradfordcapitalmgmt.com |
| 5867267 | Calaveras Telephone Company | 513 Main St | | | Copperopolis | CA | 95228 | ysmythe@caltel.com |
| 5867267 | Calaveras Telephone Company | Peter C. Califano | Cooper, White & Cooper LLP | 201 California Street, 17th Floor | San Francisco | CA | 94111 | jdoherty@cwclaw.com; pcalifano@cwclaw.com |
| 5867267 | Calaveras Telephone Company | PO Box 37 | | | Copperopolis | CA | 95228 | |
| 5788352 | Central Coast Land Services, Inc. | Michael Filbin | PO Box 961 | | Capitola | CA | 95010 | info@centralcoastlandclearing.com |
| 7730057 | Cherokee Debt Acquisition, LLC as Transferee of CSI Services, Inc | Attn: Vladimir Jelisavcic | 1325 Avenue of the Americas, 28th Floor | | New York | NY | 10019 | |
| 5822791 | Clear Path Utility Solutions, LLC | Stephen Tankersley | 612 Lakeridge Drive | | Auburn | CA | 95603 | s.tankersley@clearpathutilityconsulting.com |
| 7150479 | Cognizant Worldwide Limited | Attn: Legal Department | 500 Frank W. Burr Blvd. | | Teaneck | NJ | 07666 | |
| 7150479 | Cognizant Worldwide Limited | Saurabh Sharma, Client Partner | Bishop Ranch 8, 5000 Executive Parkway | Suite 295, 296, & 298 | San Ramon | CA | 94583 | saurabh.sharma@cognizant.com |
| 5839185 | Contract Callers, Inc. | Attn: Ann Wheeler | 501 Greene Street | Suite 302 | Augusta | GA | 30901 | awheeler@contractcallers.com |
| 6041088 | Contrarian Funds, LLC as Transferee of D.G. Honegger Consulting | Attn: 392426 | 500 Ross St 154-0455 | | Pittsburgh | PA | 15262 | |
| 6041088 | Contrarian Funds, LLC as Transferee of D.G. Honegger Consulting | Attn: Alisa Mumola | 411 West Putnam Ave., Suite 425 | | Greenwich | CT | 06830 | tradeclaimsgroup@contrariancapital.com |
| 5822847 | Credit Management | 7381 Airport View Dr SW | | | Rochester | MN | 55902 | PaymentPosting@thecmigroup.com |
| 5822847 | Credit Management | Attn Legal | 6080 Tennyson Parkway Suite 100 | | Plano | TX | 75024 | cfinney@thecmigroup.com; cmeier@thecmigroup.com |
| 5829346 | Curtiss-Wright Flow Control Services, LLC | Gellert Scali Busenkell & Brown, LLC | Attn: Michael Busenkell, Esq. | 1201 N. Orange St., Ste. 300 | WIlmington | DE | 19801 | |
| 5829346 | Curtiss-Wright Flow Control Services, LLC | George P. McDonald, Associate General Counsel | 400 Interpace Parkway Building D | Building D, Floor 1, Suite 101 | Parsippany | NJ | 07054 | gmdonald@curtiss-wright.com |
| 5829346 | Curtiss-Wright Flow Control Services, LLC | Glenn R. Rodriguez, Controller | 2950 E. Birch Street | | Brea | CA | 92821 | grodriguez@curtisswright.com |

Case: 19-30088   Doc# 8091   Filed: 06/23/20   Entered: 06/24/20 08:45:31   Page 4 of 6

Second Omnibus Claimants Service List

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | EMAIL |
|---|---|---|---|---|---|---|---|---|
| 4920798 | EXO GROUP LLC | 32628 DECKER PRAIRIE ROAD, SUITE 1 | | | MAGNOLIA | TX | 77355 | zoliphant@exoinc.com |
| 6011366 | FAR WESTERN ANTHROPOLOGICAL RESEARCH GROUP | 2727 DEL RIO PLACE STE A | | | DAVIS | CA | 95673 | KELLY@FARWESTERN.COM; PAUL@FARWESTERN.COM |
| 4921109 | FORELL/ELSESSER ENGINEERS, INC. | PAUL RODLER, SE | 160 PINE STREET, 6TH FLOOR | | SAN FRANCISCO | CA | 94111 | accounting@forell.com |
| 5805224 | Fusion Risk Management, Inc. | Lisa Eilers | Manager, Business Operations | 3601 W. Algonquin Road, Suite 500 | Rolling Meadows | IL | 60108 | joann@virtualparalegalservices.com; leilers@fusionrm.com |
| 5805224 | Fusion Risk Management, Inc. | Virtual Paralegal Services | JoAnn McDonough, Bankruptcy Paralegal | 204 Monsignor Drive | Conshohocken | PA | 19428 | joann@virtualparalegalservices.com |
| 5834783 | GEL Laboratories, LLC | Laurie S. Herrington, CFO | 2040 Savage Road | | Charleston | SC | 29407-4781 | laurie.herrington@gel.com |
| 5834783 | GEL Laboratories, LLC | PO Box 30712 | | | Charleston | SC | 29417-0712 | elaine.booker@gel.com |
| 5836911 | GG2U and Associates, LLC | Ibis Schlesinger | 6432 PO BOX | | Moraga | CA | 94570 | lbis@Ga2uassociates.com |
| 5822480 | Hashimoto, Lewis K. | Arroyo Seco Consulting | 136 S. Arroyo Blvd. | | Pasadena | CA | 91105-1535 | arroyosecoconsulting@gmail.com |
| 5804118 | High Country Forestry | 438 Shasta Way | | | Mount Shasta | CA | 96067 | hcf@snowcrest.net |
| 4922684 | Industry Packing & Seal Inc | 69 Lincoln Blvd. Suite A-313 | | | Lincoln | CA | 95648 | industrypacking@gmail.com |
| 6163169 | Kleinfelder, Inc.(formerly known as Kleinfelder West, Inc.) | Attn: Legal Department | 550 West C Street, Suite 1200 | | San Diego | CA | 92101 | tyutadco@kleinfelder.com; jmurphy@kleinfelder.com |
| 6084987 | KLEINFELDER, INC. | ATTN: LEGAL DEPARTMENT | 550 WEST C STREET, SUITE 1200 | | SAN DIEGO | CA | 92101 | tyutadco@kleinfelder.com |
| 6040701 | Olympus Peak Master Fund LP as Transferee of Air Products and Chemicals, Inc. | Attn: Leah Silverman | 745 Fifth Avenue | Suite 1604 | New York | NY | 10151 | |
| 7338951 | Olympus Peak Master Fund LP as Transferee of Arcos LLC | Attn: Leah Silverman | 745 Fifth Avenue, Suite 1604 | | New York | NY | 10151 | |
| 7072108 | Olympus Peak Master Fund LP as Transferee of ETIC | Attn: Leah Silverman | 745 Fifth Avenue, Suite 1604 | | New York | NY | 10151 | |
| 6183120 | Olympus Peak Master Fund LP as Transferee of Far Western Anthropological Research Group, Inc | Attn: Leah Silverman | 745 Fifth Avenue | Suite 1604 | New York | NY | 10151 | |
| 7256546 | Olympus Peak Master Fund LP | c/o Olympus Peak Asset Management LP | Attn: Leah Silverman, General Counsel | 745 Fifth Avenue, Suite 1604 | New York | NY | 10151 | lsilverman@opeaklp.com |
| 7338664 | SPCP Group, LLC as Transferee of Almendariz Consulting, Inc | Attn: Brian Jarmain and Operations | 2 Greenwich Plaza | | Greenwich | CT | 06830 | bjarmain@silverpointcapital.com; creditadmin@silverpointcapital.com; rbeacher@pryorcashman.com; administration@silverpointcapital.com |
| 7338664 | SPCP Group, LLC as Transferee of Almendariz Consulting, Inc | c/o Pryor Cashman LLP | Attn: Ronald S. Beacher | 7 Times Square | New York | NY | 10036 | rbeacher@pryorcashman.com |
| 7338664 | SPCP Group, LLC as Transferee of Almendariz Consulting, Inc | Attn: Jennifer Poccia | Mail Code: 11084 | PO Box 70280 | Philadelphia | PA | 19176-0280 | |
| 7305973 | SPCP Group, LLC as Transferee of Cal Valley Construction, Inc | Attn: Brian Jarmain | 2 Greenwich Plaza, 1st Floor | | Greenwich | CT | 06830 | |
| 7730027 | SPCP Group, LLC as Transferee of Frase Enterprise, Inc. dba Kortick Manufacturing Company | Mail Code: 11084 | PO Box 70280 | | Philadelphia | PA | 19176-0280 | |

Case: 19-30088    Doc# 8091    Filed: 06/23/20    Entered: 06/24/20 08:45:31    Page 5 of 6

Second Omnibus Claimants Service List

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | EMAIL |
|---|---|---|---|---|---|---|---|---|
| 7730027 | SPCP Group, LLC as Transferee of Frase Enterprise, Inc. dba Kortick Manufacturing Company | Attn: Operations and Brian Jarmain | 2 Greenwich Plaza, 1st Floor | | Greenwich | CT | 06830 | bjarmain@silverpointcapital.com; creditadmin@silverpointcapital.com; adminstration@silverpointcapital.com; rbeacher@pryorcashman.com |
| 7730027 | SPCP Group, LLC as Transferee of Frase Enterprise, Inc. dba Kortick Manufacturing Company | Pryor Cashman LLP | Attn: Ronald S. Beacher | 7 Times Square | New York | NY | 10036 | rbeacher@pryorcashman.com |
| 6028985 | SPCP Group LLC as Transferee of Frase Enterpries, Inc. dba Kortick Manufacturing Company | Mail Code: 11084 | PO Box 70280 | | Philadelphia | PA | 19176-0280 | |
| 6028985 | SPCP Group LLC as Transferee of Frase Enterprises, Inc. dba Kortick Manufacturing Company | Attn: Operations | 2 Greenwich Plaza | 1st Floor | Greenwich | CT | 06830 | creditadmin@silverpointcapital.com; administration@silverpointcapital.com; rbeacher@pryorcashman.com |
| 6028985 | SPCP Group LLC as Transferee of Frase Enterprises, Inc. dba Kortick Manufacturing Company | Pryor Cashman LLP | Attn: Ronald S. Beacher | 7 Times Square | New York | NY | 10036 | rbeacher@pryorcashman.com |
| 6021316 | Tannor Partners Credit Fund, LP As Transferee of Laboratory Corporation of America | Attn: Robert J.Tannor | 3536 Los Pinos Drive | | Santa Barbara | CA | 93105 | |
| 7240934 | VonWin Capital Management, LP as Transferee of GlobalSource Inc | Attn: General Counsel | 261 Fifth Avenue, 22nd Floor | | New York | NY | 10016 | |
| 6177748 | VonWin Capital Management, L.P. as Transferee of Jeffco Painting & Coating, Inc. | Attn: General Counsel | 261 Fifth Avenue, 22nd Floor | | New York | NY | 10016 | |
| 7787997 | Whitebox Multi-Strategy Partners, LP as Transferee of Allison Sierra, Inc. | c/o Whitebox Advisors | Attn: Scott Specken | 3033 Excelsior Blvd, Suite 300 | Minneapolis | MN | 55416-4675 | |
| 6041117 | Whitebox Multi-Strategy Partners, LP as Transferee of Bauer's Intelligent Transportation, Inc. | Attn: Scott Specken | 3033 Excelsior Blvd, Ste 300 | | Minneapolis | MN | 55416 | |
| 6115804 | Whitebox Multi-Strategy Partners, LP as Transferee of Chain Link Fence & Supply Inc. | Attn: Mark Strefling | 3033 Excelsior Blvd, Suite 300 | | Minneapolis | MN | 55416-4675 | |
| 6030419 | Whitebox Multi-Strategy Partners, LP as Transferee of Corrosion Service Company Limited | Attn: Mark Strefling | 3033 Excelsior Blvd, Ste 300 | | Minneapolis | MN | 55416 | |

Case: 19-30088   Doc# 8091   Filed: 06/23/20   Entered: 06/24/20 08:45:31   Page 6 of 6