Entered on Docket
June 24, 2020
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: June 23, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Bankruptcy Case No. 19-30088-DM |
| PG&E CORPORATION, | |
| - and - | Chapter 11 |
| PACIFIC GAS AND ELECTRIC COMPANY, | Jointly Administered |
| Debtors. | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

## ORDER REGARDING OBJECTIONS TO EXHIBITS

Debtors and other parties filed several exhibits in preparation for the confirmation trial in these cases. In turn, several parties filed objections to those exhibits. As the court has already iterated in a prior order (dkt. #7662), all exhibits are admitted into evidence unless they are objected to.

The two parties that filed objections to exhibits are Debtors and the Tort Claimants Committee. The court has reviewed both parties' objections. Both parties objected to exhibits

submitted by GER Hospitality, and the court will sustain the objection to one of GER Hospitality's exhibits, namely item 21 in GER Hospitality's Exhibit List (dkt. #7411): the declaration of Eric Lowrey in Support of Objection by Certain Fire Victims, because it lacks relevance, is hearsay, and is being inappropriately offered on behalf of an unqualified expert. *See* Fed. R. Evid. 401, 702, 802.

The court also sustains Debtors' objections to Patricia Garrison's Exhibit 4 (dkt. #7562): an article titled "Klarman's Baupost Poised to Cash in on PG&E Insurance Bet," Wall Street Journal, Sept. 13, 2019, due to a lack of relevance. Fed. R. Evid. 401. Debtors also objected to Creditor William Abrams' exhibits (dkt. #7500) and the courts sustains the objections to exhibits 6-11, as they are again news articles that lack relevance.

As to the remainder of the objections, to the extent they have not already been dealt with, the court overrules them. The court notes that some of Debtors' objections relate to timeliness, but nevertheless admits the relevant exhibits submitted by the Securities Lead Plaintiffs (dkt. #7595).

The court also notes that several objections have been filed regarding the cure amounts for executory contracts, which issue has been set aside to be reviewed at a later date. Those exhibits and objections are not dealt with in this order.

**\*\*\* END OF ORDER \*\*\***

**COURT SERVICE LIST**

**William B. Abrams**
1519 Branch Owl Place
Santa Rosa, CA, 95409