# Exhibit A - Index of Recorded Liens and Partial Releases

| Ref. no. | Ex. B. pp. | Job no(s). | County | Lien information | | | Release information | | | Against | Remaining |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Recorded | No. | Amount | Recorded | No. | Amount | | |
| 1 | 1–4 | 21-17-368 | San Francisco | 5/12/2020 | 2020K930613 | $67,802.81 | | | | Pac. Gas & Elec. Co. | $67,802.81 |
| 2 | 5–8 | 21-17-377 | San Francisco | 4/28/2020 | 2020-K927001-00 | $5,668,649.03 | | | | Pac. Gas & Elec. Co. | $5,668,649.03 |
| 3 | 9–12 | 21-18-304 | Alameda | 6/3/2020 | 2020127892 | $137,913.06 | | | | Pac. Gas & Elec. Co. | $137,913.06 |
| 4 | 13–16 | 21-18-315 | Placer | 5/20/2020 | 2020-0047062 | $117,181.96 | | | | Pac. Gas & Elec. Co. | $117,181.96 |
| 5 | 17–20 | 21-18-319 | Contra Costa | 5/19/2020 | 20200094293 | $12,117.82 | | | | Pac. Gas & Elec. Co. | $12,117.82 |
| 6 | 21–24 | 21-17-433-002 | Yuba | 6/3/2020 | 2020-008162 | $8,245.14 | | | | Pac. Gas & Elec. Co. | $8,245.14 |
| 7 | 25–28 | 21-17-433-003 | Yuba | 6/3/2020 | 2020-008163 | $23,431.53 | | | | Pac. Gas & Elec. Co. | $23,431.53 |
| 8 | 29–32 | 21-17-433-004 | Tehama | 6/4/2020 | 2020006193 | $6,089.84 | | | | Pac. Gas & Elec. Co. | $6,089.84 |
| 9 | 33–36 | 21-17-433-005 | Shasta | 6/4/2020 | 2020-0016941 | $59,895.70 | | | | Pac. Gas & Elec. Co. | $59,895.70 |
| 10 | 37–40 | 21-17-433-006 | Nevada | 6/10/2020 | 20200012627 | $12,303.66 | | | | Pac. Gas & Elec. Co. | $12,303.66 |
| 11 | 41–44 | 21-17-433-007 | Nevada | 6/10/2020 | 20200012626 | $11,318.33 | | | | Pac. Gas & Elec. Co. | $11,318.33 |
| 12 | 45–48 | 21-17-438-001 | Contra Costa | 4/29/2020 | 20200080391 | $212,677.89 | | | | Pac. Gas & Elec. Co. | $212,677.89 |
| 13 | 49–52 | 21-17-438-002 | Alameda | 4/29/2020 | 2020099481 | $7,778.01 | | | | Pac. Gas & Elec. Co. | $7,778.01 |
| 14 | 53–56 | 21-17-438-003 | Alameda | 4/29/2020 | 2020099480 | $363,748.51 | | | | Pac. Gas & Elec. Co. | $363,748.51 |
| | | | | | | | | | | Total: | $6,709,153.29 |