RECEIVED BY:

MAY 18 2020

ROEBBELEN

CONFOR~ ~ ~d
05/12/2020.2020K930613

**RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:**

Roebbelen Contracting, Inc.
Attn: Mai Nguyen-Phillips
1241 Hawks Flight Court
El Dorado Hills, CA 95762

_For recorder's use_

## MECHANIC'S LIEN

Roebbelen Contracting, Inc. ("Claimant"), whose address is 1241 Hawks Flight Court, El Dorado Hills, CA 95762 hereby claims a lien upon the real property located in **San Francisco County**, California, including improvements located thereon, described as: **PG&E SFGO Conference Room Refresh (Job Number 21-17-368 PO# 2700008994) located at 77 Beale Street, San Francisco CA 94105, APN: 3711-012**.

After deducting all credits and offsets, the sum of **$67,802.81** is due Claimant for the following work, labor, equipment and/or materials furnished by Claimant: labor, material and service for construction and improvements..

Claimant furnished the work and materials at the request of Pacific Gas and Electric Company.

The owner(s) and/or reputed owner(s) of the property and improvements located thereon is: Pacific Gas and Electric Company, whose address is 77 Beale Street, San Francisco, CA 94105

## NOTICE OF MECHANIC'S LIEN
## ATTENTION!

Upon the recording of the enclosed MECHANIC'S LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the franchise, license, and/or leasehold rights in the real property on which the lien has been recorded. The legal action must be filed with the court no later than 90 days after the date the mechanic's lien is recorded.

The party identified in the mechanic's lien may have provided labor or materials for improvements to the referenced property and may not have been paid for those items. You are receiving this notice because it is a required step in filing a mechanic's lien foreclosure action

Exhibit B page 1 of 56
Case: 19-30088    Doc# 8094-2    Filed: 06/24/20    Entered: 06/24/20 10:03:25    Page 1 of 25

against your franchise, license, and/or leasehold rights in the property. The foreclosure action will seek a sale of your franchise, license, and/or leasehold rights in the property in order to pay for unpaid labor, materials, or improvements provided to the property. This may affect your ability to borrow against, refinance, or sell your interest in the property until the mechanic's lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANIC'S LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.

Dated: **5/6/2020**

ROEBBELEN CONTRACTING, INC.

By _____
    Robert A. McLean
    Its Chief Operating Officer

# VERIFICATION

I, Robert A. McLean, state:

I am the Chief Operating Officer of Roebbelen Contracting, Inc., claimant of the foregoing mechanic's lien. I have read the lien and know the contents thereof. The facts stated therein are true of my own knowledge.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 5/6/2020, at El Dorado Hills, California.

_Robert A. McLean_

Robert A. McLean

Exhibit B page 3 of 56
Case: 19-30088    Doc# 8094-2    Filed: 06/24/20    Entered: 06/24/20 10:03:25    Page 3 of 25

# AFFIDAVIT OF SERVICE

I, Mai Nguyen-Phillips, declare that I am a resident of the State of California. I am over the age of 18 years and that my business address is Roebbelen Contracting, Inc. 1241 Hawks Flight Court, El Dorado Hills, CA 95762. On 5/6/2020, I served a true and accurate copy of the document(s) entitled:

## MECHANIC'S LIEN

## NOTICE OF MECHANIC'S LIEN

on the owner and/or reputed owners of the franchise, license, and/or leasehold interest in the property and owner/reputed owner of the fee interest in the property by placing said copy(ies) in a sealed envelope, addressed as follows:

Pacific Gas and Electric Company
77 Beale Street
San Francisco, CA 94105

**BY CERTIFIED MAIL – RETURN RECEIPT REQUESTED:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing via Certified Mail, Return Receipt Requested, following our ordinary business practices. I am readily familiar with Roebbelen Contracting, Inc.'s practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and was executed on 5/6/2020, at El Dorado Hills, CA.

Mai Nguyen-Phillips

**RECORDING REQUESTED BY**
**AND WHEN RECORDED MAIL TO:**

Roebbelen Contracting, Inc.
Attn: Bruce Stimson
1241 Hawks Flight Court
El Dorado Hills, CA 95762



San Francisco Assessor-Recorder
Carmen Chu, Assessor-Recorder
**DOC- 2020-K927001-00**
Check Number 1865
**Tuesday, APR 28, 2020 10:46:21**
Ttl Pd $98.00    Rcpt # 0006185181
VT1/VV/1-4

RECEIVED BY:

MAY 0 4 2020

ROEBBELEN

For recorder's use

## MECHANIC'S LIEN

Roebbelen Contracting, Inc. ("Claimant"), whose address is 1241 Hawks Flight Court, El Dorado Hills, CA 95762 hereby claims a lien upon the real property located in **San Francisco County**, California, including improvements located thereon, described as: **PG&E 77 Beale Refresh (Job Number 21-17-377) located at 77 Beale Street, San Francisco CA 94105, APN: 3711-012**.

After deducting all credits and offsets, the sum of $**5,668,649.03** is due Claimant for the following work, labor, equipment and/or materials furnished by Claimant: labor, material and service for the improvements..

Claimant furnished the work and materials at the request of Pacific Gas and Electric Company.

The owner(s) and/or reputed owner(s) of the property and improvements located thereon is: Pacific Gas and Electric Company, whose address is 77 Beale Street, San Francisco, CA 94105

## NOTICE OF MECHANIC'S LIEN
## ATTENTION!

Upon the recording of the enclosed MECHANIC'S LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the franchise, license, and/or leasehold rights in the real property on which the lien has been recorded. The legal action must be filed with the court no later than 90 days after the date the mechanic's lien is recorded.

The party identified in the mechanic's lien may have provided labor or materials for improvements to the referenced property and may not have been paid for those items. You are receiving this notice because it is a required step in filing a mechanic's lien foreclosure action

Exhibit B page 5 of 56
Case: 19-30088    Doc# 8094-2    Filed: 06/24/20    Entered: 06/24/20 10:03:25    Page 5
of 25

against your franchise, license, and/or leasehold rights in the property. The foreclosure action will seek a sale of your franchise, license, and/or leasehold rights in the property in order to pay for unpaid labor, materials, or improvements provided to the property. This may affect your ability to borrow against, refinance, or sell your interest in the property until the mechanic's lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANIC'S LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.

Dated: **4/27/2020**

ROEBBELEN CONTRACTING, INC.

By _____

Kenneth J. Wenham
Its President/CEO

# VERIFICATION

I, Kenneth J. Wenham, state:

I am the President/CEO of Roebbelen Contracting, Inc., claimant of the foregoing mechanic's lien. I have read the lien and know the contents thereof. The facts stated therein are true of my own knowledge.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 4/27/2020, at El Dorado Hills, California.

Kenneth J. Wenham

## AFFIDAVIT OF SERVICE

I, Mai Nguyen-Phillips, declare that I am a resident of the State of California. I am over the age of 18 years and that my business address is Roebbelen Contracting, Inc. 1241 Hawks Flight Court, El Dorado Hills, CA 95762. On 4/27/2020, I served a true and accurate copy of the document(s) entitled:

### MECHANIC'S LIEN

### NOTICE OF MECHANIC'S LIEN

on the owner and/or reputed owners of the franchise, license, and/or leasehold interest in the property and owner/reputed owner of the fee interest in the property by placing said copy(ies) in a sealed envelope, addressed as follows:

Pacific Gas and Electric Company
77 Beale Street
San Francisco, CA 94105

**BY CERTIFIED MAIL – RETURN RECEIPT REQUESTED:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing via Certified Mail, Return Receipt Requested, following our ordinary business practices. I am readily familiar with Roebbelen Contracting, Inc.'s practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and was executed on 4/27/2020, at El Dorado Hills, CA.

_____
Mai Nguyen-Phillips

Exhibit B page 8 of 56
Case: 19-30088    Doc# 8094-2    Filed: 06/24/20    Entered: 06/24/20 10:03:25    Page 8 of 25

**RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:**

Roebbelen Contracting, Inc.
Attn: Mai Nguyen-Phillips
1241 Hawks Flight Court
El Dorado Hills, CA 95762

CONFORMED COPY - has not been compared with Original.
2020127892    06/03/2020 01:56 PM    4 PGS



OFFICIAL RECORDS OF ALAMEDA COUNTY
MELISSA WILK, CLERK-RECORDER
RECORDING FEES: $115.00



RECEIVED BY:

JUN 08 2020

ROEBBELEN    For recorder's use

## MECHANIC'S LIEN

Roebbelen Contracting, Inc. ("Claimant"), whose address is 1241 Hawks Flight Court, El Dorado Hills, CA 95762 hereby claims a lien upon the real property located in **Alameda County**, California, including improvements located thereon, described as: **PG&E Emeryville Broken Fire Sprinkler Line (Job Number 21-18-304 PO# 2700068977) located at 4525 Hollis St., Emeryville CA, APN: 49-1041-29-2**.

After deducting all credits and offsets, the sum of **$137,913.06** is due Claimant for the following work, labor, equipment and/or materials furnished by Claimant: labor, material and service for, construction, repairs and improvements..

Claimant furnished the work and materials at the request of Pacific Gas and Electric Company.

The owner(s) and/or reputed owner(s) of the property and improvements located thereon is: Pacific Gas and Electric Company, whose address is 77 Beale Street, San Francisco, CA 94105

## NOTICE OF MECHANIC'S LIEN
## ATTENTION!

**Upon the recording of the enclosed MECHANIC'S LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the franchise, license, and/or leasehold rights in the real property on which the lien has been recorded. The legal action must be filed with the court no later than 90 days after the date the mechanic's lien is recorded.**

**The party identified in the mechanic's lien may have provided labor or materials for improvements to the referenced property and may not have been paid for those items. You are receiving this notice because it is a required step in filing a mechanic's lien foreclosure action**

against your franchise, license, and/or leasehold rights in the property. The foreclosure action will seek a sale of your franchise, license, and/or leasehold rights in the property in order to pay for unpaid labor, materials, or improvements provided to the property. This may affect your ability to borrow against, refinance, or sell your interest in the property until the mechanic's lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANIC'S LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.

Dated: **6/1/2020**

ROEBBELEN CONTRACTING, INC.

By _____

Bruce Stimson

Its Chief Financial Officer

# VERIFICATION

I, Bruce Stimson, state:

I am the Chief Financial Officer of Roebbelen Contracting, Inc., claimant of the foregoing mechanic's lien. I have read the lien and know the contents thereof. The facts stated therein are true of my own knowledge.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 6/1/2020, at El Dorado Hills, California.

_____
Bruce Stimson

Exhibit B page 11 of 56
Case: 19-30088    Doc# 8094-2    Filed: 06/24/20    Entered: 06/24/20 10:03:25    Page 11
of 25

## AFFIDAVIT OF SERVICE

I, Mai Nguyen-Phillips, declare that I am a resident of the State of California. I am over the age of 18 years and that my business address is Roebbelen Contracting, Inc. 1241 Hawks Flight Court, El Dorado Hills, CA 95762. On 6/1/2020, I served a true and accurate copy of the document(s) entitled:

### MECHANIC'S LIEN

### NOTICE OF MECHANIC'S LIEN

on the owner and/or reputed owners of the franchise, license, and/or leasehold interest in the property and owner/reputed owner of the fee interest in the property by placing said copy(ies) in a sealed envelope, addressed as follows:

Pacific Gas and Electric Company
77 Beale Street
San Francisco, CA 94105


**BY CERTIFIED MAIL – RETURN RECEIPT REQUESTED:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing via Certified Mail, Return Receipt Requested, following our ordinary business practices. I am readily familiar with Roebbelen Contracting, Inc.'s practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and was executed on 6/1/2020, at El Dorado Hills, CA.

Mai Nguyen-Phillips

Exhibit B page 12 of 56

Case: 19-30088    Doc# 8094-2    Filed: 06/24/20    Entered: 06/24/20 10:03:25    Page 12
of 25

**RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:**

Roebbelen Contracting, Inc.
Attn: Mai Nguyen-Phillips
1241 Hawks Flight Court
El Dorado Hills, CA 95762



05/20/2020, 2020-0047062

RECEIVED BY:

For recorder's use        MAY 26 2020

ROEBBELEN

### MECHANIC'S LIEN

Roebbelen Contracting, Inc. ("Claimant"), whose address is 1241 Hawks Flight Court, El Dorado Hills, CA 95762 hereby claims a lien upon the real property located in **Placer County**, California, including improvements located thereon, described as: **PG&E Auburn Service Center IT Consolidation (Job Number 21-18-315 PO# 2700086035) located at 343 Sacramento Street, Auburn CA 95603, APN: 004-260-003**.

After deducting all credits and offsets, the sum of **$117,181.96** is due Claimant for the following work, labor, equipment and/or materials furnished by Claimant: labor, material and service for construction, repairs and improvements..

Claimant furnished the work and materials at the request of Pacific Gas and Electric Company.

The owner(s) and/or reputed owner(s) of the property and improvements located thereon is: Pacific Gas and Electric Company, whose address is 77 Beale Street, San Francisco, CA 94105

## NOTICE OF MECHANIC'S LIEN
## ATTENTION!

**Upon the recording of the enclosed MECHANIC'S LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the franchise, license, and/or leasehold rights in the real property on which the lien has been recorded. The legal action must be filed with the court no later than 90 days after the date the mechanic's lien is recorded.**

**The party identified in the mechanic's lien may have provided labor or materials for improvements to the referenced property and may not have been paid for those items. You are receiving this notice because it is a required step in filing a mechanic's lien foreclosure action**

Exhibit B page 13 of 56
Case: 19-30088    Doc# 8094-2    Filed: 06/24/20    Entered: 06/24/20 10:03:25    Page 13
of 25

against your franchise, license, and/or leasehold rights in the property. The foreclosure action will seek a sale of your franchise, license, and/or leasehold rights in the property in order to pay for unpaid labor, materials, or improvements provided to the property. This may affect your ability to borrow against, refinance, or sell your interest in the property until the mechanic's lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANIC'S LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.

Dated: **5/13/2020**

ROEBBELEN CONTRACTING, INC.

By _____
Kenneth J. Wenham
Its President/CEO

Exhibit B page 14 of 56
Case: 19-30088    Doc# 8094-2    Filed: 06/24/20    Entered: 06/24/20 10:03:25    Page 14
of 25

# VERIFICATION

I, Kenneth J. Wenham, state:

I am the President/CEO of Roebbelen Contracting, Inc., claimant of the foregoing mechanic's lien. I have read the lien and know the contents thereof. The facts stated therein are true of my own knowledge.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 5/13/2020, at El Dorado Hills, California.

_Kenneth J. Wenham_

Kenneth J. Wenham

Exhibit B page 15 of 56
Case: 19-30088    Doc# 8094-2    Filed: 06/24/20    Entered: 06/24/20 10:03:25    Page 15 of 25

## AFFIDAVIT OF SERVICE

I, Mai Nguyen-Phillips, declare that I am a resident of the State of California. I am over the age of 18 years and that my business address is Roebbelen Contracting, Inc. 1241 Hawks Flight Court, El Dorado Hills, CA 95762. On 5/13/2020, I served a true and accurate copy of the document(s) entitled:

### MECHANIC'S LIEN

### NOTICE OF MECHANIC'S LIEN

on the owner and/or reputed owners of the franchise, license, and/or leasehold interest in the property and owner/reputed owner of the fee interest in the property by placing said copy(ies) in a sealed envelope, addressed as follows:

Pacific Gas and Electric Company
77 Beale Street
San Francisco, CA 94105

**BY CERTIFIED MAIL -- RETURN RECEIPT REQUESTED:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing via Certified Mail, Return Receipt Requested, following our ordinary business practices. I am readily familiar with Roebbelen Contracting, Inc.'s practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and was executed on 5/13/2020, at El Dorado Hills, CA.

Mai Nguyen-Phillips

Exhibit B page 16 of 56
Case: 19-30088    Doc# 8094-2    Filed: 06/24/20    Entered: 06/24/20 10:03:25    Page 16
of 25

05/19/2020,20200094293

**RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:**

Roebbelen Contracting, Inc.
Attn: Mai Nguyen-Phillips
1241 Hawks Flight Court
El Dorado Hills, CA 95762

*copy/duplicate has not been
compared to original document*

RECEIVED BY:

MAY 26 2020

ROEBBELEN

For recorder's use

**MECHANIC'S LIEN**

Roebbelen Contracting, Inc. ("Claimant"), whose address is 1241 Hawks Flight Court, El Dorado Hills, CA 95762 hereby claims a lien upon the real property located in **Contra Costa County**, California, including improvements located thereon, described as: **PG&E Antioch Service Center Upgrades (Job Number 21-18-319 PO# 2700033152) located at 2111 Hillcrest Ave., Antioch CA 94509, APN: Unknown**.

After deducting all credits and offsets, the sum of **$12,117.82** is due Claimant for the following work, labor, equipment and/or materials furnished by Claimant: labor, material and service for design, construction, repairs and improvements..

Claimant furnished the work and materials at the request of Pacific Gas and Electric Company.

The owner(s) and/or reputed owner(s) of the property and improvements located thereon is: Pacific Gas and Electric Company, whose address is 77 Beale Street, San Francisco, CA 94105

# NOTICE OF MECHANIC'S LIEN
# ATTENTION!

Upon the recording of the enclosed MECHANIC'S LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the franchise, license, and/or leasehold rights in the real property on which the lien has been recorded. The legal action must be filed with the court no later than 90 days after the date the mechanic's lien is recorded.

The party identified in the mechanic's lien may have provided labor or materials for improvements to the referenced property and may not have been paid for those items. You are receiving this notice because it is a required step in filing a mechanic's lien foreclosure action

against your franchise, license, and/or leasehold rights in the property. The foreclosure action will seek a sale of your franchise, license, and/or leasehold rights in the property in order to pay for unpaid labor, materials, or improvements provided to the property. This may affect your ability to borrow against, refinance, or sell your interest in the property until the mechanic's lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANIC'S LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.

Dated: **5/18/2020**

ROEBBELEN CONTRACTING, INC.

By_____

Bruce Stimson
Its Chief Financial Officer

Exhibit B page 18 of 56
Case: 19-30088    Doc# 8094-2    Filed: 06/24/20    Entered: 06/24/20 10:03:25    Page 18
of 25

# VERIFICATION

I, Bruce Stimson, state:

I am the Chief Financial Officer of Roebbelen Contracting, Inc., claimant of the foregoing mechanic's lien. I have read the lien and know the contents thereof. The facts stated therein are true of my own knowledge.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 5/18/2020, at El Dorado Hills, California.

_____
Bruce Stimson

Exhibit B page 19 of 56
Case: 19-30088    Doc# 8094-2    Filed: 06/24/20    Entered: 06/24/20 10:03:25    Page 19
of 25

# AFFIDAVIT OF SERVICE

I, Mai Nguyen-Phillips, declare that I am a resident of the State of California. I am over the age of 18 years and that my business address is Roebbelen Contracting, Inc. 1241 Hawks Flight Court, El Dorado Hills, CA 95762. On 5/18/2020, I served a true and accurate copy of the document(s) entitled:

## MECHANIC'S LIEN

## NOTICE OF MECHANIC'S LIEN

on the owner and/or reputed owners of the franchise, license, and/or leasehold interest in the property and owner/reputed owner of the fee interest in the property by placing said copy(ies) in a sealed envelope, addressed as follows:

Pacific Gas and Electric Company
77 Beale Street
San Francisco, CA 94105

**BY CERTIFIED MAIL – RETURN RECEIPT REQUESTED:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing via Certified Mail, Return Receipt Requested, following our ordinary business practices. I am readily familiar with Roebbelen Contracting, Inc.'s practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and was executed on 5/18/2020, at El Dorado Hills, CA.

Mai Nguyen-Phillips

Exhibit B page 20 of 56
Case: 19-30088   Doc# 8094-2   Filed: 06/24/20   Entered: 06/24/20 10:03:25   Page 20
of 25

# 2020-008162

06/03/2020 12:24 PM

***Conformed Copy***

The paper to which this label is affixed
has not been compared with the original
filed/recorded document

Terry A. Hansen
County Of Yuba State of CA
County Clerk and Recorder

**RECORDING REQUESTED BY**
**AND WHEN RECORDED MAIL TO:**

Roebbelen Contracting, Inc.
Attn: Mai Nguyen-Phillips
1241 Hawks Flight Court
El Dorado Hills, CA 95762



RECEIVED BY:

JUN 08 2020

ROEBBELEN

_____
For recorder's use

### MECHANIC'S LIEN

Roebbelen Contracting, Inc. ("Claimant"), whose address is 1241 Hawks Flight Court, El Dorado Hills, CA 95762 hereby claims a lien upon the real property located in **Yuba County**, California, including improvements located thereon, described as: **PG&E Area 6N FAU - Marysville (North Valley) (Job Number 21-17-433-002 PO# 270003373) located at** 3736 Rancho Rd., Marysville, CA, APN: 014-280-065-000.

After deducting all credits and offsets, the sum of **$8,245.14** is due Claimant for the following work, labor, equipment and/or materials furnished by Claimant: labor, material and service for, construction, repairs and improvements..

Claimant furnished the work and materials at the request of Pacific Gas and Electric Company.

The owner(s) and/or reputed owner(s) of the property and improvements located thereon is: Pacific Gas and Electric Company, whose address is 77 Beale Street, San Francisco, CA 94105

## NOTICE OF MECHANIC'S LIEN
## ATTENTION!

Upon the recording of the enclosed MECHANIC'S LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the franchise, license, and/or leasehold rights in the real property on which the lien has been recorded. The legal action must be filed with the court no later than 90 days after the date the mechanic's lien is recorded.

The party identified in the mechanic's lien may have provided labor or materials for improvements to the referenced property and may not have been paid for those items. You are receiving this notice because it is a required step in filing a mechanic's lien foreclosure action

against your franchise, license, and/or leasehold rights in the property. The foreclosure action will seek a sale of your franchise, license, and/or leasehold rights in the property in order to pay for unpaid labor, materials, or improvements provided to the property. This may affect your ability to borrow against, refinance, or sell your interest in the property until the mechanic's lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANIC'S LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.

Dated: **6/1/2020**

ROEBBELEN CONTRACTING, INC.

By_____
    Bruce Stimson
    Its Chief Financial Officer

# VERIFICATION

I, Bruce Stimson, state:

I am the Chief Financial Officer of Roebbelen Contracting, Inc., claimant of the foregoing mechanic's lien. I have read the lien and know the contents thereof. The facts stated therein are true of my own knowledge.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 6/1/2020, at El Dorado Hills, California.

_____
Bruce Stimson

Exhibit B page 23 of 56

Case: 19-30088    Doc# 8094-2    Filed: 06/24/20    Entered: 06/24/20 10:03:25    Page 23
of 25

## AFFIDAVIT OF SERVICE

I, Mai Nguyen-Phillips, declare that I am a resident of the State of California. I am over the age of 18 years and that my business address is Roebbelen Contracting, Inc. 1241 Hawks Flight Court, El Dorado Hills, CA 95762. On 6/1/2020, I served a true and accurate copy of the document(s) entitled:

### MECHANIC'S LIEN

### NOTICE OF MECHANIC'S LIEN

on the owner and/or reputed owners of the franchise, license, and/or leasehold interest in the property and owner/reputed owner of the fee interest in the property by placing said copy(ies) in a sealed envelope, addressed as follows:

Pacific Gas and Electric Company
77 Beale Street
San Francisco, CA 94105

**BY CERTIFIED MAIL – RETURN RECEIPT REQUESTED:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing via Certified Mail, Return Receipt Requested, following our ordinary business practices. I am readily familiar with Roebbelen Contracting, Inc.'s practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and was executed on 6/1/2020, at El Dorado Hills, CA.

Mai Nguyen-Phillips

Exhibit B page 24 of 56
Case: 19-30088    Doc# 8094-2    Filed: 06/24/20    Entered: 06/24/20 10:03:25    Page 24
of 25

# 2020-008163

06/03/2020 12:28 PM
***Conformed Copy***
The paper to which this label is affixed
has not been compared with the original
filed/recorded document
Terry A. Hansen
County Of Yuba State of CA
County Clerk and Recorder

**RECORDING REQUESTED BY**
**AND WHEN RECORDED MAIL TO:**

Roebbelen Contracting, Inc.
Attn: Mai Nguyen-Phillips
1241 Hawks Flight Court
El Dorado Hills, CA 95762



RECEIVED BY:

JUN 03 2020

ROEBBELEN

For recorder's use

### MECHANIC'S LIEN

Roebbelen Contracting, Inc. ("Claimant"), whose address is 1241 Hawks Flight Court, El Dorado Hills, CA 95762 hereby claims a lien upon the real property located in **Yuba County**, California, including improvements located thereon, described as: **PG&E Area 6N FAU - Marysville SC (Job Number 21-17-433-003 PO# 270003373) located at 29 4th Street, Marysville, CA 95901, APN: 010-251-002-000**.

After deducting all credits and offsets, the sum of **$23,431.53** is due Claimant for the following work, labor, equipment and/or materials furnished by Claimant: labor, material and service for, construction, repairs and improvements..

Claimant furnished the work and materials at the request of Pacific Gas and Electric Company.

The owner(s) and/or reputed owner(s) of the property and improvements located thereon is: Pacific Gas and Electric Company, whose address is 77 Beale Street, San Francisco, CA 94105

## NOTICE OF MECHANIC'S LIEN
## ATTENTION!

Upon the recording of the enclosed MECHANIC'S LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the franchise, license, and/or leasehold rights in the real property on which the lien has been recorded. The legal action must be filed with the court no later than 90 days after the date the mechanic's lien is recorded.

The party identified in the mechanic's lien may have provided labor or materials for improvements to the referenced property and may not have been paid for those items. You are receiving this notice because it is a required step in filing a mechanic's lien foreclosure action