# Exhibit C - Report of Adjustments to Previously Noticed Liens

| | | Original notice information[1] | | | | | Original noticed lien information | | | Additional release information | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ref. no. | Ex. D pp. | Filed | ECF no. | Ex. A ref. no. | Job no(s). | County | Recorded | No. | Amount | Recorded | No. | Amount | Remaining |
| 1 | 2–3 | 5/1/2020 | 7043 | 5 | 21-18-355 | Kings | 2/19/2020 | 2003107 | $561,212.49 | 4/27/2020 | 2007101 | $140,670.77 | $420,541.72 |

[1] **Exhibit A** indexes are attached to each previously filed § 546(b) notice. These columns correspond with the information in those previous filings. For example, a row denoting ECF 7043 and Ex. A. ref. no. 5 would refer to a lien included in the § 546(b) notice filed at ECF 7043, that lien appearing on that notice's **Exhibit A** index as reference number 5.