# Exhibit D

Recording Requested By
And When Recorded Mail To:

WHEN RECORDED RETURN TO:
OTMK Law
Attn: Kymberli Aguilar
2500 Venture Oaks Way, Ste. 320
Sacramento, CA 95833

DOC NBR: 2007101   04/27/2020  09:20:12 AM
OFFICIAL RECORDS OF Kings County
Clerk-Recorder, Kristine Lee
RECORDING FEE: $91.00
COUNTY TAX: $0.00
CITY TAX: $0.00

CONFORMED COPY

DOC TYPE: 28
2 PGS
R058

# PARTIAL RELEASE OF MECHANIC'S LIEN

Roebbelen Contracting, Inc. ("Claimant"), whose address is 1241 Hawks Flight Court, El Dorado Hills, California 95762, hereby releases to the extent stated below, and only to that extent, that certain mechanic's lien which claimant caused to be recorded in the Official Records of the County Recorder of Kings County, California, on February 19, 2020, as document number 2003107.

This release is only to the extent of the principal sum of $140,670.77 received by Claimant from Pacific Gas and Electric Company. The balance on the lien claim remains in effect and claimant does not release interest and costs.

The person or persons against whom the lien was recorded are Pacific Gas and Electric Company, whose address is 77 Beale Street, San Francisco, CA 94105.

Dated: April 20, 2020

Roebbelen Contracting, Inc.

By _____
Kenneth J. Wenham
Its Chief Financial Officer

[ACKNOWLEDGMENT ON FOLLOWING PAGE]

## ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California )
County of El Do(ado )

On 4/20/2020 before me, Nam S. Tran, Notary Public
(insert name and title of officer)

personally appeared Kenneth J. Wenham ,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

NAM S. TRAN
COMM. # 2255329
NOTARY PUBLIC - CALIFORNIA
EL DORADO COUNTY
MY COMM. EXP. SEP. 18, 2022

Signature Nam S. Tran (Seal)