**Exhibit A**

**OCP Declaration and Retention Questionnaire for Eckert Seamans, LLC**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| In re:<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>X Affects both Debtors<br><br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM). | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION AND DISCLOSURE STATEMENT OF CHARLES A. ZDEBSKI ON BEHALF OF ECKERT SEAMANS, LLC** |
|---|---|
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

I, Charles A. Zdebski, hereby declare as follows:

1.  I am a Member of Eckert Seamans, LLC located at 1717 Pennsylvania Avenue, Washington, D.C. 20006 (the "**Firm**").

2.  PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases, have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3.  The Services include, but are not limited to, the following:
advice as to matters involving regulation by the Federal Energy Regulatory Commission.

4.  The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm

does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5. The Firm does not receive compensation from third party sources other than the Debtors for the Services.

6. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

7. Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

8. As of the commencement of this chapter 11 case, the Debtors owed the Firm Zero Dollars ($0) in respect of prepetition services rendered to the Debtors.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration and Disclosure Statement was executed on June 24, 2019, at Alexandria, Virginia.

Charles A. Zdebski

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| In re:<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>X Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**RETENTION QUESTIONNAIRE** |
|---|---|

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases.

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of professional:

    Charles A. Zdebski

    Eckert Seamans, LLC

    1717 Pennsylvania Avenue, NW, Washington, D.C. 20006

2. Date of retention: June 7, 2020

3. Type of services to be provided:

    Legal services.

4. Brief description of services to be provided:

    Advice and counsel as to regulatory matters affecting the Debtors and subject to the jurisdiction of the Federal Energy Regulatory Commission.

5. Arrangements for compensation (hourly, contingent, etc.):

   $680 per hour plus reimbursement for all out-of-pocket costs

   (a) Average hourly rate (if applicable): _____N/A_____

   (b) Estimated average monthly compensation based on prepetition retention (if company was employed prepetition):

   _____N/A_____

   (c) Disclose the nature of any compensation arrangement whereby the company is reimbursed by a third party for services provided to the Debtors (if applicable): N/A

6. Prepetition claims against the Debtors held by the company:

   Amount of claim: $_____N/A_____

   Date claim arose: _____

   Nature of claim: _____

7. Prepetition claims against the Debtors held individually by any member, associate, or employee of the company:

   Name: _____N/A_____

   Status: _____

   Amount of claim: $_____

   Date claim arose: _____

   Nature of claim: _____

8. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed:

   None

9. Name and title of individual completing this form:

   Charles A. Zdebski, Member

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Dated: June 24, 2020

_____
Charles A. Zdebski

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

ORDINARY COURSE PROFESSIONAL
RETENTION QUESTIONNAIRE

Case: 19-30088   Doc# 8096-1   Filed: 06/24/20   Entered: 06/24/20 13:59:55   Page 6 of 6