GROOM LAW GROUP, CHARTERED
David N. Levine, *pro hac vice*
dnl@groom.com
Katherine B. Kohn, *pro hac vice*
kkohn@groom.com
1701 Pennsylvania Ave. NW
Washington, D.C. 20006
Tel:    (202) 857-0620
Fax:    (202) 659-4503

*Special Counsel for Debtors
and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| **- and -** | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors.** | SIXTH CONSOLIDATED FEE STATEMENT OF GROOM LAW GROUP, CHARTERED FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MARCH 1, 2020 THROUGH MARCH 31, 2020 |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas and Electric Company | |
| x  Affects both Debtors | |
| *All papers shall be filed in the Lead Case No. 19-30088 (DM).* | **Objection Deadline**: July 14, 2020 at 4:00 p.m. (Pacific Time) |

1

To: The Notice Parties

| | |
|---|---|
| Name of Applicant | Groom Law Group, Chartered |
| Authorized to Provide Professional Services to: | <u>Debtors</u> |
| Date of Retention: | <u>June 10, 2019 *nunc pro tunc* to January 29, 2019</u> |
| Period for which compensation and reimbursement are sought: | <u>March 1, 2020 through March 31, 2020</u> |
| Amount of compensation sought as actual, reasonable, and necessary | <u>$83,954.88 (80% of $104,943.60)</u> |
| Amount of expense reimbursement sought as actual, reasonable, and necessary | <u>$0</u> |

The Groom Law Group, Chartered ("Groom" or "Applicant"), special employee benefits counsel to PG&E Corporation and Pacific Gas and Electric Company ("Debtors"), hereby submits its Sixth Consolidated Fee Statement ("Sixth Consolidated Statement")[1] for allowance and payment of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred for the period commencing March 1, 2020, through March 31, 2020 (the "Fee Period") pursuant to *the Order Pursuant to 11 U.S.C. §§ 331 and 105(a) and*

---

[1] Groom filed its First Consolidated Monthly Fee Statement covering the period from January 29, 2019, to July 31, 2019, on September 27, 2019 [Dkt. No. 4031]. Groom filed a Certificate of No Objection with respect to the Consolidated Monthly Fee Statement on October 21, 2019 [Dkt. No. 4350]. Groom filed its First Monthly Fee Statement covering August 2019 on December 2, 2019 [Dkt. No. 4936]. Groom filed a Certificate of No Objection with respect to the First Monthly Fee Statement on December 23, 2019 [Dkt. No. 5195]. Groom filed its Second Consolidated Monthly Fee Statement covering September and October 2019 on December 8, 2019 [Dkt. No. 5022]. Groom filed a Certificate of No Objection with respect to the Second Consolidated Monthly Fee Statement on December 30, 2019 [Dkt. No. 5225]. Groom had previously numbered its Fee Statements for individual months and its Consolidated Fee Statements separately, but at the recommendation of the Fee Examiner now numbers all of its Fee Statements consecutively, regardless of whether the Fee Statement is for an individual month or is consolidated. Groom filed its Fourth Consolidated Fee Statement on February 2, 2020 [Dkt. No. 5843]. Groom filed a Certificate of No Objection with respect to its Fourth Consolidated Fee Statement on March 12, 2020 [Dkt. No. 6269]. Groom filed its First Interim Fee Application on March 13, 2020 [Dkt. No. 6283]. Groom filed its Fifth Consolidated Fee Statement on May 1, 2020 [Dkt. No. 7047]. Groom filed a Certificate of No Objection with respect to its Fifth Consolidated Fee Statement on May 21, 2020 [Dkt. No. 7456].

2

*Fed. R. Bank. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals dated February 27, 2019* [Dkt. 701] (the "Interim Compensation Procedures Order") and the *Order Appointing Fee Examiner And Establishing Procedures For Consideration Of Requested Fee Compensation And Reimbursement Of Expenses* [Dkt. 2267].

By this Monthly Statement, Groom requests allowance and payment of $83,954.88 (80% of $104,943.60) as compensation for professional services rendered to the Debtors during the Fee Period. Groom incurred no expenses during the Fee Period.

Groom provided legal services to Debtors related to five different matters during the Fee Period. Attached hereto are the following Exhibits:

1. <u>Matter A: Counseling re: Executive Compensation</u>

    a. <u>Exhibit A-1</u> is the name of each professional who performed services for one or both of the Debtors in connection with these Chapter 11 cases during the Fee Period and the hourly rate and total fees for each professional.

    b. <u>Exhibit A-2</u> is a summary of hours during the Fee Period by task.

    c. <u>Exhibit A-3</u> is the detailed time entries for the Fee Period.

2. <u>Matter B: Counseling re: Defined Benefit Plan</u>

    a. <u>Exhibit B-1</u> is the name of each professional who performed services for one or both of the Debtors in connection with these Chapter 11 cases during the Fee Period and the hourly rate and total fees for each professional.

    b. <u>Exhibit B-2</u> is a summary of hours during the Fee Period by task.

    c. <u>Exhibit B-3</u> is the detailed time entries for the Fee Period.

3

3. Matter C: Counseling re: Health and Welfare Plan

    a. Exhibit C-1 is the name of each professional who performed services for one or both of the Debtors in connection with these Chapter 11 cases during the Fee Period and the hourly rate and total fees for each professional.

    b. Exhibit C-2 is a summary of hours during the Fee Period by task.

    c. Exhibit C-3 is the detailed time entries for the Fee Period.

4. Matter D: Counseling re: Bankruptcy Matter

    a. Exhibit D-1 is the name of each professional who performed services for the Debtors in connection with these Chapter 11 cases during the Fee Period and the hourly rate and total fees for each professional.

    b. Exhibit D-2 is a summary of hours during the Fee Period by task.

    c. Exhibit D-3 is the detailed time entries for the Fee Period.

5. Matter E: Voluntary Disability Plan

    a. Exhibit E-1 is the name of each professional who performed services for the Debtors in connection with these Chapter 11 cases during the Fee Period and the hourly rate and total fees for each professional.

    b. Exhibit E-2 is a summary of hours during the Fee Period by task.

    c. Exhibit E-3 is the detailed time entries for the Fee Period.

6. Matter F: Defined Contribution Plan

    a. Exhibit F-1 is the name of each professional who performed services for the Debtors in connection with these Chapter 11 cases during the Fee Period and the hourly rate and total fees for each professional.

4

b. Exhibit F-2 is a summary of hours during the Fee Period by task.

c. Exhibit F-3 is the detailed time entries for the Fee Period.

In accordance with the Interim Compensation Procedures Order, responses or objections to this Monthly Statement, if any, must be filed and served on or before the 21st day (or the next business day if such day is not a business day) following the date the Monthly Statement is served with this Court (the "Objection Deadline").

Upon expiration of the Objection Deadline, the Applicant shall file a certificate of no objection with the Court, after which the Debtors are authorized and directed to pay the Applicant an amount equal to 80% of the fees requested in this Monthly Statement. If an objection is properly filed, the Debtors shall be authorized and directed to pay the Applicant 80% of the requested fees that are not subject to an objection.

Dated: June 24, 2020

GROOM LAW GROUP, CHARTERED

By: /s/ Katherine B. Kohn
David N. Levine
Katherine B. Kohn
1701 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 857-0620
Fax: (202) 659-4503

*Special Counsel to Debtors and Debtors in Possession*

5

**Notice Parties**

PG&E Corporation
c/o Pacific Gas & Electric Company
77 Beale Street
San Francisco, CA 94105
Attn:   Janet Loduca, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn:   Stephen Karotkin, Esq.
        Rachael Foust, Esq.

Keller & Benvenutti LLP
650 California Street, Suite 1900
San Francisco, CA 94108
Attn:   Tobias S. Keller, Esq.,
        Jane Kim, Esq.

The Office of the United States Trustee for Region 17
450 Golden Gate Avenue, 5th Floor, Suite #05-0153
San Francisco, CA 94102
Attn:   James L. Snyder, Esq.,
        Timothy Laffredi, Esq.

Milbank LLP
55 Hudson Yards
New York, NY 10001-2163
Attn:   Dennis F. Dunne, Esq.,
        Sam A. Khalil, Esq.

Milbank LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Attn:   Paul S. Aronzon, Esq.,
        Gregory A. Bray, Esq.,
        Thomas R. Kreller, Esq.

Baker & Hostetler LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Attn:   Eric Sagerman, Esq.,
        Cecily Dumas, Esq.

1

Bruce Markell
Fee Examiner
Northwestern University Pritzker School of Law
375 East Chicago Avenue
Chicago, IL 60611-3069

2

## EXHIBIT A-1

## COMPENSATION BY PROFESSIONAL
## MARCH 1, 2020, THROUGH MARCH 31, 2020

The attorneys and paraprofessionals who rendered professional services to one or more of the Debtors relating to Executive Compensation during the Fee Period are:

| Partners and Of Counsels | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Will Fogleman | 2011 | $675.00 | 6.00 | $4,050.00 |

| Professionals | Blended Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|
| Partners and Of Counsels | $675.00 | 6.00 | $4,050.00 |
| *Total Fees Incurred* | | | **$4,050.00** |

1

**<u>EXHIBIT A-2</u>**

**COMPENSATION BY WORK TASK CODE FOR SERVICES
RENDERED ON MATTER DURING FEE PERIOD**

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| C200 | Researching Law | 6.00 | $4,050.00 |

1

**<u>EXHIBIT A-3</u>**

**ITEMIZED SERVICES**

| Date | Timekeeper | Hours | Task | Narrative | Amount |
|------|-----------|-------|------|-----------|--------|
| 3/5/2020 | FOGLEMAN | 1.00 | C200 | Review benefit calculation provisions of Excess Plan and discuss with SAB. | $675.00 |
| 3/15/2020 | FOGLEMAN | 2.80 | C200 | Review CD&A description of pension payments. | $1,890.00 |
| 3/16/2020 | FOGLEMAN | 0.20 | C200 | Prepare email comments re: CD&A to R. Reilly. | $135.00 |
| 3/18/2020 | FOGLEMAN | 2.00 | C200 | Prepare emails to R. Reilly re: 409A catch up payments and CD&A. | $1,350.00 |
| | | **6.00** | | | |
| | | | | **Grand Total** | **$4,050.00** |

2

**EXHIBIT B-1**

**COMPENSATION BY PROFESSIONAL**
**MARCH 1, 2020, THROUGH MARCH 31, 2020**

The attorneys and paraprofessionals who rendered professional services to one or both of the Debtors relating to the Debtors' Defined Benefit Plans during the Fee Period are:

| Name of Partners and Counsel | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Katherine Kohn | 2009 | $708.00 | 1.10 | $778.80 |
| David Levine | 1998 | $860.00 | 8.70 | $7,482.00 |
| Will Fogleman | 2011 | $675.00 | 2.50 | $1,687.50 |
| Kevin Walsh | 2009 | $708.00 | 1.90 | $1,345.20 |
| Brigen Winters | 1994 | $860.00 | 0.30 | $258.00 |

| Name of Associates | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| David Ashner | 2014 | $556.00 | 2.40 | $1,334.40 |
| Stacey Bradford | 1996 | $637.00 | 1.30 | $828.10 |
| Zach Isenhour | 2019 | $378.00 | 0.50 | $189.00 |

| Professionals | Blended Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|
| Partners and Counsel | $796.65 | 14.50 | $11,551.50 |
| Associates | $559.88 | 4.20 | $2,351.50 |
| Blended Attorney Rate | $743.47 | | |
| *Total Fees Incurred* | | **18.70** | **$13,903.00** |

3

**<u>EXHIBIT B-2</u>**

**COMPENSATION BY WORK TASK CODE FOR SERVICES
RENDERED DURING THE FEE PERIOD**

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| C200 | Researching Law | **18.70** | **$13,903.00** |

4

**EXHIBIT B-3**

**ITEMIZED SERVICES**

| Date | Timekeeper | Hours | Task | Narrative | Amount |
|------|-----------|-------|------|-----------|--------|
| 3/6/2020 | ASHNER | 0.30 | C200 | Review/analyze Principal service continuity agreements. | $166.80 |
| 3/12/2020 | ASHNER | 1.30 | C200 | Review/analyze Principal transition services agreement, including reviewing terms of trust agreements re: successorship. | $722.80 |
| 3/13/2020 | ASHNER | 0.60 | C200 | Draft/revise email to R. Reilly re: comments to Principal service continuity agreement. | $333.60 |
| 3/15/2020 | ASHNER | 0.20 | C200 | Review/analyze governance question re: trustee authority. | $111.20 |
| 3/6/2020 | BRADFORD | 1.30 | C200 | Review and analyze questions regarding calculation of benefits under Retirement Plan and Supplemental Executive Retirement Plan in connection with actuarial increases for post-age 65 calculations. | $828.10 |
| 3/6/2020 | FOGLEMAN | 2.40 | C200 | Review SERPs and issues re: stair-step addition. | $1,620.00 |
| 3/13/2020 | FOGLEMAN | 0.10 | C200 | Analyze 409A catch-up issue. | $67.50 |
| 3/3/2020 | ISENHOUR | 0.50 | C200 | Review status of common law marriage across various states and CA's recognition thereof. | $189.00 |
| 3/26/2020 | KOHN | 1.10 | C200 | Analyze issues re: PBGC/POR considerations. | $778.80 |
| 3/5/2020 | LEVINE | 0.30 | C200 | Rabbi trust transition follow-up. | $258.00 |
| 3/8/2020 | LEVINE | 0.30 | C200 | Review electrical technician service credit amendment items. | $258.00 |

5

| Date | Name | Hours | Code | Description | Amount |
|---|---|---|---|---|---|
| 3/8/2020 | LEVINE | 0.30 | C200 | SERP adjustment follow-up. | $258.00 |
| 3/12/2020 | LEVINE | 0.30 | C200 | Rabbi trust assignment follow-up. | $258.00 |
| 3/13/2020 | LEVINE | 0.20 | C200 | Trustee transition follow-up. | $172.00 |
| 3/15/2020 | LEVINE | 0.20 | C200 | Rabbi trust transition follow-up. | $172.00 |
| 3/16/2020 | LEVINE | 0.40 | C200 | Review comments on 10-K. | $344.00 |
| 3/16/2020 | LEVINE | 0.40 | C200 | Rabbi trust follow-up. | $344.00 |
| 3/16/2020 | LEVINE | 0.20 | C200 | Incumbency certificate follow-up. | $172.00 |
| 3/17/2020 | LEVINE | 0.20 | C200 | Letter agreement follow-up. | $172.00 |
| 3/18/2020 | LEVINE | 0.20 | C200 | Follow-up on distribution reporting with R. Reilly. | $172.00 |
| 3/18/2020 | LEVINE | 0.50 | C200 | Union bargaining amendment follow-up. | $430.00 |
| 3/22/2020 | LEVINE | 0.30 | C200 | Revise IBEW Line Tech amendment. | $258.00 |
| 3/27/2020 | LEVINE | 0.30 | C200 | Follow-up on employee plan impact question. | $258.00 |
| 3/28/2020 | LEVINE | 0.50 | C200 | Follow-up on plan provision question. | $430.00 |
| 3/30/2020 | LEVINE | 1.80 | C200 | Follow-up on design question and call with client re: same | $1,548.00 |
| 3/31/2020 | LEVINE | 1.30 | C200 | Plan design follow-up and review analysis. | $1,118.00 |
| 3/31/2020 | LEVINE | 1.00 | C200 | Follow-up on CARES items. | $860.00 |
| 3/27/2020 | WALSH | 0.60 | C200 | Analyze re: employee credits. | $424.80 |
| 3/28/2020 | WALSH | 1.30 | C200 | Analyze issues re employee retention provisions. | $920.40 |
| 3/18/2020 | WINTERS | 0.30 | C200 | Communicate with client re: coronavirus Fiscal stimulus legislation and possible retirement changes. | $258.00 |
| | | 18.70 | | | |
| **GRAND TOTAL** | | | | | **$13,903.00** |

6

## EXHIBIT C-1

## COMPENSATION BY PROFESSIONAL
## MARCH 1, 2020, THROUGH MARCH 31, 2020

The attorneys and paraprofessionals who rendered professional services to one or both of the Debtors related to Health and Welfare Plans during the Fee Period are:

| Name of Partners and Counsel | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Katie Amin | 2009 | $713.00 | 1.70 | $1,212.10 |
| Christy Tinnes | 1998 | $812.00 | 1.60 | $1,299.20 |
| David Levine | 1998 | $860.00 | 3.90 | $3,354.00 |
| Allison Ullman | 2005 | $755.00 | 11.40 | $8,607.00 |
| Brigen Winters | 1994 | $860.00 | 8.50 | $7,310.00 |
| Joel Wood | 1999 | $713.00 | 2.60 | $1,853.80 |

\*\*\*

| Name of Associates | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Zack Hoffmann-Richards | 2007 | $544.00 | 3.80 | $2,067.20 |
| Nancy McTyre (Legal Consultant) | 2010 | $675.00 | 3.00 | $2,025.00 |

| Name of Paraprofessionals | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Amy Latalladi-Fulton | -- | $328.00 | 0.80 | $262.40 |

| Professionals | Blended Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|
| Partners and Counsel | $795.82 | 29.70 | $23,636.10 |
| Associates | $601.79 | 6.80 | $4,092.20 |
| Paraprofessionals | $328.00 | 0.80 | $262.40 |

7

| | | | |
|---|---|---|---|
| Blended Attorney Rate | $759.67 | | |
| *Total Fees Incurred* | | **37.30** | **$27,990.70** |

8

## <u>EXHIBIT C-2</u>

**COMPENSATION BY WORK TASK CODE FOR SERVICES
RENDERED DURING THE FEE PERIOD**

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| C200 | Researching Law | 37.30 | $27,990.70 |

9

**EXHIBIT C-3**

**ITEMIZED SERVICES**

| Date | Timekeeper | Hours | Task | Narrative | Amount |
|---|---|---|---|---|---|
| 3/16/2020 | AMIN | 0.10 | C200 | Analyze R. Reilly's question re: coronavirus and FSA deadline. | $71.30 |
| 3/17/2020 | AMIN | 0.10 | C200 | Analyze R. Reilly follow up question re: extending FSA claims deadline. | $71.30 |
| 3/24/2020 | AMIN | 1.50 | C200 | Analyze paid leave questions. | $1,069.50 |
| 3/23/2020 | HOFFMANN-RICHARDS | 2.80 | C200 | Research, draft and review various Families First Responses. | $1,523.20 |
| 3/25/2020 | HOFFMANN-RICHARDS | 1.00 | C200 | Draft COBRA Authorization Form. | $544.00 |
| 3/25/2020 | LATALLADI-FULTON | 0.80 | C200 | Analyze plaintiff firm Shamis & Gentile's class action lawsuit experience, for DNL. | $262.40 |
| 3/10/2020 | LEVINE | 0.20 | C200 | Sick leave follow-up. | $172.00 |
| 3/11/2020 | LEVINE | 0.30 | C200 | Sick leave question follow-up. | $258.00 |
| 3/14/2020 | LEVINE | 0.20 | C200 | Sick pay follow-up. | $172.00 |
| 3/15/2020 | LEVINE | 0.50 | C200 | Sick pay follow-up. | $430.00 |
| 3/17/2020 | LEVINE | 0.30 | C200 | Sick leave follow-up. | $258.00 |
| 3/20/2020 | LEVINE | 0.50 | C200 | Follow-up on leave questions with team. | $430.00 |
| 3/25/2020 | LEVINE | 0.30 | C200 | Legislation follow-up. | $258.00 |
| 3/25/2020 | LEVINE | 0.40 | C200 | Follow-up on D.T. inquiry and process. | $344.00 |
| 3/27/2020 | LEVINE | 0.20 | C200 | CARES follow-up. | $172.00 |
| 3/27/2020 | LEVINE | 0.50 | C200 | D.T. and COBRA lawsuits follow-up. | $430.00 |
| 3/28/2020 | LEVINE | 0.20 | C200 | D.T. follow-up. | $172.00 |
| 3/28/2020 | LEVINE | 0.30 | C200 | CARES follow-up. | $258.00 |
| 3/25/2020 | MCTYRE | 0.60 | C200 | Analyze D.T. document request. | $405.00 |
| 3/26/2020 | MCTYRE | 0.30 | C200 | Analyze D.T. document request. | $202.50 |
| 3/27/2020 | MCTYRE | 1.00 | C200 | Analyze D.T. document request. | $675.00 |
| 3/28/2020 | MCTYRE | 0.70 | C200 | Draft response to D.T. document request. | $472.50 |

10

| | | | | | | |
|---|---|---|---|---|---|---|
| 3/30/2020 | MCTYRE | 0.20 | C200 | Analyze D.T. document request. | | $135.00 |
| 3/31/2020 | MCTYRE | 0.20 | C200 | Analyze D.T. document request. | | $135.00 |
| 3/16/2020 | TINNES | 0.50 | C200 | Analyze issues re: COVID / STD and quarantine leave issues. | | $406.00 |
| 3/17/2020 | TINNES | 0.30 | C200 | Analyze quarantine leave/ STD questions. | | $243.60 |
| 3/17/2020 | TINNES | 0.50 | C200 | Review/analyze issues re: quarantine leave/STD questions. | | $406.00 |
| 3/26/2020 | TINNES | 0.10 | C200 | Analyze HIPAA authorization. | | $81.20 |
| 3/26/2020 | TINNES | 0.20 | C200 | Review HIPAA authorization. | | $162.40 |
| 3/10/2020 | ULLMAN | 0.20 | C200 | Review/analysis re: COVID leave. | | $151.00 |
| 3/11/2020 | ULLMAN | 1.30 | C200 | Review/analysis re: COVID questions. | | $981.50 |
| 3/13/2020 | ULLMAN | 0.20 | C200 | Review/analysis re: COVID-19 guidance. | | $151.00 |
| 3/14/2020 | ULLMAN | 0.20 | C200 | Review correspondence re: COVID-19 leave. | | $151.00 |
| 3/16/2020 | ULLMAN | 0.60 | C200 | Review/analysis re: FSA claims reimbursement deadline. | | $453.00 |
| 3/16/2020 | ULLMAN | 2.20 | C200 | Review/analysis re: COVID-19 guidance. | | $1,661.00 |
| 3/17/2020 | ULLMAN | 0.10 | C200 | Correspondence with R. Reilly re: outstanding H&W issues. | | $75.50 |
| 3/17/2020 | ULLMAN | 0.20 | C200 | Review/analysis re: FSA claims reimbursement deadline. | | $151.00 |
| 3/17/2020 | ULLMAN | 1.40 | C200 | Review/analysis re: COVID-19 guidance. | | $1,057.00 |
| 3/17/2020 | ULLMAN | 0.30 | C200 | Call with R. Reilly re: outstanding H&W projects. | | $226.50 |
| 3/18/2020 | ULLMAN | 0.30 | C200 | Email to R. Reilly re: FSA claims reimbursement deadline. | | $226.50 |
| 3/18/2020 | ULLMAN | 0.20 | C200 | Review/analysis re: COVID-19 guidance. | | $151.00 |
| 3/19/2020 | ULLMAN | 1.80 | C200 | Review/analyze COVID-19 guidance. | | $1,359.00 |
| 3/20/2020 | ULLMAN | 0.40 | C200 | Review/analysis re: COVID-19 guidance and paid leave. | | $302.00 |
| 3/24/2020 | ULLMAN | 0.10 | C200 | Review/analysis re: sick leave. | | $75.50 |

11

| | | | | C200 | Review/analysis re: COBRA notice question. | |
|---|---|---|---|---|---|---|
| | 3/25/2020 | ULLMAN | 0.90 | | | $679.50 |
| | 3/25/2020 | ULLMAN | 0.10 | C200 | Follow up re: paid sick leave question. | $75.50 |
| | 3/26/2020 | ULLMAN | 0.20 | C200 | Review re: HIPAA authorization form and COBRA notice. | $151.00 |
| | 3/27/2020 | ULLMAN | 0.20 | C200 | Review/analysis re: COBRA notice disclosure question. | $151.00 |
| | 3/30/2020 | ULLMAN | 0.30 | C200 | Work re: D.T request. | $226.50 |
| | 3/31/2020 | ULLMAN | 0.20 | C200 | Follow up on D.T. document request. | $151.00 |
| | 3/13/2020 | WINTERS | 0.80 | C200 | Review/analyze questions from R. Reilly re: Coronavirus leave provisions. | $688.00 |
| | 3/14/2020 | WINTERS | 0.50 | C200 | Communicate with P. Simpkins and R. Reilly re: Coronavirus legislation and analysis of same. | $430.00 |
| | 3/15/2020 | WINTERS | 0.70 | C200 | Communicate with P. Simpkins and R. Reilly re: Coronavirus legislation and analysis of same. | $602.00 |
| | 3/16/2020 | WINTERS | 0.30 | C200 | Emails to and from R. Reilly re: Coronavirus legislation and analysis of same. | $258.00 |
| | 3/18/2020 | WINTERS | 0.30 | C200 | Emails to and from R. Reilly, et al., re: Coronavirus legislation and analysis of same. | $258.00 |
| | 3/19/2020 | WINTERS | 0.30 | C200 | Emails to and from R. Reilly, P. Simpkins, et al., re: Coronavirus legislation and analysis of same. | $258.00 |
| | 3/20/2020 | WINTERS | 0.40 | C200 | Review P. Simpkins, R. Reilly questions re: paid leave less than 500 employer FMLA definitions. | $344.00 |
| | 3/22/2020 | WINTERS | 0.50 | C200 | Emails to and from P. Simpkins and R. Reilly, et al., re: fiscal stimulus bill and analysis of provisions. | $430.00 |
| | 3/23/2020 | WINTERS | 0.50 | C200 | Draft/revise response to P. Simpkins on FMLA and FLSA employer definition for | $430.00 |

12

| Date | Timekeeper | Hours | Code | Description | Amount |
|---|---|---|---|---|---|
| | | | | Families Act paid leave requirements. | |
| 3/24/2020 | WINTERS | 0.30 | C200 | Draft/revise response to P. Simpkins on FMLA and FLSA employer definition for Families Act paid leave requirements. | $258.00 |
| 3/25/2020 | WINTERS | 0.80 | C200 | Draft/revise response to P. Simpkins on FMLA and FLSA employer definition for Families Act paid leave requirements. | $688.00 |
| 3/25/2020 | WINTERS | 0.30 | C200 | Emails to P. Simpkins and R. Reilly, et al., re: fiscal stimulus bill provisions. | $258.00 |
| 3/27/2020 | WINTERS | 0.50 | C200 | Email from and to P. Simpkins re: eligibility for CARES Act business loans and credits. | $430.00 |
| 3/28/2020 | WINTERS | 0.50 | C200 | Review/analyze questions from P. Simpkins re: eligibility for CARES Act business loans and credits. | $430.00 |
| 3/30/2020 | WINTERS | 0.80 | C200 | Draft/revise summary for P. Simpkins, R. Reilly re: eligibility for CARES Act business loans and credits. | $688.00 |
| 3/31/2020 | WINTERS | 0.80 | C200 | Review and edit communication on CARES Act business loans. | $688.00 |
| 3/31/2020 | WINTERS | 0.20 | C200 | Email to P. Simpkins, R. Reilly re: eligibility for CARES Act business loans and credits. | $172.00 |
| 3/16/2020 | WOOD | 0.20 | C200 | Analyze sick-leave accrual issues. | $142.60 |
| 3/22/2020 | WOOD | 0.40 | C200 | Review and analyze correspondence and questions regarding application of emergency leave provisions of Families First Coronavirus Response Act to corporate employees. | $285.20 |
| 3/23/2020 | WOOD | 1.00 | C200 | Review and analyze correspondence and questions regarding application of | $713.00 |

13

| Date | Name | Hours | Code | Description | Amount |
|---|---|---|---|---|---|
| | | | | emergency leave provisions of Families First Coronavirus Response Act to corporate employees. | |
| | | | C200 | Analyze and revise proposed response and analysis on Families First leave issues as applied to PG&E. | |
| 3/23/2020 | WOOD | 1.00 | | | $713.00 |
| | | **37.30** | | | |
| | | | | **Grand Total** | **$27,990.70** |

14

## EXHIBIT D-1

## COMPENSATION BY PROFESSIONAL
## MARCH 1, 2020, THROUGH MARCH 31, 2020

The attorneys and paraprofessionals who rendered professional services to the Debtors in connection with benefits issues related to bankruptcy (2018 Wildfires) during the Fee Period are:

| Name of Partners and Counsel | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Allie Itami | 2009 | $713.00 | 8.00 | $5,704.00 |
| Katherine Kohn | 2009 | $708.00 | 3.20 | $2,265.60 |
| David Levine | 1998 | $860.00 | 14.30 | $12,298.00 |
| Kevin Walsh | 2009 | $708.00 | 4.50 | $3,186.00 |
| Brigen Winters | 1994 | $860.00 | 0.40 | $344.00 |

| Name of Associates | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Mark Carolan | 2010 | $675.00 | 6.90 | $4,657.50 |
| Ross McSweeney | 2012 | $637.00 | 11.80 | $7,516.60 |
| Scott Mayland | 2014 | $556.00 | 0.60 | $333.60 |

| Name of Paraprofessionals | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Andi Shahinllari | -- | $214.00 | 4.70 | $1,005.80 |
| Amy Latalladi-Fulton | -- | $328.00 | 0.50 | $164.00 |

| Professionals | Blended Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|
| | | | |

15

| | | | |
|---|---|---|---|
| Partners and Counsel | $782.81 | 30.40 | $23,797.60 |
| Associates | $648.06 | 19.30 | $12,507.70 |
| Paraprofessionals | -- | 5.20 | $1,169.80 |
| Blended Attorney Rate | $730.48 | | |
| *Total Fees Incurred* | | **54.90** | **$37,475.10** |

16

## EXHIBIT D-2

## COMPENSATION BY WORK TASK CODE FOR SERVICES RENDERED DURING THE FEE PERIOD

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| C200 | Researching Law | **54.90** | **$37,475.10** |

17

**EXHIBIT D-3**

**ITEMIZED SERVICES**

| Date | Timekeeper | Hours | Task | Narrative | Amount |
|---|---|---|---|---|---|
| 3/26/2020 | CAROLAN | 0.40 | C200 | Review summary of issues for discussion with PBGC. | $270.00 |
| 3/30/2020 | CAROLAN | 1.50 | C200 | Summarize findings regarding early retirement incentive program. | $1,012.50 |
| 3/30/2020 | CAROLAN | 2.00 | C200 | Prepare cost estimates and review plan provisions re: early in retirement incentive program. | $1,350.00 |
| 3/30/2020 | CAROLAN | 2.50 | C200 | Analyze projected cost for early retirement incentive program. | $1,687.50 |
| 3/31/2020 | CAROLAN | 0.40 | C200 | Draft response and follow up with client. | $270.00 |
| 3/31/2020 | CAROLAN | 0.10 | C200 | Review question from client regarding incentive analysis. | $67.50 |
| 3/4/2020 | ITAMI | 1.00 | C200 | Review questions regarding Employee Benefits Committee structure. | $713.00 |
| 3/24/2020 | ITAMI | 2.00 | C200 | Analyze issues re possible independent fiduciary for company stock. | $1,426.00 |
| 3/26/2020 | ITAMI | 2.00 | C200 | Revise memo regarding plan of reorganization impact on retirement plans. | $1,426.00 |
| 3/27/2020 | ITAMI | 3.00 | C200 | Revise memo regarding plan of reorganization impact on retirement plans. | $2,139.00 |
| 3/10/2020 | KOHN | 0.60 | C200 | Review interim fee application. | $424.80 |
| 3/17/2020 | KOHN | 1.00 | C200 | Analyze issues re: lump sum restrictions and stock rights offering. | $708.00 |
| 3/20/2020 | KOHN | 0.10 | C200 | Call with C. Morgan (PBGC) re: asset statement and prepare and send same. | $70.80 |
| 3/23/2020 | KOHN | 0.20 | C200 | Analyze pension issues in sale process. | $141.60 |

18

| | | | | | |
|---|---|---|---|---|---|
| 3/27/2020 | KOHN | 0.10 | C200 | Call with Weil regarding PBGC issues. | $70.80 |
| 3/27/2020 | KOHN | 0.30 | C200 | Call with client regarding PBGC requests. | $212.40 |
| 3/30/2020 | KOHN | 0.80 | C200 | Analyze issues re: PBGC requests for security. | $566.40 |
| 3/30/2020 | KOHN | 0.10 | C200 | Analyze issues re: interim fee applications. | $70.80 |
| 3/5/2020 | LATALLADI-FULTON | 0.50 | C200 | Analyze current status of PG&E securities litigation. | $164.00 |
| 3/5/2020 | LEVINE | 0.30 | C200 | Review bankruptcy administrative items. | $258.00 |
| 3/5/2020 | LEVINE | 0.60 | C200 | Review and follow-up re: PBGC inquiry. | $516.00 |
| 3/5/2020 | LEVINE | 0.50 | C200 | Review securities class action implications for plan. | $430.00 |
| 3/6/2020 | LEVINE | 0.20 | C200 | Review updated PG&E response. | $172.00 |
| 3/6/2020 | LEVINE | 0.60 | C200 | Counsel status call and follow-up on SERP items. | $516.00 |
| 3/11/2020 | LEVINE | 0.20 | C200 | Billing administration follow-up. | $172.00 |
| 3/12/2020 | LEVINE | 0.30 | C200 | Attention to and review of fee application. | $258.00 |
| 3/13/2020 | LEVINE | 0.2 | C200 | Bankruptcy billing matters follow-up. | $172.00 |
| 3/13/2020 | LEVINE | 0.20 | C200 | Follow-up re: counsel call. | $172.00 |
| 3/13/2020 | LEVINE | 0.60 | C200 | Counsel benefits status call. | $516.00 |
| 3/17/2020 | LEVINE | 0.90 | C200 | Follow-up on emergency items. | $774.00 |
| 3/18/2020 | LEVINE | 0.90 | C200 | Follow-up on POR/emergence items. | $774.00 |
| 3/18/2020 | LEVINE | 0.30 | C200 | PBGC follow-up. | $258.00 |
| 3/19/2020 | LEVINE | 0.20 | C200 | Review PBGC follow-up. | $172.00 |
| 3/20/2020 | LEVINE | 1.20 | C200 | Status call and PBGC filing follow-up. | $1,032.00 |
| 3/21/2020 | LEVINE | 0.20 | C200 | PBGC filing follow-up. | $172.00 |
| 3/22/2020 | LEVINE | 0.50 | C200 | Review impact of relief legislation. | $430.00 |
| 3/23/2020 | LEVINE | 0.80 | C200 | POR and restructuring questions follow-up. | $688.00 |
| 3/24/2020 | LEVINE | 0.90 | C200 | Follow-up on company stock items. | $774.00 |

19

| | | | | | |
|---|---|---|---|---|---|
| 3/25/2020 | LEVINE | 1.20 | C200 | Company stock and restructuring items review and follow-up. | $1,032.00 |
| 3/25/2020 | LEVINE | 0.50 | C200 | Review PBGC response items. | $430.00 |
| 3/26/2020 | LEVINE | 1.40 | C200 | Follow-up on PBGC inquiry. | $1,204.00 |
| 3/27/2020 | LEVINE | 1.40 | C200 | Status call and follow-up re: PBGC. | $1,204.00 |
| 3/30/2020 | LEVINE | 0.20 | C200 | Review fee application items. | $172.00 |
| 3/5/2020 | MAYLAND | 0.60 | C200 | Analyze settlement of securities class action. | $333.60 |
| 3/9/2020 | MCSWEENEY | 5.00 | C200 | Draft interim fee application. | $3,185.00 |
| 3/9/2020 | MCSWEENEY | 0.70 | C200 | Revise draft interim fee application. | $445.90 |
| 3/10/2020 | MCSWEENEY | 1.10 | C200 | Draft interim fee application. | $700.70 |
| 3/10/2020 | MCSWEENEY | 1.90 | C200 | Revise draft interim fee application. | $1,210.30 |
| 3/11/2020 | MCSWEENEY | 0.80 | C200 | Revise draft interim fee application. | $509.60 |
| 3/12/2020 | MCSWEENEY | 0.50 | C200 | Revise draft interim fee application. | $318.50 |
| 3/13/2020 | MCSWEENEY | 1.80 | C200 | Revise draft interim fee application and prepare same for filing. | $1,146.60 |
| 3/12/2020 | SHAHINLLARI | 0.80 | C200 | Prepare and file with the Court the Certificate of No Objection for the 4th Fee Application. | $171.20 |
| 3/13/2020 | SHAHINLLARI | 0.70 | C200 | Email Fee Examiner re: Interim Fee Application. | $149.80 |
| 3/13/2020 | SHAHINLLARI | 1.50 | C200 | Prepare, organize and file with the Court the Interim Fee Application. | $321.00 |
| 3/19/2020 | SHAHINLLARI | 0.70 | C200 | Emails to the Bankruptcy Auditor (Office of the U.S. Trustee) regarding Fee Application Statements. | $149.80 |
| 3/20/2020 | SHAHINLLARI | 0.50 | C200 | Prepare production documents to PBGC. | $107.00 |

20

| | | | | | |
|---|---|---|---|---|---:|
| 3/31/2020 | SHAHINLLARI | 0.20 | C200 | Email US Trustees the corrected version of the Ledes files. | $42.80 |
| 3/31/2020 | SHAHINLLARI | 0.30 | C200 | Review accounting data for the 4th fee application. | $64.20 |
| 3/21/2020 | WALSH | 0.40 | C200 | Analyze impact of COVID-19 provisions on bankruptcy. | $283.20 |
| 3/22/2020 | WALSH | 0.40 | C200 | Analyze re: exec comp provisions of COVID bill. | $283.20 |
| 3/23/2020 | WALSH | 0.50 | C200 | Analyze impact of COVID-19 provisions on bankruptcy. | $354.00 |
| 3/24/2020 | WALSH | 0.50 | C200 | Analyze impact of COVID-19 provisions on bankruptcy. | $354.00 |
| 3/25/2020 | WALSH | 0.50 | C200 | Analyze impact of COVID-19 provisions on bankruptcy. | $354.00 |
| 3/31/2020 | WALSH | 1.10 | C200 | Respond to follow up questions. | $778.80 |
| 3/31/2020 | WALSH | 1.10 | C200 | Review COVID-19 response. | $778.80 |
| 3/22/2020 | WINTERS | 0.40 | C200 | Review/analyze fiscal stimulus bill language on business loans and exec comp restrictions. | $344.00 |
| | | | **54.90** | | |
| **GRAND TOTAL** | | | | | **$37,475.10** |

21

## EXHIBIT E-1

## COMPENSATION BY PROFESSIONAL
## MARCH 1, 2020, THROUGH MARCH 31, 2020

The attorneys and paraprofessionals who rendered professional services to the debtors relating to the Voluntary Disability Plan during the Fee Period are:

| Name of Partners and Counsel | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| David Levine | 1998 | $860.00 | 1.10 | $946.00 |
| Allison Ullman | 2008 | $755.00 | 5.10 | $3,850.50 |
| *Total Partners and Counsel* | | | **6.20** | **$4,796.50** |

| Names of Associates | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Jessica Winslow | 2018 | $413.00 | 1.30 | $536.90 |
| *Total Associates* | | | **1.30** | **$536.90** |

| Professionals | Blended Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|
| Partners and Counsel | $773.62 | 6.20 | $4,796.50 |
| Associates | $413.00 | 1.30 | $536.90 |
| Blended Attorney Rate | $711.12 | | |
| *Total Fees Incurred* | | **7.50** | **$5,333.40** |

22

# **EXHIBIT E-2**

## **COMPENSATION BY WORK TASK CODE FOR SERVICES RENDERED ON MATTER DURING FEE PERIOD**

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| C200 | Researching Law | **7.50** | **$5,333.40** |

23

## EXHIBIT E-3

## ITEMIZED SERVICES

| Date | Timekeeper | Hours | Task | Narrative | Amount |
|------|-----------|-------|------|-----------|--------|
| 3/12/2020 | LEVINE | 0.80 | C200 | Status call with client. | $688.00 |
| 3/13/2020 | LEVINE | 0.30 | C200 | Review and follow-up re: voluntary plan analysis. | $258.00 |
| 3/6/2020 | ULLMAN | 0.30 | C200 | Follow-up work re: VP disclosure question. | $226.50 |
| 3/9/2020 | ULLMAN | 0.30 | C200 | Follow up re: VP matters. | $226.50 |
| 3/12/2020 | ULLMAN | 0.50 | C200 | Call with client re: VP matter. | $377.50 |
| 3/12/2020 | ULLMAN | 0.50 | C200 | Prepare for call with client re: voluntary plan matter. | $377.50 |
| 3/13/2020 | ULLMAN | 0.60 | C200 | Call with client re: VP questions re: COVID-19. | $453.00 |
| 3/13/2020 | ULLMAN | 2.90 | C200 | Review EDD guidance re: VPs and sick leave. | $2,189.50 |
| 3/12/2020 | WINSLOW | 1.30 | C200 | Conference call re: EDD disclosure issues and prepare for same. | $536.90 |
| | | **7.50** | | | |
| | | | | **GRAND TOTAL** | **$5,333.40** |

24

**EXHIBIT F-1**

**COMPENSATION BY PROFESSIONAL**
**MARCH 1, 2020, THROUGH MARCH 31, 2020**

The attorneys and paraprofessionals who rendered professional services to the debtors relating to the Defined Contribution Plan during the Fee Period are:

| Name of Partners and Counsel | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Michael Del Conte | 2006 | $713.00 | 0.50 | $356.50 |
| Alexander Ryan | 2001 | $732.00 | 7.00 | $5,124.00 |
| David Levine | 1998 | $860.00 | 6.70 | $5,762.00 |
| *Total Partners and Counsel* | | | **14.20** | **$11,242.50** |

| Names of Associates | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| David Ashner | 2014 | $556.00 | 2.80 | $1,556.80 |
| John Barlow | 2015 | $561.00 | 0.60 | $336.60 |
| Stacey Bradford | 1994 | $637.00 | 1.60 | $1,019.20 |
| Michael Cook | 2017 | $413.00 | 3.10 | $1,280.30 |
| Arsalan Malik | 2015 | $504.00 | 1.50 | $756.00 |
| *Total Associates* | | | **9.60** | **$4,948.90** |

| Professionals | Blended Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|
| Partners and Counsel | $791.72 | **14.20** | **$11,242.50** |
| Associates | $515.51 | **9.60** | **$4,948.90** |
| Blended Attorney Rate | $680.31 | | |
| *Total Fees Incurred* | | **23.80** | **$16,191.40** |

25

## **EXHIBIT F-2**

### **COMPENSATION BY WORK TASK CODE FOR SERVICES RENDERED ON MATTER DURING FEE PERIOD**

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| C200 | Researching Law | **23.80** | **$16,191.40** |

**EXHIBIT F-3**

**ITEMIZED SERVICES**

| Date | Timekeeper | Hours | Task | Narrative | Amount |
|------|-----------|-------|------|-----------|--------|
| 3/16/2020 | ASHNER | 0.80 | C200 | Review/analyze Fidelity RKA re: rights and protections re: use of participant data. | $444.80 |
| 3/16/2020 | ASHNER | 0.40 | C200 | Draft/revise memo re: use of participant data, monitoring, etc. | $222.40 |
| 3/19/2020 | ASHNER | 0.50 | C200 | Review/analyze Fidelity master trust agreement and amendments thereto, and governance items for participation agreement. | $278.00 |
| 3/20/2020 | ASHNER | 0.40 | C200 | Draft/revise memo re: Fidelity use of participant data. | $222.40 |
| 3/24/2020 | ASHNER | 0.50 | C200 | Review/analyze Fidelity RKA re: use of EFT information. | $278.00 |
| 3/27/2020 | ASHNER | 0.20 | C200 | Draft/revise email re: Fidelity affirmative consent requirements per RKA (re: COVID-19 opt-out notice). | $111.20 |
| 3/18/2020 | BARLOW | 0.60 | C200 | Review/analyze Fidelity mandatory transfer memorandum; draft/revise same. | $336.60 |
| 3/18/2020 | BRADFORD | 0.70 | C200 | Review and analyze question regarding second withdrawal for disability during suspension period for first withdrawal. | $445.90 |
| 3/18/2020 | BRADFORD | 0.20 | C200 | Email client regarding second disability withdrawal during suspension period for first disability withdrawal. | $127.40 |
| 3/23/2020 | BRADFORD | 0.10 | C200 | Review email regarding proposed administrative changes from Fidelity to ease participant access to funds. | $63.70 |
| 3/25/2020 | BRADFORD | 0.30 | C200 | Teleconference with client and DNL regarding withdrawal issues and Fidelity administration proposals. | $191.10 |
| 3/25/2020 | BRADFORD | 0.30 | C200 | Review SPD for loan rules. | $191.10 |
| 3/11/2020 | COOK | 2.10 | C200 | Draft memo regarding open questions on mandatory plan-to-plan transfer amendments. | $867.30 |

27

| Date | Name | Hours | Code | Description | Amount |
|---|---|---|---|---|---|
| 3/12/2020 | COOK | 1.00 | C200 | Finalize draft of memo regarding plan-to-plan transfers. | $413.00 |
| 3/19/2020 | DEL CONTE | 0.50 | C200 | Analyze issues re: DC plan securities law representations. | $356.50 |
| 3/5/2020 | LEVINE | 0.80 | C200 | Follow-up on loan transfers. | $688.00 |
| 3/9/2020 | LEVINE | 0.30 | C200 | Review transfer implementation questions. | $258.00 |
| 3/11/2020 | LEVINE | 0.30 | C200 | Review and comment on audit engagement letters. | $258.00 |
| 3/12/2020 | LEVINE | 0.30 | C200 | Review RSP transfer memo. | $258.00 |
| 3/16/2020 | LEVINE | 0.20 | C200 | SSgA follow-up. | $172.00 |
| 3/16/2020 | LEVINE | 0.40 | C200 | Analyze use of participant data, monitoring. | $344.00 |
| 3/16/2020 | LEVINE | 0.30 | C200 | Fidelity monitoring follow-up. | $258.00 |
| 3/18/2020 | LEVINE | 0.40 | C200 | Review and revise plan transfer memo. | $344.00 |
| 3/19/2020 | LEVINE | 0.30 | C200 | SSgA agreement follow-up with APR. | $258.00 |
| 3/23/2020 | LEVINE | 0.20 | C200 | Follow-up on EBC meeting items. | $172.00 |
| 3/23/2020 | LEVINE | 1.20 | C200 | Follow-up on potential process design changes. | $1,032.00 |
| 3/24/2020 | LEVINE | 0.60 | C200 | Hardship / Fidelity items follow-up. | $516.00 |
| 3/25/2020 | LEVINE | 0.80 | C200 | Review and follow-up re: changes to administration. | $688.00 |
| 3/26/2020 | LEVINE | 0.20 | C200 | Follow-up re: loan consent. | $172.00 |
| 3/27/2020 | LEVINE | 0.20 | C200 | Follow-up on CARES features implementation. | $172.00 |
| 3/31/2020 | LEVINE | 0.20 | C200 | CARES Act opt in follow-up. | $172.00 |
| 3/24/2020 | MALIK | 1.50 | C200 | Draft considerations relating to company stock litigation. | $756.00 |
| 3/4/2020 | RYAN | 0.10 | C200 | E-mail with R. Reilly at PG&E regarding SSgA investment. | $73.20 |
| 3/17/2020 | RYAN | 0.10 | C200 | E-mail with R. Reilly at PG&E regarding State Street investment. | $73.20 |
| 3/18/2020 | RYAN | 1.50 | C200 | Review draft participation agreement from State Street. | $1,098.00 |
| 3/19/2020 | RYAN | 4.00 | C200 | Review and revise participation agreement for SSgA investment. | $2,928.00 |
| 3/20/2020 | RYAN | 0.40 | C200 | Finalize initial comments on draft participation agreement from State Street. | $292.80 |
| 3/25/2020 | RYAN | 0.10 | C200 | Communicate with R. Reilly re: participation agreement with State Street. | $73.20 |

28

| | | | | | |
|---|---|---|---|---|---|
| 3/27/2020 | RYAN | 0.50 | C200 | Prepare for and participate in telephone conference with PG&E representatives regarding participation agreement with State Street. | 366.00 |
| 3/27/2020 | RYAN | 0.30 | C200 | Revise participation agreement with State Street in follow up to telephone discussion with PG&E representatives. | 219.60 |
| | | **23.80** | | | |
| **GRAND TOTAL** | | | | | **$16,191.40** |

29