STEPTOE & JOHNSON LLP
Jeffrey M. Reisner (State Bar No. 143715)
jreisner@mwe.com
Kerri A. Lyman (State Bar No. 241615)
klyman@mwe.com
633 West Fifth Street, Suite 1900
Los Angeles, California 90071
Telephone: (213) 439-9400
Facsimile: (213) 439 9599

Attorneys for Davey Tree Expert Company,
Davey Tree Surgery Company, and
Davey Resource Group, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>and<br><br>PACIFIC GAS AND ELECTRIC CO.,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>☒ Affects Both Debtors | Case No.: 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>NOTICE OF APPEARANCE, CHANGE OF ADDRESS OF COUNSEL, AND REQUEST FOR SERVICE OF NOTICE AND PLEADINGS |

TO THE BANKRUPTCY COURT, DEBTORS, AND ALL OTHER PARTIES IN INTEREST:

PLEASE TAKE NOTICE THAT Davey Tree Expert Company, Davey Tree Surgery Company, and Davey Resource Group, Inc. (collectively, "Davey"), have retained Steptoe & Johnson LLP, as their attorney of record in the above-captioned chapter 11 cases (the "Chapter 11 Cases") in place of and instead of McDermott Will & Emery LLP.

PLEASE TAKE NOTICE THAT, pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), section 1109(b) of title 11 of the United States Code, 11 U.S.C. § 101 et seq. ("Bankruptcy Code"), and N.D. Cal. Local Rule 5-1(c)(2)(A) and (C), the counsel listed below enter their appearance for Davey and request that Davey be added to the official mailing matrix and service lists in the Chapter 11 Cases and that copies of all pleadings, motions, notices, and other papers, filed or served, in these cases or any proceeding herein, be served upon the below-listed counsel at the following mailing or e-mail addresses or facsimile numbers:

> Jeffrey M. Reisner
> Kerri A. Lyman
> STEPTOE & JOHNSON LLP
> 633 West Fifth Street, Suite 1900
> Los Angeles, California 90071
> Telephone: (213) 439-9400
> Facsimile: (213) 439 9599
> jreisner@mwe.com
> klyman@mwe.com

PLEASE TAKE FURTHER NOTICE THAT, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders and notices of applications, motions, petitions, pleadings, requests, complaints, disclosure statements, plans, or demands, whether formal or informal, written or oral or transmitted or conveyed by mail delivery, telephone, telegraph, or otherwise, in the Chapter 11 Cases.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance, nor any former or later appearance, pleading, claim or suit shall constitute a consent to jurisdiction, nor shall it waive any right of Davey to: (1) have final orders in any non-core or core matter in which

| | |
|---|---|
| 1 | the Bankruptcy Court does not have final adjudicatory authority entered only after de novo |
| 2 | review by a District Court Judge; (2) trial by jury in any proceeding so triable in these cases or |
| 3 | any case, controversy or proceeding related to these cases; (3) have the District Court withdraw |
| 4 | reference in any matter subject to mandatory or discretionary withdrawal; (4) object to the |
| 5 | jurisdiction of the Bankruptcy Court for any purpose or on any grounds; or (5) asse1i any other |
| 6 | rights, claims, actions, defenses, including defenses to jurisdiction, setoffs or recoupments to |
| 7 | which Davey may be entitled under agreements, in law, or in equity, all of which rights, claims, |
| 8 | actions, defenses, setoffs and recoupments are expressly reserved. |

STEPTOE & JOHNSON LLP


      /s/ Jeffrey M. Reisner
Jeffrey M. Reisner

*Attorneys for Davey Tree Expert Company, Davey Tree Surgery Company, and Davey Resource Group, Inc.*