STEPTOE & JOHNSON LLP
Jeffrey M. Reisner (State Bar No. 143715)
jreisner@mwe.com
Kerri A. Lyman (State Bar No. 241615)
klyman@mwe.com
633 West Fifth Street, Suite 1900
Los Angeles, California 90071
Telephone: (213) 439-9400
Facsimile: (213) 439 9599

Attorneys for Davey Tree Expert Company,
Davey Tree Surgery Company, and
Davey Resource Group, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>and<br><br>PACIFIC GAS AND ELECTRIC CO.,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>☒ Affects Both Debtors | Case No.: 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>CERTIFICATE OF SERVICE |

I, MELISSA HERNANDEZ, do declare and state as follows:

1. I am employed in the County of Los Angeles, State of California. I am over the age of 18 years of age and not a party to the above-entitled action. My business address is 633 West Fifth Street, Suite 1900, Los Angeles, California 90071.

2. I certify that on June 24, 2020, I caused a true and correct copy of the foregoing document described as NOTICE OF APPEARANCE, CHANGE OF ADDRESS OF COUNSEL, AND REQUEST FOR SERVICE OF NOTICE AND PLEADINGS, to be served via the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. The parties are listed on the attached Electronic Mail Notice List.

3. I certify and declare under penalty of perjury that the foregoing is true and correct.

    Melissa Hernandez                              /s/ Melissa Hernandez
                                                                                  Signature

# MAILING INFORMATION FOR CASE NO. 19-30088 (DM)

**Electronic Mail Notice List**

- Elliot Adler    eadler@theadlerfirm.com, bzummer@theadlerfirm.com
- Aaron L. Agenbroad    alagenbroad@jonesday.com, saltamirano@jonesday.com
- Pamela Allen    pallen@dir.ca.gov
- Annadel A. Almendras    annadel.almendras@doj.ca.gov
- Monique D. Almy    malmy@crowell.com
- Dana M. Andreoli    dandreoli@steyerlaw.com, mterry@steyerlaw.com
- Anne Andrews    aa@andrewsthornton.com, aandrews@andrewsthornton.com
- Richard L. Antognini    rlalawyer@yahoo.com, hallonaegis@gmail.com
- Tyson Arbuthnot    tarbuthnot@rjo.com, jyeung@rjo.com
- Lauren T. Attard    lattard@bakerlaw.com, agrosso@bakerlaw.com
- Herb Baer    hbaer@primeclerk.com, ecf@primeclerk.com
- Kathryn E. Barrett    keb@svlg.com, amt@svlg.com
- Chris Bator    cbator@bakerlaw.com, jmcguigan@bakerlaw.com
- Ronald S. Beacher    rbeacher@pryorcashman.com
- Hagop T. Bedoyan    hbedoyan@kleinlaw.com, ecf@kleinlaw.com
- Andrew David Behlmann    abehlmann@lowenstein.com, elawler@lowenstein.com
- Tanya Behnam    tbehnam@polsinelli.com, tanyabehnam@gmail.com
- James C. Behrens    jbehrens@milbank.com, mkoch@milbank.com
- Jacob Taylor Beiswenger    jbeiswenger@omm.com, llattin@omm.com
- James T. Bentley    james.bentley@srz.com, Kelly.Knight@srz.com
- Peter J. Benvenutti    pbenvenutti@kbkllp.com
- Robert Berens    rberens@smtdlaw.com, sr@smtdlaw.com
- Ronald F. Berestka    rberestka@stonelawoffice.com, csepulveda@stonelawoffice.com
- Heinz Binder    heinz@bindermalter.com
- Jared D. Bissell    jared.bissell@troutman.com
- Neil Jon Bloomfield    njbloomfield@njblaw.com, gklump@njblaw.com
- Jason Blumberg    jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov
- Paige Boldt    pboldt@wattsguerra.com, cwilson@wattsguerra.com
- Ameneh Maria Bordi    ameneh.bordi@kirkland.com, leo.rosenberg@kirkland.com
- Jason Borg    jborg@jasonborglaw.com
- Mark Bostick    mbostick@wendel.com, bankruptcy@wendel.com
- James L. Bothwell    jbothwell@hugueninkahn.com, jguzman@hugueninkahn.com
- Peter R. Boutin    peter.boutin@kyl.com, lara.joel@kyl.com
- Erin N. Brady    enbrady@jonesday.com
- Gregory A. Bray    gbray@milbank.com
- Michael D. Breslauer    mbreslauer@ecf.courtdrive.com, wyones@swsslaw.com
- W. Steven Bryant    , molly.batiste-debose@lockelord.com
- Chane Buck    cbuck@jonesday.com
- Elizabeth J. Cabraser    ecabraser@lchb.com, awolf@lchb.com
- Anthony P. Cali    anthony.cali@stinson.com, lindsay.petrowski@stinson.com
- Peter C. Califano    pcalifano@cwclaw.com

- **Steven M. Campora**  scampora@dbbwc.com, nlechuga@dbbwc.com
- **Leah E. Capritta**  leah.capritta@hklaw.com, lori.labash@hklaw.com
- **Nicholas A. Carlin**  nac@phillaw.com, rac@phillaw.com
- **Katherine Rose Catanese**  kcatanese@foley.com
- **Jennifer Machlin Cecil**  JCecil@winston.com, ECF_SF@winston.com
- **Barry A. Chatz**  barry.chatz@saul.com, barry.chatz@gmail.com
- **Karen J. Chedister**  kchedister@h-jlaw.com
- **Christina Lin Chen**  christina.chen@morganlewis.com, christina.lin.chen@gmail.com
- **Richard A. Chesley**  richard.chesley@dlapiper.com, bill.countryman@dlapiper.com
- **Kevin Chiu**  kevin.chiu@bakerbotts.com, rory.fontenla@bakerbotts.com
- **Jacquelyn H. Choi**  jchoi@raineslaw.com, bclark@raineslaw.com
- **Shawn M. Christianson**  schristianson@buchalter.com
- **Robert N.H. Christmas**  rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- **Jae Angela Chun**  ajc@chun.law, teresa@tosdallaw.com
- **Louis J. Cisz**  lcisz@nixonpeabody.com
- **Alicia Clough**  aclough@loeb.com
- **Tiffany Strelow Cobb**  tscobb@vorys.com
- **John B. Coffman**  john@johncoffman.net
- **Kevin G. Collins**  kevin.collins@btlaw.com
- **Brian S. Conlon**  bsc@phillaw.com, rac@phillaw.com
- **Charles Cording**  ccording@willkie.com, mao@willkie.com
- **Manuel Corrales**  mannycorrales@yahoo.com, hcskanchy@hotmail.com
- **Anne Costin**  anne@costinlawfirm.com
- **Donald H. Cram**  dhc@severson.com
- **Ashley Vinson Crawford**  avcrawford@akingump.com, dkrasa-berstell@akingump.com
- **J. Russell Cunningham**  rcunningham@dnlc.net, emehr@dnlc.net
- **Keith J. Cunningham**  , rkelley@pierceatwood.com
- **Keith J. Cunningham**  kcunningham@pierceatwood.com, rkelley@pierceatwood.com
- **James D. Curran**  jcurran@wolkincurran.com, dstorms@wolkincurran.com
- **Tambra Curtis**  tambra.curtis@sonoma-county.org, Kristin.whalley@sonoma-county.org
- **Ashleigh A. Danker**  ashleigh.danker@dinsmore.com
- **James M. Davis**  jdavis@cglaw.com
- **Nicolas De Lancie**  ndelancie@jmbm.com
- **Judith A. Descalso**  , jad_9193@ecf.courtdrive.com
- **Erin Elizabeth Dexter**  edexter@milbank.com
- **Shounak S. Dharap**  ssd@arnslaw.com, mec@arnslaw.com
- **Kathryn S. Diemer**  kdiemer@diemerwei.com
- **Kathryn S. Diemer**  kdiemer@diemerwhitman.com
- **John P. Dillman**  houston_bankruptcy@publicans.com
- **Caroline R. Djang**  caroline.djang@bbklaw.com, Sansanee.wells@bbklaw.com

- **Jonathan R. Doolittle**     jdoolittle@reedsmith.com
- **Jennifer V. Doran**     jdoran@hinckleyallen.com
- **Dustin M. Dow**     ddow@bakerlaw.com, jmcguigan@bakerlaw.com
- **Jamie P. Dreher**     jdreher@downeybrand.com
- **Todd Dressel**     tdressel@mcguirewoods.com, JTabisaura@mcguirewoods.com
- **Geoffrey B. Dryvynsyde**     gbd@cpuc.ca.gov, geoffrey.dryvynsyde@cpuc.ca.gov
- **Cecily Ann Dumas**     cdumas@bakerlaw.com, hhammonturano@bakerlaw.com
- **Dennis F. Dunne**     cprice@milbank.com, jbrewster@milbank.com
- **Dennis F. Dunne**     ddunne@milbank.com, jbrewster@milbank.com
- **Huonganh Annie Duong**     annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com
- **Luke N. Eaton**     eatonl@pepperlaw.com, monugiac@pepperlaw.com
- **Kevin M. Eckhardt**     keckhardt@hunton.com, candonian@huntonak.com
- **Joseph A. Eisenberg**     JAE1900@yahoo.com
- **Michele Ellison**     mellison@gibbsgiden.com, lrochelle@gibbsgiden.com
- **David Emerzian**     , Melany.Hertel@mccormickbarstow.com
- **G. Larry Engel**     larry@engeladvice.com
- **Krista M. Enns**     kenns@beneschlaw.com
- **Scott Esbin**     sesbin@esbinalter.com
- **Joseph M. Esmont**     jesmont@bakerlaw.com
- **Michael P. Esser**     michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com
- **Richard W. Esterkin**     richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com
- **Michael S. Etkin**     metkin@lowenstein.com
- **Jacob M. Faircloth**     jacob.faircloth@smolsonlaw.com
- **Brett D. Fallon**     bfallon@morrisjames.com, wweller@morrisjames.com
- **Michael C. Fallon**     , manders@fallonlaw.net
- **Joana Fang**     jf@kbklawyers.com, icd@kbklawyers.com
- **Joseph Kyle Feist**     jfeistesq@gmail.com, info@norcallawgroup.net
- **David M. Feldman**     DFeldman@gibsondunn.com
- **Matthew A. Feldman**     mfeldman@willkie.com
- **Mark E. Felger**     mfelger@cozen.com
- **James J. Ficenec**     James.Ficenec@ndlf.com, caroline.pfahl@ndlf.com
- **John D. Fiero**     jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- **Kimberly S. Fineman**     kfineman@nutihart.com, nwhite@nutihart.com
- **Stephen D. Finestone**     sfinestone@fhlawllp.com
- **Timothy M. Flaherty**     tflaherty@mpplaw.com
- **Daniel I. Forman**     dforman@willkie.com
- **Jonathan Forstot**     jonathan.forstot@troutman.com, john.murphy@troutman.com
- **Jonathan Forstot**     , john.murphy@troutman.com
- **Matthew Hampton Foushee**     hampton.foushee@hoganlovells.com, hfoushee@gmail.com
- **Carolyn Frederick**     cfrederick@prklaw.com
- **Peter Friedman**     pfriedman@omm.com
- **Roger F. Friedman**     rfriedman@rutan.com, csolorzano@rutan.com

- Xiyi Fu    jackie.fu@lockelord.com, taylor.warren@lockelord.com
- Lars H. Fuller    lfuller@bakerlaw.com
- Thomas M. Gaa    tgaa@bbslaw.com
- Larry W. Gabriel    lgabriel@bg.law, nfields@bg.law
- Gregg M. Galardi    gregg.galardi@ropesgray.com
- Richard L. Gallagher    richard.gallagher@ropesgray.com
- Craig Solomon Ganz    ganzc@ballardspahr.com, hartt@ballardspahr.com
- Jeffrey K. Garfinkle    jgarfinkle@buchalter.com
- Oscar Garza    ogarza@gibsondunn.com
- Lisa S. Gast    lsg@dwgp.com, lmk@dwgp.com
- Paul R. Gaus    paul.gaus@mccormickbarstow.com
- Duane M. Geck    dmg@severson.com
- Evelina Gentry    evelina.gentry@akerman.com, rob.diwa@akerman.com
- Janet D. Gertz    jgertz@btlaw.com, amattingly@btlaw.com
- Christopher Gessner    cgessner@akingump.com, NYMCO@akingump.com
- R. Dale Ginter    dginter@downeybrand.com
- Jon T. Givens    givensjt@gmail.com, cwilson@wattsguerra.com
- Barry S. Glaser    bglaser@lkfirm.com
- Paul R. Glassman    pglassman@sycr.com
- Gabriel I. Glazer    gglazer@pszjlaw.com
- Gabrielle Glemann    gabrielle.glemann@stoel.com, rene.alvin@stoel.com
- Jaime Godin    Jtouchstone@fddcm.com
- Matthew A. Gold    courts@argopartners.net
- Eric D. Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- Craig Goldblatt    Craig.Goldblatt@wilmerhale.com, whdocketing@wilmerhale.com
- Amy L. Goldman    goldman@lbbslaw.com
- Eric S. Goldstein    egoldstein@goodwin.com
- Rhonda Stewart Goldstein    Rhonda.Goldstein@ucop.edu, Lissa.Ly@ucop.edu
- Richard H. Golubow    rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com
- Michael J. Gomez    mgomez@frandzel.com, dmoore@frandzel.com
- Michael W. Goodin    mgoodin@clausen.com, mgenova@clausen.com
- Eric R. Goodman    egoodman@bakerlaw.com
- Mark A. Gorton    mgorton@boutinjones.com, cdomingo@boutininc.com
- Mark A. Gorton    mgorton@boutininc.com, cdomingo@boutininc.com
- Michael I. Gottfried    MGottfried@elkinskalt.com, AAburto@elkinskalt.com
- Louis Gottlieb    Lgottlieb@labaton.com, mpenrhyn@labaton.com
- Eric A. Grasberger    eric.grasberger@stoel.com, docketclerk@stoel.com
- Debra I. Grassgreen    dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- Eric A. Gravink    eric@rhrc.net
- Elizabeth A. Green    egreen@bakerlaw.com, orlbankruptcy@bakerlaw.com
- Tracy Green    tgreen@wendel.com, bankruptcy@wendel.com
- Mitchell B. Greenberg    mgreenberg@abbeylaw.com, mmeroney@abbeylaw.com
- Brian Gregory    b.gregory@veenfirm.com, EL.Team@Veenfirm.com

- **Matthew W. Grimshaw** matt@grimshawlawgroup.com, ecfmarshackhays@gmail.com
- **Stuart G. Gross** sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com
- **Carl L. Grumer** cgrumer@manatt.com, mchung@manatt.com
- **Elizabeth M. Guffy** eguffy@lockelord.com, autodocket@lockelord.com
- **Cameron Gulden** cameron.m.gulden@usdoj.gov
- **Mirco J. Haag** mhaag@buchalter.com, dcyrankowski@buchalter.com
- **Laurie Hager** lhager@sussmanshank.com
- **J. Noah Hagey** hagey@braunhagey.com, tong@braunhagey.com
- **Oren Buchanan Haker** oren.haker@stoel.com, rene.alvin@stoel.com
- **Kristopher M. Hansen** dmohamed@stroock.com, mmagzamen@stroock.com
- **Adam C. Harris** adam.harris@srz.com, james.bentley@srz.com
- **Robert G. Harris** rob@bindermalter.com
- **Christopher H. Hart** chart@nutihart.com, nwhite@nutihart.com
- **Bryan L. Hawkins** bryan.hawkins@stoel.com, Sharon.witkin@stoel.com
- **Jan M Hayden** jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com
- **Jennifer C. Hayes** jhayes@fhlawllp.com
- **Geoffrey A. Heaton** gheaton@duanemorris.com, dmicros@duanemorris.com
- **Alaina R. Heine** alaina.heine@dechert.com, brett.stone@dechert.com
- **Cristina A. Henriquez** chenriquez@mayerbrown.com
- **Stephen E. Hessler, P.C.** , jozette.chong@kirkland.com
- **Matthew Heyn** matthew.heyn@doj.ca.gov
- **Sean T. Higgins** aandrews@andrewsthornton.com, shiggins@andrewsthornton.com
- **Morgan R. Hirst** mhirst@jonesday.com, mmelvin@jonesday.com
- **Miriam E. Hiser** mhiser@hiserlaw.com
- **Michael R. Hogue** hoguem@gtlaw.com, navarrom@gtlaw.com
- **David Holtzman** david.holtzman@hklaw.com
- **Alexandra S. Horwitz** allie.horwitz@dinsmore.com
- **Linda Tai Hoshide** linda.hoshide@wilsonelser.com, noemi.santiago@wilsonelser.com
- **Marsha Houston** mhouston@reedsmith.com, hvalencia@reedsmith.com
- **Shane Huang** shane.huang@usdoj.gov
- **Brian D. Huben** hubenb@ballardspahr.com
- **Jonathan Hughes** , jane.rustice@aporter.com
- **Edward R. Huguenin** ehuguenin@hugueninkahn.com, jguzman@hugueninkahn.com
- **Michael A. Isaacs** Michael.Isaacs@dentons.com, Alissa.Worthing@dentons.com
- **Mark V. Isola** mvi@sbj-law.com
- **J. Eric Ivester** Eric.Ivester@skadden.com, Andrea.Bates@skadden.com
- **J. Eric Ivester** , Andrea.Bates@skadden.com
- **Kizzy L. Jarashow** KJarashow@goodwinlaw.com, AFraticelliLouallen@goodwinlaw.com
- **Ivan C. Jen** ivan@icjenlaw.com
- **Monique Jewett-Brewster** mjb@hopkinscarley.com, eamaro@hopkinscarley.com
- **James O. Johnston** jjohnston@jonesday.com

- **Chris Johnstone** chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com
- **Andrew Jones** andrew@ajoneslaw.com
- **Gregory K. Jones** GJones@dykema.com, cacossano@dykema.com
- **Robert A. Julian** rjulian@bakerlaw.com, hhammonturano@bakerlaw.com
- **George H. Kalikman** gkalikman@schnader.com, sdavenport@schnader.com
- **Roberto J. Kampfner** rkampfner@whitecase.com, mco@whitecase.com
- **Bonnie E. Kane** bonnie@thekanelawfirm.com, skane@thekanelawfirm.com
- **Gary M. Kaplan** gkaplan@fbm.com, calendar@fbm.com
- **Robert B. Kaplan** rbk@jmbm.com
- **Eve H. Karasik** ehk@lnbyb.com
- **Michael G. Kasolas** trustee@kasolas.net, CA30@ecfcbis.com,ecf.alert+Kasolas@titlexi.com
- **Elyssa S. Kates** ekates@bakerlaw.com
- **Ori Katz** okatz@sheppardmullin.com, LSegura@sheppardmullin.com
- **William M. Kaufman** wkaufman@smwb.com
- **Jane G. Kearl** jkearl@watttieder.com, jbenton@watttieder.com
- **Tobias S. Keller** tkeller@kbkllp.com
- **Lynette C. Kelly** ustpregion17.oa.ecf@usdoj.gov
- **Matthew K. Kelsey** mkelsey@gibsondunn.com
- **Gerald P. Kennedy** gerald.kennedy@procopio.com, kristina.terlaga@procopio.com
- **Erica L. Kerman** ekerman@willkie.com
- **Samuel A. Khalil** skhalil@milbank.com, jbrewster@milbank.com
- **Samuel M. Kidder** skidder@ktbslaw.com
- **Marc Kieselstein** , carrie.oppenheim@kirkland.com
- **Jane Kim** jkim@kbkllp.com
- **Mary H. Kim** Mary.Kim@dechert.com, brett.stone@dechert.com
- **Kody D. L. Kleber** kkleber@bakerlaw.com, dmartinez@bakerlaw.com
- **Matthew Ryan Klinger** mklinger@sheppardmullin.com, DGatmen@sheppardmullin.com
- **Bradley C. Knapp** bknapp@lockelord.com, Yamille.Harrison@lockelord.com
- **Kelly V. Knight** kelly.knight@srz.com
- **Lydia Vanessa Ko** Lvko@stonelawoffice.com
- **Thomas F. Koegel** tkoegel@crowell.com
- **Katherine Kohn** kkohn@groom.com, ashahinllari@groom.com
- **Andy S. Kong** kong.andy@arentfox.com, Yvonne.Li@arentfox.com
- **Anna Kordas** akordas@jonesday.com, mmelvin@jonesday.com
- **Alan W. Kornberg** , akornberg@paulweiss.com
- **Bernard Kornberg** bjk@severson.com
- **David I. Kornbluh** dik@millermorton.com, mhr@millermorton.com
- **Lauren Kramer** lkramer@rjo.com
- **Jeffrey C. Krause** jkrause@gibsondunn.com
- **Thomas R. Kreller** tkreller@milbank.com
- **Lindsey E. Kress** lkress@lockelord.com, autodocket@lockelord.com
- **Hannah C. Kreuser** hkreuser@porterlaw.com, ooberg@porterlaw.com

- **Michael Thomas Krueger**    michael.krueger@ndlf.com, Havilyn.lee@ndlf.com
- **Robert T. Kugler**    robert.kugler@stinson.com
- **Duane Kumagai**    dkumagai@maynardcooper.com, Mshabpareh@maynardcooper.com
- **Brendan M. Kunkle**    bkunkle@abbeylaw.com, lmeyer@abbeylaw.com
- **Alisa C. Lacey**    alisa.lacey@stinson.com, karen.graves@stinson.com
- **Timothy S. Laffredi**    timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov
- **Timothy S. Laffredi**    timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov
- **Richard A. Lapping**    rich@trodellalapping.com
- **Omeed Latifi**    olatifi@theadlerfirm.com, kdeubler@theadlerfirm.com
- **John E. Lattin**    jlattin@ostergar.com, cslovenec@ostergar.com
- **Paul J. Laurin**    plaurin@btlaw.com, slmoore@btlaw.com
- **Michael Lauter**    mlauter@sheppardmullin.com
- **Kenneth T. Law**    klaw@bbslaw.com
- **Francis J. Lawall**    lawallf@pepperlaw.com, henrys@pepperlaw.com
- **Andrew Michael Leblanc**    ALeblanc@milbank.com
- **Erica Lee**    Erica.Lee@doj.ca.gov
- **Scott Lee**    scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com
- **Paul J. Leeds**    leedsp@higgslaw.com
- **Edward J. Leen**    eleen@mkbllp.com
- **Lisa Lenherr**    llenherr@wendel.com, bankruptcy@wendel.com
- **Matthew A. Lesnick**    matt@lesnickprince.com, jmack@lesnickprince.com
- **Bryn G. Letsch**    bletsch@braytonlaw.com
- **David B. Levant**    david.levant@stoel.com, rene.alvin@stoel.com
- **Andrew H. Levin**    alevin@wcghlaw.com
- **David Levine**    dnl@groom.com
- **Marc A. Levinson**    Malevinson@orrick.com, casestream@ecf.courtdrive.com
- **Dara Levinson Silveira**    dsilveira@kbkllp.com
- **Alexander James Demitro Lewicki**    kdiemer@diemerwei.com
- **Alexander James Demitro Lewicki**    alewicki@diemerwei.com
- **William Thomas Lewis**    wtl@roblewlaw.com, kimwrenn@msn.com
- **Lauren Lifland**    lauren.lifland@wilmerhale.com, whdocketing@wilmerhale.com
- **William S. Lisa**    , jcaruso@nixonpeabody.com
- **William S. Lisa**    wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com
- **Jonathan A. Loeb**    jon.loeb@bingham.com
- **Michael B. Lubic**    michael.lubic@klgates.com
- **John William Lucas**    jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- **Joseph R. Lucia**    PersonalInjuryGroup@RLSlawyers.com
- **Jane Luciano**    jane-luciano@comcast.net
- **Kerri Lyman**    klyman@irell.com
- **Carissa A. Lynch**    Carissa.Lynch@ftb.ca.gov, Martha.Gehrig@ftb.ca.gov
- **John H. MacConaghy**    macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com
- **Iain A. Macdonald**    iain@macfern.com, ecf@macfern.com
- **Tracy L. Mainguy**    tmainguy@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net

- **Samuel R. Maizel**  samuel.maizel@dentons.com, alicia.aguilar@dentons.com
- **Adam Malatesta**  adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com
- **Katharine Malone**  malonek@gtlaw.com
- **Liam K. Malone**  malone@oles.com, shahin@oles.com
- **Michael W. Malter**  michael@bindermalter.com
- **Craig Margulies**  cmargulies@margulies-law.com, lsalazar@margulies-law.com
- **Geoffrey E. Marr**  gemarr59@hotmail.com
- **Richard A. Marshack**  rmarshack@marshackhays.com, rmarshack@ecf.courtdrive.com
- **Catherine Martin**  cmartin@simon.com, rtucker@simon.com;bankruptcy@simon.com
- **Laila Masud**  lmasud@marshackhays.com, lmasud@ecf.courtdrive.com
- **David P. Matthews**  jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com
- **Patrick C. Maxcy**  patrick.maxcy@snrdenton.com
- **Benjamin P. McCallen**  bmccallen@willkie.com
- **Thomas E. McCurnin**  tmccurnin@bkolaw.com, kescano@bkolaw.com
- **Hugh M. McDonald**  hugh.mcdonald@troutman.com, john.murphy@troutman.com
- **Hugh M. McDonald**  , john.murphy@troutman.com
- **C. Luckey McDowell**  Luckey.McDowell@Shearman.com
- **Matthew D. McGill**  MMcGill@gibsondunn.com
- **Melissa C. McLaughlin**  mcmclaughlin@venable.com, ataylor@venable.com
- **Scott H. McNutt**  SMcNutt@ml-sf.com, csnell@ml-sf.com
- **Thomas Melone**  Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com
- **Peter Meringolo**  peter@pmrklaw.com
- **Frank A. Merola**  lacalendar@stroock.com, mmagzamen@stroock.com
- **Jennifer L. Mersing**  jennifer.mersing@stoel.com, lisa.petras@stoel.com
- **Joshua M. Mester**  jmester@jonesday.com
- **Matthew D. Metzger**  belvederelegalecf@gmail.com
- **Merle C. Meyers**  mmeyers@mlg-pc.com
- **Randy Michelson**  randy.michelson@michelsonlawgroup.com
- **Gerardo Mijares-Shafai**  Gerardo.Mijares-Shafai@arnoldporter.com, kenneth.anderson@arnoldporter.com
- **Joel S. Miliband**  jmiliband@brownrudnick.com
- **Joseph G. Minias**  jminias@willkie.com
- **M. David Minnick**  dminnick@pillsburylaw.com, docket@pillsburylaw.com
- **Benjamin Mintz**  benjamin.mintz@arnoldporter.com, valerie.foley@arnoldporter.com
- **Nancy Mitchell**  nmitchell@omm.com
- **Thomas C. Mitchell**  tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com
- **John A. Moe**  john.moe@dentons.com, glenda.spratt@dentons.com
- **Aaron J. Mohamed**  ajm@brereton.law, aaronmohamedlaw@gmail.com
- **Kevin Montee**  kmontee@monteeassociates.com

- **David W. Moon**  lacalendar@stroock.com, mmagzamen@stroock.com
- **Diane Marger Moore**  dmargermoore@baumhedlundlaw.com
- **Erika L. Morabito**  emorabito@foley.com, hsiagiandraughn@foley.com
- **Candace J. Morey**  cjm@cpuc.ca.gov
- **Courtney L. Morgan**  morgan.courtney@pbgc.gov
- **Kimberly S. Morris**  kmorris@bakerlaw.com, tpetre@bakerlaw.com
- **Rodney Allen Morris**  Rodney.Morris2@usdoj.gov
- **Joshua D. Morse**  Joshua.Morse@dlapiper.com, docket@pillsburylaw.com
- **Andrew H. Morton**  andrew.morton@stoel.com, lisa.petras@stoel.com
- **Thomas G. Mouzes**  tmouzes@boutinjones.com, cdomingo@boutininc.com
- **Peter S. Munoz**  pmunoz@reedsmith.com, gsandoval@reedsmith.com
- **John Leland Murphree**  LMurphree@maynardcooper.com, mshabpareh@maynardcooper.com
- **Bennett J. Murphy**  bmurphy@bennettmurphylaw.com
- **Michael S. Myers**  myersms@ballardspahr.com
- **Alan I. Nahmias**  anahmias@mbnlawyers.com, jdale@mbnlawyers.com
- **David L. Neale**  dln@lnbrb.com
- **David L. Neale**  dln@lnbyb.com
- **David Neier**  dneier@winston.com
- **Brittany J. Nelson**  bnelson@foley.com, hsiagiandraughn@foley.com
- **Michael S. Neumeister**  MNeumeister@gibsondunn.com
- **Howard S. Nevins**  hnevins@hsmlaw.com
- **Samuel A. Newman**  sam.newman@sidley.com, laefilingnotice@sidley.com
- **Melissa T. Ngo**  ngo.melissa@pbgc.gov, efile@pbgc.gov
- **Mario R. Nicholas**  mario.nicholas@stoel.com, cherie.clark@stoel.com
- **Sean Nolan**  snolan@akingump.com, NYMCO@akingump.com
- **Gregory C. Nuti**  gnuti@nutihart.com, nwhite@nutihart.com
- **Abigail O'Brient**  aobrient@mintz.com, docketing@mintz.com
- **Alicia D. O'Neill**  aoneill@wattsguerra.com, cwilson@wattsguerra.com
- **Julie E. Oelsner**  joelsner@weintraub.com, bjennings@weintraub.com
- **Office of the U.S. Trustee / SF**  USTPRegion17.SF.ECF@usdoj.gov
- **Aron M. Oliner**  roliner@duanemorris.com, dmicros@duanemorris.com
- **Matthew Jon Olson**  matt@macfern.com, stell.laura@dorsey.com
- **Scott Olson**  solson@vedderprice.com, nortega@vedderprice.com
- **Steven M. Olson**  smo@smolsonlaw.com
- **Aram Ordubegian**  Ordubegian.Aram@ArentFox.com
- **Keith C. Owens**  kowens@venable.com, bclark@venable.com;khoang@venable.com
- **Gabriel Ozel**  , gabeozel@gmail.com
- **Margarita Padilla**  Margarita.Padilla@doj.ca.gov
- **Amy S. Park**  amy.park@skadden.com, alissa.turnipseed@skadden.com
- **Donna Taylor Parkinson**  donna@parkinsonphinney.com
- **Peter S. Partee**  ppartee@huntonak.com, candonian@huntonak.com
- **Paul J. Pascuzzi**  ppascuzzi@ffwplaw.com, docket@ffwplaw.com
- **Kenneth Pasquale**  , mlaskowski@stroock.com
- **Valerie Bantner Peo**  vbantnerpeo@buchalter.com

- Yosef Peretz , skim@peretzlaw.com
- Christian A. Pereyda    CPereyda@maynardcooper.com, mshabpareh@maynardcooper.com
- Thomas R. Phinney    tom@parkinsonphinney.com
- R. Alexander Pilmer    alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
- M. Ryan Pinkston    rpinkston@seyfarth.com, jmcdermott@seyfarth.com
- Estela O. Pino    epino@epinolaw.com, rmahal@epinolaw.com
- Gregory Plaskett    GREGORY.PLASKETT@GMAIL.COM, HKHAPPYGRL1@GMAIL.COM
- Mark D. Plevin    mplevin@crowell.com
- Steven G. Polard    spolard@eisnerlaw.com
- Mark D. Poniatowski    ponlaw@ponlaw.com
- Cara M. Porter    Cara.Porter@doj.ca.gov, Taryn.Lovett@doj.ca.gov
- William L. Porter    bporter@porterlaw.com, Ooberg@porterlaw.com
- Christopher E. Prince    cprince@lesnickprince.com
- Douglas B. Provencher    dbp@provlaw.com
- Stacey C. Quan    squan@steyerlaw.com, pspencer@steyerlaw.com
- Amy C. Quartarolo    amy.quartarolo@lw.com
- Lary Alan Rappaport    lrappaport@proskauer.com, PHays@proskauer.com
- Justin E. Rawlins    justinrawlins@paulhastings.com
- Hugh M. Ray    hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com
- Paul F. Ready    smeyer@farmerandready.com
- Caroline A. Reckler    caroline.reckler@lw.com
- David M. Reeder    david@reederlaw.com, secretary@reederlaw.com
- Steven J. Reisman    sreisman@katten.com, nyc.bknotices@kattenlaw.com
- Jeffrey M. Reisner    jreisner@irell.com
- Jack A. Reitman    , srichmond@lgbfirm.com
- Emily P. Rich    erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- David J. Richardson    drichardson@bakerlaw.com, aagonzalez@bakerlaw.com
- Christopher O. Rivas    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- David B. Rivkin    drivkin@bakerlaw.com, jmeeks@bakerlaw.com
- John R. Rizzardi    kcoselman@cairncross.com, tnguyen@cairncross.com
- Daniel Robertson    robertson.daniel@pbgc.gov, efile@pbgc.gov
- Lacey E. Rochester    lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com
- Michael Rogers    mrogers@lambertrogers.com, jan@lambertrogers.com
- Julie H. Rome-Banks    julie@bindermalter.com
- Jorian L. Rose    jrose@bakerlaw.com
- Laurence M. Rosen    lrosen@rosenlegal.com, zstanco@rosenlegal.com
- Paul M. Rosenblatt    prosenblatt@kilpatricktownsend.com, mwilliams@kilpatricktownsend.com
- David A. Rosenzweig    david.rosenzweig@nortonrosefulbright.com, thomas.burns@nortonrosefulbright.com
- Allan Robert Rosin    arrosin@alr-law.com

- **Jay M. Ross**    jross@hopkinscarley.com, eamaro@hopkinscarley.com
- **Gregory A. Rougeau**    grougeau@brlawsf.com
- **Stacy H. Rubin**    rubins@ballardspahr.com, BKTDocket_West@ballardspahr.com
- **Jason C. Rubinstein**    jrubinstein@fklaw.com, mclerk@fklaw.com
- **Nathan Q. Rugg**    nathan.rugg@bfkn.com, jean.montgomery@bfkn.com
- **Thomas B. Rupp**    trupp@kbkllp.com
- **Eric E. Sagerman**    esagerman@bakerlaw.com
- **Robert Sahyan**    rsahyan@sheppardmullin.com, JNakaso@sheppardmullin.com
- **Gregory M. Salvato**    gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com
- **Jonathan C. Sanders**    jsanders@stblaw.com
- **Nanette D. Sanders**    nanette@ringstadlaw.com, becky@ringstadlaw.com
- **Natalie Kathleen Sanders**    natalie.sanders@bakerbotts.com
- **Lovee Sarenas**    Lovee.sarenas@lewisbrisbois.com
- **Sunny S. Sarkis**    sunny.sarkis@stoel.com, dawn.forgeur@stoel.com
- **Patricia Savage**    psavesq@gmail.com, jodi.savage@gmail.com
- **Sblend A. Sblendorio**    sas@hogefenton.com
- **Francis O. Scarpulla**    fos@scarpullalaw.com, cpc@scarpullalaw.com
- **Daren M Schlecter**    daren@schlecterlaw.com, info@schlecterlaw.com
- **Bradley R. Schneider**    bradley.schneider@mto.com, jeffrey.wu@mto.com
- **Harvey S. Schochet**    Harveyschochet@dwt.com
- **Nathan A. Schultz**    nschultz@goodwinlaw.com, kjarashow@goodwinlaw.com
- **Lisa Schweitzer**    lschweitzer@cgsh.com
- **Eric J. Seiler**    eseiler@fklaw.com, mclerk@fklaw.com
- **David B. Shemano**    dshemano@pwkllp.com
- **James A. Shepherd**    jim@jsheplaw.com, shepIGN@gmail.com
- **Leonard M. Shulman**    lshulman@shbllp.com
- **Andrew I. Silfen**    andrew.silfen@arentfox.com
- **Wayne A. Silver**    w_silver@sbcglobal.net, ws@waynesilverlaw.com
- **Brandt Silver-Korn**    bsilverkorn@edelson.com, docket@edelson.com
- **Craig S. Simon**    csimon@bergerkahn.com, aketcher@bergerkahn.com
- **Gerald Singleton**    gerald@slffirm.com, BKECFCANB@SLFfirm.com
- **Steven J. Skikos**    sskikos@skikos.com, mmontoya@skikos.com
- **Michael K. Slattery**    mslattery@lkfirm.com, rramirez@lkfirm.com
- **Dania Slim**    dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com
- **Jennifer N. Slocum**    jennifer.slocum@stoel.com, docketclerk@stoel.com
- **Aaron C. Smith**    asmith@lockelord.com, autodocket@lockelord.com
- **Alan D. Smith**    adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com
- **Jan D. Sokol**    jdsokol@lawssl.com, dwright@lawssl.com
- **Randye B. Soref**    rsoref@polsinelli.com
- **Joseph Sorkin**    jsorkin@akingump.com, NYMCO@akingump.com
- **Bennett L. Spiegel**    blspiegel@jonesday.com
- **Michael St. James**    ecf@stjames-law.com
- **Diane C. Stanfield**    diane.stanfield@alston.com, nelly.villaneda@alston.com
- **Howard J. Steinberg**    steinbergh@gtlaw.com, pearsallt@gtlaw.com
- **Harriet A. Steiner**    harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com

- **Lillian G. Stenfeldt**  lillian.stenfeldt@rimonlaw.com, jon.arneson@sedgwicklaw.com
- **Lillian G. Stenfeldt**  lillian.stenfeldt@sdma.com, jon.arneson@sedgwicklaw.com
- **Cheryl L. Stengel**  clstengel@outlook.com, stengelcheryl40@gmail.com
- **David M. Stern**  dstern@ktbslaw.com
- **Geoffrey S. Stewart**  gstewart@jonesday.com, mmelvin@jonesday.com
- **Alan J. Stone**  AStone@milbank.com, DMcCracken@Milbank.com
- **Jason D. Strabo**  jstrabo@mwe.com, shill@mwe.com
- **Michael H. Strub**  mstrub@irell.com, mhstrub1@gmail.com
- **Rebecca Suarez**  rsuarez@crowell.com
- **Brad T. Summers**  summerst@lanepowell.com, docketing-pdx@lanepowell.com
- **Kristine Theodesia Takvoryan**  ktakvoryan@ckrlaw.com
- **Derrick Talerico**  dtalerico@ztlegal.com, sfritz@ztlegal.com
- **Kesha Tanabe**  kesha@tanabelaw.com
- **Mary Ellmann Tang**  mtang@frenchlyontang.com, nblackwell@frenchlyontang.com
- **Elizabeth Lee Thompson**  ethompson@stites.com, docketclerk@stites.com
- **John C. Thornton**  jct@andrewsthornton.com, aandrews@andrewsthornton.com
- **Elisa Tolentino**  cao.main@sanjoseca.gov
- **Meagan S. Tom**  Meagan.tom@lockelord.com, autodocket@lockelord.com
- **Edward J. Tredinnick**  etredinnick@greeneradovsky.com
- **Matthew Jordan Troy**  matthew.troy@usdoj.gov
- **Michael Tye**  Michael.Tye@usdoj.gov
- **Gary D. Underdahl**  gunderdahl@askllp.com, lmiskowiec@askllp.com
- **Andrew Van Ornum**  avanornum@vlmglaw.com, hchea@vlmglaw.com
- **Shmuel Vasser**  shmuel.vasser@dechert.com, brett.stone@dechert.com
- **Victor A. Vilaplana**  vavilaplana@foley.com, rhurst@foley.com
- **Marta Villacorta**  marta.villacorta@usdoj.gov
- **Carol C. Villegas**  cvillegas@labaton.com, NDonlon@labaton.com
- **John A. Vos**  InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
- **Bao M. Vu**  bao.vu@stoel.com, sharon.witkin@stoel.com
- **Nicholas Wagner**  kschemen@wagnerjones.com, bwagner@wagnerjones.com
- **Jonathan D. Waisnor**  jwaisnor@willkie.com, mao@willkie.com
- **Riley C. Walter**  ecf@W2LG.com
- **Phillip K. Wang**  phillip.wang@rimonlaw.com
- **Philip S. Warden**  philip.warden@pillsburylaw.com, kathy.stout@pillsburylaw.com
- **Guy L. Watts**  gwatts@wattsguerra.com, cwilson@wattsguerra.com
- **Mikal C. Watts**  mcwatts@wattsguerra.com, cwilson@wattsguerra.com
- **Lindsi M. Weber**  lweber@polsinelli.com, yderac@polsinelli.com
- **Joseph M. Welch**  jwelch@buchalter.com, dcyrankowski@buchalter.com
- **David Walter Wessel**  DWessel@efronlawfirm.com, hporter@chdlawyers.com
- **Joseph West**  westjoseph@earthlink.net, josephw998@gmail.com
- **Drew M. Widders**  dwidders@wilcoxenlaw.com, nina@wilcoxenlaw.com
- **Jason P. Williams**  , maryanne@wplgattorneys.com

Case: 19-30088   Doc# 8105-1   Filed: 06/24/20   Entered: 06/24/20 17:58:01   Page 14 of 15

- **Eric R. Wilson**  kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com
- **Kimberly S. Winick**  kwinick@clarktrev.com, knielsen@clarktrev.com
- **Rebecca J. Winthrop**  rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonrosefulbright.com
- **David Wirt**  david.wirt@hklaw.com, denise.harmon@hklaw.com
- **Ryan A. Witthans**  rwitthans@fhlawllp.com
- **Risa Lynn Wolf-Smith**  rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com
- **Douglas Wolfe**  dwolfe@asmcapital.com
- **Andrea Wong**  wong.andrea@pbgc.gov, efile@pbgc.gov
- **Christopher Kwan Shek Wong**  christopher.wong@arentfox.com
- **David A. Wood**  dwood@marshackhays.com, lbuchanan@marshackhays.com
- **Kirsten A. Worley**  kw@wlawcorp.com, admin@wlawcorp.com
- **Kinga Wright**  kinga.wright@lockelord.com, autodocket@lockelord.com
- **Antonio Yanez**  ayanez@willkie.com
- **Cathy Yanni**  cathy@cathyyanni.com, pstrunk@browngreer.com
- **Andrew Yaphe**  andrew.yaphe@davispolk.com, pge.dpw.routing@davispolk.com
- **Tacie H. Yoon**  tyoon@crowell.com
- **Bennett G. Young**  byoung@jmbm.com, jb8@jmbm.com
- **Christopher L. Young**  cyoung@cairncross.com, nspringstroh@cairncross.com
- **Nicole M. Zeiss**  nzeiss@labaton.com
- **Paul H. Zumbro**  mao@cravath.com
- **Brittany Zummer**  bzummer@theadlerfirm.com, nfournier@theadlerfirm.com
- **Dario de Ghetaldi**  deg@coreylaw.com, lf@coreylaw.com