# SCHEDULE 1
## PG&E Corporation and Pacific Gas and Electric Company
## Potential Parties in Interest

Debtors
Debtors' Trade Names and Aliases (up to 8 years) (a/k/a, f/k/a, d/b/a)
Affiliates and Subsidiaries
Bank Accounts
Bankruptcy Judges & Staff Northern District of California
Current Officers and Directors
Term and Revolving Loan Lenders and Administrative Agents
Contract Counterparties
Debtors Professionals (law firms, accountants and other professionals)
Counsel to the Board of Directors of Each of PG&E Corporation and Pacific Gas and Electric
Former Officers and Directors (since 2008)
Affiliations of Former Officers
Affiliations of Former Directors
Insurance/Insurance Provider/Surety Bonds
Surety Bonds
Landlords and parties to leases
Lenders (Prepetition and Proposed Postpetition to the extent not already listed)
Parties in 2019 Statements
Litigation Counterparties/Litigation Pending Lawsuits
Ad Hoc Committee of Unsecured Tort Claimant Creditors – Professionals and Members
Ad Hoc Committee of Holders of Trade Claims
Ad Hoc California Public Entites Commieett (updated by ECF 4570)
Other Professionals
Fee Examiner and Professionals
Tort Claimants Members
Non-Debtors Professionals
Official Committee of Unsecured Creditors Committee – Professionals and Members
Retiree Claimants
Counsel to Ad Hoc Group of Subrogation Claim Holders
Subrogation Claimants
Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders
Counsel to the Ad Hoc Group of Institutional Par Bondholders
Claims Representative for Unfiled Fire Claimants
Ordinary Course Professionals
Letters of Credit
Regulatory and Government (Federal, State and Local)
DIP Lenders
Significant Competitors
Significant Shareholders (more than 5% of equity)
Significant holder of voting securities
Taxing Authorities (Federal, State, and Local; trust fund, use property, franchise, sales)
Top Unsecured Creditors
Unsecured Notes
UCC Lien Holders

Unions
Office of the United States Trustee for Region 17
Utility Providers
Vendors/Suppliers (critical, foreign, common carrier, shippers, warehousemen, customs duties, brokers
DIP Term Loan
Interested Parties / Notice of Appearance Parties