**SCHEDULE 2**
**PG&E Corporation and Pacific Gas and Electric Company**
**KPMG Relationships**

Debtors
PG&E Corporation
Pacific Gas and Electric Company

Debtors' Trade Names and Aliases (up to 8 years) (a/k/a, f/k/a, d/b/a)
None

Affiliates and Subsidiaries
Alaska Gas Exploration Associates
Eureka Energy Company
Fuelco LLC
Midway Power, LLC
Morro Bay Mutual Water Company
Moss Landing Mutual Water Company
Natural Gas Corporation of California
Pacific Energy Fuels Company
Pacific Gas and Electric Company
PCG Capital, Inc. (Formerly PG&E Ventures, Inc.)
PG&E Corporation Support Services II, Inc.
PG&E Corporation Support Services, Inc.
PG&E National Energy Group, LLC
Standard Pacific Gas Line Incorporated

Bank Accounts
Bank of America
Bank of America Merrill Lynch
Bank of Marin
Bank of New York Mellon
Barclays Capital Inc.
BNP Paribas
Citibank, N.A.
Citigroup Global Markets
Deutsche Bank Trust Company Americas
Fidelity Management Trust Company
Goldman, Sachs & Co.
JP Morgan Chase Bank, N.A.
Merrill Lynch
Mitsubishi UFJ Securities USA, INC.
Morgan Stanley / ISG Operations
RBC Capital Markets
Royal Bank of Canada
Royal Bank of Scotland
U.S. Bank N.A. Global Corporate Trust Services

U.S. Bank, N.A.
Union Bank of California
Wachovia Corporate Services, Inc.
Wells Fargo Bank, N.A.
Wells Fargo Securities, LLC


Bankruptcy Judges & Staff Northern District of California
N/A

Current Officers and Directors
Cairns, Stephen James
Chew, Lewis
Christopher, Melvin J.
Foster, Christopher
Fowler, Fred
Hogan, Patrick
Johnson, Aaron J
Kelly, Richard
Kenney, Robert S.
King, Mary
Lewis, Michael
Martin, Jamie Lynn
Minicucci, Benito
Mullins, Eric
Parra, Rosendo
Rambo, Barbara
Simon, John R
Singh, Sumeet
Smith, Anne Shen
Stephens, Keith Fisher
Thomason, David
Wells, Jason P
Williams, Andrew K

Term and Revolving Loan Lenders and Administrative Agents
Bank of America, N.A. (Admin Agent - $300M)
Barclays Bank PLC
BNP Paribas
Canadian Imperial Bank of Commerce, New York Branch
Citibank, N.A. (Admin Agent - $3B)
Goldman Sachs Bank USA
JPMorgan Chase Bank, N.A.
Mizuho Bank, Ltd. (TL)
Morgan Stanley Bank, N.A.
Morgan Stanley Senior Funding, Inc.
MUFG Union Bank, N.A.

Royal Bank of Canada
Sumitomo Mitsui Banking Corporation
TD Bank, N.A.
The Bank of New York Mellon
The Bank of Tokyo-Mitsubishi UFJ, Ltd. (TL)
US Bank, National Association
Wells Fargo Bank, National Association

Contract Counterparties
83WI 8ME LLC
87RL 8ME LLC
Acciona Energy N.A./ Pacific Renewables
Aera Energy LLC
Aera Energy LLC (Coalinga)
Aera Energy LLC (N. Midway Sunset)
Aera Energy LLC (Oxford)
Aera Energy LLC (S. Belridge)
AES Distributed Energy
Agua Caliente Solar, LLC
Air Products Manuf. Corp.
Alamo Solar, LLC
Alaun Group
Algonquin Power Co.
Algonquin Power Sanger LLC
Algonquin SKIC Solar 20 Solar, LLC
AltaGas Ripon Energy Inc.
AltaGas San Joaquin Energy Inc.
Altamont Power LLC (3-4 )
Altamont Power LLC (4-4)
Altamont Power LLC (6-4)
Altamont Power LLC (Partners 1)
Altamont Power LLC (Partners 2)
Amerex Brokers LLC
Ampco/national 1
Anadarko
Anahau Energy
Anahau Energy, LLC
Apache Corp.
APS - Pinnacle West Capital Corp - (Trading Entity)
Arizona Public Service
Arlington Wind Power Project, LLC
Aspiration Solar G LLC
Atlantic Coast
Atlantica Yield
Atlantica Yield
Ausra Ca II, LLC
AV Solar Ranch One, LLC

Case: 19-30088   Doc# 8107-8   Filed: 06/24/20   Entered: 06/24/20 19:56:08   Page 3
of 101

Avangrid Renewables, LLC
Avenal Park LLC
Avista Energy, Inc.
Avista Utilities
Badger Creek Limited
Bank of Montreal
Barclays Bank PLC
Bayshore Solar A, LLC
Bayshore Solar B, LLC
Bayshore Solar C, LLC
Bear Creek Solar, LLC
Berkshire Hathaway Energy Renewables
Berry Creek
Berry Petroleum Company
BGC Environmental Brokerage Services, L.P.
Bluesource
BNP Paribas Securities Corp.
BNP Paribas US
Bonneville Power Administration
Bottle Rock Power, LLC
BP Energy Company
BP Products North America Inc.
Brookfield Renewable Energy Partners
Buena Vista Energy, LLC
Burney Forest Products
Burney Forest Products, a Joint Venture
BVP Property, LLC
CA Flats Solar 150, LLC
Calaveras County Water District
California Dept. of Water Resources
California Power Holdings, LLC
Calpeak Power - Panoche LLC
Calpeak Power - Vaca Dixon LLC
CalPeak Power, LLC
Calpine
Calpine  King City Cogen.
Calpine Energy Services, L.P.
Calpine Energy Solutions, LLC
Calpine Geysers Co. L. P. (KW#1)
Calpine Geysers Co. L. P. (KW#2)
Calpine Geysers Co. L. P. (WFF)
Calpine LLC
Calpine Monterey Cogen Inc.
Calpine Pittsburg Power Plant
Calpine Retained Assets Agreement
CalRenew -1 LLC
CAN NAT RES

Canadian Imperial Bank of Commerce
Capital Dynamics, Inc.
Capital Power Corporation
Capital Power L.P.
Cardinal Cogen
Cargill Inc.
Cargill Ltd.
Cargill Power Markets, LLC
Casas Del Sol Inc.
Cascade Energy Storage, LLC
Castleton Canada
Castleton Comm
Centaurus Renewable Energy LLC
Central Valley Gas Stor.
Chevron (McKittrick)
Chevron (North Midway)
Chevron Natural
Chevron Products Company
Chevron Richmond Refinery
Chevron USA (Coalinga)
Chevron USA (Concord)
Chevron USA (Cymric)
Chevron USA (Eastridge)
Chevron USA (Taft/Cadet)
Chevron USA, Inc.
Chevron USA, Inc. (SE Kern River)
CID Solar, LLC
CIMA Energy, Ltd.
Citigroup
Citigroup Energy Inc.
City County of San Francisco
City of Fairfield
City of Milpitas
City of Roseville
City of San Jose (San Jose Clean Energy)
City of San Luis Obispo
City of Santa Clara (SVP Muni)
City of Santa Clara dba Silicon Valley Power
City of Santa Cruz Water Department
City of Seattle
City of Vallejo
City of Vernon
Clearway Energy
ClimeCo Corporation
Coalinga Cogeneration Company
Cochrane
Cogeneration Capital Association

Cogeneration Capital Association (Altamont Power)
Cogentrix
Collins Pine Company
Columbia Solar Energy, LLC
Commerce Energy Inc.
Con Edison Development
Concord Energy
Conoco Canada
Conoco Phillips Company
Conocophillips Co.
Constellation Energy Group, Inc.
Convergent Energy and Power LLC
Copper Mountain Solar 1, LLC
Copper Mountain Solar 2, LLC
Coral Power, LLC
Coram California Development, L.P.
County of Santa Cruz ( Water St. Jail)
Covanta Power Pacific
Covanta Power Pacific, Inc.
CP Energy Marketing (US) Inc.
CRA International Inc
CRA International Inc.
CRC Marketing, Inc.
Credit Suisse Energy LLC
Crockett Cogeneration, LP
Cuyama Solar, LLC.
CVI CleanCapital LLC
Cypress Energy Partners
DB Energy Trading
DE Shaw
Delta Diablo Sanitation District
Desert Sunlight 300, LLC
Desri Portal Ridge Development, LLC
Devlar
DG Fairhaven Power, LLC
Diablo Energy Storage, LLC
Diablo Winds, LLC
Direct Energy
Direct Energy Business Marketing, LLC
Dominion Solar Holdings, Inc.
DTE Biomass Energy
DTE Energy Services, Inc.
DTE Stockton, LLC
Duke Energy Marketing America LLC
Dynegy Marketing and Trade, LLC
Dynegy Morro Bay, LLC
Dynegy Moss Landing LLC

Dynegy Power, LLC
Eagle Creek Renewable Energy LLC
EBMUD
Eco Services Operations Corp
Eco-Energy, LLC
EDF Renewable Energy
EDF Renewable Windfarm V, Inc.
EDF Trading
EDF Trading North America, LLC
EEN LP and Enbridge LP
El Dorado Hydro, LLC
El Dorado Irrigation District
El Paso Natural Gas Company
Element Markets Renewable Energy, LLC
Elk Hills Power LLC
Emmerson Investments, Inc.
Encana Mkt US
Enel Green Power North America, Inc.
Energy 21
Energy America LLC
Energy America, LLC
Energy Capital Partners
Enfinity CAFIT 1 jacobscorner LLC
Enstor Energy
Enterprise
EOG Resources
Equus Energy
Equus Energy LLC
ETC Marketing, Ltd.
Eureka Energy Company
Eurus Energy America Corp
Exelon Generation
Exelon Generation Company, LLC
ExGen Renewables (Exlon)
Finavera Renewables
First Reserve
First Solar
Foothill Farmington Solar Project, LLC
Forebay Wind, LLC
Forefront Power, LLC
Fortis Energy Marketing (fka Cinergy)
Fortistar LLC
FPL Energy Montezuma Wind, LLC
Freepoint Comm
Freeport McMoRan Oil & Gas LLC (Dome)
Freeport McMoRan Oil & Gas LLC (Welport)
Fresh Air Energy 1, LLC

Fresh Air Energy IV, LLC
Fresno Cogeneration Partners, L.P.
Frito Lay Cogen
Frito-Lay, Inc.
FTP Power LLC
FuelCell Energy
Fuelco LLC
Gas Recovery Systems, Inc
Gas Transmission Northwest, LLC
GASNA 16P, LLC
GASNA 27P, LLC ("Peabody BRJ Option 1")
GASNA 30P, LLC ("Camden FiT 1")
GASNA 36P LLC
GASNA 60P, LLC
GASNA 6P, LLC
GATX/Calpine Cogen-Agnews Inc.
Genesis Solar, LLC
GenOn Delta, LLC
GenOn Energy Management LLC
GenOn Energy, Inc.
Geothermal Energy Partners 1
Geothermal Energy Partners 2
Geysers Power Company, LLC
GFI Brokers LLC
GFI Securities LLC
GHI Energy
Gill Ranch Storage, LLC
Gilroy Energy Center, LLC, Creed Energy Center, LLC and Goosehaven Energy Center, LLC
GIP III Zephyr Acquisition Partners, L.P.
Global Ampersand, LLC
Google Inc.
Graphic Packaging International Inc.
Great Valley Solar 4, LLC
Green Ridge Power LLC
GreenVolts, Inc.
Guzman Energy, LLC
GWF
GWF Energy LLC
GWF Power Systems Inc. #1
GWF Power Systems Inc. #2
GWF Power Systems Inc. #3
GWF Power Systems Inc. #4
GWF Power Systems Inc. #5
Halkirk 1 Wind Project LP
Halliburton U.S. Onshore
Hanford L.P.
Harbert Management Corp

Hatchet Ridge Wind, LLC
Hecate Energy Molino LLC
Henrietta D Energy Storage LLC
High Plains Ranch II, LLC
Hilcorp San Juan, L.P.
HL Power Company
Humboldt Redwood Company LLC
Hydro Partners
Hydrocarbon
HZIU Kompogas-SLO Inc.
Iberdrola Renewables LLC
Iberdrola Renewables, Inc.
Icap
Icap Capital Markets (Canada) Inc.
ICAP Energy LLC
ICE
ICE NGX Canada Inc.
Iceland America Energy, LLC
Idemitsu Apollo Corporation
Ignite Solar, LLC
IHI Power Services Corp.
Institute for Energy Independence (IEI)
Integrys
Intercontinental Exchange, Inc.
INTL FCSTONE FINANCIAL
Invenergy Wind Development LLC
IPC (USA), INC.
IPC (USA), INC.
Iron Mountain Mines
J. Aron & Company LLC
J. Aron and Company LLC
J.P. Morgan Ventures
J.R. Wood
Jackson Valley Energy Partners (ione)
James B. Peter
James C. Ross
James Crane Hydro
Java Solar, LLC
Joe Richardson
Jonah Energy LLC
Jonah Energy LLC
JP Morgan Chase Bank, N.A.
JP Morgan Securities LLC
JP Morgan Ventures Energy Corporation
JR Simplot
JRW Associates, LP / Ridgewood
KDW Solar 1, LLC

KDW Solar 2, LLC
Ken Link
Kern River
Kern River Cogen Company
Kern River Gas Transmission Company
Kinergy Marketing LLC
Kings River Conservation District
Kingston Energy Storage, LLC
Klondike Wind Power III LLC
Koch Energy Svc
Koch Supply & Trading, LP
Kompogas SLO LLC
La Paloma Generating Company
LADWP TSA
Landmark
Lehman Brothers Commodity Services
Live Oak Limited
Lodi Gas Storage LLC
Longroad Energy Services, LLC
Los Angeles Dept. of Water and Power
Los Esteros Critical Energy Facility LLC
Los Esteros Critical Energy Facility, LLC
Los Medanos Energy Center
Macquarie Can
Macquarie Energy LLC
Macquarie Futures
Macquarie Futures LLC
Macquerie Energy LLC
Magnus Energy
Malacha Hydro L.P
Mammoth One LLC
Mammoth Three LLC
Maricopa West Solar PV 2, LLC
Mariposa Energy, LLC
Martinez Cogen Limited Partnership
MBF Clearing
Mega Renewables
Merced Irrigation District
Mercuria Commodities Canada
Mercuria Ener Amer Inc.
Merrill Lynch
Merrill Lynch Commodities Inc.
Mesquite Solar 1, LLC
Metcalf Energy Center
Michael W. Stephens
MidAmerican Energy
Midcoast Marketing (Us) L.P.

Midset Cogen Co.
Midway Peaking, LLC
Midway Power LLC
Midway Sunset Cogeneration Co.
Mieco
Mieco Inc.
Milpitas Unified School District
Mirant Energy Trading, LLC
Mission Solar LLC
Modesto Irrigation District
Mojave Solar LLC
Monterey County Water Res Agency
Monterey County Water Resources Agency
Monterey One Water (M1W)
Monterey Regional Water Pollution Control Agency (MRWPCA)
Morgan Stanley Capital Group Inc.
Morro Bay Mutual Water C
Moss Landing Mutual Water Company
Mt. Poso Cogeneration Company, LLC
NASDAQ OMX Commodities Clearing - Contract Merchant LLC
National Fuel
Natural Gas Corp of California
NextEra
NextEra Energy Marketing, LLC
Nextera Energy Montezuma Wind II, LLC
NextEra Energy Parnters, LP
NextEra Energy Partners
NextEra Energy Resources Acquisitions, LLC
NextEra Energy Resources, LLC
Nextera Energy Resources, LLC and its subsidiary Aries Solar Holding, LLC
NextEra Energy, Inc.
NJR Energy Serv.
Noble Americas Corporation
Noble Americas Energy Solutions LLC
Noble Americas Gas & Power Corp.
North Sky River Energy, LLC
North Star Solar, LLC
Northern California Power Agency (NCPA)
Northwest Geothermal Company
NRG Energy
NRG Energy, Inc.
NRG Marsh Landing, LLC
NRG Power Marketing LLC
NRG Solar Alpine, LLC
NRG Solar Kansas South LLC
NV Energy
O.L.S. Energy-Agnews, Inc.

Oakland YMCA
OCCID Ener Mkt
Occidental Energy Ventures Corp.
Occidental of Elk Hills, Inc.
Occidental Power Services, Inc.
Olcese Water District
Olympus Power, LLC
One Exchange Corp
Orion Solar I, LLC
Ormat Technologies, Inc.
Oxy Ener Canada
Pacific Energy Fuels Co
Pacific Summit
Pacific Summit Energy LLC
Pacificorp
Panoche Energy Center LLC
Panoche Energy Center, LLC
Parrey, LLC
Pattern Energy
Pattern Energy
Patterson Pass Wind Farm LLC
PBF Energy Western Region LLC
PBM, LLC
Petrochina (CAN)
Petrochina (America)
Pinnacle West Capital Corp
Placer County Water Agency
Portal Ridge Solar C, LLC
Portland General Electric
Portland TSA
Powerex
Powerex Energy Corp.
Pristine Power LLC
Pristine Sun Fund 10 Fresno PGE LLC
Pristine Sun Fund 2, LLC
Pristine Sun Fund 5 LLC
Pristine Sun Fund 6 Butte PGE LLC
Pristine Sun Fund 6, LLC
Pristine Sun Fund 7 San Luis Obispo PGE LLC
Pristine Sun Fund 8 Sutter PGE LLC
Pristine Sun Fund 8, LLC
Pristine Sun, LLC
Progressive Fuels Limited
Public Service Company New Mexico
Public Service Enterprise Group (PSEG)
Public Utility District No. 1 of Klickitat County
Puget Sound Energy, Inc.

Puget TSA
Raven Solar Parent Company, LLC
RE Astoria LLC
RE Gaskell West 3 LLC
RE Gaskell West 4 LLC
RE Gaskell West 5 LLC
RE Kansas LLC
RE Kent South LLC
RE Old River One LLC
Real Goods Trading Corp.
Recurrent Energy
Recurrent Energy Development Holdings LLC
Red Bluff Union High School
Red Cedar Grp
Reliant Energy Services, Inc.
Renewable Power Strategies, LLC
Renewables Holdco I LLC
Repsol Canada Energy
Rio Bravo
Rising Tree Wind Farm II, LLC
Risk Management Inc.
Robert W. Lee
Rock Creek Hydro, LLC
Rock Creek L.P.
Roy Sharp Jr.
Royal Bank of Canada
Royal Bank of Scotland, PLC
RRI Energy Services
Ruby Pipeline
Ruby Pipeline, LLC
Russell City Energy Company
Sacramento Municipal Utility District
Saint Agnes Med. Ctr.
Saja Energy LLC
Salinas River Cogen Co.
Salt River Project
San Diego Gas and Electric
San Jose Water Company
San Luis Obispo Wastewater Treatment Plant
Sand Drag LLC
Sand Hill Wind, LLC
Santa Clara Valley Water Dist.
Santa Cruz County
Santa Cruz WWTP
Sargent Canyon Cogeneration Company
Seattle City Light
Sempra Energy

Sempra Energy Trading Co.
Sempra Gas & Power
Sempra Gas and Power Marketing, LLC
Sempra Generation
Sempra Generation, LLC
Sempra U.S. Gas & Power
Sequent Energy
Shadybrook
Shafter Solar, LLC
Shell Energy
Shell Energy CAN
Shell Energy North America (US), L.P.
Shell Energy US
Shell Trading (US) Company
Shell Western E & P
Shiloh III Lessee, LLC
Shiloh IV Lessee, LLC
Shiloh Wind Project 1, LLC
Shiloh Wind Project 2, LLC
Sierra Energy
Sierra Energy Storage, LLC
Sierra Green Energy LLC
Sierra Pacific Ind. (Susanville)
Sierra Pacific Industries
Sierra Power Corporation
Sky Capital America Inc.
SMUD
Snow Mountain Hydro
Snow Mountain Hydro LLC (cove)
Snow Mountain Hydro LLC (Lost Creek 1)
Snow Mountain Hydro LLC (Lost Creek 2)
Snow Mountain Hydro LLC (Ponderosa Bailey Creek)
SO CAL EDISON
SoCal GAS
Soco Group
Solar Partners II, LLC
Solar Partners VII, LLC
Solar Partners VIII, LLC
Solar Partners XII, LLC
Solar Partners XIV, LLC
Solar Partners XV, LLC
Solar Partners XXII, LLC
Solar Partners XXIII, LLC
Solaren Corporation
Southern California Edison Company
Southern Counties Oil Company (dba SC Fuels)
Southern Energy Solution Group, LLC

Southern Power
Southwest Generation
Spark Energy Gas
Spinnaker Energy
SPS Atwell Island, LLC
SRI International
Standard Pacific Gas Line Inc.
Stanford Energy Group
Stars Alliance LLC
Starwood Energy Group Global LLC
State of California - Department of Water Resources
Statkraft US LLC
Sterling Planet, Inc.
Stockton Cogen Co.
Strategic Energy LLC
STS HydroPower Kekawaka
STS HydroPower Ltd.
STS Hydropower Ltd. (Kekawaka)
STS Hydropower, LLC
STS HydroPower, Ltd.
Sun City Project LLC
Suncor Energy
SunEdison Yieldco ACQ2, LLC
Sunray Energy 2, LLC
Sunrise Power Company, LLC
Sunshine Gas Producers, LLC
Swiss America
TA - Acacia, LLC
Tenaska Gas
Tenaska Mktg
Tenaska Mktg Can
Tenaska Power Services Co.
Tenaska Power Services Company
Tesoro Refining & Marketing Company LLC
Tesoro Refining & Marketing Company, LLC
Texaco Exploration & Production, Inc. (fee A)
Texaco Exploration & Production, Inc. (fee C)
TFS Energy Futures LLC
TFS Energy Futures, LLC
TFS Energy, LLC
TGP Coyote Canyon, LLC
The Energy Authority, Inc.
The Metropolitan Water District of Southern California
The Regents of the University of California
Three Rocks Solar LLC
Tiger
TKO Power (South Bear Creek)

Topaz Solar
Topaz Solar Farms LLC
Toro Energy of California - SLO, LLC
Toronto Dominion Bank
Total Gas
Tourmaline Oil Marketing Co
TransAlta Corporation
TransAlta Energy Marketing (US) Inc.
Transcanada Foothills
TransCanada Foothills Pipe Lines
Transcanada Gas Transmission NW
Transcanada Nova
Transwestern Pipeline Company, LLC
Tres Vaqueros Wind Farms, LLC
Tulare PV II LLC
Tullet Liberty (NatSource)
Tullet Prebon Americas Corp.
Tullett Prebon Americas Corp.
Turlock Irrigation District
Twin Eagle Res Mgmt, LLC.
UBS AG (Switzerland)
UCSF
UE-00101CA, LLC.
Ultra Resources
United Airlines (Cogen)
United Energy
United Gas & Power
US Solar Holdings
Vaca Solar Millennium
Van Der Kooi Dairy Power LLC
Vantage Wind Energy LLC
Vantage Wind Energy, LLC
Vasco Winds, LLC
Vintner Solar, LLC
Visage Energy
Visage Energy Corp.
Vista Corporation
Vistra Energy
Vitol Inc.
VPI Enterprises, Inc.
Vulcan Power Company
Walden Energy
Walden Energy LLC
Waste Management, Inc.
Water Wheel Ranch
Wellhead Power, LLC
Wells Fargo LLC

West Biofuels, LLC
Western Antelope Blue Sky Ranch A, LLC
Western Antelope Dry Ranch Addition LLC
Western Area Power Administration
Western GeoPower, Inc.
WG Partners Acquisition, LLC
Wheelabrator Shasta Energy Company Inc.
Wheelabrator Technologies Inc.
Wild Goose Storage
Williams Energy Power Company
Williams Field Services
Willow Creek
Willow Springs Solar 3, LLC
Windmaster Inc.
Woodland Biomass Power, LTD
WPX Energy Mktg.
WSF PV2, LLC
X-Elio Energy, S.L.
Yolo County
Youth with a Mission/Springs of Living Waters
Yuba City Cogen Partners, L.P.
Zero Waste Energy Development Company LLC


Debtors Professionals (law firms, accountants and other professionals)
Accenture
AlixPartners, LLP
AP Services, LLC
Clarence Dyer & Cohen
Coblentz Patch Duffy & Bass LLP
Compass Lexecon, LLC (Application withdrawn)
Cravath, Swaine & Moore LLP
Deloitte & Touche LLP
Groom Law Group
Jenner & Block LLP
Lazard Frères & Co. LLC
Morrison & Foerster LLP
McKinsey & Company Inc.
Munger, Tolles & Olson LLP
PricewaterhouseCoopers LLP
Prime Clerk
Weil, Gotshal & Manges LL
Willis Towers Watson US LLC

Counsel to the Board of Directors of Each of PG&E Corporation and Pacific Gas and Electric
Simpson Thatcher & Bartlett LLP

Former Officers and Directors (since 2008)
Andrews, David R.
Biller, Leslie S.
Conway, John T.
Coulter, David A.
Fitzpatrick, Timothy
Harper III, William H.
Harris, Richard R.
Harvey, Kent M.
Hayes, William D.
Herringer, Maryellen C.
Higgins, John C.
Howard, Robert T.
Jacobs, Donna
Jain, Charu
Johnson, M. Kirk
Johnson, Mark S.
Keenan, John S
Kimmel, Roger H.
Kiraly, Gregory K.
Kolassa, Sean P.
Morrow, William T.
Powell, G. Robert
Williams, Barry Lawson


Affiliations of Former Officers
California Minority Counsel Program (CMCP)
Meals on Wheels of San Francisco
Meals on Wheels of San Francisco
North Bay Leadership Council
Nuclear Electric Insurance Limited (NEIL)
San Francisco Ballet Association
SF/Marin Food Bank
The Alliance to Save Energy
The Alliance to Save Energy
The Commonwealth Club
The Commonwealth Club

Affiliations of Former Directors
ABM Industries Incorporated
American Gas Association (AGA)
American Gas Foundation (AGF)
American Red Cross - Bay Area Chapter
Associated Electric & Gas Insurance Services Limited (AEGIS)
Association of Edison Illuminating Companies
Bay Area Council

California Academy of Sciences
Center for Energy Workforce Development
DCP Midstream Partners, LP;
Edison Electric Institute
Edison Electric Institute (EEI)
Edison Electric Institute; Electric Power Research Institute
Edison Foundation Institute for Electric Innovation (IEI)
Encana Corporation
Ford Motor Company
Institute for Nuclear Power Operations
Mills College
Nuclear Energy Institute
San Francisco Ballet
San Francisco Museum of Modern Art;
Spectra Energy Partners, LP
United Way of the Bay Area
University of Miami
Vassar College
Western Energy Institute (WEI)

Insurance/Insurance Provider/Surety Bonds
ACE American Insurance Company (Starr Tech)
Ace Insurance Company
AEGIS Consortium
AEGIS Insurance Services, Inc. (Associated Electric & Gas Insurance Services Limited)
Aetna
Aetna International
Allianz Global Corporate & Specialty SE (PDW)
Allianz Global Risks
Allianz Global Risks US Insurance Company
Allied World Assurance Company Ltd
Allied World Assurance Company Ltd. (AWAC)
Alpha
American Alternative Insurance Company (Munich Re U.S.)
American International Reinsurance Company Ltd
American Nuclear Insurance (ANI)
Apollo (Lloyds Syndicate)
Arch Insurance (Bermuda)
Arch Insurance Company (Europe) Limited
Arch Reinsurance Ltd.
Argo
Argo Re Ltd
Argonaut Insurance Company
Aspen Insurance Company
Aspen Specialty Insurance Company
Associated Electric & Gas Insurance Services Limited
Associated Electric & Gas Insurance Services Ltd. (Aegis U.S.)

AXIS Insurance Company
AXIS Specialty Limited (PDW)
AXIS Surplus Insurance Company
Beacon Health Options, Inc.
Beazley Insurance Company
Berkley Insurance Company
Berkshire Hathaway International Insurance Limited (PDW)
Blue Cross of California, Inc. d/b/a Anthem Blue Cross ("Anthem")
Chubb Bermuda
Chubb Bermuda Insurance Ltd
CIGNA Group Insurance
Continental Casualty Company
Employers Insurance Company of Wausau
Employers Insurance Company of Wausau (Liberty Mutual)
Energy Insurance Mutual
Energy Insurance Mutual / NEIL
Energy Insurance Mutual Limited
Energy Insurance Mutual Limited (EIM)
Energy Insurance Mutual Limited (NEIL)
Energy Insurance Services, Inc. f/k/a/ Energy Insurance (Bermuda) Ltd
Energy Insurance Services
European Mutual Association for Nuclear Insurance (EMANI)
Everest Insurance
Everest National Insurance Company
Express Scripts Holding Company
Federal Insurance Company
Fidelis Underwriting Limited
General Security Indemnity Company of Arizona
General Security Indemnity Company of Arizona (Scor Re)
Great American Insurance Company
Great Lakes Insurance SE
Great Lakes Insurance SE (Munich)
Great Lakes Reinsurance (UK) PLC (Munich Re London)
Great Lakes Reinsurance (UK) S.E.
Hamilton Re
Hamilton Re Ltd
HCC / Tokio Marine
HDI Global Insurance Company
Helvetia Assurances S A
Helvetia Schweizerische Versicherungsgesellsc haft Ag
Houston Casualty Company
InterHannover
Interstate Fire & Casualty Company
Iron- Starr Excess Agency Ltd
Ironshore Insurance Limited
Kaiser Foundation Health Plan, Inc.
Liberty Insurance Underwriters Inc.

Liberty Mutual Fire Insurance Company
Liberty Mutual Insurance Company
Liberty Mutual Insurance Europe Limited
Liberty Mutual Management (Bermuda) Ltd (PDW)
Liberty Surplus Insurance Company
Liberty Surplus Insurance Corporation
Life Insurance Company of North America (CIGNA)
Lloyd of London Barbican Syndicate
Lloyds of London (various)
Lloyds of London Hiscox (Alpha)
Lloyds of London Munich Re
Lloyd's of London Syndicates
Magna Carta Insurance Ltd (PDW)
MAPFRE Global Risks
MS Amlin (Lloyds Synd)
Munich Re
National Fire & Marine Insurance Company
National Fire & Marine Insurance Company (Berkshire Hathaway Specialty Insurance)
National Fire and Marine Insurance Company
Navigators Management Company, Inc. New York
North American Specialty Insurance Company
Nuclear Electric Insurance Limited (NEIL)
Oil Casualty Insurance Limited (OCIL)
Renaissance Reinsurance (Ren Re)
RLI Insurance Company
SAFECO Insurance Company of America
Scor Channel Limited (PDW)
Starr Indemnity & Liability Company
Swiss Re International SE
Swiss Re International SE (Swiss Re)
The Marine Insurance Company Ltd. (Royal Sun Alliance - RSA)
The Ohio Casualty Insurance Company
Twin City Fire Insurance Company
U.S. Specialty Insurance Company
Underwriters at Lloyd's (AEGIS UK) Syndicate No. AES 1225
Underwriters at Lloyd's (Freberg Environmental) Syndicate No. 1458 RNR
Underwriters at Lloyd's (Talbot) Syndicate No. 1183 (Validus Underwriting Risk Services)
Underwriters at Lloyd's (Travelers) Syndicate No. TRV 5000
Underwriters at Lloyd's London (Towerstone)
United States Aircraft Insurance Group (USAIG)
Validus Reinsurance Limited
Willis Towers Watson
XL Insurance America, Inc.
XL Insurance Company
XL Specialty Insurance Company
Zurich American Insurance Company
Zurich Insurance Company

<u>Surety Bonds</u>
Liberty Mutual Insurance Company
Liberty Mutual Fire Insurance Company
The Ohio Casualty Insurance Company
SAFECO Insurance Company of America


<u>Landlords and parties to leases</u>
2001 Taylor Family Trust
3551 Pegasus Partners LP
7-Eleven, Inc.
851-853 Howard Street LLC
Accountant
Akins
Al Evans
Al Smith
Alan & Patti Anderson
Alan Williams
Albert Rose
Alexander McGeoch
Alexander Walker
Alpine County Sheriff's Dept.
Amanda Green
Anderson
Anderson, Barbara & J. H.
Anderson, Derek & Patricia
Anderson, Eric Ian & Edward A, Jr.
Anderson, Gary & Susan
Anderson, Paul
Andreae, Jr., et al, Sherman P
Andrew Phillips
Andrew Stewart
Angela Bacon
Ann Williams
Anthony Bruno
Arntz
Arton Investment
AT&T Corp. - Lease Administration
AT&T Corporate Real Estate
Atkins, Roy C
Attinger, Richard; Ballard, Bruce; Ballard-Kogeler, Lynne
Avery
Aviation Consultants, Inc.
Bader
Baker Trust

Banta
Bardin Bengard
Barker Family Trust
Batson
Baxter, Jean C.; Hoffman, T. J.; Hoffman, Frank; Hoffman, Laura
Beeler
Bender, Craig
Benjamin Shaw
Benjamin, Michael
Bennett, James R.;
Benton
Bertrand
Big Deal LLC
Biggs, Trustee, Richard K.
Bill Lewis
Bill Phillips (Insurance Agent)
Blake
Blankenship
Blue Sky Investment Holdings, LLC
Bonner, Kenneth L. & Gerri
Bonneville Power Administration (BPA)
Borba
Borrows
Bossio
Bozek
Brad Baker & Debra Pearson
Braun
Breen
Brian Sweeney
Britz, Inc.
Brown,David M. Sec.-Tres.
Brown, Gary & Sharon
Brown, John K.
Brownson
Bruce North
Bruce Patterson
Buckwalter
Burke, Tim
Bursey, Gary
Business Jet
C William Johnson
C. R. Gibson
California Department of Fish & Game
CalPeak Power LLC
Calpeak Powr - Vaca Dixon, LLC
CalTrans
Camacho

Campbell, John R.
Capurro
Carleton
Carpenter
Carter Validus Operating
Cartwright, Christopher; Jacuzzi, Daniel
Cattran
Chabrier
Chapin
Chapman
Charles Green
Charles Hicks
Chase, Donald & Karol, and others
Christensen Family 2005 Trust
Christopher Lee
CHRYSLER
Church of Jesus Christ, LDS (Property #513-3521)
City and County of San Francisco
City of Auburn
City of Clovis
City of Hollister
City of Mill Valley Public Works Department
City of Salinas
City of San Jose
City of San Ramon
City of San Ramon - Parks & Community Services
City of Santa Rosa
City of Soledad
City of South San Francisco
Clark, Thomas D. and Denise E.
Cole, Christopher & Rita
Collins
Collins Pines C.
Contra Costa County
Cooper, James
Corpus Christie School
Corrigan, Pat/Jill
Cowperthwaite, Peter
Craig Conway
Craig or Steven Ward
Craig Wilson
Crocker
Crockett Cogeneration, a Calif Lmt. Partnership
Crown Castle
Crown Communications Inc.
Curry
Dana Butcher, Receiver

David Anderson
David Burger
David Burke
David Campbell (Insurance Agent)
David Douglas
David Fuller
David King, Esq.
David Koch
David Little
David Myers
David Rice, et al
David Williams
Davidson Family Trust
Davies, Thomas W.
Davis et al
Davis Investment Company,
Davis, Shirley
De Groot & Son,John
Deeter
Delagardelle, Jeani C.
Dennis et al
Dennis, Bob. & Others
Derek Anderson
Dimick
Don Martin - Treasurer
Donald R Travers and Ella H
Donaldson
Dorman
Dorothy A. Ford living Trust
Dorothy Ford
Doug Davie
Doug Shaw
Doyle
Drennan
Duval
E. Lee Horton
Eagan
East Bay Municipal Utility District (Ebmud)
Edgar Meyer
Edwards, Mark
Eileen Henderson
Eimers
Elliott
Elliott Tom Allen
Ellis
Elrod, Trustees. Rick G. & Diane M.
Enloe

Eric Erickson, Director of Finance and Human Resources
Eric Thompson
Ernst
Espana
Evan Williams, Catherine Siemens
Evans Management
Everett; Andrew M., Everett, Charles A.; Thompson, John W.; Scholten, Melinday Y.
Evergreen Associates, Holiday Inn
Ewing
Fairman
Farrell
Finch
First Independent Bank of NV
Flannery, Steven P.
Floyd Powell
Fogarty, Thomas; Holcomb, Dorothy; Smart, Gail; Fogarty, Susan; Zelina, William; Courtney, Katherine
Fording
Fortier Family Trust
Foster Wheeler Martinez, Inc.
Fox, Nancy
France Mc Gowan Hogan
Frank Borgess & Others
Frank Jensen
Franz
Fred Brown
Fred Davis
French, Trustee, Patricia Mary
Fresno County Horse Park
Fryer
Gaines
Gallager
Garcia, Roberto
Garrett Family Trust; Wilsey, Kirk; and Wilsey,Pauline
Garrett, Robert and Marcia
Gary & Gretchen Jacobson
Gary and Catherine Miller
Gary Moore
Gary Peterson
Gary Waldron
Gary Walker
Gauthier, Paul A. & Stacy J., as Trustees.
Genevieve McKeon (Byrne), Trustee
Gerald Simpson
Getz
Gibson, Trustee, Alan F.
Golden Empire Council - Boy Scouts of America
Goodman

Google for Invoice Issues
Google, Inc.
Gordon Johnson
Gould, Pres. Jeff
Goulet
Green, Thomas
Greg Gaskin
Gregory McCandless
Griggs
Groppetti, Donald J. & Shelly K.
Grosvenor Properties, Ltd.
Hagan Family Trust
Hall
Hamilton, James W. & Jane E.
Hansen, Brian & Cynthia
Harsch Investment Corporation
Hartman
HD Supply
Healey, William & Mary J.
Henderson, Gary; Cosper, Teri
Hicks
Higgins, William B.
Hillcrest Properties
Hinman
Hodges
Holt, Craig & Jamie
Houston
Howe
Hunter, Robert & Diamond
Ian Donnelly
Imhoff
Imran, Travelodge general manager
Ireland
J & L Rentals, LLC
Jackson, Curtis & Kathleen B.
Jacuzzi
James
James Stephenson
Jarrett
Jeff Burris
Jeff Mattherws
Jeong
Jewett
JHK Investment
John Cowan
John Green
John Howe

John Wilson
Johns Manville
Johnson
Johnson, Ron
Jones, David A.
Jones, Dennis R.
Joseph
Joyce, Thomas & Rose Marie
Kaiser
Karen Nelson
Keith Lee
Keith Robertson
Kelley, Robert & Marilyn
Kelly, Shaun & Melissa
Ken Henry
Kennedy
Kenneth Fitzgerald
Kenneth R Hansen
Kevin Miller
Kincannon
Klein, Barbara
Kluge
KNK Investments LP
Koehnen, Michael and Lori
KRE 1330 Broadway Venture LLC
Kruse
Kutz
LACC #21
Lagier
Lamar Advertising
Larry Smith et al
Larson
Lawler, Michael B. & Pamela
Lawler, Timothy and others
Lawrence, Robert I., Jr.
Lee, William
Lee,Linda S.
Libenson, Trustee, Richard M. and Claudia C.
Little
Live Nation, c/o Matt Prieshoff
Lopez, Robert A.
Lotus Hospitality II, Inc. DBA Holiday Inr
Luna
Lynch, John H & Gay O.
M H Mills
Manning, Paul W.
Mark C Jones

Mark Johnson
Mark Miller
Mark Stewart
Mark Webber
Martin, Don & Lani
Mary Conway
Mathis
McCarthy , Kevin
McDowell
McGowan, Gail
MCI Telecommunications Corp
MCI Worldcom
McKenna
McMillan, Daniel and Mary
McNeil
McNeill
Mega Renewables
Mendo Lake Credit Union
Meyer
Michael Price
Miller, John R. dba Miller Honey Farms Inc.
Miller, Mike
Miller, Tim and Tracey
Monroe
Monson
Moore, James and Sherry
Morris, James C. & Judy
Munro, Neil and Patricia
Murphy
Nancy Fox
Neff
Nelson
Nelson, Donald & Kay
Nevada County Consolidated Fire District
Norton, David & Sandra
NTC & CO., FBO Louise Benton
Nusser
O'Connor, Daniel J. & Irene G.
O'Neill
Pabst
Pacific States Aviation, Inc.
Pass
Patricia Flores
Patricia Smith
Patterson, Robert
Pattison
Paul Goodman

Pedersen/Rogers, Raymond/Richard
Peninsula Village
Pep Boys
Pep Boys- Director of Facilities
Pep Boys- Law
Perry, Jeffrey
Perry, Jim A.
Perry, Lee
Peter Beck
Peter Knight
Peters
Petersen
Philip Price
Phillips
Pinckney
Placer County Water Agency
Plumas Bank, Inc.
Pollak
Pollard, Donald James and Pamela Diane
Pollock, James M.
Ponderosa Telephone Company
Potter
Price, John & Diane
Price, Lawrence A. & Kathleen L.
Project Chief, U.S. Geological Survey
Prologis LP
Pyle
Rasmusson
Realty Income Corporation
Regents of the University of California
Reid, Kathleen A.
Reynolds
RICE
Richard Dalton
Richard Mack
Richard Nelson
Richard Wells
Richardson, Thomas H.;
Robert Berry
Robert Carter
Robert Gallagher
Robert Klein
Robert L. Smith
Robert Roth
Robert Schneider. Asst. Mgr.
Robert Wallace
Robert Weber

Roberts
Robin Peterson
Robinson,Rob T. & Cynthia
Ron and Leslie Cox (Owners)
Ron Carpenter
Ross Lynn D Succ
Sally Moyer
San Jose Fire Department
San Lorenzo Lumber Yard
San Luis Obispo County
Sanchez / Petersen
Sanders, Stanley/Steven
Sarah Barton
Savage
SBC Services Inc.
Schaeffer
Schultz
Scott
Scott Cooper
Sea Mist Farms, LLC
Sears
Shannon, Susan K.
Shasta County
Shasta County Fire (Big Bend)
Sheppard, Kenny R. & Anne Marie
Shoreline Amphitheatre
Sierra Pacific Industries
Sierra Pacific Properties Inc.
Simpson Trust
Sinor
Smith, James and Sandra
Smith, James C.
Smyth, Donald
Solano County
Sonoma County Transit
South Shore Association
Southern California Edison Company
Southern California Gas Co. & Southern Co. GA
Spectrum Properties Inc.
Spooner
Spring
Springer
Stai
State – Dept. of Justice
State of CA - Dept. of Water Resources
State of California
State of California - CHP - Admin Services

State of California - CHP - Telecom Unit
State of California - Dept. Gen. Svc.
State of California - Dept. of Fish & Game
State of California - Dept. of Forestry & Fire Prot. (Mendocino)
State of California - Dept. of Forestry & Fire Protection
State of California - Dept. of Parks & Recreation
State of California - DGS Real Estate Services
State of California - DGS RESD  for Telecom Div.
State of California - DOT (CALTRANS)
State of California - DOT (CALTRANS) - Maint. Prog.
State of California Department
State of California Dept. of General Services for Department of Justice
State of California, Dept. of Water Resources
Stephen Fuller
Stephens, John R. and Vicki J
Steven Carter
Steven F Potter
Steven R. Walker
Stewart, Ross and Lori
Stoneridge Westbridge Shopping Center LLC (c/o Potter - Taylor & Co)
Susan Stewart
Taylor
Taylor, Gayland S. & Nancy Ann
Terrell
The Kennedy Family Trust
Thayer
Thomas & Karen Sullivan
Thomas Agnew
Thomas Clark - Supervisor
Thomas Fullerton
Thomas Green
Thomas Halpin
Thomas M. Stanton, trustee; Rodney Cook, trustee
Thomas Mason
Thompson, William E.
Tim Campbell
Timothy R Crowley
T-Mobile
Tom Armstrong
TowerCo
Travelodge
TRC
Trowbridge
Tusker Corp
U.S. Army Corp of Engineers
U.S. Bureau of Land Management (BLM Hollister)
U.S. DOT - Federal Aviation Admin. (FAA Los Angeles)

U.S. Federal Bureau of Investigation (FBI San Francisco)
U.S. Forest Service (Lassen National Forest)
U.S. Forest Service, Forest Inventory & Analysis
U.S. Forest Service/Sierra NF
U.S. Geological Survey - Menlo Park
U.S. Geological Survey (Pasadena)
U.S. National Oceanic & Atmospheric Admin. (NOAA)
Uni-Kool Partners, The
Union Pacific Railroad Company
USGS Pasadena Office, GPS Network Coordinator
USRPI REIT, Inc.
Utility Tree Services, Inc.
Vail
Valero Refining Company
Van Dyke
Van Nuys
Vicent
Vierra
Vincent, Richard and Teresa
Vlahos
WACC
Wallace
Wallace, Barbara, Hicks, Jeffry C.; Hicks, Peter; Hicks, Brian; Garlland, Carol
Walsh
Walt Turner
Ward, Craig
Warren Steiner
Watson Family Trust
Welch, Steve R.
Werner, Timothy J. & Melinda C., as Trustees
West
Western Area Power Administration
Wheeler
White
White, Thomas and Jill
Whitehead, Pres. Robert
Widmayer
Wilbur H. Smith, III
Wilburn
Willam Hampton
William Donaldson
WILLIAM LEWIS
William S. Gaines and Ida Jeanne Gaines 2008 Revocable Trust
Williams Communications, Inc.
Wilson, Donald & Kvale, Gisela
Wirick
Wittner

Womack Family Trust
Wood, Mary Lee
Worrall
Wright, Robert dba Sierra Boulder
Zimmerman


Lenders (Prepetition and Proposed Postpetition to the extent not already listed)
Bank of America, N.A.,
Barclays Bank PLC and
Citigroup Global Markets Inc.
JPMorgan Chase Bank, N.A.,

**Parties in 2019 Statements**
Abrams Capital Management, LP, onbehalf of certain funds and accounts
Aegon Asset Management
Aggreko
Angelo, Gordon & Co., L.P.
Apollo Global Management LLC
Assurant Group of Carriers
American Bankers Insurance Company
American Bankers Insurance Company of Florida
American Security Insurance Company
Standard Guaranty Insurance Company
Voyager Indemnity Insurance Company
Aurelius Capital Management, LP
BlueMountain Capital Management, LLC
Canyon Capital Advisors LLC
Capital Group
CarVal Investors
Caspian Capital LP
Centerbridge Partners LP
Citadel Advisors LLC
Citigroup Global Markets
Cyrus Capital Partners, L.P.
Davidson Kempner Capital Management
D.E. Shaw Galvanic Portfolios, L.L.C.,
D.E. Shaw Kalon Portfolios, L.L.C.
D.E. Shaw Orienteer Portfolios, L.L.C.,
Deutsche Bank Securities Inc.
Elliott Management Corporation
Fidelity Management & Research Company
Fir Tree Partners
Farallon Capital Management, L.L.C.
Lord, Abbett & Co. LLC

MCE Corporation
MSD Partners, L.P.,
MSD Capital, L.P.,
Monarch Alternative Capital LP,
Nuveen Alternative Advisors, LLC
Oak Hill Advisors, L.P.
Oaktree Capital Management, L.P.
Och-Ziff Capital Management Group LLC
Owl Creek Asset Management, L.P.
P. Schoenfeld Asset Management LP
Pacific Life Insurance Company
Pacific Investment Management Company LLC
Roebbelen Contracting, Inc.
Sculptor Capital Invesments, LLC
Silver Rock Financial LP
Senator Investment Group LP
Serengeti Asset Management LP
SteelMill Master Fund LP c/o PointState Capital LP
Taconic Capital Advisors LP
The Bank of Tokyo-Mitsubishi UFJ, Ltd.
Third Point LLC
TPG Sixth Street Partners, LLC
U.S. Bank National Association
Varde Partners, Inc.
ACE American Insurance Company (collectively, the "Chubb Group").
Advent Underwriting Ltd.
AIG Europe Limited
Allstate Insurance Company and certain affiliates
Alternative Insurance Corporation
American General Insurance Company dba ANPAC General Insurance Company
Certain affiliates of American International Group, Inc. ("AIG"):
AIG Europe Limited
AIG Property Casualty Company
AIG Specialty Insurance Company
American Home Assurance Company
Granite State Insurance Company
The Insurance Company of the State of Pennsylvania
Lexington Insurance Company
National Union Fire Insurance Company of Pittsburgh, Pa.
New Hampshire Insurance Company
American Modern Insurance Group
American National Insurance Company
Amica Mutual Insurance Company
Arch Specialty Insurance Company
Armed Forces Insurance Exchange
Ascot Underwriting Limited
Aspen Specialty Insurance Company

Assurant Group of Carriers
American Bankers Insurance Company
American Bankers Insurance Company of Florida
American Security Insurance Company
Standard Guaranty Insurance Company
Voyager Indemnity Insurance Company
The Baupost Group L.L.C.
Berkley National Insurance Company
Berkley Regional Insurance Company
Berkshire Hathaway Guard Ins.
Berkshire Hathaway Specialty Insurance Company
California Casualty Indemnity Exchange
Certain Underwriters at Lloyd's.
Certain Underwriters of Lloyd's of London Subscribing to Policy No. HTB-002381-002 c/o
Chubb Custom Insurance Company
Chubb Group:
Bankers Standard Insurance Company
Chubb Custom Insurance Company
Chubb Insurance Company of New Jersey
Chubb National Insurance Company
Federal Insurance Company
Great Northern Insurance Company
Illinois Union Insurance Company
Indemnity Insurance Company of North America
Pacific Indemnity Company;
Vigilant Insurance Company
Westchester Fire Insurance Company (Apa)
ACE American Insurance Company (Chubb)
Church Mutual Insurance
Continental Casualty Company
Crestmont Insurance Company
United States Fire Insurance Company d/b/a Crum & Forster
Crusader Insurance Company
Electric Insurance Company
Employers Mutual Casualty Company
Endurance American Specialty Insurance Company
Endurance Specialty Insurance Company
Essentia Ins. Co.
Everest Indemnity Insurance Company
Everest National Insurance Company
Certain Affiliates of Farmers Insurance Exchange
Farmers Insurance Company of Oregon
Farmers Insurance Company of Washington
Farmers Insurance Exchange
Farmers Specialty Insurance Company
Fire Insurance Exchange
First American Insurance Company

First Specialty Insurance Corporation
General Security Indemnity Company of Arizona
Generali U.S. Branch
Global Indemnity Group
Grange Insurance Association
Great American Insurance Company and certain affiliates:
Great American Alliance Insurance Company
Great American Assurance Company
Great American E&S Insurance Company.
Great American Insurance Company
Great American Insurance Company of New York
Great American Spirit Insurance Company
Governmental Employees Insurance Company and certain affiliates
The Hanover Insurance Group
Hartford Accident & Indemnity Company and certain affiliates:
Hartford Casualty Insurance Company
Hartford Fire Insurance Company
Hartford Underwriters Insurance Company
HDI Global SE
Property & Casualty Ins. Company of Hartford
Sentinel Insurance Company Ltd.
Trumbull Insurance Company
Twin City Fire Insurance Company.
HDI Global SE
International Insurance Company of Hannover SE
Ironshore Insurance Ltd.
Ironshore Specialty Insurance Company
Knighthead Capital Management, LLC, on behalf of certain funds and accounts
Landmark American Insurance Company
Certain affiliates of Liberty Mutual Insurance Company (Liberty)
Liberty Mutual Insurance / Ironshore
Certain Underwriters of Lloyd's of London, UK Subscribing to Certain Policies
Mapfre USA
Markel Service Incorporated
Evanston Insurance Company
Markel American Insurance Company
Markel Insurance Company
Maxum Indemnity Company
Mercury Insurance and certain affiliates
Metropolitan Direct Property & Casualty
National Fire & Marine Insurance Company
Nationwide Mutual Insurance Company and certain affiliates
Nautilus Insurance Company
OneBeacon / Atlantic Specialty Ins. Co.
Philadelphia Indemnity Insurance Company
The Princeton Excess and Surplus Lines Insurance Company
ProSight Specialty Insurance

PURE
QBE Americas, Inc.
Rite Aid Corporation and Thrifty Payless, Inc.
RSUI Indemnity Company
Starr Surplus Lines Insurance Company
Starr Technical Risks
Stillwater Insurance Group
Tokio Marine American Insurance Company
The Travelers Indemnity Company and certain of its property casualty insurance affiliates
Travelers Casualty Insurance Company of America
Travelers Commercial Insurance Company
Travelers Indemnity Company of Connecticut
Travelers Property Casualty Company of America
Travelers Property Casualty Insurance Company
The Travelers Home and Marine Insurance Company
The Travelers Indemnity Company
The Travelers Indemnity Company of America
The Travelers Indemnity Company
St Paul Fire and Marine
The Standard Fire Insurance Company
Fidelity and Guaranty Insurance Underwriters Inc.
Northland Insurance
The Northfield Insurance Company
Constitution State Services, LLC
TWE Insurance Company Pte. Ltd.
United Fire & Casualty Financial Pacific
Certain Affiliates of United Services Automobile Association
United Services Automobile Association
USAA Casualty Insurance Company
USAA General Indemnity Company
Garrison Property and Casualty Company, and affiliates companies
United Specialty Insurance Company
United States Liability Insurance Company
Tudor Insurance Company and certain affiliates
Western World Insurance Company
Velocity Risk Underwriters, LLC
United Specialty Insurance Company
Interstate Fire and Casualty Company
Certain Underwriters at Lloyd's
Certain Underwriters of Lloyd's of London
Abrams Capital Management, LP, on behalf of certain funds and accounts
Advent International Corp.
Advent International GmbH
Advent Underwriting Ltd.
Aegon Asset Management
AIG Investments
Allianz Global Corporate & Specialty

Allied World Assurance Company
American International Group, Inc.
American Reliable Insurance Company
AmTrust North America
AmTrust Syndicate 1206
Anchorage Capital Group, L.L.C., on behalf of certain funds and accounts
ASI Select Insurance Corp.
Aspen Insurance
Aspen Specialty Insurance Company
Assurant" Group of Carriers - American Bankers Insurance Company; American Bankers
Insurance Company of Florida; American Security Insurance Company; Standard Guaranty
Insurance Company; Voyager Indemnity Insurance Company.
Attestor Capital LLP
Aurelius Capital Management, LP
Brit Global Specialty
California Insurance Guarantee Association
Canyon Capital Advisors LLC
Capital Group
Caspian Capital LP, on behalf of certain funds and accounts
Centerbridge Partners, L.P., on behalf of certain funds and accounts
Century National
Certain affiliates of American International Group ("AIG")
Certain Underwriters at Lloyd's London Subscribing to Policy No. HTB-002381-002 c/o Raphael and Ass
Certain Underwriters at Lloyds, London
Certain Underwriters of Lloyd's of London, UK Subscribing to Certain Policies
Citigroup Financial Products, Inc.
Citigroup Global Markets
Citigroup Global Markets Inc. ("Citigroup"
CNA Insurance Company
County of Alameda
County of Calaveras
County of El Dorado
County of El Dorado
County of Fresno
County of Madera
County of Marin
County of Mariposa
County of Monterey
County of San Benito
County of San Joaquin
County of San Luis Obispo
County of Santa Cruz
County of Sonoma
County of Stanislaus
County of Tulare
County of Tuolumne
County of Yolo

Cushman & Wakefield, Inc.
D.E. Shaw Galvanic Portfolios,
D.E. Shaw Galvanic Portfolios, L.L.C.,
D.E. Shaw Kalon Portfolios, L.L.C.
D.E. Shaw Kalon Portfolios, L.L.C.,
D.E. Shaw Orienteer Portfolios, L.L.C.,
D.E. Shaw Orienteer Portfolios, L.L.C.,
Empyrean Capital Partners, LP, on behalf of certain funds and accounts
Federated Insurance
Fidelity Management & Research Company
Fidelity Management & Research Company, on behalf of certain funds and accounts
Fir Tree Partners
First Pacific Advisors, LP, on behalf of certain funds and accounts
FTI Consulting, Inc.
GCube Insurance Services, Inc.
Glendon Capital Management L.P., on behalf of certain funds and accounts3
Golden Tree Asset Management, LP
Governors Lane LP, on behalf of certain funds and accounts
GuideOne Insurance
HBK Master Fund L.P., c/o HBK Services LLC
HSBC Bank plc
Knighthead Capital Management, LLC, on behalf of certain funds and Accounts
Latigo Partners, LP, on behalf of certain funds and accounts
Liberty Mutual
Lloyds of London Novae 2007 Syndicate
Marathon Asset Management
Maxum Specialty Insurance Group
Mesa Underwriters Specialty Insurance Company
Monarch Alternative Capital LP,
Monarch Alternative Capital LP, on its own behalf and on behalf of its advisory clients
MSD Capital, L.P.,
MSD Capital, LP
MSD Partners, L.P on its own behalf and on behalf of its advisory clients
MSD Partners, L.P.,
Newtyn Management, LLC, on behalf of certain funds and accounts
Nut Tree Master Fund, LP, by its investment advisor, Nut Tree Capital Management, LP
Oak Hill Advisors, L.P.
Olympus Peak Asset Management
OneBeacon / Atlantic Specialty Ins. Co.
Owl Creek Asset Management, L.P.
Owl Creek Asset Management, L.P., on behalf of certain funds and accounts
Pacific Life Insurance Company
Paulson & Co., Inc., on behalf of certain funds and accounts
Pentwater Capital Management LP, on behalf of certain funds and accounts
Pharmacists Mutual Insurance Company
PURE Insurance
Redwood Capital Management LLC, on behalf of certain funds and accounts

Sculptor Capital Investments, LLC
Sculptor Capital Management
Selective Insurance Company of America;
Sentry Select Insurance Company
Serengeti Asset Management LP
Serengeti Asset Management LP, on behalf of certain funds and
Serengeti Asset Management LP, on behalf of certain funds and accounts
Silver Point Capital, L.P.,
Silver Point Capital, L.P., on behalf of certain funds and accounts
Silver Rock Financial LP
Star Insurance Company
Steadfast Capital Management LP ("SCM"), on behalf of certain funds, whether advised directly by SCM
SteelMill Master Fund LP c/o PointState Capital LP
SteelMill Master Fund LP c/o PointState Capital LP
Stonehill Capital Management LLC, on behalf of certain funds
Strategic Value Partners, LLC
TerraForm Power, Inc.
The Dentists Insurance Company
The Progressive Corporation
TPG Sixth Street Partners, LLC
Travelers Indemnity Company of Connecticut
Wawanesa General Insurance Co.
Whitebox Advisors LLC
Whitebox Asymmetric Partners, LP
Whitebox Multi-Strategy Partners, LP
XL America Insurance, Inc.
York Capital Management Global Advisors, LLC, on behalf of certain funds and/or accounts managed or
Zenith Insurance Company
Zurich American Insurance Company
Zurich American Insurance Company


**Litigation Counterparties/Litigation Pending Lawsuits**
21 st Century Casualty Company
AAA Northern California Nevada & Utah Insurance Exchange, as Subrogee of its Policyholders Affected
Aaron Davis
ACE American Insurance Company
Adams, Adrienne Mary
AGCS Marine Insurance Company
AIG Europe Limited
AIG Property Casualty Company
AIX - Nova Casualty Company Program
Alex Davis
Alexander, Daniel Benjamin
Alliance Global Risks US Insurance Company
Allianz Global Risks Us Insurance Company
Allied Property & Casualty Insurance Company
Allied Property and Casualty Insurance Company, A Nationwide Company

Allied World Assurance Company
Allstate Insurance Company
Allstate Insurance Company"
Alvaro Alvarez
AMCO Insurance Company
Amco Insurance Company, A Nationwide Comp Any
American Auto & Home Insurance
American Automobile Insurance Company
American Bankers Insurance Company
American Bankers Insurance Company of Florida
American Casualty Company
American Family Home Insurance Company
American Fire and Casualty Company
American Guarantee & Liability Insurance Company
American Home Assurance Company
American Insurance Company
American Modern Home Insurance Company
American National Property and Casualty Company
American Reliable Insurance Company
American Security Insurance Company
American Strategic Insurance Company
American Zurich Insurance Company
Amica Mutual Insurance Company
Amlin Underwriting Limited
Amtrust at Lloyd's
Amtrust Syndicate 1206
Amy Richardson
Anderson, Scott Lee
Andrea M. Bruce
Andrea Smith
Andrew Armstrong;
Andrew Cook
Andrew Smith
Andrews, Richard
Anita Anderson
Ann Martin
Anthony Kang
Anthony Medway
Arch Insurance Company
Argo International Holdings Limited
Armed Forces Insurance Company
Armed Forces Insurance Exchange
Ascot Underwriting Limited
Asi Select
Aspen Insurance Company
Aspen Specialty Insurance Company
Associated Indemnity Corporation

Atlantic Specialty Insurance Company
AV Solar Ranch 1, LLC
Bankers Standard Insurance Company
Barbara J. Wright
Barbara Murray
Barbara Robinson
Barbara West
Bell, Douglas Alexander
Benjamin Moore
Berkley National Insurance Company
Berkley Regional Insurance Company
Berkshire Hathaway AmGUARD Insurance Company
Bill Johnson
Bonnie Davies
Brad Brown
Brad Lyon
Bradford, Robert Ryan
Bradley Keith
Brandon Hill
Brenton Williams
Brian Bell
Brian Hill
Brian Larson
Brian Taylor
Brit Syndicate 2987
Bruce Hall
Buchalter, Elinita
Caitlin Mederos
Caitlin Mederos, et al. v. Pacific Gas and Electric Company, et al., Case No. CGC-18-564641,
Cal Fire
Calaveras County Water District
California Automobile Insurance Company
California Capital Insurance Company
California Dept of Veterans Affairs
Calpine Corporation
Cameron Ray
Campbell, Anna & Gagnon, George
Canopius Managing Agents Limited
Canopius Syndicate 4444
Capital Dynamics, Inc.
Carlson, Steven
Carol Campbell
Carol Peterson
Carole Holley, et al. v. Pacific Gas and Electric Company, et al., Case No. CGC-18-563951;
Carolyn Hill
Casualty Insurance Company
Catherine Dornan

Century National Insurance Company
Certain Underwriters at Lloyd's London
Certain Underwriters at Lloyds of London Subscribing to Policy Number LMHO1044
Certain Underwriters at Lloyds of London Subscribing to Policy Number LMHO01163
Certain Underwriters at Lloyds of London Subscribing to Policy Number LSI102892
Certain Underwriters at Lloyds of London Subscribing to Policy Number LSI101819-01
Certain Underwriters at Lloyd's of London, UK Subscribing to Certificate No. B0507L16360-521
Certain Underwriters at Lloyd's of London, UK Subscribing to Certificate No. LSU 00402-05
Certain Underwriters at Lloyd's of London, UK Subscribing to Certificate No. B1353DG170035600C
Certain Underwriters at Lloyd's of London, UK Subscribing to Certificate No. LSU 03618-01
Certain Underwriters at Lloyd's of London, UK Subscribing to Policy No. Nl7NA10020
Certain Underwriters at Lloyd's of London, UK Subscribing to Policy No. W1D52B160101
Certain Underwriters at Lloyd's of London, UK Subscribing to Policy No. PN1600673
Certain Underwriters at Lloyd's of London, UK Subscribing to Policy No. PRPNA1600667
Certain Underwriters at Lloyd's of London, UK, Subscribing to Policy No. B1230AP56189A17
Certain Underwriters at Lloyds, London
Chapman, Barbara Joan
Charlene Perry
Charles Lomas, et al. v. Pacific Gas and Electric Company, et al., Case No. CGC-18-564647;
Charles Sanchez
Charles Thompson
Charles Walters
Charles Wright
Chris Martin
Chris Paul
Chris Smith
Christine Palmer
Christopher David Jones
Christopher Gavin Hinz
Christopher Howard
Christopher Nolan
Christopher Robinson
Christopher Wilson
Christopher, Steve
Chubb Custom Insurance Company
Chubb Insurance Company of New Jersey
Chubb National Insurance Company
Chun Chu
Cincinnati Insurance Company
Citation Insurance Company
Citizens Insurance Company of America
City of Santa Rosa
Civil Service Employees Insurance Company
Clark, Gregory Charles
Clark, William R.
CNA Insurance Company
Coast National Insurance Company

Colburn, Adam Gregory
Colonial County Mutual Insurance Company
Commerce West Insurance Company
Company National General Insurance Company
Company"
Consolidated Edison Development, Inc.
Constitution State Services, LLC
Continental Casualty Company
Continental Insurance Company
Cook, Joshua M.
Copeland, Robert
County of Sonoma
Cox, Haidyn Ray David (A Minor, By and Through Her Guardian Ad Litem Taylor Victoria Harris)
Cox, Tim
Craig Edwards
Craig, Amber Leann; Boitano, Amanda Lynn; Tucker, Jacqueline Leanne Craig; Rhodes, James Tyler; + 1
Crestbrook Insurance Company
Croft, Robert (Joses); Croft, Robert as trustee of the Goofey Trust UTD August 2012 (Ashton)
Crusader Insurance Company
CSAA Fire & Casualty Insurance Company
CSAA General Insurance Company
CSAA Insurance Exchange
CSE Safeguard Insurance Company
Cynthia Davis
Cynthia Smith
Dale Miller
Dale Thompson
Dalton, Helen L.
Daniel Bennett
Daniel Gallagher
Daniel George
Daniel S. Robbins
Darlene Williams
Dave Turner
David Crane
David Dickinson
David Foster Clemens Jr.
David Hamilton
David Peterson
David Ricci
David Rice
David Yates
Dawn Wright
Day, Timothy
Deborah Jones
Deborah Long
Debra Lynn Roberts

Denise Nelson
Denise Quinn
Dennis Hughes
Depositors Insurance Comp Any, a Nationwide Company
Diamond States Insurance Company
Dillon, Ann
Donald Bowman
Donna Brown
Doty, Robert Lloyd
Douglas Sloan
Dr. Bradley Smith
Earl, Robert M.
Edward Antihony Wright
Edward Gibson
Edward Hartman
Edward Johnson
Edward Warren
Elaine Smith
Elizabeth Anderson
Elizabeth Long
Ellen Hamilton
Emily Clemens
Emily Reese Lee
Employers Mutual Casualty Company
Encompass Insurance Company
Endurance American Specialty Insurance Company
Enel Green Power North America
Eric Lindberg
Evanston Insurance Company
Everest Indemnity Insurance Company
Everest National Insurance Company
Exelon Corporation
Farmers Insurance Company of Oregon
Farmers Insurance Company of Washington
Farmers Insurance Exchange
Farmers Specialty Insurance Company
Farrell, James L.
Federal Energy Regulatory Commission
Federal Insurance Company
Federated Mutual Insurance Company
Federated Mutual Insurance Company as Subrogee of Joe's Services
Fidelity & Deposit Company of Maryland
Fidelity and Guaranty Insurance Underwriters Inc.
Fields, Bruce
Finch, Gregory M.
Fire Insurance Exchange
Fireman's Fund Insurance Company

First American Property & Casualty
First American Specialty Insurance
First National Insurance Company
First National Insurance Company of America
First Solar, Inc.
First Specialty Insurance Company
Fischer, Lisa Denise, as trustees of the Robert E. and Lisa D. Fischer Family Trust, dated January 8, 2018
Fischer, Robert Emile
Florists' Mutual Insurance Company
Foremost Insurance Company Grand Rapids, Michigan
Foremost Property and Casualty Insurance Company
Foremost Signature Insurance Company
Frank Bell
Franklin, John Michael
Franklin, Scott
Freedom Specialty Insurance Company
FTP Power LLC
Gail Leblanc
Garcia, Kelley Laine
Garrison Property and Casualty Insurance Company
Gary Brown
Gary Lee Drummond
Gary Robertson
Gary Wells
GCube Insurance Services, Inc.
GCube Underwriting Limited
Geico General Insurance Company
Geico Indemnity Company
General Casualty Company of Wisconsin
General Insurance Company of America
General Security Indemnity Insurance Company of AZ
Gerald Smith
Glenn Carlson
Golden Eagle Insurance Corporation
Gotham Insurance Company
Government Employees Insurance Company
Granite State Insurance Company
Grant, Daisy Verna (Joses); Grant, Gary And Pamela A. Grant, As Trustees Of The Grant 2011 Family Es
Grant, Dave
Grant, Gary Richard; Grant, Pamela Anne; Grant, Daisy Verna (Joses); Grant, Gary And Pamela A. Grant
Grant, Pamela Anne
Gray, Robert L.
Great American Alliance Assurance Company
Great American Alliance Insurance Company
Great American E&S Insurance Company
Great American Insurance Company
Great American Insurance Company of New York

Great Northern Insurance Company
Greg McAte Lynch
Greg Montgomery Roberts
Gregory, Robert K.
Guideone Mutual Insurance Company
Guideone Specialty Mutual Insurance Company
Guillemin
Hal Smith
Hallmark Specialty Insurance Company
Hammer, Nancy Kathleen, individually and as trustees of Jack and Marjory Tone Revocable Trust Dated
Hanh Nguyen
Hanover American Insurance Company
Harold Hill
Harris, Taylor Victoria
Hartford Accident & Indemnity Company
Hartford Casualty Insurance Company
Hartford Fire Insurance Company
Hartford Underwriters Insurance Company
Hathaway Holdings, LLC (as Doing Business as Joma's Artisan Ice Cream)
HDI Global SE
Helene D. Stevens
Hodson, Cecilia A., As Trustees of the Hodson TrustHodson, Cecilia A. (Individually, And As Trustees O
Hodson, Glenn and Hodson, Cecilia A., As Trustees of the Hodson Trust
Hodson, Glenn As Trustees of the Hodson TrustHodson, Glenn (Individually, And As Trustees Of The Ho
Homesite Insurance Company of California
Howard Brown
Hughes, David Bancroft
Hughes, Keith Raymond (A Minor, By and Through His Guardian Ad Litem Fatima Luceia Bonotan Pagt
IDS Property Casualty
IDS Property Casualty Insurance Company
Illinois Union Insurance Company
Insurance Company
Integon National Insurance
Integon National Insurance Company
Ironshore
Ironshore Indemnity Inc.
Ironshore Indemnity Inc. a/s/o Charles M. Schulz Museum and Jean Schulz
Irvine, James
James Cassady
James Cronin
James Finn;
James Hart
James Lowe
James Powell
James R. Mckay III
James Redmond
James Seth Roberts

James Shepard
James Smiley Rose
James Smith
James Wells
Janet Baker
Janette Taylor
Janice Elaine Adair, et al. v. Pacific Gas and Electric Company, et al., 19CV00430;
Jarratt, Richard C.
Jarrell, Robert
Jason Mciver
Jason Wagner
Jeff Horton
Jeffrey Smith
Jeffrey Young
Jennifer Dew
Jennifer Johnson
Jennifer Nichols
Jennifer Stearns
Jennifer Stringer
Jesse Connolly, et al. v. Pacific Gas and Electric Company, et al., Case No. CGC-18-563946;
Jessica Ann Williams
Jessica Harris
Jessica Thompson
Jessie Smith
Joanne Hansen
John Foster
John Jenkins
John Moran
John P. Martin III
John R. Baker
John Robert Orr
John Williams
John Yates
Johnny Smith
Johnson, Brian John (Packet is David Johnson, Administrator for the Estate of Brian J. Johnson)
Johnson, Ken Evan
Jon Williams
Jones, Mary
Jose Antonio Hernandez
Jose Mata
Jose Torres
Joseph Johnson
Joseph Phillips
Joseph Romano
Juan Lopez
Judith A. Smith
Judith Coffey

Judith Miller
Julie Turner
Karen Brown
Karen Graham
Karen Lee
Kate McDonald
Kate Townsend
Katharine Mclaughlin
Katherine Wells
Kathleen Carter
Keith Hall
Kelly Brewer
Kelly Cody-Mooney
Kelly Jones
Kelly Perkins
Kelly, Debra
Kemper Independence Insurance Company
Ken Brow
Kenneth Smith
Kenneth Turner
Kenneth Welker
KES Kingsburg, L.P
Kevin Hall
Kevin Mckay
KILN/RPS
Kim Rose
Kovach, John Alexander
Kraig Michael Kemp
Kristen Schreiber
Kurt Mayer
Landmark American Insurance Company
Landry, Kim Irene
Lanette Perry
Lara Hernandez
Larry Stewart Jr.
Laura McMaster
Laura Smith
Laurence Brown
Lawrence Brown
Lawson, Heidi L.
Lee Martin
Lee, Janet H.
Lefler, Sahara (through GAL Felicity Morton) (Coleman)
Leslie Bell
Leslie Mead
Lewis, Timothy C., Sr.
Lexington Insurance Company

Liberty Insurance Corporation
Liberty Mutual Fire Insurance Company
Liberty Mutual Insurance Company
Linda Ball
Linda Day
Linda Ida Hart
Linda Miller
Lindsay Benson
Lisa Barnes
Lisa Bennett
Lonnie Walker, et al. v. Pacific Gas and Electric Company, et al., 18CV03992;
Lopez, Anthony Rene
Lopez, Nayella Boe (A Minor, By and Through Her Guardian Ad Litem Anthony Rene Lopez)
Loretta Martin
Lynn Wood
MAPFRE Insurance Company
Marc Thomas
Marcia Wilson
Marilyn A. Smith
Marilyn Barker
Mark Bowman
Mark Bowman
Mark Bowman, et al. . Pacific Gas and Electric Company, et al., Case No. CGC-17-562661;
Mark Hansen
Mark Thompson
Mark Turner
Mark Williams
Mark Wilson
Marla Gibson
Marla Steele, et al. v. Pacific Gas and Electric Company, et al., Case No. CGC-18-564640;
Marshall, Robert
Martin, George Merriell
Martin, Michael
Martin, Nadine Aderhold (Individually, And As Trustee of The Martin Family Trust, Dated 7-22-99, and
Martin, Robert G (related to Dalton, Helen and Shamberger, Ryan)
Mary Ball
Mary Bauer, et al. v. Pacific Gas and Electric Company, et al., Case No. CGC-18-563953;
Mary Brown
Mary Gray
Mary K. Morrison
Mary K. Morrison, et al. v. Pacific Gas and Electric Company, et al., 18CV04083;
Mary K. Riley
Mary Turner
Mason, Ken
Massachusetts Bay Insurance Company
Mathew H. Phillips
Matthew Cookson

Matthew John Plourd
Matthews, Timothy
Maxum Indemnity Company
McKinney, Michael James (Individually, And As Agents of Flicker Oaks LLC and Flicker Oaks LLC, A C
McMurtry, Judy Alison
MEgan Brown
Mendocino County
Mercury Casualty Company
Metro Direct Property & Casualty Insurance Company
Metropolitan Direct Property & Casualty Insurance Company
Metropolitan Property and Casualty Insurance Company
Meyer, Frank H.
Michael Barrett
Michael Benedict
Michael Brooks
Michael Brown
Michael Erickson
Michael Garcia
Michael Graham
Michael Hill
Michael McCann
Michael McDonald
Michael Miller
Michael Moody
Michael Moore
Michael Ryan
Michael Tracy
Michael Wildman
Michael Wood
Michele Aguilar v. Pacific Gas and Electric Company, et al., 19CV00332
Michelle Holmes
Michelle Powers
Michelle Rae Wilson
Michelle Rose Nelson
Mid-Century Insurance Company
Mike Kelly
Mike Williams
Mildred Jane Alexander
Miller, Deborah Laurie (Individually, And As Agents Of Flicker Oaks LLC and Flicker Oaks LLC, A Cal
Miller, Gary Lee
Miller, Joan Marie
Miller, Michael
Miller, Patrick
Mojave Solar LLC
Moore, John Cody
Morgan, Lynda Kathleen (Joses)
Nancy Hansen

Napa County'
National Casualty Company
National Fire Insurance of Hartford
National General Insurance Company
National Surety Corporation
National Union Fire Insurance Company of Pittsburgh, PA
Nationwide Affinity Insurance Company
Nationwide Agribusiness Insurance Company
Nationwide Agribusiness Insurance-Naic
Nationwide General Insurance Company
Nationwide Indemnity Company
Nationwide Insurance Comp Any Of America
Nationwide Insurance Company of America
Nationwide Lloyds Insurance Company
Nationwide Mutual Fire Insurance Company
Nationwide Mutual Insurance Company
Nationwide Property & Casualty Insurance Comp Any
Nautilus Insurance Company
New Cingular Wireless PCS, LLC
New Hampshire Insurance Company
New York Marine & General Insurance company
NextEra Energy, Inc.
Nicholas Grimm, et al. v. Pacific Gas and Electric Company, et al., Case No. CGC-18-563949;
Nick Battaglia
Nicolas Robinson
Noble, William
Nonprofits Insurance Alliance Of California
North Light Specialty Insurance Company
Northland Insurance
Norwood, David Betcher
Ohio Security Insurance Company
Oregon Mutual Insurance Company
Pacific Bell Telephone Company
Pacific Property and Casualty Company
Pamela Bailey
Parker, Tracey
Patricia Bradley
Patricia Bright
Patricia Gee
Patricia Smith
Patrick McCann
Paul Arnold
Pauline Pearson
Peerless Indemnity Insurance Company
Peerless Insurance Company
Permanent General Assurance Corporation
Philadelphia Indemnity Insurance Company

Prabhjot Singh, individually and dba Stop & Shop
Praetorian Insurance Company
Pratt, Andrew Macfarlane (Ashton)
Pratt, Charles Fletcher
Privilege Underwriters Reciprocal Exchange
Progressive Casualty Insurance Company
Progressive Direct Insurance Company
Progressive Express Insurance Company
Progressive Select Insurance Company
Progressive West Insurance Company
Property & Casualty Ins. Company Of Hartford
Property and Casualty Insurance Company of Hartford
Public Employees Retirement Association of New Mexico
QBE European Operations
QBE Insurance Corporation
QBE Specialty Insurance Company
Rachel Robinson
Rebecca Anne Parker
Regent Insurance Company
Richard Foster
Richard Turner
Richard V. Maule
Richard Whitaker
Robert Becker
Robert Bell
Robert Brown
Robert Bucher
Robert Bucher, et al. v. Pacific Gas and Electric Company, et al., Case No. CGC-18-564639;
Robert C. Bruce
Robert Carter
Robert Dayne Adams
Robert Eldridge
Robert Forbes
Robert Kirby
Robert Miller
Robert Nichols
Robert Phillips
Robert Richardson
Robert Sheridan
Robert Simmons
Robert Skelton
Robert Taylor
Robert Thompson
Robert Walsh
Robert Williams
Roberto Sanchez Quintero
Roberts, Elizabeth Anne

Robertson, James William
Robertson, Lawrence William
Robin Moore
Robinson, Benjamin
Ron Harris
Ron Vaillancourt
Ronald Parker
Ronald Perry
Rosalie Hunter
Rose, Julie
Rose, Ronald
Rosemary J. Redmond
Ross Smith
RSUI Indemnity Company
Russell Wright III
Russett, Kenneth
Ruth Yates
Ryan McCann
Safeco Insurance Company of America
Safeco Insurance Company Of Illinois
Sally Thorp
Sandra Bennett
Sandra Crabtree
Sara Moore
Sarah Collins
Sarah Evans
Schubert, Ronald Gerhart (As Representatives Of The Murray Creek Homeowners Association)
Schulz, Robert
Scott Gray
Scott Norman
Scott Petersen
Scott, Robert A.
Scottsdale Indemnity Company
Scottsdale Insurance Company
Scottsdale Surplus Lines Insurance Company
Sean Turner
Security National Insurance Company
Sentinel Insurance Company
Sentinel Insurance Company, LTD.
Sentry Insurance A Mutual Company
Sentry Select Insurance Company Universal North America
Sequoia Insurance Company
Shannon Kathleen Cowen
Sharon Brown
Sharon L. Jones
Sharon Ward
Sharon Williams

Shawn Page
Shona Smith
Singer, Daniel W. (Individually, And As Trustee of The Daniel W. Singer 2004 Separate Property Trust
Singh, Baljit (A Minor, By And Through His Guardian Ad Litem, Surjit Singh)
Singh, Charanjit
Singh, Surjit
Smith, Barbara (Bobbie)
Smith, Gerald (Larry)
Smith, Glenn Maurice
Smith, Jay R.
Smith, Kimberly Ann
Smith, Paula Ray
Smith, Scott Ryan
Sonoma County Agricultural Preservation and Open Space District
Sonoma County Community Development Commission
Sonoma Valley County Sanitation District
Sparks, Spencer
St Paul Fire And Marine
Standard Guaranty Insurance Company
Starr Surplus Lines Insurance Company
State Farm General Insurance Company
State Farm Mutual Automible Insurance Company
Steadfast Insurance Company
Stephanie Johnson
Stephen Clifford
Steve Thomson
Steve Wilson
Steven Cox
Steven Lee
Steven Moore
Stevens, Eva
Stevens, Richard Paul (Individually, And As Trustees Of The Richard Paul Stevens Living Trust Utd 7-28
Stevens, Richard Paul, Jr. (Individually, And As Trustees Of The Richard Paul Stevens Living Trust Utd 7
Stewart, Karen Ann
Stillwater Insurance Company
Stillwater Property & Casualty Insurance Company
Stuart Glass
Susan Miller
Susan Smith
Susan Spencer
Susan Thomas;
Talley, Michael
Tamara Smith
Taylor, Charlotte Adele (A Minor, By And Through Her Guardian Ad Litem Erica Marie Bettencourt)
Technology Insurance Company, Inc.
Terri Brooks
Testa Environmental Corporation, a California corporation (Bayer)

The Brown Revocable Trust, With Donald M. Brown
The Dentists Insurance Company
The North River Insurance
The Northfield Insurance Co.
The Ohio Casualty Insurance Company
The Standard Fire Insurance Company
The Travelers Home And Marine Insurance Company
The Travelers Indemnity Company
The Travelers Indemnity Company Of America
Thom, Carol
Thomas A. McCoy
Thomas Bernard Oliver
Thomas Gardner
Thomas Morris
Thomas Taylor
Thomas Vandergrift
Thomas, Julie (through GAL Marc Thomas) (Coleman)
Thomas, Julie Ann (A Minor, By And Through Her Guardian Ad Litem, Marc Michael Thomas)
Thomas, Marc M.
Thomas, Marc Michael
Thomas, Susan K. (Rush)
Thomas, Susan Kirby
Thomas, Thomas Robert
Thompson, James A. & Joanne H.
Thompson, Joanne H.
Those Certain Underwriters Subscribing To Policy No. Amr-5293702 As Subrogee Of Thayer Lodging G
Those Certain Underwriters Subscribing To Policy No. Buhv02036 As Subrogee Of Paul Machle, Kathlee
Those Certain Underwriters Subscribing To Policy No. Hvh11201 As Subrogee Of Eugenia G And Micha
Those Certain Underwriters Subscribing To Policy No. Hvh11294 As Subrogee Of Raymond And Emily
Those Certain Underwriters Subscribing To Policy No. Hvh11374 As Subrogee Of James Caldwell And J
Those Certain Underwriters Subscribing To Policy No. Pha034S17Aa As Subrogee Of Mark Smith
Those Certain Underwriters Subscribing To Policy No. Pj1700047Ab As Subrogee Of California Joint Po
Those Certain Underwriters Subscribing To Policy No. Pj1700047Ac As Subrogee Of California Joint Po
Those Certain Underwriters Subscribing To Policy No. Prpna1701248 As Subrogee Of Starwood Capital
Those Certain Underwriters Subscribing To Policy No. Ptnam1701313/010 As Subrogee Of Ashford Inc.
Those Certain Underwriters Subscribing To Policy No. Vb0464554Rs As Subrogee Of Martha Simon An
Those Certain Underwriters Subscribing To Policy No.Prpna1701498 As Subrogee Of Atrium Holding Co
Timothy Wilkinson
Tokio Marine Kiln, London
Topa Insurance Company
Tower Select Insurance Company
Transportation Insurance Company
Travelers Casualty Insurance Company Of America
Travelers Commercial Insurance Company
Travelers Indemnity Company Of Connecticut
Travelers Indemnity of CT
Travelers Insurance Company of America

Travelers Property Casualty Company of America
Travelers Property Casualty Insurance Company
Travis Martin, minor through GAL Shannon Baird-Martin
Trevor Hughes
Trumbull Insurance Company
Tudor Insurance Company
Twin City Fire Insurance Company
Tyler, Richard
U.S. Attorneys - Office San Francisco
Unigard Insurance Company
United Financial Casualty Company
United Fire & Casualty Company
United National Insurance Company
United Services Automobile Association
Untied States Fire Insurance Company
USAA Casualty Insurance Company
USAA General Indemnity Company and Garrison Property
Valley Forge Insurance Company
Vanessa Smith
Vanessa Stark
Vantage Wind Energy LLC
Vera Kay Pearson
Vicki Davis
Victor Pugh
Victor Rodriguez
Victoria Insurance Company
Vigilant Insurance Company
Voyager Indemnity Insurance Company
Walker, Allyson (Amerman)
Walker, James W. (Adams)
Wallace, Belinda J.
Walters, Brian
Wawanesa General Insurance
Wawanesa General Insurance Company
Wayne Brown
Wayne Smith
Webb, Charles Benjamin
Wesco Insurance Company
West American Insurance Company
Westchester Fire Insurance Company
Westchester Surplus Lines Insurance Company
Western Mutual Insurance Company
Western World Insurance Company
Westport Insurance Corporation
White, Thomas
William Blevins
William Butler

William E. Stevens
William Hopper
William Hunt
William Kirk
William Lee
William M. Morrison
William Martin
William Moore
Williams, Bonnie Sue
Williams, Dean Lee
Williams, Patricia Ann
Williams, Richard Allen
Williams, Timothy
Willow Springs Solar 3, LLC
Wilson, Jonathan
Wilson, Marianne
Wilson, Rosemary
XL Insurance America, Inc.
Yang Zhang
Yi Ya
Yong Sook Kim (Amerman)
Young, David
Young, Marilyn
Zenith Insurance Company
Zurich American Insurance Company
Gregory Wilson.
Burns & McDonnell Engineering Company, Inc.
HMT LLC
American Modern Home Insurance Company
Sixth Street Partners – Subrogation Claimant
Live Nation c/o Matt Prieshoff and Contra Costa County
KMPG LLP,
KMPG SA,
KMPG AG,
KMPG Abogados, and
KPMG Law Rechtsanwaltsgesellschaft.

Ad Hoc Committee of Unsecured Tort Claimant Creditors – Professionals and Members
Baker & Hostetler LLP
Development Specialists, Inc.
DLA Piper LLP (US)
Hon. John K. Trotter (Ret) as Trustee
Lynn A. Baker, Special Counsel

Ad Hoc Committee of Holders of Trade Claims
Gibson, Dunn & Crutcher LLP

Ad Hoc California Public Entites Commieett (updated by ECF 4570)
County of Alameda
County of Calaveras
County of El Dorado
County of El Dorado
County of Fresno
County of Madera
County of Marin
County of Mariposa
County of Monterey
County of San Benito
County of San Joaquin
County of San Luis Obispo
County of Santa Cruz
County of Sonoma
County of Stanislaus
County of Tulare
County of Tuolumne
County of Yolo

**Other Professionals**
Hon. John K. Trotter (Ret) as Trustee

Fee Examiner and Professionals

Tort Claimants Members
Gregory Wilson

Non-Debtors Professionals
Cardno, Inc.
Clarence Dyer & Cohen LLP
Complete Discovery Source Inc
Economic Research Services, Inc. (dba ERS Group)
Exponent, Inc.
FTI Consulting, Inc.
Iron Mountain
J. Frank Associates, LLC (dba Joele Frank, Wilkinson Brimmer Katcher)
John Ashford (dba The Hawthorn Group)
Latham & Watkins LLP
McDermott, Will & Emery LLP
Milbak Tweed Hadley & McCloy LLP
Nielsen, Merksamer, Parrinello, Gross & Leoni, LLP
Paul, Weiss, Rifkind, Wharton & Garrison LLP
PricewaterhouseCoopers LLP
Proskauer Rose LLP
Quanta Technology
Ropes & Gray LLP

Rothschild
S2C Pacific LLC
Simpson Thacher & Bartlett
Stroock & Stroock & Lavan LLP
TeamBuilders, Inc (dba Aerial Services)
The Stanton Park Group
Veritext Corp (dba Sarnoff Court Reporters or Western Regional Headquarters)
Wilmer Hale
Wilson Sonsini Goodrich & Rosati, P.C.
Akin, Gump, Strauss Hauer & Feld LLP
Perella Weinberg

Official Committee of Unsecured Creditors Committee – Professionals and Members
Axiom Advisors
BOKF, as indenture trustee under the unsecured notes indentures
Centerview Partners LLC's
Deutsche Bank National Trust Company and
Deutsche Bank Trust Company Americas
FTI Consulting
G4S Secure Solutions (USA) Inc. and G4S Secure Integration LLC
International Brotherhood of Electrical Workers, Local 1245
Milbank, Tweed, Hadley & McCloy LLP (Milbank LLP）
NextEra Energy
Pension Benefit Guaranty Corporation
Roebbelen Contracting
The Davey Tree Expert Company, Davey Tree Surgery Company, and DRG, Inc
Western Asset Management Company

Retiree Claimants
Alexander, Beverly
Anderson, Barry David
Austin, Karen
Baker, Chris
Carter, Glen E.
Clark, John
Cunningham, Russell H.
Harper, William H. III
Hayes, Kathleen
Hayes, William D.
Howard, Robert T.
Howe, James
Jackson, Russell M. (Russ)
Johnson, Mark S.
Katz, Michael
Keenan, John S.
King, Thomas B.
Knapp, Kevin

Lipscomb, Robert Cyrus
Macias, Edward (Jim) James
Morrow, William Thomas
Pope, James Henry
Smith, Gordon Ray
Steel, Brian
Wallace, William Henry
Whelan, Steven

Counsel to Ad Hoc Group of Subrogation Claim Holders
Willkie Farr & Gallagher LLP

Subrogation Claimants
ACE American Insurance Company (collectively, the "Chubb Group").
Advent Underwriting Ltd.
AIG Europe Limited
Allianz Global Corporate & Specialty
Allied World Assurance Company
Allstate Insurance Company and certain affiliates
Alternative Insurance Corporation
American General Insurance Company dba ANPAC General Insurance Company
Certain affiliates of American International Group, Inc. ("AIG"):
AIG Europe Limited
AIG Property Casualty Company
AIG Specialty Insurance Company
American Home Assurance Company
Granite State Insurance Company
The Insurance Company of the State of Pennsylvania
Lexington Insurance Company
National Union Fire Insurance Company of Pittsburgh, Pa.
New Hampshire Insurance Company
American Modern Insurance Group
American National Insurance Company
Amica Mutual Insurance Company
AmTrust North America
AmTrust Syndicate 1206
Arch Specialty Insurance Company
Armed Forces Insurance Exchange
ASI Select Insurance Corp.
Ascot Underwriting Limited
Aspen Insurance
Aspen Specialty Insurance Company
Assurant Group of Carriers
American Bankers Insurance Company
American Bankers Insurance Company of Florida
American Security Insurance Company
Standard Guaranty Insurance Company

Voyager Indemnity Insurance Company
Attestor Capital LLP
The Baupost Group L.L.C.
Berkley National Insurance Company
Berkley Regional Insurance Company
Berkshire Hathaway Guard Ins.
Berkshire Hathaway Specialty Insurance Company
Brit Global Specialty
California Casualty Indemnity Exchange
California Insurance Guarantee Association
Century National
Certain Underwriters at Lloyd's.
Certain Underwriters of Lloyd's of London Subscribing to Policy No. HTB-002381-002 c/o
Chubb Custom Insurance Company
Chubb Group:
Bankers Standard Insurance Company
Chubb Custom Insurance Company
Chubb Insurance Company of New Jersey
Chubb National Insurance Company
Federal Insurance Company
Great Northern Insurance Company
Illinois Union Insurance Company
Indemnity Insurance Company of North America
Pacific Indemnity Company;
Vigilant Insurance Company
Westchester Fire Insurance Company (Apa)
ACE American Insurance Company (Chubb)
Church Mutual Insurance
Continental Casualty Company
Crestmont Insurance Company
United States Fire Insurance Company d/b/a Crum & Forster
Crusader Insurance Company
The Dentists Insurance Company
Electric Insurance Company
Employers Mutual Casualty Company
Endurance American Specialty Insurance Company
Endurance Specialty Insurance Company
Essentia Ins. Co.
Everest Indemnity Insurance Company
Everest National Insurance Company
Certain Affiliates of Farmers Insurance Exchange
Federated Insurance
First American Insurance Company
First Specialty Insurance Corporation
GCube Insurance Services, Inc.
General Security Indemnity Company of Arizona
Generali U.S. Branch

Global Indemnity Group
Grange Insurance Association
Great American Insurance Company and certain affiliates:
Great American Alliance Insurance Company
Great American Assurance Company
Great American E&S Insurance Company.
Great American Insurance Company
Great American Insurance Company of New York
Great American Spirit Insurance Company
Governmental Employees Insurance Company and certain affiliates
GuideOne Insurance
The Hanover Insurance Group
Hartford Accident & Indemnity Company and certain affiliates:
Hartford Casualty Insurance Company
Hartford Fire Insurance Company
Hartford Underwriters Insurance Company
HDI Global SE
Property & Casualty Ins. Company of Hartford
Sentinel Insurance Company Ltd.
Trumbull Insurance Company
Twin City Fire Insurance Company.
HDI Global SE
International Insurance Company of Hannover SE
Ironshore Insurance Ltd.
Ironshore Specialty Insurance Company
Landmark American Insurance Company
Certain affiliates of Liberty Mutual Insurance Company (Liberty)
Liberty Mutual Insurance / Ironshore
Certain Underwriters of Lloyd's of London, UK Subscribing to Certain Policies
Certain Underwriters of Lloyd's of London Subscribing to Policy No. HTB-002381-002 c/c
Lloyd's of London Novae 2007 Syndicate
Mapfre USA
Markel Service Incorporated
Evanston Insurance Company
Markel American Insurance Company
Markel Insurance Company
Maxum Indemnity Company
Maxum Specialty Insurance Group
Mercury Insurance and certain affiliates
Mesa Underwriters Speicialty Insurance Company
Metropolitan Direct Property & Casualty
National Fire & Marine Insurance Company
Nationwide Mutual Insurance Company and certain affiliates
Nautilus Insurance Company
OneBeacon / Atlantic Specialty Ins. Co.
Pharmacists Mutual Insurance Company
Philadelphia Indemnity Insurance Company

The Princeton Excess and Surplus Lines Insurance Company
The Progressive Corporation
ProSight Specialty Insurance
PURE
PURE Insurance
QBE Americas, Inc.
Rite Aid Corporation and Thrifty Payless, Inc.
RSUI Group, Inc.
RSUI Indemnity Company
Selective Insurance Company of America
Sentry Select Insurance Company
Star Insurance Company
Starr Insurance Company
Starr Surplus Lines Insurance Company
Starr Technical Risks
State Farm General Insurance Company
State Farm Fire and Casualty Company
State Farm County Mutual Insurance Company of Texas
State Farm Mutual Automobile Insurance Company
Stillwater Insurance Group
TLFI Investments, LLC
Tokio Marine American Insurance Company
TPG Sixth Street Partners, LLC
The Travelers Indemnity Company and certain of its property casualty insurance affiliates
Travelers Casualty Insurance Company of America
Travelers Commercial Insurance Company
Travelers Indemnity Company of Connecticut
Travelers Property Casualty Company of America
Travelers Property Casualty Insurance Company
The Travelers Home and Marine Insurance Company
The Travelers Indemnity Company
The Travelers Indemnity Company of America
The Travelers Indemnity Company
St Paul Fire and Marine
The Standard Fire Insurance Company
Fidelity and Guaranty Insurance Underwriters Inc.
Northland Insurance
The Northfield Insurance Company
Constitution State Services, LLC
TWE Insurance Company Pte. Ltd.
United Fire & Casualty Financial Pacific
Certain Affiliates of United Services Automobile Association
United Services Automobile Association
USAA Casualty Insurance Company
USAA General Indemnity Company
Garrison Property and Casualty Company, and affiliates companies
United Specialty Insurance Company

United States Liability Insurance Company
Tudor Insurance Company and certain affiliates
Western World Insurance Company
Velocity Risk Underwriters, LLC
United Specialty Insurance Company
Interstate Fire and Casualty Company
Certain Underwriters at Lloyd's
Certain Underwriters of Lloyd's of London
Wawanesa General Insurance Co.
XL America Insurance, Inc.
Zenith American Insurance Company
Zenith Insurance Company
Fairfax Co
Riverstone
Horace Mann Insurance
RSA Insurance Co PLC
Strategic Value Parnters, LLC, acting as agent on behalf of its managed funds and accounts

Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders
Akin Gump Strauss Hauer & Feld LLP
Perella Weinberg

Counsel to the Ad Hoc Group of Institutional Par Bondholders
Proskauer Rose LLP

Claims Representative for Unfiled Fire Claimants

Ordinary Course Professionals
Allen Matkins Leck Gamble Mallory & Natsis LLP
Alvarado Smith
Amanda C. Lewis, Attorney at Law, Inc.
Archer Norris
Boersch Shapiro
Boersch Shapiro LLP
Brown Rudnick LLP
Burke, Williams & Sorenson, LLP
Clarence Dyer & Cohen
Coblentz Patch
Cooley
Covington & Burling LLP
Cox, Castle & Nicholson
Danning, Gill, Diamond & Kollitz
Davis Polk & Wardwell LLP
Dodge
Egoscue Law Group, Inc.
Eversheds - Sutherland
Eversheds Sutherland (US), LLP

Farella Braun + Martel LLP
Friedman & Springwater
Greenberg Traurig
Groom Law
Hanson Bridgett
Harris Wiltshire & Grannis LLP
Horvitz & Levy
Hunton Andrews Kurth
J. Drew Page
Jackson Lewis P.C.
Jenner & Block LLP
King & Spalding LLP
Kronenberg Law, P.C.
Latham & Watkins
Latham & Watkins LLP
Law Offices of J. Drew Page
Lee Law Offices
LimNexus LLP
Lisa Nicol
Littler Mendelson
Manatt Phelps
Mayer Brown LLP
Miller Chevalier
Morrison & Foerster
Moya
Munger Tolles
Nair & Levin, P.C.
Nielsen Merksamer
Nixon Peabody
Noland, Hamerly, Etienne & Hoss
Norton RoseFulbright US LLP
NortonRoseFulbright US LLP
Nossaman LLP
Paragon
Paul Hastings
Perkins Coie LLP
Perkins Coie LLP
Pillsbury
Pillsbury Winthrop Shaw Pittman LLP
PricewaterhouseCoopers (PWC)
Redgrave
Redgrave LLP
Sanchez & Amador LLP
Sedgwick
Sheppard, Mullin, Richter & Hampton LLP
Sidley Austin
Sinnott, Puebla, Campagne & Curet, APLC

Steptoe & Johnson LLP
Troutman Sanders
Van Ness Feldman
Vedder Price
White & Case
Wilmer Hale
Wilson Elser Moskowitz Edelman & Dicker LLP
Winston & Strawn LLP
Work/Environment Law Group

Letters of Credit
California Department of Fish and Game
California Department of Fish and Wildlife
CAISO - California Independent System Operator (CAISO)
California Public Utilities Commission
California State Water Resources Control
California Department of Fish and WildLife
City of Oakland
Department of Labor
Natural Gas Exchange
Port of Oakland
Port of San Francisco
San Francisco Port Commission
Shasta County
State Water Resources Control Board

Regulatory and Government (Federal, State and Local)
Alameda County District Attorney - Nancy E. O'Malley
Alpine County District Attorney - Michael Atwell
Attorney General for the State of California (Xavier Becerra)
Butte County District Attorney - Amanda Hopper
Calaveras County District Attorney - Barbara Yook
California Air Resources Board
California Department of Forestry and Fire Protection
California Department of Insurance
California Energy Resources Conservation and Development Commission
California Independent System Operator (CAISO)
California Public Utilities Commission
California State Water Resources Control Board
California Water Board
Central Coast Board Central Coast Regional Water Quality Control Board
Central Coast Regional Water Quality Control Board
City of Santa Rosa
Colusa County District Attorney - Matthew R. Beauchamp
Contra Costa County District Attorney - Diana Becton
Del Norte County District Attorney - Katherine Micks
Department of Toxic Substances Control

El Dorado County District Attorney - Vern Pierson
Environmental Protection Agency
European Mutual Association for Nuclear Insurance
Federal Energy Regulatory
Federal Energy Regulatory Commission (FERC)
Fresno County District Attorney - Lisa A. Smittcamp
Glenn County District Attorney - Dwayne R. Stewart
Humboldt County District Attorney - Maggie Fleming
Imperial County District Attorney - Gilbert Otero
Internal Revenue Service
Inyo County District Attorney - Thomas L. Hardy
Kern County District Attorney - Lisa Green
Kings County District Attorney - Keith Fagundes
Lake County District Attorney - Don A. Anderson
Lassen County District Attorney - Stacey Montgomery
Los Angeles County District Attorney - Jackie Lacey
Madera County District Attorney - David A. Linn
Marin County District Attorney - Edward Berberian
Mariposa County District Attorney - Thomas K. Cooke
Mendocino County District Attorney - C. David Eyster
Merced County District Attorney - Larry D. Morse
Modoc County District Attorney - Jordan Funk
Mono County District Attorney - Tim Kendall
Monterey County District Attorney - Dean Flippo
Napa County District Attorney - Allison Haley
National Transportation Safety Board (NTSB)
Nevada County District Attorney - Clifford Newell
Nuclear Electric Insurance Limited
Nuclear Regulatory Commission
Nuclear Regulatory Commission (NRC)
Orange County District Attorney - Tony Rackauckas
Pipelines and Hazardous Materials Safety Administrations (part of DOT)
Placer County District Attorney - R. Scott Owens
Plumas County District Attorney - David D. Hollister
Riverside County District Attorney - Mike Hestrin
Sacramento County District Attorney -Anne Marie Schubert
San Benito County District Attorney - Candice Hooper-Mancino
San Bernardino County District Attorney - Michael A. Ramos
San Diego County District Attorney - Summer Stephan
San Francisco County District Attorney - George Gascón
San Joaquin County District Attorney - Tori Verber Salazar
San Luis Obispo County District Attorney - Dan Dow
San Mateo County District Attorney - Stephen M. Wagstaffe
Santa Barbara County District Attorney - Joyce Dudley
Santa Clara County District Attorney - Jeffrey F. Rosen
Santa Cruz County District Attorney - Jeffrey S. Rosell
Shasta County District Attorney - Stephen S. Carlton

Sierra County District Attorney - Lawrence Allen
Siskiyou County District Attorney - J. Kirk Andrus
Solano County District Attorney - Krishna A. Abrams
Sonoma County District Attorney - Jill Ravitch
Stanislaus County District Attorney - Birgit Fladager
State of California Office of Emergency Services
Tehama County District Attorney - Gregg Cohen
Trinity County District Attorney - Eric L. Heryford
Tulare County District Attorney - Tim Ward
Tuolumne County District Attorney - Laura Krieg
U.S. Department of Energy
U.S. Department of the Interior
U.S. Department of Transportation
U.S. District Attorney California, Central- Nicola T. Hanna
U.S. District Attorney California, Eastern- McGregor W. Scott
U.S. District Attorney California, Southern- Adam L. Braverman
U.S. Environmental Protection Agency
U.S. Securities and Exchange Commission
United States of America
US Nuclear Regulatory Commission
US Nuclear Regulatory Commission
US Securities and Exchange Commission
Yolo County District Attorney - Jeff Reisig
Yuba County District Attorney - Patrick McGrath

DIP Lenders
Apollo Global Management LLC
Bank of America, N.A.
Barclays Bank PLC and
Caspian Capital LP
Centerbridge Partners LP
Citadel Advisors LLC
Citigroup Global Markets Inc.
Davidson Kempner Capital Management
Farallon Capital Management, L.L.C.
JPMorgan Chase Bank, N.A.
Lord, Abbett & Co. LLC
Oaktree Capital Management, L.P.
Pacific Investment Management Company LLC
The Bank of Tokyo-Mitsubishi UFJ, Ltd.
TPG Sixth Street Partners, LLC
U.S. Bank National Association

Significant Competitors
San Diego Gas & Electric Company'
Southern California Edison Company

Significant Shareholders (more than 5% of equity)
BlackRock, Inc.
T. Rowe Price Associates, Inc.
The Vanguard Group, Inc.

Significant holder of voting securities
Baupost GroupSSgA Funds Management (The)
BlackRock Fund Advisors
Blue Mountain Capital Management LLC
Elliott Management
T. Rowe Price Associates, Inc.
The Vanguard Group, Inc.

Taxing Authorities (Federal, State, and Local; trust fund, use property, franchise, sales)
Alameda County Tax Collector
Alpine County Tax Collector
Butte County Tax Collector
Calaveras County Tax Collector
California Board of Equalization
California Department of Finance
California Department of Tax and Fee Administration
California Department of the Treasury
California Franchise Tax Board
California Public Utilities Commission
City and County of San Francisco
Colusa County Tax Collector
Contra Costa County Treasurer-Tax Collector
County of Nevada
County of Santa Barbara
County of San Diego
County of Santa Clara Department of Tax and Collections
Department of Tax and Collections
El Dorado County Tax Collector
Fresno County Tax Collector
Glenn County Tax Collector Department of Finance
Humboldt County Tax Collector
Internal Revenue Services (Department of the Treasury)
Kern County Tax Collector
Kings County Tax Collector
Lake County Tax Collector
Lassen County Tax Collector
Madera County Tax Collector
Marin County Tax Collector
Mariposa County Tax Collector
Mendocino County Tax Collector
Merced County Tax Collector
Modoc County Tax Collector

Monterey County Tax Collector
Napa County Tax Collector
Nevada County
Placer County Tax Collector
Plumas County Tax Collector
Sacramento County
San Benito County Treasurer-Tax Collector
San Bernardino County Tax Collector
San Joaquin County Tax Collector
San Luis Obispo County Tax Collector
San Mateo County Tax Collector
Santa Barbara County
Santa Clara County
Santa Cruz County
SDCTTC
Shasta County Tax Collector
Sierra County Tax Collector
Siskiyou County Tax Collector
Solano County Treasurer
Sonoma County Tax Collector
Stanislaus County Tax Collector
Tehama Tax Collector
Treasurer-Tax Collector
Trinity County
Trinity Tax Collector
Tulare County Treasurer-Tax Collector
Tuolumne County
Tuolumne Tax Collector
Yuba County Tax Collector

Top Unsecured Creditors

Agile Sourcing Partners Inc.
Agua Caliente Solar LLC
ARB Inc.
AV Solar Ranch 1 LLC
Bank of America
Bank of New York Mellon
Barnard Pipeline Inc.
Black & Veatch Construction, Inc.
BP Energy Co.
California Dept. of Water Resources
Calpine King City Cogen LLC
Ch2m Hill Engineers Inc.
Citibank, N.A.
Cognizant Worldwide Limited
Crockett Cogeneration LP

Cupertino Electric Inc.
DDB Worldwide Communications Group
Desert Sunlight Investment Holdings
Deutsche Bank
DTE Energy Services
Edf Trading North America LLC
Energy Systems Group LLC
ERM-West Inc.
Exelon Corporation
Genesis Solar LLC
Genon Marsh Landing LLC
Geysers Power Company LLC
High Plain Ranch II LLLC
ICE NGX Canada Inc.
Jonah Energy LLC
Louisiana Energy Services LP
Macquarie Energy LLC
McKinsey & Company Inc. - U S
Meter Readings Holding LLC
Mizuho
Mt. Poso Cogeneration Company
MUFG
Myers Power Products Inc.
Occidental Energy Marketing Inc.
Onesource Supply Solutions LLC
Oracle America Inc.
Panoche Energy Center LLC
Phillips and Jordan
Pivot Interiors Inc.
Quanta Energy Services LLC
Roebbelen Contracting Inc.
Russell City Energy Company LLC
Siemens Industry Inc.
Southwire Company
TATA America International Corp.
The Bank of New York Mellon
Topaz Solar Farms LLC
Turner Construction Company
Ultra Petroleum Corp
Urenco Limited
Wells Fargo
Westinghouse Electric Co. LLC
World Wide Technology Inc.


Unsecured Notes
Aegon Asset Management

Allstate Insurance Company and certain affiliates
Angelo, Gordon & Co., L.P.
Apollo Global Management LLC
Bank of America Merrill Lynch
Bank of America, N.A.
Bank of New York Mellon
Barclays Bank PLC
Barclays Capital Inc.
Barclays Global
Blaylock
BNP Paribas
California Infrastructure and Economic Development Bank
California Pollution Control Financing Authority
Canadian Imperial Bank of Commerce
Canadian Imperial Bank of Commerce, NY Agency
CarVal Investors
Caspian Capital LP
CastleOak
Centerbridge Partners LP
Citadel Advisors LLC
Citi
Citibank, N.A.
Citigroup Global Markets Inc.
Cyrus Capital Partners, L.P.
Davidson Kempner Capital Management
Deutsche Bank
Deutsche Bank Securities Inc.
Elliott Management Corporation
Farallon Capital Management, L.L.C.
Goldman Sachs
Goldman Sachs Bank USA
J.P. Morgan Securities LLC
JPMorgan Chase Bank, N.A.
Lehman Brothers
Loop
Lord, Abbett & Co. LLC
Mellon Bank Boston
Merrill Lynch, Pierce, Fenner & Smith Incorporated
Mizuho Bank, Ltd.
Mizuho Corporate Bank, Ltd.
Morgan Stanley
Morgan Stanley Bank/ Morgan Stanley Senior Funding
Morgan Stanley Senior Funding
MUFG Union Bank, N.A.
Nuveen Alternative Advisors, LLC
Oaktree Capital Management, L.P.
Och-Ziff Capital Management Group LLC

P. Schoenfeld Asset Management LP
Pacific Investment Management Company LLC
Ramirez
Royal Bank of Canada (RBC)
Royal Bank of Scotland ("RBS")
Senator Investment Group LP
Taconic Capital Advisors LO
TD Bank, N.A.
TD Securities
The Bank of New York Mellon, N.A.
The Bank of New York Trust Company, N.A.
The Bank of Tokyo-Mitsubishi UFJ, Ltd
Third Point LLC
TPG Sixth Street Partners, LLC
U.S. Bank National Association
UBS Investment Bank
UBS Securities
US Bank
Varde Partners, Inc.
Wells Fargo Bank, N.A.
Wells Fargo Bank, National Association
Wells Fargo Securities LLC
Williams Capital


<u>UCC Lien Holders</u>

Altec Capital Services, LLC
Canon Solutions America, Inc.
Dell Financial Services L.L.C.
Dell Financial Services, L.P.
Employment Development Department
Gelco Corporation d//b/a GE Fleet Services
Great West Life and Annuity Insurance Company
Internal Revenue Service ("IRS")
IRS /Ohio – says termination on summary
Key Government Finance, Inc.
MassMutual Asset Finance LLC
Natural Gas Exchange Inc.
Pitney Bowes Global Financial Services LLC
RDO Equipment Co.
State of California
State of California – Taxation
Sterling National Bank
Storage Technology Corp.
Sunflower Bank, National Association
U.S Bank Equipment Finance, a division of U.S. Bank National Association

United Financial of Illinois Inc.
Wells Fargo Bank
Wells Fargo Bank Northwest, National Association, as Trustee Mac: U1228-051

Unions
International Brotherhood of Electrical Workers
International Brotherhood of Electrical Workers Local 1245
Service Employees International

Office of the United States Trustee for Region 17

Utility Providers
Alameda County Water
Amador Water Agency
American Messaging Services LLC
American Water Services
Amerigas Propane
AT&T
AT&T Corp.
AT&T Mobility II LLC
AT&T Network
AT&T PCS Wireless Services
Basin Properties
Bella Vista Water
Bright House Networks LLC
Calaveras Telephone Co
California American Water
California Water Service
California Water Service Bakersfield
Central Valley Waste
Charter Communications
Citizens Telecommunications
City of Antioch
City of Bakersfield
City of Buellton
City of Clovis
City of Concord
City of Daly City
City of Davis
City of Dinuba
City of Eureka
City of Folsom
City of Fresno
City of Gilroy
City of Hollister
City of Jackson
City of Livermore

City of Lodi
City of Los Banos
City of Manteca
City of Menlo Park
City of Merced
City of Morgan Hill
City of Mountain View
City of Napa
City of Oakdale
City of Petaluma
City of Placerville
City of Redding
City of Redwood
City of Roseville
City of Sacramento
City of San Bruno
City of San Luis Obispo
City of Santa Maria
City of Santa Rosa
City of Stockton
City of Taft
City of Tracy
City of Vacaville
City of Vallejo
City of Wasco
City of West Sacramento
City of Willits
City of Winters
City of Woodland
Clearwire
Comcast
Contra Costa Water District
County of Nevada Dept of Sanitation
County of Shasta
County of Yuba (Yuba County Community)
Cox PCS - Sprint Spectrum
Crown Castle
Cupertino
Dept of Industrial Relations (State of California)
Dixon
Edge Wireless
El Dorado Irrigation Dist
Equinix Inc.
Extenet System
Fremont
Fresno Fire Department
Frontier Communications

Frontier Communications of America
Globalstar USA
Golden State Towers
Greenwaste of Tehama
Highlands Water Company
Hornitos Telephone Co.
Integra Telecom
Kerman Telephone Co.
Kern County Waste Management
Lake County Special District
Level 3 Communications LLC
Livermore
Marin Municipal Water District
Mediacom Communications Corp
Metricom, PCS
Metro, PCS California LLC
Modesto Irrigation Dist - MID
Modesto Irrigation District
Monterey Regional Water
New Cingular Wireless Services
New Cingular Wireless Services
Nextel Communications
Nextel of California, Inc., a Delaware Corp.
Novato Disposal Service
Oakdale Irrigation District
Oakland, City of (Alarms)
Pacific Bell Telephone Company
Petaluma Refuse & Recylcing
Pinnacles Telephone CO.
Placer County Water Agency
Recology Auburn Placer
Recology Golden Gate
Recology Grover Environmental
Recology Humboldt County
Recology San Mateo County
Recology Sonoma Marin
Recology South Bay
Recology South Valley
Recology Sunset Scavenger Co
Recology Vacaville Solano
Recology Vallejo
Recology Yuba-Sutter
Recology-Butte Colusa
Redding, City of
Republic Services
Republic Services San Jose
Republic Services/Allied Waste

Republic Services/Allied Waste Services
Republic Services/Allied Waste Services
Republic Services/Richmond Sanitary Service (Richmond Sanitary Service)
Republic Services/Solano Garbage Co #846
Roseville, City of
Sacramento Municipal Utility Dist - SMUD
Sacramento Municipal Utility District
San Joaquin Co. Sheriff
San Jose
San Jose Water Co
San Luis Garbage  (Coastal Rolloff Service)
San Luis Obispo, City of
Santa Clara Valley Water Dist.
Santa Clara Valley Water District
Santa Maria, City of
Santa Rosa, City of
Satcom Global FZE
SBA Communications Corporation
Selma
SFPUC - San Fran Water Dept
Sierra Telphone CO. Inc.
South County Sanitary
South San Francisco Scavenger
Southern California Edison
Southern California Gas
Southwestern Bell Telephone LP
Sprint
Sprint Nextel Property Services
Sprint Spectrum
Sprint Spectrum- Nextel
Stockton
Stockton Scavengers
Stockton, City of
Suburban Propane
Suddenlink Communications
Surewest Directories
Taft, City of
TDS Telecom
The Promontory
TMO CA/NV LLC, formerly known as Pacific Bell Wireless LLC
T-Mobile USA
T-Mobile West
Total Waste Systems of Mariposa
Town of Paradise
Tracy, City of
Turlock Irrigation Dist – TID
U.S. Cellular

Ubiquitel, LLC
US Cellular
US Telepacific Corp.
USA Mobility Wireless Inc.
USA Waste of California
Utility Management Services (UMS)
Vacaville, City of
Vallejo Sanitation and Flood Control District (VSFCD)
Vallejo, City of
Verizon (Airtouch)
Verizon Business Network Services
Verizon Network Operations
Verizon Wireless
Verizon Wireless  - Network Real Estate C
Volcano Telephone Co.
Wasco, City of
Waste Management - Fresno
Waste Management - Ukiah
Waste Management - USA Waste of California
Waste Management of Alameda
Waste Management of Antelope Valley
Waste Management of Corning
Waste Management of Fort Bragg
Waste Management of Nevada
Waste Management of North Valley Disposal
WaveDivision Holdings LLC
West Kern Water District
West Sacramento, City of
West Valley Sanitation District/Santa Clara County
Willits, City of
Willow Creek Community
Willows
Woodland, City of
Zayo Group Holdings Inc.


Vendors/Suppliers (critical, foreign, common carrier, shippers, warehousemen, customs duties, brokers ch

**Suppliers**
Aclara Technologies LLC
Silver Spring Networks, Inc.
Westinghouse


**Vendors**
3 Phase Line Construction Inc.
A G Engineering
ABB Inc.

ABM Building Solutions, LLC
ACCO Engineered Systems Inc
Aclara Technologies LLC - California
ADP, Inc.
Advanced Environmental Group, Inc.
Advanced Geological Services, Inc.
AECOM Technical Services, Inc.
Aerotek Inc.
Ahtna Government Services Corporation
Air Systems Inc
Airgas Specialty Products
Airgas USA, LLC (NORTHERN CALI & NEVADA REGION)
ALB Incorporated
Alcal Specialty Contracting, Inc.
All Tech Welding
Alliance Roofing Company, Inc
Allied Reliability, Inc.
Allied Universal
Allstate Power Vac, Inc.
Alltech Services Inc
Alpine Power Systems, Inc.
Amec Foster Wheeler Environment & Infrastructure, Inc.
Ameresco Inc - Federal
American Air Filter Company, Inc. - Power & Industrial Division
American Governor Co.
American Hydro Corporation
Ametek Solidstate Controls
Ampirical Solutions, LLC
Anamet Inc
Applus RTD USA, Inc.
APTIM Environmental & Sustainability
Aqua Drill International
Aquatech International LLC
ARB, Inc. Oil & Gas Division
Arcadis U.S., Inc.
Archrock
Asplundh Construction LLC region 208
Associated Right of Way Services, Inc.
ATI Trucking, LLC
Atlantic Plant Maintenance
Atlas Copco
Automated Precision
AVANTech Incorporated
Aviat U.S. Inc.
AVI-SPL, Inc.
AZCO Inc
AZZ WSI LLC

Babcock & Wilcox Construction Co., Inc.
Badger Daylighting Corp.
Baker Hughes Process & Pipeline Services
Baker Hughes US Land
BakerCorp
Barnard Construction Company, Inc.
Barnard Pipeline Inc
Barnhart Crane and Rigging Co.
Barry-Wehmiller Design Group, Inc.
Basin Valve Company
Bay City Mechanical Inc.
BC Laboratories Inc.
BFW Coupling Services Limited
Black & Veatch Corporation
Blaine Tech Services
Blair, Church and Flynn Consulting Engineers, Inc.
Blue Iron Foundations and Shoring, LLC
Blue Rock Services, Inc.
BlueLine Rental, LLC
Boart Longyear M&E Drilling Services
Bolttech-Mannings, Inc.
Brace Integrated Services Inc.
Braden Manufacturing
Brand Industrial Services, Inc.
BrightView Landscape Services, Inc.
Brock Services, LLC
Burns & McDonnell Engineering, Inc.
C.A.R.P.I. U.S.A. Inc.
C.I. Actuation (Charbonneau Industries), Inc.
Cal Engineering Solutions, Inc.
Cal Vada Surveying, Inc.
California Drywall Company
Caltrol Inc.
Caltrop Corporation
Cameron International Corporation
Cape Environmental Management Incorporated
Cardno Inc.
Cascade Drilling, L.P.
Cascade Energy
Cedar Creek Corporation
Cenergy International Services LLC
CH2M HILL Engineers, Inc.
CHA Consulting, Inc.
ChemTreat, Inc.
CIRCOR Reliability Services Company
Clean Energy
Clean Harbors Environmental Services Inc.

CMC Steel Fabricators, Inc
CMC Traffic Control Specialist, Inc.
Coast to Coast Inspection Services Inc.
Coastal Chemical Co. L.L.C.
Coastal Paving Inc.
Coates Field Service, Inc.
Commercial Systems
Concur
ConeTec Investigations Ltd.
Construction Helicopters, Inc.
Contra Costa Electric Inc.
Control Components, Inc. - CCI
Control Solutions, Inc.
Corrosion Service Company Limited
Corrpro Companies, Inc.
Cosco Fire Protection, Inc.
COWI North America, Inc.
Crane Nuclear, Inc.
Craneworks, Inc.
CROSSFIRE CONSTRUCTION COMPANY
Crown Energy Services, Inc.
Crown Services
Crux Subsurface, Inc.
Cryogenic Transportation LLC (Division of KAG)
CTI and Associates, Inc.
Cudd Pressure Control, Inc.
Cummins Pacific
Cupertino Electric, Inc.
Curtiss-Wright Flow Control Service Corporation
Cutsforth, Inc.
Cypress Envirosystems, Inc.
D K Enterprises, Inc
Daniel Garrett
Dashiell Corporation/Dacon Corporation
Davey Tree Surgery Company
DeAngelo Brothers, LLC
Delta Star Inc.
Dimitra Zalarvis-Chase Consulting
DNV GL Energy Services USA Inc.
DNV GL USA, Inc.
DoC Mapping, LLC.
Donald S. MacLean Inc.
Doug Ross, Inc.
DPR Construction, Inc.
Dresser-Rand Co/ Dresser-Rand Services/ Field Services/ Arrow Services
Dudek
Dynamic Ratings, Inc

E2 Consulting Engineers Inc
Eaton Corporation
Edison Power Constructors, Inc.
Electrosonic Inc.
Elliott Company-Technical Services
Emerald Transformer Western States
EN Engineering, L.L.C.
Enercon Services, Inc.
Energy Experts International
Energy Management Solutions
Energy Systems Group, LLC
EnergySolutions, LLC
Enovity Inc
Entact, LLC
EnviroCal Inc.
Environment One Corporation
Environmental Resources Management (ERM)
Environmental Systems Inc of Northern California
Eppler
Eric Ross
Erickson Incorporated
Ethos Energy Field Services, LLC.
ETIC
Evans Consoles Incorporated
Evoqua Water Technologies LLC
Exponent, Inc.
Expro Americas, LLC - Flarestack and Pipeline Services
Extreme Plastics Plus, LLC
F.D. Thomas, Inc
Far Western Anthropological Research Group, Inc.
Farwest Insulation Contracting
Federal Signal Corporation - Field Service Division
Ferreira Construction Co., Inc.
Fibrwrap Construction, Inc.
First Alarm Security & Patrol, Inc.
Five Points Construction Co., Inc.
Fluor Corporation
Framatome Inc.
Frank M Booth Inc
Fuel Cell Energy Inc.
Fugro USA Land, Inc.
Fugro USA Marine, Inc.
G4S Secure Integration LLC
G4S Secure Solutions (USA) Inc.
Garcia & Associates
Garratt-Callahan Company
Gas Transmission Systems, Inc.

GE Oil & Gas - North America
GE Renewable Energy
GEI Consultants, Inc.
General Construction
General Electric International Inc.
General Electric International Inc. - Power Services
GeoEngineers, Inc.
GeoStabilization International
GeoSyntec Consultants Inc
GEOVision Inc
GHD Services Inc.
Ghilotti Bros., Inc.
Golder Associates Inc.
Granite Construction Company
Great Lakes Environmental & Infrastructure
Gregg Drilling & Testing, Inc.
Gulf Interstate Engineering Company
H & E Equipment Services, Inc.
Haas Group International
Hach Company
Haley & Aldrich Inc., its subsidiaries and affiliates
Halliburton U.S. Onshore
Harder Mechanical Contractors Inc.
Hayward Baker Inc.
HCI Inc. Bakersfield Division
HDR Engineering, Inc.
Heliqwest International Inc
Henkels & McCoy, Inc.
Hensel Phelps Construction Co.
Hickman Utility Inc
Hillcrest Sheet Metal, A Division of Mesa Energy Systems Inc.
HMT LLC
Hoffman Southwest Corp.  DBA Professional Pipe Services
Holdrege & Kull Consulting Engineers & Geologist
Holt of California
Holtec International
Horizon Consulting Inc
HPS Mechanical, Inc.
Hydratight Operations, Inc.
ICF Consulting Group, Inc.
Innovative Construction Solutions
In-Place Machining Company, LLC
Insignia Environmental
Insituform Technologies, LLC
Inspection Services, Inc.
InspecTools, Inc.
Instrument & Valve Services Company

Intech Mechanical
Integra Services Technologies, Inc.
Integrated Power Services
Intelligent Technologies and Services, Inc.
Intermountain Electric Company
International Line Builders, Inc.
Intren, LLC
Inyon Corrosion Services, LLC
JANX
JCC, Inc.
JH Kelly LLC
John Crane Inc.
Johnson Controls Inc. - Central Region
Johnson Controls Inc. - Systems and Services North America
J-W Power Company
Kenny Construction Company
Kevin Moore
Keystone Aerial Surveys, Inc.
Kiefner and Associates, Inc
Kiewit Power
Kleinfelder, Inc.
Kone, Inc.
Konecranes, Inc.
KSB, Inc.
KUMA Corporation
kV Structures, Inc.
L.B. Foster Rail Technologies Incorporated
Laron Incorporated
Layfield USA Corp.
Leidos Engineering, LLC
Lewis-Goetz and Company, Inc.
LinTec Corporation
Lonestar West Services LLC
Louis Berger U.S., INC
Loy Clark Pipeline Company
Lyles Utility Construction LLC
M V Construction, Inc
Magnetech Industrial Services
Marelich Mechanical Co., Inc.
Mark Thomas & Company Inc
Mashburn Transportation Services, Inc.
Maskell Pipe & Supply, Inc.
Master-Lee Energy Services, Inc.
Materials Testing Inc
Maxim Crane Works, L.P.
MCE Corporation
McGuire and Hester

McMillen Jacobs Associates, Inc.
MDR Inc
Mead & Hunt, Inc.
Mears Group Inc.
MESA
Michels Corporation
Michels Power
Milbar Hydro-Test, Inc.
MISTRAS Group, Inc.
Mitsubishi Electric Power Products, Inc. - Substation Division
Mitsubishi Hitachi Power Systems Americas, Inc.
MK Consulting Services, Inc.
MOC Incorporated
Mollie B Stearns DBA Onsite
Montrose Air Quality Services, LLC
Mott MacDonald, LLC
MRC Global Inc.
MSF INC
MUTI-SII, Inc.
Myers Power Products, Inc.
Nalco Company
National Waste Management Louisiana, Inc.
NETCo Inc.
Network Environmental Systems, Inc.
Network Mapping Incorporated
New West Partitions
Newtron, LLC
Nexans High Voltage USA
Nexant, Inc.
Nitta, Inc.
Noresco LLC
North American Substation Services, LLC
Northwest Hydraulic Consultants Inc.
NOV FluidControl, a division of National Oilwell Varco, LP
Novinium
NRC
Ocampo-Esta Corporation
ODOR-TECH LLC
Oldcastle Precast, Inc.
OneSource Supply Solutions
Onstream Pipeline Inspection Services Inc.
Osmose Utilities Services Inc.
Otis Elevator Company
Oxbo, Inc.
Pace Analytical Services, LLC
Panther Technologies
PAR Electrical Contractors, Inc.

Paragon Enterprises
Parsons Environment & Infrastructure Group Inc.
Partition Specialties, Inc
Parus Consulting Inc
Patriot Environmental Services, Inc.
Penhall Company - Anaheim, CA
Performance Contracting, Inc.
Performance Mechanical Inc.
Peterson Power Systems, Inc.
Petrochem Insulation Inc
Phillips & Jordan, Inc.
Phoenix International Holdings, Inc.
Pivot Interiors, Inc.
Pivox Corporation
PJ Helicopters Inc
Plant Construction Company, L.P.
Platinum Scaffolding Services Inc.
Potelco Inc.
Powell Electrical Systems, Inc. Service Division
Power Contracting LLC
Power Engineering Construction Co
Power Engineering Inc.
POWER Engineers Inc.
Power One LLC
Praxair
Praxair Services, Inc.
Precision Drilling, Inc.
PRENAV, INC.
Pro Safety & Rescue, Inc.
Proact Services Corporation
ProEnergy Services LLC
Prometheus Energy Group, Inc.
PROS Incorporated
Proteus Inc
PSC Industrial Outsourcing, LP
Pure Technologies Ltd.
PureHM Inc.
Quality Carriers, Inc.
Quanta Utility Engineering Services
Quantum Spatial, Inc.
Quest Integrity USA, LLC
Quinn Group, Inc.
RailPros Field Services
RCP, Inc.
Red Mtn Resource LLC
Redwood Electric Group Inc. -Corp.
Relevant Solutions, LLC

Remedial Construction Services, LP
Rentokil North America, Inc.
Richard C Johnson
RJT, Inc
Road Safety Inc.
Roebbelen Contracting Inc
Roofing Constructors Inc. dba Western Roofing Service
Rope Partner Inc.
Rosen USA
Rosendin Electric, Inc.
S & C Electric Co - Power Systems Solutions
S and S Supplies & Solutions
S.S. Papadopulos & Associates, Inc.
Safety-Kleen Systems Inc
Safway Services, LLC (heavy industrial industry)
SAGE Engineers, Inc.
Sarens USA, Inc.
Scenic Landscape and Design
Schindler Elevator Corp.
Schlumberger US Land
Schneider Electric Systems USA, Inc
Schneider Electric USA
Schweitzer Engineering Laboratories, Inc.
Scientific Drilling International, Inc.
SD Enterprises, Inc
SD Myers, LLC
SE Pipeline Construction
SecureCom, Inc. - California Division
Select Energy Service LLC
Shaw Pipeline Services, Inc.
Siemens Energy, Inc., Fossil Services Power Generation
Siemens Industry, Inc. - Building Technologies
Siemens Industry, Inc. Customer Services Division
Sierra Electric
SimplexGrinnell
Simpson Gumpertz & Heger Inc.
Skyline Construction, Inc.
SMA Solar Technology America, LLC
SmartWatt Energy, Inc.
Snelson Companies, Inc.
Solar Turbines Incorporated
Southern States, LLC.
Southland Industries- Northern California Division
Sprig Electric
SPX Transformer Solutions Inc. - Service Division
Stantec
Stericycle Environmental Solutions, Inc

Stonhard, A division of StonCor Group, Inc
Stress Engineering Services
Stric-Lan Companies, LLC.
Structural Integrity Associates, Inc
Sturgeon Electric California, LLC
SUEZ WTS USA, Inc.
Sulzer Chemtech USA, Inc.
Summit Helicopter, Inc.
Summit Line Construction, Inc.
Sunbelt Rentals Inc.
Sunbelt Transformer
Superheat FGH Services, Inc.
Superior Electric, Inc.
Surveying and Mapping, LLC
SWCA Environmental Consultants
Sylvania Lighting Services Corp.
TALX Corp.
Team Industrial Services, Inc.
Tecta America
Teichert Pipelines, Inc.
Teledyne Monitor Labs Inc.
Telstar Inc.
Terminix Co Intl LP Commercial Division
Terra Pacific Group
TERRA Solutions & Services
Terracon Consultants, Inc.
Tetra Tech OGI DBA Tetra Tech, Inc.
The Davey Tree Expert Company
The Spear Group, Inc.
Thoma Electric
Thomas N Thomas
ThyssenKrupp Elevator Corporation
Titan Crane & Rigging, inc.
TNG Energy Services, Inc.
Towill, Inc.
Trachte, Inc
Traffic Management, Inc.
Transcat, Inc.
TRC Companies Incorporated
Trees, LLC
Trench Plate Rental Co.
Trenton Corporation
Tri Tool Inc. adba Tri Tool Power Services Inc.
Trident Environmental and Engineering, Inc.
Trimark Associates, Inc.
Triton Construction Services
Turner Construction Company

Turn-Key Constuction Services Inc.
Underground Construction Co., Inc.
Underground Electric Construction Co., LLC
Underground Systems Inc
Underwater Construction Corporation
United Rentals - Onsite
Univar USA Inc.
Universal Coatings, Inc
Universal Plant Services
US Pipeline Incorporated
Utility Tree Service LLC
Vadnais Trenchless Services, Inc.
Valley Power Systems North
Veolia ES Industrial Services, Inc.
Vertiv Services
Viking Automatic Sprinkler Co
Vogt Power International Inc.
Voith Turbo Inc.
W.A. Chester LLC
W.Bradley Electric, Inc.
Wartsila North America, Inc.
Waste Management National Services Inc.
Water Tectonics, Inc.
Wayne V. Johnson
Weatherford International, LLC - USA
Western Environmental Consultants Inc.
Western Oilfields Supply Company DBA Rain for Rent
Western Properties
Western States Fire Protection - Corporate
Westinghouse Electric Company, LLC
White Construction Co
White Pine LLC
Whiting Services
WHPacific
Wild Well Control, Inc.
Willdan Energy Solutions
Williams Scotsman, Inc. (MD)
Wilson Construction Co
Winco, Inc.
Winifred Au, Incorporated
Wipf Construction
Wood Group USA, Inc. – Upstream and Midstream Engineering
WorleyParsons Group, Inc.
X2NSAT
Zayo Group, LLC
DIP Term Loan
Apollo Global Management LLC

Caspian Capital LP
Centerbridge Partners LP
Citadel Advisors LLC
Davidson Kempner Capital Management
Farallon Capital Management, L.L.C.
Lord, Abbett & Co. LLC
Oaktree Capital Management, L.P.
The Bank of Tokyo-Mitsubishi UFJ, Ltd.
U.S. Bank National Association
Pacific Investment Management Company LLC
TPG Sixth Street Partners, LLC
<u>Interested Parties / Notice of Appearance Parties</u>
21st Century Casualty Company;
21st Century Insurance Company;
Adventist Health System/West
AECOM Technical Services, Inc.
Aegion Corporation and its subsidiary entities: Corrpro Companies, Inc., Insituform Technologies, LLC a
Agile Sourcing Partners, Inc.
Agua Caliente Solar, LLC
Allianz Global Corporate & Specialty
Allied Property and Casualty Insurance Company, a Nationwide company;
AMCO Insurance Company, a Nationwide company
American Alternative Insurance Corporation
American Bankers Insurance Company of Florida;
American Bankers Insurance Company;
American Reliable Insurance Company;
American Security Insurance Company;
Amica Mutual Insurance Company,
Amica Mutual Insurance Company;
APTIM
ARB, Inc.
Arlington Wind Power Project LLC
Assurant Entities,
Astoria LLC
AT&T Corp.
Atlantica Yield plc, Mojave Solar LLC
Avangrid Renewables, LLC
Bakersfield Memorial Hospital,
Bank of America N.A.
Bank of New York Mellon
Barbara Cruise
Barbara Morris
Benjamin Hernandez
BlueMountain Capital Management, LLC
BNP Paribas
BOKF, NA
BrightView Enterprise Solutions, LLC

BrightView Landscape Services, Inc.
Bryan Sullivan
Butte County
Calaveras County Water District
Calaveras Telephone Company
California Air Resources Board
California Casualty Indemnity Exchange
California Casualty Indemnity Exchange;
California Department of Fish and Wildlife
California Department of Forestry Fire Protection,
California Department of Industrial Relations
California Department of Industrial Relations
California Department of Toxic Substances Control,
California Department of Water Resources
California Franchise Tax Board
California Independent System Operator
California Insurance Guarantee Association
California Insurance Guarantee Association ("CIGA")
California Public Utilities Commission
California Public Utilities Commission
California Self-Insurers' Security Fund
Calpine Corporation
Capital Dynamics, Inc.
Capital Power Corporation
Cardno, Inc.
Cascade Energy Storage, LLC
Catlin Specialty Insurance Company (for itself and its subrogees David W. Maehl and Rhonda J. Maehl)
Centerbridge Partners, L.P.
Century National Insurance Company;
Certain affiliates of Liberty Mutual Insurance Company (Liberty)
CH2M HILL Engineers, Inc.
ChargePoint, Inc.
Chevron Products Company a division of Chevron U.S.A. Inc.
Chubb Custom Insurance Company
Church Mutual Insurance Company,
Church Mutual Insurance Company;
Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility
Citibank, N.A.
City and County of San Francisco
City of Morgan Hill
City of Napa
City of San Jose
City of Santa Rosa
Civic Property & Casualty Company;
Clearway Energy Group LLC
Clearway Energy Group LLC
Clearway Energy, Inc.

Clearway Energy, Inc.
Clinton Coleman
Coast National Insurance Company;
Colonial County Mutual Insurance Company;
Compass Lexecon, LLC
Conocophillips.
Consolidated Edison Development, Inc.
Corrpro Companies, Inc.,
County of Alameda
County of San Luis Obispo
Crestbrook Insurance Company
Crockett Cogeneration
Crusader Insurance Company,
Crusader Insurance Company;
Cushman & Wakefield, Inc.
Cypress Energy Partners, L.P.
Dan Clarke
Davey Tree Expert Company
Deborah Baker
Dentons US LLP
Department of Finance for the State of California
Depositors Insurance Company, a Nationwide Company;
Desert Sunlight Holdings, LLC
Deutsche Bank National Trust Company
Deutsche Bank Trust Company Americas
Diablo Winds, LLC
Diamond States Insurance Company;
Dignity Community Care
Dignity Community Care dba French Hospital Medical Center,
Dignity Community Care dba Methodist Hospital,
Dignity Community Care dba Sequoia Hospital,
Dignity Community Care dba Woodland Memorial Hospital,
Dignity Health
Dignity Health dba Dominican Hospital
Dignity Health dba French Hospital Medical Center,
Dignity Health dba Marian Regional Medical Center
Dignity Health dba Marian Regional Medical Center - Arroyo Grande
Dignity Health dba Mercy General Hospital
Dignity Health dba Mercy Hospital (Bakersfield)
Dignity Health dba Mercy Hospital and Mercy Southwest Hospital
Dignity Health dba Mercy Hospital of Folsom
Dignity Health dba Mercy Medical Center (Merced)
Dignity Health dba Mercy Medical Center Redding
Dignity Health dba Mercy San Juan Medical Center
Dignity Health dba Mercy Southwest Hospital
Dignity Health dba Sequoia Hospital
Dignity Health dba St. Elizabeth Community Hospital

Dignity Health dba St. Mary's Medical Center
Dignity Health Medical Foundation dba Dignity Health Medical Group - Dominican
Dignity Health Medical Foundation dba Dignity Health Medical Group - Merced
Dignity Health Medical Foundation dba Dignity Health Medical Group - North State,
Dominican Oaks Corporation,
Dignity Health Medical Foundation,
Dignity Health, Dignity Health Connected Living,
Donna Walker
DTE Stockton, LLC
Dynegy Marketing and Trade, LLC
El Dorado Hydro, LLC
Elizabeth Jones
Elliott Management Corporation.
Elster American Meter Company, LLC
Employers Insurance Company of Wausau (Liberty Mutual)
EN Engineering, LLC
Enel Green Power North America, Inc.
Enel X
ERM-West, Inc.
esVolta, LP
Exponent, Inc.
Farmers Insurance Company of Oregon;
Farmers Insurance Company of Washington;
Farmers Insurance Exchange;
Farmers Specialty Insurance Company;
Federal Energy Regulatory Commission
Federal Energy Regulatory Commission (FERC)
Federal Monitor
Fibrwrap Construction Services, Inc
Fire Insurance Exchange;
Fire Protection, California Department of Fish and Wildlife, and California Air
Foremost Insurance Company Grand Rapids, Michigan;
Foremost Property and Casualty Insurance Company;
Foremost Signature Insurance Company;
FPL Energy Montezuma Wind, LLC
Freedom Specialty Insurance Company;
FTP Power LLC, et al.
Garcia and Associates
Gartner Inc.
Gartner, Inc.
General Security Indemnity Company of Arizona (GSINDA)
Genesis Solar, LLC
Genesys Telecommunications Laboratories, Inc.
Gill Ranch Storage, LLC
Governor Gavin Newsom, in his official capacity as Governor of the State of California,
Granite Construction Company
Granite Construction Incorporated

Halkirk I Wind Project LP
Harris County
HDI Global Specialty SE
HercRentals
HercRentals
Hoffman Southwest Corp.
Honeywell International Inc.
Hyundai Corporation USA
Iain A. Macdonald
ICE NGX Canada Inc.
Illinois Farmers Insurance Company;
Infosys Limited
Insituform Technologies, LLC
Integon National Insurance Company;
International Brotherhood of Electrical Workers Local Union 1245
International Business Machines Corp.
Iron Mountain Information Management, LLC
Itron, Inc.
JAN X-Ray Services Inc.
JAN X-Ray Services, Inc.
Jose B. Vazquez
Jose Bonifacio Vazquez
JP Morgan Chase Bank, N.A.
Judy Wong
K. Hovnanian California Region, Inc.
Kay Johnson
Kelly Jones
Kepco California LLC
Kepco California LLC,
Kerman Telephone Co.
Kevin Thompposon
Kiefner and Associates, Inc.
Kingston Energy Storage, LLC
Klondike Wind Power III LLC
Kompogas SLO LLC
Lake County
Liberty Insurance Corporation
Liberty Insurance Underwriters Inc.
Liberty Mutual Fire Insurance Company
Liberty Mutual Insurance
Liberty Mutual Insurance Company
Liberty Mutual Insurance Company and its related entities
Liberty Mutual Insurance Europe Limited
Liberty Mutual Management (Bermuda) Ltd (PDW)
Liberty Specialty Markets
Liberty Surplus Insurance Company
Liberty Surplus Insurance Corporation

Lodi Gas Storage, L.L.P.
Louisiana Energy Services, LLC,
Macquarie Energy LLC
Mark Efren Robinson
Mark Johnson
Mark Pulido
Markel Bermuda Limited
MC Shiloh IV Holdings LLC
MCE Corporation
McKinsey & Company, Inc. U.S.
MDR Inc. dba Accu-Bore Directional Drilling
Mendocino County
Meritage Homes of California, Inc.
Michael Williams
Michael Wong
Michels Corporation
Mid-Century Insurance Company;
Middle River Power, LLC
Midway Sunset Cogeneration Company
Mizuho Bank, Ltd.
MRP San Joaquin Energy, LLC
Mt. Poso Cogeneration Company, LLC f/k/a Mt. Poso Cogeneration Company, L.P.
Napa County
National Casualty Company
National General Insurance Company
National General Insurance Company, ("National General Entities");
Nationwide Affinity Insurance Company;
Nationwide Agribusiness Insurance - NAIC;
Nationwide Agribusiness Insurance Company
Nationwide General Insurance Company
Nationwide Indemnity Company
Nationwide Insurance Company of America
Nationwide Lloyds Insurance Company
Nationwide Mutual Fire Insurance Company
Nationwide Mutual Insurance Company
Nationwide Property & Casualty Insurance Company
Nautilus Insurance Company
Nautilus Insurance Company;
Neighborhood Spirit Property and Casualty Company;
Nevada County
Nexant Inc.
NextEra Energy Inc.
NextEra Energy Montezuma II Wind, LLC
NextEra Energy Partners, L.P.
NextEra Energy, Inc.
North Sky River Energy, LLC
NRG Energy Inc.

NRG Energy Inc.
Nuance Communications, Inc.
Office of Unemployment Compensation Tax Services
OneSource Supply Solutions, LLC
Oracle America, Inc.
Oracle Corporation
Ormat Technologies Inc.
Pacific Central Coast Health Centers,
Parsons Environment & Infrastructure, Inc.
Patricia Kelly
Pension Benefit Guaranty Corporation
PG&E Holdco Group
Phillips & Jordan, Inc.
Pinnacles Telephone Co.
Pivot Interiors, Inc.
Port City Operating Company, LLC
Port City Operating Company, LLC dba St. Joseph's Behavioral Health Center,
Port City Operating Company, LLC dba St. Joseph's Medical Center of Stockton,
Privilege Underwriters Reciprocal Exchange,
Privilege Underwriters Reciprocal Exchange;
Pryor Cashman LLP
Public Advocates Office at the California Public Utilities Commission
Public Employees Retirement Association of New Mexico
Puget Sound Energy, Inc.
Quanta Energy Services LLC
Quest Diagnostics Health & Wellness LLC
RE Astoria LLC
Realty Income Corporation
Realty Income Corporation
Realty Income Corporation
Recology Inc.
Renaissance Reinsurance Ltd
Resources Conservation and Development Commission, California Department of
Rising Tree Wind Farm II LLC
Road Safety, Inc.
Rock Creek Hydro, LLC
Roebbelen Contracting, Inc.
Ruby Pipeline, L. L. C
Saint Francis Memorial Hospital,
Sally Thorp
Samantha Jones
San Diego Gas & Electric Company
Sarah Thompson
Scottsdale Indemnity Company
Scottsdale Surplus Lines Insurance Company
SEIU United Service Workers – West
Sempra Energy,

Shafter Solar, LLC
Shiloh I Wind Project LLC
Sierra Energy Storage, LLC
Sierra Nevada Memorial - Miners Hospital
Sierra Telephone Company, Inc.
Simon Property Group
Simpson Thacher & Bartlett LLP (Counsel for the Board of PG&E Corporation and Pacific Gas and Elect
Snelson Companies, Inc.
Sodexo, Inc.
Solar Partners II LLC
Solar Partners VIII LLC
SOLON
Sonoma County (California)
Sonoma County Agricultural Preservation
Sonoma County Agricultural Preservation and Open Space District
Sonoma County Community Development Commission
Sonoma County Treasurer & Tax Collector
Sonoma Valley County Sanitation District
Southern California Edison
Southern California Gas Company
Southern Power Company
Southwire Company, LLC
Southwire Company, LLC
Standard Guaranty Insurance Company;
Starr Surplus Lines Insurance Company
State Energy Resources Conservation and Development Commission,
State Water Resources Control Board,
Steve Christopher
Stockton, LLC
SummerHill Homes, LLC
Sunshine Gas Producers, LLC
Synergy Project Management, Inc.
Tata Consultancy Services
TDS Telecom
Telvent USA, LLC
TerraForm Power, Inc.
The Act 1 Group, Inc.
The Baupost Group, L.L.C.
The Church of Jesus Christ of Latter-day Saints
The City of Oakland
The Davey Tree Expert Company
The Lee Family Trust
The Mosaic Company
The Okonite Company
The Ponderosa Telephone Co.
The Utility Reform Network (TURN)
Thyssenkrupp Elevator (TE)

Topa Insurance Company
Topaz Solar Farms LLC
Topaz Solar Farms LLC
Town of Paradise
Traffic Manaagement, Inc.
Transwestern Pipeline Company, LLC
Travelers Insurance Co.
TRC Companies, Inc.
Truck Insurance Exchange
Truck Insurance Exchange ("Farmers Entities")
Turner Construction Company
TURN-The Utility Reform Network
United National Insurance Company,
United National Insurance Company, ("American Reliable Entities");
United States of America
URENCO Limited
Valero Refining Company-California
Vasco Wind, LLC
Vertiv Services, Inc.; and Vertiv North America, Inc., successor by merger to Alber
Volcano Telephone Company
Voyager Indemnity Insurance Company
Voyager Indemnity Insurance Company, ("Assurant Entities")
W. Bradley Electric, Inc
Wawanesa General Insurance Company
Wayne Brown
Western Electricity Coordinating Council
Western Heritage Insurance Company
Whitebox Asymmetric Partners, LP
Whitebox Asymmetric Partners, LP
Whitebox Multi-Strategy Partners, LP
Whitebox Multi-Strategy Partners, LP
Wild Goose, LLC
William Jones
William K O'Brien
Winners Industry Co., Ltd.
Winners Industry Co., Ltd.
Woodland Biomass Power, LLC f/k/a Woodland Biomass Power, Ltd.
XL Insurance America, Inc.
XL Insurance America, Inc. (for itself and its subrogees Albertsons Companies, Inc. and Safeway Inc.
XL Insurance America, Inc. (for Themselves and Their Mutual Subrogees Ashford Inc. and Ashford Hosp
Yuba County
Zenith Insurance Company
City of San Jose
Richard Kelly,
Santa Clara Department of Tax and Collections
United States of America, Interested Party United States on behalf of the Federal Energy
Regulatory Commission

United States of America
Quanta Energy Services LLC
County of Santa Clara Department of Tax and Collections
United States on behalf of the Federal Energy Regulatory Commission
Interstate Fire & Casualty Company
Freemont Bank, N.A.
State Farm Mutual Automobile Insurance Company
State Farm Mutual Automobile Insurance Company and its affiliates and subsidiaries
Northern Holdings, LLC
MassMutual Life Insurance Company