**WAGNER LAW GROUP**
  fka WAGNER, JONES, KOPFMAN,
    & ARTENIAN LLP
Nicholas J.P. Wagner #109455
David D. Doyle #100595
1111 E. Herndon, Ste. 317
Fresno, CA 93720
559/449-1800
559/449-0749 Fax

**KABATECK LLP**
Brian Kabateck #
633 W. Fifth St., Ste. 3200
Los Angeles, CA 90071
213/217-5040
213/217-5010 Fax

Attorney(s) for certain Claimants

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANISCO DIVISION

| | |
|---|---|
| In re: | Case No.: 19-30088 (DM) |
| PG&E Corporation | Chapter 11 (Jointly Administered) |
| And | |
| PACIFICT GAS AND ELECTRIC COMPANY | **ATTORNEYS' LIEN** |
| Debtor (s) | |

///

///

Counsel for Anna Dise, and certain claimants (710), submit their lien for attorneys' fees and costs relating to Anna Dise as follows:

Attorneys' Fee – to be determined.

Costs -- $341.22 – an accounting is attached hereto as Exhibit "A".

Dated: June 23, 2020  **WAGNER LAW GROUP**
  **fka WAGNER, JONES, KOPFMAN,**
  **& ARTENIAN LLP**

By: /s/ Nicholas Wagner
Attorneys for Certain Claimants

Dated: June 23, 2020  **KABATECK LLP**

By: /s/ Brian Kabateck
Attorneys for Certain Claimants

06/12/20

## Anna Dise
### CLIENT SUMMARY

| Date | Num | Source Name | Account | Original Amount | Balance |
|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | |
| **Expense** | | | | | |
| **C.C** | | | | | |
| **Meals** | | | | | |
| 12/20/20 | 53530 | MOREY, KATELIN | Meals | 70.23 | 70.23 |
| 01/10/20 | 53167 | MOREY, KATELIN | Meals | 61.48 | 131.71 |
| 03/04/20 | 53453 | MOREY, KATELIN | Meals | 40.21 | 171.92 |
| 03/04/20 | 53453 | MOREY, KATELIN | Meals | 40.01 | 211.93 |
| 06/09/20 | 53961 | MOREY, KATELIN | Meals | 59.95 | 271.88 |
| **Total Meals** | | | | | 271.88 |
| **Supplies** | | | | | |
| 06/09/20 | 53961 | MOREY, KATELIN | Supplies | 34.68 | 34.68 |
| 06/09/20 | 53961 | MOREY, KATELIN | Supplies | 34.66 | 69.34 |
| **Total Supplies** | | | | | 69.34 |
| **Total C.C** | | | | | 341.22 |
| **Total Expense** | | | | | 341.22 |
| **Net Ordinary Income** | | | | | -341.22 |
| **Net Income** | | | | | **-341.22** |

Exhibit "A"

PROOF OF SERVICE

1  STATE OF CALIFORNIA, COUNTY OF FRESNO

2  I am employed in the County of Fresno, State of California. I am over the age of 18 and not a party to the within action; my business address is 1111 East Herndon, Suite 317, Fresno, California.

On June 23, 2020, I served the ATTORNEYS' LIEN on the interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Frantz Law Group<br>770 L St., Ste. 950<br>Sacramento, CA 95814 | Frantz Law Group<br>8050 N. Palm Ave., Ste. 300<br>Fresno, CA 93711 |
| Franz Law Group<br>11801 Pierce St., Ste. 200<br>Riverside, CA 92505 | Frantz Law Group<br>4900 California Ave., Tower B<br>Bakersfield, CA 93309 |
| Frantz Law Group<br>3558 Round Barn Blvd., Ste. 215<br>Santa Rosa, CA 95403 | Frantz Law Group<br>236 Broadway St., Ste. B<br>Chico, CA 95928 |
| Frantz Law Group<br>1030 Main St., Ste. 212<br>St. Helena, CA 94574 | Frantz Law Group<br>500 Ala Moana Blvde., Ste. 400<br>Honolulu, HI 96813 |
| Frantz Law Group<br>7 W. Figueroa St.<br>Santa Barbara, CA 93101 | Frantz Law Group<br>1500 Palma Dr.<br>Ventura, CA 93003 |
| Frantz Law Group<br>402 W. Broadway, Ste. 860<br>San Diego, CA 92101 | Frantz Law Group<br>2029 Century Park East, Ste. 400<br>Los Angeles, CA 90067 |
| Frantz Law Group<br>71 Stevenson St., Ste. 400<br>San Francisco, CA 94105 | Frantz Law Group<br>11801 Pierce St., Ste. 200<br>Riverside, CA 92505 |

[X] **(BY MAIL)** placing the envelopes for collection and mailing on the date and at my address shown above following our ordinary business practices. I am completely familiar with Wagner & Jones' practice of collection and processing correspondence for mailing pursuant to which the envelopes would be deposited with the United States Postal Service the same day in the ordinary course of business.

[ ] **(BY OVERNIGHT MAIL SERVICE)** by placing the envelope for collection following our ordinary business practices for collection and processing correspondence for mailing by express or overnight mail.

[ ] **(BY FACSIMILE)** In addition to service by mail as set forth above, the person(s)

by whose name an asterisk is affixed, was also forwarded a copy of said documents by facsimile.

[ ] **(BY PERSONAL SERVICE)** I caused such envelope to be delivered by hand to the offices of the addressee.

[ ] **(BY E-MAIL SERVICE)** I caused such document to be delivered by e-mail to the offices of the addressee.

[ ] **(BY FEDERAL ELECTRONIC FILING)** I caused the documents to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing and copies of the documents to the parties.

[ ] **(BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED)**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on June 24, 2020, at Fresno, California.

/s/ Karin L. Schemen