| | **19-30088 DM** |
|---|---|
| **From:** | E. Christiani ▮ |
| **Sent:** | Thursday, June 25, 2020 9:51 AM |
| **To:** | ▮ |
| **Subject:** | Objection to Terms of Fire Victim's Trust |

Judge Montali: My wife and I object to the terms of the Fire Victim's Trust as stated in document 8074. Very Respectfully, Earl and Ruth Christiani.