WALTER J. LACK, ESQ. (SBN 57550)
DANIEL G. WHALEN, ESQ. (SBN 126487)
GREGORY P. WATERS, ESQ. (SBN 241782)
**ENGSTROM, LIPSCOMB & LACK**
10100 Santa Monica Boulevard, 12th Floor
Los Angeles, California 90067-4113
Telephone: (310) 552-3800
Facsimile: (310) 552-9434
Email: gwaters@elllaw.com

Attorneys for Plaintiffs

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| In re:<br><br>PG&E CORPORATION<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors. | Case Nos.: 19-30088(DM) (Lead)<br>19-30089<br><br>**NOTICE OF ATTORNEYS' LIEN PURSUANT TO *CALIFORNIA CODE OF CIVIL PROCEDURE* SECTIONS 2883 AND 2884** |
|---|---|
| ☐ Affects PG&E Corporation<br>☐ Affects PG&E Corporation<br>☒ Affects both Debtors | |

TO THE CLERK OF THE ABOVE-CAPTIONED COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Engstrom, Lipscomb and Lack, former counsel for Plaintiffs, TERESA MCBRIDE and KATHLEEN MCBRIDE, hereby asserts a

lien for all services and expenses rendered on behalf of Plaintiffs, TERESA MCBRIDE and KATHLEEN MCBRIDE, from all proceeds, settlements, judgments and/or verdicts rendered or made in the above-entitled action. All settlement drafts, checks, payments, conveyances or other considerations, or any judgment payments made in this proceeding must bear the names of Plaintiffs and their present attorney(s), as well as the law offices of Engstrom, Lipscomb and Lack.

This lien represents the reasonable attorneys' fees and costs for services and expenses rendered on behalf of said Plaintiff.

Dated: June 9, 2020

ENGSTROM, LIPSCOMB & LACK

By: ______________________
WALTER J. LACK
DANIEL G. WHALEN
GREGORY P. WATERS
Attorneys for Plaintiffs