| | |
|---|---|
| 1 | WALTER J. LACK, ESQ. (SBN 57550) |
| 2 | DANIEL G. WHALEN, ESQ. (SBN 126487) |
|   | GREGORY P. WATERS, ESQ. (SBN 241782) |
| 3 | **ENGSTROM, LIPSCOMB & LACK** |
| 4 | 10100 Santa Monica Boulevard, 12th Floor |
|   | Los Angeles, California 90067-4113 |
| 5 | Telephone:  (310) 552-3800 |
| 6 | Facsimile:  (310) 552-9434 |
|   | Email:       gwaters@elllaw.com |
| 7 | |
| 8 | Attorneys for Plaintiffs |

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| In re: | Case Nos.: 19-30088(DM) (Lead) |
|---|---|
| | 19-30089 |
| PG&E CORPORATION | |
| | **CERTIFICATE OF SERVICE** |
| and | |
| PACIFIC GAS AND ELECTRIC COMPANY, | |
| Debtors. | |
| ☐ Affects PG&E Corporation | |
| ☐ Affects PG&E Corporation | |
| ☒ Affects both Debtors | |

    I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Boulevard, 12th Floor, Los Angeles, California 90067-4113.

On June 25, 2020, I served the foregoing document described as **NOTICE OF ATTORNEYS' LIEN PURSUANT TO *CODE OF CIVIL PROCEDURE* SECTIONS 2883 AND 2884** on all parties in this action by submitting a PDF format copy of such document via the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 25, 2020, at Los Angeles, California.

                                      */s/ Rena Hansen*
                                      RENA HANSEN

CERTIFICATE OF SERVICE