BROWN RUDNICK LLP
Joel S. Miliband (SBN 077438)
(JMiliband@brownrudnick.com)
2211 Michelson Drive
Seventh Floor
Irvine, California 92612
Telephone:     (949) 752-7100
Facsimile:     (949) 252-1514

BROWN RUDNICK LLP
David J. Molton (SBN 262075)
(DMolton@brownrudnick.com)
Seven Times Square
New York, New York 10036
Telephone:     (212) 209-4800
Facsimile:     (212) 209-4801

Attorneys for Trustee and Claims Administrator

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 3:19-bk-030088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| -and- | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| Debtors. | |
| ☐ **Affects PG&E Corporation** <br> ☐ **Affects Pacific Gas and Electric Company** <br> ☒ **Affects both Debtors** | |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

**RESPONSE OF THE FIRE VICTIM TRUSTEE TO
WILLIAM B. ABRAMS' MOTION FOR RECONSIDERATION
OF THE ORDER APPROVING THE PARTIES' STIPULATION
REGARDING THE REGISTRATION RIGHTS AGREEMENT [Dkt. Nos. 7919, 7974]**

The Hon. John K. Trotter (Ret.), in his capacity as Trustee of the Fire Victim Trust (the "**Trustee**") in the above-captioned chapter 11 cases of PG&E Corporation and Pacific Gas and Electric Company (together, the "**Debtors**"), hereby submits this response (the "**Response**") to *William B. Abrams' Motion for Reconsideration of the Order Approving the Parties' Stipulation Regarding the Registration Rights Agreement And Related Agreements of the Fire Victim Trust* [Dkt. No. 7974] (the "**Reconsideration Motion**") filed by William B. Abrams ("**Mr. Abrams**"), seeking reconsideration of this Court's order [Dkt. No. 7919] approving a stipulation among certain parties regarding a registration rights agreement (the "**Registration Rights Agreement**") and respectfully states as follows.

## RESPONSE

The Trustee files this Response to address and correct certain statements made in the Reconsideration Motion.

The Reconsideration Motion suggests that Royal Bank of Canada has been selected as the investment banking firm by the Fire Victim Trust. This is not correct. First, Royal Bank of Canada served as an expert to the Official Committee of Tort Claimants in connection with the Registration Rights Agreement negotiations. Second, as Mr. Abrams correctly identifies, the Registration Rights Agreement simply provides that the Royal Bank of Canada would be an investment banker that is *acceptable to the Reorganized Debtors*, if retained by the Fire Victim Trust. Third, the Fire Victim Trust has not yet selected its investment banker(s) to assist it with the monetization of the stock consideration it will receive, and there is a process for that selection that must be completed.

Specifically, the PG&E Fire Victim Trust Agreement (the "**Trust Agreement**"), included as Exhibit A to the *Ninth Plan Supplement* [Dkt. No. 8057], provides the following at Section 3.2(d):

> After a reasonable investigation and after consultation with the TOC, the Trustee shall retain professional advisors as he or she determined necessary and appropriate to act as investment and financial advisor (each an "**Investment Advisor**") who shall assist the Trustee in assessing acceptable levels of investment risks, making investment decisions based on budgetary considerations

2

and market conditions, and taking reasonable steps to protect, and reinvest and dispose of Trust Assets in accordance with the purposes of the Trust as set forth in Section 1.2 above. Candidates for the position of Investment Advisor shall fully disclose to the Trustee any interest in or relationship with the Debtors or the Reorganized Debtors. Any such interest or relationship shall not be an automatic disqualification for the position, but the Trustee shall take any such interest or relationship into account in selecting the Investment Advisor.

Notably, the Trustee may retain more than one investment banker to assist in monetizing its assets, but that such retention must be done in consultation with the Trust Oversight Committee, which has not been appointed as of the date of this filing. Additionally, as also required by the Trust Agreement, the Trustee will have the benefit of, among others, his legal advisor, Brown Rudnick LLP, as well as his financial advisor, Houlihan Lokey, both of whom will assist and advise the Trustee in the investment banker interview and selection process. Moreover, the Trustee expects, consistent with proper trust administration and as provided in the referenced Trust Agreement section, that all potential conflicts of the candidates will be appropriately disclosed. Finally, in making his selection(s), the Trustee will have the benefit of consultation with his oversight committee. The Trustee respectfully submits that the foregoing sufficiently responds to Mr. Abrams' statements in the Reconsideration Motion regarding the Fire Victim Trust's retention of its investment bankers.

With respect to the remaining objections raised by Mr. Abrams as to the substance of the Registration Rights Agreement, the Trustee simply advises the Court that the Fire Victim Trust's interests were separately represented in the lengthy, vigorous, complex, and mediated negotiations of the Registration Rights Agreement by both the Trust's counsel and its financial advisor, Houlihan Lokey.

/ / /

/ / /

/ / /

/ / /

/ / /

3

For the avoidance of doubt, the Trustee has no objection to Mr. Abrams' motion to shorten time for consideration of his Reconsideration Motion.

DATED:  June 25, 2020

BROWN RUDNICK LLP

Joel S. Miliband (SBN 077438)
(JMiliband@brownrudnick.com)
2211 Michelson Drive
Seventh Floor
Irvine, California 92612
Telephone:  (949) 752-7100
Facsimile:  (949) 252-1514

and

BROWN RUDNICK LLP
David J. Molton (SBN 262075)
(DMolton@brownrudnick.com)
Seven Times Square
New York, New York 10036
Telephone:  (212) 209-4800
Facsimile:  (212) 209-4801

Attorneys for Trustee and Claims Administrator

4