```
Entered on Docket
June 25, 2020
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
```



Signed and Filed: June 25, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Theodore Tsekerides (*pro hac vice*)
(theodore.tsekerides@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

In re:

**PG&E CORPORATION,**

- and -

**PACIFIC GAS AND ELECTRIC COMPANY,**

                Debtors.

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☒ Affects both Debtors

\* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

Case No. 19-30088 (DM)
Chapter 11
(Lead Case)
(Jointly Administered)

**ORDER APPROVING STIPULATION ENLARGING TIME FOR CATLIN RICE TUCKER, DARIAN RAHGANI TUCKER, M.T. (A MINOR), C.R.T. (A MINOR), AND CATLIN RICE TUCKER AND DARIAN RAHGANI TUCKER TEES U/A DATED 10/19/2011 TO FILE PROOFS OF CLAIM**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

The Court having considered the *Stipulation Enlarging Time for Catlin Rice Tucker, Darian Rahgani Tucker, M.T. (minor), C.R.T. (a minor), and Catlin Rice Tucker and Darian Rahgani Tucker TEES U/A dated 10/19/2011 to File Proofs of Claim*, dated June 17, 2020 [Dkt. No. 7989] (the "**Stipulation**"),[1] entered into by PG&E Corporation ("**PG&E Corp**.") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned cases (the "**Chapter 11 Cases**"), on the one hand, and Catlin Rice Tucker, Darian Rahgani Tucker, M.T. (a minor), C.R.T. (a minor), and Catlin Rice Tucker and Darian Rahgani Tucker TEES U/A dated 10/19/2011 (collectively, the "**Movants**"), on the other hand; and pursuant to such Stipulation and agreement of the Parties, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The Stipulation is approved.

2. The Proofs of Claim are deemed timely filed.

3. Nothing herein shall be construed to be a waiver by the Debtors or any other party in interest of any right to (i) object to the Asserted Claims or the Proofs of Claim on any grounds other than the untimely filing thereof, or (ii) seek to reclassify the Proofs of Claim.

4. Nothing herein shall be construed to be a waiver by Movants of their right to seek to reclassify the Proofs of Claim or to assert any other right in contravention to or in opposition of any asserted challenge to the Proofs of Claim.

5. By entry of this Order, the Motion is withdrawn the Hearing is vacated.

6. The Stipulation shall be binding on the Parties and each of their successors in interest.

7. The Stipulation shall constitute the entire agreement and understanding of the Parties relating to the subject matter hereof and supersede all prior agreements and understandings relating to the subject matter hereof.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

8. This Court shall retain jurisdiction to resolve any disputes or controversies arising from the Stipulation or this Order.

Dated: June 17, 2020

WATTS GUERRA LLP

/s/ Mikal Watts
_____
Mikal C. Watts, Esq.

*Attorneys for Catlin Rice Tucker, Darian Rahgani Tucker, M.T. (minor), C.R.T. (a minor), and Catlin Rice Tucker and Darian Rahgani Tucker TEES U/A dated 10/19/2011*

*** END OF ORDER ***