JENNER & BLOCK LLP
Randall E. Mehrberg
353 N. Clark Street
Chicago, IL 60654
Tel: 312 840 7505
rmehrberg@jenner.com

*Special Corporate Defense & Energy Counsel
for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>   - and –<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**SEVENTH MONTHLY FEE STATEMENT OF JENNER & BLOCK LLP AS SPECIAL CORPORATE DEFENSE COUNSEL FOR THE DEBTORS FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD APRIL 1, 2020 THROUGH APRIL 30, 2020**<br><br>**Objection Deadline: July 16, 2020**<br>**4:00 p.m. (Pacific Time)**<br><br>[No hearing requested] |
| To: The Notice Parties | |
| Name of Applicant: | Jenner & Block LLP |
| Authorized to Provide Professional Services to: | The Debtors as Special Corporate Defense Counsel |
| Date of Retention: | April 25, 2019, *nunc pro tunc* to January 29, 2019 |
| Period for which compensation and reimbursement are sought: | April 1, 2020 – April 30, 2020 |
| Amount of compensation sought as actual, reasonable, and necessary: | $479,476.00 ($455,176.00 for hourly rate matters; $24,300.00 for flat rate matters) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $0.00 |

Jenner & Block LLP ("**Jenner & Block**" or the "**Applicant**"), special corporate defense and energy counsel for PG&E Corporation and Pacific Gas and Electric Company (the "**Debtors**"), hereby submits its seventh monthly fee statement (this "**Fee Statement**") for allowance and payment of compensation for professional services rendered during the period commencing April 1, 2020 through April 30, 2020 (the "**Fee Period**") pursuant to the *Order Pursuant to 11 U.S.C. §§ 331 and 105(a) and Fed. R. Bankr. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* dated February 27, 2019 [Docket No. 701] (the "**Interim Compensation Procedures Order**").

By this Fee Statement, Jenner & Block requests allowance and payment of $383,580.80 (80% of $479,476.00) as compensation for professional services rendered to the Debtors during the Fee Period.

Attached hereto as **Exhibit A** is a summary of hours during the Fee Period by project matter. Attached hereto as **Exhibit B** is summary of each professional who performed services for the Debtors in connection with these Chapter 11 Cases during the Fee Period and the hourly rate and total fees for each professional. Attached hereto as **Exhibit C** are the detailed time entries for the Fee Period.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Interim Compensation Procedures Order, responses or objections to this Monthly Fee Statement, if any, must be filed and served on or before the 21st day (or the next business day if such day is not a business day) following the date the Fee Statement is filed and served (the "**Objection Deadline**").

**PLEASE TAKE FURTHER NOTICE** that upon the expiration of the Objection Deadline, Jenner & Block will file a certificate of no objection with the Court, after which the Debtors are authorized and directed to pay Jenner & Block an amount equal to 80% of the fees requested in this Fee Statement. If an objection is properly filed, the Debtors will be authorized and directed to pay Jenner & Block 80% of the fees not subject to an objection.

Dated: June 25, 2020
Chicago, Illinois

Respectfully submitted,

JENNER & BLOCK LLP

By: /s/ Randall E. Mehrberg

Randall E. Mehrberg
353 N. Clark Street
Chicago, IL 60654
Tel: 312 840 7505
rmehrberg@jenner.com

*Special Corporate Defense & Energy Counsel for Debtors and Debtors in Possession*

| | |
|---|---|
| 1 | **NOTICE PARTIES** |
| 2 | PG&E Corporation |
|   | c/o Pacific Gas & Electric Company |
| 3 | Attn: Janet Loduca, Esq. |
|   | 77 Beale Street |
| 4 | San Francisco, CA 94105 |
| 5 | Weil, Gotshal & Manges LLP |
|   | Attn: Stephen Karotkin, Esq. |
| 6 | Jessica Liou, Esq. |
|   | Matthew Goren, Esq. |
| 7 | 767 Fifth Avenue |
|   | New York, NY 10153 |
| 8 | |
| 9 | Keller & Benvenutti LLP |
|   | Attn: Tobias S. Keller, Esq. |
| 10 | Jane Kim, Esq. |
|   | 650 California Street, Suite 1900 |
| 11 | San Francisco, CA 94108 |
| 12 | The Office of the United States Trustee for Region 17 |
|   | Attn: James L. Snyder, Esq. |
| 13 | Timothy Laffredi, Esq. |
| 14 | 450 Golden Gate Avenue, 5th Floor, Suite #05-0153 |
|   | San Francisco, CA 94102 |
| 15 | |
|   | Milbank LLP |
| 16 | Attn: Dennis F. Dunne, Esq. |
|   | Sam A. Khalil, Esq. |
| 17 | 55 Hudson Yards |
|   | New York, NY 10001-2163 |
| 18 | |
| 19 | Milbank LLP |
|   | Attn: Paul S. Aronzon, Esq., |
| 20 | Gregory A. Bray, Esq., |
|   | Thomas R. Kreller, Esq. |
| 21 | 2029 Century Park East, 33rd Floor |
|   | Los Angeles, CA 90067 |
| 22 | |
| 23 | Baker & Hostetler LLP |
|   | Attn: Eric Sagerman, Esq. and |
| 24 | Cecily Dumas, Esq. |
|   | 11601 Wilshire Boulevard, Suite 1400 |
| 25 | Los Angeles, CA 90025-0509 |
| 26 | Scott H. McNutt, counsel for Bruce A. Markell, Fee Examiner |
|   | 324 Warren Road |
| 27 | San Mateo, California 94402 |
| 28 | |