**EXHIBIT A**

| | TIME SUMMARY BY CATEGORY | | | |
|---|---|---|---|---|
| Matter | Name | Billing Rate | Hours | Amount |
| **CRIMINAL INVESTIGATION (10006)** | | | | |
| | Reid J. Schar | $1,155 | 9.4 | $ 10,857.00 |
| | Matthew S. Hellman | $895 | 7.0 | $ 6,265.00 |
| | Coral A. Negron | $840 | 5.1 | $ 4,284.00 |
| | Matthew E. Price | $840 | 5.5 | $ 4,620.00 |
| | Johanna R. Thomas | $830 | 3.7 | $ 3,071.00 |
| | Noah B. Bokat-Lindell | $660 | 6.0 | $ 3,960.00 |
| | TOTAL | | **36.7** | **$ 33,057.00** |
| **DOI INVESTIGATION (10014)** | | | | |
| | Emily M. Loeb | $830 | 0.4 | $ 332.00 |
| | TOTAL | | **0.4** | **$ 332.00** |
| **FEDERAL CONTRACTS ADVICE & COUNSEL (10065)** | | | | |
| | Matthew L. Haws | $895 | 16.7 | $ 14,946.50 |
| | Carla J. Weiss | $791 | 1.0 | $ 791.00 |
| | TOTAL | | **17.7** | **$ 15,737.50** |
| **FCC REGULATORY ADVICE & COUNSEL (10081)** | | | | |
| | David M. Didion | $791 | 5.6 | $ 4,429.60 |
| | TOTAL | | **5.6** | **$ 4,429.60** |
| **LOCATE & MARK (10111)** | | | | |
| | Brian P. Hauck | $920 | 5.6 | $ 5,152.00 |
| | Wesley M. Griffith | $791 | 1.1 | $ 870.10 |
| | TOTAL | | **6.7** | **$ 6,022.10** |
| **BANKRUPTCY EMPLOYMENT (10252)** | | | | |
| | Brian P. Hauck | $920 | 2.5 | $ 2,300.00 |
| | Angela M. Allen | $825 | 4.8 | $ 3,960.00 |
| | William A. Williams | $595 | 4.2 | $ 2,499.00 |
| | TOTAL | | **11.5** | **$ 8,759.00** |
| **BANKRUPTCY ADMINISTRATION (10261)** | | | | |
| | Angela M. Allen | $825 | 0.4 | $ 330.00 |
| | TOTAL | | **0.4** | **$ 330.00** |
| **FERC INTERLOCK ADVICE (10309)** | | | | |
| | Suedeen G. Kelly | $1,025 | 10.1 | $ 10,352.50 |
| | Marjorie R. Kennedy | $660 | 8.5 | $ 5,610.00 |
| | Jason T. Perkins | $595 | 2.1 | $ 1,249.50 |
| | TOTAL | | **20.7** | **$ 17,212.00** |

| PSPS PROCEEDINGS (10341) | | | | |
|---|---|---|---|---|
| | Reid J. Schar | $1,155 | 4.8 | $ 5,544.00 |
| | Brian P. Hauck | $920 | 87.8 | $ 80,776.00 |
| | Andrew F. Merrick | $840 | 13.8 | $ 11,592.00 |
| | Michael Guerra | $840 | 8.2 | $ 6,888.00 |
| | Wesley M. Griffith | $791 | 69.1 | $ 54,658.10 |
| | Monika N. Kothari | $660 | 84.9 | $ 56,034.00 |
| | Amir A. Shakoorian Tabrizi | $540 | 29.0 | $ 15,660.00 |
| | Theresa L. Busch | $323 | 31.3 | $ 10,109.90 |
| | **TOTAL** | | **328.9** | **$ 241,262.00** |
| **SECTION 203 FILING RE BANKRUPTCY PLAN (10562)** | | | | |
| | Suedeen G. Kelly | $1,025 | 11.0 | $ 11,275.00 |
| | E. Glenn Rippie | $895 | 5.9 | $ 5,280.50 |
| | Michael Guerra | $840 | 2.2 | $ 1,848.00 |
| | Johanna R. Thomas | $830 | 5.7 | $ 4,731.00 |
| | David M. Didion | $791 | 1.9 | $ 1,502.90 |
| | Hanna M. Conger | $731 | 3.4 | $ 2,485.40 |
| | Jason T. Perkins | $595 | 9.3 | $ 5,533.50 |
| | **TOTAL** | | **39.4** | **$ 32,656.30** |
| **RESPONSE PLAN INVESTIGATION (10571)** | | | | |
| | Reid J. Schar | $1,155 | 3.5 | $ 4,042.50 |
| | Brian P. Hauck | $920 | 44.0 | $ 40,480.00 |
| | E.K. McWilliams | $731 | 52.6 | $ 38,450.60 |
| | Amir A. Shakoorian Tabrizi | $540 | 20.7 | $ 11,178.00 |
| | Diana V. Chuck | $323 | 3.8 | $ 1,227.40 |
| | **TOTAL** | | **124.6** | **$ 95,378.50** |
| **HOURLY RATE MATTER TOTAL** | | | **592.6** | **$ 455,176.00** |

| FLAT RATE MATTERS | |
|---|---:|
| FERC Monitoring (10333) | $1,800.00 |
| U.S. Dept. of Health & Human Services Monitoring (10368) | $2,700.00 |
| California Independent Systems Operator Monitoring (10392) | $1,800.00 |
| NERC/WECC Monitoring (10406) | $1,800.00 |
| Federal Communications Commission Monitoring (10422) | $1,800.00 |
| Environmental Protection Agency Monitoring (10431) | $1,800.00 |
| California Air Resources Board Monitoring (10449) | $1,800.00 |
| California State Water Resources Control Board Monitoring (10457) | $1,800.00 |
| Occupational Safety & Health Administration Monitoring (10465) | $1,800.00 |
| Securities & Exchange Commission Monitoring (10493) | $1,800.00 |
| New York Stock Exchange Monitoring (10503) | $1,800.00 |
| Internal Revenue Service Monitoring (10511) | $1,800.00 |
| Federal Aviation Administration Monitoring (10528) | $1,800.00 |
| **FLAT RATE MATTER TOTAL** | **$24,300.00** |