**EXHIBIT B**

**TIME SUMMARY BY PROFESSIONAL**
**(HOURLY MATTERS ONLY)**

| TITLE | NAME OF PROFESSIONAL | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL AMOUNT REQUESTED |
|---|---|---|---|---|---|---|
| **Partners** | Reid J. Schar | Litigation | 1997 | $1,155 | 17.7 | $20,443.50 |
| | Suedeen G. Kelly | Energy | 1976 | $1,025 | 21.1 | $21,627.50 |
| | Brian P. Hauck | Energy | 2001 | $920 | 139.9 | $128,708.00 |
| | Matthew S. Hellman | Litigation | 2003 | $895 | 7.0 | $6,265.00 |
| | Matthew L. Haws | Gov't Contracts | 2002 | $895 | 16.7 | $14,946.50 |
| | E. Glenn Rippie | Energy | 1985 | $895 | 5.9 | $5,280.50 |
| | Andrew F. Merrick | Litigation | 2006 | $840 | 13.8 | $11,592.00 |
| | Matthew E. Price | Litigation | 2007 | $840 | 5.5 | $4,620.00 |
| | Coral A. Negron | Litigation | 2008 | $840 | 5.1 | $4,284.00 |
| | Michael Guerra | Energy | 1988 | $840 | 10.4 | $8,736.00 |
| | Emily M. Loeb | Litigation | 2010 | $830 | 0.4 | $332.00 |
| | Johanna R. Thomas | Comm., Intern. & Tech. | 2008 | $830 | 9.4 | $7,802.00 |
| | Angela M. Allen | Restr. & Bankr. | 2008 | $825 | 5.2 | $4,290.00 |
| **Special Counsel** | David M. Didion | Litigation | 2011 | $791 | 7.5 | $5,932.50 |
| | Carla J. Weiss | Gov't Contracts | 2012 | $791 | 1.0 | $791.00 |
| **Total Partners & Special Counsel:** | | | | | **266.6** | **$245,650.50** |
| | Wesley M. Griffith | Litigation | 2012 | $791 | 70.2 | $55,528.20 |
| | E.K. McWilliams | Litigation | 2014 | $731 | 52.6 | $38,450.60 |
| | Hanna M. Conger | Energy | 2012 | $731 | 3.4 | $2,485.40 |
| | Noah B. Bokat-Lindell | Litigation | 2016 | $660 | 6.0 | $3,960.00 |
| | Marjorie R. Kennedy | Energy | 2014 | $660 | 8.5 | $5,610.00 |
| | Monika N. Kothari | Litigation | 2016 | $660 | 84.9 | $56,034.00 |
| | William A. Williams | Restr. & Bankr. | 2015 | $595 | 4.2 | $2,499.00 |
| | Jason T. Perkins | Litigation | 2017 | $595 | 11.4 | $6,783.00 |
| | Amir A. Shakoorian Tabrizi | Litigation | 2018 | $540 | 49.7 | $26,838.00 |
| **Total Associates:** | | | | | **290.9** | **$198,188.20** |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Paralegals** | Theresa L. Busch | Litigation | N/A | $323 | 31.3 | $10,109.90 |
| | Diana V. Chuck | Litigation | N/A | $323 | 3.8 | $1,227.40 |
| **Total Paraprofessionals and Other Staff:** | | | | | **35.1** | **$11,337.30** |
| | | | | | **592.6** | **$455,176.00** |

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL AMOUNT REQUESTED |
|---|---|---|---|
| Partners & Special Counsel | $921.42 | 266.6 | $ 245,650.50 |
| Associates | $681.29 | 290.9 | $ 198,188.20 |
| Paraprofessionals and other non-legal staff | $323.00 | 35.1 | $ 11,337.30 |
| Blended Attorney Rate | $796.12 | 557.5 | $ 443,838.70 |
| **Total Fees Incurred** | **$768.10** | **592.6** | **455,176.00** |