**EXHIBIT A**

## EXHIBIT A

## HOURS BY PROFESSIONAL
## FOR THE PERIOD MAY 18, 2020 THROUGH JUNE 17, 2020

| PROFESSIONAL | POSITION | TOTAL HOURS |
|---|---|---|
| Adam Goldberg | Partner | 4.50 |
| Alexander Lange | Senior Director | 21.50 |
| Emily Seeley | Account Manager | 13.50 |
| **TOTAL** | | **39.50** |