1          **EXHIBIT B**
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT B**

**HOURS BY TASK FOR**
**FOR THE PERIOD MAY 18, 2020 THROUGH JUNE 17, 2020**

| TASK DESCRIPTION | HOURS |
|---|---|
| Emails and/or Calls with Client and/or Client Attorney | 20.50 |
| Internal Client Meetings | 4.00 |
| Research and Writing | 6.00 |
| Working with the Media | 9.00 |
| **TOTAL** | **39.50** |