# EXHIBIT C

## Detailed Time Entries

# ADAM GOLDBERG

| DATE | HOURS | ACTIVITY DESCRIPTION |
|---|---|---|
| 5/18/20 | .5 | Internal client meeting |
| 5/20/20 | .5 | Emails and calls with client and/or client attorneys |
| 5/26/20 | .5 | Internal client meeting |
| 5/27/20 | .5 | Emails and calls with client and/or client attorneys |
| 6/01/20 | .5 | Internal client meeting |
| 6/03/20 | .5 | Call with client and/or client attorneys |
| 6/08/20 | .5 | Internal client meeting |
| 6/10/20 | .5 | Internal client meeting |
| 6/15/20 | .5 | Internal client meeting |
| | | |
| **TOTAL:** | **4.5** | |

## ALEXANDER LANGE

| DATE | HOURS | ACTIVITY DESCRIPTION |
|---|---|---|
| 5/18/20 | 1 | Research and writing |
|  | 1 | Working with the media |
| 5/19/20 | 1 | Emails with client and/or client attorneys |
| 5/20/20 | .5 | Emails and calls with client and/or client attorneys |
| 5/21/20 | 1 | Emails and calls with client and/or client attorneys |
|  | .5 | Working with the media |
| 5/22/20 | .5 | Emails with client and/or client attorneys |
| 5/26/20 | .5 | Research and writing |
| 5/27/20 | .5 | Emails and calls with client and/or client attorneys |
|  | .5 | Working with the media |
| 6/1/20 | .5 | Emails with client and/or client attorneys |
|  | .5 | Research and writing |
| 6/3/20 | .5 | Internal client meetings |
|  | .5 | Working with the media |
| 6/4/20 | .5 | Emails with client and/or client attorneys |
|  | .5 | Working with the media |
| 6/5/20 | .5 | Emails with client and/or client attorneys |
|  | .5 | Working with the media |
| 6/8/20 | .5 | Emails with client and/or client attorneys |
| 6/10/20 | .5 | Internal client meetings |
| 6/12/20 | 1 | Emails with client and/or client attorneys |
| 6/13/20 | 1 | Emails and calls with client and/or client attorneys |
|  | 1 | Working with media |
| 6/14/20 | .5 | Working with media |
| 6/15/20 | 2 | Emails and calls with client and/or client attorneys |
| 6/16/20 | 1 | Emails with client and/or client attorneys |
|  | 1 | Research and Writing |
|  | 1 | Working with media |
| 6/17/20 | 1 | Emails and calls with client and/or client attorneys |
|  |  |  |
| **TOTAL:** | **21.5** |  |

**EMILY SEELEY**

| DATE | HOURS | ACTIVITY DESCRIPTION |
|---|---|---|
| 5/20 | 0.5 | Calls with client and/or client attorneys |
| 5/27 | 0.5 | Calls with client and/or client attorneys |
| 6/1 | 0.5 | Emails with client and/or client attorneys |
| 6/3 | 0.5 | Calls with client and/or client attorneys |
| 6/10 | 0.5 | Calls with client and/or client attorneys |
| 6/12 | 1 | Research and writing |
|  | 0.5 | Emails with client and/or client attorneys |
|  | 1 | Working w/ the media |
| 6/13 | 1 | Calls with client and/or client attorneys |
|  | 1 | Research and writing |
| 6/15 | 0.5 | Calls with client and/or client attorneys |
|  | 0.5 | Working w/ the media |
|  | 0.5 | Emails with client and/or client attorneys |
| 6/16 | 0.5 | Working w/ the media |
|  | 0.5 | Research and writing |
|  | 0.5 | Emails with client and/or client attorneys |
| 6/17 | 1 | Calls with client and/or client attorneys |
|  | 1 | Emails with client and/or client attorneys |
|  | 1 | Working w/ the media |
|  | 0.5 | Research and writing |
|  |  |  |
| **TOTAL:** | **13.5** |  |