**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel:   (212) 310-8000
Fax:   (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:   (415) 496-6723
Fax:   (415) 636-9251

*Attorneys for Debtors and Debtors in Possession*

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Michael S. Stamer (pro hac vice)
Ira S. Dizengoff (pro hac vice)
David H. Botter (pro hac vice)
Abid Qureshi (pro hac vice)
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Email: mstamer@akingump.com
idizengoff@akingump.com
dbotter@akingump.com
aqureshi@akingump.com

Ashley Vinson Crawford (SBN 257246)
580 California Street
Suite 1500
San Francisco, CA 94104
Telephone: (415) 765-9500
Facsimile: (415) 765-9501
Email: avcrawford@akingump.com

*Attorneys for the Ad Hoc Committee of Senior Unsecured Noteholders of the Utility*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br> **PG&E CORPORATION**, <br> - and - <br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br> **Debtors**. <br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br> * *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) (Jointly Administered) <br><br> **STIPULATION BETWEEN THE DEBTORS AND AD HOC COMMITTEE TO WITHDRAW, WITH PREJUDICE, MOTION TO RECONSIDER UPON EFFECTIVE DATE** <br><br> [No Hearing Requested] |

This stipulation and agreement for order ("**Stipulation**") is entered into by PG&E Corporation and Pacific Gas and Electric Company (the "**Utility**"), as debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), and the Ad Hoc Committee of Senior Unsecured Noteholders of the Utility (the "**Ad Hoc Committee**"). The Debtors and Ad Hoc Committee are referred to in this Stipulation collectively as the "**Parties**," and each as a "**Party**." The Parties hereby stipulate and agree as follows:

## RECITALS

A. On December 31, 2019, the Ad Hoc Committee filed with the United States Bankruptcy Court for the Northern District of California (the "**Bankruptcy Court**") the *Motion of the Ad Hoc Committee of Senior Unsecured Noteholders for Reconsideration and Relief from Orders Pursuant to Federal Rules of Civil Procedure 59(e) and 60(b)* [Docket No. 5241] (the "**Motion**") seeking reconsideration of the orders entered by the Bankruptcy Court on December 19, 2019, approving the Tort Claimants RSA and the Subrogation Claims RSA [Docket Nos. Nos. 5173, 5174].[1]

B. On January 22, 2020, the Debtors, the Shareholder Proponents, and certain members of the Ad Hoc Committee entered into a restructuring support agreement (the "**Noteholder RSA**"). On February 5, 2020, the Bankruptcy Court entered an order approving the Noteholder RSA [Docket No. 5637].

C. Pursuant to the terms of the Noteholder RSA, upon and subject to the occurrence of the Effective Date of the Plan, the Ad Hoc Committee withdraws the Motion, with prejudice. The Debtors consent to such withdrawal, as set out in this Stipulation.

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020* (as may be amended, modified or supplemented, and together with all exhibits or schedules thereto, the "**Plan**").

**NOW, THEREFORE, UPON THE FOREGOING RECITALS, WHICH ARE INCORPORATED AS THOUGH FULLY SET FORTH HEREIN, IT HEREBY IS STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THE COURT TO ORDER, THAT:**

1. Upon and subject to the occurrence of the Effective Date of the Plan, the Motion shall be deemed withdrawn, with prejudice, by the Ad Hoc Committee.

2. This Stipulation may be executed in counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same agreement.

3. The Bankruptcy Court shall retain jurisdiction to resolve any disputes or controversies arising from this Stipulation.

Dated: June 26, 2020

WEIL, GOTSHAL & MANGES LLP
KELLER BENVENUTTI KIM LLP

/s/ Jessica Liou
Jessica Liou

*Attorneys for Debtors
and Debtors in Possession*

Dated: June 26, 2020

AKIN GUMP STRAUSS HAUER &
FELD LLP

/s/ David Botter
David Botter

*Attorneys for the Ad Hoc Committee of Senior
Unsecured Noteholders of the Utility*