**Ken Viney**

| | |
|---|---|
| To: | dennis_montali▮▮▮▮▮ |
| Cc: | Mikal Watts, PGELawsuit.com ▮▮▮▮▮ Guy Watts |
| Subject: | FW: YOUR RESPONSE TO PG&E/CPUC WILDFIRE MITIGATION PLAN |

The Hon. Dennis Montali: I as a wild fire victim have a $1.3 million claim against PCG, have a long history appraising IOU ASSETS & trading in Wall Street stock & am well versed in share value manipulation & so can speak to this Plan's flaws. Except for this plan's flaw it has some small merit. This my declaration my not be correct as to form but ask you to consider none the less as presently I am impaired.

Today PCG sold over 43 million shares I would prefer bonds instead of shares as PCG has been selling about 16 million shares per day lately & has diluted the outstanding shares by 15% from $11. To $9.30 per share. These actions are under cutting the plan's value to victims is in my opinion an appealable offence so I am with my declaration you Dennis Montali asking you to recluse yourself since you do not seem to know the difference between an IPO like ZOOM with little debt & no unfunded liabilities to future share prices of PG&E which exceeds $ 40 billion. At the above $9. Per share Trustees would have to pry 750 million shares from PG& E to get to the Amended Plan's $ 6.75 billion worth of shares and certainly not 22% per the Plan.

I and others will support an appeal of the plan once you order same. Did you ever ask yourself why the Wildfire Victim were the only ones required to vote on the plan? That is because Wall Street share & bond holders already got what they wanted in closed door meetings with Watts Guerra and not in court. Watts brought you a $13.5 Billion plan assuring you future PCG share prices would increase dramatically after release from bankruptcy and these share prices would meet the $ 6.75 Billion required. That was untrue as shares have fallen see exhibit # one attached to this my declaration.

Besides an appeal we want A.G. Barr to appoint a Fed. Grand Jury to investigate the death of 37 people during the North Bay Fires & approve criminal indictment against those responsible.

I swear this declaration while in bed recovering from surgery this 11th hour June 25th in Napa Ca,

Kenneth Viney

_____  June 25/20

707 237 3433

1

*EXIBHIT #One attached to DECLARATION of KENNETH VINEY. June 25/20*

*C.C. Madelynn Choi*

Markets  Stocks  Options  Mutual Funds  Exchange Traded Products  Bonds & Fixed Income  CDs & Money Markets  Learning Center



Enter Name or Symbol   Research

Page last updated: 2:42 PM ET, 06/23/2020   Refresh   Print

Trader Tools

## PG&E Corp PCG:NYSE
Electric Utilities

| Last Price | Today's Change | Bid:Size | Ask:Size | Today's Volume | Schwab Equity Rating® | Second Quarter Earnings |
|---|---|---|---|---|---|---|
| $9.87 | -0.10 (-1.00%) | $9.87/36 | $9.88/8 | 12,134,760 Above Avg | NR Data as of 06/19/2020 | Announcement Expected |

As of 2:41 PM ET, 06/23/2020

Margin Requirements

**Summary**  News  Charts  Ratings  Earnings  Statements  Peers  Ratios  Dividends  Reports  Options  Preferreds
**Quote Details**  Sector Overview  Total Return  Historical Quote  Key Fundamentals

**1 Day**  5 Days  1 Month  3 Month  6 Month  YTD  1 Year  3 Years  5 Years

☑ Show Events

**PCG:NYSE** As of 2:41 PM ET 06/23/2020

### Details

| | |
|---|---|
| Today's Open | $10.04 |
| Previous Close | $9.97 |
| Day's Range | $9.50 - $10.14 |
| 52 Week Range | $3.55 - $24.1197 |
| Beta (5 Year) | 1.10 |
| Average Volume (10 Day) | 14,427,585 |

Show Indices / Symbol Lookup

| DJIA | NASDAQ | S&P 500 | Russell 2000 | Time (ET) | Refresh |
|---|---|---|---|---|---|
| 26,284.56 +259.60 (+1.00%) | 10,202.71 +146.23 (+1.45%) | 3,150.24 +32.38 (+1.04%) | 1,447.71 +14.18 (+0.99%) | 2:42:13 PM | |

| | Details | Dividends as of -- | | Shares | |
|---|---|---|---|---|---|
| Earnings TTM (GAAP) | | | | | |
| Earnings Per Share (05/01/2020) | -$14.1644 | PCG has not paid a regular dividend in the last twelve months. See the Dividends tab for information about one time or special dividends | | Market Capitalization (Small Cap) | $5.3B |
| Price/Earnings | -- | | | Enterprise Value | $28.9B |
| Forward P/E | 3.13 | | | Shares Outstanding | 529.8M |
| Price to Earnings / Growth (PEG) | -- | | | Shares Held By Institutions | 76% |
| | | | | Short Interest (as of 05/29/2020) | 4.8% |

## News Headlines
Hide Abstracts

**BUZZ-U.S. STOCKS ON THE MOVE-Yeti Holdings, Aurora Cannabis, Visa Inc**
Reuters - 1:41 PM ET

* Eikon search string for individual stock moves: * The Day Ahead newsletter: http://tmsnrt.rs/2ggOmBi * The Morning News Call newsletter: http://tms...

**As Summer Begins, PG&E Highlights Ways for Customers to Save Energy and Money**
Business Wire - 11:30 AM ET

Pacific Gas and Electric Company encourages customers to follow simple steps and utilize free tools and programs to minimize the impact of summer heat on energy bills. We understand that higher-than-expected bills are frustrating, and PG&E is here to help customers understand rate plan changes and take control of their energy costs. These customer tools...

**Analyst Actions: Seaport Global Securities Initiates Coverage on PG&E With Neutral Rating**
MT Newswires - 8:25 AM ET

### Ratings Summary

**Schwab Equity Ratings®**
Learn more about Schwab Equity Ratings
Rating as of 06/19/2020

F   D   C   B   A

Percentile Ranking = 0

NR since 11/14/2018 - Schwab cannot generate a rating on this security at this time. More Information

Schwab Equity Ratings Report®

Case: 19-30088   Doc# 8130   Filed: 06/25/20   Entered: 06/26/20 10:08:17   Page 2 of 4

6/25/2020 **EXHIBIT #2. DECLARATION OF KENNET VINEY June 25/20** (77) Wildfire Bankruptcy Resource Page



- Rooms
- Members
- Events
- Videos
- Photos
- Files
- Recommendations
- Watch Party

Search this group

**Shortcuts**
- Wildfire Bankruptcy Res...
- Wildfire Victims Set... 20+

Joined  Notifications  Share  More

| | |
|---|---|
| Cher Van De Sande | |
| Cathie Allen | |
| Sharon Davis | |
| Susan Viney | 3h |
| Jennifer Viney | 36m |
| Jacqueline Wessel | 18h |
| Bart Zaino | 8h |
| Brandon Dievendorff | 2h |

**GROUP CONVERSATIONS**

Create New Group

---

 **Xena Gale**
Conversation Starter · June 16 at 3:41 PM

Has anyone read doc # 7972, Judge Montali's ORDER APPROVING TERMS AND DEBTORS' ENTRY INTO AMENDES EQUITY BACKSTOP COMMTMENT, et, or doc # 7973 his ORDER ON REMAINING OBJECTION OF CALIFORNIA STATE AGENCIES AND USofA REGARDING PROPOSED GOBERNMENT ENTITY RELEASE?

I think I understand, somewhat the 2nd order, #7973, yet not # 7972.

Any comments? Anyone understand?

11 Comments

Like    Comment    Share

 Joe Schmolinsky Sure. The value of PG&E's stock shares has fallen, because there is less energy consumption, and all utility companies shares have fallen. Also, PG&E recently sold $3.25 Billion in shares at a 16% discount, which further drove down its stock price. Because of this, PG&E asked the Court for a couple of new things. One was to let it sell shares that were covered by the Plan at a lower price (lower Price to Earnings ratio. By the old Plan, the P/E ratio was 13.5 for a market offering, or 12.5 for a rights offering. By contrast, the Fire Victims Trust gets its shares at the higher price of 14.9 times earnings. The higher the P/E, the more expensive the shares are). PG&E first has to to sell shares at a price on the open market (a "Market Offering"), and if there are not enough takers, it can sell at a lower price by an offering to its present shareholders (a "Rights Offering"). Because the company's earnings and share price have fallen, PG&E asked to lower the P/E ratio on the Market offering to 12.5, and on the Rights offering to 11.5. If it can't sell that way, then the Equity Backstop Agreement with some of the big hedge funds who already own a lot of the company kicks in. They agreed in that case to buy $9 Billion in shares at a P/E of 10, which is 2/3 of our "price" in how the stock gets valued for our Trust. And they additionally get paid about $1.35 billion in extra shares for making the promise to do that. But PG&E did not ask to lower the P/E ratio for the backstop shares because of the recent price drop. Instead, they asked to be allowed to give the Backstop hedge funds (remember, these funds already own PG&E, so they are on both sides of the deal—in effect agreeing to pay themselves more money) an additional 50 million shares for free, which is about 600 million dollars worth, in order to compensate the backstop hedge funds for the drop in share value. Order 7972 approves this scheme. You may recall that the recent Objection filed in Docket 7935 objected to everyone getting their shares made cheaper but the victims, who are still paying the same old P/E of 14.9. Judge Montali rejected that objection. We did get an additional 1.2% of PG&E's shares, which is a 5.7% increase over the original number of shares. But not equal to the 16% price discount PG&E just gave to others.

**We pay 35% More for shares?**

Like · Reply · 1w · Edited

**Wildfire Bankruptcy Resource Page**
Public group

About

Discussion

Xena's post

**INVITE MEMBERS**
Enter name or email address...

**INVITE FRIENDS**
Ask your friends to join the group and discussion.

- Susan Viney
- Cathie Allen
- Heidi Skrzypek
- Heather Dievendorff
- Sharon Davis
- William Sorenson
- Diana Viney

**MEMBERS**


**DESCRIPTION**
This page is for those #campfire have relocated to... See More

**GROUP TYPE**
General

**LOCATION**
📍 Orland, California

**RECENT GROUP PHOTOS**

Case: 19-30088  Doc# 8130  Filed: 06/25/20  Entered: 06/26/20 10:08:17  Page 3 of 4
https://www.facebook.com/groups/1872708109523272/permalink/2892648047549268/?comment_id=2892778437516229&reply_comment_id=289486...  1/2

From: Ken Viney ███
Sent: Thursday, June 25, 2020 9:23 PM
To: ███
Cc: Mikal Watts, PGELawsuit.com ███
Subject: THE REQUEST THAT MONTALI REQUEST TO RECLUSE.pdf

███

Please find the attached DECLARATION with two exhibits in support & get this request DECLARATION T Judge Montali.

Thanks. Kenneth Viney

███