**CALIFORNIA PUBLIC UTILITIES COMMISSION**
Arocles Aguilar (SBN 94753)
Geoffrey Dryvynsyde (SBN 139884)
Candace Morey (SBN 233081)
505 Van Ness Avenue
San Francisco, California 94102
Telephone: (415) 703-2015
Facsimile: (415) 703-2262
Email: arocles.aguilar@cpuc.ca.gov
       geoffrey.dryvynsyde@cpuc.ca.gov
       candace.morey@cpuc.ca.gov

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Alan W. Kornberg
Brian S. Hermann (*pro hac vice*)
Walter Rieman (SBN 139365)
Sean A. Mitchell (*pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: akornberg@paulweiss.com
       bhermann@paulweiss.com
       wrieman@paulweiss.com
       smitchell@paulweiss.com

*Attorneys for the California Public Utilities Commission*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: | Case No. 19-30088 (DM) |
| **PG&E CORPORATION**, | Chapter 11 |
| - and - | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY**, | (Jointly Administered) |
| Debtors. | **CALIFORNIA PUBLIC UTILITIES COMMISSION'S STATEMENT REGARDING THE DEBTORS' PLAN OF REORGANIZATION AND CONFIRMATION ORDER** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | |
| * All papers shall be filed in the lead case, No. 19-30088 (DM) | |

1. On March 11, 2020, the Debtors filed a chapter 11 plan of reorganization dated March 9, 2020 in the Commission's proceeding I.19-09-016 (the "Bankruptcy OII"). On June 1, 2020, the Commission issued a decision[1] approving, with conditions and modifications, the Debtors' chapter 11 plan of reorganization, pursuant to, among other things, the requirements of Assembly Bill 1054 (Ch. 79 Stats. 2019) ("AB 1054").[2] Specifically, the Commission approved the Debtors' reorganization plan "and other documents resolving the insolvency proceeding," including the Debtors' resulting governance structure, "consistent with the terms and conditions" of the Approval Decision.[3]

2. The Commission has subsequently determined that the amendments to the Plan since March 9, 2020, the Plan,[4] and the Confirmation Order[5] are consistent with the record in the Bankruptcy OII, do not materially change or otherwise implicate the terms and conditions of the Approval Decision, and are otherwise acceptable to the Commission.

3. Accordingly, and for the avoidance of doubt, the Commission's May 28, 2020 approval of the Plan, the Confirmation Order, and other documents resolving the insolvency proceeding continues to apply, and such documents, as amended, satisfy Public Utilities Code sections 3292(b)(1)(C)-(D) and AB 1054.

[*Signatures on Next Page*]

---

[1] *Decision Approving Reorganization Plan*, I.19-09-016 (May 28, 2020) (the "Approval Decision").

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the *Order Confirming Debtors' and Shareholder Proponents' Joint Chapter 11 Plan Of Reorganization Dated June 19, 2020* (the "Confirmation Order") [Docket No. 8053].

[3] Approval Decision at 121.

[4] Docket No. 8048.

[5] Docket No. 8053.

Dated: June 26, 2020

**CALIFORNIA PUBLIC UTILITIES COMMISSION**

Arocles Aguilar (SBN 94753)
Geoffrey Dryvynsyde (SBN 139884)
Candace Morey (SBN 233081)
505 Van Ness Avenue
San Francisco, California 94102
Telephone: (415) 703-2015
Facsimile: (415) 703-2262
Email: arocles.aguilar@cpuc.ca.gov
geoffrey.dryvynsyde@cpuc.ca.gov
candace.morey@cpuc.ca.gov

-and-

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: */s/ Alan W. Kornberg*
Alan W. Kornberg
Brian S. Hermann (*pro hac vice*)
Walter Rieman (SBN 139365)
Sean A. Mitchell (*pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: akornberg@paulweiss.com
bhermann@paulweiss.com
wrieman@paulweiss.com
smitchell@paulweiss.com

*Attorneys for the California Public Utilities Commission*