| | |
|---|---|
| WEIL, GOTSHAL & MANGES LLP | KELLER BENVENUTTI KIM LLP |
| Stephen Karotkin (*pro hac vice*) | Tobias S. Keller (#151445) |
| (stephen.karotkin@weil.com) | (tkeller@kbkllp.com) |
| Theodore Tsekerides (*pro hac vice*) | Peter J. Benvenutti (#60566) |
| (theodore.tsekerides@weil.com) | (pbenvenutti@kbkllp.com) |
| Jessica Liou (*pro hac vice*) | Jane Kim (#298192) |
| (jessica.liou@weil.com) | (jkim@kbkllp.com) |
| Matthew Goren (*pro hac vice*) | 650 California Street, Suite 1900 |
| (matthew.goren@weil.com) | San Francisco, CA 94108 |
| 767 Fifth Avenue | Tel: (415) 496-6723 |
| New York, NY 10153-0119 | Fax: (650) 636 9251 |
| Tel: 212 310 8000 | |
| Fax: 212 310 8007 | |

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>**PG&E CORPORATION,**<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>Debtors.<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br>**STIPULATION ENLARGING TIME FOR DALE S. WITHROW AND BEVERLY R. WITHROW, INDIVIDUALLY AND AS TRUSTEES FOR THE DALE S. WITHROW AND BEVERLY R. WITHROW LIVING TRUST, TO AMEND PROOF OF CLAIM**<br>[Related to Dkt. Nos. 7829-30]<br>Resolving Motion set for Hearing on July 7, 2020 at 10:00 a.m. PT |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

PG&E Corporation ("**PG&E Corp**.") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned cases (the "**Chapter 11 Cases**"), on the one hand, and Dale S. Withrow and Beverly R. Withrow, individually and as Trustees for the Dale S. Withrow and Beverly R. Withrow Living Trust (collectively, the "**Movants**"), on the other hand, by and through their respective counsel, hereby submit this stipulation (the "**Stipulation**") for an order enlarging the time for Movants to file an amended proof of claim in the Chapter 11 Cases as set forth herein. The Debtors and Movants are referred to in this Stipulation collectively as the "Parties," and each as a "Party." The Parties hereby stipulate and agree as follows:

## RECITALS

A. On January 29, 2019 (the "**Petition Date**"), the Debtors commenced these Chapter 11 Cases in the United States Bankruptcy Court for the Northern District of California (the "**Bankruptcy Court**").

B. By Order dated July 1, 2019 [Docket No. 2806] (the "**Bar Date Order**"), the Bankruptcy Court set October 21, 2019 at 5:00 p.m. (Prevailing Pacific Time) (the "**Original Bar Date**") as the deadline in these Chapter 11 Cases for filing proofs of claim in respect of any of prepetition claim (as defined in section 101(5) of the Bankruptcy Code) against either of the Debtors, including all claims of Fire Claimants,[1] Wildfire Subrogation Claimants, Governmental Units (as defined in section 101(27) of the Bankruptcy Code), and Customers, and for the avoidance of doubt, including all secured claims and priority claims.

C. By Order dated November 11, 2019, the Bankruptcy Court extended the Bar Date until December 31, 2019 at 5:00 p.m. (Prevailing Pacific Time), solely for the benefit of any non-governmental Fire Claimants who had not filed proofs of claim by the Original Bar Date.

---

[1] Capitalized terms used but not otherwise herein defined have the meanings ascribed to such terms in the Bar Date Order or the Plan (as defined below), as applicable.

D. On August 29, 2020, Dale S. Withrow and Beverly R. Withrow filed Proof of Claim No. 8406 (the "**Original Proof of Claim**"), on account of damages allegedly sustained as a result of the Camp Fire (the "**Asserted Claims**").

E. On June 8, 2020, Movants filed the *Motion Pursuant to Fed. R. Civ. P. 15 to Amend Proof of Claim No. 8406* [Dkt. No. 7829] (the "**Motion**"). The Motion is set for hearing on July 7, 2020 (the "**Hearing**"). *See* Dkt. No. 7830.

F. By Order dated June 20, 2020 [Dkt. No. 8053] the Bankruptcy Court confirmed the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization dated June 19, 2020* (as may be further modified, amended or supplemented from time to time, and together with any exhibits or scheduled thereto, the "**Plan**").

G. Movants annexed as Exhibit A to the Motion a proposed proof of claim form they intend to file in these Chapter 11 Cases in order to amend the Original Proof of Claim (the "**Amended Proof of Claim**").

H. Through the Motion, Movants request an order "directing that the [Amended Proof of Claim] be deemed timely filed as relating back to October 21, 2019," or "alternatively, directing that Movants shall have until 30 days from a ruling on this Motion to submit the [Amended Proof of Claim]." Mot. at 4.

I. The Debtors have raised with Movants certain informal objections to the relief requested in the Motion.

J. The Official Committee of Tort Claimants and the Fire Victim Trustee have reviewed the Stipulation and, based on the facts presented in the Motion, has no objection to the agreements set forth herein or to entry of an Order approving the terms of the Stipulation.

K. The Parties hereto desire to resolve their issues regarding the Motion.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**NOW, THEREFORE, UPON THE FOREGOING RECITALS, WHICH ARE INCORPORATED AS THOUGH FULLY SET FORTH HEREIN, IT HEREBY IS STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THE BANKRUPTCY COURT TO ORDER, THAT:**

1. The Amended Proof of Claim as annexed as Exhibit A to the Motion shall be deemed timely filed on the condition that it is filed no later than seven (7) days after the entry of any Order approving the terms of this Stipulation.

2. Nothing herein is intended to, nor shall it be construed to be, a waiver by the Debtors or any other party in interest of any right to (i) object to the Asserted Claims or the Amended Proof of Claim on any grounds other than the untimely filing thereof, or (ii) seek to reclassify the Amended Proof of Claim.

3. Nothing herein is intended to, nor shall it be construed to be, a waiver by Movants of their right to seek to reclassify the Amended Proof of Claim or to assert any other right in contravention to or in opposition of any asserted challenge to the Asserted Claims or the Amended Proof of Claim.

4. Upon the timely filing of the Amended Proof of Claim pursuant to paragraph 1 of this Stipulation, the Original Proof of Claim shall be deemed expunged, and Prime Clerk LLC, the claims agent appointed in the Chapter 11 Cases, shall be authorized to update the official claims register to reflect the terms set forth herein.

5. Upon entry of an Order approving the terms of this Stipulation, the Motion shall be deemed withdrawn with prejudice and the Hearing vacated.

6. In the event that this Stipulation is not approved by the Bankruptcy Court, it shall be null and void and have no force or effect and the Parties agree that, in such circumstances, this Stipulation shall be of no evidentiary value whatsoever in any proceedings.

7. This Stipulation shall be binding on the Parties and each of their successors in interest.

8. This Stipulation shall constitute the entire agreement and understanding of the Parties relating to the subject matter hereof and supersede all prior agreements and understandings relating to the subject matter hereof.

9. This Stipulation may be executed in counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same agreement.

10. The Bankruptcy Court shall retain jurisdiction to resolve any disputes or controversies arising from this Stipulation or any Order approving the terms of this Stipulation.

[*Remainder of Page Intentionally Left Blank*]

| | |
|---|---|
| Dated: June 26, 2020 | Dated: June 26, 2020 |
| WEIL GOTSHAL & MANGES LLP | LEVIN LAW GROUP |
| /s/ *Matthew Goren*<br>Matthew Goren, Esq. | /s/ *Richard H. Levin*<br>Richard H. Levin, Esq. |
| *Attorneys for Debtors and Debtors in Possession* | *Attorneys for Dale S. Withrow and Beverly R. Withrow, Individually and as Trustee for the Dale S. Withrow and Beverly R. Withrow Living Trust* |