```
                                                      Entered on Docket
                                                      June 26, 2020
                                                      EDWARD J. EMMONS, CLERK
                                                      U.S. BANKRUPTCY COURT
                                                      NORTHERN DISTRICT OF CALIFORNIA
```



Signed and Filed: June 26, 2020

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

| | |
|---|---|
| **WEIL, GOTSHAL & MANGES LLP**<br>Stephen Karotkin (*pro hac vice*)<br>(stephen.karotkin@weil.com)<br>Ray C. Schrock, P.C. (*pro hac vice*)<br>(ray.schrock@weil.com)<br>Jessica Liou (*pro hac vice*)<br>(jessica.liou@weil.com)<br>Matthew Goren (*pro hac vice*)<br>(matthew.goren@weil.com)<br>New York, NY 10153-0119<br>Tel:    (212) 310-8000<br>Fax:    (212) 310-8007 | |
| **KELLER BENVENUTTI KIM LLP**<br>Tobias S. Keller (#151445)<br>(tkeller@kbkllp.com)<br>Jane Kim (#298192)<br>(jkim@kbkllp.com)<br>650 California Street, Suite 1900<br>San Francisco, CA 94108<br>Tel:    (415) 496-6723<br>Fax:    (415) 636-9251 | **AKIN GUMP STRAUSS HAUER & FELD LLP**<br>Michael S. Stamer (pro hac vice)<br>Ira S. Dizengoff (pro hac vice)<br>David H. Botter (pro hac vice)<br>Abid Qureshi (pro hac vice)<br>One Bryant Park<br>New York, New York 10036<br>Telephone: (212) 872-1000<br>Facsimile: (212) 872-1002<br>Email: mstamer@akingump.com<br>idizengoff@akingump.com<br>dbotter@akingump.com<br>aqureshi@akingump.com<br><br>Ashley Vinson Crawford (SBN 257246)<br>580 California Street<br>Suite 1500<br>San Francisco, CA 94104<br>Telephone: (415) 765-9500<br>Facsimile: (415) 765-9501<br>Email: avcrawford@akingump.com |
| *Attorneys for Debtors and Debtors in Possession* | *Attorneys for the Ad Hoc Committee of Senior Unsecured Noteholders of the Utility* |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION**,<br>         - and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                                            Debtors.<br>☐  Affects PG&E Corporation<br>☐  Affects Pacific Gas and Electric Company<br>☑  Affects both Debtors<br>*\* All papers shall be filed in the lead case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**ORDER GRANTING STIPULATION BETWEEN THE DEBTORS AND AD HOC COMMITTEE TO WITHDRAW, WITH PREJUDICE, MOTION TO RECONSIDER UPON EFFECTIVE DATE**<br><br>[No Hearing Requested] |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

The Court having considered the *Stipulation Between the Debtors and Ad Hoc Committee to Withdraw, With Prejudice, Motion to Reconsider Upon Effective Date* (the "**Stipulation**") [Dkt. No. 8129], filed on June 26, 2020; and, pursuant to such stipulation and agreement of the Parties[1], and good cause appearing,

IT IS HEREBY ORDERED:

1. Upon and subject to the occurrence of the Effective Date of the Plan, the Motion is deemed withdrawn, with prejudice, by the Ad Hoc Committee.

APPROVED AS TO FORM AND CONTENT:

Dated: June 26, 2020

AKIN GUMP STRAUSS HAUER & FELD LLP

*/s/ David Botter*
David Botter

*Attorneys for the Ad Hoc Committee of Senior Unsecured Noteholders of the Utility*

**END OF ORDER**

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Stipulation.