WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors
and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM). | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**NOTICE OF SUBMISSION OF (A) PROPOSED ORDER APPROVING OMNIBUS CLAIMS OBJECTION PROCEDURES AND (B) PROPOSED FORM OF OMNIBUS OBJECTION NOTICE**<br><br>**[Relates to Dkt. Nos. 7758, 8059]**<br><br>**Tentative Hearing Date: June 30, 2020**<br>**Time: 10:00 am** |

**PLEASE TAKE NOTICE** that on January 29, 2019, PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned chapter 11 cases, each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court held a hearing on June 24, 2020, at 10:00 a.m.(Pacific Time) (the "**June 24 Hearing**") before the Honorable Dennis Montali, United States Bankruptcy Judge, on the *Debtors' Motion for Order Approving (A) Procedures for Filing Omnibus Objections to Claims and (B) the Form and Manner of the Notice of Omnibus Objections*, filed by the Debtors on June 3, 2020 [Dkt. No. 7758] (the "**Motion**").

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit 1** is an updated Proposed Order (the "**Updated Proposed Order**"), which includes as its Exhibit A an updated form of Notice of Omnibus Claim Objection (the "**Updated Notice of Objection**"). The Debtors have submitted the Updated Proposed Order and Updated Notice of Objection to the Bankruptcy Court for approval concurrently herewith.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit 2** is a redline comparison of the Updated Proposed Order against the modified proposed order attached as Exhibit A to the *Debtors' Reply in Further Support of Debtors' Motion for Order Approving (A) Procedures for Filing Omnibus Objections to Claims and (B) the Form and Manner of the Notice of Omnibus Objections*, filed by the Debtors on June 22, 2020 [Dkt. No. 8059]. The Updated Proposed Order has been updated to reflect the record at the June 24 Hearing.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit 3** is a redline comparison of the Updated Notice of Objection against the form of Notice of Objection attached as Exhibit B to the Motion. The Notice of Objection has been updated to reflect the record at the June 24 Hearing.

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court has tentatively scheduled a hearing on **June 30, 2020, at 10:00 a.m. (Pacific Time)** (the "**June 30 Hearing**") before the Honorable Dennis Montali, United States Bankruptcy Judge. The June 30 Hearing has been set solely for the Court to consider the forms of the Updated Proposed Order and Updated Notice of Objection. **If the Updated Proposed Order is entered prior to the June 30 Hearing, the Bankruptcy Court may cancel the June 30 Hearing.**

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bankruptcy Court's *Third Amended General Order No. 38 In re: Coronavirus Disease Public Health Emergency*, dated May 28, 2020, **the June 30 Hearing will be conducted by telephone or video conference. The courtroom will be closed**. All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

**PLEASE TAKE FURTHER NOTICE** that copies of the pleadings and other documents identified herein can be viewed and/or obtained: (i) by accessing the Bankruptcy Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate

Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: June 26, 2020

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**

/s/  *Thomas B. Rupp*
Thomas B. Rupp

*Attorneys for Debtors and Debtors in Possession*