Bill Robins III, Esq. (SBN 296101)
Robert T. Bryson, Esq. (SBN 156953)
Rex Grady, Esq. (SBN 232236)
**ROBINS CLOUD LLP**
808 Wilshire Blvd., Suite 450
Santa Monica, California 90401
Telephone: (310) 929-4200
Facsimile: (310) 566-5900

Attorneys for Bankruptcy Claimants,
STEPHEN PUTNAM HERRIN, individually
and as Trustee of the DONALD E. RYCKMAN
and ROSEMARY H. RYCKMAN
REVOCABLE
TRUST DATED FEBRUARY 25, 1999

Matthew W. Grimshaw, Esq. (SBN 210424)
**GRIMSHAW LAW GROUP, P.C.**
130 Newport Center Drive, Ste. 140
Newport Beach, California 92660
Telephone: (949) 734-0187
Facsimile: (208) 391-7860

Counsel for Robins Cloud LLP

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 19-30088 (DM) |
| PG&E CORPORATION and PACIFIC GAS AND ELECTRIC COMPANY | Chapter 11 |
| Debtors | DECLARATION OF REX GRADY, ESQ. IN SUPPORT OF MOTION FOR ORDER AUTHORIZING WITHDRAWAL OF COUNSEL |

/ / /

1

DECLARATION OF REX GRADY

Case No. 19-30088 (DM)

## <u>Declaration of Rex Grady</u>

I, Rex Grady, say and declare as follows:

1.    I am an individual over 18 years of age and competent to make this Declaration.

2.    I am an attorney at law duly admitted to practice before all courts of the State of California, in addition to the United States District Court for the Northern District of California.

3.    I am an attorney employed by the law firm of Robins Cloud LP (the "Firm"), attorneys of record for Bankruptcy Claimant, Stephen Putnam Herrin, individually and in his capacity as Trustee of the Donald E. Ryckman and Rosemary H. Ryckman Revocable Trust Dated February 25, 1999 ("Trust").[1]

4.    The facts set forth below are true and within the scope of my personal knowledge, and if called upon to do so I could and would testify competently to these facts.

5.    On January 29, 2019, PG&E Corporation and Pacific Gas and Electric Company ("Debtors") filed voluntary petitions for bankruptcy under Chapter 11 of Title 11 of the United States Code, initiating bankruptcy case number 19-30088 in the Bankruptcy Court for the Northern District of California, San Francisco Division ("Bankruptcy Case").

6.    On December 26, 2019, Mr. Herrin signed a retainer agreement ("Agreement") with the Firm, engaging the Firm for legal representation in connection with the Bankruptcy Case, both on his behalf individually and as Trustee of the Trust. On that same day, the Firm filed Claim No. 91428 on behalf of Mr. Herrin individually, and Claim No. 91749 on behalf of the Trust.

7.    In the first half of May of 2020, Withdrawal of Claim forms signed by Mr. Herrin were filed in the Bankruptcy Court's San Francisco Division through the Prime Clerk web portal withdrawing the aforementioned claims. The two Withdrawal of Claim forms have file dates of May 8, 2020 (as to Claim No. 91749) and May 11, 2020 (as to Claim No. 91428). The Firm was not aware beforehand of the withdrawal of the claims.

/ / /

---

[1] Robins Cloud LLP retained Grimshaw Law Group, P.C. as bankruptcy counsel to, among other things, assist it in filing this motion. Grimshaw Law Group has no contractual or attorney/client relationship with Mr. Herrin or the Trust.

2

DECLARATION OF REX GRADY

Case No. 19-30088 (DM)

Case: 19-30088    Doc# 8140    Filed: 06/26/20    Entered: 06/26/20 18:27:50    Page 2 of 3

1    8.    To the extent that Mr. Herrin requests that the Firm turn over any files or
2 information that he is entitled to, the Firm will cooperate and transmit such files.

3        I declare under penalty of perjury that the foregoing is true and correct. Executed on
4 June 26, 2020.

_____
Rex Grady

DECLARATION OF REX GRADY

Case: 19-30088    Doc# 8140    Filed: 06/26/20    Entered: 06/26/20 18:27:50    Page 3 of
3

Case No. 19-30088 (DM)