# Notice Recipients

District/Off: 0971–3 User: lparada Date Created: 6/29/2020
Case: 19–30088 Form ID: pdfeoc Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
intp  William B. Abrams  1519 Branch Owl Pl.  Santa Rosa, CA 95409

TOTAL: 1