Donna Learmont
~~Robert Miller~~, Et Al
37241 Sycamore Street
Hinkley, California 92347

Unsecured Creditor In Pro Se

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

In re:

PG&E CORPORATION,

    Debtor.

In re:

PACIFIC GAS AND ELECTRIC COMPANY,

    Debtor.

___ Affects PG&E Corporation

_x_ Affects Pacific Gas and Electric Company

___ Affects Both Debtors.

All papers shall be filed in the Lead Case No. 18-30088 (DM), or in the alternative (SC)

Case No.:3:19-bk-30088 (Lead Case)
Chapter 11
Case No.:3:19-bk-30089
Chapter 11
(Jointly Administered)

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

UNSECURED CREDITOR CLAIM NO. 7168

SOUGHT TELEPHONIC APPEARANCE(S), DUE TO UNSECURED CREDITOR DETERIORATED BODY'S IMMUNE SYSTEM, CAUSED BY POISONED BODY OF THE UNSECURED CREDITOR WITH DEBTOR'S BY-PRODUCTS, EITHER OR ALL, ARSENIC, URANIUM IN DECAY, AND/OR WITH HEXAVALENT CHROMIUM.

-1-
NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

TO THE COURT AND ALL PARTIES AND THEIR ATTORNYES OF RECORD:

PLEASE TAKE NOTICE that the undersigned hereby appears as In Pro Se for the unsecured creditor, hereinafter the "Creditor", in connection with the Chapter 11 case of hereinabove captioned debtor, hereinafter the "Debtor", and pursuant to Federal Rules of Bankruptcy Procedure Sections 2002, 9007, and 9010 and Bankruptcy Code Section 1109(b), request that the name of the Creditor be added to any service list in the Chapter 11 case and that all notices given or required to be given in the Chapter 11 case and all papers served or required to be served in Chapter 11 case, be given and served upon: The **Creditor.**

PLEASE TAKE FURTHER NOTICE that this request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitations, orders, and notices pf any applications, motions, petitions, pleadings, requests, complaints, or demands, whether formal or informal, whether written or oral via telephonic means, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, e-mail, or otherwise, inclusive via various law enforcement agencies, federal, and/or state and/or local, by such agencies means and methods, or otherwise (1) that affects or seeks to affect in any way any rights or interests of any creditor or party-in-interest in Chapter 11 case, including this Creditor with respect to: (a) the Debtor; (b) property of the estate, or proceeds thereof, in which the Debtor may claim an interest; or (c) property or proceeds thereof in the possession, custody, or control of others that the Debtor may seek to use; or (2) that requires or seek to require any act, delivery, or any property, payment or other conduct by the Creditor named hereinabove.

PLEASE TAKE FURTHER NOTICE that this Creditor intends that neither this Notice of Appearance and Request for Notice nor any later appearance, claim, or suit shall waive (1) this Creditor rights to have final orders in non-core matters entered only after de novo review by the Appellate Court; (2) this Creditor right to trial by jury in any proceedings so triable in either the Chapter 11 case or any case, controversy, or proceeding relating to the Chapter 11 case; or (3) any other rights, claims, actions, setoffs, or recoupments to which this Creditor is entitled, in law, equity, all rights, claims, actions, setoffs,. are expressly reserved.

-2-
NOTICE OF APPEARANCE AND REQUEST FOR NOTICE
Case: 19-30088    Doc# 8153    Filed: 06/23/20    Entered: 06/29/20 10:40:17    Page 2 of 3

Dated: June 19, 2020

Respectfully submitted,

By: *signature*
Donna Learmont

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE