# EXHIBIT A

## COMPOSITION BY PROFESSIONAL
## MARCH 1, 2020 THROUGH MARCH 31, 2020

The attorneys who rendered professional services in these chapter 11 cases during the Fee Period are:

| NAME OF PROFESSIONAL PARTNERS AND COUNSEL: | DEPARTMENT[1] | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Karotkin, Stephen | BFR | 1977 | $1,695.00 | 277.30 | $470,023.50 |
| Bond, Michael W. | Corporate | 1980 | $1,695.00 | 91.90 | $155,770.50 |
| Goldring, Stuart J. | Tax | 1984 | $1,695.00 | 47.60 | $80,682.00 |
| Slack, Richard W. | Litigation | 1987 | $1,325.00 | 66.80 | $88,510.00 |
| Connolly, Annemargaret | Corporate | 1988 (MA) | $1,400.00 | 0.90 | $1,260.00 |
| Pari, Joseph M. | Tax | 1988 | $1,695.00 | 54.60 | $92,547.00 |
| Wessel, Paul J. | Tax | 1988 | $1,695.00 | 3.80 | $6,441.00 |
| Tsekerides, Theodore E. | Litigation | 1994 | $1,225.00 | 154.20 | $188,895.00 |
| Liou, Jessica | BFR | 2009 | $1,175.00 | 267.00 | $313,725.00 |
| Stafford, Caryn R. (Counsel) | Corporate | 1989 | $1,100.00 | 4.00 | $4,400.00 |
| Goslin, Thomas D. (Counsel) | Corporate | 2003 | $1,100.00 | 8.50 | $9,350.00 |
| Goren, Matthew (Counsel) | BFR | 2007 | $1,125.00 | 232.60 | $261,675.00 |
| Byrne, Peter M. (Counsel) | Corporate | 2007 | $1,100.00 | 1.30 | $1,430.00 |
| Kramer, Kevin (Counsel) | Litigation | 2010 | $1,100.00 | 194.70 | $214,170.00 |
| Silber, Gary (Counsel) | Tax | 2011 | $1,100.00 | 54.00 | $59,400.00 |
| Steiger, Caitlin Fenton (Counsel) | Corporate | 2011 (FL) | $1,100.00 | 5.50 | $6,050.00 |
| Swenson, Robert M. (Counsel) | Litigation | 2013 | $1,100.00 | 24.90 | $27,390.00 |
| **Total Partners and Counsel:** | | | | **1,489.60** | **$1,981,719.00** |

---

[1] BFR – Business Finance & Restructuring

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| NAME OF PROFESSIONAL ASSOCIATES: | DEPARTMENT[2] | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Friedman, Julie T. | BFR | 2003 | $625.00 | 5.30 | $3,312.50 |
| Bitter, Blake | Tax | 2011 (VA) | $1,050.00 | 55.80 | $58,590.00 |
| Minga, Jay | Litigation | 2013 | $1,050.00 | 157.00 | $164,850.00 |
| Rosenblum, Amanda | Tax | 2014 | $1,050.00 | 7.10 | $7,455.00 |
| Schinckel, Thomas Robert | BFR | 2014 (Australia) | $845.00 | 167.30 | $141,368.50 |
| Nolan, John J. | Litigation | 2015 | $1,010.00 | 96.60 | $97,566.00 |
| Smith, Gabriela | BFR | 2015 | $1,010.00 | 0.80 | $808.00 |
| Brookstone, Benjamin | Tax | 2015 | $980.00 | 83.70 | $82,026.00 |
| Lane, Erik | Litigation | 2016 | $930.00 | 102.80 | $95,604.00 |
| Anderson, Joseph Caleb | Corporate | 2016 | $845.00 | 1.90 | $1,605.50 |
| Niles-Weed, Robert B. | Litigation | 2017 | $930.00 | 4.70 | $4,371.00 |
| Mendelsohn, Evan | Corporate | 2017 | $930.00 | 0.80 | $744.00 |
| McGrath, Colin | Litigation | 2017 | $845.00 | 50.60 | $42,757.00 |
| McNulty, Shawn C. | Litigation | 2017 | $845.00 | 110.10 | $93,034.50 |
| Foust, Rachel L. | BFR | 2018 | $845.00 | 248.20 | $209,729.00 |
| Hufendick, Jason | BFR | 2018 | $845.00 | 121.80 | $102,921.00 |
| Neuhauser, David | Corporate | 2018 | $845.00 | 6.40 | $5,408.00 |
| Carens, Elizabeth Anne | BFR | 2018 | $730.00 | 181.40 | $132,422.00 |
| Irani, Neeckaun | Litigation | 2018 | $730.00 | 64.30 | $46,939.00 |
| Evans, Steven | Litigation | 2019 | $730.00 | 61.00 | $44,530.00 |
| Green, Austin Joseph | Litigation | 2019 | $730.00 | 75.40 | $55,042.00 |
| Ikram, Maliha | Tax | 2019 | $730.00 | 7.20 | $5,256.00 |
| Sonkin, Clifford | BFR | 2019 | $730.00 | 65.70 | $47,961.00 |
| Hayes, Emily A | Litigation | 2019 | $595.00 | 88.30 | $52,538.50 |
| Morganelli, Brian | BFR | 2020 | $595.00 | 220.50 | $131,197.50 |
| **Total Associates:** | | | | 1,984.70 | $1,628,036.00 |

---

[2] BFR – Business Finance & Restructuring

| NAME OF PARAPROFESSIONALS AND OTHER NON-LEGAL STAFF: | DEPARTMENT[3] | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Lee, Kathleen | BFR | $435.00 | 8.50 | $3,697.50 |
| Stauble, Christopher A. | BFR | $420.00 | 3.50 | $1,470.00 |
| Gilchrist, Roy W. | Litigation | $400.00 | 18.00 | $7,200.00 |
| Ting, Lara | LSS | $375.00 | 3.20 | $1,200.00 |
| Biratu, Sirak D. | Litigation | $345.00 | 16.00 | $5,520.00 |
| Bui, Michelle | Litigation | $345.00 | 8.00 | $2,760.00 |
| Keschner, Jason | BFR | $250.00 | 1.80 | $450.00 |
| Peene, Travis J. | BFR | $250.00 | 33.40 | $8,350.00 |
| **Total Paraprofessionals and Other Non-Legal Staff:** | | | **92.40** | **$30,647.50** |

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $1,330.37 | 1,489.60 | $1,981,719.00 |
| Associates | $820.29 | 1,984.70 | $1,628,036.00 |
| Paraprofessionals and Other Non-Legal Staff | $331.68 | 92.40 | $30,647.50 |
| **Blended Attorney Rate** | **$1,038.99** | | |
| **Total Fees Incurred:** | | **3,566.70** | **$3,640,402.50** |

---

[3] BFR – Business Finance & Restructuring, LSS – Litigation Support Services

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119