**EXHIBIT B**

**COMPENSATION BY WORK TASK CODE FOR
SERVICES RENDERED BY WEIL, GOTSHAL & MANGES LLP
FOR THE PERIOD MARCH 1, 2020 THROUGH MARCH 31, 2020**

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 001 | Administrative Expense Claim | 0.40 | $450.00 |
| 003 | Automatic Stay | 75.90 | $83,698.00 |
| 004 | Bankruptcy Litigation | 485.70 | $451,629.50 |
| 005 | Bar Date Motion/Claims Reconciliation/Claim Reconciliation Issue | 256.30 | $231,396.50 |
| 006 | Case Administration (docket updates, WIP and calendar) | 25.00 | $14,766.00 |
| 008 | Chapter 11 Plan/Plan Confirmation | 598.00 | $597,724.00 |
| 009 | Communications with Client | 5.10 | $4,762.50 |
| 010 | Corporate Governance and Board Issues | 45.60 | $64,263.50 |
| 011 | Customer, Supplier and Vendor Issues | 8.40 | $7,350.00 |
| 012 | DIP Financing/ Cash Mgmt/ Hedging Transactions | 0.40 | $574.00 |
| 013 | Disclosure Statement | 551.40 | $541,081.00 |
| 014 | Employee Issues | 272.70 | $248,777.50 |
| 016 | Exclusivity | 0.50 | $350.50 |
| 017 | Executory Contracts/Lease Issues | 1.40 | $1,519.00 |
| 018 | General Case Strategy (includes calls with client and team calls) | 155.30 | $173,514.50 |
| 019 | Hearings and Court Matters | 96.20 | $101,052.50 |
| 021 | Non-Bankruptcy Litigation | 67.70 | $86,390.50 |
| 022 | Non-Working Travel | 37.00 | $40,805.00 |
| 023 | FERC Adversary Proceeding | 0.30 | $352.50 |
| 024 | Reclamation/503(b)(9) | 9.80 | $8,281.00 |
| 025 | Regulatory Issues including CPUC and FERC | 97.60 | $88,833.00 |
| 026 | Retention/Billing/Fee Applications: WGM | 40.80 | $31,452.00 |
| 027 | Retention/Fee Application: Ordinary Course Professionals | 0.80 | $676.00 |
| 028 | Retention/Fee Application: Other Professionals | 9.00 | $9,063.00 |
| 030 | Tax Issues | 297.40 | $374,929.50 |
| 031 | U.S. Trustee issues/ meetings/ communications/monthly operating | 2.80 | $3,117.50 |
| 035 | Real Estate and Real Property Issues | 370.40 | $414,562.50 |
| 036 | Tort Claimants Committee, Including Wildfire Claimants | 41.70 | $43,861.00 |
| 037 | Insurance Issues | 13.10 | $15,170.00 |
| **Total:** | | **3,566.70** | **$3,640,402.50** |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119