**EXHIBIT C**

**EXPENSE SUMMARY**
**FOR THE PERIOD MARCH 1, 2020 THROUGH MARCH 31, 2020**

| EXPENSES | AMOUNTS |
|---|---|
| Computerized Research | $19,004.26 |
| CourtCall | $732.50 |
| Consultants and Witness Fees | $266,821.88 |
| Duplicating | $8,689.30 |
| Air Courier/Express Mail | $216.55 |
| Firm Messenger Service | $523.28 |
| Meals | $1,053.77 |
| Transportation | $3,977.44 |
| Travel | $45,694.87 |
| **Total Expenses Requested:** | **$346,713.85** |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119