| | |
|---|---|
| **KELLER BENVENUTTI KIM LLP**<br>Tobias S. Keller (#151445)<br>(tkeller@kbkllp.com)<br>Jane Kim (#298192)<br>(jkim@kbkllp.com)<br>650 California Street, Suite 1900<br>San Francisco, CA 94108<br>Tel: (415) 496-6723<br>Fax: (650) 636-9251<br><br>*Attorneys for Debtors and Debtors in Possession* | |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>   - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                          **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**CERTIFICATE OF NO OBJECTION REGARDING FIFTH MONTHLY FEE STATEMENT OF PRIME CLERK LLC FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM APRIL 1, 2020 THROUGH APRIL 30, 2020**<br><br>[Re: Dkt No. 7688]<br><br>**Objection Deadline**:  June 22, 2020 at<br>                                     4:00 p.m. (Pacific Time) |

**THE MONTHLY FEE STATEMENT**

On June 1, 2020, Prime Clerk LLC (the "**Applicant**"), administrative advisor to PG&E Corporation and Pacific Gas and Electric Company (the "**Debtors**"), filed its *Fifth Monthly Fee Statement of Prime Clerk LLC for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period From April 1, 2020 Through April 30, 2020* [Docket No. 7688] (the "**Monthly Fee Statement**"), pursuant to the *Order Pursuant to 11 U.S.C §§ 331 and 105(a) and Fed. R. Bankr. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, entered on February 27, 2019 [Docket No. 701] (the "**Interim Compensation Procedures Order**").

The Monthly Fee Statement was served on June 1, 2020, as described in the Certificate of Service of Andrew G. Vignali, filed on June 4, 2020 [Dkt. No. 7786]. The deadline to file responses or oppositions to the Monthly Fee Statement was June 22, 2020, and no oppositions or responses have been filed with the Court or received by the Applicant. Pursuant to the Interim Compensation Procedures Order, the above captioned debtors and debtors in possession are authorized to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement upon the filing of this certification without the need for a further order of the Court. A summary of the fees and expenses sought by the Applicant is annexed hereto as **Exhibit A.**

**DECLARATION OF NO RESPONSE RECEIVED**

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that:

1. I am an associate of the firm of Keller Benvenutti Kim LLP, co-counsel for the Debtors.

2. I certify that I have reviewed the Court's docket in this case and have not received any response or opposition to the Monthly Fee Statement.

3. I further certify that I have confirmed with the Applicant that it has not received any response or opposition to the Monthly Fee Statement.

4. This declaration was executed in San Francisco, California.

Dated: June 29, 2020

**KELLER BENVENUTTI KIM LLP**

By: /s/ Thomas B. Rupp
Thomas B. Rupp

*Attorneys for Debtors and Debtors in Possession*

# Exhibit A

Professional Fees and Expenses
Monthly Fee Application

| Applicant | Fee Application Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Fees Authorized to be Paid at 80% | Expenses Authorized to be Paid at 100% | Amount of Holdback Fees |
|---|---|---|---|---|---|---|---|
| **Prime Clerk LLC**<br><br>(Administrative Advisor to Debtors and Debtors in Possession) | **Fifth Monthly**<br><br>(04.01.20 to 04.30.20)<br><br>[Dkt. 7688; filed 06.01.2020] | $272,687.80 | $0.00 | 06.22.2020 | $218,150.24 | $0.00 | $54,537.56 |