| | |
|---|---|
| 1 | JOHN L. JONES II (State Bar No. 225411) |
| 2 | **COLANTUONO, HIGHSMITH & WHATLEY, PC** |
| 3 | 790 E. Colorado Boulevard, Suite 850 |
|   | Pasadena, California 91101-2109 |
| 4 | Telephone: (213) 542-5700 |
|   | Facsimile: (213) 542-5710 |
| 5 | Email: JJones@chwlaw.us |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re

**The updated address information shown below applies to the bankruptcy cases and adversary proceedings appearing on the attached list.**

### NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** the address of John L. Jones II has changed. The new address is:

>   COLANTUONO, HIGHSMITH & WHATLEY, PC
>   790 E. Colorado Boulevard, Suite 850
>   Pasadena, California 91101-2109
>   Telephone: (213) 542-5700
>   Facsimile: (213) 542-5710
>   Email: JJones@chwlaw.us

Please update your records accordingly.

Date: June 29, 2020

/s/ John L. Jones II
Signature

# Select a Case

There was 1 matching person.

There were 3 matching cases.

| Name | Case No. | Case Title | Chapter / Lead BK case | Date Filed | Party Role | Date Closed |
|---|---|---|---|---|---|---|
| Jones, John L. II (aty) (3 cases) | 01-30127 | Northpoint Communications Group, Inc. | 7 | 01/16/01 | N / A | 06/19/06 |
| | 03-32715 | Brobeck, Phleger and Harrison | 7 | 09/17/03 | N / A | N / A |
| | 19-30088 | PG&E Corporation | 11 | 01/29/19 | N / A | N / A |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/29/2020 12:57:33 | | | |
| **PACER Login:** | | **Client Code:** | 10000.0191 |
| **Description:** | Search | **Search Criteria:** | LName: Jones FName: John MName: L. Type: aty |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |