BROWN RUDNICK LLP
Joel S. Miliband (SBN 077438)
(JMiliband@brownrudnick.com)
2211 Michelson Drive
Seventh Floor
Irvine, California 92612
Telephone:    (949) 752-7100
Facsimile:    (949) 252-1514

BROWN RUDNICK LLP
David J. Molton (SBN 262075)
(DMolton@brownrudnick.com)
Seven Times Square
New York, New York 10036
Telephone:    (212) 209-4800
Facsimile:    (212) 209-4801

Attorneys for Trustee and Claims Administrator

# UNITED STATES BANKRUPTCY COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 3:19-bk-030088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| -and- | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| Debtors. | **NOTICE OF APPOINTMENT OF FIRE VICTIM TRUST OVERSIGHT COMMITTEE IN ACCORDANCE WITH CONFIRMATION ORDER [Dkt. No. 8053] FILED BY FIRE VICTIM TRUSTEE** |
| ☐ **Affects PG&E Corporation**<br>☐ **Affects Pacific Gas and Electric Company**<br>☒ **Affects both Debtors** | |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM). | |

**PLEASE TAKE NOTICE** that, on December 12, 2019, the Debtors filed the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated December 12, 2019* [Dkt. No. 5101], which was thereafter amended, modified, or supplemented on January 31, 2020, February 7, 2020, March 9, 2020, March 16, 2020, May 22, 2020, and June 19, 2020 [Dkt. Nos.

5590, 5700, 6217, 6320, 7521, and 8048 respectively] (and as may be further amended, modified, or supplemented and together with all exhibits and schedules thereto, the "**Plan**").

**PLEASE TAKE FURTHER NOTICE** that on June 20, 2020 the United States Bankruptcy Court for the Northern District of California entered its *Order Confirming Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020* [Dkt. No. 8053] (the "**Confirmation Order**").

**PLEASE TAKE FURTHER NOTICE** that Section 6.8(e) of the Plan provides that the Fire Victim Trust Oversight Committee shall consist of members selected and appointed by the Consenting Fire Claimant Professionals (as defined in the Plan) and the Tort Claimants Committee (as defined in the Plan). *See* Plan at § 6.8(e).

**PLEASE TAKE FURTHER NOTICE** that Paragraph 18(f) of the Confirmation Order provides that "[t]he Fire Victim Trust Oversight Committee shall be appointed on or before the Effective Date and will be announced in a filing by the Fire Victim Trust with the Court and by a post on the Fire Victim Trust's website. The Fire Victim Trust Oversight Committee shall consist of members selected and appointed by the Consenting Fire Claimant Professionals and the Tort Claimants Committee." Confirmation Order at ¶ 18(f).

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Plan and Confirmation Order, the members of the Fire Victim Trust Oversight Committee, as selected and appointed by the Tort Claimants Committee and Consenting Fire Claimant Professionals, are set forth on Exhibit 1 attached hereto.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Confirmation Order and the terms of the PG&E Fire Victim Trust Agreement (as contained in the *Ninth Supplement to Plan Supplement in Connection with Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization* [Docket No. 8057] as Exhibit A, the "**Trust Agreement**"), the Fire Victim Trust's website (available at www.firevictimtrust.com) will be opened on June 29, 2020, at which time a copy of this Notice shall be posted thereon. Confirmation Order at ¶ 18(f). *See* Trust Agreement at § 6.1.

///

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the terms of the Trust Agreement, the Fire Victim Trust's website will be updated regularly to provide all fire victim claimants with timely information regarding matters related to the Fire Victim Trust. *See* Trust Agreement at §§ 2.1(e)(xxviii), 2.2(g).

DATED: June 29, 2020

BROWN RUDNICK LLP

Joel S. Miliband (SBN 077438)
(JMiliband@brownrudnick.com)
2211 Michelson Drive
Seventh Floor
Irvine, California 92612
Telephone: (949) 752-7100
Facsimile: (949) 252-1514

and

BROWN RUDNICK LLP
David J. Molton (SBN 262075)
(DMolton@brownrudnick.com)
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

*Attorneys for Trustee and Claims Administrator*

# **EXHIBIT 1**

**Fire Victim Trust Oversight Committee Members**

- Amy Bach, Esq. | United Policyholders
- Douglas Boxer, Esq. | Law Office of Douglas Boxer
- Elizabeth Cabraser, Esq. | Lieff Cabraser Heimann & Bernstein, LLP
- Michael Kelly, Esq. of Walkup, Melodia, Kelly & Schoenberger
- Frank M. Pitre, Esq. | Cotchett, Pitre & McCarthy, LLP
- Amanda L. Riddle, Esq. | Corey, Luzaich, de Ghetaldi & Riddle LLP
- Bill Robins, Esq. | Robins Cloud LLP
- Gerald Singleton, Esq. | Singleton Law Firm
- Steven J. Skikos, Esq. | Skikos, Crawford, Skikos & Joseph, LLP