Mary Wallace
Post Office Box 1632
Magalia, California 95954
Phone Number 530 492 6585
mks1954ss@gmail.com

Pro Per

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT**
**(SAN FRANCISCO DIVISION)**

| | | |
|---|---|---|
| In re: the Matter of: | § | No. 19-30088-DM |
| PG&E CORPORATION, | § | Chapter 11 |
| | § | (Lead Case) |
| -and- | § | (Jointly Administered) Case |
| PG&E GAS AND ELECTRIC | § | No. 19-30089-DM |
| COMPANY | § | |
| Debtors, | § | Proof of Claim No. 68955 |
| | § | Amended Proof of Claim No. 103408 |
| vs. | § | Filed October 18, 2018 |
| | § | Camp Fire |
| Mary Kim Wallace, <u>and</u> those | § | |
| Similarly Situated, | § | |
| Creditor(s). | § | |

<u>**OBJECTION TO THE PROPOSED**</u>

**"ORDER ON THE JOINT STATEMENT OF THE TCC, TRUSTEE, DEBRA GRASSGREEN AND KARL KNIGHT, ERIC AND JULIE CARLSON, AND MARY WALLACE, REGARDING UNRESOLVED OBJECTIONS TO THE FIRE VICTIM PROCEDURES"**

Related Docket Nos. 8074 and 8080

**OBJECTION TO PROPOSED ORDER**

My name is Mary Wallace. I am competent to make these objection.

I am a Camp Fire 2018 claimant and creditor in this Chapter 11 case.

I make these objections on my own behalf, and for those similarly situated.

OBJECTION TO PROPOSED ORDER                                    Page - **1** - of **6**

Proposed order written by: BROWN RUDNICK, LLP, Joel S. Miliband (SBN 077438), Attorney for Fire Victim Trustee and Claims Administrator, in this PG&E Chapter 11 Case 19-30088-DM.

The style of the Order shall read as follows:

**ORDER ON THE JOINT STATEMENT OF THE TCC, TRUSTEE, DEBRA GRASSGREEN, KARL KNIGHT, ERIC AND JULIE CARLSON, AND MARY WALLACE REGARDING UNRESOLVED OBJECTIONS TO THE FIRE VICTIM CLAIMS RESOLUTION PROCEDURES; EXHIBIT 1 ATTACHED**
[8074, and 8088]

Reference: lst paragraph, Pg. 1. Paragraph 1

Affiant agrees with the first paragraph with the addition of her name included.

The Debtors having filed the *Ninth Supplement to Plan Supplement in Connection with Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization* [Docket No. 8057], which contains as Exhibit A the PG&E Fire Victim Trust Agreement (with all Exhibits thereto, including the Fire Victim Claims Resolution Procedures (the "**CRP**")), which amends and supersedes Exhibit D to the Plan Supplement filed May 1, 2020 [Docket No. 7037]; and upon the *Joint Statement of the TCC, Trustee, Debra Grassgreen and Karl Knight, Eric and Julie Carlson, and Mary Wallace Regarding Unresolved Objections to the Fire Victim Claims Resolution Procedures* [Docket No. 8074] (the "**Joint Statement**"); and the Court having considered the statements of the parties at the hearing held on the Joint Statement on June 24, 2020; and for the reasons stated on the record at the hearing.

1) Reference: Paragraph 1.
2) Affiant agrees to the wording of this first paragraph and accepts this condition as long as the corresponding date of Plan, June 19, 2020, in the full and complete plan not subject to any other amendments that would affect this order.

3) Reference: Paragraph 2. Include the affiants' name, Mary Wallace.

    1) Upon fully exhausting the dispute resolution process set forth in Section VIII of the CRP, any of Debra Grassgreen and Karl Knight (and their minor child), Eric and Julie Carlson and Mary Wallace, (each of the foregoing Claimants, an **"Individual Eligible Claimant"**) may reject the Trustee Determination[1] awarded.

2) Affiant agrees to the wording of this second paragraph upon written clarification of the date and time this will take place, a detailed description of this exact process in its' entirety without subject to changes in the future.

3) Reference: Paragraph 3.

    1. Affiant agrees to the wording of this paragraph with the exception that the following be changed. Beginning with second sentence. "Upon submitting an Individual Election Notice to the Trustee and filing a copy with the Bankruptcy Court, an Individual Eligible Claimant may elect review of his or her Claim in the Bankruptcy Court, the District Court for the Northern District of California, a California State Court, or in the court where such claim was pending or could have been pending prior to the Petition Date (the **"Court of Review"**). For the avoidance of doubt, the Individual Eligible Claimants shall not be required to wait until the end of the Initial Review Period to seek a Final Judicial Determination.

4) Reference: Paragraph 4.

5) Affiant agrees to the wording of this paragraph.

6) Paragraph 5.

7) Affiant does not agree to the specific wording and requires clarification. It appears the Trust has not made a determination of all "other claims". Affiant request clarification so as not to construe this as "unconscionable contract" that is not clear and nothing to agree to. It also appears to automatically override any Judicial Determination.

8) Affiant states the paragraph to be changed as follows: Interest awarded on any Final

---

[1] Capitalized terms used but not otherwise defined in this Order shall have the meanings given to them in the CRP.

OBJECTION TO PROPOSED ORDER

Case: 19-30088   Doc# 8196   Filed: 06/28/20   Entered: 06/29/20 14:40:08   Page 3 of 68

1 Judicial Determination with respect to any Eligible Claimant, including any Individual

2 Eligible Claimant, shall be payable by the Trust to the same extent that interest awarded on

3 account of any Claim within the CRP is paid. If the Trust does not pay interest on account

4 of Claims within the CRP, the Individual Claimant can elect review of his or her claim in

5 the Bankruptcy Court, the District Court for Northern District of California, in the court

6 where such claim was pending, or could have been pending, or in any State Court in the

7 State of California.

8 9) Reference: Paragraph 6.

9 10) Affiant states that the Judge cannot make a defacto determination.

10 11) Affiant states the paragraph to be changed as follows:

11 12) Any award of punitive or exemplary damages with respect to any Claim seeking payment

12 by the Trust, whether such award is made by the Trustee or by any court, shall not be

13 subordinate and junior in right to the prior payment in full of all non-punitive and non-

14 exemplary damage. To the extent that the Trust elects not to include punitive or exemplary

15 damages with respect to any claim, the Individual Claimant can elect review of his or her

16 claim in the Bankruptcy Court, the District Court for Northern District of California, in

17 the court where such claim was pending, or could have been pending, or in any State

18 Court in the State of California.

19 13) Paragraph 7. Affiant agrees.

20 14) Paragraph 8. Affiant disagrees. This sentence contradicts paragraph 3 and should be

21 changed as follows:

22 15) With respect to all matters arising from or related to the implementation of this Order the

23 Bankruptcy Court, the District Court for Northern District of California, in the court

24 where such claim was pending, or could have been pending, or in any State Court in the

25 State of California may exercise jurisdiction. *All Rights Reserved*

26 Mary Wallace *June 28, 2020*

Mary Wallace

27

28

OBJECTION TO PROPOSED ORDER                                    Page - **4** - of **6**

1

2              *(See Exhibit 1, Affidavit of Mary Wallace)*

3

Case: 19-30088   Doc# 8196   Filed: 06/28/20   Entered: 06/29/20 14:40:08   Page 5 of
68

```
1   Mary Wallace
    Post Office Box 1632
2   Magalia, California 95954
    Phone Number 530 492 6585
3   mks1954ss@gmail.com

4   Pro Per

5

6

7

8                    UNITED STATES BANKRUPTCY COURT
                            NORTHERN DISTRICT
9                       (SAN FRANCISCO DIVISION)

10  In re: the Matter of:              §            No. 19-30088-DM
                                       §
11  PG&E CORPORATION,                  §    Chapter 11
                                       §    (Lead Case)
12          -and-                      §    (Jointly Administered) Case
                                       §
13  PG&E GAS AND ELECTRIC              §            No. 19-30089-DM
    COMPANY                            §
14              Debtors,              §    Proof of Claim No. 68955
                                       §    Amended Proof of Claim No. 103408
15          vs.                        §    Filed October 18, 2018
                                       §    Camp Fire
16  Mary Kim Wallace, and those Similarly §
    Situated,                          §    Judge:   Honorable Dennis Montali
17              Creditor(s).           §
```

## AFFIDAVIT OF MARY WALLACE

My name is Mary Wallace. I am competent to make this Affidavit. The facts stated in this Affidavit are within my own knowledge and are true and correct and materially complete.

I am a Camp Fire 2018 victim claimant and creditor in this Chapter 11 case.

I make this Affidavit on my own behalf and for those similarly situated.

1) Affiant has never been presented with the final documents of the Plan, (Ninth Supplement to Plan Supplement in Connection with Debtors'' and Shareholders' Joint Chapter Il Plan of Reorganization [Docket No. 8057], which contains as Exhibit A the PG&E Fire Victim Trust Agreement (with all Exhibits thereto, including the Fire Victim Claims Resolution Procedures (the CRP'')), (the Plan) thus, I cannot make an informed, intelligent decision whether or not to accept or reject "The Plan.

2) Affiant has never been presented with the final terms and conditions of the Plan, the Trust, the Confirmation Order(s) incorporating all amendments of The Trust Documents, The Plan, The Confirmation Order, without referring to many other amendments that are still being amended.

3) Affiant has not been presented with the final Debtor' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization, which contains as Exhibit A the PG&E Fire Victim Trust Agreement with all Exhibits thereto, including the Fire Victim Claims Resolution Procedures (the "CRP"), which supersedes Exhibit D to the Plan Supplement filed May 1, 2020.

4) Affiant has never been presented with a contract between Debtors, Debtors-in-Possession, PG&E CORPORATION, or PACIFIC GAS AND ELECTRIC COMPANY with my signature and theirs on it.

5) Affiant has never been presented with the entire plan to fairly compensate Affiant and those similarly situated Fire Victims, in an equitable manner.

6) Affiant has never been presented with a pro rata basis formula that is used in The Fire Victims Trust.

7) Affiant has never been presented with Bankruptcy Rules, (including local rules), Codes and Procedures, that trump California and Federal Law, that which would not allow me the reservation of all my rights.

8) Affiant has never been provided with the final claims' valuation process.

9) Affiant has never been presented with any material facts or evidence which would preclude considering all damages and costs recoverable under California Law or, if applicable, other non-bankruptcy law.

10) Affiant has never been presented with a contract that she and the Trustees' signed that there is any "holder" of my Fire Victim Claim, other than myself.

11) Affiant has never been presented with a contract, signed by myself and authorized Agents of the Trust that I may not assert Rights and Causes of Actions in defense of my claim.

12) Affiant has never been presented with any material facts that the Plan Proponents, and each of their respective Representatives, operated in good faith and at arms' length.

Case: 19-30088    Doc# 8196    Filed: 06/28/20    Entered: 06/29/20 14:40:08    Page 7 of 68

13) Affiant has never been presented with full disclosure of the Plan, the Trust, and all supporting documents.

14) Affiant has not been presented with any material facts that the Votes to accept or reject have been solicited and tabulated fairly, in good faith, and at arms' length.

15) Affiant has not been presented with a contract, that she signed, that states these amendments can be amended, modified, and changed, at the convenience of the Proponents.

16) Affiant has not been presented with any contract, in relationship to proving a claim that an Affidavit of Loss will not stand as proof of claim.

17) Affiant has not been presented with procedures to evaluate any additional categories of recoverable damages.

18) Affiant has not been presented with any material facts or evidence that she will be made whole.

19) Affiant has not been presented with any material facts or evidence that she agrees or consents, as a Claimant, to release the Trust, the Trustee, Delaware Trustee, TOC, Claims Administrator, Special Master and each of their respective predecessors, successors, assigns, assignors, representatives, members, officers, employees, agents, consultants, lawyers, advisors, professionals, trustees, insurers, beneficiaries, administrators, and any natural, legal or juridical person or entity or acting on behalf of or having liability in respect of the Trust, the Trustee, Delaware Trustee, TOC, Claims Administrator, or Special Master (the Trust Released Parties") from any and all past, present and future claims, counterclaims, actions, rights or causes of action, liabilities, suits, demands, damages, losses, payments, judgments, debts, dues, sums of money, costs and expenses (including without limitation, attorneys' fees and costs), accounts, reckonings, bills, covenants, contracts, controversies, agreements, obligations, or promises, in law or equity, contingent or non-contingent, known or unknown, suspected or unsuspected, foreseen or unforeseen, matured or unmatured, accrued or unaccrued, liquidated or unliquidated, whether direct, representative, class or individual in nature, in any form, that an applicant had, have, or may have in the future arising from, relating to, or resulting from or in any way connected to, in whole or in part, the discharge of the Trust Release Parties' duties

Case: 19-30088    Doc# 8196    Filed: 06/28/20    Entered: 06/29/20 14:40:08    Page 8 of 68

and responsibilities under the Retention Order, the Trust Agreement, including any agreement, document, instrument or certification contemplated by the Trust Agreement, the CRP, the Plan, and any and all other orders of the District Court or Bankruptcy Court relating to the Trust Released Parties and/or their duties and responsibilities.

1) Affiant will accept an order that states if her claim is disputed, she can commence a course of action in any court regarding the dispute immediately upon dispute of the Trust. Order, re: Docket No.s' 8074, 8080, 7367, 7969, 7141, 7540, 7794.

2) Affiant has not waived her rights to be awarded interest on her claim from the date of the original injury, November 8, 2018.

3) Affiant has not been presented with any material facts or evidence that interest with respect to any Eligible Claimant or Individual Eligible Claimant shall not be paid by the trust.

4) Affiant will agree that she may collect interest from the trust on her claim and is to be included in full as part of her claim.

5) Affiant has not been presented with any material facts or evidence that punitive or exemplary damages seeking payment from the Trust will be subordinate or junior in right to the payment in full of all non-punitive and non-exemplary damage awards reflected in Final Determinations and Final Judicial Determinations.

6) Affiant retains her right to Judicial Review of her choice and rejects IX and will notify the Trustee, as an Individual Eligible Claimant, or an Eligible Claimant, of her intent to seek a Judicial Determination by submitting a written notice to the Trustee (an Individual Election Notice and/or a Eligible Claimant Notice) and filing a copy of such notice with the Bankruptcy Court.

7) Affiant filed Docket No. 7141 on May 5, 2020, Emergency Motion to Stay Vote.

8) Affiant filed Docket No. 7367 on May 15, 2020, Objection, Reservation of Rights, Objection to the Plan, Fire Victims Trust and Voter Irregularity.

9) Affiant filed Docket No. 7540, on May 15, 2020, Notice of Participation.

10) Affiant filed Docket No. 7562, on May 28, 2020, Emergency Motion to Allow Pro Per Litigant time to Examine Dockets Filed in the PG&E' Bankruptcy Case and allow time to respond.

11) Docket #7811 filed June 5, 2020, Order Denying Motion to deny Affiant time to Read 1,000 pages.

12) Docket # 7794 filed June 5, 2020, Declaration of Mary Wallace Regarding Mailing of Plan Documents, by Prime Clerk, to Mary Wallace, post marked # 011E11684963, SRF# 42422, from zip code 90015, Sender: Prime Clerk LLC, Grand Central Station, P.O. Box 4850, New York, New York, 10163-4850.  Contents received on June 3 by Priority Mail. (Docket #7514, Notice of Filing of Debtors' and Shareholders Proponents' Joint Chapter 11 Plan of Reorganization, 111 pages. Docket #7521, DEBTORS' AND SHAREHOLDERS PROPONENT' CHAPTER 11 PLAN OF REORGANIZATION, 107 pages. Doc# 7503, NOTICE OF FILING OF SUPPLEMENT TO PLAN SUPPLEMENT IN CONNECTION WITH DEBTORS' AND SHAREHOLDER PROPONETS' JOINT CHAPTER 11 PLAN OF REORGANIZATION. (49 pages). 4. Doc# 7528, PLAN PROPONENTS' JOINT MEMORANDUM OF LAW AND OMNIBUS RESPONSE IN SUPPORT OF CONFIRMATION OF DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION. (103 pages). 5. Doc# 7556, DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CONFIRMATION HEARING LIST. (8 pages of 89 to be heard). 6. Doc# 7542, DEBTORS' AND SHAREHOLDER PROPONENTS' NOTICE OF DESIGNATION OF SPEAKING ATTORNEYS AND WITNESSES AT CONFIRMATION HEARING. (3 pages). 7. Doc# 7530, EX PARTE APPLICATION FOR ORDER PURSUANT TO L.B.R. 9013-1(c) AUTHORIZING OVERSIZE BRIEFING FOR PLAN PROPONENTS/ JOINT MEMORANDUM OF LAWE AND OMNIBUS RESPONSE IN SUPPORT OF CONFIRMATION OF DEBTORS' AND SHAREHOLDERS' PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION. (6 pages). 8. Doc# 7507, DECLARATION OF CHRISTINA PULLO OF PRIME CLERK LLC REGARDING SOLICITATION OF VOTES AND TABULATION OF BALLOTS CAST WITH RESPECT TO THE DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION. (122 pages). 9. Doc # 7512, DECLARATION OF KENNETH S. ZIMAN IN SUPPORT OF CONFIRMATION OF DEBTORS' AND SHAREHOLDER

Case: 19-30088    Doc# 8196    Filed: 06/28/20    Entered: 06/29/20 14:40:08    Page 10 of 68

1  PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION. (7 pages). 10.

2  DECLARATION OF JOHN BOKEN IN SUPPORT OF DEBTORS' AND

3  SHAREHOLDERS PROPONETS' JOINT CHAPTER 11 PLAN OF REORGANIZATION.

4  (8 pages). 11. DECLARTION OF JASON P. WELLS IN SUPPORT OF CONFIRMATION

5  OF DEBTORS' AND SHAREHOLDERS PROPONTS' JOINT CHAPTER 11 PLAN OF

6  REORGANIZTIONS. (pages? Can't decipher there are so many. 900?) In my declaration I

7  also requested whether or not this was the final documents.

8  13) Affiant filed Docket 7969, June 16, 2020, OBJECTION TO THE PLAN AND

9  RESERVATION OF RIGHTS OF, BY, AND FOR MARY WALLACE.

10  14) Affiant refers to Docket #8001, MEMORANDUM DECISION – CONFIRMATION OF

11  DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF

12  REORGANIZATION. Affiant states Judge Montali made a mistake when referring to MARY

13  WALLACE, (Dkt. 7367), on page 30 of Docket #8001, stating: Ms. Wallace also objected on

14  the ground that she did not have adequate time to vote for the plan. The court accepts Debtors'

15  representation that she was sent the relevant materials in early April and OVERRULES this

16  objection.

17  15) Affiant did not receive relevant materials in early April. Affiant sent many letters and emails to

18  the Court and Prime Clerk requesting the "relevant materials". Affiant states that Judge

19  Montali made a mistake in his order by stating I had received the "relevant materials" in early

20  April.

21  16) Affiant sent a letter to Judge Montali on January 22, 2020 regarding not receiving

22  confirmation that her claim had been received. Exhibit 1.

23  17) Affiant emailed and called Prime Clerk on February 19, 2020, regarding not receiving notice

24  that they had received my proof of claim. The Prime Clerk representative told me to contact

25  their mailing department and request to have it mailed to me.  Affiant did so. Exhibit 2.

26  18) Affiant received an email from Prime Clerk on February 27, 2020, stating they attached my

27  proof of claim and verified receipt of claim received, Claim #68955.  Exhibit 3.

28

19) Affiant sent Certified letter, on April 16, 2020 to Judge Montali #7019 1640 0001 4528 3234, Return Receipt #9590 9402 5695 9346 9410 03 and a copy of the notice to Judge Montali, with all exhibits by Certified letter to Prime Clerk #7019 1640 0001 4528 3227, Return Receipt #9590 9402 5695 9346 9410 10. Enclosed were the following: Notice to Judge Montali regarding Amended Proof of Claim filed October 18, 2019 #68955, Contents: Letter to Judge Montali, Original Proof of Claim stamped received by PG&E, Amended Proof of Claim, April 13, 2020, Letter and email to Prime Clerk, February 17, 2020 and February 27, 2020, Proof of Claim "Stamped Copy by PG&E October 28, 2019. The letter to Judge Montali asked specifically why I was not receiving information from Prime Clerk, LLC. Exhibit 4.

20) Affiant received an email from Ankey Thomas, Judicial Assistant to Hon. Dennis Montali, on April 30, 2020, with a filed stamped copy of my amended Claim, #103408. Exhibit 5.

21) Affiant sent an email on May 4, 2020, to Ankey Thomas and to whom it may concern at pgeballots@primeclerk.com requesting help. Subject of email was Request for The Plan and Voting Ballot for Claim #103408. In this email Affiant requested the Plan and Voting information in hard copy form, as she requested all be sent by mail. Affiant stated in her email that if they were to deny me The Plan, and a Voting Ballot, state the reason for denial based upon Finding of Facts and Concllusion at Law. Affiant also requested that the email would be made public and filed into the PG&E Bankruptcy Case. Affiant requested a file stamped copy that the court and Prime Clerk had received this notice. Ankey Thomas replied he would mail me a hard copy. Exhibit 6.

22) Affiant received a reply from Ankey Thomas, via email, on May 5, stating he would mail me The Plan and Voting Ballot, but would not make my request for Plan and Voting Ballot public. He also said I could go look it up on the Prime Clerk website. Exhibit 7.

23) Affiant also reached out in an email, on May 6, 2020, to Lorena Parada, rjulian@bakerlaw.com, vanessa.nacarrow@asm.ca.gov, logan.pitts@sen.ca.gov, senator.mcquire@senate.ca.gov, laurel.green@sen.ca.gov, jim.wood@asm.ca.gov, laura.beltran@asm.ca.gov, esagerman@bakerlaw.com, ann.oleary@ca.gov,

Daniel.zingale@ca.gov, tom.gogola@mail.house.gov, joe.plaugher@mail.house.gov. Affiant included an "Emergency Motion to Stay Deadline to Vote". Exhibit 8

24) Affiant uploaded the "Emergency Motion to Stay", after failed attempts to do so by email, by sending my motion to a friend, Jim Finn, who got it filed into the court on May 11, 2020, Doc. No. 7141. Exhibit 9.

25) Affiant received an email from Ryan Vyskocil, from Prime Clerk, on May 13, 2020, stating I could use the below "unique" E-Ballot to submit my vote online. Affiant stands by these attached documents that show she did not receive the plan and voting procedures under the requirements set forth in the voting procedures. Exhibit 10.

26) Affiant filed Docket # 7367, "Objection", Reservation of Rights, Objection to the Plan, Fire Victims Trust and Notice regarding Voting Irregularities", on May 15, 2020. Exhibit 11.

27) Affiant received the Plan and Voting Material on Saturday, May 16, 2020.

**Regarding XII Credits and Deductions, C**

28) Affiant has not been presented with any material facts or evidence which states FEMA has any right to lien my claim, or my estate.

29) Affiant has not been presented with any contract signed between herself and FEMA, where she has given any right to her claim.

30) Affiant has personal knowledge of her Affidavit as a Pro Per Litigant and participant in this Chapter 11 Bankruptcy Case, as stated in the above caption: PG&E Case # 19-30088.

*All Rights Reserved*

*Mary Wallace*
Mary Wallace                    *June 28, 2020*

***(See attached Notary Jurat)***

Case: 19-30088    Doc# 8196    Filed: 06/28/20    Entered: 06/29/20 14:40:08    Page 13 of 68

# CALIFORNIA JURAT CERTIFICATE

GOVERNMENT CODE § 8202

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of **Butte** _____ }SS.

Subscribed and sworn to (or affirmed) before me on this *28ᵗʰ* day of *JUNE* _____,

20*20* ____, by *MARY WALLACE* _____,

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

WITNESS MY HAND AND OFFICIAL SEAL.

*[signature]*
Signature of Notary Public

NORMAN WHITEHURST
COMM. # 2294301
NOTARY PUBLIC - CALIFORNIA
COUNTY OF BUTTE
Comm. Expires JUN 21, 2023

(Notary Seal)

## OPTIONAL INFORMATION

*The jurat contained within this document is in accordance with California law. Any affidavit subscribed and sworn to before a notary shall use the preceding wording or substantially similar wording pursuant to Civil Code sections 1189 and 8202. A jurat certificate cannot be affixed to a document sent by mail or otherwise delivered to a notary public, including electronic means, whereby the signer did not personally appear before the notary public, even if the signer is known by the notary public. The seal and signature cannot be affixed to a document without the correct notarial wording. As an additional option an affiant can produce an affidavit on the same document as the notarial certificate wording to eliminate the use of additional documentation.*

DESCRIPTION OF ATTACHED DOCUMENT

*AFFIDAVIT OF MARY WALLACE*
(Title of document)

Number of Pages *9* (Including jurat)

Document Date *6-28-2020*

_____
(Additional Information)

CAPACITY CLAIMED BY THE SIGNER

✓ Individual
____ Corporate Officer
____ Partner
____ Attorney-In-Fact
____ Trustee
____ Other: _____

# Exhibit 1

**From:** Xena Gale
**Sent:** Wednesday, January 22, 2020 4:17 PM
**To:** lorena_parada@canb.uscourts.gov
**Subject:** Attn: Judge Montali PGE, needs to compensate it's victims fairly and first! from CAMP FIRE VICTIM

January 22, 2020

Judge Dennis Montali
US Bankruptcy Court
450 Golden Gate Avenue
San Francisco, California 94102

Case # 19-3088-DM

I filed a claim into this bankruptcy case. I have not heard anything as to what is going on with my claim, nor have been kept up to date as to the hearings, availability to participate in the proceedings, nor know of any other men and women, who filed claims without attorneys, have had an opportunity to be heard.

The true victims of this tragic fire, November 8, 2018, are the flesh and blood who lost loved ones, their homes, their animals, their jobs, and their whole life. All because PGE focused on profit versus maintenance of their equipment.
86 people died that day. One, a good friend, was working hard to save the Magalia Community Church in Magalia. His efforts helped save the church, but, as an 85 year old man, he didn't have the strength to survive the smoke and burned alive on his front porch, less than a couple of blocks away from the church. Cal Fire was there and did nothing to help the others trying to save the church. They watched and did nothing.

I saw a post three days ago from a father who, along with his two young children, walked from their home and were fortunate to have been picked up by a neighbor. As they escaped the fire, driving through fires on each side of the road, they saw many people trying to escape on foot as well. Their clothes were catching on fire from the severe heat. They watch them burn alive.

At another post, a woman was forced to run over a burning person in the road. Can you imagine the horror of witnessing that?
There are approximately 1200 lots, unclaimed, in Paradise. Where are their owners? Many people I have met since the fire were first responders. They commented that they saw hundreds of burned cars, with people and their hands glued to the steering wheel. Dead. Burned alive.

What if that was your mother, or father, or daughter or friend. Would you think it was ok for PGE to not be charged criminally? Murder? If a man or woman, instead of a corporation, has done what PGE did would they have just been fined and told to be better next time?

And how many next times has PGE had? How many more people have to die instead of holding PGE accountable?

A year later, many are still struggling. And now, all I see is what is posted on Facebook and the News. Some of these reports are very disturbing. FEMA wants a piece? The attorneys get cash, before the real victims, the insurance companies? Feather River Hospital has a claim in excess of $1 Billion. The actual victims with claims is supposedly 80k. And rumors are we get compensated for our real loss last.

I would like to see PGE's financials. If it is true, that all claims total over $17 Billion, I'd like to see those claims. I dispute that the $13.5 billion is enough to cover all the losses. And, if it is true that FEMA is coming after our claim, then I would like to see their loss. After all, didn't the victims already pay FEMA? How would FEMA exist if they weren't receiving money from the Federal Government. And who is that? The people or another corporation?

Also, my claim form was short, just stating that I had a claim. Am I supposed to submit a detailed list into the case of all loses? And, I don't know many people who have actually finished their detailed claims and handed those off to their attorneys.

Very confusing.

I would like the Bankruptcy Court to take notice that I do not authorize anyone to accept a claim on my behalf without having full disclosure of PGE's assets, and all that is being negotiated without my consent.

Nor do I think it fair that victims, who need resources to get back to where they were before the fire, should be forced to take ½ cash, and ½ in PGE Stock. And, then have someone else, manage a payment fund or a three year period. How about give that to FEMA? Give that to the Insurance Companies. Give that to the Attorneys.

We are coming to the Capital, Friday, January 24, 2020 to protest the settlement proceeding and our outrage at the weak attempt from PGE to take full and absolute responsibility for the damage, harm and injury they caused through neglect and greed. And please tell the rest of the quasi-victim corporations to keep their hands off our claim.

Sincerely,
Mary Wallace
Magalia, California
95954
Zenatheprincesswarrior2011@hotmail.com

Sent from Mail for Windows 10

# Exhibit 2

**Reply**          **Forward**          **Delete**

## PGE Bankruptcy Case 19-3009, re: my Proof of Claim, October 18, 2019 Request for Information

Date: 02/19/2020 (02:19:33 PM PDT)
From: xena@calirub.co
To: pgeinfo@primeclerk.com

---

 Text (1 KB)

Attention Mailing Department:


I spoke with a clerk at your office today regarding not received notice
that you had received my claim.


She was able to look up my claim by name:  Mary Kim Wallace.  She was able
to give me the claim #68955. I requested that she send me a hard copy of
that notice.

She said I needed to email the mailing department for PGE and request it
sent.  Please send this and all future correspondence in writing to:


Mary Kim Wallace

Creditor Claim #68955

P. O. Box 1632

Magalia, California 95954


If you cannot provide me with the Proof of filing, please write and let me
know.


Mary Kim Wallace

# Exhibit 3

Reply              Forward              Delete

## RE: PGE Bankruptcy Case 19-3009, re: my Proof of Claim, October 18, 2019 Request for Information

**Date:** 02/27/2020 (02:02:05 PM PDT)
**From:** PGE Info
**To:** xena@calirub.co

**Attachments:** PGE Claim 68955.pdf (1.9 MB)

---

Text (1 KB)

Xena,

Thank you for contacting Prime Clerk.

Please find attached a Prime Clerk stamped copy of your submitted claim.

Please let us know if we can be of further assistance.

Regards,


Prime Clerk Inquiries
Prime Clerk
850 Third Avenue, Suite 412
Brooklyn, NY 11232
primeclerk.com
The highest level of professionalism, innovation and transparency in bankruptcy administration.
For more information click here: http://primeclerk.com/raising-the-bar/


-------------- Original Message ---------------
From: [xena@calirub.co]
Sent: 2/19/2020 5:19 PM
To: pgeinfo@primeclerk.com
Subject: PGE Bankruptcy Case 19-3009, re: my Proof of Claim, October 18, 2019 Request for Information

Attention Mailing Department:


I spoke with a clerk at your office today regarding not received notice that you had received my claim.


She was able to look up my claim by name:  Mary Kim Wallace.  She was able to give me the claim #68955. I requested that she send me a hard copy of that notice.


She said I needed to email the mailing department for PGE and request it sent.  Please send this and all future correspondence in writing to:


Mary Kim Wallace

Creditor Claim #68955

P. O. Box 1632

Magalia, California 95954


If you cannot provide me with the Proof of filing, please write and let me know.

Case: 19-30088    Doc# 6156    Filed: 03/03/20    Entered: 03/03/20 14:47:08    Page 21 of 68

Mary Kim Wallace
ref:_00D1N1uIqY._5003l10e3rv:ref

📄 PGE Claim 68955.pdf (1.9 MB)

Exhibit 4

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Judge Montali
United States Bankrupty
Court San Franciso Div.
450 Golden Gate Avenue
San Francisco Cait 94102

9590 9402 5695 9346 9410 03

2. Article Number (Transfer from service label)

7019 1640 0001 4528 3234

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

Kammie Ashe     4/21/20

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

7019 1640 0001 4528 3234

For delivery information, visit our website at www.usps.com®.

SAN FRANCISCO, CA 9410   OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $3.55 | 0954 |
| $ | 02 |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $ $0.00
☐ Return Receipt (electronic)       $ $0.00          Postmark
☐ Certified Mail Restricted Delivery $ $0.00          Here
☐ Adult Signature Required          $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postage   $1.50

04/16/2020

Total Postage and Fees   $8.20

Sent To   Judge Montali
          United States Bankraptcy Court S F Divis
Street and Apt. No., or PO Box No.
          450 Golden Gate Avenue
City, State, ZIP+4
          San Francisco California 94102

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions



**USPS TRACKING #**

9590 9402 5655 9346 9410 03

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States**
**Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Mary Kim Wallace
PO Box 1632
Magalia, California
95954



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Prime Clerk, LLC
Prime Clerk~PG&G
850 Third Ave Ste 412
Brooklyn New York 11232

9590 9402 5695 9346 9410 10

2. Article Number (Transfer from service label)

7019 1640 0001 4528 3227

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Cyl Share_
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
4-20-20

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery ($500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt

---

# U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

BRO~ OFFICIAL USE

Certified Mail Fee   $3.55

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required           $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postmark Here   0954   09   9696

Postage   $1.60

Total Postage and Fees   $8.00

04/15/2020

Sent To   Prime Clerk, LLC  Prime Clerk PG&E
Street and Apt. No., or PO Box No.   850 Third Avenue Suite 412
City, State, ZIP+4®   Brooklyn, New York 11232

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions

7019 1640 0001 4528 3227



**USPS TRACKING #**

9590 9402 5695 9346 9410 10

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Mary Kim Wallace
PO Box 1632
Magalia California
95954

Mary Kim Wallace
Post Office Box 1632
Magalia, California 95954
Phone Number 530 492 6585
xena@calirub.co

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT
## (SAN FRANCISCO DIVISION)

In re:                                          Bankruptcy Case
PG&E CORPORATION,                               No. 19-30088-DM
                                                Chapter 11
    -and-                                       (Lead Case)
                                                (Jointly Administered)
PG&E GAS AND ELECTRIC COMPANY
                    Debtors                     Proof of Claim No. 68955
                                                Filed October 18, 2018
    vs.                                         Camp Fire

Mary Kim Wallace                                Judge:   Honorable Dennis Montali

                    Creditor

_____

**NOTICE: Amended Proof of Claim filed October 18, 2018 # 68955**

**Contents:**

**Exhibit 1**: (Ltr to Judge Montali.

**Exhibit 2**: Original (Proof of Claim (Fire Claim Related) File Stamped October 18, 2018 by PRIME

CLERK,      LLC, copy received October 2019.

**Exhibit 3**: Proof of Claim (Fire Claim Related) Amended, April 13, 2020.

**Exhibit 4**: Letter and email to PRIME CLERK, LLC February 17, 2020 and February 27, 2020.

**Exhibit 5**: Proof of Claim "Stamped COPY" by local PG&E Office in Chico, California October 18, 2019.

I declare under penalty of perjury that this amended Proof of Claim (Fire Claim Related) is true

And correct to the best of my ability.

                                                All Rights Reserved

DATED: April 16, 2020
                                                _____
                                                By: Mary Kim Wallace
                                                Creditor.  In Pro Per

- 1 -

Amended Proof of Claim # 68955 Certified Mail Receipt #7019 1640 0001 4528 3234
Return Receipt # 9590 9402 5695 9346 9410 03

April 14, 2020

Mary Kim Wallace
P. O. Box 1632
Magalia, California 95954

xena@calirub.co
530 492 6585

*Exh. 1*

*Original*

To:     UNITED STATES BANKRUPTCY COURT
        NORTHERN DISTRICT OF CALIFORNIA
        (SAN FRANCISCO DIVISION)
        450 GOLDEN GATE AVENUE
        SAN FRANCISCO, CALIFORNIA 94102

        Subject:     PG&E CORPORATION
                     Chapter 11 Case
                     Case No. 19-30088

Re:     CLAIM #68955
        Notice to Amend Claim

On October 18, 2018, I filled out a Proof of Claim (Fire Claim Related) by printing out two forms and had them delivered to the PG&E Office in Chico, California and to be filed with the UNITED STATES BANKRUPTCY COURT listed above.

Since that time I have called Prime Clerk, LLC and asked why I have not been receiving any information regarding my claim, nor proof it was received. My original claim specifically asked to have all documents mailed to me. They looked up my claim by my Name and said they would mail me if I contacted their mailing department. I sent an email to their mailing department and instead of receiving a copy of the my claim by mail, they emailed it to me.

I then started hearing that others were receiving information from the Prime Clerk, LLC, yet I was still not receiving.

I went back and reviewed the notice of my COPY, being received by PGE Office in Chico and compared it to the copy of the claim that Prime Clerk, LLC received. Somehow, on the copy sent to Prime Clerk, LLC, question #11 was not filled in. My COPY, shows it checked "How much is the claim?", with my answer, checked: Unknown / To be determined at a later date. The other copy emailed me, verifying that Prime Clerk, LLC, had nothing checked in #11.

Not sure how that happened, except under duress I did not fill that in.

Page **1** of 2

The amended claim is now being delivered to PG&E, Chico, location. If for some reason they can not accept the amended claim, I will send this information directly to the UNITED STATES BANKRUPTCY COURT, in San Francisco.

Please respond that I wish my claim to be amended to and unknown / To be determined at a later date. I have attached a copy of the claim stamped by PG&E Office in Chico, the copy I received from Prime Clerk, LLC and the amended Proof of Claim (Fire Claim Related).

I request verification that my claim has been updated.

Mail to:

Mary Kim Wallace

P. O. Box 1632

Magalia, California 95954

and,

Email: xena@calirub.co
530 492 6585


Cc: Hand delivered to PG&E Office in Chico, California, 4 15 2020

PG&E - Customer Service Office

350 Salem St
Open · Closes 5PM · (800) 743-5000

Pacific Gas & Electric Co
11239 Midway
Open 24 hours · (800) 743-5000

Cc:

UNITED STATES BANKRUPTCY COURT
    NORTHERN DISTRICT OF CALIFORNIA
    (SAN FRANCISCO DIVISION)
    450 GOLDEN GATE AVENUE
    SAN FRANCISCO, CALIFORNIA 94102

    Subject:    PG&E CORPORATION
                Chapter 11 Case
                Case No. 19-30088

Cc: PRIME Clerk, LLC
850 Third Avenue, Suite 412
Brooklyn, New York 11232

Enclosures  4/15/2020

① Letter to US Bankruptcy Court 4/14/2020

② Proof of Claim from Prime Clerk, LLC 10/18/2020

③ Amended Proof of Claim dated 4/13/2020

④ Ltr to Prime Clerk LLC requesting receipt & copy of my Proof of Claim 2/19/2020 with response 2/27/2020

⑤ Copy submitted to PG&E office of Proof of Claim - Original 10/18/2020

Mary Kim Wallace
4/15/2020

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)**

In re:
**PG&E CORPORATION,**
**- and -**
**PACIFIC GAS AND ELECTRIC**
**COMPANY,**
Debtors.

**Bankruptcy Case**
**No. 19-30088 (DM)**

**Chapter 11**
**(Lead Case)**
**(Jointly Administered)**

# Proof of Claim (Fire Claim Related)

Read the instructions before filing this claim form. This form is for tort claimants who have a claim against the Debtors (i.e. PG&E Corporation and Pacific Gas and Electric Company) that arose prior to the Debtors filing for bankruptcy (i.e. prior to January 29, 2019) and that arose from, or relates to, a fire.

████████████████████████████████████

Do NOT file a fraudulent claim. A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Please type or print in the spaces below. Do NOT use red ink or pencil.

| Part 1: | Identify the Claim |
| --- | --- |

**1. Who is the current creditor?**

*Mary Kim Wallace*

Name of the current creditor (the person or entity to be paid for this claim)

[ ] Date Stamped Copy Returned
[ ] No Self-Addressed Stamped Envelope
[✓] No Copy Provided

**2. Has this claim been acquired from someone else?**

[✓] No
[ ] Yes. From whom? _____

**3. Are you filing this claim on behalf of your family?**
A family is a group of two or more people related by birth, marriage, domestic partnership, or adoption and residing together. All such people are considered as members of one family.

[✓] No
[ ] Yes

If you checked "Yes", please provide the full name of each family member that you are filing on behalf of:

_____  _____
_____  _____
_____  _____

**4. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

Name *Mary Kim Wallace*
Attorney Name (if applicable) _____
Attorney Bar Number (if applicable) _____
Street Address *P.O. Box 1632*
City *Magalia*
State *California*
Zip Code *95954*
Phone Number *530 492 6585*
Email Address *xena@calirub.co "not.com"*

**Where should payments to the creditor be sent?**
(if different)

Name _____
Attorney Name (if applicable) _____
Attorney Bar Number (if applicable) _____
Street Address _____
City _____
State _____
Zip Code _____
Phone Number _____
Email Address _____

**5. Does this claim amend one already filed?**

[✓] No
[ ] Yes. Claim number on court claims registry (if known) _____

Filed on ___ / ___ / _____
MM / DD / YYYY

**6. Do you know if anyone else has filed a proof of claim for this claim?**

[✓] No
[ ] Yes. Who made the earlier filing? _____

**Part 2:** Give Information About the Claim as of the Date this Claim Form is Filed

**7. What fire is the basis of your claim?**

Check all that apply.

- ☑ Camp Fire (2018)
- ☐ North Bay Fires (2017)
- ☐ Ghost Ship Fire (2016)
- ☐ Butte Fire (2015)
- ☐ Other (please provide date and brief description of fire: _____

**8. What are the loss location(s) where you and/or your family suffered harm? (e.g. home or business address, place of injury, place from which you were evacuated, if different.?**

Location(s): *6295 Dimitri Court*
*Magalia California*
*95954*

**9. How were you and/or your family harmed?**

Check all that apply

- ☑ Property Damage (homes, structures, personal property, land, trees, landscaping, and all other property damage)
  - ☐ Owner ☑ Renter ☐ Occupant ☐ Other (Please specify): _____
- ☐ Personal Injury
- ☐ Wrongful Death (if checked, please provide the name of the deceased)
- ☑ Business Loss/Interruption
- ☑ Lost wages and earning capacity
- ☑ Loss of community and essential services
- ☐ Agricultural loss
- ☑ Other (Please specify): *Social, emotional and financial*

**10. What damages are you and/or your family claiming/seeking?**

Check all that apply

- ☑ Economic damages (including replacement cost of damaged property, diminution in value, loss of use, lost inventory, lost profits, and other economic damage)
- ☑ Non-economic damages (including loss of society and support, loss of consortium, pain and suffering, emotional distress, annoyance and discomfort, and other non-economic damage)
- ☑ Punitive, exemplary, and statutory damages
- ☐ Attorney's fees and litigation costs
- ☐ Interest
- ☑ Any and all other damages recoverable under California law
- ☑ Other (Please specify): *Social, emotional and financial*

**11. How much is the claim?**

- ☐ $ _____ (optional)
- ☐ Unknown / To be determined at a later date

**Part 5**    **Sign Below**

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   *Sept 27, 2019* (mm/dd/yyyy)

*Mary Kim Wallace*
Signature

Print the name of the person who is completing and signing this claim:

Name    *Mary*     *Kim*     *Wallace*
           First name        Middle name        Last name

Title

Company
           Identify the corporate servicer as the company if the authorized agent is a servicer.

Address    *6295 Dimitri Court*
           Number     Street
           *Magalia, California 95954*
           City                 State    ZIP Code

Contact phone   *530 492 6585*     Email   *xena@calirab.co*

465

**Fed**Express **Billable Stamp**

Use only for shipments within the U.S.
Saturday delivery not available.

**1 From** *See optional release signature below.*

ORDER: 00648273
PRIME CLERK LLC
CHICO, CA
DECLARED VALUE $100
PACKAGE WEIGHT
(212) 257-4160

Next business afternoon by
3 p.m. Not available to all
areas. Weekday delivery
only. Please consult the
current FedEx Service Guide
for specific commitments.

RECEIVED
OCT 22 2019
PRIME CLERK LLC

**NONREDEEMABLE**
Please see back for declared
value information and important
terms and conditions.

**2 To** *Shipment will not be accepted if address below is altered.*

FGLE CLAIMS PROCESSING
PRIME CLERK LLC
850 3RD AVE STE 412
BROOKLYN, NY 11232
(212) 257-4160



FedEx
0662 8148 0458 9828

TUE - 22 OCT AA
STANDARD OVERNIGHT

**XA FBTA**

11232
NY-US
EWR



F ID  569705 21OCT19 CICA  56AC3/2A3C/05A2

465

Exh. 3

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)**

| | |
|---|---|
| In re:<br>**PG&E CORPORATION,**<br>**- and -**<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>Debtors. | **Bankruptcy Case**<br>**No. 19-30088 (DM)**<br><br>**Chapter 11**<br>**(Lead Case)**<br>**(Jointly Administered)** |

# Proof of Claim (Fire Claim Related)

Read the instructions before filing this claim form. This form is for tort claimants who have a claim against the Debtors (i.e. PG&E Corporation and Pacific Gas and Electric Company) that arose prior to the Debtors filing for bankruptcy (i.e. prior to January 29, 2019) and that arose from, or relates to, a fire.

Do not use this form for non-fire claims. Non-fire tort claimants should use Form 410.

Do NOT file a fraudulent claim. A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Please type or print in the spaces below. Do NOT use red ink or pencil.

| Part 1: | Identify the Claim |
|---|---|

**1. Who is the current creditor?**

Mary Kim Wallace

Name of the current creditor (the person or entity to be paid for this claim)

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? _____

**3. Are you filing this claim on behalf of your family?**
A family is a group of two or more people related by birth, marriage, domestic partnership, or adoption and residing together. All such people are considered as members of one family.

☑ No
☐ Yes

If you checked "Yes", please provide the full name of each family member that you are filing on behalf of:

_____  _____

_____  _____

_____  _____

**4. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

Name **Mary Kim Wallace**
Attorney Name (if applicable) _____
Attorney Bar Number (if applicable) _____
Street Address P O Box 1632
City Magalia
State California
Zip Code 95954
Phone Number 530 492 6585
Email Address xena@calirub.co

**Where should payments to the creditor be sent?**
(if different)

Name _____
Attorney Name (if applicable) _____
Attorney Bar Number (if applicable) _____
Street Address _____
City _____
State _____
Zip Code _____
Phone Number _____
Email Address _____

**5. Does this claim amend one already filed?**

☐ No
☑ Yes. Claim number on court claims registry (if known) 68955

Filed on 10 19 2019
MM / DD / YYYY

**6. Do you know if anyone else has filed a proof of claim for this claim?**

☐ No
☑ Yes. Who made the earlier filing? Mary Kim Wallace

Proof of Claim (Fire Related)

| Part 2: | Give Information About the Claim as of the Date this Claim Form is Filed |
|---|---|

**7. What fire is the basis of your claim?**

Check all that apply.

- [x] Camp Fire (2018)
- [ ] North Bay Fires (2017)
- [ ] Ghost Ship Fire (2016)
- [ ] Butte Fire (2015)
- [ ] Other (please provide date and brief description of fire: _____

_____

**8. What are the loss location(s) where you and/or your family suffered harm? (e.g. home or business address, place of injury, place from which you were evacuated, if different.?**

Location(s): Fire location: 6295 Dimitri Court, Magalia, California

This is an amended claim form. Two originals were taken to the PGE Office and filed on October 18, 2019.

They were written by hand. The office in Chico, California, where the claim was filed, stamped Received by the Prime Clerk LLC. One had COPY on it in read. I checked "Unkonwn" in question #11 on the COPY, yet missed checking "Unknown" on the Claim form mailed by PGE to the Prime Clerk LLC.

I am not receiving anything from anyone regarding this claim.

Please change my original filing to unknown amount. I will submit the known amount with a detail of my claim attached to this notice to correct question 11.

**9. How were you and/or your family harmed?**

Check all that apply

- [x] Property Damage (homes, structures, personal property, land, trees, landscaping, and all other property damage)
  - [ ] Owner [x] Renter [ ] Occupant [ ] Other (Please specify): _____
- [x] Personal Injury
- [ ] Wrongful Death (if checked, please provide the name of the deceased) _____
- [x] Business Loss/Interruption
- [x] Lost wages and earning capacity
- [x] Loss of community and essential services
- [ ] Agricultural loss
- [x] Other (Please specify):   Social, emotional and financial

**10. What damages are you and/or your family claiming/seeking?**

Check all that apply

- [x] Economic damages (including replacement cost of damaged property, diminution in value, loss of use, lost inventory, lost profits, and other economic damage)
- [x] Non-economic damages (including loss of society and support, loss of consortium, pain and suffering, emotional distress, annoyance and discomfort, and other non-economic damage)
- [x] Punitive, exemplary, and statutory damages
- [ ] Attorney's fees and litigation costs
- [x] Interest
- [x] Any and all other damages recoverable under California law
- [x] Other (Please specify):   Social, emotional and financial

**11. How much is the claim?**

- [ ] $_____ (optional)
- [x] Unknown / To be determined at a later date

**Part 3: Sign Below**

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   04/13/2020   (mm/dd/yyyy)

*By: Mary Kim Wallace*   All Rights Reserved UCC 1-308

Signature

**Print the name of the person who is completing and signing this claim:**

| Name | Mary Kim Wallace | | |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | | | |
| Company | | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 6295 Dimitri Court | | |
| | Number   Street | | |
| | Magalia, California | | |
| | City | State | ZIP Code |
| Contact phone | 530 492 6585 | Email | xena@calirub.co |

# Instructions for Proof of Claim (Fire Claim Related)

United States Bankruptcy Court

You may have a claim against the Debtors for monetary loss, personal injury (including death), or other asserted damages arising out of or related to a fire. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the chapter 11 process and privacy regulations.

> A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- **Fill in all of the information about the claim as of the date this claim form is filed.**

- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **For a minor child, fill in only the child's initials and the full name of the child's parent or guardian.** For example, write *A.B., a minor child* (*John Doe, parent*). See Bankruptcy Rule 9037.

- **You may but are not required to attach supporting documents to this form.**
  Supporting documents will be gathered, maintained, and provided at a later date as instructed by the Court. If you do attach documents, you should attach redacted documents as supporting documentation will be made publicly available and will not be kept confidential. *See* the definition of *redaction* of information below.

- **Do not attach original documents because attachments may be destroyed after scanning.**

- **Question 3.** Members of a family may but are not required to file a proof of claim as a family but may, if they choose, submit individual claim forms for each family member that has a claim against the debtors.

- **Question 9.** If you suffered property damage, then provide the street address of each real property parcel where you suffered property damage. If you were personally evacuated as the result of a fire, then provide the address or intersection closest to where you encountered the fire and began evacuation. If you suffered property damage and were evacuated from a different location, include both. If you were a renter, provide the address of your residence.

- **Question 10.** This question requests general statements of underlying facts relating to harm and is not intended to be exhaustive or preclusive.

- **Question 11.** You are not required to include a claim amount with your proof of claim. Providing a claim amount at this time is optional.

### Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, enclose a stamped self-addressed envelope and a copy of this form together with the original. You may view a list of filed claims in this case by visiting the Claims and Noticing Agent's website at
https://restructuring.primeclerk.com/pge.

## Understand the terms used in this form

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. § 101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. In this instance, PG&E Corporation and Pacific Gas & Electric Company.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Proof of claim:** A form that shows the creditor has a claim against the debtors on or before the date of the bankruptcy filing (in these cases, January 29, 2019). The form must be filed in the district where the case is pending.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

## Please send completed Proof(s) of Claim to:

**If by first class mail:**
PG&E Corporation Claims Processing Center
c/o Prime Clerk LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**If by overnight courier or hand delivery**:
PG&E Corporation Claims Processing Center
c/o Prime Clerk LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

**You may also hand deliver your completed Proof(s) of Claim to any of the following service center offices (beginning July 15, 2019 through the Bar Date (October 21, 2019) during the hours of 8:30 a.m. – 5:00 p.m. Prevailing Pacific Time):**

Chico Service Center
350 Salem Street
Chico, CA 95928

Marysville Service Center
231 "D" Street
Marysville, CA 95901

Napa Service Center
1850 Soscol Ave. Ste 105
Napa, CA 94559

Oroville Service Center
1567 Huntoon Street
Oroville, CA 95965

Redding Service Center
3600 Meadow View Road
Redding, CA 96002

Santa Rosa Service Center
111 Stony Circle
Santa Rosa, CA 95401

**Photocopy machines will not be available at the Claim Service Centers; you must bring a photocopy of your Proof of Claim if you wish to receive a date-stamped copy.**

**Do not file these instructions with your form**

Ltr to Prime Clerk 2 19 2020

**Date:** 02/19/2020 (02:19:33 PM PDT)
**From:** xena@calirub.co
**To:** pgeinfo@primeclerk.com
Text (1 KB)

Attention Mailing Department:

I spoke with a clerk at your office today regarding not received notice
that you had received my claim.

She was able to look up my claim by name:  Mary Kim Wallace.  She was able
to give me the claim #68955. I requested that she send me a hard copy of
that notice.

She said I needed to email the mailing department for PGE and request it
sent.  Please send this and all future correspondence in writing to:

Mary Kim Wallace

Creditor Claim #68955

P. O. Box 1632

Magalia, California 95954

If you cannot provide me with the Proof of filing, please write and let me
know.

Mary Kim Wallace

2 27 2020 Xena,                    *844 339 4217*

Thank you for contacting Prime Clerk.

Please find attached a Prime Clerk stamped copy of your submitted claim.

Please let us know if we can be of further assistance.

Regards,


Prime Clerk Inquiries
Prime Clerk
850 Third Avenue, Suite 412
Brooklyn, NY 11232
primeclerk.com
The highest level of professionalism, innovation and transparency in bankruptcy
administration.
For more information click here: http://primeclerk.com/raising-the-bar/


--------------- Original Message ---------------
From: [xena@calirub.co]
Sent: 2/19/2020 5:19 PM
To: pgeinfo@primeclerk.com
Subject: PGE Bankruptcy Case 19-3009, re: my Proof of Claim, October 18, 2019 Request for
Information


Attention Mailing Department:


I spoke with a clerk at your office today regarding not received notice that you had received
my claim.


She was able to look up my claim by name:  Mary Kim Wallace.  She was able to give me the
claim #68955.  I requested that she send me a hard copy of that notice.

She said I needed to email the mailing department for PGE and request it sent.  Please send
this and all future correspondence in writing to:

Mary Kim Wallace

Creditor Claim #68955

P. O. Box 1632

Magalia, California 95954


If you cannot provide me with the Proof of filing, please write and let me know.


Mary Kim Wallace
ref:_00D1N1uIqY._5003l10e3rv:ref
 PGE Claim 68955.pdf (1.9 MB)

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| In re: | Bankruptcy Case |
|---|---|
| **PG&E CORPORATION,** | **No. 19-30088 (DM)** |
| - and - | |
| **PACIFIC GAS AND ELECTRIC** | **Chapter 11** |
| **COMPANY,** | **(Lead Case)** |
| Debtors. | **(Jointly Administered)** |


**COPY**

# Proof of Claim (Fire Claim Related)

Read the instructions before filing this claim form. This form is for tort claimants who have a claim against the Debtors (i.e. PG&E Corporation and Pacific Gas and Electric Company) that arose prior to the Debtors filing for bankruptcy (i.e. prior to January 29, 2019) and that arose from, or relates to, a fire.

> **Do not use this form for non-fire claims. Non-fire tort claimants should use Form 410.**

Do NOT file a fraudulent claim. A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Please type or print in the spaces below. Do NOT use red ink or pencil.**

| **Part 1:** | **Identify the Claim** |
|---|---|

**1. Who is the current creditor?**

*Mary Kim Wallace*
Name of the current creditor (the person or entity to be paid for this claim)

**2. Has this claim been acquired from someone else?**
☑ No
☐ Yes. From whom? _____

**3. Are you filing this claim on behalf of your family?**
A family is a group of two or more people related by birth, marriage, domestic partnership, or adoption and residing together. All such people are considered as members of one family.

☑ No
☐ Yes

If you checked "Yes", please provide the full name of each family member that you are filing on behalf of:

_____  _____
_____  _____
_____  _____

**4. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Name *Mary Kim Wallace*
Attorney Name (if applicable) _____
Attorney Bar Number (if applicable) _____
Street Address *P.O. Box 1632*
City *Magalia*
State *California*
Zip Code *95954*
Phone Number *530 492 6585*
Email Address *xena@calirub.co "not.com"*

Where should payments to the creditor be sent? (if different)

Name _____
Attorney Name (if applicable) _____
Attorney Bar Number (if applicable) _____
Street Address _____
City _____
State _____
Zip Code _____
Phone Number _____
Email Address _____

**5. Does this claim amend one already filed?**
☑ No
☐ Yes. Claim number on court claims registry (if known) _____   Filed on ___ / ___ / ___ MM / DD / YYYY

**6. Do you know if anyone else has filed a proof of claim for this claim?**
☑ No
☐ Yes. Who made the earlier filing? _____

**7. What fire is the basis of your claim?**

Check all that apply.

- ☑ Camp Fire (2018)
- ☐ North Bay Fires (2017)
- ☐ Ghost Ship Fire (2016)
- ☐ Butte Fire (2015)
- ☐ Other (please provide date and brief description of fire: _____

**8. What are the loss location(s) where you and/or your family suffered harm?** (e.g. home or business address, *place of injury*, place from which you were evacuated, if different.?

Location(s): *6295 Dimitri Court*
*Magalia California*
*95954*

**9. How were you and/or your family harmed?**

Check all that apply

- ☑ Property Damage (homes, structures, personal property, land, trees, landscaping, and all other property damage)
  - ☐ Owner ☑ Renter ☐ Occupant ☐ Other (Please specify): _____
- ☑ Personal Injury
- ☐ Wrongful Death (if checked, please provide the name of the deceased)
- ☐ Business Loss/Interruption
- ☑ Lost wages and earning capacity
- ☑ Loss of community and essential services
- ☑ Agricultural loss
- ☑ Other (Please specify): *Social, emotional and financial*

**10. What damages are you and/or your family claiming/seeking?**

Check all that apply

- ☑ Economic damages (including replacement cost of damaged property, diminution in value, loss of use, lost inventory, lost profits, and other economic damage)
- ☑ Non-economic damages (including loss of society and support, loss of consortium, pain and suffering, emotional distress, annoyance and discomfort, and other non-economic damage)
- ☑ Punitive, exemplary, and statutory damages
- ☐ Attorney's fees and litigation costs
- ☐ Interest
- ☑ Any and all other damages recoverable under California law
- ☑ Other (Please specify): *Social, emotional and financial*

**11. How much is the claim?**

- ☐ $ _____ (optional)
- ☑ Unknown / To be determined at a later date

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

*I declare under penalty of perjury that the foregoing is true and correct.*

Executed on date _Sept 29, 2019_ (mm/dd/yyyy)

_Mary Kim Wallace_
Signature

Print the name of the person who is completing and signing this claim:

Name _Mary_ _Kim_ _Wallace_
First name    Middle name    Last name

Title _____

Company _____
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address _6295 Dimitri Court_
Number    Street
_Magalia   California   95954_
City    State    ZIP Code

Contact phone _530 492 6585_    Email _xena@calirab.ac_

Proof of Claim (Fire Related)    Page 3

# Exhibit 5

**Reply**          **Forward**          **Delete**

## Amendment to Proof of Claim No. 68955

**Date:** 04/30/2020 (03:03:42 PM PDT)
**From:** Ankey Thomas
**To:** xena@calirub.co

**Attachments:**  ClaimNumber_103408.pdf (6.0 MB)

---

📄 Text (1 KB)

Dear Ms. Wallace:

Upon receipt of your notice of amended proof of claim, it was forwarded to Prime Clerk for processing.  The
amended proof of claim has been assigned as Claim No. 103408.  Attached is the copy for your record.

Regards,
Ankey Thomas
Judicial Assistant to Hon. Dennis Montali
United States Bankruptcy Court
Northern District of California - San Francisco Division
450 Golden Gate Avenue, Mail Box 36099
San Francisco, CA 94102
Chambers: (415) 268-2320

```
📄 ClaimNumber_103408.pdf (6.0 MB)
```

# Exhibit 6

 **Gmail**                                        **Xena Gale <xena.calirub@gmail.com>**

## Request for The Plan and Voting Ballot for Claim # 103408
7 messages

**Xena Gale <xena.calirub@gmail.com>**                     Mon, May 4, 2020 at 4:27 PM
To: Ankey_Thomas@canb.uscourts.com, pgeballots@primeclerk.com
Bcc: mackraigmm@gmail.com

May 4 2020

Attention:  Anky Thomas, Judicial Assistant to Hon. Dennis Montali
     United State Bankruptcy Court, Northern District, Chambers: 415 268 2320

     and,

     To Whom It May Concern at pgeballots@primeclerk.com

Re:  Proof of Amended Claim # 103408 and Original Filing of Claim #68955.


I need some help and need it now.  I have requested to be sent the Plan and Voting information several times.

To date I have received nothing.  The deadline to vote is fast approaching.

Please send me "The Plan", and a Voting Ballott ASAP. Send as a physical hard copy with instructions on how to vote and return via to you by mail.

If you deny me The Plan, and a Voting Ballot, state the reason for denial based upon Finding of Facts and Conclusion at Law.  Please make this a public document in the PG&E Bankruptcy case and send me a file stamped copy that the court and Prime Clerk has received this Notice.

Respond in writing to:

Mary Kim Wallace, Creditor
P O Box 1632
Magalia, California 95954
530 492 6585
xena@calirub.co

---

**Mail Delivery Subsystem <mailer-daemon@googlemail.com>**          Mon, May 4, 2020 at 4:28 PM
To: xena.calirub@gmail.com

---

 ## Address not found

Your message wasn't delivered to
**Ankey_Thomas@canb.uscourts.com** because the domain
canb.uscourts.com couldn't be found. Check for typos or
unnecessary spaces and try again.

The response was:

DNS Error: 582418 DNS type 'mx' lookup of canb.uscourts.com responded with code NXDOMAIN Domain name not found: canb.uscourts.com

Final-Recipient: rfc822; Ankey_Thomas@canb.uscourts.com
Action: failed
Status: 4.0.0
Diagnostic-Code: smtp; DNS Error: 582418 DNS type 'mx' lookup of canb.uscourts.com responded with code NXDOMAIN
 Domain name not found: canb.uscourts.com
Last-Attempt-Date: Mon, 04 May 2020 16:28:06 -0700 (PDT)

---------- Forwarded message ----------
From: Xena Gale <xena.calirub@gmail.com>
To: Ankey_Thomas@canb.uscourts.com, pgeballots@primeclerk.com
Cc:
Bcc:
Date: Mon, 4 May 2020 16:27:55 -0700
Subject: Request for The Plan and Voting Ballot for Claim # 103408
May 4 2020

Attention:  Anky Thomas, Judicial Assistant to Hon. Dennis Montali
            United State Bankruptcy Court, Northern District, Chambers: 415 268 2320

            and,

            To Whom It May Concern at pgeballots@primeclerk.com

Re:  Proof of Amended Claim # 103408 and Original Filing of Claim #68955.


I need some help and need it now.  I have requested to be sent the Plan and Voting information several times.

To date I have received nothing.  The deadline to vote is fast approaching.

Please send me "The Plan", and a Voting Ballott ASAP. Send as a physical hard copy with instructions on how to vote and return via to you by mail.

If you deny me The Plan, and a Voting Ballot, state the reason for denial based upon Finding of Facts and Conclusion at Law.  Please make this a public document in the PG&E Bankruptcy case and send me a file stamped copy that the court and Prime Clerk has received this Notice.

Respond in writing to:

Mary Kim Wallace, Creditor
P O Box 1632
Magalia, California 95954
530 492 6585
xena@calirub.co

---

**Ackheem Gray** <ackheemgray@primeclerk.com>                        Mon, May 4, 2020 at 7:29 PM
To: Xena Gale <xena.calirub@gmail.com>, "Ankey_Thomas@canb.uscourts.com" <Ankey_Thomas@canb.uscourts.com>,
PGE Ballots <PGEBallots@primeclerk.com>

Hello Mary,

Confirming receipt of request. We will mail hard copy version of the plan and ballot to the provided addresses.

Regards,

Ackheem

**Ackheem Gray**
ackheemgray@primeclerk.com

**Prime Clerk**
One Grand Central Place
60 East 42nd Street
Suite 1440
New York, NY 10165
917 947 6268 office
718 514 4310 mobile
primeclerk.com

*Quality. Partnership. Expertise. Innovation.*
For more information click here: https://www.primeclerk.com/why-choose-us



[Quoted text hidden]

For Prime Clerk's email disclaimer, please click here: http://primeclerk.com/email-disclaimer/

---

**Xena Gale** <xena.calirub@gmail.com>                 Mon, May 4, 2020 at 7:35 PM
To: mackraigmm@gmail.com

Pretty cool if you get this post to Prime Clerk an US Bankruptcy Court.
[Quoted text hidden]

---

**4 attachments**

🐦 **image001.png**
1K

in **image002.png**
2K

in **image002.png**
2K

🐦 **image001.png**
1K

---

**Xena Gale** <xena.calirub@gmail.com>                 Wed, May 13, 2020 at 12:31 PM

Case: 19-30088   Doc# 8196   Filed: 06/28/20   Entered: 06/29/20 14:40:08   Page 52
of 68



# Exhibit 7

---------- Forwarded message ---------
From: **Ankey Thomas** <Ankey_Thomas@canb.uscourts.gov>
Date: Tue, May 5, 2020 at 3:14 PM
Subject: RE: Requesting Voter Ballot and All Documents Pertaining to The Plan, i.e. PGE Bankruptcy
To: Xena Gale <xena.calirub@gmail.com>


Dear Ms. Wallace:


In response to your request for the plan documents, they are available on PG&E's bankruptcy case website being maintained by Prime Clerk.  https://restructuring.primeclerk.com/pge/  You can also submit an E-ballot from the website.  At this time, the court does not intend to post your request on the case docket.


Regards,

Ankey Thomas
Judicial Assistant to Hon. Dennis Montali
United States Bankruptcy Court
Northern District of California - San Francisco Division
450 Golden Gate Avenue, Mail Box 36099
San Francisco, CA 94102
Chambers: (415) 268-2320


**From:** Xena Gale <xena.calirub@gmail.com>
**Sent:** Tuesday, May 5, 2020 11:53 AM
**To:** Ankey Thomas <Ankey_Thomas@canb.uscourts.gov>
**Subject:** Requesting Voter Ballot and All Documents Pertaining to The Plan, i.e. PGE Bankruptcy


Dear Anky,  (Judicial Assistant to Hon. Dennis Montali

I have not received any documentations regarding the PGE Bankruptcy cases, Case Number: 19-30088-DM

Jointly Administered Case: 19-30089-DM., re: Original Claim #68955, and amended claim #103408.

I sent this email yesterday and it bounced back say canb.uscourts.gov, is not correct. I hope this goes through.

I also notified the Prime Clerks Office that I have not received any information about this case. Yesterday they responded and said they would mail. I am not confident that I will receive it in time.

I filed on my own behalf, without an attorney.

Please file this request into my claim/case and make public. I am under extreme duress as I have repeatedly contacted Prime Clerk that I am not receiving any information, nor in a timely manner. Most other creditors received this information April 30th and had 45 days to review and make an informed decision. I am not confident there is enough information nor time to make an informed decision.

Also, I have no information on the Trustee Plan as to how this is going to be administered. Please forward the Trustee Plan to me as well.

Would you please make this request public in this case and show that it has been filed. If you need this request in another format, please advice.


Thank you,

Mary Kim Wallace

P O Box 1632

Magalia, California 95954

530 492 6585

Best email to respond: xena.calirub@gmail.com

# Exhibit 8

 Gmail

**Xena Gale <xena.calirub@gmail.com>**

## Please Help! Requesting this Emergency Motion to Stay Deadline to Vote to be heard

2 messages

---

**Xena Gale** <xena.calirub@gmail.com>                                Wed, May 6, 2020 at 1:56 PM
To: Lorena_Parada@canb.uscourts.gov, dennis_montali@canb.uscourts.gov, rjulian@bakerlaw.com,
vanessa.nancarrow@asm.ca.gov, Logan.Pitts@sen.ca.gov, senator.mcguire@senate.ca.gov, Laurel.Green@sen.ca.gov,
jim.wood@asm.ca.gov, Laura.Beltran@asm.ca.gov, esagerman@bakerlaw.com, ann.oleary@gov.ca.gov,
daniel.zingale@gov.ca.gov, Tom.Gogola@mail.house.gov, Joe.Plaugher@mail.house.gov
Bcc: mackraigmm@gmail.com, Xena Gale <xena.calirub@gmail.com>, dpdarrin@aol.com

To Whom It May Concern,

My name is Mary Kim Wallace.  Today is May 6, and I still have not received The Plan, a voter ballot, or information on
the Trustees and the agreement they are proposing. I am a Camp Fire claimant and creditor in the PG&E Bankruptcy
Court, Case #19-30088-DM, and 19-30089-DM.

I have contacted the Clerk's Office of the Court and asked for assistance in getting my motion filed.  I am getting no
response from the court.  and have been unable to get someone to return my call.

Due to the nature of this Emergency Motion I am emailing to the courts, congress and key personnel involved in resolving
the issues in this case and coming to a settlement agreement.  I need someone to respond that can help me or show me
how to get it filed now!

I, and I have knowledge of many other claimants, have not received any information regarding this claim nor voting
ballot.  All claimants were to receive April 1, 2020, and have 45 days to review and make and intelligent and informed
decision.  I am not sure why this is not been done and why some of us will not have adequate time to review and decide.

I appreciate your assistance in getting this filed into Judge Donali's court.  I am not an attorney or schooled in law.  If my
motion is denied the opportunity to be heard, and/or denied, I respectfully request an answer as to why based upon facts
and conclusion of law.

My email is: xena@calirub.co
All Rights Reserved
s/s: by: Mary Kim Wallace
Creditor, In Pro Per
530 492 6585

---

 **Motion to Stay 5 5 2020.docx**
44K

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>                Wed, May 6, 2020 at 2:38 PM
To: xena.calirub@gmail.com



## Message blocked

Your message to **daniel.zingale@gov.ca.gov** has been
blocked. See technical details below for more information.

Case: 19-30088   Doc# 8196   Filed: 06/28/20   Entered: 06/29/20 14:40:08   Page 57
of 68

# Exhibit 9

Mary Kim Wallace
Post Office Box 1632
Magalia, California 95954
Phone Number 530 492 6585
xena@calirub.co

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT
### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| In re:<br>PG&E CORPORATION,<br><br>-and-<br><br>PG&E GAS AND ELECTRIC COMPANY<br>Debtors | Bankruptcy Case<br>No. 19-30088-DM<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered) Case<br>No. 19-30089-DM |
| vs.<br><br>Mary Kim Wallace<br><br>Creditor | Proof of Claim No. 68955<br>Amended Proof of Claim No. 103408<br>Filed October 18, 2018<br>Camp Fire<br><br>Judge: Honorable Dennis Montali<br><br>Emergency Motion to Stay Voting Deadline |

I am a fire victim claimant and creditor in this Chapter 11 case. I would like an emergency order from this court to stay the "deadline" to vote until such time I am properly informed of the "Final Plan", the "Trustee Plan", and the plan and procedures of the Fire Victims Trust. Without adequate information, a reasonable claimant could not make an intelligent and informed decision on the vote.

I filed my own claim, without an attorney as Proof of Claim #68955 on October 18, 2019, and have received no information from anyone on my claim. My claim should be the value of #11: unknown, to be determined at a later date. According to Prime Clerk, my claim status has not been evaluated, nor assigned a voter ID number. Which of course means I have never received the Plan, or voting materials. I have knowledge that there are many, many, fire victims who have also not received a ballot or voting materials.

In addition, I amended my claim and sent to both Prime Clerk, LLC as Proof of Claim 103408 and your court. I received confirmation that the amended claim was processed from your

- 1 -

1 | court on or about April 20, 2020. I have asked for all correspondence to be delivered in hard copy
2 | form. I have limited resources to protect my claim including no or limited internet access. I made
3 | that clear from the beginning when my original claim was filed in October, 2019 that all
4 | communication was to be in writing by mail.

5 | I also followed up with numerous phone calls to Prime Clerk, beginning in January, 2020. In
6 | February, 2020, I received a response to my email from Prime Clerk, saying my claim was still
7 | under review and had not been processed yet.

8 | Prime Clerk emailed me on May 5, 2020, to say they were mailing me "The Plan" and a
9 | Voting Ballot. In addition, I need all information pertaining to the "Trustee" who would be
10 | controlling our claims. Nothing has been sent to me as to how that is being administered, how my
11 | claim is to be evaluated, by whom, including whether I receive total value of my claim, a
12 | percentage of our claim, etc. Yet there is supposed to be a Fire Victims Trustee to make that
13 | decision later? After the vote? How could I agree to something that I do not have information on? I
14 | also have knowledge that the current deal we are to be voting on is not even finalized. How could I
15 | vote for something that is not the final agreement?

16 | I request this Emergency Motion for Stay, in Good Faith, and ask the court to allow me the
17 | full 45 days, (that others received), in order to review all information needed to make an informed
18 | decision regarding voting yes or no on this plan. Due to limited financial resources, limited internet,
19 | the Coronavirus Shelter at Home, and travel restrictions, I am requesting this hearing to appear
20 | telephonically. If you cannot do this, and deny my Motion, please provide me with findings of fact
21 | and conclusion of law as to why.

22 | I declare under penalty of perjury pursuant to the Laws of the State of California that, to the
23 | best of my knowledge and after reasonable inquiry, the foregoing is true and correct and that this
24 | declaration was executed at Magalia, California on May 9, 2020.

25 | DATED: May 9, 2020                    All Rights Reserved

26 |                                       /s/Mary Kim Wallace, Creditor

27 |                                       Mary Kay Wallace, In Pro Per

28 |

-2-

Motion For Stay
Mary Kim Wallace, Fire Victim Claimant in this Chapter 11 Case.

# Exhibit 10

To: pgeballots@primeclerk.com
Cc: dennis_montali@canb.uscourts.gov, Lorena_Parada@canb.uscourts.gov, ann.oleary@gov.ca.gov
Bcc: Helen Sedwick <helen@bennettvalleylaw.com>, ljamali@kqed.org

To Whom It May Concern:

I still have not received my ballots, The Plan, nor Voter ID number. I have contacted Prime Clerk numerous time and still have received nothing. As you can see from Ackheem Gray's comments below, he said it was mailed on Monday the 4th.

Nothing here yet. Please contact me ASAP with an E Ballot ID number. Since I have not the information, in a hard copy, as requested numerous time, I will need to vote no before the 15th.

I will copy in Judge Montali and his Clerk, Lorena Parada. Hopefully they will see how frustrating this is. While the information is on your website, I would have to read it on my phone. I have limited or no interest connection and that is why I wanted it in hard copy. A written copy of all documents are important for me to make an intelligent and informed decision.

This is so stressful! Please respond ASAP. I have also filedd a Motion into Judge Montali's Court, "Emergency Motion to Stay the Voting Deadline", Docket # 7141, Filed and Received 5/11/2020. This motion addresses the fact that I have not received information to make an intelligent and information decision on the vote. I have knowledge that are many others who have not received their ballots and voting information.

I have not received information as to when my Motion will be heard. This is an Emergency!

Thank you.

s/s Mary Kim Wallace, Pro Per Camp Fire Victim Claimant, Creditor
Claim #68955, Amended Claim #103408
P. O. Box 1632
Magalia, California 95954
530 492 6585
cc: Judge Dennis Montali, US Bankruptcy Court Judge, PG&E, Case # 19-30088-DM.
    Lorena Parada, Courtroom Deputy
    Ann O'Leary, Chief of Staff, Governor's Office

---------- Forwarded message ----------
From: Ackheem Gray <ackheemgray@primeclerk.com>
Date: Mon, May 4, 2020 at 7:29 PM
Subject: RE: Request for The Plan and Voting Ballot for Claim # 103408
To: Xena Gale <xena.calirub@gmail.com>, Ankey_Thomas@canb.uscourts.com <Ankey_Thomas@canb.uscourts.com>, PGE Ballots <PGEBallots@primeclerk.com>

Hello Mary,

[Quoted text hidden]
[Quoted text hidden]

---

**Ryan Vyskocil** <rvyskocil@primeclerk.com>          Wed, May 13, 2020 at 2:44 PM
To: Xena Gale <xena.calirub@gmail.com>, PGE Ballots <PGEBallots@primeclerk.com>
Cc: "dennis_montali@canb.uscourts.gov" <dennis_montali@canb.uscourts.gov>, "Lorena_Parada@canb.uscourts.gov" <Lorena_Parada@canb.uscourts.gov>, "ann.oleary@gov.ca.gov" <ann.oleary@gov.ca.gov>

Hi Mary,

    You may use the below Unique E-Ballot ID to submit your vote online at the following link: https://restructuring. primeclerk.com/pge/EBallot-Home.

Case: 19-30088     Doc# 8196     Filed: 06/28/20     Entered: 06/29/20 14:40:08     Page 62

193008801124934

Please be advised that you should make an election to accept or reject the plan on page 6 of the electronic PDF prior to signing the document. I have also attached a soft copy of your ballot as well as the corresponding solicitation materials for ease of review. Please let us know if you have any additional questions.


Best,

Ryan




**Ryan Vyskocil**
rvyskocil@primeclerk.com

**Prime Clerk**
One Grand Central Place
60 East 42nd Street
Suite 1440
New York, NY 10165
347 505 7139 office
973 255 8096 mobile
primeclerk.com

[Quoted text hidden]

---

**5 attachments**

**PGE - Individual Fire Victim Ballot - 193008801124934.pdf**
278K

**PG&E - 40662-01 - Confirmation Hearing Notice (16).pdf**
888K

**5 - PG&E - DS Order (Standalone).pdf**
331K

**PG&E - 40662-04 - Disclosure Statement (Fully Compiled) (184).pdf**
4195K

**PG&E - 40662-02 - TCC Summary (13).pdf**
707K

---

**Xena Gale** <xena.calirub@gmail.com>                              Thu, May 14, 2020 at 2:55 PM
To: mackraigmm@gmail.com
Cc: Xena Gale <xena.calirub@gmail.com>

[Quoted text hidden]

---

**6 attachments**

**PGE - Individual Fire Victim Ballot - 193008801124934.pdf**
278K

**PG&E - 40662-01 - Confirmation Hearing Notice (16).pdf**

Case: 19-30088    Doc# 8198    Filed: 06/29/20    Entered: 06/29/20 14:40:08    Page 63
of 68

888K

 **5 - PG&E - DS Order (Standalone).pdf**
331K

**PG&E - 40662-04 - Disclosure Statement (Fully Compiled) (184).pdf**
4195K

**PG&E - 40662-02 - TCC Summary (13).pdf**
707K

**Docket # 7186 -.pdf**
1947K

# Exhibit 11

Mary Kim Wallace
Post Office Box 1632
Magalia, California 95954
Phone Number 530 492 6585
xena.calirub@gmail

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT
## (SAN FRANCISCO DIVISION)

| | |
|---|---|
| In re:<br>PG&E CORPORATION,<br><br>   -and-<br><br>PG&E GAS AND ELECTRIC COMPANY<br>      Debtors<br><br>   vs.<br><br>Mary Kim Wallace<br><br>       Creditor | Bankruptcy Case<br>No. 19-30088-DM<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered) Case<br>No. 19-30089-DM<br><br>Proof of Claim No. 68955<br>Amended Proof of Claim No. 103408<br>Filed October 18, 2018<br>Camp Fire<br><br>Judge: Honorable Dennis Montali<br><br>Objection, Reservation of Rights, Objection to<br>The Plan, Fire Victims Trust and Irregularities of<br>Voting Procedure |

I am a Camp Fire 2018 victim claimant and creditor in this Chapter 11 case. I am making these objections prior to the deadline to object to PG&E's plan at 4pm on May 15' 2020. I object to the Plan, the Fire Victims Trust, and Irregularities in Voting Procedure.

I repeatedly asked for The Plan, and all documents relating to this case, be sent to me in writing. I emailed, called and wrote numerous times to Prime Clerk and to the Bankruptcy Court. On or about May 5, 2020, Prime Clerk emailed me to tell me my copy of the Plan, The Fire Victims Trust, Voting Procedures, etc. were mailed. On May 11, 2020, I again emailed Prime Clerk and copied in the court, a couple of Senators, the Public Relations Office of Governor Newsome, Judge Montali, and again asked for hard copies of all documents relating to this Plan so I can review, read, study, and make an intelligent informed decision on my vote. Later that afternoon the Prime Clerk emailed me 9 documents in pdf form. There is no time for me to adequately vote on this plan. See Docket #7186 Motion to Stay Voting Deadline by Mary Kim Wallace.

Page - **1** - of **2 Mary Kim Wallace, Objects to The Plan, Fire Victims Trust, and Reservation of Rights to Protect my claim**

| | |
|---|---|
| 1 | The irregularities regarding my vote is not receiving information that others received starting |
| 2 | April 1, 2020. And not receiving adequate time to make an informed decision. Please see docket # |
| 3 | 7194 "Garrison Objection to Proposed Reorganization Plan", and docket # 7186 "Second Notice of |
| 4 | Voting Procedure Irregularities". |
| 5 | Arguments are ongoing and as of May 15, 2020, the hearing heard by Judge Montali, are |
| 6 | arguments regarding the Fire Victims Trust Claims, and a claimant's ability to receive a remedy if |
| 7 | part or all of the claim is denied. Attorney are still arguing over the Fire Victim Trust plan as I type |
| 8 | this at 5/15/2020, 12:32 pm, as I signed up for the zoom meeting. It appears they don't even agree to |
| 9 | the Fire Victims Trust Plan, although I am supposed to vote on something that has not been approved |
| 10 | by the attorneys? |
| 11 | I object to the Fire Victims Trust being able to deny our claims, and if denied our recourse is |
| 12 | to appeal administratively. If denied administratively, there is no other recourse. And furthermore, if |
| 13 | I received a partial payment, once payment received I have agreed to hold the Trust harmless if they |
| 14 | decide not to fund the rest of the claim. |
| 15 | I object to The Plan, that from the limited information I have, I have to agree to Hold PG&E |
| 16 | harmless if The Plan is voted yes. I object that the yes vote will deny my no vote any optional recourse |
| 17 | to my claim, i.e. having my day in court! |
| 18 | I object to lack of full disclosure as to this, The Plan and Fire Victims Trust, in that it has not |
| 19 | been revealed exactly how our claims will be paid, and that the Fire Victims Trust has the ability to |
| 20 | change this plan of disbursement and valid claims at any time they wish. How could a reasonable |
| 21 | person agree to a plan that could change without their input? I object. I am writing this under threat, |
| 22 | duress and coercion. |
| 23 | I declare under penalty of perjury that this Objection to Plan and Fire Victims Trust based |
| 24 | upon Irregularities of Voting Procedure is true and correct to the best of my ability. |
| 25 | DATED: May 18, 2020 |
| 26 | All            Rights            Reserved |
| 27 | s/s/ by: Mary Kim Wallace, Creditor, In Pro Per |
| 28 | Page - **2** - of **2 Mary Kim Wallace, Objects to The Plan, Fire Victims Trust, and Reservation of Rights to Protect my claim.** |

**From:** Xena Gale
**Sent:** Sunday, June 28, 2020 5:52:19 PM (UTC-08:00) Pacific Time (US & Canada)
**To:** CANB Emergency Filings
**Subject:** Please file these Objections and Affidavit of Mary Wallace into the Docket of PG&E Case # 19-30088

Thank you for filing this into the docket.

Mary Wallace
███████████

Pro Per
█████████████

P O Box 1632
Magalia, California 95954