

Signed and Filed: June 29, 2020

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>   - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM). | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered |

### ORDER DIRECTING DEBTORS, THE TCC AND FIRE VICTIMS' TRUSTEE TO RESPOND TO MOTION

Creditor Theresa Ann McDonald filed a motion to reconsider (dkt. #8137) on June 26, 2020.  Due to the nature of the relief requested, the court directs Debtors, the Tort Claimants Committee, and the Trustee for the Fire Victims' Trust to respond to the motion by 4:00 p.m. (PT) on July 8, 2020.  The court will issue an order after responses are filed.

**\*\*\* END OF ORDER \*\*\***

## COURT SERVICE LIST

**Theresa Ann McDonald**
5044 Russell Drive
Paradise CA 95969