# Notice Recipients

District/Off: 0971−3　　　User: lparada　　　Date Created: 6/29/2020
Case: 19−30088　　　Form ID: pdfeoc　　　Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
cr　　　Theresa Ann McDonald　　　5044 Russell Drive　　　Paradise, CA 95969

TOTAL: 1