DocuSign Envelope ID: D79A06EE-6AF7-495C-8653-742B17000F02

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>Pacific Gas & Electric Corp., *et al.*<br>Debtors. | Chapter 11<br>Case No. 19-30088 Chapter 11<br>(Jointly Administered) |

## TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claims referenced in this evidence and notice.

**Whitebox Multi-Strategy Partners, LP**
Name of Transferor
Phone: (612) 253-6061
Last Four Digits of Acct #: N/A

Name and Address where notices and payments to transferee should be sent:

**WBox 2019-6 LLC**
**c/o Whitebox Advisors LLC**
**3033 Excelsior Blvd, Ste 500**
**Minneapolis, MN 55416**
**Attn: Scott Specken**

**WBox 2019-6 LLC**
Name of Transferee
Phone: (612) 253-6061
Last Four Digits of Acct #: N/A

Claim No: See Attached Addendum
Debtor: Pacific Gas and Electric Company (19-30089)
Date Filed: Various

Total Amount of Claim: See Attached
**Transferred Amount of Claim: See Attached**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____   Date: June 29, 2020
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIMS

TO:        United States Bankruptcy Court
Northern District of California
Attn: Clerk

AND TO:    Pacific Gas and Electric Company, *et al.* ("Debtor")

Claim Nos.: Please See Attached Addendum

**Whitebox Multi-Strategy Partners, LP** ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to:

**WBox 2019-6 LLC**
**3033 Excelsior Blvd, Ste. 500**
**Minneapolis, MN 55416**

its successors and assigns ("Buyer"), all right, title and interest in and to the claims of Seller against the Debtor (the "Claims") listed on the attached schedule for the total amount of the Claims owned by the Seller. For the avoidance of doubt, if the Seller only owns part of a Claim, the Buyer is only receiving that portion of the Claim owned by the Seller.

Seller hereby waives any objection to the transfer of the Claims to Buyer on the books and records of the Debtor and the and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

Buyer does not assume and shall not be responsible for any obligations or liabilities of Seller related to or in connection with the Claims or the Bankruptcy Case. You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications, in respect of the Claims to Buyer.

[Signature Page Follows]

DocuSign Envelope ID: D79A06EE-6AF7-495C-8653-742B17000F02

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Transfer of Claim as of June 29, 2020.

**WHITEBOX MULTI-STRATEGY PARTNERS, LP, as Seller**
**By: Whitebox Advisors LLC its investment manager**

By: _____
Name: Mark Strefling
Title: Partner & Chief Legal Officer


**WBOX 2019-6 LLC, as Buyer**
**By: Whitebox Advisors LLC its sole member**

By: _____
Name: Mark Strefling
Title: Partner & Chief Legal Officer

DocuSign Envelope ID: D79A06EE-6AF7-495C-8653-742B17000F02

## Schedule A: List of Transferred Claims

