

Entered on Docket
June 29, 2020
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: June 29, 2020

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>   - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>   Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered |

## ORDER DENYING MOTION FOR RECUSAL

Interested party Kenneth Viney filed a motion for recusal (dkt. #8130) (the "Motion") on June 25, 2020. The Motion requests recusal on the grounds that the confirmed plan fails to adequately compensate wildfire victims.

Recusal is primarily governed by 28 U.S.C. § 455, which lays out several grounds for a judge's recusal from a case. The Motion does not allege facts that comport with any of the

-1-

possibilities listed, and instead takes issue with the wisdom of the court's ruling. As this is not a basis for recusal, the court hereby

DENIES the Motion.

**\*\*\* END OF ORDER \*\*\***

**COURT SERVICE LIST**