

Signed and Filed: June 29, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>        - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>        Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered |

**ORDER AND TENTATIVE RULING ON MOTIONS FOR RELIEF FROM STAY**

On April 16, 2020, twenty-six motions for relief from stay (the "Prior Motions") were filed by several similarly situated parties. The Prior Motions all requested that the court grant movants relief from the automatic stay to pursue their appeals in the Ninth Circuit Court of Appeals. After the court issued a tentative ruling on the Prior Motions, Debtors filed a statement of non-opposition and no other objections were filed. The court granted the Prior Motions. *See* Order Granting Motions for Relief from Stay (Dkt. No. 6998).

1 Recently, nineteen similar motions for relief from stay (the "Motions") were filed by similarly situated parties.[1] The Motions are quite like the Prior Motions and they are signed by the respective co-appellants.[2]

The Motions indicate that the parties are merely pursuing the next step of their appeal after waiting several years. The court sees no reason to deny Movants the ability to pursue their appeals or to interfere with the Ninth Circuit's disposition of those appeals. Accordingly, the court is inclined to grant the Motions unless Debtors file any oppositions by 4:00 p.m. PT on July 7, 2020. In that case, the court will set a hearing on the Motions. If no oppositions are filed, the court will issue an order granting the relief.

The court also waives any fees associated with filing the Motions.

**\*\*\* END OF TENTATIVE RULING\*\*\***

---

[1] *See* Attachment 1 which names the moving parties, shows the docket numbers for their respective motions and shows the case numbers of their Ninth Circuit appeals.

[2] The only exception is Kimberly Blowney, as no prior motion was filed.

**Attachment 1**

| Bankruptcy Docket No. | Moving Party | Prior Moving Party and/or Co-Appellant | Bankruptcy Claim No. | Case No. at Ninth Circuit Court of Appeals |
|---|---|---|---|---|
| 8152 | Kimberly Blowney[3] | Tom Findley | 8278 | 18-56378 |
| 8176 | Daniel S. Williams | Andrea Willams | 7175 | 18-56390 |
| 8170 | Lloyd K. Vinson | Barbara Vinson | 7201 | 18-56382 |
| 8150 | Adolfo Riebeling | Marina Riebeling | 7301 | 18-56384 |
| 8160 | Marta Ramirez | John Ramirez | 7072 | 18-56395 |
| 8158 | Rosalba Hernandez | Jose Ornelas | 7226 | 18-56392 |
| 8182 | Victor Suarez | Saray Ordaz | 8283 | 18-56376 |
| 8154 | Donna Learmont | Robert Miller | 7168 | 18-56381 |
| 8180 | Matsue Mattheisen | Charles Mattheisen | 8273 | 18-56388 |
| 8172 | Manuel Martinez | Juliana Martinez | 7228 | 18-56499 |
| 8178 | Herbert Nethery | Yvonne Kirkpatrick | Pending | 18-56377 |
| 8166 | Halima Zahib | Aurang Zabib Khan | 7083 | 18-56498 |
| 8164 | Sam V. Cabrera | Shirley Holcroft | 7171 | 18-56503 |
| 8184 | Aquilla Fredrick | Norman Halstead | 8274 | 18-56497 |
| 8186 | Lynette Brown | Martin Garza | 7183 | 18-56505 |
| 8168 | Candace Matthiesen | David Matthiesen | 7229 | 18-56389 |
| 8156 | Hennie Courtney | Clell Courtney | 7585 | 18-56379 |
| 8174 | Maritza Carrera | Agustin Carrera | 7224 | 18-56387 |
| 8162 | William Bolin | Carolyn Bolin | 7199 | 18-56394 |

---

[3] No prior motion for relief from stay was filed for Kimberly Blowney and Tom Findley.

# COURT SERVICE LIST

Kimberly Blowney, et al.
36816 Hillview Road
Hinkley, CA 92347

Daniel S. Williams, et al.
36796 Hillview Road
Hinkley, CA 92347

Lloyd K. Vinson, et al.
3220 Cindy Circle
Anderson, CA 96007

Adolfo Riebeling, et al.
4600 Jerry Ave.
Baldwin Park, CA 91706

Marta Ramirez, et al.
38006 Pueblo Road
Hinkley, CA 92347

Rosalba Hernandez, et al.
18284 Pacific Street
Hesperia, CA 92345

Victor Suarez, et al.
1042 E. Sandison St. Apt. 1
Wilmington, CA 90744

Donna Learmont, et al.
37241 Sycamore Street
Hinkley, CA 92347

Matsue Matthiesen, et al.
36771 Hidden River Rd.
Hinkley, CA 92347

Manuel Martinez, et al.
3633 Hidden River Road
Hinkley, CA 92347

Herbert Nethery, et al.
23394 Alcudia Rd.
Hinkley, CA 92347

| | |
|---|---|
| 1 | Halima Zahib, et al. |
| 2 | 1969 East Cooley Ave. |
|   | San Bernardino, CA 92408 |
| 3 | |
| 4 | Sam V. Cabrera, et al. |
|   | P.O. Box HD |
| 5 | Barstow, CA 92311 |
| 6 | |
|   | Aquilla Fredrick, et al. |
| 7 | 20455 Halstead Road |
|   | Hinkley, CA 92347 |
| 8 | |
|   | Lynette Brown, et al. |
| 9 | P.O. Box 344 |
| 10 | Hinkley, CA 92347 |
| 11 | Candace Matthiesen, et al. |
|    | 36709 Hidden River Road |
| 12 | Hinkley, CA 92347 |
| 13 | |
|    | Hennie Courtney, et al. |
| 14 | 25595 Ash Road |
|    | Barstow, CA 92311 |
| 15 | |
| 16 | Maritza Carrera, et al. |
|    | 886 Gina Ct. |
| 17 | Upland, CA 91784 |
| 18 | |
|    | William Bolin, et al. |
| 19 | 36310 Lenwood Road |
|    | Hinkley, CA 92347 |
| 20 | |