# EXHIBIT B

**COMPENSATION BY WORK TASK CODE FOR SERVICES RENDERED BY BAKER & HOSTETLER LLP FOR THE PERIOD MAY 1, 2020 THROUGH MAY 31, 2020**

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---:|---:|
| 004 | Bankruptcy Litigation | 224.70 | $79,434.50 |
| 006 | Case Administration (docket updates, WIP and calendar) | 85.90 | $36,644.00 |
| 008 | Chapter 11 Plan/Plan Confirmation | 1,886.00 | $1,658,872.50 |
| 009 | Committee Meetings and Preparation | 218.00 | $171,148.50 |
| 010 | Corporate and Board Issues | 6.70 | $4,835.00 |
| 018 | General Case Strategy (includes communications with Committee) | 87.20 | $65,380.50 |
| 019 | Hearings and Court Matters | 58.60 | $44,657.00 |
| 020 | Legislative Issues | 163.70 | $119,447.50 |
| 024 | District Court Litigation | 59.60 | $43,980.50 |
| 025 | Regulatory Issues including CPUC and FERC | 175.80 | $111,772.00 |
| 026 | Retention Applications | 8.90 | $7,463.00 |
| 027 | Fee Application: Baker | 12.50 | $5,994.00 |
| 028 | Fee Application: Other Professionals | 3.80 | $2,146.00 |
| 030 | Tax Issues | 53.30 | $47,364.00 |
| 031 | U.S. Trustee/Fee Examiner Issues | 2.40 | $672.00 |
| 040 | Operations | 6.00 | $2,574.00 |
| 042 | Subrogation | 8.10 | $4,933.00 |
| 043 | Securities | 378.80 | $299,511.00 |
| 045 | Asset Analysis and Recovery | 1,773.30 | $801,148.00 |
| 046 | Tort Claims Estimation | 168.70 | $138,993.50 |
| 047 | Class Claims Issues | 0.70 | $707.00 |
| 049 | Mediation | 71.60 | $61,201.50 |
| 050 | Government Claims | 7.90 | $6,376.00 |
| 051 | CPUC BK OII 19-09-016 | 205.80 | $178,443.50 |
| 052 | Tort Claims | 156.80 | $118,397.50 |
| 053 | Contingency Process | 10.80 | $10,260.00 |
| **TOTAL** | | **5,835.60** | **$4,022,356.00** |