**EXHIBIT C**

**EXPENSE SUMMARY**
**FOR THE PERIOD MAY 1, 2020 THROUGH MAY 31, 2020**

| EXPENSES | AMOUNT |
|---|---:|
| Automated Research | $9,112.56 |
| Copier/Duplication | $87.80 |
| Delivery Services | $768.97 |
| Messenger Service | $589.79 |
| On-line Research | $214.75 |
| Other Professional Services (includes Experts) | $812,646.30 |
| Outside Duplicating & Binding | $3,199.46 |
| Postage | $130.56 |
| Service of Process Fees/Subpoena Fees | $6,233.50 |
| Teleconference Charges | $939.90 |
| Transcripts | $1,631.40 |
| **TOTAL** | **$835,554.99** |

Baker & Hostetler LLP
Attorneys at Law
Los Angeles