# EXHIBIT E
# Detailed Expense Entries

**Expenses and Other Charges Summary**

| | |
|---|---:|
| **Automated Research (E106)** | 9,112.56 |
| **Copier / Duplication (E101)** | 87.80 |
| **Delivery Services (E107)** | 768.97 |
| **Messenger Service (E107)** | 589.79 |
| **Online Research (E106)** | 214.75 |
| **Other Professional Services (E123)** | 812,646.30 |
| **Outside Duplicating & Binding (E102)** | 3,199.46 |
| **Postage (E108)** | 130.56 |
| **Service of Process Fees/Subpoena Fees (E113)** | 6,233.50 |
| **Teleconference Charges (E105)** | 939.90 |
| **Transcripts (E116)** | 1,631.40 |
| **Total Expenses** | $ 835,554.99 |

**Expenses and Other Charges**

| Date | Description | Amount |
|---|---|---:|
| 05/30/20 | Westlaw Research - 05/01/2020 - 05/30/2020 (28587561) | 7,778.74 |
| 05/31/20 | Lexis Research - 05/01/2020 - 05/31/2020 (28587592) | 1,333.82 |
| | **Subtotal - Automated Research (E106)** | **9,112.56** |
| 05/06/20 | 250 Copies (28569349) | 25.00 |
| 05/22/20 | 4 Copies (28573808) | 0.40 |
| 05/26/20 | 624 Copies (28573832) | 62.40 |
| | **Subtotal - Copier / Duplication (E101)** | **87.80** |
| 05/13/20 | UPS 1Z61A6W10196710662 (28572381) | 14.53 |
| 05/20/20 | UPS 1Z61A6W1019195023 3 (28573669) | 28.33 |
| 05/21/20 | UPS 1Z61A6W10197553670 (28573668) | 47.04 |
| 05/23/20 | FedEx 393151873670 (28580859) | 32.39 |
| 05/23/20 | FedEx 393151802118 (28580857) | 77.87 |
| 05/26/20 | UPS 1ZF255R80191462044 (28576672) | 13.84 |

Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Dallas   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   San Francisco   Seattle   Washington, DC

Case: 19-30088   Doc# 8210-5   Filed: 06/30/20   Entered: 06/30/20 09:15:01   Page 2 of 11

| Date | Description | Amount |
|---|---|---|
| 05/26/20 | UPS 1Z01480X0190730362 (28580866) | 0.99 |
| 05/26/20 | UPS 1Z01480X0190730362 (28580869) | 20.08 |
| 05/27/20 | FedEd 770557563842 (28582743) | 33.32 |
| 05/27/20 | FedEx 770557669306 (28582745) | 73.39 |
| 05/27/20 | FedEx 770557613862 (28582750) | 61.64 |
| 05/27/20 | FedEx 770557614240 (28582749) | 61.11 |
| 05/27/20 | FedEx 770557668939 (28582742) | 61.11 |
| 05/27/20 | FedEx 770557563485 (28582753) | 31.41 |
| 05/27/20 | FedEx 770557669030 (28582751) | 61.64 |
| 05/27/20 | FedEx 770557563680 (28582736) | 30.47 |
| 05/27/20 | FedEx 770557613851 (28582747) | 73.39 |
| 05/31/20 | Delivery Services (E107) GLS US 549055437; Inv. 4211924 (28581636) | 29.79 |
| 05/31/20 | Delivery Services (E107) GLS US 549055437; Inv. 4211924 (28581637) | 16.63 |
| | **Subtotal - Delivery Services (E107)** | **768.97** |
| 03/19/20 | Messenger Service (E107) NATIONWIDE LEGAL, INC Courtesy Copy USBC/San Francisco/Northern District of Ca 450 Golden Gate 18th Floor San Francisco, CA 3/9/2020; Inv. 00000016345 (28586104) | 30.00 |
| 03/19/20 | Messenger Service (E107) NATIONWIDE LEGAL, INC Courtesy Copy USBC/San Francisco/Norther District of Ca 450 Golden Gate 18th Floor San Francisco, CA 3/12/2020; Inv. 00000016345 (28586110) | 30.00 |
| 03/19/20 | Messenger Service (E107) NATIONWIDE LEGAL, INC Courtesy copy USBC/San Francisco/Northern District of CA 450 Golden Gate 18th Floor San Francisco, CA 3/10/2020; Inv. 00000016345 (28586095) | 30.00 |
| 03/19/20 | Messenger Service (E107) Messenger Service (E107) NATIONWIDE LEGAL, INC Courtesy Copy USBC/San Francisco/Northern District of CA 450 Golden Gate 18th floor San Francisco, CA 3/3/2020; Inv. 00000016345 (28586102) | 163.10 |
| 03/19/20 | Messenger Service (E107) NATIONWIDE LEGAL, INC Courtesy copy USBC/San Francisco Northern District of Ca 450 Golden Gate 18th Floor San Francisco, CA 3/4/2020; Inv. 00000016345 (28586098) | 55.52 |
| 03/19/20 | Messenger Service (E107) NATIONWIDE LEGAL, INC Courtesy Copy USDC/Oakland Division/Northern District of CA 1301 Clay St, South Tower Oakland, CA 3/12/2020; Inv. 00000016345 (28586092) | 31.74 |
| 05/22/20 | Messenger Service (E107) Messenger Service (E107) ACE | 38.43 |

Baker & Hostetler LLP

Atlanta  Chicago  Cincinnati  Cleveland  Columbus  Costa Mesa  Dallas  Denver
Houston  Los Angeles  New York  Orlando  Philadelphia  San Francisco  Seattle  Washington, DC

Case: 19-30088    Doc# 8210-5    Filed: 06/30/20    Entered: 06/30/20 09:15:01    Page 3 of 11

| Date | Description | Amount |
|---|---|---|
| | ATTORNEY SERVICE, INC. Jerry Bloom 1480 Bluejay Way West Hollywood, CA 5/11/2020; Inv. 324667 (28574717) | |
| 05/31/20 | Messenger Service (E107) Messenger Service (E107) NATIONWIDE LEGAL, INC Special Process Loggers Unlimited inc. 10048 Daniels Way Grass Valley, CA 959499769 4/30/2020; SF3918; Inv. 00000018181 (28583595) | 211.00 |
| | **Subtotal - Messenger Service (E107)** | **589.79** |
| 04/02/20 | Online Research (E106) BUREAU OF NATIONAL AFFAIRS, INC. Bloomberg Law Docket: March 2020 Docket Charges: N.D. Cal. 3:18-cv-07128; Inv. 6888248804 (28582610) | 50.83 |
| 04/02/20 | Online Research (E106) BUREAU OF NATIONAL AFFAIRS, INC. Bloomberg Law Docket: March 2020 Docket Charges: Bankr. N.D. Cal. 3:19-ap-03005; N.D. Cal. 3:18-cv-05630, 3:18-cv-06786, 5:19-cv-00501; Inv. 6888248804 (28582593) | 2.68 |
| 04/30/20 | Online Research (E106) CourtTrax Corporation Court filing retrieval during April 2020.; Inv. 12100770 (28586491) | 4.00 |
| 05/05/20 | Online Research (E106) BUREAU OF NATIONAL AFFAIRS, INC. Bloomberg Law Docket: April 2020 Docket Charges: C.D. Cal. 2:19-cv-07179; N.D. Cal. 3:18-cv-04698, 3:18-cv-07128; Inv. 6888253305 (28582543) | 157.24 |
| | **Subtotal - Online Research (E106)** | **214.75** |
| 09/30/19 | Other Professional Services (E123) Greg McCullough Professional Services thru 9/30/2019; Inv. 2040 (28586907) | 775.00 |
| 10/31/19 | Other Professional Services (E123) Greg McCullough Professional Services thru 10/31/2019; Inv. 2041 (28586906) | 12,850.00 |
| 11/06/19 | Other Professional Services (E123) Safestore Inc Storage - Three way split; Inv. SS1913 (28587212) | 8,787.39 |
| 11/30/19 | Other Professional Services (E123) Greg McCullough Professional Service 11/2019; Inv. 2042 (28586903) | 8,550.00 |
| 12/01/19 | Other Professional Services (E123) Safestore Inc Storage; Inv. SS1918 (28587218) | 6,441.28 |
| 12/31/19 | Other Professional Services (E123) Greg McCullough Professional Services thru 12/30/2019; Inv. 2043 (28586908) | 3,775.00 |
| 01/01/20 | Other Professional Services (E123) Safestore Inc Storage - Three way split between 3 litigation groups; Inv. SS1922 (28587229) | 6,441.28 |
| 01/31/20 | Other Professional Services (E123) Greg McCullough Professional Service thru 1/31/2020; Inv. 2044 (28586723) | 1,150.00 |

Baker & Hostetler LLP

Atlanta · Chicago · Cincinnati · Cleveland · Columbus · Costa Mesa · Dallas · Denver · Houston · Los Angeles · New York · Orlando · Philadelphia · San Francisco · Seattle · Washington, DC

Case: 19-30088   Doc# 8210-5   Filed: 06/30/20   Entered: 06/30/20 09:15:01   Page 4 of 11

| Date | Description | Amount |
|---|---|---|
| 02/01/20 | Other Professional Services (E123) Safestore Inc Storage - Three way split between 3 litigation groups; Inv. SS1926 (28587202) | 6,441.28 |
| 02/29/20 | Other Professional Services (E123) Greg McCullough Professional Services thru 2/29/2020; Inv. 2045 (28586713) | 650.00 |
| 03/01/20 | Other Professional Services (E123) Safestore Inc Storage - Three way split between 3 litigation groups; Inv. SS1947 (28587200) | 6,441.28 |
| 03/31/20 | Other Professional Services (E123) Greg McCullough Professional Services thru 03/31/2020; Inv. 2046 (28586720) | 300.00 |
| 03/31/20 | Other Professional Services (E123) Expert 2; Inv. 28265-2-38853 (28584290) | 17,516.00 |
| 04/01/20 | Other Professional Services (E123) Safestore Inc Storage - Three way split between 3 litigation groups; Inv. SS1973 (28587211) | 6,441.28 |
| 04/30/20 | Other Professional Services (E123) Greg McCullough Professional Service thru 4/30/2020; Inv. 2047 (28586899) | 1,225.00 |
| 05/01/20 | Other Professional Services (E123) Safestore Inc Storage - Three way split between 3 litigation groups; Inv. SS1993 (28587197) | 6,441.28 |
| 05/07/20 | Other Professional Services (E123) Expert 4; Inv. 11517 (28585934) | 402,620.25 |
| 05/23/20 | Other Professional Services (E123) Berkeley Research Company Expert 15; Inv. 2486-A (28587320) | 5,862.50 |
| 05/31/20 | Other Professional Services (E123) TSH Consulting Expert 10; Inv. 202003 (28587611) | 3,400.00 |
| 05/31/20 | Other Professional Services (E123) Safestore Inc Storage - Three way split between 3 litigation groups; Inv. SS2021 (28587609) | 6,441.28 |
| 05/31/20 | Other Professional Services (E123) Greg McCullough Professional Service thru 05/31/2020; Inv. 2048 (28586712) | 750.00 |
| 05/31/20 | Other Professional Services (E123) Expert 8; Inv. 478 (28586523) | 24,855.50 |
| 05/31/20 | Other Professional Services (E123) Expert 15; Inv. 2487 (28586527) | 8,662.50 |
| 05/31/20 | Other Professional Services (E123) Edward D LaBranch Expert 11; Inv. EDL-062220 (28587610) | 5,200.00 |
| 05/31/20 | Other Professional Services (E123) Expert 2; Inv. 28265-2-39419 (28584292) | 5,951.00 |
| 05/31/20 | Other Professional Services (E123) COMPLETE DISCOVERY SOURCE INC. Relativity Charges for the month of May, 2020 in the PG&E Bankruptcy Case; Inv. INV-CDS-05156 (28586503) | 3,742.20 |
| 05/31/20 | Other Professional Services (E123) Opus 2 International Inc Pacific External User; Inv. 4853 (28582564) | 1,300.00 |
| 05/31/20 | Other Professional Services (E123) Expert 4; Inv. 11607 (28586525) | 249,635.00 |
| | **Subtotal - Other Professional Services (E123)** | **812,646.30** |

Baker & Hostetler LLP

Atlanta  Chicago  Cincinnati  Cleveland  Columbus  Costa Mesa  Dallas  Denver
Houston  Los Angeles  New York  Orlando  Philadelphia  San Francisco  Seattle  Washington, DC

Case: 19-30088    Doc# 8210-5    Filed: 06/30/20    Entered: 06/30/20 09:15:01    Page 5 of 11

| Date | Description | Amount |
|---|---|---:|
| 05/29/20 | Outside Duplicating & Binding (E102) Carolan, Christopher J. Printing costs to review the exit financing credit facilities; Inv. 12935-223907 (28587165) | 216.45 |
| 05/29/20 | Outside Duplicating & Binding (E102) BARRISTER DIGITAL SOLUTIONS, LLC For black & white digital blowback copies.; Inv. 68411 (28582142) | 2,983.01 |
| | **Subtotal - Outside Duplicating & Binding (E102)** | **3,199.46** |
| 03/03/20 | Postage (28574851) | 1.40 |
| 03/03/20 | Postage (28574850) | 2.00 |
| 03/17/20 | Postage (28574940) | 4.20 |
| 03/17/20 | Postage (28574943) | 2.00 |
| 03/17/20 | Postage (28574941) | 6.00 |
| 03/17/20 | Postage (28574942) | 2.60 |
| 03/30/20 | Postage (28574977) | 18.00 |
| 04/06/20 | Postage (28575012) | 1.00 |
| 04/06/20 | Postage (28575008) | 4.79 |
| 04/06/20 | Postage (28575010) | 1.15 |
| 04/06/20 | Postage (28575011) | 6.00 |
| 04/06/20 | Postage (28575009) | 44.80 |
| 04/09/20 | Postage (28575019) | 4.20 |
| 04/23/20 | Postage (28575043) | 3.60 |
| 04/28/20 | Postage (28575052) | 3.12 |
| 04/28/20 | Postage (28575051) | 25.20 |
| 05/22/20 | POSTAGE (28573733) | 0.50 |
| | **Subtotal - Postage (E108)** | **130.56** |
| 03/19/20 | Service of Process Fees/Subpoena Fees (E113) NATIONWIDE LEGAL, INC Special Process The people of the State of California c/o Dis 25 County Center Drive, Suite 245 2/19/2020; Inv. 00000016345 (28586100) | 198.00 |
| 03/19/20 | Service of Process Fees/Subpoena Fees (E113) NATIONWIDE LEGAL, INC Special Process Thermalito Water and Sewer District 329 Flume Street Chico, CA 2/19/2020; Inv. 00000016345 (28587167) | 198.00 |
| 03/19/20 | Service of Process Fees/Subpoena Fees (E113) NATIONWIDE LEGAL, INC Department of the Interior - National Park Serv 1100 L | 303.00 |

Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Dallas   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   San Francisco   Seattle   Washington, DC

Case: 19-30088   Doc# 8210-5   Filed: 06/30/20   Entered: 06/30/20 09:15:01   Page 6 of 11

| Date | Description | Amount |
|---|---|---|
| | Street NW Room 7522 Washington, DC 20530 2/19/2020; Inv. 00000016345 (28586087) | |
| 03/19/20 | Service of Process Fees/Subpoena Fees (E113) NATIONWIDE LEGAL, INC Special Process Butte County Mosquito and Vector Control Dist 1681 Bird St Oroville, CA 2/19/2020; Inv. 00000016345 (28586105) | 198.00 |
| 03/19/20 | Service of Process Fees/Subpoena Fees (E113) NATIONWIDE LEGAL, INC Special Process City of Chico c/o John Fiske, Baron & Budd 3102 Oak Lawn Ave, Suite 1100 Dallas, TX 2/19/2020; Inv. 00000016345 (28586107) | 303.00 |
| 03/19/20 | Service of Process Fees/Subpoena Fees (E113) NATIONWIDE LEGAL, INC Special Process County of Calaveras c/o Gregory P Wayland 891 Mountain Ranch Road San Andreas, CA; Inv. 00000016345 (28586101) | 198.00 |
| 03/19/20 | Service of Process Fees/Subpoena Fees (E113) NATIONWIDE LEGAL, INC Special Process Community Action Partnership of Sonoma County 141 Stony Circle, Suite 210 Santa Rosa, CA 2/19/2020; Inv. 00000016345 (28586088) | 198.00 |
| 03/19/20 | Service of Process Fees/Subpoena Fees (E113) NATIONWIDE LEGAL, INC United States Department of Agriculture Fore 1100 L Street, NW Suite 7522 Washington, DC 2/19/2020; Inv. 00000016345 (28587169) | 107.00 |
| 03/19/20 | Service of Process Fees/Subpoena Fees (E113) NATIONWIDE LEGAL, INC Special process Department of Interior Bureau of Land Man 1100 L Street NW Room 7522 Washington, CA 2/19/2020; Inv. 00000016345 (28586096) | 107.00 |
| 03/19/20 | Service of Process Fees/Subpoena Fees (E113) Service of Process Fees/Subpoena Fees (E113) NATIONWIDE LEGAL, INC Tillamook People's Utility District c/o Tammy 1115 Pacific Avenue Tillamook, OR 2/19/2020; Inv. 00000016345 (28586106) | 303.00 |
| 03/19/20 | Service of Process Fees/Subpoena Fees (E113) NATIONWIDE LEGAL, INC Special Process US Department of Housing and Urban Development 2021 Hartel Street Levittown, PA 2/19/2020; Inv. 00000016345 (28586108) | 303.00 |
| 03/19/20 | Service of Process Fees/Subpoena Fees (E113) NATIONWIDE LEGAL, INC Special Process Paradise Community Council c/o Russel Reiner 2851 Park Marina Drive Redding, CA 2/19/2020; Inv. 00000016345 (28586099) | 198.00 |
| 03/19/20 | Service of Process Fees/Subpoena Fees (E113) NATIONWIDE LEGAL, INC Special Process city of Santa Clara d/b/a Silicon Valley 555 Capitol Mall 15th Floor Sacrament, Ca 2/19/2020; Inv. 00000016345 (28586091) | 185.00 |
| 03/19/20 | Service of Process Fees/Subpoena Fees (E113) Service of Process Fees/Subpoena Fees (E113) NATIONWIDE LEGAL, INC Special | 107.00 |

Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Dallas   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   San Francisco   Seattle   Washington, DC

Case: 19-30088   Doc# 8210-5   Filed: 06/30/20   Entered: 06/30/20 09:15:01   Page 7 of 11

| Date | Description | Amount |
|---|---|---|
| | Process United States Department of Interior 1100 L Street NW Room 752 Washington DC 2/19/2020; Inv. 00000016345 (28586086) | |
| 03/19/20 | Service of Process Fees/Subpoena Fees (E113) Service of Process Fees/Subpoena Fees (E113) NATIONWIDE LEGAL, INC Special Process Accenture LLP 350 S Northwest Hwy Park Ridge, IL 3/4/2020; Inv. 00000016345 (28586094) | 305.00 |
| 03/19/20 | Service of Process Fees/Subpoena Fees (E113) NATIONWIDE LEGAL, INC Special Process Mountain Ranch Subdivision Community Service 550 E St Charles Street San Andreas, CA 2/19/2020; Inv. 00000016345 (28586103) | 198.00 |
| 03/19/20 | Service of Process Fees/Subpoena Fees (E113) NATIONWIDE LEGAL, INC Special Process Butte Glenn Community College District 3102 Oak Lawn Ave Dallas, TX 2/19/2020; Inv. 00000016345 (28586090) | 304.75 |
| 05/07/20 | Service of Process Fees/Subpoena Fees (E113) VERITEXT LEGAL SOLUTIONS Document Production Costs re Subpoena issued for documents for Quanta and Mountain F Enterprises; Inv. SF4311523 (28587163) | 119.00 |
| 05/15/20 | Service of Process Fees/Subpoena Fees (E113) NATIONWIDE LEGAL, INC Arcadis U.S 7700 E Arapahoe Rd Ste 220 Centennial, CO 801121268 4/24/2020; Inv. 00000017788 (28575784) | 349.00 |
| 05/15/20 | Service of Process Fees/Subpoena Fees (E113) NATIONWIDE LEGAL, INC Black and Veatch Construction, Inc. 818 W 7th St 930 Los Angeles, CA 900173476; Inv. 00000017788 (28575786) | 72.45 |
| 05/15/20 | Service of Process Fees/Subpoena Fees (E113) NATIONWIDE LEGAL, INC Quantum Spatial, Inc. 818 W 7th St Ste 930 Los Angeles, CA 9001173476; Inv. 00000017788 (28575785) | 139.45 |
| 05/31/20 | Service of Process Fees/Subpoena Fees (E113) Service of Process Fees/Subpoena Fees (E113) NATIONWIDE LEGAL, INC Special Process MLU Services, Inc. 1325 J Ste 1550 Sacramento, CA 958142976 5/1/2020; SF3996; Inv. 00000018181 (28583596) | 200.95 |
| 05/31/20 | Service of Process Fees/Subpoena Fees (E113) NATIONWIDE LEGAL, INC Special process Windy Tree, Inc. c/O Wendy Quinn 2182 Alhambra St Norco, CA 928601103 4/30/2020; Inv. 00000018181 (28583593) | 194.90 |
| 05/31/20 | Service of Process Fees/Subpoena Fees (E113) NATIONWIDE LEGAL, INC Special Process Loggers Unlimited, Inc. 10048 Daniels Way Grass Valley, CA 959499769 5/1/2020; SF4000; Inv. 00000018181 (28583592) | 96.00 |
| 05/31/20 | Service of Process Fees/Subpoena Fees (E113) NATIONWIDE LEGAL, INC Special Process Mario s Tree Service c/o Mario Vazquez 937 Via Lata Ste 500 Colton, CA 923243940 5/1/2020; SF39999; Inv. 00000018181 (28583599) | 191.05 |

Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Dallas   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   San Francisco   Seattle   Washington, DC

Case: 19-30088   Doc# 8210-5   Filed: 06/30/20   Entered: 06/30/20 09:15:01   Page 8 of 11

| Date | Description | Amount |
|---|---|---|
| 05/31/20 | Service of Process Fees/Subpoena Fees (E113) NATIONWIDE LEGAL, INC Special process Arbor Works, Inc. 6090 Keeble Ln. Camino, CA 957099100 4/27/2020; SF3758; Inv. 00000018181 (28583601) | 202.00 |
| 05/31/20 | Service of Process Fees/Subpoena Fees (E113) NATIONWIDE LEGAL, INC Reax Engineering, Inc. c/o Christopher W Lau 12435 Homestead Way Auburn, CA 4/27/2020; SF3766; Inv. 00000018181 (28583600) | 220.00 |
| 05/31/20 | Service of Process Fees/Subpoena Fees (E113) NATIONWIDE LEGAL, INC Special Process Windy Tree, Inc. c/o Wendy Quinn 2182 Alhambra St Norco, CA 928601103 5/1/2020; SF 3998; Inv. 00000018181 (28583598) | 191.05 |
| 05/31/20 | Service of Process Fees/Subpoena Fees (E113) NATIONWIDE LEGAL, INC Special process Mario s Tree Service 937 Via Lata Ste 500 Colton, CA 923243940 4/30/2020; SF3916; Inv. 00000018181 (28583594) | 194.90 |
| 05/31/20 | Service of Process Fees/Subpoena Fees (E113) NATIONWIDE LEGAL, INC Special Process Exponent Inc 1209 N Orange St Wilmington, DE 198011120 4/24/2020; SF3699;; Inv. 00000018181 (28583597) | 349.00 |
| | **Subtotal - Service of Process Fees/Subpoena Fees (E113)** | **6,233.50** |
| 03/10/20 | Teleconference Charges (E105) COURTCALL, LLC Gregory Commins, Jr; PG&E Corporation 3/10/2020; Inv. 10441402 (28580668) | 237.50 |
| 03/26/20 | Teleconference Charges (E105) COURTCALL, LLC David Richardson; U.S. Bankruptcy Court - N.D. California (San Francisco) 3/16/2020; Inv. 10451544 (28580636) | 42.50 |
| 04/03/20 | Teleconference Charges (E105) COURTCALL, LLC Cecily Dumas; PG&E Corporation 3/25/2020; Inv. 10485033 (28580648) | 35.00 |
| 04/19/20 | Teleconference Charges (E105) COURTCALL, LLC Bridget McCabe - PG&E Corporation 4/19/20; Inv. 10523542 (28576847) | 50.50 |
| 04/19/20 | Teleconference Charges (E105) COURTCALL, LLC Lauren Attard - PG&E Corporation 4/14/20; Inv. 10524356 (28576841) | 56.10 |
| 04/19/20 | Teleconference Charges (E105) COURTCALL, LLC Kimberly Morris; PG&E Corporation 4/14/20; Inv. 10522795 (28580676) | 50.50 |
| 04/19/20 | Teleconference Charges (E105) COURTCALL, LLC Robert Julian; PG&E Corporation 4/14/2020; Inv. 10522817 (28580647) | 56.10 |
| 04/20/20 | Teleconference Charges (E105) COURTCALL, LLC David Richardson; PG&E Corporation 4/14/2020; Inv. 10522589-A (28576840) | (1.30) |

Baker & Hostetler LLP

Atlanta  Chicago  Cincinnati  Cleveland  Columbus  Costa Mesa  Dallas  Denver
Houston  Los Angeles  New York  Orlando  Philadelphia  San Francisco  Seattle  Washington, DC

Case: 19-30088    Doc# 8210-5    Filed: 06/30/20    Entered: 06/30/20 09:15:01    Page 9 of 11

| Date | Description | Amount |
|---|---|---|
| 04/20/20 | Teleconference Charges (E105) COURTCALL, LLC Jerry R Bloom; PG&E Corporation 4/14/2020; Inv. 10525044A (28580672) | 28.00 |
| 05/12/20 | Teleconference Charges (E105) COURTCALL, LLC David Richardson; PG&E Corporation 5/12/2020; Inv. 10560762 (28580652) | 44.90 |
| 05/13/20 | Teleconference Charges (E105) COURTCALL, LLC David Richardson; PG&E Corporation 5/6/2020; Inv. 10554936 (28576848) | 28.10 |
| 05/13/20 | Teleconference Charges (E105) ELIZABETH A. GREEN Fee for Elizabeth Green to Appear via Telephone for May 6, 2020 Hearing; Inv. 07939-05132020.1 (28586531) | 28.10 |
| 05/13/20 | Teleconference Charges (E105) COURTCALL, LLC Kim Morris; PG&E Corporation 5/6/2020; Inv. 10555750 (28580650) | 22.50 |
| 05/19/20 | Teleconference Charges (E105) COURTCALL, LLC Robert Julian; U.S. Bankruptcy Court NN California 5/12/20; Inv. 10560799 (28580664) | 44.90 |
| 05/19/20 | Teleconference Charges (E105) Court costs; Jorian L Rose; Attend hearing on May 12 on confirmation issues and voting issues.; May 19, 2020; (28586483) | 39.30 |
| 05/19/20 | Teleconference Charges (E105) COURTCALL, LLC Kimberly Morris - U.S. Bankruptcy Court - N.D. California (San Francisco) 5/12/2020; Inv. 10563965 (28580663) | 50.50 |
| 05/19/20 | Teleconference Charges (E105) COURTCALL, LLC Cecily Dumas; U.S. Bankruptcy Court - N.D. California 5/12/2020; Inv. 10566575 (28580629) | 44.90 |
| 05/19/20 | Teleconference Charges (E105) COURTCALL, LLC Eric Sagerman; U.S. Bankruptcy Court - N.D. California (San Francisco) 5/12/2020; Inv. 10561622 (28580687) | 39.30 |
| 05/24/20 | Teleconference Charges (E105) COURTCALL, LLC Kimberly Morris; PG&E Corporation 3/10/2020; Inv. 10441392 (28580689) | 42.50 |
| | **Subtotal - Teleconference Charges (E105)** | **939.90** |
| 05/07/20 | Transcripts (E116) eScribers, LLC Copy of the May 6, 2020 Bankruptcy Telephonic Hearing Transcript before Judge Montali; Inv. 326628 (28573098) | 44.40 |
| 05/13/20 | Transcripts (E116) eScribers, LLC Copy of May 12, 2020 Bankruptcy Hearing Transcript before Judge Montali; Inv. 327730 (28571135) | 97.20 |
| 05/19/20 | Transcripts (E116) eScribers, LLC May 15, 2020 Bankruptcy Hearing Transcript before Judge Montali.; Inv. 328626 (28572770) | 115.20 |
| 05/20/20 | Transcripts (E116) eScribers, LLC Copy of the May 19, 2020 Bankruptcy Hearing Transcript before Judge Montali; Inv. 328986 (28572765) | 74.40 |
| 05/21/20 | Transcripts (E116) Katherine Powell Sullivan Copy of the May 21, | 88.20 |

Baker & Hostetler LLP

Atlanta  Chicago  Cincinnati  Cleveland  Columbus  Costa Mesa  Dallas  Denver
Houston  Los Angeles  New York  Orlando  Philadelphia  San Francisco  Seattle  Washington, DC

Case: 19-30088    Doc# 8210-3    Filed: 06/30/20    Entered: 06/30/20 09:15:01    Page 10 of 11

| Date | Description | Amount |
|---|---|---|
| | 2020 District Court Hearing Transcript; Inv. 20200745 (28573192) | |
| 05/26/20 | Transcripts (E116) eScribers, LLC Copy of the May 22, 2020 Bankruptcy Hearing Transcript before Judge Montali; Inv. 329678 (28580645) | 85.20 |
| 05/27/20 | Transcripts (E116) eScribers, LLC Copy of the May 26, 2020 Bankruptcy Hearing Transcript before Judge Montali; Inv. 330164 (28580682) | 48.00 |
| 05/28/20 | Transcripts (E116) eScribers, LLC Copy of the May 27, 2020 Bankruptcy Hearing Transcript before Judge Montali; Inv. 330404 (28580695) | 58.50 |
| 05/30/20 | Transcripts (E116) Marybelle Ball dba/ Belle Ball, CSR,CRR, RDR Copy of the May 28, 2020 District Court Hearing Transcript before Judge Alsup; Inv. 20200151 (28580784) | 191.10 |
| 05/30/20 | Transcripts (E116) eScribers, LLC Copy of the May 28, 2020 Bankruptcy Hearing Transcript before Judge Montali; Inv. 330509 (28580694) | 144.00 |
| 05/31/20 | Transcripts (E116) eScribers, LLC Copy of the June 3, 2020 Bankruptcy Hearing Transcript before Judge Montali re Confirmation Hearing; Inv. 331983 (28587596) | 247.20 |
| 05/31/20 | Transcripts (E116) eScribers, LLC Copy of the June 4, 2020 Bankruptcy Hearing Transcript before Judge Montali (Confirmation); Inv. 332117 (28587598) | 220.80 |
| 05/31/20 | Transcripts (E116) eScribers, LLC Copy of the May 29, 2020 Bankruptcy Hearing Transcript before Judge Montali; Inv. 330932 (28587595) | 109.20 |
| 05/31/20 | Transcripts (E116) eScribers, LLC Copy of the June 1, 2020 Bankruptcy Hearing Transcript before Judge Montali; Inv. 331200 (28587594) | 108.00 |
| | **Subtotal - Transcripts (E116)** | **1,631.40** |
| | **Total** | **$ 835,554.99** |

**Baker & Hostetler LLP**

Atlanta  Chicago  Cincinnati  Cleveland  Columbus  Costa Mesa  Dallas  Denver
Houston  Los Angeles  New York  Orlando  Philadelphia  San Francisco  Seattle  Washington, DC

Case: 19-30088    Doc# 8210-5    Filed: 06/30/20    Entered: 06/30/20 09:15:01    Page 11 of 11