| | |
|---|---|
| 1<br>2<br>3<br>4 | SCOTT H. MCNUTT (CSBN 104696)<br>324 Warren Road<br>San Mateo, California 94402<br>Telephone: (415) 760-5601<br>Email: smcnutt@ml-sf.com<br><br>Counsel to the Fee Examiner |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>　　　　- and -<br><br>PACIFIC GAS AND ELECTRIC<br>COMPANY,<br><br>　　　　　Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* All papers shall be filed in the Lead Case,<br>No. 19-30088 (DM) | Bankruptcy Case<br>No. 19-30088 (DM)<br>(Lead Case)<br>(Jointly Administered)<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON INTERIM APPLICATIONS ALLOWING AND AUTHORIZING PAYMENT OF FEES AND EXPENSES OF MULTIPLE FEE APPLICANTS BASED UPON COMPROMISES WITH THE FEE EXAMINER**<br><br>Hearing:<br><br>Date:　July 21, 2020<br>Time:　10:00 a.m. (Pacific Time)<br>Place:　(Telephonic/Video Appearances<br>　　　　Only)<br>　　　　United States Bankruptcy Court<br>　　　　Courtroom 17,<br>　　　　450 Golden Gate Avenue<br>　　　　16th Floor<br>　　　　San Francisco, CA<br><br>Judge:　Hon. Dennis Montali<br><br>Objection Deadline:<br>July 14, 2020 |

**PLEASE TAKE NOTICE THAT** on February 28, 2019, the Court entered its *Order Authorizing Debtors to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (**"Interim Compensation Order"**) [Doc. No. 701]. Under the Interim Compensation Order, estate professionals are paid 80% of fees and 100% of expenses on a monthly basis (a so-called Knudsen Order). The Interim Compensation Order contemplates filing interim applications (to recover the 20% "holdback" on fees). All payments of interim compensation are subject to the requirement that final fee applications be filed. Although interim fee applications are contemplated, they are not mandated.

**PLEASE TAKE FURTHER NOTICE THAT** on May 29, 2019, the Court entered its *Order Appointing Fee Examiner and Establishing Procedures for Consideration of Fee Compensation and Reimbursement of Expenses* (**"Order Appointing Fee Examiner"**) [Doc. No. 2267]. The Order Appointing Fee Examiner sets forth a procedure for review and resolution of interim fee applications

**PLEASE TAKE FURTHER NOTICE THAT** on December 18, 2019, the Court entered its *Amended Order Granting Fee Examiner Motion to Approve Fee Procedures* (**"Amended Fee Procedures Order"**) [Doc. No. 5168]. The Amended Fee Procedures Order approves the Fee Examiner's Protocol and adopts the Fee Examiner's recommendations as to the coordination and scheduling of hearings.

**PLEASE TAKE FURTHER NOTICE THAT** under the Amended Fee Procedures Order, the Fee Examiner is authorized to set hearings to approve interim fee applications based upon compromises reached with fee applicants. Such hearings shall be heard on 21 days' notice

as required by Fed. R. Bankr. Pro. 2002 (a)(6) and the Notice of Hearing shall comply with Fed. R. Bankr. Pro. 2002 (c)(2).

**PLEASE TAKE FURTHER NOTICE THAT** under the foregoing orders, professionals were permitted to file Interim Applications every four months beginning July 15, 2019. The Second Interim Applications were to be filed by November 15, 2019. The Third Interim Applications were to be filed by March 15, 2020. Fourth Interim Applications will be due July 15, 2020.

**PLEASE TAKE FURTHER NOTICE THAT** on June 4, 2020, the Fee Examiner Filed his *Fee Examiner's Report on Status of Fee and Expenses Submitted, Approved and Pending* ("Fee Examiner's Status Report") [Doc. No. 7785].

**PLEASE TAKE FURTHER NOTICE THAT** the Fee Examiner now presents nine compromises with various estate professionals (the "**Compromise Fee Applicants**") concerning interim fee applications as set forth in Exhibit A, attached hereto and incorporated herein by this reference (the "**Interim Fee Application Compromises**").

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court will hear and consider the Fee Application Compromises on July 21, 2020 at 10:00 a.m. (Pacific Time) (the "**Hearing on Fee Application Compromises**") in the courtroom of the Honorable Dennis Montali, United States Bankruptcy Judge, Courtroom 17, 16th Floor, 450 Golden Gate Avenue, San Francisco, California, 94102.

**PLEASE TAKE FURTHER NOTICE** that the deadline to object to the Interim Fee Application Compromises is July 14, 2020.

**PLEASE TAKE FURTHER NOTICE** that the Court has ordered all professionals may appear by Court Call.

**PLEASE TAKE FURTHER NOTICE** that the Compromise Fee Applicants, subject to Court Approval, have each agreed to the stipulated reduction indicated on **Exhibit A**, and that the Fee Examiner will submit orders reflecting the stipulated reductions, or the Fee Examiner will approve the form of orders submitted by the Fee Applicants.

**PLEASE TAKE FURTHER NOTICE** that the Fee Examiner has previously provided the Office of the United States Trustee with the amount of each such compromise, and that the Office of the United States Trustee has not objected to any compromise.

**PLEASE TAKE FURTHER NOTICE** that the amount applied for, the amount of any compromise with the Fee Examiner and the net amount claimed are set forth in Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that following the Omnibus Hearing and entry of appropriate orders with respect to each of the Compromise Fee Applicants, Debtors will be authorized to pay the "Amount Now Payable" for the First Interim Period, as set forth in Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that the Amended Fee Procedures order reserves the Fee Examiner's right to raise certain objections at the time of subsequent interim fee applications and final fee applications.

**PLEASE TAKE FURTHER NOTICE** that copies of the First Interim Applications and Amendments can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450

Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at http://restructuring.primeclerk.com/pge or by calling (844) 339-4217

(toll free) for U.S.-based parties; or +1 (929) 333-8977 for international parties or by e-mail at: pginfo@primeclerk.com.  Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

DATED: June 29, 2020               SCOTT H. McNUTT

By:   */Scott H. McNutt/*
        Scott H. McNutt
        Counsel to the Fee Examiner

# EXHIBIT A

**EXHIBIT A**

**to**

**NOTICE OF HEARING ON INTERIM APPLICATIONS ALLOWING
AND AUTHORIZING PAYMENT OF FEES AND EXPENSES
OF MULTIPLE FEE APPLICANTS BASED ON COMPROMISES
WITH THE FEE EXAMINER**

**(Noticed for Hearing July 21, 2020)**

| Retained Professional | Fee Request | Filing Date | Docket No. | Total Fees and Costs | Total Compromised Reduction with Fee Examiner | Interim Total Fees and Costs Reflecting Compromised Reduction | Total Payments Previously Received by Applicants for First Interim Period | Outstanding Amount Now Payable for Interim Period* |
|---|---|---|---|---|---|---|---|---|
| Centerview Partners** | First Interim | 11/14/2019 | 4725 | $ 1,119,526.46 | | | | |
| | Second Interim | 11/14/2019 | 4750 | $ 1,059,531.95 | | | | |
| | Third Interim | 3/13/2020 | 6279 | $ 1,006,997.45 | | | | |
| | | | | $ 3,186,055.86 | $ 65,000.00 | $ 3,121,055.86 | $ 2,385,370.80 | $ 735,685.06 |
| Coblentz | Second Interim | 3/16/2020 | 6306 | $ 759,988.35 | $ 22,500.00 | $ 737,488.35 | $ 610,209.27 | $ 127,279.08 |
| FTI Consulting | Second Interim | 11/14/2019 | 4734 | $ 6,041,223.54 | | | | |
| | Third Interim | 3/13/2020 | 6280 | $ 3,949,497.29 | | | | |
| | | | | $ 9,990,720.83 | $ 170,000.00 | $ 9,820,720.83 | $ 8,008,470.32 | $ 1,812,250.51 |
| Groom Law Group | First Interim | 3/13/2020 | 6283 | $ 847,717.86 | $ 42,000.00 | $ 805,717.86 | $ 678,285.41 | $ 127,432.45 |

\* Prior to submitting orders regarding these amounts, the Fee Examiner will require all applicants to verify that all "Knudsen" payments have been properly credited. The Fee Examiner is aware that such payments may have been received for the various Interim Periods after the filing of the First Interim Fee Applications, or after the filing of this Notice.

\*\* This compromise concerns only expenses. Under Centerview's employment order, any objection to fees may only be made in response to final fee applications.

| Retained Professional | Fee Request | Filing Date | Docket No. | Total Fees and Costs | Total Compromised Reduction with Fee Examiner | Interim Total Fees and Costs Reflecting Compromised Reduction | Total Payments Previously Received by Applicants for First Interim Period | Outstanding Amount Now Payable for Interim Period* |
|---|---|---|---|---|---|---|---|---|
| Jenner & Block | Second Interim | 11/14/2019 | 4749 | $ 3,015,960.36 | | | | |
| | Third Interim | 3/16/2020 | 6333 | $ 1,914,238.53 | | | | |
| | | | | $ 4,930,198.89 | $ 100,000.00 | $ 4,830,198.89 | $ 3,878,016.41 | $ 952,182.48 |
| | | | | | | | | |
| Keller & Benvenutti | First Interim | 7/19/2019 | 3099 | $ 1,149,251.79 | | | | |
| | Second Interim | 11/14/2019 | 4714 | $ 753,685.22 | | | | |
| | Third Interim | 3/13/2020 | 6275 | $ 754,311.92 | | | | |
| | | | | $ 2,657,248.93 | $ 82,500.00 | $ 2,574,748.93 | $ 2,151,806.93 | $ 422,942.00 |
| | | | | | | | | |
| KPMG | Second Interim | 2/4/2020 | 5618 | $ 4,634,234.45 | $ 85,000.00 | $ 4,549,234.45 | $ 3,770,610.44 | $ 778,624.01 |
| | | | | | | | | |
| Lincoln Partners | Second Interim | 11/14/2019 | 4724 | $ 4,966,257.49 | | | | |
| | Third Interim | 3/16/2020 | 6313 | $ 4,728,323.48 | | | | |
| | | | | $ 9,694,580.97 | $ 325,000.00 | $ 9,369,580.97 | $ 7,788,732.67 | $ 1,580,848.30 |
| | | | | | | | | |
| Munger Tolles & Olson | Second Interim | 11/15/2019 | 4758 | $ 9,367,739.63 | | | | |
| | Third Interim | 3/16/2020 | 6327 | $15,337,050.48 | | | | |
| | | | | $24,704,790.11 | $ 850,000.00 | $ 23,854,790.11 | $ 19,935,574.11 | $ 3,919,216.00 |