# EXHIBIT A

16213.101 4811-5245-7151.3

Case: 19-30088    Doc# 8214-1    Filed: 06/30/20    Entered: 06/30/20 10:22:10    Page 1 of 3

**COMPENSATION BY COBLENTZ PATCH DUFFY & BASS LLP PROFESSIONALS
FOR THE PERIOD MAY 1, 2020 THROUGH MAY 31, 2020**

The Coblentz attorneys and paraprofessionals who rendered legal services for the Debtors during these Chapter 11 Cases from May 1, 2020 through May 31, 2020 (the "**Fee Period**") are:

| Name of Professional | Position | Primary Practice Group[1] | Year Admitted | Reduced Hourly Rate for Debtors | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Barbara Milanovich | Partner | RE | 1980 | $700 | 56.90 | $39,830.00 |
| Doug Sands | Partner | RE | 1987 | $700 | 84.40 | $59,080.00 |
| Ficks, Gregg | Partner | BCR/LIT | 1990 | $704 | 6.50 | $4,576.00 |
| Sean Coyle | Partner | LIT | 2004 | $600 | 27.10 | $16,260.00 |
| Mark Hejinian | Partner | LIT | 2011 | $500 | 6.30 | $3,150.00 |
| James F. McKee | Associate | LIT | 2014 (TX); 2019 (CA) | $422 | 0.20 | $84.40 |
| Caitlyn N. Chacon | Associate | LIT | 2013 | $440 | 17.40 | $7,656.00 |
| Leah P. Collins | Associate | RE | 2016 | $405 | 1.70 | $688.50 |
| Laura R. Seegal | Associate | LIT | 2015 | $418 | 16.30 | $6,813.40 |
| Michael R. Wilson | Paralegal | RE | N/A | $352 | 34.30 | $12,073.60 |
| Dianne M. Sweeny | Paralegal | RE | N/A | $210 | 8.20 | $1,722.00 |
| Jordan V. Mendoza | Paralegal | RE | N/A | $250 | 38.10 | $9,525.00 |
| Viet Doan | Paralegal | LIT | N/A | $175 | 4.00 | $700.00 |
| **Total Professionals:** | | | | | 301.40 | $162,158.90 |

---

[1] RE = Real Estate; LIT = Litigation; BCR = Bankruptcy and Creditors' Rights; CORP = Corporate

| PROFESSIONALS TOTALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---:|---:|---:|
| Partners and Counsel | $678.23 | 181.20 | $122,896.00 |
| Associates | $428.15 | 35.60 | $15,242.30 |
| **Blended Attorney Rate** | **$637.17** | **216.80** | **$138,138.30** |
| Paraprofessionals and other non-legal staff | $283.93 | 84.60 | $24,020.60 |
| **Total Fees Incurred** | **$538.02** | **301.40** | **$162,158.90** |