# EXHIBIT B

16213.101 4811-5245-7151.3

Case: 19-30088    Doc# 8214-2    Filed: 06/30/20    Entered: 06/30/20 10:22:10    Page 1 of 3

**COMPENSATION BY WORK TASK CODE FOR SERVICES RENDERED BY COBLENTZ PATCH DUFFY & BASS LLP FOR THE PERIOD MAY 1, 2020 THROUGH MAY 31, 2020**

| TASK[1] CODE | DESCRIPTION[1] | HOURS | AMOUNT |
|---|---|---|---|
| C100 | Fact Gathering | 42.50 | $13,795.60 |
| C200 | Researching Law | 2.20 | $968.00 |
| C400 | Third Party Communication | 0.50 | $220.00 |
| L110 | Fact Investigation/Development | 7.50 | $3,326.40 |
| L120 | Analysis/Strategy | 22.80 | $11,941.60 |
| L130 | Experts/Consultants | 42.80 | $13,130.00 |
| L143 | eDiscovery - Identification and Preservation | 0.60 | $225.00 |
| L330 | Depositions | 4.50 | $2,700.00 |
| L620 | Collection | 1.30 | $650.00 |
| L650 | Review | 6.70 | $3,390.00 |
| L653 | First Pass Document Review | 13.10 | $5,557.80 |
| L654 | Second Pass Document Review | 0.30 | $150.00 |
| L670 | Production | 3.90 | $817.50 |
| P100[2] | Project Administration | 9.50 | $6,676.00 |

---

[1] These Task Codes and Descriptions were used by Coblentz in conjunction with pre-petition time entries and invoices as required by Debtors prior to the filing of these Bankruptcy Cases, and Coblentz continues to use them in conjunction with post-petition time entries and invoices in these Special Counsel matters. In connection with additional services Coblentz now is required to perform in connection with these bankruptcy cases (*e.g.*, in connection with Coblentz's retention application, monthly fee statements, fee applications, or the like), Coblentz further specifies the time and fees for any such additional services in footnote 2 below.

[2] This Task Code includes approximately: (a) 4.3 hours ($3,027.20 in fees) related to Coblentz's Monthly Fee Statements; (b) 1.7 hours ($1,196.80 in fees) related to Special Counsel and scope of work requirements and potential and/or filed supplemental party disclosures in these Bankruptcy Cases; and (c) .5 hours ($352 in fees) for tasks related to Coblentz's filed Second Interim Fee Application and the Fee Examiner's comments to same.

| TASK[1] CODE | DESCRIPTION[1] | HOURS | AMOUNT |
|---|---|---:|---:|
| P240 | Real and Personal Property | 6.20 | $3,838.50 |
| P280 | Other | 1.80 | $332.50 |
| P300 | Structure/Strategy/Analysis | 89.10 | $62,240.00 |
| P400 | Initial Document Preparation/Filing | 31.80 | $22,260.00 |
| P500 | Negotiation/Revision/Responses | 7.70 | $5,390.00 |
| P600 | Completion/Closing | 6.50 | $4,550.00 |
| **Total:** | | **301.40** | **$162,158.90** |