# EXHIBIT C

**EXPENSE SUMMARY (COBLENTZ PATCH DUFFY & BASS LLP) FOR THE PERIOD MAY 1, 2020 THROUGH MAY 31, 2020**

| EXPENSES | AMOUNTS |
|---|---|
| Computerized Research | N/A |
| Meals | N/A |
| Travel | N/A |
| Transportation | N/A |
| Duplicating | N/A |
| Transcription (Deposition) Services | N/A |
| Third Party Consulting Fees | N/A |
| Telephone Conferencing | N/A |
| Messenger | N/A |
| Filing Fees | N/A |
| Process Service | N/A |
| Property Search | $81.09 |
| Court Reporter | N/A |
| Deposition Costs | N/A |
| Litigation Support Vendors | $111.95 |
| **Total Expenses Requested:** | **$193.04** |