# EXHIBIT E

16213.101 4811-5245-7151.3

Case: 19-30088    Doc# 8214-5    Filed: 06/30/20    Entered: 06/30/20 10:22:10    Page 1 of 2

**DETAILED EXPENSE ENTRIES (COBLENTZ PATCH DUFFY & BASS LLP) FOR THE PERIOD MAY 1, 2020 THROUGH MAY 31, 2020**

| Costs Advanced | Amount |
|---|---:|
| Litigation Support Vendors – Case Home Page | $111.95 |
| Property Search – DataTree by First American | $81.09 |
| **Total Costs Requested:** | **$193.04** |