**EXHIBIT A**

**COMPENSATION BY PROFESSIONAL**
**MAY 1, 2020 THROUGH MAY 31, 2020**

| Prime Clerk Employee | Title | Hours Billed this Period | Rate | Total for Application |
|---|---|---|---|---|
| Daloia, James F | Director of Solicitation | 2.50 | $220.00 | $550.00 |
| Johnson, Craig | Director of Solicitation | 239.70 | $220.00 | $52,734.00 |
| Orchowski, Alex T | Director of Solicitation | 0.80 | $220.00 | $176.00 |
| Pullo, Christina | Director of Solicitation | 61.60 | $220.00 | $13,552.00 |
| Sharp, David | Director of Solicitation | 46.50 | $220.00 | $10,230.00 |
| Adler, Adam M | Director | 0.40 | $220.00 | $88.00 |
| Baer, Herb C | Director | 0.80 | $220.00 | $176.00 |
| Dubin, Mariah | Director | 7.00 | $220.00 | $1,540.00 |
| Jaffar, Amrita C | Director | 3.90 | $220.00 | $858.00 |
| Manners, Venetia | Director | 50.30 | $220.00 | $11,066.00 |
| Schepper, Chris R | Director | 1.20 | $220.00 | $264.00 |
| Weiner, Shira D | Director | 11.10 | $220.00 | $2,442.00 |
| Brown, Mark M | Solicitation Consultant | 170.30 | $198.00 | $33,719.40 |
| Carpenter, Mary J | Solicitation Consultant | 196.80 | $198.00 | $38,966.40 |
| Crowell, Messiah L | Solicitation Consultant | 151.60 | $198.00 | $30,016.80 |
| DePalma, Greg R | Solicitation Consultant | 10.60 | $198.00 | $2,098.80 |
| Gray, Ackheem J | Solicitation Consultant | 68.70 | $198.00 | $13,602.60 |
| Jadonath, Anna | Solicitation Consultant | 21.30 | $198.00 | $4,217.40 |
| Kaufman, Craig M | Solicitation Consultant | 17.20 | $198.00 | $3,405.60 |
| Kesler, Stanislav | Solicitation Consultant | 282.30 | $198.00 | $55,895.40 |
| Liu, Calvin L | Solicitation Consultant | 22.50 | $198.00 | $4,455.00 |
| Lonergan, Senan L | Solicitation Consultant | 13.20 | $198.00 | $2,613.60 |
| Plerqui, Justin | Solicitation Consultant | 37.10 | $198.00 | $7,345.80 |
| Scully, Nickesha C | Solicitation Consultant | 41.10 | $198.00 | $8,137.80 |
| Taatjes, Hayden S | Solicitation Consultant | 132.40 | $198.00 | $26,215.20 |
| Vyskocil, Ryan J | Solicitation Consultant | 4.00 | $198.00 | $792.00 |
| Ashley, Jeanette | Senior Consultant | 26.90 | $187.00 | $5,030.30 |
| Nikelsberg, Ira | Senior Consultant | 63.50 | $187.00 | $11,874.50 |
| Breines, Lauren N | Consultant | 81.50 | $170.50 | $13,895.75 |
| Guill, Chelsea M | Consultant | 2.80 | $170.50 | $477.40 |
| Bird, Amber M | Consultant | 41.70 | $165.00 | $6,880.50 |
| Borushchak, Nataliya | Consultant | 38.30 | $165.00 | $6,319.50 |
| DePalma, Greg M | Consultant | 48.00 | $165.00 | $7,920.00 |
| Dominguez, Kirsten A | Consultant | 100.90 | $165.00 | $16,648.50 |
| Floyd, Tiffany M | Consultant | 36.90 | $165.00 | $6,088.50 |
| Grispi, Diel T | Consultant | 64.50 | $165.00 | $10,642.50 |
| Heath, Curtis L | Consultant | 11.00 | $165.00 | $1,815.00 |
| Iannaci, Patricia M | Consultant | 137.30 | $165.00 | $22,654.50 |
| Inman, Aliece L | Consultant | 2.20 | $165.00 | $363.00 |
| Izquierdo, Stephanie | Consultant | 121.70 | $165.00 | $20,080.50 |
| Kail, John C | Consultant | 12.00 | $165.00 | $1,980.00 |
| Kovalchuk, Oleg | Consultant | 35.60 | $165.00 | $5,874.00 |
| Laurel, Marissa E | Consultant | 14.10 | $165.00 | $2,326.50 |
| Mahgoub, Mohamed T | Consultant | 5.50 | $165.00 | $907.50 |
| Patel, Mihir P | Consultant | 133.20 | $165.00 | $21,978.00 |
| Patterson, Camille S | Consultant | 51.00 | $165.00 | $8,415.00 |

| | Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1 | Pollard, Jonathan | Consultant | 35.20 | $165.00 | $5,808.00 |
|   | Sommerman, Alexis D | Consultant | 95.20 | $165.00 | $15,708.00 |
| 2 | Tapia, Briana L | Consultant | 45.00 | $165.00 | $7,425.00 |
|   | Elliot, Brian B | Consultant | 53.00 | $148.50 | $7,870.50 |
| 3 | Hughes, James T | Consultant | 125.60 | $148.50 | $18,651.60 |
|   | Kinnard, Brian M | Consultant | 64.40 | $148.50 | $9,563.40 |
| 4 | Lamb, Connor S | Consultant | 37.70 | $148.50 | $5,598.45 |
|   | Lewis, Margaret A | Consultant | 25.20 | $148.50 | $3,742.20 |
| 5 | Makhlin, Alex | Consultant | 42.40 | $148.50 | $6,296.40 |
|   | Murden, Arielle M | Consultant | 41.00 | $148.50 | $6,088.50 |
| 6 | Pippert, Daniel M | Consultant | 61.30 | $148.50 | $9,103.05 |
|   | Schudro, Aleksey | Consultant | 12.50 | $148.50 | $1,856.25 |
| 7 | Shannon, Roberta | Consultant | 56.00 | $148.50 | $8,316.00 |
|   | Suddarth, Garret S | Consultant | 72.00 | $148.50 | $10,692.00 |
| 8 | Vasquez, Ramiro V | Consultant | 52.00 | $148.50 | $7,722.00 |
|   | Yuen, Anderson C | Consultant | 68.10 | $148.50 | $10,112.85 |
| 9 | Zhong, Jun Wei | Consultant | 57.60 | $148.50 | $8,553.60 |
|   | Cerro, Angela M | Consultant | 8.50 | $137.50 | $1,168.75 |
| 10 | De Souza, Delicia | Consultant | 0.50 | $137.50 | $68.75 |
|    | Salguero, Elcida V | Consultant | 5.70 | $137.50 | $783.75 |
| 11 | Yosef, Dina | Consultant | 8.00 | $132.00 | $1,056.00 |
|    | Aranza, Christian J | Consultant | 93.00 | $110.00 | $10,230.00 |
| 12 | Fulwood, Donchelle F | Consultant | 77.60 | $110.00 | $8,536.00 |
|    | Gulcen, Furkan | Consultant | 67.20 | $110.00 | $7,392.00 |
| 13 | Jeanty, Jeanane | Consultant | 56.90 | $110.00 | $6,259.00 |
|    | Nevins, Megan E | Consultant | 69.40 | $110.00 | $7,634.00 |
| 14 | Richards, Kira K | Consultant | 116.30 | $104.50 | $12,153.35 |
|    | Senecal, Brian A | Technology Consultant | 7.90 | $104.50 | $825.55 |
| 15 | Lim, Rachel | Technology Consultant | 29.40 | $93.50 | $2,748.90 |
|    | Singh, Kevin | Technology Consultant | 37.80 | $93.50 | $3,534.30 |
| 16 | Gomez, Christine | Technology Consultant | 6.30 | $71.50 | $450.45 |
|    | Reyes, Ronald A | Technology Consultant | 18.20 | $71.50 | $1,301.30 |
| 17 | Conteh, Omaru | Technology Consultant | 1.60 | $49.50 | $79.20 |
|    | Clark, Katierra R | Analyst | 36.00 | $60.50 | $2,178.00 |
| 18 | Croker, Lloyd D | Analyst | 103.70 | $60.50 | $6,273.85 |
|    | Dunn, Jamal S | Analyst | 56.20 | $60.50 | $3,400.10 |
| 19 | Henegan, Nazir | Analyst | 15.90 | $60.50 | $961.95 |
|    | Mignott, Brandon G | Analyst | 68.50 | $60.50 | $4,144.25 |
| 20 | Morrison Jr., Lynval R | Analyst | 23.00 | $60.50 | $1,391.50 |
|    | Nnani, Obinna I | Analyst | 55.80 | $60.50 | $3,375.90 |
| 21 | Tejada, Dalvin J | Analyst | 37.00 | $60.50 | $2,238.50 |
|    | Yan, Raymond | Analyst | 40.40 | $60.50 | $2,444.20 |
| 22 | Yenco, Anna J | Analyst | 9.50 | $60.50 | $574.75 |
|    | Bellamy, Jacqueline | Analyst | 56.90 | $55.00 | $3,129.50 |
| 23 | Joseph, Janelle Stacey | Analyst | 37.20 | $55.00 | $2,046.00 |
|    | Lourie, Makiya Jahnae | Analyst | 9.00 | $55.00 | $495.00 |
| 24 | Wright, Mecca I | Analyst | 36.60 | $55.00 | $2,013.00 |
| 25 | **Total** | | **4,757.70** | | **$739,324.85**[1] |
|    | | | **Blended Rate** | **$155.40** | |

[1] This amount has been discounted to $591,459.88 in accordance with the terms of Prime Clerk's retention. Taking into account this discount, the blended hourly rate is $124.32.