# EXHIBIT B

**COMPENSATOIN BY WORK TASK CODE FOR SERVICES RENDERED BY PRIME CLERK LLC FOR THE PERIOD MAY 1, 2020 THROUGH MAY 31, 2020**

| Category | Hours Billed This Period | Total for Application |
|---|---:|---:|
| Ballots | 3596.20 | $501,950.90 |
| Call Center / Credit Inquiry | 520.40 | $105,261.20 |
| Corporate Actions | 0.50 | $99.00 |
| Disbursements | 18.10 | $3,889.60 |
| Retention / Fee Application | 1.20 | $264.00 |
| Solicitation | 621.30 | $127,860.15 |
| **Total** | **4,757.70** | **$739,324.85[2]** |

---

[2] This amount has been discounted to $591,459.88 in accordance with the terms of Prime Clerk's retention.