# EXHIBIT C

## EXPENSE SUMMARY FOR THE PERIOD
## MAY 1, 2020 THROUGH MAY 31, 2020

| EXPENSE | TOTAL |
|---|---|
| After Hours Transportation | $667.15 |
| Overtime Meals | $212.99 |
| **Total** | **$880.14** |