**EXHIBIT E**

**ITEMIZED DISBURSEMENTS**

| Employee Name | Date | Expense Type | Amount |
|---|---|---|---|
| Joseph, Janelle | 5/1/2020 | After Hours Transportation (Uber) | $36.18 |
| Richards, Kira | 5/1/2020 | After Hours Transportation (Uber) | $22.40 |
| Henegan, Nazir | 5/9/2020 | After Hours Transportation (Uber) | $22.15 |
| Henegan, Nazir | 5/9/2020 | Overtime Meals | $20.00 |
| Richards, Kira | 5/9/2020 | After Hours Transportation (Uber) | $24.06 |
| Richards, Kira | 5/11/2020 | After Hours Transportation (Uber) | $24.08 |
| Lourie, Makiya | 5/12/2020 | Overtime Meals | $20.00 |
| Richards, Kira | 5/12/2020 | After Hours Transportation (Uber) | $23.43 |
| Clark, Katierra | 5/14/2020 | Overtime Meals | $20.00 |
| Nnani, Obinna | 5/14/2020 | After Hours Transportation (Uber) | $48.91 |
| Clark, Katierra | 5/15/2020 | Overtime Meals | $19.98 |
| Morrison, Lynval | 5/15/2020 | After Hours Transportation (Uber) | $75.76 |
| Morrison, Lynval | 5/15/2020 | Overtime Meals | $17.72 |
| Richards, Kira | 5/15/2020 | After Hours Transportation (Uber) | $20.96 |
| Tejada, Dalvin | 5/15/2020 | After Hours Transportation (Uber) | $40.48 |
| Yenco, Anna | 5/15/2020 | After Hours Transportation (Uber) | $27.50 |
| Yenco, Anna | 5/15/2020 | Overtime Meals | $20.00 |
| Bellamy, Jacqueline | 5/16/2020 | After Hours Transportation (Uber) | $55.21 |
| Bellamy, Jacqueline | 5/16/2020 | Overtime Meals | $17.61 |
| Clark, Katierra | 5/16/2020 | After Hours Transportation (Uber) | $22.35 |
| Clark, Katierra | 5/16/2020 | Overtime Meals | $17.68 |
| Morrison, Lynval | 5/16/2020 | After Hours Transportation (Uber) | $79.91 |
| Morrison, Lynval | 5/16/2020 | Overtime Meals | $20.00 |
| Tejada, Dalvin | 5/16/2020 | After Hours Transportation (Uber) | $43.32 |
| Tejada, Dalvin | 5/16/2020 | Overtime Meals | $20.00 |
| Nnani, Obinna | 5/19/2020 | After Hours Transportation (Uber) | $52.49 |
| Richards, Kira | 5/19/2020 | After Hours Transportation (Uber) | $23.96 |
| Richards, Kira | 5/21/2020 | After Hours Transportation (Uber) | $24.00 |
| Richards, Kira | 5/26/2020 | Overtime Meals | $20.00 |
| **TOTAL** | | | **$880.14** |