# EXHIBIT A

## COMPENSATION BY PROFESSIONAL
## MAY 1, 2020 THROUGH MAY 31, 2020

The professionals who rendered professional services in these chapter 11 cases during the Fee Period are:

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| ***2020 Audit Services*** | | | | |
| Clark, Brian | Partner/Principal | $410.00 | 0.5 | $205.00 |
| Cochran, James | Partner/Principal | $410.00 | 2.0 | $820.00 |
| Gillam, Tim | Partner/Principal | $410.00 | 2.0 | $820.00 |
| Pemberton, Tricia | Partner/Principal | $410.00 | 4.0 | $1,640.00 |
| Donahue, Nona | Managing Director | $410.00 | 0.5 | $205.00 |
| Meredith, Wendy | Managing Director | $410.00 | 16.5 | $6,765.00 |
| Verma, Sachin | Managing Director | $410.00 | 0.5 | $205.00 |
| Hartman, John | Senior Manager | $350.00 | 0.5 | $175.00 |
| Hodges, Skye | Senior Manager | $350.00 | 0.5 | $175.00 |
| Jin, Yezi | Senior Manager | $350.00 | 0.3 | $105.00 |
| Luong, Mimi | Senior Manager | $350.00 | 0.8 | $280.00 |
| Murdock, Elizabeth | Senior Manager | $350.00 | 4.0 | $1,400.00 |
| Sharma, Shikha Sharma | Senior Manager | $350.00 | 1.5 | $525.00 |
| Kamra, Akanksha | Manager | $310.00 | 0.5 | $155.00 |
| Kanekar, Anish | Manager | $310.00 | 3.0 | $930.00 |
| Li, Tina | Manager | $310.00 | 0.5 | $155.00 |
| Long, Brittany | Manager | $310.00 | 29.5 | $9,145.00 |
| Misra, Saurabh | Manager | $310.00 | 15.0 | $4,650.00 |
| Nkinzingabo, Rudy | Manager | $310.00 | 0.7 | $217.00 |
| Adams, Haley | Senior Consultant | $260.00 | 1.0 | $260.00 |
| Azebu, Matt | Senior Consultant | $260.00 | 23.0 | $5,980.00 |
| Bhatia, Sagar | Senior Consultant | $260.00 | 2.0 | $520.00 |
| Fazil, Mohamed | Senior Consultant | $260.00 | 2.0 | $520.00 |
| Hamner, Jack | Senior Consultant | $260.00 | 132.5 | $34,450.00 |
| Hernandez, Jorge Jivan | Senior Consultant | $260.00 | 15.0 | $3,900.00 |
| Kipkirui, Winnie | Senior Consultant | $260.00 | 41.0 | $10,660.00 |

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Martin, Blake | Senior Consultant | $260.00 | 6.5 | $1,690.00 |
| Rice, Blake | Senior Consultant | $260.00 | 61.7 | $16,042.00 |
| Varshney, Swati | Senior Consultant | $260.00 | 26.8 | $6,968.00 |
| Boyce, Kyle | Consultant | $190.00 | 139.5 | $26,505.00 |
| Brown, Erin | Consultant | $190.00 | 97.5 | $18,525.00 |
| Chopra, Harshita | Consultant | $190.00 | 69.5 | $13,205.00 |
| M, Ashwin | Consultant | $210.00 | 8.0 | $1,680.00 |
| Mueller, Mamie | Consultant | $190.00 | 0.5 | $95.00 |
| Ramkumar, Vignesh | Consultant | $210.00 | 8.2 | $1,722.00 |
| Schloetter, Lexie | Consultant | $210.00 | 32.5 | $6,825.00 |
| **Professional Subtotal:** | | | **750.0** | **$178,119.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|

## *2020 California Wildfires*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Gillam, Tim | Partner/Principal | $810.00 | 0.5 | $405.00 |
| Meredith, Wendy | Managing Director | $810.00 | 3.0 | $2,430.00 |
| Azebu, Matt | Senior Consultant | $510.00 | 2.0 | $1,020.00 |
| **Professional Subtotal:** | | | **5.5** | **$3,855.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|

## *2020 Post Bankruptcy Matters*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Clark, Brian | Partner/Principal | $810.00 | 1.0 | $810.00 |
| Dineen, Sean | Partner/Principal | $810.00 | 3.0 | $2,430.00 |
| Gillam, Tim | Partner/Principal | $810.00 | 3.5 | $2,835.00 |
| Pidgeon, Andrew | Partner/Principal | $810.00 | 4.2 | $3,402.00 |
| Meredith, Wendy | Managing Director | $810.00 | 11.0 | $8,910.00 |
| Domingue, Rob | Senior Manager | $700.00 | 4.2 | $2,940.00 |
| Allen, Jana | Manager | $610.00 | 3.5 | $2,135.00 |
| Azebu, Matt | Senior Consultant | $510.00 | 3.0 | $1,530.00 |
| Hamner, Jack | Senior Consultant | $510.00 | 0.5 | $255.00 |
| Martin, Blake | Senior Consultant | $510.00 | 0.5 | $255.00 |
| Rice, Blake | Senior Consultant | $510.00 | 1.0 | $510.00 |
| Varshney, Swati | Senior Consultant | $510.00 | 0.5 | $255.00 |
| Xu, Zhixin | Senior Consultant | $510.00 | 4.0 | $2,040.00 |
| Schloetter, Lexie | Consultant | $410.00 | 0.5 | $205.00 |
| Shi, Yuxin | Consultant | $410.00 | 10.0 | $4,100.00 |
| Boyce, Kyle | Consultant | $370.00 | 0.5 | $185.00 |
| Brown, Erin | Consultant | $370.00 | 0.5 | $185.00 |
| Chopra, Harshita | Consultant | $370.00 | 0.5 | $185.00 |
| **Professional Subtotal:** | | | **51.9** | **$33,167.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| **2020 Registration Statement and Financing Reviews** | | | | |
| Gillam, Tim | Partner/Principal | $810.00 | 6.5 | $5,265.00 |
| Pemberton, Tricia | Partner/Principal | $810.00 | 5.0 | $4,050.00 |
| Meredith, Wendy | Managing Director | $810.00 | 16.5 | $13,365.00 |
| Azebu, Matt | Senior Consultant | $510.00 | 14.5 | $7,395.00 |
| Hamner, Jack | Senior Consultant | $510.00 | 1.5 | $765.00 |
| Rice, Blake | Senior Consultant | $510.00 | 26.5 | $13,515.00 |
| Varshney, Swati | Senior Consultant | $510.00 | 24.5 | $12,495.00 |
| Choudhary, Vidhan | Consultant | $410.00 | 2.0 | $820.00 |
| Schloetter, Lexie | Consultant | $410.00 | 12.0 | $4,920.00 |
| Boyce, Kyle | Consultant | $370.00 | 6.5 | $2,405.00 |
| Brown, Erin | Consultant | $370.00 | 2.0 | $740.00 |
| Chopra, Harshita | Consultant | $370.00 | 32.0 | $11,840.00 |
| Dialani, Sipi | Consultant | $370.00 | 5.0 | $1,850.00 |
| **Professional Subtotal:** | | | **154.5** | **$79,425.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| **2020 Wildfire Fund** | | | | |
| Meredith, Wendy | Managing Director | $810.00 | 2.0 | $1,620.00 |
| Azebu, Matt | Senior Consultant | $510.00 | 5.5 | $2,805.00 |
| Hamner, Jack | Senior Consultant | $510.00 | 2.0 | $1,020.00 |
| **Professional Subtotal:** | | | **9.5** | **$5,445.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| **Preparation of Fee Applications** | | | | |
| Jin, Yezi | Senior Manager | $330.00 | 65.7 | $21,681.00 |
| Rice, Blake | Senior Consultant | $230.00 | 2.0 | $460.00 |
| Gutierrez, Dalia | Project Controller | $200.00 | 60.0 | $12,000.00 |
| **Professional Subtotal:** | | | **127.7** | **$34,141.00** |
| | | | | |
| **Total** | | | **1,099.1** | **$334,152.00** |