**EXHIBIT B**

**COMPENSATION BY CATEGORY FOR SERVICES RENDERED
BY DELOITTE & TOUCHE LLP FOR THE PERIOD
MAY 1, 2020 THROUGH MAY 31, 2020**

| Categories | Hours | Fees |
|---|---:|---:|
| 2020 Audit Services | 750.0 | $178,119.00 |
| 2020 California Wildfires | 5.5 | $3,855.00 |
| 2020 Post Bankruptcy Matters | 51.9 | $33,167.00 |
| 2020 Registration Statement and Financing Reviews | 154.5 | $79,425.00 |
| 2020 Wildfire Fund | 9.5 | $5,445.00 |
| Preparation of Fee Applications | 127.7 | $34,141.00 |
| **Fees Category Subtotal :** | **1,099.1** | **$334,152.00** |