**Exhibit A**

**COMPENSATION BY PROFESSIONAL**
**APRIL 1, 2020 THROUGH APRIL 30, 2020**

The attorneys who rendered professional services in these Chapter 11 Cases during the

Fee Period are:

| NAME OF PROFESSIONAL PARTNERS AND COUNSEL | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Blake, Stephen | Litigation | 2008 | $1,325 | 0.60 | $795.00 |
| Brentani, William B. | Corporate | 1990 | $1,535 | 0.50 | $767.50 |
| Curnin, Paul C. | Litigation | 1988 | $1,640 | 42.10 | $69,044.00 |
| Goldin, Nicholas | Litigation | 2000 | $1,480 | 56.30 | $83,324.00 |
| Grogan, Gregory T. | ECEB | 2001 | $1,535 | 15.20 | $23,332.00 |
| Kelley, Karen H. | Corporate | 2003 | $1,425 | 0.40 | $570.00 |
| Ponce, Mario A. | Corporate | 1989 | $1,640 | 90.30 | $148,092.00 |
| Purcell, Andrew B. | Tax | 2009 | $1,325 | 2.40 | $3,180.00 |
| Purushotham, Ravi | Corporate | 2010 | $1,325 | 47.60 | $63,070.00 |
| Qusba, Sandy | Corporate | 1994 | $1,535 | 30.20 | $46,357.00 |
| Alcabes, Elisa | Litigation | 1989 | $1,220 | 10.70 | $13,054.00 |
| McLendon, Kathrine | Corporate | 1985 | $1,220 | 3.20 | $3,904.00 |
| Ricciardi, Sara A. | Litigation | 2003 | $1,190 | 59.70 | $71,043.00 |
| Wiseman, Stephen M. | Corporate | 1986 | $1,190 | 8.50 | $10,115.00 |
| **Total Partners and Counsel:** | | | | **367.70** | **$536,647.50** |

| NAME OF PROFESSIONAL ASSOCIATES | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Campbell, Eamonn W. | Litigation | 2016 | $915 | 3.60 | $3,294.00 |
| Egenes, Erica M. | Corporate | 2018 | $840 | 14.10 | $11,844.00 |
| Fell, Jamie | Corporate | 2015 | $995 | 15.60 | $15,522.00 |
| Hay, Jasmine N. | Tax | 2016 | $915 | 3.80 | $3,477.00 |
| Isaacman, Jennifer | Litigation | 2019 | $590 | 8.00 | $4,720.00 |
| Kinsel, Kourtney J. | Litigation | 2018 | $590 | 9.00 | $5,310.00 |
| Lundqvist, Jacob | Litigation | 2019 | $590 | 4.10 | $2,419.00 |
| Phillips, Jacob M. | ECEB | 2017 | $840 | 8.70 | $7,308.00 |
| **Total Associates:** | | | | **66.90** | **$53,894.00** |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| NAME OF PARAPROFESSIONALS | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Kortright, Magallie | Paralegal – Litigation | | $400 | 1.00 | $400.00 |
| Welman, Timothy | Resource Center | | $265 | 8.30 | $2,199.50 |
| **Total Paraprofessionals:** | | | | **9.30** | **$2,599.50** |

| PROFESSIONALS | BLENDED HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $1,459.47 | 367.70 | $536,647.50 |
| Associates | $805.59 | 66.90 | $53,894.00 |
| Paraprofessionals | $279.52 | 9.30 | $2,599.50 |
| Blended Attorney Rate | $1,358.82 | | |
| **Total Fees Incurred** | | **443.90** | **$593,141.00** |

**Simpson Thacher & Bartlett LLP**
425 Lexington Ave
New York, NY 10017