**Exhibit C**

**EXPENSE SUMMARY FOR THE PERIOD**
**APRIL 1, 2020 THROUGH APRIL 30, 2020**

| | |
|---|---|
| **Court/Filing Fees** | **N/A** |
| **Research** | **$6,821.74** |
|     Online Research | $6,821.74 |
|     Document Retrieval | $0 |
| **Meals** | **$0** |
|     Business | $0 |
|     Overtime | $0 |
|     Travel | $0 |
| **Travel** | **$0** |
|     Airfare | $0 |
|     Hotel | $0 |
|     Out-of-Town Travel | $0 |
| **Transportation** | **$0** |
|     OT Carfare | $0 |
|     Local Travel | $0 |
| **Duplicating** | **$0** |
| **Conferencing/Communication** | **$180.08** |
|     Court Call | $0 |
|     Telephone | $180.08 |
| **Total Expenses Requested:** | **$7,001.82** |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017