**Exhibit D**

**FEE SUMMARY DETAIL**

**Task Code: Case Administration (CA)**

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 4/14/2020 | Fell, Jamie | Attention to notices of appearance (0.7); questions re: omnibus hearing transcript, plan, disclosure statement (0.5). | 1.20 | 1,194.00 |
| 4/15/2020 | Fell, Jamie | Attention to notices of appearance and docket notices (0.6). | 0.60 | 597.00 |
| **Total** | | | **1.80** | **$1,791.00** |

**Task Code: Corporate Governance and Board Matters (CG)**

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 4/1/2020 | Ricciardi, Sara A. | Review submission to court (0.2); email to N. Goldin re: same (0.1). | 0.30 | $357.00 |
| 4/1/2020 | Goldin, Nicholas | Review communications re: cyber issue (0.1); communications w/ team re: court submission (0.1). | 0.20 | $296.00 |
| 4/1/2020 | Ponce, Mario A. | Emails, teleconfs re (0.5) and analyze various issues re Board search process (0.3). | 0.80 | $1,312.00 |
| 4/1/2020 | Ponce, Mario A. | Review Alsup submission (0.2). | 0.20 | $328.00 |
| 4/1/2020 | Purushotham, Ravi | Review of press release (0.1). | 0.10 | $132.50 |
| 4/2/2020 | Curnin, Paul C. | Review press (0.5). | 0.50 | $820.00 |
| 4/2/2020 | Goldin, Nicholas | Review court submission (0.4); call w/ Company re: same (0.1). | 0.50 | $740.00 |
| 4/2/2020 | Isaacman, Jennifer | SNO Committee meeting minutes (2.0). | 2.00 | $1,180.00 |
| 4/2/2020 | Ponce, Mario A. | Teleconferences (0.7) and emails, various issues re Board search process and discussions with GO (0.5). | 1.20 | $1,968.00 |
| 4/2/2020 | Ponce, Mario A. | Review draft Board materials (0.5). | 0.50 | $820.00 |
| 4/2/2020 | Ponce, Mario A. | Calls, emails with J. Loduca re various issues (0.3). | 0.30 | $492.00 |
| 4/4/2020 | Ponce, Mario A. | Emails, issues re Board evaluation process (0.5). | 0.50 | $820.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

**Simpson Thacher & Bartlett LLP**
425 Lexington Ave
New York, NY 10017

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 4/4/2020 | Egenes, Erica M. | Attention to board evaluations (0.3). | 0.30 | $252.00 |
| 4/5/2020 | Qusba, Sandy | Review TCL proposal and backstop commitment letter (0.7); t/c with Cravath, Weil and STB team regarding same (0.8); review unredacted Noteholder motion (0.8); t/c with J. Liou regarding real estate transaction (0.3); t/c with STB team regarding same (0.4); t/c with N. Brownell regarding update (0.5); correspondence with STB team regarding same (0.2). | 3.70 | $5,679.50 |
| 4/5/2020 | Egenes, Erica M. | Call with M. Ponce, S. Qusba and R. Purushotham re potential real estate transaction (0.3). | 0.30 | $252.00 |
| 4/6/2020 | Curnin, Paul C. | T/c w/ J. Loduca re: status (0.5). | 0.50 | $820.00 |
| 4/6/2020 | Grogan, Gregory T. | Emails w/ Compensation Committee members re: potential hirings (0.5). | 0.50 | $767.50 |
| 4/6/2020 | Ricciardi, Sara A. | Email to N. Goldin re: Board/Committee meetings (0.1). | 0.10 | $119.00 |
| 4/6/2020 | Goldin, Nicholas | Attend Board meeting (1.1); communications w/ media re: TCC (0.2); review workstream planning (0.2). | 1.50 | $2,220.00 |
| 4/6/2020 | Isaacman, Jennifer | SNO Committee meeting minutes (0.3). | 0.30 | $177.00 |
| 4/6/2020 | Ponce, Mario A. | Telephonic Board meeting (1.0), review related materials (0.3). | 1.30 | $2,132.00 |
| 4/6/2020 | Ponce, Mario A. | Telephonic Finance Committee meeting (1.0). | 1.00 | $1,640.00 |
| 4/6/2020 | Ponce, Mario A. | Weekly call with J. Loduca/J. Kane (0.3). | 0.30 | $492.00 |
| 4/6/2020 | Ponce, Mario A. | Call with R. Hall re various governance issues (0.3). | 0.30 | $492.00 |
| 4/6/2020 | Purushotham, Ravi | Board meeting (1.0); review of settlement agreements (1.0). | 2.00 | $2,650.00 |
| 4/7/2020 | Ricciardi, Sara A. | Review CPUC request for review (0.3); review Wildfire OII response to potential modifications (0.4); email to N. Goldin re: same (0.2). | 0.90 | $1,071.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| 4/7/2020 | Goldin, Nicholas | Review cyber issue (0.5). | 0.50 | $740.00 |
|---|---|---|---|---|
| 4/7/2020 | Ponce, Mario A. | Call with certain directors re: Board and management succession and governance issues (0.8); emails, issues re same (0.4). | 1.20 | $1,968.00 |
| 4/8/2020 | Ricciardi, Sara A. | Review email re: Board Committee review (0.1); email to N. Goldin re: same (0.1); review updated draft response in Wildfire OII (0.4); emails to E. Seals (PG&E) re: same (0.1); review/edit draft motion re: L&M (0.5); email to A. Vallejo (PG&E) re: same (0.1); review press re: wildfire settlement (0.3). | 1.60 | $1,904.00 |
| 4/8/2020 | Goldin, Nicholas | Review cyber issue (0.1). | 0.10 | $148.00 |
| 4/8/2020 | Ponce, Mario A. | Emails re Board evaluations, potential RE transaction, and Finance and Comp Committee issues (1.0). | 1.00 | $1,640.00 |
| 4/9/2020 | Kinsel, Kourtney J. | Research re: date of Board refresh and Board tenures (0.5). | 0.50 | $295.00 |
| 4/9/2020 | Ponce, Mario A. | Calls, emails re Board evaluations and Board minutes (0.5). | 0.50 | $820.00 |
| 4/9/2020 | Purushotham, Ravi | Call w M Ponce, N. Fu and E Egenes re board evaluation (0.4); review of Board evaluations (0.6); review of committee charter amendments (0.2). | 1.20 | $1,590.00 |
| 4/9/2020 | Egenes, Erica M. | Prep for and call with M. Ponce, R. Purushotham and N. Fu re board self-evaluations (.5). | 0.50 | $420.00 |
| 4/10/2020 | Grogan, Gregory T. | Tasks requested by Board member re: executive contract terms (0.6). | 0.60 | $921.00 |
| 4/10/2020 | Goldin, Nicholas | Board call re: commitments (1.0). | 1.00 | $1,480.00 |
| 4/10/2020 | Wiseman, Stephen M. | Review and comment on draft board minutes (0.9). | 0.90 | $1,071.00 |
| 4/10/2020 | Ponce, Mario A. | Call with Board Chair re various Governance issues (0.5). | 0.50 | $820.00 |
| 4/10/2020 | Ponce, Mario A. | Review employment agreements re certain succession issues (0.8). | 0.80 | $1,312.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 4/11/2020 | Ponce, Mario A. | Calls with Board Chair, CEO and director, A. Wolff, re various Governance issues (1.2). | 1.20 | $1,968.00 |
| 4/11/2020 | Qusba, Sandy | T/c with M. Ponce regarding catch-up on Board selection (0.3). | 0.30 | $460.50 |
| 4/12/2020 | Grogan, Gregory T. | Communications w/ Board members re: compensation matters (0.5). | 0.50 | $767.50 |
| 4/13/2020 | Curnin, Paul C. | T/c w/ J. Loduca et al re: status (0.4). | 0.40 | $656.00 |
| 4/13/2020 | Ricciardi, Sara A. | Review update for director defendants (0.1); emails to N. Goldin re: same (0.2). | 0.30 | $357.00 |
| 4/13/2020 | Goldin, Nicholas | Prepare for Board meeting (0.2); prepare memo re: CPP recommendations (0.9). | 1.10 | $1,628.00 |
| 4/13/2020 | Ponce, Mario A. | Telephonic NomGov meeting (1.3); review materials re same (0.7). | 2.00 | $3,280.00 |
| 4/13/2020 | Ponce, Mario A. | Weekly call with J. Loduca/J. Kane (0.2). | 0.20 | $328.00 |
| 4/13/2020 | Ponce, Mario A. | Calls, emails with Board Chair re various Governance issues (0.8). | 0.80 | $1,312.00 |
| 4/14/2020 | McLendon, Kathrine | Emails w/ S. Qusba, S. Ricciardi and J. Fell re: plan releases and treatment of indemnification obligations re: directors (0.2). | 0.20 | $244.00 |
| 4/14/2020 | Curnin, Paul C. | Prepare for Board conference call (0.3); attend Board conference call (1.0). | 1.30 | $2,132.00 |
| 4/14/2020 | Ricciardi, Sara A. | Review agenda for Board meeting (0.1); review TCC expert submission (0.2); email to N. Goldin re: same (0.2); review/edit director update (0.4); email to N. Goldin, P. Curnin re: same (0.1); review Vataj docket and stipulation (0.3); email to K. McClendon and J. Fell re: assigned claims (0.1); review plan provisions re: assignment (0.3); email to N. Goldin re: same (0.1); email to J. Fell re: bankruptcy docket (0.1); email to N. Goldin re: same (0.1); email to S. Qusba re: same (0.1); attend telephonic | 4.40 | $5,236.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| | | | | |
|---|---|---|---|---|
| | | Board meeting (0.9); emails to N. Goldin re: TCC (0.3); email to J. Fell re: Montali hearing (0.1); review bankruptcy docket (0.4); review questions re: Board minutes (0.2); emails to corporate team re: same (0.2); emails to N. Goldin re: WMP (0.1); email to J. Isaacman, K. Kinsel re: same (0.1). | | |
| 4/14/2020 | Goldin, Nicholas | Prepare for Board meeting (1.2); attend Board meeting (1.0); communications w/ team re: same (0.2). | 2.40 | $3,552.00 |
| 4/14/2020 | Wiseman, Stephen M. | Review of S-3 registration statements information (auditors response letter and management rep letter) (1.5). | 1.50 | $1,785.00 |
| 4/14/2020 | Ponce, Mario A. | Review draft amendments to Holdco and Utility Charter and Bylaws (0.8); emails, issues re same (0.4). | 1.20 | $1,968.00 |
| 4/14/2020 | Ponce, Mario A. | Teleconfs (0.6) and emails, various issues re NomGov Board selection process (0.4). | 1.00 | $1,640.00 |
| 4/14/2020 | Ponce, Mario A. | Review and comment on February Board minutes (1.4), emails, issues re same (0.6). | 2.00 | $3,280.00 |
| 4/14/2020 | Ponce, Mario A. | Telephonic Board meeting (1.0); issues, emails re same (0.3). | 1.30 | $2,132.00 |
| 4/14/2020 | Purcell, Andrew B. | Call w/ STB team (0.2); review amendment to charter (0.2). | 0.40 | $530.00 |
| 4/14/2020 | Purushotham, Ravi | Review of organizational documents for Corp and Utility (1.3); board meeting (1.0). | 2.30 | $3,047.50 |
| 4/14/2020 | Hay, Jasmine N. | T/C w/ R. Purushotham, D. Purcell re articles, bylaws (0.3); review articles, bylaws (1.0); emails and corresp w/ D. Purcell re same (0.3). | 1.60 | $1,464.00 |
| 4/14/2020 | Egenes, Erica M. | Review of January and February 2020 committee minutes (1.0). | 1.00 | $840.00 |
| 4/15/2020 | Ricciardi, Sara A. | Review PG&E draft response on WMP (0.5); emails/call w/ Latham re: litigations and bankruptcy proceeding (0.5); | 2.90 | $3,451.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| | | | | |
|---|---|---|---|---|
| | | email to P. Curnin, N. Goldin re: same (0.2); review bankruptcy docket (0.3); emails to N. Goldin re: same (0.3); emails to N. Goldin re: TCC motion to prosecute securities claims (0.3); emails to J. Fell re: bankruptcy alerts (0.2); email to N. Goldin re: same (0.1); email to N. Goldin re: carrier deck (0.2); emails to team re: WMP response (0.2); email to PG&E re: same (0.1). | | |
| 4/15/2020 | Isaacman, Jennifer | Review PG&E response to Intervenor Comments on 2020 WMPs (0.8). | 0.80 | $472.00 |
| 4/15/2020 | Ponce, Mario A. | Real Estate Subcommittee telephonic meeting (1.5), review materials re same (0.9). | 2.40 | $3,936.00 |
| 4/15/2020 | Ponce, Mario A. | Call with NomGov members (0.7), emails, issues re NomGov Board selection process (0.3). | 1.00 | $1,640.00 |
| 4/15/2020 | Ponce, Mario A. | Review Securitization Application and related materials (0.5). | 0.50 | $820.00 |
| 4/15/2020 | Ponce, Mario A. | Review Annual Meeting Delay memo and emails re same (0.3). | 0.30 | $492.00 |
| 4/15/2020 | Purcell, Andrew B. | Call w/ Cravath re: charter (0.3); review charter (1.2). | 1.50 | $1,987.50 |
| 4/15/2020 | Purushotham, Ravi | Call w/ H. Weissman and M. Ponce (0.3); call w M. Leffell, N. Brownell and H. Weissman (0.5); review of securitization materials (2.2); review of organizational documents (0.5). | 3.50 | $4,637.50 |
| 4/15/2020 | Hay, Jasmine N. | Prep for (0.2); and T/C w/ Cravath tax and D. Purcell (0.5). | 0.70 | $640.50 |
| 4/15/2020 | Egenes, Erica M. | Attention to NomGov committee search for new board members (0.4). | 0.40 | $336.00 |
| 4/16/2020 | Grogan, Gregory T. | Communications w/ Board members re: compensation/governance matters (0.6). | 0.60 | $921.00 |
| 4/16/2020 | Ricciardi, Sara A. | Review press re: wildfire settlement (0.2); review bankruptcy transcript (0.5); review Montali decision re: TCC | 1.10 | $1,309.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | motion (0.2); email to team re: same (0.2). | | |
| 4/16/2020 | Phillips, Jacob M. | Review and analysis of Compensation Committee charter (0.6). | 0.60 | $504.00 |
| 4/16/2020 | Wiseman, Stephen M. | Review of Stress Test materials and related exhibits (3.8); call with M. Ponce and R. Purushotham re stress test materials (0.3). | 4.10 | $4,879.00 |
| 4/16/2020 | Ponce, Mario A. | Teleconfs (1.4) and emails, various issues re NomGov Board selection process, Board matrix, search firms work product and related GO communications (1.6). | 3.00 | $4,920.00 |
| 4/16/2020 | Ponce, Mario A. | Emails with B. Wong, M. Moore re Comp Committee governance issues (0.3). | 0.30 | $492.00 |
| 4/16/2020 | Purushotham, Ravi | Review of securitization filing (1.9). | 1.90 | $2,517.50 |
| 4/17/2020 | Curnin, Paul C. | Revise TCC presentation (2.3) | 2.30 | $3,772.00 |
| 4/17/2020 | Grogan, Gregory T. | Communications w/ Board members re: compensation/governance matters (0.4). | 0.40 | $614.00 |
| 4/17/2020 | Ricciardi, Sara A. | Call/email w/ N. Goldin re: TCC/derivative claims (0.2). | 0.20 | $238.00 |
| 4/17/2020 | Goldin, Nicholas | Calls w/ team re: TCC/derivative claims (0.3); prepare for presentation to same (0.2). | 0.50 | $740.00 |
| 4/17/2020 | Ponce, Mario A. | Review Securitization application filing (0.8), emails, issues re same (0.2). | 1.00 | $1,640.00 |
| 4/17/2020 | Ponce, Mario A. | Emails (0.5); calls with Board and NomGov Chairs re Board selection process and Comp Committee responsibilities (0.7). | 1.20 | $1,968.00 |
| 4/17/2020 | Qusba, Sandy | T/c with M. Leffell, N. Brownell and M. Ponce regarding Director process (0.3). | 0.30 | $460.50 |
| 4/18/2020 | Ricciardi, Sara A. | Review TCC deck (0.3); email to N. Goldin re: same (0.1); research/analysis re: exculpation (1.2); emails to N. Goldin re: same (0.2). | 1.80 | $2,142.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 4/18/2020 | Goldin, Nicholas | Prepare TCC presentation (2.0); communications w/ team re: same (0.8). | 2.80 | $4,144.00 |
| 4/18/2020 | Hay, Jasmine N. | Begin review of updated language in articles re 382 (0.1). | 0.10 | $91.50 |
| 4/19/2020 | Ricciardi, Sara A. | Review work product re: fact analysis (0.7); edit TCC presentation (0.4); emails to N. Goldin, P. Curnin re: same (0.3); emails to K. Kinsel re: Vataj amended complaint (0.1). | 1.50 | $1,785.00 |
| 4/19/2020 | Goldin, Nicholas | Prepare TCC presentation (0.3); communications w/ team re: same (0.2). | 0.50 | $740.00 |
| 4/20/2020 | Curnin, Paul C. | Revise TCC presentation (2.0); review press release (0.2); t/conf w/ J. Loduca re: status (0.8). | 3.00 | $4,920.00 |
| 4/20/2020 | Grogan, Gregory T. | Communications w/ Board members re: STIP/LTIP approval questions (0.5). | 0.50 | $767.50 |
| 4/20/2020 | Ricciardi, Sara A. | Emails to team re: work product re: fact analysis (0.3); review bankruptcy docket (0.3); review motion re: solicitation of votes (0.4); call w/ team re: work product re: fact analysis and updates (0.3); emails to K. Kinsel re: Vataj (0.2); review comments to director deck for TCC (0.3); email to N. Goldin re: same (0.2); review MWE deck (0.4); email to N. Goldin re: same (0.1). | 2.50 | $2,975.00 |
| 4/20/2020 | Goldin, Nicholas | Team meeting re: workstreams (0.4); prepare for same (0.3); revise TCC presentation (0.4); communications w/ team re: same (0.4). | 1.50 | $2,220.00 |
| 4/20/2020 | Phillips, Jacob M. | Review and analysis of CEO compensation arrangements (0.3); review of press release re: CEO resignation (0.3). | 0.60 | $504.00 |
| 4/20/2020 | Phillips, Jacob M. | Review and analysis CPUC ruling (2.0). | 2.00 | $1,680.00 |
| 4/20/2020 | Kinsel, Kourtney J. | T/c w/ internal team re: matter updates and strategy (0.5); review | 1.50 | $885.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| | | Vataj complaint (0.8) and summarize same (0.2). | | |
| 4/20/2020 | Isaacman, Jennifer | Team call re: workstreams (0.4) and update work product re: fact annalysis (0.4). | 0.80 | $472.00 |
| 4/20/2020 | Lundqvist, Jacob | T/c w/ team re: work product re: fact analysis and workstreams (0.3). | 0.30 | $177.00 |
| 4/20/2020 | Ponce, Mario A. | Emails re Board selection process (0.5). | 0.50 | $820.00 |
| 4/20/2020 | Ponce, Mario A. | Review/comments on March Board minutes (2.0). | 2.00 | $3,280.00 |
| 4/20/2020 | Ponce, Mario A. | Call with Board Chair re CEO succession (0.5); review draft press release (0.2). | 0.70 | $1,148.00 |
| 4/20/2020 | Qusba, Sandy | T/c with N. Brownell and M. Ponce regarding senior management issues (0.4); t/c with S. Karotkin regarding same (0.5); correspondence with N. Brownell and M. Ponce regarding same (0.4). | 1.30 | $1,995.50 |
| 4/20/2020 | Hay, Jasmine N. | Review and comment on Utility and HoldCo articles (0.5); emails w/ D. Purcell (0.1); R. Purushotham re same (0.1). | 0.70 | $640.50 |
| 4/20/2020 | Egenes, Erica M. | Review of board and committee self-evaluations (1.2). | 1.20 | $1,008.00 |
| 4/21/2020 | Curnin, Paul C. | Review and comment on McDermott presentation (1.6); review amended Vataj complaint (0.7). | 2.30 | $3,772.00 |
| 4/21/2020 | Grogan, Gregory T. | Compensation Committee meeting (1.3) and prepare for same (0.7); follow-up tasks from meeting (0.6). | 2.60 | $3,991.00 |
| 4/21/2020 | Ricciardi, Sara A. | Review memo re: bankruptcy OII decision (0.4); emails to N. Goldin re: presentation to TCC (0.4); emails to N. Goldin re: MWE deck (0.2); emails to J. Lundqvist re: CA duty standards (0.3); Special Telephonic Board meeting (1.0). | 2.30 | $2,737.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 4/21/2020 | Goldin, Nicholas | Review officer TCC presentation (0.5); call w/ team re: TCC presentation (0.2); Board call (1.0); call w/ mediator re: TCC (0.8). | 2.50 | $3,700.00 |
| 4/21/2020 | Lundqvist, Jacob | Prepare memo re: fiduciary duties (1.0); research re: same (1.5). | 2.50 | $1,475.00 |
| 4/21/2020 | Wiseman, Stephen M. | Review and comment on draft board minutes (0.8). | 0.80 | $952.00 |
| 4/21/2020 | Ponce, Mario A. | Telephonic Board meeting (1.0). | 1.00 | $1,640.00 |
| 4/21/2020 | Ponce, Mario A. | Pre and post Board calls (1.9), emails, issues (1.2), review of documents re CEO succession (1.4). | 4.50 | $7,380.00 |
| 4/21/2020 | Ponce, Mario A. | Emails with Board Chair re Board selection process (0.5). | 0.50 | $820.00 |
| 4/21/2020 | Purushotham, Ravi | Board meeting (1.1); call with J. Loduca, B. Wong, D. Haaren and M. Ponce re 8-K and press release (0.4); review of 8-K and press release (0.3). | 1.80 | $2,385.00 |
| 4/21/2020 | Egenes, Erica M. | Board meeting (1.2); review of board resignation requirements (0.4). | 1.60 | $1,344.00 |
| 4/21/2020 | Welman, Timothy | Process Board & Committee Survey Compilation for N. Fu. (8.3). | 8.30 | $2,199.50 |
| 4/22/2020 | Alcabes, Elisa | Re: D&O Insurance, prepare Q&A re: insurance for derivative claims in anticipation of meeting w/ fire victims (0.4); review of prior emails re: same (0.2); email w/ N. Goldin re: same (0.1). | 0.70 | $854.00 |
| 4/22/2020 | Curnin, Paul C. | Revise TCC presentation (1.7); call w/ N. Goldin re: same (0.2); review Montali decisions (0.4). | 2.30 | $3,772.00 |
| 4/22/2020 | Grogan, Gregory T. | Review estimates for CEO's compensation, per request from BoD (1.3); emails w/ Compensation Committee members re: governance and compensation terms (0.5); t/c's w/ Compensation Committee members re: same (0.3); follow-up re: same (0.5). | 2.60 | $3,991.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| 4/22/2020 | Ricciardi, Sara A. | Emails to N. Goldin re: talking points (0.3); revise talking points (0.5); research re: CA duties (0.5); emails to team re: Board/Committee meetings (0.2); review Montali order on TCC Rule 2004 applications (0.4); emails to N. Goldin re: same (0.3). | 2.20 | $2,618.00 |
|---|---|---|---|---|
| 4/22/2020 | Goldin, Nicholas | Review TCC order re: discovery (0.3); communications w/ team re: same (0.2); communications w/ team re: TCC mediation planning (0.3). | 0.80 | $1,184.00 |
| 4/22/2020 | Phillips, Jacob M. | Prepare calculation of CEO compensation (2.4). | 2.40 | $2,016.00 |
| 4/22/2020 | Phillips, Jacob M. | Draft Compensation Committee minutes (0.6). | 0.60 | $504.00 |
| 4/22/2020 | Ponce, Mario A. | Emails, document review re CPUC OII (0.7). | 0.70 | $1,148.00 |
| 4/22/2020 | Ponce, Mario A. | Call with Board Chair re various governance issues (0.4); review Corporate Governance Guidelines and Bylaws re same (0.3). | 0.70 | $1,148.00 |
| 4/22/2020 | Kelley, Karen H. | Prep. e-mail to G. Grogan re: shareholder approval requirements (0.3). | 0.30 | $427.50 |
| 4/22/2020 | Egenes, Erica M. | Review of board and committee self-evaluations (1.9). | 1.90 | $1,596.00 |
| 4/23/2020 | Curnin, Paul C. | Assignment language issues (0.3); monitor update (0.2). | 0.50 | $820.00 |
| 4/23/2020 | Grogan, Gregory T. | Emails w/ Compensation Committee members and Weil re: LTIP (0.6). | 0.60 | $921.00 |
| 4/23/2020 | Ricciardi, Sara A. | Review Bankruptcy OII documents (0.9); email to N. Goldin re: OII update (0.1); review bankruptcy docket (0.2). | 1.20 | $1,428.00 |
| 4/23/2020 | Goldin, Nicholas | Communications w/ team re: TCC (0.3); Board call (1.2). | 1.50 | $2,220.00 |
| 4/23/2020 | Ponce, Mario A. | Teleconfs (1.1) and emails, various issues re Board/Committees self-evaluation process, review of Evaluations (0.9). | 2.00 | $3,280.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 4/23/2020 | Ponce, Mario A. | Board telephonic meeting (1.0); and pre-call (0.5). | 1.50 | $2,460.00 |
| 4/23/2020 | Ponce, Mario A. | Emails re LTIP (0.3). | 0.30 | $492.00 |
| 4/23/2020 | Purushotham, Ravi | Board meeting (1.3); review of Board evaluations (2.2). | 3.50 | $4,637.50 |
| 4/23/2020 | Egenes, Erica M. | Call with M. Ponce, R. Purushotham and N. Fu re board evaluations (0.4); board call (1.4). | 1.80 | $1,512.00 |
| 4/24/2020 | Alcabes, Elisa | Re: D&O Insurance, email w/ N. Goldin re: assignment of claims provision in proposed plan (0.7); conference call w/ N. Goldin, P. Curnin, Weil, Jones Day and Covington re: same (0.5); further review Side A policy re: issues raised on conference call (0.6); follow-up email w/ P. Curnin and N. Goldin re: same (0.3). | 2.10 | $2,562.00 |
| 4/24/2020 | Curnin, Paul C. | T/conf w/ Weil et al re: assignment of claims (1.0); t/c w/ J. Brandt re: same (0.3). | 1.30 | $2,132.00 |
| 4/24/2020 | Grogan, Gregory T. | Review LTIP amendment (0.5); emails and t/c's w/ Compensation Committee members re: LTIP amendment and compensation matters (1.0). | 1.50 | $2,302.50 |
| 4/24/2020 | Ricciardi, Sara A. | Emails to N. Goldin re: director defendant updates (0.3); emails to N. Goldin re: Board/Committee meetings (0.2). | 0.50 | $595.00 |
| 4/24/2020 | Goldin, Nicholas | Analysis re: insurance coverage (0.4); correspondence w/ team re: same (0.3); call Company counsel re: assignment of claims (1.0); review SNO privilege issue (0.1). | 1.80 | $2,664.00 |
| 4/24/2020 | Phillips, Jacob M. | Prepare calculation of CEO Compensation (1.0). | 1.00 | $840.00 |
| 4/24/2020 | Ponce, Mario A. | NomGov call with search firms (0.9), emails, review materials re same (0.6). | 1.50 | $2,460.00 |
| 4/24/2020 | Ponce, Mario A. | Call with NomGov members and GO representatives re Board search process, emails (1.0), post call re same (0.5). | 1.50 | $2,460.00 |

| | | | | |
|---|---|---|---|---|
| 4/24/2020 | Ponce, Mario A. | Emails re Comp Committee issues (0.5). | 0.50 | $820.00 |
| 4/24/2020 | Ponce, Mario A. | Review and comments to March Board minutes (0.8), emails re same (0.2). | 1.00 | $1,640.00 |
| 4/24/2020 | Ponce, Mario A. | Review charter/bylaws for Holdco and Utility for Plan Supplement (0.7). | 0.70 | $1,148.00 |
| 4/24/2020 | Purcell, Andrew B. | Review charter changes (0.5). | 0.50 | $662.50 |
| 4/24/2020 | Purushotham, Ravi | Review of amendments to org docs (1.3). | 1.30 | $1,722.50 |
| 4/24/2020 | Hay, Jasmine N. | Review and comment on Utility and HoldCo articles re 382 considerations (0.3); review precedents re same (0.4). | 0.70 | $640.50 |
| 4/24/2020 | Egenes, Erica M. | Review of board minutes (0.4). | 0.40 | $336.00 |
| 4/25/2020 | Grogan, Gregory T. | Emails w/ PGE re: governance and independence (0.3). | 0.30 | $460.50 |
| 4/25/2020 | Ricciardi, Sara A. | Review bankruptcy docket entries (0.2). | 0.20 | $238.00 |
| 4/25/2020 | Goldin, Nicholas | Communications w/ team re: insurance recovery (0.2). | 0.20 | $296.00 |
| 4/26/2020 | Ricciardi, Sara A. | Emails to N. Goldin re: Board call (0.1); email to P. Curnin re: same (0.1); email to director defendants re: update (0.1). | 0.30 | $357.00 |
| 4/26/2020 | Goldin, Nicholas | Communications w/ team re: Board (0.4); review correspondence re: insurance recovery (0.5); review Board distributions (0.4). | 1.30 | $1,924.00 |
| 4/26/2020 | Ponce, Mario A. | Review Board materials, emails re same (1.2). | 1.20 | $1,968.00 |
| 4/26/2020 | Ponce, Mario A. | Call, emails w/ H. Weissmann re Board selection process (0.5). | 0.50 | $820.00 |
| 4/26/2020 | Brentani, William B. | Review emails and research re: charter changes (0.5). | 0.50 | $767.50 |
| 4/26/2020 | Purushotham, Ravi | Review of amendments to org docs (1.0); review of California Corporate Code and minutes (0.5). | 1.50 | $1,987.50 |
| 4/26/2020 | Qusba, Sandy | T/c with M. Ponce and S. Karotkin regarding Board selection process (0.7). | 0.70 | $1,074.50 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| 4/26/2020 | Egenes, Erica M. | Call with A. Astore re minutes (0.2). | 0.20 | $168.00 |
|-----------|------------------|----------------------------------------|------|---------|
| 4/27/2020 | Alcabes, Elisa | Re: D&O Insurance, email/conf call w/ N. Goldin and S. Ricciardi re: derivative claims, PERA claims, mediation, D&O insurance and next steps re: communications w/ insurers (1.6); email/conf call w/ N. Goldin, P. Curnin, D. Goodwin and S. Scholes re: same (0.4); follow-up email w/ N. Goldin re: D&O insurance details (0.4). | 2.40 | $2,928.00 |
| 4/27/2020 | Curnin, Paul C. | Status call w/ J. Loduca (0.5); t/conf w/ Covington re: coverage (0.5); prepare for mediation (1.8). | 2.80 | $4,592.00 |
| 4/27/2020 | Grogan, Gregory T. | Analysis re: interim CEO compensation (1.5). | 1.50 | $2,302.50 |
| 4/27/2020 | Ricciardi, Sara A. | Call w/ N. Goldin and E. Alcabes re: insurance (1.0); emails/call w/ N. Goldin re: same (0.4); emails to S. Padegar re: Board/Committee meetings (0.1); review chart re: derivative actions (0.1); emails to K. Kinsel re: derivative actions (0.3); emails to N. Goldin re: same (0.3); prepare talking points for director defendant call (0.3); emails to N. Goldin re: same (0.3); email to P. Curnin re: same (0.1); call w/ MWE, Covington, team re: insurance issues (0.4); review SNO recommendations for Q1 letter (0.4); email to N. Goldin re: same (0.1); email to PG&E re: same (0.2). | 4.00 | $4,760.00 |
| 4/27/2020 | Goldin, Nicholas | Call w/ C. Campbell re: SNO meeting (0.3); calls w/ Company counsel re: insurance coverage issues (0.9); calls w/ team re: same (1.4); call w/ officer counsel re: mediation (0.4); prepare for Board update (1.0); prepare for mediation (1.5); correspondence | 5.80 | $8,584.00 |

| | | | | |
|---|---|---|---|---|
| | | w/ team re: insurance coverage (0.3). | | |
| 4/27/2020 | Kinsel, Kourtney J. | Review derivative cases for docket summaries re: same (1.1). | 1.10 | $649.00 |
| 4/27/2020 | Ponce, Mario A. | NomGov Committee call (1.1). | 1.10 | $1,804.00 |
| 4/27/2020 | Ponce, Mario A. | New director search call with Board Chair, NomGov Chair, H. Weissmann (0.9); emails, issues re same (0.4). | 1.30 | $2,132.00 |
| 4/27/2020 | Ponce, Mario A. | Review/comments to memo to GO re search process (0.5). | 0.50 | $820.00 |
| 4/27/2020 | Ponce, Mario A. | Review Board and Committee evaluation summaries (0.7). | 0.70 | $1,148.00 |
| 4/27/2020 | Kelley, Karen H. | Prep. e-mail to R. Purushotham re: evaluation question. | 0.10 | $142.50 |
| 4/27/2020 | Purushotham, Ravi | Review and preparation for board evaluations (3.0), informal NomGov committee meeting (1.0). | 4.00 | $5,300.00 |
| 4/27/2020 | Egenes, Erica M. | Call with M. Ponce, R. Purushotham, A. Astore and P. Taylor re minutes (0.6). | 0.60 | $504.00 |
| 4/28/2020 | Alcabes, Elisa | Re: D&O Insurance, email w/ N. Goldin re: tail coverage and premium information (0.3) and review policies/endorsements re: same (0.5); review/revise talking points for Board presentation re: same (0.5); review insurer response to Covington re: D&O insurance coverage issues (0.2); email w/ N. Goldin and D. Goodwin re: same (0.5); prepare draft response (0.4); email w/ P. Curnin and N. Goldin re: same (0.1). | 2.50 | $3,050.00 |
| 4/28/2020 | Curnin, Paul C. | Prepare for former director call (1.0) and t/conf w/ former directors re: status (0.3); prepare for presentation at mediation (1.5). | 2.80 | $4,592.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 4/28/2020 | Grogan, Gregory T. | Compensation Committee meeting (1.4) and prepare for same (0.6); emails w/ Board members re: compensation matters discussed in meeting (0.5). | 2.50 | $3,837.50 |
| 4/28/2020 | Ricciardi, Sara A. | Emails to PG&E re: SNO recommendations (0.3); review correspondence re: insurance (0.3); emails to N. Goldin re: derivative actions (0.6); emails to K. Kinsel re: same (0.4); prepare for TCC mediation (1.3); edit talking points for TCC (0.8); emails to N. Goldin re: same (0.3); review San Bruno settlement documents (0.7); emails to N. Goldin re: same (0.3); attend SNO Committee meeting (1.9); review bankruptcy docket (0.2). | 7.10 | $8,449.00 |
| 4/28/2020 | Goldin, Nicholas | Prepare for mediation (1.9); review mediation correspondence (0.8); call w/ clients re: status (0.3); call w/ team re: workstreams (0.3); attend Board Committee meetings (5.0); review correspondence re: insurance coverage (0.2); communications w/ team re: same (0.2). | 8.70 | $12,876.00 |
| 4/28/2020 | Phillips, Jacob M. | Telephonic participation in Compensation Committee meeting (1.0). | 1.00 | $840.00 |
| 4/28/2020 | Phillips, Jacob M. | Analysis/advice re: director equity awards (0.5). | 0.50 | $420.00 |
| 4/28/2020 | Kinsel, Kourtney J. | Review derivative complaints (1.0) and summarize claims (0.7); prepare materials for mediation (1.3). | 3.00 | $1,770.00 |
| 4/28/2020 | Ponce, Mario A. | Telephonic Committee meetings (7.5). | 7.50 | $12,300.00 |
| 4/28/2020 | Purushotham, Ravi | Committee meetings (7.5) and emails, issues re: same (0.3). | 7.80 | $10,335.00 |
| 4/29/2020 | Curnin, Paul C. | Prepare for presentation to creditors Committee at mediation | 3.50 | $5,740.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| | | (2.5); review correspondence re: coverage (1.0). | | |
| 4/29/2020 | Ricciardi, Sara A. | Emails w/ team re: TCC fact and legal analyses (0.9); prepare for TCC mediation (2.6); research/analysis re: derivative claims (0.9); email to mediator team re: mediation (0.1); emails to N. Goldin re: bankruptcy key dates (0.2); emails to J. Fell, K. McLendon re: same (0.3); prepare bullets re: bankruptcy (0.6); review PERA letter to Montali (0.3); email to team re: same (0.2); review TCC subpoenas (0.4). | 6.50 | $7,735.00 |
| 4/29/2020 | Blake, Stephen | T/c w/ N. Goldin re: arguments re: prior derivative settlement and ongoing settlement negotiations (0.6). | 0.60 | $795.00 |
| 4/29/2020 | Goldin, Nicholas | Board call (2.9); prepare for TCC mediation (3.0); calls w/ team, MWE re: same (1.0); review communications from mediator re: mediation developments (0.2). | 7.10 | $10,508.00 |
| 4/29/2020 | Campbell, Eamonn W. | Review of history of PG&E safety records re: mediation (2.4). | 2.40 | $2,196.00 |
| 4/29/2020 | Kinsel, Kourtney J. | Prepare for TCC mediation (0.7), review derivative complaints (1.3), and review Board meeting records (0.7). | 2.70 | $1,593.00 |
| 4/29/2020 | Isaacman, Jennifer | Fact research for TCC mediation (2.2). | 2.20 | $1,298.00 |
| 4/29/2020 | Isaacman, Jennifer | Update work product re: fact analysis (1.9). | 1.90 | $1,121.00 |
| 4/29/2020 | Lundqvist, Jacob | Draft fiduciary duty analysis (1.0); emails w/ team re: disclosures (0.3). | 1.30 | $767.00 |
| 4/29/2020 | Ponce, Mario A. | Telephonic Board and Committee meetings (8.0). | 8.00 | $13,120.00 |
| 4/29/2020 | Ponce, Mario A. | Follow-up t/cs and emails re board and committee meetings (1.0). | 1.00 | $1,640.00 |
| 4/29/2020 | Purushotham, Ravi | Board and committee meetings (7.9). | 7.90 | $10,467.50 |
| 4/29/2020 | Egenes, Erica M. | Attend portion of board call (2.4). | 2.40 | $2,016.00 |

| | | | | |
|---|---|---|---|---|
| 4/30/2020 | Alcabes, Elisa | Re: D&O Insurance, email w/ N. Goldin re: Side A coverage inquiry (0.2) and review Side A policies re: same (0.6); email w/ N. Goldin re: analysis of director rights re: same (0.5); email w/ N. Goldin and P. Curnin re: insurance and assignment issues re: Plan Supplement (0.4); review/analyze Plan Supplement (including assignment and insurance provisions and definitions) (0.8) and email summary of analysis to M. Ponce, N. Goldin, P. Curnin and bankruptcy team (0.5). | 3.00 | $3,660.00 |
| 4/30/2020 | Curnin, Paul C. | PGE mediation (3.5); review new court order (0.3); t/c w/ J. Loduca et al re: court order (1.0). | 4.80 | $7,872.00 |
| 4/30/2020 | Grogan, Gregory T. | Review LTIP amendment (0.5). | 0.50 | $767.50 |
| 4/30/2020 | Ricciardi, Sara A. | Emails to N. Goldin re: mediation (0.5); attend mediation (2.9). | 3.40 | $4,046.00 |
| 4/30/2020 | Ricciardi, Sara A. | Emails to N. Goldin re: bankruptcy (0.2); email to P. Curnin re: same (0.2); emails to N. Goldin re: TCC (0.4); review court order (0.5); call w/ PG&E, Company counsel, N, Goldin re: same (1.0); emails to N. Goldin re: letter to TCC (0.3); email to N. Goldin re: director update (0.1). | 2.70 | $3,213.00 |
| 4/30/2020 | Goldin, Nicholas | Attend mediation sessions (3.0); calls w/ team re: same (0.5); calls w/ MWE re: mediation (0.5); correspondence w/ team re: insurance (0.2); review court order (0.3). | 4.50 | $6,660.00 |
| 4/30/2020 | Goldin, Nicholas | Calls w/ Company re: court order (1.2); correspondence w/ client re: same (0.2); call w/ team re: retention issues (0.2); communications w/ team re: same (0.1); review communications re: assignment of insurance (0.1). | 1.80 | $2,664.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 4/30/2020 | Kinsel, Kourtney J. | Email to N. Goldin re: filing in Monitorship action (0.2). | 0.20 | $118.00 |
| 4/30/2020 | Ponce, Mario A. | Review Governor's Office comments on Board candidates, emails re same (0.5). | 0.50 | $820.00 |
| 4/30/2020 | Ponce, Mario A. | Review 8K, 10Q, press release re change in Board (0.6), emails, issues re same (0.4). | 1.00 | $1,640.00 |
| **TOTAL** | | | **336.90** | **$444,611.50** |

## Task Code: Fee/Employment Applications (FA)

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 4/1/2020 | Ricciardi, Sara A. | Revise/edit fee statement (0.9); emails w/ team and Accounting re: same (0.6). | 1.50 | $1,785.00 |
| 4/2/2020 | Ricciardi, Sara A. | Revise fee statement (0.4); emails w/ accounting team re: same (0.4). | 0.80 | $952.00 |
| 4/2/2020 | Fell, Jamie | Review monthly invoices (2.3). | 2.30 | $2,288.50 |
| 4/3/2020 | Ricciardi, Sara A. | Emails to accounting re: fee statement (0.3); email to N. Goldin re: same (0.1). | 0.40 | $476.00 |
| 4/4/2020 | McLendon, Kathrine | Review and comment on monthly statement for February (0.8). | 0.80 | $976.00 |
| 4/6/2020 | McLendon, Kathrine | Emails accounting team re finalizing February statement (0.1). | 0.10 | $122.00 |
| 4/7/2020 | Ricciardi, Sara A. | Emails to team re: fee statement (0.4). | 0.40 | $476.00 |
| 4/7/2020 | Goldin, Nicholas | Review fee submission (0.5). | 0.50 | $740.00 |
| 4/10/2020 | McLendon, Kathrine | Emails w/ J. Fell and accounting team re: status on first interim application and monthly statements (0.2). | 0.20 | $244.00 |
| 4/20/2020 | Fell, Jamie | T/c and related, emails w/ finance committee, billing coordinator, N. Goldin and K. McLendon re: first interim fee application and fee examiner discussions (0.6). | 0.60 | $597.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 4/22/2020 | Fell, Jamie | Prepare and file CNO for tenth monthly fee statement (0.9); prepare eleventh monthly fee statement (2.7). | 3.60 | $3,582.00 |
| 4/23/2020 | McLendon, Kathrine | Brief review updated conflicts list and email conflicts team re: updated checks (0.2). | 0.20 | $244.00 |
| 4/23/2020 | Fell, Jamie | Prepare eleventh monthly fee statement and exhibits (1.1). | 1.10 | $1,094.50 |
| 4/27/2020 | McLendon, Kathrine | Review monthly statement for February (0.4); email w/ J. Fell re: comments thereon (0.1). | 0.50 | $610.00 |
| 4/27/2020 | Ricciardi, Sara A. | Revise March fee statement (0.7); emails w/ team re: same (0.4). | 1.10 | $1,309.00 |
| 4/28/2020 | McLendon, Kathrine | Emails w/ J. Fell and accounting team re: finalizing monthly statement for February (0.2). | 0.20 | $244.00 |
| 4/28/2020 | Ricciardi, Sara A. | Revise fee statement (2.9); emails w/ team, accounting re: same (0.9). | 3.80 | $4,522.00 |
| 4/28/2020 | Fell, Jamie | Review/revise monthly invoices (1.8); draft/revise monthly fee statements and exhibits (0.8). | 2.60 | $2,587.00 |
| 4/29/2020 | Ricciardi, Sara A. | Emails w/ team re: fee statement (0.6); review updates to fee statements (0.2); further comments to fee statement (0.3). | 1.10 | $1,309.00 |
| 4/29/2020 | McLendon, Kathrine | Review and comment on draft fee statement for March (1.0). | 1.00 | $1,220.00 |
| 4/30/2020 | Ricciardi, Sara A. | Emails w/ team re: fee statement (0.6). | 0.60 | $714.00 |
| 4/30/2020 | Fell, Jamie | Prep, finalize and file and serve 11th monthly fee statement (1.9); prepare email to J. Loduca re: tenth monthly fee statement/CNO (0.4). | 2.30 | $2,288.50 |
| **TOTAL** | | | **25.70** | **$28,380.50** |

Case: 19-30088    Doc# 8217-4    Filed: 06/30/20    Entered: 06/30/20 13:31:42    Page 20 of 26

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

30

**Task Code: Plan/Disclosure Statement (PL)**

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 4/2/2020 | Purushotham, Ravi | Review of real estate sale materials (0.1). | 0.10 | $132.50 |
| 4/2/2020 | Qusba, Sandy | T/c with S. Karotkin regarding Noteholder motion (0.3); review Noteholder pleading and calls with Board members regarding same (1.3); t/c with M. Ponce, A. Wolfe, M. Leffell, N. Brownell and H. Weissmann regarding Board process (0.5). | 2.10 | $3,223.50 |
| 4/3/2020 | Ponce, Mario A. | Emails, teleconfs re (0.4) and analyze various issues re TCC objections (0.3). | 0.70 | $1,148.00 |
| 4/3/2020 | Purushotham, Ravi | Review of TCC filing (0.2). | 0.20 | $265.00 |
| 4/3/2020 | Qusba, Sandy | Review TCL response to estimation motion (0.7); t/c with Board members (A. Wolfe, M. Moore and N. Brownell) regarding same (1.7). | 2.40 | $3,684.00 |
| 4/4/2020 | Ponce, Mario A. | Calls re (0.5), emails re (0.3), and review documents and issues re TCC objections and BCL impacts (0.4). | 1.20 | $1,968.00 |
| 4/4/2020 | Ponce, Mario A. | Calls, emails re potential real estate transaction (0.5). | 0.50 | $820.00 |
| 4/5/2020 | Purushotham, Ravi | Call with Cravath, Weil and STB re TCC proposal (0.9); call w/ S. Qusba, M. Ponce and E. Egenes re TCC proposal (0.3) | 1.20 | $1,590.00 |
| 4/6/2020 | Ponce, Mario A. | Review TCC opposition motion (0.3). | 0.30 | $492.00 |
| 4/6/2020 | Qusba, Sandy | Review company response to Noteholder motion (0.6); review UCC pleading (0.7); review TCL pleading (0.4); participate in Board call (1.2). | 2.90 | $4,451.50 |
| 4/7/2020 | Qusba, Sandy | T/c with N. Brownell, M. Leffell and M. Ponce regarding senior management positions (1.0). | 1.00 | $1,535.00 |
| 4/9/2020 | Ponce, Mario A. | Call with PJT, CFO and certain directors re potential sale transaction (0.7); review materials re same (0.6). | 1.30 | $2,132.00 |

Case: 19-30088   Doc# 8217-4   Filed: 06/30/20   Entered: 06/30/20 13:31:42   Page 21 of 26

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 4/9/2020 | Qusba, Sandy | Review real estate transaction material (1.3). | 1.30 | $1,995.50 |
| 4/10/2020 | Ponce, Mario A. | Review Estimation Approval Motion (0.6); emails re: same (0.4). | 1.00 | $1,640.00 |
| 4/10/2020 | Qusba, Sandy | Review estimation pleading (0.6). | 0.60 | $921.00 |
| 4/13/2020 | Purushotham, Ravi | Call w/ Cravath, Weil, Lazard and STB re Montali ruling (0.6); review of Montali order (0.2); informal N&G committee meeting (1.6). | 2.40 | $3,180.00 |
| 4/14/2020 | Qusba, Sandy | T/c with N. Brownell regarding update (0.4); t/c with Board regarding update (1.0). | 1.40 | $2,149.00 |
| 4/14/2020 | Fell, Jamie | Review and comments to reorganized debtor documents (1.3). | 1.30 | $1,293.50 |
| 4/15/2020 | Ponce, Mario A. | Call with Cravath, Lazard, Weil re Backstop Commitment consent issues and process (0.4); review materials re same (0.6). | 1.00 | $1,640.00 |
| 4/15/2020 | Qusba, Sandy | Review consent list and correspondence regarding Board selection process (0.6); t/c with Cravath, STB and Lazard teams regarding consent list (1.0). | 1.60 | $2,456.00 |
| 4/16/2020 | Ponce, Mario A. | Call with Lazard re Equity fundraising issues (0.5). | 0.50 | $820.00 |
| 4/20/2020 | Ponce, Mario A. | Call with advisors re Backstop commitment letter consent process (0.7), emails and review BCL re same (0.3). | 1.00 | $1,640.00 |
| 4/20/2020 | Purushotham, Ravi | Call on backstop consent with Cravath, Lazard, Weil and STB (0.5); review of press release and 8-K (0.5); review of BCL (0.2). | 1.20 | $1,590.00 |
| 4/21/2020 | Qusba, Sandy | Review correspondence to senior management regarding backstop (0.2); review Judge's latest LTIP Order and call with S. Karotkin regarding same (0.5); t/c with J. Loduca and M. Ponce regarding B. Johnson retirement (0.3); t/c with Board regarding same (1.0). | 2.00 | $3,070.00 |
| 4/22/2020 | Ponce, Mario A. | Emails, teleconfs, various issues re Employee Compensation Motion | 2.00 | $3,280.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| | | (0.7), review of Motion and Montali 3/22 Order (1.3). | | |
| 4/22/2020 | Ponce, Mario A. | Calls (0.6) and emails, various issues re Backstop Consent considerations (0.4). | 1.00 | $1,640.00 |
| 4/22/2020 | Purushotham, Ravi | Call w J. Simon, J. Loduca, Cravath, Weil, Lazard, STB re backstop consent (0.4); review of Board evaluations (0.6). | 1.00 | $1,325.00 |
| 4/22/2020 | Qusba, Sandy | T/c with S. Karotkin regarding update (0.4); t/c with Comp. Committee regarding LTIP (0.5); t/c with M. Ponce regarding next steps (0.3); t/c with M. Moore regarding same (0.3). | 1.10 | $1,688.50 |
| 4/23/2020 | Qusba, Sandy | T/c Board regarding CPUC proceedings (1.0). | 1.00 | $1,535.00 |
| 4/26/2020 | Ponce, Mario A. | Call with S. Karotkin, S. Qusba re bankruptcy process issues (0.5). | 0.50 | $820.00 |
| 4/26/2020 | Ponce, Mario A. | Emails, issues re BCL share issuance for non-monetary consideration (0.7). | 0.70 | $1,148.00 |
| 4/26/2020 | Ponce, Mario A. | Review Plan Supplement Summary and emails re same (0.4). | 0.40 | $656.00 |
| 4/27/2020 | Wiseman, Stephen M. | Review of debt terms sheets and reg rights term sheet (1.1); T/C M. Ponce re same (0.1). | 1.20 | $1,428.00 |
| 4/27/2020 | Ponce, Mario A. | Call with Cravath re non-monetary share issuance issue and BCL (0.5). | 0.50 | $820.00 |
| 4/27/2020 | Ponce, Mario A. | Emails, issues re Fire Victim Trust registration rights (0.5). | 0.50 | $820.00 |
| 4/27/2020 | Ponce, Mario A. | Review debt term sheets (0.5). | 0.50 | $820.00 |
| 4/27/2020 | Ponce, Mario A. | Review letters re TCC RSA (0.5); emails board members re same (0.2). | 0.70 | $1,148.00 |
| 4/29/2020 | Qusba, Sandy | T/c with Finance Committee (3.0); t/c with Board regarding regular meeting agenda (3.5). | 6.50 | $9,977.50 |
| 4/30/2020 | Ponce, Mario A. | Review new Alsup order (0.5), emails, issues re same (0.3). | 0.80 | $1,312.00 |
| 4/30/2020 | Ponce, Mario A. | Review Plan Supplement and Exhibits and Securitization Application (1.8), issues, emails re same (0.7). | 2.50 | $4,100.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 4/30/2020 | Purushotham, Ravi | Review of Plan supplement filing (2.7). | 2.70 | $3,577.50 |
| 4/30/2020 | Egenes, Erica M. | Review of plan supplement (1.5). | 1.50 | $1,260.00 |
| **TOTAL** | | | **54.30** | **$81,192.00** |

**Task Code: Pre-Trial Pleadings and Motion (L200)**

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 4/2/2020 | Curnin, Paul C. | Communications w/ counsel and mediator re: mediation (1.3). | 1.30 | $2,132.00 |
| 4/2/2020 | Ricciardi, Sara A. | Review update re: mediation (0.1); email to N. Goldin re: same (0.1). | 0.20 | $238.00 |
| 4/2/2020 | Goldin, Nicholas | Review mediator settlement communications (0.1). | 0.10 | $148.00 |
| 4/3/2020 | Curnin, Paul C. | Multiple tc's w/ co-counsel re: mediation (1.8). | 1.80 | $2,952.00 |
| 4/4/2020 | Curnin, Paul C. | Tc's w/ J. Brandt and S. Scholes re: mediation (1.0). | 1.00 | $1,640.00 |
| 4/5/2020 | Goldin, Nicholas | Review communications re: mediation (0.2). | 0.20 | $296.00 |
| 4/6/2020 | Ricciardi, Sara A. | Review mediation update (0.1); email to N. Goldin, S. Blake re: same (0.1); emails to N. Goldin re: budget (0.2). | 0.40 | $476.00 |
| 4/6/2020 | Goldin, Nicholas | Review communications re: mediation developments (0.2). | 0.20 | $296.00 |
| 4/7/2020 | Curnin, Paul C. | Work on mediation issues (allocation, noteholders, derivative claims) (1.5). | 1.50 | $2,460.00 |
| 4/7/2020 | Ricciardi, Sara A. | Emails to E. Campbell re: securities litigation budget (0.2); emails to N. Goldin re: same (0.2); review updated budget (0.2); email to R. Reilly re: same (0.1). | 0.70 | $833.00 |
| 4/7/2020 | Goldin, Nicholas | Review mediation developments (0.3). | 0.30 | $444.00 |
| 4/7/2020 | Campbell, Eamonn W. | Review of 2020 potential case schedule for budget (0.3). | 0.30 | $274.50 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 4/8/2020 | Curnin, Paul C. | Mediation calls w/ counsel (1.3). | 1.30 | $2,132.00 |
| 4/8/2020 | Goldin, Nicholas | Calls w/ Company, officer counsel re: mediation (0.7); call w/ team re: same (0.2). | 0.90 | $1,332.00 |
| 4/9/2020 | Curnin, Paul C. | Multiple mediation conference calls (Latham, Phillips, McDermott, insurers, plaintiffs' counsel) (2.0). | 2.00 | $3,280.00 |
| 4/9/2020 | Goldin, Nicholas | Call w/ mediator re: mediation (0.4); communications w/ team re: same (0.1). | 0.50 | $740.00 |
| 4/10/2020 | Curnin, Paul C. | T/c w/ Latham, MWE re: mediations (0.9). | 0.90 | $1,476.00 |
| 4/10/2020 | Goldin, Nicholas | Communications w/ team, Company counsel re: mediation status, strategy (0.5). | 0.50 | $740.00 |
| 4/11/2020 | Curnin, Paul C. | T/c's w/ J. Brandt, Judge Phillips, S. Scholes, plaintiffs' counsel re: mediation (2.0). | 2.00 | $3,280.00 |
| 4/11/2020 | Goldin, Nicholas | Communications w/ team, Company counsel re: mediation status, strategy (1.1). | 1.10 | $1,628.00 |
| 4/13/2020 | Curnin, Paul C. | T/c w/ Latham re: mediation (0.3). | 0.30 | $492.00 |
| 4/13/2020 | Goldin, Nicholas | Call w/ Company re: mediation (0.3); call w/ team re: mediation (0.2); call w/ counsel re: mediator (0.5); review mediation strategy (0.2); communications to clients re: same (0.4). | 1.60 | $2,368.00 |
| 4/14/2020 | Ricciardi, Sara A. | Emails to E. Campbell re: PERA docket (0.2). | 0.20 | $238.00 |
| 4/14/2020 | Campbell, Eamonn W. | Review of case docket (0.2); emails w/ S. Ricciardi re: same (0.2). | 0.40 | $366.00 |
| 4/15/2020 | Goldin, Nicholas | Review communications re: mediation (0.3). | 0.30 | $444.00 |
| 4/16/2020 | Curnin, Paul C. | T/c w/ Latham and McDermott re: mediation (0.5); t/conf w/ insurers re: same (1.0). | 1.50 | $2,460.00 |
| 4/16/2020 | Goldin, Nicholas | Calls w/ counsel, insurers re: mediation (1.5). | 1.50 | $2,220.00 |

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 4/17/2020 | Curnin, Paul C. | T/conf w/ L. Phillips (mediator) re: mediation (0.2). | 0.20 | $328.00 |
| 4/20/2020 | Campbell, Eamonn W. | T/c w/ N. Goldin, S. Ricciardi re: case updates, litigation strategy (0.5). | 0.50 | $457.50 |
| 4/25/2020 | Ricciardi, Sara A. | Review mediation update (0.1); review correspondence w/ carriers re: same (0.2). | 0.30 | $357.00 |
| 4/26/2020 | Ricciardi, Sara A. | Emails to N. Goldin re: mediation status (0.2). | 0.20 | $238.00 |
| 4/29/2020 | Kortright, Magallie | Prepare court submissions for attorney review (0.5) & electronic data update (0.5). | 1.00 | $400.00 |
| **TOTAL** | | | **25.20** | **$37,166.00** |

**Simpson Thacher & Bartlett LLP**
425 Lexington Ave
New York, NY 10017