Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

**Exhibit E**

**ITEMIZED DISBURSEMENTS**

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| **Research** | | | |
| Online research - West Law | 3/4/2020 | MULTI-SEARCH TRANSACTIONAL SEARCHES-ISAACMAN, JENNIFER | $127.00 |
| Online research - West Law | 3/9/2020 | MULTI-SEARCH DOCUMENT DISPLAYS-RICCIARDI, SARA | $108.36 |
| Online research - West Law | 3/9/2020 | MULTI-SEARCH TRANSACTIONAL SEARCHES-RICCIARDI, SARA | $1,270.10 |
| Online research - West Law | 3/9/2020 | MULTI-SEARCH TRANSACTIONAL SEARCHES-KINSEL, KOURTNEY | $116.66 |
| Online research - West Law | 3/9/2020 | MULTI-SEARCH TRANSACTIONAL SEARCHES-ISAACMAN, JENNIFER | $1,651.12 |
| Online research - West Law | 3/9/2020 | MULTI-SEARCH ONLINE IMAGES-LUNDQVIST, JACOB | $191.84 |
| Online research - West Law | 3/9/2020 | MULTI-SEARCH WEST REPORTER IMAGE-LUNDQVIST, JACOB | $47.96 |
| Online research - West Law | 3/10/2020 | MULTI-SEARCH DOCUMENT DISPLAYS-RICCIARDI, SARA | $541.81 |
| Online research - West Law | 3/10/2020 | MULTI-SEARCH TRANSACTIONAL SEARCHES-RICCIARDI, SARA | $889.06 |
| Online research - West Law | 3/11/2020 | MULTI-SEARCH DOCUMENT DISPLAYS-RICCIARDI, SARA | $216.71 |
| Online research - West Law | 3/11/2020 | MULTI-SEARCH TRANSACTIONAL SEARCHES-RICCIARDI, SARA | $1,651.12 |
| Pacer | 4/14/2020 | Charges Ricciardi, Sara A. | $3.00 |
| Pacer | 4/14/2020 | Charges Ricciardi, Sara A. | $3.00 |
| Pacer | 4/14/2020 | Charges Ricciardi, Sara A. | $3.00 |
| Pacer | 4/14/2020 | Charges Ricciardi, Sara A. | $1.00 |

---

[2] The amounts listed in this Exhibit are billed in accordance with the Fee Guidelines and Local Rules.

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| **Conferencing/Communication** | | | |
| Telephone | 2/2/2020 | LOOP UP LLC - Loopup-2020-02-02-00905-SC0023-Mario Ponce's Meeting Room Moderated By: 00905 | $1.82 |
| Telephone | 2/5/2020 | LOOP UP LLC - Loopup-2020-02-05-08914-SC0609-Sara Ricciardi's Meeting Room Moderated By: 08914 | $3.29 |
| Telephone | 2/6/2020 | LOOP UP LLC - Loopup-2020-02-06-08914-SC0767-Sara Ricciardi's Meeting Room Moderated By: 08914 | $3.09 |
| Telephone | 2/6/2020 | Telephone LOOP UP LLC - Loopup-2020-02-06-16743-SC0754-Jacob Lundqvist's Meeting Room Moderated By: 16743 | $10.28 |
| Telephone | 2/10/2020 | LOOP UP LLC - Loopup-2020-02-10-08914-SC1132-Sara Ricciardi's Meeting Room Moderated By: 08914 | $4.46 |
| Telephone | 2/11/2020 | LOOP UP LLC - Loopup-2020-02-11-15361-SC1324-Eamonn Campbell's Meeting Room Moderated By: 15361 | $6.53 |
| Telephone | 2/14/2020 | LOOP UP LLC - Loopup-2020-02-14-15834-SC1763-STB Meeting Room Moderated By: 15834 | $1.12 |
| Telephone | 2/15/2020 | LOOP UP LLC - Loopup-2020-02-15-00905-SC1846-Mario Ponce's Meeting Room Moderated By: 00905 | $4.16 |
| Telephone | 2/18/2020 | LOOP UP LLC - Loopup-2020-02-18-08914-SC2095-Sara Ricciardi's Meeting Room Moderated By: 08914 | $2.67 |
| Telephone | 2/19/2020 | LOOP UP LLC - Loopup-2020-02-19-15786-SC2296-PGE Meeting Room Moderated By: 15786 | $8.18 |
| Telephone | 2/20/2020 | LOOP UP LLC - Loopup-2020-02-20-08914-SC2373-Sara Ricciardi's Meeting Room Moderated By: 08914 | $6.39 |
| Telephone | 2/21/2020 | LOOP UP LLC - Loopup-2020-02-21-08914-SC2518-Sara Ricciardi's Meeting Room Moderated By: 08914 | $1.17 |
| Telephone | 2/21/2020 | LOOP UP LLC - Loopup-2020-02-21-08914-SC2522-Sara Ricciardi's Meeting Room Moderated By: 08914 | $1.28 |
| Telephone | 2/25/2020 | LOOP UP LLC - Loopup-2020-02-25-08914-SC3056-Sara Ricciardi's Meeting Room Moderated By: 08914 | $3.45 |

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| Telephone | 2/25/2020 | LOOP UP LLC - Loopup-2020-02-25-08914-SC3040-Sara Ricciardi's Meeting Room Moderated By: 08914 | $3.04 |
| Telephone | 2/28/2020 | LOOP UP LLC - Loopup-2020-02-28-15786-SC3610-PGE Meeting Room Moderated By: 15786 | $10.28 |
| Telephone | 2/28/2020 | LOOP UP LLC - Loopup-2020-02-28-15786-SC3559-PGE Meeting Room Moderated By: 15786 | $22.65 |
| Telephone | 2/28/2020 | LOOP UP LLC - Loopup-2020-02-28-15786-SC3499-PGE Meeting Room Moderated By: 15786 | $2.48 |
| Telephone | 2/29/2020 | LOOP UP LLC - Loopup-2020-02-29-15786-SC3636-PGE Meeting Room Moderated By: 15786 | $11.34 |
| Telephone | 2/29/2020 | LOOP UP LLC - Loopup-2020-02-29-15786-SC3629-Erica's Meeting Room Moderated By: 15786 | $3.59 |
| Telephone | 2/29/2020 | LOOP UP LLC - Loopup-2020-02-29-15786-SC3624-PGE Meeting Room Moderated By: 15786 | $68.81 |
| **TOTAL** | | | **$7,001.82** |