```
                                          Entered on Docket
                                          June 30, 2020
                                          EDWARD J. EMMONS, CLERK
                                          U.S. BANKRUPTCY COURT
                                          NORTHERN DISTRICT OF CALIFORNIA
```



| | |
|---|---|
| 1  WEIL, GOTSHAL & MANGES LLP | Signed and Filed: June 30, 2020 |
| 2  Stephen Karotkin (*pro hac vice*) | |
|    (stephen.karotkin@weil.com) | |
| 3  Theodore Tsekerides (*pro hac vice*) | _____ |
|    (theodore.tsekerides@weil.com) | **DENNIS MONTALI** |
| 4  Jessica Liou (*pro hac vice*) | U.S. Bankruptcy Judge |

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Theodore Tsekerides (*pro hac vice*)
(theodore.tsekerides@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Debtors in Possession*

**Signed and Filed: June 30, 2020**

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

In re:

**PG&E CORPORATION,**

- and -

**PACIFIC GAS AND ELECTRIC COMPANY,**

Debtors.

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☒ Affects both Debtors

*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

Case No. 19-30088 (DM)
Chapter 11
(Lead Case)
(Jointly Administered)

**ORDER APPROVING STIPULATION ENLARGING TIME FOR DALE S. WITHROW AND BEVERLY R. WITHROW, INDIVIDUALLY AND AS TRUSTEES FOR THE DALE S. WITHROW AND BEVERLY R. WITHROW LIVING TRUST, TO AMEND PROOF OF CLAIM**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

The Court having considered the *Stipulation Enlarging Time for Dale S. Withrow and Beverly R. Withrow, Individually and as Trustee for the Dale S. Withrow and Beverly R. Withrow Living Trust, to Amend Proof of Claim*, dated June 26, 2020 [Dkt. No. 8133] (the "**Stipulation**"),[1] entered into by PG&E Corporation ("**PG&E Corp**.") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned cases (the "**Chapter 11 Cases**"), on the one hand, and Dale S. Withrow and Beverly R. Withrow, individually and as Trustees for the Dale S. Withrow and Beverly R. Withrow Living Trust (collectively, the "**Movants**"), on the other hand; and pursuant to such Stipulation and agreement of the Parties, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The Stipulation is approved.

2. The Amended Proof of Claim as annexed as Exhibit A to the Motion is deemed timely filed on the condition that it is filed no later than seven (7) days after the entry of this Order.

3. Nothing herein is intended to, nor shall it be construed to be, a waiver by the Debtors or any other party in interest of any right to (i) object to the Asserted Claims or the Amended Proof of Claim on any grounds other than the untimely filing thereof, or (ii) seek to reclassify the Amended Proof of Claim.

4. Nothing herein is intended to, nor shall it be construed to be, a waiver by Movants of their right to seek to reclassify the Amended Proof of Claim or to assert any other right in contravention to or in opposition of any asserted challenge to the Asserted Claims or the Amended Proof of Claim.

5. Upon the timely filing of the Amended Proof of Claim pursuant to paragraph 1 of the Stipulation, the Original Proof of Claim shall be deemed expunged, and Prime Clerk LLC, the claims agent appointed in the Chapter 11 Cases, shall be authorized to update the official claims register to reflect the terms set forth herein.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

Case: 19-30088    Doc# 8219    Filed: 06/30/20    Entered: 06/30/20 16:10:56    Page 2 of 3

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

6. The Motion is deemed withdrawn with prejudice and the Hearing is vacated.

7. The Stipulation is binding on the Parties and each of their successors in interest.

8. The Stipulation constitutes the entire agreement and understanding of the Parties relating to the subject matter thereof and supersedes all prior agreements and understandings relating to the subject matter thereof.

9. The Bankruptcy Court shall retain jurisdiction to resolve any disputes or controversies arising from the Stipulation or this Order.

Dated: June 26, 2020

LEVIN LAW GROUP

/s/ Richard H. Levin
Richard H. Levin, Esq.

*Attorneys for Dale S. Withrow and Beverly R. Withrow, Individually and as Trustee for the Dale S. Withrow and Beverly R. Withrow Living Trust*

*** END OF ORDER ***