**Attachment 1**

| Bankruptcy Docket No. | Moving Party | Prior Moving Party and/or Co-Appellant | Bankruptcy Claim No. | Case No. at Ninth Circuit Court of Appeals |
|---|---|---|---|---|
| 8152 | Kimberly Blowney[1] | Tom Findley | 8278 | 18-56378 |
| 8176 | Daniel S. Williams | Andrea Willams | 7175 | 18-56390 |
| 8170 | Lloyd K. Vinson | Barbara Vinson | 7201 | 18-56382 |
| 8150 | Adolfo Riebeling | Marina Riebeling | 7301 | 18-56384 |
| 8160 | Marta Ramirez | John Ramirez | 7072 | 18-56395 |
| 8158 | Rosalba Hernandez | Jose Ornelas | 7226 | 18-56392 |
| 8182 | Victor Suarez | Saray Ordaz | 8283 | 18-56376 |
| 8154 | Donna Learmont | Robert Miller | 7168 | 18-56381 |
| 8180 | Matsue Mattheisen | Charles Mattheisen | 8273 | 18-56388 |
| 8172 | Manuel Martinez | Juliana Martinez | 7228 | 18-56499 |
| 8178 | Herbert Nethery | Yvonne Kirkpatrick | Pending | 18-56377 |
| 8166 | Halima Zahib | Aurang Zabib Khan | 7083 | 18-56498 |
| 8164 | Sam V. Cabrera | Shirley Holcroft | 7171 | 18-56503 |
| 8184 | Aquilla Fredrick | Norman Halstead | 8274 | 18-56497 |
| 8186 | Lynette Brown | Martin Garza | 7183 | 18-56505 |
| 8168 | Candace Matthiesen | David Matthiesen | 7229 | 18-56389 |
| 8156 | Hennie Courtney | Clell Courtney | 7585 | 18-56379 |
| 8174 | Maritza Carrera | Agustin Carrera | 7224 | 18-56387 |
| 8162 | William Bolin | Carolyn Bolin | 7199 | 18-56394 |

---

[1] No prior motion for relief from stay was filed for Kimberly Blowney and Tom Findley.