**EXHIBIT A**

## EXHIBIT A

## HOURS BY PROFESSIONAL
## FOR THE PERIOD MAY 1, 2020 THROUGH MAY 31, 2020

| PROFESSIONAL | POSITION | HOURLY RATE | TOTAL HOURS |
|---|---|---|---|
| Lynn A. Baker | Special Counsel | $1,200.00 | 2.70 |
| **TOTAL** | | | **2.70** |