# EXHIBIT C

## Detailed Time Entries

**LYNN A. BAKER, ESQ.**
2210 Greenlee Drive
Austin, TX 78703

June 12, 2020

    For legal services rendered by **Lynn A. Baker** as court-appointed Special Ethics Counsel to the Official Committee of Tort Claimants (the "TCC") of PG&E Corporation and Pacific Gas and Electric Company (collectively the "Debtors") in connection with the relevant bankruptcy proceedings:

<u>May 1, 2020 – 0.20 hrs.</u>
    0.10 hr. --     read email and attachment from J. Bloom re: Decision Different
    0.10 hr. --     read email and attachment from L. Attard re: decision of GER Hospitality's class claim

<u>May 5, 2020 – 0.10 hrs.</u>
    0.10 hr. --     read email and attachment from E. Kates re: critical dates

<u>May 6, 2020 – 0.30 hrs.</u>
    0.10 hr. --     read email and attachment from L. Attard re: late filed claims; read replies from various TCC members/counsel
    0.10 hr. --     email exch w R. Julian re: possible issue for TCC meeting; tel conv w R. Julian re: same
    0.10 hr. --     read emails from E. Green, E. Cabraser & E. Kates re: various TCC agenda items

<u>May 7, 2020 – 0.10 hr.</u>
    0.10 hr. --     read emails from J. Bloom re: Decision Different in Penalties Oil

<u>May 8, 2020 – 0.10 hr.</u>
    0.10 hr. --     read emails and attachments from T. Laffredi and R. Julian re: Ghost Ship issues

<u>May 11, 2020 – 0.10 hr.</u>
    0.10 hr. --     read email and attachment from E. Kates re: critical dates

<u>May 14, 2020 – 0.10 hr.</u>
    0.10 hr. --     read emails and attachments from J. Esmont, L. Attard, and E. Green re: TCC meeting and agenda

<u>May 15, 2020 – 0.30 hr.</u>
    0.20 hr. --     read email and attachment from E. Kates re: Brief in Opposition to the Plan

        0.10 hr. --       read emails from E. Cabraser and M Carlson re: Brief

<u>May 18, 2020 – 0.10 hrs.</u>
        0.10 hr. --       read emails and attachment from E. Kates re critical dates

<u>May 19, 2020 – 0.20 hr.</u>
        0.10 hr. --       read emails and attachments from J. Bloom re: Reply Comments and Decision Approving Plan
        0.10 hr. --       read email and attachment from E. Kates re: Order Denying Motion to Designate Votes

<u>May 21, 2020 – 0.50 hr.</u>
        0.10 hr. --       read emails and attachments from L. Attard re: agenda for TCC meeting and motion for late filed claims
        0.10 hr. --       read emails from S. Skikos and E. Cabraser re: same
        0.20 hr. --       read email and attachment from D. Richardson re: confirmation reply brief
        0.10 hr. --       read email and attachment from J. Bloom re: Response to Abrams' filing

<u>May 27, 2020 – 0.20 hr.</u>
        0.10 hr. --       read email and attachment from E. Kates re: critical dates
        0.10 hr. --       read email and attachment from J. Esmont re: Memorandum Opinion on Objections to the Trust

<u>May 28, 2020 – 0.20 hr.</u>
        0.10 hr. --       read emails and attachments from L. Attard re: late filed claims and Confirmation Objection Term Sheet
        0.10 hr. --       read email from R. Julian re: Mediation Term Sheet

<u>May 29, 2020 – 0.20 hrs.</u>
        0.10 hr. --       read emails and attachments from K. Lockhart re: items for TCC vote
        0.10 hrs. --      read various TCC member and counsel emails replying to K. Lockhart email

==================================================================

        May – 2.70 hours @ $1,200/hour = $3,240.00

**<u>Total due = $3,240.00</u>**