# EXHIBIT A

## COMPENSATION BY PROFESSIONAL
## MARCH 1, 2020 THROUGH MAY 31, 2020

The attorneys and paraprofessionals who rendered legal services in these Chapter 11 Cases from March 1, 2020 through May 31, 2020 (the "**Fee Period**") are:

| NAME OF PROFESSIONAL: | POSITION | YEAR ADMITTED | HOURLY RATE (2020) | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Richard A. Levy | Partner | 1983 | $1,325.00 | 0.3 | $397.50 |
| James E. Brandt | Partner | 1983 | $1,290.00 | 220.8 | $284,832.00 |
| Janice M. Schneider | Partner | 1992 | $1,100.00 | 9.4 | $10,340.00 |
| Robert W. Perrin | Partner | 1998 | $1,070.00 | 318.6 | $340,902.00 |
| Ted A. Dillman | Partner | 2008 | $1,005.00 | 0.9 | $904.50 |
| James I. Mann | Partner | 2006 | $950.00 | 18.1 | $17,195.00 |
| Gavin M. Masuda | Partner | 2008 | $975.00 | 1.3 | $1,267.50 |
| Drew T. Gardiner | Partner | 2004 | $950.00 | 8.7 | $8,265.00 |
| Michael J. Reiss | Partner | 2010 | $950.00 | 343.2 | $326,040.00 |
| Meryn C. Grant | Associate | 2013 | $895.00 | 72.2 | $64,619.00 |
| Tiffany M. Ikeda | Associate | 2011 | $895.00 | 86.1 | $77,059.50 |
| Shawn P. Hansen | Associate | 2015 | $810.00 | 22.1 | $17,901.00 |
| Setareh Homayoni | Associate | 2016 | $760.00 | 27.9 | $21,204.00 |
| Ellina Chulpaeff | Associate | 2016 | $695.00 | 70.1 | $48,719.50 |
| Diego Enrique Flores | Assoiciate | 2017 | $695.00 | 6.3 | $4,378.50 |
| Michael A. Hale | Associate | 2017 | $695.00 | 305.9 | $212,600.50 |
| Caitlin J. Campbell | Associate | 2018 | $590.00 | 284.3 | $167,737.00 |
| Alexandra H. Gianelli | Associate | 2018 | $590.00 | 83.9 | $49,501.00 |
| Robert Medina | Associate | 2019 | $500.00 | 138.5 | $69,250.00 |
| John M. Eastly | Senior Paralegal | -- | $355.00 | 1.8 | $639.00 |
| Gamelin-Arnold Telesfort | Litigation Services Attorney | -- | $360 | 0.6 | $216.00 |
| **Total Professionals:** | **21** | | | **2021** | **$1,723,968.50** |

| PROFESSIONALS TOTALS: | BLENDED RATE (rounded to nearest dollar) | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $1,075 | 921.3 | $990,143.50 |
| Associates | $668 | 1097.3 | $732,970.00 |
| **Blended Attorney Rate** | **$854** | **2018.6** | **$1,723,113.50** |
| Paraprofessionals and other non-legal staff | $356 | 2.4 | $855.0 |
| **Total Fees Incurred** | **$853** | **2021** | **$1,723,968.50** |