# EXHIBIT B

# COMPENSATION BY WORK TASK CODE FOR
# SERVICES RENDERED BY LATHAM & WATKINS LLP
# MARCH 1, 2020 THROUGH MAY 31, 2020[1]

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 118 | Derivative Action: Wollman v. Andrews, et. al. | 1.6 | $1,654.50 |
| 145 | Advice on Tribal Matters | 12.5 | $11,449.00 |
| 165 | Insurance Counseling | 25.1 | $25,967.00 |
| 166 | North Bay Fires Securities Class Action[2] | 1905 | $1,607,587.50 |
| 173 | Public Safety Power Shutoffs Class Action | 55.5 | $56,846.00 |
| 174 | BIOMAT | 21.3 | $20,464.50 |
| **TOTAL** | | **2021** | **$1,723,968.50** |

---

[1] The total amounts do not include expenses.

[2] This task code also includes time spent on the preparation of monthly fee applications and interim fee applications.