# EXHIBIT C

## EXPENSE SUMMARY
## MARCH 1, 2020 THROUGH MARCH 31, 2020[1]

| EXPENSES | AMOUNTS |
|---|---|
| Fixed Asset Sale[2] | $950.00 |
| Travel | $8,239.61 |
| Telephone Conferencing / Video Conferencing | $182.50 |
| **Total Expenses Requested:** | **$9,372.11** |

---

[1] Explanations of the enumerated expenses are provided along with the detailed time entries for each task code in Exhibit D in addition to being disclosed in Exhibit E.

[2] Expenses in this category relate to copying client hard drives, as further explained in the detailed narrative of expenses under Exhibit E.