**EXHIBIT E**

**Costs and Disbursements:**

| | | |
|---|---|---:|
| | Federal Express & Messenger | 0.00 |
| | Fixed Asset Sale | 950.00 |
| | | **$ 950.00** |
| 03/26/20 | Audio\ Video Conferencing Services - CourtCall, LLC - Court Call a/c# CCDA072698 - M. Reiss ccid:10397903 | 87.50 |
| 03/26/20 | Audio\ Video Conferencing Services - CourtCall, LLC - Court Call a/c# CCDA072698 - M. Reiss ccid: 10412159 | 95.00 |
| 03/30/20 | Audio\ Video Conferencing Services - AT&T Teleconference Services - P.O. Box 5002 - AT&T Teleconference Charges Feb 2020 ROBERT MEDINA ID 80194 | 0.00 |
| | **Total Audio\ Video Conferencing Services** | **182.50** |
| 03/01/20 | Airfare & Trainfare - Out-of-Town - The Lawyers Travel Service - REISS, MICHAEL J Ticket No: 7506090271, Departure Date: 03/01/2020, Route: LAX EWR LAX | 821.80 |
| 03/01/20 | Airfare & Trainfare - Out-of-Town - The Lawyers Travel Service - REISS, MICHAEL J Ticket No: 1569632973, Departure Date: 03/03/2020, Route: EWR LAX | 109.00 |
| 03/01/20 | Airfare & Trainfare - Out-of-Town - The Lawyers Travel Service - REISS, MICHAEL J Ticket No: 1569632310, Departure Date: 03/01/2020, Route: LAX EWR | 112.00 |
| 03/06/20 | Meals - Out-of-Town - Michael J Reiss - Breakfast - Travel to NY for PGE Mediation - 03/01/20 - Wolfgang Puck Express / LAX - Internal Guests: Michael J Reiss | 21.90 |
| 03/06/20 | Meals - Out-of-Town - Michael J Reiss - Meals Other - Travel to NY for PGE Mediation - 03/03/20 - Pomme Palais - Internal Guests: Michael J Reiss | 7.39 |
| 03/06/20 | Meals - Out-of-Town - Michael J Reiss - Breakfast - Travel to NY for PGE Mediation - 03/03/20 - Novella - Newark Airport - Internal Guests: Michael J Reiss | 15.77 |
| 03/06/20 | Trip Expenses - Out-of-Town - Michael J Reiss - Lodging - Travel to NY for PGE Mediation - 03/03/20 - Lotte New York Palace | 823.46 |
| 03/06/20 | Parking - Out-of-Town - Michael J Reiss - - Travel to NY for PGE Mediation - LAX Parking - 03/03/20 | 109.00 |
| 03/06/20 | Meals - Out-of-Town - Michael J Reiss - Meals Other - Travel to NY for PGE Mediation - 03/03/20 - Surf - Internal Guests: Michael J Reiss | 3.79 |
| 03/19/20 | Ground Transportation - Out-Of-Town - Robert W Perrin - Taxi/Car Service - Attend meetings - 03/01/20 - Airport/Hotel | 108.70 |
| 03/19/20 | Meals - Out-of-Town - Robert W Perrin - Hotel - Breakfast - Attend meetings - 03/02/20 - Lotte New York Palace - Internal Guests: Robert W Perrin | 5.44 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE # 2000102009 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

Case: 19-30088    Doc# 8226-5    Filed: 06/28/20    Entered: 06/30/20 20:31:18    Page 2 of 4

| Date | Description | Amount |
|---|---|---:|
| 03/19/20 | Trip Expenses - Out-of-Town - Robert W Perrin - Lodging - Attend meetings - 03/01/20 - Lotte New York Palace | 383.90 |
| 03/19/20 | Ground Transportation - Out-Of-Town - Robert W Perrin - Taxi/Car Service - Client Meetings - 02/26/20 - Airport/Office | 68.71 |
| 03/19/20 | Parking - Out-of-Town - Robert W Perrin - - Attend meetings - 03/01/20 | 113.00 |
| 03/19/20 | Ground Transportation - Out-Of-Town - Robert W Perrin - Taxi/Car Service - Client Meetings - 02/26/20 - Office/Airport | 43.49 |
| 03/19/20 | Trip Expenses - Out-of-Town - Robert W Perrin - Lodging - Attend meetings - 03/02/20 - Lotte New York Palace | 439.56 |
| 03/19/20 | Meals - Out-of-Town - Robert W Perrin - Dinner - Attend meetings - 03/01/20 - Toscana - Internal Guests: Robert W Perrin, Michael J Reiss | 127.70 |
| 03/19/20 | Airfare & Trainfare - Out-of-Town - Robert W Perrin - - Attend meetings - 03/01/20 - LAX/NYC - UA - 03/01/2020 - 03/03/2020 | 1,809.04 |
| 03/19/20 | Parking - Out-of-Town - Robert W Perrin - - Client Meetings - 02/26/20 | 40.00 |
| 03/19/20 | Airfare & Trainfare - Out-of-Town - Robert W Perrin - - Client Meetings - 02/26/20 - LAX/SFO - UA - 02/26/2020 - 03/26/2020 | 468.80 |
| 03/25/20 | Ground Transportation - Out-Of-Town - Sunny's Executive Sedan Services Inc. - Transportation Services 03/03/2020 Robert Perrin Inv. 253173 03/15/20202 | 122.02 |
| 03/27/20 | Airfare & Trainfare - Out-of-Town - Robert W Perrin - - Attend mediation - 03/11/20 - LAX/NYC - UA - 02/14/2020 - 03/20/2020 | 839.11 |
| 03/27/20 | Trip Expenses - Out-of-Town - Robert W Perrin - Lodging - Attend mediation - 02/16/20 - Lotte New York Palace | 324.80 |
| 03/27/20 | Trip Expenses - Out-of-Town - Robert W Perrin - Lodging - Attend mediation - 02/17/20 - Lotte New York Palace | 324.80 |
| 03/27/20 | Trip Expenses - Out-of-Town - Robert W Perrin - Lodging - Attend mediation - 02/19/20 - Lotte New York Palace | 324.80 |
| 03/27/20 | Ground Transportation - Out-Of-Town - Robert W Perrin - Taxi/Car Service - Attend mediation - 02/16/20 - Airport/Hotel | 44.90 |
| 03/27/20 | Meals - Out-of-Town - Robert W Perrin - Meals Other - Attend mediation - 02/17/20 - Pomme Palais - Internal Guests: Robert W Perrin | 5.82 |
| 03/27/20 | Meals - Out-of-Town - Robert W Perrin - Dinner - Attend mediation - 02/18/20 - Toscana - Internal Guests: Robert W Perrin | 194.22 |
| 03/27/20 | Meals - Out-of-Town - Robert W Perrin - Hotel - Breakfast - Attend mediation - 02/17/20 - Lotte New York Palace - Internal Guests: Robert W Perrin | 8.17 |
| 03/27/20 | Ground Transportation - Out-Of-Town - Robert W Perrin - Taxi/Car Service - Attend mediation - 02/20/20 - LAX/Home | 86.92 |
| 03/27/20 | Meals - Out-of-Town - Robert W Perrin - Hotel - Breakfast - Attend mediation - 02/17/20 - Lotte New York Palace - Internal Guests: Robert W Perrin | 6.80 |
| 03/27/20 | Trip Expenses - Out-of-Town - Robert W Perrin - Lodging - Attend mediation - 02/18/20 - Lotte New York Palace | 324.80 |
| | **Total Travel Expenses** | **8,239.61** |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE # 2000102009 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

Case: 19-30088    Doc# 8226-5    Filed: 06/30/20    Entered: 06/30/20 20:31:18    Page 3 of 4

| | |
|---|---:|
| **Total Costs and Disbursements:** | $ 9,372.11 |



BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE # 2000102009 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.