1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

5

**SUMMARY OF COMPENSATION BY PROFESSIONAL**

**MAY 1, 2020 THROUGH MAY 31, 2020**

**BERMAN AND TODDERUD LLP**

| Name of Professional | Position | Year Admitted | Hourly Rate | Total Hours Billed | Total Fees |
|---|---|---|---|---|---|
| Stan Berman | Partner | 1988 (Illinois) 1994 (Washington, D.C.) 2000 (Washington) | $920 | 23.7 | $21,804.00 |
| Eric Todderud | Partner | 1987 (Oregon-*inactive*) 2004 (Washington) | $692 | 6.8 | $4705.60 |

| Professionals | Blended Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|
| Partners | $869.17 | 30.5 | $26,509.60 |

6