# EXHIBIT B

**COMPENSATION BY PROJECT FOR SERVICES RENDERED
BY BERMAN AND TODDERUD LLP FOR THE PERIOD
MAY 1, 2020 THROUGH MAY 31, 2020**

| Description | Hours | Amount |
|---|---|---|
| 2000-2001 Energy Crisis FERC Litigation | 30.5 | $26,509.60 |

8