# EXHIBIT C

**EXPENSE SUMMARY FOR THE PERIOD
MAY 1, 2020 THROUGH MAY 31, 2020**

Berman and Todderud did not incur reimbursable expenses during the Fee Period.