# EXHIBIT D

**May 2020**

**Itemized Time Description**

| Date | Attorney | Time | Description |
|---|---|---|---|
| 5/1/2020 | Todderud | 0.30 | Finalize March monthly fee statement |
| 5/1/2020 | Todderud | 0.10 | Review settlement overlay scheduling order |
| 5/4/2020 | Berman | 2.80 | Prepare for call with market participant re overlay filing. |
| 5/5/2020 | Berman | 0.80 | Call with market participant re overlay filing. |
| 5/6/2020 | Todderud | 0.40 | Review email updates on status of settlement overlay |
| 5/7/2020 | Todderud | 0.40 | Telephone with R. Nowakowski (JP Morgan Chase) re status of escrows and upcoming disbursements |
| 5/8/2020 | Berman | 0.40 | Review draft comments on overlay filing from market participant and emails with California Parties re same. |
| 5/8/2020 | Todderud | 0.40 | Analysis of PX status report consistency with overlay requirements |
| 5/8/2020 | Todderud | 0.30 | Email correspondence with S. Rossi (PX) re status of overlay implementation payment |
| 5/14/2020 | Berman | 2.40 | Emails with Ms Li at PG&E re overlay amounts. |
| 5/14/2020 | Todderud | 0.50 | Draft email re status of accounts of assignees of California Polar Power Brokers |
| 5/15/2020 | Berman | 2.20 | Review offer from market participant re overlays to provide analysis to client and California Parties. |
| 5/15/2020 | Todderud | 0.70 | Review offer for settling overlay amounts and analyze settlement with supplier for which overlay was performed |
| 5/18/2020 | Berman | 0.40 | Attend weekly FERC strategy call with PG&E. |
| 5/18/2020 | Berman | 1.60 | Edit letter agreement with market participant re overlays. |
| 5/18/2020 | Berman | 1.40 | Emails with California Parties re overlay implementation proposal by market participant. |
| 5/19/2020 | Berman | 1.60 | Emails with California Parties re overlay implementation proposal for market participant. |
| 5/19/2020 | Berman | 1.70 | Research overlay financial flow issues for PG&E. |

12

Case: 19-30088    Doc# 8227-4    Filed: 07/01/20    Entered: 07/01/20 09:46:33    Page 2 of 3

| | Date | Timekeeper | Hours | Description |
|---|---|---|---|---|
| | 5/20/2020 | Berman | 1.10 | Call with PG&E re overlay financial flows. |
| | 5/21/2020 | Berman | 0.80 | Attend call with California Parties re overlay implementation issues. |
| | 5/21/2020 | Berman | 0.80 | Edit agreement with market participant re overlay issues. |
| | 5/21/2020 | Berman | 0.90 | Emails with California Parties re overlay issues of market participant and agreement to resolve same. |
| | 5/21/2020 | Todderud | 0.30 | Draft certificate of no objection |
| | 5/21/2020 | Todderud | 0.80 | Attend call to address response to market participant offer |
| | 5/22/2020 | Todderud | 0.80 | Analyze allocation agreements for applicability to settlement with supplier agreeing to overlay implementation terms |
| | 5/22/2020 | Todderud | 0.30 | Draft emails re scope and applicability of allocation agreements |
| | 5/22/2020 | Berman | 1.40 | Emails with California Parties re overlay issues of market participant. |
| | 5/25/2020 | Todderud | 0.70 | Analyze escrow tax disbursement documents |
| | 5/26/2020 | Todderud | 0.30 | Telephone with R. Nowakowski (JP Morgan Chase) re implementation timeline for escrow disbursements for tax payments |
| | 5/26/2020 | Todderud | 0.30 | Telephone with C. Berry (Bates White consultant) re edits to escrow disbursement instructions |
| | 5/26/2020 | Todderud | 0.20 | Telephone with P. Warden (counsel for settled market participant) re status of payments and implementation of overlay |
| | 5/26/2020 | Berman | 0.90 | Call with Mr. Cunningham and market participant re potential overlay agreement. |
| | 5/26/2020 | Berman | 0.60 | Emails with Mr. Cunningham re resolving overlay issues with market participant. |
| | 5/29/2020 | Berman | 0.80 | Review TransAlta materials for call re TransAlta implementation issues. |
| | 5/29/2020 | Berman | 0.30 | Call with Mr. Lyster re TransAlta overlay issues. |
| | 5/29/2020 | Berman | 0.70 | Emails with California Parties re APX overlay issues and APX motion re overlay timing. |
| | 5/31/2020 | Berman | 0.10 | Email to PG&E re overlay status and issues. |