Laurie Edelstein (Bar No. 164466)
STEPTOE & JOHNSON LLP
One Market Plaza
Spear Tower, Suite 3900
San Francisco, California 94105
Telephone: (415) 365-6700
Facsimile:  (415) 365-6699
ledelstein@steptoe.com

*Special Counsel to Debtors
and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION,** <br><br> - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> Debtors. <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br><br> *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) <br><br> (Jointly Administered) <br><br> **THIRD MONTHLY FEE STATEMENT OF STEPTOE & JOHNSON LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FROM APRIL 1, 2020 THROUGH APRIL 30, 2020** <br><br> **Objection Deadline: July 22, 2020, 4:00 p.m. (Pacific Time)** <br><br> [No Hearing Requested] |

| To: | The Notice Parties |
|---|---|
| Name of Applicant: | Steptoe & Johnson LLP |
| Authorized to Provide Professional Services to: | Special Counsel for Debtors and Debtors in Possession |
| Date of Retention: | April 9, 2020 *nunc pro tunc* to January 29, 2019 |
| Period for which compensation and reimbursement are sought: | April 1, 2020 through April 30, 2020 |
| Amount of compensation sought as actual, reasonable, and necessary: | $263,997.78 (80% of $329,997.22) |
| Amount of expenses sought as actual, reasonable, and necessary: | $10 |

Steptoe & Johnson LLP ("**Steptoe**" or the "**Applicant**"), special counsel to PG&E Corporation and Pacific Gas and Electric Company (the "**Debtors**"), hereby submits its Third Monthly Fee Statement (the "**Monthly Fee Statement**") for allowance and payment of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred for the period commencing April 1, 2020 through April 30, 2020 (the "**Fee Period**") pursuant to *the Order Pursuant to 11 U.S.C. §§ 331 and 105(a) and Fed. R. Bankr. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals dated February 27, 2019* [Docket No. 701] (the "**Interim Compensation Procedures Order**").

By this Monthly Fee Statement, Steptoe requests allowance and payment of $263,997.78 (80% of $329,997.22) as compensation for professional services rendered to the Debtors during the Fee Period and allowance and payment of $10 (representing 100% of the expenses allowed) as reimbursement for actual and necessary expenses incurred by the Applicant during the Fee Period.

Annexed as **Exhibit A** is the name of each professional who performed services for the Debtors in connection with these Chapter 11 Cases during the Fee Period covered by this Fee Statement and the hourly rate and total fees for each professional. Attached as **Exhibit B** is a summary of hours during the Fee Period by task. Attached as **Exhibit C** is a summary of

expenses, including certain expert expenses, included in this Monthly Fee Statement. Attached as **Exhibit D** are the detailed time entries for the Fee Period. Attached as **Exhibit E** are the detailed expense entries for the Fee Period.

In accordance with the Interim Compensation Procedures Order, responses or objections to this Monthly Fee Statement, if any, must be filed and served on or before 4:00 p.m. (Pacific Time) on the 21st day (or the next business day if such day is not a business day) following the date the Monthly Fee Statement is served (the "Objection Deadline") with this Court.

Upon the expiration of the Objection Deadline, the Applicant shall file a certificate of no objection with the Court, after which the Debtors are authorized and directed to pay the Applicant an amount equal to 80% of the fees and 100% of the expenses requested in this Monthly Fee Statement. If an objection is properly filed, the Debtors shall be authorized and directed to pay the Applicant 80% of the fees and 100% of the expenses not subject to an objection.

Dated: July 1, 2020

Respectfully submitted,

STEPTOE & JOHNSON LLP

By: */s/ Laurie Edelstein*
Laurie Edelstein

*Special Counsel to Debtors
and Debtors in Possession*

**STEPTOE & JOHNSON LLP**
One Market Plaza, Spear Tower, Suite 3900
San Francisco, CA 94105

# NOTICE PARTIES

PG&E Corporation
c/o Pacific Gas & Electric Company
77 Beale Street
San Francisco, CA 94105
Attn: Janet Loduca, Esq.

Keller & Benvenutti LLP
650 California Street, Suite 1900
San Francisco, CA 94108
Attn: Tobias S. Keller, Esq.,
       Jane Kim, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Stephen Karotkin, Esq.
       Jessica Liou, Esq.
       Matthew Goren, Esq.

The Office of the United States Trustee for Region 17
450 Golden Gate Avenue, 5th Floor, Suite #05-0153
San Francisco, CA 94102
Attn: James L. Snyder, Esq.,
       Timothy Laffredi, Esq.

Milbank LLP
55 Hudson Yards
New York, NY 10001-2163
Attn: Dennis F. Dunne, Esq.,
       Sam A. Khalil, Esq.

Milbank LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Attn: Paul S. Aronzon, Esq.,
       Gregory A. Bray, Esq.,
       Thomas R. Kreller, Esq.

Baker & Hostetler LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Attn: Eric Sagerman, Esq.,
       Cecily Dumas, Esq.

Bruce A. Markell
Fee Examiner
541 N. Fairbanks Ct., Ste 2200
Chicago, IL 60611-3710

Scott H. McNutt
324 Warren Road
San Mateo, California 94402
*Attorney for Fee Examiner*