STEPTOE & JOHNSON LLP
One Market Plaza, Spear Tower, Suite 3900
San Francisco, CA 94105

# EXHIBIT A

## COMPENSATION BY PROFESSIONAL
## APRIL 1, 2020 THROUGH APRIL 30, 2020

The attorneys and paraprofessionals who rendered professional services in connection with these Chapter 11 Cases during the Fee Period are:

| Name of Professional Person | Department | Year Admitted | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| **Partners** | | | | | |
| Laurie Edelstein | Litigation | 1992 | $775 | 157.40 | $121,985.00 |
| Michael Dockterman | Litigation | 1978 | $880 | 3.10 | $2,728.00 |
| **Associates** | | | | | |
| Michael Flynn-O'Brien | Litigation | 2010 | $615 | 59.50 | $36,592.50 |
| Michael Keough | Litigation | 2014 | $615 | 108.50 | $66,727.50 |
| Patrick Casey Matthews | Litigation | 2016 | $525 | 63.40 | $33,285.00 |
| Johanna Oh | Litigation | 2017 | $525 | 139.30 | $73,132.50 |
| | | | | | |
| Etelle Stephan | N/A | N/A | $250 | 50.40 | $12,600.00 |
| Daniel Huerta | N/A | N/A | $225 | 1.40 | $315.00 |
| | | | | | |
| **Total Hours and Fees Incurred** | | | | 583.00 | $347,365.50 |
| **Less 5% Volume Discount Per Master Services Agreement** | | | | | ($17,368.28) |
| **Total Requested** | | | | | $329,997.22 |

| Professionals | Blended Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|
| Partners | $827.50 | 160.50 | $124,713.00 |
| Associates | $561.00 | 370.70 | $209,737.50 |
| Paraprofessionals | $237.50 | 51.80 | $12,915.00 |
| Blended Attorney Rate | $637.14 | | |
| **Total Fees Incurred** | | | $347,365.50 |
| **Less 5% Volume Discount Per Master Services Agreement** | | | ($17,368.28) |
| **Total Requested** | | | $329,997.22 |

STEPTOE & JOHNSON LLP
One Market Plaza, Spear Tower, Suite 3900
San Francisco, CA 94105