STEPTOE & JOHNSON LLP
One Market Plaza, Spear Tower, Suite 3900
San Francisco, CA 94105

**EXHIBIT B**

**COMPENSATION BY WORK TASK CODE FOR
SERVICES RENDERED BY STEPTOE & JOHNSON LLP
APRIL 1, 2020 THROUGH APRIL 30, 2020**

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 104 | $55,234.50 |
| L120 | Analysis/Strategy | 115.2 | $70,304.50 |
| L130 | Experts/Consultants | 107.1 | $67,009.00 |
| L143 | Discovery-Identification and Preservation | 3.0 | $1,957.00 |
| L160 | Settlement/Non-Binding ADR | 21.3 | $16,507.50 |
| L200 | Pre-Trial Pleadings and Motions | 90.6 | $54,154.00 |
| L310 | Written Discovery | 45.9 | $22,088.50 |
| L330 | Depositions | 84 | $53,105.00 |
| L350 | Discovery Motions | 8.1 | $5,445.50 |
| L500 | Appeal | 0.4 | $100.00 |
| L600 | Identification | 2.5 | $1,052.50 |
| L630 | Processing | 0.4 | $100.00 |
| L670 | Production | 0.5 | $307.50 |
| **Total Hours and Fees:** | | **583** | **$347,365.50** |
| **Less 5% Volume Discount Per Master Services Agreement** | | | **($17,368.28)** |
| **Total Requested** | | | **$329,997.22** |