**EXHIBIT C**

**EXPENSE SUMMARY**
**APRIL 1, 2020 THROUGH APRIL 30, 2020**

| EXPENSE | AMOUNTS |
|---|---:|
| Publications | $10.00 |
| **Total Expenses Requested:** | **$10.00** |