**EXHIBIT D**

**DETAILED TIME ENTRIES**
**APRIL 1, 2020 THROUGH APRIL 30, 2020**

STEPTOE & JOHNSON LLP
One Market Plaza, Spear Tower, Suite 3900
San Francisco, CA 94105

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



One Market Plaza
Spear Tower, Suite 3900
San Francisco, CA 94105
TEL: 415.365.6700
FAX: 415.365.6699
www.steptoe.com

June 30, 2020

## INVOICE SUMMARY

**Our Matter No. 024436.00001**                    **Invoice No. 2681613**

WILSTEAD, CLARISSA V. PG&E
1606570

For professional services rendered through April 30, 2020

| | | |
|---|---|---|
| Fees: | $ | 100.00 |
| 5% Volume Discount | | (5.00) |
| Total Fees: | | 95.00 |
| Total Expenses: | | 0.00 |
| **Total Due for this Period:** | | **95.00** |
| Previous Balance: | | 75.56 |
| **Total Amount Due:** | $ | **170.56** |

## FEE SUMMARY

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| E. Stephan | Paralegal | 0.40 | 250.00 | 100.00 |
| | | | **FEES** | **$100.00** |
| | | | **5% VOLUME DISCOUNT** | **(5.00)** |
| | | | **TOTAL FEES** | **$95.00** |

## FEE DETAIL

| Date | TK | Hours | Amount | Description | Task | Activity |
|---|---|---|---|---|---|---|
| 04/01/20 | ES | 0.40 | 100.00 | File and serve April 1, 2020 status report concerning PG&E company bankruptcy proceeding. | L500 | |
| **TOTAL** | | **0.40** | **$100.00** | | | |

## TASK SUMMARY

| Code | Description | Amount |
|---|---|---|
| L500 | Appeal | 100.00 |
| | **TOTAL** | **$100.00** |

## CURRENT ACCOUNTS RECEIVABLE AGING

| Current | 31 to 60 | 61 to 90 | 91 to 120 | Over 120 | Balance |
|---|---|---|---|---|---|
| 75.56 | 0.00 | 0.00 | 0.00 | 0.00 | 75.56 |



One Market Plaza
Spear Tower, Suite 3900
San Francisco, CA 94105
TEL: 415.365.6700
FAX: 415.365.6699
www.steptoe.com

June 30, 2020

**INVOICE SUMMARY**

| **Our Matter No. 024436.00001** | | **Invoice No. 2681613** |
|---|---|---|

WILSTEAD, CLARISSA V. PG&E
1606570

For professional services rendered through April 30, 2020

| | | |
|---|---|---|
| Fees: | $ | 100.00 |
| 5% Volume Discount | | (5.00) |
| Total Fees: | | 95.00 |
| Total Expenses: | | 0.00 |
| **Total Due for this Period:** | | **95.00** |
| Previous Balance: | | 75.56 |
| **Total Amount Due:** | $ | **170.56** |

**INVOICE IS DUE AND PAYABLE UPON RECEIPT
PLEASE RETURN THIS COPY WITH YOUR REMITTANCE**

Limited Liability Partnership under the laws of the District of Columbia, U.S.A.
BEIJING   BRUSSELS   CHICAGO   HONG KONG   LONDON   LOS ANGELES   NEW YORK   SAN FRANCISCO   WASHINGTON



One Market Plaza
Spear Tower, Suite 3900
San Francisco, CA 94105
TEL: 415.365.6700
FAX: 415.365.6699
www.steptoe.com

June 30, 2020

**INVOICE SUMMARY**

**Our Matter No. 084371.00008**                                    **Invoice No. 2681614**

CORE TRANSPORT AGENT CASES
1506049

For professional services rendered through April 30, 2020

| | | |
|---|---|---|
| Fees: | $ | 14,725.00 |
| 5% Volume Discount | | (736.25) |
| Total Fees: | | 13,988.75 |
| Total Expenses: | | 0.00 |
| **Total Due for this Period:** | | **13,988.75** |
| Previous Balance: | | 8,793.02 |
| **Total Amount Due:** | $ | **22,781.77** |

## FEE SUMMARY

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| L. Edelstein | Partner | 19.00 | 775.00 | 14,725.00 |
| | | | **FEES** | **$14,725.00** |
| | | | **5% VOLUME DISCOUNT** | **(736.25)** |
| | | | **TOTAL FEES** | **$13,988.75** |

## FEE DETAIL

| Date | TK | Hours | Amount | Description | Task | Activity |
|---|---|---|---|---|---|---|
| 04/01/20 | LE | 0.30 | 232.50 | Confer with client regarding payment allocation issues | L120 | |
| 04/09/20 | LE | 0.20 | 155.00 | Attend to issues regarding upcoming mediation | L160 | |
| 04/09/20 | LE | 1.10 | 852.50 | Confer with client regarding payment allocation issues | L120 | |
| 04/14/20 | LE | 0.30 | 232.50 | Confer with client (.2) and correspondence with opposing counsel regarding upcoming mediation (.1) | L160 | |
| 04/14/20 | LE | 0.60 | 465.00 | Attend to issues regarding mediation | L160 | |
| 04/15/20 | LE | 1.30 | 1,007.50 | Attend to issues regarding upcoming mediation with Tiger | L160 | |
| 04/16/20 | LE | 0.20 | 155.00 | Attend to issues regarding Tiger mediation | L160 | |
| 04/17/20 | LE | 0.20 | 155.00 | Attend to issues regarding Tiger's damages calculations | L160 | |
| 04/20/20 | LE | 0.10 | 77.50 | Follow up with Tiger counsel regarding damages analyses | L160 | |
| 04/22/20 | LE | 1.90 | 1,472.50 | Attend to issues concerning Tiger's damages analyses. | L160 | |
| 04/24/20 | LE | 0.50 | 387.50 | Conference call with Tiger's counsel regarding damage analyses | L160 | |
| 04/24/20 | LE | 0.50 | 387.50 | Conference call with client | L160 | |
| 04/24/20 | LE | 0.90 | 697.50 | Attend to issues related to damage analyses | L160 | |
| 04/25/20 | LE | 3.10 | 2,402.50 | Attend to issues related to Tiger's damages | L160 | |
| 04/27/20 | LE | 0.20 | 155.00 | Attend to issues regarding upcoming mediation | L160 | |
| 04/28/20 | LE | 5.20 | 4,030.00 | Attend to mediation statement | L160 | |
| 04/28/20 | LE | 0.30 | 232.50 | Attend to issues regarding mediation including correspondence with client | L160 | |
| 04/29/20 | LE | 0.50 | 387.50 | Attend to mediation submission | L160 | |
| 04/30/20 | LE | 1.20 | 930.00 | Pre-mediation session with mediator | L160 | |
| 04/30/20 | LE | 0.40 | 310.00 | Attend to mediation submission (.3) and confer with client (.1) | L160 | |
| **TOTAL** | | **19.00** | **$14,725.00** | | | |

## TASK SUMMARY

| Code | Description | Amount |
|------|-------------|--------|
| L120 | Analysis/Strategy | 1,085.00 |
| L160 | Settlement/Non-Binding ADR | 13,640.00 |
| | **TOTAL** | **$14,725.00** |

## CURRENT ACCOUNTS RECEIVABLE AGING

| Current | 31 to 60 | 61 to 90 | 91 to 120 | Over 120 | Balance |
|---------|----------|----------|-----------|----------|---------|
| 453.37 | 372.00 | 0.00 | 0.00 | 7,967.65 | 8,793.02 |



One Market Plaza
Spear Tower, Suite 3900
San Francisco, CA 94105
TEL: 415.365.6700
FAX: 415.365.6699
www.steptoe.com

June 30, 2020

**INVOICE SUMMARY**

**Our Matter No. 084371.00008**                                                        **Invoice No. 2681614**

CORE TRANSPORT AGENT CASES
1506049

For professional services rendered through April 30, 2020

| | | |
|---|---|---|
| Fees: | $ | 14,725.00 |
| 5% Volume Discount | | (736.25) |
| Total Fees: | | 13,988.75 |
| Total Expenses: | | 0.00 |
| **Total Due for this Period:** | | **13,988.75** |
| Previous Balance: | | 8,793.02 |
| **Total Amount Due:** | **$** | **22,781.77** |

**INVOICE IS DUE AND PAYABLE UPON RECEIPT**
**PLEASE RETURN THIS COPY WITH YOUR REMITTANCE**

Limited Liability Partnership under the laws of the District of Columbia, U.S.A.
BEIJING   BRUSSELS   CHICAGO   HONG KONG   LONDON   LOS ANGELES   NEW YORK   SAN FRANCISCO   WASHINGTON



**Steptoe**

STEPTOE & JOHNSON LLP

One Market Plaza
Spear Tower, Suite 3900
San Francisco, CA 94105
TEL: 415.365.6700
FAX: 415.365.6699
www.steptoe.com

June 30, 2020

## INVOICE SUMMARY

**Our Matter No. 084371.00010**　　　　　　　　　　　　　　　　**Invoice No. 2681782**

GHOST SHIP FIRE LITIGATION
1706719

For professional services rendered through April 30, 2020

| | | |
|---|---|---|
| Fees: | $ | 277,877.00 |
| 5% Volume Discount | | (13,893.85) |
| Total Fees: | | 263,983.15 |
| Total Expenses: | | 10.00 |
| **Total Due for this Period:** | | **263,993.15** |
| Previous Balance: | | 472,158.38 |
| **Total Amount Due:** | $ | **736,151.53** |

## FEE SUMMARY

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| L. Edelstein | Partner | 129.80 | 775.00 | 100,595.00 |
| M. Dockterman | Partner | 3.10 | 880.00 | 2,728.00 |
| M.E. Flynn-O'Brien | Associate | 5.10 | 615.00 | 3,136.50 |
| M.A. Keough | Associate | 108.50 | 615.00 | 66,727.50 |
| Patrick Casey Matthews | Associate | 63.40 | 525.00 | 33,285.00 |
| J. Oh | Associate | 111.60 | 525.00 | 58,590.00 |
| E. Stephan | Paralegal | 50.00 | 250.00 | 12,500.00 |
| D.A. Huerta | ePS | 1.40 | 225.00 | 315.00 |

| | | |
|---|---|---|
| | FEES | $277,877.00 |
| | 5% VOLUME DISCOUNT | (13,893.85) |
| | TOTAL FEES | $263,983.15 |

## FEE DETAIL

| Date | TK | Hours | Amount | Description | Task | Activity |
|---|---|---|---|---|---|---|
| 04/01/20 | LE | 0.30 | 232.50 | Attend to issues regarding depositions | L330 | |
| 04/01/20 | LE | 0.20 | 155.00 | Attend to factual research issue | L110 | |
| 04/01/20 | LE | 2.50 | 1,937.50 | Confer with Consultant A and prepare for same | L130 | |
| 04/01/20 | MEFO | 1.00 | 615.00 | Attend to issues regarding identification of potential consultant | L130 | |
| 04/01/20 | MAK | 2.80 | 1,722.00 | Attend to issues regarding City of Oakland's motion for judgment on the pleadings | L120 | |
| 04/01/20 | MAK | 0.20 | 123.00 | Attend to issues regarding potential experts | L130 | |
| 04/01/20 | PW | 3.40 | 1,785.00 | Attend to issues regarding criminal trial testimony | L110 | |
| 04/01/20 | PW | 3.70 | 1,942.50 | Attend to factual development project | L110 | |
| 04/01/20 | JO | 3.10 | 1,627.50 | Attend to motion to seal procedures in connection with potential motion | L200 | |
| 04/01/20 | JO | 1.30 | 682.50 | Review and analyze materials in preparation for potential motion | L200 | |
| 04/01/20 | ES | 1.90 | 475.00 | Review of deposition transcripts and exhibits and create tracking chart | L330 | |
| 04/01/20 | DAH | 0.50 | 112.50 | Prepare and combine 54 electronic trial transcripts into 1 PDF document and run OCR on combined PDF document. | L330 | |
| 04/02/20 | LE | 0.30 | 232.50 | Attend to issues regarding potential motion | L200 | |
| 04/02/20 | LE | 1.30 | 1,007.50 | Confer with co-counsel | L330 | |
| 04/02/20 | MEFO | 0.50 | 307.50 | Attend to issues regarding identification of potential experts | L130 | |
| 04/02/20 | MAK | 0.30 | 184.50 | Review and analyze materials for fact development | L110 | |
| 04/02/20 | PW | 4.10 | 2,152.50 | Review and analyze materials for factual development project | L110 | |

| Date | TK | Hours | Amount | Description | Task | Activity |
|------|-----|-------|--------|-------------|------|----------|
| 04/02/20 | JO | 1.60 | 840.00 | Attend to factual development issue | L110 | |
| 04/02/20 | ES | 1.50 | 375.00 | Review of deposition transcripts exhibits and create tracking chart | L330 | |
| 04/02/20 | ES | 1.60 | 400.00 | Review of document productions and update chart tracking | L310 | |
| 04/03/20 | LE | 0.30 | 232.50 | Attend to issues regarding extension of Alameda County court closure | L200 | |
| 04/03/20 | LE | 0.30 | 232.50 | Attend to issues regarding consultant A | L130 | |
| 04/03/20 | LE | 0.90 | 697.50 | Attend to issues regarding retention of consultant D | L130 | |
| 04/03/20 | LE | 0.30 | 232.50 | Review of materials regarding factual issues | L200 | |
| 04/03/20 | MAK | 0.50 | 307.50 | Attend to issues regarding case management | L120 | |
| 04/03/20 | MAK | 1.20 | 738.00 | Interview with potential expert and attend to issues regarding same | L130 | |
| 04/03/20 | MAK | 3.20 | 1,968.00 | Attend to legal research issues | L120 | |
| 04/03/20 | PW | 1.10 | 577.50 | Attend to factual development project | L110 | |
| 04/03/20 | PW | 2.10 | 1,102.50 | Attend to legal research project | L120 | |
| 04/03/20 | JO | 1.80 | 945.00 | Attend to factual development project | L110 | |
| 04/03/20 | JO | 2.60 | 1,365.00 | Review and analyze materials for factual development project | L110 | |
| 04/03/20 | ES | 0.40 | 100.00 | Attend to issues with discovery vendor and new production volume of documents. | L630 | |
| 04/03/20 | ES | 0.20 | 50.00 | Prepare weekly case materials for client | L120 | |
| 04/04/20 | LE | 1.70 | 1,317.50 | Attend to issues regarding plaintiffs' responses to PG&E's special interrogatories | L310 | |
| 04/04/20 | LE | 0.10 | 77.50 | Follow up with PG&E employee regarding fact issue | L110 | |
| 04/05/20 | LE | 0.80 | 620.00 | Attend to issues regarding plaintiffs' responses to PG&E's special interrogatories | L310 | |
| 04/05/20 | LE | 1.10 | 852.50 | Review and analyze materials regarding factual development project | L110 | |
| 04/05/20 | LE | 0.20 | 155.00 | Attend to issues regarding Consultant A | L130 | |
| 04/05/20 | LE | 0.80 | 620.00 | Attend to issues regarding upcoming motion | L200 | |
| 04/05/20 | LE | 0.90 | 697.50 | Review and revise materials related to factual development project | L330 | |
| 04/06/20 | LE | 1.20 | 930.00 | Interviews with potential consultants (1.0) and follow up with M. Keough and M. Flynn-O'Brien regarding same (.2) | L130 | |
| 04/06/20 | LE | 2.30 | 1,782.50 | Review and revise materials related to factual development project | L330 | |
| 04/06/20 | LE | 0.60 | 465.00 | Attend to fact issues regarding upcoming motion | L200 | |
| 04/06/20 | LE | 1.20 | 930.00 | Interview with potential consultant (1.0) and prepare for same (.2) | L130 | |
| 04/06/20 | LE | 0.40 | 310.00 | Attend to materials for meeting with client | L120 | |

| Date | TK | Hours | Amount | Description | Task | Activity |
|------|-----|-------|--------|-------------|------|----------|
| 04/06/20 | LE | 2.50 | 1,937.50 | Deposition preparation session and prepare for same | L330 | |
| 04/06/20 | LE | 0.30 | 232.50 | Attend to meet and confer letter to plaintiffs | L310 | |
| 04/06/20 | MEFO | 2.40 | 1,476.00 | Interviews of potential experts (2.2) and confer with M. Keough and L. Edelstein (.2) | L130 | |
| 04/06/20 | MAK | 2.40 | 1,476.00 | Interviews with potential transformer experts (2.2) and confer with L. Edelstein and M. Flynn-O'Brien regarding same (.2) | L130 | |
| 04/06/20 | MAK | 3.40 | 2,091.00 | Factual research for upcoming motion and supporting documents | L200 | |
| 04/06/20 | PW | 3.10 | 1,627.50 | Attend to legal research project | L120 | |
| 04/06/20 | JO | 2.70 | 1,417.50 | Review and analyze documents for factual development in connection with potential motion . | L200 | |
| 04/06/20 | JO | 2.00 | 1,050.00 | Attend deposition preparation session | L330 | |
| 04/06/20 | JO | 1.70 | 892.50 | Review and analyze legal authorities in connection with potential motion. | L200 | |
| 04/06/20 | JO | 1.10 | 577.50 | Draft supporting materials in connection with potential motion | L200 | |
| 04/06/20 | ES | 3.70 | 925.00 | Review of additional deposition transcripts and exhibits and create tracking chart | L330 | |
| 04/07/20 | LE | 0.80 | 620.00 | Attend to fact issues regarding upcoming motion | L200 | |
| 04/07/20 | LE | 1.10 | 852.50 | Review and analyze documents relating to factual development issue (.8) and confer with PG&E employee regarding same (.3) | L110 | |
| 04/07/20 | LE | 1.00 | 775.00 | Attend to issues regarding remote deposition protocol and upcoming depositions | L330 | |
| 04/07/20 | LE | 0.70 | 542.50 | Confer with Steptoe team regarding case management and task list | L120 | |
| 04/07/20 | LE | 0.80 | 620.00 | Lead weekly case status and strategy call with client | L120 | |
| 04/07/20 | LE | 0.70 | 542.50 | Confer with co-counsel | L120 | |
| 04/07/20 | MEFO | 1.00 | 615.00 | Interview with potential expert . | L130 | |
| 04/07/20 | MAK | 0.80 | 492.00 | Attend weekly call with client regarding case status and strategy | L120 | |
| 04/07/20 | MAK | 1.50 | 922.50 | Review and analyze materials for use in upcoming motion. | L200 | |
| 04/07/20 | PW | 1.70 | 892.50 | Attend to legal research project | L120 | |
| 04/07/20 | JO | 3.40 | 1,785.00 | Review and analyze legal authorities in connection with potential motion. | L200 | |
| 04/07/20 | JO | 1.90 | 997.50 | Draft supporting materials for potential motion | L200 | |
| 04/07/20 | JO | 1.50 | 787.50 | Prepare materials in connection with potential motion | L200 | |

| Date | TK | Hours | Amount | Description | Task | Activity |
|------|-----|-------|--------|-------------|------|----------|
| 04/07/20 | JO | 0.30 | 157.50 | Confer with PG&E employee regarding fact issue | L110 | |
| 04/07/20 | JO | 1.10 | 577.50 | Prepare supporting materials for potential motion | L200 | |
| 04/07/20 | ES | 2.40 | 600.00 | Review of additional deposition transcripts and exhibits and create tracking chart | L330 | |
| 04/08/20 | LE | 0.80 | 620.00 | Interview with potential consultant (.6) and follow up with M. Keough (.2) | L130 | |
| 04/08/20 | LE | 0.50 | 387.50 | Confer with co-counsel | L330 | |
| 04/08/20 | LE | 0.70 | 542.50 | Attend to deposition scheduling and remote depositions | L330 | |
| 04/08/20 | LE | 0.70 | 542.50 | Attend to fact development issues (.3) and phone call with PG&E employee regarding same (.4) | L110 | |
| 04/08/20 | LE | 0.30 | 232.50 | Attend to and follow up regarding factual development issues | L110 | |
| 04/08/20 | LE | 0.30 | 232.50 | Attend to issues regarding supporting documents for upcoming motion | L200 | |
| 04/08/20 | MAK | 1.00 | 615.00 | Attend to research for meet and confer letter. | L310 | |
| 04/08/20 | MAK | 0.20 | 123.00 | Confer with L. Edelstein regarding potential experts. | L130 | |
| 04/08/20 | MAK | 1.20 | 738.00 | Legal research in connection with potential motion. | L200 | |
| 04/08/20 | PW | 1.20 | 630.00 | Attend to legal research project | L120 | |
| 04/08/20 | JO | 1.30 | 682.50 | Attend to legal research in connection with potential motion. | L200 | |
| 04/08/20 | JO | 3.10 | 1,627.50 | Follow up legal research in connection with potential motion | L200 | |
| 04/08/20 | JO | 1.20 | 630.00 | Review and analyze documents for fact development | L110 | |
| 04/08/20 | ES | 2.10 | 525.00 | Review of additional deposition transcripts and exhibits and create tracking chart | L330 | |
| 04/09/20 | LE | 0.90 | 697.50 | Attend to issues regarding factual development project | L110 | |
| 04/09/20 | LE | 0.60 | 465.00 | Attend to meet and confer letter to plaintiffs regarding responses to special interrogatories | L310 | |
| 04/09/20 | LE | 0.10 | 77.50 | Attend to issues concerning PMK insurance deposition | L330 | |
| 04/09/20 | LE | 1.50 | 1,162.50 | Preparation for upcoming remote depositions | L330 | |
| 04/09/20 | LE | 1.30 | 1,007.50 | Attend to fact issues in connection with upcoming motion | L200 | |
| 04/09/20 | LE | 0.20 | 155.00 | Attend to developments regarding Almena criminal trial | L120 | |
| 04/09/20 | LE | 0.90 | 697.50 | Confer with co-counsel | L330 | |

| Date | TK | Hours | Amount | Description | Task | Activity |
|------|----|-------|--------|-------------|------|----------|
| 04/09/20 | LE | 0.20 | 155.00 | Attend to issues regarding document production and objections to deposition notice | L330 | |
| 04/09/20 | LE | 0.10 | 77.50 | Attend to issues regarding retention of consultant | L130 | |
| 04/09/20 | MAK | 0.30 | 184.50 | Confer with J. Oh regarding legal research for potential motion | L200 | |
| 04/09/20 | MAK | 0.70 | 430.50 | Attend to issues regarding discovery motion procedure. | L200 | |
| 04/09/20 | MAK | 1.50 | 922.50 | Legal research concerning discovery issues | L310 | |
| 04/09/20 | MAK | 3.30 | 2,029.50 | Attend to papers for potential motion | L200 | |
| 04/09/20 | JO | 0.60 | 315.00 | Legal research and analyze regarding written discovery issue | L310 | |
| 04/09/20 | JO | 1.20 | 630.00 | Attend to legal research for potential motion | L200 | |
| 04/09/20 | JO | 0.30 | 157.50 | Confer with M. Keough regarding legal research for potential motion. | L200 | |
| 04/09/20 | ES | 1.10 | 275.00 | Attend to PG&E's notice of deposit of documents volume fifteen. | L310 | |
| 04/09/20 | ES | 1.00 | 250.00 | Review of additional deposition transcripts and exhibits and create tracking chart | L330 | |
| 04/10/20 | LE | 0.40 | 310.00 | Review and analyze materials in connection with factual development issue | L110 | |
| 04/10/20 | LE | 1.20 | 930.00 | Attend to issues concerning plaintiffs' deposition notices and requests for production | L330 | |
| 04/10/20 | LE | 0.10 | 77.50 | Attend to objections to deposition notices | L310 | |
| 04/10/20 | LE | 0.20 | 155.00 | Attend to meet and confer letter to plaintiffs regarding responses to special interrogatories | L310 | |
| 04/10/20 | LE | 0.20 | 155.00 | Attend to amended PMK insurance deposition notice | L330 | |
| 04/10/20 | LE | 0.70 | 542.50 | Review and analyze materials in connection with factual issue and follow up regarding same | L110 | |
| 04/10/20 | LE | 2.90 | 2,247.50 | Attend to issues regarding potential motion | L200 | |
| 04/10/20 | LE | 0.70 | 542.50 | Attend to issues regarding fact development issue | L110 | |
| 04/10/20 | MAK | 1.50 | 922.50 | Legal research in connection with potential motion. | L200 | |
| 04/10/20 | MAK | 0.50 | 307.50 | Attend to document production in response to plaintiffs' requests | L670 | |
| 04/10/20 | MAK | 3.00 | 1,845.00 | Attend to papers in connection with potential motion. | L200 | |
| 04/10/20 | JO | 5.60 | 2,940.00 | Review and analyze documents for fact development and case chronology. | L110 | |
| 04/10/20 | ES | 1.40 | 350.00 | Review and analyze documents for fact development | L110 | |

| Date | TK | Hours | Amount | Description | Task | Activity |
|------|-----|-------|--------|-------------|------|----------|
| 04/10/20 | ES | 0.60 | 150.00 | Prepare weekly case materials for client | L120 | |
| 04/11/20 | LE | 0.10 | 77.50 | Attend to issues regarding criminal proceeding | L120 | |
| 04/11/20 | LE | 0.20 | 155.00 | Attend to issues regarding upcoming CMC | L200 | |
| 04/11/20 | LE | 0.70 | 542.50 | Preparation for upcoming depositions | L330 | |
| 04/12/20 | LE | 0.60 | 465.00 | Attend to issues regarding objection to upcoming depositions | L330 | |
| 04/13/20 | LE | 1.30 | 1,007.50 | Attend to issues regarding depositions | L330 | |
| 04/13/20 | LE | 0.30 | 232.50 | Attend to case management and staffing issues | L120 | |
| 04/13/20 | LE | 0.10 | 77.50 | Attend to issues regarding Alameda County Court procedures during court closure | L200 | |
| 04/13/20 | LE | 0.50 | 387.50 | Attend to issues regarding CMC statement for April 17, 2020 CMC | L200 | |
| 04/13/20 | LE | 1.00 | 775.00 | Confer with co-counsel regarding case strategy | L330 | |
| 04/13/20 | LE | 0.60 | 465.00 | Attend to fact and legal research projects | L120 | |
| 04/13/20 | LE | 0.40 | 310.00 | Prepare materials for meeting with client | L120 | |
| 04/13/20 | MAK | 0.70 | 430.50 | Review and analyze materials in connection with potential expert. | L130 | |
| 04/13/20 | MAK | 4.40 | 2,706.00 | Attend to papers for potential motion | L200 | |
| 04/13/20 | JO | 2.30 | 1,207.50 | Review and analyze materials in connection with factual development project | L110 | |
| 04/13/20 | JO | 0.80 | 420.00 | Attend to issues regarding factual development project | L110 | |
| 04/13/20 | JO | 2.90 | 1,522.50 | Review and analyze documents for factual development | L110 | |
| 04/13/20 | ES | 1.10 | 275.00 | Attend to factual development project | L110 | |
| 04/14/20 | LE | 0.70 | 542.50 | Confer with client regarding project (.3) and follow up with M. Keough regarding same (.4) | L120 | |
| 04/14/20 | LE | 0.20 | 155.00 | Attend to issues regarding case management conference statement | L200 | |
| 04/14/20 | LE | 0.80 | 620.00 | Attend to issues regarding upcoming depositions | L330 | |
| 04/14/20 | LE | 0.90 | 697.50 | Review of materials for consultants | L130 | |
| 04/14/20 | LE | 0.20 | 155.00 | Confer with J. Oh regarding legal research issue | L330 | |
| 04/14/20 | LE | 1.10 | 852.50 | Attend to issues regarding papers for potential motion | L200 | |
| 04/14/20 | LE | 0.50 | 387.50 | Conference call with consultant A | L130 | |
| 04/14/20 | LE | 1.50 | 1,162.50 | Confer with client regarding case status and strategy | L120 | |
| 04/14/20 | LE | 0.30 | 232.50 | Confer with co-counsel regarding case status and strategy | L120 | |

| Date | TK | Hours | Amount | Description | Task | Activity |
|------|-----|-------|--------|-------------|------|----------|
| 04/14/20 | MAK | 1.50 | 922.50 | Weekly call with client regarding case status and strategy | L120 | |
| 04/14/20 | MAK | 0.40 | 246.00 | Confer with L. Edelstein regarding project for client. | L120 | |
| 04/14/20 | MAK | 3.60 | 2,214.00 | Attend to papers for potential motion | L200 | |
| 04/14/20 | MAK | 4.80 | 2,952.00 | Attend to legal research project and analysis | L120 | |
| 04/14/20 | JO | 2.00 | 1,050.00 | Research and analysis for legal research project | L120 | |
| 04/14/20 | JO | 4.00 | 2,100.00 | Review and analyze materials for fact development project. | L110 | |
| 04/14/20 | ES | 1.50 | 375.00 | Attend weekly strategy and status call with client | L120 | |
| 04/14/20 | ES | 0.90 | 225.00 | Attend to factual development project | L110 | |
| 04/15/20 | LE | 1.20 | 930.00 | Attend to issues regarding Oakland's motion for judgment on the pleadings | L120 | |
| 04/15/20 | LE | 0.30 | 232.50 | Attend to issues regarding case management statement for April 17, 2020 CMC | L200 | |
| 04/15/20 | LE | 5.00 | 3,875.00 | Attend deposition of PG&E employee. | L330 | |
| 04/15/20 | MAK | 3.20 | 1,968.00 | Attend to legal research and analysis project | L120 | |
| 04/15/20 | MAK | 0.20 | 123.00 | Correspond with discovery vendor regarding document issues. | L110 | |
| 04/15/20 | MAK | 0.30 | 184.50 | Review and analyze materials concerning potential expert | L130 | |
| 04/15/20 | MAK | 0.20 | 123.00 | Attend to case management issues. | L120 | |
| 04/15/20 | JO | 1.10 | 577.50 | Legal research and analysis for legal research project | L120 | |
| 04/15/20 | JO | 1.60 | 840.00 | Attend to legal research and analysis for legal research project | L120 | |
| 04/16/20 | LE | 1.10 | 852.50 | Attend to insurance issues | L120 | |
| 04/16/20 | LE | 0.30 | 232.50 | Confer with client regarding case status and strategy | L120 | |
| 04/16/20 | LE | 5.50 | 4,262.50 | Attend deposition of PG&E employee. | L330 | |
| 04/16/20 | LE | 1.00 | 775.00 | Confer with co-counsel regarding case strategy | L120 | |
| 04/16/20 | MAK | 0.40 | 246.00 | Attend to issues concerning legal research project | L120 | |
| 04/16/20 | MAK | 0.30 | 184.50 | Attend to issues regarding client file sharing site | L110 | |
| 04/16/20 | MAK | 0.50 | 307.50 | Review and identify documents for consultants | L130 | |
| 04/16/20 | MAK | 0.30 | 184.50 | Confer with J. Oh regarding legal research project. | L120 | |
| 04/16/20 | MAK | 2.00 | 1,230.00 | Attend to project for client | L110 | |
| 04/16/20 | MAK | 0.40 | 246.00 | Review and analyze materials in connection with potential expert. | L130 | |

| Date | TK | Hours | Amount | Description | Task | Activity |
|------|-----|-------|--------|-------------|------|----------|
| 04/16/20 | PW | 3.60 | 1,890.00 | Attend to legal research project | L120 | |
| 04/16/20 | JO | 2.10 | 1,102.50 | Attend to legal research and analysis project | L120 | |
| 04/16/20 | JO | 1.80 | 945.00 | Review and analyze documents for fact development project | L110 | |
| 04/16/20 | JO | 0.60 | 315.00 | Additional research and analysis for fact development project | L110 | |
| 04/16/20 | JO | 3.20 | 1,680.00 | Additional legal research and analyze for legal research project | L120 | |
| 04/16/20 | JO | 0.30 | 157.50 | Confer with M. Keough regarding legal research project | L120 | |
| 04/16/20 | ES | 0.60 | 150.00 | Review and analyze co-defendant's document productions and update tracking chart | L310 | |
| 04/17/20 | LE | 0.20 | 155.00 | Attend to issues regarding plaintiffs' responses to interrogatories | L310 | |
| 04/17/20 | LE | 2.40 | 1,860.00 | Attend case management conference and prepare for same | L200 | |
| 04/17/20 | LE | 0.20 | 155.00 | Attend to issues regarding case management and materials for client | L120 | |
| 04/17/20 | LE | 0.80 | 620.00 | Confer with client regarding case status and strategy | L120 | |
| 04/17/20 | LE | 0.40 | 310.00 | Confer with co-counsel regarding case status and strategy | L120 | |
| 04/17/20 | MEF O | 0.20 | 123.00 | Review materials in connection with potential consultants. | L130 | |
| 04/17/20 | MAK | 0.40 | 246.00 | Attend to issues regarding potential consultants . | L120 | |
| 04/17/20 | MAK | 0.80 | 492.00 | Attend to issues regarding structuring of factual development project | L120 | |
| 04/17/20 | MAK | 1.50 | 922.50 | Attend to legal research and analysis project | L120 | |
| 04/17/20 | MAK | 0.20 | 123.00 | Attend to legal research project and confer with | L120 | |
| 04/17/20 | MAK | 0.30 | 184.50 | Attend to case management issues | L120 | |
| 04/17/20 | MAK | 0.50 | 307.50 | Review and analyze materials in connection with potential expert | L130 | |
| 04/17/20 | MAK | 1.20 | 738.00 | Legal research in connection with legal research project | L120 | |
| 04/17/20 | MAK | 1.40 | 861.00 | Attend to issues concerning legal research and analysis project and follow up with J. Oh regarding same | L120 | |
| 04/17/20 | MAK | 0.20 | 123.00 | Attend to issues concerning factual development project | L120 | |
| 04/17/20 | JO | 2.20 | 1,155.00 | Attend to legal research and analysis project and supplement same | L120 | |
| 04/17/20 | JO | 0.40 | 210.00 | Attend to objections to deposition notice. | L330 | |
| 04/17/20 | JO | 3.20 | 1,680.00 | Review and analyze materials for fact development project | L110 | |

| Date | TK | Hours | Amount | Description | Task | Activity |
|------|-----|-------|--------|-------------|------|----------|
| 04/17/20 | ES | 0.60 | 150.00 | Prepare weekly case materials for client | L120 | |
| 04/17/20 | ES | 3.60 | 900.00 | Review and analyze co-defendant's document productions and update tracking chart | L310 | |
| 04/18/20 | LE | 0.10 | 77.50 | Correspondence with  counsel | L330 | |
| 04/18/20 | LE | 0.60 | 465.00 | Attend to issues regarding case management conference | L200 | |
| 04/18/20 | LE | 0.70 | 542.50 | Attend to issues regarding legal research issues and projects | L120 | |
| 04/18/20 | LE | 0.30 | 232.50 | Attend to issues regarding discovery requests | L310 | |
| 04/18/20 | LE | 1.30 | 1,007.50 | Attend to issues regarding upcoming depositions of PG&E employees | L330 | |
| 04/19/20 | LE | 0.30 | 232.50 | Attend to issues regarding depositions of PG&E employees | L330 | |
| 04/20/20 | LE | 0.50 | 387.50 | Confer with co-counsel regarding depositions | L330 | |
| 04/20/20 | LE | 0.50 | 387.50 | Prepare materials for call with client regarding case status and strategy | L120 | |
| 04/20/20 | LE | 0.10 | 77.50 | Follow up with plaintiffs' counsel regarding meet and confer letter | L310 | |
| 04/20/20 | LE | 2.20 | 1,705.00 | Attend to client project | L120 | |
| 04/20/20 | LE | 0.30 | 232.50 | Attend to issues regarding written discovery to plaintiffs | L310 | |
| 04/20/20 | LE | 0.10 | 77.50 | Attend to issues regarding factual issue | L110 | |
| 04/20/20 | LE | 0.40 | 310.00 | Attend to legal research issues | L120 | |
| 04/20/20 | MAK | 1.00 | 615.00 | Legal research in connection with potential motion | L200 | |
| 04/20/20 | MAK | 0.40 | 246.00 | Attend to motion for judgment on the pleadings. | L200 | |
| 04/20/20 | MAK | 0.60 | 369.00 | Attend to expert discovery and disclosure issues | L130 | |
| 04/20/20 | PW | 3.70 | 1,942.50 | Attend to legal research project in connection with deposition | L330 | |
| 04/20/20 | PW | 1.50 | 787.50 | Review and analyze materials in connection with factual development project | L110 | |
| 04/20/20 | JO | 2.10 | 1,102.50 | Attend to legal research and analysis project | L120 | |
| 04/20/20 | JO | 6.00 | 3,150.00 | Research and analysis in connection with legal research project. | L120 | |
| 04/20/20 | ES | 3.80 | 950.00 | Review and analyze document productions and update tracking chart. | L310 | |
| 04/21/20 | LE | 0.50 | 387.50 | Confer with M. Keough regarding written discovery | L310 | |
| 04/21/20 | LE | 2.50 | 1,937.50 | Deposition preparation session (2.5) and follow up discussion with client (.5) | L330 | |
| 04/21/20 | LE | 3.30 | 2,557.50 | Attend PG&E employee deposition. | L330 | |
| 04/21/20 | LE | 1.00 | 775.00 | Confer with co-counsel | L330 | |

| Date | TK | Hours | Amount | Description | Task | Activity |
|------|-----|-------|--------|-------------|------|----------|
| 04/21/20 | LE | 1.10 | 852.50 | Attend to client project | L120 | |
| 04/21/20 | MAK | 1.00 | 615.00 | Weekly case status and strategy call with client | L120 | |
| 04/21/20 | MAK | 0.50 | 307.50 | Confer with L. Edelstein regarding written discovery | L310 | |
| 04/21/20 | MAK | 3.40 | 2,091.00 | Attend to written discovery requests | L310 | |
| 04/21/20 | MAK | 2.20 | 1,353.00 | Legal research in connection with potential motion. | L200 | |
| 04/21/20 | MAK | 5.90 | 3,628.50 | Attend to papers for potential motion | L200 | |
| 04/21/20 | MAK | 0.30 | 184.50 | Confer with J. Oh regarding  written discovery requests | L310 | |
| 04/21/20 | PW | 3.70 | 1,942.50 | Review and analyze materials in connection with factual development project | L110 | |
| 04/21/20 | PW | 1.20 | 630.00 | Attend to issues regarding factual development project | L110 | |
| 04/21/20 | JO | 0.30 | 157.50 | Confer with M. Keough regarding written discovery requests | L310 | |
| 04/21/20 | JO | 2.10 | 1,102.50 | Attend to issues regarding legal research project | L120 | |
| 04/21/20 | JO | 2.50 | 1,312.50 | Attend witness deposition preparation session | L330 | |
| 04/21/20 | JO | 1.10 | 577.50 | Review and analyze documents for factual development project | L110 | |
| 04/21/20 | JO | 0.50 | 262.50 | Confer with client | L120 | |
| 04/21/20 | JO | 2.80 | 1,470.00 | Legal research and analysis for legal research project | L120 | |
| 04/21/20 | ES | 1.00 | 250.00 | Attend weekly strategy and status call with client | L120 | |
| 04/22/20 | LE | 0.50 | 387.50 | Attend to client project | L120 | |
| 04/22/20 | LE | 0.60 | 465.00 | Attend to factual development issues | L110 | |
| 04/22/20 | LE | 0.30 | 232.50 | Attend to issues regarding Consultant D | L130 | |
| 04/22/20 | LE | 0.30 | 232.50 | Review and identify materials for consultants | L130 | |
| 04/22/20 | LE | 0.40 | 310.00 | Attend to issues regarding motion for judgment on the pleadings | L200 | |
| 04/22/20 | LE | 0.30 | 232.50 | Attend to objections to amended deposition notice | L330 | |
| 04/22/20 | LE | 1.00 | 775.00 | Confer with Consultant A | L130 | |
| 04/22/20 | LE | 0.90 | 697.50 | Attend to follow up factual issues | L110 | |
| 04/22/20 | LE | 0.70 | 542.50 | Attend to case management issues | L120 | |
| 04/22/20 | LE | 0.30 | 232.50 | Confer with Consultant B | L130 | |
| 04/22/20 | MAK | 0.20 | 123.00 | Attend to issues concerning materials  for consultant | L130 | |
| 04/22/20 | MAK | 0.20 | 123.00 | Correspondence with discovery vendor regarding documents . | L130 | |
| 04/22/20 | PW | 3.20 | 1,680.00 | Review and analyze materials in connection with factual development project | L110 | |

| Date | TK | Hours | Amount | Description | Task | Activity |
|------|-----|-------|--------|-------------|------|----------|
| 04/22/20 | JO | 0.40 | 210.00 | Attend to issues regarding review of documents for fact development project | L110 | |
| 04/22/20 | ES | 0.30 | 75.00 | Attend to issues regarding notices of adoption of fourth amended complaint for plaintiffs for the motion for judgment on the pleadings | L200 | |
| 04/22/20 | ES | 1.80 | 450.00 | Attend to issues regarding motion for judgment on the pleadings and attachments | L200 | |
| 04/23/20 | LE | 2.50 | 1,937.50 | Deposition preparation session with witness (2.0) and follow up discussion with client (.5) | L330 | |
| 04/23/20 | LE | 1.30 | 1,007.50 | Confer with co-counsel regarding case status and strategy | L120 | |
| 04/23/20 | LE | 1.00 | 775.00 | Confer with M. Dockterman regarding case status and strategy | L120 | |
| 04/23/20 | LE | 1.30 | 1,007.50 | Attend to issues regarding upcoming mediation | L160 | |
| 04/23/20 | MD | 1.00 | 880.00 | Confer with L. Edelstein regarding case status and strategy | L120 | |
| 04/23/20 | MAK | 1.30 | 799.50 | Review and analyze documents in connection with written discovery requests | L310 | |
| 04/23/20 | MAK | 1.50 | 922.50 | Attend to case project for client | L120 | |
| 04/23/20 | MAK | 0.80 | 492.00 | Attend to written discovery requests | L310 | |
| 04/23/20 | MAK | 0.10 | 61.50 | Confer with J. Oh regarding legal research project | L120 | |
| 04/23/20 | MAK | 0.30 | 184.50 | Attend to issues regarding legal research project | L120 | |
| 04/23/20 | PW | 3.10 | 1,627.50 | Review and analyze materials in connection with factual development project and attend to issues regarding same. | L110 | |
| 04/23/20 | JO | 3.10 | 1,627.50 | Review and analyze documents for fact development project | L110 | |
| 04/23/20 | JO | 0.40 | 210.00 | Attend to objections to deposition notice. | L330 | |
| 04/23/20 | JO | 0.60 | 315.00 | Review and analyze materials to address fact issue | L110 | |
| 04/23/20 | JO | 0.10 | 52.50 | Confer with M. Keough regarding legal research project | L120 | |
| 04/23/20 | JO | 0.40 | 210.00 | Attend to issues regarding legal research project | L120 | |
| 04/23/20 | JO | 2.00 | 1,050.00 | Attend the witness deposition preparation | L330 | |
| 04/23/20 | ES | 2.10 | 525.00 | Review and finalize edits to motion for judgment on the pleadings and related documents | L200 | |
| 04/24/20 | LE | 1.40 | 1,085.00 | Confer with co-counsel regarding case strategy | L200 | |
| 04/24/20 | LE | 0.20 | 155.00 | Attend to issues regarding meet and confer with plaintiffs concerning responses to interrogatories | L310 | |

| Date | TK | Hours | Amount | Description | Task | Activity |
|------|----|-------|--------|-------------|------|----------|
| 04/24/20 | LE | 1.00 | 775.00 | Confer with Consultant A | L130 | |
| 04/24/20 | LE | 0.50 | 387.50 | Confer with co-counsel | L130 | |
| 04/24/20 | LE | 1.80 | 1,395.00 | Confer with Consultant B (1.1), follow up call with Consultant B (.2), and attend to follow up issues (.5) | L130 | |
| 04/24/20 | LE | 0.40 | 310.00 | Confer with client regarding case strategy | L120 | |
| 04/24/20 | MD | 0.60 | 528.00 | Prepare for call with Consultant A | L120 | |
| 04/24/20 | MD | 1.00 | 880.00 | Confer with Consultant A | L130 | |
| 04/24/20 | MD | 0.50 | 440.00 | Confer with client | L130 | |
| 04/24/20 | MAK | 1.40 | 861.00 | Confer with co-counsel regarding case strategy | L200 | |
| 04/24/20 | MAK | 2.70 | 1,660.50 | Attend to case project for client | L120 | |
| 04/24/20 | PW | 0.90 | 472.50 | Attend to issues regarding deposition exhibits | L310 | |
| 04/24/20 | JO | 5.30 | 2,782.50 | Review and analyze documents for fact development project | L110 | |
| 04/24/20 | ES | 0.40 | 100.00 | Attend to issues regarding objections to PMQ notice | L330 | |
| 04/24/20 | ES | 0.20 | 50.00 | Prepare weekly case materials for client | L120 | |
| 04/26/20 | LE | 0.60 | 465.00 | Attend to case management issues and materials for client | L120 | |
| 04/26/20 | MAK | 0.50 | 307.50 | Attend to ruling on Ngs' motion for judgment on the pleadings | L120 | |
| 04/27/20 | LE | 0.30 | 232.50 | Attend to issues regarding upcoming depositions | L330 | |
| 04/27/20 | LE | 1.40 | 1,085.00 | Attend to written discovery requests | L310 | |
| 04/27/20 | LE | 0.50 | 387.50 | Attend to issues regarding case management and strategy | L120 | |
| 04/27/20 | LE | 0.50 | 387.50 | Attend to issues regarding Ngs' motion for judgment on pleadings | L200 | |
| 04/27/20 | LE | 1.70 | 1,317.50 | Confer with Consultant A | L130 | |
| 04/27/20 | LE | 0.60 | 465.00 | Confer with co-counsel | L330 | |
| 04/27/20 | MAK | 1.80 | 1,107.00 | Review and analyze materials for case project for client | L120 | |
| 04/27/20 | MAK | 4.30 | 2,644.50 | Attend to case project for client | L120 | |
| 04/27/20 | MAK | 0.40 | 246.00 | Revise written discovery requests. | L310 | |
| 04/27/20 | MAK | 0.50 | 307.50 | Confer with L. Edelstein regarding case management issues. | L120 | |
| 04/27/20 | PW | 3.10 | 1,627.50 | Research and analyze materials regarding factual development project | L110 | |
| 04/27/20 | JO | 0.40 | 210.00 | Research and review of documents for factual development project | L110 | |
| 04/27/20 | JO | 0.40 | 210.00 | Attend to issues regarding upcoming deposition | L330 | |
| 04/27/20 | JO | 0.50 | 262.50 | Attend to written discovery requests. | L310 | |

| Date | TK | Hours | Amount | Description | Task | Activity |
|------|-----|-------|--------|-------------|------|----------|
| 04/27/20 | ES | 3.30 | 825.00 | Review and analyze document productions and update tracking chart | L310 | |
| 04/28/20 | LE | 0.30 | 232.50 | Confer with client | L330 | |
| 04/28/20 | LE | 1.20 | 930.00 | Confer with Consultant A | L130 | |
| 04/28/20 | LE | 0.70 | 542.50 | Witness preparation session for deposition | L330 | |
| 04/28/20 | LE | 0.20 | 155.00 | Attend to issues regarding deposition | L330 | |
| 04/28/20 | LE | 0.20 | 155.00 | Attend to written discovery requests | L310 | |
| 04/28/20 | LE | 1.00 | 775.00 | Attend to issues regarding consultants | L130 | |
| 04/28/20 | LE | 1.20 | 930.00 | Weekly case status and strategy call with client (1.0) and prepare for same (.2) | L120 | |
| 04/28/20 | MAK | 3.80 | 2,337.00 | Attend to case project for client | L120 | |
| 04/28/20 | MAK | 1.00 | 615.00 | Weekly case status and strategy call with client | L120 | |
| 04/28/20 | PW | 2.40 | 1,260.00 | Attend to issues regarding factual development project | L110 | |
| 04/28/20 | PW | 4.70 | 2,467.50 | Research and analyze materials regarding factual development project | L110 | |
| 04/28/20 | JO | 0.70 | 367.50 | Attend witness preparation session for deposition | L330 | |
| 04/28/20 | JO | 1.60 | 840.00 | Review and analyze documents for factual development project. | L110 | |
| 04/28/20 | ES | 1.00 | 250.00 | Attend weekly strategy and status call with client | L120 | |
| 04/28/20 | ES | 2.30 | 575.00 | Attend to factual development project | L110 | |
| 04/29/20 | LE | 0.30 | 232.50 | Attend to issues regarding legal issue | L200 | |
| 04/29/20 | LE | 1.30 | 1,007.50 | Attend to issues regarding written discovery | L310 | |
| 04/29/20 | LE | 6.70 | 5,192.50 | Defend insurance PMK deposition (5.5), prepare for same (.5), and follow up discussion with client (.7) | L330 | |
| 04/29/20 | MAK | 3.80 | 2,337.00 | Review and analyze documents in connection with written discovery requests | L310 | |
| 04/29/20 | MAK | 0.70 | 430.50 | Attend to written discovery request | L310 | |
| 04/29/20 | MAK | 1.80 | 1,107.00 | Attend to papers for potential motion | L200 | |
| 04/29/20 | PW | 3.60 | 1,890.00 | Research and analyze materials regarding factual development project | L110 | |
| 04/29/20 | PW | 1.80 | 945.00 | Attend to issues regarding factual development project | L110 | |
| 04/29/20 | JO | 5.50 | 2,887.50 | Attend deposition of PG&E insurance PMK. | L330 | |
| 04/29/20 | ES | 2.60 | 650.00 | Compile materials for requests for admission. | L310 | |
| 04/29/20 | DAH | 0.30 | 67.50 | Import new deposition transcript to Westlaw Case Notebook database. | L330 | |
| 04/30/20 | LE | 0.50 | 387.50 | Attend to issues regarding legal hold and custodian list | L600 | |
| 04/30/20 | LE | 2.20 | 1,705.00 | Attend deposition of PG&E employee. | L330 | |
| 04/30/20 | LE | 0.80 | 620.00 | Attend to issues regarding written discovery | L310 | |

| Date | TK | Hours | Amount | Description | Task | Activity |
|---|---|---|---|---|---|---|
| 04/30/20 | LE | 3.10 | 2,402.50 | Attend to case project for client | L120 | |
| 04/30/20 | LE | 0.50 | 387.50 | Confer with co-counsel regarding depositions | L330 | |
| 04/30/20 | MAK | 2.50 | 1,537.50 | Attend to legal research for potential motion | L200 | |
| 04/30/20 | MAK | 0.20 | 123.00 | Correspondence regarding potential expert. | L130 | |
| 04/30/20 | MAK | 0.70 | 430.50 | Finalize written discovery requests | L310 | |
| 04/30/20 | MAK | 3.50 | 2,152.50 | Attend to papers for potential motion | L200 | |
| 04/30/20 | PW | 3.20 | 1,680.00 | Research and analyze materials regarding factual development issue | L110 | |
| 04/30/20 | PW | 2.70 | 1,417.50 | Attend to issues regarding factual development project | L110 | |
| 04/30/20 | PW | 0.60 | 315.00 | Attend to issues regarding updated legal hold | L600 | |
| 04/30/20 | JO | 0.40 | 210.00 | Attend to issues for case project for client | L120 | |
| 04/30/20 | JO | 4.50 | 2,362.50 | Legal research and analysis in connection with potential motion. | L200 | |
| 04/30/20 | ES | 3.60 | 900.00 | Compile materials, review, finalize, and prepare written discovery requests for service and serve | L310 | |
| 04/30/20 | ES | 1.40 | 350.00 | Attend to updated legal hold | L600 | |
| 04/30/20 | DAH | 0.60 | 135.00 | Download new deposition transcript material from court reporter's FTP; copy same materials to team's deposition review folder; and load transcript and exhibits to Westlaw Case Notebook database. | L330 | |
| **TOTAL** | | **472.90** | **$277,877.00** | | | |

## TASK SUMMARY

| Code | Description | Amount |
|---|---|---|
| L110 | Fact Investigation/Development | 55,234.50 |
| L120 | Analysis/Strategy | 68,604.50 |
| L130 | Experts/Consultants | 22,848.00 |
| L160 | Settlement/Non-Binding ADR | 1,007.50 |
| L200 | Pre-Trial Pleadings and Motions | 53,529.00 |
| L310 | Written Discovery | 22,088.50 |
| L330 | Depositions | 53,105.00 |
| L600 | Identification | 1,052.50 |
| L630 | Processing | 100.00 |
| L670 | Production | 307.50 |
| | **TOTAL** | **$277,877.00** |

## EXPENSE DETAIL

| Description | Amount |
|---|---|
| Publications on Apr-23-2020 - Alameda Superior Court search - #032953 "Notice of Adoption of Fourth Amended Master Complaint by Plaintiff George D Kellogg filed (15 pages) | 10.00 |
| **TOTAL** | **$10.00** |

## CURRENT ACCOUNTS RECEIVABLE AGING

| Current | 31 to 60 | 61 to 90 | 91 to 120 | Over 120 | Balance |
|---|---|---|---|---|---|
| 364,727.17 | 60,662.92 | 0.00 | 0.00 | 46,768.29 | 472,158.38 |



One Market Plaza
Spear Tower, Suite 3900
San Francisco, CA 94105
TEL: 415.365.6700
FAX: 415.365.6699
www.steptoe.com

June 30, 2020

**INVOICE SUMMARY**

**Our Matter No. 084371.00010**                                    **Invoice No. 2681782**

GHOST SHIP FIRE LITIGATION
1706719

For professional services rendered through April 30, 2020

| | | |
|---|---|---:|
| Fees: | $ | 277,877.00 |
| 5% Volume Discount | | (13,893.85) |
| Total Fees: | | 263,983.15 |
| Total Expenses: | | 10.00 |
| **Total Due for this Period:** | | **263,993.15** |
| Previous Balance: | | 472,158.38 |
| **Total Amount Due:** | $ | **736,151.53** |

**INVOICE IS DUE AND PAYABLE UPON RECEIPT**
**PLEASE RETURN THIS COPY WITH YOUR REMITTANCE**

Limited Liability Partnership under the laws of the District of Columbia, U.S.A.
BEIJING BRUSSELS CHICAGO HONG KONG LONDON LOS ANGELES NEW YORK SAN FRANCISCO WASHINGTON



One Market Plaza
Spear Tower, Suite 3900
San Francisco, CA 94105
TEL: 415.365.6700
FAX: 415.365.6699
www.steptoe.com

June 30, 2020

**INVOICE SUMMARY**

| **Our Matter No. 084371.00011** | **Invoice No. 2681616** |
|---|---|

VALERO REFINERY OUTAGE
1706792

For professional services rendered through April 30, 2020

| | | |
|---|---|---|
| Fees: | $ | 54,431.00 |
| 5% Volume Discount | | (2,721.55) |
| Total Fees: | | 51,709.45 |
| Total Expenses: | | 0.00 |
| **Total Due for this Period:** | | **51,709.45** |
| Previous Balance: | | 49,004.36 |
| **Total Amount Due:** | **$** | **100,713.81** |

## FEE SUMMARY

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| L. Edelstein | Partner | 8.30 | 775.00 | 6,432.50 |
| M.E. Flynn-O'Brien | Associate | 54.40 | 615.00 | 33,456.00 |
| J. Oh | Associate | 27.70 | 525.00 | 14,542.50 |
| | | | **FEES** | **$54,431.00** |
| | | | **5% VOLUME DISCOUNT** | **(2,721.55)** |
| | | | **TOTAL FEES** | **$51,709.45** |

## FEE DETAIL

| Date | TK | Hours | Amount | Description | Task | Activity |
|---|---|---|---|---|---|---|
| 04/01/20 | LE | 0.90 | 697.50 | Confer with client | L160 | |
| 04/01/20 | MEFO | 2.50 | 1,537.50 | Attend to issues regarding materials for consultant | L130 | |
| 04/01/20 | JO | 0.60 | 315.00 | Confer with consultant A | L130 | |
| 04/01/20 | JO | 1.70 | 892.50 | Attend to issues regarding draft report | L130 | |
| 04/01/20 | JO | 1.30 | 682.50 | Review and analyze materials in connection with expert report. | L130 | |
| 04/02/20 | LE | 0.40 | 310.00 | Confer with M. Flynn-O'Brien regarding case strategy | L160 | |
| 04/02/20 | MEFO | 0.40 | 246.00 | Confer with L. Edelstein regarding case strategy | L120 | |
| 04/02/20 | MEFO | 0.10 | 61.50 | Attend to issues regarding materials for consultant | L120 | |
| 04/02/20 | JO | 4.40 | 2,310.00 | Attend to issues regarding draft report. | L130 | |
| 04/03/20 | MEFO | 0.50 | 307.50 | Attend to issues regarding expert report | L130 | |
| 04/03/20 | JO | 0.70 | 367.50 | Attend to issues regarding draft report | L130 | |
| 04/03/20 | JO | 0.20 | 105.00 | Confer with consultant A | L130 | |
| 04/05/20 | MEFO | 3.50 | 2,152.50 | Attend to issues regarding draft report | L130 | |
| 04/07/20 | MEFO | 0.50 | 307.50 | Confer with consultant D | L130 | |
| 04/08/20 | LE | 0.20 | 155.00 | Attend to issues regarding potential mediation | L160 | |
| 04/08/20 | MEFO | 0.80 | 492.00 | Confer with consultant D | L130 | |
| 04/08/20 | MEFO | 4.20 | 2,583.00 | Attend to issues regarding draft report | L130 | |
| 04/09/20 | MEFO | 3.00 | 1,845.00 | Attend to issues regarding draft report | L130 | |
| 04/09/20 | MEFO | 0.50 | 307.50 | Confer with L. Edelstein regarding case strategy | L120 | |
| 04/09/20 | JO | 1.70 | 892.50 | Attend to issues regarding draft report | L130 | |
| 04/09/20 | JO | 2.90 | 1,522.50 | Confer with consultant A | L130 | |
| 04/10/20 | LE | 0.10 | 77.50 | Attend to issues regarding expert report | L130 | |

Case: 19-30088    Doc# 8230-4    Filed: 07/01/20    Entered: 07/01/20 13:32:00    Page of 33

| Date | TK | Hours | Amount | Description | Task | Activity |
|------|-----|-------|--------|-------------|------|----------|
| 04/10/20 | LE | 2.10 | 1,627.50 | Attend to opposition to motion to enforce deadlines | L350 | |
| 04/10/20 | MEFO | 4.20 | 2,583.00 | Attend to issues regarding opposition to Valero's motion to enforce deadlines. | L350 | |
| 04/11/20 | LE | 0.50 | 387.50 | Attend to opposition to Valero's motion to enforce deadlines | L350 | |
| 04/11/20 | MEFO | 0.50 | 307.50 | Attend to opposition to Valero's motion to enforce deadlines | L350 | |
| 04/12/20 | LE | 0.30 | 232.50 | Attend to issues regarding opposition to motion to enforce deadlines | L350 | |
| 04/13/20 | LE | 1.60 | 1,240.00 | Attend to issues regarding draft expert report (.6) and confer with M. Flynn-O'Brien and J. Oh regarding same (1.0) | L130 | |
| 04/13/20 | MEFO | 1.00 | 615.00 | Confer with L. Edelstein and J. Oh regarding expert reports | L130 | |
| 04/13/20 | MEFO | 0.70 | 430.50 | Attend to issues related to expert reports | L130 | |
| 04/13/20 | MEFO | 0.50 | 307.50 | Attend to issues regarding expert reports | L130 | |
| 04/13/20 | JO | 1.50 | 787.50 | Confer with consultant A | L130 | |
| 04/13/20 | JO | 1.00 | 525.00 | Confer with L. Edelstein and M. Flynn-O'Brien regarding expert reports. | L130 | |
| 04/14/20 | LE | 0.30 | 232.50 | Conference call with client | L160 | |
| 04/14/20 | LE | 0.30 | 232.50 | Attend to issues regarding expert report | L130 | |
| 04/14/20 | LE | 0.30 | 232.50 | Phone call with opposing counsel | L160 | |
| 04/14/20 | JO | 2.40 | 1,260.00 | Attend to issues regarding expert report. | L130 | |
| 04/15/20 | MEFO | 2.00 | 1,230.00 | Confer with consultant A | L130 | |
| 04/15/20 | MEFO | 0.50 | 307.50 | Attend to issues regarding opposition to Valero motion to enforce deadlines, including correspondence with J. Oh and E. Stephan regarding same | L350 | |
| 04/15/20 | JO | 1.10 | 577.50 | Attend to issues regarding portions of draft expert report. | L130 | |
| 04/15/20 | JO | 0.80 | 420.00 | Review of materials in connection with expert report | L130 | |
| 04/15/20 | JO | 0.60 | 315.00 | Attend to issues concerning opposition to Valero's motion to enforce deadlines. | L200 | |
| 04/15/20 | JO | 2.00 | 1,050.00 | Confer with Consultant A | L130 | |
| 04/16/20 | JO | 0.40 | 210.00 | Attend to materials from consultant | L130 | |
| 04/18/20 | LE | 0.10 | 77.50 | Attend to issues regarding court order on motion to enforce deadlines | L200 | |
| 04/21/20 | LE | 0.30 | 232.50 | Confer with bankruptcy counsel | L160 | |
| 04/21/20 | JO | 0.60 | 315.00 | Attend to issues regarding portions of draft expert report. | L130 | |
| 04/23/20 | LE | 0.10 | 77.50 | Follow up regarding expert report | L130 | |

| Date | TK | Hours | Amount | Description | Task | Activity |
|------|-----|-------|--------|-------------|------|----------|
| 04/24/20 | LE | 0.10 | 77.50 | Follow up regarding expert report | L130 | |
| 04/24/20 | MEFO | 3.70 | 2,275.50 | Review of materials from consultants and attend to issues regarding same | L130 | |
| 04/24/20 | MEFO | 1.00 | 615.00 | Attend to issues regarding expert retention | L130 | |
| 04/27/20 | MEFO | 1.40 | 861.00 | Confer with consultants A and B | L130 | |
| 04/27/20 | MEFO | 3.00 | 1,845.00 | Attend to issues regarding draft expert report | L130 | |
| 04/27/20 | JO | 1.40 | 735.00 | Confer with consultants A and B | L130 | |
| 04/28/20 | MEFO | 2.30 | 1,414.50 | Attend to issues regarding legal hold | L143 | |
| 04/28/20 | MEFO | 3.50 | 2,152.50 | Review, analyze, and identify materials for consultant A | L130 | |
| 04/29/20 | LE | 0.70 | 542.50 | Attend to issues related to legal hold | L143 | |
| 04/29/20 | MEFO | 5.10 | 3,136.50 | Review and analyze materials for consultant A | L130 | |
| 04/29/20 | MEFO | 2.50 | 1,537.50 | Review and analyze materials for consultant A | L130 | |
| 04/29/20 | JO | 0.80 | 420.00 | Attend to issues regarding expert report | L130 | |
| 04/30/20 | MEFO | 6.50 | 3,997.50 | Attend to issues regarding expert report | L130 | |
| 04/30/20 | JO | 1.60 | 840.00 | Review and analyze materials for consultant A | L130 | |
| **TOTAL** | | **90.40** | **$54,431.00** | | | |

## TASK SUMMARY

| Code | Description | Amount |
|------|-------------|--------|
| L120 | Analysis/Strategy | 615.00 |
| L130 | Experts/Consultants | 44,161.00 |
| L143 | Discovery-Identification and Preservation | 1,957.00 |
| L160 | Settlement/Non-Binding ADR | 1,860.00 |
| L200 | Pre-Trial Pleadings and Motions | 392.50 |
| L350 | Discovery Motions | 5,445.50 |
| | **TOTAL** | **$54,431.00** |

## CURRENT ACCOUNTS RECEIVABLE AGING

| Current | 31 to 60 | 61 to 90 | 91 to 120 | Over 120 | Balance |
|---------|----------|----------|-----------|----------|---------|
| 16,863.60 | 2,765.60 | 0.00 | 0.00 | 29,375.16 | 49,004.36 |



One Market Plaza
Spear Tower, Suite 3900
San Francisco, CA 94105
TEL: 415.365.6700
FAX: 415.365.6699
www.steptoe.com

June 30, 2020

**INVOICE SUMMARY**

**Our Matter No. 084371.00011**                                                      **Invoice No. 2681616**

VALERO REFINERY OUTAGE
1706792

For professional services rendered through April 30, 2020

| | | |
|---|---|---:|
| Fees: | $ | 54,431.00 |
| 5% Volume Discount | | (2,721.55) |
| Total Fees: | | 51,709.45 |
| Total Expenses: | | 0.00 |
| **Total Due for this Period:** | | **51,709.45** |
| Previous Balance: | | 49,004.36 |
| **Total Amount Due:** | $ | **100,713.81** |

**INVOICE IS DUE AND PAYABLE UPON RECEIPT**
**PLEASE RETURN THIS COPY WITH YOUR REMITTANCE**

Limited Liability Partnership under the laws of the District of Columbia, U.S.A.
BEIJING  BRUSSELS  CHICAGO  HONG KONG  LONDON  LOS ANGELES  NEW YORK  SAN FRANCISCO  WASHINGTON



One Market Plaza
Spear Tower, Suite 3900
San Francisco, CA 94105
TEL: 415.365.6700
FAX: 415.365.6699
www.steptoe.com

June 30, 2020

**INVOICE SUMMARY**

| **Our Matter No. 084371.00015** | **Invoice No. 2681617** |
|---|---|

GANTNER PSPS CLASS ACTION
2007749

For professional services rendered through April 30, 2020

| | | |
|---|---|---|
| Fees: | $ | 232.50 |
| 5% Volume Discount | | (11.63) |
| Total Fees: | | 220.87 |
| Total Expenses: | | 0.00 |
| **Total Due for this Period:** | | **220.87** |
| Previous Balance: | | 1,639.12 |
| **Total Amount Due:** | $ | **1,859.99** |

## FEE SUMMARY

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| L. Edelstein | Partner | 0.30 | 775.00 | 232.50 |
| | | | **FEES** | **$232.50** |
| | | | **5% VOLUME DISCOUNT** | **(11.63)** |
| | | | **TOTAL FEES** | **$220.87** |

## FEE DETAIL

| Date | TK | Hours | Amount | Description | Task | Activity |
|---|---|---|---|---|---|---|
| 04/08/20 | LE | 0.30 | 232.50 | Attend to issues regarding small claims court case arising from PSPS | L200 | |
| **TOTAL** | | **0.30** | **$232.50** | | | |

## TASK SUMMARY

| Code | Description | Amount |
|---|---|---|
| L200 | Pre-Trial Pleadings and Motions | 232.50 |
| | **TOTAL** | **$232.50** |

## CURRENT ACCOUNTS RECEIVABLE AGING

| Current | 31 to 60 | 61 to 90 | 91 to 120 | Over 120 | Balance |
|---|---|---|---|---|---|
| 1,360.12 | 279.00 | 0.00 | 0.00 | 0.00 | 1,639.12 |



One Market Plaza
Spear Tower, Suite 3900
San Francisco, CA 94105
TEL: 415.365.6700
FAX: 415.365.6699
www.steptoe.com

June 30, 2020

**INVOICE SUMMARY**

**Our Matter No. 084371.00015**                                    **Invoice No. 2681617**

GANTNER PSPS CLASS ACTION
2007749

For professional services rendered through April 30, 2020

| | | |
|---|---|---:|
| Fees: | $ | 232.50 |
| 5% Volume Discount | | (11.63) |
| Total Fees: | | 220.87 |
| Total Expenses: | | 0.00 |
| **Total Due for this Period:** | | **220.87** |
| Previous Balance: | | 1,639.12 |
| **Total Amount Due:** | $ | **1,859.99** |

**INVOICE IS DUE AND PAYABLE UPON RECEIPT**
**PLEASE RETURN THIS COPY WITH YOUR REMITTANCE**

Limited Liability Partnership under the laws of the District of Columbia, U.S.A.
BEIJING    BRUSSELS    CHICAGO    HONG KONG    LONDON    LOS ANGELES    NEW YORK    SAN FRANCISCO    WASHINGTON