STEPTOE & JOHNSON LLP
One Market Plaza, Spear Tower, Suite 3900
San Francisco, CA 94105

# EXHIBIT E

## DETAILED EXPENSE ENTRIES
## APRIL 1, 2020 THROUGH APRIL 30, 2020

## EXPENSE DETAIL

| Description | Amount |
|---|---|
| Publications on Apr-23-2020 - Alameda Superior Court search - #032953 "Notice of Adoption of Fourth Amended Master Complaint by Plaintiff George D Kellogg filed (15 pages) | 10.00 |
| **TOTAL** | **$10.00** |