MacCONAGHY & BARNIER, PLC
JOHN H. MacCONAGHY, SBN 83684
JEAN BARNIER, SBN 231683
645 First St. West, Ste. D
Sonoma, CA 95476
707.935.3205
macclaw@macbarlaw.com

*Special Counsel for Official Committee of Tort Claimants*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>    -and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                              **Debtors.**<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**FIRST CONSOLIDATED MONTHLY FEE STATEMENT OF MacCONAGHY & BARNIER, PLC FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF APRIL 24, 2020 THROUGH JUNE 30, 2020**<br><br>**OBJECTION DEADLINE:** 7/22/2020, 4:00 P.M. PDT<br><br>[No Hearing Requested] |

To: The Notice Parties

| Name of Applicant | MacConaghy & Barnier, PLC |
|---|---|
| Authorized to Provide Services to: | Special Counsel to the Official Committee of Tort Claimants |
| Date of Retention: | May 28, 2020, effective as of April 23, 2020 |
| Period for which compensation and reimbursement of expenses is sought: | April 24, 2020 through June 30, 2020 |
| Amount of compensation sought as actual, reasonable, and necessary: | $91,992.00 [80% of $114,990.00] |
| Amount of expense reimbursement sought as actual, reasonable, and necessary | $364.90 |

MacConaghy & Barnier, PLC ("the **Applicant**"), special counsel to the Official Committee of Tort Claimants (the "**TCC**"), hereby submits its consolidated Monthly Fee Statement for allowance and payment of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred for the period commencing April 24, 2020 through June 30, 2020 (the "**Fee Period**") pursuant to the Order Pursuant to 11 U.S.C. 331 and 105(a) and Fed. R. Bankr. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, entered on February 27, 2019 as Dkt. No. 701 (the "**Interim Compensation Procedures Order**").

By this consolidated Monthly Fee Statement, the Applicant requests allowance and payment of $91,992.00 [80% of $114,990.00]as compensation for professional services rendered to the TCC during the fee period and allowance and payment of $364.90 [100% of expenses] as reimbursement for actual and necessary expenses incurred by the Applicant during the Fee Period.

Attached to this Statement and labeled **Exhibit A** is a summary of all fees and expenses billed during the Fee Period, including a breakdown of the professional who performed the services and a summary of fees and expenses billed for each project on which the Applicant was

-2-

engaged. .  Attached to this Statement and labeled **Exhibit B** are the detailed time and expense entries for the Fee Period set forth chronologically. Attached to this Statement and labeled **Exhibits C-1 to C-3** are the detailed time and expense entries for the Fee Period broken down by project.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Interim Compensation Procedures Order, responses or objections to this consolidated Monthly Fee Statement must be filed and served or before 4:00 p.m. PDT on July 22, 2020, the 21st day following the date this Monthly Fee Statement is served (the "**Objection Deadline**").

PLEASE TAKE FURTHER NOTICE that upon the expiration of the Objection Deadline, the Applicant shall file a certificate of no objection with the Court, after which the Debtors are authorized and directed to pay the Applicant an amount equal to 80% of the fees and 100% of the expenses requested in this Monthly Fee Statement.  If an objection is properly filed, the Applicant may (i) request the Court to approve the amounts subject to objection or (ii) forego payment of such amounts until the next hearing to consider interim or final fee applications, at which time the Court will adjudicate any unresolved objections.

Dated: July 1, 2020					Respectfully submitted,

							MacConaghy & Barnier, PLC

							      /s/ John H. MacConaghy
							By: _____
							John H. MacConaghy
							*Special Counsel  for The Official Committee of Tort Claimants*