# EXHIBIT A

# SUMMARY TABLE

| | |
|---|---|
| Name of applicant | MacConaghy & Barnier, PLC |
| | Special Counsel |
| Client | Official Committee of Tort Claimants |
| Time period covered by this application | 4/24/2020 - 6/30/2020 |
| Total compensation sought during this period | $114,990.00 |
| Total expenses sought during this period | $364.90 |
| Date application for employment filed | 4/28/2020 |
| Date of order approving employment | 5/28/20, retroactive to 4/23/20 |
| Total compensation approved to date | Not applicable |
| Total expenses approved to date | Not applicable |
| Total compensation paid to date | None |
| Total expenses paid to date | None |
| Blended rate in this application for all attorneys | $523.63 |
| Blended rate in this application for all timekeepers | Same |
| Number of professionals included in this application | 2 |
| Are rates higher than previously disclosed ? | No |

## SUMMARY OF COMPENSATION BY PROFESSIONAL

| Attorney | Year of Admission | Hourly Rate | Compensation |
|---|---|---|---|
| John H. MacConaghy | 1978 | $525.00 | $112,140.00 |
| Jean Barnier | 2004 | $475.00 | $2,850.00 |

## PROJECT FEE SUMMARY

| | |
|---|---|
| General Administration and Investigation | $13,440.00 |
| Plan Confirmation | $99,712.50 |
| Employment and Compensation | $1,837.50 |

## PROJECT EXPENSE SUMMARY

| | |
|---|---|
| General Administration and Investigation | $320.00 |
| Plan Confirmation | $44.90 |
| Employment and Compensation | 0 |