1   LEVIN LAW GROUP PLC
    RICHARD H. LEVIN (SBN 32041),
2   rlevin@wildfirelossattorney.com
    2615 Forest Avenue, Suite 120
3   Chico, California  95928
    Telephone: 530-353-1679
4   Facsimile: 877-310-0160

5   Attorneys for Ithaca Homes, LLC,
    Lisa Decottignies, and Terry Decottignies
6

7

8               **UNITED STATES BANKRUPTCY COURT**

9               **NORTHERN DISTRICT OF CALIFORNIA**

10

| 11 | In re | **CASE NO. 19-30088-DM** |
|---|---|---|
| 12 | PG&E CORPORATION, | **MOTION PURSUANT TO FED. R. CIV. PRO. 17(a)(3) TO SUBSTITUTE ITHACA** |
| 13 | And | **HOMES, LLC, AS THE REAL PARTY IN INTEREST FOR CLAIM PREVIOUSLY** |
| 14 | PACIFIC GAS AND ELECTRIC COMPANY, | **FILED, OR IN THE ALTERNATIVE, TO ENLARGE TIME TO FILE PROOFS OF** |
| 15 | | **CLAIM PURSUANT TO FED. R. BANKR.  9006(b)(1)** |
| 16 | Debtors. | |
| 17 | X – Affects Both Debtors | **Date:    August 4, 2020**<br>**Time:    10:00 a.m.**<br>**Place:    450 Golden Gate Avenue** |
| 18 | | **            Courtroom 17**<br>**            San Francisco, CA  94102** |
| 19 | | **Judge:    Hon. Dennis Montali** |
| 20 | | **Objection Deadline:  July 27, 2020** |

21

22

23

24

25

26

27

28

Pursuant to Rule 17(a)(3) of the Federal Rules of Civil Procedure ("Rule 17(a)(3)"), Terry and Lisa Decottignies, individually, as the sole managing members of Ithaca Homes, LLC, move to amend Claims No 58306 (filed by Lisa) and 57515 (filed for Terry) which were filed on October 16, 2019. Attached hereto as Exhibits A-1 and A-2. The purpose of the amendment is to substitute Ithaca Homes, LLC , which is the real party in interest for the real property loss claims for losses at 1532 Bigtree, Paradise, CA 95969 which were asserted in Exhibits A-1 and A-2. Amended Proofs of Claim are submitted herewith as Exhibits B-1, B-2 and B-3. This Motion is supported by the attached declarations of Lisa Decottignies, Terry Decottignies and Richard Levin. Exhibits C-1, C-2 and C-3.

## I.   FACTS

Terry and Lisa Decottignies are husband and wife. They own a property at 13721 Skyway, Maglia CA 95954. They are also the owners and managers of Ithaca Homes, LLC which owns a property at 1532 Big Tree Lane, Paradise, CA 95969 that was operated as a rental business at the time of the Camp Fire. During the 2018 Camp Fire, damage to real and personal property and associated emotional distress damages accrued at both properties.

Terry and Lisa Decottignies retained the Levin Law Group, PLC to represent them in pursuing their claims for damage sustained during the Camp Fire.

On October 16, 2019, undersigned counsel filed a Proof of Claim No. 58306 for Lisa Decottignies. That claim describes property damage, personal injury, business loss, and loss of community and essential services claims for economic, non-economic and punitive damages as well as attorneys' fees, interest and any other available damages in an unknown amount. It lists Lisa as the owner and claims damage suffered at both 1532 Bigtree and 13721 Skyway. While Lisa is a joint owner of the Skyway property, the Bigtree property actually belongs to Ithaca Homes, LLC.

2

11522125.5

On October 16, 2019, undersigned counsel filed a Proof of Claim No. 57515 for Terry Decottignies. That claim describes property damage, personal injury, business loss, and loss of community and essential services claims for economic, non-economic and punitive damages as well as attorneys' fees, interest and any other available damages in an unknown amount. It lists Terry as the owner and claims damage suffered at both 1532 Bigtree and 13721 Skyway. While Terry is a joint owner of the Skyway property, the Bigtree property actually belongs to Ithaca Homes, LLC.

Amended proofs have been prepared to state the claim properly. (Exhibit B-1, B-2 and B-3).

## II.   <u>ARGUMENT</u>

This Court, in the original Bar Date Order of July 1, 2019 (Docket # 2806 specified:

> 4. Notwithstanding anything herein to the contrary, any claimant that timely files a Proof of Claim and makes a good faith effort to complete a Proof of Claim Form as set forth herein, shall be permitted to revise, amend, and/or supplement their applicable Proof of Claim Form to the extent permitted by applicable law until such time as their claim is allowed or disallowed by order of the Court.

Order, p. 10, paragraph 4.

Creditors Lisa and Terry Decottiginies timely filed claims 58306 and 57515. By the plain language of the Order, they should be allowed to amend those claims to name the real party in interest.

Rule 17(a)(3), F. R. Civ. Pro.,[1] applies when a party has been misnamed in any civil claim. It allows the substitution of the real party in interest and provides for the action "to proceed as if it

---

[1] (3) *Joinder of the Real Party in Interest.* The court may not dismiss an action for failure to prosecute in the name of the real party in interest until, after an objection, a reasonable time has been allowed for the real party in interest to ratify, join, or be substituted into the action. After ratification, joinder, or substitution, the action proceeds as if it had been originally commenced by the real party in interest.

11522125.5
Case: 19-30088   Doc# 8233   Filed: 07/01/20   Entered: 07/01/20 14:27:06   Page 3 of 33

had been originally commenced by the real party in interest." The rule applies "when an honest mistake has been made in choosing the party in whose name the action is to be filed." 1966 Advisory Committee Notes. The Rule applies to corrections by the plaintiff (or creditor in this case) as well as the defendant (debtor). *Jones v. Las Vegas Metropolitan Police Department*, 873 F.3d 1123, 1129, 98 Fed. R. Serv. 3d 1603 (9th Cir. 2017) (holding that "the district court abused its discretion by failing to give plaintiffs a reasonable opportunity to substitute the proper party and thus cure the defective complaint"). Absent evidence that the party was intentionally misnamed in order to secure a procedural advantage, or based on other bad faith motive, the rule requires that the correct party be substituted for the party named in good faith error. Terry and Lisa Decottiginies made an honest mistake in failing to name Ithaca Homes, LLC as the owner of the property at 1532 Bigtree. The claim was timely made, so there is no prejudice to debtors or other creditors. The amended claim should be allowed and should relate back to the October 16, 2019 filing date of the original claims.

In the alternative, to the extent that an extension of the bar date is required to effectuate the purpose of Rule 17, the mistake in naming the individual managers for claims owned by Ithaca Homes, LLC should be corrected by permitting the late filing of the amended proof under Bankruptcy Rule 9006(b).

Bankruptcy Rule 9006(b)(1) allows the enlargement of time for "an act . . . required or allowed to be done at or within a specified period . . . by order of court." Rule 9006(b)(1). "Excusable neglect" under Bankruptcy Rule 9006(b)(1) is a flexible concept and caselaw has identified four non-exclusive factors to be considered:

With regard to determining whether a party's neglect of a deadline is excusable

---

. . . we conclude that the determination is at bottom an equitable one, taking account of all relevant circumstances surrounding the party's omission. These include . . . [1] the danger of prejudice to the [nonmovant], [2] the length of the delay and its potential impact on judicial proceedings, [3] the reason for the delay, including whether it was within the reasonable control of the movant, and [4] whether the movant acted in good faith.

*Pioneer Inv. Servs. Co. v. Brunswick Assocs. Ltd. Partnership*, 507 U.S. 380, 395, 113 S.Ct.1489, 1498 (1993) (citations omitted).

In the present case, there is no potential for prejudice. The real property loss claim was stated in the timely-filed claims. All creditors are being paid. The amendment is being filed within a few weeks after The Decottiginies' learned of the error. While movants are responsible for the error, it was made in good faith. There are no countervailing factors that weigh against allowing the amended claim.

The amended claim should be allowed in the interest of justice.

## III. <u>CONCLUSION</u>

For the alternative reasons set forth above, Movants respectfully request that this Court enter an Order pursuant to Fed. R. Civ. Pro. 17(a)(3) and/ or Bankruptcy Rule 9006(b)(1) as follows:

1.     Granting this Motion;

2.     Directing that the claim amendments at Exhibits B-1, B-2 and B-3 hereto be deemed timely filed as relating back to October 16, 2019;

3.     Or, alternatively, directing that Movants shall have until 30 days from a ruling on this Motion to submit the proofs of claim attached as Exhibit B to Prime Clerk.

4.     Granting such other or further relief as the Court deems just and proper.

5

DATED: July 1, 2020                    LEVIN LAW GROUP PLC


                                       By: */s/ Richard H. Levin*
                                           Richard H. Levin
                                           Attorney for Ithaca Homes, LLC,  Lisa
                                           Decottignies, and Terry Decottignies

# EXHIBIT A

**In re:**
**PG&E CORPORATION,**
**- and -**
**PACIFIC GAS AND ELECTRIC**
**COMPANY,**
                    **Debtors.**

Bankruptcy Case
No. 19-30088 (DM)

Chapter 11
(Lead Case)
(Jointly Administered)

# Proof of Claim (Fire Claim Related)

Read the instructions before filing this claim form. This form is for tort claimants who have a claim against the Debtors (i.e. PG&E Corporation and Pacific Gas and Electric Company) that arose prior to the Debtors filing for bankruptcy (i.e. prior to January 29, 2019) and that arose from, or relates to, a fire.

> **Do not use this form for non-fire claims. Non-fire tort claimants should use Form 410.**

Do NOT file a fraudulent claim. A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Please type or print in the spaces below. Do NOT use red ink or pencil.

| **Part 1:** | **Identify the Claim** |

**1. Who is the current creditor?**

Lisa Decottignies
Name of the current creditor (the person or entity to be paid for this claim)

☐ Date Stamped Copy Returned
☐ No Self-Addressed Stamped Envelope
☐ No Copy Provided

**2. Has this claim been acquired from someone else?**
☒ No
☐ Yes. From whom? _____

**3. Are you filing this claim on behalf of your family?**
A family is a group of two or more people related by birth, marriage, domestic partnership, or adoption and residing together. All such people are considered as members of one family.
☒ No
☐ Yes

If you checked "Yes", please provide the full name of each family member that you are filing on behalf of:

_____    _____
_____    _____
_____    _____

**4. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Name __Levin Law Group PLC__
Attorney Name (if applicable) __Richard Levin__
Attorney Bar Number (if applicable) __32041__
Street Address __2615 Forest Ave., Ste. 120__
City __Chico__
State __CA__
Zip Code __95928__
Phone Number __530-353-1679__
Email Address __rlevin62@aol.com__

Where should payments to the creditor be sent?
(if different)

Name __Levin Law Group PLC__
Attorney Name (if applicable) __Richard Levin__
Attorney Bar Number (if applicable) __32041__
Street Address __2615 Forest Ave., Ste. 120__
City __Chico__
State __CA__
Zip __95928__
Phone Number __530-353-1679__
Email Address __rlevin62@aol.com__

**5. Does this claim amend one already filed?**
☒ No
☐ Yes. Claim number on court claims registry (if known) _____

Filed on _____
MM / DD / YYYY

**6. Do you know if anyone else has filed a proof of claim for this claim?**
☒ No
☐ Yes. Who made the earlier filing? _____

193008880011525

Case: 19-30088    Doc# 8233    Filed: 07/01/20    Entered: 07/01/20 14:27:06    Page 8 of
33
Claim Number: 58306

| **Part 2:** | Give Information About the Claim as of the Date this Claim Form is Filed |
|---|---|

| 7. **What fire is the basis of your claim?** | ☒ Camp Fire (2018) |
|---|---|
| Check all that apply. | ☐ North Bay Fires (2017) |
| | ☐ Ghost Ship Fire (2016) |
| | ☐ Butte Fire (2015) |
| | ☐ Other (please provide date and brief description of fire: _____ |
| | _____ |

| 8. **What are the loss location(s) where you and/or your family suffered harm? (e.g. home or business address, place of injury, place from which you were evacuated, if different.?** | 1532 Bigtree, Paradise, CA 95969<br><br>13721 Skyway, Magalia, CA 95965 |
|---|---|

| 9. **How were you and/or your family harmed?** | ☒ Property Damage (homes, structures, personal property, land, trees, landscaping, and all other property damage) |
|---|---|
| Check all that apply | ☒ Owner ☐ Renter ☐ Occupant ☐ Other (Please specify): _____ |
| | ☒ Personal Injury |
| | ☐ Wrongful Death (if checked, please provide the name of the deceased) _____ |
| | ☒ Business Loss/Interruption |
| | ☐ Lost wages and earning capacity |
| | ☒ Loss of community and essential services |
| | ☐ Agricultural loss |
| | ☐ Other (Please specify): _____ |

| 10. **What damages are you and/or your family claiming/seeking?** | ☒ Economic damages (including replacement cost of damaged property, diminution in value, loss of use, lost inventory, lost profits, and other economic damage) |
|---|---|
| Check all that apply | ☒ Non-economic damages (including loss of society and support, loss of consortium, pain and suffering, emotional distress, annoyance and discomfort, and other non-economic damage) |
| | ☒ Punitive, exemplary, and statutory damages |
| | ☒ Attorney's fees and litigation costs |
| | ☒ Interest |
| | ☒ Any and all other damages recoverable under California law |
| | ☐ Other (Please specify): _____ |

| 11. **How much is the claim?** | ☐ $_____ (optional) |
|---|---|
| | ☒ Unknown / To be determined at a later date |

**Part 3:** **Sign Below**

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

☐ I am the creditor.

☒ I am the creditor's attorney or authorized agent.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date ___10/15/2019___ (mm/dd/yyyy)

_Richard H. Levin_
Signature

Print the name of the person who is completing and signing this claim:

| | | | |
|---|---|---|---|
| Name | Richard | Harvey | Levin |
| | First name | Middle name | Last name |

Title ___Attorney___

Company ___Levin Law Group PLC___
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address ___2615 Forest Ave., Ste. 120___
Number    Street

___Chico___          ___CA___   ___95928___
City                 State    ZIP Code

Contact phone ___530-353-1679___   Email ___rlevin62@aol.com___

Proof of Claim (Fire Related)                                   **Page 3**

Case: 19-30088    Doc# 8233    Filed: 07/01/20    Entered: 07/01/20 14:27:06    Page 10 of 33



**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)**

| | |
|---|---|
| In re:<br>**PG&E CORPORATION,**<br>**- and -**<br>**PACIFIC GAS AND ELECTRIC**<br>**COMPANY,**<br>Debtors. | **Bankruptcy Case**<br>**No. 19-30088 (DM)**<br><br>**Chapter 11**<br>**(Lead Case)**<br>**(Jointly Administered)** |

# Proof of Claim (Fire Claim Related)

Read the instructions before filing this claim form. This form is for tort claimants who have a claim against the Debtors (i.e. PG&E Corporation and Pacific Gas and Electric Company) that arose prior to the Debtors filing for bankruptcy (i.e. prior to January 29, 2019) and that arose from, or relates to, a fire.

> Do not use this form for non-fire claims. Non-fire tort claimants should use Form 410.

Do NOT file a fraudulent claim. A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Please type or print in the spaces below. Do NOT use red ink or pencil.

| Part 1: | Identify the Claim |
|---|---|

**1. Who is the current creditor?**

Terry Decottignies
Name of the current creditor (the person or entity to be paid for this claim)

☑ Date Stamped Copy Returned
☐ No Self-Addressed Stamped Envelope
☐ No Copy Provided

**2. Has this claim been acquired from someone else?**

☒ No
☐ Yes. From whom? _____

**3. Are you filing this claim on behalf of your family?**

A family is a group of two or more people related by birth, marriage, domestic partnership, or adoption and residing together. All such people are considered as members of one family.

☒ No
☐ Yes

If you checked "Yes", please provide the full name of each family member that you are filing on behalf of:

_____  _____

_____  _____

_____  _____

_____  _____

**4. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

Name Levin Law Group PLC
Attorney Name (if applicable) Richard Levin
Attorney Bar Number (if applicable) 32041
Street Address 2615 Forest Ave., Ste. 120
City Chico
State CA
Zip Code 95928
Phone Number 530-353-1679
Email Address rlevin62@aol.com

**Where should payments to the creditor be sent?** (if different)

Name Levin Law Group PLC
Attorney Name (if applicable) Richard Levin
Attorney Bar Number (if applicable) 32041
Street Address 2615 Forest Ave., Ste. 120
City Chico
State CA
Zip 95928
Phone Number 530-353-1679
Email Address rlevin62@aol.com

**5. Does this claim amend one already filed?**

☒ No
☐ Yes. Claim number on court claims registry (if known) _____

Filed on _____ / _____ / _____
MM / DD / YYYY

**6. Do you know if anyone else has filed a proof of claim for this claim?**

☒ No
☐ Yes. Who made the earlier filing? _____

193008880006990

**Part 2:** Give Information About the Claim as of the Date this Claim Form is Filed

| | |
|---|---|
| 7. **What fire is the basis of your claim?**<br><br>Check all that apply. | ☒ Camp Fire (2018)<br>☐ North Bay Fires (2017)<br>☐ Ghost Ship Fire (2016)<br>☐ Butte Fire (2015)<br>☐ Other (please provide date and brief description of fire: _____<br>_____ |
| 8. **What are the loss location(s) where you and/or your family suffered harm? (e.g. home or business address, place of injury, place from which you were evacuated, if different.?** | 1532 Bigtree, Paradise, CA 95969<br>13721 Skyway, Magalia, CA 95965 |
| 9. **How were you and/or your family harmed?**<br><br>Check all that apply | ☒ Property Damage (homes, structures, personal property, land, trees, landscaping, and all other property damage)<br>    ☒ Owner ☐ Renter ☐ Occupant ☐ Other (Please specify): _____<br>☒ Personal Injury<br>☐ Wrongful Death (if checked, please provide the name of the deceased) _____<br>☒ Business Loss/Interruption<br>☐ Lost wages and earning capacity<br>☒ Loss of community and essential services<br>☐ Agricultural loss<br>☐ Other (Please specify): _____ |
| 10. **What damages are you and/or your family claiming/seeking?**<br><br>Check all that apply | ☒ Economic damages (including replacement cost of damaged property, diminution in value, loss of use, lost inventory, lost profits, and other economic damage)<br>☒ Non-economic damages (including loss of society and support, loss of consortium, pain and suffering, emotional distress, annoyance and discomfort, and other non-economic damage)<br>☒ Punitive, exemplary, and statutory damages<br>☒ Attorney's fees and litigation costs<br>☒ Interest<br>☒ Any and all other damages recoverable under California law<br>☐ Other (Please specify): _____ |
| 11. **How much is the claim?** | ☐ $_____ (optional)<br>☒ Unknown / To be determined at a later date |

Case: 19-30088    Doc# 8233    Filed: 07/01/20    Entered: 07/01/20 14:27:06    Page 13 of 33

| Part 3: | Sign Below |

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☒ I am the creditor's attorney or authorized agent.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date ___10/15/2019___ (mm/dd/yyyy)

*Richard H. Levin*

Signature

Print the name of the person who is completing and signing this claim:

| Name | Richard | Harvey | Levin |
| | First name | Middle name | Last name |

| Title | Attorney |

| Company | Levin Law Group PLC |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. |

| Address | 2615 Forest Ave., Ste. 120 |
| | Number        Street |

| | Chico | CA | 95928 |
| | City | State | ZIP Code |

| Contact phone | 530-353-1679 | Email | rlevin62@aol.com |



# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)**

| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

# Proof of Claim (Fire Claim Related)

Read the instructions before filing this claim form. This form is for tort claimants who have a claim against the Debtors (i.e. PG&E Corporation and Pacific Gas and Electric Company) that arose prior to the Debtors filing for bankruptcy (i.e. prior to January 29, 2019) and that arose from, or relates to, a fire.

| Do not use this form for non-fire claims. Non-fire tort claimants should use Form 410. |

Do NOT file a fraudulent claim. A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Please type or print in the spaces below. Do NOT use red ink or pencil.**

| Part 1: | Identify the Claim |

**1. Who is the current creditor?**

Lisa Decottignies

Name of the current creditor (the person or entity to be paid for this claim)

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? _____

**3. Are you filing this claim on behalf of your family?**

☑ No
☐ Yes

A family is a group of two or more people related by birth, marriage, domestic partnership, or adoption and residing together. All such people are considered as members of one family.

If you checked "Yes", please provide the full name of each family member that you are filing on behalf of:

_____      _____
_____      _____
_____      _____
_____      _____

**4. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

Name Levin Law Group PLC
Attorney Name (if applicable) Richard Levin
Attorney Bar Number (if applicable) 32041
Street Address 2615 Forest Ave, Suit 120
City Chico
State CA
Zip Code 93928
Phone Number 530 353 1679
Email Address rlevin62@aol.com

**Where should payments to the creditor be sent?** (if different)

Name _____
Attorney Name (if applicable) _____
Attorney Bar Number (if applicable) _____
Street Address _____
City _____
State _____
Zip Code _____
Phone Number _____
Email Address _____

**5. Does this claim amend one already filed?**

☐ No
☑ Yes. Claim number on court claims registry (if known) 58306

Filed on 10/16/2019
MM / DD / YYYY

**6. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

Proof of Claim (Fire Related)    Page 1

| **Part 2:** | Give Information About the Claim as of the Date this Claim Form is Filed |
|---|---|

**7. What fire is the basis of your claim?**

Check all that apply.

- [x] Camp Fire (2018)
- [ ] North Bay Fires (2017)
- [ ] Ghost Ship Fire (2016)
- [ ] Butte Fire (2015)
- [ ] Other (please provide date and brief description of fire: _____

**8. What are the loss location(s) where you and/or your family suffered harm? (e.g. home or business address, place of injury, place from which you were evacuated, if different.?**

Location(s): 13721 Skyway, Paradise, CA 95965 - that property is jointly owned by Terry and Lisa DeCottignies.
This amended proof is filed to make it clear that the real property at 1532 Bigtree, Magalia CA 95969, and the claims resulting from damage to that real property (but not claims for emotional distress and personal property owned by Terry and Lisa DeCottignies) are owned by Ithaca Homes, LLC

**9. How were you and/or your family harmed?**

Check all that apply

- [x] Property Damage (homes, structures, personal property, land, trees, landscaping, and all other property damage)
  - [x] Owner [ ] Renter [ ] Occupant [ ] Other (Please specify): _____
- [x] Personal Injury
- [ ] Wrongful Death (if checked, please provide the name of the deceased) _____
- [ ] Business Loss/Interruption
- [ ] Lost wages and earning capacity
- [x] Loss of community and essential services
- [ ] Agricultural loss
- [ ] Other (Please specify): _____

**10. What damages are you and/or your family claiming/seeking?**

Check all that apply

- [x] Economic damages (including replacement cost of damaged property, diminution in value, loss of use, lost inventory, lost profits, and other economic damage)
- [x] Non-economic damages (including loss of society and support, loss of consortium, pain and suffering, emotional distress, annoyance and discomfort, and other non-economic damage)
- [x] Punitive, exemplary, and statutory damages
- [x] Attorney's fees and litigation costs
- [x] Interest
- [x] Any and all other damages recoverable under California law
- [ ] Other (Please specify): _____

**11. How much is the claim?**

- [ ] $_____ (optional)
- [x] Unknown / To be determined at a later date

Proof of Claim (Fire Related)    Page 2

| Part 3: | Sign Below |
|---------|------------|

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date ___07-01-2020___ (mm/dd/yyyy)

/s/ Richard H. Levin
_____
Signature

**Print the name of the person who is completing and signing this claim:**

Name        Richard   Levin
_____
            First name          Middle name          Last name

Title       _____

Company     _____
            Identify the corporate servicer as the company if the authorized agent is a servicer.

Address     2615 Forest Ave, Suit 120
            _____
            Number        Street

            Chico                              CA        93928
            _____
            City                              State     ZIP Code

Contact phone   530 353 1679                  Email   rlevin62@aol.com

| In re:<br>**PG&E CORPORATION,**<br>**- and -**<br>**PACIFIC GAS AND ELECTRIC**<br>**COMPANY,**<br>Debtors. | **Bankruptcy Case**<br>**No. 19-30088 (DM)**<br><br>**Chapter 11**<br>**(Lead Case)**<br>**(Jointly Administered**) |

# Proof of Claim (Fire Claim Related)

Read the instructions before filing this claim form. This form is for tort claimants who have a claim against the Debtors (i.e. PG&E Corporation and Pacific Gas and Electric Company) that arose prior to the Debtors filing for bankruptcy (i.e. prior to January 29, 2019) and that arose from, or relates to, a fire.

> **Do not use this form for non-fire claims. Non-fire tort claimants should use Form 410.**

Do NOT file a fraudulent claim. A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Please type or print in the spaces below. Do NOT use red ink or pencil.**

| **Part 1:** | **Identify the Claim** |

| 1. | **Who is the current creditor?** | Terry Decottignies<br>Name of the current creditor (the person or entity to be paid for this claim) |
|---|---|---|

| 2. | **Has this claim been acquired from someone else?** | ☑ No<br>☐ Yes. From whom? _____ |
|---|---|---|

| 3. | **Are you filing this claim on behalf of your family?**<br>A family is a group of two or more people related by birth, marriage, domestic partnership, or adoption and residing together. All such people are considered as members of one family. | ☑ No<br>☐ Yes | If you checked "Yes", please provide the full name of each family member that you are filing on behalf of:<br>_____  _____<br>_____  _____<br>_____  _____<br>_____  _____ |
|---|---|---|

| 4. | **Where should notices and payments to the creditor be sent?**<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Where should notices to the creditor be sent?<br><br>Name _Levin Law Group PLC_<br>Attorney Name (if applicable) _Richard Levin_<br>Attorney Bar Number (if applicable) _32041_<br>Street Address _2615 Forest Ave, Suit 120_<br>City _Chico_<br>State _CA_<br>Zip Code _93928_<br>Phone Number _530 353 1679_<br>Email Address _rlevin62@aol.com_ | Where should payments to the creditor be sent? (if different)<br><br>Name _____<br>Attorney Name (if applicable) _____<br>Attorney Bar Number (if applicable) _____<br>Street Address _____<br>City _____<br>State _____<br>Zip Code _____<br>Phone Number _____<br>Email Address _____ |
|---|---|---|---|

| 5. | **Does this claim amend one already filed?** | ☐ No<br>☑ Yes. Claim number on court claims registry (if known) _57515_ | Filed on _10/16/2019_<br>MM / DD / YYYY |
|---|---|---|---|

| 6. | **Do you know if anyone else has filed a proof of claim for this claim?** | ☑ No<br>☐ Yes. Who made the earlier filing? _____ |
|---|---|---|

**7. What fire is the basis of your claim?**

Check all that apply.

- [✓] Camp Fire (2018)
- [ ] North Bay Fires (2017)
- [ ] Ghost Ship Fire (2016)
- [ ] Butte Fire (2015)
- [ ] Other (please provide date and brief description of fire: _____)

**8. What are the loss location(s) where you and/or your family suffered harm? (e.g. home or business address, place of injury, place from which you were evacuated, if different.?**

Location(s): 13721 Skyway, Paradise, CA 95965 - that property is jointly owned by Terry and Lisa DeCottignies.
This amended proof is filed to make it clear that the real property at 1532 Bigtree, Magalia CA 95969, and the claims resulting from damage to that real property (but not claims for emotional distress and personal property owned by Terry and Lisa DeCottignies) are owned by Ithaca Homes, LLC

**9. How were you and/or your family harmed?**

Check all that apply

- [✓] Property Damage (homes, structures, personal property, land, trees, landscaping, and all other property damage)
  - [✓] Owner  [ ] Renter  [ ] Occupant  [ ] Other (Please specify): _____
- [✓] Personal Injury
- [ ] Wrongful Death (if checked, please provide the name of the deceased) _____
- [ ] Business Loss/Interruption
- [ ] Lost wages and earning capacity
- [✓] Loss of community and essential services
- [ ] Agricultural loss
- [ ] Other (Please specify): _____

**10. What damages are you and/or your family claiming/seeking?**

Check all that apply

- [✓] Economic damages (including replacement cost of damaged property, diminution in value, loss of use, lost inventory, lost profits, and other economic damage)
- [✓] Non-economic damages (including loss of society and support, loss of consortium, pain and suffering, emotional distress, annoyance and discomfort, and other non-economic damage)
- [✓] Punitive, exemplary, and statutory damages
- [✓] Attorney's fees and litigation costs
- [✓] Interest
- [✓] Any and all other damages recoverable under California law
- [ ] Other (Please specify): _____

**11. How much is the claim?**

- [ ] $_____ (optional)
- [✓] Unknown / To be determined at a later date

| **Part 3:** | **Sign Below** |
| --- | --- |

| | |
| --- | --- |
| **The person completing this proof of claim must sign and date it. FRBP 9011(b).**<br><br>If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.<br><br>**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.** | *Check the appropriate box:*<br><br>☐ I am the creditor.<br>☑ I am the creditor's attorney or authorized agent.<br><br>I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.<br><br>I declare under penalty of perjury that the foregoing is true and correct.<br><br>Executed on date _____07-01-2020_____ (mm/dd/yyyy)<br><br>_/s/ Richard H. Levin_<br>_____<br>Signature |

**Print the name of the person who is completing and signing this claim:**

| | |
| --- | --- |
| Name | Richard   Levin |
| | First name                    Middle name                    Last name |
| Title | |
| Company | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. |
| Address | 2615 Forest Ave, Suit 120 |
| | Number          Street |
| | Chico                                              CA          93928 |
| | City                                               State       ZIP Code |
| Contact phone | 530 353 1679                          Email    rlevin62@aol.com |

Case: 19-30088    Doc# 8233    Filed: 07/01/20    Entered: 07/01/20 14:27:06    Page 22 of 33

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)**

| | |
|---|---|
| In re:<br>　PG&E CORPORATION,<br>　- and -<br>　PACIFIC GAS AND ELECTRIC<br>　COMPANY,<br>　　　　　Debtors. | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered) |

# Proof of Claim (Fire Claim Related)

Read the instructions before filing this claim form. This form is for tort claimants who have a claim against the Debtors (i.e. PG&E Corporation and Pacific Gas and Electric Company) that arose prior to the Debtors filing for bankruptcy (i.e. prior to January 29, 2019) and that arose from, or relates to, a fire.

> Do not use this form for non-fire claims. Non-fire tort claimants should use Form 410.

Do NOT file a fraudulent claim. A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Please type or print in the spaces below. Do NOT use red ink or pencil.**

| Part 1: | Identify the Claim |
|---|---|

| | | |
|---|---|---|
| 1. | **Who is the current creditor?** | Ithaca Homes, LLC<br>Name of the current creditor (the person or entity to be paid for this claim) |
| 2. | **Has this claim been acquired from someone else?** | ☑ No<br>☐ Yes. From whom? _____ |
| 3. | **Are you filing this claim on behalf of your family?**<br>A family is a group of two or more people related by birth, marriage, domestic partnership, or adoption and residing together. All such people are considered as members of one family. | ☑ No<br>☐ Yes<br><br>If you checked "Yes", please provide the full name of each family member that you are filing on behalf of:<br><br>_____  _____<br>_____  _____<br>_____  _____<br>_____  _____ |
| 4. | **Where should notices and payments to the creditor be sent?**<br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br>Name Levin Law Group PLC<br>Attorney Name (if applicable) Richard Levin<br>Attorney Bar Number (if applicable) 32041<br>Street Address 2615 Forest Ave, Suit 120<br>City Chico<br>State CA<br>Zip Code 93928<br>Phone Number 530 353 1679<br>Email Address rlevin62@aol.com | **Where should payments to the creditor be sent?** (if different)<br>Name<br>Attorney Name (if applicable)<br>Attorney Bar Number (if applicable)<br>Street Address<br>City<br>State<br>Zip Code<br>Phone Number<br>Email Address |
| 5. | **Does this claim amend one already filed?** | ☐ No<br>☑ Yes.　Claim number on court claims registry (if known) 58306 and 57515　Filed on 10/16/2019 MM / DD / YYYY |
| 6. | **Do you know if anyone else has filed a proof of claim for this claim?** | ☑ No<br>☐ Yes. Who made the earlier filing? _____ |

Proof of Claim (Fire Related)　Page 1

| Part 2: | Give Information About the Claim as of the Date this Claim Form is Filed |
|---|---|

**7. What fire is the basis of your claim?**

Check all that apply.

- [x] Camp Fire (2018)
- [ ] North Bay Fires (2017)
- [ ] Ghost Ship Fire (2016)
- [ ] Butte Fire (2015)
- [ ] Other (please provide date and brief description of fire: _____)

**8. What are the loss location(s) where you and/or your family suffered harm? (e.g. home or business address, place of injury, place from which you were evacuated, if different.?**

Location(s): 1532 Bigtree, Magalia CA 95969

This amended proof is filed to make it clear that the real property at 1532 Bigtree, Magalia CA 95969, and the claims resulting from damage to that real property (but not claims for emotional distress and personal property owned by Terry and Lisa DeCottignies) are owned by Ithaca Homes, LLC

**9. How were you and/or your family harmed?**

Check all that apply

- [x] Property Damage (homes, structures, personal property, land, trees, landscaping, and all other property damage)
  - [x] Owner [ ] Renter [ ] Occupant [ ] Other (Please specify): _____
- [ ] Personal Injury
- [ ] Wrongful Death (if checked, please provide the name of the deceased) _____
- [x] Business Loss/Interruption
- [ ] Lost wages and earning capacity
- [ ] Loss of community and essential services
- [ ] Agricultural loss
- [ ] Other (Please specify): _____

**10. What damages are you and/or your family claiming/seeking?**

Check all that apply

- [x] Economic damages (including replacement cost of damaged property, diminution in value, loss of use, lost inventory, lost profits, and other economic damage)
- [ ] Non-economic damages (including loss of society and support, loss of consortium, pain and suffering, emotional distress, annoyance and discomfort, and other non-economic damage)
- [x] Punitive, exemplary, and statutory damages
- [x] Attorney's fees and litigation costs
- [x] Interest
- [x] Any and all other damages recoverable under California law
- [ ] Other (Please specify): _____

**11. How much is the claim?**

- [ ] $_____ (optional)
- [x] Unknown / To be determined at a later date

| Part 3: | Sign Below |
|---------|------------|

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date ___07-01-2020___ (mm/dd/yyyy)

/s/ Richard H. Levin
_____
Signature

**Print the name of the person who is completing and signing this claim:**

| Name | Richard Levin |
|------|---------------|
| | First name          Middle name          Last name |
| Title | |
| Company | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. |
| Address | 2615 Forest Ave, Suit 120 |
| | Number          Street |
| | Chico                              CA          93928 |
| | City                              State     ZIP Code |
| Contact phone | 530 353 1679          Email  rlevin62@aol.com |

# EXHIBIT C

DocuSign Envelope ID: 35D2A78F-0F94-40B6-9C1B-89FB580D674D

LEVIN LAW GROUP PLC
RICHARD H. LEVIN (SBN 32041),
rlevin@wildfirelossattorney.com
2615 Forest Avenue, Suite 120
Chico, California 95928
Telephone: 530-353-1679
Facsimile: 877-310-0160

Attorneys for Ithaca Homes, LLC,
Lisa Decottignies, and Terry Decottignies

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | **CASE NO. 19-30088-DM** |
| PG&E CORPORATION, | **Ex C-1 Declaration of Lisa Decottignies** |
| And | |
| PACIFIC GAS AND ELECTRIC COMPANY, | |
| Debtors. | |
| X – Affects Both Debtors | |

## <u>DECLARATION OF LISA DECOTTIGNIES</u>

I, Lisa Decottignies, declare:

1. I am over 21, competent to testify and I have knowledge of the following:

2. My husband, Terry, and I own a property at 13721 Skyway, Magalia CA. We are also the sole onwers and managers of Ithaca Homes, LLC, which owns a property at 1532 Bigtree Lane, Paradise, CA

3. The Camp Fire caused damage to both our Skyway property and the Ithaca property on Bigreee Lane.

4. We retained the Levin Law Group to assert our claim in October and discussed the properties and the damage with staff in that office. Because Terry and I are the sole owners and managers of Ithaca Homes, LLC, we were under the impression that we could assert

the property damage claim at 1532 Bigtree. We did not discuss the fact that Ithaca Homes, LLC is the actual owner with the Levin firm.

5. Richard Levin filed Proof of Claim No 58306 on my behalf on October 16, 2019. The claim form listed me as the owner of both properties and of the claim for damage to real property and business income at 1532 Bigtree.

6. I first became aware that the claim for damage to the real property at 1532 Bigtree should have been filed in the name of Ithaca Homes, LLC when I was contacted by the Levin Law Group in June 2020.

7. Claim 58306 was filed in good faith and the failure to name Ithaca Homes LLC was an honest mistake.

I declare under penalty of perjury and pursuant to 28 USC 1746 that the foregoing is true and correct.

Executed this _____28_____ day of June, 2020

*Lisa Decottignies*
Lisa Decottignies

---

2

**MOTION TO SUBSTITUTE ITHACA HOMES, LLC AS REAL PARTY IN INTEREST**

DocuSign Envelope ID: 12E21F89-E36D-42A9-A76D-27FAEB6C5107

LEVIN LAW GROUP PLC
RICHARD H. LEVIN (SBN 32041),
rlevin@wildfirelossattorney.com
2615 Forest Avenue, Suite 120
Chico, California 95928
Telephone: 530-353-1679
Facsimile: 877-310-0160

Attorneys for Ithaca Homes, LLC,
Lisa Decottignies, and Terry Decottignies

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | **CASE NO. 19-30088-DM** |
| PG&E CORPORATION, | **Ex C-2 Declaration of Terry Decottignies** |
| And | |
| PACIFIC GAS AND ELECTRIC COMPANY, | |
| Debtors. | |
| X – Affects Both Debtors | |

## DECLARATION OF TERRY DECOTTIGNIES

I, Terry Decottignies, declare:

1. I am over 21, competent to testify and I have knowledge of the following:

2. My wife, Lisa, and I own a property at 13721 Skyway, Magalia CA. We are also the sole onwers and managers of Ithaca Homes, LLC, which owns a property at 1532 Bigtree Lane, Paradise, CA

3. The Camp Fire caused damage to both our Skyway property and the Ithaca property on Bigreee Lane.

4. We retained the Levin Law Group to assert our claim in October and discussed the properties and the damage with staff in that office. Because Lisa and I are the sole owners and managers of Ithaca Homes, LLC, we were under the impression that we could assert

LEVIN
LAW
GROUP PLC

11522125.5

MOTION TO SUBSTITUTE ITHACA HOMES, LLC AS REAL PARTY IN INTEREST

1   the property damage claim at 1532 Bigtree. We did not discuss the fact that Ithaca Homes,

2   LLC is the actual owner with the Levin firm.

3   5.  Richard Levin filed Proof of Claim No 58306 on my behalf on October 16, 2019. The

4       claim form listed me as the owner of both properties and of the claim for damage to real

        property and business income at 1532 Bigtree.

5

6   6.  I first became aware that the claim for damage to the real property at 1532 Bigtree should

        have been filed in the name of Ithaca Homes, LLC when I was contacted by the Levin Law

7       Group in June 2020.

8   7.  Claim 58306 was filed in good faith and the failure to name Ithaca Homes LLC was an

9       honest mistake.

10  I declare under penalty of perjury and pursuant to 28 USC 1746 that the foregoing is true and correct.

11  Executed this    28    day of June, 2020

12

13  *Terry Decottignies*

14  Terry Decottignies

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**MOTION TO SUBSTITUTE ITHACA HOMES, LLC AS REAL PARTY IN INTEREST**

LEVIN LAW GROUP PLC
RICHARD H. LEVIN (SBN 32041),
rlevin@wildfirelossattorney.com
2615 Forest Avenue, Suite 120
Chico, California 95928
Telephone: 530-353-1679
Facsimile: 877-310-0160

Attorneys for Ithaca Homes, LLC,
Lisa Decottignies, and Terry Decottignies

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

In re

PG&E CORPORATION,

And

PACIFIC GAS AND ELECTRIC
COMPANY,

                Debtors.

X – Affects Both Debtors

**CASE NO. 19-30088-DM**

**Ex C-3 Declaration of Richard Levin**

## DECLARATION OF RICHARD H. LEVIN

I, RICHARD H. LEVIN, declare:

1.    I am an attorney duly licensed to practice law in the State of California and before this Court. I am an attorney with the law firm of Levin Law Group PLC, attorneys for Ithaca Homes, LLC, Lisa Decottignies, and Terry Decottignies. Unless stated otherwise, I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

2.    On October 16, 2019, Levin Law Group PLC submitted Proof of Claim No. 58306 for Lisa Decottignies and Proof of Claim No. 57515 for Terry Decottignies. Both claims describe property damage, personal injury, business loss, and loss of community and essential services

LEVIN
LAW
GROUP PLC

claims for economic, non-economic and punitive damages as well as attorneys' fees, interest and any other available damages in an unknown amount. Proof of Claim No 58306 lists Lisa as the owner while Proof of Claim No. 57515 lists Terry as the owner. Both claim damage suffered at both 1532 Bigtree and 13721 Skyway.

3. At the time the claims were filed, based on intake notes, I believed that Terry and Lisa owned both properties as a married couple.

4. During late May 2020, staff in my office reviewed records concerning numerous claims filed in this bankruptcy case. As part of that review, property records were discovered which show that, while Terry and Lisa are joint owners of the Skyway property, the Bigtree property actually belongs to Ithaca Homes, LLC. That fact was confirmed with Terry and Lisa in June 2020.

5. To summarize, my office filed Proofs of Claim Nos. 58306 and 57515, which designated Terry and Lisa Decottignies as the owners of the property at 1532 Bigtree. In fact, Ithaca Homes, LLC is the owner of the property and of all claims to damage to the real property at that address. It is the real party in interest.

6. The incorrect designation of the owner of the 1532 Bigtree property was due to a miscommunication, not to any improper purpose. The claims were filed in good faith.

I declare under the penalty of perjury under 28 U.S.C. §1746, that the foregoing is true and correct.

Executed on this 1st day of July, 2020, at Los Angeles, California.

*/s/ Richard H. Levin*
Richard H. Levin

2

**MOTION TO SUBSTITUTE ITHACA HOMES, LLC AS REAL PARTY IN INTEREST**

| From: | CANB Emergency Filings |
|---|---|
| To: | |
| Subject: | FW: PG&E - 19-30088-DM - Notice of Hearing and Motion to Amend Proof of Claim |
| Date: | Wednesday, July 1, 2020 1:17:56 PM |
| Attachments: | Notice of Hearing 6-18-2020.pdf |
| | Decottignies Motion.pdf |

**From:** Richard Levin ▓▓▓▓▓▓▓▓▓▓

**Sent:** Wednesday, July 1, 2020 9:13 AM

**To:** CANB Emergency Filings <CANB-EMERGENCY-FILINGS@canb.uscourts.gov>

**Cc:** 'Kris Trecartin' ▓▓▓▓▓▓▓▓

**Subject:** PG&E - 19-30088-DM - Notice of Hearing and Motion to Amend Proof of Claim

Dear Clerk

Attached please find a Notice of Hearing and Motion to Amend Proofs of Claim.

This is in the PG&E 19-30088-DM matter and our clients are Ithaca Homes, LLC, Lisa Decottignies, and Terry Decottignies.

If you have any questions, please let meknow.

Thank you.

Richard H. Levin

▓▓▓▓▓▓▓▓