LEVIN LAW GROUP PLC
RICHARD H. LEVIN (SBN 32041),
rlevin@wildfirelossattorney.com
2615 Forest Avenue, Suite 120
Chico, California 95928
Telephone: 530-353-1679
Facsimile: 877-310-0160

Attorneys for Ithaca Homes, LLC,
Lisa Decottignies, and Terry Decottignies

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>And<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>X – Affects Both Debtors | **CASE NO. 19-30088-DM**<br><br>**NOTICE OF HEARING ON MOTION PURSUANT TO FED R CIV 17(a) TO SUBSTITUTE Ithaca Homes, LLC, AS THE REAL PARTY IN INTEREST FOR CLAIMS PREVIOUSLY FILED, OR IN THE ALTERNATIVE, TOENLARGE TIME FOR FILE PROOFS OF CLAIM PURSUANT TO FED R. BANKR. 9006(b)(1)**<br><br>Date: August 4, 2020<br>Time: 10:00 a.m.<br>Place: 450 Golden Gate Avenue<br>        Courtroom 17<br>        San Francisco, CA 94102<br>Judge: Hon. Dennis Montali<br><br>Objection Deadline: July 27, 2020 |

**PLEASE TAKE NOTICE** that on January 29, 2019, PG&E Corporation and Pacific Gas and Electric Company, the debtors in possession (the "Debtors") in the above-captioned Chapter 11 cases (the "Chapter 11 cases"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Northern District of California ("San Francisco Division) (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE THAT the Bankruptcy Court will hold a hearing on July 7, 2020 at 10:00 a.m. (PST) in the courtroom of the Honorable Dennis Montali, United States Bankruptcy Judge, Courtroom 17, 16th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

PLEASE TAKE FURTHER NOTICE THAT, in addition to any other matters scheduled for that Hearing, the Bankruptcy Court is tentatively scheduled to hear the attached Motion Pursuant to Fed R Civ Pro 17 to substitute Ithaca Homes, LLC as the real party in interest for certain claims previously asserted by Lisa and Terry Decottignies, or, in the alternative to enlarge the time for filing the attached claims pursuant to Fed. R. Bankr. P. 9006(b)(1) (the "Motion").

PLEASE TAKE FURTHER NOTICE that any oppositions or responses to the Motion must be in writing, filed with the Bankruptcy Court, and served on the counsel for Lead Plaintiff at the above-referenced addresses so as to be received by no later than 4:00 p.m. (Pacific Time) on July 27, 2020. Any oppositions or responses must be filed and served on all "Standard Parties" as defined in, and in accordance with, the Second Amended Order Implementing Certain Notice and Case Management Procedures entered in this matter on Dkt. No. 1996 (the "Case Management Order"). Any relief requested in the Motion may be granted without a hearing if no opposition is timely filed and served in accordance with the Case Management Order. In deciding the Motion, the Court may consider any other document filed in these Chapter 11 cases.

11522125.5  Case: 19-30088    Doc# 8234    Filed: 07/01/20    Entered: 07/01/20 15:24:50    Page 2 of 3

PLEASE TAKE FURTHER NOTICE THAT copies of the Motion and its supporting papers can be viewed and/or obtained: (i) by accessing the court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) form the Debtors' notice and claims agent, Prime Clerk LLC, at http://restructing.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S. based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

DATED: July 1, 2020             LEVIN LAW GROUP PLC

By: /s/ Richard H. Levin
    Richard H. Levin
    Attorneys for Ithaca Homes, LLC,
    Lisa Decottignies, and Terry Decottignies