

BROWN RUDNICK LLP
Joel S. Miliband (SBN 077438)
(JMiliband@brownrudnick.com)
2211 Michelson Drive
Seventh Floor
Irvine, California 92612
Telephone: (949) 752-7100
Facsimile: (949) 252-1514

BROWN RUDNICK LLP
David J. Molton (SBN 262075)
(DMolton@brownrudnick.com)
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

*Attorneys for Fire Victim Trustee
and Claims Administrator*

**CHANGES MADE BY COURT**

**Signed and Filed: July 1, 2020**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM). | Bankruptcy Case No. 19-30088-DM<br><br>Chapter 11<br>Jointly Administered<br><br>**ORDER ON THE JOINT STATEMENT OF THE TCC, TRUSTEE, DEBRA GRASSGREEN AND KARL KNIGHT, AND ERIC AND JULIE CARLSON, JOINED, IN PART, BY MARY WALLACE, REGARDING UNRESOLVED OBJECTIONS TO THE FIRE VICTIM CLAIMS RESOLUTION PROCEDURES**<br><br>**[Relates to Docket Nos. 8074, 8080 and 8196]** |

The Debtors having filed the *Ninth Supplement to Plan Supplement in Connection with Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization* [Docket No. 8057], which contains as Exhibit A the PG&E Fire Victim Trust Agreement (with all Exhibits

-1-

thereto, including the Fire Victim Claims Resolution Procedures (the "**CRP**")), which amends and supersedes Exhibit D to the Plan Supplement filed May 1, 2020 [Docket No. 7037]; and upon the *Joint Statement of the TCC, Trustee, Debra Grassgreen and Karl Knight, and Eric and Julie Carlson Regarding Unresolved Objections to the Fire Victim Claims Resolution Procedures* [Docket No. 8074] (the "**Joint Statement**"); and the Court having considered the statements of the parties at the hearing held on the Joint Statement on June 24, 2020; and for the reasons stated on the record at the hearing,

IT IS HEREBY ORDERED THAT:

1. The CRP is hereby amended in the limited manner set forth hereinto address the issues raised in the Joint Statement. With the exception of paragraphs 6 and 7 below, which apply to all Claims to be paid by the Trust, nothing in this Order shall apply to anyone other than the Individual Eligible Claimants (as defined below).

2. Upon fully exhausting the dispute resolution process set forth in Section VIII of the CRP, any of Debra Grassgreen and Karl Knight (and their minor child), Eric and Julie Carlson and Mary Kim Wallace (each of the foregoing Claimants, an "**Individual Eligible Claimant**") may reject the Trustee Determination[1] awarded.

3. Within thirty (30) days from the date on which an Individual Eligible Claimant receives his or her Trustee Determination (the "**Individual Election Deadline**") with respect to a Claim, such Individual Eligible Claimant must notify the Trust of his or her intent to seek a Judicial Determination by submitting a written notice to the Trustee (an "**Individual Election Notice**") and filing a copy of such Individual Election Notice with the Bankruptcy Court. Upon submitting an Individual Election Notice to the Trustee and filing a copy with the Bankruptcy Court, an Individual Eligible Claimant may elect review of his or her Claim in the Bankruptcy Court, the District Court for the Northern District of California, or in the court where such claim was pending or could have been pending prior to the Petition Date (the "**Court of Review**"). For the avoidance of doubt, the Individual Eligible Claimants shall not be required to wait until the end of the Initial Review Period to seek a Final Judicial Determination.

---

[1] Capitalized terms used but not otherwise defined in this Order shall have the meanings given to them in the CRP.

4. Section IX.B.5 of the CRP regarding the consolidation of judicial determinations shall not apply to the Individual Eligible Claimants.

5. Individual Eligible Claimants who fail to submit and file an Individual Election Notice by the Individual Election Deadline shall be deemed to accept the Trustee Determination of such Claim, and such Trustee Determination shall become a Final Determination that is final, binding, non-appealable and not subject to review by any Court.

6. Interest awarded on any Final Judicial Determination with respect to any Eligible Claimant, including any Individual Eligible Claimant, shall be payable by the Trust to the same extent that interest awarded on account of any Claim within the CRP is paid. If the Trust does not pay interest on account of Claims within the CRP, then interest on account of any Judicial Determination shall not be payable by the Trust.

7. Any award of punitive or exemplary damages with respect to any Claim seeking payment by the Trust, whether such award is made by the Trustee or by any court, shall be subordinate and junior in right to the prior payment in full of all non-punitive and non-exemplary damage awards reflected in Final Determinations and Final Judicial Determinations as provided in the CRP.

8. Except as expressly set forth above, the CRP shall apply to the Individual Eligible Claimants in all respects.

9. In the event of any conflict between this Order and the CRP, this Order shall control.

10. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.

11. The court has considered and rejects other amendments proposed by Mary Wallace. The award of interest and of punitive damages are part of the treatment of claims, not part of the determination of particular claims. All claims of fire victims, whether or not subject to judicial review, must be treated alike in this regard. The additional reference to "California State Court" or similar phrase is redundant.

**END OF ORDER**

**COURT SERVICE LIST**

ECF Service List

Mary Wallace
P.O. Box 1632
Magalia, CA 95954

Debra Grassgreen and Karl Knight
1339 Pearl Street, Suite 201
Napa, CA 94558

Thomas J. Brandi, Esq.
Law Offices of Thomas J. Brandi
345 Pine Street, 3rd Floor
San Francisco, CA 94104
tjb@brandilaw.com
(415). 989.1800

Eric Carlson and Julie Carlson (in pro per)
P.O. Box 407
Calistoga, CA 94515