Marion T. Hack (State Bar No. 179216)
marion.hack@troutman.com
John H. Conrad (State Bar No. 265162)
john.conrad@troutman.com
Luke N. Eaton (State Bar No. 280387)
luke.eaton@troutman.com
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
350 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Telephone: 213.928.9800
Facsimile: 213.928.9850

Attorneys for Non-Party
BURNS & MCDONNELL ENGINEERING COMPANY, INC.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>PG&E Corporation,<br><br>and<br><br>Pacific Gas and Electric Company,<br><br>Debtors. | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>**NOTICE OF CHANGE OF ATTORNEY CONTACT INFORMATION** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that effective July 1, 2020, Pepper Hamilton LLP, has combined with Troutman Sanders LLP in a firm to be TROUTMAN PEPPER HAMILTON SANDERS LLP. The address, telephone and facsimile numbers will remain the same. The email addresses will change as follows:

Marion T. Hack - marion.hack@troutman.com

| | |
|---|---|
| 1 | John H. Conrad - john.conrad@troutman.com |
| 2 | Luke N. Eaton - luke.eaton@troutman.com |

Please update your service lists accordingly.

Dated: July 1, 2020

TROUTMAN PEPPER HAMILTON SANDERS LLP

By: /s/ Luke N. Eaton
MARION T. HACK
JOHN H. CONRAD
LUKE N. EATON
Attorneys for Non-Party
BURNS & MCDONNELL
ENGINEERING COMPANY, INC.

# PROOF OF SERVICE

I am a resident of, or employed in, the County of Los Angeles. I am over the age of 18 and not a party to this action. My business address is: Troutman Pepper Hamilton Sanders LLP, 350 South Grand Avenue, Suite 3400, Los Angeles, CA 90071.

On **July 1, 2020**, I served the following listed document(s), by method indicated below, on the parties listed on the service list:

**NOTICE OF CHANGE OF ATTORNEY CONTACT INFORMATION**

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by transmitting via e-mail or other electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

☒ Via "Notice of Electronic Filing" ("NEF") automatically generated by the CM/ECF System and sent by e-mail to all attorneys who have appeared in the case in this Court and who have consented to receive service through the CM/ECF System.

I am readily familiar with the firm's practice of collection and processing of mail. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 1, 2020, at Los Angeles, California.

*/s/ Crystal Monugian*
Crystal Monugian