| | |
|---|---|
| 1 | STEPTOE & JOHNSON LLP |
| 2 | Jeffrey M. Reisner (State Bar No. 143715)<br>jreisner@steptoe.com |
| 3 | Kerri A. Lyman (State Bar No. 241615)<br>klyman@steptoe.com |
| 4 | 633 West Fifth Street, Suite 1900 |
| 5 | Los Angeles, California 90071<br>Telephone: (213) 439-9400 |
| 6 | Facsimile: (213) 439-9599 |

*Attorneys for Davey Tree Expert Company,
Davey Tree Surgery Company, and
Davey Resource Group, Inc.*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>and<br><br>PACIFIC GAS AND ELECTRIC CO.,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>☒ Affects Both Debtors | Case No.: 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>CERTIFICATE OF SERVICE |

I, MELISSA HERNANDEZ, do declare and state as follows:

1. I am employed in the County of Los Angeles, State of California. I am over the age of 18 years of age and not a party to the above-entitled action. My business address is 633 West Fifth Street, Suite 1900, Los Angeles, California 90071.

2. I certify that on July 1, 2020, I caused a true and correct copy of the foregoing document described as AMENDED NOTICE OF APPEARANCE, CHANGE OF ADDRESS OF COUNSEL, AND REQUEST FOR SERVICE OF NOTICE AND PLEADINGS, to be served via the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. The parties are listed on the attached Electronic Mail Notice List.

3. I certify and declare under penalty of perjury that the foregoing is true and correct.

Melissa Hernandez                    /s/ Melissa Hernandez
                                      Signature

## MAILING INFORMATION FOR CASE NO. 19-30088 (DM)

**Electronic Mail Notice List**

- Elliot Adler    eadler@theadlerfirm.com, bzummer@theadlerfirm.com
- Aaron L. Agenbroad    alagenbroad@jonesday.com, saltamirano@jonesday.com
- Pamela Allen    pallen@dir.ca.gov
- Annadel A. Almendras    annadel.almendras@doj.ca.gov
- Monique D. Almy    malmy@crowell.com
- Dana M. Andreoli    dandreoli@steyerlaw.com, mterry@steyerlaw.com
- Anne Andrews    aa@andrewsthornton.com, aandrews@andrewsthornton.com
- Richard L. Antognini    rlalawyer@yahoo.com, hallonaegis@gmail.com
- Tyson Arbuthnot    tarbuthnot@rjo.com, jyeung@rjo.com
- Lauren T. Attard    lattard@bakerlaw.com, agrosso@bakerlaw.com
- Herb Baer    hbaer@primeclerk.com, ecf@primeclerk.com
- Kathryn E. Barrett    keb@svlg.com, amt@svlg.com
- Chris Bator    cbator@bakerlaw.com, jmcguigan@bakerlaw.com
- Ronald S. Beacher    rbeacher@pryorcashman.com
- Hagop T. Bedoyan    hbedoyan@kleinlaw.com, ecf@kleinlaw.com
- Andrew David Behlmann    abehlmann@lowenstein.com, elawler@lowenstein.com
- Tanya Behnam    tbehnam@polsinelli.com, tanyabehnam@gmail.com
- James C. Behrens    jbehrens@milbank.com, mkoch@milbank.com
- Jacob Taylor Beiswenger    jbeiswenger@omm.com, llattin@omm.com
- James T. Bentley    james.bentley@srz.com, Kelly.Knight@srz.com
- Peter J. Benvenutti    pbenvenutti@kbkllp.com
- Robert Berens    rberens@smtdlaw.com, sr@smtdlaw.com
- Ronald F. Berestka    rberestka@stonelawoffice.com, csepulveda@stonelawoffice.com
- Heinz Binder    heinz@bindermalter.com
- Jared D. Bissell    jared.bissell@troutman.com
- Neil Jon Bloomfield    njbloomfield@njblaw.com, gklump@njblaw.com
- Jason Blumberg    jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov
- Paige Boldt    pboldt@wattsguerra.com, cwilson@wattsguerra.com
- Ameneh Maria Bordi    ameneh.bordi@kirkland.com, leo.rosenberg@kirkland.com
- Jason Borg    jborg@jasonborglaw.com
- Mark Bostick    mbostick@wendel.com, bankruptcy@wendel.com
- James L. Bothwell    jbothwell@hugueninkahn.com, jguzman@hugueninkahn.com
- Peter R. Boutin    peter.boutin@kyl.com, lara.joel@kyl.com
- Erin N. Brady    enbrady@jonesday.com
- Gregory A. Bray    gbray@milbank.com
- Michael D. Breslauer    mbreslauer@ecf.courtdrive.com, wyones@swsslaw.com
- W. Steven Bryant    , molly.batiste-debose@lockelord.com
- Chane Buck    cbuck@jonesday.com
- Elizabeth J. Cabraser    ecabraser@lchb.com, awolf@lchb.com
- Anthony P. Cali    anthony.cali@stinson.com, lindsay.petrowski@stinson.com
- Peter C. Califano    pcalifano@cwclaw.com

- **Steven M. Campora**    scampora@dbbwc.com, nlechuga@dbbwc.com
- **Leah E. Capritta**    leah.capritta@hklaw.com, lori.labash@hklaw.com
- **Nicholas A. Carlin**    nac@phillaw.com, rac@phillaw.com
- **Katherine Rose Catanese**    kcatanese@foley.com
- **Jennifer Machlin Cecil**    JCecil@winston.com, ECF_SF@winston.com
- **Barry A. Chatz**    barry.chatz@saul.com, barry.chatz@gmail.com
- **Karen J. Chedister**    kchedister@h-jlaw.com
- **Christina Lin Chen**    christina.chen@morganlewis.com, christina.lin.chen@gmail.com
- **Richard A. Chesley**    richard.chesley@dlapiper.com, bill.countryman@dlapiper.com
- **Kevin Chiu**    kevin.chiu@bakerbotts.com, rory.fontenla@bakerbotts.com
- **Jacquelyn H. Choi**    jchoi@raineslaw.com, bclark@raineslaw.com
- **Shawn M. Christianson**    schristianson@buchalter.com
- **Robert N.H. Christmas**    rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- **Jae Angela Chun**    ajc@chun.law, teresa@tosdallaw.com
- **Louis J. Cisz**    lcisz@nixonpeabody.com
- **Alicia Clough**    aclough@loeb.com
- **Tiffany Strelow Cobb**    tscobb@vorys.com
- **John B. Coffman**    john@johncoffman.net
- **Kevin G. Collins**    kevin.collins@btlaw.com
- **Brian S. Conlon**    bsc@phillaw.com, rac@phillaw.com
- **Charles Cording**    ccording@willkie.com, mao@willkie.com
- **Manuel Corrales**    mannycorrales@yahoo.com, hcskanchy@hotmail.com
- **Anne Costin**    anne@costinlawfirm.com
- **Donald H. Cram**    dhc@severson.com
- **Ashley Vinson Crawford**    avcrawford@akingump.com, dkrasa-berstell@akingump.com
- **J. Russell Cunningham**    rcunningham@dnlc.net, emehr@dnlc.net
- **Keith J. Cunningham**    , rkelley@pierceatwood.com
- **Keith J. Cunningham**    kcunningham@pierceatwood.com, rkelley@pierceatwood.com
- **James D. Curran**    jcurran@wolkincurran.com, dstorms@wolkincurran.com
- **Tambra Curtis**    tambra.curtis@sonoma-county.org, Kristin.whalley@sonoma-county.org
- **Ashleigh A. Danker**    ashleigh.danker@dinsmore.com
- **James M. Davis**    jdavis@cglaw.com
- **Nicolas De Lancie**    ndelancie@jmbm.com
- **Judith A. Descalso**    , jad_9193@ecf.courtdrive.com
- **Erin Elizabeth Dexter**    edexter@milbank.com
- **Shounak S. Dharap**    ssd@arnslaw.com, mec@arnslaw.com
- **Kathryn S. Diemer**    kdiemer@diemerwei.com
- **Kathryn S. Diemer**    kdiemer@diemerwhitman.com
- **John P. Dillman**    houston_bankruptcy@publicans.com
- **Caroline R. Djang**    caroline.djang@bbklaw.com, Sansanee.wells@bbklaw.com

- **Jonathan R. Doolittle** jdoolittle@reedsmith.com
- **Jennifer V. Doran** jdoran@hinckleyallen.com
- **Dustin M. Dow** ddow@bakerlaw.com, jmcguigan@bakerlaw.com
- **Jamie P. Dreher** jdreher@downeybrand.com
- **Todd Dressel** tdressel@mcguirewoods.com, JTabisaura@mcguirewoods.com
- **Geoffrey B. Dryvynsyde** gbd@cpuc.ca.gov, geoffrey.dryvynsyde@cpuc.ca.gov
- **Cecily Ann Dumas** cdumas@bakerlaw.com, hhammonturano@bakerlaw.com
- **Dennis F. Dunne** cprice@milbank.com, jbrewster@milbank.com
- **Dennis F. Dunne** ddunne@milbank.com, jbrewster@milbank.com
- **Huonganh Annie Duong** annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com
- **Luke N. Eaton** eatonl@pepperlaw.com, monugiac@pepperlaw.com
- **Kevin M. Eckhardt** keckhardt@hunton.com, candonian@huntonak.com
- **Joseph A. Eisenberg** JAE1900@yahoo.com
- **Michele Ellison** mellison@gibbsgiden.com, lrochelle@gibbsgiden.com
- **David Emerzian** , Melany.Hertel@mccormickbarstow.com
- **G. Larry Engel** larry@engeladvice.com
- **Krista M. Enns** kenns@beneschlaw.com
- **Scott Esbin** sesbin@esbinalter.com
- **Joseph M. Esmont** jesmont@bakerlaw.com
- **Michael P. Esser** michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com
- **Richard W. Esterkin** richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com
- **Michael S. Etkin** metkin@lowenstein.com
- **Jacob M. Faircloth** jacob.faircloth@smolsonlaw.com
- **Brett D. Fallon** bfallon@morrisjames.com, wweller@morrisjames.com
- **Michael C. Fallon** , manders@fallonlaw.net
- **Joana Fang** jf@kbklawyers.com, icd@kbklawyers.com
- **Joseph Kyle Feist** jfeistesq@gmail.com, info@norcallawgroup.net
- **David M. Feldman** DFeldman@gibsondunn.com
- **Matthew A. Feldman** mfeldman@willkie.com
- **Mark E. Felger** mfelger@cozen.com
- **James J. Ficenec** James.Ficenec@ndlf.com, caroline.pfahl@ndlf.com
- **John D. Fiero** jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- **Kimberly S. Fineman** kfineman@nutihart.com, nwhite@nutihart.com
- **Stephen D. Finestone** sfinestone@fhlawllp.com
- **Timothy M. Flaherty** tflaherty@mpplaw.com
- **Daniel I. Forman** dforman@willkie.com
- **Jonathan Forstot** jonathan.forstot@troutman.com, john.murphy@troutman.com
- **Jonathan Forstot** , john.murphy@troutman.com
- **Matthew Hampton Foushee** hampton.foushee@hoganlovells.com, hfoushee@gmail.com
- **Carolyn Frederick** cfrederick@prklaw.com
- **Peter Friedman** pfriedman@omm.com
- **Roger F. Friedman** rfriedman@rutan.com, csolorzano@rutan.com

- Xiyi Fu   jackie.fu@lockelord.com, taylor.warren@lockelord.com
- Lars H. Fuller   lfuller@bakerlaw.com
- Thomas M. Gaa   tgaa@bbslaw.com
- Larry W. Gabriel   lgabriel@bg.law, nfields@bg.law
- Gregg M. Galardi   gregg.galardi@ropesgray.com
- Richard L. Gallagher   richard.gallagher@ropesgray.com
- Craig Solomon Ganz   ganzc@ballardspahr.com, hartt@ballardspahr.com
- Jeffrey K. Garfinkle   jgarfinkle@buchalter.com
- Oscar Garza   ogarza@gibsondunn.com
- Lisa S. Gast   lsg@dwgp.com, lmk@dwgp.com
- Paul R. Gaus   paul.gaus@mccormickbarstow.com
- Duane M. Geck   dmg@severson.com
- Evelina Gentry   evelina.gentry@akerman.com, rob.diwa@akerman.com
- Janet D. Gertz   jgertz@btlaw.com, amattingly@btlaw.com
- Christopher Gessner   cgessner@akingump.com, NYMCO@akingump.com
- R. Dale Ginter   dginter@downeybrand.com
- Jon T. Givens   givensjt@gmail.com, cwilson@wattsguerra.com
- Barry S. Glaser   bglaser@lkfirm.com
- Paul R. Glassman   pglassman@sycr.com
- Gabriel I. Glazer   gglazer@pszjlaw.com
- Gabrielle Glemann   gabrielle.glemann@stoel.com, rene.alvin@stoel.com
- Jaime Godin   Jtouchstone@fddcm.com
- Matthew A. Gold   courts@argopartners.net
- Eric D. Goldberg   eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- Craig Goldblatt   Craig.Goldblatt@wilmerhale.com, whdocketing@wilmerhale.com
- Amy L. Goldman   goldman@lbbslaw.com
- Eric S. Goldstein   egoldstein@goodwin.com
- Rhonda Stewart Goldstein   Rhonda.Goldstein@ucop.edu, Lissa.Ly@ucop.edu
- Richard H. Golubow   rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com
- Michael J. Gomez   mgomez@frandzel.com, dmoore@frandzel.com
- Michael W. Goodin   mgoodin@clausen.com, mgenova@clausen.com
- Eric R. Goodman   egoodman@bakerlaw.com
- Mark A. Gorton   mgorton@boutinjones.com, cdomingo@boutininc.com
- Mark A. Gorton   mgorton@boutininc.com, cdomingo@boutininc.com
- Michael I. Gottfried   MGottfried@elkinskalt.com, AAburto@elkinskalt.com
- Louis Gottlieb   Lgottlieb@labaton.com, mpenrhyn@labaton.com
- Eric A. Grasberger   eric.grasberger@stoel.com, docketclerk@stoel.com
- Debra I. Grassgreen   dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- Eric A. Gravink   eric@rhrc.net
- Elizabeth A. Green   egreen@bakerlaw.com, orlbankruptcy@bakerlaw.com
- Tracy Green   tgreen@wendel.com, bankruptcy@wendel.com
- Mitchell B. Greenberg   mgreenberg@abbeylaw.com, mmeroney@abbeylaw.com
- Brian Gregory   b.gregory@veenfirm.com, EL.Team@Veenfirm.com

- **Matthew W. Grimshaw**  matt@grimshawlawgroup.com, ecfmarshackhays@gmail.com
- **Stuart G. Gross**  sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com
- **Carl L. Grumer**  cgrumer@manatt.com, mchung@manatt.com
- **Elizabeth M. Guffy**  eguffy@lockelord.com, autodocket@lockelord.com
- **Cameron Gulden**  cameron.m.gulden@usdoj.gov
- **Mirco J. Haag**  mhaag@buchalter.com, dcyrankowski@buchalter.com
- **Laurie Hager**  lhager@sussmanshank.com
- **J. Noah Hagey**  hagey@braunhagey.com, tong@braunhagey.com
- **Oren Buchanan Haker**  oren.haker@stoel.com, rene.alvin@stoel.com
- **Kristopher M. Hansen**  dmohamed@stroock.com, mmagzamen@stroock.com
- **Adam C. Harris**  adam.harris@srz.com, james.bentley@srz.com
- **Robert G. Harris**  rob@bindermalter.com
- **Christopher H. Hart**  chart@nutihart.com, nwhite@nutihart.com
- **Bryan L. Hawkins**  bryan.hawkins@stoel.com, Sharon.witkin@stoel.com
- **Jan M Hayden**  jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com
- **Jennifer C. Hayes**  jhayes@fhlawllp.com
- **Geoffrey A. Heaton**  gheaton@duanemorris.com, dmicros@duanemorris.com
- **Alaina R. Heine**  alaina.heine@dechert.com, brett.stone@dechert.com
- **Cristina A. Henriquez**  chenriquez@mayerbrown.com
- **Stephen E. Hessler, P.C.**  , jozette.chong@kirkland.com
- **Matthew Heyn**  matthew.heyn@doj.ca.gov
- **Sean T. Higgins**  aandrews@andrewsthornton.com, shiggins@andrewsthornton.com
- **Morgan R. Hirst**  mhirst@jonesday.com, mmelvin@jonesday.com
- **Miriam E. Hiser**  mhiser@hiserlaw.com
- **Michael R. Hogue**  hoguem@gtlaw.com, navarrom@gtlaw.com
- **David Holtzman**  david.holtzman@hklaw.com
- **Alexandra S. Horwitz**  allie.horwitz@dinsmore.com
- **Linda Tai Hoshide**  linda.hoshide@wilsonelser.com, noemi.santiago@wilsonelser.com
- **Marsha Houston**  mhouston@reedsmith.com, hvalencia@reedsmith.com
- **Shane Huang**  shane.huang@usdoj.gov
- **Brian D. Huben**  hubenb@ballardspahr.com
- **Jonathan Hughes**  , jane.rustice@aporter.com
- **Edward R. Huguenin**  ehuguenin@hugueninkahn.com, jguzman@hugueninkahn.com
- **Michael A. Isaacs**  Michael.Isaacs@dentons.com, Alissa.Worthing@dentons.com
- **Mark V. Isola**  mvi@sbj-law.com
- **J. Eric Ivester**  Eric.Ivester@skadden.com, Andrea.Bates@skadden.com
- **J. Eric Ivester**  Andrea.Bates@skadden.com
- **Kizzy L. Jarashow**  KJarashow@goodwinlaw.com, AFraticelliLouallen@goodwinlaw.com
- **Ivan C. Jen**  ivan@icjenlaw.com
- **Monique Jewett-Brewster**  mjb@hopkinscarley.com, eamaro@hopkinscarley.com
- **James O. Johnston**  jjohnston@jonesday.com

- **Chris Johnstone**  chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com
- **Andrew Jones**  andrew@ajoneslaw.com
- **Gregory K. Jones**  GJones@dykema.com, cacossano@dykema.com
- **John L. Jones**  JJones@chwlaw.us, JLJones2@outlook.com
- **Robert A. Julian**  rjulian@bakerlaw.com, hhammonturano@bakerlaw.com
- **George H. Kalikman**  gkalikman@schnader.com, sdavenport@schnader.com
- **Roberto J. Kampfner**  rkampfner@whitecase.com, mco@whitecase.com
- **Bonnie E. Kane**  bonnie@thekanelawfirm.com, skane@thekanelawfirm.com
- **Gary M. Kaplan**  gkaplan@fbm.com, calendar@fbm.com
- **Robert B. Kaplan**  rbk@jmbm.com
- **Eve H. Karasik**  ehk@lnbyb.com
- **Michael G. Kasolas**  trustee@kasolas.net, CA30@ecfcbis.com,ecf.alert+Kasolas@titlexi.com
- **Elyssa S. Kates**  ekates@bakerlaw.com
- **Ori Katz**  okatz@sheppardmullin.com, LSegura@sheppardmullin.com
- **William M. Kaufman**  wkaufman@smwb.com
- **Jane G. Kearl**  jkearl@watttieder.com, jbenton@watttieder.com
- **Tobias S. Keller**  tkeller@kbkllp.com
- **Lynette C. Kelly**  ustpregion17.oa.ecf@usdoj.gov
- **Matthew K. Kelsey**  mkelsey@gibsondunn.com
- **Gerald P. Kennedy**  gerald.kennedy@procopio.com, kristina.terlaga@procopio.com
- **Erica L. Kerman**  ekerman@willkie.com
- **Samuel A. Khalil**  skhalil@milbank.com, jbrewster@milbank.com
- **Samuel M. Kidder**  skidder@ktbslaw.com
- **Marc Kieselstein**  , carrie.oppenheim@kirkland.com
- **Jane Kim**  jkim@kbkllp.com
- **Mary H. Kim**  Mary.Kim@dechert.com, brett.stone@dechert.com
- **Kody D. L. Kleber**  kkleber@bakerlaw.com, dmartinez@bakerlaw.com
- **Matthew Ryan Klinger**  mklinger@sheppardmullin.com, DGatmen@sheppardmullin.com
- **Bradley C. Knapp**  bknapp@lockelord.com, Yamille.Harrison@lockelord.com
- **Kelly V. Knight**  kelly.knight@srz.com
- **Lydia Vanessa Ko**  Lvko@stonelawoffice.com
- **Thomas F. Koegel**  tkoegel@crowell.com
- **Katherine Kohn**  kkohn@groom.com, ashahinllari@groom.com
- **Andy S. Kong**  kong.andy@arentfox.com, Yvonne.Li@arentfox.com
- **Anna Kordas**  akordas@jonesday.com, mmelvin@jonesday.com
- **Alan W. Kornberg**  , akornberg@paulweiss.com
- **Bernard Kornberg**  bjk@severson.com
- **David I. Kornbluh**  dik@millermorton.com, mhr@millermorton.com
- **Lauren Kramer**  lkramer@rjo.com
- **Jeffrey C. Krause**  jkrause@gibsondunn.com
- **Thomas R. Kreller**  tkreller@milbank.com
- **Lindsey E. Kress**  lkress@lockelord.com, autodocket@lockelord.com

- Hannah C. Kreuser  hkreuser@porterlaw.com, ooberg@porterlaw.com
- Michael Thomas Krueger  michael.krueger@ndlf.com, Havilyn.lee@ndlf.com
- Robert T. Kugler  robert.kugler@stinson.com
- Duane Kumagai  dkumagai@maynardcooper.com, Mshabpareh@maynardcooper.com
- Brendan M. Kunkle  bkunkle@abbeylaw.com, lmeyer@abbeylaw.com
- Alisa C. Lacey  alisa.lacey@stinson.com, karen.graves@stinson.com
- Timothy S. Laffredi  timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov
- Timothy S. Laffredi  timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov
- Richard A. Lapping  rich@trodellalapping.com
- Omeed Latifi  olatifi@theadlerfirm.com, kdeubler@theadlerfirm.com
- John E. Lattin  jlattin@ostergar.com, cslovenec@ostergar.com
- Paul J. Laurin  plaurin@btlaw.com, slmoore@btlaw.com
- Michael Lauter  mlauter@sheppardmullin.com
- Kenneth T. Law  klaw@bbslaw.com
- Francis J. Lawall  lawallf@pepperlaw.com, henrys@pepperlaw.com
- Andrew Michael Leblanc  ALeblanc@milbank.com
- Erica Lee  Erica.Lee@doj.ca.gov
- Scott Lee  scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com
- Paul J. Leeds  leedsp@higgslaw.com
- Edward J. Leen  eleen@mkbllp.com
- Lisa Lenherr  llenherr@wendel.com, bankruptcy@wendel.com
- Matthew A. Lesnick  matt@lesnickprince.com, jmack@lesnickprince.com
- Bryn G. Letsch  bletsch@braytonlaw.com
- David B. Levant  david.levant@stoel.com, rene.alvin@stoel.com
- Andrew H. Levin  alevin@wcghlaw.com
- David Levine  dnl@groom.com
- Marc A. Levinson  Malevinson@orrick.com, casestream@ecf.courtdrive.com
- Dara Levinson Silveira  dsilveira@kbkllp.com
- Alexander James Demitro Lewicki  kdiemer@diemerwei.com
- Alexander James Demitro Lewicki  alewicki@diemerwei.com
- William Thomas Lewis  wtl@roblewlaw.com, kimwrenn@msn.com
- Lauren Lifland  lauren.lifland@wilmerhale.com, whdocketing@wilmerhale.com
- William S. Lisa  , jcaruso@nixonpeabody.com
- William S. Lisa  wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com
- Jonathan A. Loeb  jon.loeb@bingham.com
- Michael B. Lubic  michael.lubic@klgates.com
- John William Lucas  jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Joseph R. Lucia  PersonalInjuryGroup@RLSlawyers.com
- Jane Luciano  jane-luciano@comcast.net
- Kerri Lyman  klyman@irell.com
- Carissa A. Lynch  Carissa.Lynch@ftb.ca.gov, Martha.Gehrig@ftb.ca.gov
- John H. MacConaghy  macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com
- Iain A. Macdonald  iain@macfern.com, ecf@macfern.com

- **Tracy L. Mainguy**  tmainguy@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- **Samuel R. Maizel**  samuel.maizel@dentons.com, alicia.aguilar@dentons.com
- **Adam Malatesta**  adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com
- **Katharine Malone**  malonek@gtlaw.com
- **Liam K. Malone**  malone@oles.com, shahin@oles.com
- **Michael W. Malter**  michael@bindermalter.com
- **Craig Margulies**  cmargulies@margulies-law.com, lsalazar@margulies-law.com
- **Geoffrey E. Marr**  gemarr59@hotmail.com
- **Richard A. Marshack**  rmarshack@marshackhays.com, rmarshack@ecf.courtdrive.com
- **Catherine Martin**  cmartin@simon.com, rtucker@simon.com;bankruptcy@simon.com
- **Laila Masud**  lmasud@marshackhays.com, lmasud@ecf.courtdrive.com
- **David P. Matthews**  jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com
- **Patrick C. Maxcy**  patrick.maxcy@snrdenton.com
- **Benjamin P. McCallen**  bmccallen@willkie.com
- **Thomas E. McCurnin**  tmccurnin@bkolaw.com, kescano@bkolaw.com
- **Hugh M. McDonald**  hugh.mcdonald@troutman.com, john.murphy@troutman.com
- **Hugh M. McDonald**  , john.murphy@troutman.com
- **C. Luckey McDowell**  Luckey.McDowell@Shearman.com
- **Matthew D. McGill**  MMcGill@gibsondunn.com
- **Melissa C. McLaughlin**  mcmclaughlin@venable.com, ataylor@venable.com
- **Scott H. McNutt**  SMcNutt@ml-sf.com, csnell@ml-sf.com
- **Thomas Melone**  Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com
- **Peter Meringolo**  peter@pmrklaw.com
- **Frank A. Merola**  lacalendar@stroock.com, mmagzamen@stroock.com
- **Jennifer L. Mersing**  jennifer.mersing@stoel.com, lisa.petras@stoel.com
- **Joshua M. Mester**  jmester@jonesday.com
- **Matthew D. Metzger**  belvederelegalecf@gmail.com
- **Merle C. Meyers**  mmeyers@mlg-pc.com
- **Randy Michelson**  randy.michelson@michelsonlawgroup.com
- **Gerardo Mijares-Shafai**  Gerardo.Mijares-Shafai@arnoldporter.com, kenneth.anderson@arnoldporter.com
- **Joel S. Miliband**  jmiliband@brownrudnick.com
- **Joseph G. Minias**  jminias@willkie.com
- **M. David Minnick**  dminnick@pillsburylaw.com, docket@pillsburylaw.com
- **Benjamin Mintz**  benjamin.mintz@arnoldporter.com, valerie.foley@arnoldporter.com
- **Nancy Mitchell**  nmitchell@omm.com
- **Thomas C. Mitchell**  tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com
- **John A. Moe**  john.moe@dentons.com, glenda.spratt@dentons.com

- **Aaron J. Mohamed** ajm@brereton.law, aaronmohamedlaw@gmail.com
- **Kevin Montee** kmontee@monteeassociates.com
- **David W. Moon** lacalendar@stroock.com, mmagzamen@stroock.com
- **Diane Marger Moore** dmargermoore@baumhedlundlaw.com
- **Erika L. Morabito** emorabito@foley.com, hsiagiandraughn@foley.com
- **Candace J. Morey** cjm@cpuc.ca.gov
- **Courtney L. Morgan** morgan.courtney@pbgc.gov
- **Kimberly S. Morris** kmorris@bakerlaw.com, tpetre@bakerlaw.com
- **Rodney Allen Morris** Rodney.Morris2@usdoj.gov
- **Joshua D. Morse** Joshua.Morse@dlapiper.com, docket@pillsburylaw.com
- **Andrew H. Morton** andrew.morton@stoel.com, lisa.petras@stoel.com
- **Thomas G. Mouzes** tmouzes@boutinjones.com, cdomingo@boutininc.com
- **Peter S. Munoz** pmunoz@reedsmith.com, gsandoval@reedsmith.com
- **John Leland Murphree** LMurphree@maynardcooper.com, mshabpareh@maynardcooper.com
- **Bennett J. Murphy** bmurphy@bennettmurphylaw.com
- **Michael S. Myers** myersms@ballardspahr.com
- **Alan I. Nahmias** anahmias@mbnlawyers.com, jdale@mbnlawyers.com
- **David L. Neale** dln@lnbrb.com
- **David L. Neale** dln@lnbyb.com
- **David Neier** dneier@winston.com
- **Brittany J. Nelson** bnelson@foley.com, hsiagiandraughn@foley.com
- **Michael S. Neumeister** MNeumeister@gibsondunn.com
- **Howard S. Nevins** hnevins@hsmlaw.com
- **Samuel A. Newman** sam.newman@sidley.com, laefilingnotice@sidley.com
- **Melissa T. Ngo** ngo.melissa@pbgc.gov, efile@pbgc.gov
- **Mario R. Nicholas** mario.nicholas@stoel.com, cherie.clark@stoel.com
- **Sean Nolan** snolan@akingump.com, NYMCO@akingump.com
- **Gregory C. Nuti** gnuti@nutihart.com, nwhite@nutihart.com
- **Abigail O'Brient** aobrient@mintz.com, docketing@mintz.com
- **Alicia D. O'Neill** aoneill@wattsguerra.com, cwilson@wattsguerra.com
- **Julie E. Oelsner** joelsner@weintraub.com, bjennings@weintraub.com
- **Office of the U.S. Trustee / SF** USTPRegion17.SF.ECF@usdoj.gov
- **Aron M. Oliner** roliner@duanemorris.com, dmicros@duanemorris.com
- **Matthew Jon Olson** matt@macfern.com, stell.laura@dorsey.com
- **Scott Olson** solson@vedderprice.com, nortega@vedderprice.com
- **Steven M. Olson** smo@smolsonlaw.com
- **Aram Ordubegian** Ordubegian.Aram@ArentFox.com
- **Keith C. Owens** kowens@venable.com, bclark@venable.com;khoang@venable.com
- **Gabriel Ozel** , gabeozel@gmail.com
- **Margarita Padilla** Margarita.Padilla@doj.ca.gov
- **Amy S. Park** amy.park@skadden.com, alissa.turnipseed@skadden.com
- **Donna Taylor Parkinson** donna@parkinsonphinney.com
- **Peter S. Partee** ppartee@huntonak.com, candonian@huntonak.com
- **Paul J. Pascuzzi** ppascuzzi@ffwplaw.com, docket@ffwplaw.com

- **Kenneth Pasquale** , mlaskowski@stroock.com
- **Valerie Bantner Peo** vbantnerpeo@buchalter.com
- **Yosef Peretz** , skim@peretzlaw.com
- **Christian A. Pereyda** CPereyda@maynardcooper.com, mshabpareh@maynardcooper.com
- **Thomas R. Phinney** tom@parkinsonphinney.com
- **R. Alexander Pilmer** alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
- **M. Ryan Pinkston** rpinkston@seyfarth.com, jmcdermott@seyfarth.com
- **Estela O. Pino** epino@epinolaw.com, rmahal@epinolaw.com
- **Gregory Plaskett** GREGORY.PLASKETT@GMAIL.COM, HKHAPPYGRL1@GMAIL.COM
- **Mark D. Plevin** mplevin@crowell.com
- **Steven G. Polard** spolard@eisnerlaw.com
- **Mark D. Poniatowski** ponlaw@ponlaw.com
- **Cara M. Porter** Cara.Porter@doj.ca.gov, Taryn.Lovett@doj.ca.gov
- **William L. Porter** bporter@porterlaw.com, Ooberg@porterlaw.com
- **Christopher E. Prince** cprince@lesnickprince.com
- **Douglas B. Provencher** dbp@provlaw.com
- **Stacey C. Quan** squan@steyerlaw.com, pspencer@steyerlaw.com
- **Amy C. Quartarolo** amy.quartarolo@lw.com
- **Lary Alan Rappaport** lrappaport@proskauer.com, PHays@proskauer.com
- **Justin E. Rawlins** justinrawlins@paulhastings.com
- **Hugh M. Ray** hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com
- **Paul F. Ready** smeyer@farmerandready.com
- **Caroline A. Reckler** caroline.reckler@lw.com
- **David M. Reeder** david@reederlaw.com, secretary@reederlaw.com
- **Steven J. Reisman** sreisman@katten.com, nyc.bknotices@kattenlaw.com
- **Jeffrey M. Reisner** jreisner@irell.com
- **Jack A. Reitman** , srichmond@lgbfirm.com
- **Emily P. Rich** erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- **David J. Richardson** drichardson@bakerlaw.com, aagonzalez@bakerlaw.com
- **Christopher O. Rivas** crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- **David B. Rivkin** drivkin@bakerlaw.com, jmeeks@bakerlaw.com
- **John R. Rizzardi** kcoselman@cairncross.com, tnguyen@cairncross.com
- **Daniel Robertson** robertson.daniel@pbgc.gov, efile@pbgc.gov
- **Lacey E. Rochester** lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com
- **Michael Rogers** mrogers@lambertrogers.com, jan@lambertrogers.com
- **Julie H. Rome-Banks** julie@bindermalter.com
- **Jorian L. Rose** jrose@bakerlaw.com
- **Laurence M. Rosen** lrosen@rosenlegal.com, zstanco@rosenlegal.com
- **Paul M. Rosenblatt** prosenblatt@kilpatricktownsend.com, mwilliams@kilpatricktownsend.com

- **David A. Rosenzweig** david.rosenzweig@nortonrosefulbright.com, thomas.burns@nortonrossefulbright.com
- **Allan Robert Rosin** arrosin@alr-law.com
- **Jay M. Ross** jross@hopkinscarley.com, eamaro@hopkinscarley.com
- **Gregory A. Rougeau** grougeau@brlawsf.com
- **Stacy H. Rubin** rubins@ballardspahr.com, BKTDocket_West@ballardspahr.com
- **Jason C. Rubinstein** jrubinstein@fklaw.com, mclerk@fklaw.com
- **Nathan Q. Rugg** nathan.rugg@bfkn.com, jean.montgomery@bfkn.com
- **Thomas B. Rupp** trupp@kbkllp.com
- **Eric E. Sagerman** esagerman@bakerlaw.com
- **Robert Sahyan** rsahyan@sheppardmullin.com, JNakaso@sheppardmullin.com
- **Gregory M. Salvato** gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com
- **Jonathan C. Sanders** jsanders@stblaw.com
- **Nanette D. Sanders** nanette@ringstadlaw.com, becky@ringstadlaw.com
- **Natalie Kathleen Sanders** natalie.sanders@bakerbotts.com
- **Lovee Sarenas** Lovee.sarenas@lewisbrisbois.com
- **Sunny S. Sarkis** sunny.sarkis@stoel.com, dawn.forgeur@stoel.com
- **Patricia Savage** psavesq@gmail.com, jodi.savage@gmail.com
- **Sblend A. Sblendorio** sas@hogefenton.com
- **Francis O. Scarpulla** fos@scarpullalaw.com, cpc@scarpullalaw.com
- **Daren M Schlecter** daren@schlecterlaw.com, info@schlecterlaw.com
- **Bradley R. Schneider** bradley.schneider@mto.com, jeffrey.wu@mto.com
- **Harvey S. Schochet** Harveyschochet@dwt.com
- **Nathan A. Schultz** nschultz@goodwinlaw.com, kjarashow@goodwinlaw.com
- **Lisa Schweitzer** lschweitzer@cgsh.com
- **Eric J. Seiler** eseiler@fklaw.com, mclerk@fklaw.com
- **David B. Shemano** dshemano@pwkllp.com
- **James A. Shepherd** jim@jsheplaw.com, shepIGN@gmail.com
- **Leonard M. Shulman** lshulman@shbllp.com
- **Andrew I. Silfen** andrew.silfen@arentfox.com
- **Wayne A. Silver** w_silver@sbcglobal.net, ws@waynesilverlaw.com
- **Brandt Silver-Korn** bsilverkorn@edelson.com, docket@edelson.com
- **Craig S. Simon** csimon@bergerkahn.com, aketcher@bergerkahn.com
- **Gerald Singleton** gerald@slffirm.com, BKECFCANB@SLFfirm.com
- **Steven J. Skikos** sskikos@skikos.com, mmontoya@skikos.com
- **Michael K. Slattery** mslattery@lkfirm.com, rramirez@lkfirm.com
- **Dania Slim** dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com
- **Jennifer N. Slocum** jennifer.slocum@stoel.com, docketclerk@stoel.com
- **Aaron C. Smith** asmith@lockelord.com, autodocket@lockelord.com
- **Alan D. Smith** adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com
- **Jan D. Sokol** jdsokol@lawssl.com, dwright@lawssl.com
- **Randye B. Soref** rsoref@polsinelli.com
- **Joseph Sorkin** jsorkin@akingump.com, NYMCO@akingump.com
- **Bennett L. Spiegel** blspiegel@jonesday.com
- **Michael St. James** ecf@stjames-law.com

- **Diane C. Stanfield**   diane.stanfield@alston.com, nelly.villaneda@alston.com
- **Howard J. Steinberg**   steinbergh@gtlaw.com, pearsallt@gtlaw.com
- **Harriet A. Steiner**   harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com
- **Lillian G. Stenfeldt**   lillian.stenfeldt@rimonlaw.com, jon.arneson@sedgwicklaw.com
- **Lillian G. Stenfeldt**   lillian.stenfeldt@sdma.com, jon.arneson@sedgwicklaw.com
- **Cheryl L. Stengel**   clstengel@outlook.com, stengelcheryl40@gmail.com
- **David M. Stern**   dstern@ktbslaw.com
- **Geoffrey S. Stewart**   gstewart@jonesday.com, mmelvin@jonesday.com
- **Alan J. Stone**   AStone@milbank.com, DMcCracken@Milbank.com
- **Jason D. Strabo**   jstrabo@mwe.com, shill@mwe.com
- **Michael H. Strub**   mstrub@irell.com, mhstrub1@gmail.com
- **Rebecca Suarez**   rsuarez@crowell.com
- **Brad T. Summers**   summerst@lanepowell.com, docketing-pdx@lanepowell.com
- **Kristine Theodesia Takvoryan**   ktakvoryan@ckrlaw.com
- **Derrick Talerico**   dtalerico@ztlegal.com, sfritz@ztlegal.com
- **Kesha Tanabe**   kesha@tanabelaw.com
- **Mary Ellmann Tang**   mtang@frenchlyontang.com, nblackwell@frenchlyontang.com
- **Elizabeth Lee Thompson**   ethompson@stites.com, docketclerk@stites.com
- **John C. Thornton**   jct@andrewsthornton.com, aandrews@andrewsthornton.com
- **Elisa Tolentino**   cao.main@sanjoseca.gov
- **Meagan S. Tom**   Meagan.tom@lockelord.com, autodocket@lockelord.com
- **Edward J. Tredinnick**   etredinnick@greeneradovsky.com
- **Matthew Jordan Troy**   matthew.troy@usdoj.gov
- **Michael Tye**   Michael.Tye@usdoj.gov
- **Gary D. Underdahl**   gunderdahl@askllp.com, lmiskowiec@askllp.com
- **Andrew Van Ornum**   avanornum@vlmglaw.com, hchea@vlmglaw.com
- **Shmuel Vasser**   shmuel.vasser@dechert.com, brett.stone@dechert.com
- **Victor A. Vilaplana**   vavilaplana@foley.com, rhurst@foley.com
- **Marta Villacorta**   marta.villacorta@usdoj.gov
- **Carol C. Villegas**   cvillegas@labaton.com, NDonlon@labaton.com
- **John A. Vos**   InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
- **Bao M. Vu**   bao.vu@stoel.com, sharon.witkin@stoel.com
- **Nicholas Wagner**   kschemen@wagnerjones.com, bwagner@wagnerjones.com
- **Jonathan D. Waisnor**   jwaisnor@willkie.com, mao@willkie.com
- **Riley C. Walter**   ecf@W2LG.com
- **Phillip K. Wang**   phillip.wang@rimonlaw.com
- **Philip S. Warden**   philip.warden@pillsburylaw.com, kathy.stout@pillsburylaw.com
- **Gregory P. Waters**   gwaters@elllaw.com, gregorywatersesq@gmail.com
- **Guy L. Watts**   gwatts@wattsguerra.com, cwilson@wattsguerra.com
- **Mikal C. Watts**   mcwatts@wattsguerra.com, cwilson@wattsguerra.com
- **Lindsi M. Weber**   lweber@polsinelli.com, yderac@polsinelli.com
- **Joseph M. Welch**   jwelch@buchalter.com, dcyrankowski@buchalter.com
- **David Walter Wessel**   DWessel@efronlawfirm.com, hporter@chdlawyers.com

- **Joseph West** westjoseph@earthlink.net, josephw998@gmail.com
- **Drew M. Widders** dwidders@wilcoxenlaw.com, nina@wilcoxenlaw.com
- **Jason P. Williams** , maryanne@wplgattorneys.com
- **Eric R. Wilson** kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com
- **Kimberly S. Winick** kwinick@clarktrev.com, knielsen@clarktrev.com
- **Rebecca J. Winthrop** rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonrosefulbright.com
- **David Wirt** david.wirt@hklaw.com, denise.harmon@hklaw.com
- **Ryan A. Witthans** rwitthans@fhlawllp.com
- **Risa Lynn Wolf-Smith** rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com
- **Douglas Wolfe** dwolfe@asmcapital.com
- **Andrea Wong** wong.andrea@pbgc.gov, efile@pbgc.gov
- **Christopher Kwan Shek Wong** christopher.wong@arentfox.com
- **David A. Wood** dwood@marshackhays.com, lbuchanan@marshackhays.com
- **Kirsten A. Worley** kw@wlawcorp.com, admin@wlawcorp.com
- **Kinga Wright** kinga.wright@lockelord.com, autodocket@lockelord.com
- **Antonio Yanez** ayanez@willkie.com
- **Cathy Yanni** cathy@cathyyanni.com, pstrunk@browngreer.com
- **Andrew Yaphe** andrew.yaphe@davispolk.com, pge.dpw.routing@davispolk.com
- **Tacie H. Yoon** tyoon@crowell.com
- **Bennett G. Young** byoung@jmbm.com, jb8@jmbm.com
- **Christopher L. Young** cyoung@cairncross.com, nspringstroh@cairncross.com
- **Nicole M. Zeiss** nzeiss@labaton.com
- **Paul H. Zumbro** mao@cravath.com
- **Brittany Zummer** bzummer@theadlerfirm.com, nfournier@theadlerfirm.com
- **Dario de Ghetaldi** deg@coreylaw.com, lf@coreylaw.com