**LABATON SUCHAROW LLP**
Thomas A. Dubbs
Carol C. Villegas
Jeffrey A. Dubbin (SBN 287199)
140 Broadway
New York, New York 10005

*Lead Counsel to Lead Plaintiff and the Proposed Class*

**MICHELSON LAW GROUP**
Randy Michelson (SBN 114095)
220 Montgomery Street, Suite 2100
San Francisco, California 94104

*Bankruptcy Counsel to Lead Plaintiff and the Proposed Class*

**LOWENSTEIN SANDLER LLP**
Michael S. Etkin (*pro hac vice*)
Andrew Behlmann (*pro hac vice*)
One Lowenstein Drive
Roseland, New Jersey 07068

*Bankruptcy Counsel to Lead Plaintiff and the Proposed Class*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>- and –<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☒ Affects Both Debtors<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company | Case No. 19-30088 (DM) (Lead Case)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br><br><br><br>**NOTICE OF APPEAL AND STATEMENT OF ELECTION TO HAVE APPEAL HEARD BY DISTRICT COURT** |

NOTICE IS HEREBY GIVEN that Public Employees Retirement Association of New Mexico ("**Securities Lead Plaintiff**"), the court-appointed lead plaintiff in the securities class action captioned as *In re PG&E Corporation Securities Litigation*, Case No. 18-03509 (the "**Securities Litigation**") pending in the United States District Court for the Northern District of California, on behalf of itself and the proposed class it represents in the Securities Litigation, together with York County on behalf of the County of York Retirement Fund, City of Warren Police and Fire Retirement System, and Mid-Jersey Trucking Industry & Local No. 701 Pension Fund (collectively with Securities Lead Plaintiff, "**Securities Plaintiffs**"), hereby appeals from the *Order Confirming Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020* entered on June 20, 2020 [ECF No. 8053] (the "**Confirmation Order**"), solely to the extent of seeking review of that part of the Confirmation Order approving the Insurance Deduction[1] with respect to the formula for the determination of HoldCo Rescission or Damage Claims. Copies of the transcript of the June 19 Hearing wherein the Bankruptcy Court issued its ruling with respect to the Insurance Deduction and the Confirmation Order are attached hereto as **Exhibit A** and **Exhibit B** respectively.

Pursuant to 28 U.S.C. § 158(c) and Bankruptcy Rule 8005(a), Securities Plaintiffs elect to have their appeal from the oral ruling at the June 19 Hearing and Confirmation Order, limited to the Insurance Deduction, heard by the United States District Court for the Northern District of California rather than by the Bankruptcy Appellate Panel for the Ninth Circuit.

The names of all parties to the Confirmation Order other than Lead Plaintiff, and the names, addresses, and telephone numbers of their respective attorneys, are:

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020* [ECF No. 8048].

| Party | Counsel |
|---|---|
| Debtors | WEIL, GOTSHAL & MANGES LLP<br>Stephen Karotkin (*pro hac vice*)<br>Theodore E. Tsekerides (*pro hac vice*)<br>Richard W. Slack (*pro hac vice*)<br>Jessica Liou (*pro hac vice*)<br>Matthew Goren (*pro hac vice*)<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>Telephone: 212 310 8000<br>Fax: 212 310 8007<br>stephen.karotkin@weil.com<br>theodore.tsekerides<br>richard.slack@weil.com<br>jessica.liou@weil.com<br>matthew.goren@weil.com<br><br>KELLER BENVENUTTI KIM LLP<br>Tobias S. Keller (#151445)<br>Jane Kim (#298192)<br>650 California Street, Suite 1900<br>San Francisco, CA 94108<br>Telephone: 415 496 6723<br>Fax: 650 636 9251<br>tkeller@kbkllp.com<br>jkim@kbkllp.com |
| Shareholder Proponents | JONES DAY<br>Bruce S. Bennett (SBN 105430)<br>Joshua M. Mester (SBN 194783)<br>James O. Johnston (SBN 167330)<br>555 South Flower Street<br>Fiftieth Floor<br>Los Angeles, CA 90071-2300<br>Telephone: 213 489 3939<br>Fax: 213 243 2539<br>bbennett@jonesday.com<br>jmester@jonesday.com<br>jjohnston@jonesday.com |

Dated: July 2, 2020

**LOWENSTEIN SANDLER LLP**
**MICHELSON LAW GROUP**

By: /s/ Randy Michelson
Randy Michelson (SBN 114095)

*Bankruptcy Counsel to Lead Plaintiff and the Class*

- and -

**LABATON SUCHAROW LLP**

*Lead Counsel to Lead Plaintiff and the Class*

- and -

**WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK, LLP**

*Liaison Counsel for the Class*

- and -

**ROBBINS GELLER RUDMAN & DOWD LLP**

*Counsel for the Securities Act Plaintiffs*

- and -

**VANOVERBEKE, MICHAUD & TIMMONY, P.C.**

*Additional Counsel for the Securities Act Plaintiffs*