Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** <br> **PG&E CORPORATION,** <br>     - and - <br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br>                                        **Debtors.** <br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br> * All papers shall be filed in the Lead Case, No. 19-30088 (DM). | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) <br><br> (Jointly Administered) <br><br> **SIXTH SUPPLEMENTAL DECLARATION OF JAMES MESTERHARM OF AP SERVICES, LLC** <br><br> Related Doc: Dkt. Nos. 867, 868, 1299, 1342, 1773, 4718, 5251, 7138 |

Pursuant to 28 U.S.C. § 1746, I, James Mesterharm, state under penalty of perjury, that:

1. I am a Managing Director of AlixPartners, LLP ("**AlixPartners**"), which has a place of business at 909 Third Avenue, Floor 30, New York, New York 10022.

2. I am duly authorized to execute this sixth supplemental declaration on behalf of AP Services, LLC ("**APS**"), an affiliate of AlixPartners LLP.

3. Except as otherwise noted, I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently thereto.

4. I am filing this sixth supplemental declaration to supplement the disclosures that were included in my original declaration dated March 13, 2019 [ECF No. 867], my supplemental declaration dated April 11, 2019 [ECF No. 1342], my second supplemental declaration dated May 1, 2019 [ECF No. 1773], my third supplemental declaration dated November 13, 2019 [ECF No. 4718], my fourth supplemental declaration dated January 2, 2020 [ECF No. 5251] and my fifth supplemental declaration dated May 8, 2020 [ECF No. 7138].

5. Unless otherwise noted, references to AP below collectively refer to AP Holdings, LLP, APS, and each of their respective subsidiaries. APS wishes to disclose the following:

- Cognizant Worldwide Limited, a creditor to the Debtors, has an affiliate that is a current AP client in matters unrelated to the Debtors.
- Cummins Pacific, a vendor to the Debtors, has an affiliate that is a current AP client in matters unrelated to the Debtors.
- Fluor Enterprises, a vendor to the Debtors, has an affiliate that is a current AP client in matters unrelated to the Debtors.
- Granite Construction Company, a vendor to the Debtors, is a current AP client in matters unrelated to the Debtors.
- Pillsbury, a professional in this bankruptcy matter, has an affiliate that is a current AP client in matters unrelated to the Debtors.
- PricewaterhouseCoopers, Inc., a professional in this bankruptcy matter, is a current AP client in matters unrelated to the Debtors.
- Sheppard Mullin Richter & Hampton, a professional in this bankruptcy matter, is a current AP client in matters unrelated to the Debtors.
- ThyssenKrupp Elevator Corporation, a vendor to the Debtors, has an affiliate that is a current AP client in matters unrelated to the Debtors.
- Tullet Prebon Americas Corp., a contract party to the Debtors, is a current AP client in matters unrelated to the Debtors.
- Vitol, Inc., a contract party to the Debtors, is a current AP client in matters unrelated to the Debtors.
- Wells Fargo Bank N.A., a creditor to the Debtors, is a current AP client in matters unrelated to the Debtors.

APS does not believe that the disclosures above impact its disinterestedness. I continue to reserve the right to supplement APS' disclosures in the event that APS discovers any additional connections that require disclosure. If any new material relevant facts or relationships are discovered or arise, APS will promptly file a supplemental declaration pursuant to Bankruptcy Rule 2014(a).

I declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing is true and correct.

Dated: July 2, 2020

AP Services, LLC

_____
James Mesterharm
Authorized Representative

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119