# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.** | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>Ref. Docket No. 7832 |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

GEOFF ZAHM, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with an office at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. I caused to be served the "The Official Committee of Unsecured Creditors' Proposed Modifications to Debtors' Plan and Confirmation Order," dated June 8, 2020 [Docket No. 7832], by causing true and correct copies to be delivered via electronic mail to those parties listed on the attached Exhibit A.

  */s/ Geoff Zahm*
  Geoff Zahm

Sworn to before me this
25th day of June, 2020

*/s/ John Chau*
Notary Public, State of New York
No. 01CH6353383
Qualified in Queens County
Commission Expires January 23, 2021

# EXHIBIT A

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Adler Law Group, Aplc | Attn: E. Elliot Adler, Esq., Geoffrey E. Marr, Esq., & Omeed Latifi, Esq. | eadler@theadlerfirm.com<br>gemarr59@hotmail.com<br>bzummer@theadlerfirm.com<br>olatifi@theadlerfirm.com |
| Adler Law Group, Aplc | Attn: E. Elliot Adler, Geoffrey E. Marr, Brittany S. Zummer, Omeed Latifi | eadler@theadlerfirm.com<br>gemarr59@hotmail.com<br>bzummer@theadlerfirm.com<br>olatifi@theadlerfirm.com |
| Adventist Health System/West | Attn: Robert L. Layton | laytonrl@ah.org |
| Akerman Llp | Attn: Evelina Gentry | evelina.gentry@akerman.com |
| Akerman Llp | Attn: John E. Mitchell And Yelena Archiyan | yelena.archiyan@akerman.com<br>john.mitchell@akerman.com |
| Akin Gump Strauss Hauer & Feld Llp | Attn: Ashley Vinson Crawford | avcrawford@akingump.com |
| Akin Gump Strauss Hauer & Feld Llp | Attn: Michael S. Stamer, Ira S. Dizengoff, David H. Botter | mstamer@akingump.com<br>idizengoff@akingump.com<br>dbotter@akingump.com |
| Andrews & Thornton | Attn: Anne Andrews, Sean T. Higgins, And John C. Thornton | shiggins@andrewsthornton.com<br>jct@andrewsthornton.com<br>aa@andrewsthornton.com |
| Arent Fox Llp | Attn: Andrew I. Silfen, Beth M. Brownstein, Jordana L. Renert | andrew.silfen@arentfox.com<br>beth.brownstein@arentfox.com<br>jordana.renert@arentfox.com |
| Arent Fox Llp | Attn: Andy S. Kong And Christopher K.S. Wong | andy.kong@arentfox.com<br>christopher.wong@arentfox.com |
| Arent Fox Llp | Attn: Aram Ordubegian | aram.ordubegian@arentfox.com |
| Arnold & Porter Kaye Scholer Llp | Attn: Brian Lohan, Esq. | brian.lohan@arnoldporter.com |
| At&T | Attn: James W. Grudus, Esq. | jg5786@att.com |
| Attorney General Of California | Attn: XAVIER BECERRA, DANETTE VALDEZ, And ANNADEL ALMENDRAS | danette.valdez@doj.ca.gov<br>annadel.almendras@doj.ca.gov |
| Attorney General Of California | Attn: XAVIER BECERRA, MARGARITA PADILLA, And JAMES POTTER | james.potter@doj.ca.gov<br>margarita.padilla@doj.ca.gov |

| | | |
|---|---|---|
| Attorney General Of California | Attn: XAVIER BECERRA, MARGARITA PADILLA, And JAMES POTTER | james.potter@doj.ca.gov |
| Bailey And Romero Law Firm | Attn: Martha E. Romero | marthaeromerolaw@gmail.com |
| Baker & Hostetler, Llp | Attn: Eric E. Sagerman, Lauren T. Attard | esagerman@bakerlaw.com lattard@bakerlaw.com |
| Baker & Hostetler, Llp | Attn: Robert A. Julian, Cecily A. Dumas | rjulian@bakerlaw.com cdumas@bakerlaw.com |
| Baker Botts L.L.P. | Attn: Jonathan Shapiro, Daniel Martin | jonathan.shapiro@bakerbotts.com daniel.martin@bakerbotts.com |
| Baker Botts L.L.P. | Attn: Natalie Sanders | natalie.sanders@bakerbotts.com |
| Baker, Donelson, Bearman, Caldwell & Berkowitz, Pc | Attn: John H. Rowland | jrowland@bakerdonelson.com |
| Baker, Donelson, Bearman, Caldwell & Berkowitz, Pc | Attn: Lacey E. Rochester, Jan M. Hayden | lrochester@bakerdonelson.com jhayden@bakerdonelson.com |
| Ballard Spahr Llp | Attn: Brian D. Huben | hubenb@ballardspahr.com |
| Ballard Spahr Llp | Attn: Brian D. Huben, Esq. | hubenb@ballardspahr.com |
| Ballard Spahr Llp | Attn: Craig Solomon Ganz, Michael S. Myers | ganzc@ballardspahr.com myersms@ballardspahr.com |
| Ballard Spahr Llp | Attn: Matthew G. Summers | summersm@ballardspahr.com |
| Ballard Spahr Llp | Attn: Stacy H. Rubin | rubins@ballardspahr.com |
| Ballard Spahr Llp | Attn: Theodore J. Hartl, Esq. | hartlt@ballardspahr.com |
| Bank Of America | Attn: John Mccusker | john.mccusker@baml.com |
| Baron & Budd, P.C. | Attn: Scott Summy, John Fiske | ssummy@baronbudd.com jfiske@baronbudd.com |
| Baum Hedlund Aristei & Goldman, Pc | Attn: Ronald L.M. Goldman, Diane Marger Moore | rgoldman@baumhedlundlaw.com dmargermoore@baumhedlundlaw.com |
| Belvedere Legal, Pc | Attn: Matthew D. Metzger | belvederelegalecf@gmail.com |
| Benesch, Friedlander, Coplan & Aronoff Llp | Attn: Kevin M. Capuzzi, Michael J. Barrie | kcapuzzi@beneschlaw.com mbarrie@beneschlaw.com |
| Benesch, Friedlander, Coplan & Aronoff Llp | Attn: Krista M. Enns | kenns@beneschlaw.com |
| Berger Kahn, A Law Corporation | Attn: Craig S. Simon | csimon@bergerkahn.com |
| Berger Kahn, A Law Corporation | Attn: Craig S. Simon | csimon@bergerkahn.com |
| Berman Tabacco | Attn: Daniel E. Barenbaum | dbarenbaum@bermantabacco.com |
| Best Best & Krieger Llp | Attn: Harriet Steiner | harriet.steiner@bbklaw.com |

| | | |
|---|---|---|
| Bialson, Bergen & Schwab | Attn: Lawrence M. Schwab, Esq. And Kenneth T. Law, Esq. | klaw@bbslaw.com |
| Binder & Malter, Llp | Attn: Michael W. Malter, Robert G. Harris, Heinz Binder | michael@bindermalter.com<br>rob@bindermalter.com<br>heinz@bindermalter.com |
| Bloomfield Law Group, Inc., P.C. | Attn: Neil J. Bloomfield | bklargecase@njblaw.com |
| Boutin Jones Inc. | Attn: Mark Gorton | mgorton@boutinjones.com |
| Braunhagey & Borden LLP | Attn: J. Noah Hagey, Jeffrey M. Theodore, David H. Kwasniewski, Andrew Levine | hagey@braunhagey.com<br>theodore@braunhagey.com<br>kwasniewski@braunhagey.com<br>levine@braunhagey.com |
| Brayton-Purcell Llp | Attn: Alan R. Brayton, Esq. And Bryn G. Letsch, Esq. | bletsch@braytonlaw.com |
| Brothers Smith Llp | Attn: Mark V. Isola | misola@brotherssmithlaw.com |
| Brown Rudnick Llp | Attn: David J. Molton | dmolton@brownrudnick.com |
| Brown Rudnick Llp | Attn: Joel S. Miliband | jmiliband@brownrudnick.com |
| Brunetti Rougeau Llp | Attn: Gregory A. Rougeau | grougeau@brlawsf.com |
| Buchalter, A Professional Corporation | Attn: Valerie Bantner Peo, Shawn M. Christianson | schristianson@buchalter.com<br>vbantnerpeo@buchalter.com |
| California Public Utilities Commission | Attn: Arocles Aguilar, Geoffrey Dryvynsyde, And Candace Morey | arocles.aguilar@cpuc.ca.gov<br>geoffrey.dryvynsyde@cpuc.ca.gov<br>candace.morey@cpuc.ca.gov |
| Casey Gerry Schenk Francavilla Blatt & Penfield, Llp | Attn: David S. Casey, Jr., Jeremy Robinson, P. Camille Guerra, And James M. Davis | dcasey@cglaw.com<br>jrobinson@cglaw.com<br>camille@cglaw.com<br>jdavis@cglaw.com |
| Chevron Products Company, A Division Of Chevron U.S.A. Inc. | Attn: Melanie Cruz, M. Armstrong | melaniecruz@chevron.com<br>marmstrong@chevron.com |
| Choate, Hall & Stewart Llp | Attn: Douglas R. Gooding | dgooding@choate.com |
| Choate, Hall & Stewart Llp | Attn: Johnathan D. Marshall | jmarshall@choate.com |
| Ckr Law, Llp | Attn: Kristine Takvoryan | ktakvoryan@ckrlaw.com |
| Clausen Miller P.C. | Attn: Michael W. Goodin | mgoodin@clausen.com |
| Cleary Gottlieb Sheen & Hamilton Llp | Attn: Lisa Schweitzer | lschweitzer@cgsh.com |
| Cohne Kinghorn, P.C. | Attn: George Hofmann | ghofmann@cohnekinghorn.com |
| Commonwealth Of Pennsylvania | Department Of Labor And Industry | ra-li-ucts-bankrupt@state.pa.us |

| | | |
|---|---|---|
| Cooper, White & Cooper Llp | Attn: Peter C. Califano | pcalifano@cwclaw.com |
| Corey, Luzaich, De Ghetaldi & Riddle Llp | Attn: Dario De Ghetaldi, Amanda L. Riddle, Steven M. Berki, Sumble Manzoor | deg@coreylaw.com<br>alr@coreylaw.com<br>smb@coreylaw.com<br>sm@coreylaw.com |
| Cotchett, Pitre & Mccarthy, Llp | Attn: Frank M. Pitre, Alison E. Cordova | fpitre@cpmlegal.com<br>acordova@cpmlegal.com |
| County Of Sonoma | Attn: Tambra Curtis | tambra.curtis@sonoma-county.org |
| County Of Yolo | Attn: Eric May | eric.may@yolocounty.org |
| Cozen O'connor | Attn: Fulton Smith, Iii | fsmith@cozen.com |
| Cozen O'connor | Attn: Mark E. Fleger | mfelger@cozen.com |
| Crowell & Moring Llp | Attn: Mark D. Plevin | mplevin@crowell.com |
| Crowell & Moring Llp | Attn: Monique D. Almy | malmy@crowell.com |
| Crowell & Moring Llp | Attn: Tacie H. Yoon | tyoon@crowell.com |
| Crowell & Moring Llp | Attn: Thomas F. Koegel | tkoegel@crowell.com |
| Danko Meredith | Attn: Michael S. Danko, Kristine K. Meredith, Shawn R. Miller | mdanko@dankolaw.com<br>kmeredith@dankolaw.com<br>smiller@dankolaw.com |
| Davis Polk & Wardwell Llp | Attn: Andrew D. Yaphe | andrew.yaphe@davispolk.com |
| Davis Polk & Wardwell Llp | Attn: Eli J. Vonnegut, David Schiff, Timothy Graulich | eli.vonnegut@davispolk.com<br>david.schiff@davispolk.com<br>timothy.graulich@davispolk.com |
| Debra Grassgreen | Attn: Karl Knight | dgrassgreen@gmail.com |
| Dechert LLP | Attn: Allan S. Brilliant, Shmuel Vasser, Alaina R. Heine | allan.brilliant@dechert.com<br>shmuel.vasser@dechert.com<br>alaina.heine@dechert.com |
| Dechert LLP | Attn: Mary H. Kim | mary.kim@dechert.com |
| Dentons US LLP | Attn: John A. Moe, II | john.moe@dentons.com |
| Dentons US LLP | Attn: Lauren Macksoud | lauren.macksoud@dentons.com |
| Dentons US LLP | Attn: Michael A. Isaacs, Esq. | michael.isaacs@dentons.com |
| Dentons US LLP | Attn: Oscar N. Pinkas | oscar.pinkas@dentons.com |
| Dentons US LLP | Attn: Peter D. Wolfson | peter.wolfson@dentons.com |
| Dentons US LLP | Attn: Samuel R. Maizel, Esq. | samuel.maizel@dentons.com |

| | | |
|---|---|---|
| Diemer & Wei, Llp | Attn: Kathryn S. Diemer, Alexander J. Lewicki | kdiemer@diemerwei.com  alewicki@diemerwei.com |
| Dla Piper Llp (Us) | Attn: Eric Goldberg, David Riley | david.riley@dlapiper.com  eric.goldberg@dlapiper.com |
| Dla Piper Llp (Us) | Attn: Joshua D. Morse | joshua.morse@dlapiper.com |
| Dreyer Babich Buccola Wood Campora, Llp | Attn: Steven M. Campora | scampora@dbbwc.com |
| Dykema Gossett Llp | Attn: Gregory K. Jones | gjones@dykema.com |
| East Bay Community Energy Authority | Attn: Leah S. Goldberg | lgoldberg@ebce.org |
| Edelson PC | Attn: Rafey S. Balabanian, Todd Logan, Brandt Silver-Korn | rbalabanian@edelson.com  tlogan@edelson.com  tlogan@edelson.com |
| Edp Renewables North America Llc | Attn: Randy Sawyer | leslie.freiman@edpr.com  randy.sawyer@edpr.com |
| Engel Law, P.C. | Attn: G. Larry Engel | larry@engeladvice.com |
| Epiq Corporate Restructuring, Llc | Attn: Pg&E Ucc And Pg&E Tcc | sgarabato@epiqglobal.com |
| Felderstein Fitzgerald Willoughby & Pascuzzi Llp | Attn: Steven H. Felderstein And Paul J. Pascuzzi | sfelderstein@ffwplaw.com  ppascuzzi@ffwplaw.com |
| Finestone Hayes Llp | Attn: Stephen D. Finestone | sfinestone@fhlawllp.com |
| Finestone Hayes Llp | Attn: Stephen D. Finestone, Jennifer C. Hayes | sfinestone@fhlawllp.com  jhayes@fhlawllp.com  rwitthans@fhlawllp.com |
| Foley & Lardner Llp | Attn: Erika L. Morabito, Brittany J. Nelson | emorabito@foley.com  bnelson@foley.com |
| Foley & Lardner Llp | Attn: Victor A. Vilaplana | vavilaplana@foley.com |
| Frederic Dorwart, Lawyers Pllc | Attn: Samuel S. Ory | sory@fdlaw.com |
| Gellert Scali Busenkell & Brown, Llc | Attn: Michael Busenkell | mbusenkell@gsbblaw.com |
| Gibbs Law Group | Attn: Eric Gibbs, Dylan Hughes | ehg@classlawgroup.com  dsh@classlawgroup.com |
| Gibson, Dunn & Crutcher Llp | Attn: David M. Feldman And Matthew K. Kelsey | dfeldman@gibsondunn.com  mkelsey@gibsondunn.com |
| Gibson, Dunn & Crutcher Llp | Attn: Jeffrey C. Krause | jkrause@gibsondunn.com |
| Gibson, Dunn & Crutcher Llp | Attn: Matthew D. Mcgill | mmcgill@gibsondunn.com |
| Gibson, Dunn & Crutcher Llp | Attn: Michael A. Rosenthal, Alan Moskowitz | mrosenthal@gibsondunn.com  amoskowitz@gibsondunn.com |

| | | |
|---|---|---|
| Gibson, Dunn & Crutcher Llp | Attn: Michael S. Neumeister And Michelle Choi | mneumeister@gibsondunn.com mchoi@gibsondunn.com |
| Goodwin Procter Llp | Attn: Kizzy L. Jarashow, Stacy Dasaro | kjarashow@goodwinlaw.com sdasaro@goodwinlaw.com |
| Goodwin Procter Llp | Attn: Nathan A. Schultz | nschultz@goodwinlaw.com |
| Greenberg Traurig, Llp | Attn: Diane Vuocolo | vuocolod@gtlaw.com |
| Greenberg Traurig, Llp | Attn: Howard J. Steinberg | steinbergh@gtlaw.com |
| Greenberg Traurig, Llp | Attn: Michael Hogue | hoguem@gtlaw.com |
| Greene Radovsky Maloney Share & Hennigh Llp | Attn: Edward J. Tredinnick | etredinnick@greeneradovsky.com |
| Gross & Klein Llp | Attn: Stuart G. Gross | sgross@grosskleinlaw.com |
| Grotefeld Hoffmann | Attn: Mark S. Grotefeld, Maura Walsh Ochoa, Waylon J. Pickett | mgrotefeld@ghlaw-llp.com mochoa@ghlaw-llp.com wpickett@ghlaw-llp.com |
| Hallisey And Johnson Pc | Attn: Jeremiah F. Hallisay, Esq. | jfhallisey@gmail.com |
| Hansen&Miller Law Firm | Attn: Roy E. Miller | roy@hansenmiller.com |
| Hercrentals | Attn: Sharon Petrosino, Esq. | sharon.petrosino@hercrentals.com |
| Hinckley, Allen & Snyder Llp | Attn: Jennifer V. Doran | jdoran@hinckleyallen.com |
| Hogan Lovells Us Llp | Attn Erin N Brady | erin.brady@hoganlovells.com |
| Hogan Lovells Us Llp | Attn M Hampton Foushee | hampton.foushee@hoganlovells.com |
| Hogan Lovells Us Llp | Attn: Bennett L. Spiegel | bennett.spiegel@hoganlovells.com |
| Hogan Lovells Us Llp | Attn: Peter A. Ivanick, Alex M. Sher | alex.sher@hoganlovells.com peter.ivanick@hoganlovells.com |
| Holland & Hart Llp | Attn: Risa Lynn Wolf-Smith | rwolf@hollandhart.com |
| Holland & Knight Llp | Attn: Robert J. Labate, David I. Holtzman | robert.labate@hklaw.com david.holtzman@hklaw.com |
| Hopkins & Carley, A Law Corporation | Attn: Jay M. Ross, Monique D. Jewett-Brewster | mjb@hopkinscarley.com jross@hopkinscarley.com |
| Hughes Hubbard & Reed Llp | Attn: Kathryn A. Coleman | katie.coleman@hugheshubbard.com |
| Huguenin Kahn Llp | Attn: Edward R. Huguenin, Esq. And James L. Bothwell, Esq. | ehuguenin@hugueninkahn.com jbothwell@hugueninkahn.com |
| Hunton Andrews Kurth Llp | Attn: Kevin M. Eckhardt | keckhardt@huntonak.com |
| Hunton Andrews Kurth Llp | Attn: Peter S. Partee, Sr. | ppartee@huntonak.com |
| Ibm Corporation | Attn: Marie-Josee Dube | mjdube@ca.ibm.com |
| Irell & Manella Llp | Attn: Craig Varnen, Andrew J. Strabone | cvarnen@irell.com astrabone@irell.com |
| Irell & Manella Llp | Attn: Jeffrey M. Reisner, Kerri A. Lyman | jreisner@irell.com klyman@irell.com |

| | | |
|---|---|---|
| Irell & Manella Llp | Attn: Michael H. Strub, Jr. | mstrub@irell.com |
| Iron Mountain Information Management, Llc | Attn: Joseph Corrigan | bankruptcy2@ironmountain.com |
| Jacobs Engineering | Attn: Robert Albery | robert.albery@jacobs.com |
| Jane Luciano | | jane-luciano@comcast.net |
| Jang & Associates, Llp | Attn: Alan J. Jang | ajang@janglit.com |
| Jd Thompson Law | Attn: Judy D. Thompson, Esq. | jdt@jdthompsonlaw.com |
| Jeffer Mangles Butler & Mitchell Llp | Attn: Robert B. Kaplan, Bennett G. Young | rbk@jmbm.com byoung@jmbm.com |
| Jenkins Mulligan & Gabriel Llp | Attn: Larry W. Gabriel | lgabriel@bg.law |
| Jordan, Holzer & Ortiz, Pc | Attn: Antonio Ortiz, Shelby A Jordan | aortiz@jhwclaw.com sjordan@jhwclaw.com ecf@jhwclaw.com |
| Joseph A. Eisenberg P.C. | Attn: Joseph A. Eisenberg | jae1900@yahoo.com |
| Keesal, Young & Logan A Professional Corporation | Attn: Peter R. Boutin | peter.boutin@kyl.com |
| Keller Benvenutti Kim Llp | Attn: Tobias S. Keller, Jane Kim | tkeller@kbkllp.com jkim@kbkllp.com |
| Kelley Drye & Warren Llp | Attn: Benjamin D. Feder | kdwbankruptcydepartment@kelleydrye.com bfeder@kelleydrye.com |
| Kilpatrick Townsend & Stockton Llp | Attn: Benjamin M. Kleinman, Esq. | bkleinman@kilpatricktownsend.com |
| Kilpatrick Townsend & Stockton Llp | Attn: Paul M. Rosenblatt, Esq. | prosenblatt@kilpatricktownsend.com |
| Kinder Morgan, Inc. | Attn: Mark A. Minich | mark_minich@kindermorgan.com |
| Kinder Morgan, Inc. | Attn: Mosby Perrow | mosby_perrow@kindermorgan.com |
| Kirkland & Ellis Llp | Attn: Aparna Yenamandra | aparna.yenamandra@kirkland.com |
| Kirkland & Ellis Llp | Attn: David R. Seligman, P.C. | david.seligman@kirkland.com |
| Kirkland & Ellis Llp | Attn: Marc Kieselstein, P.C. | marc.kieselstein@kirkland.com |
| Kirkland & Ellis Llp | Attn: Mark Mckane, P.C., Michael P. Esser | mark.mckane@kirkland.com michael.esser@kirkland.com |
| Kirkland & Ellis Llp | Attn: R. Alexander Pilmer | alexander.pilmer@kirkland.com |
| Kirkland & Ellis Llp | Attn: Stephen E. Hessler, P.C. | stephen.hessler@kirkland.com |
| Kirton Mcconkie | Attn: Jeremy C. Sink | jsink@kmclaw.com |

| | | |
|---|---|---|
| Klee, Tuchin, Bogdanoff & Stern Llp | Attn: Kenneth N. Klee, David M. Stern, Samuel M. Kidder | kklee@ktbslaw.com<br>dstern@ktbslaw.com<br>skidder@ktbslaw.com |
| Klein, Denatale, Goldner, Cooper, Rosenlieb & Kimball, Llp | Attn: Hagop T. Bedoyan | hbedoyan@kleinlaw.com<br>ecf@kleinlaw.com |
| Kramer Levin Naftalis & Frankel Llp | Attn: Amy Caton And Megan Wasson | acaton@kramerlevin.com<br>mwasson@kramerlevin.com |
| Labaton Sucharow Llp | Attn: Thomas A. Dubbs, Louis Gottlieb, Carol C. Villegas & Jeffrey A. Dubbin | tdubbs@labaton.com<br>lgottlieb@labaton.com<br>cvillegas@labaton.com<br>jdubbin@labaton.com |
| Lamb & Kawakami Llp | Attn: Kevin J. Lamb, Michael K. Slattery, Thomas G. Kelch | klamb@lkfirm.com<br>mslattery@lkfirm.com<br>tkelch@lkfirm.com |
| Lamb And Kawakami LLP | Attn: Barry S. Glaser | bglaser@lkfirm.com |
| Lane Powell Pc | Attn: Brad T. Summers | summerst@lanepowell.com |
| Latham & Watkins Llp | Attn: Adam E. Malatesta | adam.malatesta@lw.com |
| Latham & Watkins Llp | Attn: Amy C. Quartarolo | amy.quartarolo@lw.com |
| Latham & Watkins Llp | Attn: Caroline A. Reckler, Andrew M. Parlen | caroline.reckler@lw.com<br>andrew.parlen@lw.com |
| Latham & Watkins Llp | Attn: Christopher Harris, Andrew M. Parlen | christopher.harris@lw.com<br>andrew.parlen@lw.com |
| Laurie A. Deuschel | Attn: Laurie A. Deuschel | ldeuschel@hotmail.com |
| Law Office Of Angela Jae Chun | Attn: Angela Jae Chun | ajc@chun.law |
| Law Office Of Daren M. Schlecter | Attn: Daren M. Schlecter, Esq. | daren@schlecterlaw.com |
| Law Office Of Patricia Williams Prewitt | Attn: Patricia Williams Prewitt | pwp@pattiprewittlaw.com |
| Law Office Of Richard L. Antognini | Attn: Richard L. Antognini | rlalawyer@yahoo.com |
| Law Office Of Steven M. Olson | Attn: Steven M. Olson, Esq. & Jacob M. Faircloth, Esq. | smo@smolsonlaw.com |
| Law Office Of Wayne A. Silver | Attn: Wayne A. Silver | ws@waynesilverlaw.com |
| Law Offices Of Francis O. Scarpulla | Attn: Francis O. Scarpulla And Patrick B. Clayton | fos@scarpullalaw.com<br>pbc@scarpullalaw.com |
| Law Offices Of James Shepherd | Attn: James A. Shepherd | jim@jsheplaw.com |
| Law Offices Of Leonard K. Welsh | Attn: Leonard K. Welsh, Esq. | lwelsh@lkwelshlaw.com |

| | | |
|---|---|---|
| Law Offices Of Thomas J. Brandi | Attn: Thomas J. Brandi | tjb@brandilaw.com |
| Lesnick Prince & Pappas Llp | Attn: Matthew A. Lesnick, Christopher E. Prince | matt@lesnickprince.com<br>cprince@lesnickprince.com |
| Levene, Neale, Bender, Yoo & Brill L.L.P. | Attn: David L. Neale | dln@lnbyb.com |
| Levene, Neale, Bender, Yoo & Brill L.L.P. | Attn: Eve H. Karasik | ehk@lnbyb.com |
| Lewis Brisbois Bisgaard & Smith Llp | Attn: Lovee D. Sarenas, Scott Lee, Amy L. Goldman | lovee.sarenas@lewisbrisbois.com<br>amy.goldman@lewisbrisbois.com<br>scott.lee@lewisbrisbois.com |
| Linebarger Goggan Blair & Sampson, Llp | Attn: John D. Dillman | houston_bankruptcy@publicans.com |
| Locke Lord Llp | Attn: Aaron Smith | asmith@lockelord.com |
| Locke Lord Llp | Attn: Bradley C. Knapp | bknapp@lockelord.com |
| Locke Lord Llp | Attn: Elizabeth M. Guffy | eguffy@lockelord.com |
| Locke Lord Llp | Attn: Elizabeth M. Guffy | eguffy@lockelord.com |
| Locke Lord Llp | Attn: Kinga L. Wright | kinga.wright@lockelord.com |
| Locke Lord Llp | Attn: Lindsey E. Kress | lkress@lockelord.com |
| Locke Lord Llp | Attn: Meagan S. Tom | meagan.tom@lockelord.com |
| Locke Lord Llp | Attn: W. Steven Bryant | sbryant@lockelord.com |
| Locke Lord Llp | Attn: Xiyi Fu And Kinga L. Wright | jackie.fu@lockelord.com<br>kinga.wright@lockelord.com |
| Loeb & Loeb Llp | Attn: Marc S. Cohen, Alicia Clough | mscohen@loeb.com<br>aclough@loeb.com |
| Lowenstein Sandler Llp | Attn: Michael S. Etkin, Andrew Behlmann | metkin@lowenstein.com<br>abehlmann@lowenstein.com |
| Macdonald | Fernandez Llp | Attn: Iain A. Macdonald | imac@macfern.com |
| Manuel Corrales, Jr., Esquire | | mannycorrales@yahoo.com |
| Margulies Faith, Llp | Attn: Craig G. Margulies | craig@marguliesfaithlaw.com |
| Marshack Hays Llp | Attn: Richard A. Marshack, David A. Wood, Laila Masud | rmarshack@marshackhays.com<br>dwood@marshackhays.com<br>lmasud@marshackhays.com |
| Mary Alexander & Associates, P.C. | Attn: Mary E. Alexander | malexander@maryalexanderlaw.com |

| | | |
|---|---|---|
| Mayer Brown Llp | Attn: Brian Trust, Joaquin C De Baca | btrust@mayerbrown.com<br>jcdebaca@mayerbrown.com |
| Mayer Brown Llp | Attn: Cristina A. Henriquez | chenriquez@mayerbrown.com |
| Maynard, Cooper & Gale | Attn: Duane Kumagai | dkumagai@maynardcooper.com |
| Mccormick Barstow LLP | Attn: David L. Emerzian, H. Annie Duong | annie.duong@mccormickbarstow.com<br>demerzian@mccormickbarstow.com |
| Mccormick Barstow LLP | Attn: H. Annie Duong | annie.duong@mccormickbarstow.com |
| Mcdermott Will & Emery Llp | Attn: Jeffrey M. Reisner And Kerri A. Lyman | jreisner@mwe.com<br>klyman@mwe.com |
| Mckoool Smith, P.C. | Attn: James H. Smith | jsmith@mckoolsmith.com |
| Michael S. Feinberg | | feinberg@feinbergfitchlaw.com |
| Michelson Law Group | Attn: Randy Michelson | randy.michelson@michelsonlawgroup.com |
| Milbank LLP | Attn: Dennis F. Dunne, Samuel A. Khalil | ddunne@milbank.com<br>skhalil@milbank.com |
| Milbank LLP | Attn: Gregory A. Bray, Thomas R. Kreller, Samir L. Vora | gbray@milbank.com<br>tkreller@milbank.com<br>svora@milbank.com |
| Milbank LLP | Attn: Samir L. Vora | svora@milbank.com |
| Mintz Levin Cohn Ferris Glovsky And Popeo, P.C. | Attn: Abigail V. O'Brient, Andrew B. Levin | avobrient@mintz.com<br>ablevin@mintz.com |
| Mirman, Bubman & Nahmias, Llp | Attn: Alan I. Nahmias | anahmias@mbnlawyers.com |
| Montee & Associates | Attn: Kevin P. Montee | kmontee@monteeassociates.com |
| Morris James Llp | Attn: Brett D. Fallon, Esq. | bfallon@morrisjames.com |
| Newmeyer & Dillion Llp | Attn: James J. Ficenec, Joshua B. Bevitz | james.ficenec@ndlf.com<br>joshua.bevitz@ndlf.com |
| Nixon Peabody Llp | Attn: Maximilian A. Ferullo | mferullo@nixonpeabody.com |
| Nixon Peabody Llp | Attn: Richard C. Pedone | rpedone@nixonpeabody.com |
| Nixon Peabody Llp | Attn: William S. Lisa | wlisa@nixonpeabody.com |
| Northern California Law Group, Pc | Attn: Joseph Feist | info@norcallawgroup.net<br>joe@norcallawgroup.net |
| Norton Rose Fulbright Us Llp | Attn: David A. Rosenzweig | david.rosenzweig@nortonrosefulbright.com |

| | | |
|---|---|---|
| Norton Rose Fulbright Us Llp | Attn: Howard Seife, Andrew Rosenblatt, Christy Rivera | howard.seife@nortonrosefulbright.com<br>andrew.rosenblatt@nortonrosefulbright.com<br>christy.rivera@nortonrosefulbright.com |
| Norton Rose Fulbright Us Llp | Attn: Rebecca J. Winthrop | rebecca.winthrop@nortonrosefulbright.com |
| Nuti Hart Llp | Attn: Gregory C. Nuti, Christopher H. Hart, Kimberly S. Fineman | kfineman@nutihart.com<br>gnuti@nutihart.com<br>chart@nutihart.com |
| O'melveny & Myers Llp | Attn: Jacob T. Beiswenger | jbeiswenger@omm.com |
| O'melveny & Myers Llp | Attn: John J. Rapisardi, Nancy A. Mitchell And Daniel S. Shamah | jrapisardi@omm.com<br>nmitchell@omm.com<br>dshamah@omm.com |
| O'melveny & Myers Llp | Attn: Peter Friedman | pfriedman@omm.com |
| O'brien & Zehnder | Attn: Jason Borg | jborg@jasonborglaw.com |
| Office Of The California Attorney General | Attn: Bankruptcy Dept | bankruptcy@coag.gov |
| Office Of The United States Trustee | Attn: James L. Snyder, Esq. & Timothy Lafreddi, Esq., Marta E. Villacorta | james.l.snyder@usdoj.gov<br>timothy.s.laffredi@usdoj.gov<br>marta.villacorta@usdoj.gov |
| Oles Morrison Rinker & Baker Llp | Attn: Liam K. Malone | malone@oles.com |
| Orrick, Herrington & Sutcliffe Llp | Attn: Debra Felder | dfelder@orrick.com |
| Orrick, Herrington & Sutcliffe Llp | Attn: Douglas S. Mintz | dmintz@orrick.com |
| Orrick, Herrington & Sutcliffe Llp | Attn: Lorraine Mcgowen | lmcgowen@orrick.com |
| Orrick, Herrington & Sutcliffe Llp | Attn: Marc A. Levinson | malevinson@orrick.com |
| Orrick, Herrington & Sutcliffe Llp | Attn: Thomas C. Mitchell | tcmitchell@orrick.com |
| Pachulski Stang Ziehl & Jones Llp | Attn: Isaac M. Pachulski, Debra I. Grassgreen, Gabriel I. Glazer, John W. Lucas | jlucas@pszjlaw.com<br>gglazer@pszjlaw.com<br>dgrassgreen@pszjlaw.com<br>ipachulski@pszjlaw.com |
| Pachulski Stang Ziehl & Jones Llp | Attn: John D. Fiero | jfiero@pszjlaw.com |
| Parker, Hudson, Rainer & Dobbs, Llp | Attn: Bryan E. Bates, Esq. | bbates@phrd.com |
| Parker, Hudson, Rainer & Dobbs, Llp | Attn: Bryan E. Bates, Esq. | bbates@phrd.com |

| | | |
|---|---|---|
| Parkinson Phinney | Attn: Thomas R. Phinney | tom@parkinsonphinney.com |
| Paul Hastings Llp | Attn: Justin E. Rawlins | justinrawlins@paulhastings.com |
| Paul, Weiss, Rifkind, Wharton & Garrison Llp | Attn: Alan W. Kornberg, Brian S. Hermann, Walter R. Rieman, Sean A. Mitchell, Neal P. Donnelly | akornberg@paulweiss.com<br>bhermann@paulweiss.com<br>wrieman@paulweiss.com<br>smitchell@paulweiss.com<br>ndonnelly@paulweiss.com |
| Peluso Law Group, Pc | Attn: Larry A. Peluso | firm@pelusolaw.net |
| Pension Benefit Guaranty Corporation | Attn: Andrea Wong | wong.andrea@pbgc.gov<br>efile@pbgc.gov |
| Pension Benefit Guaranty Corporation | Attn: Courtney L. Morgan | morgan.courtney@pbgc.gov<br>efile@pbgc.gov |
| Pension Benefit Guaranty Corporation | Attn: Daniel Robertson | efile@pbgc.gov<br>robertson.daniel@pbgc.gov |
| Pension Benefit Guaranty Corporation | Attn: Melissa T. Ngo | ngo.melissa@pbgc.gov<br>efile@pbgc.gov |
| Perkins Coie, Llp | Attn: Alan D. Smith | adsmith@perkinscoie.com |
| Pierce Atwood Llp | Attn: Keith J. Cunningham | kcunningham@pierceatwood.com |
| Pillsbury Winthrop Shaw Pittman Llp | Attn: Dania Slim | dania.slim@pillsburylaw.com |
| Pillsbury Winthrop Shaw Pittman Llp | Attn: Hugh M. Ray, Iii | hugh.ray@pillsburylaw.com |
| Pillsbury Winthrop Shaw Pittman Llp | Attn: Leo T. Crowley | leo.crowley@pillsburylaw.com |
| Pillsbury Winthrop Shaw Pittman Llp | Attn: M. David Minnick | dminnick@pillsburylaw.com |
| Pillsbury Winthrop Shaw Pittman Llp | Attn: Philip S. Warden | philip.warden@pillsburylaw.com |
| Pino & Associates | Attn: Estela O. Pino | epino@epinolaw.com |
| Pmrk Law | Attn: Peter P. Meringolo | peter@pmrklaw.com |
| Polsinelli LLP | Attn: Lindsi M. Weber | lweber@polsinelli.com |
| Polsinelli LLP | Attn: Randye B. Soref | rsoref@polsinelli.com |
| Prime Clerk Llc | Attn: Herb Baer | pgeteam@primeclerk.com<br>serviceqa@primeclerk.com |
| Procopio, Cory, Hargreaves & Savitch Llp | Attn: Gerald P. Kennedy, Esq. | gerald.kennedy@procopio.com |
| Proskauer Rose Llp | Attn: Martin J. Bienenstock, Brian S. Rosen, Maja Zerjal | mbienenstock@proskauer.com<br>brosen@proskauer.com<br>mzerjal@proskauer.com |

| | | |
|---|---|---|
| Proskauer Rose Llp | Attn: Michael A. Firestein, Lary Alan Rappaport, Steve Y. Ma | mfirestein@proskauer.com<br>lrappaport@proskauer.com<br>sma@proskauer.com |
| Provencher & Flatt, Llp | Attn: Douglas B. Provencher | dbp@provlaw.com |
| Pryor Cashman Llp | Attn: Ronald S. Beacher | rbeacher@pryorcashman.com |
| Quinn Emanuel Urquhart & Sullivan, Llp | Attn: Bennett Murphy | bennettmurphy@quinnemanuel.com |
| Raines Feldman Llp | Attn: Jacquelyn H. Choi | jchoi@raineslaw.com |
| Reed Smith Llp | Attn: Christopher O. Rivas, Marsha A. Houston | crivas@reedsmith.com<br>mhouston@reedsmith.com |
| Reed Smith Llp | Attn: Jonathan R. Doolittle, David E. Weiss | jdoolittle@reedsmith.com<br>dweiss@reedsmith.com |
| Reed Smith Llp | Attn: Marsha A. Houston | mhouston@reedsmith.com |
| Reed Smith Llp | Attn: Monique B. Howery | mhowery@reedsmith.com |
| Reed Smith Llp | Attn: Peter Munoz | pmunoz@reedsmith.com |
| Reed Smith Llp | Attn: Robert P. Simons | rsimons@reedsmith.com |
| Reeder Law Corporation | Attn: David M. Reeder | david@reederlaw.com |
| Reimer Law, Pc | Attn: Nicole B. Reimer | nbreimer.esq@gmail.com |
| Richards Law Firm | Attn: John T. Richards, Evan Willis | john@jtrlaw1.com<br>evan@jtrlaw1.com |
| Rimon, P.C. | Attn: Lillian G. Stenfeldt | lillian.stenfeldt@rimonlaw.com |
| Rimon, P.C. | Attn: Phillip K. Wang | phillip.wang@rimonlaw.com |
| Ringstad & Sanders Llp | Attn: Nanette D. Sanders | nanette@ringstadlaw.com |
| Robins Cloud Llp | Attn: Bill Robins, Iii, Robert Bryson | robins@robinscloud.com<br>rbryson@robinscloud.com |
| Ropers, Majeski, Kohn & Bentley | Attn: Steven G. Polard | steven.polard@rmkb.com |
| Ropes & Gray Llp | Attn: Gregg M. Galardi, Keith H. Wofford, Daniel G. Egan | gregg.galardi@ropesgray.com<br>keith.wofford@ropesgray.com<br>daniel.egan@ropesgray.com |
| Ropes & Gray Llp | Attn: Matthew M. Roose, Mark I. Bane | mark.bane@ropesgray.com<br>matthew.roose@ropesgray.com |
| Ropes & Gray Llp | Attn: Peter L. Welsh & Patricia I. Chen | peter.welsh@ropesgray.com<br>patricia.chen@ropesgray.com |
| Ropes & Gray Llp | Attn: Stephen Moeller-Sally, Matthew L. Mcginnis | ssally@ropesgray.com<br>matthew.mcginnis@ropesgray.com |
| Rutan & Tucker, Llp | Attn: Roger F. Friedman, Philip J. Blanchard | rfriedman@rutan.com<br>pblanchard@rutan.com |
| San Francisco City Attorney's Office | Attn: Owen Clements | owen.clements@sfcityatty.org<br>catheryn.daly@sfcityatty.org |
| Satterlee Stephens Llp | Attn: Christopher R. Belmonte, Esq., Pamela A. Bosswick, Esq. | cbelmonte@ssbb.com<br>pbosswick@ssbb.com |

| | | |
|---|---|---|
| Saul Ewing Arnstein & Lehr Llp | Attn: Barry A. Chatz | barry.chatz@saul.com |
| Saul Ewing Arnstein & Lehr Llp | Attn: Lucian B. Murley | luke.murley@saul.com |
| Savage, Lamb & Lunde, Pc | Attn: E. Ryan Lamb | erlamblaw@gmail.com |
| Schnader Harrison Segal & Lewis Llp | Attn: George H. Kalikman | gkalikman@schnader.com |
| Severson & Werson | Attn: Duane M. Geck, Donald H. Cram, Bernard J. Kornberg | dmg@severson.com<br>dhc@severson.com<br>bjk@severson.com |
| Seyfarth Shaw Llp | Attn: M. Ryan Pinkston | rpinkston@seyfarth.com |
| Shearman & Sterling Llp | Attn: C. Luckey Mcdowell | luckey.mcdowell@shearman.com |
| Shearman & Sterling Llp | Attn: Daniel Laguardia | daniel.laguardia@shearman.com |
| Shemanolaw | Attn: David B. Shemano | dshemano@shemanolaw.com |
| Sheppard, Mullin, Richter & Hampton Llp | Attn: Michael M. Lauter, Esq. | mlauter@sheppardmullin.com |
| Sheppard, Mullin, Richter & Hampton Llp | Attn: Ori Katz, Michael M. Lauter, And Shadi Farzan | okatz@sheppardmullin.com<br>mlauter@sheppardmullin.com<br>sfarzan@sheppardmullin.com |
| Shipman & Goodwin Llp | Attn: Eric Goldstein | egoldstein@goodwin.com |
| Shulman Hodges & Bastian Llp | Attn: Leonard M. Shulman, Melissa Davis Lowe | lshulman@shbllp.com<br>mlowe@shbllp.com |
| Simon Property Group, Inc. | Attn: Catherine M. Martin, Esq. | cmartin@simon.com |
| Simpson Thacher & Bartlett Llp | Attn: Jonathan Sanders | jsanders@stblaw.com |
| Simpson Thacher & Bartlett Llp | Attn: Michael H. Torkin, Nicholas Goldin, Kathrine A. Mclendon, Jamie J. Fell | michael.torkin@stblaw.com<br>ngoldin@stblaw.com<br>kmclendon@stblaw.com<br>jamie.fell@stblaw.com |
| Singleton Law Firm, Apc | Attn: Gerald Singleton & John C. Lemon | gerald@slffirm.com<br>john@slffirm.com |
| Skadden, Arps, Slate, Meagher & Flom Llp | Attn: Amy S. Park | amy.park@skadden.com |
| Skadden, Arps, Slate, Meagher & Flom Llp | Attn: J. Eric Ivester | eric.ivester@skadden.com |
| Solomon Ward Seidenwurm & Smith, Llp | Attn: Michael D. Breslauer | mbreslauer@swsslaw.com<br>wyones@swsslaw.com |
| Southern California Edison Company | Attn: Julia A. Mosel, Patricia A. Cirucci | julia.mosel@sce.com<br>patricia.cirucci@sce.com |

| | | |
|---|---|---|
| St. James Law, P.C. | Attn: Michael St. James | ecf@stjames-law.com |
| State Of California, Department Of Industrial Relations | Attn: Pamela Allen | pallen@dir.ca.gov |
| Steve Christopher | | sc2104271@gmail.com |
| Stevens & Lee, P.C. | Attn: Constantine D. Pourakis | cp@stevenslee.com |
| Stevens & Lee, P.C. | Attn: Leonard P. Goldberger | lpg@stevenslee.com |
| Stewart Sokol & Larkin Llc | Attn: Jan D. Sokol, Esq., Kevin M. Coles, Esq. | jdsokol@lawssl.com kcoles@lawssl.com |
| Steyer Lowenthal Boodrookas Alvarez & Smith Llp | Attn: Dana M. Andreoli | dandreoli@steyerlaw.com |
| Steyer Lowenthal Boodrookas Alvarez & Smith Llp | Attn: Jeffrey H. Lowenthal | jlowenthal@steyerlaw.com |
| Steyer Lowenthal Boodrookas Alvarez & Smith Llp | Attn: Stacey C. Quan | squan@steyerlaw.com |
| Stites & Harbison Pllc | Attn: Elizabeth Lee Thompson | ethompson@stites.com |
| Stoel Rives Llp | Attn: Andrew H. Morton, Jennifer N. Slocum | andrew.morton@stoel.com, jennifer.slocum@stoel.com |
| Stoel Rives Llp | Attn: David B. Levant | david.levant@stoel.com |
| Stoel Rives Llp | Attn: Oren Buchanan Haker | oren.haker@stoel.com |
| Stoel Rives Llp | Attn: Sunny S. Sarkis | sunny.sarkis@stoel.com |
| Stradling Yocca Carlson & Rauth, P.C. | Attn: Paul R Glassman | pglassman@sycr.com |
| Stroock & Stroock & Lavan Llp | Attn: David W. Moon | dmoon@stroock.com |
| Stroock & Stroock & Lavan Llp | Attn: Frank A. Merola | fmerola@stroock.com |
| Stroock & Stroock & Lavan Llp | Attn: Kristopher M. Hansen, Erez E. Gilad, Matthew G. Garofalo | khansen@stroock.com egilad@stroock.com mgarofalo@stroock.com |
| Stroock & Stroock & Lavan Llp | Attn: Mark A. Speiser, Kenneth Pasquale, Sherry J. Millman, Harold A. Olsen | khansen@stroock.com egilad@stroock.com mgarofalo@stroock.com holsen@stroock.com mspeiser@stroock.com kpasquale@stroock.com smillman@stroock.com |
| Stutzman, Bromberg, Esserman & Plifka, P.C. | Attn: Sander L. Esserman, Cliff I. Taylor | esserman@sbep-law.com taylor@sbep-law.com |

| | | |
|---|---|---|
| Synergy Project Management, Inc. | C/O Law Office Of Ivan C. Jen | ivan@icjenlaw.com |
| Taylor English Duma Llp | Attn: John W. Mills, Iii | jmills@taylorenglish.com |
| The Davey Tree Expert Company | Attn: Erika J. Schoenberger, General Counel | erika.schoenberger@davey.com |
| The Kane Law Firm | Attn: Steven S. Kane, Bonnie E. Kane | bonnie@thekanelawfirm.com<br>skane@thekanelawfirm.com |
| The Law Office Of Joseph West | Attn: Joseph West Esq. | josephwest@westlawfirmofcalifornia.com |
| The Regents Of The University Of California | Attn: Rhonda Stewart Goldstein | rhonda.goldstein@ucop.edu |
| Togut, Segal & Segal Llp | Attn: Albert Togut, Kyle J. Ortiz, Amy M. Oden, Amanda C. Glaubach | altogut@teamtogut.com<br>kortiz@teamtogut.com<br>aoden@teamtogut.com<br>aglaubach@teamtogut.com |
| Tosdal Law Firm | Attn: Thomas Tosdal | tom@tosdallaw.com |
| Trodella & Lapping Llp | Attn: Richard A. Lapping | rich@trodellalapping.com |
| Troutman Sanders Llp | Attn: Gabriel Ozel | gabriel.ozel@troutman.com |
| Troutman Sanders Llp | Attn: Harris B. Winsberg, Esq., Matthew G. Roberts, Esq. | harris.winsberg@troutman.com<br>matthew.roberts2@troutman.com |
| Troutman Sanders Llp | Attn: Hugh M. Mcdonald | hugh.mcdonald@troutman.com |
| Troutman Sanders Llp | Attn: Jared D. Bissell | jared.bissell@troutman.com |
| Troutman Sanders Llp | Attn: Marcus T. Hall | marcus.hall@troutman.com |
| U.S. Department Of Justice, Civil Division | Attn: Joseph H. Hunt, Ruth A. Harvey, Kirk Manhardt, Matthew Troy, Marc S. Sacks, Shane Huang, Michael S. Tye, Rodney A. Morris | shane.huang@usdoj.gov<br>michael.tye@usdoj.gov<br>rodney.morris2@usdoj.gov |
| U.S. Department Of Justice, Civil Division | Attn: Joseph H. Hunt, Ruth A. Harvey, Kirk Manhardt, Matthew Troy, Marc S. Sacks, Shane Huang, Michael S. Tye, Rodney A. Morris | shane.huang@usdoj.gov<br>michael.tye@usdoj.gov<br>rodney.morris2@usdoj.gov |
| Union Pacific Railroad Company | Attn: Tonya W. Conley, Lila L. Howe | bankruptcynotices@up.com |
| US Securities And Exchange Commission | Attn: Jina Choi, Regional Director | sanfrancisco@sec.gov |
| US Securities And Exchange Commission | Attn: Office Of General Counsel | secbankruptcy@sec.gov |

In re: PG&E Corporation, *et al.*
Master Service List Case No. 19-30088

| | | |
|---|---|---|
| Vedder Price Ca Llp | Attn: Scott H. Olson | solson@vedderprice.com |
| Vorys, Sater, Seymour And Pease LLP | Attn: Tiffany Strelow Cobb, Esq. | tscobb@vorys.com |
| Wagstaffe, Von Loewenfeldt, Busch & Radwick, Llp | Attn: James M. Wagstaffe & Frank Busch | wagstaffe@wvbrlaw.com<br>busch@wvbrlaw.com |
| Walkup Melodia Kelly & Schoenberger | Attn: Michael A. Kelly, Khaldoun A. Baghdadi, Max Schuver | mkelly@walkuplawoffice.com<br>kbaghdadi@walkuplawoffice.com<br>mschuver@walkuplawoffice.com |
| Walter Wilhelm Law Group A Professional Corporation | Attn: Riiley C. Walter, Michael L. Wilhelm | rileywalter@w2lg.com<br>mwilhelm@w2lg.com |
| Weil, Gotshal & Manges Llp | Attn: Stephen Karotkin, Jessica Liou, Matthew Goren | stephen.karotkin@weil.com<br>matthew.goren@weil.com<br>jessica.liou@weil.com |
| Weinberg Roger & Rosenfeld | Attn: Emily P. Rich | bankruptcycourtnotices@unioncounsel.net<br>erich@unioncounsel.net<br>tmainguy@unioncounsel.net<br>cgray@unioncounsel.net |
| Weintraub Tobin Chediak Coleman Grodin | Attn: Julie E. Oelsner | joelsner@weintraub.com |
| Wendel Rosen Llp | Attn: Mark S. Bostick, Lisa Lenherr | mbostick@wendel.com<br>llenherr@wendel.com |
| White & Case Llp | Attn: J.Christopher Shore | cshore@whitecase.com |
| White & Case Llp | Attn: Roberto J. Kampfner | rkampfner@whitecase.com |
| White & Case Llp | Attn: Thomas E Lauria, Matthew C. Brown | tlauria@whitecase.com<br>mbrown@whitecase.com |
| Williams Kastner | Attn: Todd W. Blischke | tblischke@williamskastner.com |
| Willkie Farr & Gallagher Llp | Attn: Matthew A. Feldman, Joseph G. Minias, Daniel I. Forman | mfeldman@willkie.com<br>jminias@willkie.com<br>dforman@willkie.com |
| Wilmer Cutler Pickering Hale & Dorr Llp | Attn: Chris Johnstone | chris.johnstone@wilmerhale.com |
| Winston & Strawn Llp | Attn: David Neier | dneier@winston.com |
| Winston & Strawn Llp | Attn: Jennifer Machlin Cecil | jcecil@winston.com |
| Winston & Strawn Llp | Attn: Michael A. Yuffee | myuffee@winston.com |
| Winthrop Couchot Golubow Hollander, Llp | Attn: Richard H. Golubow | rgolubow@wcghlaw.com |
| Wolkin Curran, Llp | Attn: James D. Curran, Esq. | jcurran@wolkincurran.com |

| | | |
|---|---|---|
| Worley Law, P.C. | Attn: Kirsten A. Worley | kw@wlawcorp.com |
| Young Ward & Lothert, A Professional Law Corporation | Attn: Scott Ward, Esq. | info@youngwardlothert.com |