Entered on Docket
July 02, 2020
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: July 2, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered |

## ORDER GRANTING MOTIONS FOR RELIEF FROM STAY

Several similarly situated parties filed nineteen separate motions for relief from stay (the "Motions").[1] The Motions all request that the court grant them relief from the automatic stay to pursue their appeals in the Ninth Circuit Court of Appeals. The court previously reviewed the Motions and issued a tentative ruling granting the Motions (dkt. #8208). Since the court issued its tentative ruling, Debtors have filed a statement (dkt. #8221) indicating that they

---

[1] *See* Attachment 1.

do not oppose the Motions, provided that relief does not include permission to enforce any judgments obtained.

Given Debtors' non-opposition, and for the reasons stated in this court's tentative ruling, the court hereby GRANTS the Motions.

This order does not permit Movants to enforce any judgment they might obtain against Debtors during the pendency of this case. Movants may recover any judgment only through the claims process and in accordance with the terms of the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization dated June 19, 2020* (dkt. #8048) (as may be modified, amended, or supplemented from time to time).

**\*\*\* END OF ORDER\*\*\***

**Attachment 1**

| Bankruptcy Docket No. | Moving Party | Prior Moving Party and/or Co-Appellant | Bankruptcy Claim No. | Case No. at Ninth Circuit Court of Appeals |
|---|---|---|---|---|
| 8152 | Kimberly Blowney[2] | Tom Findley | 8278 | 18-56378 |
| 8176 | Daniel S. Williams | Andrea Willams | 7175 | 18-56390 |
| 8170 | Lloyd K. Vinson | Barbara Vinson | 7201 | 18-56382 |
| 8150 | Adolfo Riebeling | Marina Riebeling | 7301 | 18-56384 |
| 8160 | Marta Ramirez | John Ramirez | 7072 | 18-56395 |
| 8158 | Rosalba Hernandez | Jose Ornelas | 7226 | 18-56392 |
| 8182 | Victor Suarez | Saray Ordaz | 8283 | 18-56376 |
| 8154 | Donna Learmont | Robert Miller | 7168 | 18-56381 |
| 8180 | Matsue Mattheisen | Charles Mattheisen | 8273 | 18-56388 |
| 8172 | Manuel Martinez | Juliana Martinez | 7228 | 18-56499 |
| 8178 | Herbert Nethery | Yvonne Kirkpatrick | Pending | 18-56377 |
| 8166 | Halima Zahib | Aurang Zabib Khan | 7083 | 18-56498 |
| 8164 | Sam V. Cabrera | Shirley Holcroft | 7171 | 18-56503 |
| 8184 | Aquilla Fredrick | Norman Halstead | 8274 | 18-56497 |
| 8186 | Lynette Brown | Martin Garza | 7183 | 18-56505 |
| 8168 | Candace Matthiesen | David Matthiesen | 7229 | 18-56389 |
| 8156 | Hennie Courtney | Clell Courtney | 7585 | 18-56379 |
| 8174 | Maritza Carrera | Agustin Carrera | 7224 | 18-56387 |
| 8162 | William Bolin | Carolyn Bolin | 7199 | 18-56394 |

---

[2] No prior motion for relief from stay was filed for Kimberly Blowney and Tom Findley.

-1-

# COURT SERVICE LIST

Kimberly Blowney, et al.
36816 Hillview Road
Hinkley, CA 92347

Daniel S. Williams, et al.
36796 Hillview Road
Hinkley, CA 92347

Lloyd K. Vinson, et al.
3220 Cindy Circle
Anderson, CA 96007

Adolfo Riebeling, et al.
4600 Jerry Ave.
Baldwin Park, CA 91706

Marta Ramirez, et al.
38006 Pueblo Road
Hinkley, CA 92347

Rosalba Hernandez, et al.
18284 Pacific Street
Hesperia, CA 92345

Victor Suarez, et al.
1042 E. Sandison St. Apt. 1
Wilmington, CA 90744

Donna Learmont, et al.
37241 Sycamore Street
Hinkley, CA 92347

Matsue Matthiesen, et al.
36771 Hidden River Rd.
Hinkley, CA 92347

Manuel Martinez, et al.
3633 Hidden River Road
Hinkley, CA 92347

Herbert Nethery, et al.
23394 Alcudia Rd.
Hinkley, CA 92347

**UNITED STATES BANKRUPTCY COURT**
**for the Northern District of California**

| | |
|---|---|
| 1 | Halima Zahib, et al. |
| 2 | 1969 East Cooley Ave. |
| | San Bernardino, CA 92408 |
| 3 | |
| 4 | Sam V. Cabrera, et al. |
| | P.O. Box HD |
| 5 | Barstow, CA 92311 |
| 6 | |
| | Aquilla Fredrick, et al. |
| 7 | 20455 Halstead Road |
| | Hinkley, CA 92347 |
| 8 | |
| | Lynette Brown, et al. |
| 9 | P.O. Box 344 |
| 10 | Hinkley, CA 92347 |
| 11 | |
| | Candace Matthiesen, et al. |
| 12 | 36709 Hidden River Road |
| | Hinkley, CA 92347 |
| 13 | |
| | Hennie Courtney, et al. |
| 14 | 25595 Ash Road |
| 15 | Barstow, CA 92311 |
| 16 | |
| | Maritza Carrera, et al. |
| | 886 Gina Ct. |
| 17 | Upland, CA 91784 |
| 18 | |
| | William Bolin, et al. |
| 19 | 36310 Lenwood Road |
| | Hinkley, CA 92347 |