**Signed and Filed: July 2, 2020**



_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**

```
             UNITED STATES BANKRUPTCY COURT

             NORTHERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| In re: | ) Bankruptcy Case<br>) No. 19-30088-DM |
| PG&E CORPORATION, | ) <br>) Chapter 11 |
| - and - | ) <br>) Jointly Administered |
| PACIFIC GAS AND ELECTRIC COMPANY, | )<br>) |
| Debtors. | )<br>) |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and<br>   Electric Company<br>☒ Affects both Debtors | )<br>)<br>)<br>)<br>) |
| * *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | )<br>) |

**ORDER REQUIRING CORRECTED NOTICE OF HEARING ON FEE APPLICATIONS**

On January 30, 2020, this court entered the Second Amended Order Granting Fee Examiner's Motion to Approve Fee Procedures (the "Second Amended Order") (dkt. 5572). Footnote one on the front page describes the modifications: "This order revises paragraph 2(b) of the Amended Order Granting Fee Examiner's Motion to Approve Fee Procedures [dkt. 5168] entered on December 18, 2019. The revisions are noted in bold." Paragraph 2(b) of

-1-

the Second Amended Order identifies the requirements for notices of hearings on fee applications:

> Additionally, the notice should set forth the deadline for objections and identify **(1) each applicant and the party represented by that applicant, (2) the date range for the services for which the compensation is being sought; and (3) the amount of fees applied for, the amount of expenses requested,** the amount of any compromise with the Fee Examiner, and the net amount claimed. The notice should also state that all professionals may appear via CourtCall.

*See* Second Amended Order at dkt. 5572 at pg. 4 (bolding in original).

On June 30, 2020, counsel to the Fee Examiner filed a Notice of Hearing on Interim Applications Allowing and Authorizing Payment of Fees and Expenses of Multiple Fee Applicants Based Upon Compromises with the Fee Examiner (the "Notice"). *See* Dkt. 8213. The second and third paragraphs on page two of the Notice refer to the initial and the first amended fee procedures orders, but the Notice does not mention the Second Amended Order.

More significantly, the Notice does not comply with the Second Amended Order. In particular, the Notice does not identify (1) the party represented by each applicant, (2) the date range for the services for which the compensation is being sought; and (3) the amount of the fees applied for and the amount of expenses requested.

//
//
//

In light of the foregoing, it is hereby

ORDERED no later than July 6, 2020, Counsel for the Fee Examiner must file an amended notice that fully complies with the Second Amended Order. It is further

ORDERED that Counsel for the Fee Examiner shall not request compensation for preparing, filing and serving the amended notice.

****END OF ORDER****