# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION,**<br>-and-<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>Debtors. | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered) |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | **JOINT NOTICE OF APPEAL** |

**NOTICE IS HEREBY GIVEN** that Paradise Unified School District, Northern Recycling and Waste Services, LLC/Northern Holdings, LLC, and Napa County Recycling & Waste Services, LLC/Napa Recycling & Waste Services, LLC; Adventist Health System/West and Feather River Hospital d/b/a Adventist Health Feather River (together, "**Adventist Health**"); and Comcast Cable Communications, LLC and all affiliates (together, "**Comcast**," and collectively with Paradise Unified School District, Northern Recycling and Waste Services, LLC/Northern Holdings, LLC, Napa County Recycling & Waste Services, LLC/Napa Recycling & Waste Services, LLC, and Adventist Health, the "**Appellants**"), by and through their undersigned counsel, hereby appeal to the United States Bankruptcy Appellate Panel of the Ninth Circuit, pursuant to 28 U.S.C. § 158(a) and Rule 8003 of the Federal Rules of Bankruptcy Procedure, from the *Order Confirming Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020* [Bankr. Dkt. No. 8053] (the "**Confirmation Order**")[1] entered in the above-captioned case on June 20, 2020,

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Confirmation Order.

which Confirmation Order incorporates the Fire Victim Trust Agreement and all exhibits, including the Fire Victim Claims Resolution Procedures, filed with the Court on June 21, 2020 [Bankr. Dkt. No. 8057]. A copy of the Confirmation Order is attached hereto as <u>Exhibit A</u>. A copy of the Fire Victim Trust Agreement and all exhibits is attached hereto as <u>Exhibit B</u>.

As will be set forth in greater detail in the statement of issues and in their merits briefing, while the final order from which this appeal lies is the Confirmation Order, Appellants do not challenge the Court's determination to confirm the Plan, which became effective on July 1, 2020, and whose effectiveness is not challenged in this appeal. Rather, this appeal is addressed to certain aspects of the Fire Victim Trust Agreement, the Court's approval of which is incorporated into the Confirmation Order.

Pursuant to 28 U.S.C. § 158(a)(1), the Confirmation Order is appealable as a matter of right. Pursuant to 28 U.S.C. § 158(c)(1), the Appellants hereby elect to have this appeal heard by the United States Bankruptcy Appellate Panel of the Ninth Circuit.

Counsel for the Debtors, the Tort Claimants Committee, the pre-petition shareholders, and the Fire Victim Trustee all participated in the confirmation hearing. Appellants believe that upon the effectiveness of the Plan, the only potential appellee with a concrete stake in the appeal and thus with standing to defend the Bankruptcy Court's determination is the Fire Victim Trust. In an abundance of caution, however, the Reorganized Debtors are also listed as Appellees. Those parties and the names, addresses and telephone numbers of their respective attorneys are set forth below.

[*Continued on the following page*]

| Party | Counsel |
|---|---|
| Fire Victim Trust | BROWN RUDNICK LLP<br>Joel S. Miliband (SBN 077438)<br>2211 Michelson Drive Seventh Floor<br>Irvine, California 92612<br>Telephone:   (949) 752-7100<br>Facsimile:    (949) 252-1514<br>Email:  jmiliband@brownrudnick.com<br><br>BROWN RUDNICK LLP<br>David J. Molton (SBN 262075)<br>Seven Times Square<br>New York, New York 10036<br>Telephone:  (212) 209-4800<br>Facsimile:  (212) 209-4801<br>Email:  dmolton@brownrudnick.com |
| Reorganized Debtors | WEIL, GOTSHAL & MANGES LLP<br>Stephen Karotkin (*pro hac vice*)<br>Ray C. Schrock, P.C. (*pro hac vice*)<br>Jessica Liou (*pro hac vice*)<br>Theodore E. Tsekerides (*pro hac vice*)<br>767 Fifth Avenue<br>New York, New York 10153-0119<br>Telephone: (212) 310-8000<br>Facsimile: (212) 310-8007<br>E-mail: stephen.karotkin@weil.com,<br>          ray.schrock@weil.com,<br>          jessica.liou@weil.com,<br>          theodore.tsekerides@weil.com<br><br>KELLER BENVENUTTI KIM LLP<br>Tobias S. Keller (SBN 151445)<br>Peter J. Benvenutti (SBN 60566)<br>Jane Kim (SBN 298192)<br>650 California Street, Suite 1900<br>San Francisco, California 94108<br>Telephone: (415) 496-6723<br>Facsimile: (650) 636-9251<br>E-mail: tkeller@kbkllp.com<br>          pbenvenutti@kbkllp.com<br>          jkim@kbkllp.com |

Dated: July 2, 2020

REED SMITH LLP

      */s/ David Weiss*
―――――――――――――――――――
David E. Weiss (SBN 148147)
Peter Munoz (SBN 66942)
101 Second Street Suite 1800
San Francisco, California 94105-3659
Telephone: (415) 543-8700
Facsimile: (415) 391-8269
dweiss@reedsmith.com
pmunoz@reedsmith.com

*Attorneys for PARADISE UNIFIED SCHOOL DISTRICT, NORTHERN RECYCLING AND WASTE SERVICES, LLC/NORTHERN HOLDINGS, LLC, AND NAPA COUNTY RECYCLING & WASTE SERVICES, LLC/NAPA RECYCLING & WASTE SERVICES, LLC*

NORTON ROSE FULBRIGHT US LLP

      */s/ Rebecca Winthrop*
―――――――――――――――――――
Rebecca J. Winthrop (SBN 116386)
Robin D. Ball (SBN 159698)
555 South Flower Street, Forty-First Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
rebecca.winthrop@nortonrosefulbright.com
robin.ball@nortonrosefulbright.com

*Attorneys for ADVENTIST HEALTH*

4

WILMER CUTLER PICKERING HALE AND DORR LLP

_____/s/ Craig Goldblatt_____
Craig Goldblatt (*Pro Hac Vice* admitted)
1875 Pennsylvania Ave., NW
Washington DC 20036
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
craig.goldblatt@wilmerhale.com

and

Lauren Lifland (*Pro Hac Vice* admitted)
Allyson Pierce (SBN 325060)
WILMER CUTLER PICKERING HALE AND DORR LLP
250 Greenwich Street
New York, New York 10007
Telephone: (202) 230-8800
Facsimile: (202) 230-8888
lauren.lifland@wilmerhale.com
allyson.pierce@wilmerhale.com

*Attorneys for COMCAST*

5