| | |
|---|---|
| DAVID M. FELDMAN (*pro hac vice*) <br> dfeldman@gibsondunn.com <br> MATTHEW K. KELSEY (*pro hac vice*) <br> mkelsey@gibsondunn.com <br> GIBSON, DUNN & CRUTCHER LLP <br> 200 Park Avenue <br> New York, NY 10166-0193 <br> Telephone: 212.351.4000 <br> Facsimile: 212.351.4035 | MATTHEW D. McGILL (*pro hac vice*) <br> mmcgill@gibsondunn.com <br> GIBSON, DUNN & CRUTCHER LLP <br> 1050 Connecticut Avenue, N.W. <br> Washington, DC 20036-5306 <br> Telephone: 202.955.8500 <br> Facsimile: 202.467.0539 |

MICHAEL S. NEUMEISTER, SBN 274220
 mneumeister@gibsondunn.com
MICHELLE CHOI, SBN 313557
 mchoi@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

*Attorneys for the Ad Hoc Committee of Holders of Trade Claims*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** <br> **PG&E CORPORATION** <br> -and- <br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br> **Debtors.** <br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☑ Affects both Debtors <br> *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM) <br> Chapter 11 <br> (Lead Case) <br> (Jointly Administered) <br> **CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

I, Michelle Choi, declare:

1. I am over the age of 18 years and not a party to this action. My business address is Gibson, Dunn & Crutcher LLP, 333 South Grand Avenue, Los Angeles, CA 90071, which is located in the country where the service described below occurred.

2. On July 3, 2020, I caused a true and correct copy of the *Notice of Appeal and Statement of Election to Have Appeal Heard by District Court* [D.I. 8261] to be served on the parties listed in **Exhibit A** via electronic mail.

I certify and declare under penalty of perjury that the forgoing is true and correct.

/s/ Michelle Choi
Michelle Choi