**Exhibit A**

| Name | Email |
|---|---|
| Stephen Karotkin | stephen.karotkin@weil.com |
| Ray C. Schrock | ray.schrock@weil.com |
| Jessica Liou | jessica.liou@weil.com |
| Theodore E. Tsekerides | theodore.tsekerides@weil.com |
| Tobias S. Keller | tkeller@kellerbenvenutti.com |
| Peter J. Benvenutti | pbenvenutti@kellerbenvenutti.com |
| Jane Kim | jkim@kellerbenvenutti.com |
| Bruce S. Bennett | bbennett@jonesday.com |
| Joshua M. Mester | jmester@jonesday.com |
| James O. Johnston | jjohnston@jonesday.com |
| Gregory A. Bray | gbray@milbank.com |
| Thomas R. Kreller | tkreller@milbank.com |
| Dennis F. Dunne | ddunne@milbank.com |
| Samuel A. Khalil | skhalil@milbank.com |
| Michael S. Stamer | mstamer@akingump.com |
| Ira S. Dizengoff | idizengoff@akingump.com |
| David H. Botter | dbotter@akingump.com |
| Abid Qureshi | aqureshi@akingump.com |
| Ashley Vinson Crawford | avcrawford@akingump.com |
| Mark A. Speiser | mspeiser@stroock.com |
| Kenneth Pasquale | kpasquale@stroock.com |
| Sherry J. Millman | smillman@stroock.com |
| Harold A. Olsen | holsen@stroock.com |
| David W. Moon | dmoon@stroock.com |
| Andrew I. Silfen | andrew.silfen@arentfox.com |
| Beth M. Brownstein | beth.brownstein@arentfox.com |
| Aram Ordubegian | aram.ordubegian@arentfox.com |
| M. David Minnick | dminnick@pillsburylaw.com |
| Leo T. Crowley | leo.crowley@pillsburylaw.com |
| Timothy Graulich | timothy.graulich@davispolk.com |
| David Schiff | david.schiff@davispolk.com |
| Daniel E. Meyer | daniel.meyer@davispolk.com |
| Andrew D. Yaphe | andrew.yaphe@davispolk.com |
| Bennett Murphy | bennettmurphy@quinnemanuel.com |
| Hugh M. McDonald | hugh.mcdonald@troutman.com |
| Jonathan D. Forstot | jonathan.forstot@troutman.com |
| Marcus T. Hall | marcus.hall@troutman.com |
| Katharine L. Malone | katharine.malone@troutman.com |
| Matthew A. Feldman | mfeldman@willkie.com |
| Joseph G. Minias | jminias@willkie.com |
| Benjamin P. McCallen | bmccallen@willkie.com |
| Kathryn S. Diemer | kdiemer@diemerwei.com |