**THE LAW OFFICE OF JOSEPH WEST**
Joseph West, State Bar No. 218847
575 E. Locust Ave., Suite 120
Fresno, CA 93720
Tel.: (310) 478-0890
Fax: (310) 478-5010
westjoseph@earthlink.net

Counsel for The International Church of the Foursquare Gospel
and certain wildfire victims from the Camp Fire

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re,<br><br>PG&E CORPORATION<br><br>-and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br><br>Debtors.<br><br>Affects both debtors | CASE NO.: 19-30088(DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF APPEAL AND STATEMENT OF ELECTION TO HAVE APPEAL HEARD BY DISTRICT COURT** |

NOTICE IS HEREBY GIVEN that The International Church of the Foursquare

---
NOTICE OF APPEAL

Gospel and certain wildfire victims from the Camp Fire represented by this law office in the above referenced bankruptcy case hereby appeal from (i) the Order Confirming Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020 [D.I. 8053] entered on June 20, 2020 (the "Confirmation Order") and (ii) the related Memorandum of Decision – Confirmation of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization [D.I. 8001] entered on June 17, 2020 (the "Confirmation Memorandum"). Copies of the foregoing are attached hereto as Exhibit A and Exhibit B, respectively.

Pursuant to 28 U.S.C. § 158(c), the International Church of the Foursquare Gospel and certain wildfire victims from the Camp Fire elect to have the appeal heard by the United States District Court for the Northern District of California rather than by the Bankruptcy Appellate Panel for the Ninth Circuit.

The names of all parties to the Confirmation Order and Confirmation Memorandum and the names, addresses, and telephone numbers of their respective attorneys, are:

| Party | Counsel |
|---|---|
| Debtors | WEIL, GOTSHAL & MANGES LLP Stephen Karotkin (pro hac vice) Ray C. Schrock, P.C. (pro hac vice) Jessica Liou (pro hac vice) Theodore E. Tsekerides (pro hac vice) 767 Fifth Avenue New York, NY 10153-0119 Telephone: (212) 310-8000 Facsimile: (212) 310-8007 E-mail: stephen.karotkin@weil.com, ray.schrock@weil.com, jessica.liou@weil.com, theodore.tsekerides@weil.com |

|   |   |   |
|---|---|---|
| | | KELLER & BENVENUTTI LLP Tobias S. Keller (SBN 151445) Peter J. Benvenutti (SBN 60566) Jane Kim (SBN 298192) 650 California Street, Suite 1900 San Francisco, CA 94108 Telephone: (415) 496-6723 Facsimile: (650) 636-9251 E-mail: tkeller@kellerbenvenutti.com, pbenvenutti@kellerbenvenutti.com, jkim@kellerbenvenutti.com |
| | Certain PG&E Shareholders | JONES DAY Bruce S. Bennett (SBN 105430) Joshua M. Mester (SBN 194783) James O. Johnston (SBN 167330) 555 South Flower Street, Fiftieth Floor Los Angeles, CA 90071.2300 Telephone: (213) 489-3939 Facsimile: (213) 243-2539 E-mail: bbennett@jonesday.com, jmester@jonesday.com, jjohnston@jonesday.com |
| | Official Committee of Unsecured Creditors | MILBANK LLP Gregory A. Bray (SBN 115367) Thomas R. Kreller (SBN 161922) 2029 Century Park East, 33rd Floor Los Angeles, CA 90067 Telephone: (424) 386-4000 Facsimile: (213) 629-5063 E-mail: gbray@milbank.com, tkreller@milbank.com<br><br>MILBANK LLP Dennis F. Dunne (pro hac vice) Samuel A. Khalil (pro hac vice) 55 Hudson Yards New York, NY 10001-2163 Telephone: (212) 530-5000 Facsimile: (212) 530-5219 E-mail: ddunne@milbank.com, skhalil@milbank.com |
| | Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company | AKIN GUMP STRAUSS HAUER & FELD LLP Michael S. Stamer (pro hac vice) Ira S. Dizengoff (pro hac vice) David H. Botter (pro hac vice) Abid Qureshi (pro hac vice) One Bryant Park New York, New York 10036 Telephone: (212) 872-1000 Facsimile: (212) 872-1002 E-mail: mstamer@akingump.com, idizengoff@akingump.com, dbotter@akingump.com, |

NOTICE OF APPEAL

| | | |
|---|---|---|
| | | aqureshi@akingump.com<br><br>AKIN GUMP STRAUSS HAUER & FELD LLP Ashley Vinson Crawford (SBN 257246) 580 California Street, Suite 1500 San Francisco, CA 94104 Telephone: (415) 765-9500 Facsimile: (415) 765-9501 E-mail: avcrawford@akingump.com |
| | Ad Hoc Group of Subrogation Claim Holders | WILLKIE FARR & GALLAGHER LLP Matthew A. Feldman (pro hac vice) Joseph G. Minias (pro hac vice) Benjamin P. McCallen (pro hac vice) 787 Seventh Avenue New York, NY 10019-6099 Telephone: (212) 728-8000 Facsimile: (212) 728-8111 E-mail: mfeldman@willkie.com, jminias@willkie.com, bmccallen@willkie.com<br><br>DIEMER & WEI LLP Kathryn S. Diemer (#133977) 100 West San Fernando Street, Suite 555 San Jose, CA 95113 Telephone: (408) 971-6270 Facsimile: (408) 971-6271 E-mail: kdiemer@diemerwei.com |
| | Fire Victim Trust | BROWN RUDNICK LLP Joel S. Miliband (SBN 077438) 2211 Michelson Drive Seventh Floor Irvine, California 92612 Telephone: (949) 752-7100 Facsimile: (949) 252-1514 Email: jmiliband@brownrudnick.com<br><br>BROWN RUDNICK LLP David J. Molton (SBN 262075) Seven Times Square New York, New York 10036 Telephone: (212) 209-4800 Facsimile: (212) 209-4801 Email: dmolton@brownrudnick.com |
| | Official Committee of Tort Claimants | BAKER HOSTETLER LLP Robert A. Julian (SBN 88469) Cecily A. Dumas (SBN 111449) 1160 Battery Street, Suite 100 |

NOTICE OF APPEAL

| | |
|---|---|
| | San Francisco CA 94111<br>Telephone (628) 208-6434<br>Facsimile (310) 820-8859<br>Email: rjulian@bakerlaw.com<br>Email: cdumas@bakerlaw.com<br><br>BAKER HOSTETLER LLP<br>Eric E. Sagerman (SBN 155496)<br>David J. Richardson (SBN 168592)<br>11601 Wilshire Blvd., Suite 1400<br>Los Angeles CA 90025-0509<br>Telephone: (310) 820-8800<br>Facsimile: (310) 820-8859<br>Email: esagerman@bakerlaw.com<br>Email: drichardson@bakerlaw.com |

Dated: July 3, 2020          **The Law Office of Joseph West**


By:   /s/ Joseph West
      Joseph West

*Attorney for the International Church of the Foursquare Gospel and certain wildfire victims from the Camp Fire*

NOTICE OF APPEAL