Derrick Talerico (SBN 223763)
dtalerico@ztlegal.com
David B. Zolkin (SBN 155410)
dzolkin@ztlegal.com
ZOLKIN TALERICO LLP
12121 Wilshire Blvd., Suite 1120
Los Angeles, CA 90025
Tel: (424) 500-85512
Fax: (424) 500-8951

Attorneys for Western Electricity
Coordinating Council

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>    -and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>         **Debtors.** | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case) (Jointly Administered)<br><br>**WESTERN ELECTRICITY COORDINATING COUNCIL'S REQUEST TO FILE AMENDED PROOFS OF CLAIM UNDER SEAL PURSUANT TO ORDER GRANTING MOTION OF WESTERN ELECTRICITY COORDINATING COUNCIL TO FILE PROOFS OF CLAIM AND ANY AMENDMENTS THERETO UNDER SEAL [Order at Docket No. 4238]**<br><br>[No Hearing Requested] |
| ☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | |

      On October 10, 2019, Western Electricity Coordinating Council ("WECC") filed its *Motion to File Proofs of Claim and Any Amendments Thereto Under Seal* (the "Sealing Motion") [Docket No. 4187]. Thereafter, the Court entered its *Order Granting Motion of Western Electricity*

*Coordinating Council to File Proofs of Claim and Any Amendments Thereto Under Seal* on October 16, 2019 (the "Sealing Order") [Docket No. 4238]. The sealed proofs of claim subject to the Sealing Order were entered on the Court's docket ("Sealed POCs") [Docket No. 4190], and WECC filed its *Notice of First Proof of Claim of Western Electricity Coordinating Council Filed Under Seal* and *Notice of Second Proof of Claim of Western Electricity Coordinating Council Filed Under Seal* (collectively the "Notices of Sealed Claims") with the claims agent, Prime Clerk, on October 21, 2019. Prime Clerk assigned the two Notices of Sealed Claims as claim numbers 86516 and 82607, respectively, and reflected the Notices of Sealed Claims on the claims register and on Prime Clerk's claims docket website.

The Sealing Order contemplated the possibility that the Sealed POCs might need to be amended by WECC. WECC now seeks to amend both Sealed POC's in order to further clarify its claims.

Based upon the foregoing, WECC requests that the Court enter an Order approving the filing under seal of WECC's amendments to the Sealed POCs pursuant to the terms and conditions set forth in the Sealing Motion and Sealing Order.

DATED: July 3, 2020    ZOLKIN TALERICO LLP

By: */s/ Derrick Talerico*
    Derrick Talerico
    David B. Zolkin
Attorneys for Western Electricity Coordinating Council