Derrick Talerico (SBN 223763)
dtalerico@ztlegal.com
David B. Zolkin (SBN 155410)
dzolkin@ztlegal.com
ZOLKIN TALERICO LLP
12121 Wilshire Blvd., Suite 1120
Los Angeles, CA 90025
Tel:     (424) 500-85512
Fax:     (424) 500-8951

Attorneys for Western Electricity
Coordinating Council

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>    -and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                    Debtors.<br><br>☐ Affects PG&E Corporation<br><br>☒ Affects Pacific Gas and Electric Company<br><br>☐ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case) (Jointly Administered)<br><br>**CERTIFICATE OF SERVICE OF WESTERN ELECTRICITY COORDINATING COUNCIL'S REQUEST TO FILE AMENDED PROOFS OF CLAIM UNDER SEAL, PURSUANT TO ORDER GRANTING MOTION OF WESTERN ELECTRICTY COORDINATING COUNCIL TO FILE PROOFS OF CLAIM AND ANY AMENDMENTS THERETO UNDER SEAL [Order at Docket No. 4238]**<br><br>[No Hearing Requested] |

I, Martha E. Araki, do declare and states as follows:

1. I am employed in Los Angeles County in the State of California. I am more than eighteen years old and not a party to this action. My business address is Zolkin Talerico LLP, 12121 Wilshire Boulevard, Suite 1120, Los Angeles, California 90025.

2. I certify that on July 3, 2020, I caused to be served a true and correct copy of the following documents via the Court's electronic case filing and noticing system:

- *Western Electricity Coordinating Council's Request to File Amended Proofs of Claim Under Seal Pursuant to Order Granting Motion of Wesetern Electricity Coordinating Council to File Proofs of Claim and Any Amendments Thereto Under Seal* (the "Request").

3. On July 3, 2020, I caused to be served a true and correct copy of the Request, via U.S. First Class Mail, upon the Standard Parties – Core/2002 First Class Mail Service List attached hereto as Exhibit A.

I declare under penalty of perjury of the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would testify thereto.

Executed this 3rd day of July, 2020, at Castaic, California.

                                                /s/ Martha E. Araki
                                                Martha E. Araki

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| Federal Energy Regulatory Commission | Federal Energy Regulatory Commission | Attn: General Counsel | 888 First St NE | | Washington | DC | 20426 |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | | Philadelphia | PA | 19104-5016 |
| Interested Party John A. Vos A | John A. Vos | | 1430 Lincoln Avenue | | San Rafael | CA | 94901 |
| Office of the United States Attorney for the Northern District of California | Office of the United States Attorney for the Northern District of California | Attn: Bankruptcy Unit | Federal Courthouse | 450 Golden Gate Avenue | San Francisco | CA | 94102 |
| Debtors | PG&E Corporation | Attn: President or General Counsel | 77 Beale Street | P.O. Box 77000 | San Francisco | CA | 94177 |
| Interested Party Placer County Office of the Treasurer-Tax Collector | Placer County Office of the Treasurer-Tax Collector | Attn: Robert Kanngiesser | 2976 Richardson Drive | | Auburn | CA | 95603 |
| Counsel to Fremont Bank | ROBERTSON & LEWIS | Attn: Wm. Thomas Lewis, Esq. | Post Office Box 1257 | | Gilroy | CA | 95021-1257 |
| Counsel to Ruckman-Leal Creditors, Counsel to Michael Marroquin | Rodriguez & Associates | Attn: Joseph Whittington, Esq. and Daniel Turek, Esq. | 2020 Eye Street | | Bakersfield | CA | 93301 |
| Nuclear Regulatory Commission | U.S. Nuclear Regulatory Commission | Attn: General Counsel | U.S. NRC Region IV | 1600 E. Lamar Blvd. | Arlington | TX | 76011 |
| Nuclear Regulatory Commission | U.S. Nuclear Regulatory Commission | Attn: General Counsel | | | Washington | DC | 20555-0001 |