Theresa Ann McDonald
5044 Russell Drive
Paradise, CA 95969
Phone Number: 530-636-3148
Tmcdonald120@yahoo.com

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT
### (SAN FRANCISCO DIVISION)

In re:

PG&E CORPORATION

   -and-

PG&E GAS AND ELECTRIC COMPANY

   Debtors

   vs.

Theresa Ann McDonald

   Creditor

Bankruptcy Case

No. 19-30088-DM

Chapter 11

(Lead Case)

(Jointly Administered) Case

No. 19-30089-DM

Proof of Claim No. 54975

Filed October 21, 2019

Camp Fire

Judge: Honorable Dennis Montali

Emergency Pleading: Notice Of Appeal And Statement Of Election

Relief Requested: Time To Prepare The Necessary Documents To Submit An Appeal Against The Court's Order Confirming Debtors' and Shareholder Proponents' Joint Chapter 11 Plan Of Reorganization Dated June 19, 2020 (Docket Number 8053)

I recognize Docket #8255, the Notice Of Appeal to 8th Circuit Court. That appeal does not challenge the Court's determination to confirm the Plan. My intention is to challenge the Court's determination to confirm the Plan.

I am acting without benefit of an attorney in this matter, so I must beg forgiveness in advance if I do not file everything correctly. I intend no disrespect to the Court, and will not intentionally fail to file any necessary paperwork or fees.

Rather than attempt to correctly identify the other parties to the appeal in Part 3 of the Notice of Appeal I have referred to the Master Service List maintained by Prime Clerk. I do so in the belief that since I am intending to attempt to overturn the confirmation order all parties to the case are included as parties to the appeal.

As demonstrated in the Notice of Appeal, my legal address remains in Paradise, even though my home was destroyed. My mailing address is currently as shown below:

Theresa Ann McDonald

1832 Knights Ferry Drive

Plumas Lake, CA 95961

I do not undertake this step lightly. I have tried to get the information I believe I need to determine if the confirmation should be overturned or allowed to stand. To date I have not been able to obtain that information, despite an appeal to the TCC and to the attorney who is handling my claim in the case. Because I am unwilling to surrender my rights to appeal I am filing this Notice to Appeal within the 14 day time limit.

I sincerely hope that I will be able to obtain the information I need in the time allowed under the Notice of Appeal to perfect my appeal. I hope that I will discover that the Plan is actually fair to the fire victim claimants, and that I will be able to withdraw my appeal. Until then I am filing this Notice of Appeal to protect my rights and the rights of many fire victim claimants.

*Theresa Ann McDonald* (signature)

*[Caption as in Form 416A, 416B, or 416D, as appropriate]*

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): **Theresa Ann McDonald**

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   - ☐ Plaintiff
   - ☐ Defendant
   - ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   - ☐ Debtor
   - ☒ Creditor
   - ☐ Trustee
   - ☐ Other (describe) _____

## Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: **Docket Number 8053 Order Confirming Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization**
2. State the date on which the judgment, order, or decree was entered: **6-20-2020**

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: _____ Attorney: _____

2. Party: _____ Attorney: _____

**See Master Service List on Prime Clerk**

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☒ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

*Theresa Ann McDonald*
Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

Date: 7-1-2020

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney):
Theresa Ann McDonald
5044 Russell Drive
Paradise, CA 95969
530-636-3148

This is my claim address and still my permanent address even though my home was destroyed and not rebuilt.

Mailing Address - Temporary
Theresa Ann McDonald
1832 Knights Ferry Drive
Plumas Lake, CA 95961
530-636-3148

I am staying with my son and daughter-in-law for now.

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[**Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]