# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | **Bankruptcy Case** |
| **PG&E CORPORATION,** | **No. 19-30088 (DM)** |
| **- and -** | |
| **PACIFIC GAS AND ELECTRIC** | **Chapter 11** |
| **COMPANY,** | **(Lead Case)** |
| **Debtors.** | **(Jointly Administered)** |

## CERTIFICATE OF SERVICE

I, Sonia Akter, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On June 23, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the Notice Parties Service List attached hereto as **Exhibit A:**

- Notice of Filing of Transcript and Deadlines Related to Restriction and Redaction, a copy of which is attached hereto as **Exhibit B**.

3. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 6th day of July 2020, at New York, NY.

*/s/ Sonia Akter*
Sonia Akter

SRF 43412

# **Exhibit A**

Exhibit A
Notice Parties Service List
Served via first class mail

In re:  PG&E Corporation, *et al.*
Case No. 19-30088 (DM)

Case: 19-30088    Doc# 8267    Filed: 07/06/20    Entered: 07/06/20 10:59:50    Page 3 of
5

# **Exhibit B**

Case: 19-30088    Doc# 8267    Filed: 07/06/20    Entered: 07/06/20 10:59:50    Page 4 of
5

SRF 43412

Form TRANSC

**UNITED STATES BANKRUPTCY COURT**
**California Northern Bankruptcy Court**

| | |
|---|---|
| **In re Debtor(s):** | Case No.: 19–30088 DM 11 |
| | Chapter: 11 |
| PG&E Corporation | |

### NOTICE OF FILING OF TRANSCRIPT
### AND DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on June 19, 2020 at 12:00 PM was filed on June 22, 2020. The following deadlines apply:

The parties have until Monday, June 29, 2020 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is Monday, July 13, 2020.

If a request for redaction is filed, the redacted transcript is due Thursday, July 23, 2020.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is Monday, September 21, 2020, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber,

Jason Gottlieb
Attn: Jason Gottlieb, Dir. of Tran. Ops.
7227 N 16th St. #207
Phoenix, AZ 85020

or you may view the document at the clerk's office public terminal.

Dated: <u>6/25/20</u>

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court