**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**,<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY**,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br><br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF CANCELLATION OF JULY 7, 2020, 10:00 A.M. OMNIBUS HEARING**<br><br>Date: July 7, 2020<br>Time: 10:00 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**PLEASE TAKE NOTICE** that the following matters, which were scheduled to be heard in the above-captioned chapter 11 cases on July 7, 2020, at 10:00 a.m. (Pacific Time) (the "**Omnibus Hearing**") have been resolved.

**PLEASE TAKE FURTHER NOTICE** that, accordingly, the Omnibus Hearing is cancelled.

**I:**   **MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**

1. **Motion to Permit Lawsuit to Proceed**: *Motion to Abstain and for Relief from Automatic Stay to Permit Lawsuit to Proceed to Trial and Conclusion* [**Dkt. 4491**].

    Response Deadline: November 14, 2019, at 4:00 p.m. (Pacific Time).

    Status: This matter has been resolved by stipulation [**Dkt. 8239**] and taken off calendar by order [**Dkt. 8251**].

2. **John Lee Clark's Motion to Conduct a Jury Trial**: *Motion for Relief from Automatic Stay to Permit the Courts of the State of California to Conduct a Jury Trial and Related Pretrial and Post Trial Matters in Connection with Creditor, John Lee Clark's Complaint for Damages, or in Alternative, for Abstention* [**Dkt. 7964**].

    Response Deadline: July 2, 2020, at 4:00 p.m. (Pacific Time).

    Status: This matter has been resolved by stipulation [**Dkt. 8229**] and taken off calendar by order [**Dkt. 8250**].

3. **Motion to Amend Proof of Claim**: *Motion Pursuant to Fed. R. Civ. Pro. 15 to Amend Proof of Claim No 8406* [**Dkt. 7829**].

    Response Deadline: June 29, 2020.

    Status: This matter has been resolved by stipulation [**Dkt. 8133**] and taken off calendar by order [**Dkt. 8219**].

4. **Motion to Deem Claim Timely Filed**: *Motion Pursuant to Fed. R. Bankr. P. 9006(b)(1) to Deem David Clark's Claim Timely Filed* [**Dkt. 7663**].

    Response Deadline: June 23, 2020.

    Status: This matter has been resolved by stipulation [**Dkt. 7923**] and taken off calendar by order [**Dkt. 7957**].

5. **Motion to Substitute ZDMAK Tools, LLC**: *Motion Pursuant to Fed. R. Civ. Pro. 17(a)(3) to Substitute ZDMAK Tools, LLC, as the Real Party in Interest for Business Loss Claim Previously Filed, or in the Alternative, to Enlarge Time to File Proofs of Claim Pursuant to Fed. R. Bankr. 9006(b)(1); Supporting Exhibits* [**Dkt. 7694**].

    Response Deadline: June 23, 2020.

    Status: This matter has been resolved by stipulation [**Dkt. 8043**] and taken off calendar by order [**Dkt. 8122**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

6. **Motion to Enlarge Time to File Proof of Claim**: *Motion Pursuant to Fed. R. Bankr. P. 9006(b)(1) to Enlarge the Time for Brooke M. Hawes to File Proof of Claim* [**Dkt. 7797**].

Response Deadline: July 2, 2020, at 4:00 p.m. (Pacific Time).

Status: This matter has been resolved by stipulation [**Dkt. 7924**] and taken off calendar by order [**Dkt. 7961**].

7. **Motion to Substitute Cutting Edge Orthopedics, LLC**: *Motion Pursuant to Fed. R. Civ. Pro. 17(a)(3) to Substitute Cutting Edge Orthopedics, LLC, as the Real Party in Interest for Claim Previously Filed, or in the Alternative, to Enlarge Time to File Proofs of Claim Pursuant to Fed. R. Bankr. 9006(b)(1); Declaration of Rex Miller in Support Thereof* [**Dkt. 7821**].

Response Deadline: June 29, 2020.

Status: This matter has been resolved by stipulation [**Dkt. 8044**] and taken off calendar by order [**Dkt. 8123**].

8. **Motion to Allow Late Filing**: *Motion to Allow/Deem Timely Late Filing of Proof of Claim by Eileen King and Jason King, Memorandum of Points and Authorities; Declaration of Guy L. Watts* [**Dkt. 7884**].

Response Deadline: June 23, 2020.

Status: This matter has been resolved by stipulation [**Dkt. 7988**] and taken off calendar by order [**Dkt. 8119**].

9. **Motion to Allow Late Filing**: *Motion to Allow/Deem Timely Late Filing of Proof of Claim by Catlin Rice Tucker, Darian Rahgani Tucker, M.T., a Minor, C.R.T., a Minor, and Catlin Rice Tucker & Darian Rahgani Tucker Tees U/A Dated 10/19/2011, Memorandum of Points and Authorities; Declaration of Mikal C. Watts* [**Dkt. 7886**].

Response Deadline: June 23, 2020.

Status: This matter has been resolved by stipulation [**Dkt. 7989**] and taken off calendar by order [**Dkt. 8121**].

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at:pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Dated: July 6, 2020

**WEIL, GOTSHAL & MANGES LLP
KELLER BENVENUTTI KIM LLP**

By: */s/ Thomas B. Rupp*
 Thomas B. Rupp

*Attorneys for Debtors and Debtors in Possession*