# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In Re:                                  Bankruptcy Case No. 19-30088 (DM) (Lead Case)

PG&E Corporation

    and                              Chapter 11

Pacific Gas and Electric Company,       (Jointly Administered)

## COURT CERTIFICATE OF MAILING

I, the undersigned, a regularly appointed clerk of the United States Bankruptcy Court for the Northern District of California, served a copy of the foregoing document(s):

- Notice of Appeal and Statement of Election- by Public Employees Retirement Association of New Mexico- Dkt. #8243
- Certificate of Service
- Order Confirming Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020

That I, in the performance of my duties as such Clerk, served a copy of the foregoing document(s) by depositing in the regular United States mail at San Francisco, California on the date shown below, in a sealed envelope bearing the lawful frank of the United States Bankruptcy Court addressed as listed below:

Office of the U.S. Trustee / SF
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102


KELLER AND BENVENUTTI, LLP        for **PG& E Corporation and**
Tobias S. Keller                               **Pacific Gas & Electric Company**
Jane Kim
650 California St., #1900
San Francisco, CA 94108

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin
Theodore E. Tsekerides
Richard W. Slack
Jessica Liou
Matthew Goren
767 Fifth Avenue
New York, NY 10153-0119

| | |
|---|---|
| JONES DAY<br>Bruce S. Bennett<br>Joshua M. Mester<br>James O. Johnston<br>555 South Flower St., 15th Fl.<br>Los Angeles, CA 90071-2300 | for **Shareholder Proponents** |
| LABATON SUCHAROW LLP<br>Thomas A. Dubbs<br>Carol C. Villegas<br>Jeffrey A. Dubbin (SBN 287199)<br>140 Broadway<br>New York, New York 10005<br><br>MICHELSON LAW GROUP<br>Randy Michelson (SBN 114095)<br>220 Montgomery Street, Suite 2100<br>San Francisco, California 94104<br><br>LOWENSTEIN SANDLER LLP<br>Michael S. Etkin<br>Andrew Behlmann<br>One Lowenstein Drive<br>Roseland, New Jersey 07068 | for **Lead Plaintiff and the Proposed Class** |

Dated: July 6, 2020        \_/s/ Monica Tartaglia_____
                           Monica Tartaglia, Deputy Clerk