**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In Re:                                                  Bankruptcy Case No. 19-30088 (DM) (Lead Case)

PG&E Corporation
                                                        Chapter 11
            and
                                                        (Jointly Administered)
Pacific Gas and Electric
Company,

## COURT CERTIFICATE OF MAILING

I, the undersigned, a regularly appointed clerk of the United States Bankruptcy Court for the Northern District of California, served a copy of the foregoing document(s):

- Notice of Appeal and Statement of Election- by Public Employees Retirement Association of New Mexico- Dkt. #8243
- Certificate of Service
- Order Confirming Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020

That I, in the performance of my duties as such Clerk, served a copy of the foregoing document(s) by depositing in the regular United States mail at San Francisco, California on the date shown below, in a sealed envelope bearing the lawful frank of the United States Bankruptcy Court addressed as listed below:


Office of the U.S. Trustee / SF
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102


KELLER AND BENVENUTTI, LLP               for **PG& E Corporation and**
Tobias S. Keller                              **Pacific Gas & Electric Company**
Jane Kim
650 California St., #1900
San Francisco, CA 94108

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin
Theodore E. Tsekerides
Richard W. Slack
Jessica Liou
Matthew Goren
767 Fifth Avenue
New York, NY 10153-0119

JONES DAY                                    for **Shareholder Proponents**
Bruce S. Bennett
Joshua M. Mester
James O. Johnston
555 South Flower St., 15th Fl.
Los Angeles, CA 90071-2300


LABATON SUCHAROW LLP                         for **Lead Plaintiff and the Proposed Class**
Thomas A. Dubbs
Carol C. Villegas
Jeffrey A. Dubbin (SBN 287199)
140 Broadway
New York, New York 10005

MICHELSON LAW GROUP
Randy Michelson (SBN 114095)
220 Montgomery Street, Suite 2100
San Francisco, California 94104

LOWENSTEIN SANDLER LLP
Michael S. Etkin
Andrew Behlmann
One Lowenstein Drive
Roseland, New Jersey 07068



Dated: July 6, 2020                   _/s/ Monica Tartaglia_____
                                      Monica Tartaglia, Deputy Clerk