**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In Re:  Bankruptcy Case No. 19-30088 (DM) (Lead Case)

PG&E Corporation

    and

Chapter 11

(Jointly Administered)

Pacific Gas and Electric Company,

## COURT CERTIFICATE OF MAILING

I, the undersigned, a regularly appointed clerk of the United States Bankruptcy Court for the Northern District of California, served a copy of the foregoing document(s):

- Notice of Appeal and Statement of Election- by Theresa Ann McDonald- Dkt. #8266
- Order Confirming Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020

That I, in the performance of my duties as such Clerk, served a copy of the foregoing document(s) by depositing in the regular United States mail at San Francisco, California on the date shown below, in a sealed envelope bearing the lawful frank of the United States Bankruptcy Court addressed as listed below:

Office of the U.S. Trustee / SF
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102

KELLER AND BENVENUTTI, LLP      for **PG& E Corporation and**
Tobias S. Keller      **Pacific Gas & Electric Company**
Jane Kim
650 California St., #1900
San Francisco, CA 94108

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin
Theodore E. Tsekerides
Richard W. Slack
Jessica Liou
Matthew Goren
767 Fifth Avenue
New York, NY 10153-0119

Theresa Ann McDonald      **Interested Party**
1832 Knights Ferry Drive
Plumas Lake, CA 95961

Theresa Ann McDonald
5044 Russell Drive
Paradise, CA 95969

Dated: July 6, 2020        /s/ Monica Tartaglia
    Monica Tartaglia, Deputy Clerk