Office of the Clerk
United States Bankruptcy Court, Northern District of California

Edward J. Emmons
Clerk of Court
450 Golden Gate Avenue
Mail Box 36099
San Francisco, CA 94102
Phone: (415) 268-2300

July 6, 2020

Susan Y. Soong, Clerk of Court
United States District Court
Phillip Burton Federal Building
& United States Courthouse
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

Re: Transmittal of Notice of Appeal to District Court: **PG& E Corporation and Pacific Gas & Electric Company; Bankruptcy Case No. 19-30088-DM, Judge Dennis Montali**

Dear Clerk:

We are electronically transmitting the following documents to your court for the above referenced matter:

- ☒ Notice of Appeal and Statement of Election- by Theresa Ann McDonald- Dkt. #8266
- ☒ Court's Certificate of Mailing
- ☒ Docket Report
- ☒ Order Confirming Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020
- ☒ Filing Fee Not Paid

If you have any questions, please contact me at (415) 268-2353.

Sincerely,

Edward J. Emmons
Clerk of Court

By: /s/ Monica Tartaglia
Monica Tartaglia, Deputy Clerk