1 Derrick Talerico (SBN 223763)
dtalerico@ztlegal.com
2 David B. Zolkin (SBN 155410)
dzolkin@ztlegal.com
3 ZOLKIN TALERICO LLP
4 12121 Wilshire Blvd., Suite 1120
Los Angeles, CA 90025
5 Tel:    (424) 500-85512
Fax:    (424) 500-8951
6
7 Attorneys for Western Electricity
Coordinating Council

Signed and Filed: July 6, 2020

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>    -and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                    Debtors.<br><br>☐ Affects PG&E Corporation<br><br>☒ Affects Pacific Gas and Electric Company<br><br>☐ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case) (Jointly Administered)<br><br>**ORDER GRANTING WESTERN ELECTRICITY COORDINATING COUNCIL'S REQUEST TO FILE AMENDED PROOFS OF CLAIM UNDER SEAL PURSUANT TO ORDER GRANTING MOTION OF WESTERN ELECTRICITY COORDINATING COUNCIL TO FILE PROOFS OF CLAIM AND ANY AMENDMENTS THERETO UNDER SEAL [Order at Docket No. 4238]**<br><br>[No Hearing Requested] |

The Court, having considered Western Electricity Coordinating Council's ("WECC") *Request to Amend Proofs of Claim Filed Under Seal Pursuant to Order Granting Motion of Western Electricity Coordinating Council to File Proofs of Claim and any Amendments Thereto Under Seal [Order at Docket No. 4238]* (the "Request"), filed on July ___, 2020,[1]

IT IS HEREBY ORDERED THAT:

1. The Request is GRANTED.

2. WECC is authorized to file its amended proofs of claim against the Debtor, and any additional amendments thereto, under seal pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9018.

3. WECC's amended proofs of claim are confidential, shall remain under seal, and shall not be made available to anyone without the written consent of WECC and the Debtor, except that copies of the proofs of claim shall be provided to the Court on a strictly confidential basis.

4. Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**END OF ORDER**

---

[1] Capitalized terms used but not otherwise herein defined shall have the meanings ascribed to them in the Request.