UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:                                              Bankruptcy Case No. 19-30088 (DM) (Lead Case)

PG&E Corporation

    and                                         Chapter 11

Pacific Gas and Electric                            (Jointly Administered)
Company,

## COURT CERTIFICATE OF MAILING

I, the undersigned, a regularly appointed clerk of the United States Bankruptcy Court for the Northern District of California, served a copy of the foregoing document(s):

- Notice of Appeal and Statement of Election- by The International Church of the Foursquare Gospel -Dkt. #8263
- Order Confirming Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020

That I, in the performance of my duties as such Clerk, served a copy of the foregoing document(s) by depositing in the regular United States mail at San Francisco, California on the date shown below, in a sealed envelope bearing the lawful frank of the United States Bankruptcy Court addressed as listed below:

Office of the U.S. Trustee / SF
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102

KELLER AND BENVENUTTI, LLP                for **PG& E Corporation and**
Tobias S. Keller                                              **Pacific Gas & Electric Company**
Jane Kim
Peter J. Benvenutti
650 California St., #1900
San Francisco, CA 94108

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin
Ray C. Schrock, P.C.
Theodore E. Tsekerides
Jessica Liou
767 Fifth Avenue
New York, NY 10153-0119

JONES DAY                                                         for **Certain PG&E Shareholders**
Bruce S. Bennett
Joshua M. Mester
James O. Johnston

555 South Flower St., 15th Fl.
Los Angeles, CA 90071-2300

MILBANK LLP                                    for **Official Committee of Unsecured Creditors**
Gregory A. Bray
Thomas R. Kreller
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067

MILBANK LLP
Dennis F. Dunne
Samuel A. Khalil
55 Hudson Yards
New York, NY 10001-2163

AKIN GUMP STRAUSS HAUER &                      for **Ad Hoc Committee of Senior Unsecured**
FELD LLP                                       **Noteholders of Pacific Gas and Electric**
Michael S. Stamer                              **Company**
Ira S. Dizengoff
David H. Botter
Abid Qureshi
One Bryant Park
New York, New York 10036

AKIN GUMP STRAUSS HAUER
& FELD LLP
Ashley Vinson Crawford
580 California Street, Suite1500
San Francisco, CA 94104

WILLKIE FARR & GALLAGHER LLP                   for **Ad Hoc Group of Subrogation Claim**
Matthew A. Feldman                             **Holders**
Joseph G. Minias
Benjamin P. McCallen
787 Seventh Avenue
New York, NY 10019-6099

DIEMER & WEI LLP
Kathryn S. Diemer
100 West San Fernando Street
Suite 555
San Jose, CA 95113

BROWN RUDNICK LLP                              for **Fire Victim Trust**
Joel S. Miliband
2211 Michelson Drive
Seventh Floor
Irvine, California 92612

BROWN RUDNICK LLP

David J. Molton
Seven Times Square
New York, New York 10036

BAKER HOSTETLER LLP            for **Official Committee of Tort Claimants**
Robert A. Julian
Cecily A. Dumas
1160 Battery Street, Suite 100
San Francisco, CA 9411

BAKER HOSTETLER LLP
Eric E. Sagerman
David J. Richardson
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509

THE LAW OFFICE OF JOSEPH WEST      for **The International Church of the**
Joseph West                                                **Foursquare Gospel and certain wildfire**
575 E. Locust Ave., Suite 120                  **victims from the Camp Fire**
Fresno, CA 93720


Dated: July 6, 2020                /s/ Monica Tartaglia
                                         Monica Tartaglia, Deputy Clerk