# Exhibit A

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit A

## COMMITTEE MEMBERS INCURRING EXPENSES FOR SERVICES RENDERED ON BEHALF OF THE TCC FROM JUNE 1, 2020 THROUGH JUNE 30, 2020

| Name | Position | Total Expenses Incurred |
|------|----------|------------------------:|
| Karen M. Lockhart | Chair | $41.08 |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO