**Exhibit B**

**Exhibit B**

**EXPENSE SUMMARY**
**FOR THE PERIOD JUNE 1, 2020 THROUGH JUNE 30, 2020**

| EXPENSES | AMOUNTS |
|---|---|
| Other: Shredding Confidential Material | $41.08 |
| **Total Expenses Requested:** | **$41.08** |