**Exhibit C**

In re PG&E Corporation and Pacific Gas and Electric Company
Lead Case NO. 19-30088
Official Committee of Tort Claimants

**COMMITTEE EXPENSE FORM**

1. Name of Committee Member:      Karen M. Lockhart
2. Description of Committee Business:      Confidential Material Received
3. Date of Committee Business:      N/A
4. Location of Committee Business:      N/A
5. Date of Travel      N/A
   Description of trip (start/end locations)      N/A

6. Reimbursable Expenses:
   (a) Transportation:
      (1) Air or Rail Fare
      (2) Personal automobile miles at $ .58 per mile
          Total miles traveled:
      (3) Taxi/Uber/Lyft/Public Transportation/Bart
      (4) Parking/Tolls
      (5) Other (describe)  Shredding Cost      $41.08
   (b) Lodging:
      (1) Hotel (excluding meals)
   (c) Meals
      (1) Breakfast (no receipt)
      (2) Dinner     (no receipt)

**TOTAL REIMBURSEMENT SOUGHT**      **$ 41.08**

Please Attach Backup for Each Item Sought (Receipts, Starting and Ending Location for Mileage, etc)*

     I hereby certify that the above expenses were incurred by me in connection with attendance at a Committee meeting or other authorized Committee business.

*Karen Lockhart*      June 24, 2020

Karen M. Lockhart