# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In Re:                                              Bankruptcy Case No. 19-30088 (DM) (Lead Case)

PG&E Corporation

    and                                                Chapter 11

Pacific Gas and Electric                            (Jointly Administered)
Company,

## COURT CERTIFICATE OF MAILING

I, the undersigned, a regularly appointed clerk of the United States Bankruptcy Court for the Northern District of California, served a copy of the foregoing document(s):

- Notice of Appeal and Statement of Election- by the Ad Hoc Committee of Holders of Trade Claims -Dkt. #8261
- Certificate of Service re Notice of Appeal-Dkt. #8262
- Order Confirming Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020
- Memorandum Decision – Confirmation of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization – Dkt. #8001
- Memorandum Decision Regarding Postpetition Interest – Dkt. #5226
- Interlocutory Order Regarding Postpetition Interest – Dkt. #5669

That I, in the performance of my duties as such Clerk, served a copy of the foregoing document(s) by depositing in the regular United States mail at San Francisco, California on the date shown below, in a sealed envelope bearing the lawful frank of the United States Bankruptcy Court addressed as listed below:

Office of the U.S. Trustee / SF
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102

KELLER AND BENVENUTTI, LLP      for **PG& E Corporation and**
Tobias S. Keller                                              **Pacific Gas & Electric Company**
Jane Kim                                                      **(Plan Proponents)**
Peter J. Benvenutti
650 California St., #1900
San Francisco, CA 94108

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin
Ray C. Schrock, P.C.
Theodore E. Tsekerides
Jessica Liou
767 Fifth Avenue

New York, NY 10153-0119

| | |
|---|---|
| JONES DAY<br>Bruce S. Bennett<br>Joshua M. Mester<br>James O. Johnston<br>555 South Flower St., 15th Fl.<br>Los Angeles, CA 90071-2300 | for **Certain PG&E Shareholders** |
| MILBANK LLP<br>Gregory A. Bray<br>Thomas R. Kreller<br>2029 Century Park East, 33rd Floor<br>Los Angeles, CA 90067 | for **Official Committee of Unsecured Creditors** |
| MILBANK LLP<br>Dennis F. Dunne<br>Samuel A. Khalil<br>55 Hudson Yards<br>New York, NY 10001-2163 | |
| AKIN GUMP STRAUSS HAUER & FELD LLP<br>Michael S. Stamer<br>Ira S. Dizengoff<br>David H. Botter<br>Abid Qureshi<br>One Bryant Park<br>New York, New York 10036 | for **Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company** |
| AKIN GUMP STRAUSS HAUER & FELD LLP<br>Ashley Vinson Crawford<br>580 California Street, Suite1500<br>San Francisco, CA 94104 | |
| WILLKIE FARR & GALLAGHER LLP<br>Matthew A. Feldman<br>Joseph G. Minias<br>Benjamin P. McCallen<br>787 Seventh Avenue<br>New York, NY 10019-6099 | for **Ad Hoc Group of Subrogation Claim Holders** |
| DIEMER & WEI LLP<br>Kathryn S. Diemer<br>100 West San Fernando Street<br>Suite 555<br>San Jose, CA 95113 | |

| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>David M. Feldman<br>Matthew K. Kelsey<br>200 Park Avenue<br>New York, NY 10166-0193 | for **Ad Hoc Committee of Holders of Trade Claims** |
| GIBSON, DUNN & CRUTCHER LLP<br>Matthew D. McGill<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306 | |
| GIBSON, DUNN & CRUTCHER LLP<br>Michael S. Neumeister<br>Michelle Choi<br>333 South Gran Avenue<br>Los Angeles, CA 90071-3197 | |
| STROOCK & STROOCK & LAVAN LLP<br>Mark A. Speiser<br>Kenneth Pasquale<br>Sherry J. Millman<br>Harold A. Olsen<br>180 Maiden Lane<br>New York, NY 10038-4982 | for **Mizuho Bank, Ltd. In its capacity as Holdco Term Loan Administrative Agent** |
| STROOCK & STROOCK & LAVAN LLP<br>David W. Moon<br>2029 Century Park East<br>Los Angeles, CA 90067-3086 | |
| ARENT FOX LLP<br>Andrew I. Silfen<br>Beth M. Brownstein<br>1301 Avenue of the Americas<br>42nd Floor<br>New York, New York 10019 | for **BOKF, NA, in its capacity as Indenture Trustee for the Utility Senior Notes** |
| ARENT FOX LLP<br>Aram Ordubegian<br>55 Second Street, 21st Floor<br>San Francisco, CA 94105 | |
| PILLSBURY WINTHROP SHAW PITTMAN LLP<br>M. David Minnick<br>Four Embarcadero Center, 22nd Floor<br>San Francisco, CA 94126-5998 | for **Wilmington Trust, National Association, in its capacity as Administrative Agent for Holdco Revolver** |
| PILLSBURY WINTHROP SHAW PITTMAN LLP<br>Leo T. Crowley | |

31 West 52nd Street
New York, NY 10019-6131

DAVIS POLK & WARDWELL LLP                for **Citibank N.A., as Administrative Agent for**
Timothy Graulich                         **Utility Revolving Credit Facility**
David Schiff
Daniel E. Meyer
450 Lexington Avenue
New York, New York 10017

DAVIS POLK & WARDWELL LLP
Andrew D. Yaphe
1600 El Camino Real
Menlo Park, California 94025

QUINN EMANUEL URQUHART &                 for **Canyon Capital Advisors LLC**
SULLIVAN, LLP
Bennet Murphy
865 South Figueroa, 10th Floor
Los Angeles, CA 90017-2543

TROUTMAN SANDERS LLP                     for **Consolidated Edison Development, Inc.**
Hugh M. McDonald
Jonathan D. Forstot
875 Third Avenue
New York, NY 10022

TROUTMAN SANDERS LLP
Marcus T. Hall
Katharine L. Malone
3 Embarcadero Center, Suite 800
San Francisco, CA 94111


Dated: July 7, 2020                        /s/ Monica Tartaglia_____
                                         Monica Tartaglia, Deputy Clerk