| | |
|---|---|
| 1 | UNITED STATES DEPARTMENT OF JUSTICE |
| | CIVIL DIVISION |
| 2 | ETHAN P. DAVIS |
| | Acting Assistant Attorney General |
| 3 | RUTH A. HARVEY |
| | Director |
| 4 | KIRK MANHARDT |
| | Deputy Director |
| 5 | MATTHEW J. TROY (GABN 717258) |
| | Senior Trial Counsel |
| 6 | P.O. Box 875 |
| | Ben Franklin Station |
| 7 | Washington, DC 20044-0875 |
| | Telephone: (202) 514-9038 |
| 8 | E-mail: matthew.troy@usdoj.gov |
| 9 | DAVID L. ANDERSON (CABN 149604) |
| | United States Attorney |

Attorneys for the United States of America

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered) |

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 73850 OF THE UNITED STATES OF AMERICA, DEPARTMENT OF HEALTH AND HUMAN SERVICES, CENTERS FOR MEDICARE & MEDICAID SERVICES**

**PLEASE TAKE NOTICE THAT**, the United States of America, Department of Health and Human Services, Centers for Medicare & Medicaid Services, hereby withdraws its Proof of Claim No.

73850 filed against Pacific Gas and Electric Company on October 17, 2019.

Date: July 7, 2020

Respectfully submitted,

ETHAN P. DAVIS
Acting Assistant Attorney General
DAVID L. ANDERSON (CABN 149604)
United States Attorney

/s/ Matthew J. Troy
RUTH A. HARVEY
Director
KIRK MANHARDT
Deputy Director
MATTHEW J. TROY
Senior Trial Counsel
Attorneys for the United States

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2020, I electronically filed the foregoing Notice of Withdrawal with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

/s/ Matthew J. Troy
Matthew J. Troy
Senior Trial Counsel
Attorney for the United States