# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
|    **- and –** | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
|                     **Debtors.** | **FOURTH COMBINED MONTHLY FEE STATEMENT OF AXIOM ADVISORS FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FEBRUARY 1, 2020 THROUGH JUNE 30, 2020** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | |
| | **Objection Deadline: July 28, 2020 at 4:00 p.m. (PT)** |
| *\* All papers shall be filed in the Lead Case No. 19-30088 (DM).* | [No hearing requested] |

| | |
|---|---|
| To: | <u>The Notice Parties</u> |
| Name of Applicant: | <u>Axiom Advisors</u> |
| Authorized to Provide Professional Services to: | <u>Government Affairs Consultant for the Official Committee of Unsecured Creditors</u> |
| Date of Retention: | <u>May 10, 2019 *nunc pro tunc* to March 15, 2019</u> |
| Period for which compensation and reimbursement are sought: | <u>February 1, 2020 through June 30, 2020</u> |
| Amount of compensation sought as actual, reasonable, and necessary: | <u>$100,000 (80% of $125,000)</u> |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | <u>$300.00</u> |

     Axiom Advisors ("<u>Axiom</u>" or the "<u>Applicant</u>"), the government affairs consultant for the Official Committee of Unsecured Creditors (the "<u>Committee</u>"), hereby submits its Fourth Combined Monthly Fee Statement (this "<u>Monthly Fee Statement</u>") for allowance and payment of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred for the

period commencing February 1, 2020 through June 30, 2020 (the "Fee Period") pursuant to the *Order Pursuant to 11 U.S.C §§ 331 and 105(a) and Fed. R. Bankr. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professional* dated February 27, 2019 [Docket No. 701] (the "Interim Compensation Procedures Order").

By this Monthly Fee Statement, Axiom requests allowance and payment of $100,000 (80% of $125,000) as compensation for professional services rendered to the Committee during the Fee Period and allowance and payment of $300.00 (representing 100% of the expenses allowed) as reimbursement for actual and necessary expenses incurred by Axiom during the Fee Period.

Annexed as **Exhibit A** hereto is a schedule for the Fee Period setting forth the total amount of fees and expenses sought to be paid or reimbursed in this Monthly Fee Statement. As reflected in **Exhibit A**, Axiom incurred $125,000 in fees during the Fee Period. Pursuant to this Monthly Fee Statement, Axiom seeks payment of $100,000 (80% of the incurred fees). Additionally, Axiom seeks reimbursement for $300.00 of expenses. Attached hereto as **Exhibit B** is a schedule of the number of hours expended by each Axiom professional during the Fee Period. The professionals of Axiom expended a total of 220.50 hours in connection with these chapter 11 cases during the fee period. Attached hereto as **Exhibit C** is a detailed itemization of expenses Axiom is seeking reimbursement for in this Fee Statement. Attached hereto as **Exhibit D** are the detailed time entries for the Fee Period.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Interim Compensation Procedures Order, responses or objections to this Monthly Fee Statement, if any, must be filed and served on or before the 21st day (or the next business day if such day is not a business day) following the date the Monthly Fee Statement is served (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that after the expiration of the Objection Deadline, the Applicant shall file a certificate of no objection with the Court, after which the Debtors are authorized and directed to pay the Applicant an amount equal to 80% of the fees and 100% of the expenses requested in this Monthly Fee Statement. If an objection is properly filed, the Debtors shall be authorized and

directed to pay the Applicant 80% of the fees and 100% of the expenses not subject to an objection.


Dated: July 7, 2020

Respectfully submitted,

**AXIOM ADVISORS**

By: _/s/ Cassie Gilson_


_Government Affairs Consultant for the Official Committee of Unsecured Creditors_

## **EXHIBIT A**

Summary of Fees and Expenses for the Fee Period

| Period | Total Fees | Less 20% Holdback | Expenses | Total Fees & Expenses (Incl. of Holdback) | Total Fees & Expenses (Net of Holdback) |
|---|---|---|---|---|---|
| 2/1/20-6/30/20 | $125,000 | $25,000 | $300.00 | $125,300.00 | $100,300.00 |

## **EXHIBIT B**

Axiom Advisors

Hourly Details for the Period of
February 1, 2020 through June 30, 2020

| Professional | Title | Hours |
|---|---|---|
| Cassie Gilson | Partner | 107.00 |
| Jason Kinney | Partner | 4.50 |
| Kevin Schmidt | Partner | 17.00 |
| Silvio Ferrari | Associate | 6.10 |
| Debbie Edgar | Legislative Aide | 11.50 |
| Vanessa Sonnier | Legislative Aide | 19.50 |
| | **Total:** | **220.50** |

## EXHIBIT C

Axiom Advisors

Expense Details for the Period of
February 1, 2020 through June 30, 2020

| Date | Explanation | Amount |
|------|-------------|--------|
|  | Preparation of Lobbying Employer Report for Fourth Quarter 2019 and First and Second Quarters 2020 ($100 each quarter) | $300.00 |
|  | **Total:** | **$300.00** |

Axiom Advisors
Summary of Expenses

| Date | Explanation | |
|------|-------------|---|
| | Preparation of Q4 2019 Lobbying Employer Report | $100.00 |
| | Preparation of Q1 2020 Lobbying Employer Report | $100.00 |
| | Preparation of Q2 2020 Lobbying Employer Report | $100.00 |
| | TOTAL | $300.00 |

**EXHIBIT D**

**Time Entries for the Fee Period**

Axiom Advisors Inc.
Hourly Details for the Period of
February 1 through June 30, 2020

| Professional | Title | Hours |
|---|---|---|
| Cassie Gilson | Partner | 107.0 |
| Jason Kinney | Partner | 4.5 |
| Kevin Schmidt | Partner | 17.0 |
| Silvio Ferrari | Associate | 61.0 |
| Debbie Edgar | Legislative Aide | 11.5 |
| Vanessa Sonnier | Legislative Aide | 19.5 |
| | **TOTAL** | **220.5** |

Axiom Advisors Inc.
Hourly Details for the Period of
February 1 through June 30, 2020

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| **February 2020** | | | |
| Cassie Gilson | 2/3/2020 | 1.5 | Attend weekly PG&E: Standing Advisors call |
| Cassie Gilson | 2/4/2020 | 0.5 | Review UCC materials |
| Cassie Gilson | 2/6/2020 | 1.5 | Attend weekly PG&E: Standing UCC Call |
| Cassie Gilson | 2/6/2020 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Cassie Gilson | 2/7/2020 | 1.0 | Discussions with Legislative staff re: wildfire policy issues and PG&E bankruptcy |
| Cassie Gilson | 2/7/2020 | 0.5 | Review UCC materials |
| Cassie Gilson | 2/10/2020 | 1.5 | Prepare for and attend weekly PG&E: Standing UCC Call |
| Cassie Gilson | 2/11/2020 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Cassie Gilson | 2/13/2020 | 0.5 | Prepare for and attend public affairs advisors call preparing for UCC call |
| Cassie Gilson | 2/13/2020 | 1.5 | Prepare for and attend weekly PG&E: Standing UCC Call |
| Cassie Gilson | 2/17/2020 | 1.0 | Prepare for and attend standing advisors call |
| Cassie Gilson | 2/18/2020 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Cassie Gilson | 2/20/2020 | 1.5 | Attend weekly PG&E: Standing UCC Call |
| Cassie Gilson | 2/24/2020 | 1.0 | Prepare for and attend standing advisors call |
| Cassie Gilson | 2/24/2020 | 0.5 | Review court filings with D. Edgar |
| Cassie Gilson | 2/25/2020 | 4.0 | Attend (via phone) UCC in person meeting |
| Cassie Gilson | 2/26/2020 | 0.5 | Meetings and discussions with stakeholders re: wildfire policy issues and PG&E bankruptcy |
| Cassie Gilson | 2/26/2020 | 0.5 | Review UCC materials |
| Cassie Gilson | 2/27/2020 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Cassie Gilson | 2/27/2020 | 1.5 | Meetings and discussions with stakeholders re: wildfire policy issues and PG&E bankruptcy |
| Cassie Gilson | 2/28/2020 | 0.5 | Meetings with Legislative staff re: wildfire policy issues and PG&E bankruptcy |

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| **March 2020** | | | |
| Cassie Gilson | 3/2/2020 | 1.0 | Attend PG&E standing advisors call |
| Cassie Gilson | 3/4/2020 | 1.0 | Review UCC materials |
| Cassie Gilson | 3/5/2020 | 1.5 | Attend weekly PG&E: Standing UCC Call |
| Cassie Gilson | 3/5/2020 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Cassie Gilson | 3/9/2020 | 0.5 | Prepare and attend meetings with Legislative staff re: wildfire policy issues and PG&E bankruptcy |
| Cassie Gilson | 3/9/2020 | 1.0 | Attend PG&E standing advisors call |
| Cassie Gilson | 3/10/2020 | 1.0 | Meetings and discussions with stakeholders re: wildfire policy issues and PG&E bankruptcy |
| Cassie Gilson | 3/12/2020 | 1.5 | Prepare for and attend weekly PG&E: Standing UCC Call |
| Cassie Gilson | 3/13/2020 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Cassie Gilson | 3/16/2020 | 1.0 | Prepare for and attend PG&E standing advisors call |
| Cassie Gilson | 3/18/2020 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Cassie Gilson | 3/19/2020 | 0.5 | Prepare for and attend public affairs advisors call preparing for UCC call |
| Cassie Gilson | 3/19/2020 | 1.5 | Attend weekly PG&E: Standing UCC Call |
| Cassie Gilson | 3/23/2020 | 0.5 | Review UCC materials |
| Cassie Gilson | 3/23/2020 | 1.0 | Attend PG&E standing advisors call |
| Cassie Gilson | 3/24/2020 | 0.5 | Attend UCC public affairs advisors call |
| Cassie Gilson | 3/25/2020 | 0.5 | Call with FTI re: California regulatory issues |
| Cassie Gilson | 3/26/2020 | 1.5 | Attend weekly PG&E: Standing UCC Call |
| Cassie Gilson | 3/26/2020 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Cassie Gilson | 3/27/2020 | 3.5 | Prepare for and Monitor Senate Energy, Utilities and Communications Committee hearing re: SB 350 |
| Cassie Gilson | 3/27/2020 | 1.0 | Discussions with stakeholders re: wildfire policy issues and PG&E bankruptcy |
| Cassie Gilson | 3/30/2020 | 1.0 | Attend PG&E standing advisors call |

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| **April 2020** | | | |
| Cassie Gilson | 4/1/2020 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Cassie Gilson | 4/2/2020 | 1.5 | Prepare for and attend weekly PG&E: Standing UCC Call |
| Cassie Gilson | 4/6/2020 | 1.0 | Attend PG&E standing advisors call |
| Cassie Gilson | 4/7/2020 | 0.5 | Discussions with stakeholders re: wildfire policy issues and PG&E bankruptcy |
| Cassie Gilson | 4/7/2020 | 0.5 | Attend weekly UCC public affairs advisors call |
| Cassie Gilson | 4/9/2020 | 1.5 | Prepare for and attend weekly PG&E: Standing UCC Call |
| Cassie Gilson | 4/10/2020 | 1.5 | Prepare for and attend meetings and discussions with stakeholders re: wildfire policy issues and PG&E bankruptcy |
| Cassie Gilson | 4/10/2020 | 0.5 | Review UCC materials |
| Cassie Gilson | 4/13/2020 | 1.0 | Attend PG&E standing advisors call |
| Cassie Gilson | 4/14/2020 | 0.5 | Attend weekly UCC public affairs advisors call |
| Cassie Gilson | 4/15/2020 | 1.0 | Prepare and attend discussions with Legislative staff re: wildfire policy issues and PG&E bankruptcy |
| Cassie Gilson | 4/15/2020 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Cassie Gilson | 4/16/2020 | 1.5 | Attend weekly PG&E: Standing UCC Call |
| Cassie Gilson | 4/20/2020 | 1.0 | Prepare for and attend PG&E standing advisors call |
| Cassie Gilson | 4/21/2020 | 0.5 | Attend weekly UCC public affairs advisors call |
| Cassie Gilson | 4/21/2020 | 0.5 | Review UCC materials |
| Cassie Gilson | 4/23/2020 | 1.5 | Attend weekly PG&E: Standing UCC Call |
| Cassie Gilson | 4/24/2020 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Cassie Gilson | 4/25/2020 | 3.5 | Prepare for and monitor Senate floor session re: SB 350 |
| Cassie Gilson | 4/28/2020 | 1.0 | Attend PG&E standing advisors call |
| Cassie Gilson | 4/28/2020 | 0.5 | Attend weekly PG&E: Public Affairs Meeting/Call |
| Cassie Gilson | 4/29/2020 | 1.0 | Review UCC materials |
| Cassie Gilson | 4/29/2020 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Cassie Gilson | 4/30/2020 | 0.5 | Meetings and discussions with stakeholders re: wildfire policy issues and PG&E bankruptcy |
| Cassie Gilson | 4/30/2020 | 1.0 | Prepare and attend meetings with Legislative staff re: wildfire policy issues and PG&E bankruptcy |
| Cassie Gilson | 4/30/2020 | 1.0 | Review UCC materials |
| | | | |
| **May 2020** | | | |
| Cassie Gilson | 5/4/2020 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Cassie Gilson | 5/4/2020 | 1.0 | Attend PG&E standing advisors call |
| Cassie Gilson | 5/5/2020 | 1.0 | Meetings and discussions with stakeholders re: wildfire policy issues and PG&E bankruptcy |
| Cassie Gilson | 5/5/2020 | 0.5 | Attend weekly UCC public affairs advisors call |
| Cassie Gilson | 5/7/2020 | 1.5 | Prepare for and attend weekly PG&E: Standing UCC Call |
| Cassie Gilson | 5/8/2020 | 0.5 | Review UCC materials |
| Cassie Gilson | 5/11/2020 | 1.0 | Attend PG&E standing advisors call |
| Cassie Gilson | 5/12/2020 | 0.5 | Attend weekly UCC public affairs advisors call |
| Cassie Gilson | 5/13/2020 | 1.0 | Prepare and attend meetings with Legislative staff re: wildfire policy issues and PG&E bankruptcy |
| Cassie Gilson | 5/15/2020 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Cassie Gilson | 5/18/2020 | 1.0 | Attend PG&E standing advisors call |

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Cassie Gilson | 5/19/2020 | 0.5 | Attend weekly UCC public affairs advisors call |
| Cassie Gilson | 5/21/2020 | 1.5 | Attend weekly PG&E: Standing UCC Call |
| Cassie Gilson | 5/21/2020 | 0.5 | Review UCC materials |
| Cassie Gilson | 5/26/2020 | 1.0 | Attend PG&E standing advisors call |
| Cassie Gilson | 5/26/2020 | 0.5 | Attend weekly PG&E: Public Affairs Meeting/Call |
| Cassie Gilson | 5/27/2020 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Cassie Gilson | 5/28/2020 | 1.0 | Review UCC materials |
| Cassie Gilson | 5/28/2020 | 1.5 | Prepare for and attend PG&E UCC call |
| Cassie Gilson | 5/29/2020 | 0.5 | Meetings and discussions with stakeholders re: wildfire policy issues and PG&E bankruptcy |
| Cassie Gilson | 5/29/2020 | 1.0 | Prepare and attend meetings with Legislative staff re:  wildfire policy issues and PG&E bankruptcy |
| **June 2020** | | | |
| Cassie Gilson | 6/1/2020 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Cassie Gilson | 6/1/2020 | 1.0 | Attend PG&E standing advisors call |
| Cassie Gilson | 6/3/2020 | 1.0 | Meetings and discussions with stakeholders re: wildfire policy issues and PG&E bankruptcy |
| Cassie Gilson | 6/4/2020 | 1.5 | Prepare for and attend weekly PG&E: Standing UCC Call |
| Cassie Gilson | 6/8/2020 | 1.5 | Prepare for and attend meetings and discussions with stakeholders re: wildfire policy issues and PG&E bankruptcy |
| Cassie Gilson | 6/10/2020 | 1.5 | Prepare for and monitor Assembly Appropriations committee hearing re: SB 350 |
| Cassie Gilson | 6/9/2020 | 0.5 | Attend weekly UCC public affairs advisors call |
| Cassie Gilson | 6/9/2020 | 2.0 | Prepare for and monitor Assembly Utilities and Energy committee hearing |
| Cassie Gilson | 6/10/2020 | 0.5 | Review UCC materials |
| Cassie Gilson | 6/10/2020 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Cassie Gilson | 6/11/2020 | 1.5 | Attend weekly PG&E: Standing UCC Call |
| Cassie Gilson | 6/15/2020 | 1.0 | Prepare for and attend PG&E standing advisors call |
| Cassie Gilson | 6/16/2020 | 0.5 | Prepare for and attend weekly UCC public affairs advisors call |
| Cassie Gilson | 6/18/2020 | 0.5 | Review UCC materials |
| Cassie Gilson | 6/18/2020 | 1.5 | Attend weekly PG&E: Standing UCC Call |
| Cassie Gilson | 6/22/2020 | 1.0 | Attend PG&E standing advisors call |
| Cassie Gilson | 6/25/2020 | 1.5 | Prepare for and attend PG&E UCC call |
| Cassie Gilson | 6/29/2020 | 3.0 | Prepare for and monitor Senate floor session re: SB 350 |

107.0

Axiom Advisors Inc.
Hourly Details for the Period of
February 1 through June 30, 2020

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| **February 2020** | | | |
| Jason Kinney | 2/6/2020 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Jason Kinney | 2/18/2020 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| | | | |
| **March 2020** | | | |
| Jason Kinney | 3/13/2020 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Jason Kinney | 3/26/2020 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| | | | |
| **April 2020** | | | |
| Jason Kinney | 4/1/2020 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Jason Kinney | 4/24/2020 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| | | | |
| **May 2020** | | | |
| Jason Kinney | 5/4/2020 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Jason Kinney | 5/15/2020 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| | | | |
| **June 2020** | | | |
| Jason Kinney | 6/10/2020 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| | | 4.5 | |

Axiom Advisors Inc.
Hourly Details for the Period of
February 1 through June 30, 2020

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| **February 2020** | | | |
| Kevin Schmidt | 2/6/2020 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Kevin Schmidt | 2/7/2020 | 1.0 | Discussions with Legislative staff re:  wildfire policy issues and PG&E bankruptcy |
| Kevin Schmidt | 2/11/2020 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Kevin Schmidt | 2/20/2020 | 0.5 | Meetings and discussions with stakeholders re: wildfire policy issues and PG&E bankruptcy |
| Kevin Schmidt | 2/27/2020 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Kevin Schmidt | 2/27/2020 | 0.5 | Meetings and discussions with stakeholders re: wildfire policy issues and PG&E bankruptcy |
| Kevin Schmidt | 2/27/2020 | 0.5 | Meetings with Legislative staff re:  wildfire policy issues and PG&E bankruptcy |
| | | | |
| **March 2020** | | | |
| Kevin Schmidt | 3/5/2020 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Kevin Schmidt | 3/6/2020 | 0.5 | Prepare and attend meetings with Legislative staff re:  wildfire policy issues and PG&E bankruptcy |
| Kevin Schmidt | 3/18/2020 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Kevin Schmidt | 3/26/2020 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Kevin Schmidt | 3/31/2020 | 1.0 | Meetings and discussions with stakeholders re: wildfire policy issues and PG&E bankruptcy |
| | | | |
| **April 2020** | | | |
| Kevin Schmidt | 4/1/2020 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Kevin Schmidt | 4/10/2020 | 0.5 | Meetings and discussions with stakeholders re: wildfire policy issues and PG&E bankruptcy |
| Kevin Schmidt | 4/13/2020 | 1.0 | Prepare and attend discussions with Legislative staff re:  wildfire policy issues and PG&E bankruptcy |
| Kevin Schmidt | 4/15/2020 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Kevin Schmidt | 4/24/2020 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Kevin Schmidt | 4/27/2020 | 0.5 | Meetings and discussions with stakeholders re: wildfire policy issues and PG&E bankruptcy |
| | | | |
| **May 2020** | | | |
| Kevin Schmidt | 5/4/2020 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Kevin Schmidt | 5/20/2020 | 1.0 | Meetings and discussions with stakeholders re: wildfire policy issues and PG&E bankruptcy |
| Kevin Schmidt | 5/27/2020 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Kevin Schmidt | 5/28/2020 | 0.5 | Meetings and discussions with stakeholders re: wildfire policy issues and PG&E bankruptcy |
| Kevin Schmidt | 5/28/2020 | 1.0 | Prepare and attend meetings with Legislative staff re:  wildfire policy issues and PG&E bankruptcy |

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| **June 2020** | | | |
| Kevin Schmidt | 6/1/2020 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Kevin Schmidt | 6/10/2020 | 1.0 | Meetings and discussions with stakeholders re: wildfire policy issues and PG&E bankruptcy |
| Kevin Schmidt | 6/18/2020 | 1.5 | Prepare for and attend meetings and discussions with stakeholders re: wildfire policy issues and PG&E bankruptcy |
| | | 17.0 | |

Axiom Advisors Inc.
Hourly Details for the Period of
February 1 through June 30, 2020

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| **February 2020** | | | |
| Silvio Ferrari | 2/4/2020 | 0.5 | Review bills and amendments |
| Silvio Ferrari | 2/5/2020 | 1.0 | Discussions with Legislative staff re: wildfire policy issues and PG&E bankruptcy |
| Silvio Ferrari | 2/6/2020 | 1.5 | Attend weekly PG&E: Standing UCC Call |
| Silvio Ferrari | 2/6/2020 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Silvio Ferrari | 2/11/2020 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Silvio Ferrari | 2/13/2020 | 0.5 | Review bills and amendments |
| Silvio Ferrari | 2/18/2020 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Silvio Ferrari | 2/20/2020 | 1.5 | Attend weekly PG&E: Standing UCC Call |
| Silvio Ferrari | 2/24/2020 | 0.5 | Meetings and discussions with stakeholders re: wildfire policy issues and PG&E bankruptcy |
| Silvio Ferrari | 2/27/2020 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Silvio Ferrari | 2/27/2020 | 0.5 | Meetings and discussions with stakeholders re: wildfire policy issues and PG&E bankruptcy |
| Silvio Ferrari | 2/28/2020 | 0.5 | Review bills and amendments |
| Silvio Ferrari | 2/28/2020 | 0.5 | Meetings with Legislative staff re: wildfire policy issues and PG&E bankruptcy |
| | | | |
| **March 2020** | | | |
| Silvio Ferrari | 3/5/2020 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Silvio Ferrari | 3/6/2020 | 0.5 | Meetings and discussions with stakeholders re: wildfire policy issues and PG&E bankruptcy |
| Silvio Ferrari | 3/9/2020 | 0.5 | Review bills and amendments |
| Silvio Ferrari | 3/9/2020 | 0.5 | Prepare and attend meetings with Legislative staff re: wildfire policy issues and PG&E bankruptcy |
| Silvio Ferrari | 3/9/2020 | 0.5 | Meetings and discussions with stakeholders re: wildfire policy issues and PG&E bankruptcy |
| Silvio Ferrari | 3/10/2020 | 0.5 | Review bills and amendments |
| Silvio Ferrari | 3/12/2020 | 1.0 | Meetings and discussions with stakeholders re: wildfire policy issues and PG&E bankruptcy |
| Silvio Ferrari | 3/13/2020 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Silvio Ferrari | 3/17/2020 | 0.5 | Discussions with stakeholders re: wildfire policy issues and PG&E bankruptcy |
| Silvio Ferrari | 3/18/2020 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Silvio Ferrari | 3/19/2020 | 1.5 | Attend weekly PG&E: Standing UCC Call |
| Silvio Ferrari | 3/25/2020 | 0.5 | Review bills and amendments |
| Silvio Ferrari | 3/26/2020 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Silvio Ferrari | 3/27/2020 | 3.0 | Prepare for and Monitor Senate Energy, Utilities and Communications Committee hearing re: SB 350 |
| Silvio Ferrari | 3/31/2020 | 1.0 | Meetings and discussions with stakeholders re: wildfire policy issues and PG&E bankruptcy |

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| **April 2020** | | | |
| Silvio Ferrari | 4/1/2020 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Silvio Ferrari | 4/2/2020 | 1.5 | Prepare for and attend weekly PG&E: Standing UCC Call |
| Silvio Ferrari | 4/3/2020 | 0.5 | Meetings and discussions with stakeholders re: wildfire policy issues and PG&E bankruptcy |
| Silvio Ferrari | 4/6/2020 | 0.5 | Prepare and attend discussions with Legislative staff re: wildfire policy issues and PG&E bankruptcy |
| Silvio Ferrari | 4/9/2020 | 0.5 | Review bills and amendments |
| Silvio Ferrari | 4/10/2020 | 1.5 | Prepare for and attend meetings and discussions with stakeholders re: wildfire policy issues and PG&E bankruptcy |
| Silvio Ferrari | 4/13/2020 | 1.0 | Prepare and attend discussions with Legislative staff re: wildfire policy issues and PG&E bankruptcy |
| Silvio Ferrari | 4/15/2020 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Silvio Ferrari | 4/16/2020 | 1.5 | Attend weekly PG&E: Standing UCC Call |
| Silvio Ferrari | 4/24/2020 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Silvio Ferrari | 4/25/2020 | 4.0 | Prepare for and monitor Senate floor session re: SB 350 |
| Silvio Ferrari | 4/27/2020 | 0.5 | Meetings and discussions with stakeholders re: wildfire policy issues and PG&E bankruptcy |
| Silvio Ferrari | 4/27/2020 | 0.5 | Review bills and amendments |
| Silvio Ferrari | 4/29/2020 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Silvio Ferrari | 4/29/2020 | 0.5 | Meetings and discussions with stakeholders re: wildfire policy issues and PG&E bankruptcy |
| Silvio Ferrari | 4/29/2020 | 1.0 | Prepare and attend meetings with Legislative staff re: wildfire policy issues and PG&E bankruptcy |
| **May 2020** | | | |
| Silvio Ferrari | 5/4/2020 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Silvio Ferrari | 5/4/2020 | 1.0 | Meetings and discussions with stakeholders re: wildfire policy issues and PG&E bankruptcy |
| Silvio Ferrari | 5/8/2020 | 0.5 | Review bills and amendments |
| Silvio Ferrari | 5/14/2020 | 1.0 | Prepare and attend meetings with Legislative staff re: wildfire policy issues and PG&E bankruptcy |
| Silvio Ferrari | 5/15/2020 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Silvio Ferrari | 5/20/2020 | 0.5 | Prepare and attend meetings with Legislative staff re: wildfire policy issues and PG&E bankruptcy |
| Silvio Ferrari | 5/21/2020 | 1.5 | Attend weekly PG&E: Standing UCC Call |
| Silvio Ferrari | 5/22/2020 | 0.5 | Prepare and attend meetings with Legislative staff re: wildfire policy issues and PG&E bankruptcy |
| Silvio Ferrari | 5/27/2020 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Silvio Ferrari | 5/28/2020 | 0.5 | Review bills and amendments |
| Silvio Ferrari | 5/29/2020 | 0.5 | Meetings and discussions with stakeholders re: wildfire policy issues and PG&E bankruptcy |
| Silvio Ferrari | 5/29/2020 | 1.0 | Prepare and attend meetings with Legislative staff re: wildfire policy issues and PG&E bankruptcy |

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| **June 2020** | | | |
| Silvio Ferrari | 6/1/2020 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Silvio Ferrari | 6/3/2020 | 1.0 | Meetings and discussions with stakeholders re: wildfire policy issues and PG&E bankruptcy |
| Silvio Ferrari | 6/4/2020 | 1.5 | Prepare for and attend weekly PG&E: Standing UCC Call |
| Silvio Ferrari | 6/9/2020 | 3.0 | Prepare for and monitor Assembly Utilities and Energy committee hearing |
| Silvio Ferrari | 6/10/2020 | 2.0 | Prepare for and monitor Assembly Appropriations committee hearing re: SB 350 |
| Silvio Ferrari | 6/10/2020 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Silvio Ferrari | 6/15/2020 | 1.5 | Prepare for and monitor Assembly floor session re: SB 350 |
| Silvio Ferrari | 6/19/2020 | 1.0 | Meetings and discussions with stakeholders re: wildfire policy issues and PG&E bankruptcy |
| Silvio Ferrari | 6/29/2020 | 3.0 | Prepare for and monitor Senate Energy, Utilities and Communications Committee hearing re: SB 350 |
| Silvio Ferrari | 6/29/2020 | 2.0 | Prepare for and monitor Senate floor session re: SB 350 |
| | | 61.0 | |

Axiom Advisors Inc.
Hourly Details for the Period of
February 1 through June 30, 2020

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| **February 2020** | | | |
| Debbie Edgar | 2/5/2020 | 0.5 | Prepare for C. Gilson  meetings with wildfire stakeholders, and Legislative staff |
| Debbie Edgar | 2/14/2020 | 0.5 | Prepare for C. Gilson  meetings with wildfire stakeholders, and Legislative staff |
| Debbie Edgar | 2/18/2020 | 1.0 | Review Axiom court filings |
| Debbie Edgar | 2/24/2020 | 0.5 | Review Axiom court filings with C. Gilson |
| Debbie Edgar | 2/28/2020 | 0.5 | Prepare for C. Gilson  meetings with wildfire stakeholders, and Legislative staff |
| | | | |
| **March 2020** | | | |
| Debbie Edgar | 3/3/2020 | 0.5 | Prepare for C. Gilson  meetings with wildfire stakeholders, and Legislative staff |
| Debbie Edgar | 3/10/2020 | 1.0 | Review Axiom court filings |
| Debbie Edgar | 3/12/2020 | 1.0 | Review Axiom court filings |
| Debbie Edgar | 3/20/2020 | 0.5 | Prepare for C. Gilson  meetings with wildfire stakeholders, and Legislative staff |
| Debbie Edgar | 3/23/2020 | 0.5 | Prepare for C. Gilson  meetings with wildfire stakeholders, and Legislative staff |
| | | | |
| **April 2020** | | | |
| Debbie Edgar | 4/8/2020 | 0.5 | Prepare and review FPPC reporting for Q1 2020 |
| Debbie Edgar | 4/10/2020 | 0.5 | Prepare and review FPPC reporting for Q1 2020 |
| Debbie Edgar | 4/15/2020 | 0.5 | Prepare for C. Gilson  meetings with wildfire stakeholders, and Legislative staff |
| Debbie Edgar | 4/17/2020 | 0.5 | Prepare for C. Gilson  meetings with wildfire stakeholders, and Legislative staff |
| | | | |
| **May 2020** | | | |
| Debbie Edgar | 5/11/2020 | 0.5 | Prepare for C. Gilson  meetings with wildfire stakeholders, and Legislative staff |
| Debbie Edgar | 5/22/2020 | 0.5 | Prepare for C. Gilson  meetings with wildfire stakeholders, and Legislative staff |
| | | | |
| **June 2020** | | | |
| Debbie Edgar | 6/22/2020 | 1.0 | Prepare and review FPPC reporting for Q2 2020 |
| Debbie Edgar | 6/25/2020 | 1.0 | Prepare and review FPPC reporting for Q2 2020 |

11.5

Axiom Advisors Inc.
Hourly Details for the Period of
February 1 through June 30, 2020

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| **February 2020** | | | |
| Vanessa Sonnier | 2/3/2020 | 0.5 | Prepare for C. Gilson  meetings with wildfire stakeholders, and Legislative staff |
| Vanessa Sonnier | 2/6/2020 | 0.5 | Legislative bill and amendment tracking |
| Vanessa Sonnier | 2/10/2020 | 0.5 | Legislative bill and amendment tracking |
| Vanessa Sonnier | 2/12/2020 | 0.5 | Prepare for C. Gilson  meetings with wildfire stakeholders, and Legislative staff |
| Vanessa Sonnier | 2/18/2020 | 0.5 | Prepare for C. Gilson  meetings with wildfire stakeholders, and Legislative staff |
| Vanessa Sonnier | 2/21/2020 | 0.5 | Legislative bill and amendment tracking |
| Vanessa Sonnier | 2/24/2020 | 0.5 | Prepare for C. Gilson  meetings with wildfire stakeholders, and Legislative staff |
| Vanessa Sonnier | 2/25/2020 | 0.5 | Prepare for C. Gilson  meetings with wildfire stakeholders, and Legislative staff |
| **March 2020** | | | |
| Vanessa Sonnier | 3/5/2020 | 0.5 | Prepare for C. Gilson  meetings with wildfire stakeholders, and Legislative staff |
| Vanessa Sonnier | 3/10/2020 | 0.5 | Legislative bill and amendment tracking |
| Vanessa Sonnier | 3/12/2020 | 0.5 | Legislative bill and amendment tracking |
| Vanessa Sonnier | 3/18/2020 | 0.5 | Prepare for C. Gilson  meetings with wildfire stakeholders, and Legislative staff |
| Vanessa Sonnier | 3/20/2020 | 0.5 | Prepare for C. Gilson  meetings with wildfire stakeholders, and Legislative staff |
| Vanessa Sonnier | 3/23/2020 | 0.5 | Prepare for C. Gilson  meetings with wildfire stakeholders, and Legislative staff |
| **April 2020** | | | |
| Vanessa Sonnier | 4/3/2020 | 0.5 | Legislative bill and amendment tracking |
| Vanessa Sonnier | 4/7/2020 | 0.5 | Prepare for C. Gilson  meetings with wildfire stakeholders, and Legislative staff |
| Vanessa Sonnier | 4/9/2020 | 0.5 | Prepare for C. Gilson  meetings with wildfire stakeholders, and Legislative staff |
| Vanessa Sonnier | 4/14/2020 | 0.5 | Legislative bill and amendment tracking |
| Vanessa Sonnier | 4/17/2020 | 0.5 | Prepare for C. Gilson  meetings with wildfire stakeholders, and Legislative staff |
| Vanessa Sonnier | 4/20/2020 | 0.5 | Legislative bill and amendment tracking |
| Vanessa Sonnier | 4/22/2020 | 0.5 | Prepare for C. Gilson  meetings with wildfire stakeholders, and Legislative staff |
| Vanessa Sonnier | 4/24/2020 | 0.5 | Legislative bill and amendment tracking |
| Vanessa Sonnier | 4/27/2020 | 0.5 | Prepare for C. Gilson  meetings with wildfire stakeholders, and Legislative staff |

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Vanessa Sonnier | 4/28/2020 | 0.5 | Legislative bill and amendment tracking |

**May 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Vanessa Sonnier | 5/5/2020 | 0.5 | Legislative bill and amendment tracking |
| Vanessa Sonnier | 5/7/2020 | 0.5 | Prepare for C. Gilson  meetings with wildfire stakeholders, and Legislative staff |
| Vanessa Sonnier | 5/11/2020 | 0.5 | Legislative bill and amendment tracking |
| Vanessa Sonnier | 5/13/2020 | 0.5 | Prepare for C. Gilson  meetings with wildfire stakeholders, and Legislative staff |
| Vanessa Sonnier | 5/18/2020 | 0.5 | Legislative bill and amendment tracking |
| Vanessa Sonnier | 5/20/2020 | 0.5 | Prepare for C. Gilson  meetings with wildfire stakeholders, and Legislative staff |
| Vanessa Sonnier | 5/22/2020 | 0.5 | Legislative bill and amendment tracking |
| Vanessa Sonnier | 5/26/2020 | 0.5 | Legislative bill and amendment tracking |
| Vanessa Sonnier | 5/27/2020 | 0.5 | Prepare for C. Gilson  meetings with wildfire stakeholders, and Legislative staff |
| Vanessa Sonnier | 5/29/2020 | 0.5 | Legislative bill and amendment tracking |

**June 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Vanessa Sonnier | 6/1/2020 | 0.5 | Legislative bill and amendment tracking |
| Vanessa Sonnier | 6/4/2020 | 0.5 | Prepare for C. Gilson  meetings with wildfire stakeholders, and Legislative staff |
| Vanessa Sonnier | 6/15/2020 | 0.5 | Prepare for C. Gilson  meetings with wildfire stakeholders, and Legislative staff |
| Vanessa Sonnier | 6/16/2020 | 0.5 | Legislative bill and amendment tracking |
| Vanessa Sonnier | 6/17/2020 | 0.5 | Prepare for C. Gilson  meetings with wildfire stakeholders, and Legislative staff |

19.5

**Notice Parties**

PG&E Corporation
c/o Pacific Gas & Electric Company
Attn: Janet Loduca, Esq.
77 Beale Street
San Francisco, CA 94105

Weil, Gotshal & Manges LLP
Attn: Stephen Karotkin, Esq.
      Jessica Liou, Esq.
      Matthew Goren, Esq.
767 Fifth Avenue
New York, NY 10153-0119

Keller & Benvenutti LLP
Attn: Tobias S. Keller, Esq.
      Jane Kim, Esq
650 California Street, Suite 1900
San Francisco, CA 94108

The Office of the United States Trustee for Region 17
Attn: James L. Snyder, Esq.
      Timothy Laffredi, Esq.
450 Golden Gate Avenue, 5th Floor, Suite #05-0153
San Francisco, CA 94102

Baker & Hostetler LLP
Attn: Eric Sagerman, Esq. and
      Cecily Dumas, Esq.
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509