1  Francis J. Lawall (admitted *pro hac vice*)
   Troutman Pepper Hamilton Sanders LLP
2  3000 Two Logan Square
   18th and Arch Streets
3  Philadelphia, PA 19103-2799
   Telephone:   (215) 981-4481
4  Fax:         (215) 981-4750
   E-mail: francis.lawall@troutman.com
5  *Counsel for HydroChemPSC*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re: | Case No. 19-30088 (DM) |
| PG&E CORPORATION and PACIFIC GAS AND ELECTRIC COMPANY, | Chapter 11 (Lead Case) (Jointly Administered) |
| Debtors. | **NOTICE OF CHANGE IN CONTACT INFORMATION** |
| ☐ Affects PG& E Corporation | |
| ☐ Affects Pacific Gas and Electric Company | |
| ■ Affects both Debtors | |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM) | |

**PLEASE TAKE NOTICE** that the address of Francis J. Lawall has changed. The new address is:

Pepper Hamilton LLP has combined with Troutman Sanders LLP. The new firm name is Troutman Pepper Hamilton Sanders LLP ("Troutman Pepper"), effective July 1, 2020. While the office address, phone number and facsimile number for the undersigned Troutman Pepper attorney have not changed, such attorney's email address has changed as follows:

   1.   Primary email address to be: francis.lawall@troutman.com.

2. Secondary email address to be: susan.henry@troutman.com.

Please update your records accordingly.

Executed on July 7, 2020 at Philadelphia, Pennsylvania.

          s/ Francis J. Lawall
_____
Francis J. Lawall