# EXHIBIT A

## COMPENSATION BY PROFESSIONAL
## MAY 1, 2020 THROUGH MAY 31, 2020

| Name of Professional Individual | Position of the Applicant and Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Tomer Perry | Managing Director | n/a | 21.0 | n/a |
| Ken Ziman | Managing Director | n/a | 225.0 | n/a |
| Gregory Hort | Director | n/a | 48.3 | n/a |
| Craig Durrant | Vice President | n/a | 3.0 | n/a |
| Eli Silverman | Vice President | n/a | 349.0 | n/a |
| Daniel Bier | Associate | n/a | 158.0 | n/a |
| Daniel Katz | Associate | n/a | 137.0 | n/a |
| Nathan Mooney | Associate | n/a | 102.0 | n/a |
| Erik Overman | Associate | n/a | 37.5 | n/a |
| Matthew Strain | Associate | n/a | 33.0 | n/a |
| Leah Friedman | Associate | n/a | 7.0 | n/a |
| Liam Fine | Analyst | n/a | 41.0 | n/a |
| Dan Liotta | Analyst | n/a | 240.0 | n/a |
| Quinn Pitcher | Analyst | n/a | 19.0 | n/a |
| Katherine Tobeason | Analyst | n/a | 19.0 | n/a |
| Scott Belinsky | Analyst | n/a | 161.0 | n/a |
| William Zhao | Analyst | n/a | 53.5 | n/a |
| **TOTALS** | | n/a | **1,654.3** | **$300,000.00** |