**EXHIBIT B**

**COMPENSATION BY WORK TASK CODE
FOR THE PERIOD MAY 1, 2020 THROUGH MAY 31, 2020**

| Project Categories | Total Hours | Total Fees |
|---|---:|---:|
| Interface with Professionals, Official Committees, and Other Parties-In-Interest | 456.8 | n/a |
| Business Operations Planning, Monitoring, Reporting and Analysis and Projections | 79.0 | n/a |
| Preparation and/or review of Court Filings | 24.0 | n/a |
| Court Testimony/Deposition and Preparation | 66.0 | n/a |
| Valuation Analysis | 0.0 | n/a |
| Capital Structure Review and Analysis | 202.0 | n/a |
| Merger & Acquisition Activity | 0.0 | n/a |
| Financing including DIP and Exit Financing | 344.0 | n/a |
| General Corporate Finance, Research and Analysis, and Other Due Diligence | 479.5 | n/a |
| Fee Application, Engagement | 3.0 | n/a |
| Employee Retention Program | 0.0 | n/a |
| **TOTAL** | **1,654.3** | **$300,000.00** |