# EXHIBIT C

## EXPENSE SUMMARY
## FOR THE PERIOD MAY 1, 2020 THROUGH MAY 31, 2020

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| **Total Expenses** | | **$0.00** |