# EXHIBIT D

## DETAIL OF HOURS EXPENDED
## FOR THE PERIOD MAY 1, 2020 THROUGH MAY 31, 2020

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**May 1, 2020 - May 31, 2020**

| Code | Summary of Services Rendered by Project | May-20 |
|---|---|---|
| | **Project Description** | |
| 1 | Interface with Professionals, Official Committees, and Other Parties-In-Interest | 456.8 |
| 2 | Business Operations Planning, Monitoring, Reporting and Analysis, and Projections | 79.0 |
| 3 | Preparation and/or Review of Court Filings | 24.0 |
| 4 | Court Testimony/Deposition and Preparation | 66.0 |
| 5 | Valuation Analysis | -- |
| 6 | Capital Structure Review and Analysis | 202.0 |
| 7 | Merger & Acquisition Activity | -- |
| 8 | Financing Including DIP and Exit Financing | 344.0 |
| 9 | General Corporate Finance, Research and Analysis, and Other Due Diligence | 479.5 |
| 10 | Fee Application, Engagement | 3.0 |
| 11 | Employee Retention Program | -- |
| **Total** | | **1,654.3** |

| Summary of Services Rendered by Professional | May-20 |
|---|---|
| **Name (Title)** | |
| Tomer Perry (Managing Director) | 21.0 |
| Ken Ziman (Managing Director) | 225.0 |
| Greg Hort (Director) | 48.3 |
| Craig Durrant (Vice President) | 3.0 |
| Eli Silverman (Vice President) | 349.0 |
| Daniel Bier (Associate) | 158.0 |
| Dan Katz (Associate) | 137.0 |
| Nathan Mooney (Associate) | 102.0 |
| Erik Overman (Associate) | 37.5 |
| Matthew Strain (Associate) | 33.0 |
| Leah Friedman (Associate) | 7.0 |
| Liam Fine (Financial Analyst) | 41.0 |
| Dan Liotta (Financial Analyst) | 240.0 |
| Quinn Pitcher (Analyst) | 19.0 |
| Katherine Tobeason (Analyst) | 19.0 |
| Scott Belinsky (Analyst) | 161.0 |
| William Zhao (Analyst) | 53.5 |
| **Total** | **1,654.3** |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**May 1, 2020 - May 31, 2020**

| Date | Description of Work | Hours | Code |
|---|---|---|---|
| Tomer Perry (Managing Director) | | | |
| 5/7/20 | Work around post-emergence financing and capital structure | 2 | 8 |
| 5/7/20 | Work around post-emergence financing and capital structure | 1 | 8 |
| 5/8/20 | Work around post-emergence financing and capital structure | 1 | 8 |
| 5/12/20 | Work around post-emergence financing and capital structure | 0.5 | 8 |
| 5/18/20 | Work around post-emergence financing and capital structure | 2.5 | 8 |
| 5/18/20 | Work around post-emergence financing and capital structure | 2 | 8 |
| 5/19/20 | Work around post-emergence financing and capital structure | 1.5 | 8 |
| 5/19/20 | Work around post-emergence financing and capital structure | 1.5 | 8 |
| 5/19/20 | Work around post-emergence financing and capital structure | 1 | 8 |
| 5/20/20 | Work around post-emergence financing and capital structure | 1 | 8 |
| 5/21/20 | Work around post-emergence financing and capital structure | 1.5 | 8 |
| 5/21/20 | Work around post-emergence financing and capital structure | 1 | 8 |
| 5/27/20 | Work around post-emergence financing and capital structure | 0.5 | 8 |
| 5/28/20 | Work around post-emergence financing and capital structure | 1.5 | 8 |
| 5/28/20 | Work around post-emergence financing and capital structure | 0.5 | 8 |
| 5/28/20 | Work around post-emergence financing and capital structure | 0.5 | 8 |
| 5/28/20 | Work around post-emergence financing and capital structure | 0.5 | 8 |
| 5/29/20 | Work around post-emergence financing and capital structure | 1 | 8 |
| **May-20** | **Monthly Subtotal** | **21.0** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**May 1, 2020 - May 31, 2020**

| Date | Ken Ziman (Managing Director) | Hours | Code |
|---|---|---|---|
| | **Description of Work** | | |
| 5/1/20 | Update call with Lincoln | 1 | 1 |
| 5/1/20 | Update call with GS and JPM | 1 | 1 |
| 5/1/20 | Call regarding receipt of insurance proceeds | 1 | 1 |
| 5/1/20 | Recurring call with PJT and Jones Day | 1 | 1 |
| 5/1/20 | Call with Rothschild | 1 | 1 |
| 5/2/20 | Call with Company to review lender presentation | 2 | 6 |
| 5/4/20 | Call with Weil to discuss Plan Supplement | 1 | 3 |
| 5/4/20 | Call with GS to discuss PIPE structure | 2 | 6 |
| 5/4/20 | Call with Compay regarding cost of debt assumptions | 1 | 6 |
| 5/5/20 | Call with potential PIPE investors | 2 | 1 |
| 5/5/20 | Call with Lincoln regarding securitizaiton / NENI | 2 | 1 |
| 5/5/20 | Discussion with Cravath regarding share issuance | 2 | 1 |
| 5/5/20 | Recurring call with PJT and Jones Day | 1 | 1 |
| 5/5/20 | PCG Board meeting | 2 | 1 |
| 5/6/20 | Calls with backstop parties | 1 | 1 |
| 5/6/20 | Call with Ducera | 1 | 1 |
| 5/6/20 | Call with company regarding securitization | 1 | 8 |
| 5/7/20 | Recurring Advisor call | 1 | 1 |
| 5/7/20 | Call with GS and JPM regarding equity raise | 2 | 8 |
| 5/7/20 | Call with Weil to discuss Plan Supplement | 1 | 3 |
| 5/7/20 | Call with company regarding Rating Agency presentation | 2 | 8 |
| 5/7/20 | Call with management regarding Chapter 11 strategy | 1 | 1 |
| 5/7/20 | Call with GS regarding potential PIPE investor | 1 | 8 |
| 5/8/20 | Call with Weil regarding confirmation declaration | 1 | 4 |
| 5/8/20 | Call with PCG lenders | 1 | 8 |
| 5/8/20 | Update call with Lincoln | 1 | 1 |
| 5/8/20 | Update call with GS and JPM | 1 | 1 |
| 5/8/20 | Update call with PJT and Jones Day | 1 | 1 |
| 5/8/20 | Call with Weil regarding HoldCo Rescission Claims | 1 | 1 |
| 5/9/20 | Call with JP Morgan regarding financing | 1 | 8 |
| 5/9/20 | Call with Weil and Cravath regarding backstop | 2 | 1 |
| 5/10/20 | Call with GS regarding equity raise | 2 | 8 |
| 5/11/20 | Catch up with RBC | 1 | 1 |
| 5/11/20 | Call with Cravath regarding debt issuance | 1 | 8 |
| 5/11/20 | Call with Weil to discuss Plan Supplement | 1 | 3 |
| 5/11/20 | Call with GS regarding equity issuance | 2 | 8 |
| 5/11/20 | Call with Munger and Weil regarding wildfire OII | 2 | 1 |
| 5/11/20 | Call with GS and JPM regarding equity raise | 2 | 8 |
| 5/12/20 | Recurring Advisor call | 1 | 1 |
| 5/12/20 | Call with GS regarding equity structure | 2 | 8 |
| 5/12/20 | Update call with PJT and Jones Day | 1 | 1 |
| 5/12/20 | Call with company regarding financial model | 3 | 2 |
| 5/12/20 | Call with GS regarding equity backstop | 2 | 8 |
| 5/13/20 | Call re BCL with Cravath and Weil | 2 | 1 |
| 5/13/20 | Call with GS regarding BCL | 2 | 1 |
| 5/13/20 | Calls with backstop parties | 3 | 1 |
| 5/13/20 | Call regarding equity greenshoe with company | 2 | 8 |
| 5/14/20 | Recurring Advisor call | 1 | 1 |
| 5/14/20 | Call regarding BCL with Weil, Cravath, GS and JPM | 2 | 1 |
| 5/14/20 | Board meeting | 2 | 1 |
| 5/14/20 | Call with Weil to discuss Plan Supplement | 1 | 3 |
| 5/14/20 | Call with management to discuss Chapter 11 strategy | 1 | 1 |
| 5/14/20 | Update call with RBC | 2 | 1 |
| 5/15/20 | Call re RRA with GS and JPM | 2 | 1 |
| 5/15/20 | Calls with backstop parties | 3 | 1 |
| 5/15/20 | Call with company regarding busines plan | 2 | 2 |
| 5/15/20 | Update call with Lincoln | 1 | 1 |
| 5/15/20 | Update call with GS and JPM | 1 | 1 |
| 5/15/20 | Update call with PJT and Jones Day | 1 | 1 |
| 5/15/20 | Equity raise strategy call with GS and JPM | 2 | 1 |
| 5/15/20 | Chapter 11 coordination call with company | 1 | 1 |
| 5/17/20 | Dicussion with GS re BCL | 2 | 1 |
| 5/17/20 | Prep call for Rating Agencies with JPM | 1 | 1 |
| 5/17/20 | Call with PJT regarding interest rate assumptions | 2 | 6 |
| 5/18/20 | Rating Agency prep call with company | 1 | 6 |
| 5/18/20 | Call with Cravath and Weil regarding 382 limitations | 2 | 6 |
| 5/18/20 | S&P Ratings Meeting | 2 | 6 |
| 5/18/20 | Call with Weil to discuss Plan Supplement | 1 | 3 |
| 5/18/20 | Call with GS regarding BCL | 2 | 1 |
| 5/18/20 | Moody's Ratings Meeting | 2 | 6 |
| 5/18/20 | Discussion with company regarding NENI | 1 | 2 |
| 5/19/20 | Recurring Advisor call | 1 | 1 |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**May 1, 2020 - May 31, 2020**

| Ken Ziman (Managing Director) | | |
|---|---|---|
| **Date** | **Description of Work** | **Hours** | **Code** |
| 5/19/20 | Discussion of Dividends and HoldCo cash with company | 2 | 6 |
| 5/19/20 | Greenshoe discussion with Lazard | 2 | 8 |
| 5/19/20 | Call regarding monthly liquidity model | 2 | 2 |
| 5/19/20 | Call with Rothschild regarding Chapter 11 process | 1 | 1 |
| 5/19/20 | Update call with PJT and Jones Day | 1 | 1 |
| 5/19/20 | Call with RBC and Houlihan regarding RRA | 2 | 1 |
| 5/19/20 | Fitch Ratings Meeting | 2 | 6 |
| 5/19/20 | Call with Cravath, GS and JPM regarding RRA | 2 | 1 |
| 5/19/20 | Call with GS regarding BCL amendment | 2 | 8 |
| 5/19/20 | Call with Company regarding HoldCo covenants | 1 | 6 |
| 5/20/20 | Call with Weil regarding confirmation declaration | 2 | 4 |
| 5/20/20 | Call with Cravath regarding financing fees | 2 | 1 |
| 5/20/20 | Call regarding monthly liquidity model | 2 | 2 |
| 5/20/20 | Call regarding fire victim RRA with all GS, JPM, RBC, HL, Cravath and Baker | 3 | 1 |
| 5/20/20 | Call with GS regarding BCL amendment | 1 | 8 |
| 5/21/20 | Call with Cravath regarding financing fees | 1 | 8 |
| 5/21/20 | Calls with backstop parties | 4 | 1 |
| 5/21/20 | Recurring Advisor call | 1 | 1 |
| 5/21/20 | Call with Cravath, GS and JPM regarding RRA | 2 | 1 |
| 5/21/20 | Call with UCC advisors - Centerview, Milbank, FTI | 1 | 1 |
| 5/21/20 | Board meeting | 1 | 1 |
| 5/21/20 | Call with Weil regarding confirmation declaration | 2 | 4 |
| 5/21/20 | Call with GS regarding Greenshoe mechanics | 1 | 8 |
| 5/21/20 | Call with company regarding Chapter 11 strategy | 1 | 1 |
| 5/21/20 | Call regarding fire victim RRA with all GS, JPM, RBC, HL, Cravath and Baker | 3 | 1 |
| 5/21/20 | Call with management regarding BCL strategy | 1 | 1 |
| 5/22/20 | Calls with backstop parties | 2 | 1 |
| 5/22/20 | Finance Committee meeting | 2 | 1 |
| 5/22/20 | Update calls with GS, JPM, PJT and JD | 1 | 8 |
| 5/22/20 | Call regarding fire victim RRA with all GS, JPM, RBC, HL, Cravath and Baker | 2 | 1 |
| 5/23/20 | Call with GS regarding BCL amendment | 2 | 8 |
| 5/24/20 | Finance Committee meeting | 1 | 1 |
| 5/25/20 | Call with Weil to discuss Plan Supplement | 1 | 3 |
| 5/26/20 | Recurring Advisor call | 1 | 1 |
| 5/26/20 | Witness preparation | 4 | 4 |
| 5/26/20 | Court hearing | 3 | 4 |
| 5/26/20 | Update call with PJT and Jones Day | 1 | 1 |
| 5/27/20 | Call wiith JPM regarding credit markets | 1 | 8 |
| 5/27/20 | Confirmation Hearing | 3 | 4 |
| 5/27/20 | Discussion regarding financing fees with internal team | 1 | 8 |
| 5/27/20 | Discussion with company regarding tranching of debt | 2 | 8 |
| 5/27/20 | Discussion with company regarding NENI | 3 | 8 |
| 5/27/20 | Call with Cravath regarding GS and JPM engagement | 1 | 10 |
| 5/28/20 | Call with RBC regarding share count | 1 | 8 |
| 5/28/20 | Recurring Advisor call | 1 | 1 |
| 5/28/20 | Call with Weil regarding confirmation | 1 | 8 |
| 5/28/20 | Call regarding shareholders for company post-emergence | 2 | 8 |
| 5/28/20 | Confirmation Hearing | 3 | 4 |
| 5/28/20 | Call with Weil to discuss Plan Supplement | 1 | 3 |
| 5/28/20 | Call with JPM regarding financing markets | 1 | 8 |
| 5/28/20 | Calls with backstop parties | 2 | 1 |
| 5/28/20 | Call with company regarding Chapter 11 strategy | 1 | 1 |
| 5/28/20 | Board meeting | 2 | 1 |
| 5/28/20 | Discussion regarding NENI with management | 2 | 8 |
| 5/28/20 | Call with GS regarding equity raise | 1 | 8 |
| 5/29/20 | Calls with backstop parties | 3 | 1 |
| 5/29/20 | Call with GS regarding Chapter 11 process | 1 | 1 |
| 5/29/20 | Call with Ducera regarding CPUC | 1 | 1 |
| 5/29/20 | Confirmation Hearing | 3 | 4 |
| 5/29/20 | Update call with PJT and Jones Day | 1 | 1 |
| 5/29/20 | Call regarding fire victim RRA with all GS, JPM, RBC, HL, Cravath and Baker | 2 | 1 |
| 5/29/20 | Prep for Board meeting with management | 1 | 1 |
| 5/29/20 | Discussion of PIPE terms with GS | 1 | 8 |
| 5/29/20 | Chapter 11 update call with company | 1 | 1 |
| 5/29/20 | Board meeting | 1 | 1 |
| 5/30/20 | Update call with Lincoln | 2 | 1 |
| 5/30/20 | Discussion of NENI with management | 1 | 2 |
| 5/30/20 | Discussion with Cravath regarding BCL amendment | 1 | 1 |
| 5/31/20 | Call with company regarding cost of debt assumptions | 1 | 8 |
| 5/31/20 | Witness preparation | 2 | 4 |
| **May-20** | **Monthly Subtotal** | **225.00** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**May 1, 2020 - May 31, 2020**

| Date | Description of Work | Hours | Code |
|------|--------------------|-------|------|
| | **Greg Hort (Director)** | | |
| 5/1/20 | calls with advisors/management | 2.0 | 1 |
| 5/2/20 | calls with advisors/management | 0.5 | 1 |
| 5/4/20 | calls with advisors/management | 1.0 | 1 |
| 5/5/20 | calls with advisors/management | 1.0 | 1 |
| 5/6/20 | calls with advisors/management | 1.0 | 1 |
| 5/7/20 | calls with advisors/management | 2.0 | 1 |
| 5/8/20 | calls with advisors/management | 2.0 | 1 |
| 5/10/20 | calls with advisors/management | 2.0 | 1 |
| 5/11/20 | calls with advisors/management | 0.5 | 1 |
| 5/12/20 | calls with advisors/management | 2.0 | 1 |
| 5/13/20 | calls with advisors/management | 1.0 | 1 |
| 5/14/20 | calls with advisors/management | 1.5 | 1 |
| 5/15/20 | calls with advisors/management | 1.0 | 1 |
| 5/17/20 | calls with advisors/management | 3.0 | 1 |
| 5/18/20 | calls with advisors/management | 3.0 | 1 |
| 5/19/20 | calls with advisors/management | 3.0 | 1 |
| 5/20/20 | calls with advisors/management | 1.0 | 1 |
| 5/21/20 | calls with advisors/management | 3.0 | 1 |
| 5/22/20 | calls with advisors/management | 1.0 | 1 |
| 5/23/20 | calls with advisors/management | 1.0 | 1 |
| 5/25/20 | calls with advisors/management | 0.5 | 1 |
| 5/26/20 | calls with advisors/management | 2.0 | 1 |
| 5/27/20 | calls with advisors/management | 5.5 | 1 |
| 5/28/20 | calls with advisors/management | 1.5 | 1 |
| 5/29/20 | calls with advisors/management | 6.3 | 1 |
| **May-20** | **Monthly Subtotal** | **48.3** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**April 1, 2020 - April 30, 2020**

| Craig Durrant (Vice President) | | | |
|---|---|---|---|
| **Date** | **Description of Work** | **Hours** | **Code** |
| 5/24/20 | Governance Roadshow Overview | 2 | 8 |
| 5/25/20 | Governance Roadshow Overview | 1 | 8 |
| **May-20** | **Monthly Subtotal** | **3.0** | |

| Eli Silverman (Vice President) | | |
|---|---|---|
| **Date** | **Description of Work** | **Hours** | **Code** |
| 5/1/20 | Call with management re financial forecast | 3 | 1 |
| 5/1/20 | Update call with Lincoln | 1 | 1 |
| 5/1/20 | Update call with GS and JPM | 1 | 1 |
| 5/1/20 | Call regarding receipt of insurance proceeds | 1 | 1 |
| 5/1/20 | Recurring call with PJT and Jones Day | 1 | 1 |
| 5/1/20 | Call to discuss monthly liquidity model | 1 | 1 |
| 5/1/20 | Call to discuss HoldCo debt covenants | 1 | 1 |
| 5/1/20 | Call with Rothschild | 1 | 1 |
| 5/2/20 | Call to discuss HoldCo debt covenants | 1 | 1 |
| 5/2/20 | Call with Company to review lender presentation | 2 | 6 |
| 5/2/20 | Call to discuss HoldCo debt covenants | 1 | 1 |
| 5/4/20 | Call to discuss NENI | 1 | 1 |
| 5/4/20 | Lazard team check in call | 1 | 1 |
| 5/4/20 | Call with Weil to discuss Plan Supplement | 1 | 3 |
| 5/4/20 | Call with GS to discuss PIPE structure | 2 | 6 |
| 5/4/20 | Call with Compay regarding cost of debt assumptions | 1 | 6 |
| 5/4/20 | Internal anlaysis of NENI | 5 | 9 |
| 5/5/20 | Recurring Advisor call | 1 | 1 |
| 5/5/20 | Call with potential PIPE investors | 2 | 1 |
| 5/5/20 | Call with Lincoln regarding securitizaiton / NENI | 2 | 1 |
| 5/5/20 | Discussion with Cravath regarding share issuance | 2 | 1 |
| 5/5/20 | Recurring call with PJT and Jones Day | 1 | 1 |
| 5/5/20 | PCG Board meeting | 2 | 1 |
| 5/5/20 | Call regarding backstop | 2 | 1 |
| 5/5/20 | Internal anlaysis | 3 | 9 |
| 5/6/20 | Call with Jefferies regarding backstop transfers | 2 | 1 |
| 5/6/20 | Calls with backstop parties | 4 | 1 |
| 5/6/20 | Call with company regarding financing assumptions | 1 | 9 |
| 5/6/20 | Call with Ducera | 1 | 1 |
| 5/6/20 | Call regarding monthly liquidity model | 1 | 1 |
| 5/6/20 | Call with company regarding NENI | 1 | 1 |
| 5/6/20 | Call with company regarding working capital facilities | 1 | 8 |
| 5/6/20 | Call with company regarding securitization | 1 | 8 |
| 5/7/20 | Recurring Advisor call | 1 | 1 |
| 5/7/20 | Call with company regarding NENI | 2 | 1 |
| 5/7/20 | Call with GS and JPM regarding equity raise | 2 | 8 |
| 5/7/20 | Call with Weil to discuss Plan Supplement | 1 | 3 |
| 5/7/20 | Call with company regarding Rating Agency presentation | 2 | 8 |
| 5/7/20 | Call with management regarding Chapter 11 strategy | 1 | 1 |
| 5/7/20 | Call with GS regarding potential PIPE investor | 1 | 8 |
| 5/8/20 | Call with Weil regarding confirmation declaration | 1 | 4 |
| 5/8/20 | Lazard internal catch up regarding capital structure | 1 | 8 |
| 5/8/20 | Call with PCG lenders | 1 | 8 |
| 5/8/20 | Update call with Lincoln | 1 | 1 |
| 5/8/20 | Update call with GS and JPM | 1 | 1 |
| 5/8/20 | Internal analysis regarding capital structure | 4 | 8 |
| 5/8/20 | Update call with PJT and Jones Day | 1 | 1 |
| 5/8/20 | Call with Weil regarding HoldCo Rescission Claims | 1 | 1 |
| 5/8/20 | Internal Lazard catch up | 1 | 1 |
| 5/8/20 | Call with company regarding NENI and forecast analysis | 2 | 2 |
| 5/9/20 | Call with JP Morgan regarding financing | 1 | 8 |
| 5/9/20 | Call with Weil and Cravath regarding backstop | 2 | 1 |
| 5/9/20 | Equity backstop analysis | 4 | 8 |
| 5/10/20 | Internal discussion regarding equity raise | 3 | 8 |
| 5/10/20 | Call with GS regarding equity raise | 2 | 8 |
| 5/10/20 | Internal discussion regarding NENI | 2 | 1 |
| 5/11/20 | Catch up with RBC | 1 | 1 |
| 5/11/20 | Call with Cravath regarding debt issuance | 1 | 8 |
| 5/11/20 | Lazard team check in call | 1 | 1 |
| 5/11/20 | Call with Weil to discuss Plan Supplement | 1 | 3 |
| 5/11/20 | Call with GS regarding equity issuance | 2 | 8 |
| 5/11/20 | Call with Munger and Weil regarding wildfire OII | 2 | 1 |
| 5/11/20 | Call with GS and JPM regarding equity raise | 2 | 8 |
| 5/12/20 | Recurring Advisor call | 1 | 1 |
| 5/12/20 | Call regarding monthly liquidity model | 2 | 8 |
| 5/12/20 | Call with GS regarding equity structure | 2 | 8 |
| 5/12/20 | Update call with PJT and Jones Day | 1 | 1 |
| 5/12/20 | Call with company regarding financial model | 3 | 2 |
| 5/12/20 | Call with GS regarding equity backstop | 2 | 8 |
| 5/12/20 | Internal equity backstop analysis | 4 | 8 |
| 5/13/20 | Call re BCL with Cravath and Weil | 2 | 1 |
| 5/13/20 | Call with GS regarding BCL | 2 | 1 |
| 5/13/20 | Internal analysis of PCG shareholders | 2 | 1 |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**May 1, 2020 - May 31, 2020**

| Eli Silverman (Vice President) | | |
|---|---|---|
| **Date** | **Description of Work** | **Hours** | **Code** |
| 5/13/20 | Calls with backstop parties | 3 | 1 |
| 5/13/20 | Call regarding equity greenshoe with company | 2 | 8 |
| 5/14/20 | Call with Perella regarding status | 1 | 1 |
| 5/14/20 | Recurring Advisor call | 1 | 1 |
| 5/14/20 | Call regarding BCL with Weil, Cravath, GS and JPM | 2 | 1 |
| 5/14/20 | Board meeting | 2 | 1 |
| 5/14/20 | Capital structure analysis for management | 2 | 8 |
| 5/14/20 | Call with Weil to discuss Plan Supplement | 1 | 3 |
| 5/14/20 | Call with management to discuss Chapter 11 strategy | 1 | 1 |
| 5/14/20 | Update call with RBC | 2 | 1 |
| 5/15/20 | Call re RRA with GS and JPM | 2 | 1 |
| 5/15/20 | Calls with backstop parties | 3 | 1 |
| 5/15/20 | Call with company regarding busines plan | 2 | 2 |
| 5/15/20 | Update call with Lincoln | 1 | 1 |
| 5/15/20 | Update call with GS and JPM | 1 | 1 |
| 5/15/20 | Internal team meeting | 2 | 1 |
| 5/15/20 | Internal analysis of NENI | 3 | 8 |
| 5/15/20 | Update call with PJT and Jones Day | 1 | 1 |
| 5/15/20 | Liquidity call with Alix Partners | 1 | 1 |
| 5/15/20 | Equity raise strategy call with GS and JPM | 2 | 1 |
| 5/15/20 | Chapter 11 coordination call with company | 1 | 1 |
| 5/16/20 | Analysis regarding NENI | 5 | 8 |
| 5/17/20 | Internal discussion regarding NENI | 4 | 8 |
| 5/17/20 | Dicussion with GS re BCL | 2 | 1 |
| 5/17/20 | Prep call for Rating Agencies with JPM | 1 | 1 |
| 5/17/20 | Call with PJT regarding interest rate assumptions | 2 | 6 |
| 5/17/20 | Call with company regarding forecast update | 2 | 2 |
| 5/18/20 | Rating Agency prep call with company | 1 | 6 |
| 5/18/20 | Call with Cravath and Weil regarding 382 limitations | 2 | 6 |
| 5/18/20 | Internal NENI Review | 2 | 2 |
| 5/18/20 | S&P Ratings Meeting | 2 | 6 |
| 5/18/20 | Call with Weil to discuss Plan Supplement | 1 | 3 |
| 5/18/20 | Call with GS regarding BCL | 2 | 1 |
| 5/18/20 | Moody's Ratings Meeting | 2 | 6 |
| 5/18/20 | Discussion with company regarding NENI | 1 | 2 |
| 5/18/20 | Call with backstop parties | 1 | 1 |
| 5/19/20 | Recurring Advisor call | 1 | 1 |
| 5/19/20 | Discussion of Dividends and HoldCo cash with company | 2 | 6 |
| 5/19/20 | Greenshoe discussion with Lazard | 2 | 8 |
| 5/19/20 | Call regarding monthly liquidity model | 2 | 2 |
| 5/19/20 | Call with Rothschild regarding Chapter 11 process | 1 | 1 |
| 5/19/20 | Update call with PJT and Jones Day | 1 | 1 |
| 5/19/20 | Call with RBC and Houlihan regarding RRA | 2 | 1 |
| 5/19/20 | Fitch Ratings Meeting | 2 | 6 |
| 5/19/20 | Call with Cravath, GS and JPM regarding RRA | 2 | 1 |
| 5/19/20 | Call with GS regarding BCL amendment | 2 | 8 |
| 5/19/20 | Call with Company regarding HoldCo covenants | 1 | 6 |
| 5/20/20 | Call with Weil regarding confirmation declaration | 2 | 4 |
| 5/20/20 | Call with Cravath regarding financing fees | 2 | 1 |
| 5/20/20 | Call regarding monthly liquidity model | 2 | 2 |
| 5/20/20 | Call regarding fire victim RRA with all GS, JPM, RBC, HL, Cravath and Baker | 3 | 1 |
| 5/20/20 | Call with GS regarding BCL amendment | 1 | 8 |
| 5/21/20 | Call with Cravath regarding financing fees | 1 | 8 |
| 5/21/20 | Calls with backstop parties | 4 | 1 |
| 5/21/20 | Recurring Advisor call | 1 | 1 |
| 5/21/20 | Call with Cravath, GS and JPM regarding RRA | 2 | 1 |
| 5/21/20 | Call with UCC advisors - Centerview, Milbank, FTI | 1 | 1 |
| 5/21/20 | Call with PJT regarding Sources / Uses | 2 | 1 |
| 5/21/20 | Board meeting | 1 | 1 |
| 5/21/20 | Call with Weil regarding confirmation declaration | 2 | 4 |
| 5/21/20 | Call with GS regarding Greenshoe mechanics | 1 | 8 |
| 5/21/20 | Call with company regarding Chapter 11 strategy | 1 | 1 |
| 5/21/20 | Call regarding fire victim RRA with all GS, JPM, RBC, HL, Cravath and Baker | 3 | 1 |
| 5/21/20 | Call with management regarding BCL strategy | 1 | 1 |
| 5/22/20 | Calls with backstop parties | 2 | 1 |
| 5/22/20 | Finance Committee meeting | 2 | 1 |
| 5/22/20 | Update calls with GS, JPM, PJT and JD | 1 | 8 |
| 5/22/20 | Update call with PJT and Jones Day | 1 | 1 |
| 5/22/20 | Liquidity call with Alix Partners | 1 | 1 |
| 5/22/20 | Call regarding fire victim RRA with all GS, JPM, RBC, HL, Cravath and Baker | 2 | 1 |
| 5/23/20 | Call with GS regarding BCL amendment | 2 | 8 |
| 5/23/20 | Call with company regarding NENI | 3 | 8 |
| 5/24/20 | Call with company advisors regarding NENI | 2 | 8 |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**May 1, 2020 - May 31, 2020**

| Eli Silverman (Vice President) | | |
|---|---|---|
| **Date** | **Description of Work** | **Hours** | **Code** |
| 5/24/20 | Internal call regarding NENI | 2 | 8 |
| 5/24/20 | Internal call regarding BCL modeling | 2 | 8 |
| 5/24/20 | Backstop analysis | 5 | 8 |
| 5/24/20 | Finance Committee meeting | 1 | 1 |
| 5/25/20 | Call with Weil to discuss Plan Supplement | 1 | 3 |
| 5/25/20 | Backstop analysis | 5 | 8 |
| 5/26/20 | Recurring Advisor call | 1 | 1 |
| 5/26/20 | Witness prep for Ken Ziman | 4 | 4 |
| 5/26/20 | Update call with PJT and Jones Day | 1 | 1 |
| 5/26/20 | Internal call regarding NENI | 3 | 8 |
| 5/26/20 | Court hearing | 3 | 4 |
| 5/27/20 | Sources and Uses discussion with Cravath | 2 | 8 |
| 5/27/20 | Call with JPM regarding credit markets | 1 | 8 |
| 5/27/20 | Confirmation Hearing | 3 | 4 |
| 5/27/20 | Discussion regarding financing fees with internal team | 1 | 8 |
| 5/27/20 | Discussion with company regarding tranching of debt | 2 | 8 |
| 5/27/20 | Discussion with company regarding NENI | 3 | 8 |
| 5/27/20 | Call with Cravath regarding GS and JPM engagement | 1 | 10 |
| 5/28/20 | Recurring Advisor call | 1 | 1 |
| 5/28/20 | Call with RBC regarding share count | 1 | 8 |
| 5/28/20 | Call with Weil regarding confirmation | 1 | 8 |
| 5/28/20 | Call regarding shareholders for company post-emergence | 2 | 8 |
| 5/28/20 | Confirmation Hearing | 3 | 4 |
| 5/28/20 | Call with Weil to discuss Plan Supplement | 1 | 3 |
| 5/28/20 | Call with JPM regarding financing markets | 1 | 8 |
| 5/28/20 | Call with GS and JPM regarding equity raise | 2 | 8 |
| 5/28/20 | Calls with backstop parties | 2 | 1 |
| 5/28/20 | Call with company regarding Chapter 11 strategy | 1 | 1 |
| 5/28/20 | Board meeting | 2 | 1 |
| 5/28/20 | Discussion regarding NENI with management | 2 | 8 |
| 5/28/20 | Call with GS regarding equity raise | 1 | 8 |
| 5/29/20 | Calls with backstop parties | 3 | 1 |
| 5/29/20 | Call with Cravath regarding Sources / Uses | 1 | 8 |
| 5/29/20 | Call with GS regarding Chapter 11 process | 1 | 1 |
| 5/29/20 | Call with credit research analysts | 1 | 8 |
| 5/29/20 | Call with Ducera regarding CPUC | 1 | 1 |
| 5/29/20 | Confirmation Hearing | 3 | 4 |
| 5/29/20 | Call with Company regarding HoldCo covenants | 1 | 8 |
| 5/29/20 | Update call with PJT and Jones Day | 1 | 1 |
| 5/29/20 | Call regarding fire victim RRA with all GS, JPM, RBC, HL, Cravath and Baker | 2 | 1 |
| 5/29/20 | Prep for Board meeting with management | 1 | 1 |
| 5/29/20 | Discussion of PIPE terms with GS | 1 | 8 |
| 5/29/20 | Chapter 11 update call with company | 1 | 1 |
| 5/29/20 | Board meeting | 1 | 1 |
| 5/30/20 | Update call with Lincoln | 2 | 1 |
| 5/30/20 | Call with Cravath regarding NENI | 2 | 2 |
| 5/30/20 | Preparation of NENI materials | 5 | 2 |
| 5/30/20 | Discussion of NENI with management | 1 | 2 |
| 5/30/20 | Discussion with Cravath regarding BCL amendment | 1 | 1 |
| 5/31/20 | Call with company regarding cost of debt assumptions | 1 | 8 |
| 5/31/20 | Internal call regarding NENI | 2 | 2 |
| 5/31/20 | NENI analysis | 3 | 2 |
| 5/31/20 | Witness prep for Ken Ziman | 2 | 4 |
| **May-20** | **Monthly Subtotal** | **349.00** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**May 1, 2020 - May 31, 2020**

| Daniel Bier (Associate) | | | |
|---|---|---|---|
| **Date** | **Description of Work** | **Hours** | **Code** |
| 5/1/20 | Financial analysis & modeling of the Company's business plan | 2 | 9 |
| 5/2/20 | Financial analysis & modeling of the Company's business plan | 4 | 9 |
| 5/4/20 | Financial analysis & modeling of the Company's business plan | 4 | 9 |
| 5/5/20 | Financial analysis & modeling of the Company's business plan | 4 | 9 |
| 5/6/20 | Financial analysis & modeling of the Company's business plan | 8 | 9 |
| 5/7/20 | Financial analysis & modeling of the Company's business plan | 6 | 9 |
| 5/8/20 | Financial analysis & modeling of the Company's business plan | 7 | 9 |
| 5/10/20 | Financial analysis & modeling of the Company's business plan | 3 | 9 |
| 5/11/20 | Financial analysis & modeling of the Company's business plan | 8 | 9 |
| 5/12/20 | Financial analysis & modeling of the Company's business plan | 7 | 9 |
| 5/13/20 | Financial analysis & modeling of the Company's business plan | 5 | 9 |
| 5/14/20 | Financial analysis & modeling of the Company's business plan | 9 | 9 |
| 5/15/20 | Financial analysis & modeling of the Company's business plan | 10 | 9 |
| 5/16/20 | Financial analysis & modeling of the Company's business plan | 10 | 9 |
| 5/17/20 | Financial analysis & modeling of the Company's business plan | 10 | 9 |
| 5/18/20 | Financial analysis & modeling of the Company's business plan | 4 | 9 |
| 5/19/20 | Financial analysis & modeling of the Company's business plan | 6 | 9 |
| 5/20/20 | Financial analysis & modeling of the Company's business plan | 7 | 9 |
| 5/21/20 | Financial analysis & modeling of the Company's business plan | 6 | 9 |
| 5/22/20 | Financial analysis & modeling of the Company's business plan | 3 | 9 |
| 5/24/20 | Financial analysis & modeling of the Company's business plan | 2 | 9 |
| 5/25/20 | Financial analysis & modeling of the Company's business plan | 4 | 9 |
| 5/26/20 | Financial analysis & modeling of the Company's business plan | 8 | 9 |
| 5/27/20 | Financial analysis & modeling of the Company's business plan | 6 | 9 |
| 5/28/20 | Financial analysis & modeling of the Company's business plan | 4 | 9 |
| 5/29/20 | Financial analysis & modeling of the Company's business plan | 6 | 9 |
| 5/31/20 | Financial analysis & modeling of the Company's business plan | 5 | 9 |
| **May-20** | **Monthly Subtotal** | **158.0** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**May 1, 2020 - May 31, 2020**

| Date | Dan Katz (Associate) Description of Work | Hours | Code |
|------|-----------------------------------------|-------|------|
| 5/1/20 | Review of financing alternatives | 8 | 6 |
| 5/4/20 | Credit metrics analysis | 5 | 6 |
| 5/5/20 | Business Plan Forecasting | 8 | 6 |
| 5/6/20 | Review of financing alternatives | 8 | 6 |
| 5/7/20 | Review of financing alternatives | 8 | 6 |
| 5/8/20 | Review of financing alternatives | 8 | 6 |
| 5/11/20 | Credit metrics analysis | 6 | 6 |
| 5/12/20 | Model review and credit metrics analysis | 5 | 6 |
| 5/13/20 | Model review and credit metrics analysis | 5 | 6 |
| 5/14/20 | Model review and credit metrics analysis | 5 | 6 |
| 5/15/20 | Review of financing alternatives | 7 | 6 |
| 5/18/20 | Evaluation of securitization structures | 8 | 6 |
| 5/19/20 | Evaluation of securitization structures | 7 | 6 |
| 5/20/20 | Business Plan Forecasting | 7 | 6 |
| 5/21/20 | Business Plan Forecasting | 7 | 6 |
| 5/22/20 | Business Plan Forecasting | 7 | 6 |
| 5/25/20 | Credit covenant review | 5 | 6 |
| 5/26/20 | Credit covenant review | 5 | 6 |
| 5/27/20 | Credit covenant review | 5 | 6 |
| 5/28/20 | Credit covenant review | 5 | 6 |
| 5/29/20 | Business Plan Forecasting | 8 | 6 |
| **May-20** | **Monthly Subtotal** | **137.0** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**May 1, 2020 - May 31, 2020**

| Nathan Mooney (Associate) | | |
|---|---|---|
| **Date** | **Description of Work** | **Hours** | **Code** |
| 5/4/20 | Lazard team check in call | 1 | 1 |
| 5/4/20 | Internal anlaysis of NENI | 1 | 9 |
| 5/5/20 | Internal anlaysis | 3 | 9 |
| 5/6/20 | Call regarding monthly liquidity model | 1 | 1 |
| 5/6/20 | Call with company regarding NENI | 1 | 1 |
| 5/7/20 | Recurring Advisor call | 1 | 1 |
| 5/7/20 | Call with company regarding NENI | 2 | 1 |
| 5/8/20 | Lazard internal catch up regarding capital structure | 1 | 8 |
| 5/8/20 | Internal analysis regarding capital structure | 1 | 8 |
| 5/9/20 | Equity backstop analysis | 1 | 8 |
| 5/10/20 | Internal discussion regarding equity raise | 1 | 8 |
| 5/10/20 | Internal discussion regarding NENI | 2 | 1 |
| 5/11/20 | Lazard team check in call | 1 | 1 |
| 5/12/20 | Recurring Advisor call | 1 | 1 |
| 5/12/20 | Update call with PJT and Jones Day | 1 | 1 |
| 5/12/20 | Internal equity backstop analysis | 1 | 8 |
| 5/13/20 | Call re BCL with Cravath and Weil | 2 | 1 |
| 5/13/20 | Internal analysis of PCG shareholders | 2 | 1 |
| 5/13/20 | Call regarding equity greenshoe with company | 2 | 8 |
| 5/14/20 | Recurring Advisor call | 1 | 1 |
| 5/15/20 | Call with company regarding busines plan | 2 | 2 |
| 5/15/20 | Internal team meeting | 2 | 1 |
| 5/15/20 | Internal analysis of NENI | 3 | 8 |
| 5/15/20 | Liquidity call with Alix Partners | 1 | 1 |
| 5/15/20 | Equity raise strategy call with GS and JPM | 2 | 1 |
| 5/16/20 | Analysis regarding NENI | 1 | 8 |
| 5/17/20 | Internal discussion regarding NENI | 1 | 8 |
| 5/18/20 | Internal NENI Review | 2 | 2 |
| 5/18/20 | Call with Weil to discuss Plan Supplement | 1 | 3 |
| 5/18/20 | Call with GS regarding BCL | 2 | 1 |
| 5/18/20 | Discussion with company regarding NENI | 1 | 2 |
| 5/19/20 | Recurring Advisor call | 1 | 1 |
| 5/19/20 | Call regarding monthly liquidity model | 2 | 2 |
| 5/19/20 | Call with Rothschild regarding Chapter 11 process | 1 | 1 |
| 5/19/20 | Update call with PJT and Jones Day | 1 | 1 |
| 5/20/20 | Call with Weil regarding confirmation declaration | 2 | 4 |
| 5/20/20 | Call with Cravath regarding financing fees | 2 | 1 |
| 5/20/20 | Call regarding monthly liquidity model | 2 | 2 |
| 5/20/20 | Call with GS regarding BCL amendment | 1 | 8 |
| 5/21/20 | Call with Cravath regarding financing fees | 1 | 8 |
| 5/21/20 | Recurring Advisor call | 1 | 1 |
| 5/21/20 | Call with PJT regarding Sources / Uses | 2 | 1 |
| 5/21/20 | Call with GS regarding Greenshoe mechanics | 1 | 8 |
| 5/21/20 | Call with company regarding Chapter 11 strategy | 1 | 1 |
| 5/22/20 | Finance Committee meeting | 2 | 1 |
| 5/22/20 | Update call with PJT and Jones Day | 1 | 1 |
| 5/22/20 | Liquidity call with Alix Partners | 1 | 1 |
| 5/23/20 | Call with GS regarding BCL amendment | 2 | 8 |
| 5/23/20 | Call with company regarding NENI | 3 | 8 |
| 5/24/20 | Call with company advisors regarding NENI | 2 | 8 |
| 5/24/20 | Internal call regarding NENI | 2 | 8 |
| 5/25/20 | Call with Weil to discuss Plan Supplement | 1 | 3 |
| 5/26/20 | Recurring Advisor call | 1 | 1 |
| 5/26/20 | Internal call regarding NENI | 3 | 8 |
| 5/27/20 | Sources and Uses discussion with Cravath | 2 | 8 |
| 5/27/20 | Call with JPM regarding credit markets | 1 | 8 |
| 5/27/20 | Discussion regarding financing fees with internal team | 1 | 8 |
| 5/27/20 | Discussion with company regarding NENI | 3 | 8 |
| 5/28/20 | Call with RBC regarding share count | 1 | 8 |
| 5/28/20 | Recurring Advisor call | 1 | 1 |
| 5/28/20 | Call regarding shareholders for company post-emergence | 2 | 8 |
| 5/28/20 | Call with Weil to discuss Plan Supplement | 1 | 3 |
| 5/28/20 | Call with GS and JPM regarding equity raise | 2 | 8 |
| 5/28/20 | Discussion regarding NENI with management | 2 | 8 |
| 5/29/20 | Call with Cravath regarding Sources / Uses | 1 | 8 |
| 5/30/20 | Discussion with Cravath regarding BCL amendment | 1 | 1 |
| 5/31/20 | Call with company regarding cost of debt assumptions | 1 | 8 |
| 5/31/20 | Internal call regarding NENI | 2 | 2 |
| **May-20** | **Monthly Subtotal** | **102.00** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**May 1, 2020 - May 31, 2020**

| Date | Description of Work | Hours | Code |
|------|---------------------|-------|------|
| | **Erik Overman (Associate)** | | |
| 5/1/20 | Call with company and advisors re forecast update | 1 | 1 |
| 5/1/20 | Internal discussion re monthly liquidity forecast | 0.5 | 1 |
| 5/4/20 | Preparation / Review of monthly liquidity model | 3.5 | 9 |
| 5/5/20 | Preparation / review of materials re monthly liquidity forecast | 2 | 9 |
| 5/5/20 | Internal discussion re monthly model | 0.5 | 1 |
| 5/6/20 | Preparation / review of materials re monthly liquidity forecast | 1.5 | 9 |
| 5/6/20 | Call with AlixPartners re monthly model | 0.5 | 1 |
| 5/11/20 | Preparation / review of monthly model | 1.5 | 9 |
| 5/12/20 | Call with AlixPartners re monthly model | 0.5 | 1 |
| 5/13/20 | Internal discussion re monthly model | 0.5 | 1 |
| 5/13/20 | Preparation / review of monthly model | 1.5 | 9 |
| 5/14/20 | Internal discussion re monthly model | 0.5 | 1 |
| 5/14/20 | Preparation / review of monthly model | 2.5 | 9 |
| 5/17/20 | Calls & correspondence re monthly model | 0.5 | 1 |
| 5/17/20 | Review of emergence sources & uses and cash flow model | 1 | 9 |
| 5/18/20 | Preparation / review of monthly model | 6.5 | 9 |
| 5/18/20 | Internal discussions re monthly model | 1 | 1 |
| 5/19/20 | Call with AlixPartners re monthly model | 0.5 | 1 |
| 5/19/20 | Preparation / review of monthly model | 2.5 | 9 |
| 5/19/20 | Internal discussion re monthly model | 0.5 | 1 |
| 5/20/20 | Preparation / review of monthly model | 6 | 9 |
| 5/20/20 | Calls with AlixPartners re monthly model | 1 | 1 |
| 5/20/20 | Preparation / review of materials re monthly liquidity forecast | 1 | 9 |
| 5/21/20 | Internal discussion re emergence sources & uses | 0.5 | 1 |
| **May-20** | **Monthly Subtotal** | **37.5** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**May 1, 2020 - May 31, 2020**

| Date | Description of Work | Hours | Code |
|---|---|---|---|
| | **Matthew Strain (Associate)** | | |
| 5/2/20 | Debt Documents Analysis | 2 | 4 |
| 5/3/20 | Covenants call with PG&E | 3 | 4 |
| 5/3/20 | Covenants modeling | 4 | 6 |
| 5/4/20 | Cost of debt call with PG&E | 2 | 4 |
| 5/5/20 | PG&E forecast update call | 2 | 4 |
| 5/6/20 | Securitization modeling | 4 | 6 |
| 5/9/20 | Modeling call with JPM | 1 | 4 |
| 5/17/20 | Forecast update | 1 | 4 |
| 5/17/20 | Forecast modeling revuew | 3 | 6 |
| 5/24/20 | NENI modeling | 3 | 6 |
| 5/25/20 | NENI modeling | 4 | 6 |
| 5/27/20 | NENI  call | 3 | 4 |
| 5/30/20 | NENI call | 1 | 4 |
| **May-20** | **Monthly Subtotal** | **33.0** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**April 1, 2020 - April 30, 2020**

| Date | Description of Work | Hours | Code |
|------|---------------------|-------|------|
| | **Leah Friedman (Associate)** | | |
| 5/24/20 | Governance Roadshow Overview | 3 | 8 |
| 5/25/20 | Governance Roadshow Overview | 4 | 8 |
| **May-20** | **Monthly Subtotal** | **7.0** | |

| Liam Fine (Financial Analyst) | | | |
|---|---|---|---|
| **Date** | **Description of Work** | **Hours** | **Code** |
| 5/1/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 4 | 9 |
| 5/4/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 2 | 9 |
| 5/5/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 2 | 9 |
| 5/6/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 3 | 9 |
| 5/7/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 2 | 9 |
| 5/8/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 2 | 9 |
| 5/10/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 1 | 9 |
| 5/11/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 1 | 9 |
| 5/12/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 2 | 9 |
| 5/13/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 3 | 9 |
| 5/14/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 5 | 9 |
| 5/15/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 4 | 9 |
| 5/18/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 4 | 9 |
| 5/19/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 4 | 9 |
| 5/20/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 1 | 9 |
| 5/21/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 1 | 9 |
| **May-20** | **Monthly Subtotal** | **41.0** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**May 1, 2020 - May 31, 2020**

| Date | Description of Work | Hours | Code |
|------|---------------------|-------|------|
| | **Dan Liotta (Financial Analyst)** | | |
| 5/1/20 | Call with management re financial forecast | 3 | 1 |
| 5/1/20 | Update call with Lincoln | 1 | 1 |
| 5/1/20 | Update call with GS and JPM | 1 | 1 |
| 5/1/20 | Recurring call with PJT and Jones Day | 1 | 1 |
| 5/1/20 | Call to discuss monthly liquidity model | 1 | 1 |
| 5/2/20 | Call with Company to review lender presentation | 2 | 6 |
| 5/4/20 | Call to discuss NENI | 1 | 1 |
| 5/4/20 | Lazard team check in call | 1 | 1 |
| 5/4/20 | Call with Weil to discuss Plan Supplement | 1 | 3 |
| 5/4/20 | Call with GS to discuss PIPE structure | 2 | 6 |
| 5/4/20 | Call with Compay regarding cost of debt assumptions | 1 | 6 |
| 5/4/20 | Internal anlaysis of NENI | 7 | 9 |
| 5/5/20 | Recurring Advisor call | 1 | 1 |
| 5/5/20 | Call with Lincoln regarding securitizaiton / NENI | 2 | 1 |
| 5/5/20 | Discussion with Cravath regarding share issuance | 2 | 1 |
| 5/5/20 | Recurring call with PJT and Jones Day | 1 | 1 |
| 5/5/20 | Internal anlaysis | 3 | 9 |
| 5/6/20 | Call with company regarding financing assumptions | 1 | 9 |
| 5/6/20 | Call with Ducera | 1 | 1 |
| 5/6/20 | Call regarding monthly liquidity model | 1 | 1 |
| 5/6/20 | Call with company regarding NENI | 1 | 1 |
| 5/6/20 | Call with company regarding working capital facilities | 1 | 8 |
| 5/6/20 | Call with company regarding securitization | 1 | 8 |
| 5/7/20 | Recurring Advisor call | 1 | 1 |
| 5/7/20 | Call with company regarding NENI | 2 | 1 |
| 5/7/20 | Call with Weil to discuss Plan Supplement | 1 | 3 |
| 5/7/20 | Call with management regarding Chapter 11 strategy | 1 | 1 |
| 5/8/20 | Call with Weil regarding confirmation declaration | 1 | 4 |
| 5/8/20 | Call with PCG lenders | 1 | 8 |
| 5/8/20 | Lazard internal catch up regarding capital structure | 1 | 8 |
| 5/8/20 | Internal analysis regarding capital structure | 4 | 8 |
| 5/8/20 | Update call with PJT and Jones Day | 1 | 1 |
| 5/8/20 | Call with Weil regarding HoldCo Rescission Claims | 1 | 1 |
| 5/8/20 | Internal Lazard catch up | 1 | 1 |
| 5/8/20 | Call with company regarding NENI and forecast analysis | 2 | 2 |
| 5/9/20 | Call with Weil and Cravath regarding backstop | 2 | 1 |
| 5/9/20 | Equity backstop analysis | 4 | 8 |
| 5/10/20 | Internal discussion regarding equity raise | 3 | 8 |
| 5/10/20 | Internal discussion regarding NENI | 2 | 1 |
| 5/11/20 | Catch up with RBC | 1 | 1 |
| 5/11/20 | Call with Cravath regarding debt issuance | 1 | 8 |
| 5/11/20 | Lazard team check in call | 1 | 1 |
| 5/11/20 | Call with Weil to discuss Plan Supplement | 1 | 3 |
| 5/11/20 | Call with GS regarding equity issuance | 2 | 8 |
| 5/11/20 | Call with Munger and Weil regarding wildfire OII | 2 | 1 |
| 5/11/20 | Call with GS and JPM regarding equity raise | 2 | 8 |
| 5/12/20 | Recurring Advisor call | 1 | 1 |
| 5/12/20 | Call regarding monthly liquidity model | 2 | 8 |
| 5/12/20 | Call with GS regarding equity structure | 2 | 8 |
| 5/12/20 | Update call with PJT and Jones Day | 1 | 1 |
| 5/12/20 | Call with company regarding financial model | 3 | 2 |
| 5/12/20 | Call with GS regarding equity backstop | 2 | 8 |
| 5/12/20 | Internal equity backstop analysis | 4 | 8 |
| 5/13/20 | Call re BCL with Cravath and Weil | 2 | 1 |
| 5/13/20 | Call with GS regarding BCL | 2 | 1 |
| 5/13/20 | Internal analysis of PCG shareholders | 2 | 1 |
| 5/13/20 | Call regarding equity greenshoe with company | 2 | 8 |
| 5/14/20 | Call with Perella regarding status | 1 | 1 |
| 5/14/20 | Recurring Advisor call | 1 | 1 |
| 5/14/20 | Call regarding BCL with Weil, Cravath, GS and JPM | 2 | 1 |
| 5/14/20 | Capital structure analysis for management | 2 | 8 |
| 5/14/20 | Call with Weil to discuss Plan Supplement | 1 | 3 |
| 5/14/20 | Call with management to discuss Chapter 11 strategy | 1 | 1 |
| 5/14/20 | Update call with RBC | 2 | 1 |
| 5/15/20 | Call with company regarding busines plan | 2 | 2 |
| 5/15/20 | Update call with Lincoln | 1 | 1 |
| 5/15/20 | Update call with GS and JPM | 1 | 1 |
| 5/15/20 | Internal team meeting | 2 | 1 |

| Dan Liotta (Financial Analyst) | | |
|---|---|---|
| **Date** | **Description of Work** | **Hours** | **Code** |
| 5/15/20 | Internal analysis of NENI | 3 | 8 |
| 5/15/20 | Update call with PJT and Jones Day | 1 | 1 |
| 5/15/20 | Liquidity call with Alix Partners | 1 | 1 |
| 5/15/20 | Equity raise strategy call with GS and JPM | 2 | 1 |
| 5/15/20 | Chapter 11 coordination call with company | 1 | 1 |
| 5/16/20 | Analysis regarding NENI | 5 | 8 |
| 5/17/20 | Internal discussion regarding NENI | 4 | 8 |
| 5/17/20 | Dicussion with GS re BCL | 2 | 1 |
| 5/17/20 | Call with PJT regarding interest rate assumptions | 2 | 6 |
| 5/17/20 | Call with company regarding forecast update | 2 | 2 |
| 5/18/20 | Call with Cravath and Weil regarding 382 limitations | 2 | 6 |
| 5/18/20 | Internal NENI Review | 2 | 2 |
| 5/18/20 | Call with Weil to discuss Plan Supplement | 1 | 3 |
| 5/18/20 | Call with GS regarding BCL | 2 | 1 |
| 5/18/20 | Discussion with company regarding NENI | 1 | 2 |
| 5/19/20 | Recurring Advisor call | 1 | 1 |
| 5/19/20 | Call regarding monthly liquidity model | 2 | 2 |
| 5/19/20 | Call with Rothschild regarding Chapter 11 process | 1 | 1 |
| 5/19/20 | Update call with PJT and Jones Day | 1 | 1 |
| 5/20/20 | Call with Weil regarding confirmation declaration | 2 | 4 |
| 5/20/20 | Call with Cravath regarding financing fees | 2 | 1 |
| 5/20/20 | Call regarding monthly liquidity model | 2 | 2 |
| 5/20/20 | Call with GS regarding BCL amendment | 1 | 8 |
| 5/21/20 | Call with Cravath regarding financing fees | 1 | 8 |
| 5/21/20 | Recurring Advisor call | 1 | 1 |
| 5/21/20 | Call with PJT regarding Sources / Uses | 2 | 1 |
| 5/21/20 | Call with GS regarding Greenshoe mechanics | 1 | 8 |
| 5/21/20 | Call with company regarding Chapter 11 strategy | 1 | 1 |
| 5/21/20 | Call regarding fire victim RRA with all GS, JPM, RBC, HL, Cravath and Baker | 3 | 1 |
| 5/22/20 | Finance Committee meeting | 2 | 1 |
| 5/22/20 | Update call with PJT and Jones Day | 1 | 1 |
| 5/22/20 | Liquidity call with Alix Partners | 1 | 1 |
| 5/23/20 | Call with GS regarding BCL amendment | 2 | 8 |
| 5/23/20 | Call with company regarding NENI | 3 | 8 |
| 5/24/20 | Call with company advisors regarding NENI | 2 | 8 |
| 5/24/20 | Internal call regarding NENI | 2 | 8 |
| 5/24/20 | Internal call regarding BCL modeling | 2 | 8 |
| 5/24/20 | Backstop analysis | 5 | 8 |
| 5/25/20 | Call with Weil to discuss Plan Supplement | 1 | 3 |
| 5/25/20 | Backstop analysis | 5 | 8 |
| 5/26/20 | Recurring Advisor call | 1 | 1 |
| 5/26/20 | Internal call regarding NENI | 3 | 8 |
| 5/27/20 | Sources and Uses discussion with Cravath | 2 | 8 |
| 5/27/20 | Call with JPM regarding credit markets | 1 | 8 |
| 5/27/20 | Discussion regarding financing fees with internal team | 1 | 8 |
| 5/27/20 | Discussion with company regarding NENI | 3 | 8 |
| 5/28/20 | Call with RBC regarding share count | 1 | 8 |
| 5/28/20 | Recurring Advisor call | 1 | 1 |
| 5/28/20 | Call with Weil regarding confirmation | 1 | 8 |
| 5/28/20 | Call regarding shareholders for company post-emergence | 2 | 8 |
| 5/28/20 | Call with Weil to discuss Plan Supplement | 1 | 3 |
| 5/28/20 | Call with JPM regarding financing markets | 1 | 8 |
| 5/28/20 | Call with GS and JPM regarding equity raise | 2 | 8 |
| 5/28/20 | Call with company regarding Chapter 11 strategy | 1 | 1 |
| 5/28/20 | Discussion regarding NENI with management | 2 | 8 |
| 5/28/20 | Call with GS regarding equity raise | 1 | 8 |
| 5/29/20 | Call with Cravath regarding Sources / Uses | 1 | 8 |
| 5/29/20 | Call with GS regarding Chapter 11 process | 1 | 1 |
| 5/29/20 | Call with Ducera regarding CPUC | 1 | 1 |
| 5/29/20 | Call with Company regarding HoldCo covenants | 1 | 8 |
| 5/29/20 | Update call with PJT and Jones Day | 1 | 1 |
| 5/29/20 | Call regarding fire victim RRA with all GS, JPM, RBC, HL, Cravath and Baker | 2 | 1 |
| 5/29/20 | Chapter 11 update call with company | 1 | 1 |
| 5/30/20 | Update call with Lincoln | 2 | 1 |
| 5/30/20 | Call with Cravath regarding NENI | 2 | 2 |
| 5/30/20 | Preparation of NENI materials | 5 | 2 |
| 5/30/20 | Discussion with Cravath regarding BCL amendment | 1 | 1 |
| 5/31/20 | Call with company regarding cost of debt assumptions | 1 | 8 |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**May 1, 2020 - May 31, 2020**

| Date | Description of Work | Hours | Code |
|------|---------------------|-------|------|
| | **Dan Liotta (Financial Analyst)** | | |
| 5/31/20 | Internal call regarding NENI | 2 | 2 |
| 5/31/20 | NENI analysis | 3 | 2 |
| **May-20** | **Monthly Subtotal** | **240.00** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**April 1, 2020 - April 30, 2020**

| Quinn Pitcher (Analyst) | | | |
|---|---|---|---|
| Date | Description of Work | Hours | Code |
| 5/24/20 | Governance Roadshow Overview | 10 | 8 |
| 5/25/20 | Governance Roadshow Overview | 9 | 8 |
| **May-20** | **Monthly Subtotal** | **19.0** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**May 1, 2020 - May 31, 2020**

| Caroline Sambuco (Analyst) | | | |
|---|---|---|---|
| Date | Description of Work | Hours | Code |
| 5/24/20 | Governance Roadshow Overview | 3 | |
| 5/25/20 | Governance Roadshow Overview | 2 | |
| **May-20** | **Monthly Subtotal** | **5.0** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**May 1, 2020 - May 31, 2020**

| Date | Description of Work | Hours | Code |
|------|---------------------|-------|------|
| | **Katherine Tobeason (Analyst)** | | |
| 5/12/20 | Work around post-emergence financing and capital structure | 1 | 8 |
| 5/18/20 | Work around post-emergence financing and capital structure | 4 | 8 |
| 5/19/20 | Work around post-emergence financing and capital structure | 6 | 8 |
| 5/20/20 | Work around post-emergence financing and capital structure | 1 | 8 |
| 5/22/20 | Work around post-emergence financing and capital structure | 2 | 8 |
| 5/27/20 | Work around post-emergence financing and capital structure | 3 | 8 |
| 5/28/20 | Work around post-emergence financing and capital structure | 2 | 8 |
| **May-20** | **Monthly Subtotal** | **19.0** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**May 1, 2020 - May 31, 2020**

| Date | Description of Work | Hours | Code |
|---|---|---|---|
| **Michael Hinz (Analyst)** | | | |
| 5/24/20 | Governance Roadshow Overview | 5 | |
| 5/25/20 | Governance Roadshow Overview | 5 | |
| **May-20** | **Monthly Subtotal** | **10.0** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**May 1, 2020 - May 31, 2020**

| Date | Description of Work | Hours | Code |
|---|---|---|---|
| **Scott Belinsky (Financial Analyst)** | | | |
| 5/2/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 5 | 9 |
| 5/4/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 5 | 9 |
| 5/5/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 5 | 9 |
| 5/6/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 8 | 9 |
| 5/7/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 6 | 9 |
| 5/8/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 5 | 9 |
| 5/10/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 7 | 9 |
| 5/11/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 10 | 9 |
| 5/12/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 9 | 9 |
| 5/13/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 9 | 9 |
| 5/14/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 10 | 9 |
| 5/15/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 8 | 9 |
| 5/16/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 12 | 9 |
| 5/17/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 14 | 9 |
| 5/18/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 5 | 9 |
| 5/19/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 5 | 9 |
| 5/20/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 4 | 9 |
| 5/21/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 3 | 9 |
| 5/22/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 2 | 9 |
| 5/24/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 5 | 9 |
| 5/25/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 4 | 9 |
| 5/26/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 6 | 9 |
| 5/27/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 3 | 9 |
| 5/28/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 4 | 9 |
| 5/29/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 3 | 9 |
| 5/31/20 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 4 | 9 |
| **May-20** | **Monthly Subtotal** | **161.0** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**May 1, 2020 - May 31, 2020**

| Date | Description of Work | Hours | Code |
|---|---|---|---|
| | **William Zhao (Analyst)** | | |
| 5/1/20 | Monthly Cash Flow/Liquidity Model Internal Call | 0.5 | 1 |
| 5/1/20 | Monthly Cash Flow/Liquidity Model Call with Company Advisors | 0.5 | 1 |
| 5/4/20 | Monthly Cash Flow/Liquidity Model | 7 | 9 |
| 5/5/20 | Monthly Cash Flow/Liquidity Model Internal Call | 0.5 | 1 |
| 5/5/20 | Monthly Cash Flow/Liquidity Model | 5 | 9 |
| 5/6/20 | Monthly Cash Flow/Liquidity Model | 2 | 9 |
| 5/6/20 | Monthly Cash Flow/Liquidity Model Call with Company Advisors | 1 | 1 |
| 5/11/20 | Monthly Cash Flow/Liquidity Model | 3 | 9 |
| 5/12/20 | Monthly Cash Flow/Liquidity Model Call with Company Advisors | 0.5 | 1 |
| 5/13/20 | Monthly Cash Flow/Liquidity Model | 3 | 9 |
| 5/14/20 | Monthly Cash Flow/Liquidity Model | 3 | 9 |
| 5/17/20 | Monthly Cash Flow/Liquidity Model | 3 | 9 |
| 5/18/20 | Monthly Cash Flow/Liquidity Model | 8 | 9 |
| 5/19/20 | Monthly Cash Flow/Liquidity Model Call with Company Advisors | 0.5 | 1 |
| 5/19/20 | Monthly Cash Flow/Liquidity Model Internal Call | 0.5 | 1 |
| 5/19/20 | Monthly Cash Flow/Liquidity Model | 6 | 9 |
| 5/20/20 | Monthly Cash Flow/Liquidity Model Call with Company Advisors | 0.5 | 1 |
| 5/20/20 | Monthly Cash Flow/Liquidity Model Internal Call | 0.5 | 1 |
| 5/20/20 | Monthly Cash Flow/Liquidity Model | 6 | 9 |
| 5/21/20 | Monthly Cash Flow/Liquidity Model Call with Company Advisors | 0.5 | 1 |
| 5/27/20 | Monthly Cash Flow/Liquidity Model | 1 | 9 |
| 5/29/20 | Hours Log | 1 | 10 |
| **May-20** | **Monthly Subtotal** | **53.5** | |