# UNITED STATES BANKRUPTCY COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION,**<br>-and-<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>Debtors. | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered) |
| ☐ **Affects PG&E Corporation**<br>☐ **Affects Pacific Gas and Electric Company**<br>☒ **Affects both Debtors**<br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | **JOINT NOTICE OF WITHDRAWAL OF DOCUMENT FILED IN ERROR AS DOCKET # 8255** |

**NOTICE IS HEREBY GIVEN** that Paradise Unified School District, Northern Recycling and Waste Services, LLC/Northern Holdings, LLC, and Napa County Recycling & Waste Services, LLC/Napa Recycling & Waste Services, LLC; Adventist Health System/West and Feather River Hospital d/b/a Adventist Health Feather River (together, "**Adventist Health**"); and Comcast Cable Communications, LLC and all affiliates (together, "**Comcast**," and collectively with Paradise Unified School District, Northern Recycling and Waste Services, LLC/Northern Holdings, LLC, Napa County Recycling & Waste Services, LLC/Napa Recycling & Waste Services, LLC, and Adventist Health, the "**Appellants**"), by and through their undersigned counsel, hereby withdraw the document filed in error on July 2, 2020 as docket number 8255. This document was filed using the incorrect event code and has subsequently been refiled using the proper event code on July 2, 2020 as docket number 8256.

Dated: July 7, 2020

REED SMITH LLP

      /s/ David Weiss
David E. Weiss (SBN 148147)
Peter Munoz (SBN 66942)
101 Second Street Suite 1800
San Francisco, California 94105-3659
Telephone: (415) 543-8700
Facsimile: (415) 391-8269
dweiss@reedsmith.com
pmunoz@reedsmith.com

*Attorneys for PARADISE UNIFIED SCHOOL DISTRICT, NORTHERN RECYCLING AND WASTE SERVICES, LLC/NORTHERN HOLDINGS, LLC, AND NAPA COUNTY RECYCLING & WASTE SERVICES, LLC/NAPA RECYCLING & WASTE SERVICES, LLC*

NORTON ROSE FULBRIGHT US LLP

      /s/ Rebecca Winthrop
Rebecca J. Winthrop (SBN 116386)
Robin D. Ball (SBN 159698)
555 South Flower Street, Forty-First Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
rebecca.winthrop@nortonrosefulbright.com
robin.ball@nortonrosefulbright.com

*Attorneys for ADVENTIST HEALTH*

2

WILMER CUTLER PICKERING HALE
AND DORR LLP


      */s/ Craig Goldblatt*
Craig Goldblatt (*Pro Hac Vice* admitted)
1875 Pennsylvania Ave., NW
Washington DC 20036
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
craig.goldblatt@wilmerhale.com

and

Lauren Lifland (*Pro Hac Vice* admitted)
Allyson Pierce (SBN 325060)
WILMER CUTLER PICKERING HALE
AND DORR LLP
250 Greenwich Street
New York, New York 10007
Telephone: (202) 230-8800
Facsimile: (202) 230-8888
lauren.lifland@wilmerhale.com
allyson.pierce@wilmerhale.com

*Attorneys for COMCAST*