# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In Re:                                                Bankruptcy Case No. 19-30088 (DM) (Lead Case)

PG&E Corporation

    and                                          Chapter 11

Pacific Gas and Electric                              (Jointly Administered)
Company,

## COURT CERTIFICATE OF MAILING

I, the undersigned, a regularly appointed clerk of the United States Bankruptcy Court for the Northern District of California, served a copy of the foregoing document(s):

☒ Joint Notice of Appeal by Paradise Unified School District, Northern Recycling and Waste Services, LLC/Northern Holdings, LLC, Napa County Recycling & Waste Services, LLC/Napa Recycling & Waste Services, LLC, Adventist Health System/West and Feather River Hospital d/d/a Adventist Health Feather River and Comcast Cable Communications, LLC- Dkt. #8256

☒ Notice of Referral of Appeal to BAP

That I, in the performance of my duties as such Clerk, served a copy of the foregoing document(s) by depositing in the regular United States mail at San Francisco, California on the date shown below, in a sealed envelope bearing the lawful frank of the United States Bankruptcy Court addressed as listed below:

Office of the U.S. Trustee / SF
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102

KELLER AND BENVENUTTI, LLP      for **PG& E Corporation and**
Tobias S. Keller                                                 **Pacific Gas & Electric Company**
Jane Kim
Peter J. Benvenutti
650 California St., #1900
San Francisco, CA 94108

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin
Ray C. Schrock, P.C.
Theodore E. Tsekerides
Jessica Liou
767 Fifth Avenue
New York, NY 10153-0119

| | |
|---|---|
| REED SMITH LLP<br>David E. Weiss<br>Peter Munoz<br>101 Second Street, Suite 1800<br>San Francisco, CA 94105-3659 | for **Paradise Unified School District, Northern Recycling and Waste Services, LLC/Northern Holdings, LLC, and Napa County Recycling & Waste Services, LLC/Napa Recycling & Waste Services, LLC** |
| NORTON ROSE FULBRIGHT US LLP<br>Rebecca J. Winthrop<br>Robin D. Ball<br>555 South Flower Street<br>Forty-First Floor<br>Los Angeles, CA 90071 | for **Adventist Health** |
| WILMER CUTLER PICKERING HALE AND DORR LLP<br>Craig Goldblatt<br>1875 Pennsylvania Ave., NW<br>Washington, DC 20036<br><br>and<br><br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>Lauren Lifland<br>Allyson Pierce<br>250 Greenwich Street<br>New York, NY 10007 | for **Comcast** |
| BROWN RUDNICK LLP<br>Joel S. Miliband<br>2211 Michelson Drive<br>Seventh Floor<br>Irvine, CA 92612<br><br>BROWN RUDNICK LLP<br>David J. Molton<br>Seven Times Square<br>New York, NY 10036 | for **Fire Victim Trust** |

Dated: July 8, 2020         /s/ Monica Tartaglia
                            Monica Tartaglia, Deputy Clerk