Michael W. Malter, Esq. (SBN 96533)
Julie H. Rome-Banks, Esq. (SBN 142364)
Binder & Malter, LLP
2775 Park Avenue
Santa Clara, CA 95050
T: (408) 295-1700
F: (408) 295-1531
Email: Michael@bindermalter.com
Email: Julie@bindermalter.com

Attorney for Creditor
Brookview MHP Investors, LLC dba
Thunderbird Mobile Home Park

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA - DIVISION 3

| | |
|---|---|
| In re: | Case No. 19-30088 (DM) |
| PG&E CORPORATION, | Chapter 11 (Lead Case) |
| and, | (Jointly Administered) |
| PACIFIC GAS AND ELECTRIC COMPANY, | |
| Debtors. | |

## NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM SERVICE LIST

TO THE CLERK OF THE COURT AND ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that Julie H. Rome-Banks hereby withdraws the appearance filed on behalf of Brookview MHP Investors, LLC dba Thunderbird Mobile Home Park, in the above-captioned case.

PLEASE TAKE FURTHER NOTICE that Ms. Rome-Banks additionally requests that Debtors and the Clerk of the Court remove the undersigned counsel and its address from any mailing matrix in the above-captioned case.

| | |
|---|---|
| Date: July 8, 2020 | BINDER & MALTER, LLP<br><br>/s/ Julie H. Rome-Banks<br>Julie H. Rome-Banks<br>Attorney for Creditor |