**EXHIBIT A**

# COMPENSATION BY HUNTON ANDREWS KURTH LLP PROFESSIONALS
## (May 1, 2020 through May 31, 2020)

| Name of Professional | Position | Primary Practice Group | First Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| H. Havre | Partner | Corporate / Capital Markets | 1989 | $1,089.00 | 98.2 | $106,939.80 |
| W. Taylor, Jr. | Partner | Corporate / Capital Markets | 1990 | $1,089.00 | 6.6 | $7,187.40 |
| S. Kimpel | Partner | Corporate / Capital Markets | 1998 | $1,080.00 | 0.3 | $324.00 |
| R. McNamara | Partner | Tax & Erisa | 1997 | $981.00 | 5.1 | $5,003.10 |
| L. Okinaka | Partner | Tax & Erisa | 1990 | $981.00 | 2.0 | $1,962.00 |
| D. Zdunkewicz | Partner | Capital Finance & Real Estate | 1989 | $923.00 | 2.8 | $2,584.40 |
| M. Fitzpatrick | Partner | Corporate / Capital Markets | 1991 | $936.00 | 184.1 | $172,317.60 |
| D. Jordanger | Partner | Administrative Law/Environmental | 1988 | $896.00 | 1.4 | $1,254.40 |
| R. M. Johnson | Partner | Capital Finance & Real Estate | 1984 | $887.00 | 35.5 | $31,488.50 |
| K. Felz | Partner | Corporate / Capital Markets | 2003 | $873.00 | 58.1 | $50,721.30 |
| R. Hahn | Partner | Structured Finance and Securitization | 1985 | $873.00 | 25.7 | $22,436.10 |
| S. Kwon | Partner | Corporate / Capital Markets | 2006 | $779.00 | 90.6 | $70,577.40 |
| E. Nedell | Partner | Energy and Infrastructure | 2004 | $720.00 | 145.2 | $104,544.00 |
| A. O'Brian | Partner | Corporate / Capital Markets | 2009 | $720.00 | 1.4 | $1,008.00 |
| J. Harbour | Partner | Bankruptcy /Restructuring | 2001 | $698.00 | 3.6 | $2,512.80 |
| P. Tiao | Partner | Global Technology, Outsourcing & Privacy | 2000 | $670.00 | 6.2 | $4,154.00 |
| J. Boer | Partner | Administrative Law/Environmental | 1998 | $595.00 | 0.7 | $416.50 |
| A. Kintzinger | Counsel | Capital Finance & Real Estate | 1981 | $837.00 | 16.5 | $13,810.50 |
| D. Murphy | Counsel | Energy: Transactions and Development | 2002 | $770.00 | 113.5 | $87,395.00 |
| J. Chandapillai | Counsel | Corporate / Capital Markets | 2007 | $747.00 | 52.3 | $39,068.10 |

| Name of Professional | Position | Primary Practice Group | First Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| J. Paget | Counsel | Bankruptcy /Restructuring | 2008 | $590.00 | 19.0 | $11,210.00 |
| M. Goswell | Associate | Energy: Transactions and Development | 2015 | $585.00 | 27.2 | $15,912.00 |
| C. Hasbrouck | Associate | Capital Finance & Real Estate | 2013 | $572.00 | 102.7 | $58,744.40 |
| R. Nolan | Staff Attorney | Capital Finance & Real Estate | 2013 | $518.00 | 58.7 | $30,406.60 |
| M. Yi | Associate | Energy: Transactions and Development | 2016 | $509.00 | 42.6 | $21,683.40 |
| B. Harney | Associate | Corporate / Capital Markets | 2010 | $504.00 | 93.8 | $47,275.20 |
| P. Jamieson | Associate | Corporate / Capital Markets | 2015 | $491.00 | 227.3 | $111,604.30 |
| B. Staley | Associate | Capital Finance & Real Estate | 2012 | $482.00 | 4.3 | $2,072.60 |
| M. Watson | Associate | Capital Finance & Real Estate | 2016 | $473.00 | 2.5 | $1,182.50 |
| F. Vehbiu | Associate | Corporate / Capital Markets | 2018 | $446.00 | 7.3 | $3,255.80 |
| M. Hayes | Associate | Corporate / Capital Markets | 2019 | $405.00 | 32.4 | $13,122.00 |
| S. Wilson | Associate | Capital Finance & Real Estate | 2019 | $383.00 | 94.7 | $36,270.10 |
| T. Strother | Associate | Tax & Erisa | 2019 | $383.00 | 2.1 | $804.30 |
| R. Hoffman | Associate | Capital Finance & Real Estate | 2017 | $374.00 | 114.0 | $42,636.00 |
| S. Bell | Associate | Corporate / Structured Finance & Securitization | 2016 | $374.00 | 15.4 | $5,759.60 |
| T. Canada | Paralegal | Bankruptcy /Restructuring | N/A | $243.00 | 21.9 | $5,321.70 |
| M. Caramore | Paralegal | Corporate / Structured Finance & Securitization | N/A | $243.00 | 1.2 | $291.60 |
| A. Waszilycsak | Paralegal | Capital Finance & Real Estate | N/A | $225.00 | 4.7 | $1,057.50 |
| **Totals:** | | | | | 1,721.6 | **$1,134,314.50** |

| Professionals Totals | Blended Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|
| Partners and Counsel | $848.20 | 868.8 | $736,914.90 |
| Associates and Staff Attorney | $473.61 | 825 | $390,728.80 |
| **Blended Attorney Rate** | **$665.75** | **1,693.8** | **$1,127,643.70** |
| Paraprofessionals and other non-legal staff | $239.96 | 27.8 | $6,670.80 |
| **Total Fees Incurred** | | **1,721.6** | **$1,134,314.50** |