**<u>EXHIBIT B</u>**

## COMPENSATION BY WORK TASK CODE FOR SERVICES RENDERED
### (May 1, 2020 through May 31, 2020)

| Task Code[1] | Description | Hours | Amount |
|---|---|---|---|
| C300 | Analysis and Advice | 6.2 | $4,154.00 |
| L120 | Analysis/Strategy | 0.7 | $416.50 |
| P100 | Project Administration | 22.7 | $11,824.50 |
| P210 | Corporate Review | 430.5 | $320,299.30 |
| P220 | Tax | 27.5 | 21,449.50 |
| P230 | Environmental | 1.4 | $1,254.40 |
| P240 | Real and Personal Property | 392.1 | $189,560.10 |
| P250 | Employee / Labor | 1.0 | $981.00 |
| P280[2] | Other | 26.6 | $17,429.50 |
| P300 | Structure / Strategy / Analysis | 473.1 | $317,580.60 |
| P400[3] | Initial Document Preparation / Filing | 102.5 | $52,432.80 |
| P500 | Negotiation / Revision / Responses | 237.3 | $196,932.30 |
| **Total:** | | **1,721.6** | **$1,134,314.50** |

---

[1] These Task Codes and Descriptions were used by Hunton in conjunction with pre-petition time entries and invoices as required by Debtors prior to filing of these Bankruptcy Cases, and Hunton continues to use them in conjunction with post-petition time entries and invoices in these Special Counsel matters. In connection with additional services Hunton now is required to perform in connection with these bankruptcy cases (*e.g.*, in connection with Hunton's retention application, monthly fee statements, fee applications, or the like), Hunton further specifies the time and fees for any such additional services in footnotes 2 through 4 below.

[2] Includes 19.0 hours ($11,105.90 in fees) related to preparing Hunton's Second and Third Consolidated Monthly fee statement, all contained within the attached Exhibit D.

[3] Includes 21.3 hours ($5,175.90 in fees) related to preparing Hunton's Second and Third Consolidated Monthly fee statement, all contained within the attached Exhibit D.