**EXHIBIT C**

## EXPENSE SUMMARY
### (May 1, 2020 through May 31, 2020)

| Expenses[4] | Amount |
|---|---:|
| Delivery/Messenger Service | $113.36 |
| Lien Searches | $994.20 |
| Online Research | $792.00 |
| Out-of-Town Travel | $16.12 |
| Entity formation and registered agent fees | $480.97 |
| **Total Expenses** | **$2,396.65** |

---

[4] Expenses are shown on pages 28, 36, 86, and 109 of Exhibit D.