```
BRUCE T.H. BURKE, ESQ. S.B.N. - 79834
KELLY L HUEY, ESQ. S.B.N. - 190073
BURKE & KESSLER
A Partnership of
Professional Law Corporations
11 Embarcadero West, Suite 230
Oakland, California  94607
(510) 444-8100, voice
(510) 444-8102, facsimile
bthburke@burkeandkesslerlaw.com
khuey@burkeandkesslerlaw.com
```

**Attorneys for Creditor**
McGRATH ELECTRIC, INC.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>**PG&E CORPORATION**<br><br>and<br><br>**PACIFIC GAS AND ELECTRIC COMPANY**<br><br>    Debtors.<br>_____/<br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>■ Affects both Debtors.<br><br>*All papers shall be filed in the Lead Case No. 19-30088 DM.<br>_____/ | Case No. 19-30088 DM (Lead Case)<br><br>(Jointly Administered with Case No. 19-30089 DM)<br><br>Chapter 11<br><br>**NOTICE OF CONTINUED PERFECTION OF MECHANICS LIEN PURSUANT TO 11 U.S.C. §546(b)(2)** |

Notice of Continued Perfection of Mechanics Lien Pursuant to 11 U.S.C. §546(B)(2)

1

Case: 19-30088    Doc# 8304    Filed: 07/08/20    Entered: 07/08/20 11:16:56    Page 1 of 9

TO THE CLERK OF THE BANKRUPTCY COURT, THE DEBTOR(S), THE TRUSTEE AND ALL OTHER INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

You are hereby notified that creditor McGRATH ELECTRIC, INC. hereby perfects under 11 United States Code §546(b), its mechanics lien in the amount of Four Hundred Nineteen Thousand Nine Hundred Thirty Six Dollars ($419,936.00) for material, labor and equipment furnished by creditor McGRATH ELECTRIC, INC. on that real property commonly known as 7205 National Drive, Livermore, California 94550. APN 99B-8125-2-1, and legally described in the attached mechanics lien, a true copy of which is attached hereto as Exhibit A and incorporated herein by reference. You are further notified that said creditor intends to enforce the lien to the fullest extent allowed by bankruptcy law and California state law.

DATED: July 6, 2020          BURKE & KESSLER

By: _____
    KELLY L HUEY
    Attorneys for Creditor
    McGRATH ELECTRIC, INC.

C:\DELL\My Documents\Kelly\mcgrathpgebk.not.doc

---

Notice of Continued Perfection of Mechanics Lien Pursuant to 11 U.S.C. §546(B)(2)

2

**PROOF OF SERVICE**

I hereby declare under penalty of perjury that I am a cover the age of eighteen years and not a party to the within action. My business address is 11 Embarcadero West, Suite 230, Oakland, CA 94607.

I am readily familiar with my employer's practices for collection and processing of correspondence for mailing with the United States Post Office.

On this date I served the attached document, to wit:

**NOTICE OF CONTINUED PERFECTION OF MECHANICS LIEN PURSUANT TO 11 U.S.C. §546(b)(2)**

on the interested parties in the within action by following ordinary business practices and placing for collection and mailing at Oakland, California, a true copy of the above-referenced document(s), enclosed in a sealed envelope; in the ordinary course of business correspondence so deposited will be deposited with the United States Post Office the same day; and said envelope was addressed as shown below:

PG&E Corporation
Pacific Gas and Electric Company
77 Beale Street
San Francisco, CA 94105
Debtors

Stephen Karotkin, Esq.
Jessica Liou, Esq.
Matthew Goren, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Attorneys for Debtors
PG&E Corporation and Pacific Gas and Electric Company

/

/

/

-1-

Proof of Service

```
 1  Tobias S. Keller, Esq.
    KELLER & BIENVENEUTTI LLP
 2  650 California Street, Suite 1900
 3  San Francisco, CA  94108
    (415) 796-0709, voice
 4  Attorneys for Debtors
    PG&E Corporation and Pacific Gas and Electric Company
 5
 6      I declare under penalty of perjury that the foregoing is
 7  true and correct, and that this declaration was executed on this
    date, at Oakland, California.
 8
    DATED: July  6  , 2020                    _____
 9                                                  KELLY L HUEY
    C:\My Documents\Kelly\mcgrathpgebk.pos.doc
10
```

-2-

Recording Requested by McGrath Electric, Inc.

Please Return To:
McGrath Electric, Inc.
c/o Mail Center
9450 SW Gemini Dr #7790
Beaverton, Oregon 97008-7105

SPACE ABOVE FOR RECORDER'S USE

# Claim of Lien (Mechanics Lien)

# Exhibit A

Recording Requested by McGrath Electric, Inc.
Please Return To:
McGrath Electric, Inc.
c/o Mail Center
9450 SW Gemini Dr #7790
Beaverton, Oregon 97008-7105
Reference ID: 3637592
APN: 99B-8125-2-1

SPACE ABOVE FOR RECORDER'S USE

# CLAIM OF MECHANICS LIEN
California Civil Code Section 8416

**Claimant**
McGrath Electric, Inc.
2800 Industrial Drive
Fairfield, California 94533
(707) 422-4131

**Property Owner** (Owner)

Pacific Gas & Electric Company
245 Market St.
San Francisco, California 94111


P G & E CO 135-1-93B-2
PO BOX 770000
San Francisco, CA 94177


**Property Liened** (Property)
County: Alameda County
7205 National Drive, Livermore, California 94550

**Legal Property Description:**
Property located at the municipal address of 7205 NATIONAL DR, LIVERMORE, CA 94550. In the county of ALAMEDA. APN 99B-8125-2-1. Briefly described as TRACT 5432 LOT 8. Municipality / Township of LIVERMORE INCORP. Legal Lot 8.

**Services:** The lien is claimed for the following labor, services, equipment or materials: Electrical material and installation.

**Job Number (if any):**

**Amount Due:** Amount due after deducting all just credits and offsets: **$419,936.00**

**Hiring Party:** Name and Address of person or entity to whom Claimant furnished labor, services, equipment and/or materials:
Turner Construction Company
1211 H Street
Sacramento, California 95814

NOTICE IS HEREBY GIVEN that Claimant claims a lien for labor, service, equipment or materials under Section 8416 et seq. of the Civil Code of the State of California, upon the Property, above-described, and upon every estate or interest in such structures, improvements and premises held by any party holding any estate therein. The labor, service, equipment or materials were furnished for the construction of those certain buildings, improvements, or structures, now upon that certain parcel of land above-described as the Property.

I, the undersigned, as a disclosed and authorized agent of the Claimant, state that I have read the foregoing Claim of Lien, that I have been provided information regarding the facts and contents therein, and that based thereupon, **I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

Signed:

Claimant, McGrath Electric, Inc.
by authorized limited agent
Print Name: Kailyn Turner
Date: June 30, 2020
State of Louisiana
Parish of Orleans

Name of Claimant:
McGrath Electric, Inc.

Signed:

Claimant, McGrath Electric, Inc.
by authorized limited agent
Print Name: Kailyn Turner
Date: June 30, 2020
State of Louisiana
Parish of Orleans

**IMPORTANT INFORMATION ON THE FOLLOWING PAGE**

# NOTICE OF MECHANICS LIEN
# ATTENTION!

Upon the recording of the enclosed MECHANIC'S LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the Mechanic's Lien is recorded.

The party identified in the Mechanic's Lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a Mechanic's Lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the Mechanic's Lien is released.

**BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANIC'S LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT** www.cslb.ca.gov.

Affidavit of Delivery

Delivery on behalf of: McGrath Electric, Inc.
Re: *7205 National Drive, Livermore, California 94550*
Item Delivered: Claim of Lien (Mechanics Lien)

Proof of Service Affidavit, California Civil Code § 3084 (a)(6), (c)(1)(A)
I, Kailyn Turner, declare that on June 30, 2020, I delivered copies of the attached Mechanic's Lien and Notice of Mechanic's Lien to the property owner identified thereon at the address provided below, and in the delivery manner provided below. In addition to this delivery, or in the alternative to said delivery pursuant to California Code §3084(c)(1)(B) if delivery to the owner as required by §3084(c)(1)(A) could not be performed, I served / also served copies of the Mechanic's Lien and Notice of Mechanic's Lien to the following parties at the following addresses, and through the following method of delivery:

**Property Owner / Public Entity**, Pacific Gas & Electric Company
245 Market St.
San Francisco, California 94111
**By**: US Certified with Return Receipt, **No.** 9314 8699 0430 0072 8183 47 **at** June 30, 2020
**Property Owner / Public Entity**, P G & E CO 135-1-93B-2
PO BOX 770000
San Francisco, CA 94177
**By**: US Certified with Return Receipt, **No.** 9314 8699 0430 0072 8183 54 **at** June 30, 2020

I declare under penalty of perjury that the foregoing is true and correct.

Signature: _____
Agent for Claimant
Signed by: Kailyn Turner
June 30, 2020