

Office of the Clerk
United States Bankruptcy Court
Northern District of California

Edward J. Emmons
Clerk of Court
450 Golden Gate Avenue
Mail Box 36099
San Francisco, CA   94102
Phone: (415) 268-2300

7/8/2020

Bankruptcy Appellate Panel
of the Ninth Circuit
125 S. Grand Avenue
Pasadena, CA 91105

Re:   Transmittal of Notice of Appeal to the Bankruptcy Appellate Panel: PG&E Corporation
      Case No. 19-30088, Judge Dennis Montali

Dear Clerk:

We are electronically transmitting the following documents to your court for the above referenced matter:

☒ Joint Notice of Appeal by Paradise Unified School District, Northern Recycling and Waste Services, LLC/Northern Holdings, LLC, Napa County Recycling & Waste Services, LLC/Napa Recycling & Waste Services, LLC, Adventist Health System/West and Feather River Hospital d/d/a Adventist Health Feather River and Comcast Cable Communications, LLC- Dkt. #8256

☒ Certificate of Service re Joint Notice of Appeal- Dkt. #8257

☒ Notice of Referral of Appeal to BAP

☒ Docket Report

☒ Order Confirming Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020- Dkt. #8053

☒ Filing Fee Paid

If you have any questions, please contact me at (415) 268-2353.

Sincerely,

Edward J. Emmons
Clerk of Court

By: /s/ Monica Tartaglia
Monica Tartaglia, Deputy Clerk