Form NTCRFBK

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| In re Debtor(s): | Case No.: 19–30088 DM 11 |
| --- | --- |
| PG&E Corporation | Chapter: 11 |

## NOTICE OF REFERRAL OF APPEAL TO BANKRUPTCY APPELLATE PANEL

**To All Parties:**

You are hereby notified the enclosed Notice of Appeal has been filed by Paradise Unified School District, et al. with the Clerk of the Bankruptcy Court. Pursuant to orders of the Judicial Council of the Ninth Circuit and the United States District Court for this district, this appeal is referred to the United States Bankruptcy Appellate Panel of the Ninth Circuit (BAP).

Dated: 7/8/20

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court

By: Monica Tartaglia
Deputy Clerk

**NOTICE FROM CLERK OF 9TH CIRCUIT BAP:** For all cases opened at the BAP beginning February 1, 2015, all excerpts of record must be filed electronically and no paper copies will be necessary. In all other cases effective immediately any attorney or other electronic filer may file the excerpts electronically without submitting paper copies. Please see Rule 3 of the Administrative Order Regarding Electronic Filing in BAP Cases available on the BAP website at www.ca9.uscourts.gov/bap/.