1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MeiTsue
~~Charles~~ Matthiesen, Et Al
36771 Hidden River Rd.
Hinkley, California 92347

Unsecured Creditor In Pro Se

# FILED

**JUL 07 2020**

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

In re:

PG&E CORPORATION,

                    Debtor.

In re:

PACIFIC GAS AND ELECTRIC
COMPANY,
                    Debtor.
___ Affects PG&E Corporation

_x_ Affects Pacific Gas and
Electric Company

___ Affects Both Debtors.
All papers shall be filed in the
Lead Case No. 18-30088 (DM)

Case No.:3:19-bk-30088 (Lead Case)
Chapter 11
Case No.:3:19-bk-30089
Chapter 11
UNSECURED CREDITOR CLAIM NO. 8273

NOTICE THAT THIS CREDITOR WILL
RECOVER ANY JUDGEMENT OBTAINED
IN ANY OTHER VENUE, THROUGH THE
CLAIM PROCESS IN ACCORDANCE WITH
THE TERMS OF CONFIRMED PLAN OF
REORGANIZATION, OR LACK THEREOF,
OR DEFICIENT, NOT AGREED UPON BY ALL
CREDITORS, CONSTRUED AS UNRESOLVED
AND OUTSTANDING CLAIMS;    AND
THAT THIS LIFT OF AUTOMATIC STAY
CANNOT PRECLUDE THIS CREDITOR TO
ENFORCE SUBSEQUENTLY OBTAINED
JUDGEMENT AGAINST DEBTOR, DUE TO
PREVIOUSLY, IN THIS COURT, ASSERTED
AS "NO" TO ANY PLAN'S TERM AND "NO"
TO ANY PLAN OF REORGANIZATION.

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The undersigned Creditor", In Pro Se, hereby notify this Court, that "Everyone has right

to be involved in this bankruptcy process – especially individual Creditors, poisoned with

Debtor's byproducts", and that this Creditor previously asserted as not agreeable to any plan.

This Creditor, strongly believe, that the Hon. Dennis Montali recollects *Anderson, et al. v. Pacific Gas and Electric.* file BCV 00300. (Judicial Notice).

This Creditor, strongly believe, (another Judicial Notice) that the Hon. Dennis Montali recollects that the Debtor is also a Convicted Felon, due to endless and countless severe and "draconian" in nature gross negligence acts, such as San Bruno Gas Explosion, Fire Victims, and a myriad of others, and obviously recollects one of oldest gross negligence on this planet, being the ongoing murder of innocent inhabitants in the town of Hinkley, California, that is now almost 70 years in complaints, and all of these draconian acts, since 1992 and subsequently since 2013 to present, that were evidenced by the massive cover-up on this planet by the State of California Lahontan Regional Water Quality Control Board, should bring light to the end of the tunnel. Well, partially, but better than nothing at all.

This Creditor noticed the difference between the artful and thwarted language as to what the Debtor asserted (quote): *"....on the condition that such grant of relief from stay does not permit the Hinkley Movants **to enforce any judgment...**" they might obtain against the Utility,* **versus** what the Hon. Dennis Montali, Presiding Judge asserted (quote): *"This order does not permit Movants to enforce any judgment they might obtain against Debtors **during the pendency of this case.**"* There is a huge difference, **"enforce any judgement at any time, versus "enforce judgment during the pendency of this case, A "draconian" Chapter 11 Case. Thank you Honorable Dennis Montali, Presiding.**

As always, this Debtor have attempted to inject this Debtor mouth into Judges' mouths, just name the Judge, initially in the mouths of the confused by this Debtor judges in the U.S. District Court Central District of California – Riverside, causing the Judges at the District Court to improperly dismiss all Plaintiffs' Complaints, now in the Ninth Circuit, by throwing out of the doors of that Court all of Plaintiff's Complaints, not bases on any true, genuine and uncontroverted evidence, but on "fake narrative" injected by the unscrupulous counsels representing the Defendant - this Debtor, and most definitely will again notoriously brainwash Ninth Circuit Court three judges, and inject Defendant's (this Debtor) mouth into the panel of the three judges. Count on it. Never ending "saga". Judgement day is soon.

Dated: June 30, 2020

Respectfully submitted.

By _____

Matsue Matthiesen

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
P.O. Box HD, Barstow, CA 92311

A true and correct copy of the foregoing document entitled (*specify*): RELIEF FROM STAY COVER SHEET;
MOTION FOR RELIEF FROM AUTOMATIC STAY;  DECLARATION AND REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF
RELIEF FROM AUTOMATIC STAY BY THE UNSECURED CREDITOR IN PRO SE;  NOTICE OF HEARING ON MOTION FOR RELIEF FROM AUTOMATI
BY MEANS OF TELEPHONIC DEVICE 442-285-7450;  NOTICE APPEARANCE AND REQUEST FOR NOTICE
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in
the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that
the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated
below:

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _04/_ _/2020_____, I served the following persons and/or entities at the last known addresses in this bankruptcy
case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail,
first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the
judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served
the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is
filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 6-30-2020 | Shirley Holcroft | *Shirley Holcroft* |
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Case: 19-30088     Doc# 8315     Filed: 07/07/20     Entered: 07/08/20 13:41:52     Page 4 of
5



# UNITED STATES POSTAL SERVICE®

**UNITED STATES POSTAL SERVICE®**      **Retail**

**P**

## US POSTAGE PAID
### $15.05
Origin: 92311
06/30/20
0505160311-30

### PRIORITY MAIL 2-DAY ®

3 Lb 0.70 Oz
**1025**

EXPECTED DELIVERY DAY: 07/03/20

C004

SHIP
TO:
450 GOLDEN GATE AVE
FL 16
SAN FRANCISCO CA 94102-3426

## USPS TRACKING® NUMBER



9505 5150 6872 0182 2823 58

PS00011000000

---

INSPECTED BY

JUL 02 2020

PRIORITY MAIL
MEDIUM FLAT RATE
POSTAGE REQUIRED

## PRIORITY® ★ MAIL ★


**UNITED STATES POSTAL SERVICE®**
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:


Shirley Holcroft
P.O. Box Hd
Barstow, CA 92312

## TO:

United States Bankruptcy Court
For The Northern District Of California,
San Francisco Division
450 Golden Gate Avenue, 16 th Floor,
San Francisco, California 94102

Label 228, March 2016      FOR DOMESTIC AND INTERNATIONAL USE