1  Thomas Tosdal SBN 67834
   Tosdal Law Firm APC
2  777 S. Highway 101, Ste. 215
   Solana Beach, CA 92075
3  Tel.: (858) 704-4709
   Email: tom@tosdallaw.com
4  Fax: (888) 740-3859

5  Michael S. Feinberg SBN 81867
   41911 Fifth Street, Ste. 300
6  Temecula, CA 92590
   Tel.: (951) 698-9900
7  Email: feinberg@feinbergfitchlaw.com
   Fax: (951) 698-9909
8
   Angela Jae Chun SBN 248571
9  Law Office of Angela Jae Chun
   777 S. Highway 101, Ste. 215
10 Solana Beach, CA 92075
   Tel.: (619) 719-5757
11 Email: ajc@chun.law

12 David S. Casey, Jr. SBN 060768
   Casey Gerry Schenk Francavilla
13 Blatt & Penfield, LLP
   110 Laurel Street
14 San Diego, CA 92101
   Tel: (619) 238-1811
15 Email: dcasey@cglaw.com

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re:<br><br>PG&E CORPORATION<br><br>and<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtors. | Bankr. Case No. 19-30088-DM<br><br>Chapter 11<br><br>**SUBSTITUTION OF ATTORNEY** |

THE COURT AND ALL PARTIES ARE NOTIFIED THAT Claimant Patti Savage substitute the undersigned counsel in the place and stead of former counsel, Northern California Law Group, in the above entitled matter, effective immediately.

Dated: 6/15/2020

_____
Angela Jae Chun

I consent to this substitution.

Dated: 6/18/2020

_____
Patti Savage

Acknowledged and consented by former attorney.

Dated: 6/29/2020

_____
Northern California Law Group

I consent to this substitution.

Dated: 6/25/2020

_____
Angela Jae Chun