WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Theodore E. Tsekerides (*pro hac vice*)
(theodore.tsekerides@weil.com)
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors and Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**REORGANIZED DEBTORS' STATEMENT IN RESPONSE TO THE EMERGENCY PLEADING OF THERESA ANN MCDONALD REQUESTING RECONSIDERATION OF THE IDENTIFICATION OF PARTIES WHO TIMELY OBJECTED TO THE FIRE VICTIM CLAIMS RESOLUTION PROCEDURES**<br><br>**Relates to Docket Nos. 8053, 8137, 8199** |

In accordance with the Court's *Order Directing the Debtors, the TCC and Fire Victims' Trustee to Respond to Motion* [Docket No. 8199], PG&E Corporation and Pacific Gas and Electric Company, as reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors,**" as applicable) in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), hereby submit this Statement in response to Theresa Ann McDonald's *Emergency Pleading Requesting Reconsideration of the Identification of Parties Who Timely Objected to the Fire Victims Claims Resolution Procedure* [Docket No. 8137] (the "**Motion**").[1]

From the outset of these cases approximately seventeen months ago, the Debtors made clear that establishing a process to provide compensation to holders of allowed Fire Victim Claims in a fair and equitable manner was one of the Debtors' principal objectives. The Plan has been confirmed and became effective on July 1, 2020 in compliance with AB 1054, and the Debtors have funded the Fire Victim Trust as provided in the Plan.

The TCC, the Fire Victim Trustee, and their retained professionals, all of whom are fiduciaries for the beneficiaries of the Fire Victim Trust, have been charged with the development and formulation of the Fire Victim Claims Resolution Procedures. That task always has been within their purview, with the Debtors having no responsibility in connection therewith other than ensuring that those procedures are consistent with the Plan.

The Reorganized Debtors trust that the fiduciaries for the holders of Fire Victim Claims will maintain procedures that are fair and equitable to all beneficiaries of the Fire Victim Trust and defer to the Court to determine whether the relief requested in the Motion is consistent with that principle.

---

[1] Capitalized terms used but not herein defined have the meanings ascribed to them in the Motion or the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020* [Docket No. 8048] (as may be modified, amended, or supplemented from time to time, and together with any exhibits or scheduled thereto, the "**Plan**"), as applicable.

-2-

Dated: July 8. 2020

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**

/s/ *Stephen Karotkin*
Stephen Karotkin

*Attorneys for Debtors and Reorganized Debtors*

-3-