# EXHIBIT A

# EXHIBIT A

## COMPENSATION BY PROFESSIONAL
## MAY 1 THROUGH MAY 31, 2020

The attorneys and paraprofessionals who rendered legal services in these Chapter 11 Cases from May 1, 2020 through May 31, 2020 (the "**Fee Period**") are:

| NAME OF PROFESSIONAL | POSITION | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION | AREA OF PRACTICE / CONCENTRATION |
|---|---|---|---|---|---|---|
| Kevin S. Allred | Partner | 1986 | $1,020.00 | 120.2 | $122,604.00 | Litigation |
| Brad D. Brian | Partner | 1977 | $1,500.00 | 35.8 | $53,700.00 | Litigation |
| Erin J. Cox | Partner | 2009 | $950.00 | 24.2 | $22,990.00 | Litigation |
| Robert L. Dell Angelo | Partner | 1992 | $1,060.00 | 0.5 | $530.00 | Litigation |
| Lisa J. Demsky | Partner | 1996 | $1,060.00 | 45.1 | $47,806.00 | Litigation |
| Michael R. Doyen | Partner | 1982 | $1,320.00 | 97.1 | $128,172.00 | Litigation |
| David H. Fry | Partner | 1997 | $1,150.00 | 0.4 | $460.00 | Litigation |
| Elaine J. Goldenberg | Partner | 1997 | $1,060.00 | 0.8 | $848.00 | Appellate |
| Seth Goldman | Partner | 2002 | $1,150.00 | 26.3 | $30,245.00 | Restructuring |
| Miriam Kim | Partner | 2002 | $950.00 | 5.7 | $5,415.00 | Litigation |
| Judith T. Kitano | Partner | 1988 | $1,220.00 | 5.8 | $7,076.00 | Corporate |
| Kelly LC Kriebs | Partner | 1999 | $1,150.00 | 38.6 | $44,390.00 | Corporate |
| C. David Lee | Partner | 2000 | $1,220.00 | 8.7 | $10,614.00 | Corporate |
| James C. Rutten | Partner | 1997 | $1,060.00 | 19.2 | $20,352.00 | Litigation |
| Henry Weissmann | Partner | 1987 | $1,400.00 | 148.6 | $208,040.00 | Litigation |
| Jeffrey Y. Wu | Partner | 2007 | $950.00 | 25.9 | $24,605.00 | Litigation |
| Kimberly A. Chi | Of Counsel | 2006 | $920.00 | 2.8 | $2,576.00 | Finance |
| Sarah J. Cole | Of Counsel | 2002 | $890.00 | 152.9 | $136,081.00 | Litigation |
| Bradley S. Schneider | Of Counsel | 2004 | $950.00 | 0.3 | $285.00 | Restructuring |
| Nick Axelrod | Associate | 2013 | $845.00 | 147.7 | $124,806.50 | Litigation |
| Michael C. Baker | Associate | 2016 | $725.00 | 84.2 | $61,045.00 | Litigation |
| Andre W. Brewster | Associate | 2015 | $780.00 | 10.7 | $8,346.00 | Litigation |
| Graham B. Cole | Associate | 2015 | $820.00 | 2.7 | $2,214.00 | Litigation |
| Raquel E. Dominguez | Associate | 2019 | $490.00 | 131.4 | $64,386.00 | Litigation |
| Nicholas D. Fram | Associate | 2012 | $860.00 | 37.9 | $32,594.00 | Litigation |
| Brendan Gants | Associate | 2016 | $820.00 | 4.5 | $3,690.00 | Litigation |
| Alexander S. Gorin | Associate | 2017 | $665.00 | 22.6 | $15,029.00 | Litigation |
| Skylar B. Grove | Associate | 2015 | $780.00 | 33.5 | $26,130.00 | Litigation |

| NAME OF PROFESSIONAL | POSITION | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION | AREA OF PRACTICE / CONCENTRATION |
|---|---|---|---|---|---|---|
| Lauren M. Harding | Associate | 2015 | $780.00 | 23.7 | $18,486.00 | Litigation |
| Natalie A. Karl | Associate | 2017 | $665.00 | 4.7 | $3,125.50 | Corporate |
| Lloyd Marshall | Associate | 2018 | $565.00 | 68.6 | $38,759.00 | Litigation |
| Megan L. McCreadie | Associate | 2017 | $665.00 | 61.2 | $40,698.00 | Litigation |
| Alexandra Peacock | Associate | 2017 | $725.00 | 1.0 | $725.00 | Corporate |
| Teresa A. Reed Dippo | Associate | 2015 | $780.00 | 19.1 | $14,898.00 | Litigation |
| Giovanni S. Saarman Gonzalez | Associate | 2016 | $725.00 | 89.7 | $65,032.50 | Litigation |
| Terence M. McKiernan | Staff Counsel | 1999 | $490.00 | 0.3 | $147.00 | N/A |
| Ramon K. Castillo | Paralegal | N/A | $345.00 | 106.8 | $36,846.00 | N/A |
| Bruce M. Gordon | Paralegal | N/A | $345.00 | 40.1 | $13,834.50 | N/A |
| Larry M. Polon | Paralegal | N/A | $345.00 | 2.3 | $793.50 | N/A |
| Cynthia R. Richardson | Paralegal | N/A | $395.00 | 22.9 | $9,045.50 | N/A |
| Bowe Kurowski | ALS | N/A | $455.00 | 23.9 | $10,874.50 | N/A |
| Jason D. Troff | ALS | N/A | $455.00 | 1.4 | $637.00 | N/A |
| **Total Professionals:** | | | | 1699.8 | $1,458,931.50 | |

| PROFESSIONALS TOTALS: | BLENDED RATE (rounded to nearest dollar) | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partner | $ 1,207 | 602.9 | $ 727,847.00 |
| Of Counsel | $ 891 | 156.0 | $ 138,942.00 |
| Associate | $ 700 | 743.2 | $ 519,964.50 |
| Staff Counsel | $ 490 | 0.3 | $ 147.00 |
| **Attorneys Total** | **$ 923** | **1,502.4** | **$ 1,386,900.50** |
| Paralegal | $ 356 | 172.1 | $ 60,519.50 |
| ALS | $ 455 | 25.3 | $ 11,511.50 |
| **Paraprofessionals Total** | **$ 365** | **197.4** | **$ 72,031.00** |
| **Grand Total** | **$ 858** | **1,699.8** | **$ 1,458,931.50** |