# EXHIBIT B

# EXHIBIT B

## COMPENSATION BY WORK TASK CODE FOR
## SERVICES RENDERED BY MUNGER, TOLLES & OLSON LLP
## MAY 1 THROUGH MAY 31, 2020

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 021 | Non-Bankruptcy Litigation / Wildfire (Criminal) | 691.9 | $562,356.50 |
| 022 | Non-working Travel | 1.9 | $1,073.50 |
| 023 | Purchase Power Agreements (including Adversary Proceedings) | 39.5 | $45,675.00 |
| 025 | Regulatory Issues Including CPUC and FERC | 859.6 | $781,244.00 |
| 026 | Retention / Billing / Fee Applications: MTO | 57.0 | $32,831.50 |
| 035 | Kincade | 49.9 | $35,751.00 |
| **TOTAL** | | **1,699.8** | **$1,458,931.50** |