# EXHIBIT C

# EXHIBIT C

## EXPENSE SUMMARY
## MAY 1 THROUGH MAY 31, 2020

| EXPENSES | AMOUNTS |
|---|---|
| Meals | $296.42 |
| Travel – Ground (Out of Town) | $71.60 |
| Travel – Ground (Local) | $26.50 |
| Consultants/Professional Services | $106,277.50 |
| Filing/Recording/Registration Fees | $135.00 |
| Messenger | $2,025.80 |
| Other Expenses | $39.30 |
| **Total Expenses Requested:** | **$108,872.12** |