1  RICHARD A. MARSHACK, #107291
   rmarshack@marshackhays.com
2  LAILA MASUD, #311731
   lmasud@marshackhays.com
3  MARSHACK HAYS LLP
   870 Roosevelt
4  Irvine, California 92620
   Telephone: (949) 333-7777
5  Facsimile: (949) 333-7778

6  GERALD SINGLETON, SBN 208783
   gerald@slffirm.com
7  SINGLETON LAW FIRM, APC
   450 A Street, 5th Floor
8  San Diego, CA 92101
   Tel: (619) 771-3473
9  Fax: (619) 255-1515
   Email: gerald@slffirm.com
10         glocurto@slffirm.com

11 Attorneys for SLF Fire Victims Claimants

12              UNITED STATES BANKRUPTCY COURT

13     NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 19-30088 (DM) |
| PG&E CORPORATION, | Chapter 11 |
| and | (Lead Case-Jointly Administered) |
| PACIFIC GAS AND ELECTRIC COMPANY | **CERTIFICATE OF SERVICE** |
| Debtors. | |
| Affects:<br>☐ PG&E Corporation<br>☐ Pacific Gas & Electric Company<br>☒ Both Debtors | |
| *All papers shall be filed in the Lead Case,<br>No. 19-3008 (DM) | |

///

///

I, LAYLA BUCHANAN, do declare and state as follows:

1. I am employed in Orange County in the State of California. I am over the age of 18 and not a party to this action. My business address is 870 Roosevelt, Irvine, California 92620.

2. I certify that on July 8, 2020, I caused a true and correct copy of each of the following documents to be served via e-mail on the Standard Party Email Service List attached hereto as **Exhibit A**:

> RESPONSE BY THE SINGLETON LAW FIRM FIRE VICTIM CLAIMANTS TO THERESA ANN MCDONALD'S MOTION FOR RECONSIDERATION OF THE IDENTIFICATION OF PARTIES WHO TIMELY OBJECTED TO THE FIRE VICTIMS CLAIMS RESOLUTION PROCEDURE [ Docket No. 8137 ]

3. I certify that on July 8, 2020, I caused a true and correct copy of each of the above documents to be served via First Class Mail on the Standard Party First Class Mail Service List attached hereto as **Exhibit B**.

4. I certify that on July 8, 2020, I caused a true and correct copy of each of the above documents to be served via e-mail on the Email Service List attached hereto as **Exhibit C**.

5. I certify that on July 8, 2020, I caused a true and correct copy of each of the above documents to be served via First Class Mail on the First Class Mail Service List attached hereto as **Exhibit D**.

6. I have reviewed the Notice of Electronic Filing for the above-listed document, and I understand that the parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing System.

/ / /
/ / /
/ / /
/ / /

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that if called upon to witness, I could and would testify competently thereto.

Executed on July 8, 2020, at Irvine, California.

*/s/ Layla Buchanan*
LAYLA BUCHANAN

In re: PG&E Corporation, *et al.*
Standard Party Email Service List
Case No. 19-30088 (DM)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Debtor | Weil, Gotshal & Manges LLP | Attn: Stephen Karotkin, Jessica Liou, Matthew Goren | stephen.karotkin@weil.com<br>matthew.goren@weil.com<br>jessica.liou@weil.com |
| Counsel to Debtor | Keller Benvenutti Kim LLP | Attn: Tobias S. Keller, Jane Kim | tkeller@kbkllp.com<br>jkim@kbkllp.com |
| Counsel for JPMorgan Chase Bank, N.A., as DIP Administrative Agent | Stroock & Stroock & Lavan LLP | Attn: Frank A. Merola | fmerola@stroock.com<br>khansen@stroock.com |
| Counsel for JPMorgan Chase Bank, N.A., as DIP Administrative Agent | Stroock & Stroock & Lavan LLP | Attn: Kristopher M. Hansen, Erez E. Gilad, Matthew G. Garofalo | egilad@stroock.com<br>mgarofalo@stroock.com |
| Counsel for Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility | Davis Polk & Wardwell LLP | Attn: Andrew D. Yaphe | andrew.yaphe@davispolk.com |
| Counsel to California Public Utilities Commission | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Alan W. Kornberg, Brian S. Hermann, Walter R. Rieman, Sean A. Mitchell, Neal P. Donnelly | akornberg@paulweiss.com<br>bhermann@paulweiss.com<br>wrieman@paulweiss.com<br>smitchell@paulweiss.com<br>ndonnelly@paulweiss.com |
| Office of the United States Trustee | Office of the United States Trustee | Attn: James L. Snyder, Esq. & Timothy Lafreddi, Esq., Marta E. Villacorta | James.L.Snyder@usdoj.gov<br>timothy.s.laffredi@usdoj.gov<br>Marta.Villacorta@usdoj.gov |
| Counsel to the Federal Energy Regulatory Commission | U.S. Department of Justice, Civil Division | Attn: Joseph H. Hunt, Ruth A. Harvey, Kirk Manhardt, Matthew Troy, Marc S. Sacks, Shane Huang, Michael S. Tye, Rodney A. Morris | shane.huang@usdoj.gov<br>michael.tye@usdoj.gov<br>Rodney.Morris2@usdoj.gov |
| Counsel for the Official Committee of Unsecured Creditors | Milbank LLP | Attn: Dennis F. Dunne, Samuel A. Khalil | ddunne@milbank.com<br>skhalil@milbank.com<br>Gbray@milbank.com |
| Counsel for the Official Committee of Unsecured Creditors | Milbank LLP | Attn: Gregory A. Bray, Thomas R. Kreller, Samir L. Vora | TKreller@milbank.com<br>svora@milbank.com |
| Counsel for Official Committee of Tort Claimants | BAKER & HOSTETLER, LLP | Attn: Eric E. Sagerman, Lauren T. Attard | esagerman@bakerlaw.com<br>lattard@bakerlaw.com |

Case: 19-30088    Doc# 8331-1    Filed: 07/08/20    Entered: 07/08/20 15:43:20    Page 4 of 8

**In re: PG&E Corporation, *et al.***
Standard Party Email Service List
Case No. 19-30088 (DM)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel for Official Committee of Tort Claimants | BAKER & HOSTETLER, LLP | Attn: Robert A. Julian, Cecily A. Dumas | rjulian@bakerlaw.com; cdumas@bakerlaw.com |

**In re: PG&E Corporation, *et al.***
Standard Party First Class Mail Service List
Case No. 19-30088 (DM)

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| PG&E Corporation | Attn: President or General Counsel | 77 Beale Street | P.O. Box 77000 | San Francisco | CA | 94177 |
| U.S. Nuclear Regulatory Commission | Attn: General Counsel | U.S. NRC Region IV | 1600 E. Lamar Blvd. | Arlington | TX | 76011 |

**In re: PG&E Corporation, et al.**
First Class Mail Service List
Case No. 19-30088 (DM)

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Theresa Ann McDonald | Theresa Ann McDonald | 5044 Russell Drive | | Paradise | CA | 95969 |

Page 1 of 1

**In re: PG&E Corporation, *et al*.**
Email Service List
Case No. 19-30088 (DM)

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Theresa Ann McDonald | Theresa Ann McDonald | tmcdonald120@yahoo.com |