

**BAKER
DONELSON**
BEARMAN, CALDWELL
& BERKOWITZ, PC

201 ST. CHARLES AVENUE
SUITE 3600
NEW ORLEANS, LOUISIANA 70170
PHONE: 504.566.5200
FAX: 504.636.4000

www.bakerdonelson.com

JAN M. HAYDEN, SHAREHOLDER
Direct Dial: (504) 566-8645
Direct Fax: (504) 636-4000
E-Mail Address: jhayden@bakerdonelson.com

# FILED

JUL 07 2020

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

June 29, 2020

California Northern Bankruptcy Court
450 Golden Gate Avenue
Mailbox 36099
San Francisco, CA 94102

      Re:    USBK of Northern California
             Case # 19-30088

Dear Sir or Madam:

    We would respectfully request that you remove the below-listed attorneys from receiving efile notification in the above-referenced Case Number

    Jan M. Hayden      -      jhayden@bakerdonelson.com

    Lacey Rochester      lrochester@bakerdonelson.com

    Thank you for your attention to this matter, and if you have any questions at all please do not hesitate to give us a call.

                      Sincerely,

                      Jan M. Hayden

JMH01/gm

4828-8553-6705v1

ALABAMA · FLORIDA · GEORGIA · LOUISIANA · MARYLAND · MISSISSIPPI · SOUTH CAROLINA · TENNESSEE · TEXAS · VIRGINIA · WASHINGTON, D.C.

# BAKER DONELSON

BAKER DONELSON
201 ST. CHARLES AVENUE
SUITE 3600
NEW ORLEANS, LOUISIANA 70170

94102-3661 0004

California Northern Bankruptcy Court
450 Golden Gate Avenue
Mailbox 36099
San Francisco, CA 94102

**RECEIVED**

JUL 07 2020

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA



U.S. POSTAGE >> PITNEY BOWES

ZIP 70170
02 4W
0000367790 JUN 30 2020

$ 000.50⁰