**Schedule 3**

Supplemental Schedule of MIO's Connections to Interested Parties

|     | **Original IP Name** | **MIO Connection Name**[1] | **MIO Connection Type** |
| --- | --- | --- | --- |
| 1.  | Advent International Corp. | Instinet Europe Ltd | Vendor |
| 2.  | Canadian Imperial Bank of Commerce | CIBC World Markets Corp. | Counterparty |
| 3.  | Canadian Imperial Bank Of Commerce, New York Agency | CIBC World Markets Corp. | Counterparty |
| 4.  | Constitution State Services LLC | Travelers Casualty & Surety Co of America | Vendor |
| 5.  | DB Energy Trading | Deutsche Securities Korea Co. | Counterparty |
| 6.  | Deutsche Bank | Deutsche Securities Korea Co. | Counterparty |
| 7.  | Deutsche Bank National Trust Company | Deutsche Securities Korea Co. | Counterparty |
| 8.  | Deutsche Bank Securities Inc | Deutsche Securities Korea Co. | Counterparty |
| 9.  | Deutsche Bank Trust Company Americas | Deutsche Securities Korea Co. | Counterparty |
| 10. | Dynamics Inc | CIBC World Markets Corp. | Counterparty |
| 11. | Fidelity and Guaranty Insurance Underwriters Inc | Travelers Casualty & Surety Co of America | Vendor |
| 12. | Great American Alliance Insurance Company | Great American Insurance Co. | Vendor |
| 13. | Great American Assurance Company | Great American Insurance Co. | Vendor |
| 14. | Great American E&S Insurance Company | Great American Insurance Co. | Vendor |
| 15. | Great American Insurance Company | Great American Insurance Co. | Vendor |
| 16. | Great American Insurance Company and certain affiliates: | Great American Insurance Co. | Vendor |
| 17. | Great American Insurance Company of New York | Great American Insurance Co. | Vendor |
| 18. | Great American Spirit Insurance Company | Great American Insurance Co. | Vendor |
| 19. | ICE NGX Canada Inc | ICE Data Derivatives Inc | Vendor |
| 20. | International Business Machines Corp | Level 3 Communications, LLC | Vendor |
| 21. | Iron Mountain Mines | Iron Mountain | Vendor |
| 22. | KMPG SA | Thomson Reuters | Vendor |
| 23. | KPMG Law Rechtsanwaltsgesellschaft | Thomson Reuters | Vendor |
| 24. | Littler Mendelson PC | Vanguard Exchange-Traded Funds | Investment |
| 25. | Macquarie Can | Macquarie Bank Limited | Counterparty |
| 26. | Macquarie Energy LLC | Macquarie Bank Limited | Counterparty |
| 27. | Macquarie Futures USA Inc. | Macquarie Bank Limited | Counterparty |
| 28. | MassMutual Life Insurance Company | Jefferies LLC | Counterparty |
|     |     | Jefferies Group, Inc. | Counterparty |
| 29. | Praxair | Cryostar Industries, Inc. | Vendor |
| 30. | Praxair Services Inc | Cryostar Industries, Inc. | Vendor |
| 31. | PricewaterhouseCoopers LLP | Abacus | Vendor |

---

[1] Where MIO was not able to confirm whether an entity on the Expanded Interested Party List was, in fact, the same entity to which MIO has a connection, MIO included such possible connections in its report to the Proposed Professionals.

| | | | |
|---|---|---|---|
| 32. | The Northfield Insurance Company | Travelers Casualty & Surety Co of America | Vendor |
| 33. | The Standard Fire Insurance Company | Travelers Casualty & Surety Co of America | Vendor |
| 34. | The Travelers Home and Marine Insurance Company | Travelers Casualty & Surety Co of America | Vendor |
| 35. | The Travelers Indemnity Company | Travelers Casualty & Surety Co of America | Vendor |
| 36. | The Travelers Indemnity Company of America | Travelers Casualty & Surety Co of America | Vendor |
| 37. | The Vanguard Group Inc | Vanguard Exchange-Traded Funds | Investment |
| 38. | Travelers Casualty Insurance Company of America | Travelers Casualty & Surety Co of America | Vendor |
| 39. | Travelers Commercial Insurance Company | Travelers Casualty & Surety Co of America | Vendor |
| 40. | Travelers Indemnity Company of Connecticut | Travelers Casualty & Surety Co of America | Vendor |
| 41. | Travelers Insurance Company of America | Travelers Casualty & Surety Co of America | Vendor |
| 42. | Travelers Property Casualty Company of America | Travelers Casualty & Surety Co of America | Vendor |
| 43. | Travelers Property Casualty Insurance Company | Travelers Casualty & Surety Co of America | Vendor |