# EXHIBIT A

## COMPENSATION BY PROFESSIONAL
## MAY 1, 2020 THROUGH MAY 31, 2020

The attorneys and paraprofessionals who rendered legal services in these Chapter 11 Cases from May 1, 2020 through May 31, 2020 (the "**Fee Period**") are:

| NAME OF PROFESSIONAL: | POSITION | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Tobias S. Keller | Partner | 1990 | 850 | 5.6 | $4,760 |
| Peter J. Benvenutti | Partner | 1974 | 850 | 126.6 | $107,610 |
| Jane Kim | Partner | 2003[1] | 700 | 17.4 | $12,180 |
| Keith A. McDaniels | Of Counsel | 1997 | 650 | 4.8 | $3,120 |
| Dara L. Silveira | Associate | 2010 | 450 | 36.1 | $16,245 |
| Thomas B. Rupp | Associate | 2011 | 450 | 86.1 | $38,745 |
| Hadley Roberts-Donnelly | Paralegal Trainee | N/A | 150 | 60.2 | $9,030 |
| **Total Professionals:** | | | | **336.8** | **$191,690** |

[1] Member of the California Bar since 2014

| PROFESSIONALS TOTALS: | BLENDED RATE (rounded to nearest dollar) | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | 826.9 | 154.4 | $127,670 |
| Associates | 450 | 122.2 | $54,990 |
| **Blended Attorney Rate** | **660** | **276.6** | **$182,660** |
| Paraprofessionals and other non-legal staff | 150 | 60.2 | $9,030 |
| **Total Fees Incurred** | **569** | **336.8** | **$191,690** |