# EXHIBIT B

# COMPENSATION BY WORK TASK CODE FOR
# SERVICES RENDERED BY KELLER BENVENUTTI KIM LLP
# MAY 1, 2020 THROUGH MAY 31, 2020

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 002 | Omnibus & Miscellaneous Court Appearances | 37.7 | $11,015 |
| 004 | General Case Administration | 38.3 | $8,780 |
| 005 | Automatic Stay Proceedings | 11.8 | $8,910 |
| 006 | IDI, Meeting of Creditors and Creditor Inquiries | .9 | $565 |
| 007 | Professional Retention and Compensation – Keller Benvenutti Kim | 8 | $4,315 |
| 008 | Professional Retention and Compensation – Other Professionals | 14.9 | $4,610 |
| 018 | Executory Contract Issues | 11.3 | $6,980 |
| 021 | Plan – Advice, Strategy and Negotiation | 1.3 | $985 |
| 022 | Plan and Disclosure Statement – Preparation of Documents | 4.3 | $2,055 |
| 023 | Plan Confirmation | 49.8 | $29,270 |
| 026 | Wildfire Litigation | 4.9 | $2,230 |
| 027 | Claims Review | 4.9 | $3,800 |
| 028 | Claim Disputes and Resolution | 120.5 | $91,365 |
| 032 | USDC Probation Compliance | 4.8 | $3,120 |
| 036 | Miscellaneous Litigation Issues and Advice | 19.6 | $11,740 |
| 037 | Appeals | 3.8 | $1,950 |
| **TOTAL** | | **336.8** | **$191,690** |