# EXHIBIT C

## EXPENSE SUMMARY
## MAY 1, 2020 THROUGH MAY 31, 2020

| EXPENSES | AMOUNTS |
|---|---|
| Computerized Research | $0 |
| Meals | $0 |
| Travel | $0 |
| Transportation | $0 |
| Printing and Duplication | $942.36 |
| Transcription Services | $4690.75 |
| Telephone Conferencing | $0 |
| Messenger | $0 |
| Filing Fees | $67.40 |
| Litigation Support Vendors | $0 |
| **Total Expenses Requested:** | **$5,700.51** |