**EXHIBIT E**



650 California Street, Suite 1900  
San Francisco, CA 94108  
Email: admin@kbkllp.com

Billing Statement No. 052020  
Date: 07/08/2020  
Due Upon Receipt

PG&E Corporation  
Attn: Janet Loduca  
77 Beale Street  
San Francisco, CA 94105

## 00138-31 PG&E

## Chapter 11 representation- Expenses

| Type | Date | Description | Quantity | Rate | Fees and Expenses Total |
|---|---|---|---|---|---|
| Expense | 05/07/2020 | E116 Trial transcripts: eScriber Invoice No. 326623 | 1.00 | $223.85 | $223.85 |
| Expense | 05/12/2020 | E116 Trial transcripts: eScribers Invoice No. 327725 | 1.00 | $490.05 | $490.05 |
| Expense | 05/13/2020 | E102 Outside printing: Clear Discovery Invoice No. 1340 | 1.00 | $107.37 | $107.37 |
| Expense | 05/13/2020 | E102 Outside printing: Clear Discovery Invoice No. 1344 | 1.00 | $175.48 | $175.48 |
| Expense | 05/14/2020 | E112 Court fees: CourtCall Invoice No. 10554935 | 1.00 | $28.10 | $28.10 |
| Expense | 05/19/2020 | E116 Trial transcripts: eScribers Invoice No. 328621 | 1.00 | $580.80 | $580.80 |
| Expense | 05/20/2020 | E112 Court fees: CourtCall Invoice No. 10564905 | 1.00 | $39.30 | $39.30 |
| Expense | 05/20/2020 | E116 Trial transcripts: eScribers Invoice No. 328981 | 1.00 | $375.10 | $375.10 |
| Expense | 05/21/2020 | E116 Trial transcripts: Katherine Sullivan Invoice No. U-93U98078PT914693S | 1.00 | $50.40 | $50.40 |
| Expense | 05/26/2020 | E116 Trial transcripts: eScribers Invoice No. 329673 | 1.00 | $429.55 | $429.55 |
| Expense | 05/26/2020 | E102 Outside printing: Clear Discovery Invoice No. 1348 | 1.00 | $659.51 | $659.51 |
| Expense | 05/27/2020 | E116 Trial transcripts: eScribers Invoice No. 330159 | 1.00 | $242.00 | $242.00 |
| Expense | 05/27/2020 | E116 Trial transcripts: eScribers Invoice No. 330399 | 1.00 | $296.45 | $296.45 |
| Expense | 05/28/2020 | E116 Trial transcripts: eScriber Invoice No. 330504 | 1.00 | $726.00 | $726.00 |
| Expense | 05/29/2020 | E116 Trial transcripts: eScribers Invoice No. 330927 | 1.00 | $550.55 | $550.55 |
| Expense | 05/30/2020 | E116 Trial transcripts: eScribers Invoice No. 330504 | 1.00 | $726.00 | $726.00 |

| Time Keeper | Position | Time | Rate | Fees and Expenses Total |
|---|---|---|---|---|
| | | | Fees and Expenses Subtotal | $5,700.51 |
| | | | Fees and Expenses Total | $5,700.51 |