# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case |
| **PG&E CORPORATION,** | No. 19-30088 (DM) |
| - and - | Chapter 11 |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Lead Case) |
| **Debtors.** | (Jointly Administered) |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | **Objection Deadline**: July 29, 2020 at 4:00p.m. (Prevailing Pacific Time) |
| *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

**THIRD INTERIM FEE APPLICATION OF KPMG LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS INFORMATION TECHNOLOGY, RISK, AND LEGAL SUPPORT CONSULTANTS TO THE DEBTORS FOR THE PERIOD FROM OCTOBER 1, 2019 THROUGH JANUARY 31, 2020**

| | |
|---|---|
| Name of Applicant: | KPMG LLP |
| Authorized to Provide Professional Services to: | The above-captioned Debtors |
| Date of Retention: | October 11, 2019 *nunc pro tunc* to January 29, 2019 |
| Period for which compensation and reimbursement is sought: | October 1, 2019 through January 31, 2020 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $ 5,105,788.04 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $    291,865.26 |

This is a(n) __X_ Interim ____Final Application

**Prior Applications Filed**:

| Date Filed | Docket Number | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses | Fees Paid-to-Date | Expenses Paid-to-Date |
|---|---|---|---|---|---|---|---|---|
| 07/15/19 | 2992 | 01/29/19 to 05/31/19 | $ 3,873,655.06 | $ 132,148.61 | $ 3,823,655.06 | $ 132,148.61 | $ 3,823,655.06 | $132,148.61 |
| 02/04/20 | 5618 | 06/01/19 to 09/30/19 | $ 4,318,137.02 | $ 316,097.43 | Pending | Pending | $ 3,454,513.01 | $ 316,097.43 |
| Total | | | $ 8,191,792.08 | $ 448,246.04 | $ 3,823,655.06 | $ 132,148.61 | $ 7,278,168.07 | $ 448,246.04 |

# ATTACHMENT A

# TO FEE APPLICATION

| Professional Person | Position & Department | Total Billed Hours | Hourly Billing Rate | | Total Compensation |
|---|---|---|---|---|---|
| Erik Lange | Partner - Advisory | 15.0 | $ 850 | | $ 12,750.00 |
| Clay Gilge | Principal - Advisory | 5.0 | $ 625 | (1) | $ 3,125.00 |
| Juan Gonzalez III | Partner - Advisory | 100.5 | $ 625 | (1) | $ 62,781.25 |
| Arun Mani | Principal - Advisory | 56.6 | $ 500 | | $ 28,300.00 |
| Clay Gilge | Principal - Advisory | 44.0 | $ 500 | (1) | $ 22,000.00 |
| Geno Armstrong | Partner - Advisory | 10.0 | $ 500 | | $ 5,000.00 |
| Juan Gonzalez III | Partner - Advisory | 16.0 | $ 500 | (1) | $ 8,000.00 |
| Lisa Daniels | Principal - Advisory | 4.0 | $ 500 | | $ 2,000.00 |
| Reid Tucker | Principal - Advisory | 9.1 | $ 500 | | $ 4,550.00 |
| Garrett Yamada | Director - Advisory | 5.0 | $ 750 | | $ 3,750.00 |
| Kelly Markgraf | Managing Director- Advisory | 0.5 | $ 595 | | $ 297.50 |
| Jonathan White | Managing Director- Advisory | 60.2 | $ 475 | | $ 28,595.00 |
| Andrei Emelianov | Director - Advisory | 95.3 | $ 550 | | $ 52,415.00 |
| Ryan Tuggle | Director - Advisory | 62.4 | $ 550 | | $ 34,292.50 |
| Scott Stoddard | Director - Advisory | 40.8 | $ 550 | (1) | $ 22,440.00 |
| Tabitha Gaustad | Director - Advisory | 143.6 | $ 550 | | $ 78,952.50 |
| Arthur Franke | Director - Advisory | 1.0 | $ 435 | | $ 435.00 |
| Garrett Lodewyck | Director - Advisory | 12.0 | $ 435 | | $ 5,220.00 |
| Yuuki Stahl | Director - Advisory | 3.0 | $ 435 | | $ 1,305.00 |
| Matt Broida | Director - Advisory | 154.5 | $ 435 | | $ 67,207.50 |
| Scott Stoddard | Director - Advisory | 77.7 | $ 435 | (1) | $ 33,777.75 |
| Gaurav Mathur | Director - Advisory | 46.5 | $ 400 | | $ 18,600.00 |
| Jeff Mahoney | Specialist Director - Analytics | 14.3 | $ 435 | | $ 6,220.50 |
| Monica Plangman | Associate Director - Bankruptcy | 9.3 | $ 213 | | $ 1,976.25 |
| Holly Tant | Manager - Advisory | 3.0 | $ 475 | | $ 1,425.00 |
| Jeffrey Strong | Manager - Advisory | 16.2 | $ 475 | | $ 7,695.00 |
| Rachel Wagner-Kaiser | Manager - Advisory | 202.3 | $ 475 | | $ 96,092.50 |
| Stephen Greer | Manager - Advisory | 151.0 | $ 475 | (2) | $ 71,725.00 |
| Yiwen Fu | Manager - Advisory | 60.0 | $ 475 | | $ 28,500.00 |
| Eloise Pinto | Manager - Advisory | 155.7 | $ 475 | | $ 73,957.50 |
| Kimberly Johnson | Manager - Advisory | 342.4 | $ 475 | (2) | $ 162,640.00 |
| Daniel Elmblad | Manager - Advisory | 20.8 | $ 400 | (2) | $ 8,320.00 |
| David Ross | Manager - Advisory | 146.8 | $ 400 | | $ 58,720.00 |
| Eric Janes | Manager - Advisory | 106.4 | $ 400 | | $ 42,560.00 |
| Gaurav Thapan-Raina | Manager - Advisory | 307.2 | $ 400 | | $ 122,880.00 |
| Jon Guth | Manager - Advisory | 91.4 | $ 400 | | $ 36,560.00 |
| Matthew Bowser | Manager - Advisory | 515.4 | $ 400 | (2) | $ 206,140.00 |
| Miki Suga | Manager - Advisory | 91.5 | $ 400 | | $ 36,600.00 |
| Sitki Gulten | Manager - Advisory | 4.0 | $ 400 | | $ 1,600.00 |
| Tim Littman | Manager - Advisory | 1.8 | $ 400 | (2) | $ 720.00 |

# ATTACHMENT A TO FEE APPLICATION

# (CONTINUED)

| Professional Person | Position & Department | Total Billed Hours | Hourly Billing Rate | | Total Compensation |
|---|---|---|---|---|---|
| Matthew Rice | Lead Specialist (Manager) - Advisory | 168.8 | $ 260 | (1) | $ 43,888.00 |
| Rob Villegas | Manager - Advisory | 21.8 | $ 260 | (1) | $ 5,668.00 |
| Rohit Nagdeo | Lead Specialist (Manager) - Advisory | 176.0 | $ 260 | (1) | $ 45,760.00 |
| Matthew Rice | Lead Specialist (Manager) - Advisory | 452.0 | $ 225 | (1) | $ 101,700.00 |
| Rob Villegas | Manager - Advisory | 72.4 | $ 225 | (1) | $ 16,290.00 |
| Rohit Nagdeo | Lead Specialist (Manager) - Advisory | 440.2 | $ 225 | (1) | $ 99,045.00 |
| Josh Conkel | Manager - Advisory | 126.0 | $ 224 | | $ 28,224.00 |
| Celeste Campbell | Manager - Bankruptcy | 270.7 | $ 163 | | $ 43,988.75 |
| Wendy Shaffer | Manager - Bankruptcy | 1.3 | $ 163 | (2) | $ 211.25 |
| Arielle Friedman | Senior Associate - Advisory | 2.5 | $ 525 | | $ 1,312.50 |
| David Hall | Senior Associate - Advisory | 346.7 | $ 425 | | $ 147,347.50 |
| Erin Vanderwall | Senior Associate - Advisory | 23.5 | $ 425 | | $ 9,987.50 |
| Faisal Khaled | Senior Associate - Advisory | 75.1 | $ 425 | | $ 31,896.25 |
| Jen Karlin | Senior Associate - Advisory | 14.5 | $ 425 | | $ 6,162.50 |
| Rachael Graening | Senior Associate - Advisory | 30.7 | $ 425 | | $ 13,047.50 |
| Nicole Tran | Senior Associate - Advisory | 268.9 | $ 425 | | $ 114,261.25 |
| Adrian Irwin | Senior Associate - Advisory | 113.9 | $ 325 | | $ 37,017.50 |
| Drew Esler | Senior Associate - Advisory | 105.5 | $ 325 | | $ 34,287.50 |
| Farbod Farzan | Senior Associate - Advisory | 593.0 | $ 325 | | $ 192,725.00 |
| Lucy Cai | Senior Associate - Advisory | 79.0 | $ 325 | (2) | $ 25,675.00 |
| Marcus Xu | Senior Associate - Advisory | 144.6 | $ 325 | | $ 46,995.00 |
| Tanveer Abbas | Senior Associate - Advisory | 78.9 | $ 325 | | $ 25,626.25 |
| Taylor DeGrande | Senior Associate - Advisory | 388.0 | $ 325 | | $ 126,100.00 |
| Will Brennan | Senior Associate - Advisory | 446.3 | $ 325 | | $ 145,047.50 |
| Yaz Yuan | Senior Associate - Advisory | 79.0 | $ 325 | | $ 25,675.00 |
| Jeffrey Kwan | Senior Associate - Advisory | 112.3 | $ 275 | | $ 30,882.50 |
| Rama Bhaskara | Senior Specialist - Advisory | 178.0 | $ 260 | (1) | $ 46,280.00 |
| Rama Bhaskara | Senior Specialist - Advisory | 455.5 | $ 225 | (1) | $ 102,487.50 |
| Angie Liang | Associate - Advisory | 136.5 | $ 325 | | $ 44,362.50 |
| Belal Abusaleh | Associate - Advisory | 27.0 | $ 325 | | $ 8,775.00 |
| Bellamy Yoo | Associate - Advisory | 45.0 | $ 325 | (1) | $ 14,625.00 |
| Christopher Wong | Associate - Advisory | 85.7 | $ 325 | | $ 27,852.50 |
| John Stockdale | Associate - Advisory | 23.2 | $ 325 | | $ 7,523.75 |
| Jonathan Boldt | Associate - Advisory | 199.6 | $ 325 | | $ 64,870.00 |
| Michelle Yeung | Associate - Advisory | 396.0 | $ 325 | | $ 128,700.00 |
| Ryan Hoskins | Associate - Advisory | 32.0 | $ 325 | | $ 10,400.00 |
| Alex Esuoso | Associate - Advisory | 69.0 | $ 275 | | $ 18,975.00 |
| Bellamy Yoo | Associate - Advisory | 78.0 | $ 275 | (1) | $ 21,450.00 |
| Brian Wei | Associate - Advisory | 139.2 | $ 275 | | $ 38,280.00 |

# ATTACHMENT A TO FEE APPLICATION

# (CONTINUED)

| Professional Person | Position & Department | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| David Sanchez | Associate - Advisory | 35.7 | $ 275 | $ 9,817.50 |
| Dennis Cha | Associate - Advisory | 514.7 | $ 275 | $ 141,542.50 |
| Fran Shammo | Associate - Advisory | 257.9 | $ 275 | $ 70,908.75 |
| Jack Liacos | Associate - Advisory | 17.5 | $ 275 | $ 4,812.50 |
| Katherine Hee | Associate - Advisory | 138.8 | $ 275 | $ 38,156.25 |
| Trent Anderson | Associate - Advisory | 134.3 | $ 275 | $ 36,932.50 |
| Juanita Garza | Associate - Bankruptcy | 259.4 | $ 138 | $ 35,667.50 |
| Aayush Bhatia | Associate - KGS | 141.1 | $ 135 | $ 19,048.50 |
| Bob Zhang | Associate - Advisory | 329.5 | $ 135 | $ 44,482.50 |
| **Subtotal Hours and Fees at Discounted Rates** | | **11,526.9** | | **$ 3,794,896.75** |
| Data Security Services - (Fixed Fee) | | | | $ 703,121.50[3] |
| Legal Support Services - (non-hourly fees) | | | | $ 187,769.79 [4] |
| Endpoint Protection Strategy Assessment Services - (Fixed Fee) | | | | $ 50,000.00 [5] |
| 2020 Electric System Inspections and Maintenance Program Services - (Fixed Fee) | | | | $ 370,000.00 [6] |
| **Total Fees Requested** | | | | **$ 5,105,788.04** |
| Out of Pocket Expenses | | | | $ 291,865.26 |
| **Total Fees and Out of Pocket Expenses** | | | | **$ 5,397,653.30** |
| **Blended Hourly Rate** (excludes Fixed Fee Hours) | | | $329.22 | |

[1] Rates differ due to services provided relating to different CWA's.

[2] Rate changed due to promotion effective October 1, 2019.

[3] KPMG and the Debtors agreed to fixed-fee compensation for the Data Security Services. Payment of the fixed fee is dependent on an iterative process by which stages of the project go through a formal review, including a detailed walkthrough, modifications (if required) and formal acceptance. KPMG requested the fixed-fee amount above for these services during the Third Interim Period, as approved by the client.

[4] These fees represent the recurring monthly charges as detailed in Appendix C of the Legal Support Services Agreement and further detailed on Exhibit C3 of the monthly fee statements.

[5] KPMG and the Debtors agreed to fixed-fee compensation for the Endpoint Protection Strategy Assessment Services. KPMG requested $50,000 related to the completion of Phase III during the Third Interim Period.

[6] KPMG and the Debtors agreed to fixed-fee compensation for the 2020 Electric System Inspections and Maintenance Program Services. Payment of the fixed fee is dependent on an iterative process by which stages of the project go through a formal review, including a detailed walkthrough, modifications (if required) and client acceptance. KPMG requested the fixed-fee amount above for these services during the Third Interim Period, as approved by the client.

# ATTACHMENT A TO FEE APPLICATION

# (CONTINUED)

# COMPENSATION BY PROJECT CATEGORY

| Project Category | Exhibit | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| Asset Management Services | C1 | 5,028.0 | $ 1,717,936.50 |
| Data Security Services | C2 | | $ 703,121.50 [7] |
| Legal Support Services | C3 | 3.5 | $ 189,492.29 [8] |
| IT Software Services (Phase 1) | C4 | 0.0 | $ - |
| Enterprise Project Management Tools Implementation Services | C5 | 0.0 | $ - |
| Risk Assessment Services | C6 | 0.0 | $ - |
| Retention Services | C7 | 2.2 | $ 397.50 |
| Fee Application Preparation Services | C8 | 539.3 | $ 81,794.25 |
| IT Software Services (Phase II) | C9 | 1,964.7 | $ 461,118.50 |
| Quanta Invoice Review Services | C10 | 353.9 | $ 95,531.00 |
| Data Security Loan Staff Services | C11 | 0.0 | $ - |
| Endpoint Protection Strategy Assessment Services | C12 | | $ 50,000.00 [9] |
| Data Security CCPA Support Staff Services | C13 | 455.5 | $ 72,706.50 |
| Tax and Accounting On-Call Services | C14 | 22.5 | $ 17,812.50 |
| Permitting Spend Analysis Services | C15 | 494.0 | $ 202,320.00 |
| Gas and Electric Permitting Support Phase 2 | C16 | 2,663.3 | $ 1,143,557.50 |
| 2020 Electric System Inspections and Maintenance Program Services | C17 | | $ 370,000.00 [10] |
| **Total Fees Requested** | | **11,526.9** | **$ 5,105,788.04** |

[7] KPMG and the Debtors agreed to fixed-fee compensation for the Data Security Services. Payment of the fixed fee is dependent on an iterative process by which stages of the project go through a formal review, including a detailed walkthrough, modifications (if required) and formal acceptance. KPMG requested the fixed-fee amount above for these services during the Third Interim Period, as approved by the client.

[8] Fee amount composed of hourly fees and recurring hosting fees.

[9] KPMG and the Debtors agreed to fixed-fee compensation for the Endpoint Protection Strategy Assessment Services. KPMG requested $50,000 related to the completion of Phase III during the Third Interim Period.

[10] KPMG and the Debtors agreed to fixed-fee compensation for the 2020 Electric System Inspections and Maintenance Program Services. Payment of the fixed fee is dependent on an iterative process by which stages of the project go through a formal review, including a detailed walkthrough, modifications (if required) and client acceptance. KPMG requested the fixed-fee amount above for these services during the Third Interim Period, as approved by the client.

**ATTACHMENT A TO FEE APPLICATION**

**(CONTINUED)**

**EXPENSE SUMMARY**

| Category | Amount |
|---|---:|
| Airfare | $ 92,952.84 |
| Lodging | $ 149,478.07 |
| Meals | $ 17,648.69 |
| Ground Transportation | $ 31,785.66 |
| Miscellaneous | $ - |
| **Total** | **$ 291,865.26** |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION,** <br><br> - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> **Debtors.** <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br><br> *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case <br><br> No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) <br><br> (Jointly Administered) |

**THIRD INTERIM FEE APPLICATION OF KPMG LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS INFORMATION TECHNOLOGY, RISK, AND LEGAL SUPPORT CONSULTANTS TO THE DEBTORS FOR THE PERIOD FROM OCTOBER 1, 2019 THROUGH JANUARY 31, 2020**

KPMG LLP, ("KPMG") as information technology, risk, and legal support consultants to the above-captioned debtors and debtors-in-possession (the "Debtors"), files this Third Interim Fee Application (the "Interim Fee Application"), pursuant to section 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Northern District of California (the "Local Rules"). By this Interim Fee Application, KPMG seeks the allowance of compensation for professional services performed and actual and necessary expenses incurred by KPMG for the period from October 1, 2019 through and including January 31, 2020 (the "Compensation Period"), in the amount of $5,397,653.30 and respectfully represents:

## Background

A.  On January 29, 2019 (the "Petition Date") each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of title 11 of the Bankruptcy Code. On February 12, 2019, the Acting United States Trustee for Region 3 appointed an official committee of unsecured creditors (the "Creditors' Committee").

B.  By this Court's Order Authorizing the Debtors to Retain and Employ KPMG LLP as Information Technology, Risk, and Legal Consultants Nunc Pro Tunc to January 29, 2019, dated October 11, 2019 [Docket No. 2503] (the "Retention Order"), the Debtors were authorized to compensate KPMG in accordance with the procedures set forth in section 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such other procedures as were fixed by order of the Court. A copy of the Retention Order is attached hereto as Exhibit A.

C.  By this Court's Order Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Fed. R. Bankr. P. 2014(a) and 2016 Amending the Scope of the Retention of KPMG LLP as Information Technology, Risk, and Legal Consultants to the Debtors Effective *Nunc Pro Tunc* to April 8, 2019, dated December 11, 2019 [Docket No. 5077] (the "Supplemental Retention Order"), the Debtors were authorized to compensate KPMG in accordance with the procedures set forth in section 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such other procedures as were fixed by order of the Court. A copy of the Supplemental Retention Order is attached hereto as Exhibit B.

D.  By this Court's Order Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Fed. R. Bankr. P. 2014(a) and 2016 Amending the Scope of the Retention of KPMG LLP as Information Technology, Risk, and Legal Consultants to the Debtors Effective *Nunc Pro Tunc* to December 20, 2019, dated May 15, 2020 [Docket No. 7351] (the "Second Supplemental Retention Order"), the

Debtors were authorized to compensate KPMG in accordance with the procedures set forth in section 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such other procedures as were fixed by order of the Court. A copy of the Second Supplemental Retention Order is attached hereto as Exhibit C.

**Jurisdiction**

**E.** This court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334. This is a core proceeding within the meaning of 28 U.S.C. §157(b)(2). Venue of this Chapter 11 case in this district is proper under 28 U.S.C. §§ 1408 and 1409.

**Summary of Interim Fee Application**

**F.** During the Compensation Period, KPMG performed the services for which it is seeking compensation on behalf of or for the Debtors and their estates and not on behalf of any committee, creditor or other person. By this Interim Fee Application, KPMG requests allowance of Interim compensation of professional fees totaling $5,105,788.04 of necessary and actual out-of-pocket expenses in the amount of $291,865.26.

**Summary of Services Rendered During the Compensation Period**

**G.** This Interim Fee Application is KPMG's Third Interim Fee Application for compensation and expense reimbursement filed in these chapter 11 cases. During the Compensation Period, KPMG provided significant professional services to the Debtors in their efforts to navigate their business through the chapter 11 process.

**H.** Set forth below is a summary of the significant professional services that KPMG rendered to the Debtors during the Compensation Period and annexed hereto as Exhibit A is a chart depicting KPMG professionals who rendered these services.

**Asset Management Services**

- Continued to assist the Debtors' with development of certain aspects of its transmission, distribution and substation inspection programs.

**Data Security Services**

- Continued providing assistance to Debtors' team with the development of its Data Security program.

**Legal Support Services**

- Provided evidence, discovery management services and digital evidence recovery services at the request of Debtors' counsel, Latham and Clarence.

**Retention Services**

- Discussions and correspondence with partners, Office of General Counsel and Debtors' counsel related to the supplemental employment application.

**Fee Application Preparation**

- The billing procedures required by the US Trustee Guidelines differ from KPMG's normal billing procedures and as such, the Local Rules and the Interim Compensation Order entered in these cases have required significant effort to inform the timekeepers of their responsibilities, compile the detailed time and expenses entries, begin preparation of the detailed and summary schedules of fees and expenses incurred, and begin drafting the schedules included in the Interim fee Applications.

**IT Software Services (Phase II)**

- Continued to assist the Debtors with their migration from Siteminder to Ping (information technology software platforms).

**Quanta Invoice Review Services**

- Continued to perform an analysis of the Quanta Service Inc. payment applications related to the performance of construction management services, which have been submitted to the Debtors.

**Data Security Loan Staff Services**

- Provided the Debtors with a staff member to support the Debtors' personnel with respect to their security initiatives.

**Endpoint Protection Strategy Assessment Services**

- Continued assisting the Debtors' with the Endpoint Security Strategy Assessment and development of a plan to implement changes to that strategy.

**Data Security CCPA Support Staff Services**

- Assisted the Debtors' Cybersecurity Risk and Strategy organization in performing data protection activities as they relate to CCPA compliance activities.

**Tax and Accounting On-Call Services**

- Provided tax and accounting advice in response to inquiries from the Debtors.

**Permitting Spend Analysis Services**

- Continued to assist the Debtors' with analyzing payments to certain authorities related to notices of violation for non-conformance with encroachment permit requirements.

**Gas and Electric Permitting Support Phase 2**

- Began the second phase of assisting the Debtors' with analyzing payments to certain authorities related to notices of violation for non-conformance with encroachment permit requirements.

**2020 Electric System Inspections and Maintenance Program Services**

- Began to support the Debtors' Electric organization with project management, analytical, and process support for their 2020 System Inspections and Maintenance programs.

**I.** Per the Data Security Services Agreement executed on March 20, 2019, KPMG and the Debtors agreed to a Fixed Fee arrangement in the amount of $2,705,013.50. Payment of the Fixed Fee is dependent on an iterative process by which stages of the project go through a formal review, including a detailed walkthrough, modifications (if required) and formal acceptance by the client. During the Compensation Period, KPMG requested fees for services rendered through January 31, 2020 totaling $703,121.50 as approved by the Debtors.

**J.** KPMG and the Debtors agreed to a Fixed Fee arrangement for the Endpoint Protection Strategy Assessment Services in the amount of $150,000.00, inclusive of Phases I – III, with compensation for the completion of each phase totaling $50,000.00. During the Compensation Period, KPMG requested the fixed fee amount relating to the completion of Phase III of these services totaling $50,000.00.

**K.** KPMG and the Debtors agreed to a Fixed Fee arrangement for the 2020 Electric Systems Inspections and Maintenance Program Services in the amount of $2,200,000.00. Payment of

the Fixed Fee is dependent on an iterative process by which stages of the project go through a formal review, including a detailed walkthrough, modifications (if required) and formal acceptance by the client. During the Compensation Period, KPMG requested fees for services rendered through January 31, 2020 totaling $370,000.00 as approved by the Debtors.

**L.** During the Compensation Period, KPMG billed the Debtors for non-fixed fee time expended by professionals based on hourly rates ranging from $135 to $850 per hour. The rates reflected in this Interim Fee Application for non-fixed fee services represent approximately a 10% - 78% discount from KPMG's standard rates. Of the aggregate time expended, 260.2 hours were expended by partners and principals, 726.0 hours were expended by managing directors, directors and associate directors, 3,945.1 hours were expended by managers, and 6,595.7 hours were expended by senior associates and associates. KPMG's blended hourly rate for non-fixed fee services provided during the Compensation Period is $329.22.

**M.** KPMG maintains contemporaneous records of the time expended for the non-fixed fee professional services and expenses related hereto performed in connection with these chapter 11 cases.

**N.** The fees applied for herein are based on the usual and customary fees KPMG charges to advisory services clients and are commensurate with the usual and customary rates charged for services performed.

**O.** KPMG respectfully submits that the amounts applied for herein for professional services rendered on behalf of the Debtors in these cases to date are fair and reasonable given: (a) the time expended; (b) the nature and extent of the services performed at the time at which such services were rendered; (c) the value of such services; and (d) the costs of comparable services other than in these chapter 11 cases.

**P.** The time and labor expended by KPMG during the Compensation Period has been commensurate with the size and complexity of these cases. In rendering these services, KPMG has made every effort to maximize the benefit to the Debtors' estates, to work efficiently with the other professionals employed in these cases, and to leverage staff appropriately in order to minimize duplication of effort.

**Q.** During the Compensation Period, KPMG provided a focused range of professional services as requested by the Debtors. KPMG respectfully submits that these services: (a) were necessary and beneficial to the successful and prompt administration of these cases; and (b) have been provided in a cost efficient manner.

**R.** Except as set forth in the Retention Order, no promises concerning compensation have been made to KPMG by any firm, person or entity.

**Summary of Actual and Necessary Expenses During the Compensation Period**

**S.** KPMG seeks reimbursement of actual and necessary expenses incurred by KPMG during the Compensation Period in the aggregate amount of $291,865.26 expenses. These expenses are reasonable and necessary in light of the size and complexity of the Debtors' cases.

**Reservation**

To the extent that time for services rendered or disbursements incurred relate to the Compensation Period, but were not processed prior to the preparation of this Interim Fee Application, KPMG reserves the right to request additional compensation for such services and reimbursement of such expenses in a future Interim fee Application. Furthermore, KPMG reserves the right to seek final approval of the fees and expenses requested herein.

**Conclusion**

WHEREFORE, KPMG respectfully requests that, pursuant to the Interim Compensation Order, KPMG is (i) allowed on an interim basis compensation of $5,105,788.04 for services rendered during the Compensation Period (ii) allowed on an interim basis reimbursement of expenses billed during the Compensation Period of $291,865.26; (iii) authorized to be paid its allowed fees and expenses for the Compensation Period; and (iv) granted such other and further relief as the Court may deem proper.

Dated: July 9, 2020

Respectfully submitted,

_____

Eugene V. Armstrong
Principal
KPMG LLP
55 Second Street
Suite 1400
San Francisco, CA 94105
415 963 7301