**EXHIBIT A**

# EXHIBIT A
## COMPENSATION BY PROFESSIONAL
## FOR THE PERIOD APRIL 1, 2020 THROUGH APRIL 30, 2020

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---:|---:|---:|
| Brent Williams | Managing Director | $ 1,195 | 246.1 | $ 294,089.50 |
| Alex Stevenson | Managing Director | 1,195 | 103.7 | 123,921.50 |
| Brendan Murphy | Managing Director | 1,095 | 252.6 | 276,597.00 |
| Sherman Guillema | Director | 895 | 128.3 | 114,828.50 |
| Peter Gnatowski | Director | 895 | 286.5 | 256,417.50 |
| Matt Merkel | Vice President | 795 | 311.6 | 247,722.00 |
| Erik Ellingson | Associate | 695 | 140.8 | 97,856.00 |
| Naeem Muscatwalla | Associate | 695 | 91.6 | 63,662.00 |
| Max Golembo | Associate | 695 | 53.2 | 36,974.00 |
| Riley Jacobs | Analyst | 395 | 231.2 | 91,324.00 |
| Alex Gebert | Analyst | 395 | 281.3 | 111,113.50 |
| Zack Stone | Analyst | 395 | 107.0 | 42,265.00 |
| Aadil Khan | Analyst | 395 | 79.5 | 31,402.50 |
| Charles Hallett | Analyst | 395 | 56.8 | 22,436.00 |
| Thomas Steve | Analyst | 395 | 65.7 | 25,951.50 |
| **Total** | | | | $ 1,836,560.50 |