**EXHIBIT B**

# EXHIBIT B
# COMPENSATION BY WORK TASK CODE
# FOR THE PERIOD APRIL 1, 2020 THROUGH APRIL 30, 2020

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---:|---:|
| 3 | Financial Analysis (Requested by Counsel, or Otherwise) | 322.3 | $ 224,668.50 |
| 4 | 13-Week Cash Flow / MOR / Liquidity Analysis | 61.9 | $ 39,150.50 |
| 6 | Due Diligence of Wildfire Safety Plan and Related Analysis | 152.5 | $ 110,737.50 |
| 7 | Debtor Professionals - Diligence / Meetings / Calls | 40.4 | $ 39,808.00 |
| 9 | Other Professionals / Interested Parties - Diligence / Meetings / Calls | 28.9 | $ 32,545.50 |
| 10 | Tort Claimants (Counsel/FA) - Diligence / Meetings / Calls | 83.1 | $ 92,614.50 |
| 11 | Assist Counsel in Responses / Objections to Bankruptcy Court Motions | 26.5 | $ 22,317.50 |
| 12 | Committee Related Matters - Diligence / Meetings / Calls | 90.4 | $ 88,518.00 |
| 13 | Bankruptcy Filings, Motions and Other Document Review | 102.3 | $ 67,828.50 |
| 15 | Review of Employee-Related Matters, Including Retention Plans | 52.7 | $ 32,796.50 |
| 17 | Asset Sale(s), Strategic Alternatives, and Related Analysis | 96.1 | $ 79,179.50 |
| 18 | Analysis of New Debt or Equity Capital | 410.6 | $ 304,187.00 |
| 19 | Analysis of Pro-Forma Capital Structure, and Related Analysis | 117.0 | $ 98,155.00 |
| 20 | Benchmarking and Related Analysis | 269.9 | $ 168,290.50 |
| 21 | Term Sheets, Plan, and Disclosure Statement Analysis | 137.1 | $ 126,974.50 |
| 23 | Deposition(s), Testimony, Court Hearing(s), and Related Preparation / Attendance | 16.1 | $ 17,489.50 |
| 24 | Business Plan | 86.1 | $ 63,889.50 |
| 25 | Regulatory and Legislative Matters, and Related Financial Analysis | 158.6 | $ 118,707.00 |
| 27 | Project Administration | 76.2 | $ 55,469.00 |
| 29 | Time and Expenses Tracking | - | $ - |
| 31 | Fee Application Preparation | 107.2 | $ 53,234.00 |
| **Grand Total** | | **2,435.9** | **$ 1,836,560.50** |