# **EXHIBIT C**

# EXHIBIT C
# EXPENSE SUMMARY
# FOR THE PERIOD APRIL 1, 2020 THROUGH APRIL 30, 2020[1]

| Expense Type | Amount |
|---|---|
| Airfare | $633.61 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | $78.38 |
| Internet/Online Fees | $49.95 |
| Teleconferencing | $262.65 |
| **Total** | **$1,024.59** |

(1) Includes expenses related to prior fee periods that were not previously filed due to timing.