**<u>EXHIBIT E</u>**

# EXHIBIT E
# EXPENSE DETAIL
## FOR THE PERIOD APRIL 1, 2020 TO APRIL 30, 2020[(1)]

| Project Category | Expense Date | LI Professional(s) | Expense Detail(s) / Internal Memo(s) | Amount ($) |
|---|---|---|---|---|
| Airfare | 1/2/2020 | 001463 Murphy, Brendan J | Airfare | 329.94 |
| Airfare | 1/2/2020 | 001463 Murphy, Brendan J | Ticketing Fee | 30.00 |
| Airfare | 1/2/2020 | 001463 Murphy, Brendan J | Ticketing Fee | 30.00 |
| Airfare | 1/2/2020 | 001463 Murphy, Brendan J | Airfare | 243.67 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 1/23/2020 | 001463 Murphy, Brendan J | Working Past 9pm / Late Night Transportation | 78.38 |
| Teleconferencing | 4/3/2020 | 001473 Gebert, Alexander M | Court Call | 35.00 |
| Teleconferencing | 4/11/2020 | 001473 Gebert, Alexander M | Court Call | 80.00 |
| Teleconferencing | 4/19/2020 | 001473 Gebert, Alexander M | Court Call | 44.90 |
| Internet/Online Fees | 4/24/2020 | 001652 Gnatowski, Peter | Internet/Online Fees | 49.95 |
| Teleconferencing | 4/30/2020 | | Conference Calls | 102.75 |

(1) Includes expenses related to prior fee periods that were not previously filed due to timing.