1  Thomas Tosdal
   Tosdal Law Firm APC
2  777 S. Highway 101, Ste. 215
   Solana Beach, CA 92075
3  Tel.: (858) 704-4709
   E mail: tom@tosdallaw.com
4  Fax: (888) 740-3859
   SBN 67834

5

6  Michael S. Feinberg APLC
   41911 Fifth Street, Ste. 300
   Temecula, CA 92590
7  Tel.: (951) 698-9900
   E mail: feinberg@feinbergfitchlaw.com
8  Fax: (951) 698-9909

9  Angela Jae Chun
   Law Office of Angela Jae Chun
10 777 S. Highway 101, Ste. 215
   Solana Beach, CA 92075
11 Tel.: (619) 719-5757
   E mail: ajc@chun.law

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re:<br><br>PG&E CORPORATION<br><br>and<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtors. | Bankr. Case No. 19-30088-DM<br><br>**SUBSTITUTION OF ATTORNEY** |

THE COURT AND ALL PARTIES ARE NOTIFIED THAT Claimant Barbara Suzanne Barling substitutes the undersigned counsel in the place and stead of former counsel, John C. Cox, in the above entitled matter, effective immediately.

1

Dated: 6/22/2020

_____
Michael S. Feinberg, APLC Attorney

I consent to this substitution.

Dated: 5/28/20

_____
Barbara Suzanne Barling

Acknowledged and consented by former attorney.

Dated: 7/3/2020

_____
John C. Cox, Attorney

I consent to this substitution.

Dated: 6/22/2020

_____
Michael S. Feinberg, APLC Attorney