# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | **Bankruptcy Case** |
| **PG&E CORPORATION,** | **No. 19-30088 (DM)** |
| - and - | |
| **PACIFIC GAS AND ELECTRIC** | **Chapter 11** |
| **COMPANY,** | **(Lead Case)** |
| Debtors. | **(Jointly Administered)** |

## CERTIFICATE OF SERVICE

I, Alain B. Francoeur, do declare and state as follows:

1.      I am employed at Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2.      On July 6, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via first class mail on (1) Keller and Benvenutti, LLP, Attn: Tobias S. Keller & Jane Kim, 650 California St., #1900 San Francisco, CA 94108; (2) Office of the U.S. Trustee / SF, Phillip J. Burton Federal Building, 450 Golden Gate Ave. 5th Fl., #05-0153 San Francisco, CA 94102; and (3) Weil, Gotshal & Manges LLP, Attn: Stephen Karotkin, Theodore E. Tsekerides, Richard W. Slack, Jessica Liou, & Matthew Goren, 767 Fifth Avenue New York, NY 10153-0119:

- Order Confirming Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization dated June 19, 2020 [Docket No. 8053]

- Notice of Appeal and Statement of Election to have Appeal heard by District Court [Docket No. 8243]

- Certification of Service [Docket No. 8244]

- Notice of Appeal and Statement of Election to have Appeal heard by District Court [Docket No. 8263]

- Notice of Appeal and Statement of Election [Docket No. 8266]

- Court Certificate of Mailing [Docket No. 8270]

- Court Certificate of Mailing [Docket No. 8274]

3. On July 6, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via first class mail on the Notice Parties Service List attached hereto as **Exhibit A**:

- Order Confirming Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization dated June 19, 2020 [Docket No. 8053]

- Notice of Appeal and Statement of Election to have Appeal heard by District Court [Docket No. 8243]

- Certification of Service [Docket No. 8244]

- Notice of Appeal and Statement of Election to have Appeal heard by District Court [Docket No. 8263]

- Court Certificate of Mailing [Docket No. 8270]

4. On July 6, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via first class mail on (1) Theresa Ann McDonald, 1832 Knights Ferry Drive Plumas Lake, CA 95961; and (2) Theresa Ann McDonald, 5044 Russell Drive Paradise, CA 95969:

- Order Confirming Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization dated June 19, 2020 [Docket No. 8053]

- Notice of Appeal and Statement of Election [Docket No. 8266]

- Court Certificate of Mailing [Docket No. 8274]

5. On July 6, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via first class mail on the Interested Parties Service List attached hereto as **Exhibit B**:

- Order Confirming Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization dated June 19, 2020 [Docket No. 8053]

- Notice of Appeal and Statement of Election to have Appeal heard by District Court [Docket No. 8263]

Case: 19-30088    Doc# 8348    Filed: 07/09/20    Entered: 07/09/20 17:10:24    Page 2 of 7

1     •   Court Certificate of Mailing [Docket No. 8274]

2

3       6.     I have reviewed the Notices of Electronic Filing for the above-listed documents, and I

understand that parties listed in each NEF as having received notice through electronic mail were

electronically served with that document through the Court's Electronic Case Filing system.

      7.     I declare under penalty of perjury under the laws of the United States of America, that

the foregoing is true and correct and that if called upon as a witness, I could and would competently

testify thereto.

Executed this 9th day of July 2020, at New York, NY.


                                                     */s/ Alain B. Francoeur*
                                                    Alain B. Francoeur

**Exhibit A**

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| JONES DAY | Attn: Bruce S. Bennett, Joshua M. Mester, & James O. Johnston | 555 South Flower St., 15th Fl. | Los Angeles | CA | 90071-2300 |
| LABATON SUCHAROW LLP | Attn: Thomas A. Dubbs, Carol C. Villegas, & Jeffrey A. Dubbin | 140 Broadway | New York | NY | 10005 |
| LOWENSTEIN SANDLER LLP | Attn: Michael S. Etkin & Andrew | One Lowenstein Drive | Roseland | NJ | 07068 |
| MICHELSON LAW GROUP | Attn: Randy Michelson | 220 Montgomery Street, Suite 2100 | San Francisco | CA | 94104 |

**<u>Exhibit B</u>**

Case: 19-30088   Doc# 8348   Filed: 07/09/20   Entered: 07/09/20 17:10:24   Page 6 of
7

# Exhibit B
## Interested Parties Service List
### Served via first class mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|------|-----------|-----------|------|-------|-------------|
| AKIN GUMP STRAUSS HAUER & FELD LLP | Attn: Michael S. Stamer, Ira S. Dizengoff, David H. Botter, & Abid Qureshi | One Bryant Park | New York | NY | 10036 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | Attn: Ashley Vinson Crawford | 580 California Street, Suite1500 | San Francisco | CA | 94104 |
| BAKER HOSTETLER LLP | Attn: Robert A. Julian & Cecily A. Dumas | 1160 Battery Street, Suite 100 | San Francisco | CA | 94111 |
| BAKER HOSTETLER LLP | Attn: Eric E. Sagerman & David J. Richardson | 11601 Wilshire Blvd., Suite 1400 | Los Angeles | CA | 90025-0509 |
| BROWN RUDNICK LLP | Attn: Joel S. Miliband | 2211 Michelson Drive, Seventh Floor | Irvine | CA | 92612 |
| BROWN RUDNICK LLP | Attn: David J. Molton | Seven Times Square | New York | NY | 10036 |
| DIEMER & WEI LLP | Attn: Kathryn S. Diemer | 100 West San Fernando Street, Suite 555 | San Jose | CA | 95113 |
| MILBANK LLP | Attn: Gregory A. Bray & Thomas R. Kreller | 2029 Century Park East, 33rd Floor | Los Angeles | CA | 90067 |
| MILBANK LLP | Attn: Dennis F. Dunne & Samuel A. Khalil | 55 Hudson Yards | New York | NY | 10001-2163 |
| THE LAW OFFICE OF JOSEPH WEST | Attn: Joseph West | 575 E. Locust Ave., Suite 120 | Fresno | CA | 93720 |
| WILLKIE FARR & GALLAGHER LLP | Attn: Matthew A. Feldman, Joseph G. Minias, & Benjamin P. McCallen | 787 Seventh Avenue | New York | NY | 10019-6099 |

Case: 19-30088   Doc# 8348   Filed: 07/09/20   Entered: 07/09/20 17:10:24   Page 7 of 7