DOWNEY BRAND LLP
JAMIE P. DREHER (Bar No. 209380)
JOSEPH K. LITTLE (Bar No. 322179)
Email: jdreher@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone:  916.444.1000
Facsimile:   916.444.2100

Attorneys for Chad Carothers

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E Corporation,<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>[ ] Affects PG&E Corporation<br>[ ] Affects Pacific Gas and Electric Company<br>[x] Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088-DM, | Case No. 19-30088-DM<br><br>Chapter 11<br>Lead Case, Jointly Administered<br><br>**NOTICE OF HEARING ON MOTION PURSUANT TO FED. R. BANKR. P. 9006(b)(1) TO ENLARGE THE TIME FOR CHAD CAROTHERS TO FILE PROOF OF CLAIM**<br><br>Date:     August 4, 2020<br>Time:    10:00 a.m.<br>Crtrm.:   Courtroom 17<br>              450 Golden Gate Avenue<br>              San Francisco, CA 94102<br>Judge:   Hon. Dennis Montali<br><br>Objection deadline:    July 28, 2020<br>                                   4:00 p.m. (Pacific Time) |

**PLEASE TAKE NOTICE THAT** on January 29, 2019, PG&E Corporation and Pacific Gas and Electric Company, the debtors in the above captioned chapter 11 cases (the "Chapter 11 Cases"), each filed a voluntary petition for relief under chapter 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE THAT** a hearing on the Motion Pursuant to Fed. R. Bankr. P. 9006(B)(1) to Enlarge the Time for Chad Carothers to File Proof of Claim ("the

Motion") filed by Brooke M. Hawes ("Movant") will be heard by the Honorable Dennis Montali on August 4, 2020 at 10:00 a.m.

The hearing will not be conducted in the presiding judge's courtroom but instead will be conducted by telephone or video. All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

**PLEASE TAKE FURTHER NOTICE THAT** any oppositions or responses to the Motion must be in writing, filed with the Bankruptcy Court, and served on the counsel for Movant at the above-referenced addresses so as to be received by no later than 4:00 p.m. (Pacific Time) on July 28, 2020. Any oppositions or responses must be filed and served on all "Standard Parties" as defined in, and in accordance with, the Second Amended Order Implementing Certain Notice and Case Management Procedures entered on May 14, 2019 [Dkt. No. 1996] (the "Case Management Order"). Any relief requested in the Motion may be granted without a hearing if no opposition is timely filed and served in accordance with the Case Management Order. In deciding the Motion, the Court may consider any other document filed in these Chapter 11 Cases.

**PLEASE TAKE FURTHER NOTICE THAT** copies of the Motion and its supporting papers can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims again, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 for U.S. based parties; or +1(929) 333-8977 for International parties or by e-mail at pgeinfo@primeclerk.com. Note that at PACER password is needed to access documents on the Bankruptcy Court's website.

DATED: July 10, 2020         DOWNEY BRAND LLP

                             By:  _____/s/ Jamie P. Dreher_____
                                       JAMIE P. DREHER
                                   Attorneys for Chad Carothers