Peter S. Partee, Sr. (admitted *pro hac vice*)
**HUNTON ANDREWS KURTH LLP**
200 Park Avenue
New York, New York 10166
Tel: (212) 309-1000 / Fax: (212) 309-1100
ppartee@huntonak.com

-and-

Matthew Bobb (CA BAR 253308)
**HUNTON ANDREWS KURTH LLP**
550 South Hope St., Suite 2000
Los Angeles, CA 90071
Tel: (213) 532-2116 / Fax: (704) 331-4239
mbobb@huntonak.com

*Counsel for Potrero Hills Energy Producers, LLC*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>- and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br><br>\* *All papers shall be filed in the lead case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**NOTICE OF WITHDRAWAL OF POTRERO HILLS ENERGY PRODUCERS, LLC'S OBJECTION TO PROPOSED CURE AMOUNT**<br><br>**Related Docket No. 7213** |

**PLEASE TAKE NOTICE** that Potrero Hills Energy Producers, LLC hereby withdraws its *Objection to Proposed Cure Amount* [Docket No. 7213] filed on May 15, 2020.

Dated: July 10, 2020

By: /s/ *Peter S. Partee, Sr.*
Peter S. Partee, Sr. (admitted *pro hac vice*)
**HUNTON ANDREWS KURTH LLP**
200 Park Avenue
New York, NY 10166
Tel: (212) 309-1000 / Fax: (212) 309-1100
ppartee@huntonak.com

-and-

Matthew Bobb (CA Bar 253308)
**HUNTON ANDREWS KURTH LLP**
550 South Hope St., Suite 2000
Los Angeles, CA 80071
Tel: (213) 532-2116 / Fax: (704) 331-4239
mbobb@huntonak.com

*Counsel for Potrero Hills Energy Producers, LLC*