# EXHIBIT A

CONFORMED COPY of document recorded
04/14/2020, 2020K922955

on _____ with document no _____
This document has not been compared with the original
SAN FRANCISCO ASSESSOR-RECORDER

Recording Requested By and When Recorded Mail To
Helen Leonard
ACCO Engineered Systems, Inc./622898
888 E Walnut Street
Pasadena, CA 91101

*Space above this line for recorder's use only (To be recorded in the county recorder's office in the county in which the property is located.)*

# MECHANICS LIEN

NOTICE IS HEREBY GIVEN that Claimant ACCO Engineered Systems, Inc. 888 E Walnut Street Pasadena CA 91101 _____ (legal name and address), claims a lien for labor, service, equipment, or material under Section 8000 et. seq. of the Civil Code of the State of California, upon the premises hereinafter described, and upon every estate or interest in such structures, improvements and premises held by any party holding any estate therein. The work was furnished for the construction of those certain buildings, improvements, or structures, now upon that certain parcel of land situated in the County of San Francisco _____, State of California, said land described as follows:

STREET ADDRESS: 77 Beale Street San Francisco, CA 94105
   and/or
LEGAL DESCRIPTION: APN#3711-014A

The lien is claimed for the following labor, services, equipment or materials furnished by the Claimant: HVAC/Plumbing/ Bldg & Related Materials _____ (describe generally). Claimant is owed $572,929 _____ for work furnished to the work of improvement, after deducting all just credits and offsets, plus interest at the legal rate from the date of this lien.

The name of the person or company by whom Claimant was employed, or to whom Claimant furnished the work is: CB2 Builders 505 Beach Street #210, San Francisco, CA 94133 _____.

The name(s) and address(es) of the owner(s) or reputed owner(s) of the real property is/are:
Pacific Gas & Electric, 77 Beale Street San Francisco, CA 94105

Name of Claimant: ACCO Engineered Systems, Inc.

Date: April 8, 2020     By: _____
                              Signature
                              Richard Harris, Agent
                              Print Name & Authorized Capacity

## Verification

I, the undersigned, declare: I am the _____ AGENT _____ (authorized capacity/title), for the Claimant named in the foregoing claim of mechanics lien. I am authorized to make this verification for the Claimant. I have read the foregoing claim of mechanics lien and know the contents thereof, and the same is true of my knowledge. I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on APRIL 8, 20 20 at _____ California     _____
                                                        Signature of Claimant or Authorized Agent

C&B Forms - revised March 2012 - effective July 1, 2012                                      Page One

# NOTICE OF MECHANICS LIEN

## ATTENTION!

### (Civil Code § 8416)

Upon the recording of the recording of the enclosed MECHANICS LIEN with the County Recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded.  The legal action must be filed with the court no later than 90 days after the date the Mechanics Lien is recorded.

The party identified in the enclosed Mechanics Lien may have provided labor or materials for improvements to your property and may not have been paid for these items.  You are receiving this notice because it is a required step in filing a Mechanics Lien foreclosure action against your property.  The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property.  This may affect your ability to borrow against, refinance, or sell the property until the Mechanics Lien is released.

**BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS STATE LICENSE BOARD WEBSITE AT www.cslb.cva.gov.**

# PROOF OF SERVICE AFFIDAVIT
## California Civil Code section 8416

Failure to serve the Mechanics Lien and Notice of Mechanics Lien on the owner, or alternatively if the owner cannot be served on the lender or original contractor, shall cause the Mechanics Lien to be unenforceable as a matter of law (Civil Code Section 8416(e)). Service of the Mechanics Lien and Notice of Mechanics Lien must be by (1) registered mail, (2) certified mail, or (3) first-class mail evidenced by a certificate of mailing, postage prepaid, and to a residence or business address for the owner, lender or contractor. Further, a Proof of Service Affidavit (below) must be completed and signed by the person serving the Mechanics Lien and Notice of Mechanics Lien. This page should be completed (either one of the sections below) and recorded with the County Recorder along with the Mechanics Lien and Notice of Mechanics Lien.

**AFFIDAVIT FOR SERVICE ON THE OWNER**

California Civil Code Section 8416 (a)(7) and (c)(1)

I, __Jimmy Chang_____ (name), declare that I served a copy of this Mechanics Lien and Notice of Mechanics Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the owner(s) or reputed owner(s) of the property:

Company /Person served: Pacific Gas & Electric_____

Title or capacity of person or entity served: _Property Owner_____

Service Address: 77 Beale Street, San Francisco, CA 94133_____

Said service address is the owner's residence, place of business, or address shown by the building permit on file with the permitting authority for the work or the address identified on the construct trust deed.

Executed on __April 9, 2020_____ (date), at _San Francisco____ (city), California.

By: ___*Jimmy Chang*___
(signature of person serving)

**ALTERNATE AFFIDAVIT FOR SERVICE ON THE CONSTRUCTION LENDER OR ORIGINAL CONTRACTOR**

California Civil Code Section 8416 (a)(7) and (c)(2)

I, _____ (name), declare that that the owner or reputed owner cannot be served with a copy of this Mechanics Lien and Notice of mechanics Lien by registered mail, certified mail, or first-class mail. Pursuant to California Civil Code section 8416, I served a copy of this Mechanics Lien and Notice of Mechanics Lien by registered mail, certified mail, or first-class mail evidenced by a certificate of mailing, postage prepaid, addressed as follows to the construction lender or original contractor as follows:

Company /Person served:_____

Title or capacity of person served (if appropriate): _____

Service Address: _____

Executed on _____ (date), at _____ (city), California.

By: _____
(signature of person serving)