UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re: | Bankruptcy Case |
|---|---|
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Andrew G. Vignali, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On July 7, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via first class mail on the Notice Parties Service List attached hereto as **Exhibit A**:

- Memorandum Decision Regarding Postpetition Interest [Docket No. 5226]
- Interlocutory Order Regarding Postpetition Interest [Docket No. 5669]
- Memorandum Decision – Confirmation of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization [Docket No. 8001]
- Order Confirming Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020 [Docket No. 8053]
- Notice of Appeal and Statement of Election to Have Appeal Heard by District Court [Docket No. 8261]
- Certificate of Service [Docket No. 8262]

3. I have reviewed the Notices of Electronic Filing for the above-listed documents, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

4. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 10th day of July 2020, at New York, NY.

*/s/ Andrew G. Vignali*
Andrew G. Vignali

**Exhibit A**

Exhibit A
Notice Parties Service List
Served via first class mail

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| Akin Gump Strauss Hauer & Felds LLP | Attn: Michael S. Stamer, Ira S. Dizengoff, David H. Botter, Abid Qureshi | One Bryant Park | | New York | NY | 10036 |
| Akin Gump Strauss Hauer & Felds LLP | Attn: Ashley Vinson Crawford | 580 California Street, Suite 1500 | | San Francisco | CA | 94104 |
| Arent Fox LLP | Attn: Adam Ordubegian | 55 Second Street, 21st Floor | | San Francisco | CA | 94105 |
| Davis Polk & Wardell LLP | Attn: Timothy Graulich, David Schiff, Daniel E. Meyer | 450 Lexington Avenue | | New York | NY | 10017 |
| Davis Polk & Wardell LLP | Attn: Andrew D. Yaphe | 1600 El Camino Real | | Menlo Park | CA | 94025 |
| Diemer & Wei LLP | Attn: Kathryn S. Diemer | 100 West San Fernando Street | Suite 555 | San Jose | CA | 95113 |
| Gibson, Dunn & Crutcher LLP | Attn: David M. Feldman, Matthew K. Kelsey | 200 Park Avenue | | New York | NY | 10166-0193 |
| Gibson, Dunn & Crutcher LLP | Attn: Matthew D. McGill | 1050 Connecticut Avenue, N.W. | | Washington | DC | 20036-5306 |
| Gibson, Dunn & Crutcher LLP | Attn: Michael S. Neumeister, Michelle Choi | 333 South Gran Avenue | | Los Angeles | CA | 90071-3197 |
| Jones Day | Attn: Bruce S. Bennett, Joshua M. Mester, James O. Johnston | 555 South Flower St., 15th Fl. | | Los Angeles | CA | 90071-2300 |
| Keller and Benvenutti, LLP | Attn: Tobias S. Keller, Jane Kim, Peter J. Benvenutti | 650 California St., #1900 | | San Francisco | CA | 94108 |
| Milbank LLP | Attn: Gregory A. Bray, Thomas R. Kreller | 2029 Century Park East, 33rd Floor | | Los Angeles | CA | 90067 |
| Milbank LLP | Attn: Dennis F. Dune, Samuel A. Khalil | 55 Hudson Yards | | New York | NY | 10001-2163 |
| Office of the U.S. Trustee/ SF | | Phillip J. Burton Federal Building | 450 Golden Gate Ave. 5th Fl., #05-0153 | San Francisco | CA | 94102 |
| Pillsbury Winthrop Shaw Pittman LLP | Attn: M. David Minnick | Four Embarcadero Center, 22nd Floor | | San Francisco | CA | 94126-5998 |
| Pillsbury Winthrop Shaw Pittman LLP | Attn: Leo T. Crowley | 31 West 52nd Street | | New York | NY | 10019-6131 |
| Quinn Emanuel Urquhart & Sullivan LLP | Attn: Bennet Murphy | 865 South Figuerora, 10th Floor | | Los Angeles | CA | 90017-2543 |
| Stroock & Stroock & Lavan LLP | Attn: David W. Moon | 2029 Century Park East | | Los Angeles | CA | 90067-3086 |
| Stroock & Stroock & Lavan LLP | Attn: Andrew I. Silfen, Beth M. Brownstein | 1301 Avenue of the Americas | 42nd Floor | New York | NY | 10019 |
| Troutman Sanders LLP | Attn: Hugh M. McDonald, Jonathan D. Forstot | 875 Third Avenue | | New York | NY | 10022 |
| Troutman Sanders LLP | Attn: Marcus T. Hall, Katherine L. Malone | 3 Embarcadero Center, Suite 800 | | San Francisco | CA | 94111 |
| Weil, Gotshal & Manges LLP | Attn: Stephen Karotkin, Ray C. Schrock, P.C., Theodore E. Tsekerides, Jessica Liou | 767 Fifth Avenue | | New York | NY | 10153-0119 |
| Wilkie Farr & Gallagher LLP | Attn: Matthew A. Feldman, Joseph G. Minias, Benjamin P. McCallen | 787 Seventh Avenue | | New York | NY | 10019-6099 |

In re: PG&E Corporation, *et al.*
Case No. 19-30088 (DM)

Page 1 of 1