Steven S. Kane, Esq., SBN: 061670
Bonnie E. Kane, Esq., SBN: 167700
**THE KANE LAW FIRM**
402 W. Broadway, Suite 2500
San Diego, CA 92101
Telephone: (619) 236-8700
Facsimile: (619) 236-1370
E-mail: skane@thekanelawfirm.com
E-mail: bonnie@thekanelawfirm.com

Attorneys for CARENET PREGNANCY CENTER OF PARADISE, INCORPORATED

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re:* <br><br> PG&E CORPORATION <br><br> -and- <br><br> PACIFIC GAS AND ELECTRIC COMPANY <br> Debtors. <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas & Electric <br> ■ Affects Both Debtors <br><br> *All papers shall be filed in the Lead Case, No.19-30088 (DM)* <br><br> _____ | **Case No. 19-30088 (DM)** <br><br> Chapter 11 <br> (Lead Case) <br> (Jointly Administered) <br><br> **NOTICE OF HEARING ON MOTION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9006(b)(1) TO DEEM CARENET PREGNANCY CENTER OF PARADISE, INCORPORATED'S CLAIM TIMELY FILED** <br><br> Date: August 4, 2020 <br> Time: 10:00 a.m. (Pacific Time) <br> Place: To Be Held Telephonically (or Via Video, Where Approved or Applicable) <br> Judge: Honorable Dennis Montali <br><br> **Objection Deadline: July 28, 2020** |

**PLEASE TAKE NOTICE THAT** on January 29, 2019, PG&E Corporation and Pacific Gas and Electric Company, the debtors in possession (the "Debtors") in the above-captioned Chapter 11 cases (the "Chapter 11 Cases"), each filed a voluntary petition for relief under Chapter 11 of Title 11 of the United Stated Code (the "Bankruptcy Code") with the United

States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE THAT** the Bankruptcy Court will hold a hearing on **August 4, 2020, at 10:00 a.m. (Pacific Time)** before the Honorable Dennis Montali, United States Bankruptcy Judge.

**PLEASE TAKE FURTHER NOTICE THAT,** the hearing will not be conducted in the presiding judge's courtroom but instead will be conducted telephonically (or via video where approved and applicable). All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

**PLEASE TAKE FURTHER NOTICE THAT,** in addition to other matters scheduled for the Hearing, the Bankruptcy Court is scheduled to hear the Motion Pursuant to Federal Rule of Bankruptcy Procedure 9006 (b)(1) To Deem Carenet Pregnancy Center of Paradise, Incorporated's Claim Timely Filed.

**PLEASE TAKE FURTHER NOTICE** that any opposition or response to the Motion must be in writing, filed with the Bankruptcy Court and served on counsel at the above-referenced address no later than 4:00 p.m. (Pacific Time) on July 28, 2020. Any opposition or response must be served on all "Standard Parties" as defined in, and in accordance with the Second Amended Order Implementing Certain Notice and Case Management Procedures entered in this matter on Dkt. No. 1996 (the "Case Management Order"). Any relief requested in the Motion may be granted without a hearing if no opposition is timely filed and served in accordance

with the Case Management Order.

**PLEASE TAKE FURTHER NOTICE THAT,** copies of the Motion and its supporting papers can be viewed and/or obtained: (1) by accessing the Court's website at http://www.canb.uscourts.gov , (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free for U.S.-based parties); or +1 (929) 333-8977 for International parties or by email at pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Date: July 10, 2020.                    THE KANE LAW FIRM

                                           __/s/ Bonnie E. Kane_____
                                           BONNIE E. KANE
                                           Attorneys for **CARENET PREGNANCY CENTER OF PARADISE, INCORPORATED**