| | |
|---|---|
| WEIL, GOTSHAL & MANGES LLP<br>Stephen Karotkin (*pro hac vice*)<br>(stephen.karotkin@weil.com)<br>Ray C. Schrock, P.C. (*pro hac vice*)<br>(ray.schrock@weil.com)<br>Jessica Liou (*pro hac vice*)<br>(jessica.liou@weil.com)<br>Matthew Goren (*pro hac vice*)<br>(matthew.goren@weil.com)<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>Tel: 212 310 8000<br>Fax: 212 310 8007 | JONES DAY<br>Bruce S. Bennett (SBN 105430)<br>(bbennett@jonesday.com)<br>Joshua M. Mester (SBN 194783)<br>(jmester@jonesday.com)<br>James O. Johnston (SBN 167330)<br>(jjohnston@jonesday.com)<br>555 South Flower Street<br>Fiftieth Floor<br>Los Angeles, CA 90071-2300<br>Tel: 213 489 3939<br>Fax: 213 243 2539<br><br>*Attorneys for Shareholder Proponents* |

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors
and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**NOTICE OF FILING OF TENTH SUPPLEMENT TO PLAN SUPPLEMENT IN CONNECTION WITH DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION**<br><br>**[Relates to Dkt. Nos. 7037, 7503, 7563, 7712, 7810, 7841, 7879, 7894, 7929, 8057]** |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**PLEASE TAKE NOTICE** that, on September 9, 2019, PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and debtors in possession (collectively, the "**Debtors**" or the "**Reorganized Debtors**") in the above-captioned chapter 11 cases, filed the *Debtors' Joint Chapter 11 Plan of Reorganization* [Dkt. No. 3841], which was thereafter amended, modified, or supplemented on September 23, 2019 and November 4, 2019 [Dkt. Nos. 3966 and 4563, respectively].

**PLEASE TAKE FURTHER NOTICE** that, on December 12, 2019, the Debtors filed the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated December 12, 2019* [Dkt. No. 5101], which was thereafter amended, modified, or supplemented on January 31, 2020, February 7, 2020, March 9, 2020, March 16, 2020, May 22, 2020, and June 19, 2020 [Dkt. Nos. 5590, 5700, 6217, 6320, 7521, and 8048 respectively] (and as may be further amended, modified, or supplemented and together with all exhibits and schedules thereto, the "**Plan**").[1]

**PLEASE TAKE FURTHER NOTICE** that, on June 20, 2020 (the "**Confirmation Date**"), the United States Bankruptcy Court for the Northern District of California entered the *Order Confirming Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization* [Dkt. No. 8053] (the "**Confirmation Order**"). The Plan became effective on July 1, 2020 [Dkt. No. 8252].

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Paragraph 32.d. of the Confirmation Order, the Debtors and Reorganized Debtors, as applicable, have 30 days from the Confirmation Date to file amendments to the Schedule of Assumed Contracts and the Schedule of Rejected Contracts, to remove executory contracts and unexpired leases previously listed on the Schedule of Assumed Contracts and to add executory contracts and unexpired leases to the Schedule of Rejected Contracts. In addition, Paragraph 34 of the Confirmation Order authorizes the Debtors or Reorganized Debtors, as applicable, to consensually resolve any timely filed Cure Disputes without further order of the Court.

**PLEASE TAKE FURTHER NOTICE** that, on May 1, 2020, the Debtors filed the *Notice of Filing of Plan Supplement in Connection with Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020* [Dkt. No. 7037] (as supplemented on May 22, 2020 [Dkt. No. 7503], May 24, 2020 [Dkt. No. 7563], June 2, 2020 [Dkt. No. 7712], and June 5, 2020 [Dkt. No. 7810], June 8, 2020 [Dkt. No. 7841], June 10, 2020 [Dkt. No. 7879], June 11, 2020 [Dkt. No. 7894], June 12, 2002 [Dkt. No. 7929], and June 21, 2020 [Dkt. No. 8057] and as may be further amended, modified, or supplemented, the "**Plan Supplement**").

**This Tenth Supplement to the Plan Supplement contains the following:**

- Exhibit A – Second Amendment to Schedule of Executory Contracts and Unexpired Leases to be Rejected Pursuant to the Plan (the "**Schedule of Rejected Contracts**")

- Exhibit B – Third Amendment to Schedule of Executory Contracts and Unexpired Leases to be Assumed Pursuant to the Plan and Proposed Cure Amounts (the "**Schedule of Assumed Contracts**" and, together with the Schedule of Rejected Contracts, the "**Contract Schedules**")

---

[1] Capitalized terms used but not herein defined have the meanings ascribed to them in the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Contract Schedules have been amended to, among other things, (i) add or delete certain agreements as authorized under Paragraph 32.d. of the Confirmation Order, and (ii) revise certain Cure Amounts, contract descriptions, and/or to add or delete certain agreements to reflect the consensual resolution of certain Cure Disputes. Pursuant to Section 8.1 of the Plan, the exclusion of any contract or lease from the Schedule of Assumed Contracts shall not constitute a rejection of such contract or unexpired lease. The notices, global notes, and disclaimers that accompanied the Schedule of Rejected Contracts and Schedule of Assumed Contracts, each as modified in the Plan Supplement filed on June 11, 2020, are incorporated herein by reference and apply with equal force with respect to all the agreements set forth in Exhibit A and Exhibit B, annexed hereto.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Paragraph 32.d. of the Confirmation Order:

(i) any counterparty to an executory contract or unexpired lease that has been added to the Schedule of Rejected Contracts or removed from the Schedule of Assumed Contracts shall have thirty (30) days from the date on which notice of such removal or addition is served on the counterparty to file an objection thereto, which objection may be resolved either consensually without further order of the Bankruptcy Court, or, by a Final Order of the Bankruptcy Court, with any rejection deemed approved as of July 1, 2020; and

(ii) the rejection of any executory contract or unexpired lease added to the Schedule of Rejected Contracts shall be deemed approved by the Bankruptcy Court as of July 1, 2020 if an objection to the addition of such executory contract or unexpired lease to the Schedule of Rejected Contracts is not timely filed as provided above.

For the avoidance of doubt, the counterparty to an executory contract or unexpired lease that is added to the Schedule of Rejected Contracts shall have thirty (30) days to file a claim for rejection damages following the later of (i) July 1, 2020 and (ii) if a timely objection to rejection is filed and is not consensually resolved by the parties, the entry of an order approving the rejection of such executory contract or unexpired lease.

**PLEASE TAKE FURTHER NOTICE** that the Debtors and Shareholder Proponents reserve the right to amend the documents contained in the Plan Supplement in accordance with the terms of the Confirmation Order, the Plan, the Subrogation Claims RSA, the Tort Claimants RSA, the Noteholder RSA, the Backstop Commitment Letters, and the other Plan Documents, as applicable.

**PLEASE TAKE FURTHER NOTICE** that copies of the pleadings and other documents identified herein can be viewed and/or obtained: (i) by accessing the Bankruptcy Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: July 10, 2020

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**

<u>/s/ *Thomas B. Rupp*</u>
Thomas B. Rupp

*Attorneys for Debtors and Reorganized Debtors*