# Exhibit A

## Second Amendment to Schedule of Rejected Contracts

*PG&E Corporation & Pacific Gas and Electric Company*
*Second Amendment to Schedule of Rejected Contracts*
*As of July 10, 2020*

| Non-Debtor Counterparty Name | Match ID | Contract ID | Debtor Name | Address | City | State | Country | ZIP Code | Title of Agreement | Effective Date of Agreement |
|---|---|---|---|---|---|---|---|---|---|---|
| BAIN & COMPANY INC | 1001301 | SRCAMA_4400009381_00002 | PACIFIC GAS AND ELECTRIC COMPANY | 131 DARTMOUTH ST | BOSTON | MA | US | 02116 | CONTRACT CHANGE ORDER NO 4 - MANAGEMENT CONSULTING SERVICES | 9/11/2018 |
| PII NORTH AMERICA LLC | 1011250 | SRCAMA_C2489_00928 | PACIFIC GAS AND ELECTRIC COMPANY | 7105 BUSINESS PARK DR | HOUSTON | TX | US | 77041 | MSA C2489 PII NORTH AMERICA; LLC (INSPECTION AND CLEANING SVCS) | 2/14/2013 |
| PRAXAIR SERVICES INC | 1011476 | SRCASU_C4963_00001 | PACIFIC GAS AND ELECTRIC COMPANY | 1585 SAWDUST ROAD, SUITE 300 | THE WOODLANDS | TX | US | 77380 | MSA - SEEPERTRACE LEAK DETECTION SERVICES HYDROSTATIC TEST PROGRAM | 10/16/2013 |
| PRAXAIR SERVICES INC | 1011476 | SRCASU_C4963_00002 | PACIFIC GAS AND ELECTRIC COMPANY | 1585 SAWDUST ROAD, SUITE 300 | THE WOODLANDS | TX | US | 77380 | CONTRACT CHANGE ORDER NO. 1 - SEEPERTRACE LEAK DETECTION SERVICES HYDROSTATIC TEST PROGRAM | 2/25/2014 |
| PRAXAIR SERVICES INC | 1011476 | SRCASU_C4963_00003 | PACIFIC GAS AND ELECTRIC COMPANY | 1585 SAWDUST ROAD, SUITE 300 | THE WOODLANDS | TX | US | 77380 | CONTRACT CHANGE ORDER NO. 2 - SEEPERTRACE LEAK DETECTION SERVICES HYDROSTATIC TEST PROGRAM | 3/27/2014 |
| PRAXAIR SERVICES INC | 1011476 | SRCASU_C4963_00004 | PACIFIC GAS AND ELECTRIC COMPANY | 1585 SAWDUST ROAD, SUITE 300 | THE WOODLANDS | TX | US | 77380 | CONTRACT CHANGE ORDER NO. 3 - SEEPERTRACE LEAK DETECTION SERVICES HYDROSTATIC TEST PROGRAM | 5/4/2016 |

| Non-Debtor Counterparty Name | Match ID | Contract ID | Debtor Name | Address | City | State | Country | ZIP Code | Title of Agreement | Effective Date of Agreement |
|---|---|---|---|---|---|---|---|---|---|---|
| PRAXAIR SERVICES INC | 1011476 | SRCASU_C4963_00005 | PACIFIC GAS AND ELECTRIC COMPANY | 1585 SAWDUST ROAD, SUITE 300 | THE WOODLANDS | TX | US | 77380 | CONTRACT CHANGE ORDER NO. 4 - SEEPERTRACE LEAK DETECTION SERVICES HYDROSTATIC TEST PROGRAM | 3/23/2017 |
| PRAXAIR SERVICES INC | 1011476 | SRCASU_C4963_00006 | PACIFIC GAS AND ELECTRIC COMPANY | 1585 SAWDUST ROAD, SUITE 300 | THE WOODLANDS | TX | US | 77380 | CONTRACT CHANGE ORDER NO. 5 - SEEPERTRACE LEAK DETECTION SERVICES HYDROSTATIC TEST PROGRAM | 10/20/2017 |