## <u>Exhibit B</u>

**Third Amendment to Schedule of Assumed Contracts**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| Non-Debtor Counterparty Name | Match ID | Contract ID | Debtor Name | Address | City | State | Country | ZIP Code | Title of Agreement | Effective Date of Agreement | Cure Amount[1] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AMADOR WATER AGENCY | 1000635 | POWGEN_00172 | PACIFIC GAS AND ELECTRIC COMPANY | 12800 RIDGE RD | SUTTER CREEK | CA | US | 95685-9630 | 1985 STIPULATION AND AGREEMENT ~~AGREEMENT~~ | 3/1/1985 | – |
| AMADOR WATER AGENCY | 1000635 | POWGEN_00173 | PACIFIC GAS AND ELECTRIC COMPANY | 12800 RIDGE RD | SUTTER CREEK | CA | US | 95685-9630 | 8-29-1991 AMENDMENT TO 1985 STIPULATION AND AGREEMENT ~~AGREEMENT~~ | 8/29/1994 | – |
| AMADOR WATER AGENCY | 1000635 | POWGEN_00174 | PACIFIC GAS AND ELECTRIC COMPANY | 12800 RIDGE RD | SUTTER CREEK | CA | US | 95685-9630 | 1-31-2004 SECOND AMENDMENT TO 1985 STIPULATION AND AGREEMENT ~~AGREEMENT~~ | 1/31/2004 | – |
| AMADOR WATER AGENCY | 1000635 | POWGEN_00175 | PACIFIC GAS AND ELECTRIC COMPANY | 12800 RIDGE RD | SUTTER CREEK | CA | US | 95685-9630 | 9-10-2019 THIRD AMENDMENT TO 1985 STIPULATION AND AGREEMENT ~~AGREEMENT~~ | 9/10/2019 | – |

[1]The amounts identified herein under the column titled "Cure Amount" are exclusive of any post-petititon interest to be paid on account of such amounts pursuant to the Plan.

| Non-Debtor Counterparty Name | Match ID | Contract ID | Debtor Name | Address | City | State | Country | ZIP Code | Title of Agreement | Effective Date of Agreement | Cure Amount[1] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BADGER CREEK LIMITED | 1016558 | EPPEMCL_33B121 | PACIFIC GAS AND ELECTRIC COMPANY | 34759 LENCIONI AVE. | BAKERSFIELD | CA | US | 93308 | EMCL AGREEMENT | 12/6/2013 | 1,624.67 0 |
| ~~BAIN & COMPANY INC~~ | ~~1001301~~ | ~~SRCAMA_4400009381_00 002~~ | ~~PACIFIC GAS AND ELECTRIC COMPANY~~ | ~~131 DARTMOUTH ST~~ | ~~BOSTON~~ | ~~MA~~ | ~~US~~ | ~~02116~~ | ~~CONTRACT CHANGE ORDER NO 4 - MANAGEMENT CONSULTING SERVICES~~ | ~~9/11/2018~~ | ~~--~~ |
| BJORK CONSTRUCTION COMPANY; INC. | 1001682 | SRCDAL_C1443_00565 | PACIFIC GAS AND ELECTRIC COMPANY | 4420 ENTERPRISE STREET | FREMONT | CA | US | 95438-6307 | CONTRACT CHANGE ORDER NO. 5 - GENERAL BUILDING CONTRACTOR AGREEMENT - RESIDENTIAL AND COMMERCIAL CONSTRUCTION | | -- |
| BJORK CONSTRUCTION COMPANY; INC. | 1001682 | SRCDAL_C1443_00566 | PACIFIC GAS AND ELECTRIC COMPANY | 4420 ENTERPRISE STREET | FREMONT | CA | US | 95438-6307 | MSA - GENERAL BUILDING CONTRACTOR AGREEMENT - RESIDENTIAL AND COMMERCIAL CONSTRUCTION | | -- |

[1]The amounts identified herein under the column titled "Cure Amount" are exclusive of any post-petititon interest to be paid on account of such amounts pursuant to the Plan.

| Non-Debtor Counterparty Name | Match ID | Contract ID | Debtor Name | Address | City | State | Country | ZIP Code | Title of Agreement | Effective Date of Agreement | Cure Amount[1] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DAVEY RESOURCE GROUP INC | 1003927 | SRCDAL_C13140_00001 | PACIFIC GAS AND ELECTRIC COMPANY | 1500 N. MANTUA STREET | KENT | OH | US | 44240 | MSA C13140 (FORMERLY 4600017651) - QUALITY CONTROL INSPECTION WORK FOR POLE TEST AND TREAT AND POLE REINFORCEMENT | 2/28/2019 | – |
| DAVEY RESOURCE GROUP INC | 1003927 | SRCDAL_C13140_00002 | PACIFIC GAS AND ELECTRIC COMPANY | 1500 N. MANTUA STREET | KENT | OH | US | 44240 | MSA C13140 (FORMERLY 4600017651) - CONTRACT CHANGE ORDER NO. 1 - QUALITY CONTROL INSPECTION WORK FOR POLE TEST AND TREAT AND POLE REINFORCEMENT | 2/28/2019 | – |
| DAVEY RESOURCE GROUP INC | 1003927 | SRCDAL_C13140_00003 | PACIFIC GAS AND ELECTRIC COMPANY | 1500 N. MANTUA STREET | KENT | OH | US | 44240 | MSA C13140 (FORMERLY 4600017651) - CONTRACT CHANGE ORDER NO. 2 - QUALITY CONTROL INSPECTION WORK FOR POLE TEST AND TREAT AND POLE REINFORCEMENT | 2/28/2019 | – |
| DAVEY RESOURCE GROUP INC | 1003927 | SRCPOS_2700236599 | PACIFIC GAS AND ELECTRIC COMPANY | 1500 N. MANTUA STREET | KENT | OH | US | 44240 | PURCHASE ORDER #2700236599 | | 211,505.40 |

[1]The amounts identified herein under the column titled "Cure Amount" are exclusive of any post-petititon interest to be paid on account of such amounts pursuant to the Plan.

| Non-Debtor Counterparty Name | Match ID | Contract ID | Debtor Name | Address | City | State | Country | ZIP Code | Title of Agreement | Effective Date of Agreement | Cure Amount[1] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DAVEY RESOURCE GROUP INC | 1003927 | SRCPOS_2700267710 | PACIFIC GAS AND ELECTRIC COMPANY | 1500 N. MANTUA STREET | KENT | OH | US | 44240 | PURCHASE ORDER #2700267710 | | 29,468.56 |
| DAVEY RESOURCE GROUP INC | 1003927 | SRCDAL_C11954_00992 | PACIFIC GAS AND ELECTRIC COMPANY | 1500 N. MANTUA STREET | KENT | OH | US | 44240 | MASTER SERVICE AGREEMENT NO. C11954 (FORMERLY NO. C1017; FORMERLY NO. 4400003468) | | 18,151.62 0 |
| DAVEY RESOURCE GROUP INC | 1003927 | SRCDAL_C11954_02000 | PACIFIC GAS AND ELECTRIC COMPANY | 1500 N. MANTUA STREET | KENT | OH | US | 44240 | CONTRACT CHANGE ORDER NO 14 - FORESTRY AND VEGETATION MANAGEMENT CONSULTING SERVICES | 7/29/2019 | – |
| DAVEY RESOURCE GROUP INC | 1003927 | SRCDAL_C11954_01001 | PACIFIC GAS AND ELECTRIC COMPANY | 1500 N. MANTUA STREET | KENT | OH | US | 44240 | CONTRACT CHANGE ORDER NO 1 - FORESTRY AND VEGETATION MANAGEMENT CONSULTING SERVICES | 7/5/2011 | – |

[1]The amounts identified herein under the column titled "Cure Amount" are exclusive of any post-petititon interest to be paid on account of such amounts pursuant to the Plan.

| Non-Debtor Counterparty Name | Match ID | Contract ID | Debtor Name | Address | City | State | Country | ZIP Code | Title of Agreement | Effective Date of Agreement | Cure Amount[1] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DAVEY RESOURCE GROUP INC | 1003927 | SRCDAL_C11954_01002 | PACIFIC GAS AND ELECTRIC COMPANY | 1500 N. MANTUA STREET | KENT | OH | US | 44240 | CONTRACT CHANGE ORDER NO 2 - FORESTRY AND VEGETATION MANAGEMENT CONSULTING SERVICES | 7/1/2012 | – |
| DAVEY RESOURCE GROUP INC | 1003927 | SRCDAL_C11954_01003 | PACIFIC GAS AND ELECTRIC COMPANY | 1500 N. MANTUA STREET | KENT | OH | US | 44240 | CONTRACT CHANGE ORDER NO 3 - FORESTRY AND VEGETATION MANAGEMENT CONSULTING SERVICES | 8/21/2012 | – |
| DAVEY RESOURCE GROUP INC | 1003927 | SRCDAL_C11954_01004 | PACIFIC GAS AND ELECTRIC COMPANY | 1500 N. MANTUA STREET | KENT | OH | US | 44240 | CONTRACT CHANGE ORDER NO 4 - FORESTRY AND VEGETATION MANAGEMENT CONSULTING SERVICES | 9/30/2013 | – |
| DAVEY RESOURCE GROUP INC | 1003927 | SRCDAL_C11954_01005 | PACIFIC GAS AND ELECTRIC COMPANY | 1500 N. MANTUA STREET | KENT | OH | US | 44240 | CONTRACT CHANGE ORDER NO 5 - FORESTRY AND VEGETATION MANAGEMENT CONSULTING SERVICES | 1/20/2015 | – |
| DAVEY RESOURCE GROUP INC | 1003927 | SRCDAL_C11954_01006 | PACIFIC GAS AND ELECTRIC COMPANY | 1500 N. MANTUA STREET | KENT | OH | US | 44240 | CONTRACT CHANGE ORDER NO 6 - FORESTRY AND VEGETATION MANAGEMENT CONSULTING SERVICES | 6/29/2015 | – |

[1]The amounts identified herein under the column titled "Cure Amount" are exclusive of any post-petititon interest to be paid on account of such amounts pursuant to the Plan.

| Non-Debtor Counterparty Name | Match ID | Contract ID | Debtor Name | Address | City | State | Country | ZIP Code | Title of Agreement | Effective Date of Agreement | Cure Amount[1] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DAVEY RESOURCE GROUP INC | 1003927 | SRCDAL_C11954_01007 | PACIFIC GAS AND ELECTRIC COMPANY | 1500 N. MANTUA STREET | KENT | OH | US | 44240 | CONTRACT CHANGE ORDER NO 7 - FORESTRY AND VEGETATION MANAGEMENT CONSULTING SERVICES | 12/3/2015 | – |
| DAVEY RESOURCE GROUP INC | 1003927 | SRCDAL_C11954_01008 | PACIFIC GAS AND ELECTRIC COMPANY | 1500 N. MANTUA STREET | KENT | OH | US | 44240 | CONTRACT CHANGE ORDER NO 8 - FORESTRY AND VEGETATION MANAGEMENT CONSULTING SERVICES | 3/3/2016 | – |
| DAVEY RESOURCE GROUP INC | 1003927 | SRCDAL_C11954_01009 | PACIFIC GAS AND ELECTRIC COMPANY | 1500 N. MANTUA STREET | KENT | OH | US | 44240 | CONTRACT CHANGE ORDER NO 9 - FORESTRY AND VEGETATION MANAGEMENT CONSULTING SERVICES | 12/21/2016 | – |
| DAVEY RESOURCE GROUP INC | 1003927 | SRCDAL_C11954_01010 | PACIFIC GAS AND ELECTRIC COMPANY | 1500 N. MANTUA STREET | KENT | OH | US | 44240 | CONTRACT CHANGE ORDER NO 10 - FORESTRY AND VEGETATION MANAGEMENT CONSULTING SERVICES | 3/3/2017 | – |
| DAVEY RESOURCE GROUP INC | 1003927 | SRCDAL_C11954_01011 | PACIFIC GAS AND ELECTRIC COMPANY | 1500 N. MANTUA STREET | KENT | OH | US | 44240 | CONTRACT CHANGE ORDER NO 12 - FORESTRY AND VEGETATION MANAGEMENT CONSULTING SERVICES | 11/8/2018 | – |

[1]The amounts identified herein under the column titled "Cure Amount" are exclusive of any post-petititon interest to be paid on account of such amounts pursuant to the Plan.

| Non-Debtor Counterparty Name | Match ID | Contract ID | Debtor Name | Address | City | State | Country | ZIP Code | Title of Agreement | Effective Date of Agreement | Cure Amount[1] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DAVEY RESOURCE GROUP INC | 1003927 | SRCDAL_C11954_01012 | PACIFIC GAS AND ELECTRIC COMPANY | 1500 N. MANTUA STREET | KENT | OH | US | 44240 | CONTRACT CHANGE ORDER NO 13 - FORESTRY AND VEGETATION MANAGEMENT CONSULTING SERVICES | 2/27/2019 | – |
| DAVEY RESOURCE GROUP: A DIVISION OF THE DAVEY TREE EXPERT COMPANY | 1003927 | SRCDAL_C1017_00985 | PACIFIC GAS AND ELECTRIC COMPANY | 1500 N. MANTUA STREET | KENT | OH | US | 44240 | CONTRACT CHANGE ORDER NO. 11 - FORESTRY AND VEGETATION MANAGEMENT CONSULTING SERVICES | | – |
| DAVEY RESOURCE GROUP: A DIVISION OF THE DAVEY TREE EXPERT COMPANY | 1003927 | SRCDAL_00989 | PACIFIC GAS AND ELECTRIC COMPANY | 1500 N. MANTUA STREET | KENT | OH | US | 44240 | CONTRACT (LONG FORM) MSA - PRE-INSPECTION SERVICES - DISTRIBUTION; RELIABILITY; AND TRANSMISSION | 10/13/2014 | 2,007,637.45 |
| DAVEY RESOURCE GROUP: A DIVISION OF THE DAVEY TREE EXPERT COMPANY | 1003927 | SRCDAL_C692_00987 | PACIFIC GAS AND ELECTRIC COMPANY | 1500 N. MANTUA STREET | KENT | OH | US | 44240 | MSA C692 (FORMERLY 4400007123) - CONTRACT CHANGE ORDER NO. 1 - PRE-INSPECTION SERVICES - DISTRIBUTION; RELIABILITY; AND TRANSMISSION | 1/20/2015 | – |

[1]The amounts identified herein under the column titled "Cure Amount" are exclusive of any post-petititon interest to be paid on account of such amounts pursuant to the Plan.

| Non-Debtor Counterparty Name | Match ID | Contract ID | Debtor Name | Address | City | State | Country | ZIP Code | Title of Agreement | Effective Date of Agreement | Cure Amount[1] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DAVEY RESOURCE GROUP: A DIVISION OF THE DAVEY TREE EXPERT COMPANY | 1003927 | SRCDAL_00990 | PACIFIC GAS AND ELECTRIC COMPANY | 1500 N. MANTUA STREET | KENT | OH | US | 44240 | CONTRACT CHANGE ORDER NO. 2 - PRE-INSPECTION SERVICES - DISTRIBUTION: RELIABILITY: AND TRANSMISSION | 2/29/2016 | – |
| DAVEY RESOURCE GROUP: A DIVISION OF THE DAVEY TREE EXPERT COMPANY | 1003927 | SRCDAL_00991 | PACIFIC GAS AND ELECTRIC COMPANY | 1500 N. MANTUA STREET | KENT | OH | US | 44240 | CONTRACT CHANGE ORDER NO. 3 - PRE-INSPECTION SERVICES - DISTRIBUTION: RELIABILITY: AND TRANSMISSION | 1/1/2016 | – |
| DAVEY RESOURCE GROUP: A DIVISION OF THE DAVEY TREE EXPERT COMPANY | 1003927 | SRCDAL_00992 | PACIFIC GAS AND ELECTRIC COMPANY | 1500 N. MANTUA STREET | KENT | OH | US | 44240 | CONTRACT CHANGE ORDER NO. 4 - PRE-INSPECTION SERVICES - DISTRIBUTION: RELIABILITY: AND TRANSMISSION | 1/1/2017 | – |
| DAVEY RESOURCE GROUP: A DIVISION OF THE DAVEY TREE EXPERT COMPANY | 1003927 | SRCDAL_C692_00988 | PACIFIC GAS AND ELECTRIC COMPANY | 1500 N. MANTUA STREET | KENT | OH | US | 44240 | MSA C692 (FORMERLY 4400007123) - CONTRACT CHANGE ORDER NO. 5 - PRE-INSPECTION SERVICES - DISTRIBUTION: RELIABILITY: AND TRANSMISSION | 3/26/2018 | – |

[1]The amounts identified herein under the column titled "Cure Amount" are exclusive of any post-petititon interest to be paid on account of such amounts pursuant to the Plan.

| Non-Debtor Counterparty Name | Match ID | Contract ID | Debtor Name | Address | City | State | Country | ZIP Code | Title of Agreement | Effective Date of Agreement | Cure Amount[1] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DAVEY TREE SURGERY CO | 1003927 | SRCDAL_C1022_00001 | PACIFIC GAS AND ELECTRIC COMPANY | 2617 S VASCO RD | LIVERMORE | CA | US | 94550 | MSA C1022 (FORMERLY 4400003447) - TREE BRUSH AND WOOD REMOVAL | 6/18/2009 | – |
| DAVEY TREE SURGERY CO | 1003927 | SRCDAL_C1022_00995 | PACIFIC GAS AND ELECTRIC COMPANY | 2617 S VASCO RD | LIVERMORE | CA | US | 94550 | MSA C1022 (FORMERLY 4400003447) - CONTRACT CHANGE ORDER NO. 1 - TREE BRUSH AND WOOD REMOVAL WITH NO ENERGIZED CONDUCTORS 750KV AND OVER WITHIN 10 FEET | | – |
| DAVEY TREE SURGERY CO | 1003927 | SRCDAL_C1022_01014 | PACIFIC GAS AND ELECTRIC COMPANY | 2617 S VASCO RD | LIVERMORE | CA | US | 94550 | MSA C1022 (FORMERLY 4400003447) - CONTRACT CHANGE ORDER NO. 2 - TREE BRUSH AND WOOD REMOVAL WITH NO ENERGIZED CONDUCTORS 750KV AND OVER WITHIN 10 FEET | 6/21/2011 | – |
| DAVEY TREE SURGERY CO | 1003927 | SRCDAL_C1022_00003 | PACIFIC GAS AND ELECTRIC COMPANY | 2617 S VASCO RD | LIVERMORE | CA | US | 94550 | MSA C1022 (FORMERLY 4400003447) - CONTRACT CHANGE ORDER NO. 3 - TREE BRUSH AND WOOD REMOVAL WITH NO ENERGIZED CONDUCTORS 750KV AND OVER WITHIN 10 FEET | 6/30/2012 | – |

[1]The amounts identified herein under the column titled "Cure Amount" are exclusive of any post-petititon interest to be paid on account of such amounts pursuant to the Plan.

| Non-Debtor Counterparty Name | Match ID | Contract ID | Debtor Name | Address | City | State | Country | ZIP Code | Title of Agreement | Effective Date of Agreement | Cure Amount[1] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DAVEY TREE SURGERY CO | 1003927 | SRCDAL_C1022_00004 | PACIFIC GAS AND ELECTRIC COMPANY | 2617 S VASCO RD | LIVERMORE | CA | US | 94550 | MSA C1022 (FORMERLY 4400003447) - CONTRACT CHANGE ORDER NO. 4 - TREE BRUSH AND WOOD REMOVAL WITH NO ENERGIZED CONDUCTORS 750KV AND OVER WITHIN 10 FEET | 8/31/2012 | – |
| DAVEY TREE SURGERY CO | 1003927 | SRCDAL_C1022_00005 | PACIFIC GAS AND ELECTRIC COMPANY | 2617 S VASCO RD | LIVERMORE | CA | US | 94550 | MSA C1022 (FORMERLY 4400003447) - CONTRACT CHANGE ORDER NO. 5 - TREE BRUSH AND WOOD REMOVAL WITH NO ENERGIZED CONDUCTORS 750KV AND OVER WITHIN 10 FEET | 3/31/2013 | – |
| DAVEY TREE SURGERY CO | 1003927 | SRCDAL_C1022_01012 | PACIFIC GAS AND ELECTRIC COMPANY | 2617 S VASCO RD | LIVERMORE | CA | US | 94550 | MSA C1022 (FORMERLY 4400003447) - CONTRACT CHANGE ORDER NO. 6 - TREE BRUSH AND WOOD REMOVAL WITH NO ENERGIZED CONDUCTORS 750KV AND OVER WITHIN 10 FEET | 4/26/2013 | – |
| DAVEY TREE SURGERY CO | 1003927 | SRCDAL_C1022_00006 | PACIFIC GAS AND ELECTRIC COMPANY | 2617 S VASCO RD | LIVERMORE | CA | US | 94550 | MSA C1022 (FORMERLY 4400003447) - CONTRACT CHANGE ORDER NO. 7 - TREE BRUSH AND WOOD REMOVAL WITH NO ENERGIZED CONDUCTORS 750KV AND OVER WITHIN 10 FEET | 5/31/2013 | – |

[1]The amounts identified herein under the column titled "Cure Amount" are exclusive of any post-petititon interest to be paid on account of such amounts pursuant to the Plan.

| Non-Debtor Counterparty Name | Match ID | Contract ID | Debtor Name | Address | City | State | Country | ZIP Code | Title of Agreement | Effective Date of Agreement | Cure Amount[1] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DAVEY TREE SURGERY CO | 1003927 | SRCDAL_C1022_00007 | PACIFIC GAS AND ELECTRIC COMPANY | 2617 S VASCO RD | LIVERMORE | CA | US | 94550 | MSA C1022 (FORMERLY 4400003447) - CONTRACT CHANGE ORDER NO. 8 - TREE BRUSH AND WOOD REMOVAL WITH NO ENERGIZED CONDUCTORS 750KV AND OVER WITHIN 10 FEET | 7/31/2013 | – |
| DAVEY TREE SURGERY CO | 1003927 | SRCDAL_C1022_00008 | PACIFIC GAS AND ELECTRIC COMPANY | 2617 S VASCO RD | LIVERMORE | CA | US | 94550 | MSA C1022 (FORMERLY 4400003447) - CONTRACT CHANGE ORDER NO. 9 - TREE BRUSH AND WOOD REMOVAL WITH NO ENERGIZED CONDUCTORS 750KV AND OVER WITHIN 10 FEET | 2/26/2014 | – |
| DAVEY TREE SURGERY CO | 1003927 | SRCDAL_C1022_00002 | PACIFIC GAS AND ELECTRIC COMPANY | 2617 S VASCO RD | LIVERMORE | CA | US | 94550 | MSA C1022 (FORMERLY 4400003447) - CONTRACT CHANGE ORDER NO. 10 - TREE BRUSH AND WOOD REMOVAL WITH NO ENERGIZED CONDUCTORS 750KV AND OVER WITHIN 10 FEET | 12/22/2014 | – |
| DAVEY TREE SURGERY CO | 1003927 | SRCDAL_C1022_01006 | PACIFIC GAS AND ELECTRIC COMPANY | 2617 S VASCO RD | LIVERMORE | CA | US | 94550 | MSA C1022 (FORMERLY 4400003447) - CONTRACT CHANGE ORDER NO. 11 - TREE BRUSH AND WOOD REMOVAL WITH NO ENERGIZED CONDUCTORS 750KV AND OVER WITHIN 10 FEET | 3/6/2015 | – |

[1]The amounts identified herein under the column titled "Cure Amount" are exclusive of any post-petititon interest to be paid on account of such amounts pursuant to the Plan.

| Non-Debtor Counterparty Name | Match ID | Contract ID | Debtor Name | Address | City | State | Country | ZIP Code | Title of Agreement | Effective Date of Agreement | Cure Amount[1] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DAVEY TREE SURGERY CO | 1003927 | SRCDAL_C1022_01007 | PACIFIC GAS AND ELECTRIC COMPANY | 2617 S VASCO RD | LIVERMORE | CA | US | 94550 | MSA C1022 (FORMERLY 4400003447) - CONTRACT CHANGE ORDER NO. 12 - TREE BRUSH AND WOOD REMOVAL WITH NO ENERGIZED CONDUCTORS 750KV AND OVER WITHIN 10 FEET | 3/10/2016 | – |
| DAVEY TREE SURGERY CO | 1003927 | SRCDAL_C1022_01000 | PACIFIC GAS AND ELECTRIC COMPANY | 2617 S VASCO RD | LIVERMORE | CA | US | 94550 | MSA C1022 (FORMERLY 4400003447) - CONTRACT CHANGE ORDER NO. 13 - TREE BRUSH AND WOOD REMOVAL WITH NO ENERGIZED CONDUCTORS 750KV AND OVER WITHIN 10 FEET | 1/1/2017 | – |
| DAVEY TREE SURGERY CO | 1003927 | SRCDAL_C1022_01015 | PACIFIC GAS AND ELECTRIC COMPANY | 2617 S VASCO RD | LIVERMORE | CA | US | 94550 | MSA C1022 (FORMERLY 4400003447) - CONTRACT CHANGE ORDER NO. 14 - TREE BRUSH AND WOOD REMOVAL WITH NO ENERGIZED CONDUCTORS 750KV AND OVER WITHIN 10 FEET | 3/22/2018 | – |
| DAVEY TREE SURGERY CO | 1003927 | SRCPOS_2700228324 | PACIFIC GAS AND ELECTRIC COMPANY | 2617 S VASCO RD | LIVERMORE | CA | US | 94550 | PURCHASE ORDER #2700228324 | | 5,275.84 |

[1]The amounts identified herein under the column titled "Cure Amount" are exclusive of any post-petititon interest to be paid on account of such amounts pursuant to the Plan.

| Non-Debtor Counterparty Name | Match ID | Contract ID | Debtor Name | Address | City | State | Country | ZIP Code | Title of Agreement | Effective Date of Agreement | Cure Amount[1] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DAVEY TREE SURGERY CO | 1003927 | SRCPOS_2700168410 | PACIFIC GAS AND ELECTRIC COMPANY | 2617 S VASCO RD | LIVERMORE | CA | US | 94550 | PURCHASE ORDER #2700168410 | | 540.02 |
| DAVEY TREE SURGERY CO | 1003927 | SRCPOS_2700166534 | PACIFIC GAS AND ELECTRIC COMPANY | 2617 S VASCO RD | LIVERMORE | CA | US | 94550 | PURCHASE ORDER #2700166534 | | 4,447.26 |
| DAVEY TREE SURGERY CO | 1003927 | SRCPOS_2700215046 | PACIFIC GAS AND ELECTRIC COMPANY | 2617 S VASCO RD | LIVERMORE | CA | US | 94550 | PURCHASE ORDER #2700215046 | | 1,933.68 |
| DAVEY TREE SURGERY CO | 1003927 | SRCPOS_2700169742 | PACIFIC GAS AND ELECTRIC COMPANY | 2617 S VASCO RD | LIVERMORE | CA | US | 94550 | PURCHASE ORDER #2700169742 | | 2,881.50 |

[1]The amounts identified herein under the column titled "Cure Amount" are exclusive of any post-petititon interest to be paid on account of such amounts pursuant to the Plan.

| Non-Debtor Counterparty Name | Match ID | Contract ID | Debtor Name | Address | City | State | Country | ZIP Code | Title of Agreement | Effective Date of Agreement | Cure Amount[1] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DAVEY TREE SURGERY CO | 1003927 | SRCPOS_2700219927 | PACIFIC GAS AND ELECTRIC COMPANY | 2617 S VASCO RD | LIVERMORE | CA | US | 94550 | PURCHASE ORDER #2700219927 | | 2,637.92 |
| DAVEY TREE SURGERY CO | 1003927 | SRCPOS_2700194540 | PACIFIC GAS AND ELECTRIC COMPANY | 2617 S VASCO RD | LIVERMORE | CA | US | 94550 | PURCHASE ORDER #2700194540 | | 3,995.80 |
| DAVEY TREE SURGERY CO | 1003927 | SRCPOS_2700165592 | PACIFIC GAS AND ELECTRIC COMPANY | 2617 S VASCO RD | LIVERMORE | CA | US | 94550 | PURCHASE ORDER #2700165592 | | 1,819.13 |
| DAVEY TREE SURGERY CO | 1003927 | SRCPOS_2700193743 | PACIFIC GAS AND ELECTRIC COMPANY | 2617 S VASCO RD | LIVERMORE | CA | US | 94550 | PURCHASE ORDER #2700193743 | | 3,438.30 |

[1]The amounts identified herein under the column titled "Cure Amount" are exclusive of any post-petititon interest to be paid on account of such amounts pursuant to the Plan.

| Non-Debtor Counterparty Name | Match ID | Contract ID | Debtor Name | Address | City | State | Country | ZIP Code | Title of Agreement | Effective Date of Agreement | Cure Amount[1] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DAVEY TREE SURGERY CO | 1003927 | SRCPOS_2700215140 | PACIFIC GAS AND ELECTRIC COMPANY | 2617 S VASCO RD | LIVERMORE | CA | US | 94550 | PURCHASE ORDER #2700215140 | | 1,270.16 |
| DAVEY TREE SURGERY CO | 1003927 | SRCPOS_2700037137 | PACIFIC GAS AND ELECTRIC COMPANY | 2617 S VASCO RD | LIVERMORE | CA | US | 94550 | PURCHASE ORDER #2700037137 | | 621.16 |
| DAVEY TREE SURGERY CO | 1003927 | SRCPOS_2700183347 | PACIFIC GAS AND ELECTRIC COMPANY | 2617 S VASCO RD | LIVERMORE | CA | US | 94550 | PURCHASE ORDER #2700183347 | | 695.38 |
| DAVEY TREE SURGERY CO | 1003927 | SRCPOS_2700215904 | PACIFIC GAS AND ELECTRIC COMPANY | 2617 S VASCO RD | LIVERMORE | CA | US | 94550 | PURCHASE ORDER #2700215904 | | 237,813.49 |

[1]The amounts identified herein under the column titled "Cure Amount" are exclusive of any post-petititon interest to be paid on account of such amounts pursuant to the Plan.

| Non-Debtor Counterparty Name | Match ID | Contract ID | Debtor Name | Address | City | State | Country | ZIP Code | Title of Agreement | Effective Date of Agreement | Cure Amount[1] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DAVEY TREE SURGERY CO | 1003927 | SRCAST_C722_01475 | PACIFIC GAS AND ELECTRIC COMPANY | 2617 S VASCO RD | LIVERMORE | CA | US | 94550 | MASTER SERVICE AGREEMENT NO. C722 (FORMERLY 4400009000) | 9/24/2014 | 4,287,259.64 ~~0~~ |
| EL DORADO IRRIGATION DIST | 1004754 | CCCRSOT_00064 | PACIFIC GAS AND ELECTRIC COMPANY | 2890 MOSQUITO RD | PLACERVILLE | CA | US | 95667 | WATER/SEWER AGREEMENT | | 852.34 ~~304,980.3~~ |
| EN ENGINEERING LLC | 1004905 | SRCPOS_2700160425 | PACIFIC GAS AND ELECTRIC COMPANY | 28100 TORCH PARKWAY | WARRENVILLE | IL | US | 60555 | PURCHASE ORDER #2700160425 DATED 09/07/2018 | 9/7/2018 | 48,088.40 ~~48,699.75~~ |
| ENERGY SYSTEMS GROUP LLC | 1004949 | SRCPOS_2700018504 | PACIFIC GAS AND ELECTRIC COMPANY | 9877 EASTGATE COURT | NEWBURGH | IN | US | 47630 | PURCHASE ORDER #2700018504 DATED 10/11/2017 CCNRD_03012 ~~PURCHASE ORDER #2700018504 DATED 10/11/2017~~ | 10/11/2017 | 0.00 ~~342,157.39~~ |

[1]The amounts identified herein under the column titled "Cure Amount" are exclusive of any post-petitition interest to be paid on account of such amounts pursuant to the Plan.

| Non-Debtor Counterparty Name | Match ID | Contract ID | Debtor Name | Address | City | State | Country | ZIP Code | Title of Agreement | Effective Date of Agreement | Cure Amount[1] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ENERGY SYSTEMS GROUP LLC | 1004949 | SRCPOS_2700018506 | PACIFIC GAS AND ELECTRIC COMPANY | 9877 EASTGATE COURT | NEWBURGH | IN | US | 47630 | PURCHASE ORDER #2700018506 DATED 10/11/2017 - CWA 1103 ~~PURCHASE ORDER #2700018506 DATED 10/11/2017~~ | 10/11/2017 | 0.00 ~~401,183.41~~ |
| ENERGY SYSTEMS GROUP LLC | 1004949 | SRCPOS_2700053850 | PACIFIC GAS AND ELECTRIC COMPANY | 9877 EASTGATE COURT | NEWBURGH | IN | US | 47630 | PURCHASE ORDER #2700053850 DATED 01/18/2018 | 1/18/2018 | 0.00 ~~565,747.46~~ |
| ENERGY SYSTEMS GROUP LLC | 1004949 | SRCPOS_2700016243 | PACIFIC GAS AND ELECTRIC COMPANY | 9877 EASTGATE COURT | NEWBURGH | IN | US | 47630 | PURCHASE ORDER #2700016243 | | – |
| GEYSERS POWER COMPANY, LLC | 1429715 | EPPEMCL_33R093 | PACIFIC GAS AND ELECTRIC COMPANY | 3136 BOEING WAY | STOCKTON | CA | US | 95206 | EMCL AGREEMENT | 9/30/2009 | 0.00 ~~14,724,193.79~~ |

[1]The amounts identified herein under the column titled "Cure Amount" are exclusive of any post-petititon interest to be paid on account of such amounts pursuant to the Plan.

| Non-Debtor Counterparty Name | Match ID | Contract ID | Debtor Name | Address | City | State | Country | ZIP Code | Title of Agreement | Effective Date of Agreement | Cure Amount[1] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GILROY ENERGY CENTER, LLC, CREED ENERGY CENTER, LLC AND GOOSEHAVEN ENERGY CENTER, LLC | 1006057 | EPPEMCL_33B097 | PACIFIC GAS AND ELECTRIC COMPANY | 202 BURNS DRIVE | YUBA CITY | CA | US | 95991 | EMCL AGREEMENT | 9/30/2009 | 0.00 ~~74,467.62~~ |
| ~~HENRIETTA D ENERGY STORAGE LLC*~~ | ~~1016781~~ | ~~EPPEMCL_40S004~~ | ~~PACIFIC GAS AND ELECTRIC COMPANY~~ | ~~1065 AVENUE OF THE AMERICAS 7TH FLOOR~~ | ~~NEW YORK~~ | ~~NY~~ | ~~US~~ | ~~10018~~ | ~~EMCL AGREEMENT~~ | ~~11/23/2015~~ | ~~—~~ |
| IBM CORPORATION | 1006912 | SRCPOS_2700309525 | PACIFIC GAS AND ELECTRIC COMPANY | 650 HARRY RD. | SAN JOSE | CA | US | 95120 | PURCHASE ORDER #2501366740 | | 1,903.23 |
| IBM CORPORATION | 1006912 | SRCPOS_2700380388 | PACIFIC GAS AND ELECTRIC COMPANY | 650 HARRY RD. | SAN JOSE | CA | US | 95120 | PURCHASE ORDER #2700380388 | | — |

[1]The amounts identified herein under the column titled "Cure Amount" are exclusive of any post-petititon interest to be paid on account of such amounts pursuant to the Plan.
*Agreement has been removed from the Schedule of Assumed Contracts because it has expired, terminated, or has otherwise been determined to be non-executory and/or not capable of assumption.

| Non-Debtor Counterparty Name | Match ID | Contract ID | Debtor Name | Address | City | State | Country | ZIP Code | Title of Agreement | Effective Date of Agreement | Cure Amount[1] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| IBM CORPORATION | 1006912 | SRCPOS_2700372604 | PACIFIC GAS AND ELECTRIC COMPANY | 650 HARRY RD. | SAN JOSE | CA | US | 95120 | PURCHASE ORDER #2700372604 | | – |
| IBM CORPORATION | 1006912 | SRCAST_4400000912_00001 | PACIFIC GAS AND ELECTRIC COMPANY | 650 HARRY RD. | SAN JOSE | CA | US | 95120 | MASTER SERVICES AGREEMENT FOR SERVICEELITE | 11/22/2013 | – |
| IBM CORPORATION | 1006912 | SRCPOS_2500990090 | PACIFIC GAS AND ELECTRIC COMPANY | 650 HARRY RD. | SAN JOSE | CA | US | 95120 | PURCHASE ORDER #2500990090 DATED 04/11/2014 | 4/11/2014 | 109,888.09 |
| LIVE OAK LIMITED | 1016559 | EPPEMCL_33B122 | PACIFIC GAS AND ELECTRIC COMPANY | 34759 LENCIONI AVE. | BAKERSFIELD | CA | US | 93308 | EMCL AGREEMENT | 12/6/2013 | 913.26 θ |

[1]The amounts identified herein under the column titled "Cure Amount" are exclusive of any post-petititon interest to be paid on account of such amounts pursuant to the Plan.

| Non-Debtor Counterparty Name | Match ID | Contract ID | Debtor Name | Address | City | State | Country | ZIP Code | Title of Agreement | Effective Date of Agreement | Cure Amount[1] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LOS ESTEROS CRITICAL ENERGY FACILITY, LLC | 1429713 | EPPEMCL_33B099 | PACIFIC GAS AND ELECTRIC COMPANY | 717 TEXAS AVENUE, SUITE 1000 | HOUSTON | TX | US | 77002 | EMCL AGREEMENT | 9/30/2009 | 0.00 ~~699,736.80~~ |
| MARIPOSA ENERGY, LLC. | 1009035 | EPPEMCL_33B092 | PACIFIC GAS AND ELECTRIC COMPANY | 633 W. 5TH STREET SUITE 1000 | LOS ANGELES | CA | US | 90071 | EMCL AGREEMENT | 3/27/2009 | 276,391.68 ~~276,391.67~~ |
| MCKITTRICK LIMITED | 1009261 | EPPEMCL_33B123 | PACIFIC GAS AND ELECTRIC COMPANY | 34759 LENCIONI AVE. | BAKERSFIELD | CA | US | 93308 | EMCL AGREEMENT | 12/6/2013 | 277,333.68 ~~275,868.85~~ |
| NOR CAL PIPELINE SERVICES | 1010253 | SRCAMA_C3575_01524 | PACIFIC GAS AND ELECTRIC COMPANY | 1875 S RIVER RD | WEST SACRAMENTO | CA | US | 95691 | NOR CAL PIPELINE MSA C3575 (PREVENTION SCI) | 9/23/2017 | – |

[1]The amounts identified herein under the column titled "Cure Amount" are exclusive of any post-petititon interest to be paid on account of such amounts pursuant to the Plan.

| Non-Debtor Counterparty Name | Match ID | Contract ID | Debtor Name | Address | City | State | Country | ZIP Code | Title of Agreement | Effective Date of Agreement | Cure Amount[1] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NORTH STAR SOLAR, LLC | 1016654 | EPPEMCL_33R148 | PACIFIC GAS AND ELECTRIC COMPANY | 3535 COLONADE PARKWAY BIN S-950-EC | BIRMINGHAM | AL | US | 35243 | EMCL AGREEMENT | 9/20/2010 | 117,660.99 ~~60,924.20~~ |
| RUSSELL CITY ENERGY COMPANY | 1429714 | EPPEMCL_33B075 | PACIFIC GAS AND ELECTRIC COMPANY | 717 TEXAS AVENUE, SUITE 1000 | HOUSTON | TX | US | 77002 | EMCL AGREEMENT | 12/19/2008 | 0.00 ~~13,252,065.37~~ |
| SACRAMENTO MUNICIPAL UTILITY DIST - SMUD | 1012640 | CCCRSOT_00194 | PACIFIC GAS AND ELECTRIC COMPANY | 6301 S ST | SACRAMENTO | CA | US | 95852-1555 | ELECTRIC AGREEMENT | | 80,907.43 ~~59,364.03~~ |
| SALESFORCE.COM | 1012706 | SRCAMA_C5358_00345 | PACIFIC GAS AND ELECTRIC COMPANY | 1 MARKET ST STE300 | SAN FRANCISCO | CA | US | 94105 | MSA C5358 PROFESSIONAL SERVICES AGREEMENT (PSA) | 2/14/2018 | – |

[1]The amounts identified herein under the column titled "Cure Amount" are exclusive of any post-petititon interest to be paid on account of such amounts pursuant to the Plan.

| Non-Debtor Counterparty Name | Match ID | Contract ID | Debtor Name | Address | City | State | Country | ZIP Code | Title of Agreement | Effective Date of Agreement | Cure Amount[1] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SALESFORCE.COM | 1012706 | SRCAST_C3507_00001 | PACIFIC GAS AND ELECTRIC COMPANY | 1 MARKET ST STE300 | SAN FRANCISCO | CA | US | 94105 | STATEMENT OF WORK (SOW) | 10/31/2017 | – |
| SALESFORCE.COM | 1012706 | SRCPOS_2700042953 | PACIFIC GAS AND ELECTRIC COMPANY | 1 MARKET ST STE300 | SAN FRANCISCO | CA | US | 94105 | PURCHASE ORDER #2700042953 DATED 12/19/2017 | 12/19/2017 | 1,896.18 |
| SHILOH WIND PROJECT 1, LLC | 1016611 | EPPEMCL_33R015 | PACIFIC GAS AND ELECTRIC COMPANY | 1125 NW COUCH STREET SUITE 700 ~~15445 INNOVATION DRIVE~~ ~~1125 NW COUCH STREET SUITE 700~~ | PORTLAND ~~SAN DIEGO~~ ~~PORTLAND~~ | OR ~~CA~~ ~~OR~~ | US | 97209 ~~92128~~ ~~97209~~ | EMCL AGREEMENT | 6/15/2005 | 289,625.14 |
| SOUTH SAN JOAQUIN IRRIGATION DISTRICT; OAKDALE IRRIGATION DISTRICT; TRI-DAM POWER AUTHORITY | 1022676 | CRPSECLIC1_06067 | PACIFIC GAS AND ELECTRIC COMPANY | MIA S. BROWN GENERAL COUNSEL SOUTH SAN JOAQUIN IRRIGATION DISTRICT 1101 E. HIGHWAY 120 | MANTECA | CA | US | 95336 | TRI-DAM COORDINATED OPERATION AGREEMENT | 4/28/2005 | 27,354.98 |

[1]The amounts identified herein under the column titled "Cure Amount" are exclusive of any post-petititon interest to be paid on account of such amounts pursuant to the Plan.

| Non-Debtor Counterparty Name | Match ID | Contract ID | Debtor Name | Address | City | State | Country | ZIP Code | Title of Agreement | Effective Date of Agreement | Cure Amount[1] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SOUTH SAN JOAQUIN IRRIGATION DISTRICT: OAKDALE IRRIGATION DISTRICT: TRI-DAM POWER AUTHORITY | 1022676 | CRPSECLIC1_06068 | PACIFIC GAS AND ELECTRIC COMPANY | MIA S. BROWN GENERAL COUNSEL SOUTH SAN JOAQUIN IRRIGATION DISTRICT 1101 E. HIGHWAY 120 | MANTECA | CA | US | 95336 | AMENDMENT TO TRI-DAM COORDINATED OPERATION AGREEMENT | 5/2/2013 | 720.51 |
| TATA AMERICA INTERNATIONAL CORP | 1014327 | SRCAST_C71_00665 | PACIFIC GAS AND ELECTRIC COMPANY | 101 PARK AVE 26TH FL | NEW YORK | NY | US | 10178 | MSA FOR MANAGED IT SERVICES | 1/1/2017 | – |
| TATA AMERICA INTERNATIONAL CORP | 1014327 | SRCAST_C71_00666 | PACIFIC GAS AND ELECTRIC COMPANY | 101 PARK AVE 26TH FL | NEW YORK | NY | US | 10178 | CONTRACT CHANGE ORDER NO. 1 - MASTER SERVICES AGREEMENT | 2/10/2017 | – |
| TATA AMERICA INTERNATIONAL CORP | 1014327 | SRCAST_C71_00667 | PACIFIC GAS AND ELECTRIC COMPANY | 101 PARK AVE 26TH FL | NEW YORK | NY | US | 10178 | CONTRACT CHANGE ORDER NO. 2 - MASTER SERVICES AGREEMENT | 6/22/2017 | – |

[1]The amounts identified herein under the column titled "Cure Amount" are exclusive of any post-petititon interest to be paid on account of such amounts pursuant to the Plan.

| Non-Debtor Counterparty Name | Match ID | Contract ID | Debtor Name | Address | City | State | Country | ZIP Code | Title of Agreement | Effective Date of Agreement | Cure Amount[1] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TATA AMERICA INTERNATIONAL CORP | 1014327 | SRCAST_C71_00668 | PACIFIC GAS AND ELECTRIC COMPANY | 101 PARK AVE 26TH FL | NEW YORK | NY | US | 10178 | CONTRACT CHANGE ORDER NO. 3 - MASTER SERVICES AGREEMENT | 12/3/2018 | – |
| TATA AMERICA INTERNATIONAL CORP | 1014327 | SRCASU_C4252_00383 | PACIFIC GAS AND ELECTRIC COMPANY | 101 PARK AVE 26TH FL | NEW YORK | NY | US | 10178 | CONTRACT CHANGE ORDER NO. 1 - I&O INFRASTRUCTURE OPERATIONS MANAGED SERVICES | 2/13/2018 | – |
| TATA AMERICA INTERNATIONAL CORP | 1014327 | SRCAST_C7394_00449 | PACIFIC GAS AND ELECTRIC COMPANY | 101 PARK AVE 26TH FL | NEW YORK | NY | US | 10178 | CWA CO3 TATA C7394 - GIS APPLICATIONS OPERATIONS AND MAINTENANCE MANAGED SERVICES | 5/30/2018 | – |
| TATA AMERICA INTERNATIONAL CORP | 1014327 | SRCPOS_2700044619 | PACIFIC GAS AND ELECTRIC COMPANY | 101 PARK AVE 26TH FL | NEW YORK | NY | US | 10178 | PURCHASE ORDER #2700044619 DATED 12/22/2017 | | 12,800.00 |

[1]The amounts identified herein under the column titled "Cure Amount" are exclusive of any post-petititon interest to be paid on account of such amounts pursuant to the Plan.

| Non-Debtor Counterparty Name | Match ID | Contract ID | Debtor Name | Address | City | State | Country | ZIP Code | Title of Agreement | Effective Date of Agreement | Cure Amount[1] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TATA AMERICA INTERNATIONAL CORP | 1014327 | SRCPOS_2700046791 | PACIFIC GAS AND ELECTRIC COMPANY | 101 PARK AVE 26TH FL | NEW YORK | NY | US | 10178 | PURCHASE ORDER #2700046791 DATED 01/03/2018 | | 16,000.00 |
| TATA AMERICA INTERNATIONAL CORP | 1014327 | SRCPOS_2700050706 | PACIFIC GAS AND ELECTRIC COMPANY | 101 PARK AVE 26TH FL | NEW YORK | NY | US | 10178 | PURCHASE ORDER #2700050706 DATED 01/10/2018 | | 1,020,242.00 |
| TATA AMERICA INTERNATIONAL CORP | 1014327 | SRCPOS_2700088324 | PACIFIC GAS AND ELECTRIC COMPANY | 101 PARK AVE 26TH FL | NEW YORK | NY | US | 10178 | PURCHASE ORDER #2700088324 DATED 04/02/2018 | | 48,837.80 |
| TATA AMERICA INTERNATIONAL CORP | 1014327 | SRCPOS_2700106315 | PACIFIC GAS AND ELECTRIC COMPANY | 101 PARK AVE 26TH FL | NEW YORK | NY | US | 10178 | PURCHASE ORDER #2700106315 DATED 05/09/2018 | | 21,160.00 |

[1]The amounts identified herein under the column titled "Cure Amount" are exclusive of any post-petititon interest to be paid on account of such amounts pursuant to the Plan.

| Non-Debtor Counterparty Name | Match ID | Contract ID | Debtor Name | Address | City | State | Country | ZIP Code | Title of Agreement | Effective Date of Agreement | Cure Amount[1] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TATA AMERICA INTERNATIONAL CORP | 1014327 | SRCPOS_2700153636 | PACIFIC GAS AND ELECTRIC COMPANY | 101 PARK AVE 26TH FL | NEW YORK | NY | US | 10178 | PURCHASE ORDER #2700153636 DATED 08/22/2018 | | 38,600.00 |
| TATA AMERICA INTERNATIONAL CORP | 1014327 | SRCPOS_2700178484 | PACIFIC GAS AND ELECTRIC COMPANY | 101 PARK AVE 26TH FL | NEW YORK | NY | US | 10178 | PURCHASE ORDER #2700178484 DATED 10/15/2018 | | 100,887.32 |
| TATA AMERICA INTERNATIONAL CORP | 1014327 | SRCPOS_2700204067 | PACIFIC GAS AND ELECTRIC COMPANY | 101 PARK AVE 26TH FL | NEW YORK | NY | US | 10178 | PURCHASE ORDER #2700204067 DATED 12/10/2018 | | 88,000.00 |
| THE DAVEY TREE EXPERT COMPANY | 1003927 | SRCPOS_2700168471 | PACIFIC GAS AND ELECTRIC COMPANY | 7627 MORRO ROAD | ATASCADERO | CA | US | 93422 | PURCHASE ORDER #2700168471 DATED 09/25/2018 | 9/25/2018 | 12,236.26 |

[1]The amounts identified herein under the column titled "Cure Amount" are exclusive of any post-petititon interest to be paid on account of such amounts pursuant to the Plan.

| Non-Debtor Counterparty Name | Match ID | Contract ID | Debtor Name | Address | City | State | Country | ZIP Code | Title of Agreement | Effective Date of Agreement | Cure Amount[1] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| U.S. TELEPACIFIC CORP., A CALIFORNIA CORPORATION, DB/A TELEPACIFIC COMMUNICATIONS ~~U.S. TELEPACIFIC CORPORATION AKA TELPX AND AMENDMENTS~~ | 1017314 | ITTELE_00056 | PACIFIC GAS AND ELECTRIC COMPANY | 515 S. FLOWER STREET 47TH FLOOR | LOS ANGELES | CA | US | 90071-2201 | MASTER SERVICE AGREEMENT AND AMENDMENTS 1-3 (CIRCUITS) | 3/11/2015 | – |
| WHITNEY POINT SOLAR, LLC | 1422648 | POWGEN_00248 | PACIFIC GAS AND ELECTRIC COMPANY | ATTN: DAVID SAUL 115 WEST CANON PERDIDO ST | SANTA BARBARA | CA | US | 93101 | SMALL GENERATION INTERCONNECTION AGREEMENT (SGIA) | 11/3/2011 | – |

[1]The amounts identified herein under the column titled "Cure Amount" are exclusive of any post-petititon interest to be paid on account of such amounts pursuant to the Plan.