Steven S. Kane, Esq., SBN: 061670
Bonnie E. Kane, Esq., SBN: 167700
**THE KANE LAW FIRM**
402 W. Broadway, Suite 2500
San Diego, CA 92101
Telephone: (619) 236-8700
Facsimile: (619) 236-1370
E-mail: skane@thekanelawfirm.com
E-mail: bonnie@thekanelawfirm.com

Attorneys for CARENET PREGNANCY CENTER OF PARADISE, INCORPORATED

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re:*<br><br>PG&E CORPORATION<br><br>-and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br>           Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas & Electric<br>■ Affects Both Debtors<br>_____ | Bankr. Case No: 19-30088(DM)<br><br>**CERTIFICATE OF SERVICE** |

# **CERTIFICATE OF SERVICE**

I, Bonnie E. Kane, declare

I am a citizen of the United States and employed in San Diego County, California and Butte County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 402 W. Broadway, Suite 2500, San Diego, California 92101. On July 10, 2020, I served a copy of the following documents:

1. NOTICE OF HEARING ON MOTION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9006(b) (1) TO DEEM CARENET PREGNANCY CENTER OF PARADISE, INCORPORATED'S CLAIM TIMELY FILED

2. MOTION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9006(b)(1) TO DEEM CARENET PREGNANCY CENTER OF PARADISE, INCORPORATED'S CLAIM TIMELY FILED

3. DECLARATION OF LINDA KALANQUIN IN SUPPORT OF MOTION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9006(b)(1) TO DEEM CARENET PREGNANCY CENTER OF PARADISE, INCORPORATED'S CLAIM TIMELY FILED

4. EXHIBIT 1 TO MOTION PURSUANT TO FEDERAL RULE OF FEDERAL RULE OF BANKRUPTCY PROCEDURE 9006 (b)(1) TO DEEM CARENET PREGNANCY CENTER OF PARADISE, INCORPORATED'S CLAIM TIMELY FILED

by transmitting electronically through the Court's CM/ECF system.

In addition, I caused to be served via Electronic Mail all parties listed on Exhibit A, unless indicated by U.S. Mail.

I have reviewed the Notices of Electronic Filing for the above-listed documents, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing System.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct. Executed on July 12, 2020, at San Diego County, California.

                                                        /s/ Bonnie E. Kane_____
                                                           Bonnie E. Kane

**Exhibit A**

| Counsel | Served On |
|---|---|
| The Debtors, c/o PG&E Corporation and Pacific Gas and Electric Company | 77 Beale Street<br>P. O. Box 77000<br>San Francisco, CA 94105<br>Attn: Janet Loduca, Esq.<br>*Via First Class Mail* |
| Stephen Karotkin<br>Jessica Liou<br>Matthew Goren<br>Weil, Gotshal & Manges, LLP<br>Counsel for *Debtors* | stephen.karotkin@weil.com<br>jessica.liou@weil.com<br>matthew.goren@weil.com |
| Paul H. Zumbro<br>Kevin J. Orsini<br>Omid H. Nasab<br>Cravath, Swaine & Moore LLP<br>Special Counsel to *Debtors* | pzumbro@cravath.com<br>korsini@cravath.com<br>onasab@cravath.com |
| Tobias Keller<br>Jane Kim<br>Keller Benvenutti Kim LLP<br>Counsel to *Debtors* | tkeller@kbkllp.com<br>jkim@kbkllp.com |
| James L. Snyder<br>Timothey Laffredi<br>Marta E. Villacorta<br>Office of the United States Trustee | James.L.Snyder@usdoj.gov<br>timothy.s.laffredi@usdoj.gov<br>Marta.Villacorta@usdoj.gov |
| Kristopher M. Hansen<br>Erez E. Gilad<br>Matthew G. Garofalo<br>Strook & Stroock & Lavan LLP<br>Counsel for the Administrative Agent Under the Debtors' Debtor-in-Possession Financing Facility | khansen@stroock.com<br>egilad@stroock.com<br>mgarofalo@stroock.com |
| Eli J. Vonnegut<br>David Schiff<br>Timothy Graulich<br>Davis Polk & Wardwell LLP<br>Counsel<br>David Polk & Wardwell LLP<br>Counsel for the Collateral Agent Under The Debtors' in Possession Financing | eli.vonnegut@davispolk.com<br>david.schiff@davispolk.com<br>timothy.graulich@davispolk.com |

| Counsel | Served On |
|---|---|
| Alan W. Kornberg<br>Brian S. Herman<br>Walter R. Rieman<br>Sean A. Mitchell<br>Paul Weiss, Rifkind, Wharton & Garrison LLP<br>Counsel for the California Public Utilities Commission | akornberg@paulweiss.com<br>bherman@paulweiss.com<br>wrieman@paulweiss.com<br>smitchell@paulweiss.com<br>ndonnelly@paulweiss.com |
| Dennis F. Dunne<br>Samuel A. Khalil<br>Gregory A. Bray<br>Thomas R. Kreller<br>Samir L. Vora<br>Millbank LLP<br>Counsel for the Official Committee of Unsecured Creditors | ddunne@milbank.com<br>skhalil@milbank.com<br>gbray@milbank.com<br>tkreller@milbank.com<br>svora@milbank.com |
| Robert A. Julian<br>Cecily A. Dumas<br>Eric E. Sagerman<br>Lauren T. Attard<br>Baker & Hostetler LLP<br>Counsel for the Official Committee of Tort Claimants | rjulian@bakerlaw.com<br>cdumas@bakerlaw.com<br>esagerman@bakerlaw.com<br>lattard@bakerlaw.com |
| Matthew A. Feldman<br>Joseph G. Minias<br>Benjamin P. McCallen<br>Daniel I. Forman<br>Wilkie Farr & Gallagher LLP<br>Counsel for the Ad Hoc Group of Subrogation Claimholders | mfeldman@willkie.com<br>jminias@willkie.com<br>bmccallen@wilkie.com<br>dforman@wilkie.com |
| Kathryn S. Diemer<br>Diemer & Wei<br>Counsel for the Ad Hoc Group of Subrogation Claimholders | kdiemer@diemerwei.com |

| Counsel | Served On |
|---|---|
| **Bruce S. Bennett** | bbennett@jonesday.com |
| Joshua M. Mester | jmester@jonesday.com |
| James O. Johnston | jjohnston@jonesday.com |
| Jones Day | |
| Counsel for the Shareholder Proponents | |
| | |
| Michael S. Stamer | mstamer@akingump.com |
| Ira S. Dizengoff | idizengoff@akingump.com |
| David H. Botter | dbotter@akingump.com |
| Abid Qureshi | aqureshi@akingump.com |
| Ashley Vinson Crawford | avcrawford@akingump.com |
| Akin Gump Strauss Hauer & Feld LLP | |
| Counsel for the Ad Hoc Committee of Senior Unsecured Noteholders | |
| | |
| Shane Huang | Shane.huang@usdoj.gov |
| Michael S. Tye | michael.tye@usdoj.gov |
| Rodney A. Morris | Rodney.Morris2@usdoj.gov |
| U.S. Department of Justice | |
| Civil Division | |
| Counsel to the Federal Energy Regulatory Commission | |
| | |
| Anita Ghosh Naber | anita.ghoshnaber@nrc.gov |
| Counsel to the U.S. Nuclear Regulatory Commission | |