Peter S. Partee, Sr. (admitted *pro hac vice*)
**HUNTON ANDREWS KURTH LLP**
200 Park Avenue
New York, New York 10166
Tel: (212) 309-1132 / Fax: (212) 309-1100
ppartee@huntonak.com
rrich2@huntonak.com

-and-

Matthew Bobb (CA BAR 253308)
**HUNTON ANDREWS KURTH LLP**
550 South Hope St., Suite 2000
Los Angeles, CA 90071
Tel: (213) 532-2116 / Fax: (704) 331-4239
mbobb@huntonak.com

*Counsel for Potrero Hills Energy Producers, LLC*

**Hunton Andrews Kurth LLP**
**550 South Hope Street, Suite 2000**
**Los Angeles, California 90071-2627**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>- and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors. | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered) |
| ☐ PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br><br>* *All papers shall be filed in the lead case, No. 19-30088 (DM).* | **AFFIDAVIT OF SERVICE**<br><br>**Related Docket No. 8356** |

STATE OF NEW YORK )
): SS
COUNTY OF WESTCHESTER )

Constance Andonian being duly sworn, deposes and says:

1. I am not a party to this action, am over the age of eighteen years and am employed by Hunton Andrews Kurth LLP. My business address is 200 Park Avenue, New York, New York 10166.

2. On July 10, 2020, *Notice of Withdrawal of Potrero Hills Energy Producers LLC's Objection to Proposed Cure Amount* [DN 8356] (the "Objection") was filed via the Court's CM/ECF system which caused all parties receiving CM/ECF notices in this case to receive the Objection.

3. On July 10, 2020, I served a true and complete copy of the Objection upon the parties listed on the annexed service lists as specified.

Dated: July 13, 2020
Peekskill, New York

Constance Andonian

Sworn to before me on this
13th day of July 2020

Notary Public

BRADFORD C. MULDER
Notary Public, State of New York
No. 02MU5067057
Qualified In Kings County
Certificate Filed in New York County
Commission Expires Oct. 7, 2022

Hunton Andrews Kurth LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627



Case: 19-30088 Doc# 8367 Filed: 07/13/20 Entered: 07/13/20 10:42:23 Page 2 of 9

**Notary Certification Pursuant to New York State Executive Order 202.7**

I certify that the attached document was notarized remotely pursuant to New York Executive Order 202.7, dated March 19, 2020. The individual signing the attached document was located in Westchester County of the State of New York and I performed the notarial act in Kings County of the State of New York.

Signed: ______________________ Date: 7/13/2020
Notary Public
Bradford C. Mulder

**SERVICE LIST**

**ECF AND ELECTRONIC MAIL**

Keller Benvenutti Kim LLP
650 California Street, Suite 1900
San Francisco, California 94108
Attn: Tobias S. Keller (tkeller@kbkllp.com)
Jane Kim (jkim@kbkllp.com)

Jones Day
555 South Flower Street, Fiftieth Floor
Los Angeles, California 90071-2300
Joshua M. Mester (jmester@jonesday.com)
James O. Johnston (jjohnston@jonesday.com)

2029 Century Park East
Los Angeles, CA 90067-3086
Attn: Frank A. Merola, Esq. (lacalendar@stroock.com, mmagzamen@stroock.com)

Office of the United States Trustee for Region 17
450 Golden Gate Avenue, 5th Floor, Suite #05-0153
San Francisco, CA 94102
Timothy Laffredi, Esq. (timothy.s.laffredi@usdoj.gov; patti.vargas@usdoj.gov)

Jason Blumberg
Office of the U.S. Trustee
501 I St. #7-500
Sacramento, CA 95814
(916) 930-2076
Email: jason.blumberg@usdoj.gov

Cameron Gulden
Office of the United States Trustee
300 Booth St., Room 3009
Reno, NV 89509
(775) 784-5335
Email: cameron.m.gulden@usdoj.gov

Lynette C. Kelly
Office of the United States Trustee
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102
(415) 252-2065
Email: ustpregion17.oa.ecf@usdoj.gov

Marta Villacorta
Office of the United States Trustee
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102
(415) 252-2062
Email: marta.villacorta@usdoj.gov

Milbank LLP
55 Hudson Yards
New York, NY 10001-2163
Attn: Dennis F. Dunne, Esq. ddunne@milbank.com,
Sam A. Khalil, Esq. skhalil@milbank.com, jbrewster@milbank.com

Milbank LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Attn: Paul S. Aronzon, Esq. paronzon@milbank.com
Gregory A. Bray, Esq. gbray@milbank.com
Thomas R. Kreller, Esq. tkreller@milbank.com

Baker & Hostetler LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Attn: Eric Sagerman, Esq. esagerman@bakerlaw.com
Cecily Dumas, Esq. cdumas@bakerlaw.com, hhammonturano@bakerlaw.com

Lauren T. Attard
Baker Hostetler LLP
11601 Wilshire Blvd. #1400
Los Angeles, CA 90025-0509
(310) 820-8800
Email: lattard@bakerlaw.com

Chris Bator
Baker & Hostetler LLP
127 Public Square #2000
Cleveland, OH 44114
(216) 621-0200
Email: cbator@bakerlaw.com

Dustin M. Dow
Baker & Hostetler LLP
127 Public Square #2000
Cleveland, OH 44114
(216) 621-0200
Email: ddow@bakerlaw.com

Joseph M. Esmont
Baker & Hostetler LLP
127 Public Sq., #2000
Cleveland, OH 44147
(216) 861-7835
Email: jesmont@bakerlaw.com

Lars H. Fuller
Baker & Hostetler LLP
1801 California St #4400
Denver, CO 80202
(303) 764-4114
Email: lfuller@bakerlaw.com

Hunton Andrews Kurth LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

Eric R. Goodman
Baker & Hostetler LLP
Key Tower, 127 Public Sq., #2000
Cleveland, OH 44114-1214
(216) 621-0200
Email: egoodman@bakerlaw.com

Elizabeth A. Green
BakerHostetler LLP
200 S. Orange Ave. #2300
Orlando, FL 32801
(407) 649-4000
Email: egreen@bakerlaw.com

Robert A. Julian
Baker and Hostetler LLP
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA 94111-2806
(415) 569-2600
Email: rjulian@bakerlaw.com

Elyssa S. Kates
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
(212) 589-4227
Email: ekates@bakerlaw.com

Kody D. L. Kleber
Baker & Hostetler LLP
811 Main St., #1100
Houston, TX 77005
(713) 703-1315
Email: kkleber@bakerlaw.com

John H. MacConaghy
MacConaghy and Barnier
645 1st St. W #D
Sonoma, CA 95476
(707) 935-3205
Email: macclaw@macbarlaw.com

Kimberly S. Morris
Baker & Hostetler LLP
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA 94111
(415) 659-2600
Email: kmorris@bakerlaw.com

David J. Richardson
Baker & Hostetler, LLP
11601 Wilshire Blvd.,
14th Floor

Los Angeles, CA 90025
(310) 442-8858
Email: drichardson@bakerlaw.com

David B. Rivkin, Jr.
Baker and Hostetler LLP
1050 Connecticut Ave., N.W., #1100
Washington, DC 20036
(202) 861-1731
Email: drivkin@bakerlaw.com

Jorian L. Rose
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
(212) 589-4200
Email: jrose@bakerlaw.com

James C. Behrens
Milbank, LLP
2029 Century Park E, 33rd Fl.
Los Angeles, CA 90067
(424) 386-4436
Email: jbehrens@milbank.com

Erin Elizabeth Dexter
Milbank LLP
1850 K St., NW, #1100
Washington, DC 20006
(202) 835-7500
Email: edexter@milbank.com

Andrew Michael Leblanc
Milbank LLP
1850 K St., NW, #1100
Washington, DC 20006
(202) 835-7500
Email: ALeblanc@milbank.com

Alan J. Stone
Milbank LLP
55 Hudson Yards
New York, NY 10001
(212) 530-5000
Email: AStone@milbank.com

Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Attn: Alan W. Kornberg, Esq. akornberg@paulweiss.com

Hunton Andrews Kurth LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

**ELECTRONIC MAIL ONLY**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Stephen Karotkin (stephen.karotkin@weil.com)
Jessica Liou (jessica.liou@weil.com)
Matthew Goren (matthew.goren@weil.com)
Tom Schinckel (tom.schinckel@weil.com)

Jones Day
555 South Flower Street, Fiftieth Floor
Los Angeles, California 90071-2300
Attn: Bruce S. Bennett (bbennett@jonesday.com)

**U.S. FIRST CLASS MAIL**

PG&E Corporation and Pacific Gas and Electric Company
PO Box 770000, 77 Beale Street
San Francisco, CA 94105
Attn: Janet Loduca, Esq.

Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982
Attn: Kristopher M. Hansen, Esq.
Erez E. Gilad, Esq.
Matthew G. Garofalo, Esq.

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
Attn: Eli J. Vonnegut, Esq.
David Schiff, Esq.
Timothy Graulich, Esq.

Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Attn: Brian S. Hermann, Esq.
Walter R. Rieman, Esq.
Sean A. Mitchell, Esq.
Neal P. Donnelly, Esq.

U.S. Nuclear Regulatory Commission
Washington, DC 20555-0001
Attn: General Counsel

U.S. Department of Justice
1100 L Street, NW, Room 7106
Washington DC 20005
Attn: Danielle A. Pham, Esq.

Office of the United States Trustee for Region 17
450 Golden Gate Avenue, 5th Floor, Suite #05-0153

San Francisco, CA 94102
Attn: James L. Snyder, Esq.

Hunton Andrews Kurth LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627



Case: 19-30088 Doc# 8367 Filed: 07/13/20 Entered: 07/13/20 10:42:23 Page 9 of 9