**<u>EXHIBIT A</u>**

**EXHIBIT A**
**COMPENSATION BY PROFESSIONAL**
**FOR THE PERIOD MAY 1, 2020 THROUGH MAY 31, 2020**

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Brent Williams | Managing Director | $ 1,195 | 283.3 | $ 338,543.50 |
| Alex Stevenson | Managing Director | 1,195 | 142.4 | 170,168.00 |
| Brendan Murphy | Managing Director | 1,095 | 270.6 | 296,307.00 |
| Sherman Guillema | Director | 895 | 100.8 | 90,216.00 |
| Peter Gnatowski | Director | 895 | 292.0 | 261,340.00 |
| Matt Merkel | Vice President | 795 | 326.6 | 259,647.00 |
| Erik Ellingson | Associate | 695 | 182.0 | 126,490.00 |
| Naeem Muscatwalla | Associate | 695 | 96.6 | 67,137.00 |
| Max Golembo | Associate | 695 | 75.6 | 52,542.00 |
| Jeremy Mau | Associate | 695 | 102.8 | 71,446.00 |
| Jacob Kinstler | Associate | 695 | 17.4 | 12,093.00 |
| Riley Jacobs | Analyst | 395 | 223.8 | 88,401.00 |
| Alex Gebert | Analyst | 395 | 251.6 | 99,382.00 |
| Zack Stone | Analyst | 395 | 87.2 | 34,444.00 |
| Aadil Khan | Analyst | 395 | 51.7 | 20,421.50 |
| John Rutkowski | Analyst | 395 | 37.5 | 14,812.50 |
| Charles Hallett | Analyst | 395 | 72.1 | 28,479.50 |
| Thomas Steve | Analyst | 395 | 60.4 | 23,858.00 |
| **Total** | | | | $ **2,055,728.00** |