**EXHIBIT B**

Case: 19-30088 Doc# 8369-2 Filed: 07/13/20 Entered: 07/13/20 15:04:08 Page 1 of 2

# EXHIBIT B
# COMPENSATION BY WORK TASK CODE
# FOR THE PERIOD MAY 1, 2020 THROUGH MAY 31, 2020

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---:|---:|
| 3 | Financial Analysis (Requested by Counsel, or Otherwise) | 224.0 | $ 161,575.25 |
| 4 | 13-Week Cash Flow / MOR / Liquidity Analysis | 26.4 | $ 17,493.25 |
| 6 | Due Diligence of Wildfire Safety Plan and Related Analysis | 8.9 | $ 6,435.50 |
| 7 | Debtor Professionals - Diligence / Meetings / Calls | 38.6 | $ 38,477.00 |
| 9 | Other Professionals / Interested Parties - Diligence / Meetings / Calls | 18.4 | $ 21,688.00 |
| 10 | Tort Claimants (Counsel/FA) - Diligence / Meetings / Calls | 60.8 | $ 68,216.00 |
| 12 | Committee Related Matters - Diligence / Meetings / Calls | 50.4 | $ 50,408.00 |
| 13 | Bankruptcy Filings, Motions and Other Document Review | 82.8 | $ 55,561.25 |
| 15 | Review of Employee-Related Matters, Including Retention Plans | 19.1 | $ 12,134.50 |
| 17 | Asset Sale(s), Strategic Alternatives, and Related Analysis | 240.3 | $ 152,468.50 |
| 18 | Analysis of New Debt or Equity Capital | 483.3 | $ 359,518.75 |
| 19 | Analysis of Pro-Forma Capital Structure, and Related Analysis | 259.8 | $ 228,036.25 |
| 20 | Benchmarking and Related Analysis | 322.8 | $ 189,796.00 |
| 21 | Term Sheets, Plan, and Disclosure Statement Analysis | 395.9 | $ 344,170.50 |
| 23 | Deposition(s), Testimony, Court Hearing(s), and Related Preparation / Attendance | 45.4 | $ 47,743.00 |
| 24 | Business Plan | 5.1 | $ 2,214.50 |
| 25 | Regulatory and Legislative Matters, and Related Financial Analysis | 254.0 | $ 209,875.25 |
| 27 | Project Administration | 47.0 | $ 41,745.00 |
| 29 | Time and Expenses Tracking | - | $ - |
| 31 | Fee Application Preparation | 91.7 | $ 48,171.50 |
| **Grand Total** | | **2,674.4** | **$ 2,055,728.00** |