# EXHIBIT A

## COMPENSATION BY PROFESSIONAL
## APRIL 1, 2020 THROUGH APRIL 30, 2020

The attorneys who rendered professional services in these chapter 11 cases during the Fee Period are:

| NAME OF PROFESSIONAL PARTNERS AND COUNSEL: | DEPARTMENT[1] | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Karotkin, Stephen | BFR | 1977 | $1,695.00 | 194.70 | $330,016.50 |
| Bond, Michael W. | Corporate | 1980 | $1,695.00 | 31.20 | $52,884.00 |
| Goldring, Stuart J. | Tax | 1984 | $1,695.00 | 84.10 | $142,549.50 |
| Slack, Richard W. | Litigation | 1987 | $1,325.00 | 109.10 | $144,557.50 |
| Pari, Joseph M. | Tax | 1988 | $1,695.00 | 66.30 | $112,378.50 |
| Wessel, Paul J. | Tax | 1988 | $1,695.00 | 12.80 | $21,696.00 |
| Connolly, Annemargaret | Corporate | 1988 (MA) | $1,400.00 | 1.30 | $1,820.00 |
| Adams, Frank R. | Corporate | 1993 | $1,525.00 | 4.80 | $7,320.00 |
| Tsekerides, Theodore E. | Litigation | 1994 | $1,225.00 | 139.50 | $170,887.50 |
| Heyliger, Adelaja K. | Corporate | 1998 | $1,175.00 | 1.40 | $1,645.00 |
| Goltser, Lyuba | Corporate | 2002 | $1,250.00 | 10.30 | $12,875.00 |
| Liou, Jessica | BFR | 2009 | $1,175.00 | 156.90 | $184,357.50 |
| Goslin, Thomas D. (Counsel) | Corporate | 2003 | $1,100.00 | 9.80 | $10,780.00 |
| Goren, Matthew (Counsel) | BFR | 2007 | $1,125.00 | 215.80 | $242,775.00 |
| Kramer, Kevin (Counsel) | Litigation | 2010 | $1,100.00 | 168.40 | $185,240.00 |
| Silber, Gary (Counsel) | Tax | 2011 | $1,100.00 | 77.20 | $84,920.00 |
| Swenson, Robert M. (Counsel) | Litigation | 2013 | $1,100.00 | 59.70 | $65,670.00 |
| **Total Partners and Counsel:** | | | | **1,343.30** | **$1,772,372.00** |

---

[1] BFR – Business Finance & Restructuring

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| NAME OF PROFESSIONAL ASSOCIATES: | DEPARTMENT[2] | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Friedman, Julie T. | BFR | 2003 | $625.00 | 28.40 | $17,750.00 |
| Bitter, Blake | Tax | 2011 (VA) | $1,050.00 | 96.90 | $101,745.00 |
| Minga, Jay | Litigation | 2013 | $1,050.00 | 170.60 | $179,130.00 |
| Rosenblum, Amanda | Tax | 2014 | $1,050.00 | 17.70 | $18,585.00 |
| Schinckel, Thomas Robert | BFR | 2014 (Australia) | $845.00 | 184.40 | $155,818.00 |
| Nolan, John J. | Litigation | 2015 | $1,010.00 | 89.60 | $90,496.00 |
| Brookstone, Benjamin | Tax | 2015 | $980.00 | 138.00 | $135,240.00 |
| Lane, Erik | Litigation | 2016 | $930.00 | 85.10 | $79,143.00 |
| Niles-Weed, Robert B. | Litigation | 2017 | $930.00 | 1.60 | $1,488.00 |
| McGrath, Colin | Litigation | 2017 | $845.00 | 75.50 | $63,797.50 |
| McNulty, Shawn C. | Litigation | 2017 | $845.00 | 41.20 | $34,814.00 |
| Foust, Rachel L. | BFR | 2018 | $845.00 | 224.80 | $189,956.00 |
| McMorris, Elisabeth T. | Corporate | 2018 | $845.00 | 1.60 | $1,352.00 |
| Carens, Elizabeth Anne | BFR | 2018 | $730.00 | 108.20 | $78,986.00 |
| Irani, Neeckaun | Litigation | 2018 | $730.00 | 48.70 | $35,551.00 |
| Evans, Steven | Litigation | 2019 | $730.00 | 89.80 | $65,554.00 |
| Green, Austin Joseph | Litigation | 2019 | $730.00 | 59.40 | $43,362.00 |
| Ikram, Maliha | Tax | 2019 | $730.00 | 6.70 | $4,891.00 |
| Hayes, Emily A | Litigation | 2019 | $595.00 | 47.50 | $28,262.50 |
| Gulyako, Emily | Tax | 2020 | $595.00 | 2.90 | $1,725.50 |
| Morganelli, Brian | BFR | 2020 | $595.00 | 226.50 | $134,767.50 |
| **Total Associates:** | | | | **1,745.10** | **$1,462,414.00** |

---

[2] BFR – Business Finance & Restructuring

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| NAME OF PARAPROFESSIONALS: | DEPARTMENT[3] | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Lee, Kathleen | BFR | $435.00 | 4.70 | $2,044.50 |
| Gilchrist, Roy W. | Litigation | $400.00 | 10.20 | $4,080.00 |
| Chan, Herbert | Litigation | $370.00 | 3.40 | $1,258.00 |
| Peene, Travis J. | BFR | $250.00 | 30.00 | $7,500.00 |
| **Total Paraprofessionals:** | | | **48.30** | **$14,882.50** |

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $1,319.42 | 1,343.30 | $1,772,372.00 |
| Associates | $838.01 | 1,745.10 | $1,462,414.00 |
| Paraprofessionals | $308.13 | 48.30 | $14,882.50 |
| **Blended Attorney Rate** | **$1,047.40** | | |
| **Total Fees Incurred:** | | **3,136.70** | **$3,249,668.50** |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

---

[3] BFR – Business Finance & Restructuring