**EXHIBIT B**

**COMPENSATION BY WORK TASK CODE FOR
SERVICES RENDERED BY WEIL, GOTSHAL & MANGES LLP
FOR THE PERIOD APRIL 1, 2020 THROUGH APRIL 30, 2020**

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 002 | Asset Sales/ 363 Sales | 13.40 | $13,420.50 |
| 003 | Automatic Stay | 40.50 | $42,608.00 |
| 004 | Bankruptcy Litigation | 564.70 | $546,651.50 |
| 005 | Bar Date Motion/Claims Reconciliation/Claim Reconciliation Issue | 250.70 | $253,391.00 |
| 006 | Case Administration (docket updates, WIP and calendar) | 22.20 | $13,991.50 |
| 008 | Chapter 11 Plan/Plan Confirmation | 840.30 | $792,340.50 |
| 009 | Communications with Client | 3.60 | $3,994.00 |
| 010 | Corporate Governance and Board Issues | 58.70 | $74,067.50 |
| 011 | Customer, Supplier and Vendor Issues | 3.50 | $3,003.50 |
| 013 | Disclosure Statement | 33.70 | $36,866.00 |
| 014 | Employee Issues | 120.70 | $135,069.50 |
| 017 | Executory Contracts/Lease Issues | 80.20 | $77,841.50 |
| 018 | General Case Strategy (includes calls with client and team calls) | 126.40 | $128,202.50 |
| 019 | Hearings and Court Matters | 53.20 | $62,639.50 |
| 021 | Non-Bankruptcy Litigation | 53.60 | $65,050.00 |
| 024 | Reclamation/503(b)(9) | 2.50 | $2,112.50 |
| 025 | Regulatory Issues including CPUC and FERC | 53.80 | $53,465.50 |
| 026 | Retention/Billing/Fee Applications: WGM | 44.90 | $30,916.50 |
| 027 | Retention/Fee Application: Ordinary Course Professionals | 5.50 | $4,703.50 |
| 028 | Retention/Fee Application: Other Professionals | 14.30 | $12,818.00 |
| 030 | Tax Issues | 458.20 | $568,913.50 |
| 031 | U.S. Trustee issues/ Meetings/ Communications/ Monthly Operating | 0.10 | $112.50 |
| 035 | Real Estate and Real Property Issues | 254.90 | $281,006.00 |
| 036 | Tort Claimants Committee, Including Wildfire Claimants | 25.70 | $32,578.50 |
| 037 | Insurance Issues | 11.40 | $13,905.00 |
| **Total:** | | **3,136.70** | **$3,249,668.50** |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119