**EXHIBIT C**

**EXPENSE SUMMARY**
**FOR THE PERIOD APRIL 1, 2020 THROUGH APRIL 30, 2020**

| EXPENSES | AMOUNTS |
|---|---|
| Computerized Research | $12,742.96 |
| Court Call | $393.85 |
| Consultants and Witness Fees | $1,072,852.92 |
| Duplicating | $3,236.16 |
| Air Courier/Express Mail | $62.83 |
| Firm Messenger Service | $483.00 |
| Transportation | $484.71 |
| Travel | $881.72 |
| **Total Expenses Requested:** | **$1,091,138.15** |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119