**Exhibit E**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PG&E Corporation - Chapter 11 Cases
67615.0014
2020008204

### ITEMIZED DISBURSEMENTS

| DATE | NAME DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|------------------|-----------|----------|--------|
| 04/14/20 | Karotkin, Stephen <br> DUPLICATING <br> INVOICE#: CREX4121322404141322; DATE: 4/14/2020 - KAROTKIN, 3/23/20, PHOTOCOPY CHARGE- COPIES AND PRINTING, MAR 23, 2020 | H025 | 40353753 | 26.71 |
| 04/20/20 | Bui, Michelle <br> DUPLICATING <br> PAYEE: CANON BUSINESS PROCESS SERVICES, INC. (38967-01); INVOICE#: 989883; DATE: 03/31/2020 - MAIL SERVICES / REPROGRAPHICS / DIGITAL SERVICE, 3/1/2020 - 3/31/2020, HAND-LABOR - LSK ASSEMBLY | H025 | 40360836 | 43.75 |
| 04/20/20 | Irani, Neeckaun <br> DUPLICATING <br> PAYEE: CANON BUSINESS PROCESS SERVICES, INC. (38967-01); INVOICE#: 989883; DATE: 03/31/2020 - MAIL SERVICES / REPROGRAPHICS / DIGITAL SERVICE, 3/1/2020 - 3/31/2020, TECH-TIME - EXCEL FORMAT | H025 | 40360850 | 82.50 |
| 04/15/20 | Hayes, Emily A. <br> COMPUTERIZED RESEARCH <br> PAYEE: LEXISNEXIS (COURTLINK) (20379-02); INVOICE#: 3092563590; DATE: 4/1/2020 - COMPUTERIZED LEGAL RESEARCH DATABASE USAGE - LEXISNEXIS COURTLINK MARCH 2020. | H060 | 40355581 | 14.26 |
| 04/15/20 | Hayes, Emily A. <br> COMPUTERIZED RESEARCH <br> PAYEE: RESTRUCTURING CONCEPTS LLC (52222-01); INVOICE#: 109763; DATE: 4/13/2020 - COMPUTERIZED LEGAL RESEARCH DATABASE USAGE - CHAPTER 11 DOCKETS (RESTRUCTURING CONCEPTS LLC) USAGE REPORT MARCH 2020. | H060 | 40355808 | 20.00 |

PG&E Corporation - Chapter 11 Cases
67615.0014
2020008204

### ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|------|-----------|----------|--------|
| 04/15/20 | Sonkin, Clifford | H060 | 40355815 | 145.00 |
| | COMPUTERIZED RESEARCH | | | |
| | PAYEE: RESTRUCTURING CONCEPTS LLC (52222-01); INVOICE#: 109763; DATE: 4/13/2020 - COMPUTERIZED LEGAL RESEARCH DATABASE USAGE - CHAPTER 11 DOCKETS (RESTRUCTURING CONCEPTS LLC) USAGE REPORT MARCH 2020. | | | |
| 04/09/20 | Karotkin, Stephen | H071 | 40350584 | 17.95 |
| | AIR COURIER/EXPRESS MAIL | | | |
| | PAYEE: FEDERAL EXPRESS (10793-03); INVOICE#: 697016374; DATE: 3/27/2020 - FEDEX INVOICE: 697016374 INVOICE DATE:200327TRACKING #: 391321286320 SHIPMENT DATE: 20200323 SENDER: STEPHEN KAROTKIN 767 5TH AVE, NEW YORK CITY, NY 10153 SHIP TO: JULIE FRIEDMAN, ROSELAND, NJ 07068 | | | |
| 04/14/20 | Foust, Rachael L. | H071 | 40356322 | 44.88 |
| | AIR COURIER/EXPRESS MAIL | | | |
| | PAYEE: FEDERAL EXPRESS (10793-03); INVOICE#: 697603275; DATE: 4/3/2020 - FEDEX INVOICE: 697603275 INVOICE DATE:200403TRACKING #: 391412559286 SHIPMENT DATE: 20200326 SENDER: RACHAEL FOUST WEIL GOTSHAL & MANGES, 767 FIFTH AVENUE, NEW YORK CITY, NY 10153 SHIP TO: HON RANDALL J NEWSOME, NEVADA CITY, CA 95959 | | | |
| 04/06/20 | Kramer, Kevin | H073 | 40345429 | 42.15 |
| | FIRM MESSENGER SERVICE | | | |
| | PAYEE: SKYLINE CREDIT SERVICES LLC (12217-02); INVOICE#: 5819054; DATE: 3/27/2020 - TAXI CHARGES FOR 2020-03-27 INVOICE #5819054936016 KEVIN KRAMER 5640 RIDE DATE: 2020-03-16 FROM: 767 5TH AVENUE, MANHATTAN, NY TO: MANHATTAN, NY RIDE TIME: 17:58 | | | |
| 04/06/20 | McNulty, Shawn C. | H073 | 40345572 | 42.15 |
| | FIRM MESSENGER SERVICE | | | |
| | PAYEE: SKYLINE CREDIT SERVICES LLC (12217-02); INVOICE#: 5817891; DATE: 3/20/2020 - TAXI CHARGES FOR 2020-03-20 INVOICE #5817891980247 SHAWN C MCNULTY C899 RIDE DATE: 2020-03-10 FROM: 767 5TH AVENUE, MANHATTAN, NY TO: MANHATTAN, NY RIDE TIME: 10:16 | | | |

**Weil, Gotshal & Manges LLP**

PG&E Corporation - Chapter 11 Cases
67615.0014
2020008204

### ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|------|------|------|------|
| 04/08/20 | Schinckel, Thomas Robert<br>FIRM MESSENGER SERVICE<br>PAYEE: DELUXE DELIVERY SYSTEMS, INC. (29245-01); INVOICE#: 276544; DATE: 3/22/2020 - COURIER SERVICE DELUXE DELIVERY SYSTEMS ORDER #276544 3/18/2020 11:24 AM FROM : 767 5TH AVENUE NEW YORK NY TO : NEW YORK NY | H073 | 40348763 | 7.88 |
| 04/13/20 | Schinckel, Thomas Robert<br>FIRM MESSENGER SERVICE<br>PAYEE: SKYLINE CREDIT SERVICES LLC (12217-02); INVOICE#: 5820832; DATE: 4/3/2020 - TAXI CHARGES FOR 2020-04-03 INVOICE #5820832947582 TOM SCHINCKEL F230 RIDE DATE: 2020-03-21 FROM: 767 5TH AVENUE, MANHATTAN, NY TO: MANHATTAN, NY RIDE TIME: 09:01 | H073 | 40352415 | 39.08 |
| 04/13/20 | Schinckel, Thomas Robert<br>FIRM MESSENGER SERVICE<br>PAYEE: SKYLINE CREDIT SERVICES LLC (12217-02); INVOICE#: 5820832; DATE: 4/3/2020 - TAXI CHARGES FOR 2020-04-03 INVOICE #5820832970370 TOM SCHINCKEL F230 RIDE DATE: 2020-03-29 FROM: 767 5 AVE, MANHATTAN, NY TO: JACKSON HEIGHTS, NY RIDE TIME: 13:33 | H073 | 40352462 | 94.43 |
| 04/17/20 | Liou, Jessica<br>FIRM MESSENGER SERVICE<br>PAYEE: SKYLINE CREDIT SERVICES LLC (12217-02); INVOICE#: 5821479; DATE: 4/10/2020 - TAXI CHARGES FOR 2020-04-10 INVOICE #5821479876025 JESSICA LIOU 5482 RIDE DATE: 2020-03-30 | H073 | 40360538 | 58.55 |
| 04/24/20 | Slack, Richard W.<br>FIRM MESSENGER SERVICE<br>PAYEE: SKYLINE CREDIT SERVICES LLC (12217-02); INVOICE#: 5822218; DATE: 4/17/2020 - TAXI CHARGES FOR 2020-04-17 INVOICE #58222189831 RICHARD W SLACK 0255 RIDE DATE: 2020-04-08 | H073 | 40366938 | 124.92 |

PG&E Corporation - Chapter 11 Cases
67615.0014
2020008204

## ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|------|-----------|----------|--------|
| 04/14/20 | Karotkin, Stephen<br>TRAVEL<br>INVOICE#: CREX4121333304141322; DATE: 4/14/2020 - DINNER, MAR 10, 2020 - S. KAROTKIN, M. GOREN, J. LIOU, R. FOUST, J. HUFENDICK, E. CARENS | H084 | 40353760 | 423.10 |
| 04/14/20 | Karotkin, Stephen<br>TRAVEL<br>PAYEE: STEPHEN KAROTKIN (0080); INVOICE#: CREX4121333304141322; DATE: 4/14/2020 - KAROTKIN, ADDENDUM TO REPORT 010040754013- LUNCH, MAR 12, 2020 | H084 | 40353761 | 13.73 |
| 04/14/20 | Liou, Jessica<br>TRAVEL<br>PAYEE: JESSICA LIOU (5482); INVOICE#: CREX4118192504141322; DATE: 4/14/2020 - LIOU, 2/24/20; 2/25/20; 2/27/20 AND 3/9-10/20- LUNCH, MAR 09, 2020 | H084 | 40353770 | 45.86 |
| 04/14/20 | Liou, Jessica<br>TRAVEL<br>PAYEE: JESSICA LIOU (5482); INVOICE#: CREX4118192504141322; DATE: 4/14/2020 - LIOU, 2/24/20; 2/25/20; 2/27/20 AND 3/9-10/20- LUNCH, MAR 10, 2020 | H084 | 40353771 | 11.41 |
| 04/14/20 | Liou, Jessica<br>TRAVEL<br>PAYEE: JESSICA LIOU (5482); INVOICE#: CREX4118192504141322; DATE: 4/14/2020 - LIOU, 2/24/20; 2/25/20; 2/27/20 AND 3/9-10/20- LUNCH, FEB 24, 2020 | H084 | 40353772 | 20.57 |
| 04/14/20 | Liou, Jessica<br>TRAVEL<br>PAYEE: JESSICA LIOU (5482); INVOICE#: CREX4118192504141322; DATE: 4/14/2020 - LIOU, 2/24/20; 2/25/20; 2/27/20 AND 3/9-10/20- LUNCH, FEB 27, 2020 | H084 | 40353773 | 17.81 |

PG&E Corporation - Chapter 11 Cases
67615.0014
2020008204

### ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|------|-----------|----------|--------|
| 04/14/20 | Liou, Jessica<br>TRAVEL<br>PAYEE: JESSICA LIOU (5482); INVOICE#: CREX4118192504141322; DATE: 4/14/2020 - LIOU, 2/24/20; 2/25/20; 2/27/20 AND 3/9-10/20- FEB 27, 2020 | H084 | 40353774 | 9.93 |
| 04/14/20 | Liou, Jessica<br>TRAVEL<br>PAYEE: JESSICA LIOU (5482); INVOICE#: CREX4118192504141322; DATE: 4/14/2020 - LIOU, 2/24/20; 2/25/20; 2/27/20 AND 3/9-10/20- LUNCH, FEB 25, 2020 | H084 | 40353775 | 16.52 |
| 04/30/20 | Slack, Richard W.<br>CONSULTANTS AND WITNESS FEES<br>PAYEE: COMPASS LEXECON LLC (10651-01); INVOICE#: 7548587; DATE: 05/27/2020 - PROFESSIONAL SERVICES / COMPUTER AND DATABASE CHARGES FOR APRIL 2020. | H102 | 40402654 | 1,072,852.92 |
| 04/06/20 | Foust, Rachael L.<br>TRAVEL<br>PAYEE: UBER TECHNOLOGIES, INC (47404-01); INVOICE#: 100058; DATE: 4/1/2020 - TAXI CHARGES FOR 2020-04-01 INVOICE #1000586577 RACHAEL L FOUST E088 RIDE DATE: 2020-03-10 FROM: 77 BEALE ST, SAN FRANCISCO, CA TO: GOLDEN GATE AVE, SAN FRANCISCO, CA RIDE TIME: 09:07 | H160 | 40347588 | 31.79 |
| 04/06/20 | Foust, Rachael L.<br>TRAVEL<br>PAYEE: UBER TECHNOLOGIES, INC (47404-01); INVOICE#: 100058; DATE: 4/1/2020 - TAXI CHARGES FOR 2020-04-01 INVOICE #1000586600 RACHAEL L FOUST E088 RIDE DATE: 2020-03-11 FROM: 250 STEVENSON ST, SAN FRANCISCO, CA TO: COLUMBUS AVE, SAN FRANCISCO, CA RIDE TIME: 20:13 | H160 | 40347590 | 31.51 |

Weil, Gotshal & Manges LLP

PG&E Corporation - Chapter 11 Cases
67615.0014
2020008204

### ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| 04/06/20 | Foust, Rachael L.<br>TRAVEL<br>PAYEE: UBER TECHNOLOGIES, INC (47404-01); INVOICE#: 100058; DATE: 4/1/2020 - TAXI CHARGES FOR 2020-04-01 INVOICE #1000586572 RACHAEL L FOUST E088 RIDE DATE: 2020-03-09 FROM: 1050 THE EMBARCADERO, SAN FRANCISCO, CA TO: STEVENSON ST, SAN FRANCISCO, CA RIDE TIME: 21:31 | H160 | 40347617 | 23.57 |
| 04/06/20 | Foust, Rachael L.<br>TRAVEL<br>PAYEE: UBER TECHNOLOGIES, INC (47404-01); INVOICE#: 100058; DATE: 4/1/2020 - TAXI CHARGES FOR 2020-04-01 INVOICE #1000586591 RACHAEL L FOUST E088 RIDE DATE: 2020-03-11 FROM: 25 BEALE ST, SAN FRANCISCO, CA TO: TURK ST, SAN FRANCISCO, CA RIDE TIME: 13:14 | H160 | 40347629 | 44.03 |
| 04/06/20 | Foust, Rachael L.<br>TRAVEL<br>PAYEE: UBER TECHNOLOGIES, INC (47404-01); INVOICE#: 100058; DATE: 4/1/2020 - TAXI CHARGES FOR 2020-04-01 INVOICE #1000586605 RACHAEL L FOUST E088 RIDE DATE: 2020-03-12 FROM: 250 STEVENSON ST, SAN FRANCISCO, CA TO: DOMESTIC TERMINALS ARRIVALS LEVEL, SAN FRANCISCO, CA RIDE TIME: 04:46 | H160 | 40347686 | 88.09 |
| 04/09/20 | Karotkin, Stephen<br>TRAVEL<br>PAYEE: AMERICAN EXPRESS (N.Y BTA) (35847-01); INVOICE#: 04082020; DATE: 4/8/2020 - AMERICAN EXPRESS TRAVEL EXPENSES FROM 02/28/2020 TO 03/29/2020 INVOICE #:04082020 INVOICE DATE: 04082020AMERICAN EXPRESS TRAVEL EXPENSES FOR KAROTKIN/STEPHEN ON 20200301 ROUTING:B6TKT# 27906166215513 TRAVEL FROM WEST PALM BEACH TO NEWARK | H160 | 40351360 | 63.00 |
| 04/14/20 | Liou, Jessica<br>TRAVEL<br>PAYEE: JESSICA LIOU (5482); INVOICE#: CREX4119592704141322; DATE: 4/14/2020 - LIOU, 2/14/20, TAXIS- AIRPORT TAXI, MAR 12, 2020 - TAXI HOME. | H160 | 40353709 | 40.80 |

**Weil, Gotshal & Manges LLP**

PG&E Corporation - Chapter 11 Cases
67615.0014
2020008204

### ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| 04/06/20 | Foust, Rachael L.<br>TRANSPORTATION - LEGAL/OVERTIME<br>PAYEE: UBER TECHNOLOGIES, INC (47404-01); INVOICE#: 100058; DATE: 4/1/2020 - TAXI CHARGES FOR 2020-04-01 INVOICE #1000586559 RACHAEL L FOUST E088 RIDE DATE: 2020-03-08 | H163 | 40347585 | 130.38 |
| 04/06/20 | Foust, Rachael L.<br>TRANSPORTATION - LEGAL/OVERTIME<br>PAYEE: UBER TECHNOLOGIES, INC (47404-01); INVOICE#: 100058; DATE: 4/1/2020 - TAXI CHARGES FOR 2020-04-01 INVOICE #1000586557 RACHAEL L FOUST E088 RIDE DATE: 2020-03-08 | H163 | 40347586 | 27.26 |
| 04/06/20 | Foust, Rachael L.<br>TRANSPORTATION - LEGAL/OVERTIME<br>PAYEE: UBER TECHNOLOGIES, INC (47404-01); INVOICE#: 100058; DATE: 4/1/2020 - TAXI CHARGES FOR 2020-04-01 INVOICE #1000586503 RACHAEL L FOUST E088 RIDE DATE: 2020-03-03 | H163 | 40347612 | 25.08 |
| 04/07/20 | Sonkin, Clifford<br>TRANSPORTATION - LEGAL/OVERTIME<br>PAYEE: CLIFFORD SONKIN (C946); INVOICE#: CREX4112848504071212; DATE: 4/7/2020 - CAR HOME WORK LATE 67615- OVERTIME TAXI/CAR, MAR 11, 2020 - CAR HOME WORK LATE | H163 | 40346327 | 14.16 |
| 04/07/20 | Sonkin, Clifford<br>TRANSPORTATION - LEGAL/OVERTIME<br>PAYEE: CLIFFORD SONKIN (C946); INVOICE#: CREX4112848504071212; DATE: 4/7/2020 - CAR HOME WORK LATE 67615- OVERTIME TAXI/CAR, MAR 13, 2020 - CAR HOME WORK LATE | H163 | 40346328 | 17.15 |
| 04/07/20 | Sonkin, Clifford<br>TRANSPORTATION - LEGAL/OVERTIME<br>PAYEE: CLIFFORD SONKIN (C946); INVOICE#: CREX4112848504071212; DATE: 4/7/2020 - CAR HOME WORK LATE 67615- OVERTIME TAXI/CAR, MAR 05, 2020 - CAR HOME WORK LATE | H163 | 40346329 | 23.15 |

PG&E Corporation - Chapter 11 Cases
67615.0014
2020008204

## ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|------|------|------|------|
| 04/07/20 | Sonkin, Clifford | H163 | 40346330 | 15.95 |
| | TRANSPORTATION - LEGAL/OVERTIME | | | |
| | PAYEE: CLIFFORD SONKIN (C946); INVOICE#: CREX4112848504071212; DATE: 4/7/2020 - CAR HOME WORK LATE 67615- OVERTIME TAXI/CAR, MAR 03, 2020 - CAR HOME WORK LATE | | | |
| 04/07/20 | Sonkin, Clifford | H163 | 40346331 | 15.36 |
| | TRANSPORTATION - LEGAL/OVERTIME | | | |
| | PAYEE: CLIFFORD SONKIN (C946); INVOICE#: CREX4112848504071212; DATE: 4/7/2020 - CAR HOME WORK LATE 67615- OVERTIME TAXI/CAR, MAR 09, 2020 - CAR HOME WORK LATE | | | |
| 04/07/20 | Bostel, Kevin | H163 | 40346340 | 49.89 |
| | TRANSPORTATION - LEGAL/OVERTIME | | | |
| | PAYEE: KEVIN BOSTEL (6122); INVOICE#: CREX4112600104071212; DATE: 4/7/2020 - TAXI RECEIPTS- OVERTIME TAXI/CAR, OCT 14, 2019 - TAXI RECEIPTS | | | |
| 04/07/20 | Bostel, Kevin | H163 | 40346341 | 45.28 |
| | TRANSPORTATION - LEGAL/OVERTIME | | | |
| | PAYEE: KEVIN BOSTEL (6122); INVOICE#: CREX4112600104071212; DATE: 4/7/2020 - TAXI RECEIPTS- OVERTIME TAXI/CAR, OCT 15, 2019 - TAXI RECEIPTS | | | |
| 04/07/20 | Bostel, Kevin | H163 | 40346342 | 52.51 |
| | TRANSPORTATION - LEGAL/OVERTIME | | | |
| | PAYEE: KEVIN BOSTEL (6122); INVOICE#: CREX4112600104071212; DATE: 4/7/2020 - TAXI RECEIPTS- OVERTIME TAXI/CAR, NOV 14, 2019 - TAXI RECEIPTS | | | |
| 04/07/20 | Bostel, Kevin | H163 | 40346343 | 43.74 |
| | TRANSPORTATION - LEGAL/OVERTIME | | | |
| | PAYEE: KEVIN BOSTEL (6122); INVOICE#: CREX4112600104071212; DATE: 4/7/2020 - TAXI RECEIPTS- OVERTIME TAXI/CAR, NOV 07, 2019 - TAXI RECEIPTS | | | |

PG&E Corporation - Chapter 11 Cases
67615.0014
2020008204

### ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|------|------|------|------|
| 04/14/20 | Liou, Jessica<br>TRANSPORTATION - LEGAL/OVERTIME<br>PAYEE: JESSICA LIOU (5482); INVOICE#: CREX4119592704141322; DATE: 4/14/2020 - LIOU, 2/14/20, TAXIS- OVERTIME TAXI/CAR, APR 14, 2020 - TAXI HOME. | H163 | 40353710 | 24.80 |
| 04/01/20 | WGM, Firm<br>DUPLICATING<br>3312 COLOR PRINT(S) MADE IN NEW YORK BETWEEN 03/29/2020 TO 03/29/2020 | S011 | 40344076 | 1,656.00 |
| 04/29/20 | WGM, Firm<br>DUPLICATING<br>2628 COLOR PRINT(S) MADE IN NEW YORK BETWEEN 04/27/2020 TO 04/28/2020 | S011 | 40374773 | 1,314.00 |
| 04/06/20 | WGM, Firm<br>DUPLICATING<br>327 PHOTOCOPY(S) MADE IN NEW YORK CITY BETWEEN 03/30/2020 TO 03/30/2020 | S017 | 40345826 | 32.70 |
| 04/13/20 | WGM, Firm<br>DUPLICATING<br>152 PHOTOCOPY(S) MADE IN NEW YORK CITY BETWEEN 04/08/2020 TO 04/08/2020 | S017 | 40352077 | 15.20 |
| 04/27/20 | WGM, Firm<br>DUPLICATING<br>459 PHOTOCOPY(S) MADE IN NEW YORK CITY BETWEEN 04/25/2020 TO 04/25/2020 | S017 | 40371969 | 45.90 |
| 04/01/20 | Schinckel, Thomas Robert<br>3 RING BINDER 1" TO 3"<br>2 3 RING BINDER 1" TO 3" IN NEW YORK CITY ON 03/30/2020 12:23PM FROM UNIT 10 | S019 | 40344014 | 6.00 |

PG&E Corporation - Chapter 11 Cases
67615.0014
2020008204

## ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|------|------|------|------|
| 04/29/20 | Peene, Travis J.<br>3 RING BINDER 1" TO 3"<br>4 3 RING BINDER 1" TO 3" IN NEW YORK CITY ON 04/27/2020 22:18PM FROM UNIT 13 | S019 | 40374806 | 12.00 |
| 04/13/20 | Hayes, Emily A.<br>COMPUTERIZED RESEARCH<br>SV WESTLAW - HAYES,EMILY 03/19/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 8 | S061 | 40352238 | 35.40 |
| 04/13/20 | Irani, Neeckaun<br>COMPUTERIZED RESEARCH<br>SV WESTLAW - IRANI,NEECKAUN 03/03/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 16 | S061 | 40352320 | 35.40 |
| 04/13/20 | Irani, Neeckaun<br>COMPUTERIZED RESEARCH<br>SV WESTLAW - IRANI,NEECKAUN 03/06/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 69 | S061 | 40352327 | 352.11 |
| 04/13/20 | Hayes, Emily A.<br>COMPUTERIZED RESEARCH<br>SV WESTLAW - HAYES,EMILY 03/04/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 33 | S061 | 40352329 | 62.13 |
| 04/13/20 | Hayes, Emily A.<br>COMPUTERIZED RESEARCH<br>SV WESTLAW - HAYES,EMILY 03/12/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 5 | S061 | 40352339 | 35.40 |

PG&E Corporation - Chapter 11 Cases
67615.0014
2020008204

**ITEMIZED DISBURSEMENTS**

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| 04/13/20 | Irani, Neeckaun<br>COMPUTERIZED RESEARCH<br>SV WESTLAW - IRANI,NEECKAUN 03/04/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 145 | S061 | 40352356 | 230.45 |
| 04/13/20 | Irani, Neeckaun<br>COMPUTERIZED RESEARCH<br>SV WESTLAW - IRANI,NEECKAUN 03/09/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 49 | S061 | 40352360 | 156.69 |
| 04/13/20 | Hayes, Emily A.<br>COMPUTERIZED RESEARCH<br>SV WESTLAW - HAYES,EMILY 03/10/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 4 | S061 | 40352370 | 17.70 |
| 04/13/20 | Irani, Neeckaun<br>COMPUTERIZED RESEARCH<br>SV WESTLAW - IRANI,NEECKAUN 03/11/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 26 | S061 | 40352391 | 88.49 |
| 04/15/20 | Rosenblum, Amanda<br>COMPUTERIZED RESEARCH<br>INTELLIGIZE USAGE REPORT - MARCH 2020 | S061 | 40357853 | 9.03 |
| 04/15/20 | Ikram, Maliha<br>COMPUTERIZED RESEARCH<br>INTELLIGIZE USAGE REPORT - MARCH 2020 | S061 | 40357947 | 8.04 |
| 04/16/20 | McNulty, Shawn C.<br>COMPUTERIZED RESEARCH<br>SILICON VALLEY PACER SERVICE CENTER CHARGED 2/1/2020-2/29/2020 | S061 | 40358424 | 45.10 |

PG&E Corporation - Chapter 11 Cases
67615.0014
2020008204

## ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|---------------------|-----------|----------|--------|
| 04/16/20 | Hayes, Emily A.<br>COMPUTERIZED RESEARCH<br>SILICON VALLEY PACER SERVICE CENTER CHARGED 2/1/2020-2/29/2020 | S061 | 40358442 | 12.10 |
| 04/16/20 | Barry, Lucille Marie<br>COMPUTERIZED RESEARCH<br>SILICON VALLEY PACER SERVICE CENTER CHARGED 2/1/2020-2/29/2020 | S061 | 40358486 | 5.30 |
| 04/16/20 | Ribaudo, Mark<br>COMPUTERIZED RESEARCH<br>NY PACER SERVICE CENTER CHARGED 3/1/2020-3/31/2020 | S061 | 40359137 | 0.40 |
| 04/16/20 | Minga, Jay<br>COMPUTERIZED RESEARCH<br>NY PACER SERVICE CENTER CHARGED 3/1/2020-3/31/2020 | S061 | 40359138 | 4.10 |
| 04/16/20 | Altman-DeSole, Jacob<br>COMPUTERIZED RESEARCH<br>NY PACER SERVICE CENTER CHARGED 3/1/2020-3/31/2020 | S061 | 40359259 | 12.00 |
| 04/16/20 | Minga, Jay<br>COMPUTERIZED RESEARCH<br>NY PACER SERVICE CENTER CHARGED 3/1/2020-3/31/2020 | S061 | 40359266 | 3.70 |
| 04/16/20 | Kramer, Kevin<br>COMPUTERIZED RESEARCH<br>NY PACER SERVICE CENTER CHARGED 3/1/2020-3/31/2020 | S061 | 40359324 | 5.40 |
| 04/16/20 | Goren, Matthew<br>COMPUTERIZED RESEARCH<br>NY PACER SERVICE CENTER CHARGED 3/1/2020-3/31/2020 | S061 | 40359364 | 6.00 |

PG&E Corporation - Chapter 11 Cases
67615.0014
2020008204

## ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|------|-----------|----------|--------|
| 04/16/20 | Nolan, John J.<br>COMPUTERIZED RESEARCH<br>NY PACER SERVICE CENTER CHARGED 3/1/2020-3/31/2020 | S061 | 40359373 | 27.80 |
| 04/16/20 | Peene, Travis J.<br>COMPUTERIZED RESEARCH<br>NY PACER SERVICE CENTER CHARGED 3/1/2020-3/31/2020 | S061 | 40359404 | 96.10 |
| 04/16/20 | Gilchrist, Roy W.<br>COMPUTERIZED RESEARCH<br>NY PACER SERVICE CENTER CHARGED 3/1/2020-3/31/2020 | S061 | 40359436 | 30.00 |
| 04/16/20 | Evans, Steven<br>COMPUTERIZED RESEARCH<br>NY PACER SERVICE CENTER CHARGED 3/1/2020-3/31/2020 | S061 | 40359464 | 41.20 |
| 04/16/20 | Lee, Kathleen<br>COMPUTERIZED RESEARCH<br>NY PACER SERVICE CENTER CHARGED 3/1/2020-3/31/2020 | S061 | 40359483 | 129.50 |
| 04/16/20 | Green, Austin Joseph<br>COMPUTERIZED RESEARCH<br>NY PACER SERVICE CENTER CHARGED 3/1/2020-3/31/2020 | S061 | 40359510 | 10.30 |
| 04/16/20 | Morganelli, Brian<br>COMPUTERIZED RESEARCH<br>NY PACER SERVICE CENTER CHARGED 3/1/2020-3/31/2020 | S061 | 40359531 | 0.60 |

PG&E Corporation - Chapter 11 Cases
67615.0014
2020008204

**ITEMIZED DISBURSEMENTS**

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| 04/22/20 | Schinckel, Thomas Robert<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - SCHINCKEL,TOM 03/25/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 54 | S061 | 40367349 | 572.46 |
| 04/22/20 | Schinckel, Thomas Robert<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - SCHINCKEL,TOM 03/21/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 74 | S061 | 40367350 | 301.20 |
| 04/22/20 | Schinckel, Thomas Robert<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - SCHINCKEL,TOM 03/19/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 39 | S061 | 40367351 | 37.72 |
| 04/22/20 | Schinckel, Thomas Robert<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - SCHINCKEL,TOM 03/20/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 13 | S061 | 40367352 | 104.84 |
| 04/22/20 | Schinckel, Thomas Robert<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - SCHINCKEL,TOM 03/18/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 7 | S061 | 40367353 | 18.86 |
| 04/22/20 | Schinckel, Thomas Robert<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - SCHINCKEL,TOM 03/26/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 32 | S061 | 40367354 | 145.32 |

Weil, Gotshal & Manges LLP

PG&E Corporation - Chapter 11 Cases
67615.0014
2020008204

**ITEMIZED DISBURSEMENTS**

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|------|------|------|------|
| 04/22/20 | Schinckel, Thomas Robert<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - SCHINCKEL,TOM 03/11/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 7 | S061 | 40367359 | 18.86 |
| 04/22/20 | Schinckel, Thomas Robert<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - SCHINCKEL,TOM 03/17/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 47 | S061 | 40367360 | 56.57 |
| 04/22/20 | Tsekerides, Theodore E.<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - TSEKERIDES,THEODORE E 03/04/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 5 | S061 | 40367361 | 56.57 |
| 04/22/20 | Tsekerides, Theodore E.<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - TSEKERIDES,THEODORE E 03/05/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 2 | S061 | 40367364 | 18.86 |
| 04/22/20 | Goren, Matthew<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - GOREN,MATTHEW 03/06/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 17 | S061 | 40367365 | 132.00 |
| 04/22/20 | Goren, Matthew<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - GOREN,MATTHEW 03/03/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 3 | S061 | 40367370 | 18.86 |

PG&E Corporation - Chapter 11 Cases
67615.0014
2020008204

**ITEMIZED DISBURSEMENTS**

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| 04/22/20 | Goren, Matthew<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - GOREN,MATTHEW 03/18/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 11 | S061 | 40367373 | 56.57 |
| 04/22/20 | Goren, Matthew<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - GOREN,MATTHEW 03/07/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 14 | S061 | 40367374 | 150.86 |
| 04/22/20 | Goren, Matthew<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - GOREN,MATTHEW 03/30/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 25 | S061 | 40367377 | 301.72 |
| 04/22/20 | Kramer, Kevin<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - KRAMER,KEVIN 03/28/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 8 | S061 | 40367379 | 37.72 |
| 04/22/20 | Minga, Jay<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - MINGA,JAY 03/13/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 1 | S061 | 40367380 | 18.86 |
| 04/22/20 | Minga, Jay<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - MINGA,JAY 03/03/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 21 | S061 | 40367385 | 75.43 |

PG&E Corporation - Chapter 11 Cases
67615.0014
2020008204

### ITEMIZED DISBURSEMENTS

| DATE | NAME DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| 04/22/20 | Minga, Jay COMPUTERIZED RESEARCH NY WESTLAW - MINGA,JAY 03/01/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0 TRANSACTIONS: 18 | S061 | 40367386 | 16.09 |
| 04/22/20 | Minga, Jay COMPUTERIZED RESEARCH NY WESTLAW - MINGA,JAY 03/04/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0 TRANSACTIONS: 20 | S061 | 40367387 | 18.86 |
| 04/22/20 | Gilchrist, Roy W. COMPUTERIZED RESEARCH NY WESTLAW - GILCHRIST,ROY 03/19/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0 TRANSACTIONS: 5 | S061 | 40367388 | 37.72 |
| 04/22/20 | Gilchrist, Roy W. COMPUTERIZED RESEARCH NY WESTLAW - GILCHRIST,ROY 03/09/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0 TRANSACTIONS: 29 | S061 | 40367391 | 94.29 |
| 04/22/20 | Biratu, Sirak D. COMPUTERIZED RESEARCH NY WESTLAW - BIRATU,SIRAK 03/13/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0 TRANSACTIONS: 9 | S061 | 40367392 | 132.00 |
| 04/22/20 | Biratu, Sirak D. COMPUTERIZED RESEARCH NY WESTLAW - BIRATU,SIRAK 03/03/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0 TRANSACTIONS: 67 | S061 | 40367397 | 91.52 |

PG&E Corporation - Chapter 11 Cases
67615.0014
2020008204

### ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|------|-----------|----------|--------|
| 04/22/20 | Green, Austin Joseph<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - GREEN,AUSTIN 03/11/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 12 | S061 | 40367400 | 37.72 |
| 04/22/20 | Green, Austin Joseph<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - GREEN,AUSTIN 03/28/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 13 | S061 | 40367401 | 216.01 |
| 04/22/20 | Green, Austin Joseph<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - GREEN,AUSTIN 03/15/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 42 | S061 | 40367404 | 113.15 |
| 04/22/20 | Green, Austin Joseph<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - GREEN,AUSTIN 03/05/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 43 | S061 | 40367406 | 56.57 |
| 04/22/20 | Green, Austin Joseph<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - GREEN,AUSTIN 03/29/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 49 | S061 | 40367407 | 94.29 |
| 04/22/20 | Green, Austin Joseph<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - GREEN,AUSTIN 03/12/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 9 | S061 | 40367412 | 18.86 |

PG&E Corporation - Chapter 11 Cases
67615.0014
2020008204

## ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|------|-----------|----------|--------|
| 04/22/20 | Green, Austin Joseph<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - GREEN,AUSTIN 03/08/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 5 | S061 | 40367413 | 18.86 |
| 04/22/20 | Green, Austin Joseph<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - GREEN,AUSTIN 03/07/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 9 | S061 | 40367414 | 18.86 |
| 04/22/20 | Green, Austin Joseph<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - GREEN,AUSTIN 03/04/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 9 | S061 | 40367415 | 18.86 |
| 04/22/20 | Green, Austin Joseph<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - GREEN,AUSTIN 03/30/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 24 | S061 | 40367418 | 37.72 |
| 04/22/20 | Sonkin, Clifford<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - SONKIN,CLIFFORD 03/04/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 5 | S061 | 40367419 | 18.86 |
| 04/22/20 | Sonkin, Clifford<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - SONKIN,CLIFFORD 03/03/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 17 | S061 | 40367420 | 18.86 |

PG&E Corporation - Chapter 11 Cases
67615.0014
2020008204

**ITEMIZED DISBURSEMENTS**

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| 04/22/20 | Sonkin, Clifford<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - SONKIN,CLIFFORD 03/09/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0 TRANSACTIONS: 60 | S061 | 40367421 | 260.71 |
| 04/22/20 | Sonkin, Clifford<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - SONKIN,CLIFFORD 03/06/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0 TRANSACTIONS: 39 | S061 | 40367422 | 400.50 |
| 04/22/20 | Sonkin, Clifford<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - SONKIN,CLIFFORD 03/02/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0 TRANSACTIONS: 25 | S061 | 40367423 | 242.38 |
| 04/22/20 | Sonkin, Clifford<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - SONKIN,CLIFFORD 03/05/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0 TRANSACTIONS: 21 | S061 | 40367424 | 180.27 |
| 04/22/20 | Carens, Elizabeth Anne<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - CARENS,ELIZABETH 03/30/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0 TRANSACTIONS: 11 | S061 | 40367425 | 34.95 |
| 04/22/20 | Carens, Elizabeth Anne<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - CARENS,ELIZABETH 03/29/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0 TRANSACTIONS: 10 | S061 | 40367426 | 34.95 |

Weil, Gotshal & Manges LLP

**ITEMIZED DISBURSEMENTS**

|  | **NAME** |  |  |  |
|---|---|---|---|---|
| **DATE** | **DESCRIPTION** | **DISB TYPE** | **DISB ID#** | **AMOUNT** |
| 04/22/20 | Evans, Steven<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - EVANS,STEVEN 03/30/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 6 | S061 | 40367427 | 69.89 |
| 04/22/20 | Evans, Steven<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - EVANS,STEVEN 03/27/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 1 | S061 | 40367428 | 18.86 |
| 04/22/20 | Evans, Steven<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - EVANS,STEVEN 03/28/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 3 | S061 | 40367433 | 18.86 |
| 04/22/20 | Morganelli, Brian<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - MORGANELLI,BRIAN 03/24/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 14 | S061 | 40367435 | 11.87 |
| 04/22/20 | Morganelli, Brian<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - MORGANELLI,BRIAN 03/07/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 120 | S061 | 40367436 | 5.67 |
| 04/22/20 | Morganelli, Brian<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - MORGANELLI,BRIAN 03/14/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 2 | S061 | 40367439 | 6.20 |

PG&E Corporation - Chapter 11 Cases
67615.0014
2020008204

## ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|---------------------|-----------|----------|--------|
| 04/22/20 | Morganelli, Brian<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - MORGANELLI,BRIAN 03/17/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 6 | S061 | 40367442 | 6.20 |
| 04/22/20 | Morganelli, Brian<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - MORGANELLI,BRIAN 03/13/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 6 | S061 | 40367443 | 6.20 |
| 04/22/20 | Morganelli, Brian<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - GRECO,MAXIMILIANO 03/07/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 5 | S061 | 40367448 | 85.06 |
| 04/22/20 | McGrath, Colin<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - MCGRATH,COLIN 03/10/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 7 | S061 | 40367451 | 18.86 |
| 04/22/20 | McGrath, Colin<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - MCGRATH,COLIN 03/04/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 34 | S061 | 40367452 | 18.86 |
| 04/22/20 | Lane, Erik<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - LANE,ERIK 03/18/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 6 | S061 | 40367457 | 72.66 |

PG&E Corporation - Chapter 11 Cases
67615.0014
2020008204

**ITEMIZED DISBURSEMENTS**

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|---------------------|-----------|----------|--------|
| 04/22/20 | Lane, Erik<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - LANE,ERIK 03/03/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 13 | S061 | 40367459 | 126.47 |
| 04/22/20 | Lane, Erik<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - LANE,ERIK 03/10/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 25 | S061 | 40367460 | 183.04 |
| 04/22/20 | Lane, Erik<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - LANE,ERIK 03/09/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 4 | S061 | 40367461 | 69.89 |
| 04/22/20 | Niles-Weed, Robert B.<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - NILES-WEED,ROBERT 03/19/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 33 | S061 | 40367463 | 264.01 |
| 04/27/20 | Minga, Jay<br>COMPUTERIZED RESEARCH<br>NY LEXIS - MINGA, JAY 03/01/2020 ACCOUNT 424YN6CXS | S061 | 40372776 | 97.88 |
| 04/27/20 | Schinckel, Thomas Robert<br>COMPUTERIZED RESEARCH<br>NY LEXIS - SCHINCKEL, TOM 03/21/2020 ACCOUNT 424YN6CXS | S061 | 40372781 | 97.87 |
| 04/27/20 | Carens, Elizabeth Anne<br>COMPUTERIZED RESEARCH<br>NY LEXIS - CARENS, ELIZABETH 03/29/2020 ACCOUNT 424YN6CXS | S061 | 40372822 | 146.82 |

Weil, Gotshal & Manges LLP

**ITEMIZED DISBURSEMENTS**

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|------|------|------|------|
| 04/27/20 | Carens, Elizabeth Anne<br>COMPUTERIZED RESEARCH<br>NY LEXIS - CARENS, ELIZABETH 03/29/2020 ACCOUNT 424YN6CXS | S061 | 40372842 | 46.95 |
| 04/27/20 | Schinckel, Thomas Robert<br>COMPUTERIZED RESEARCH<br>NY LEXIS - SCHINCKEL, TOM 03/14/2020 ACCOUNT 424YN6CXS | S061 | 40372851 | 48.94 |
| 04/27/20 | Evans, Steven<br>COMPUTERIZED RESEARCH<br>NY LEXIS - EVANS, STEVEN 03/27/2020 ACCOUNT 424YN6CXS | S061 | 40372862 | 46.95 |
| 04/27/20 | Nolan, John J.<br>COMPUTERIZED RESEARCH<br>NY LEXIS - NOLAN, JACK 03/28/2020 ACCOUNT 424YN6CXS | S061 | 40372890 | 342.57 |
| 04/27/20 | Green, Austin Joseph<br>COMPUTERIZED RESEARCH<br>NY LEXIS - GREEN, &QUOT; AUSTIN &QUOT;&QUOT;AJ&QUOT;&QUOT;&QUOT; 03/28/2020 ACCOUNT 424YN6CXS | S061 | 40372895 | 197.74 |
| 04/27/20 | Schinckel, Thomas Robert<br>COMPUTERIZED RESEARCH<br>NY LEXIS - SCHINCKEL, TOM 03/06/2020 ACCOUNT 424YN6CXS | S061 | 40372897 | 48.94 |
| 04/27/20 | Schinckel, Thomas Robert<br>COMPUTERIZED RESEARCH<br>NY LEXIS - SCHINCKEL, TOM 03/21/2020 ACCOUNT 424YN6CXS | S061 | 40372909 | 93.91 |

PG&E Corporation - Chapter 11 Cases
67615.0014
2020008204

**ITEMIZED DISBURSEMENTS**

|  | **NAME** | | | |
|---|---|---|---|---|
| **DATE** | **DESCRIPTION** | **DISB TYPE** | **DISB ID#** | **AMOUNT** |
| 04/27/20 | Nolan, John J.<br>COMPUTERIZED RESEARCH<br>NY LEXIS - NOLAN, JACK 03/18/2020 ACCOUNT 424YN6CXS | S061 | 40372918 | 342.57 |
| 04/27/20 | Sonkin, Clifford<br>COMPUTERIZED RESEARCH<br>NY LEXIS - SONKIN, CLIFFORD 03/06/2020 ACCOUNT 424YN6CXS | S061 | 40372923 | 46.95 |
| 04/27/20 | Greco, Maximiliano R.<br>COMPUTERIZED RESEARCH<br>NY LEXIS - GRECO, MAXIMILIANO 03/07/2020 ACCOUNT 424YN6CXS | S061 | 40372950 | 146.82 |
| 04/27/20 | Nolan, John J.<br>COMPUTERIZED RESEARCH<br>NY LEXIS - NOLAN, JACK 03/04/2020 ACCOUNT 424YN6CXS | S061 | 40372958 | 97.87 |
| 04/27/20 | Green, Austin Joseph<br>COMPUTERIZED RESEARCH<br>NY LEXIS - GREEN, &QUOT; AUSTIN &QUOT;&QUOT;AJ&QUOT;&QUOT;&QUOT; 03/28/2020 ACCOUNT 424YN6CXS | S061 | 40372996 | 49.44 |
| 04/27/20 | Schinckel, Thomas Robert<br>COMPUTERIZED RESEARCH<br>NY LEXIS - SCHINCKEL, TOM 03/06/2020 ACCOUNT 424YN6CXS | S061 | 40373002 | 93.91 |
| 04/27/20 | Nolan, John J.<br>COMPUTERIZED RESEARCH<br>NY LEXIS - NOLAN, JACK 03/27/2020 ACCOUNT 424YN6CXS | S061 | 40373016 | 48.94 |

PG&E Corporation - Chapter 11 Cases
67615.0014
2020008204

### ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|---------------------|-----------|----------|--------|
| 04/27/20 | Evans, Steven<br>COMPUTERIZED RESEARCH<br>NY LEXIS - EVANS, STEVEN 03/28/2020 ACCOUNT 424YN6CXS | S061 | 40373038 | 342.57 |
| 04/27/20 | Evans, Steven<br>COMPUTERIZED RESEARCH<br>NY LEXIS - EVANS, STEVEN 03/30/2020 ACCOUNT 424YN6CXS | S061 | 40373044 | 46.95 |
| 04/27/20 | Evans, Steven<br>COMPUTERIZED RESEARCH<br>NY LEXIS - EVANS, STEVEN 03/03/2020 ACCOUNT 424YN6CXS | S061 | 40373047 | 26.20 |
| 04/27/20 | Evans, Steven<br>COMPUTERIZED RESEARCH<br>NY LEXIS - EVANS, STEVEN 03/30/2020 ACCOUNT 424YN6CXS | S061 | 40373049 | 26.20 |
| 04/27/20 | Evans, Steven<br>COMPUTERIZED RESEARCH<br>NY LEXIS - EVANS, STEVEN 03/30/2020 ACCOUNT 424YN6CXS | S061 | 40373052 | 52.41 |
| 04/27/20 | Sonkin, Clifford<br>COMPUTERIZED RESEARCH<br>NY LEXIS - SONKIN, CLIFFORD 03/06/2020 ACCOUNT 424YN6CXS | S061 | 40373105 | 48.94 |
| 04/27/20 | Evans, Steven<br>COMPUTERIZED RESEARCH<br>NY LEXIS - EVANS, STEVEN 03/03/2020 ACCOUNT 424YN6CXS | S061 | 40373132 | 26.20 |
| 04/27/20 | Evans, Steven<br>COMPUTERIZED RESEARCH<br>NY LEXIS - EVANS, STEVEN 03/03/2020 ACCOUNT 424YN6CXS | S061 | 40373147 | 281.75 |

Weil, Gotshal & Manges LLP

PG&E Corporation - Chapter 11 Cases
67615.0014
2020008204

## ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| 04/27/20 | Evans, Steven<br>COMPUTERIZED RESEARCH<br>NY LEXIS - EVANS, STEVEN 03/03/2020 ACCOUNT 424YN6CXS | S061 | 40373177 | 440.45 |
| 04/27/20 | Evans, Steven<br>COMPUTERIZED RESEARCH<br>NY LEXIS - EVANS, STEVEN 03/30/2020 ACCOUNT 424YN6CXS | S061 | 40373181 | 440.44 |
| 04/27/20 | Nolan, John J.<br>COMPUTERIZED RESEARCH<br>NY LEXIS - NOLAN, JACK 03/27/2020 ACCOUNT 424YN6CXS | S061 | 40373197 | 46.95 |
| 04/27/20 | Nolan, John J.<br>COMPUTERIZED RESEARCH<br>NY LEXIS - NOLAN, JACK 03/05/2020 ACCOUNT 424YN6CXS | S061 | 40373198 | 48.94 |
| 04/27/20 | Schinckel, Thomas Robert<br>COMPUTERIZED RESEARCH<br>NY LEXIS - SCHINCKEL, TOM 03/16/2020 ACCOUNT 424YN6CXS | S061 | 40373233 | 48.94 |
| 04/27/20 | Morganelli, Brian<br>COMPUTERIZED RESEARCH<br>NY LEXIS - MORGANELLI, BRIAN 03/03/2020 ACCOUNT 424YN6CXS | S061 | 40373237 | 48.94 |
| 04/27/20 | Nolan, John J.<br>COMPUTERIZED RESEARCH<br>NY LEXIS - NOLAN, JACK 03/06/2020 ACCOUNT 424YN6CXS | S061 | 40373278 | 195.76 |
| 04/27/20 | Schinckel, Thomas Robert<br>COMPUTERIZED RESEARCH<br>NY LEXIS - SCHINCKEL, TOM 03/20/2020 ACCOUNT 424YN6CXS | S061 | 40373281 | 48.94 |

PG&E Corporation - Chapter 11 Cases
67615.0014
2020008204

## ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|------|------|------|------|
| 04/27/20 | Schinckel, Thomas Robert<br>COMPUTERIZED RESEARCH<br>NY LEXIS - SCHINCKEL, TOM 03/19/2020 ACCOUNT 424YN6CXS | S061 | 40373286 | 46.95 |
| 04/27/20 | Schinckel, Thomas Robert<br>COMPUTERIZED RESEARCH<br>NY LEXIS - SCHINCKEL, TOM 03/16/2020 ACCOUNT 424YN6CXS | S061 | 40373312 | 46.95 |
| 04/27/20 | Green, Austin Joseph<br>COMPUTERIZED RESEARCH<br>NY LEXIS - GREEN, &QUOT; AUSTIN &QUOT;&QUOT;AJ&QUOT;&QUOT;&QUOT; 03/28/2020<br>ACCOUNT 424YN6CXS | S061 | 40373345 | 342.57 |
| 04/27/20 | Evans, Steven<br>COMPUTERIZED RESEARCH<br>NY LEXIS - EVANS, STEVEN 03/27/2020 ACCOUNT 424YN6CXS | S061 | 40373388 | 489.38 |
| 04/27/20 | Sonkin, Clifford<br>COMPUTERIZED RESEARCH<br>NY LEXIS - SONKIN, CLIFFORD 03/09/2020 ACCOUNT 424YN6CXS | S061 | 40373399 | 97.88 |
| 04/27/20 | Evans, Steven<br>COMPUTERIZED RESEARCH<br>NY LEXIS - EVANS, STEVEN 03/28/2020 ACCOUNT 424YN6CXS | S061 | 40373470 | 78.60 |
| 04/27/20 | Green, Austin Joseph<br>COMPUTERIZED RESEARCH<br>NY LEXIS - GREEN, &QUOT; AUSTIN &QUOT;&QUOT;AJ&QUOT;&QUOT;&QUOT; 03/15/2020<br>ACCOUNT 424YN6CXS | S061 | 40373507 | 187.83 |

PG&E Corporation - Chapter 11 Cases
67615.0014
2020008204

### ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|------|------|------|------|
| 04/27/20 | Green, Austin Joseph<br>COMPUTERIZED RESEARCH<br>NY LEXIS - GREEN, &QUOT; AUSTIN &QUOT;&QUOT;AJ&QUOT;&QUOT;&QUOT; 03/06/2020<br>ACCOUNT 424YN6CXS | S061 | 40373511 | 328.71 |
| 04/30/20 | Stewart, Matthew Ryan<br>FIRM MESSENGER SERVICE<br>SV IN-HOUSE MESSENGER (R. MAYO, #9165), DROP OFF FOUR BOXES TO PG&E, 77 BEALE<br>STREET, STRAN FRANCISCO, 3/6/2020 | S072 | 40374595 | 73.84 |
| 04/15/20 | WGM, Firm<br>DUPLICATING<br>7 PRINT(S) MADE IN NEW YORK BETWEEN 04/08/2020 TO 04/08/2020 | S117 | 40357226 | 0.70 |
| 04/22/20 | WGM, Firm<br>DUPLICATING<br>7 PRINT(S) MADE IN NEW YORK BETWEEN 04/20/2020 TO 04/20/2020 | S117 | 40364800 | 0.70 |
| 04/13/20 | Stauble, Christopher A.<br>TELEPHONE<br>COURTCALL APPEARANCE - APP DATE - 03/10/2020 - COURT CALL DEBIT LEDGER FOR<br>3/02/2020 THROUGH 04/01/2020 | S149 | 40359698 | 230.00 |
| 04/13/20 | Stauble, Christopher A.<br>TELEPHONE<br>COURTCALL APPEARANCE - APP DATE - 03/16/2020 - COURT CALL DEBIT LEDGER FOR<br>3/02/2020 THROUGH 04/01/2020 | S149 | 40359699 | 42.50 |
| 04/13/20 | Karotkin, Stephen<br>TELEPHONE<br>COURTCALL APPEARANCE - APP DATE - 03/16/2020 - COURT CALL DEBIT LEDGER FOR<br>3/02/2020 THROUGH 04/01/2020 | S149 | 40359700 | 35.00 |

PG&E Corporation - Chapter 11 Cases
67615.0014
2020008204

### ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|------|------|------|------|
| 04/13/20 | Goren, Matthew | S149 | 40359707 | 26.50 |
| | TELEPHONE | | | |
| | COURTCALL APPEARANCE - APP DATE - 03/16/2020 - MATTHEW GOWEN; COURT CALL DEBIT LEDGER FOR 3/02/2020 THROUGH 04/01/2020 | | | |
| 04/13/20 | Stauble, Christopher A. | S149 | 40359708 | 59.85 |
| | TELEPHONE | | | |
| | COURTCALL APPEARANCE - APP DATE - 03/11/2020 - CHRIS STAUBLE; COURT CALL DEBIT LEDGER FOR 3/02/2020 THROUGH 04/01/2020 | | | |
| | **TOTAL DISBURSEMENTS** | | | **$1,091,138.15** |