# Exhibit C

**AP SERVICES, LLC**
**Summary of Expenses - Pacific Gas and Electric Company, et al.**
**For the Period May 1, 2020 through May 31, 2020**

| EXPENSE CATEGORY | AMOUNT |
|---|---:|
| Airfare | $ (11.20) |
| Ground Transportation | 35.00 |
| Other | 160.91 |
| **TOTAL EXPENSES** | **$ 184.71** |