DOWNEY BRAND LLP
JAMIE P. DREHER (Bar No. 209380)
JOSEPH K. LITTLE (Bar No. 322179)
Email: jdreher@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone:    916.444.1000
Facsimile:    916.444.2100

Attorneys for Donald and Grace Mansel

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E Corporation,<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>[ ] Affects PG&E Corporation<br>[ ] Affects Pacific Gas and Electric Company<br>[x] Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088-DM, | Case No. 19-30088-DM<br><br>Chapter 11<br>Lead Case, Jointly Administered<br><br>**DECLARATION OF RICHARD FRANKEL IN SUPPORT OF MOTION PURSUANT TO FED. R. BANKR. PROC. 7015 FOR AN ORDER DEEMING AMENDED CLAIM TO RELATE BACK/OR PURSUANT TO FED. R. BANKR. P. 9006(b)(1) TO ENLARGE THE TIME FOR DONALD AND GRACE MANSEL TO FILE PROOF OF CLAIM**<br><br>Date:    August 4, 2020<br>Time:    10:00 a.m.<br>Crtrm.:   Courtroom 17<br>         450 Golden Gate Avenue<br>         San Francisco, CA 94102<br>Judge:    Hon. Dennis Montali<br><br>Objection deadline:    July 28, 2020<br>                       4:00 p.m. (Pacific Time) |

I, Richard Frankel, hereby declare as follows:

1.  I am an attorney at law duly licensed to practice before the courts of the State of Texas, and in numerous federal courts. I am a lawyer with Reiner, Slaughter & Frankel, LLP, based in Redding, California.

2.  My law firm represents wildfire victims who sustained losses from the Camp Fire in 2018. My firm has timely filed over 800 Proof of Claim forms with Prime Clerk for losses

clients have suffered as a result of these fires.

3. Donald Mansel filed claims in this matter for property loss on October 17, 2019, well before the extended December 31, 2019 Claims Bar Date Deadline had passed.

4. On May 4, 2020, I became informed that Donald Mansel's wife, Grace Mansel, suffered these losses equally.

5. As soon as I became aware that no proof of claim was filed for Grace Mansel, we filed the amended proof of claim on May 15, 2020 and sought the assistance of local counsel to file this Motion.

6. I am over eighteen years of age, of sound mind, and fully-competent to make this declaration. All statements in this declaration are based on my own personal knowledge and observation and from my review of the court and business records in this case, or upon information and belief as indicated. If called to testify on this matter, I can and would competently testify to the matters set forth in this Declaration.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of July, 2020, in Houston, Texas.

By: _____
RICHARD FRANKEL