DOWNEY BRAND LLP
JAMIE P. DREHER (Bar No. 209380)
JOSEPH K. LITTLE (Bar No. 322179)
Email: jdreher@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone:   916.444.1000
Facsimile:    916.444.2100

Attorneys for Robert Reeve,
Sonntag-Reeve Eye Center, Inc.,
and Sonntag-Reeve Medical Corp.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E Corporation,<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>[ ] Affects PG&E Corporation<br>[ ] Affects Pacific Gas and Electric Company<br>[x] Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088-DM, | Case No. 19-30088-DM<br><br>Chapter 11<br>Lead Case, Jointly Administered<br><br>**DECLARATION OF RICHARD FRANKEL IN SUPPORT OF MOTION PURSUANT TO FED. R. BANKR. PROC. 7015 AND 7017 TO JOIN REAL PARTIES IN INTEREST FOR CLAIM PREVIOUSLY FILED, OR IN THE ALTERNATIVE, TO ENLARGE TIME TO FILE PROOF OF CLAIM PURSUANT TO FED. R. BANKR. PROC. 9006(b)(1)**<br><br>Date:       August 4, 2020<br>Time:       10:00 a.m.<br>Crtrm.:     Courtroom 17<br>              450 Golden Gate Avenue<br>              San Francisco, CA 94102<br>Judge:      Hon. Dennis Montali<br><br>Objection deadline:  July 28, 2020<br>                     4:00 p.m. (Pacific Time) |

I, Richard Frankel, hereby declare as follows:

1.      I am an attorney at law duly licensed to practice before the courts of the State of Texas, and in numerous federal courts. I am a lawyer with Reiner, Slaughter & Frankel, LLP, based in Redding, California.

2.      My law firm represents wildfire victims who sustained losses from the Camp Fire

in 2018. My firm has timely filed over 800 Proof of Claim forms with Prime Clerk for losses clients have suffered as a result of these fires.

3. Robert Reeves filed a claim in this matter for property and business loss on October 18, 2019, well before the extended December 31, 2019 Claims Bar Date Deadline had passed. At the time, he had different counsel.

4. On or about April 15, 2020, I became informed that, to the extent Robert claimed business losses in his proof of claim, other entities owned by Robert actually suffered some of those losses (in other words, would have been the proper "plaintiffs" or parties-in-interest to assert, for example, certain business damages, which were in fact asserted in the initial proof of claim). Those entities are Sonntag-Reeve Eye Center, Inc. and Sonntagg-Reeve Medical Corp. I only became aware of this fact following the receipt of further and additional documentation on the claims from Dr. Reeve and our firm's continuing investigation.

5. On April 22, 2020, we filed an amended proof of claim that included Sonntag-Reeve Eye Center, Inc. and Sonntagg-Reeve Medical Corp. We later sought the assistance of local counsel to file this Motion.

6. I am over eighteen years of age, of sound mind, and fully competent to make this declaration. All statements in this declaration are based on my own personal knowledge and observation and from my review of the court and business records in this case, or upon information and belief as indicated. If called to testify on this matter, I can and would competently testify to the matters set forth in this Declaration.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed this the 11th day of July, 2020, in Houston, Texas.

By: /s/ Richard Frankel
RICHARD FRANKEL