DOWNEY BRAND LLP
JAMIE P. DREHER (Bar No. 209380)
JOSEPH K. LITTLE (Bar No. 322179)
Email: jdreher@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone:   916.444.1000
Facsimile:    916.444.2100

Attorneys for Robert Reeve,
Sonntag-Reeve Eye Center, Inc., and
Sonntag-Reeve Medical Corp.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E Corporation,<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>[ ] Affects PG&E Corporation<br>[ ] Affects Pacific Gas and Electric Company<br>[x] Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088-DM, | Case No. 19-30088-DM<br><br>Chapter 11<br>Lead Case, Jointly Administered<br><br>**PROOF OF SERVICE**<br><br>Date:    August 4, 2020<br>Time:   10:00 a.m.<br>Crtrm.: Courtroom 17<br>             450 Golden Gate Avenue<br>             San Francisco, CA 94102<br>Judge:  Hon. Dennis Montali<br><br>Objection deadline:    July 28, 2020<br>                                   4:00 p.m. (Pacific Time) |

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Sacramento, State of California. My business address is 621 Capitol Mall, 18th Floor, Sacramento, CA 95814.

On July 14, 2020, I served true copies of the following document(s) described as

- **MOTION PURSUANT TO FED. R. BANKR. PROC. 7015 AND 7017 TO JOIN REAL PARTIES IN INTEREST FOR CLAIM PREVIOUSLY FILED, OR IN THE ALTERNATIVE, TO ENLARGE TIME TO FILE PROOF OF CLAIM PURSUANT TO FED. R. BANKR. PROC. 9006(b)(1)**

- **NOTICE OF HEARING ON MOTION PURSUANT TO FED. R. BANKR. PROC. 7015 AND 7017 TO JOIN REAL PARTIES IN INTEREST FOR CLAIM PREVIOUSLY FILED, OR IN THE ALTERNATIVE, TO ENLARGE TIME TO**

1  FILE PROOFS OF CLAIM PURSUANT TO FED. R. BANKR. PROC. 9006(b)(1)

- **DECLARATION OF RICHARD FRANKEL IN SUPPORT OF MOTION PURSUANT TO FED. R. BANKR. PROC. 7015 AND 7017 TO JOIN REAL PARTIES IN INTEREST FOR CLAIM PREVIOUSLY FILED, OR IN THE ALTERNATIVE, TO ENLARGE TIME TO FILE PROOFS OF CLAIM PURSUANT TO FED. R. BANKR. PROC. 9006(b)(1)**

on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address mfrazier@downeybrand.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 14, 2020, at Sacramento, California.

_/s/ Marci Frazier_
Marci Frazier

DOWNEY BRAND LLP

# SERVICE LIST

**Attorneys for Debtors**
WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin
Jessica Liou
Matthew Goren
Tom Schinckel
Stephen.karotkin@weil.com
Jessica.liou@weil.com
Matthew.goren@weil.com
Tom.shinckel@weil.com

**Attorneys for Debtors**
KELLER BENVENUTTI KIM LLP
Tobias S. Keller
Jane Kim
tkeller@kbkllp.com
jkim@kbkllc.com

**Attorneys for Shareholder Proponents**
JONES DAY
Bruce S. Bennett
Joshua M. Mester
James O. Johnston
bbennett@jonesday.com
jmester@jonesday.com
jjohnston@jonesday.com

**Counsel for Administrative Agent under Debtors' DIP Financing Facility**
STROOCK & STROOCK & LAVAN LLP
Frank A. Merola
khansen@stroock.com
egilad@stroock.com
mgarofalo@stroock.com
fmerola@stroock.com

**Counsel for collateral agent under Debtors' DIP Financing Facility**
DAVIS POLK & WARDELL LLP
Eli J. Vonnegut
David Schiff
Timothy Graulich
eli.vonnegut@davispolk.com
david.schiff@davispolk.com
timothy.graulich@davispolk.com

**Counsel to the California Public Utilities Commission**
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Alan W. Kornberg
Brian Hermann
Walter Rieman
akornberg@paulweiss.com
bhermann@paulweiss.com
wrieman@paulweiss.com
smitchell@paulweiss.com
ndonnelly@paulweiss.com

**Office of the U.S. Trustee for Region 17**
James Snyder
Timothy Laffredi
James.L.Snyder@usdoj.gov
timothy.s.laffredi@usdoj.gov
Marta.Villacorta@usdoj.gov

**Counsel for U.S. on behalf of Federal Energy Regulatory Commission**
U.S. Department of Justice
1101 L Street, NW, Room 7106
Washington, DC 20005
Danielle Pham
danielle.pham@usdoj.gov

**Counsel for PG&E Shareholders**
JONES DAY
Bruce Bennett
Joshua Mester
James Johnson
bbennett@jonesday.com
jmester@jonesday.com
jjohnston@jonesday.com

**Co-Counsel to Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company**
BRAUNHAGEY & BORDEN LLP
J. Noah Hagey
Jeffrey Theodore
David Kwasniewski
Andrew Levine
hagey@braunhagey.com
theodore@braunhagey.com
kwasniewski@braunhagey.com
levine@braunhagey.com

**U.S. Nuclear Regulatory Commission**
Anita Ghosh Naber
anita.ghoshnaber@nrc.gov

**Counsel for Unsecured Creditors Committee**
MILBANK LLP
Dennis F. Dunne
Sam Khalil
ddunne@milbank.com
skhalil@milbank.com
Gbray@milbank.com
TKreller@milbank.com
astone@milbank.com
svora@milbank.com

**Counsel for Tort Claimants Committee**
BAKER & HOSTETLER LLP
Eric Sagerman
Cicily Dumas
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
esagerman@bakerlaw.com
cdumas@bakerlaw.com

**Counsel to Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company**
Ashley Vinson Crawford
AKIN GUMP STRAUSS HAUER & FELD
avcrawford@akingump.com

DOWNEY BRAND LLP

| | | |
|---|---|---|
| 1 | **Counsel for Ad Hoc Group of Subrogation Claim Holders** | **Counsel for Ad Hoc Group of Subrogation Claim Holders** |
| 2 | Kathryn Diemer | WILKIE FARR & GALLAGHER LLP |
| 3 | Alexander Lewicki<br>DIEMER & WEIL LLP | Matthew Feldman<br>Joseph Minias |
| 4 | kdiemer@diemerwei.com | Daniel Forman |
| 5 | alewicki@diemerwei.com | Benjamin McCallen<br>Antonio Yanez |
| 6 | | Erica Kerman<br>Jonathan Waisnor |
| 7 | | Matthew Freimuth<br>mfeldman@willkie.com |
| 8 | | jminias@willkie.com<br>dforman@willkie.com |
| 9 | | bmccallen@willkie.com<br>ayanez@willkie.com |
| 10 | | ekerman@willkie.com |
| 11 | | jwaisnor@willkie.com<br>mfreimuth@willkie.com |