1  KEVIN J. LAMB, SBN 125710
   klamb@lkfirm.com
2  MICHAEL K. SLATTERY, SBN 107303
   mslattery@lkfirm.com
3  THOMAS G. KELCH, SBN 100709
   tkelch@lkfirm.com
4  LAMB AND KAWAKAMI LLP
   333 South Grand Avenue, Suite 4200
5  Los Angeles, California 90071
   Telephone: (213) 630-5500
6  Facsimile: (213) 630-5555

7  Attorneys for the County of San Luis Obispo

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E Corporation<br><br>   -and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>         Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects Both<br><br>*All papers shall be filed in the Lead Case, 19-30088 (DM)* | Bankruptcy Case<br>Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**WITHDRAWAL OF COUNTY OF SAN LUIS OBISPO'S OBJECTION TO/REQUEST FOR CLARIFICATION OF SUPPLEMENT TO PLAN SUPPLEMENT (DKT NO. 7592)**<br><br>[**Relates to Docket Nos. 7037, 7503, 7592**] |

286980.1

The County of San Luis Obispo hereby withdraws its Objection to/Request for Clarification of Supplement to Plan Supplement filed on May 26, 2020 (Dkt No. 7592).

Dated: July 14, 2020

Respectfully submitted,

LAMB AND KAWAKAMI LLP

By: */s/ Michael K. Slattery*
MICHAEL K. SLATTERY
Attorneys for County of San Luis Obispo