SCOTT H. MCNUTT (CSBN 104696)
324 Warren Road
San Mateo, California 94402
Telephone: (415) 760-5601
Email: smcnutt@ml-sf.com

Counsel to the Fee Examiner

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>          - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>          Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM) | Bankruptcy Case<br>No. 19-30088 (DM)<br>(Lead Case)<br>(Jointly Administered)<br><br>Chapter 11<br><br>**AMENDED NOTICE OF HEARING ON INTERIM APPLICATIONS ALLOWING AND AUTHORIZING PAYMENT OF FEES AND EXPENSES OF MULTIPLE FEE APPLICANTS BASED UPON COMPROMISES WITH THE FEE EXAMINER**<br><br>Hearing:<br><br>Date: August 4, 2020<br>Time: 10:00 a.m. (Pacific Time)<br>Place: (Telephonic/Video Appearances Only)<br>United States Bankruptcy Court<br>Courtroom 17,<br>450 Golden Gate Ave., 16th Floor<br>San Francisco, CA<br><br>Judge: Hon. Dennis Montali<br><br><br>Objection Deadline:<br>July 28, 2020 |

**PLEASE TAKE NOTICE THAT** this Amended Notice amends the Notice of Hearing on Interim Compensation, Etc. entered on June 30, 2020 [Doc. No. 8213]. This Amended Notice is required as the original Notice failed to comply with the Court's _Second Amended Order Granting Fee Examiner's Motion to Approve Fee Procedures_ (the "**Second Amended Order**"). This Amended Notice corrects this failure as set forth below.

**PLEASE TAKE FURTHER NOTICE THAT** ¶2(b) of the Second Amended Order requires that any Notice regarding interim compensation must set forth the following:

(1) Each applicant and the party represented by the applicant,

(2) the date range for the services for which the compensation is being sought, and

(3) the amount of fees applied for and the amount of expenses requested.

**PLEASE TAKE FURTHER NOTICE THAT** this Amended Notice sets forth all the information required by ¶ 2(b) of the Second Amended Order, which the original Notice failed to include. This detail is set forth as to each Interim Fee Applicant in "**Exhibit A**" attached hereto and incorporated by this reference.

**PLEASE TAKE FURTHER NOTICE THAT** on February 28, 2019, the Court entered its _Order Authorizing Debtors to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals_ (**"Interim Compensation Order"**) [Doc. No. 701]. Under the Interim Compensation Order, estate professionals are paid 80% of fees and 100% of expenses on a monthly basis (a so-called Knudsen Order). The Interim Compensation Order contemplates filing interim applications (to recover the 20% "holdback" on fees). All payments of interim compensation are subject to the requirement that final fee applications be filed. Although interim fee applications are contemplated, they are not mandated.

**PLEASE TAKE FURTHER NOTICE THAT** on May 29, 2019, the Court entered its *Order Appointing Fee Examiner and Establishing Procedures for Consideration of Fee Compensation and Reimbursement of Expenses* (**"Order Appointing Fee Examiner"**) [Doc. No. 2267]. The Order Appointing Fee Examiner sets forth a procedure for review and resolution of interim fee applications.

**PLEASE TAKE FURTHER NOTICE THAT** on December 18, 2019, the Court entered its *Amended Order Granting Fee Examiner Motion to Approve Fee Procedures* (**"Amended Fee Procedures Order"**) [Doc. No. 5168]. The Amended Fee Procedures Order approves the Fee Examiner's Protocol and adopts the Fee Examiner's recommendations as to the coordination and scheduling of hearings. As noted previously, on January 20, 2020, this Court entered its *Second Amended Order Granting Fee Examiner's Motion to Approve Fee Procedures* (the "**Second Amended Order**") [Doc. No. 5572], which added certain disclosure and notice requirements.

**PLEASE TAKE FURTHER NOTICE THAT** under the Second Amended Fee Procedures Order, the Fee Examiner is authorized to set hearings to approve interim fee applications based upon compromises reached with fee applicants. Such hearings shall be heard on 21 days' notice as required by Fed. R. Bankr. Pro. 2002 (a)(6) and the Notice of Hearing shall comply with Fed. R. Bankr. Pro. 2002 (c)(2).

**PLEASE TAKE FURTHER NOTICE THAT** under the foregoing orders, professionals were permitted to file Interim Applications every four months beginning July 15, 2019. The Second Interim Applications were to be filed by November 15, 2019. The Third Interim Applications were to be filed by March 15, 2020. Fourth Interim Applications will be due July 15, 2020.

3 AMENDED NOTICE OF HEARING ALLOWING AND AUTHORIZING PAYMENT OF INTERIM FEE APPLICATIONS
Case: 19-30088    Doc# 8389    Filed: 07/14/20    Entered: 07/14/20 14:29:40    Page 3 of 9

**PLEASE TAKE FURTHER NOTICE THAT** on June 4, 2020, the Fee Examiner Filed his *Fee Examiner's Report on Status of Fee and Expenses Submitted, Approved and Pending* ("**Fee Examiner's Status Report**") [Doc. No. 7785]. The Fee Examiner's Status Report sets forth the overall status of fee applications as of June 4, 2020.

**PLEASE TAKE FURTHER NOTICE THAT** the Fee Examiner now presents for hearing and approval twelve compromises with various estate professionals (the "**Compromise Fee Applicants**") concerning previously filed interim fee applications as set forth in **Exhibit A**, attached hereto and incorporated herein by this reference (the "**Interim Fee Application Compromises**").

**PLEASE TAKE FURTHER NOTICE THAT** the Bankruptcy Court will hear and consider the Fee Application Compromises on August 4, 2020 at 10:00 a.m. (Pacific Time) (the "**Hearing on Fee Application Compromises**") via video conferencing or telephone. All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

**PLEASE TAKE FURTHER NOTICE THAT** the deadline to object to the Interim Fee Application Compromises is July 28, 2020.

**PLEASE TAKE FURTHER NOTICE THAT** the Compromise Fee Applicants, subject to Court Approval, have each agreed to the stipulated reduction indicated on **Exhibit A**, and that

the Fee Examiner will submit orders reflecting the stipulated reductions, or the Fee Examiner will approve the form of orders submitted by the Fee Applicants.

**PLEASE TAKE FURTHER NOTICE THAT** the Fee Examiner has previously provided the Office of the United States Trustee with the amount of each such compromise, and that the Office of the United States Trustee has not objected to any compromise. If the United States Trustee objects to a compromise, the Fee Examiner will withdraw that compromise from this Amended Notice.

**PLEASE TAKE FURTHER NOTICE THAT** the amount applied for, the amount of any compromise with the Fee Examiner and the net amount claimed are set forth in **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE THAT** following the entry of appropriate orders with respect to each of the Compromise Fee Applicants, Debtors will be authorized to pay the "Amount Now Payable" as set forth in **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE THAT** the Second Amended Fee Procedures order reserves the Fee Examiner's right to raise certain objections at the time of subsequent interim fee applications and final fee applications.

**PLEASE TAKE FURTHER NOTICE THAT** copies of the Interim Applications and Amendments can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at http://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for international parties or by e-mail at: pginfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

| | |
|---|---|
| DATED: July 14, 2020 | SCOTT H. McNUTT |

By: */Scott H. McNutt/*
Scott H. McNutt
Counsel to the Fee Examiner

# EXHIBIT A

**EXHIBIT A**
**to**
**NOTICE OF HEARING ON INTERIM APPLICATIONS ALLOWING**
**AND AUTHORIZING PAYMENT OF FEES AND EXPENSES**
**OF MULTIPLE FEE APPLICANTS BASED ON COMPROMISES WITH THE FEE EXAMINER**

**(Noticed for Hearing August 4, 2020)**

| Retained Professional - UNSECURED CREDITORS | Fee Request | Filing Date | Docket No. | Request Date Range | Objection Date | Fees Requested | Expenses Requested | Total Compromised Reduction with Fee Examiner | Net Amount Claimed | Total Payments | Net Amount Outstanding |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Centerview Partners* | First Interim | 11/14/2019 | 4725 | 2/15/2019-5/31/2019 | 12/24/2019 | $1,000,000.00 | $119,526.46 | | | | |
| | Second Interim | 11/14/2019 | 4750 | 6/1/2019-9/30/2019 | 1/13/2020 | $1,000,000.00 | $59,531.95 | | | | |
| | Third Interim | 3/13/2020 | 6279 | 10/1/2019-1/31/2020 | 4/2/2020 | $1,000,000.00 | $6,997.45 | | | | |
| | | | | | | $3,000,000.00 | $186,055.86 | $65,000.00 | $3,121,055.86 | $2,385,370.80 | $735,685.06 |
| | | | | | | | | | | | |
| FTI Consulting | Second Interim | 11/14/2019 | 4734 | 6/1/2019-9/30/2019 | 12/8/2019 | $5,980,822.00 | $60,401.54 | | | | |
| | Third Interim | 3/13/2020 | 6280 | 10/1/2019-1/31/2020 | 4/9/2020 | $3,930,398.50 | $19,098.79 | | | | |
| | | | | | | $9,911,220.50 | $79,500.33 | $170,000.00 | $9,820,720.83 | $8,008,470.32 | $1,812,250.51 |
| | | | | | | | | | | | |
| Trident DMG | Second Interim | 3/13/2020 | 6297 | 10/1/2019-1/30/2020 | 4/2/2020 | $140,000.00 | $13,574.74 | $0.00 | $153,574.74 | $125,574.74 | $28,000.00 |

*This compromise concerns only expenses. Under Centerview's employment order, any objection to fees may only be made in response to final fee applications.

| Retained Professional - DEBTORS | Fee Request | Filing Date | Docket No. | Request Date Range | Objection Date | Fees Requested | Expenses Requested | Total Compromised Reduction with Fee Examiner | Net Amount Claimed | Total Payments | Net Amount Outstanding |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Coblentz | Second Interim | 3/16/2020 | 6306 | 10/1/2019-1/31/2020 | 4/5/2020 | $748,895.37 | $11,092.98 | $22,500.00 | $737,488.35 | $610,209.27 | $127,279.08 |
| | | | | | | | | | | | |
| Groom Law Group | First Interim | 3/13/2020 | 6283 | 1/29/2019-12/31/2019 | 4/2/2020 | $846,934.40 | $783.46 | $42,000.00 | $805,717.86 | $678,285.41 | $127,432.45 |
| | | | | | | | | | | | |
| Jenner & Block | Second Interim | 11/14/2019 | 4749 | 6/1/2019-9/30/2019 | 12/8/2019 | $2,987,382.00 | $28,578.36 | | | | |
| | Third Interim | 3/16/2020 | 6333 | 10/1/2019-1/31/2020 | 4/7/2020 | $1,886,470.00 | $27,768.53 | | | | |
| | | | | | | $4,873,852.00 | $56,346.89 | $100,000.00 | $4,830,198.89 | $3,878,016.41 | $952,182.48 |
| | | | | | | | | | | | |
| Keller & Benvenutti | First Interim | 7/19/2019 | 3099 | 1/29/2019-5/31/2019 | 8/8/2019 | $1,116,645.00 | $32,606.79 | | | | |
| | Second Interim | 11/14/2019 | 4714 | 6/1/2019-9/30/2019 | 12/4/2019 | $687,230.00 | $66,455.22 | | | | |
| | Third Interim | 3/13/2020 | 6275 | 10/1/2019-1/31/2020 | 4/7/2020 | $723,335.00 | $30,976.92 | | | | |
| | | | | | | $2,527,210.00 | $130,038.93 | $82,500.00 | $2,574,748.93 | $2,151,806.93 | $422,942.00 |
| | | | | | | | | | | | |
| KPMG | Second Interim | 2/4/2020 | 5618 | 6/1/2019-9/30/2019 | 2/24/2020 | $4,318,137.02 | $316,097.43 | $85,000.00 | $4,549,234.45 | $3,770,610.44 | $778,624.01 |
| | | | | | | | | | | | |
| Munger Tolles & Olson | Second Interim | 11/15/2019 | 4758 | 6/1/2019-9/30/2019 | 12/15/2020 | $9,251,735.50 | $116,004.13 | | | | |
| | Third Interim | 3/16/2020 | 6327 | 10/1/2019-1/31/2020 | 4/20/2020 | $14,694,962.00 | $642,088.48 | | | | |
| | | | | | | $23,946,697.50 | $758,092.61 | $850,000.00 | $23,854,790.11 | $19,935,574.11 | $3,919,216.00 |

| Retained Professional | Fee Request | Filing Date | Docket No. | Request Date Range | Objection Date | Fees Requested | Expenses Requested | Total Compromised Reduction with Fee Examiner | Net Amount Claimed | Total Payments | Net Amount Outstanding |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Simpson Thatcher & Bartlett | Second Interim | 11/15/2019 | 4767 | 5/1/2019-8/31/2019 | 12/5/2019 | $2,837,908.50 | $51,945.60 | | | | |
| | Third Interim | 3/16/2020 | 6331 | 9/1/2019-12/31/2019 | 4/5/2020 | $2,705,242.50 | $73,689.23 | $200,000.00 | $5,468,785.83 | $4,139,732.70 | $1,329,053.13 |

| Retained Professional - TORT CLAIMANTS | Fee Request | Filing Date | Docket No. | Request Date Range | Objection Date | Fees Requested | Expenses Requested | Total Compromised Reduction with Fee Examiner | Net Amount Claimed | Total Payments | Net Amount Outstanding |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Development Specialists, Inc. | Second | 3/13/2020 | 6296 | 8/1/2019-10/31/2019 | 4/2/2020 | $790,337.50 | $16,047.33 | $45,000.00 | $761,384.83 | $648,317.33 | $113,067.50 |
| Lincoln Partners | Second Interim | 11/14/2019 | 4724 | 6/1/2019-9/30/2019 | 12/5/2019 | $4,867,813.00 | $98,444.49 | | | | |
| | Third Interim | 3/16/2020 | 6313 | 10/1/2019-12/31/2019 | 4/6/2020 | $4,661,428.50 | $66,894.98 | | | | |
| | | | | | | $9,529,241.50 | $165,339.47 | $325,000.00 | $9,369,580.97 | $7,788,732.67 | $1,580,848.30 |

**Prior to submitting orders regarding these amounts, the Fee Examiner will require all applicants to verify that all "Knudsen" payments have been properly credited. The Fee Examiner is aware that such payments may have been received for the various Interim Periods after the filing of the various Interim Fee Applications, or after the filing of this Notice.