DOWNEY BRAND LLP
JAMIE P. DREHER (Bar No. 209380)
JOSEPH K. LITTLE (Bar No. 322179)
Email: jdreher@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone:   916.444.1000
Facsimile:   916.444.2100

Attorneys for Patrick McCaffrey, Sally
McCaffrey, and the McCaffrey Family Trust.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E Corporation,<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>[ ] Affects PG&E Corporation<br>[ ] Affects Pacific Gas and Electric Company<br>[x] Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088-DM, | Case No. 19-30088-DM<br><br>Chapter 11<br>Lead Case, Jointly Administered<br><br>**DECLARATION OF RICHARD FRANKEL IN SUPPORT OF MOTION PURSUANT TO FED. R. BANKR. PROC. 7015 AND 7017 FOR AN ORDER DEEMING PROPOSED AMENDED CLAIM TO RELATE BACK/OR PURSUANT TO FED. R. BANKR. P. 9006(b)(1) TO ENLARGE THE TIME FOR PATRICK MCCAFFREY, SALLY MCCAFFREY, AND THE MCCAFFREY FAMILY TRUST TO FILE PROOF OF CLAIM**<br>Date:      August 4, 2020<br>Time:      10:00 a.m.<br>Crtrm.:    Courtroom 17<br>               450 Golden Gate Avenue<br>               San Francisco, CA 94102<br>Judge:     Hon. Dennis Montali<br><br>Objection deadline:   July 28, 2020<br>                                 4:00 p.m. (Pacific Time) |

I, Richard Frankel, hereby declare as follows:

1. I am an attorney at law duly licensed to practice before the courts of the State of Texas, and in numerous federal courts. I am a lawyer with Reiner, Slaughter & Frankel, LLP,

based in Redding, California.

2. My law firm represents wildfire victims who sustained losses from the Camp Fire in 2018. My firm has timely filed over 800 Proof of Claim forms with Prime Clerk for losses clients have suffered as a result of these fires.

3. Patrick and Sally McCaffrey filed a proof of claim without counsel on August 27, 2019, well before the Bar Claim Deadline of December 31, 2019. At the time the McCaffreys did not appreciate the difference between a trust beneficiary and a trustee of a trust, so they did not identify the trust as a claimant.

4. In June 2020 the McCaffreys hired my firm to gather information and present their claim; therein I discovered that the McCaffreys house belonged to their trust. Thus, part of my clients' proof of claim also included damages which my clients' trust actually incurred (as owner of record of the property damaged). The proof of claim does not identify the trust as a claimant or in any capacity. The name of the trust is the McCaffrey Family Trust. Patrick and Sally McCaffrey are trustees of the trust.

5. If this Court grants the relief requested in the Motion here, I am prepared to file an amended proof of claim to reflect the trust as a proper claimant for certain real property damages. The amended proof of claim would change neither the claimants' contact information nor the nature and amount of damages they claim.

6. I am over eighteen years of age, of sound mind, and fully-competent to make this declaration. All statements in this declaration are based on my own personal knowledge and observation and from my review of the court and business records in this case, or upon information and belief as indicated. If called to testify on this matter, I can and would competently testify to the matters set forth in this Declaration.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed this 14th day of July, 2020, in Houston, Texas.

By: /s/ Richard Frankel
RICHARD FRANKEL

DOWNEY BRAND LLP