# EXHIBIT C

## SERVICES FROM FEBRUARY 1, 2020 – FEBRUARY 29, 2020

# EXHIBIT C

## DETAILED SERVICES FROM FEBURARY 1, 2020 – FEBRUARY 29, 2020

### ADAM GOLDBERG

| DATE | HOURS | ACTIVITY DESCRIPTION |
|---|---|---|
| 2/03/20 | .5 | Internal client meetings |
| 2/05/20 | .5 | Call w/ client and client attorneys |
| 2/10/20 | .5 | Internal client meetings |
| 2/12/20 | .5 | Call w/ client and client attorneys |
| 2/20/20 | .5 | Emails with client and/or client attorneys |
| 2/24/20 | .5 | Internal client meetings |
| 2/26/20 | .5 | Call w/ client and/or client attorneys |
| | | |
| **TOTAL** | **3.5** | |

**ALEXANDER LANGE**

| DATE | HOURS | ACTIVITY DESCRIPTION |
|---|---|---|
| 2/1/20 | 1 | Emails with client and/or client attorneys |
| 2/3/20 | 1 | Emails with client and/or client attorneys |
| 2/4/20 | 1 | Emails with client and/or client attorneys |
| 2/5/20 | 1 | Emails and calls with client and/or client attorneys |
|  | 1.5 | Working with the media |
| 2/6/20 | 3 | Working with the media |
|  | 2 | Emails and calls with client and/or client attorneys |
| 2/10/20 | .5 | Emails with client and/or client attorneys |
| 2/11/20 | 1 | Emails and calls with client and/or client attorneys |
|  | 1 | Research and writing |
|  | 1 | Working with media |
| 2/12/20 | 1 | Emails and calls with client and/or client attorneys |
|  | 2 | Working with media |
| 2/13/20 | 1 | Emails with client and/or client attorneys |
|  | .5 | Working with media |
| 2/14/20 | .5 | Working with media |
| 2/13/20 | 1 | Emails with client and/or client attorneys |
| 2/19/20 | .5 | Emails and calls with client and/or client attorneys |
|  | 1 | Working with media |
|  | .5 | Research and writing |
| 2/20/20 | 1 | Working with media |
|  | .5 | Emails and calls with client and/or client attorneys |
| 2/21/20 | .5 | Emails with client and/or client attorneys |
| 2/24/20 | .5 | Internal client meetings |
| 2/25/20 | .5 | Emails with client and/or client attorneys |
|  | 1.5 | Working with media |
| 2/26/20 | 1 | Emails and calls with client and/or client attorneys |
|  | 1.5 | Working with media |
| 2/27/20 | .5 | Emails with client and/or client attorneys |
| 2/28/20 | .5 | Working with media |
|  | 1 | Research and writing |
|  |  |  |
| **TOTAL** | **31** |  |

**EMILY SEELEY**

| DATE | HOURS | ACTIVITY DESCRIPTION |
|---|---|---|
| 2/3/20 | .5 | Research and writing |
| 2/4/20 | 1 | Working with the media |
| | 1 | Emails & calls with client and/or client attorneys |
| 2/5/20 | 2 | Research and writing |
| | .5 | Emails with client and/or client attorneys |
| | 1 | Calls with client and/or client attorneys |
| | .5 | Internal meeting |
| | 1 | Working with the media |
| 2/5/20 | .5 | Emails & calls with client and/or client attorneys |
| 2/6/20 | 2.5 | Emails & calls with client and/or client attorneys |
| | 3.5 | Working with the media |
| 2/7/20 | .5 | Emails with client and/or client attorneys |
| 2/12/20 | .5 | Emails & calls with client and/or client attorneys |
| 2/19/20 | .5 | Calls with client and/or client attorneys |
| | .5 | Research and writing |
| 2/20/20 | .5 | Working with the media |
| | .5 | Internal client meeting |
| 2/21/20 | .5 | Working with the media |
| 2/25/20 | .5 | Research and writing |
| 2/26/20 | .5 | Calls with client and/or client attorneys |
| 2/28/20 | .5 | Internal client meeting |
| **TOTAL** | **19** | |