# EXHIBIT D

## SERVICES FROM MARCH 1, 2020 – MARCH 31, 2020

# EXHIBIT D

## DETAILED SERVICES FROM MARCH 1, 2020 – MARCH 31, 2020

### ADAM GOLDBERG

| DATE | HOURS | ACTIVITY DESCRIPTION |
|---|---|---|
| 3/02/20 | .5 | Internal client meetings |
| 3/04/20 | .5 | Call w/ client and/or client attorneys |
| 3/09/20 | .5 | Internal client meetings |
| 3/10/20 | .5 | Attend court hearing via Courtcall |
| 3/16/20 | .5 | Emails w/ client and/or client attorneys |
| 3/18/20 | .5 | Call w/ client and/or client attorneys |
| 3/25/20 | 1 | Emails and calls w/ client and/or client attorneys |
|  | .5 | Research and writing |
| 3/30/20 | .5 | Internal client meetings |
|  |  |  |
| TOTAL | 5.0 |  |

## ALEXANDER LANGE

| DATE | HOURS | ACTIVITY DESCRIPTION |
|---|---|---|
| 3/2/20 | .5 | Working with media |
| 3/4/20 | .5 | Emails and calls with client and/or client attorneys |
| 3/5/20 | .5 | Internal client meetings |
|  | 1 | Working with media |
| 3/6/20 | 2 | Emails and calls with client and/or client attorneys |
| 3/8/20 | .5 | Research and writing |
| 3/9/20 | .5 | Emails with client and/or client attorneys |
|  | .5 | Working with media |
| 3/10/20 | 2.5 | Attending court hearing via Courtcall |
|  | 1 | Emails with client and/or client attorneys |
|  | 1 | Working with media |
| 3/11/20 | .5 | Emails with client and/or client attorneys |
|  | .5 | Internal client meetings |
| 3/13/20 | .5 | Emails with client and/or client attorneys |
|  | .5 | Working with media |
|  | 1 | Research and writing |
| 3/14/20 | .5 | Emails with client and/or client attorneys |
| 3/16/20 | .5 | Emails with client and/or client attorneys |
|  | .5 | Research and writing |
| 3/17/20 | .5 | Emails with client and/or client attorneys |
| 3/18/20 | .5 | Emails and calls with client and/or client attorneys |
|  | .5 | Working with media |
| 3/23/20 | .5 | Emails with client and/or client attorneys |
| 3/24/20 | .5 | Internal client meetings |
| 3/25/20 | 2 | Research and writing |
|  | 1 | Working with media |
|  | 1.5 | Emails and calls with client and/or client attorneys |
| 3/26/20 | .5 | Research and writing |
|  | 1 | Emails with client and/or client attorneys |
|  | 2 | Working with media |
| 3/27/20 | .5 | Research and writing |
|  | 5 | Emails and calls with client and/or client attorneys |
| 3/30/20 | .5 | Internal client meetings |
|  | .5 | Emails with client and/or client attorneys |
|  |  |  |
| **TOTAL** | **32** |  |

**EMILY SEELEY**

| DATE | HOURS | ACTIVITY DESCRIPTION |
|---|---|---|
| 3/2/20 | .5 | Research and writing |
| | .5 | Emails with client and/or client attorneys |
| 3/4/20 | .5 | Calls with client and/or client attorneys |
| 3/6/20 | 1 | Working with the media |
| | 1.5 | Emails with client and/or client attorneys |
| 3/9/20 | .5 | Working with the media |
| 3/10/20 | 1.5 | Working with the media |
| | .5 | Emails with client and/or client attorneys |
| | .5 | Research and writing |
| 3/11/20 | .5 | Calls with client and/or client attorneys |
| | .5 | Working with the media |
| 3/13/20 | 2 | Working with the media |
| | .5 | Internal client meeting |
| 3/16/20 | .5 | Emails with client and/or client attorneys |
| 3/18/20 | .5 | Calls with client and/or client attorneys |
| 3/24/20 | .5 | Internal client meetings |
| 3/25/20 | .5 | Research and writing |
| | .5 | Calls with client and/or client attorneys |
| 3/26/20 | 1 | Working with media |
| | .5 | Emails with client and/or client attorneys |
| | .5 | Research and writing |
| 3/27/20 | 2 | Calls with client and/or client attorneys |
| 3/30/20 | 1 | Working with media |
| | .5 | Emails with client and/or client attorneys |
| | .5 | Internal client meetings |
| | | |
| **TOTAL** | **19** | |