# **EXHIBIT E**

## **SERVICES FROM APRIL 1, 2020 – APRIL 30, 2020**

# EXHIBIT E

# DETAILED SERVICES FROM APRIL 1, 2020 – APRIL 30, 2020

## ADAM GOLDBERG

| DATE | HOURS | ACTIVITY DESCRIPTION |
|---|---|---|
| 4/01/20 | .5 | Call w/ client and/or client attorneys |
| 4/02/20 | .5 | Internal client meetings |
| 4/06/20 | .5 | Emails and calls w/ client and/or client attorneys |
|  | .5 | Internal client meetings |
|  | .5 | Emails and calls w/ client and/or client attorneys |
| 4/08/20 | .5 | Call w/ client and/or client attorneys |
| 4/10/20 | .5 | Internal client meetings |
|  | .5 | Research and writing |
| 4/13/20 | .5 | Call w/ client and/or client attorneys |
|  | .5 | Internal client meetings |
| 4/15/20 | .5 | Call w/ client and/or client attorneys |
| 4/17/20 | .5 | Calls and emails w/ client and/or client attorneys |
|  | .5 | Internal client meetings |
|  | .5 | Research and writing |
| 4/22/20 | .5 | Call with client and/or client attorneys |
|  | .5 | Internal client meeting |
| 4/27/20 | .5 | Internal client meeting |
| 4/29/20 | .5 | Call with client and/or client attorneys |
|  |  |  |
| **TOTAL** | **9** |  |

**ALEXANDER LANGE**

| DATE | HOURS | ACTIVITY DESCRIPTION |
|---|---|---|
| 4/1/20 | .5 | Emails and calls with client and/or client attorneys |
| 4/2/20 | 1 | Internal client meetings |
| | 2 | Emails and calls with client and/or client attorneys |
| | 1.5 | Working with the Media |
| | 1.5 | Research and writing |
| 4/3/20 | 3 | Emails and calls with client and/or client attorneys |
| | 1 | Internal client meetings |
| | 3 | Working with the Media |
| | 1 | Research and writing |
| 4/6/20 | 1.5 | Emails and calls with client and/or client attorneys |
| | 1 | Internal client meetings |
| | 1.5 | Working with the Media |
| | 1 | Research and writing |
| 4/7/20 | 1 | Emails and calls with client and/or client attorneys |
| | 1 | Working with the Media |
| 4/8/20 | 1 | Emails and calls with client and/or client attorneys |
| | .5 | Working with the Media |
| 4/9/20 | .5 | Working with the media |
| | 1 | Emails and calls with client and/or client attorneys |
| 4/10/20 | 1 | Emails and calls with client and/or client attorneys |
| | .5 | Research and writing |
| 4/11/20 | .5 | Emails with client and/or client attorneys |
| 4/13/20 | 1 | Internal client meetings |
| | .5 | Working with the media |
| | .5 | Emails with client and/or client attorneys |
| 4/14/20 | 1 | Emails with client and/or client attorneys |
| | .5 | Working with the media |
| | .5 | Research and writing |
| 4/15/20 | 1.5 | Emails and calls with client and/or client attorneys |
| | .5 | Working with the media |
| | .5 | Internal client meetings |
| 4/16/20 | 1 | Research and writing |
| 4/17/20 | .5 | Internal client meetings |
| | 1.5 | Research and writing |
| | 1.5 | Emails with client and/or client attorneys |
| | 1.5 | Working with media |
| 4/20/20 | 1 | Emails with client and/or client attorneys |
| | 1 | Research and writing |
| 4/21/20 | .5 | Emails with client and/or client attorneys |
| 4/22/20 | .5 | Emails and calls with client and/or client attorneys |
| 4/24/20 | .5 | Emails with client and/or client attorneys |
| | .5 | Research and writing |
| 4/25/20 | 1 | Working with the media |
| | 1 | Emails with client and/or client attorneys |
| 4/27/20 | 1 | Working with the media |
| | .5 | Emails with client and/or client attorneys |
| 4/28/20 | .5 | Research and writing |
| | .5 | Emails with client and/or client attorneys |
| | .5 | Working with the media |
| 4/29/20 | .5 | Emails client and/or client attorneys |

| | | | |
|---|---|---|---|
| | 4/30/20 | 1 | Emails client and/or client attorneys |
| | | .5 | Working with the media |
| | | | |
| | **TOTAL** | **50** | |

# EMILY SEELEY

| DATE | HOURS | ACTIVITY DESCRIPTION |
|---|---|---|
| 4/1/20 | .5 | Calls with client and/or client attorneys |
| 4/2/20 | 1.5 | Working with media |
| | 1.5 | Emails with client and/or client attorneys |
| | 1 | Internal client meetings |
| 4/3/20 | 1 | Internal client meetings |
| | 4 | Working with the Media |
| | .5 | Research and writing |
| | 1 | Emails with client and/or client attorneys |
| 4/6/20 | 2 | Research and writing |
| | 2.5 | Emails and calls with client and/or client attorneys |
| | 2 | Working with media |
| | 1 | Internal client meetings |
| 4/8/20 | .5 | Calls with client and/or client attorneys |
| 4/13/20 | 1 | Internal client meetings |
| 4/15/20 | 1 | Internal client meetings |
| | .5 | Calls with client and/or client attorneys |
| 4/17/20 | 1 | Emails and calls with client and/or client attorneys |
| 4/20/20 | .5 | Working with the media |
| | .5 | Emails with client and/or client attorneys |
| 4/22/20 | .5 | Calls with client and/or client attorneys |
| 4/25/20 | .5 | Research and writing |
| | .5 | Working with the media |
| 4/29/20 | .5 | Calls with client and/or client attorneys |
| 4/30/20 | 1 | Working with the media |
| | | |
| **TOTAL** | **26.5** | |