# EXHIBIT F

## SERVICES FROM MAY 1, 2020 – MAY 31, 2020

# EXHIBIT F

# DETAILED SERVICES FROM MAY 1, 2020 – MAY 31, 2020

## ADAM GOLDBERG

| DATE | HOURS | ACTIVITY DESCRIPTION |
|---|---|---|
| 5/6/20 | .5 | Call with client and/or client attorneys |
|  | .5 | Internal client meeting |
|  | 1 | Research and writing |
| 5/11/20 | .5 | Research and writing |
| 5/12/20 | .5 | Internal client meeting |
| 5/13/20 | 1 | Email and call with client and/or client attorneys |
|  | 1 | Research and writing |
| 5/18/20 | .5 | Internal client meeting |
| 5/20/20 | .5 | Emails and calls with client and/or client attorneys |
| 5/26/20 | .5 | Internal client meeting |
| 5/27/20 | .5 | Emails and calls with client and/or client attorneys |
|  |  |  |
| **TOTAL** | **7** |  |

## ALEXANDER LANGE

| DATE | HOURS | ACTIVITY DESCRIPTION |
|---|---|---|
| 5/1/20 | .5 | Emails client and/or client attorneys |
|  | .5 | Working with the media |
| 5/2/20 | .5 | Emails with client and/or client attorneys |
| 5/3/20 | .5 | Emails with client and/or client attorneys |
| 5/6/20 | .5 | Emails and calls with client and/or client attorneys |
|  | 1 | Research and writing |
| 5/8/20 | 1 | Research and writing |
| 5/11/20 | .5 | Emails with client and/or client attorneys |
| 5/12/20 | .5 | Internal client meetings |
| 5/13/20 | 1 | Emails and calls with client and/or client attorneys |
|  | 1 | Research and writing |
| 5/14/20 | .5 | Emails with client and/or client attorneys |
| 5/15/20 | 1.5 | Working with the media |
|  | 1 | Attending court hearing via phone |
|  | .5 | Emails with client and/or client attorneys |
| 5/16/20 | .5 | Emails with client and/or client attorneys |
| 5/18/20 | 1 | Research and writing |
|  | 1 | Working with the media |
| 5/19/20 | 1 | Emails with client and/or client attorneys |
| 5/20/20 | .5 | Emails and calls with client and/or client attorneys |
| 5/21/20 | 1 | Emails and calls with client and/or client attorneys |
|  | .5 | Working with the media |
| 5/22/20 | .5 | Emails with client and/or client attorneys |
| 5/26/20 | .5 | Research and writing |
| 5/27/20 | .5 | Emails and calls with client and/or client attorneys |
|  | .5 | Working with the media |
| **TOTAL** | **18.5** |  |

**EMILY SEELEY**

| DATE | HOURS | ACTIVITY DESCRIPTION |
|---|---|---|
| 5/3/20 | .5 | Research and writing |
| 5/6/20 | .5 | Calls with client and/or client attorneys |
|  | .5 | Research and writing |
| 5/11/20 | .5 | Emails with client |
| 5/12/20 | .5 | Research and writing |
| 5/13/20 | .5 | Research and writing |
|  | 1 | Working with media |
|  | 1 | Emails and calls with client and/or client attorneys |
| 5/14/20 | .5 | Research and writing |
| 5/15/20 | 1.5 | Attending court hearing via phone |
| 5/16/20 | .5 | Research and writing |
| 5/20/20 | .5 | Calls with client and/or client attorneys |
| 5/27/20 | .5 | Calls with client and/or client attorneys |
|  |  |  |
| **TOTAL** | **8.5** |  |