# EXHIBIT G

# DETAILED EXPENSES – FEBRUARY 1, 2020 – MAY 31, 2020

**EXHIBIT G**

**EXPENSE DETAIL**
**FOR THE PERIOD FEBRUARY 1, 2020 THROUGH MAY 31, 2020**

| DATE | PROFESSIONAL | EXPENSE DETAIL | AMOUNT |
|---|---|---|---|
| 2/06/2020 | Emily Seeley | Media Release | $3,146.90 |
| 3/24/2020 | Alexander Lange | CourtCall to Attend Hearing | $87.50 |
| | | **TOTAL** | **$3,234.40** |