# EXHIBIT H

# PROFESSIONAL BIOS

**Adam W. Goldberg**
*Co-Founder & Partner*
Trident DMG

Adam W. Goldberg is one of the nation's leading advisors helping companies and individuals address their reputational and political needs. In addition to co-founding Trident DMG, he is co-founder of the law firm Davis Goldberg & Galper PLLC.

Previously, he founded Trident Law Group and led the Public Strategies and Crisis Management Practice at a major global law firm. He has been an advisor, advocate, and strategist for corporations, individuals, state and local governments, non-profits, and Indian tribes on matters spanning industries and geography. These matters encompass the financial, entertainment, cybersecurity, internet and technology, education, hedge fund, private equity, pharmaceutical, personal genetics testing, hospitality, retail, transportation, automotive, and telecommunications sectors.

Adam served in the White House as Special Associate Counsel to President Clinton from 1996 to 1999, providing advice on political and communications strategies for the campaign finance, Monica Lewinsky, technology transfer, and other investigations. Serving as a White House spokesman, Adam worked on congressional, Department of Justice, and independent counsel inquiries. Before the White House, he began his career advising clients on public policy at a prominent Washington, D.C. law firm and then served as the Director of Rapid Response for Special Projects for the Democratic National Committee during the 1996 presidential campaign.

Adam's counsel and advocacy focus on the following: litigation communications, regulatory, congressional, and other government investigations; bankrtupcy proceedings; media investigations, communications strategies, and interest from grass-roots groups; public policy issues, government relations, and public affairs campaigns; and general corporate and litigation advice.

Representative clients include the following:

- Major movie studios on the positioning of a feature film and its accompanying media and advocacy-group scrutiny;
- A major music industry figure on high-profile litigation issues;
- A Big Four accounting firm on a variety of high-profile litigation issues;
- One of the leading, multinational pharmaceutical companies facing federal and state, multi-district product liability litigation;
- One of the nation's leading universities under government, media, and NCAA investigations;
- Private equity firms on high-profile litigation issues;
- A multinational mining company on regulatory and civil litigation;
- Emerging and established technology and other companies on privacy, data-breach, intellectual property disputes, and other high-profile matters;
- A leading personal genetic-testing company on public policy issues and congressional and GAO investigations into the industry;
- A major Indian tribe in multi-venue litigation on sovereign immunity and citizenship issues and on related media and congressional scrutiny;
- Corporate officers, corporate in-house counsel, and elected officials regarding high-profile government and congressional ethics investigations;

- An international investor in litigation with a foreign sovereign over an investment and associated media scrutiny;
- A figure in connection with the Independent Inquiry Committee into the United Nations Oil For Food Program before investigating U.S. House and Senate committees; and
- A sports association in connection with litigation, a congressional inquiry, and media scrutiny.

Adam has been an adjunct professor at Georgetown University Law Center, where he co-taught classes on crisis management and communications. He also lectures on related topics frequently to a variety of business and legal audiences. He has authored published articles on congressional investigations and crisis management, and is a commentator on national television and in major print and online publications.

In addition to his practice and teaching, Adam serves on the Board of Directors of the Capital Area Food Bank, the Washington, D.C. metro area's largest, non-profit hunger and nutrition education resource. In its last fiscal year, the Food Bank sourced and distributed more than 45 million pounds of food to the food insecure through local partner agencies.

Admitted in New York, the District of Columbia, and various federal courts, Adam graduated Harvard Law School, *cum laude*, in 1994 and Tufts University, *magna cum laude* and Phi Beta Kappa, in 1991.

**Alexander Lange**
*Senior Director*
Trident DMG



Alex Lange is a Senior Director at Trident DMG focused on litigation and strategic communications. With a career spanning public relations firms, the federal government, and private legal practice, Alex brings the multifaceted skills that define Trident's approach to crisis management and strategic communications.

Alex advises clients embroiled in high-stakes litigation, government investigations, public controversies, crises, and sensitive matters. He develops and executes strategies that mesh the client's legal, communication and, when necessary, political goals, working closely with the C-suite and in-house and outside counsel. His clients have included major international corporations, start-ups, law firms, higher education institutions, high-net worth individuals, political figures, and more.

Alex also represents numerous clients in a wide variety of sectors on a range of public relations activities, from providing strategic advice to playing leadership roles in building and executing multi-faceted communications campaigns that support the forward-looking business objectives of clients.

Before joining Trident, Alex worked at a prominent public relations firm in Washington, D.C., handling some of the firm's most visible clients in a wide range of high-stakes criminal and civil litigation.

Alex earned a B.A. in History from Wake Forest University and a J.D. from the Antonin Scalia Law School at George Mason University where he was an editor at the *Journal for International Commercial Law* and the *Annual Review of International Banking Law & Practice*.

Alex is admitted to practice law in Virginia and began his legal career practicing criminal defense law in Northern Virginia. He has also worked for the U.S. Department of Defense and in local prosecutor's offices in both Virginia and the District of Columbia.

Alex has authored pieces on prominent criminal cases and crisis management published in online political publications, including *The Hill*.

**Emily Seeley**
*Account Manager*
Trident DMG



Emily Seeley is an Account Manager with wide-ranging experience, especially in the technology, hospitality, and non-profit sectors. At Trident, Emily focuses on developing and executing earned-media, thought leadership, and stakeholder outreach campaigns. Emily is also fluent in social media analytics, with experience in corporate marketing.

Before joining Trident, Emily established herself in the industry through a series of internships at Trident and leading D.C. communications firms, where she executed public relations campaigns for hospitality and food and beverage clients and worked on social media and marketing campaigns.

Beyond her career, Emily serves as a Child Life Volunteer at Georgetown MedStar Hospital supporting pediatric patients as they cope with illness, hospitalization, and treatment.

Emily has a B.A. in Public Relations and Strategic Communications with a minor in Economics from American University. At AU, Emily gained real experience developing advertising campaigns for The Humane Society of America and Black Ankle Vineyards. Emily is a San Francisco native currently based in Washington, D.C.