Bill Robins III, Esq. (SBN 296101)
Robert T. Bryson, Esq. (SBN 156953)
Rex Grady, Esq. (SBN 232236)
**ROBINS CLOUD LLP**
808 Wilshire Blvd., Suite 450
Santa Monica, California 90401
Telephone: (310) 929-4200
Facsimile: (310) 566-5900

Attorneys for Bankruptcy Claimants,
STEPHEN PUTNAM HERRIN, individually and
as Trustee of the DONALD E. RYCKMAN and
ROSEMARY H. RYCKMAN REVOCABLE
TRUST DATED FEBRUARY 25, 1999

Matthew W. Grimshaw, Esq. (SBN 210424)
**GRIMSHAW LAW GROUP, P.C.**
130 Newport Center Drive, Ste. 140
Newport Beach, California 92660
Telephone: (949) 734-0187
Facsimile: (208) 391-7860

Counsel for Robins Cloud LLP

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION and PACIFIC GAS AND ELECTRIC COMPANY<br><br>Debtors | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>NOTICE OF ERRATA RE: NOTICE OF MOTION FOR ORDER AUTHORIZING WITHDRAWAL OF COUNSEL<br><br>[NOTICE OF MOTION AND MOTION FILED ON JUNE 26, 2020 AS DK. NO. 8139] |

/ / /

/ / /

/ / /

1
NOTICE OF ERRATA RE: NOTICE OF MOTION FOR ORDER AUTHORIZING WITHDRAWAL OF COUNSEL
Case No. 19-30088 (DM)

Case: 19-30088    Doc# 8397    Filed: 07/14/20    Entered: 07/14/20 23:25:50    Page 1 of 3

TO THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY COURT JUDGE, AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that the *Notice of Motion ("Notice of Motion") and Motion for Order Authorizing Withdrawal of Counsel; Memorandum of Points and Authorities*, filed on June 26, 2020, as Dk. No. 8139, by counsel for the Firm of ROBINS CLOUD LLP, current attorneys of record for Judgment Creditor, Stephen Putnam Herrin, individually and as Trustee of the Donald E. Ryckman and Rosemary H. Ryckman Revocable Trust Dated February 25, 1999, inadvertently contained incorrect language, and did not contain all necessary language. To avoid confusion, the language of the Notice of Motion shall be replaced with the following:

"NOTICE IS GIVEN that the Firm of ROBINS CLOUD LLP, current attorneys of record for Judgment Creditor, Stephen Putnam Herrin, individually and as Trustee of the Donald E. Ryckman and Rosemary H. Ryckman Revocable Trust Dated February 25, 1999, will and hereby does move this Court for an Order Authorizing Withdrawal of Counsel in the Bankruptcy case referenced above. This Motion is pursuant to the applicable Rules of Procedure and is based upon this notice, the motion itself, the accompanying memorandum of points and authorities, the declaration of Rex Grady, and the pleadings and documents on file in this case.

PLEASE TAKE FURTHER NOTICE that pursuant to Bankruptcy Local Rule 9014-1(3)(A) any objection to the requested relief, or a request for hearing on the matter, must be filed and served upon the initiating party within 21 days of mailing the notice;

Any objection or request for a hearing must be accompanied by any declarations or memoranda of law any requesting party wishes to present in support of its position;

If there is no timely objection to the requested relief or a request for hearing, the court may enter an order granting the relief by default.

In the event of a timely objection or request for hearing, (either):

The initiating party will give at least seven days written notice of the hearing to the objecting or requesting party, and to any trustee or committee appointed in the case; or

The tentative hearing date, location and time are (insert date location and time)."

| | | |
|---|---|---|
| 1 | DATED: 14 July 2020 | ROBINS CLOUD LLP |

*[signature]*

REX GRADY, Esq.

Attorneys for Judgment Creditor,
STEPHEN PUTNAM HERRIN, individually and as Trustee of the Donald R. Ryckman and Rosemary H. Ryckman Revocable Trust Dated February 25, 1999

GRIMSHAW LAW GROUP, P.C.

*[signature]*

MATTHEW W. GRIMSHAW, Esq.

Counsel for Robins Cloud LLP