| | |
|---|---|
| Sender: | Lisa Hill<br>c/o PO Box 3381<br>Chico, California 95927<br>[as member of case# 19-30088-dm] |
| Recipient: | Honorable Judge Dennis Montali<br>San Francisco Courthouse, Courtroom 17<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |
| Certified Mail # | 7018 1830 0002 0340 3002 |
| Date | June 26, 2020 |

## NOTICE: REQUEST FOR PERFORMANCE

Dear Honorable Judge Montali,

I have recently come to learn of a request from a Federal Judge Lucy Koh, in your District of Northern California, Case number 5:16-MD-02752-LHK who, upset with the general murkiness of the case before her, is asking the attorneys to prove up their claims of expenditures prior to granting settlement.

Should this not be a standard practice included in bankruptcy proceedings?

Sincerely.
Lisa Hill

will)
c/o PO Box 3381
Chico, CA 95927

7018 1830 0002 0340 3002

U.S. POSTAGE PAID
FCM LETTER
CHICO, CA
95926
JUL 01, 20
AMOUNT
**$4.10**
R2304M113102-1

RECEIVED
JUL 14 2020
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Judge Montali
San Francisco Courthouse
Courtroom 17
450 Golden Gate Ave
San Francisco, CA 94102

RECEIVED
JUL 13 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

9410233661

Case: 19-30088   Doc# 8399   Filed: 07/14/20   Entered: 07/15/20 08:10:24   Page 2 of 2