STEPTOE & JOHNSON LLP
One Market Plaza, Spear Tower, Suite 3900
San Francisco, CA 94105

# EXHIBIT A

## COMPENSATION BY PROFESSIONAL
## MAY 1, 2020 THROUGH MAY 31, 2020

The attorneys and paraprofessionals who rendered professional services in connection with these Chapter 11 Cases during the Fee Period are:

| Name of Professional Person | Department | Year Admitted | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| **Partners** | | | | | |
| Laurie Edelstein | Litigation | 1992 | $775 | 232.10 | $179,877.50 |
| Michael Dockterman | Litigation | 1978 | $880 | 43.20 | $38,016.00 |
| **Associates** | | | | | |
| Michael Flynn-O'Brien | Litigation | 2010 | $615 | 66.90 | $41,143.50 |
| Michael Keough | Litigation | 2014 | $615 | 125.20 | $76,998.00 |
| Patrick Casey Matthews | Litigation | 2016 | $525 | 80.90 | $42,472.50 |
| Johanna Oh | Litigation | 2017 | $525 | 145.40 | $76,335.00 |
| **Paralegals and Non-Legal Staff** | | | | | |
| Etelle Stephan | N/A | N/A | $250 | 48.50 | $12,125.00 |
| Daniel Huerta | N/A | N/A | $225 | 2.30 | $517.50 |
| Christian Escobar | N/A | N/A | $225 | .10 | $22.50 |
| Steven McRae | N/A | N/A | $150 | 6.50 | $975.00 |
| **Total Hours and Fees Incurred** | | | | 751.10 | $468,482.50 |
| **Less 5% Volume Discount Per Master Services Agreement** | | | | | ($23,424.14) |
| **Total Requested** | | | | | $445,058.36 |

| Professionals | Blended Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|
| Partners | $827.50 | 275.30 | $217,893.50 |
| Associates | $561.00 | 418.40 | $236,949.00 |
| Paraprofessionals | $212.50 | 50.80 | $13,640.00 |
| Blended Attorney Rate | $637.14 | | |
| **Total Fees Incurred** | | | **$468,482.50** |
| **Less 5% Volume Discount Per Master Services Agreement** | | | **($23,424.14)** |
| **Total Requested** | | | **$445,058.36** |

STEPTOE & JOHNSON LLP
One Market Plaza, Spear Tower, Suite 3900
San Francisco, CA 94105