**EXHIBIT B**

**COMPENSATION BY WORK TASK CODE FOR
SERVICES RENDERED BY STEPTOE & JOHNSON LLP
MAY 1, 2020 THROUGH MAY 31, 2020**

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 132.7 | $65,084.50 |
| L120 | Analysis/Strategy | 64.8 | $42,656.00 |
| L130 | Experts/Consultants | 128.2 | $77,055.00 |
| L160 | Settlement/Non-Binding ADR | 44.5 | $33,584.50 |
| L200 | Pre-Trial Pleadings and Motions | 64.9 | $41,789.00 |
| L310 | Written Discovery | 15.4 | $9,119.50 |
| L330 | Depositions | 129.6 | $79,588.50 |
| L350 | Discovery Motions | 3 | $2,165.00 |
| L400 | Trial Preparation and Trial | 158 | $114,113.50 |
| L610 | Preservation | 0.2 | $155.00 |
| L620 | Collection | 0.4 | $310.00 |
| L630 | Processing | 4.9 | $1,225.00 |
| L654 | Second Pass Document Review | 2.9 | $725.00 |
| L670 | Production | 1.6 | $912.00 |
| **Total Hours and Fees:** | | **751.10** | **$468,482.50** |
| **Less 5% Volume Discount Per Master Services Agreement** | | | **($23,424.14)** |
| **Total Requested** | | | **$445,058.36** |

STEPTOE & JOHNSON LLP
One Market Plaza, Spear Tower, Suite 3900
San Francisco, CA 94105