STEPTOE & JOHNSON LLP
One Market Plaza, Spear Tower, Suite 3900
San Francisco, CA 94105

**EXHIBIT C**

**EXPENSE SUMMARY**
**MAY 1, 2020 THROUGH MAY 31, 2020**

| EXPENSE | AMOUNTS |
|---|---|
| Deposition Transcripts | $2,514.35 |
| Federal Express | $68.83 |
| Hearing Transcripts | $76.48 |
|  |  |
|  |  |
| **Total Expenses Requested:** | **$2,659.66** |