**STEPTOE & JOHNSON LLP**
**One Market Plaza, Spear Tower, Suite 3900**
**San Francisco, CA 94105**

**<u>EXHIBIT D</u>**

**DETAILED TIME ENTRIES**
**MAY 1, 2020 THROUGH MAY 31, 2020**



One Market Plaza
Spear Tower, Suite 3900
San Francisco, CA 94105
TEL: 415.365.6700
FAX: 415.365.6699
www.steptoe.com

July 9, 2020

**INVOICE SUMMARY**

**Our Matter No. 084371.00008**                                    **Invoice No. 2682352**

CORE TRANSPORT AGENT CASES
1506049

For professional services rendered through May 31, 2020

| | | |
|---|---|---|
| Fees: | $ | 16,516.00 |
| 5% Volume Discount | | (825.80) |
| Total Fees: | | 15,690.20 |
| Total Expenses: | | 0.00 |
| **Total Due for this Period:** | | **15,690.20** |
| Previous Balance: | | 22,781.77 |
| **Total Amount Due:** | $ | **38,471.97** |

## FEE SUMMARY

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| L. Edelstein | Partner | 12.00 | 775.00 | 9,300.00 |
| M. Dockterman | Partner | 8.20 | 880.00 | 7,216.00 |
| | | | **FEES** | **$16,516.00** |
| | | | **5% VOLUME DISCOUNT** | **(825.80)** |
| | | | **TOTAL FEES** | **$15,690.20** |

## FEE DETAIL

| Date | TK | Hours | Amount | Description | Task | Activity |
|---|---|---|---|---|---|---|
| 05/03/20 | LE | 0.90 | 697.50 | Attend to mediation submission | L160 | |
| 05/04/20 | LE | 0.80 | 620.00 | Confer with M. Dockterman | L160 | |
| 05/04/20 | LE | 0.60 | 465.00 | Attend to issues regarding mediation and Tiger's damages claims | L160 | |
| 05/04/20 | MD | 0.80 | 704.00 | Confer with L. Edelstein | L120 | |
| 05/04/20 | MD | 0.80 | 704.00 | Attend to issues regarding mediation | L160 | |
| 05/05/20 | LE | 0.70 | 542.50 | Call with M. Dockterman (.5) and attend to issues regarding mediation (.3) | L160 | |
| 05/05/20 | LE | 1.00 | 775.00 | Confer with client | L160 | |
| 05/05/20 | MD | 1.50 | 1,320.00 | Confer with client (1.0) and follow up call with L. Edelstein (.5) | L160 | |
| 05/06/20 | LE | 0.20 | 155.00 | Confer with client | L160 | |
| 05/06/20 | LE | 0.50 | 387.50 | Attend to issues regarding mediation | L160 | |
| 05/07/20 | LE | 0.20 | 155.00 | Attend to issues regarding mediation and plaintiffs' settlement demand | L160 | |
| 05/07/20 | MD | 0.20 | 176.00 | Correspondence with mediator | L160 | |
| 05/08/20 | LE | 0.90 | 697.50 | Attend to mediation brief | L160 | |
| 05/08/20 | LE | 0.30 | 232.50 | Confer with M. Dockterman and follow up | L160 | |
| 05/08/20 | LE | 0.10 | 77.50 | Attend to mediation submission | L160 | |
| 05/08/20 | MD | 0.90 | 792.00 | Preparation for mediation (.7) and confer with L. Edelstein (.2) | L160 | |
| 05/11/20 | LE | 3.60 | 2,790.00 | Attend mediation (3.1) and follow up call with client (.5) | L160 | |
| 05/11/20 | LE | 1.00 | 775.00 | Confer with bankruptcy counsel | L160 | |
| 05/11/20 | MD | 3.60 | 3,168.00 | Prepare for mediation (.5) and attend mediation (3.1) | L160 | |
| 05/14/20 | LE | 0.30 | 232.50 | Attend to follow up issues regarding mediation | L160 | |
| 05/14/20 | LE | 0.30 | 232.50 | Attend to follow up correspondence regarding mediation | L160 | |
| 05/15/20 | LE | 0.20 | 155.00 | Attend to issues following up from mediation | L160 | |
| 05/21/20 | LE | 0.40 | 310.00 | Attend to follow up issues from mediation | L160 | |
| 05/21/20 | MD | 0.40 | 352.00 | Attend to follow up issues regarding mediation | L160 | |
| **TOTAL** | | **20.20** | **$16,516.00** | | | |

## TASK SUMMARY

| Code | Description | Amount |
|------|-------------|--------:|
| L120 | Analysis/Strategy | 704.00 |
| L160 | Settlement/Non-Binding ADR | 15,812.00 |
| | **TOTAL** | **$16,516.00** |

## CURRENT ACCOUNTS RECEIVABLE AGING

| Current | 31 to 60 | 61 to 90 | 91 to 120 | Over 120 | Balance |
|--------:|---------:|---------:|----------:|---------:|--------:|
| 13,988.75 | 453.37 | 372.00 | 0.00 | 7,967.65 | 22,781.77 |



One Market Plaza
Spear Tower, Suite 3900
San Francisco, CA 94105
TEL: 415.365.6700
FAX: 415.365.6699
www.steptoe.com

July 9, 2020

## INVOICE SUMMARY

**Our Matter No. 084371.00008**                                   **Invoice No. 2682352**

CORE TRANSPORT AGENT CASES
1506049

For professional services rendered through May 31, 2020

| | | |
|---|---|---|
| Fees: | $ | 16,516.00 |
| 5% Volume Discount | | (825.80) |
| Total Fees: | | 15,690.20 |
| Total Expenses: | | 0.00 |
| **Total Due for this Period:** | | **15,690.20** |
| Previous Balance: | | 22,781.77 |
| **Total Amount Due:** | $ | **38,471.97** |

**INVOICE IS DUE AND PAYABLE UPON RECEIPT**
**PLEASE RETURN THIS COPY WITH YOUR REMITTANCE**

Limited Liability Partnership under the laws of the District of Columbia, U.S.A.
BEIJING   BRUSSELS   CHICAGO   HONG KONG   LONDON   LOS ANGELES   NEW YORK   SAN FRANCISCO   WASHINGTON



**STEPTOE & JOHNSON LLP**

One Market Plaza
Spear Tower, Suite 3900
San Francisco, CA 94105
TEL: 415.365.6700
FAX: 415.365.6699
www.steptoe.com

July 9, 2020

**INVOICE SUMMARY**

**Our Matter No. 084371.00010**                                    **Invoice No. 2682353**

GHOST SHIP FIRE LITIGATION
1706719

For professional services rendered through May 31, 2020

| | | |
|---|---|---:|
| Fees: | $ | 388,965.50 |
| 5% Volume Discount | | (19,448.28) |
| Total Fees: | | 369,517.22 |
| Total Expenses: | | 2,635.37 |
| **Total Due for this Period:** | | **372,152.59** |
| Previous Balance: | | 736,151.53 |
| **Total Amount Due:** | $ | **1,108,304.12** |

## FEE SUMMARY

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| L. Edelstein | Partner | 219.40 | 775.00 | 170,035.00 |
| M. Dockterman | Partner | 35.00 | 880.00 | 30,800.00 |
| M.A. Keough | Associate | 125.20 | 615.00 | 76,998.00 |
| Patrick Casey Matthews | Associate | 80.90 | 525.00 | 42,472.50 |
| J. Oh | Associate | 104.80 | 525.00 | 55,020.00 |
| S. McRae | Project Assistant | 6.50 | 150.00 | 975.00 |
| E. Stephan | Paralegal | 48.50 | 250.00 | 12,125.00 |
| C. Escobar | ePS | 0.10 | 225.00 | 22.50 |
| D.A. Huerta | ePS | 2.30 | 225.00 | 517.50 |

| | | | |
|---|---|---|---|
| | | **FEES** | **$388,965.50** |
| | | **5% VOLUME DISCOUNT** | **(19,448.28)** |
| | | **TOTAL FEES** | **$369,517.22** |

## FEE DETAIL

| Date | TK | Hours | Amount | Description | Task | Activity |
|---|---|---|---|---|---|---|
| 05/01/20 | LE | 0.70 | 542.50 | Attend to issues regarding new deposition notices | L330 | |
| 05/01/20 | LE | 0.20 | 155.00 | Attend to issues regarding Consultant D | L130 | |
| 05/01/20 | LE | 1.50 | 1,162.50 | Confer with consultant A (1.3) and follow up call with M. Keough regarding same (.2) | L400 | |
| 05/01/20 | LE | 0.20 | 155.00 | Attend to weekly case materials for client | L120 | |
| 05/01/20 | LE | 6.20 | 4,805.00 | Attend to project for client | L120 | |
| 05/01/20 | LE | 1.60 | 1,240.00 | Conference calls with potential consultants (1.0) and confer with client (.6) | L130 | |
| 05/01/20 | MAK | 0.60 | 369.00 | Confer with client | L130 | |
| 05/01/20 | MAK | 0.50 | 307.50 | Interview with potential expert | L130 | |
| 05/01/20 | MAK | 0.50 | 307.50 | Interview with potential expert | L130 | |
| 05/01/20 | MAK | 3.80 | 2,337.00 | Attend to potential motion | L200 | |
| 05/01/20 | MAK | 0.20 | 123.00 | Confer with L. Edelstein regarding trial preparation project | L400 | |
| 05/01/20 | MAK | 1.30 | 799.50 | Confer with Consultant A | L400 | |
| 05/01/20 | MAK | 1.00 | 615.00 | Review and analyze materials for client project | L120 | |
| 05/01/20 | PW | 2.10 | 1,102.50 | Attend to factual development project | L110 | |
| 05/01/20 | PW | 4.40 | 2,310.00 | Review and analyze documents in connection with factual development project | L110 | |
| 05/01/20 | JO | 4.30 | 2,257.50 | Research and analyze legal authorities in connection with potential motion. | L200 | |
| 05/01/20 | SM | 3.20 | 480.00 | Review deposition transcripts and exhibits and upload them to client site | L330 | |
| 05/01/20 | ES | 0.80 | 200.00 | Gather and compile legal research project for potential motion | L200 | |

| Date | TK | Hours | Amount | Description | Task | Activity |
|------|-----|------|--------|-------------|------|----------|
| 05/01/20 | ES | 0.50 | 125.00 | Attend to weekly case materials for client | L120 | |
| 05/01/20 | CE | 0.10 | 22.50 | Attend to issues regarding access to deposition database | L330 | |
| 05/01/20 | DAH | 0.50 | 112.50 | Import new deposition transcript and exhibits into Westlaw Case Notebook database and copy same materials to network. | L330 | |
| 05/02/20 | LE | 2.30 | 1,782.50 | Attend to project for client | L120 | |
| 05/02/20 | LE | 0.30 | 232.50 | Attend to materials for Consultant A | L130 | |
| 05/02/20 | LE | 0.30 | 232.50 | Attend to expert retention issues | L130 | |
| 05/03/20 | LE | 1.10 | 852.50 | Attend to project for client | L120 | |
| 05/03/20 | LE | 0.80 | 620.00 | Review and analyze materials for factual development | L110 | |
| 05/03/20 | LE | 2.70 | 2,092.50 | Review and analyze legal research in connection with potential motion | L200 | |
| 05/03/20 | JO | 4.00 | 2,100.00 | Research and analyze legal issue in connection with trial preparation issues | L400 | |
| 05/04/20 | LE | 2.40 | 1,860.00 | Attend to potential motion and research regarding same | L200 | |
| 05/04/20 | LE | 0.50 | 387.50 | Confer with client regarding case status update and strategy | L120 | |
| 05/04/20 | LE | 0.40 | 310.00 | Attend to issues regarding legal hold and confer with client | L620 | |
| 05/04/20 | LE | 0.40 | 310.00 | Attend to case materials for client | L120 | |
| 05/04/20 | LE | 0.40 | 310.00 | Confer with co-counsel | L330 | |
| 05/04/20 | LE | 0.30 | 232.50 | Attend to issues regarding motion for judgment on pleadings | L200 | |
| 05/04/20 | LE | 0.30 | 232.50 | Attend to case project for client | L120 | |
| 05/04/20 | MAK | 0.60 | 369.00 | Attend to potential motion and discovery issues. | L120 | |
| 05/04/20 | MAK | 2.00 | 1,230.00 | Attend to materials for trial preparation project | L400 | |
| 05/04/20 | PW | 3.70 | 1,942.50 | Attend to factual development project | L110 | |
| 05/04/20 | JO | 0.80 | 420.00 | Review and analyze authorities on hearsay exceptions related to writings. | L120 | |
| 05/04/20 | JO | 4.10 | 2,152.50 | Review and analyze materials in connection with factual development | L110 | |
| 05/04/20 | JO | 0.40 | 210.00 | Review and analyze additional documents in connection with factual development | L110 | |
| 05/04/20 | JO | 1.40 | 735.00 | Attend to factual development project | L110 | |
| 05/04/20 | ES | 3.00 | 750.00 | Attend to materials sent to consultant | L130 | |
| 05/05/20 | LE | 0.90 | 697.50 | Attend to case project for client | L120 | |
| 05/05/20 | LE | 6.60 | 5,115.00 | Attend to potential motion | L200 | |
| 05/05/20 | LE | 1.30 | 1,007.50 | Weekly case management and strategy call with client | L120 | |
| 05/05/20 | MAK | 0.30 | 184.50 | Attend to case management issues | L120 | |

| Date | TK | Hours | Amount | Description | Task | Activity |
|------|-----|-------|--------|-------------|------|----------|
| 05/05/20 | MAK | 1.30 | 799.50 | Weekly call with client team. | L120 | |
| 05/05/20 | MAK | 5.00 | 3,075.00 | Attend to materials for trial preparation project. | L400 | |
| 05/05/20 | PW | 4.10 | 2,152.50 | Attend to factual development project | L110 | |
| 05/05/20 | JO | 0.40 | 210.00 | Confer with consultants A and B | L130 | |
| 05/05/20 | JO | 1.60 | 840.00 | Prepare supporting documents in preparation for potential motion | L200 | |
| 05/05/20 | JO | 0.60 | 315.00 | Review and analyze documents in connection with trial preparation project | L400 | |
| 05/05/20 | JO | 0.40 | 210.00 | Confer with PG&E employee | L200 | |
| 05/05/20 | ES | 1.30 | 325.00 | Attend weekly strategy and status call. | L120 | |
| 05/06/20 | LE | 1.00 | 775.00 | Confer with M. Keough regarding trial preparation project | L400 | |
| 05/06/20 | LE | 1.70 | 1,317.50 | Meeting with Consultant A | L130 | |
| 05/06/20 | LE | 0.30 | 232.50 | Attend to issues regarding motion for judgment on pleadings | L200 | |
| 05/06/20 | LE | 4.20 | 3,255.00 | Attend to potential motion and review and analyze legal research regarding same | L200 | |
| 05/06/20 | LE | 0.10 | 77.50 | Attend to issues regarding Consultant D | L130 | |
| 05/06/20 | MAK | 1.00 | 615.00 | Confer with L. Edelstein regarding trial preparation project | L400 | |
| 05/06/20 | MAK | 1.70 | 1,045.50 | Meeting with Consultant A | L130 | |
| 05/06/20 | MAK | 0.60 | 369.00 | Attend to motion for judgment on the pleadings regarding negligent hiring | L200 | |
| 05/06/20 | PW | 3.40 | 1,785.00 | Attend to factual development project | L110 | |
| 05/06/20 | JO | 0.80 | 420.00 | Prepare supporting documents in preparation for potential motion | L200 | |
| 05/06/20 | SM | 0.30 | 45.00 | Review deposition transcripts and exhibits and upload them to client site | L330 | |
| 05/06/20 | ES | 2.10 | 525.00 | Prepare and finalize materials for the motion for judgment on the pleadings | L200 | |
| 05/06/20 | DAH | 0.50 | 112.50 | Download new deposition transcript and materials from court reporter's FTP; import new deposition transcript and exhibits to Case Notebook; and copy same materials to network for review | L330 | |
| 05/07/20 | LE | 0.90 | 697.50 | Confer with co-counsel | L330 | |
| 05/07/20 | LE | 0.80 | 620.00 | Confer with Consultant B | L130 | |
| 05/07/20 | LE | 0.30 | 232.50 | Attend to issues regarding case management statement | L200 | |
| 05/07/20 | LE | 0.90 | 697.50 | Attend to potential motion | L200 | |
| 05/07/20 | LE | 0.90 | 697.50 | Attend to meet and confer with plaintiffs' concerning deposition notice | L330 | |
| 05/07/20 | LE | 0.30 | 232.50 | Attend to issues regarding deposition notice for head of meter department | L330 | |

| Date | TK | Hours | Amount | Description | Task | Activity |
|------|----|-------|--------|-------------|------|----------|
| 05/07/20 | LE | 1.30 | 1,007.50 | Attend to materials in connection with trial preparation project | L400 | |
| 05/07/20 | LE | 0.40 | 310.00 | Attend to issues regarding retention of Consultant D and materials for same | L130 | |
| 05/07/20 | MAK | 3.50 | 2,152.50 | Attend to issues concerning plaintiffs' deposition notice regarding July 2014 field activity | L330 | |
| 05/07/20 | MAK | 1.70 | 1,045.50 | Attend to material for trial preparation project | L400 | |
| 05/07/20 | JO | 5.50 | 2,887.50 | Review and analyze facts in connection with trial preparation project | L400 | |
| 05/07/20 | SM | 0.30 | 45.00 | Review deposition transcripts and exhibits and upload them to client site | L330 | |
| 05/07/20 | DAH | 0.50 | 112.50 | Download new deposition transcript and materials from court reporter's FTP; import new deposition transcript and exhibits to Case Notebook; and copy same materials to network for review | L330 | |
| 05/08/20 | LE | 0.70 | 542.50 | Attend to issues concerning CMC statement | L200 | |
| 05/08/20 | LE | 0.30 | 232.50 | Attend to weekly case materials for client | L120 | |
| 05/08/20 | LE | 1.00 | 775.00 | Confer with PG&E employee regarding factual issues | L110 | |
| 05/08/20 | LE | 0.80 | 620.00 | Review and analyze documents in deposition notice | L330 | |
| 05/08/20 | LE | 1.10 | 852.50 | Attend to letter to plaintiffs concerning deposition notice | L330 | |
| 05/08/20 | LE | 0.50 | 387.50 | Confer with counsel | L330 | |
| 05/08/20 | LE | 0.20 | 155.00 | Attend to issues concerning recent deposition notices | L330 | |
| 05/08/20 | LE | 0.60 | 465.00 | Attend to inquiries from carrier representatives | L120 | |
| 05/08/20 | LE | 0.50 | 387.50 | Confer with Consultant B | L130 | |
| 05/08/20 | LE | 0.70 | 542.50 | Attend to requests for admission | L310 | |
| 05/08/20 | LE | 1.20 | 930.00 | Review and analyze materials in connection with factual development | L110 | |
| 05/08/20 | MAK | 0.50 | 307.50 | Confer with co-counsel regarding trial preparation project | L400 | |
| 05/08/20 | MAK | 6.60 | 4,059.00 | Attend to materials for trial preparation project | L400 | |
| 05/08/20 | MAK | 1.70 | 1,045.50 | Attend to requests for admission. | L310 | |
| 05/08/20 | JO | 2.00 | 1,050.00 | Prepare requests for admission | L310 | |
| 05/08/20 | JO | 7.00 | 3,675.00 | Review and analyze materials in connection with trial preparation project. | L110 | |
| 05/08/20 | ES | 0.40 | 100.00 | Attend to weekly case materials for client | L120 | |
| 05/08/20 | ES | 1.80 | 450.00 | Attend to factual development project | L110 | |
| 05/09/20 | LE | 1.70 | 1,317.50 | Review and analyze materials in connection with factual development | L110 | |

| Date | TK | Hours | Amount | Description | Task | Activity |
|------|-----|-------|--------|-------------|------|----------|
| 05/09/20 | LE | 5.20 | 4,030.00 | Attend to materials for trial preparation project | L400 | |
| 05/09/20 | MAK | 0.50 | 307.50 | Attend to issues concerning plaintiffs' request to depose consultants | L350 | |
| 05/09/20 | MAK | 0.70 | 430.50 | Attend to trial preparation project. | L400 | |
| 05/10/20 | LE | 6.30 | 4,882.50 | Attend to materials for trial preparation project | L400 | |
| 05/10/20 | JO | 0.70 | 367.50 | Review and analyze documents for fact development. | L110 | |
| 05/10/20 | JO | 0.30 | 157.50 | Correspondence regarding findings on fact development issue | L110 | |
| 05/11/20 | LE | 0.60 | 465.00 | Attend to potential legal motion | L200 | |
| 05/11/20 | LE | 2.20 | 1,705.00 | Attend to materials for trial preparation project | L400 | |
| 05/11/20 | LE | 0.70 | 542.50 | Attend to issues regarding plaintiffs' deposition notices to consultants | L350 | |
| 05/11/20 | LE | 0.10 | 77.50 | Attend to issues regarding deposition notices | L330 | |
| 05/11/20 | LE | 0.20 | 155.00 | Attend to requests for admission | L310 | |
| 05/11/20 | LE | 0.70 | 542.50 | Attend to materials in preparation for weekly call with client | L120 | |
| 05/11/20 | MAK | 0.50 | 307.50 | Attend to issues concerning plaintiffs' request to depose consultants | L350 | |
| 05/11/20 | MAK | 6.20 | 3,813.00 | Attend to materials for trial preparation project | L400 | |
| 05/11/20 | PW | 3.40 | 1,785.00 | Attend to factual development project | L110 | |
| 05/11/20 | PW | 3.10 | 1,627.50 | Review and analyze additional documents in connection with factual development project | L110 | |
| 05/11/20 | JO | 7.00 | 3,675.00 | Review and analyze materials for fact development in connection with trial preparation project. | L400 | |
| 05/11/20 | ES | 4.20 | 1,050.00 | Review and analyze documents produced for factual development | L630 | |
| 05/12/20 | LE | 0.40 | 310.00 | Attend to issues regarding depositions and strategy | L330 | |
| 05/12/20 | LE | 1.10 | 852.50 | Review and analyze documents in connection with factual development project | L110 | |
| 05/12/20 | LE | 0.40 | 310.00 | Review of research for legal research project | L120 | |
| 05/12/20 | LE | 0.70 | 542.50 | Attend to issues regarding deposition of PG&E employee | L330 | |
| 05/12/20 | LE | 0.30 | 232.50 | Confer with client regarding case strategy | L120 | |
| 05/12/20 | LE | 1.40 | 1,085.00 | Attend to materials for trial preparation project | L400 | |
| 05/12/20 | LE | 0.30 | 232.50 | Attend to issues regarding co-defendants | L120 | |
| 05/12/20 | LE | 1.00 | 775.00 | Confer with co-counsel | L120 | |

| Date | TK | Hours | Amount | Description | Task | Activity |
|------|-----|-------|--------|-------------|------|----------|
| 05/12/20 | LE | 1.40 | 1,085.00 | Lead weekly call with client to discuss case status and strategy (1.1) and prepare for same (.3) | L120 | |
| 05/12/20 | LE | 0.30 | 232.50 | Attend to issues regarding meter and field activity depositions | L330 | |
| 05/12/20 | MAK | 2.20 | 1,353.00 | Review and identify materials in connection with trial preparation project | L400 | |
| 05/12/20 | MAK | 3.70 | 2,275.50 | Attend to materials for trial preparation project. | L130 | |
| 05/12/20 | MAK | 1.10 | 676.50 | Weekly call with client | L400 | |
| 05/12/20 | MAK | 1.10 | 676.50 | Attend to case management issues | L120 | |
| 05/12/20 | PW | 1.80 | 945.00 | Attend to factual development project | L110 | |
| 05/12/20 | PW | 1.80 | 945.00 | Additional research and analysis for legal research project | L120 | |
| 05/12/20 | JO | 0.50 | 262.50 | Attend to objections to deposition notice of person who conducted July 29, 2014 field activity. | L330 | |
| 05/12/20 | JO | 3.00 | 1,575.00 | Review and analyze materials for fact development in connection with trial preparation project | L400 | |
| 05/12/20 | JO | 2.20 | 1,155.00 | Attend to supporting documents in preparation for potential motion | L200 | |
| 05/12/20 | JO | 0.90 | 472.50 | Attend to objections to deposition notice of PG&E head of meter department. | L330 | |
| 05/12/20 | SM | 2.70 | 405.00 | Review deposition transcripts and exhibits and upload them to client site | L330 | |
| 05/12/20 | ES | 1.10 | 275.00 | Attend weekly strategy and status call with client | L120 | |
| 05/12/20 | ES | 0.60 | 150.00 | Review, finalize, and serve requests for admissions | L310 | |
| 05/12/20 | ES | 1.20 | 300.00 | Attend to factual development project | L110 | |
| 05/12/20 | DAH | 0.80 | 180.00 | Prepare and import new deposition transcript and exhibits to Case Notebook and copy same materials to network for review | L330 | |
| 05/13/20 | LE | 0.30 | 232.50 | Attend to issues regarding case strategy in response to client request | L120 | |
| 05/13/20 | LE | 1.80 | 1,395.00 | Attend to issues regarding meter and field activity depositions | L330 | |
| 05/13/20 | LE | 0.50 | 387.50 | Confer with client | L120 | |
| 05/13/20 | LE | 0.50 | 387.50 | Confer with co-counsel | L120 | |
| 05/13/20 | LE | 0.30 | 232.50 | Attend to potential motion | L200 | |
| 05/13/20 | LE | 4.40 | 3,410.00 | Attend to materials for trial preparation project | L400 | |
| 05/13/20 | LE | 0.20 | 155.00 | Attend to issues regarding upcoming case management conference | L200 | |
| 05/13/20 | MAK | 0.60 | 369.00 | Attend to issues regarding potential legal motion | L200 | |

| Date | TK | Hours | Amount | Description | Task | Activity |
|------|-----|-------|--------|-------------|------|----------|
| 05/13/20 | JO | 0.80 | 420.00 | Prepare materials for the PG&E employee deposition | L330 | |
| 05/13/20 | JO | 0.30 | 157.50 | Attend to trial preparation project | L400 | |
| 05/13/20 | ES | 2.90 | 725.00 | Review and analyze documents produced for factual development | L654 | |
| 05/14/20 | LE | 0.50 | 387.50 | Confer with mediator | L160 | |
| 05/14/20 | LE | 0.40 | 310.00 | Attend to issues regarding deposition notices and document requests | L330 | |
| 05/14/20 | LE | 2.30 | 1,782.50 | Attend to materials for trial preparation project | L400 | |
| 05/14/20 | LE | 1.80 | 1,395.00 | Confer with Consultant A | L130 | |
| 05/14/20 | LE | 0.90 | 697.50 | Attend to issues regarding upcoming mediation | L160 | |
| 05/14/20 | MD | 3.50 | 3,080.00 | Attend to trial preparation project | L400 | |
| 05/14/20 | MAK | 1.70 | 1,045.50 | Attend to materials for trial project | L400 | |
| 05/14/20 | MAK | 0.80 | 492.00 | Review and identify materials for deposition preparation | L330 | |
| 05/14/20 | MAK | 1.80 | 1,107.00 | Meeting with Consultant A | L130 | |
| 05/14/20 | MAK | 3.30 | 2,029.50 | Attend to responses and objections to deposition notices | L330 | |
| 05/14/20 | JO | 0.40 | 210.00 | Prepare materials for the PG&E employee deposition | L330 | |
| 05/14/20 | JO | 0.30 | 157.50 | Correspondence with PG&E employee regarding deposition | L330 | |
| 05/14/20 | JO | 0.40 | 210.00 | Attend to issues regarding depositions | L330 | |
| 05/14/20 | JO | 0.20 | 105.00 | Factual development for trial preparation project | L400 | |
| 05/14/20 | ES | 2.90 | 725.00 | Prepare materials in connection with factual development project | L110 | |
| 05/15/20 | LE | 0.80 | 620.00 | Attend to issues regarding trial preparation project | L400 | |
| 05/15/20 | LE | 0.80 | 620.00 | Attend to issues regarding potential experts | L130 | |
| 05/15/20 | LE | 2.80 | 2,170.00 | Deposition preparation session with PG&E PMK employee (2.5) and prepare for same (.3) | L330 | |
| 05/15/20 | LE | 0.10 | 77.50 | Follow up regarding deposition dates for PG&E employee depositions | L330 | |
| 05/15/20 | LE | 0.30 | 232.50 | Attend to issues regarding plaintiffs' opposition to motion for judgment on pleading as to negligent hiring claim and reply brief | L200 | |
| 05/15/20 | LE | 3.50 | 2,712.50 | Attend to materials in connection with trial preparation project | L400 | |
| 05/15/20 | LE | 2.30 | 1,782.50 | Deposition preparation session with PG&E employee (1.8) and prepare for same (.5) | L330 | |

| Date | TK | Hours | Amount | Description | Task | Activity |
|------|-----|-------|--------|-------------|------|----------|
| 05/15/20 | MD | 2.10 | 1,848.00 | Attend to trial preparation projects and review and analyze materials regarding same | L400 | |
| 05/15/20 | MAK | 1.00 | 615.00 | Meeting with Consultant A | L400 | |
| 05/15/20 | MAK | 0.80 | 492.00 | Attend to responses and objections to deposition notices. | L330 | |
| 05/15/20 | MAK | 0.80 | 492.00 | Attend to factual development project | L110 | |
| 05/15/20 | MAK | 0.40 | 246.00 | Attend to trial preparation project | L400 | |
| 05/15/20 | JO | 2.50 | 1,312.50 | Attend deposition preparation session of PG&E PMK employee | L330 | |
| 05/15/20 | JO | 1.80 | 945.00 | Attend deposition preparation session of PG&E employee | L330 | |
| 05/15/20 | ES | 0.40 | 100.00 | Attend to weekly case materials for client | L120 | |
| 05/15/20 | ES | 0.60 | 150.00 | Prepare materials in connection with factual development project . | L110 | |
| 05/16/20 | LE | 2.30 | 1,782.50 | Attend to trial preparation project | L400 | |
| 05/16/20 | MD | 1.60 | 1,408.00 | Attend to materials for trial preparation project | L400 | |
| 05/16/20 | MD | 1.00 | 880.00 | Attend to trial preparation | L400 | |
| 05/16/20 | MAK | 3.00 | 1,845.00 | Attend to trial preparation project. | L400 | |
| 05/17/20 | LE | 0.70 | 542.50 | Attend to plaintiffs' opposition to motion for judgment on the pleadings and PG&E's reply | L200 | |
| 05/17/20 | LE | 0.30 | 232.50 | Attend to case strategy issues | L310 | |
| 05/17/20 | LE | 0.80 | 620.00 | Attend to plaintiff's response to meet and confer letter concerning interrogatory responses | L310 | |
| 05/17/20 | LE | 0.10 | 77.50 | Attend to issues regarding plaintiffs' requests for depositions | L330 | |
| 05/17/20 | LE | 0.60 | 465.00 | Attend to weekly case materials for client | L120 | |
| 05/17/20 | LE | 2.40 | 1,860.00 | Trial preparation project | L400 | |
| 05/17/20 | MD | 1.80 | 1,584.00 | Trial preparation project | L400 | |
| 05/17/20 | MD | 1.50 | 1,320.00 | Attend to materials for trial preparation project | L400 | |
| 05/17/20 | MAK | 2.00 | 1,230.00 | Trial preparation project | L400 | |
| 05/18/20 | LE | 0.40 | 310.00 | Attend to issues regarding fact development | L110 | |
| 05/18/20 | LE | 0.80 | 620.00 | Attend to responses and objections to deposition notices | L330 | |
| 05/18/20 | LE | 2.20 | 1,705.00 | Attend to trial preparation project | L400 | |
| 05/18/20 | LE | 0.60 | 465.00 | Attend to issues regarding plaintiffs' depositions to PG&E consultants | L350 | |
| 05/18/20 | LE | 1.50 | 1,162.50 | Meeting with Consultant A | L400 | |
| 05/18/20 | LE | 0.20 | 155.00 | Attend to issues concerning deposition of PG&E employee | L330 | |
| 05/18/20 | LE | 1.00 | 775.00 | Confer with Consultant B | L130 | |

| Date | TK | Hours | Amount | Description | Task | Activity |
|------|-----|-------|--------|-------------|------|----------|
| 05/18/20 | LE | 1.20 | 930.00 | Attend to reply brief in support of motion for judgment on the pleadings | L200 | |
| 05/18/20 | LE | 0.10 | 77.50 | Attend to materials for Consultant D | L130 | |
| 05/18/20 | MD | 1.50 | 1,320.00 | Meeting with Consultant A | L130 | |
| 05/18/20 | MAK | 5.80 | 3,567.00 | Attend to reply brief on negligent hiring motion. | L200 | |
| 05/18/20 | MAK | 1.50 | 922.50 | Meeting with Consultant A | L130 | |
| 05/18/20 | MAK | 1.00 | 615.00 | Attend to issues regarding deposition notices for CC&B deponent | L330 | |
| 05/18/20 | MAK | 1.20 | 738.00 | Attend to issues regarding plaintiffs' meet and confer letter regarding interrogatories. | L310 | |
| 05/18/20 | JO | 0.50 | 262.50 | Attend to supporting documents in preparation for potential motion | L200 | |
| 05/18/20 | JO | 0.30 | 157.50 | Correspondence with team regarding fact issue | L110 | |
| 05/18/20 | JO | 0.80 | 420.00 | Attend to plaintiffs' meet and confer letter regarding responses to PG&E's special interrogatories. | L310 | |
| 05/18/20 | JO | 1.00 | 525.00 | Research and analyze in connection with reply brief on PG&E's motion for judgment on the pleadings. | L200 | |
| 05/18/20 | JO | 0.70 | 367.50 | Attend to deposition notices to PG&E. | L330 | |
| 05/18/20 | JO | 0.40 | 210.00 | Correspondence with PG&E employee | L200 | |
| 05/18/20 | JO | 0.60 | 315.00 | Review and analyze documents for factual development. | L110 | |
| 05/18/20 | ES | 0.70 | 175.00 | Prepare materials in connection with factual development project | L110 | |
| 05/19/20 | LE | 1.00 | 775.00 | Weekly call with client regarding case status and strategy | L120 | |
| 05/19/20 | LE | 0.50 | 387.50 | Confer with client | L120 | |
| 05/19/20 | LE | 1.30 | 1,007.50 | Attend to issues concerning reply brief in support of motion for judgment on pleadings | L200 | |
| 05/19/20 | LE | 0.70 | 542.50 | Confer with M. Keough regarding potential legal motion | L200 | |
| 05/19/20 | LE | 2.50 | 1,937.50 | Deposition preparation session with PG&E employee for PMK deposition | L330 | |
| 05/19/20 | LE | 0.30 | 232.50 | Attend to issues regarding upcoming depositions and documents requested | L330 | |
| 05/19/20 | LE | 2.50 | 1,937.50 | Deposition preparation session with PG&E employee | L330 | |
| 05/19/20 | MD | 0.70 | 616.00 | Attend to trial preparation project | L400 | |
| 05/19/20 | MAK | 1.00 | 615.00 | Weekly call with client | L120 | |
| 05/19/20 | MAK | 0.70 | 430.50 | Confer with L. Edelstein regarding potential legal motion | L120 | |
| 05/19/20 | MAK | 0.20 | 123.00 | Attend to issues regarding motion for judgment on the pleadings | L200 | |

| Date | TK | Hours | Amount | Description | Task | Activity |
|------|-----|------:|-------:|-------------|------|----------|
| 05/19/20 | MAK | 0.50 | 307.50 | Review and analyze documents for factual development in connection with supporting documents for potential motion | L200 | |
| 05/19/20 | MAK | 0.50 | 307.50 | Confer with co-counsel | L200 | |
| 05/19/20 | MAK | 2.50 | 1,537.50 | Attend to issues regarding plaintiffs' meet and confer letter regarding interrogatories. | L310 | |
| 05/19/20 | PW | 3.20 | 1,680.00 | Attend to factual development project | L110 | |
| 05/19/20 | JO | 2.50 | 1,312.50 | Attend deposition preparation session of PG&E employee | L330 | |
| 05/19/20 | JO | 2.50 | 1,312.50 | Attend deposition preparation session of PG&E employee for PMK deposition. | L330 | |
| 05/19/20 | ES | 1.00 | 250.00 | Attend weekly strategy and status call with client | L120 | |
| 05/19/20 | ES | 4.20 | 1,050.00 | Prepare materials in connection with factual development project | L110 | |
| 05/20/20 | LE | 0.20 | 155.00 | Attend to issues regarding reply brief in support of motion for judgment on pleadings | L200 | |
| 05/20/20 | LE | 3.50 | 2,712.50 | Attend to trial preparation project | L400 | |
| 05/20/20 | LE | 1.00 | 775.00 | Confer with client (.5) and carrier representatives (.5) | L200 | |
| 05/20/20 | LE | 0.30 | 232.50 | Attend to issues regarding upcoming mediation | L160 | |
| 05/20/20 | LE | 0.20 | 155.00 | Attend to materials requested by carrier representatives | L120 | |
| 05/20/20 | LE | 2.00 | 1,550.00 | Attend case management conference | L200 | |
| 05/20/20 | LE | 0.50 | 387.50 | Confer with co-counsel | L330 | |
| 05/20/20 | LE | 0.50 | 387.50 | Prepare for call with carrier representatives | L120 | |
| 05/20/20 | LE | 0.20 | 155.00 | Attend to issues regarding plaintiffs' deposition requests | L330 | |
| 05/20/20 | MD | 6.50 | 5,720.00 | Attend to trial preparation project | L400 | |
| 05/20/20 | MAK | 0.50 | 307.50 | Confer with client | L200 | |
| 05/20/20 | MAK | 0.80 | 492.00 | Attend to supporting documents for negligent hiring reply brief. | L200 | |
| 05/20/20 | MAK | 0.40 | 246.00 | Attend to documents requested by carrier representatives | L120 | |
| 05/20/20 | MAK | 0.30 | 184.50 | Attend to filing of papers served during court closure. | L200 | |
| 05/20/20 | MAK | 0.60 | 369.00 | Attend to case management issues | L120 | |
| 05/20/20 | MAK | 1.20 | 738.00 | Attend to issues concerning plaintiffs' meet and confer letter regarding responses to interrogatories | L310 | |
| 05/20/20 | MAK | 0.70 | 430.50 | Meeting with Consultant A | L130 | |
| 05/20/20 | PW | 2.70 | 1,417.50 | Review and analyze documents for factual development and trial preparation | L110 | |
| 05/20/20 | JO | 1.50 | 787.50 | Attend to reply brief in support of motion for judgment on the pleadings. | L200 | |

| Date | TK | Hours | Amount | Description | Task | Activity |
|------|-----|-------|--------|-------------|------|----------|
| 05/20/20 | JO | 1.90 | 997.50 | Prepare supporting documents for potential motion. | L200 | |
| 05/20/20 | ES | 0.30 | 75.00 | Attend to materials sent to consultants | L130 | |
| 05/20/20 | ES | 1.40 | 350.00 | Prepare materials in connection with factual development project | L110 | |
| 05/20/20 | ES | 0.80 | 200.00 | Prepare supporting materials for motion for judgment on the pleadings | L200 | |
| 05/21/20 | LE | 5.50 | 4,262.50 | Attend to trial preparation project | L400 | |
| 05/21/20 | LE | 0.70 | 542.50 | Interview with potential consultant and prepare for same | L130 | |
| 05/21/20 | LE | 0.70 | 542.50 | Interview with potential consultant and prepare for same | L130 | |
| 05/21/20 | LE | 1.10 | 852.50 | Attend to issues regarding client presentation | L120 | |
| 05/21/20 | LE | 0.80 | 620.00 | Confer with client | L160 | |
| 05/21/20 | LE | 1.00 | 775.00 | Lead call with carrier representatives | L120 | |
| 05/21/20 | LE | 0.50 | 387.50 | Attend to responses and objections to deposition notices | L330 | |
| 05/21/20 | LE | 0.30 | 232.50 | Attend to issues concerning bankruptcy claims | L120 | |
| 05/21/20 | MD | 6.70 | 5,896.00 | Attend to trial preparation project | L400 | |
| 05/21/20 | MAK | 0.60 | 369.00 | Attend to client project | L120 | |
| 05/21/20 | MAK | 1.20 | 738.00 | Meeting with Consultant A | L130 | |
| 05/21/20 | MAK | 0.30 | 184.50 | Confer with co-counsel regarding factual development project | L110 | |
| 05/21/20 | MAK | 0.40 | 246.00 | Attend to correspondence with the court regarding negligent hiring motion. | L200 | |
| 05/21/20 | MAK | 1.30 | 799.50 | Attend to responses and objections to meter and CC&B deposition notices. | L330 | |
| 05/21/20 | MAK | 0.60 | 369.00 | Attend to issues concerning meet and confer letter from plaintiffs regarding interrogatories responses | L310 | |
| 05/21/20 | MAK | 2.40 | 1,476.00 | Review and analyze materials for supporting documents in connection with potential legal motion | L200 | |
| 05/21/20 | MAK | 1.20 | 738.00 | Attend to reply brief in support of motion for judgment on pleadings related to negligent hiring | L200 | |
| 05/21/20 | MAK | 0.30 | 184.50 | Attend to issues concerning responses and objections to deposition notice | L310 | |
| 05/21/20 | PW | 4.10 | 2,152.50 | Review and analyze documents for factual development and trial preparation | L110 | |
| 05/21/20 | JO | 0.40 | 210.00 | Prepare supporting documents for potential motion | L200 | |
| 05/21/20 | JO | 0.20 | 105.00 | Prepare documents for production in response to deposition | L670 | |

| Date | TK | Hours | Amount | Description | Task | Activity |
|------|-----|-------|--------|-------------|------|----------|
| 05/21/20 | JO | 0.90 | 472.50 | Attend to objections to plaintiffs' re-notice deposition notice of PG&E's head of meter department. | L330 | |
| 05/21/20 | JO | 1.10 | 577.50 | Attend to responses and objections to plaintiffs' notice of deposition of person most qualified regarding Customer Care and Billing system. | L330 | |
| 05/22/20 | LE | 1.30 | 1,007.50 | Confer with client | L120 | |
| 05/22/20 | LE | 1.00 | 775.00 | Confer with co-counsel | L120 | |
| 05/22/20 | LE | 4.00 | 3,100.00 | Attend to trial preparation project | L400 | |
| 05/22/20 | LE | 0.50 | 387.50 | Attend to issues regarding responses and objections to deposition notices and document production | L330 | |
| 05/22/20 | LE | 2.70 | 2,092.50 | Deposition preparation session with PG&E employee (2.2) and prepare for same (.5) | L330 | |
| 05/22/20 | LE | 2.50 | 1,937.50 | Deposition preparation session with PG&E employee (2.2) and prepare for same (.3) | L330 | |
| 05/22/20 | LE | 0.60 | 465.00 | Attend to responses and objections to deposition notices and documents to be produced | L330 | |
| 05/22/20 | MD | 6.70 | 5,896.00 | Attend to trial preparation project and review and analyze materials | L400 | |
| 05/22/20 | MAK | 5.30 | 3,259.50 | Trial preparation project | L400 | |
| 05/22/20 | MAK | 0.80 | 492.00 | Meeting with Consultant A | L130 | |
| 05/22/20 | MAK | 0.80 | 492.00 | Attend to responses and objections to deposition notices and notice of deposit. | L310 | |
| 05/22/20 | MAK | 0.50 | 307.50 | Attend to factual development project | L120 | |
| 05/22/20 | PW | 0.50 | 262.50 | Confer with co-counsel regarding factual development project | L120 | |
| 05/22/20 | PW | 4.80 | 2,520.00 | Review and analyze documents for factual development and trial preparation | L110 | |
| 05/22/20 | JO | 2.20 | 1,155.00 | Attend deposition preparation session of PG&E employee | L330 | |
| 05/22/20 | JO | 0.20 | 105.00 | Confer with PG&E employee regarding document production | L670 | |
| 05/22/20 | JO | 2.20 | 1,155.00 | Attend deposition preparation session of PG&E employee | L330 | |
| 05/22/20 | JO | 0.40 | 210.00 | Review and prepare documents for production in response to document requests | L670 | |
| 05/22/20 | ES | 0.40 | 100.00 | Review of materials in connection with project request from client | L120 | |
| 05/22/20 | ES | 0.30 | 75.00 | Attend to weekly case materials for client | L110 | |
| 05/22/20 | ES | 0.50 | 125.00 | Confer with co-counsel regarding factual development project | L110 | |
| 05/22/20 | ES | 0.30 | 75.00 | Correspondence with client regarding document management | L120 | |

| Date | TK | Hours | Amount | Description | Task | Activity |
|------|-----|-------|--------|-------------|------|----------|
| 05/22/20 | ES | 0.50 | 125.00 | Prepare materials for production in connection with deposition and document request | L310 | |
| 05/23/20 | LE | 0.60 | 465.00 | Attend to legal research project | L120 | |
| 05/23/20 | LE | 1.40 | 1,085.00 | Attend to project for client | L120 | |
| 05/23/20 | LE | 3.30 | 2,557.50 | Review and analyze materials in connection with trial preparation project | L400 | |
| 05/23/20 | LE | 0.60 | 465.00 | Confer with client | L120 | |
| 05/24/20 | LE | 3.30 | 2,557.50 | Review and analyze materials in connection with trial preparation project | L400 | |
| 05/24/20 | LE | 0.20 | 155.00 | Attend to weekly case materials for client | L120 | |
| 05/24/20 | LE | 0.30 | 232.50 | Attend to issues concerning documents produced in response to plaintiffs' requests | L330 | |
| 05/24/20 | LE | 0.30 | 232.50 | Attend to issues regarding mediation | L160 | |
| 05/24/20 | MAK | 0.30 | 184.50 | Confer with discovery vendor regarding document production in response to document requests | L670 | |
| 05/25/20 | LE | 1.70 | 1,317.50 | Call with mediator | L160 | |
| 05/25/20 | LE | 1.00 | 775.00 | Confer with client and co-counsel | L160 | |
| 05/25/20 | LE | 2.50 | 1,937.50 | Attend to issues regarding factual development project | L110 | |
| 05/25/20 | LE | 0.30 | 232.50 | Attend to bankruptcy issues | L120 | |
| 05/25/20 | LE | 0.80 | 620.00 | Confer with M. Keough regarding case management and case strategy | L120 | |
| 05/25/20 | MAK | 0.80 | 492.00 | Confer with L. Edelstein regarding case management and case strategy | L120 | |
| 05/25/20 | MAK | 0.50 | 307.50 | Attend to document production and notice of deposit in response to document requests | L670 | |
| 05/26/20 | LE | 8.50 | 6,587.50 | Defend PG&E employee deposition | L330 | |
| 05/26/20 | LE | 1.00 | 775.00 | Confer with client | L120 | |
| 05/26/20 | LE | 1.50 | 1,162.50 | Attend to issues regarding mediation | L160 | |
| 05/26/20 | LE | 0.80 | 620.00 | Attend to materials for meeting with client | L120 | |
| 05/26/20 | LE | 0.70 | 542.50 | Attend to issues concerning depositions of PG&E consultants | L350 | |
| 05/26/20 | MAK | 3.30 | 2,029.50 | Attend to mediation statement | L160 | |
| 05/26/20 | MAK | 0.20 | 123.00 | Attend to case management issues | L120 | |
| 05/26/20 | MAK | 0.20 | 123.00 | Confer with co-counsel regarding factual development project | L110 | |
| 05/26/20 | MAK | 2.50 | 1,537.50 | Prepare for D. Askounis deposition. | L330 | |
| 05/26/20 | PW | 5.30 | 2,782.50 | Review and analyze materials for factual development project | L110 | |
| 05/26/20 | PW | 4.30 | 2,257.50 | Additional research and analysis for legal research project | L120 | |
| 05/26/20 | JO | 8.00 | 4,200.00 | Attend the deposition of PG&E employee | L330 | |

| Date | TK | Hours | Amount | Description | Task | Activity |
|------|-----|-------|--------|-------------|------|----------|
| 05/26/20 | JO | 1.90 | 997.50 | Review and analyze documents to prepare for G. Jimenez deposition. | L330 | |
| 05/26/20 | ES | 1.40 | 350.00 | Review and analyze materials for factual development project | L110 | |
| 05/26/20 | ES | 0.80 | 200.00 | Review and analyze materials for factual development project | L110 | |
| 05/26/20 | ES | 0.40 | 100.00 | Finalize and serve notice of deposit and documents | L310 | |
| 05/27/20 | LE | 1.00 | 775.00 | Call with carrier representatives | L160 | |
| 05/27/20 | LE | 2.50 | 1,937.50 | Deposition preparation session with PG&E PMK employee (2.1) and prepare for same (.4) | L330 | |
| 05/27/20 | LE | 1.00 | 775.00 | Meeting with client | L120 | |
| 05/27/20 | LE | 0.70 | 542.50 | Pre-mediation call | L160 | |
| 05/27/20 | LE | 0.80 | 620.00 | Meeting with Consultant A | L400 | |
| 05/27/20 | LE | 0.60 | 465.00 | Confer with Consultant B | L130 | |
| 05/27/20 | LE | 0.40 | 310.00 | Attend to issues concerning plaintiffs' deposition notices to depose PG&E consultants | L200 | |
| 05/27/20 | LE | 0.50 | 387.50 | Follow up from deposition of PG&E employee | L330 | |
| 05/27/20 | LE | 0.30 | 232.50 | Attend to factual development project | L110 | |
| 05/27/20 | LE | 0.30 | 232.50 | Confer with client | L160 | |
| 05/27/20 | LE | 0.80 | 620.00 | Attend to issues concerning tentative ruling on motion for judgment on the pleadings | L200 | |
| 05/27/20 | LE | 0.20 | 155.00 | Attend to issues regarding requests for admission | L310 | |
| 05/27/20 | MAK | 1.50 | 922.50 | Attend to mediation brief | L160 | |
| 05/27/20 | MAK | 7.30 | 4,489.50 | Prepare for and appear at D. Askounis deposition. | L330 | |
| 05/27/20 | PW | 4.60 | 2,415.00 | Additional research and analysis for legal research project | L120 | |
| 05/27/20 | PW | 4.50 | 2,362.50 | Review and analyze materials for factual development project | L110 | |
| 05/27/20 | JO | 0.50 | 262.50 | Review and analyze documents in preparation for PG&E employee deposition. | L330 | |
| 05/27/20 | JO | 2.10 | 1,102.50 | Attend deposition preparation session of PG&E PMK employee | L330 | |
| 05/27/20 | JO | 2.50 | 1,312.50 | Review and analyze documents to prepare for G. Jimenez deposition. | L330 | |
| 05/27/20 | JO | 1.00 | 525.00 | Attend to issues regarding G. Jimenez deposition and document production. | L330 | |
| 05/27/20 | ES | 1.60 | 400.00 | Review and analyze materials for factual development project | L110 | |
| 05/27/20 | ES | 0.70 | 175.00 | Review and analyze materials produced for factual development | L630 | |

| Date | TK | Hours | Amount | Description | Task | Activity |
|------|-----|-------|--------|-------------|------|----------|
| 05/28/20 | LE | 9.50 | 7,362.50 | Defend deposition of PG&E employee | L330 | |
| 05/28/20 | LE | 0.20 | 155.00 | Attend to issues regarding legal hold | L610 | |
| 05/28/20 | LE | 0.50 | 387.50 | Confer with co-counsel | L330 | |
| 05/28/20 | LE | 0.50 | 387.50 | Attend to case management issues | L120 | |
| 05/28/20 | MAK | 0.40 | 246.00 | Follow up regarding D. Askounis deposition | L330 | |
| 05/28/20 | MAK | 5.70 | 3,505.50 | Attend to mediation brief. | L160 | |
| 05/28/20 | PW | 5.20 | 2,730.00 | Review and analyze materials for factual development project | L110 | |
| 05/28/20 | PW | 3.20 | 1,680.00 | Prepare materials for factual development project | L110 | |
| 05/28/20 | JO | 8.50 | 4,462.50 | Attend deposition of PG&E's person most qualified regarding Customer Care and Billing. | L330 | |
| 05/28/20 | ES | 3.50 | 875.00 | Review and analyze materials for factual development project. | L110 | |
| 05/29/20 | LE | 1.40 | 1,085.00 | Attend to mediation brief | L160 | |
| 05/29/20 | LE | 0.30 | 232.50 | Attend to issues regarding legal research project | L120 | |
| 05/29/20 | LE | 0.30 | 232.50 | Attend to follow up issues regarding factual development project | L110 | |
| 05/29/20 | LE | 0.80 | 620.00 | Attend to inquiries and requests from carrier representatives | L120 | |
| 05/29/20 | LE | 0.50 | 387.50 | Confer with Consultant G | L110 | |
| 05/29/20 | LE | 0.70 | 542.50 | Attend to issues in connection with upcoming mediation | L110 | |
| 05/29/20 | LE | 1.30 | 1,007.50 | Attend to mediation materials from plaintiffs | L160 | |
| 05/29/20 | LE | 0.90 | 697.50 | Follow up to depositions of PG&E employees | L330 | |
| 05/29/20 | LE | 0.40 | 310.00 | Attend to issues regarding continuance of criminal trial | L120 | |
| 05/29/20 | MAK | 0.20 | 123.00 | Attend to case materials for client | L120 | |
| 05/29/20 | MAK | 0.30 | 184.50 | Confer regarding factual development project | L110 | |
| 05/29/20 | PW | 6.40 | 3,360.00 | Review and analyze materials for factual development project | L110 | |
| 05/29/20 | PW | 4.30 | 2,257.50 | Prepare materials for factual development project | L110 | |
| 05/29/20 | JO | 0.90 | 472.50 | Attend to issues regarding G. Jimenez deposition. | L330 | |
| 05/29/20 | JO | 1.10 | 577.50 | Review and analyze materials in connection with factual development project | L110 | |
| 05/29/20 | JO | 3.40 | 1,785.00 | Attend the deposition of G. Jimenez. | L330 | |
| 05/29/20 | ES | 0.30 | 75.00 | Attend to weekly case materials for client | L110 | |
| 05/29/20 | ES | 0.30 | 75.00 | Call with Steptoe team regarding factual development project | L110 | |
| 05/29/20 | ES | 5.30 | 1,325.00 | Review and analyze materials for factual development project. | L110 | |

| Date | TK | Hours | Amount | Description | Task | Activity |
|------|-----|-------|--------|-------------|------|----------|
| 05/30/20 | LE | 0.60 | 465.00 | Attend to mediation materials from plaintiffs | L160 | |
| 05/30/20 | LE | 1.50 | 1,162.50 | Attend to mediation brief | L160 | |
| 05/30/20 | MAK | 0.20 | 123.00 | Correspond with co-counsel regarding factual development project | L110 | |
| 05/30/20 | MAK | 0.10 | 61.50 | Correspond with potential expert | L130 | |
| 05/31/20 | LE | 0.30 | 232.50 | Attend to issues regarding mediation | L160 | |
| 05/31/20 | LE | 0.10 | 77.50 | Attend to issues regarding requests for admission | L310 | |
| 05/31/20 | LE | 0.20 | 155.00 | Attend to weekly case materials for client | L120 | |
| 05/31/20 | LE | 3.30 | 2,557.50 | Attend to trial strategy issues | L400 | |
| 05/31/20 | LE | 0.50 | 387.50 | Attend to issues regarding plaintiffs' amended responses to interrogatories | L310 | |
| 05/31/20 | LE | 0.50 | 387.50 | Attend to issues concerning case management statement for upcoming case management conference | L200 | |
| 05/31/20 | MD | 1.40 | 1,232.00 | Review and analyze materials in connection with trial preparation project | L400 | |
| **TOTAL** | | **622.70** | **$388,965.50** | | | |

## TASK SUMMARY

| Code | Description | Amount |
|------|-------------|--------|
| L110 | Fact Investigation/Development | 60,884.50 |
| L120 | Analysis/Strategy | 41,192.00 |
| L130 | Experts/Consultants | 19,401.50 |
| L160 | Settlement/Non-Binding ADR | 17,385.00 |
| L200 | Pre-Trial Pleadings and Motions | 41,789.00 |
| L310 | Written Discovery | 9,119.50 |
| L330 | Depositions | 79,588.50 |
| L350 | Discovery Motions | 2,165.00 |
| L400 | Trial Preparation and Trial | 114,113.50 |
| L610 | Preservation | 155.00 |
| L620 | Collection | 310.00 |
| L630 | Processing | 1,225.00 |
| L654 | Second Pass Document Review | 725.00 |
| L670 | Production | 912.00 |
| | **TOTAL** | **$388,965.50** |

## EXPENSE DETAIL

| Description | Amount |
| --- | --- |
| Federal Express | 44.54 |
| Deposition Transcripts  - U.S. LEGAL SUPPORT INC. Inv.110373057 dated APR-30-2020 re deposition transcript. | 625.55 |
| Deposition Transcripts  - U.S. LEGAL SUPPORT INC. Inv.110373065 dated APR-30-2020 re deposition transcript. | 1,235.30 |
| Deposition Transcripts  - U.S. LEGAL SUPPORT INC. Inv.110373135 dated MAY-01-2020 re deposition transcript. | 653.50 |
| Hearing Transcripts  - CAROL NYGARD & ASSOCIATES, INC. Inv.106697 dated MAY-22-2020 re Transcript for April 17, 2020 hearing. | 32.96 |
| Hearing Transcripts  - CAROL NYGARD & ASSOCIATES, INC. Inv.106699 dated MAY-22-2020 re Transcript of May 20, 2020 hearing. | 43.52 |
| **TOTAL** | **$2,635.37** |

## CURRENT ACCOUNTS RECEIVABLE AGING

| Current | 31 to 60 | 61 to 90 | 91 to 120 | Over 120 | Balance |
| --- | --- | --- | --- | --- | --- |
| 263,993.15 | 364,727.17 | 60,662.92 | 0.00 | 46,768.29 | 736,151.53 |



One Market Plaza
Spear Tower, Suite 3900
San Francisco, CA 94105
TEL: 415.365.6700
FAX: 415.365.6699
www.steptoe.com

July 9, 2020

**INVOICE SUMMARY**

**Our Matter No. 084371.00010**                                    **Invoice No. 2682353**

GHOST SHIP FIRE LITIGATION
1706719

For professional services rendered through May 31, 2020

| | | |
|---|---|---|
| Fees: | $ | 388,965.50 |
| 5% Volume Discount | | (19,448.28) |
| Total Fees: | | 369,517.22 |
| Total Expenses: | | 2,635.37 |
| **Total Due for this Period:** | | **372,152.59** |
| Previous Balance: | | 736,151.53 |
| **Total Amount Due:** | $ | **1,108,304.12** |

**INVOICE IS DUE AND PAYABLE UPON RECEIPT**
**PLEASE RETURN THIS COPY WITH YOUR REMITTANCE**

Limited Liability Partnership under the laws of the District of Columbia, U.S.A.
BEIJING BRUSSELS CHICAGO HONG KONG LONDON LOS ANGELES NEW YORK SAN FRANCISCO WASHINGTON



One Market Plaza
Spear Tower, Suite 3900
San Francisco, CA 94105
TEL: 415.365.6700
FAX: 415.365.6699
www.steptoe.com

July 9, 2020

## INVOICE SUMMARY

**Our Matter No. 084371.00011**                                    **Invoice No. 2682354**

VALERO REFINERY OUTAGE
1706792

For professional services rendered through May 31, 2020

| | | |
|---|---|---:|
| Fees: | $ | 62,923.50 |
| 5% Volume Discount | | (3,146.18) |
| Total Fees: | | 59,777.32 |
| Total Expenses: | | 24.29 |
| **Total Due for this Period:** | | **59,801.61** |
| Previous Balance: | | 100,713.81 |
| **Total Amount Due:** | $ | **160,515.42** |

## FEE SUMMARY

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| L. Edelstein | Partner | 0.60 | 775.00 | 465.00 |
| M.E. Flynn-O'Brien | Associate | 66.90 | 615.00 | 41,143.50 |
| J. Oh | Associate | 40.60 | 525.00 | 21,315.00 |
| | | | **FEES** | **$62,923.50** |
| | | | **5% VOLUME DISCOUNT** | **(3,146.18)** |
| | | | **TOTAL FEES** | **$59,777.32** |

## FEE DETAIL

| Date | TK | Hours | Amount | Description | Task | Activity |
|---|---|---|---|---|---|---|
| 05/01/20 | JO | 2.60 | 1,365.00 | Review and analyze materials for consultant | L130 | |
| 05/04/20 | MEFO | 5.30 | 3,259.50 | Attend to draft expert report and analyze and identify materials for expert | L130 | |
| 05/04/20 | JO | 1.10 | 577.50 | Attend to issues regarding draft expert report | L130 | |
| 05/05/20 | MEFO | 3.50 | 2,152.50 | Attend to draft expert report and analyze and identify materials for expert | L130 | |
| 05/05/20 | JO | 1.30 | 682.50 | Review and analyze legal issue in connection with expert report | L120 | |
| 05/06/20 | MEFO | 1.30 | 799.50 | Attend to issues regarding Consultants A & B | L130 | |
| 05/06/20 | JO | 4.90 | 2,572.50 | Review and analyze materials in connection with expert report. | L130 | |
| 05/07/20 | MEFO | 2.00 | 1,230.00 | Confer with Consultants A and B | L130 | |
| 05/07/20 | MEFO | 0.70 | 430.50 | Attend to issues concerning Consultants A and B | L130 | |
| 05/07/20 | JO | 0.30 | 157.50 | Prepare for meeting with Consultants A and B | L130 | |
| 05/07/20 | JO | 2.00 | 1,050.00 | Confer with Consultants A and B | L130 | |
| 05/08/20 | JO | 0.60 | 315.00 | Research and analyze materials in connection with expert report. | L130 | |
| 05/09/20 | LE | 0.10 | 77.50 | Attend to issues regarding expert report | L130 | |
| 05/10/20 | JO | 1.60 | 840.00 | Review and analyze documents in connection with expert report. | L130 | |
| 05/11/20 | MEFO | 5.50 | 3,382.50 | Attend to issues regarding draft expert report and identify materials in connection with report | L130 | |
| 05/11/20 | JO | 1.50 | 787.50 | Review and analyze documents in connection with expert report | L130 | |
| 05/12/20 | LE | 0.10 | 77.50 | Confer with client | L160 | |
| 05/12/20 | JO | 2.20 | 1,155.00 | Review and analyze documents in connection with expert report | L130 | |
| 05/13/20 | MEFO | 5.00 | 3,075.00 | Attend to issues regarding draft expert report and identify materials in connection with report | L130 | |

| Date | TK | Hours | Amount | Description | Task | Activity |
|------|-----|-------|--------|-------------|------|----------|
| 05/13/20 | JO | 2.90 | 1,522.50 | Review and analyze materials for fact development | L110 | |
| 05/13/20 | JO | 1.70 | 892.50 | Review and analyze documents in connection with expert report | L130 | |
| 05/14/20 | LE | 0.20 | 155.00 | Attend to issues regarding case status | L160 | |
| 05/14/20 | MEFO | 7.50 | 4,612.50 | Attend to issues regarding draft expert report and identify materials in connection with report | L130 | |
| 05/14/20 | JO | 2.10 | 1,102.50 | Review and analyze materials for fact development | L110 | |
| 05/14/20 | JO | 1.20 | 630.00 | Review and analyze documents in connection with expert report | L130 | |
| 05/14/20 | JO | 1.00 | 525.00 | Attend to draft expert report | L130 | |
| 05/18/20 | MEFO | 4.60 | 2,829.00 | Attend to follow up issues regarding draft expert report | L130 | |
| 05/18/20 | JO | 3.70 | 1,942.50 | Attend to draft expert report | L130 | |
| 05/19/20 | MEFO | 3.00 | 1,845.00 | Meeting with Consultants A and B (1.0) and review of materials to prepare for same (2.0) | L130 | |
| 05/19/20 | MEFO | 3.30 | 2,029.50 | Attend to follow up issues regarding draft expert report | L130 | |
| 05/19/20 | JO | 1.00 | 525.00 | Meeting with Consultants A and B | L130 | |
| 05/19/20 | JO | 3.00 | 1,575.00 | Attend to follow up issues regarding draft expert report | L130 | |
| 05/20/20 | JO | 0.60 | 315.00 | Review and analyze documents in connection with expert report | L110 | |
| 05/21/20 | MEFO | 4.70 | 2,890.50 | Attend to issues regarding expert report | L130 | |
| 05/21/20 | JO | 2.40 | 1,260.00 | Review and analyze documents in connection with expert report. | L110 | |
| 05/22/20 | MEFO | 3.50 | 2,152.50 | Attend to follow up issues regarding draft expert report following meeting with consultants | L130 | |
| 05/26/20 | MEFO | 5.20 | 3,198.00 | Attend to follow up issues regarding draft expert report following meeting with consultants | L130 | |
| 05/27/20 | LE | 0.20 | 155.00 | Confer with client | L160 | |
| 05/27/20 | MEFO | 5.80 | 3,567.00 | Meet with Consultants A and B (2.9) and prepare for same, including review and analyze of documents (2.9) | L130 | |
| 05/27/20 | MEFO | 1.50 | 922.50 | Attend to additional follow up issues regarding draft expert report following meeting with consultants | L130 | |
| 05/27/20 | JO | 2.90 | 1,522.50 | Meet with Consultants A and B | L130 | |
| 05/29/20 | MEFO | 4.50 | 2,767.50 | Attend to additional follow up issues regarding draft expert report following meeting with consultants | L130 | |
| **TOTAL** | | **108.10** | **$62,923.50** | | | |

## TASK SUMMARY

| Code | Description | Amount |
|------|-------------|-------:|
| L110 | Fact Investigation/Development | 4,200.00 |
| L120 | Analysis/Strategy | 682.50 |
| L130 | Experts/Consultants | 57,653.50 |
| L160 | Settlement/Non-Binding ADR | 387.50 |
| | **TOTAL** | **$62,923.50** |

## EXPENSE DETAIL

| Description | Amount |
|-------------|-------:|
| Federal Express | 24.29 |
| **TOTAL** | **$24.29** |

## CURRENT ACCOUNTS RECEIVABLE AGING

| Current | 31 to 60 | 61 to 90 | 91 to 120 | Over 120 | Balance |
|---------|----------|----------|-----------|----------|---------|
| 51,709.45 | 16,863.60 | 2,765.60 | 0.00 | 29,375.16 | 100,713.81 |



One Market Plaza
Spear Tower, Suite 3900
San Francisco, CA 94105
TEL: 415.365.6700
FAX: 415.365.6699
www.steptoe.com

July 9, 2020

**INVOICE SUMMARY**

**Our Matter No. 084371.00011**                                                       **Invoice No. 2682354**

VALERO REFINERY OUTAGE
1706792

For professional services rendered through May 31, 2020

| | | |
|---|---|---:|
| Fees: | $ | 62,923.50 |
| 5% Volume Discount | | (3,146.18) |
| Total Fees: | | 59,777.32 |
| Total Expenses: | | 24.29 |
| **Total Due for this Period:** | | **59,801.61** |
| Previous Balance: | | 100,713.81 |
| **Total Amount Due:** | $ | **160,515.42** |

**INVOICE IS DUE AND PAYABLE UPON RECEIPT**
**PLEASE RETURN THIS COPY WITH YOUR REMITTANCE**

Limited Liability Partnership under the laws of the District of Columbia, U.S.A.
BEIJING  BRUSSELS  CHICAGO  HONG KONG  LONDON  LOS ANGELES  NEW YORK  SAN FRANCISCO  WASHINGTON



**STEPTOE & JOHNSON LLP**

One Market Plaza
Spear Tower, Suite 3900
San Francisco, CA 94105
TEL: 415.365.6700
FAX: 415.365.6699
www.steptoe.com

July 9, 2020

**INVOICE SUMMARY**

**Our Matter No. 084371.00015**                                    **Invoice No. 2682355**

GANTNER PSPS CLASS ACTION
2007749

For professional services rendered through May 31, 2020

| | | |
|---|---|---|
| Fees: | $ | 77.50 |
| 5% Volume Discount | | (3.88) |
| Total Fees: | | 73.62 |
| Total Expenses: | | 0.00 |
| **Total Due for this Period:** | | **73.62** |
| Previous Balance: | | 1,859.99 |
| **Total Amount Due:** | $ | **1,933.61** |

## FEE SUMMARY

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| L. Edelstein | Partner | 0.10 | 775.00 | 77.50 |
| | | | **FEES** | **$77.50** |
| | | | **5% VOLUME DISCOUNT** | **(3.88)** |
| | | | **TOTAL FEES** | **$73.62** |

## FEE DETAIL

| Date | TK | Hours | Amount | Description | Task | Activity |
|---|---|---|---|---|---|---|
| 05/11/20 | LE | 0.10 | 77.50 | Attend to issues regarding regulatory proceedings and PSPS events | L120 | |
| **TOTAL** | | **0.10** | **$77.50** | | | |

## TASK SUMMARY

| Code | Description | Amount |
|---|---|---|
| L120 | Analysis/Strategy | 77.50 |
| | **TOTAL** | **$77.50** |

## CURRENT ACCOUNTS RECEIVABLE AGING

| Current | 31 to 60 | 61 to 90 | 91 to 120 | Over 120 | Balance |
|---|---|---|---|---|---|
| 220.87 | 1,360.12 | 279.00 | 0.00 | 0.00 | 1,859.99 |



One Market Plaza
Spear Tower, Suite 3900
San Francisco, CA 94105
TEL: 415.365.6700
FAX: 415.365.6699
www.steptoe.com

July 9, 2020

**INVOICE SUMMARY**

| **Our Matter No. 084371.00015** | **Invoice No. 2682355** |
|---|---|

GANTNER PSPS CLASS ACTION
2007749

For professional services rendered through May 31, 2020

| | | |
|---|---|---|
| Fees: | $ | 77.50 |
| 5% Volume Discount | | (3.88) |
| Total Fees: | | 73.62 |
| Total Expenses: | | 0.00 |
| **Total Due for this Period:** | | **73.62** |
| Previous Balance: | | 1,859.99 |
| **Total Amount Due:** | $ | **1,933.61** |

**INVOICE IS DUE AND PAYABLE UPON RECEIPT**
**PLEASE RETURN THIS COPY WITH YOUR REMITTANCE**

Limited Liability Partnership under the laws of the District of Columbia, U.S.A.
BEIJING   BRUSSELS   CHICAGO   HONG KONG   LONDON   LOS ANGELES   NEW YORK   SAN FRANCISCO   WASHINGTON