**EXHIBIT E**

**DETAILED EXPENSE ENTRIES
MAY 1, 2020 THROUGH MAY 31, 2020**

## EXPENSE DETAIL

| Description | Amount |
|---|---:|
| Federal Express | 44.54 |
| Deposition Transcripts - U.S. LEGAL SUPPORT INC. Inv.110373057 dated APR-30-2020 re deposition transcript. | 625.55 |
| Deposition Transcripts - U.S. LEGAL SUPPORT INC. Inv.110373065 dated APR-30-2020 re deposition transcript. | 1,235.30 |
| Deposition Transcripts - U.S. LEGAL SUPPORT INC. Inv.110373135 dated MAY-01-2020 re deposition transcript. | 653.50 |
| Hearing Transcripts - CAROL NYGARD & ASSOCIATES, INC. Inv.106697 dated MAY-22-2020 re Transcript for April 17, 2020 hearing. | 32.96 |
| Hearing Transcripts - CAROL NYGARD & ASSOCIATES, INC. Inv.106699 dated MAY-22-2020 re Transcript of May 20, 2020 hearing. | 43.52 |
| **TOTAL** | **$2,635.37** |