**EXHIBIT B**

**EXHIBIT B**
**COMPENSATION BY PROFESSIONAL**
**FOR THE PERIOD JANUARY 1, 2020 THROUGH MAY 31, 2020**

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Brent Williams | Managing Director | $ 1,195 | 1,284.8 | $ 1,535,336.00 |
| Alex Stevenson | Managing Director | 1,195 | 588.5 | 703,257.50 |
| Brendan Murphy | Managing Director | 1,095 | 1,251.6 | 1,370,502.00 |
| Sherman Guillema | Director | 895 | 541.9 | 485,000.50 |
| Peter Gnatowski | Director | 895 | 1,431.8 | 1,281,461.00 |
| Matt Merkel | Vice President | 795 | 1,374.5 | 1,092,727.50 |
| Erik Ellingson | Associate | 695 | 712.8 | 495,396.00 |
| Naeem Muscatwalla | Associate | 695 | 377.9 | 262,640.50 |
| Max Golembo | Associate | 695 | 128.8 | 89,516.00 |
| Jeremy Mau | Associate | 695 | 102.8 | 71,446.00 |
| Jacob Kinstler | Associate | 695 | 17.4 | 12,093.00 |
| Riley Jacobs | Analyst | 395 | 1,228.7 | 485,336.50 |
| Alex Gebert | Analyst | 395 | 1,113.9 | 439,990.50 |
| Zack Stone | Analyst | 395 | 695.0 | 274,525.00 |
| Aadil Khan | Analyst | 395 | 131.2 | 51,824.00 |
| John Rutkowski | Analyst | 395 | 37.5 | 14,812.50 |
| Charles Hallett | Analyst | 395 | 128.9 | 50,915.50 |
| Thomas Steve | Analyst | 395 | 126.1 | 49,809.50 |
| **Total** | | | **11,274.1** | **$ 8,766,589.50** |