1    **EXHIBIT C**

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 3 | Financial Analysis (Requested by Counsel, or Otherwise) | 1,367.0 | $ 1,032,900.25 |
| 4 | 13-Week Cash Flow / MOR / Liquidity Analysis | 179.2 | 117,399.25 |
| 6 | Due Diligence of Wildfire Safety Plan and Related Analysis | 241.3 | 167,933.50 |
| 7 | Debtor Professionals - Diligence / Meetings / Calls | 200.4 | 175,868.00 |
| 8 | UCC Professionals - Diligence / Meetings / Calls | 0.7 | 766.50 |
| 9 | Other Professionals / Interested Parties - Diligence / Meetings / Calls | 116.6 | 133,777.00 |
| 10 | Tort Claimants (Counsel/FA) - Diligence / Meetings / Calls | 437.9 | 477,580.50 |
| 11 | Assist Counsel in Responses / Objections to Bankruptcy Court Motions | 26.5 | 22,317.50 |
| 12 | Committee Related Matters - Diligence / Meetings / Calls | 665.8 | 629,921.00 |
| 13 | Bankruptcy Filings, Motions and Other Document Review | 372.7 | 235,361.75 |
| 15 | Review of Employee-Related Matters, Including Retention Plans | 98.0 | 65,230.00 |
| 16 | Review of Claims and Related Analysis | 368.4 | 287,038.00 |
| 17 | Asset Sale(s), Strategic Alternatives, and Related Analysis | 336.4 | 231,648.00 |
| 18 | Analysis of New Debt or Equity Capital | 1,418.6 | 1,084,812.25 |
| 19 | Analysis of Pro-Forma Capital Structure, and Related Analysis | 533.4 | 441,078.25 |
| 20 | Benchmarking and Related Analysis | 1,382.9 | 865,115.50 |
| 21 | Term Sheets, Plan, and Disclosure Statement Analysis | 1,311.2 | 1,121,474.00 |
| 22 | Review of Discovery Documents and Deposition Preparation (Witnesses) | 82.2 | 47,149.00 |
| 23 | Deposition(s), Testimony, Court Hearing(s), and Related Preparation / Attendance | 173.8 | 161,231.00 |
| 24 | Business Plan | 342.9 | 284,935.50 |
| 25 | Regulatory and Legislative Matters, and Related Financial Analysis | 916.4 | 716,823.25 |
| 26 | Travel Time - Non Working Travel (Capped) | 46.0 | 50,070.00 |
| 27 | Project Administration | 218.5 | 174,167.50 |
| 31 | Fee Application Preparation | 422.0 | 224,050.00 |
| 32 | Mediation Preparation / Attendance | 15.6 | 17,942.00 |
| **Total** | | **11,274.1** | **8,766,589.50** |