**EXHIBIT D**

**EXHIBIT D**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD JANUARY 1, 2020 THROUGH MAY 31, 2020**

| Expense Type | Amount |
|---|---|
| Airfare | $15,333.48 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | $2,344.78 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | $3,588.94 |
| Hotel Stay (Traveling) | $10,027.39 |
| Internet/Online Fees | $288.87 |
| Meals - In Town Only | $2,487.21 |
| Meals - Out-of-Town Travel Only | $2,103.35 |
| Other / Miscellaneous | $584.56 |
| Parking | $570.80 |
| Printing/Photocopying (In-House) | $1,832.95 |
| Research (Databases) | $0.00 |
| Teleconferencing | $2,122.13 |
| Transcripts | $0.00 |
| **Total** | **$41,284.46** |