# EXHIBIT A

# CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES WITH FEE APPLICATIONS

(*See* Guidelines ¶ C.3. for definitions of terms used in this Exhibit.)

| CATEGORY OF TIMEKEEPER (using categories already maintained by the firm) | BLENDED HOURLY RATE | |
|---|---|---|
| | BILLED OR COLLECTED* Firm or offices for preceding year, excluding bankruptcy | BILLED In this fee application |
| Partner | $702.04 | $868.03 |
| Of Counsel | $758.09 | $1,138.34 |
| Counsel | $569.38 | $671.48 |
| Associate | $439.34 | $474.11 |
| Senior Advisor | $556.65 | $505.00 |
| Paralegal | $297.81 | $344.45 |
| Litigation Support Project Manager | N/A | $395.00 |
| Litigation Support Coordinator | N/A | $340.75 |
| Litigation Support Analyst | N/A | $314.25 |
| Legal Researcher | N/A | $200.00 |
| All timekeepers aggregated blended rate | $565.57 | $691.81 |

\*  The hourly rates contained in this column are the current average Standard Billing Arrangement hourly rates for all non-bankruptcy professionals (organized by category of timekeeper) for Baker & Hostetler LLP's, Cleveland, Los Angeles, New York, San Francisco and Washington, D.C. offices. Each of those five offices billed more than 10% of the hours during the application period. *See Section (C)(3)(a)(i)(b) of Appendix B-Guidelines for Reviewing* Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases.

Case Name: PG&E Corporation and Pacific Gas and Electric Company
Case Number: 19-30088
Applicant's Name: Baker & Hostetler LLP
Date of Application: July 15, 2020
Interim or Final: Interim