# EXHIBIT B

## SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION

| NAME | TITLE OR POSITION | DEPARTMENT GROUP OR SECTION | DATE OF FIRST ADMISSION[1] | FEES BILLED IN THIS APPLICATION | HOURS BILLED IN THIS APPLICATION | HOURLY RATE BILLED IN THIS APPLICATION | HOURLY RATE BILLED IN FIRST INTERIM APPLICATION | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
|---|---|---|---|---|---|---|---|---|
| Adkins, Robb C. | Partner | Litigation | 1997 | $6,268.50 | 6.30 | $995.00 | | 0 |
| Bartram, Darin R. | Partner | Litigation | 1993 | $11,252.00 | 11.60 | $970.00 | | 0 |
| Benson, Glenn S. | Partner | Environmental | 1993 | $290,944.00 | 454.60 | $640.00 | $640.00 | 0 |
| Brennan, Terry M. | Partner | Litigation | 1995 | $14,040.00 | 23.40 | $600.00 | $600.00 | 0 |
| Campbell, Patrick T. | Partner | Litigation | 2009 | $1,876.50 | 2.70 | $695.00 | $695.00 | 0 |
| Carolan, Christopher | Partner | Corporate | 2000 | $39,462.50 | 45.10 | $875.00 | | 0 |
| Casey, Lee A. | Partner | Litigation | 1982 | $438,999.00 | 349.80 | $1,255.00 | $1,255.00 | 0 |
| Chairez, Joseph L. | Partner | Litigation | 1981 | $53,840.00 | 67.30 | $800.00 | | 0 |
| Commins, Gregory J. | Partner | Litigation | 1990 | $609,472.00 | 684.80 | $890.00 | | 0 |
| Dettelbach, Steven | Partner | Litigation | 1991 | $5,887.00 | 5.80 | $1,015.00 | $1,015.00 | 0 |
| Dumas, Cecily A. | Partner | Bankruptcy | 1984 | $595,365.00 | 626.70 | $950.00 | $950.00 | 0 |
| Esmont, Joseph M. | Partner | Bankruptcy | 2008 | $393,540.00 | 655.90 | $600.00 | $600.00 | 0 |
| Foix, Danyll W. | Partner | Litigation | 1998 | $242,288.00 | 318.80 | $760.00 | | 0 |
| Friel, Alan J. | Partner | Consumer Privacy | 1991 | $4,262.50 | 5.50 | $775.00 | | 0 |
| Goodman, Eric R. | Partner | Bankruptcy | 2003 | $637,680.00 | 797.10 | $800.00 | $800.00 | 0 |
| Green, Elizabeth A. | Partner | Bankruptcy | 1986 | $491,625.00 | 712.50 | $690.00 | $690.00 | 0 |
| Grossman, Andrew | Partner | Litigation | 2008 | $85,085.00 | 100.10 | $850.00 | $850.00 | 0 |
| Hanselman, Suzanne K. | Partner | Corporate | 1991 | $57,788.50 | 86.90 | $665.00 | | 0 |
| Hogan, Thomas | Partner | Environmental | 2004 | $223,018.50 | 284.10 | $785.00 | | 0 |
| Julian, Robert | Partner | Bankruptcy | 1979 | $781,257.50 | 664.90 | $1,175.00 | $1,175.00 | 0 |
| Kleber, Kody | Partner | Litigation | 2007 | $175,505.00 | 319.10 | $550.00 | | 0 |
| Layden, Andrew V. | Partner | Bankruptcy | 2010 | $83,476.00 | 203.60 | $410.00 | $410.00 | 0 |

# EXHIBIT B

## SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION

| NAME | TITLE OR POSITION | DEPARTMENT GROUP OR SECTION | DATE OF FIRST ADMISSION[1] | FEES BILLED IN THIS APPLICATION | HOURS BILLED IN THIS APPLICATION | HOURLY RATE BILLED IN THIS APPLICATION | HOURLY RATE BILLED IN FIRST INTERIM APPLICATION | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
|---|---|---|---|---|---|---|---|---|
| Lehrer, II, John R | Partner | Tax | 1999 | $32,625.00 | 45.00 | $725.00 | $725.00 | 0 |
| McCabe, Bridget S. | Partner | Litigation | 2010 | $293,643.00 | 466.10 | $630.00 | | 0 |
| Morris, Kimberly S. | Partner | Litigation | 2004 | $714,657.50 | 798.50 | $895.00 | $895.00 | 0 |
| Murphy, Keith R. | Partner | Bankruptcy | 1996 | $18,648.00 | 16.80 | $1,110.00 | $1,110.00 | 0 |
| Parrish, Jimmy D. | Partner | Bankruptcy | 2000 | $25,016.00 | 42.40 | $590.00 | $590.00 | 0 |
| Payne Geyer, Tiffany | Partner | Bankruptcy | 2000 | $47,638.50 | 104.70 | $455.00 | $455.00 | 0 |
| Rivkin Jr., David B | Partner | Litigation | 1985 | $773,662.50 | 476.10 | $1,625.00 | $1,625.00 | 0 |
| Rose, Jorian L. | Partner | Bankruptcy | 1998 | $773,862.00 | 766.20 | $1,010.00 | $1,010.00 | 0 |
| Sagerman, Eric E. | Partner | Bankruptcy | 1991 | $110,950.50 | 96.90 | $1,145.00 | $1,145.00 | 0 |
| Siddiqi, Numan J. | Partner | Corporate | 1995 | $5,060.00 | 5.50 | $920.00 | | 0 |
| Weible, Robert A. | Partner | Corporate | 1978 | $304,527.00 | 366.90 | $830.00 | $830.00 | 0 |
| Bloom, Jerry R. | Of Counsel | Bankruptcy | 1980 | $1,079,620.50 | 942.90 | $1,145.00 | $1,145.00 | 0 |
| Foley, Elizabeth P. | Of Counsel | Litigation | 1994 | $110,110.00 | 100.10 | $1,100.00 | $1,100.00 | 0 |
| Gechman, Judy G. | Of Counsel | Corporate | 1987 | $4,619.00 | 6.20 | $745.00 | | 0 |
| Bator, Chris | Counsel | Litigation | 1987 | $67,932.00 | 133.20 | $510.00 | | 0 |
| Grabowski-Shaikh, A. | Counsel | Corporate | 2002 | $352,480.00 | 440.60 | $800.00 | | 0 |
| Iannuzzi, Michael M. | Counsel | Real Estate | 2009 | $6,128.50 | 10.30 | $595.00 | | 0 |
| Richardson, David J | Counsel | Bankruptcy | 1993 | $554,370.50 | 809.30 | $685.00 | | 0 |
| Thomas, Emily B. | Counsel | Litigation | 2006 | $91,980.00 | 204.40 | $450.00 | | 0 |
| Alfano, Anthony G. | Associate | Unassigned | 2018 | $7,791.00 | 29.40 | $290.00 | | 0 |
| Attard, Lauren | Associate | Bankruptcy | 2008 | $407,520.00 | 679.20 | $600.00 | $600.00 | 0 |
| Barnes, Cory N. | Associate | Litigation | 2018 | $9,540.00 | 36.00 | $265.00 | | 0 |
| Bennett-Jean, Julia | Associate | Litigation | 2017 | $2,560.00 | 6.40 | $400.00 | | 0 |

# EXHIBIT B

## SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION

| NAME | TITLE OR POSITION | DEPARTMENT GROUP OR SECTION | DATE OF FIRST ADMISSION[1] | FEES BILLED IN THIS APPLICATION | HOURS BILLED IN THIS APPLICATION | HOURLY RATE BILLED IN THIS APPLICATION | HOURLY RATE BILLED IN FIRST INTERIM APPLICATION | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
|---|---|---|---|---|---|---|---|---|
| Bent, Camille | Associate | Bankruptcy | 2009 | $17,202.00 | 28.20 | $610.00 | $610.00 | 0 |
| Berle, Joelle A. | Associate | Litigation | 2007 | $7,178.00 | 14.80 | $485.00 | | 0 |
| Blanchard, Jason I. | Associate | Bankruptcy | 2011 | $270,400.00 | 416.00 | $650.00 | $650.00 | 0 |
| Cho Dyanne | Associate | Litigation | 2015 | $12,444.00 | 24.40 | $510.00 | | 0 |
| Cordiak, Robert W. | Associate | Litigation | 2018 | $9,752.00 | 36.80 | $265.00 | | 0 |
| Cummins, Brady P | Associate | Antitrust | 2014 | $4,960.00 | 12.40 | $400.00 | | 0 |
| Cutts, Kyle T. | Associate | Litigation | 2014 | $4,171.00 | 9.70 | $430.00 | | 0 |
| Davis, Austin N. | Associate | Unassigned | 2019 | $37,921.50 | 143.10 | $265.00 | | 0 |
| Donaho, Thomas A | Associate | Litigation | 2011 | $162,551.00 | 306.70 | $530.00 | $530.00 | 0 |
| Dow, Dustin M. | Associate | Employment | 2012 | $178,226.00 | 488.40 | $365.00 | | 0 |
| Geisinger, Kathryn | Associate | Tax | 2015 | $9,238.00 | 29.80 | $310.00 | | 0 |
| Hayes, Sarah M. | Associate | Litigation | 2019 | $44,575.00 | 178.30 | $250.00 | | 0 |
| Hooper, Rachel P. | Associate | Litigation | 2002 | $4,160.00 | 8.00 | $520.00 | | 0 |
| Jones, Bradley K | Associate | Litigation | 2007 | $27,260.00 | 58.00 | $470.00 | | 0 |
| Jones, Cary P. | Associate | Litigation | 2018 | $5,512.00 | 20.80 | $265.00 | | 0 |
| Jowdy, Joshua | Associate | Litigation | 2017 | $264,792.00 | 601.80 | $440.00 | $440.00 | 0 |
| Kates, Elyssa S. | Associate | Bankruptcy | 2000 | $535,572.00 | 704.70 | $760.00 | $760.00 | 0 |
| Kavouras, Daniel M. | Associate | Litigation | 2012 | $34,821.00 | 95.40 | $365.00 | $365.00 | 0 |
| Khan, Ferve E. | Associate | Bankruptcy | 2009 | $72,115.50 | 110.10 | $655.00 | $655.00 | 0 |
| Kluding, Kristin D | Associate | Unassigned | 2019 | $5,175.00 | 20.70 | $250.00 | | 0 |
| Knudsen, Renee M. | Associate | Litigation | 2016 | $26,450.00 | 57.50 | $460.00 | $460.00 | 0 |
| Lemon, Daniel R. | Associate | Litigation | 2017 | $10,773.00 | 37.80 | $285.00 | | 0 |
| Lockyer, Brittany N. | Associate | Litigation | 2018 | $5,644.50 | 21.30 | $265.00 | | 0 |

# EXHIBIT B

# SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION

| NAME | TITLE OR POSITION | DEPARTMENT GROUP OR SECTION | DATE OF FIRST ADMISSION[1] | FEES BILLED IN THIS APPLICATION | HOURS BILLED IN THIS APPLICATION | HOURLY RATE BILLED IN THIS APPLICATION | HOURLY RATE BILLED IN FIRST INTERIM APPLICATION | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
|---|---|---|---|---|---|---|---|---|
| Lorence, Jenna M. | Associate | Litigation | 2017 | $18,788.00 | 42.70 | $440.00 | | 0 |
| Martinez, Daniella E. | Associate | Litigation | 2016 | $147,440.00 | 368.60 | $400.00 | | 0 |
| McCutcheon, Marcus | Associate | Litigation | 2011 | $37,492.00 | 72.10 | $520.00 | | 0 |
| Merola, Danielle L. | Associate | Bankruptcy | 2015 | $109,557.50 | 337.10 | $325.00 | | 0 |
| Mohan, Sushant | Associate | Litigation | 2014 | $109,305.00 | 242.90 | $450.00 | | 0 |
| Mowbray, Nicholas C. | Associate | Tax | 2010 | $5,355.00 | 8.50 | $630.00 | $630.00 | 0 |
| Parente, Michael | Associate | Employment | 2010 | $2,183.00 | 7.40 | $295.00 | | 0 |
| Pena, Clair C. | Associate | Litigation | 2016 | $44,609.00 | 143.90 | $310.00 | | 0 |
| Perkins Austin, Francesca | Associate | Litigation | 2008 | $14,940.00 | 24.90 | $600.00 | | 0 |
| Raile, Richard B. | Associate | Litigation | 2012 | $33,674.00 | 59.60 | $565.00 | $565.00 | 0 |
| Reynolds, Veronica | Associate | Unassigned | 2019 | $6,800.00 | 20.00 | $340.00 | | 0 |
| Rice, David W. | Associate | Litigation | 2012 | $125,782.00 | 206.20 | $610.00 | $610.00 | 0 |
| Sabella, Michael A. | Associate | Bankruptcy | 2008 | $78,507.00 | 128.70 | $610.00 | $610.00 | 0 |
| Scott, Jenna N. | Associate | Litigation | 2017 | $1,881.50 | 5.30 | $415.00 | | 0 |
| Smith, Shanisha Y | Associate | Environmental | 2013 | $165,628.00 | 352.40 | $470.00 | | 0 |
| Sproull, Kelsey M. | Associate | Litigation | 2011 | 42,539.00 | 82.60 | $515.00 | $515.00 | 0 |
| Steinberg, Zoe M. | Associate | Unassigned | 2018 | $105,536.00 | 310.40 | $340.00 | | 0 |
| Stuy, Lauren T. | Associate | Unassigned | 2019 | $40,863.00 | 154.20 | $265.00 | | 0 |
| Thompson, Taylor M. | Associate | Litigation | 2018 | $33,761.00 | 127.40 | $265.00 | | 0 |
| Trujillo, Alexandra L. | Associate | Litigation | 2018 | $3,910.00 | 11.50 | $340.00 | | 0 |
| Walton, Ryan | Associate | Litigation | 2007 | $55,782.50 | 210.50 | $265.00 | | 0 |

# EXHIBIT B

# SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION

| NAME | TITLE OR POSITION | DEPARTMENT GROUP OR SECTION | DATE OF FIRST ADMISSION[1] | FEES BILLED IN THIS APPLICATION | HOURS BILLED IN THIS APPLICATION | HOURLY RATE BILLED | | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
|---|---|---|---|---|---|---|---|---|
| | | | | | | IN THIS APPLICATION | IN FIRST INTERIM APPLICATION | |
| Thompson, Tyler M. | Sr. Advisor | Gov't Policy | | $43,985.50 | 87.10 | $505.00 | | 0 |
| Divok, Eva | Paralegal | Litigation | | $9,039.00 | 26.20 | $345.00 | | 0 |
| Lane, Deanna L. | Paralegal | Bankruptcy | | $24,136.00 | 86.20 | $280.00 | $280.00 | 0 |
| Petre, Timothy P. | Paralegal | Litigation | | $238,761.00 | 645.30 | $370.00 | | 0 |
| Rawles, Michael | Paralegal | Litigation | | $13,716.00 | 50.80 | $270.00 | $270.00 | 0 |
| Williamson, Forrest G. | Paralegal | Int'nl/Patent | | $9,920.00 | 49.60 | $200.00 | | 0 |
| Bookout, Kimberly M. | Lit. Support Coordinator | Litigation Support | | $10,800.00 | 43.20 | $250.00 | $250.00 | 0 |
| Dyer, Ricky J. | Lit. Support Specialist | Litigation Support | | $1,034.00 | 4.40 | $235.00 | | 0 |
| Gage, Carly R. | Lit. Support Proj. Mngr. | Litigation Support | | $8,887.50 | 22.50 | $395.00 | | 0 |
| Landrio, Nikki M. | Sr. Complex Case Coordinator | Litigation Support | | $140,028.00 | 333.40 | $420.00 | $420.00 | 0 |
| McDonald, Michael H. | Sr. Lit. Supp. Coordinator | Litigation Support | | $46,736.00 | 203.20 | $230.00 | | 0 |
| McIntosh, Casey | Lt. Supp. Jr. Coordinator | Litigation Support | | $4,246.00 | 19.30 | $220.00 | $220.00 | 0 |
| Nunes, Silas T. | Litigation Technology Coordinator | Litigation Support | | $29,014.50 | 84.10 | $345.00 | | 0 |
| Wong, Sun Kei | Litigation Support Analyst | Litigation Support | | $4,075.50 | 14.30 | $285.00 | | 0 |

# EXHIBIT B

# SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION

| NAME | TITLE OR POSITION | DEPARTMENT GROUP OR SECTION | DATE OF FIRST ADMISSION[1] | FEES BILLED IN THIS APPLICATION | HOURS BILLED IN THIS APPLICATION | HOURLY RATE BILLED | | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
|---|---|---|---|---|---|---|---|---|
| | | | | | | IN THIS APPLICATION | IN FIRST INTERIM APPLICATION | |
| Asmann, Paige R. | Legal Researcher | Practice Servicers | | $1,560.00 | 7.80 | $200.00 | | 0 |
| Eyler, Carly D | Legal Researcher | Practice Services | | $1,860.00 | 9.30 | $200.00 | | 0 |
| Snyder, Nicole | Sr. Legal Researcher | Practice Services | | $2,660.00 | 13.30 | $200.00 | | 0 |
| **TOTAL** | | | | **$14,536,600.00** | **21,051.30** | | | |

Case Name: PG&E Corporation and Pacific Gas and Electric Company
Case Number: 19-30088
Applicant's Name: Baker & Hostetler LLP
Date of Application: July 15, 2020
Interim or Final: Interim