# EXHIBIT C-2

# STAFFING PLAN

If the parties consent or the court so directs, a staffing plan approved by the client in advance should generally be attached to each interim and final fee application filed by the applicant. If the fees are sought in the fee application for a greater number of professionals than identified in the staffing plan, the fee application should explain the variance.

| | CATEGORY OF TIMEKEEPER (using categories maintained by the firm) | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE BUDGET PERIOD | AVERAGE HOURLY RATE |
|---|---|---|---|
| Delete | Partner | 35-40 | $868.03 |
| Delete | Of Counsel | 3 | $1,138.34 |
| Delete | Counsel | 5-7 | $671.48 |
| Delete | Associate | 50-60 | $474.11 |
| Delete | Senior Advisor | 1 | $505.00 |
| Delete | Paralegal | 7-10 | $344.45 |
| Delete | Litigation Project Manager | 2 | $395.00 |
| Delete | Litigation Support Coordinator | 5 | $340.75 |
| Delete | Litigation Analyst | 5 | $314.25 |
| | Legal Researcher | 5 | $200.00 |

Case Name: PG&E Corporation and Pacific Gas and Electric Company
Case Number: 19-30088
Applicant's Name: Baker & Hostetler LLP
Date of Application: July 15, 2020
Interim or Final: Interim

UST Form 11-330-C-2 (2013)