# EXHIBIT D-1

# SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY

(*See* Guidelines ¶ C.8. for project category information.)

|     | PROJECT CATEGORY | HOURS BUDGETED | FEES BUDGETED | HOURS BILLED | FEES SOUGHT |
|-----|---|---|---|---|---|
| 001 | Administrative Expense Claims | 10-20 | $6,100-$12,200 | 6.90 | $6,555.00 |
| 002 | Asset Sales/363 Sales | 50-75 | $30,500-$45,750 | 75.10 | $41,670.50 |
| 003 | Automatic Stay | 10-20 | $6,100-$12,200 | 0.00 | $0.00 |
| 004 | Bankruptcy Litigation | 600-800 | $366,000-$488,000 | 562.00 | $253,630.50 |
| 005 | Bar Date Motion/Claims Reconciliation/Claim Reconciliation Issue | 10-20 | $6,100-$12,200 | 1.50 | $781.50 |
| 006 | Case Administration (docket updates, WIP and calendar) | 300-400 | $183,000-$244,000 | 319.80 | $133,010.00 |
| 007 | CCA and Other Aggregator Issues | 10-20 | $6,100-$12,200 | 0.00 | $0.00 |
| 008 | Chapter 11 Plan/Plan Confirmation | 3500-4500 | $2,135,000-$2,745,000 | 4,183.20 | $3,332,013.00 |
| 009 | Committee Meetings and Preparation | 1000-1200 | $610,000-$732,000 | 1,142.80 | $925,657.00 |
| 010 | Corporate and Board Issues | 50-100 | $30,500-$61,000 | 68.00 | $47,416.00 |
| 011 | Customer, Supplier and Vendor Issues | 10-20 | $6,100-$12,200 | 0.00 | $0.00 |
| 012 | DIP Financing/Cash Mgmt./Hedging Transactions | 100-200 | $61,000-$122,000 | 43.20 | $33,546.00 |
| 013 | Disclosure Statement | 300-500 | $183,000-$305,000 | 420.00 | $327,314.50 |
| 014 | Employee Issues | 10-20 | $6,100-$12,200 | 0.50 | $210.00 |
| 015 | Equity Security Holders | 20-30 | $12,200-$18,300 | 0.00 | $0.00 |
| 016 | Exclusivity | 10-20 | $6,100-$12,200 | 0.00 | $0.00 |
| 017 | Executory Contracts/Lease Issues | 20-30 | $12,200-$18,300 | 0.00 | $0.00 |
| 018 | General Case Strategy (includes communications with Committee) | 200-400 | $122,000-$244,000 | 399.90 | $300,336.00 |
| 019 | Hearings and Court Matters | 200-300 | $122,000-$183,000 | 214.80 | $174,739.50 |

# EXHIBIT D-1 (continued)

# SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY

(*See* Guidelines ¶ C.8. for project category information.)

|  | PROJECT CATEGORY | HOURS BUDGETED | FEES BUDGETED | HOURS BILLED | FEES SOUGHT |
|---|---|---|---|---|---|
| 020 | Legislative Issues | 300-400 | $183,000-$244,000 | 261.70 | $204,073.00 |
| 021 | Non-Bankruptcy Litigation | 20-40 | $12,200-$24,400 | 2.30 | $2,360.50 |
| 022 | *Non-Working Travel – Actual Hours Incurred and Fees Incurred* | N/A | N/A | *263.00* | *$180,863.00* |
|  | Non-Working Travel – Reduced to 2 Hours per Judge Montali's rules | 161.40 | $98,454.00 | 161.40 | $117,182.00 |
| 023 | FERC Adversary Proceeding | 0 | $0 | 0.00 | $0.00 |
| 024 | District Court Litigation | 200-400 | $122,000-$244,000 | 311.30 | $226,544.00 |
| 025 | Regulatory Issues including CPUC and FERC | 800-1200 | $488,000-$732,000 | 1,069.80 | $750,458.50 |
| 026 | Retention Applications | 100-140 | $61,000-$85,400 | 215.40 | $166,835.50 |
| 027 | Fee Application: Baker | 225-250 | $137,250-$152,500 | 145.50 | $69,073.50 |
| 028 | Fee Application: Other Professionals | 50-100 | $30,500-$61,000 | 48.40 | $33,135.00 |
| 029 | Schedules/Statement of Financial Affairs | 0 | $0 | 0.00 | $0.00 |
| 030 | Tax Issues | 100-200 | $61,000-$122,000 | 131.50 | $112,619.00 |
| 031 | U.S. Trustee/Fee Examiner issues | 20-40 | $12,200-$24,400 | 11.90 | $3,332.00 |
| 032 | Unsecured Creditor Issues/ Communications/ Meetings | 50-100 | $30,500-$61,000 | 9.10 | $7,005.50 |
| 033 | Utility Issues/Adequate Assurance/Insurance | 0 | $0 | 0.00 | $0.00 |
| 034 | Withdraw Reference | 0 | $0 | 0.00 | $0.00 |
| 035 | Real Estate and Real Property Issues | 10-20 | $6,100-$12,200 | 0.00 | $0.00 |
| 036 | Avoidance Action Analysis/Lien Avoidance Analysis | 10-20 | $6,100-$12,200 | 0.00 | $0.00 |
| 037 | Investigations | 50-100 | $30,500-$61,000 | 136.40 | $146,052.00 |

# EXHIBIT D-1 (continued)

# SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY

(*See* Guidelines ¶ C.8. for project category information.)

|  | PROJECT CATEGORY | HOURS BUDGETED | FEES BUDGETED | HOURS BILLED | FEES SOUGHT |
|---|---|---|---|---|---|
| 038 | Financial Advisors | 10-20 | $6,100-$12,200 | 0.00 | $0.00 |
| 039 | Other Contested Matters | 120-150 | $73,200-$91,500 | 131.50 | $100,333.50 |
| 040 | Operations | 100-160 | $61,000-$97,600 | 137.80 | $80,521.50 |
| 041 | KEIP Issues | 0 | $0 | 0.00 | $0.00 |
| 042 | Subrogation | 100-200 | $61,000-$122,000 | 86.40 | $71,165.00 |
| 043 | Securities | 700-1000 | $427,000-$610,000 | 887.70 | $712,950.50 |
| 044 | Wildfire Assistance Fund | 10-20 | $6,100-$12,200 | 0.30 | $352.50 |
| 045 | Asset Analysis and Recovery | 4000-6000 | $2,440,000-$3,660,000 | 5,861.80 | $2,763,164.00 |
| 046 | Tort Claims Estimation | 500-1000 | $305,000-$610,000 | 613.40 | $416,757.50 |
| 047 | Class Claims Issues | 100-200 | $61,000-$122,000 | 133.80 | $99,955.00 |
| 048 | Kincade Fire Issues | 20-30 | $12,200-$18,300 | 0.50 | $325.00 |
| 049 | Mediation | 250-400 | $152,500-$244,000 | 304.30 | $282,870.50 |
| 050 | Government Claims | 800-1000 | $488,000-$610,000 | 1,025.10 | $899,303.50 |
| 051 | CPUC BK OII 19-09-016 | 800-1000 | $488,000-$610,000 | 893.60 | $788,047.00 |
| 052 | Tort Claims | 600-800 | $366,000-$488,000 | 800.10 | $633,044.50 |
| 053 | Contingency Process | 100-200 | $61,000-$122,000 | 232.60 | $299,260.00 |

# EXHIBIT D-1 (continued)

# SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY

(*See* Guidelines ¶ C.8. for project category information.)

|  | | | | | |
|---|---|---|---|---|---|
| | **TOTAL** | 16,716.40-<br>24,026,40 | $10,197,004.00-<br>$14,656,104.00[1] | 21,051.30 | $14,563,600.00 |

---

[1] Applicant's budgeted fees in the instant Fourth Interim Application were based upon the blended rate of $610 per hour for all timekeepers from the Applicant's Third Interim Application (Doc. No. 6286). During the months covered by Applicant's Fourth Interim Application, Applicant's staffing resulted in an increase in the blended rate for all timekeepers from $610 per hour to approximately $692 per hour; however, Applicant did not apply its customary annual rate increases, which rates became effective in January, 2020, to the professionals for their services to the TCC as a courtesy to the TCC and the estates. In addition, Applicant's blended hourly rate for services performed on behalf of the TCC are well below Weil, Gotshal & Manges LLP's blended hourly rate of $1,015. The fees sought in this Fourth Interim Application continue to be in-line with the fees budgeted.

| | |
|---|---|
| Case Name: | PG&E Corporation and Pacific Gas & Electric Company |
| Case Number: | 19-30088 |
| Applicant's Name: | Baker & Hostetler LLP |
| Date of Application: | July 15, 2020 |
| Interim or Final: | Interim |