# EXHIBIT D-2

## SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY

*(See* Guidelines ¶ C.8. for project category information.)

|      | CATEGORY                                                  | AMOUNT      |
|------|-----------------------------------------------------------|-------------|
| 610  | Airfare/Trainfare (E110)                                  | $33,147.21  |
| 04   | Automated Research (E106)                                 | $34,001.36  |
| 260  | Business Meals (E111)                                     | $6,008.05   |
| 07   | Color Copies (E101)                                       | $227.00     |
| 03   | Copier/Duplication (E101)                                 | $495.50     |
| 210  | Court Costs (E112)                                        | $1,738.05   |
| 370  | Delivery Services (E107)                                  | $1,127.25   |
| 230  | Depositions (E115)                                        | $9,674.70   |
| 380  | Document Specialist (E119)                                | $11,900.20  |
| 395  | Electronic Court Fees (E112)                              | $531.42     |
| 620  | Filing Fees (E112)                                        | $181.00     |
| 630  | Ground Transportation Local (E109)                        | $865.99     |
| 635  | Ground Transportation Out of Town (E110)                  | $6,015.58   |
| 650  | Lodging (E110)                                            | $52,617.59  |
| 670  | Meals While Traveling (E110)                              | $3,580.62   |
| 440  | Messenger Service (E107)                                  | $613.91     |
| 680  | Mileage Reimbursement (E110)                              | $205.20     |
| 270  | Miscellaneous (E124) (meeting rooms, A/V set up, etc.)    | $11,165.67  |
| 450  | Online Research (E016)                                    | $2,789.59   |

|  | CATEGORY | AMOUNT |
|---|---|---|
| 470 | Other Professional Services/Experts (E123) | $1,616,424.38 |
| 480 | Outside Duplicating & Binding (E102) | $6,250.92 |
| 263 | Overtime Business Meals (E111) | $142.86 |
| 633 | Overtime Ground Transportation Local (E109) | $290.54 |
| 05 | Postage (E108) | $317.01 |
| 510 | Service of Process/Subpoena Fees | $39,562.79 |
| 530 | Teleconference Charges (E105) | $1,952.40 |
| 250 | Transcripts (E116) | $3,403.20 |
| 570 | Videographic Services (E123) | $2,748.51 |
| **TOTAL** |  | **$1,847,978.50** |

Case Name: PG&E Corporation and Pacific Gas and Electric Company
Case Number: 19-30088
Applicant's Name: Baker & Hostetler LLP
Date of Application: July 15, 2020
Interim or Final: Interim