UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re:

PG&E CORPORATION,

- and -

PACIFIC GAS AND ELECTRIC COMPANY,

Debtors.

Case No. 19-30088 (DM)

Chapter 11
(Lead Case)
(Jointly Administered)

**Claim Number: 1604, Claim Amount: $12,662.67**

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Certex USA, Inc., a creditor in the above-referenced bankruptcy proceeding, has changed its address and requests that service of any pleadings, distributions, notices, or correspondence in this matter should be sent to the new address noted below, effective immediately.

Certex USA, Inc. hereby revokes its authority to further amend the address for its claim without the written consent of VonWin Capital Management, L.P., who can be noticed at the below New Address.

**OLD ADDRESS**

Certex USA, Inc.
P.O. Box 201553
Dallas, TX 75320-1553

**NEW ADDRESS**

Certex USA, Inc.
c/o VonWin Capital Management, L.P.
261 Fifth Avenue, 22nd Floor
New York, NY 10016

Dated: 7/15/2020

Respectfully submitted,

By: _Dee Schweigert_
Title: CFO