# EXHIBIT B

# Exhibit B

# Budget and Staffing Plan

**Aggregate Budget for Matter Categories for the Period Beginning on February 1, 2020 and Ending on May 31, 2020**

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted |
|---|---|---|---|
| **Applicable to the Debtors** | | | |
| 020 | Legislative Issues | 30 | $35,200 |
| 021 | Non-Bankruptcy Litigation / Wildfire (Criminal) | 11,880 | $6,823,450 |
| 022 | Non-Working Travel | 130[1] | $162,125 |
| 023 | Purchase Power Agreements (including Adversary Proceedings) | 100 | $78,450 |
| 025 | Regulatory Issues | 5,027 | $4,527,430 |
| 026 | Retention / Billing / Fee Applications: MTO | 100 | $74,750 |
| 033 | TUB - Tubbs Fire state court litigation | N/A | N/A |
| 034 | TUF – Tubbs Fire Estimation & Discovery and Investigation Related to Estimation | 70 | $67,200 |
| 035 | Kincade | 2,010 | $1,403,800 |
| 036 | Inverse Condemnation Appeal | 100 | $101,800 |
| **Total** | | **19,447** | **$13,274,305** |

---

[1] Non-working travel time is budgeted in accordance with the local guidelines of Judge Montali, which provide for up to two hours of non-working travel time for air travel to account for unavoidable non-working time such as going through airport security, and in accordance with an agreement with Mr. Bruce Markell, the fee examiner, for non-working time for car travel, which provides no compensation for the first 90 minutes of car travel and a 50% reduction for car travel in excess of 90 minutes. The reduction of 50% is implemented by a 50% reduction in the car travel hours recorded by the timekeeper.

**Aggregate Staffing Plan Across All Matter Categories
for the Period Beginning on February 1, 2020 and Ending on May 31, 2020**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Weighted Average Hourly Rate |
|---|---|---|
| Partner | 17 | $1,162 |
| Of Counsel | 2 | $890 |
| Associate | 9 | $777 |
| Jr. Associate | 6 | $624 |
| Staff Attorney | 16 | $450 |
| Paralegal | 6 | $384 |
| ALS | 3 | $427 |
| Case Clerks | 1 | $115 |
| Library | 1 | $345 |
| **Total Attorney** | 50 | $723 |
| **Total Non-Attorney** | 11 | $359 |
| **Total** | 61 | $683 |