# EXHIBIT C

# Exhibit C

## Voluntary Rate Disclosures

Below is a comparison of the blended hourly rate (billed amount / billed hours) by timekeeper category that was billed to the Debtors during the Fee Period and that was billed on all other matters during the period from June 1, 2019 through May 31, 2020.

| *Fees Billed by date Worked* | | |
|---|---|---|
| | **Blended Hourly Rates** | |
| **Timekeeper Category** | **Billed in this Fee Application 2/1/20-5/31/20 (PG&E Timekeepers)** | **Billed to clients other than PGE 6/1/19-5/31/20 (All MTO Timekeepers)** |
| Partner | $ 1,201 | $ 984 |
| Of Counsel | $ 898 | $ 882 |
| Associate | $ 718 | $ 696 |
| Staff Attorney | $ 455 | $ 418 |
| **Attorneys Total** | **$ 886** | **$ 731** |
| Paralegal | $ 355 | $ 335 |
| ALS | $ 444 | $ 397 |
| Case Clerk | $ 115 | $ 112 |
| Library | $ 345 | $ 299 |
| **Paraprofessionals Total** | **$ 367** | **$ 308** |
| **Grand Total** | **$ 822** | **$ 571** |