# EXHIBIT D

# Exhibit D

## Summary of Timekeepers for the period

## February 1, 2020 - May 31, 2020

| NAME OF PROFESSIONAL: | POSITION | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION | AREA OF PRACTICE / CONCENTRATION |
|---|---|---|---|---|---|---|
| Kevin S. Allred | Partner | 1986 | $1,020.00 | 558.7 | $569,874.00 | Litigation |
| Brad D. Brian | Partner | 1977 | $1,500.00 | 255.9 | $383,850.00 | Litigation |
| Erin J. Cox | Partner | 2009 | $950.00 | 287.5 | $273,125.00 | Litigation |
| Robert L. Dell Angeleo | Partner | 1992 | $1,060.00 | 10.2 | $10,812.00 | Litigation |
| Lisa J. Demsky | Partner | 1996 | $1,060.00 | 273.2 | $289,592.00 | Litigation |
| Michael R. Doyen | Partner | 1982 | $1,320.00 | 474.2 | $625,944.00 | Litigation |
| David H. Fry | Partner | 1997 | $1,150.00 | 4.5 | $5,175.00 | Litigation |
| Elaine J. Goldenberg | Partner | 1997 | $1,060.00 | 10.5 | $11,130.00 | Appellate |
| David B. Goldman | Partner | 1991 | $1,150.00 | 9.6 | $11,040.00 | Corporate |
| Seth Goldman | Partner | 2002 | $1,150.00 | 432.7 | $497,605.00 | Restructuring |
| Miriam Kim | Partner | 2002 | $950.00 | 67.1 | $63,745.00 | Litigation |
| Judith T. Kitano | Partner | 1988 | $1,220.00 | 5.8 | $7,076.00 | Corporate |
| Kelly L.C. Kriebs | Partner | 1999 | $1,150.00 | 74.4 | $85,560.00 | Corporate |
| C. David Lee | Partner | 2000 | $1,220.00 | 20.3 | $24,766.00 | Corporate |
| Cary B. Lerman | Partner | 1972 | $1,320.00 | 6.1 | $8,052.00 | Litigation |
| Luis Li | Partner | 1991 | $1,400.00 | 0.4 | $560.00 | Litigation |
| Matthew A. MacDonald | Partner | 2008 | $950.00 | 0.4 | $380.00 | Litigation |
| Kathleen M. McDowell | Partner | 1984 | $920.00 | 27.9 | $25,668.00 | Appellate |
| Fred A. Rowley, Jr. | Partner | 1997 | $1,060.00 | 0.3 | $318.00 | Appellate/ Complex Litigation |
| James C. Rutten | Partner | 1997 | $1,060.00 | 327.0 | $346,620.00 | Litigation |
| Henry Weissmann | Partner | 1987 | $1,400.00 | 921.4 | $1,289,960.00 | Litigation |
| Jeffery Y. Wu | Partner | 2007 | $950.00 | 25.9 | $24,605.00 | Litigation |
| Mark R. Yohalem | Partner | 2005 | $990.00 | 1.6 | $1,584.00 | Appellate |
| Kimberly A. Chi | Of Counsel | 2006 | $920.00 | 2.8 | $2,576.00 | Finance |
| Sarah J. Cole | Of Counsel | 2002 | $890.00 | 882.7 | $785,603.00 | Litigation |
| Bradley R. Schneider | Of Counsel | 2004 | $950.00 | 127.4 | $121,030.00 | Restructuring |
| Matthew Schonholz | Of Counsel | 2006 | $920.00 | 26.7 | $24,564.00 | Taxation |
| Nick Axelrod | Associate | 2013 | $845.00 | 554.4 | $468,468.00 | Litigation |
| Michael C. Baker | Associate | 2016 | $725.00 | 229.8 | $166,605.00 | Litigation |
| Andre W. Brewster | Associate | 2015 | $780.00 | 335.9 | $262,002.00 | Litigation |
| Graham B. Cole | Associate | 2014 | $820.00 | 231.5 | $189,830.00 | Litigation |
| Allison M. Day | Associate | 2015 | $780.00 | 2.9 | $2,262.00 | Litigation |
| Raquel E. Dominguez | Associate | 2019 | $490.00 | 410.6 | $201,194.00 | Litigation |
| Nicholas D. Fram | Associate | 2012 | $860.00 | 37.9 | $32,594.00 | Litigation |
| Brendan Gants | Associate | 2016 | $820.00 | 16.3 | $13,366.00 | Litigation |
| Alexander S. Gorin | Associate | 2017 | $665.00 | 220.2 | $146,433.00 | Litigation |
| Skylar B. Grove | Associate | 2015 | $780.00 | 428.1 | $333,918.00 | Litigation |
| Lauren M. Harding | Associate | 2015 | $780.00 | 265.3 | $206,934.00 | Litigation |

| NAME OF PROFESSIONAL: | POSITION | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION | AREA OF PRACTICE / CONCENTRATION |
|---|---|---|---|---|---|---|
| Natalie Karl | Associate | 2017 | $665.00 | 215.0 | $142,975.00 | Corporate |
| Lloyd Marshall | Associate | 2018 | $565.00 | 360.2 | $203,513.00 | Litigation |
| Megan L. McCreadie | Associate | 2017 | $665.00 | 493.2 | $327,978.00 | Litigation |
| Michele C. Nielsen | Associate | 2016 | $725.00 | 2.6 | $1,885.00 | Litigation |
| Alexandra Peacock | Associate | 2016 | $725.00 | 2.1 | $1,522.50 | Corporate |
| Teresa A. Reed Dippo | Associate | 2015 | $780.00 | 494.2 | $385,476.00 | Litigation |
| Giovanni S. Saarman Gonzalez | Associate | 2016 | $725.00 | 808.9 | $586,452.50 | Litigation |
| Cobus van der Ven | Associate | 2017 | $665.00 | 110.5 | $73,482.50 | Litigation |
| Mark M. Chowdhury | Staff Counsel | 1991 | $405.00 | 74.9 | $30,334.50 | N/A |
| Michael Y. Doko | Staff Counsel | 1998 | $430.00 | 48.0 | $20,640.00 | N/A |
| Candice Fuller | Staff Counsel | 2014 | $490.00 | 33.6 | $16,464.00 | N/A |
| Michael L. Lerew | Staff Counsel | 1993 | $405.00 | 26.0 | $10,530.00 | N/A |
| Shelley Lipman | Staff Counsel | 1993 | $405.00 | 67.2 | $27,216.00 | N/A |
| Susan Liu | Staff Counsel | 2001 | $490.00 | 35.2 | $17,248.00 | N/A |
| Terence M. McKiernan | Staff Counsel | 1999 | $490.00 | 117.4 | $57,526.00 | N/A |
| Lisa M. McLean | Staff Counsel | 2001 | $405.00 | 30.5 | $12,352.50 | N/A |
| Hadi Motiee | Staff Counsel | 2007 | $490.00 | 24.6 | $12,054.00 | N/A |
| Doris R. Perl | Staff Counsel | 1990 | $490.00 | 66.5 | $32,585.00 | N/A |
| Mark M. Perl | Staff Counsel | 1991 | $490.00 | 62.6 | $30,674.00 | N/A |
| Allison E. Rector | Staff Counsel | 2018 | $430.00 | 59.4 | $25,542.00 | N/A |
| Jarett D. Reid | Staff Counsel | 2010 | $430.00 | 33.5 | $14,405.00 | N/A |
| Barni Rothman | Staff Counsel | 1985 | $430.00 | 16.2 | $6,966.00 | N/A |
| Arjang Seraji | Staff Counsel | 1997 | $490.00 | 66.9 | $32,781.00 | N/A |
| Ramon K. Castillo | Paralegal | N/A | $345.00 | 761.5 | $262,717.50 | N/A |
| Jennifer Galindo | Paralegal | N/A | $395.00 | 11.6 | $4,582.00 | N/A |
| Bruce M. Gordon | Paralegal | N/A | $345.00 | 136.3 | $47,023.50 | N/A |
| Arn Jacobsen | Paralegal | N/A | $395.00 | 0.4 | $158.00 | N/A |
| Michael J. Lamb | Paralegal | N/A | $395.00 | 0.7 | $276.50 | N/A |
| Danny R. Munson | Paralegal | N/A | $395.00 | 21.4 | $8,453.00 | N/A |
| Larry M. Polon | Paralegal | N/A | $345.00 | 124.1 | $42,814.50 | N/A |
| Cynthia R. Richardson | Paralegal | N/A | $395.00 | 228.5 | $90,257.50 | N/A |
| Victor H. Gonzales | ALS | N/A | $370.00 | 28.6 | $10,582.00 | N/A |
| Bowe Kurowski | ALS | N/A | $455.00 | 144.5 | $65,747.50 | N/A |
| Jason D. Troff | ALS | N/A | $455.00 | 46.3 | $21,066.50 | N/A |
| Jennifer C. Mendoza | Clerk | N/A | $115.00 | 7.3 | $839.50 | N/A |
| Marissa E. Andrea | Library | N/A | $345.00 | 0.3 | $103.50 | N/A |
| Agnes O. Villero | Library | N/A | $345.00 | 11.1 | $3,829.50 | N/A |
| **Total Professionals:** | | | | **12,339.9** | **$10,143,473.50** | |