# EXHIBIT E

# Exhibit E

## Summary of Actual and Necessary Expenses for the Fee Period

| Expense | Amount |
|---|---|
| Meals | $4,729.11 |
| Travel – Airfare | $21,015.38 |
| Travel – Hotel | $54,723.62 |
| Travel – Ground (Local) | $1,836.00 |
| Travel – Ground (Out of Town) | $8,216.69 |
| Consultants/Professional Services/Expert Fees | $538,974.15 |
| Filing/Recording/Registration Fees | $482.51 |
| Transcripts | $17,773.00 |
| Copying Charges/Outside | $18,338.59 |
| Messenger | $4,414.19 |
| Air Express | $564.39 |
| Staff Overtime | $150.00 |
| Other Expenses | $1,323.70 |
| **Total** | **$672,541.33** |