# EXHIBIT F

**Exhibit F**

**Summary, by Matter Category, of Fees Budgeted and Fees Incurred During the Fee Period**

| Matter Number | Project Category Description | Hours | | Total Compensation | | Expenses | Total |
|---|---|---|---|---|---|---|---|
| | | Budgeted | Billed | Budgeted | Billed | | |
| 020 | Legislative Issues | 30 | 0.0 | $35,200 | $0.00 | - | $0.00 |
| 021 | Non-Bankruptcy Litigation / Wildfire (Criminal) | 11,880 | 3,444.4 | $6,823,450 | $2,824,792.00 | - | $2,824,792.00 |
| 022 | Non-Working Travel | 130[1] | 67.2 | $162,125 | $69,816.00 | - | $69,816.00 |
| 023 | Purchase Power Agreements (including Adversary Proceedings) | 100 | 62.7 | $78,450 | $66,733.50 | - | $66,733.50 |
| 025 | Regulatory Issues | 5,027 | 7,416.0 | $4,527,430 | $6,371,162.50 | - | $6,371,162.50 |
| 026 | Retention / Billing / Fee Applications: MTO | 100 | 212.4 | $74,750 | $131,542.50 | - | $131,542.50 |
| 033 | TUB - Tubbs Fire state court litigation (Judge Jackson) | N/A | 8.2 | N/A | $6,087.50 | - | $6,087.50 |
| 034 | TUF – Tubbs Fire Estimation & Discovery and Investigation Related to Estimation | 70 | 0.0 | $67,200 | $0.00 | - | $0.00 |
| 035 | Kincade | 2,010 | 1,129.0 | $1,403,800 | $673,339.50 | - | $673,339.50 |
| 036 | Inverse Condemnation Appeal | 100 | 0.0 | $101,800 | $0.00 | - | $0.00 |
| **Total** | | **19,447** | **12,339.9** | **$13,274,305** | **$10,143,473.50** | **$672,541.33** | **$10,816,014.83** |

---

[1] Non-working travel time is budgeted in accordance with the local guidelines of Judge Montali, which provide for up to two hours of non-working travel time for air travel to account for unavoidable non-working time such as going through airport security, and in accordance with an agreement with Mr. Bruce Markell, the fee examiner, for non-working time for car travel, which provides no compensation for the first 90 minutes of car travel and a 50% reduction for car travel in excess of 90 minutes. The reduction of 50% is implemented by a 50% reduction in the car travel hours recorded by the timekeeper.