# EXHIBIT G

# Exhibit G

## Summary of Fees by Matter for the Fee Period

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 021 | Non-Bankruptcy Litigation – Criminal Wildfire Investigation | 3,444.4 | $2,824,792.00 |
| 022 | Non-Working Travel | 67.2 | $69,816.00 |
| 023 | Power Purchase Agreements and FERC | 62.7 | $66,733.50 |
| 025 | Regulatory | 7,416.0 | $6,371,162.50 |
| 026 | MTO Retention and Fee Applications | 212.4 | $131,542.50 |
| 033 | TUB - Tubbs Fire state court litigation (Judge Jackson) | 8.2 | $6,087.50 |
| 034 | TUF – Tubbs Fire Estimation & Discovery and Investigation Related to Estimation | 0.0 | $0.00 |
| 035 | Kincade | 1,129.0 | $673,339.50 |
| 036 | Inverse Condemnation Appeal | 0.0 | $0.00 |
| **Total:** | | **12,339.9** | **$10,143,473.50** |

: