| | |
|---|---|
| 1 | Ron Oliner (SBN: 152373)<br>**DUANE MORRIS LLP**<br>One Market Plaza<br>Spear Tower, Suite 2200<br>San Francisco, CA 94105-1127<br>Telephone: (415) 957-3000<br>Facsimile: (415) 957-3001<br>Email: roliner@duanemorris.com<br><br>Christopher R. Belmonte<br>Pamela A. Bosswick<br>**DUANE MORRIS LLP**<br>230 Park Avenue, Suite 1130<br>New York, NY 10169<br>Telephone: (212) 818-9200<br>Facsimile: (212) 818-9606<br>Email: CRBelmonte@duanemorris.com<br>Email: PABosswick@duanemorris.com<br><br>Attorneys for International Business<br>Machines Corporation |

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>   - and –<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                    **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>X Affects both Debtors<br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br><br><br>**NOTICE OF CHANGE OF LAW FIRM NAME AND E-MAIL ADDRESSES** |

   **PLEASE TAKE NOTICE** that the law firm SATTERLEE STEPHENS LLP, attorneys for International Business Machines Corporation, has combined with and changed its name to DUANE MORRIS LLP. The address, phone numbers, and facsimile number of the firm will remain the same.

DM1\11132205.2                                    1

The email addresses for Christopher R. Belmonte and Pamela A. Bosswick have changed to the following:

| | |
|---|---|
| Christopher R. Belmonte, Esq. | CRBelmonte@duanemorris.com |
| Pamela A. Bosswick, Esq. | PABosswick@duanemorris.com |

Dated: July 15, 2020

**DUANE MORRIS LLP**

By: /s/ Ron Oliner
Ron Oliner

Attorneys for International Business Machines Corporation