**EXHIBIT A**

| TIME SUMMARY BY CATEGORY | | | | |
|---|---|---|---|---|
| **Matter** | **Name** | **Billing Rate** | **Hours** | **Amount** |
| **CRIMINAL INVESTIGATION (10006)** | | | | |
| | Reid J. Schar | $1,155 | 44.6 | $ 51,513.00 |
| | Matthew S. Hellman | $895 | 92.3 | $ 82,608.50 |
| | Coral A. Negron | $840 | 4.3 | $ 3,612.00 |
| | Matthew E. Price | $840 | 36.2 | $ 30,408.00 |
| | Wesley M. Griffith | $791 | 13.6 | $ 10,757.60 |
| | Julian J. Ginos | $731 | 0.5 | $ 365.50 |
| | Elizabeth B. Deutsch | $660 | 84.5 | $ 55,770.00 |
| | Noah B. Bokat-Lindell | $660 | 93.4 | $ 61,644.00 |
| | Christopher R. Ward | $385 | 3.8 | $ 1,463.00 |
| | **TOTAL** | | **373.2** | **$ 298,141.60** |
| **DOI INVESTIGATION (10014)** | | | | |
| | Thomas J. Perrelli | $1,315 | 0.1 | $ 131.50 |
| | Matthew L. Haws | $895 | 0.3 | $ 268.50 |
| | Emily M. Loeb | $830 | 2.2 | $ 1,826.00 |
| | Carla J. Weiss | $791 | 0.9 | $ 711.90 |
| | **TOTAL** | | **3.5** | **$ 2,937.90** |
| **FEDERAL CONTRACTS ADVICE & COUNSEL (10065)** | | | | |
| | Thomas J. Perrelli | $1,315 | 3.5 | $ 4,602.50 |
| | Matthew L. Haws | $895 | 25.9 | $ 23,180.50 |
| | Carla J. Weiss | $791 | 2.1 | $ 1,661.10 |
| | **TOTAL** | | **31.5** | **$ 29,444.10** |
| **FCC REGULATORY ADVICE & COUNSEL (10081)** | | | | |
| | Johanna R. Thomas | $830 | 8.3 | $ 6,889.00 |
| | David M. Didion | $791 | 30.1 | $ 23,809.10 |
| | Tarica Chambliss | $435 | 56.3 | $ 24,490.50 |
| | **TOTAL** | | **94.7** | **$ 55,188.60** |
| **LOCATE & MARK (10111)** | | | | |
| | Brian P. Hauck | $920 | 1.8 | $ 1,656.00 |
| | Andrew F. Merrick | $840 | 0.2 | $ 168.00 |
| | **TOTAL** | | **2.0** | **$ 1,824.00** |
| **BANKRUPTCY EMPLOYMENT (10252)** | | | | |
| | Randall E. Mehrberg | $1,050 | 1.0 | $ 1,050.00 |
| | Brian P. Hauck | $920 | 3.9 | $ 3,588.00 |
| | Angela M. Allen | $825 | 13.5 | $ 11,137.50 |
| | William A. Williams | $595 | 7.1 | $ 4,224.50 |
| | **TOTAL** | | **25.5** | **$ 20,000.00** |

| FERC INTERLOCK ADVICE (10309) | | | | |
|---|---|---|---|---|
| | Suedeen G. Kelly | $1,025 | 3.5 | $ 3,587.50 |
| | Jason T. Perkins | $595 | 6.6 | $ 3,927.00 |
| | TOTAL | | 10.1 | $ 7,514.50 |
| **PSPS PROCEEDINGS (10341)** | | | | |
| | Brian P. Hauck | $920 | 11.2 | $ 10,304.00 |
| | E. Glenn Rippie | $895 | 5.5 | $ 4,922.50 |
| | Andrew F. Merrick | $840 | 3.4 | $ 2,856.00 |
| | Michael Guerra | $840 | 3.5 | $ 2,940.00 |
| | Wesley M. Griffith | $791 | 23.0 | $ 18,193.00 |
| | Monika N. Kothari | $660 | 6.7 | $ 4,422.00 |
| | Theresa L. Busch | $323 | 5.6 | $ 1,808.80 |
| | TOTAL | | 58.9 | $ 45,446.30 |
| **SECTION 203 FILING RE BANKRUPTCY PLAN (10562)** | | | | |
| | Suedeen G. Kelly | $1,025 | 12.2 | $ 12,505.00 |
| | E. Glenn Rippie | $895 | 8.4 | $ 7,518.00 |
| | Hanna M. Conger | $731 | 9.1 | $ 6,652.10 |
| | Jason T. Perkins | $595 | 1.1 | $ 654.50 |
| | TOTAL | | 30.8 | $ 27,329.60 |
| **RESPONSE PLAN INVESTIGATION (10571)** | | | | |
| | Brian P. Hauck | $920 | 13.0 | $ 11,960.00 |
| | E.K. McWilliams | $731 | 11.2 | $ 8,187.20 |
| | Samuel Jahangir | $660 | 65.9 | $ 43,494.00 |
| | Amy Egerton-Wiley | $540 | 21.5 | $ 11,610.00 |
| | Amir A. Shakoorian Tabrizi | $540 | 70.0 | $ 37,800.00 |
| | Diana V. Chuck | $323 | 4.7 | $ 1,518.10 |
| | TOTAL | | 186.3 | $ 114,569.30 |
| **HOURLY RATE MATTER TOTAL** | | | 816.5 | $ 602,395.90 |

| FLAT RATE MATTERS | |
|---|---:|
| FERC Monitoring (10333) | $1,800.00 |
| U.S. Dept. of Health & Human Services Monitoring (10368) | $2,700.00 |
| California Energy Commission Monitoring (10384) | $1,800.00 |
| California Independent Systems Operator Monitoring (10392) | $1,800.00 |
| NERC/WECC Monitoring (10406) | $1,800.00 |
| Federal Communications Commission Monitoring (10422) | $1,800.00 |
| Environmental Protection Agency Monitoring (10431) | $1,800.00 |
| California Air Resources Board Monitoring (10449) | $1,800.00 |
| California State Water Resources Control Board Monitoring (10457) | $1,800.00 |
| Occupational Safety & Health Administration Monitoring (10465) | $1,800.00 |
| Securities & Exchange Commission Monitoring (10493) | $1,800.00 |
| New York Stock Exchange Monitoring (10503) | $1,800.00 |
| Internal Revenue Service Monitoring (10511) | $1,800.00 |
| Federal Aviation Administration Monitoring (10528) | $1,800.00 |
| CAL/OSHA (Division of Occupational Safety & Health, California Dept. of Industrial Relations) Monitoring (10597) | $1,800.00 |
| California Occupational Safety and Health Review Commission & OSHSB Monitoring (10601) | $1,800.00 |
| **FLAT RATE MATTER TOTAL** | **$29,700.00** |
| **GRAND TOTAL** | **$632,095.90** |