# EXHIBIT B

**TIME SUMMARY BY PROFESSIONAL**
**(HOURLY MATTERS ONLY)**

| TITLE | NAME OF PROFESSIONAL | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL AMOUNT REQUESTED |
|---|---|---|---|---|---|---|
| **Partners** | Randall E. Mehrberg | Energy | 1980 | $1,050 | 1.0 | $1,050.00 |
| | Thomas J. Perrelli | Litigation | 1991 | $1,315 | 3.6 | $4,734.00 |
| | Reid J. Schar | Litigation | 1997 | $1,155 | 44.6 | $51,513.00 |
| | Suedeen G. Kelly | Energy | 1976 | $1,025 | 15.7 | $16,092.50 |
| | Brian P. Hauck | Litigation | 2001 | $920 | 29.9 | $27,508.00 |
| | Matthew S. Hellman | Litigation | 2003 | $895 | 92.3 | $82,608.50 |
| | Matthew L. Haws | Gov't Contracts | 2002 | $895 | 26.2 | $23,449.00 |
| | E. Glenn Rippie | Energy | 1985 | $895 | 13.9 | $12,440.50 |
| | Andrew F. Merrick | Litigation | 2006 | $840 | 3.6 | $3,024.00 |
| | Matthew E. Price | Litigation | 2007 | $840 | 36.2 | $30,408.00 |
| | Coral A. Negron | Litigation | 2008 | $840 | 4.3 | $3,612.00 |
| | Michael Guerra | Energy | 1988 | $840 | 3.5 | $2,940.00 |
| | Emily M. Loeb | Litigation | 2010 | $830 | 2.2 | $1,826.00 |
| | Johanna R. Thomas | Comm., Intern. & Tech. | 2008 | $830 | 8.3 | $6,889.00 |
| | Angela M. Allen | Restr. & Bankr. | 2008 | $825 | 13.5 | $11,137.50 |
| **Special Counsel** | David M. Didion | Litigation | 2011 | $791 | 30.1 | $23,809.10 |
| | Carla J. Weiss | Gov't Contracts | 2012 | $791 | 3.0 | $2,373.00 |
| **Total Partners & Special Counsel:** | | | | | **331.9** | **$305,414.10** |
| **Associates** | Wesley M. Griffith | Litigation | 2012 | $791 | 36.6 | $28,950.60 |
| | E.K. McWilliams | Litigation | 2014 | $731 | 11.2 | $8,187.20 |
| | Hanna M. Conger | Energy | 2012 | $731 | 9.1 | $6,652.10 |
| | Julian J. Ginos | Litigation | 2014 | $731 | 0.5 | $365.50 |
| | Elizabeth B. Deutsch | Litigation | 2016 | $660 | 84.5 | $55,770.00 |
| | Samuel Jahangir | Litigation | 2016 | $660 | 65.9 | $43,494.00 |
| | Noah B. Bokat-Lindell | Litigation | 2016 | $660 | 93.4 | $61,644.00 |
| | Monika N. Kothari | Litigation | 2016 | $660 | 6.7 | $4,422.00 |
| | William A. Williams | Restr. & Bankr. | 2015 | $595 | 7.1 | $4,224.50 |

| | Name | Department | Year Admitted | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| | Jason T. Perkins | Litigation | 2017 | $595 | 7.7 | $4,581.50 |
| | Amy Egerton-Wiley | Litigation | 2018 | $540 | 21.5 | $11,610.00 |
| | Amir A. Shakoorian Tabrizi | Litigation | 2018 | $540 | 70.0 | $37,800.00 |
| **Dept. Counsel** | Tarica Chambliss | Litigation | 2007 | $435 | 56.3 | $24,490.50 |
| **Total Associates & Dept. Counsel:** | | | | | 470.5 | $292,191.90 |
| **Sr. Paralegal** | Christopher R. Ward | Litigation | N/A | $385 | 3.8 | $1,463.00 |
| **Paralegals** | Theresa L. Busch | Litigation | N/A | $323 | 5.6 | $1,808.80 |
| | Diana V. Chuck | Litigation | N/A | $323 | 4.7 | $1,518.10 |
| **Total Paraprofessionals and Other Staff:** | | | | | 14.1 | $4,789.90 |
| | | | | | 816.5 | $ 602,395.90 |

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL AMOUNT REQUESTED |
|---|---|---|---|
| Partners & Special Counsel | $920.20 | 331.9 | $ 305,414.10 |
| Associates & Dept. Counsel | $621.02 | 470.5 | $ 292,191.90 |
| Paraprofessionals and other non-legal staff | $339.71 | 14.1 | $ 4,789.90 |
| Blended Attorney Rate | $744.77 | 802.4 | $ 597,606.00 |
| **Total Fees Incurred** | **$737.78** | **816.5** | **$ 602,395.90** |