## EXHIBIT C

## DISBURSEMENT SUMMARY

| EXPENSES | AMOUNT |
|---|---|
| Court Fees | $70.00 |
| **TOTAL DISBURSEMENT** | **$70.00** |