# EXHIBIT E

# EXPENSE DETAIL

LAW OFFICES
# JENNER & BLOCK LLP
353 N. Clark Street  
CHICAGO, ILLINOIS 60654-3456  
(312) 222-9350

| | |
|---|---|
| CLIENT NUMBER: | 56604 |
| MATTER NUMBER: | 10287 |

PACIFIC GAS AND ELECTRIC COMPANY  
ATTN: LEGAL FINANCE SUPPORT GROUP  
77 BEALE STREET  
B30A  
SAN FRANCISCO, CA 94105

JUNE 22, 2020  
INVOICE # 9531789

**EXPENSES**  
**1907533**

FOR PROFESSIONAL SERVICES RENDERED THROUGH MAY 31, 2020:     $ .00

DISBURSEMENTS     $ 70.00

TOTAL INVOICE     $ 70.00

Electronic Invoice

LAW OFFICES

# JENNER & BLOCK LLP
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

PACIFIC GAS AND ELECTRIC COMPANY  INVOICE #  9531789
ATTN: LEGAL FINANCE SUPPORT GROUP
77 BEALE STREET
B30A
SAN FRANCISCO, CA  94105

CLIENT NUMBER:  56604  JUNE 22, 2020

FOR PROFESSIONAL SERVICES RENDERED
THROUGH MAY 31, 2020:

EXPENSES  MATTER NUMBER - 10287
1907533

**DISBURSEMENTS**

| | | |
|---|---|---:|
| 5/20/20 | Court Fees, DAVID M. DIDION, 05/20/2020; FCC fee for the PG&E bankruptcy emergence. | 70.00 |
| | TOTAL DISBURSEMENTS | $ 70.00 |

INVOICE TOTAL  $ 70.00