BROWN RUDNICK LLP
Joel S. Miliband (SBN 077438)
(JMiliband@brownrudnick.com)
2211 Michelson Drive
Seventh Floor
Irvine, California 92612
Telephone: (949) 752-7100
Facsimile: (949) 252-1514

BROWN RUDNICK LLP
David J. Molton (SBN 262075)
(DMolton@brownrudnick.com)
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

Attorneys for Trustee and Claims Administrator

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| -and- | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors.** | |
| ☐ **Affects PG&E Corporation**<br>☐ **Affects Pacific Gas and Electric Company**<br>☒ **Affects both Debtors** | Date: TBD<br>Time: TBD<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 98102 |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | **Objection Deadline**: N/A |

**THIRD SUMMARY REPORT
OF FEES AND EXPENSES OF FIRE VICTIM TRUSTEE, CLAIMS
ADMINISTRATOR & PROFESSIONALS RETAINED BY FIRE VICTIM
TRUST PURSUANT TO APPOINTMENT ORDERS [DOCKET NOS. 6759 & 6760]**

Pursuant to the *Order Granting Application of the Official Committee of Tort Claimants pursuant to 11 U.S.C. §§ 1103 and 363 and Fed. R. Bankr. P. 2014 and 5002 to Retain and Employ Hod. John J. Totter (Ret.) as Trustee Nunc Pro Tunc to January 13, 2020* [Docket No. 6760] and *Order Granting Application of the Official Committee of Tort Claimants pursuant to 11 U.S.C. §§ 1103 and 363 and Fed. R. Bankr. P. 2014 and 5002 to Retain and Employ Cathy Yanni as Claims Administrator Nunc Pro Tunc to January 13, 2020* [Docket No. 6759] (together the "**Appointment Orders**"), the Hon. John K. Trotter (Ret.), as Trustee of the Fire Victim Trust (the "**Trustee**"), in the above-captioned Chapter 11 cases of PG&E Corporation, et al. (the "**Debtors**" and the "**Chapter 11 Case**"), submits this Third Summary Report of Fire Victim Trustee's, Claims Administrator's, and Professionals' Fees and Expenses for the period of May 1, 2020 through and including June 30, 2020 (the "**Third Summary Report**" and "**Reporting Period**").

## SUMMARY OF REPORT

The Appointment Orders require the Trustee to provide a monthly submission: (i) detailing the amounts of fees and expenses incurred by the Claims Administrator, the Trustee and the Trust Professionals (as defined in the Appointment Orders) in the preceding month; and (ii) including his determination that the amounts paid to each professional is reasonable and necessary based on the services provided. *See* Appointment Orders, ¶ 8.[1] During the Reporting Period, the Trustee and Claims Administrator obtained services from the following Trust Professionals: (i) administrative staff assisting the Claims Administrator; (ii) Fire Victim Claim Budgeting Staff; (iii) an accountant; (iv) BrownGreer PLC; (v) Brown Rudnick LLP; (vi) Houlihan Lokey; and (vii) Blank Rome LLP.[2] During this third Reporting Period, which covers the period from May 1, 2020 through June 30, 2020, the Trustee and Claims Administrator and their professional teams incurred total fees of $8,515,249.50 and expenses of $72,681.39. The Trustee has considered and reviewed the services

---

[1] The Fire Victim Trust became effective on July 1, 2020, the Effective Date of the Plan. *See* Notice of Entry of Confirmation Order and Occurrence of Effective Date of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020 [Docket No. 8252]. Therefore, under the Appointment Orders, the Engagement Term expired on July 1, 2020 and this Reporting Period is the final reporting period thereunder.

[2] Trustee and Claims Administrator may retain additional professionals prior to the Effective Date of the Plan, as authorized by the Appointment Orders.

rendered by the Claims Administrator and each of the invoices for the Trust Professionals. Based on his review of such invoices, the Trustee has determined that all of the fees and expenses included in this Third Summary Report for the Reporting Period were actual, necessary and reasonable compensation or reimbursement for services rendered during the Reporting Period.

**AGGREGATE SUMMARY REPORT**

| *General Information* | |
|---|---|
| Reporting Party | Justice John K. Trotter, Trustee |
| Date of Order Approving Payment of Fees and Expenses of Reporting Party | April 14, 2020 |
| *Summary of Fees and Expenses Included in this Report* | |
| Time Period Covered by this Report | May 1, 2020 through June 30, 2020 |
| Total Aggregate Fees That were Actual, Reasonable, and Necessary for the Reporting Period | $ 8,515,249.50 |
| Total Aggregate Expense Reimbursement That were Actual, Reasonable, and Necessary for the Reporting Period | $ 72,681.39 |
| *Summary of Fees and Expenses by Professional* | |
| Trustee | $ 262,500.00 |
| Claims Administrator | $ 508,172.00 |
| Claims Administrator's Staff | $ 110,250.00 |
| Fire Victim Claim Budget Staff | $ 16,170.00 |
| BrownGreer PLC | $ 3,484,847.33 |
| Brown Rudnick LLP | $ 2,424,664.91 |
| Houlihan Lokey | $ 1,160,358.68 |
| Blank Rome, LLP | $ 2,626.00 |
| StoneTurn | $ 561,285.00 |
| NERA Economic Associates, Inc. | $ 13,989.50 |

| | |
|---|---|
| Accounting Staff Fees & Expenses | $ 43,067.47 |
| **Total Fees & Expenses** | **$ 8,587,930.89** |
| ***Summaries of Total Amounts Paid During The Reporting Period[3]*** | |
| Trustee | $ 405,000.00 |
| Claims Administrator | $ 752,472.00 |
| Claims Administrator's Staff | $ 179,375.00 |
| Fire Victims Claim Budget Staff | $ 16,170.00 |
| BrownGreer PLC | $ 5,846,856.77 |
| Brown Rudnick LLP | $ 4,100,921.46 |
| Houlihan Lokey | $ 1,510,358.68 |
| Blank Rome, LLP | $ 2,626.00 |
| StoneTurn | $ 561,285.00 |
| NERA Economic Associates, Inc. | $ 13,989.50 |
| Accounting Staff Fees & Expenses | $ 76,395.13 |
| **Total Fees & Expenses Actual Paid** | **$ 13,465,449.54** |

## INDIVIDUALIZED REPORT

### I. TRUSTEE'S FEES & EXPENSES

During the Reporting Period, the Trustee expended considerable time on all matters of coordinating the formulation and establishment of the Trust with the purpose of maximizing benefit to Fire Victims. The Trustee participated in numerous conferences and negotiations with multiple interested parties on a variety of issues relating to the Fire Victim Trust prior to the Effective Date. As the cases proceeded toward the Confirmation Hearing, the Trustee participated, on a daily basis, in calls, correspondence and conferences with the Trust Professionals and other stakeholders in

---

[3] As noted herein, the Trustee paid during the Reporting Period, certain fees and expenses that were incurred in earlier Reporting Periods.

respect of the numerous confirmation-related issues relevant to the Fire Victim Trust. During the course of the Reporting Period, the Trustee continued to review and provide input on multiple drafts of the formative documents of the trust including but not limited, to the Claims Resolution Procedures, the Trust Agreement, and claims questionnaires. The Trustee also worked with his counsel and communicated with the TCC and other stakeholders to audit and participate in the negotiations and mediations surrounding entry into a registration rights agreement in favor of the Fire Victim Trust. The Trustee worked with his Counsel to prepare for the Confirmation hearing and for other hearings related thereto in respect to matters relevant to the Trust and the trust documents. Relatedly, the Trustee worked with his counsel to respond to objections from stakeholders to matters relevant to the Trust and trust documents. The Trustee worked with his Counsel and the other professionals to make certain that all operative documents that were prerequisites to the Effective Date were in proper and acceptable form. Additionally, the Trustee interviewed and employed the necessary financial institutions to assure that the consideration due to the Fire Victim Trust could be received and accepted on the Effective Date. Finally, the Trustee oversaw the fulfilment of the Fire Victim Trust's obligations that were prerequisite to the occurrence of the Effective Date.

| Summary of Hours and Fees | | | |
|---|---|---|---|
| **Title & Name Of Professional** | **Rate** | **Hours** | **Amount** |
| Hon. John K. Trotter (ret.) | $ 1,500 | 175.0 | $ 262,500.00 |

| Summary of Expenses | |
|---|---|
| **Expense** | **Amount** |
| None | **$ 0.00** |

II. **CLAIMS ADMINISTRATOR'S FEES & EXPENSES**

During the Reporting Period, the Claims Administrator was intimately involved in all matters of formulating and establishing the Trust Documents, particularly as they relate to and

5

affect aspects of the claims resolution process, including developing, the detailed and complex claims questionnaires in consultation with various interested parties. The Claims Administrator continued to assist the Trustee in participating in conferences and negotiations with the TCC and other parties in interest concerning the Trust Documents and various aspects of the claims resolution process and Claims Resolution Procedures.

The Claims Administrator continued to devote significant time coordinating with BrownGreer PLC ("BrownGreer"), professionals associated with the TCC, other Trust Professionals, and other parties-in-interest in processing and organizing the vast and varied sum of data and documents related to the Fire Victim Claims. The Claims Administrator expended substantial time with BrownGreer, her budgeting staff and other Trust Professionals to begin developing the complex claims intake forms and processes that will be used to organize the approximately 80,000 claims that must be administrated under the Claims Resolution Procedures. Additionally, the Claims Administrator continued to work closely with BrownGreer and her budgeting staff in order to develop the economic and valuation modeling of claims categories, claims resolution process and distribution process. Finally, the Claims Administrator worked with the Trustee and other professionals to begin organizing preparing the website, claims portal and its functionalities.

| Summary of Hours and Fees | | | |
|---|---|---|---|
| **Title & Name Of Professional** | **Rate** | **Hours** | **Amount** |
| Cathy Yanni | $1,250 | 362.5 | $ 453,125.00 |

| Summary of Expenses | |
|---|---|
| **Expense** | **Amount** |
| JAMS-Case Management Fee | $ 55,047.00 |
| **Total Expenses** | **$ 55,047.00** |

6

## III. CLAIMS ADMINISTRATORS' STAFF MEMBERS' FEES & EXPENSES

Mr. David Agretelis continued to provide instrumental administrative, coordinative, and substantive support to the Claims Administrator and the Trustee on all issues facing the putative Trust during the Reporting Period. Mr. Agretelis worked hand-in-hand with the budgeting staff, external stakeholders, and other Trust Professionals to continue the process of receiving, reviewing and organizing the data necessary to administer the Claims Resolution Procedure. Mr. Agretelis participated in numerous meetings, conferences, and planning sessions in respect of program budgeting, developing the claims review protocols, and designing the claims questionnaires. Mr. Agretelis also continued to act as the liaison between the Claims Administrator, outside stakeholders and BrownGreer and other Trust Professionals in all areas, including, but not limited to all data collection, claims processing, budgeting and/or modeling tasks. Mr. Agretelis assisted the Claims Administrator and the other professionals to begin organizing and preparing the website, claims portal and its functionalities. Mr. Boserup continued to assist the Claims Administrator in organizing and formulating the proposed appeals officer role in the claims resolution procedures.

| Summary of Hours and Fees by Professional | | | |
|---|---|---|---|
| **Title & Name Of Professional** | **Rate** | **Hours** | **Amount** |
| David Agretelis | $ 350 | 249.0 | $ 87,150.00 |
| Viggo Boserup | $1,100 | 21.0 | $ 23,100.00 |
| **Total Fees** | | | **$110,250.00** |

| Summary of Expenses | |
|---|---|
| **Expense** | **Amount** |
| None | $ 0.00 |

7

## IV. FIRE VICTIM CLAIM BUDGETING STAFF'S FEES & EXPENSES

During the Reporting Period, Eric Kennedy and his team continued their work with the Claims Administrator, BrownGreer and other Trust Professionals continued to structure and develop the modeling for economic and valuation budgeting of the claims resolution process, including but not limited to the modeling of the following types of claims: real property, personal property, personal income loss, business loss, wrongful death and serious personal injury, emotional distress, and other damages. Eric Kennedy also acted as a liaison between stakeholders and the Claims Administrator and Trustee in respect of continued development of the Claims Questionnaire as it may affect budgeting.

| Summary of Hours and Fees by Professional | | | |
|---|---|---|---|
| **Title & Name Of Professional** | **Rate** | **Hours** | **Amount** |
| Eric Kennedy | $ 1,100 | 14.7 | $ 16,170.00 |
| **Total Fee** | | | **$ 16,170.00** |

| Summary of Expenses | |
|---|---|
| **Expense** | **Amount** |
| None | $ 0.00 |
| **Total Expenses** | **$ 0.00** |

## V. BROWNGREER PLC'S FEES & EXPENSES

During the Reporting Period, BrownGreer continued the development of the program's database, which will be used as the centralized repository for all functions related to the processing of claims submitted by the Fire Victims. BrownGreer has committed software programmers and developers to build out the fundamentals of the database, design and build the functions and capabilities necessary to execute the program and to begin incorporating the data and information already available to BrownGreer. Additionally, BrownGreer continues to work to integrate certain third-party data sources including massive amounts of insurance data into the program database and

8

insurance claims database. During the Reporting Period, BrownGreer designed programmed, updated and launched the Trust's website: https://www.firevictimtrust.com.

Additionally, during the Reporting Period, BrownGreer continued to work closely with the Claims Administrator and her budgeting and administrative staff to design and develop claims questionnaires and other form documents tailored to the different damage categories covered by the Claims Resolution Procedures, including real property, personal property, personal income loss, business loss, wrongful death and serious personal injury, emotional distress, and other damages. In addition, and in conjunction with the Claims Administrator and her budgeting and administrative staff, BrownGreer has worked on developing and defining the elements and requirements for eligibility for all claims asserted by Fire Victims in the Trust. BrownGreer has also worked intimately with the Claims Administrator's budgeting staff to begin modeling and planning the budget.

| Summary of Hours and Fees by Professional | | | |
|---|---|---|---|
| **Title & Name Of Professional** | **Rate** | **Hours** | **Amount** |
| BrownGreer PLC - May | Varied | | $ 1,560,761.00 |
| BrownGreer PLC - June | Varied | | $ 1,921,269.50 |
| **Total Fees** | | | **$ 3,482,030.50** |

| Summary of Expenses | |
|---|---|
| **Expense** | **Amount** |
| May Expenses | $ 1,517.01 |
| June Expenses | $ 1,299.82 |
| **Total Expenses** | **$ 2,816.83** |

VI. **BROWN RUDNICK'S FEES & EXPENSES**

The Reporting Period covered the critical time leading up to and through both the

9

confirmation of the Plan and the Effective Date. Brown Rudnick provided advice to the Trustee and Claims Administrator in respect of all matters and issues bearing on the confirmation of the Plan and the confirmation hearing. Brown Rudnick worked with the TCC and many stakeholders, including objectors, to finalize the Trust's documents and resolve objections thereto, including, but not limited to, the objections raised by Adventist Health, AT&T, the Paradise Entities, Comcast and certain of their affiliates (the "Ad Hoc Objection"). Brown Rudnick prepared pleadings on behalf of the Trustee in response to various requests from the Court and Brown Rudnick represented the Trustee at the multi-day Confirmation hearing, and hearings related thereto, including the hearing on the Ad Hoc Objection. Further, Brown Rudnick advised the Trustee in connection with the negotiation of the Registration Rights Agreement in favor of the Fire Victim Trust as well as ancillary documents necessary to effectuate the Plan, including the Tax Benefit Payments Agreement and letters of credit associated therewith. Brown Rudnick worked diligently to fulfill all of the Trustee's obligations in connection with the Effective Date.

Additionally, during the Reporting Period, Brown Rudnick advised and assisted the Trustee and Claims Administrator in organizing the various financial, tax, accounting, and reporting roles and mechanisms necessary to ensure that the Trust would be functional on the Effective Date. Brown Rudnick continued to organize and participate in financial institution due diligence and assisted in the retention of an asset manager as well as with organizing the necessary mechanics to permit funding on the Effective Date.

Brown Rudnick also continued to provide advice to the Trustee and Claims Administrator on the various and complex tax issues that face the Trust and Fire Victims. Brown Rudnick began analyzing the tax consequences of distribution to Fire Victims on account of the different types of claims that may be asserted in the Fire Victim Trust. Brown Rudnick also provided advice to the Trustee and Claims Administrator on the tax consequences and issues attendant to the various forms of consideration that is proposed to be provided to the Trust upon the Effective Date of the Plan.

Through the Reporting Period, Brown Rudnick continued to advise the Trustee and Claims Administrator on various matters involving regulatory requirements as a stockholder of a reporting

10

company in order to ensure the Trust's compliance therewith on and following the Effective Date. Additionally, in close conjunction with Houlihan Lokey, Brown Rudnick continued to provide advice to the Trustee and Claims Administrator on the Trust's ability to dispose of stock of the reorganized company in compliance with securities regulations following the Effective Date

| Summary of Hours and Fees by Professional ||||| 
|---|---|---|---|---|
| Name Of Professional | Position/Year Admitted to Practice/Department | Rate | Hours | Amount |
| David J. Molton | Partner 1983 Bankruptcy & Corporate Restructuring | $ 1,405 | 292.60 | $411,103.00 |
| Steven Pohl | Partner 1989 Bankruptcy & Corporate Restructuring | $ 1,295 | 186.00 | $240,870.00 |
| Phillip J. Flink | Partner 1981 Corporate & Capital Markets | $ 1,175 | 167.50 | $196,812.50 |
| Barbara J. Kelly | Counsel 1982 Corporate & Capital Markets | $ 1,060 | 348.60 | $369,516.00 |
| Oksana P. Lashko | Partner 2008 Bankruptcy & Corporate Restructuring | $ 1,000 | 184.60 | $184,600.00 |
| Cathrine M. Castaldi | Partner 1991 Bankruptcy & Corporate Restructuring | $ 1,000 | 10.10 | $10,100.00 |
| Vincent J. Guglielmotti | Partner 2005 Corporate & Capital Markets | $ 985 | 66.40 | $65,404.00 |
| Nicole M. Bouchard | Partner 2005 Corporate & Capital Markets | $ 865 | 89.80 | $77,677.00 |
| Andreas P. Andromalos | Partner 2001 Finance | $985.00 | 8.50 | $8,372.50 |

| | | | | |
|---|---|---|---|---|
| Joel S. Miliband | General Counsel and Chief Legal Officer Litigation & Arbitration | $980.00 | 5.40 | $5,292.00 |
| Edward J. Naughton | Partner Litigation & Arbitration | $1,060.00 | 8.70 | $9,222.00 |
| Marek P. Krzyzowski | Partner 2005 Litigation & Arbitration | $955.00 | 7.30 | $6,971.50 |
| Elliot I. Katz | Counsel 2009 Corporate & Capital Markets | $650.00 | 6.00 | $3,900.00 |
| Gerard T. Cicero | Associate 2015 Bankruptcy & Corporate Restructuring | $ 800 | 249.60 | $199,680.00 |
| Graciela K. Aguero | Associate 2016 Corporate & Capital Markets | $ 630 | 245.50 | $154,665.00 |
| Samuel A. Moniz | Associate 2016 Commercial Litigation | $ 630 | 4.20 | $2,646.00 |
| Cyavash N. Ahmadi | Associate 2014 Corporate & Capital Markets | $ 585 | 143.20 | $83,772.00 |
| Susan Sieger-Grimm | Associate 1994 Bankruptcy & Corporate Restructuring | $ 545 | 562.30 | $306,453.50 |
| Camille M. Vasquez | Associate Commercial Litigation | $ 735 | 36.20 | $26,607.00 |
| Alvin B. Carter III | Associate 2019 Corporate | $ 510 | 20.30 | $10,353.00 |
| Samuel V. Toomey | Associate 2019 Corporate & Capital Markets | $ 485 | 11.70 | $5,674.50 |
| Blair M. Rinne | Associate 2014 White Collar Defense & Government Investigations | $735.00 | 2.70 | $1,984.50 |

| | | | | |
|---|---|---|---|---|
| Jessica N. Meyers | Associate 2015 Litigation & Arbitration | $800.00 | 12.50 | $10,000.00 |
| Nina Khalatova | Paralegal Bankruptcy & Corporate Restructuring | $ 395 | 53.30 | $21,053.50 |
| Mary A. Kramer | Paralegal Corporate | $ 410 | 5.7 | $2,337.00 |
| **Total Fees Incurred** | | | | **$ 2,415,066.50** |

| Summary of Expenses | |
|---|---|
| **Expense** | **Amount** |
| Postage | $ 17.40 |
| Meals | $ 24.12 |
| Teleconferencing | $ 502.71 |
| Specialized Online Research Services | $ 3,560.00 |
| Westlaw | $ 3,676.17 |
| Copies | $ 181.86 |
| CourtCall | $ 1,124.25 |
| Pacer | $ 511.90 |
| **Total Expenses** | **$ 9,598.41** |

## VII.  HOULIHAN LOKEY

During the Reporting Period, Houlihan Lokey devoted considerable time providing investment banking and financial advice to the Trustee on a number of issues directly related to preserving the value of the assets and rights that were transferred to the Trust upon the Effective Date. Preliminary valuation analysis provided by Houlihan Lokey was updated on an ongoing basis to reflect real-time movement in the public equity markets and further augmented to demonstrate the effects of the Debtors' proposed new equity offering structure. Valuation analysis,

complimented by on-going diligence as proceedings progressed, supplied the Trust with detailed information as to the current state of negotiations as well as the expected value of assets to be distributed to the Trust at the Effective Date. Furthermore, detailed analysis into the Trust's rights as a stockholder by Houlihan Lokey supported negotiations of those rights throughout the Reporting Period.

Houlihan Lokey coordinated with the TCC, the Debtors, plan proponents, and other stakeholders on various complex negotiations and mediations. Throughout numerous conferences, Houlihan Lokey worked hand-in-hand with Brown Rudnick as well as other interested parties in the negotiation of the Trust's rights as a stockholder under the registration rights agreement. The registration rights agreement is a highly complex agreement impacting multiple stakeholders and was heavily negotiated by all parties involved. It was a critical agreement to lock into place prior to the Plan going effective. Houlihan Lokey also worked closely with various other Trust professionals to provide advice to the Trustee in the continued negotiation of the Debtors' exit financing and securities documents that will bind or affect the Trust and its beneficiaries.

Additionally, during the Reporting Period, Houlihan Lokey analyzed the timing and available alternatives for the monetization of the stock in the reorganized company to be issued to the Trust. Houlihan Lokey reviewed numerous different alternatives to monetize the stock and worked closely with various other Trust professionals to provide advice on the potential impacts from the on-going negotiations of the Trust's rights as a stockholder under the registration rights agreement. Throughout on-going negotiations of the Trust's rights as stockholder, Houlihan Lokey also analyzed potential impacts to the timing of monetization of the stock to be issued to the Trust and worked with the various other Trust professionals to ensure all potential impacts were considered during the negotiations. Lastly, Houlihan Lokey worked with the various other Trust professionals to provide updates and advice to the Trustee on the monetization impacts at various times throughout the Reporting Period.

Following the release of a new equity offering structure by the Debtors during the Reporting Period, Houlihan Lokey worked extensively to understand the intricacies of the structure and engaged in various discussions regarding key points of interest coinciding between the new

structure and the Trust's rights as a stockholder. Houlihan Lokey analyzed the potential impacts to the Trust from the new structure including the potential impact on the value of the Trust's stock at emergence relative to the previous structure as well as impacts to the Trust's availability and timing for monetizing stock following the Effective Date. Houlihan Lokey engaged in discussions and negotiations to ensure that the new equity offering structure did not hamper the Trust's rights as a shareholder nor its ability to monetize the Debtors' reorganize stock on a relative and absolute basis in an effort to preserve the expected value of the Trust's equity following the Effective Date. Houlihan Lokey worked with the various other Trust professionals to update the Trustee and provide advice regarding the new equity offering structure and the potential impacts to value of the Trust's stock, timing of monetization and the Trust's rights as a shareholder.

During the Reporting Period, Houlihan Lokey provided analysis that supported the negotiations with other parties-of-interest regarding the Debtor's estimation of Normalized Net Income ("NNI") as well as the Trust's percentage ownership of the Debtor's reorganized stock following the Effective Date. In coordination with Brown Rudnick as well as other parties, Houlihan Lokey supplied analysis into various potential scenarios and their related impacts on the Debtors' NNI as well as the Trust's percentage ownership which resulted in a thoroughly negotiated process and a materially higher ownership percentage for the Trust than contemplated during initial settlement discussions or implied by initial NNI estimates.

During the Reporting Period, leading up to the Effective Date, Houlihan Lokey assisted the Trust in surveying potential hedging options in preparation for their receipt of the Debtors' reorganized stock. Additionally, Houlihan Lokey, hand-in-hand with Brown Rudnick, ensured that the Trust's previously negotiated shareholder rights were fundamentally upheld throughout the launch of the debt and equity offerings as part of the Debtors' launch and closure of their exit financing. Houlihan Lokey ensured, through discussions with various interested parties, that the Trust's previously negotiated ownership percentage would not be diluted by any known and expected share issuances, namely greenshoe share issuances, following the Effective Date and that the Trust received the correct number of shares on the Effective Date, including shares on behalf of dilution from the greenshoe backstop.

15

| Summary of Monthly Compensation ||
|---|---|
| May Fee | $ 450,000 |
| June Fee | $ 450,000 |

| Summary of Expenses ||
|---|---|
| **Expense** | **Amount** |
| Out-of-pocket Expenses | $10,358.68 |

## VIII. BLANK ROME, LLP

During the Reporting Period, attorneys from Blank Rome who are licensed to practice law in the State of Delaware provided focused advice to the Trustee in respect of the Trust's compliance with the laws of the State of Delaware, solely in its capacity as a Delaware Statutory Trust.

| Summary of Hours and Fees by Professional ||||| 
|---|---|---|---|---|
| **Name Of Professional** | **Position/Year Admitted to Practice/Department** | **Rate** | **Hours** | **Amount** |
| Stephen Whelan | Partner Finance | $ 1,010 | 2.60 | $2,626.00 |

| Summary of Expenses ||
|---|---|
| **Expense** | **Amount** |
| None | $0.00 |

## IX. STONETURN

StoneTurn was retained to provide expert advice in connection with the evaluation, estimation and valuation of real property Fire Victim claims. StoneTurn spent considerable time developing and refining their economic modelling of real property claims and thereafter worked with the Trust's professionals, including BrownGreer in order to familiarize them with models.

16

| Summary of Hours and Fees by Professional ||||
|---|---|---|---|
| Month | Rate | Hours | Amount |
| June 2020 | $ Various | 693.80 | $307,415.00 |
| May 2020 | $ Various | 531.40 | $253,870.00 |
| **Total** | | | **$ 561,285.00** |

## X. NERA ECONOMIC ASSOCIATES, INC.

NERA Economic Associates, Inc. ("NERA") was retained in June 2020 to provide expert advice to the Trustee and Claims administrator in connection with the economic estimation and modelling of multiple claim categories as well as the modelling of assets available for distribution over time including, but not limited to, for the purposes of reserves.

| Summary of Hours and Fees by Professional ||||
|---|---|---|---|
| Position | Rate | Hours | Amount |
| Officers | $ 695.00 | 18.60 | $ 12,927.00 |
| Analysts | $ 425.00 | 2.50 | $ 1,062.50 |
| **Total Fees Incurred** | | | **$13,989.50** |

## XI. ACCOUNTING FEES & EXPENSES

Over the course of the Reporting Period, Tim Jorstad and his team performed the Trust's accounting functions and continued to assist in the organization of the Fire Victim Trust's operational structures.

| Summary of Hours and Fees by Professional ||||
|---|---|---|---|
| Title & Name Of Professional | Rate | Hours | Amount |
| Timothy J. Jorstad | $500 | 64.0 | $32,000.00 |
| Elizabeth Sykes | $235 | 23.0 | $5,405.00 |
| Ratna Kennedy | $250 | 20.25 | $5,062.50 |
| Deborah K. Jorstad | $200 | .50 | $100.00 |
| **Total Fees** | | | **$42,567.50** |

| Summary of Expenses | |
|---|---|
| **Expense** | **Amount** |
| None | $499.97 |

## CONCLUSION

WHEREFORE, Justice Trotter has attached hereto as **Exhibit A**, his certification that he has reviewed all of the fees and expenses discussed herein and has determined that the payments and disbursements made on account of such fees and expenses were reasonable and necessary in light of the services rendered.

DATED: July 15, 2020

BROWN RUDNICK LLP



Joel S. Miliband (SBN 077438)
(JMiliband@brownrudnick.com)
2211 Michelson Drive
Seventh Floor
Irvine, California 92612
Telephone:　(949) 752-7100
Facsimile:　(949) 252-1514

and

BROWN RUDNICK LLP
David J. Molton (SBN 262075)
(DMolton@brownrudnick.com)
Seven Times Square
New York, New York 10036
Telephone:　(212) 209-4800
Facsimile:　(212) 209-4801

Attorneys for Trustee and Claims Administrator

# EXHIBIT "A"

# **CERTIFICATION**

I, John K. Trotter, pursuant to section 1736 of title 28 of the United States Code hereby declare and certify under penalty of perjury that I have reviewed all of the fees and expenses discussed in the Third Summary Report to which this certification is appended to as an exhibit and have determined that the payments and disbursements made on account of such fees and expenses were reasonable and necessary in light of the services rendered.

_____
Hon. John K. Trotter (Ret.)