# EXHIBIT A

## COMPENSATION BY PROFESSIONAL
## APRIL 1, 2020 THROUGH APRIL 30, 2020

The attorneys and paraprofessionals who rendered professional services in these Chapter 11 Cases during the Fee Period are:

| NAME OF PROFESSIONAL PARTNERS: | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Peter T. Barbur | Litigation | 1989 | $1,500 | 27.70 | $41,550.00 |
| Richard A. Hall | Corporate | 1989 | 1,500 | 95.10 | 142,650.00 |
| Andrew W. Needham | Tax | 1995 | 1,500 | 47.30 | 70,950.00 |
| Paul H. Zumbro | Corporate | 1998 | 1,500 | 45.60 | 68,400.00 |
| Kevin J. Orsini | Litigation | 2004 | 1,500 | 87.60 | 131,400.00 |
| Omid H. Nasab | Litigation | 2007 | 1,350 | 76.20 | 102,870.00 |
| Nicholas A. Dorsey | Corporate | 2010 | 1,100 | 69.70 | 76,670.00 |
| C. Daniel Haaren | Corporate | 2013 | 1,100 | 232.10 | 255,310.00 |
| Evan Norris | Litigation | 2003 | 1,100 | 46.00 | 50,600.00 |
| **Total Partners:** | | | | **727.30** | **$940,400.00** |

| NAME OF PROFESSIONAL ASSOCIATES: | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Lillian S. Grossbard | Litigation | 1998 | $1,020 | 28.60 | $29,172.00 |
| Scott Reents | Litigation | 2008 | 975 | 21.50 | 20,962.50 |
| Arvind Ravichandran | Tax | 2013 | 960 | 49.40 | 47,424.00 |
| Christopher Beshara | Litigation | 2015 | 940 | 198.60 | 186,684.00 |
| Michael Zaken | Litigation | 2015 | 940 | 71.30 | 67,022.00 |
| Salah M. Hawkins | Litigation | 2016 | 890 | 41.40 | 36,846.00 |
| Alexander Gerten | Corporate | 2017 | 855 | 99.50 | 85,072.50 |
| Nicholas Medling | Litigation | 2017 | 855 | 214.30 | 183,226.50 |
| Rebecca Schindel | Litigation | 2017 | 855 | 38.00 | 32,490.00 |
| Bradley R. Niederschulte | Litigation | 2018 | 840 | 99.20 | 83,328.00 |
| Monica D. Kozycz | Litigation | 2018 | 840 | 205.20 | 172,368.00 |
| Patrick S. Taylor | Corporate | 2018 | 840 | 223.20 | 187,488.00 |
| Brittany Sherman | Litigation | 2019 | 750 | 239.40 | 179,550.00 |
| Caleb Robertson | Litigation | 2019 | 750 | 152.50 | 114,375.00 |
| Margaret Fleming | Corporate | 2019 | 750 | 145.00 | 108,750.00 |
| Seann Archibald | Corporate | 2019 | 750 | 198.80 | 149,100.00 |
| Sofia Gentel | Litigation | 2019 | 750 | 15.10 | 11,325.00 |
| Kyle Jorstad | Tax | 2020 | 750 | 90.20 | 67,650.00 |
| Andrew Astore | Corporate | 2019 | 595 | 147.20 | 87,584.00 |
| Harold King | Corporate | 2020 | 595 | 127.50 | 75,862.50 |
| Ori Oren | Corporate | 2020* | 595 | 120.00 | 71,400.00 |
| Benjamin Wylly | Litigation | ** | 595 | 156.30 | 92,998.50 |
| Raffaele DiMaggio | Litigation | 2004 | 565 | 132.40 | 74,806.00 |
| Trebor Lloyd | Litigation | 1993 | 415 | 27.40 | 11,371.00 |
| Andrew Weiner | Litigation | 1997 | 415 | 46.60 | 19,339.00 |
| Donald Sanyi | Litigation | 2011 | 415 | 163.80 | 67,977.00 |
| **Total Associates:** | | | | 3,052.40 | $2,264,171.50 |

\* - Admitted following Fee Period.
\*\* - Not yet admitted.

| NAME OF PARAPROFESSIONALS: | DEPARTMENT | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Stephanie Scanzillo | Litigation Legal Assistant | $310 | 85.40 | $26,474.00 |
| Veronica Velasco | Litigation Legal Assistant | 310 | 38.60 | 11,966.00 |
| Vivian Fernandez | Litigation Legal Assistant | 310 | 52.60 | 16,306.00 |
| Hüsniye Cogur | Litigation Legal Assistant | 290 | 78.20 | 22,678.00 |
| Nicole Jakobson | Litigation Legal Assistant | 290 | 88.30 | 25,607.00 |
| Ryan Render | Litigation Legal Assistant | 290 | 52.20 | 15,138.00 |
| **Total Paraprofessionals:** | | | **395.30** | **$118,169.00** |

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners | $1,293.00 | 727.30 | $940,400.00 |
| Associates | 741.77 | 3,052.40 | 2,264,171.50 |
| Paraprofessionals | 298.93 | 395.30 | 118,169.00 |
| **Blended Attorney Rate** | **$847.84** | | |
| **Total Fees Incurred** | | **4,175.00** | **$3,322,740.50**[1] |
| **Less Credit**[2] | | | **($40,063.50)** |
| **Total Adjusted Fees** | | | **$3,282,677.00** |

---

[1] Net of $101,764.50 in voluntary write offs.

[2] Consistent with the Court's determination at the October 7, 2019 omnibus hearing regarding pre-admitted attorney rates, Cravath has capped pre-admitted attorney rates for billing purposes at $450 per hour resulting in a discount of $40,063.50 for the Fee Period.