# EXHIBIT B

## COMPENSATION BY WORK TASK CODE FOR SERVICES RENDERED BY CRAVATH, SWAINE & MOORE LLP FOR THE PERIOD APRIL 1, 2020 THROUGH APRIL 30, 2020

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| ADMN | Case Administration (Incl. Docket Updates and Case Calendar) | 64.40 | $19,762.00 |
| ADVS | Adversary Proceedings | 9.00 | 7,431.00 |
| AUTO | Automatic Stay | 0.80 | 600.00 |
| CASE | General Case Strategy | 93.70 | 75,662.50 |
| CASH | Financing / Cash Collateral | 974.70 | 842,156.50 |
| COMM | Committee Matters | 65.60 | 56,761.50 |
| CRAV | Cravath Retention and Fee Application | 185.90 | 91,229.50 |
| DSSV | Disclosure Statement/ Solicitation/Voting Matters | 11.80 | 14,580.00 |
| GOVR | Corporate Governance and Securities Matters | 659.90 | 574,858.00 |
| HEAR | Hearings and Court Matters | 18.70 | 22,886.00 |
| INVS | Investigations | 958.90 | 653,259.00 |
| NONB | Non-Bankruptcy Litigation | 220.00 | 199,038.00 |
| OPRS | Business Operations Matters | 47.30 | 32,414.00 |
| PLAN | Plan of Reorganization / Plan Confirmation | 282.70 | 290,853.00 |
| REGS | Regulatory & Legislative Matters | 253.40 | 175,487.50 |
| WILD | Wildfire Claims Matters | 328.20 | 265,762.00 |
| **TOTAL** | | **4,175.00** | **$3,322,740.50*** |

* - Net of $101,764.50 in voluntary write offs.