# EXHIBIT C

## EXPENSE SUMMARY
## FOR THE PERIOD APRIL 1, 2020 THROUGH APRIL 30, 2020

| EXPENSES | AMOUNTS |
|---|---|
| Special Disbursements (including Experts) | $1,655,571.77 |
| **Total Expenses Requested:** | **$1,655,571.77** |