**EXHIBIT E**

| | | | |
|---|---|---|---|
| PG&E Corporation<br>Pacific Gas and Electric Company | | Invoice Date:<br>Invoice Number: | July 15, 2020<br>192050 |

**Special Disbursements**

| Cost Type | Date | Description | Amount |
|---|---|---|---|
| Special Disbursements | 04/01/20 | Orsini, K J<br>SafeStore, Inc. - Professional Services | 8,787.39 |
| Special Disbursements | 04/01/20 | Orsini, K J<br>Expert MMM | 950.00 |
| Special Disbursements | 04/01/20 | Orsini, K J<br>SafeStore, Inc. - Professional Services | 6,441.28 |
| Special Disbursements | 04/01/20 | Costantino, K<br>Short Term Copier - Copier | 1,577.59 |
| Special Disbursements | 04/01/20 | Orsini, K J<br>SafeStore, Inc. - Professional Services | 6,441.28 |
| Special Disbursements | 04/01/20 | Orsini, K J<br>SafeStore, Inc. - Profession Services | 6,441.28 |
| Special Disbursements | 04/01/20 | Orsini, K J<br>Veritext | 1,550.80 |
| Special Disbursements | 04/01/20 | Orsini, K J<br>Expert LLL | 82.00 |
| Special Disbursements | 04/01/20 | Orsini, K J<br>Expert FF | 443,199.53 |
| Special Disbursements | 04/01/20 | Costantino, K<br>Short Term Copier - Copier | 1,311.77 |
| Special Disbursements | 04/01/20 | Orsini, K J<br>SafeStore, Inc. - Professional Services | 6,441.28 |
| Special Disbursements | 04/01/20 | Orsini, K J<br>Expert FF | 174,935.66 |
| Special Disbursements | 04/01/20 | Costantino, K<br>Short Term Copier - Copier | 1,311.77 |
| Special Disbursements | 04/01/20 | Orsini, K J<br>Expert SS | 167,110.00 |
| Special Disbursements | 04/01/20 | Orsini, K J<br>SafeStore, Inc. - Professional Services | 6,441.28 |
| Special Disbursements | 04/01/20 | Orsini, K J<br>SafeStore, Inc. - Professional Services | 1,332.80 |
| Special Disbursements | 04/01/20 | Orsini, K J<br>CaseHomePage a dba ExtraAccess Service, Inc | 6.95 |

| | | | |
|---|---|---|---:|
| PG&E Corporation<br>Pacific Gas and Electric Company | | Invoice Date:<br>Invoice Number: | July 15, 2020<br>192050 |

| **Cost Type** | **Date** | **Description** | **Amount** |
|---|---|---|---:|
| Special Disbursements | 04/16/20 | Orsini, K J<br>Expert F | 43,312.50 |
| Special Disbursements | 04/16/20 | Orsini, K J<br>Expert D | 90.00 |
| Special Disbursements | 04/17/20 | Orsini, K J<br>Scanlan Stone Reporters | 860.25 |
| Special Disbursements | 04/17/20 | Orsini, K J<br>Scanlan Stone Reporters | 409.00 |
| Special Disbursements | 04/19/20 | Orsini, K J<br>Conexwest | 118.81 |
| Special Disbursements | 04/20/20 | Orsini, K J<br>Conexwest | 117.99 |
| Special Disbursements | 04/20/20 | Costantino, K<br>Short Term Copier - Copier | 1,311.77 |
| Special Disbursements | 04/21/20 | Orsini, K J<br>Expert D | 722.50 |
| Special Disbursements | 04/21/20 | Orsini, K J<br>Conexwest | 117.99 |
| Special Disbursements | 04/21/20 | Orsini, K J<br>Expert D | 33,095.23 |
| Special Disbursements | 04/23/20 | Orsini, K J<br>Expert F | 37.50 |
| Special Disbursements | 04/24/20 | Orsini, K J<br>Expert FF | 744,015.57 |
| Special Disbursements | 04/29/20 | Orsini, K J<br>Expert P | (3,000.00) |
| **Subtotal for Special Disbursements** | | | **1,655,571.77** |
| | | **Total** | **$1,655,571.77** |