# EXHIBIT A

## COMPENSATION BY PROFESSIONAL
## MAY 1, 2020 THROUGH MAY 31, 2020

The attorneys and paraprofessionals who rendered professional services in these Chapter 11 Cases during the Fee Period are:

| NAME OF PROFESSIONAL PARTNERS: | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Richard A. Hall | Corporate | 1989 | $1,500 | 145.20 | $217,800.00 |
| Andrew W. Needham | Tax | 1995 | 1,500 | 57.90 | 86,850.00 |
| George E. Zobitz | Corporate | 1996 | 1,500 | 15.40 | 23,100.00 |
| Timothy G. Cameron | Litigation | 1999 | 1,500 | 60.40 | 90,600.00 |
| Paul H. Zumbro | Corporate | 1998 | 1,500 | 57.10 | 85,650.00 |
| Kevin J. Orsini | Litigation | 2004 | 1,500 | 197.70 | 296,550.00 |
| Omid H. Nasab | Litigation | 2007 | 1,350 | 126.50 | 170,775.00 |
| Nicholas A. Dorsey | Corporate | 2010 | 1,100 | 192.60 | 211,860.00 |
| C. Daniel Haaren | Corporate | 2013 | 1,100 | 291.50 | 320,650.00 |
| Evan Norris | Litigation | 2003 | 1,100 | 27.90 | 30,690.00 |
| **Total Partners:** | | | | 1,172.20 | $1,534,525.00 |

| NAME OF PROFESSIONAL ASSOCIATES: | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Lillian S. Grossbard | Litigation | 1998 | $1,020 | 129.10 | $131,682.00 |
| Lindsay J. Timlin | Litigation | 2010 | 1,010 | 16.80 | 16,968.00 |
| Scott Reents | Litigation | 2008 | 975 | 35.50 | 34,612.50 |
| Arvind Ravichandran | Tax | 2013 | 960 | 64.40 | 61,824.00 |
| Christopher Beshara | Litigation | 2015 | 940 | 344.80 | 324,112.00 |
| Michael Zaken | Litigation | 2015 | 940 | 35.40 | 33,276.00 |
| Norman J. Walczak | Corporate | 2016 | 890 | 128.60 | 114,454.00 |
| Salah M. Hawkins | Litigation | 2016 | 890 | 30.90 | 27,501.00 |
| Alexander Gerten | Corporate | 2017 | 855 | 191.40 | 163,647.00 |
| Nicholas Medling | Litigation | 2017 | 855 | 219.20 | 187,416.00 |
| Rebecca Schindel | Litigation | 2017 | 855 | 23.40 | 20,007.00 |
| Alexander L. Mills | Litigation | 2018 | 840 | 69.60 | 58,464.00 |
| Bradley R. Niederschulte | Litigation | 2018 | 840 | 45.40 | 38,136.00 |
| Monica D. Kozycz | Litigation | 2018 | 840 | 246.20 | 206,808.00 |
| Patrick S. Taylor | Corporate | 2018 | 840 | 313.90 | 263,676.00 |
| Brittany Sherman | Litigation | 2019 | 750 | 208.20 | 156,150.00 |
| Caleb Robertson | Litigation | 2019 | 750 | 275.00 | 206,250.00 |
| Feyilana Lawoyin | Litigation | 2019 | 750 | 89.00 | 66,750.00 |
| Lauren A. Cole | Litigation | 2019 | 750 | 91.80 | 68,850.00 |
| Margaret Fleming | Corporate | 2019 | 750 | 199.70 | 149,775.00 |
| Seann Archibald | Corporate | 2019 | 750 | 133.80 | 100,350.00 |
| Sofia Gentel | Litigation | 2019 | 750 | 38.60 | 28,950.00 |
| Ya Huang | Corporate | 2019 | 750 | 52.90 | 39,675.00 |
| Kyle Jorstad | Tax | 2020 | 750 | 103.90 | 77,925.00 |
| Andrew Astore | Corporate | 2019 | 595 | 118.00 | 70,210.00 |
| Harold King | Corporate | 2020 | 595 | 256.00 | 152,320.00 |
| William LaRosa | Litigation | 2020 | 595 | 87.70 | 52,181.50 |
| Ori Oren | Corporate | 2020* | 595 | 170.60 | 101,507.00 |
| Benjamin Wylly | Litigation | * | 595 | 189.90 | 112,990.50 |
| Raffaele DiMaggio | Litigation | 2004 | 565 | 141.40 | 79,891.00 |
| Alain Rozan | Litigation | 1985 | 415 | 71.00 | 29,465.00 |
| Trebor Lloyd | Litigation | 1993 | 415 | 154.20 | 63,993.00 |

| NAME OF PROFESSIONAL ASSOCIATES: | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Andrew Weiner | Litigation | 1997 | 415 | 96.20 | 39,923.00 |
| Peter Truong | Litigation | 2004 | 415 | 112.40 | 46,646.00 |
| Karen Dodson-Dobson | Litigation | 2005 | 415 | 46.30 | 19,214.50 |
| Donald Sanyi | Litigation | 2011 | 415 | 150.50 | 62,457.50 |
| Sherif Khalil | Litigation | 2015 | 415 | 57.40 | 23,821.00 |
| **Total Associates:** | | | | **4,739.10** | **$3,431,878.50** |

\* - Admitted following Fee Period.
\*\* - Not yet admitted.

| NAME OF PARAPROFESSIONALS: | DEPARTMENT | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Roberto Severini | Litigation Technology | $360 | 14.30 | $5,148.00 |
| Stephanie Scanzillo | Litigation Legal Assistant | 310 | 122.80 | 38,068.00 |
| Veronica Velasco | Litigation Legal Assistant | 310 | 45.70 | 14,167.00 |
| Vivian Fernandez | Litigation Legal Assistant | 310 | 37.70 | 11,687.00 |
| Josephine Lovejoy | Corporate Legal Assistant | 290 | 25.30 | 7,337.00 |
| Husniye Cogur | Litigation Legal Assistant | 290 | 67.40 | 19,546.00 |
| Nicole Jakobson | Litigation Legal Assistant | 290 | 87.40 | 25,346.00 |
| Ryan Render | Litigation Legal Assistant | 290 | 69.80 | 20,242.00 |
| **Total Paraprofessionals:** | | | **470.40** | **$141,541.00** |

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners | $1,309.10 | 1,172.20 | $1,534,525.00 |
| Associates | 724.16 | 4,739.10 | 3,431,878.50 |
| Paraprofessionals | 300.89 | 470.40 | 141,541.00 |
| **Blended Attorney Rate** | **$840.15** | | |
| **Total Fees Incurred** | | **6,381.70** | **$5,107,944.50[1]** |
| **Less Credit[2]** | | | **($52,272.50)** |
| **Total Adjusted Fees** | | | **$5,055,672.00** |

---

[1] Net of $107,066.50 in voluntary write offs.

[2] Consistent with the Court's determination at the October 7, 2019 omnibus hearing regarding pre-admitted attorney rates, Cravath has capped pre-admitted attorney rates for billing purposes at $450 per hour resulting in a discount of $52,272.50 for the Fee Period.