# EXHIBIT B

## COMPENSATION BY WORK TASK CODE FOR
## SERVICES RENDERED BY CRAVATH, SWAINE & MOORE LLP
## FOR THE PERIOD MAY 1, 2020 THROUGH MAY 31, 2020

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| ADMN | Case Administration (Incl. Docket Updates and Case Calendar) | 64.90 | 20,002.00 |
| ADVS | Adversary Proceedings | 1.30 | 933.00 |
| CASE | General Case Strategy | 30.00 | 30,664.50 |
| CASH | Financing / Cash Collateral | 1,688.10 | 1,407,696.50 |
| COMM | Committee Matters | 75.30 | 52,989.50 |
| CRAV | Cravath Retention and Fee Application | 168.10 | 80,828.00 |
| DSSV | Disclosure Statement/ Solicitation/Voting Matters | 0.60 | 660.00 |
| FEEO | Retention and Fee Application of Non-Cravath Professionals | 1.40 | 434.00 |
| GOVR | Corporate Governance and Securities Matters | 874.40 | 839,846.50 |
| HEAR | Hearings and Court Matters | 224.90 | 159,180.00 |
| INVS | Investigations | 771.30 | 510,772.50 |
| NONB | Non-Bankruptcy Litigation | 1,480.00 | 1,343,401.50 |
| OPRS | Business Operations Matters | 41.00 | 24,924.00 |
| PLAN | Plan of Reorganization / Plan Confirmation | 142.50 | 138,084.00 |
| REGS | Regulatory & Legislative Matters | 222.70 | 154,520.50 |
| WILD | Wildfire Claims Matters | 595.20 | 343,008.00 |
| **TOTAL** | | **6,381.70** | **$5,107,944.50*** |

* - Net of $107,066.50 in voluntary write offs.