# EXHIBIT C

## EXPENSE SUMMARY
## FOR THE PERIOD MAY 1, 2020 THROUGH MAY 31, 2020

| EXPENSES | AMOUNTS |
|---|---|
| Special Disbursements (including Experts) | $1,519,325.31 |
| **Total Expenses Requested:** | **$1,519,235.31** |

\* - Hotel expenses have been capped for reimbursement purposes at $600.00/night.