**EXHIBIT E**

|  |  |  |  |
|---|---|---|---|
| PG&E Corporation |  | Invoice Date: | July 15, 2020 |
| Pacific Gas and Electric Company |  | Invoice Number: | 192067 |

**1001 - Special Disbursements**

| Cost Type | Date | Description | Amount |
|---|---|---|---|
| Special Disbursements | 05/01/20 | Orsini, K J<br>Expert D | 7,406.61 |
| Special Disbursements | 05/01/20 | Orsini, K J<br>Expert D | 101,573.00 |
| Special Disbursements | 05/01/20 | Orsini, K J<br>Expert D | 12,126.00 |
| Special Disbursements | 05/01/20 | Orsini, K J<br>Expert SS | 167,130.00 |
| Special Disbursements | 05/01/20 | Orsini, K J<br>SafeStore, Inc. - Professional Services | 6,441.28 |
| Special Disbursements | 05/05/20 | Orsini, K J<br>Expert S | 9,125.00 |
| Special Disbursements | 05/07/20 | Orsini, K J<br>Expert D | 2,660.00 |
| Special Disbursements | 05/13/20 | Orsini, K J<br>Expert D | 90.00 |
| Special Disbursements | 05/15/20 | Orsini, K J<br>Expert FF | 1,041,781.67 |
| Special Disbursements | 05/19/20 | Orsini, K J<br>Conexwest - Container Rental | 118.81 |
| Special Disbursements | 05/20/20 | Orsini, K J<br>Conexwest - Container Rental | 117.99 |
| Special Disbursements | 05/21/20 | Orsini, K J<br>Conexwest - Container Rental | 117.99 |
| Special Disbursements | 05/21/20 | Archibald, Seann<br>CSC - Document Retrieval | 3,396.96 |
| Special Disbursements | 05/31/20 | Orsini, K J<br>Expert SS | 167,150.00 |
| **Subtotal for Special Disbursements** |  |  | **1,519,235.31** |
|  |  | **Total** | **$1,519,235.31** |