

Signed and Filed: July 15, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

---

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Theodore Tsekerides (*pro hac vice*)
(theodore.tsekerides@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☑ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**ORDER APPROVING STIPULATION BETWEEN PACIFIC GAS AND ELECTRIC COMPANY AND THE CITIES OF ARCATA, BLUE LAKE, CHICO, CUPERTINO, DINUBA, MONTEREY, ORANGE COVE, OROVILLE, PACIFIC GROVE, SACRAMENTO, SALINAS, SAN LEANDRO, SANGER, SANTA CRUZ, SUNNYVALE, VALLEJO, WOODLAKE, AND THE COUNTY OF SACRAMENTO FOR LIMITED RELIEF FROM AUTOMATIC STAY** |

The Court having considered the *Stipulation Between Pacific Gas and Electric Company and the Cities of Arcata, Blue Lake, Chico, Cupertino, Dinuba, Monterey, Orange Cove, Oroville, Pacific Grove, Sacramento, Salinas, San Leandro, Sanger, Santa Cruz, Sunnyvale, Vallejo, Woodlake, and the County of Sacramento for Limited Relief from Automatic Stay* (the "**Stipulation**"),[1] entered into by Pacific Gas and Electric Company (the "**Utility**"), as a reorganized debtor in the above captioned chapter 11 cases (the "**Chapter 11 Cases**"), on the one hand, and the Cities of Arcata, Blue Lake, Chico, Cupertino, Dinuba, Monterey, Orange Cove, Oroville, Pacific Grove, Sacramento, Salinas, San Leandro, Sanger, Santa Cruz, Sunnyvale, Vallejo, Woodlake, and the County of Sacramento (the "**Municipalities**"), on the other hand, filed on July 15, 2020 [Dkt. No. 8400]; and pursuant to such Stipulation and agreement of the Parties, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The Stipulation is approved.

2. The Stipulation is effective as of the date of entry of this Order, notwithstanding any effect of Bankruptcy Rule 4001(a)(3) to the contrary.

3. The automatic stay or Plan injunction, as applicable, is modified solely to permit the Municipalities to commence an action (the "**State Court Action**") against the Utility in the Superior Court for the State of California, County of San Francisco, through which the Municipalities may prosecute, through final judgment and any appeals thereof, solely those Electricity Tax Claims that have arisen and relate exclusively to the period following the Petition Date, but not to permit enforcement of any judgment for monetary recovery, which, if granted, the Municipalities shall recover only in accordance with the Plan. Declaratory relief as to any Electricity Tax Obligations of the Utility that have arisen and relate exclusively to the period following the Petition Date, and that is prospective in nature, shall be enforceable in accordance with California law. For the avoidance of doubt, (a) neither the automatic stay nor the Plan injunction, as applicable,

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

is modified to permit the Municipalities to prosecute any Electricity Tax Claims that arose or relate to the period prior to the Petition Date, and (b) nothing in this Order shall affect any rights of any of the Municipalities under proofs of claim they have filed in the Chapter 11 Cases or the rights of the Debtors to oppose or object to such proofs of claim.

4. Nothing herein shall be construed to be a waiver by the Utility or the Municipalities of any claims, defenses, or arguments with respect to the Electricity Tax Claims or the State Court Action, including but not limited to any claims, defenses, or arguments that the Utility may have that: (i) any or all of the Electricity Tax Claims are preempted or should be adjudicated before the California Public Utilities Commission, or (ii) the failure by a Municipality to file a proof of claim on account of an Electricity Tax Claim precludes the Municipality, whether pursuant to the Plan, the Confirmation Order, the Bar Date Order, or otherwise, from recovering from the Utility any amounts on account of, or otherwise seeking relief with respect to, any Electricity Tax Claims that arose prior to the Petition Date.

5. The Motion is hereby deemed withdrawn with prejudice, and the Hearing is vacated.

6. The Stipulation shall constitute the entire agreement and understanding of the Parties relating to the subject matter thereof and supersede all prior agreements and understandings relating to the subject matter thereof.

///
///
///
///

7. The Court shall retain jurisdiction to resolve any disputes or controversies arising from the Stipulation or this Order.

APPROVED:

Dated: July 13, 2020

COLANTUONO, HIGHSMITH & WHATLEY, PC

/s/ *John L. Jones II*
John L. Jones II

*Attorneys for Cities of Arcata, Blue Lake, Chico, Cupertino, Dinuba, Monterey, Orange Cove, Oroville, Pacific Grove, Sacramento, Salinas, San Leandro, Sanger, Santa Cruz, Sunnyvale, Vallejo, Woodlake, and the County of Sacramento*

*** END OF ORDER ***

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119