# Exhibit B

## CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES

| Category of Timekeeper | BLENDED HOURLY RATE | |
| --- | --- | --- |
| | Billed by timekeepers in all domestic offices[1] | Billed in this Application |
| Partners | $1,465.52 | $1,315.64 |
| Associates | 825.15 | 722.26 |
| Paraprofessionals | 364.31 | 302.31 |

---

[1] In accordance with the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases*, effective November 1, 2013, the preceding year is a rolling 12 months year ending May 31, 2020; blended rates reflect aggregate work performed in the preceding year in Cravath's New York office (its sole domestic office) by all its timekeepers in each category.