# Exhibit C

**Comparison of Budgeted to Actual Fees Sought During the Compensation Period**

| Period | Fees and Expenses Budgeted[1] | Fees and Expenses Sought |
|---|---|---|
| February 2020 | $3,800,000.00 | $4,445,689.75 |
| March 2020 | 3,800,000.00 | 4,028,485.29 |
| April 2020 | 5,300,000.00 | 4,978,312.27 |
| May 2020 | 5,300,000.00 | 6,627,179.81 |
| **Adjusted Total:** | $18,200,000.00 | **$19,918,876.62** |

---

[1] The "high-case" budget between Debtors and Cravath, Swaine & Moore LLP, as amended April 28, 2020, which included an estimate of pass-through expenses for retained experts.