UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

### CERTIFICATE OF SERVICE

I, Sonia Akter, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On July 8, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via first class mail on the Notice Parties Service List attached hereto as **Exhibit A**:

- Order Confirming Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020 [Docket No. 8053]
- Joint Notice of Appeal [Docket No. 8256]
- Certificate of Service [Docket No. 8257]
- Joint Notice of Appeal [Docket No. 8297]

3. I have reviewed the Notices of Electronic Filing for the above-listed documents, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

4. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 15th day of July 2020, at New York, NY.

*/s/ Sonia Akter*
Sonia Akter

2
Case: 19-30088    Doc# 8432    Filed: 07/16/20    Entered: 07/16/20 15:49:46    Page 2 of 4
SRF 43866

# **Exhibit A**

# Exhibit A
## Notice Parties Service List
### Served via first class mail

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| BROWN RUDNICK LLP | Attn: Joel S. Miliband | 2211 Michelson Drive | Seventh Floor | Irvine | CA | 92612 |
| BROWN RUDNICK LLP | Attn: David J. Molton | Seven Times Square | | New York | NY | 10036 |
| Keller and Benvenutti, LLP | Attn: Tobias S. Keller, Jane Kim, Peter J. Benvenutti | 650 California St., #1900 | | San Francisco | CA | 94108 |
| NORTON ROSE FULBRIGHT US LLP | Attn: Rebecca J. Winthrop, Robin D. Ball | 555 South Flower Street | Forty-First Floor | Los Angeles | CA | 90071 |
| Office of the U.S. Trustee/ SF | | Phillip J. Burton Federal Building | 450 Golden Gate Ave. 5th Fl., #05-0153 | San Francisco | CA | 94102 |
| Reed Smith LLP | Attn: David E. Weiss, Peter Munoz | 101 Second Street | Suite 1800 | San Francisco | CA | 94105-3659 |
| Weil, Gotshal & Manges LLP | Attn: Stephen Karotkin, Ray C. Schrock, P.C., Theodore E. Tsekerides, Jessica Liou | 767 Fifth Avenue | | New York | NY | 10153-0119 |
| WILMER CUTLER PICKERING HALE AND DORR LLP | Attn: Craig Goldblatt | 1875 Pennsylvania Ave., NW | | Washington | DC | 20036 |
| WILMER CUTLER PICKERING HALE AND DORR LLP | Attn: Lauren Lifland, Allyson Pierce | 250 Greenwich Street | | New York | NY | 10007 |