

| | |
|---|---|
| 1  WEIL, GOTSHAL & MANGES LLP | Signed and Filed: July 16, 2020 |
| 2  Stephen Karotkin (*pro hac vice*) (stephen.karotkin@weil.com) | |
| 3  Theodore Tsekerides (*pro hac vice*) (theodore.tsekerides@weil.com) | /s/ Dennis Montali |
| 4  Jessica Liou (*pro hac vice*) (jessica.liou@weil.com) | _____ |
| 5  Matthew Goren (*pro hac vice*) (matthew.goren@weil.com) | **DENNIS MONTALI** U.S. Bankruptcy Judge |

767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>　- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>　　　　　Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>\* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**ORDER APPROVING STIPULATION ENLARGING TIME FOR TERRY DECOTTIGNIES, LISA DECOTTIGNIES, AND ITHACA HOMES, LLC TO FILE PROOFS OF CLAIM** |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

The Court having considered the *Stipulation Enlarging Time for Terry Decottignies, Lisa Decottignies, and Ithaca Homes, LLC to File Proofs of Claim*, dated July 14, 2020 [Dkt. No. 8375] (the "**Stipulation**"),[1] entered into by PG&E Corporation ("**PG&E Corp**.") and Pacific Gas and Electric Company (the "**Utility**"), as reorganized debtors (collectively, the "**Debtors**") in the above-captioned cases (the "**Chapter 11 Cases**"), on the one hand, and Terry Decottignies, Lisa Decottignies, and Ithaca Homes, LLC (collectively, the "**Movants**"), on the other hand; and pursuant to such Stipulation and agreement of the Parties, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The Stipulation is approved.

2. The Proofs of Claim as annexed as Exhibit B to the Motion shall be deemed timely filed on the condition that they are filed no later than seven (7) days after the entry of this Order.

3. Nothing herein shall be construed to be a waiver by the Debtors or any other party in interest of any right to (i) object to the Asserted Claims or the Proofs of Claim on any grounds other than the untimely filing thereof (including, without limitation, on the grounds that such claims are identical to, or duplicative of, losses or damages that are the subject of proofs of claim that Movants have previously filed, including but not limited to Proof of Claim Nos. 57515 and 58036), or (ii) seek to reclassify the Proofs of Claim.

4. Nothing herein shall be construed to be a waiver by Movants of their right to seek to reclassify the Proofs of Claim or to assert any other right in contravention to or in opposition of any asserted challenge to the Proofs of Claim.

5. By entry of this Order, the Motion is withdrawn with prejudice and the Hearing is vacated.

6. The Stipulation shall be binding on the Parties and each of their successors in interest.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

7. The Stipulation shall constitute the entire agreement and understanding of the Parties relating to the subject matter thereof and supersede all prior agreements and understandings relating to the subject matter thereof.

8. This Court shall retain jurisdiction to resolve any disputes or controversies arising from the Stipulation or this Order.

Dated: July 14, 2020

LEVIN LAW GROUP

/s/ Richard H. Levin
Richard H. Levin, Esq.

*Attorneys for Terry Decottignies, Lisa Decottignies, and Ithaca Homes, LLC*

*** END OF ORDER ***