# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION,** <br><br> -and- <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> **Debtors.** | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) <br><br> (Jointly Administered) |
| ☐ **Affects PG&E Corporation** <br> ☐ **Affects Pacific Gas and Electric Company** <br> ☒ **Affects both Debtors** <br><br> *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | **CERTIFICATE OF SERVICE** |

I, the undersigned, declare and state as follows:

1. I am employed as a Partner by Wilmer Cutler Pickering Hale and Dorr LLP, located at 1875 Pennsylvania Ave., NW, Washington, DC 20036. I am over the age of 18 years and not a party to the above-captioned action.

2. On July 16, 2020, I caused a true and correct copy of *Appellants' Statement of Issues to be Presented on Appeal and Designation of Record on Appeal* to be served via electronic mail upon the parties listed in the attached <u>Exhibit A</u>.

3. I declare, under penalty of perjury, that the foregoing is true and correct.

Executed this 16th day of July 2020 at Washington, DC.

*/s/ Craig Goldblatt*
Craig Goldblatt

- 1 -

# EXHIBIT A

| COUNSEL | EMAIL ADDRESS SERVED ON |
|---|---|
| Stephen Karotkin<br>Ray C. Schrock, P.C.<br>Jessia Liou<br>Theodore E. Tsekerides<br>**Weil, Gotshal & Manges LLP**<br>Counsel for *Reorganized Debtors* | stephen.karotkin@weil.com;<br>ray.schrock@weil.com;<br>jessica.liou@weil.com;<br>theodore.tsekerides@weil.com |
| Tobias Keller<br>Peter J. Benvenutti<br>Jane Kim<br>**Keller Benvenutti Kim LLP**<br>Counsel to *Reorganized Debtors* | tkeller@kbkllp.com;<br>pbenvenutti@kbkllp.com;<br>jkim@kbkllp.com |
| Joel S. Miliband<br>David J. Molton<br>**Brown Rudnick LLP**<br>Counsel to *Fire Victim Trust* | jmiliband@brownrudnick.com;<br>dmolton@brownrudnick.com |