Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
600 Montgomery Street, Suite 3100
San Francisco, CA 94111-2806
Telephone:    415.659.2900
Facsimile:    415.659.2601
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
David J. Richardson (SBN 168592)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone:    310.820.8800
Facsimile:    310.820.8859
Email: esagerman@bakerlaw.com
Email: drichardson@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel to the Official Committee of Tort Claimants*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>    **-and-**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                    **Debtors.**<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case,*<br>*No. 19-30088 (DM)* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**CERTIFICATE OF NO OBJECTION REGARDING TENTH MONTHLY STATEMENT OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS FOR REIMBURSEMENT OF EXPENSES FOR THE PERIOD MARCH 1, 2020 THROUGH JUNE 30, 2020**<br><br>[Re: Docket No.  8281]<br><br>**Objection Deadline: July 16, 2020** |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

## THE MONTHLY STATEMENT

On July 6, 2020, the Official Committee of Tort Claimants (the "**TCC**"), filed its Tenth Monthly Statement of the Official Committee of Tort Claimants for Reimbursement of Expenses for the Period June 1, 2020 Through June 30, 2020 [Docket No. 8281] (the "**Tenth Monthly Statement**"), in accordance with the Order Pursuant to 11 U.S.C §§ 503(b)(3)(F) and 105(a) Establishing Procedures for Reimbursement of Expenses of Members of the Official Committee of Tort Claimants and Official Committee of Unsecured Creditors dated April 9, 2019 [Docket No. 1305] (the "**Reimbursement Procedures Order**").

The Tenth Monthly Statement was served as described in the Certificate of Service of Heidi Hammon-Turano, filed on July 8, 2020 [Docket. No. 8312]. The deadline to file responses or oppositions to the Tenth Monthly Statement was July 16, 2020, and no oppositions or responses have been filed with the Court or received by Counsel for the TCC. Pursuant to the Reimbursement Procedures Order, within ten (10) business days following service of a certificate of no objection, the Debtors are directed to pay each Committee Member entitled to reimbursement one hundred percent (100%) of the requested expenses without the need of any further order of the Court. A summary of the expenses sought by the Committee Members is attached hereto as **Exhibit A**.

## DECLARATION OF NO RESPONSE RECEIVED

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that:

1.      I am a partner of the firm of Baker & Hostetler LLP and Counsel for the Official Committee of Tort Claimants.

2.      I certify that I have reviewed the Court's docket in these chapter 11 cases and have not received any response or opposition to the Tenth Monthly Statement.

3.      This declaration was executed in Guerneville, California.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1 | Dated: July 17, 2020

**BAKER & HOSTETLER LLP**

2

3 | By: ___/s/ Cecily A. Dumas___
         Cecily A. Dumas

4 | *Counsel to the Official Committee of Tort Claimants*

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**Exhibit A**

**COMMITTEE MEMBERS INCURRING EXPENSES FOR SERVICES RENDERED ON BEHALF OF THE TCC FROM JUNE 1, 2020 THROUGH JUNE 30, 2020**

| Name | Position | Total Expenses Incurred |
|------|----------|------------------------|
| Karen M. Lockhart | Chair | $41.08 |