UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re: PG& E Corporation  Bankruptcy Case No. 19-30088-DM
       and  Chapter 11
Pacific Gas and Electric Company

COURT CERTIFICATE OF MAILING

I, the undersigned, a regularly appointed clerk of the United States Bankruptcy Court for the Northern District of California, served a copy of the foregoing document(s):

**Notice of Appeal and Statement of Election- by Camp Fire Victims and Class Action Claimants - Dkt #8442**

**Order Confirming Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization dated June 19, 2020**

That I, in the performance of my duties as such Clerk, served a copy of the foregoing document(s) by depositing in the regular United States mail on the date shown below, in a sealed envelope bearing the lawful frank of the United States Bankruptcy Court addressed as listed below:

**Office of the U.S. Trustee / SF**
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102


PELUSO LAW GROUP, PC            for **Camp Fire Victims and Class Action Claimants**
Larry A. Peluso
P.O. Box 7620
Incline Village, NV 89450

| KELLER BENVENUTTI KIM, LLP | for **PG& E Corporation and** |
| --- | --- |
| Tobias S. Keller | **Pacific Gas & Electric Company** |

Jane Kim
Peter J. Benvenutti
650 California St., #1900
San Francisco, CA 94108
**-and-**
WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin
Ray C. Schrock, P.C.
Jessica Liou
Theodore E. Tsekerides
767 Fifth Ave.
New York, NY 10153-0119

BROWN RUDNICK LLP            for **Fire Victim Trust**
Joel S. Miliband
2211 Michelson Dr., 7th Fl.
Irvine, CA 92612


BAKER HOSTETLER LLP          for **Official Committee of Tort Claimants**
Robert A. Julian
1100 Battery St., #100
San Francisco, CA 94111


                                     DaWana L. Chambers
Date: July 17, 2020                   Deputy Clerk