**PELUSO LAW GROUP, PC**
Larry A. Peluso (SBN 281380)
P.O. Box 7620
Incline Village, NV 89450
415-510-1412

*Attorneys for 22 Camp Fire victims
and class action claimants*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>**PG&E Corporation,**<br><br>-and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY**<br><br>Debtors.<br><br>Affects both Debtors. | Bankruptcy Case No. 19:30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br><br>**NOTICE OF APPEAL AND STATEMENT OF ELECTION TO HAVE APPEAL HEARD BY THE DISTRICT COURT** |

**NOTICE IS HEREBY GIVEN** that victims of the Camp Fire represented by this law firm in the above-referenced bankruptcy case ("Appellants") hereby appeal from the *Order Confirming Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020* [Bankr. Dkt. No. 8053], entered on June 20, 2020 and effective on July 1, 2020 (the **"Confirmation Order"**), which incorporates the Fire Victim Trust Agreement and exhibits,

including the Fire Victim Claims Resolution Procedures, as filed with the Court on June 21, 2020 [Bankr. Dkt. No. 8057].

The Confirmation Order is a final order of the Bankrutpcy Court. A copy of the Conformation Order is attached hereto as Exhibit A. A copy of the Fire Victim Trust Agreement and all exhibits is attached hereto as Exhibit B.

This appeal is directed to the Ninth Circuit Court of Appeals, as provided by 28 U.S.C. § 158(d)(2); F.R.A.P. 5; and 28 U.S.C. § 158(d)(2)(A). In a separate filing, Appellants will request the Bankruptcy Court to approve and certify this direct appeal and provide notice to the Bankruptcy Court of Appellants petition filed with the circuit clerk.

The central issue of the appeal involves a question of law to which there is no binding precedent. For this reason, review by a bankruptcy appellate panel or district court would waste precious time and resources, and only delay the inevitable decision on an issue of first-impression. Thus, direct appeal materially advances the progress of the case. In addition, several questions of law to be presented, as well as mixed questions of fact and law, involve matters of great public importance.

Counsel for the Debtors, the Tort Claimants Committee, the pre-petition shareholders, and the Fire Victim Trustee all participated in the confirmation hearing. In an abundance of caution, the Reorganized Debtors are also listed as Appellees. Those parties and the names, addresses and telephone numbers of their respective attorneys are:

**Party: Reorganized Debtors**

Counsel: Weil Gotshal & Manger LLP, Stephen Karotkin, et al., 767 Fifth Avenue, New York, NY 10153. Tel: (212) 310-8000.

Counsel: Keller & Benvenutti LLP, Tobias Keller, et al., 650 California Street, Suite 1900, San Francisco, CA 94108. Tel: (415) 496-6723.

**Party: Fire Victim Trust**

Counsel: Brown Rudnick LLP, Joel S. Miliband, 2211 Michelson Drive, Seventh Floor, Irvine CA 92612. Tel: (949) 752-7100.

**Party: Official Committee of Tort Claimants**

Counsel: Baker Hostetler LLP, Robert A. Julian, 1100 Battery Street, Suite 100, San Francisco, CA 94111. Tel: (628) 208-6434.

PELUSO LAW GROUP, PC

By:_____

Larry A. Peluso
Attorney for Camp Fire victim Appellants