UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re: PG& E Corporation     Bankruptcy Case No. 19-30088-DM
         and     Chapter 11
Pacific Gas and Electric Company

## COURT CERTIFICATE OF MAILING

I, the undersigned, a regularly appointed clerk of the United States Bankruptcy Court for the Northern District of California, served a copy of the foregoing document(s):

**Notice of Appeal and Statement of Election- by Camp Fire Victims and Class Action Claimants - Dkt #8442**

**Order Confirming Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization dated June 19, 2020**

That I, in the performance of my duties as such Clerk, served a copy of the foregoing document(s) by depositing in the regular United States mail on the date shown below, in a sealed envelope bearing the lawful frank of the United States Bankruptcy Court addressed as listed below:

**Office of the U.S. Trustee / SF**
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102

PELUSO LAW GROUP, PC     for **Camp Fire Victims and Class Action Claimants**
Larry A. Peluso
P.O. Box 7620
Incline Village, NV 89450

| | |
|---|---|
| KELLER BENVENUTTI KIM, LLP | for **PG& E Corporation and** |
| Tobias S. Keller | **Pacific Gas & Electric Company** |
| Jane Kim | |
| Peter J. Benvenutti | |
| 650 California St., #1900 | |
| San Francisco, CA 94108 | |
| **-and-** | |
| WEIL, GOTSHAL & MANGES LLP | |
| Stephen Karotkin | |
| Ray C. Schrock, P.C. | |
| Jessica Liou | |
| Theodore E. Tsekerides | |
| 767 Fifth Ave. | |
| New York, NY 10153-0119 | |
| | |
| BROWN RUDNICK LLP | for **Fire Victim Trust** |
| Joel S. Miliband | |
| 2211 Michelson Dr., 7th Fl. | |
| Irvine, CA 92612 | |
| | |
| BAKER HOSTETLER LLP | for **Official Committee of Tort Claimants** |
| Robert A. Julian | |
| 1100 Battery St., #100 | |
| San Francisco, CA 94111 | |

                                       <u>DaWana L. Chambers</u>
Date: July 17, 2020                        Deputy Clerk