**PELUSO LAW GROUP, PC**
Larry A. Peluso (SBN 281380)
P.O. Box 7620
Incline Village, NV 89450
415-510-1412

*Attorneys for 22 Camp Fire victims*
*and class action claimants*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Bankruptcy Case No. 19:30088 (DM) |
| **PG&E Corporation,** | Chapter 11<br>(Lead Case) |
| -and- | |
| **PACIFIC GAS AND ELECTRIC COMPANY** | **NOTICE OF ERRATA RE: NOTICE OF DIRECT APPEAL TO THE COURT OF APPEALS** |
| Debtors. | **[RE: NOTICE OF APPEAL FILED JULY 16, 2020 AS DKT. NO. 8442]** |
| Affects both Debtors. | |

PLEASE TAKE NOTICE that the Notice of Appeal filed by Larry A. Peluso of Peluso Law Group on July 16, 2020 as Dkt. No. 8442 ("Notice of Appeal and Statement of Election To Have Appeal Heard By the District Court") inadvertently contained an incorrect caption which contradicted the text of the notice by wrongly indicating election to appeal to the District Court. As the text of Docket No. 8442 indicates, Appellants are appealing directly to the Ninth Circuit Court of Appeals.

PELUSO LAW GROUP, PC
P.O. Box 7620
Incline Village, NV 89450

PELUSO LAW GROUP, PC
P.O. Box 7620
Incline Village, NV 89450

Also inadvertently, the Docket 8442 Notice identified the Appellants as all individual and class claimants represented by Peluso Law Group but failed to include the exhibit listing of appealing individual claimants and definitions of the classes. Although the identities of the Appellants are discernable by reference to the Exhibits of the Notice of Appearance filed in the Bankruptcy Court on May 30, 2020 (Dkt. 7682) and the Notice of Appearance filed in the District Court on June 5, 2020 (Dkt. 385), this filing includes the table of claimant-appellants. Thus, to clarify the intent of the Appellants, the language of the Notice of Appeal shall be replaced with the following:

**NOTICE IS HEREBY GIVEN** that Stan Rickaby, Therese Rubiolo, and other victims of the Camp Fire represented by this law firm in the above-referenced bankruptcy case ("Appellants") hereby appeal from the *Order Confirming Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020* [Bankr. Dkt. No. 8053], entered on June 20, 2020 and effective on July 1, 2020 (the **"Confirmation Order"**), which incorporates the Fire Victim Trust Agreement and exhibits, including the Fire Victim Claims Resolution Procedures, as filed with the Court on June 21, 2020 [Bankr. Dkt. No. 8057].

The Confirmation Order is a final order of the Bankrutpcy Court. A copy of the Confirmation Order is attached hereto as Exhibit A. A list of Appellants is attached hereto as Exhibit B.

This appeal is directed to the Ninth Circuit Court of Appeals, as provided by 28 U.S.C. § 158(d)(2); F.R.A.P. 5; and 28 U.S.C. § 158(d)(2)(A). In a separate filing, Appellants will request the Bankruptcy Court to approve and certify this direct appeal and provide notice to the Bankruptcy Court of Appellants petition filed with the circuit clerk.

The central issue of the appeal involves a question of law to which there is no binding precedent. For this reason, review by a bankruptcy appellate panel

PELUSO LAW GROUP, PC
P.O. Box 7620
Incline Village, NV 89450

or district court would waste precious time and resources, and only delay the inevitable decision on an issue of first-impression. Thus, direct appeal materially advances the progress of the case. In addition, several questions of law to be presented, as well as mixed questions of fact and law, involve matters of great public importance.

Counsel for the Debtors, the Tort Claimants Committee, the pre-petition shareholders, and the Fire Victim Trustee all participated in the confirmation hearing. In an abundance of caution, the Reorganized Debtors are also listed as Appellees. Those parties and the names, addresses and telephone numbers of their respective attorneys are:

**Reorganized Debtors**

WEIL, GOTSHAL & MANGES LLP  Stephen Karotkin (pro hac vice) Ray C. Schrock, P.C. (pro hac vice) Jessica Liou (pro hac vice) Theodore E. Tsekerides (pro hac vice) 767 Fifth Avenue New York, NY 10153-0119 Telephone: (212) 310-8000 Facsimile: (212) 310-8007 E-mail: stephen.karotkin@weil.com, ray.schrock@weil.com, jessica.liou@weil.com, theodore.tsekerides@weil.com

KELLER & BENVENUTTI LLP  Tobias Keller, et al., 650 California Street, Suite 1900, San Francisco, CA 94108. Tel: (415) 496-6723. tkeller@kellerbenvenutti.com, pbenvenutti@kellerbenvenutti.

**Shareholder Proponents**

JONES DAY  Bruce S. Bennett (SBN 105430) Joshua M. Mester (SBN 194783) James O. Johnston (SBN 167330) 555 South Flower Street, Fiftieth Floor Los Angeles, CA 90071.2300 Telephone: (213) 489-3939 Facsimile: (213) 243-2539 E-mail: bbennett@jonesday.com, jmester@jonesday.com, jjohnston@jonesday.com

**Official Committee of Unsecured Creditors**

MILBANK LLP Gregory A. Bray (SBN 115367) Thomas R. Kreller (SBN 161922) 2029 Century Park East, 33rd Floor Los Angeles, CA 90067 Telephone: (424) 386-4000 Facsimile: (213) 629-5063 E-mail: gbray@milbank.com, tkreller@milbank.com

PELUSO LAW GROUP, PC
P.O. Box 7620
Incline Village, NV 89450

MILBANK LLP Dennis F. Dunne (pro hac vice) Samuel A. Khalil (pro hac vice) 55 Hudson Yards New York, NY 10001-2163 Telephone: (212) 530-5000 Facsimile: (212) 530-5219 E-mail: ddunne@milbank.com,

**Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company**

AKIN GUMP STRAUSS HAUER & FELD LLP   Michael S. Stamer (pro hac vice) Ira S. Dizengoff (pro hac vice) David H. Botter (pro hac vice) Abid Qureshi (pro hac vice) One Bryant Park New York, New York 10036 Telephone: (212) 872-1000 Facsimile: (212) 872-1002 E-mail: mstamer@akingump.com, idizengoff@akingump.com, dbotter@akingump.com aqureshi@akingump.com

AKIN GUMP STRAUSS HAUER & FELD LLP  Ashley Vinson Crawford (SBN 257246) 580 California Street, Suite 1500 San Francisco, CA 94104 Telephone: (415) 765-9500 Facsimile: (415) 765-9501 E-mail: avcrawford@akingump.com

**Ad Hoc Group of Subrogation Claim Holders**

WILLKIE FARR & GALLAGHER LLP  Matthew A. Feldman (pro hac vice) Joseph G. Minias (pro hac vice) Benjamin P. McCallen (pro hac vice) 787 Seventh Avenue New York, NY 10019-6099 Telephone: (212) 728-8000 Facsimile: (212) 728-8111 E-mail: mfeldman@willkie.com, jminias@willkie.com, bmccallen@willkie.com

DIEMER & WEI LLP   Kathryn S. Diemer (#133977) 100 West San Fernando Street, Suite 555 San Jose, CA 95113 Telephone: (408) 971-6270 Facsimile: (408) 971-6271 E-mail: kdiemer@diemerwei.com

**Fire Victim Trust**

BROWN RUDNICK LLP  Joel S. Miliband, 2211 Michelson Drive, Seventh Floor, Irvine CA 92612. Tel: (949) 752-7100.  jmiliband@brownrudnick.com

**Official Committee of Tort Claimants**

BAKER HOSTETLER LLP  Robert A. Julian (SBN 88469), Cecily A. Dumas (SBN 111449) 1160 Battery Street, Suite 100 San Francisco CA 94111 Telephone (628) 208-6434 Facsimile (310) 820-8859 Email: rjulian@bakerlaw.com Email: cdumas@bakerlaw.com

Case: 19-30088   Doc# 8450   Filed: 07/19/20   Entered: 07/20/20 10:08:08   Page 4 of 8

BAKER HOSTETLER LLP
Eric E. Sagerman (SBN 155496)
David J. Richardson (SBN 168592)
11601 Wilshire Blvd., Suite 1400
Los Angeles CA 90025-0509
Telephone: (310) 820-8800
Facsimile: (310) 820-8859
Email: esagerman@bakerlaw.com
Email: drichardson@bakerlaw.com

PELUSO LAW GROUP, PC

By:_____

Larry A. Peluso
Attorney for Camp Fire Victim Appellants

PELUSO LAW GROUP, PC
P.O. Box 7620
Incline Village, NV 89450

**EXHIBIT B**

LIST OF APPELLANTS

PELUSO LAW GROUP, PC
P.O. Box 7620
Incline Village, NV 89450

## Individual Fire Victim Creditors

| | | |
|---|---|---|
| 1. | Rickaby Fire Support, LLC | Concow, California |
| 2. | Stan Rickaby | Concow, California |
| 3. | John Felder | Concow, California |
| 4. | John W. Felder Family Trust | Concow, California |
| 5. | Kim Stayart | Concow, California |
| 6. | Therese Rubiolo | Concow, California |
| 7. | John Rubiolo | Concow, California |
| 8. | Katya Marrie Miller | Concow, California |
| 9. | John Rowden | Concow, California |
| 10. | Angela Whitehead | Concow, California |
| 11. | Frank Bell | Concow, California |
| 12. | Crystal Johnson | Paradise, California |
| 13. | Cameron Johnson | Paradise, California |
| 14. | Tim Lyons | Paradise, California |
| 15. | Jesse Giles | Concow, California |
| 16. | O.B, a minor | Concow, California |
| 17. | Johnathan Owens | Concow, California |
| 18. | Jayda Stephens | Concow, California |
| 19. | Jillian Stephens | Concow, California |
| 20. | Elizabeth Bartlett | Concow, California |
| 21. | Laura L. Owens | Paradise, California |
| 22. | Q.A.B., a minor | Paradise, California |

## Camp Fire Real Property Owners and Renters

John Felder, Stan Rickaby, and Laura L. Owens, as representatives of putative Classes of Camp Fire victims; these Classes comprising (1) real property owners who have suffered diminished property value directly, proximately, and solely caused by the unique loss of community and destruction of natural environment produced by the Camp Fire, and (2) real property owners, renters, and other resident victims of the Camp Fire who suffer diminished quality of life resulting from the same causal factors.

PELUSO LAW GROUP, PC
P.O. Box 7620
Incline Village, NV 89450

Case: 19-30088   Doc# 8450   Filed: 07/19/20   Entered: 07/20/20 10:08:08   Page 8 of 8