**PELUSO LAW GROUP, PC**
Larry A. Peluso (SBN 281380)
P.O. Box 7620
Incline Village, NV 89450
415-510-1412

*Attorneys for 22 Camp Fire victims and class action claimants*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Bankruptcy Case No. 19:30088 (DM) |
| **PG&E Corporation,** | Chapter 11<br>(Lead Case) |
| -and- | |
| **PACIFIC GAS AND ELECTRIC COMPANY** | **CERTIFICATE OF SERVICE OF ERRATA RE: NOTICE OF APPEAL** |
| Debtors. | |
| Affects both Debtors. | |

# CERTIFICATE OF SERVICE

I, Julia Swanson, declare:

1. I am over 18 years of age and not a party to this action. My business address is Peluso Law Group, PC, P.O. Box 7620, Incline Village, NV 89450, which is located in the county where the service described below occurred.

2. On July 19, 2020, I caused a true and correct copy of the *Notice of Errata Re: Notice of Direct Appeal to the Court of Appeals* to be served on the parties listed in Exhibit A by electronic mail.

I certify and declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

*/s/ Julia Swanson*
Julia Swanson

# EXHIBIT A

PELUSO LAW GROUP, PC
P.O. Box 7620
Incline Village, NV 89450

| # | Name | Email |
|---|------|-------|
| 1 | Stephen Karotkin | stephen.karotkin@weil.com |
| 2 | Ray C. Schrock | ray.schrock@weil.com |
|   | Jessica Liou | jessica.liou@weil.com |
| 3 | Theodore E. Tsekerides | theodore.tsekerides@weil.com |
|   | Tobias S. Keller | tkeller@kellerbenvenutti.com |
| 4 | Peter J. Benvenutti | pbenvenutti@kellerbenvenutti.com |
| 5 | Jane Kim | jkim@kellerbenvenutti.com |
|   | Bruce S. Bennett | bbennett@jonesday.com |
| 6 | Joshua M. Mester | jmester@jonesday.com |
|   | James O. Johnston | jjohnston@jonesday.com |
| 7 | Gregory A. Bray | gbray@milbank.com |
| 8 | Thomas R. Kreller | tkreller@milbank.com |
|   | Dennis F. Dunne | ddunne@milbank.com |
| 9 | Samuel A. Khalil | skhalil@milbank.com |
|   | Michael S. Stamer | mstamer@akingump.com |
| 10 | Ira S. Dizengoff | idizengoff@akingump.com |
| 11 | David H. Botter | dbotter@akingump.com |
|   | Abid Qureshi | aqureshi@akingump.com |
| 12 | Ashley Vinson Crawford | avcrawford@akingump.com |
|   | Mark A. Speiser | mspeiser@stroock.com |
| 13 | Kenneth Pasquale | kpasquale@stroock.com |
|   | Sherry J. Millman | smillman@stroock.com |
| 14 | Harold A. Olsen | holsen@stroock.com |
| 15 | David W. Moon | dmoon@stroock.com |
|   | Andrew I. Silfen | andrew.silfen@arentfox.com |
| 16 | Beth M. Brownstein | beth.brownstein@arentfox.com |
| 17 | Aram Ordubegian | aram.ordubegian@arentfox.com |
|   | M. David Minnick | dminnick@pillsburylaw.com |
| 18 | Leo T. Crowley | leo.crowley@pillsburylaw.com |
| 19 | Timothy Graulich | timothy.graulich@davispolk.com |
|   | David Schiff | david.schiff@davispolk.com |
| 20 | Daniel E. Meyer | daniel.meyer@davispolk.com |
|   | Andrew D. Yaphe | andrew.yaphe@davispolk.com |
| 21 | Hugh M. McDonald | hugh.mcdonald@troutman.com |
| 22 | Jonathan D. Forstot | jonathan.forstot@troutman.com |
|   | Marcus T. Hall | marcus.hall@troutman.com |
| 23 | Katharine L. Malone | katharine.malone@troutman.com |
|   | Matthew A. Feldman | mfeldman@willkie.com |
| 24 | Joseph G. Minias | jminis@willkie.com |
| 25 | Benjamin P. McCallen | bmccallen@willkie.com |
|   | Kathryn S. Diemer | kdiemer@diemerwei.com |
| 26 | David Feldman | dfeldman@gibsondunn.com |
|   | Matthew K. Kelsey | mkelsey@gibsondunn.com |
| 27 | Matthew D. McGill | mmcgill@gibsondunn.com |
| 28 | Michael S. Neumeister | mneumeister@gibsondunn.com |
|   | Michelle Choi | mchoi@gibsondunn.com |