UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re: PG& E Corporation                    Bankruptcy Case No. 19-30088-DM
         and                                Chapter 11
Pacific Gas and Electric Company

COURT CERTIFICATE OF MAILING

I, the undersigned, a regularly appointed clerk of the United States Bankruptcy Court for the Northern District of California, served a copy of the foregoing document(s):

**Notice of Appeal and Statement of Election- by Canyon Capital Advisors LLC- Dkt #8448**

**Certificate of Service of Jennifer Nassiri**

**Memorandum Decision - Confirmation of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization**

**Order Confirming Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020 and Notice of Order Confirming Plan**

That I, in the performance of my duties as such Clerk, served a copy of the foregoing document(s) by depositing in the regular United States mail on the date shown below, in a sealed envelope bearing the lawful frank of the United States Bankruptcy Court addressed as listed below:

**Office of the U.S. Trustee / SF**
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102

QUINN EMANUEL URQUHART & SULLVAN, LLP   for **Canyon Capital Advisors LLC**
Bennett Murphy
Jennifer L. Nassiri
865 South Figueroa St., 10th Fl.
Los Angeles, CA 90017-2543

GIBSON, DUNN & CRUTCHER LLP   for **Ad Hoc Committee of Holders of Trade Claims**
David M. Feldman
Matthew K. Kelsey
200 Park Ave.
New York, NY 10166
**-and-**
GIBSON, DUNN & CRUTCHER LLP
Matthew D. McGill
1050 Connecticut Ave., NW
Washington, DC 20036
**-and-**
GIBSON, DUNN & CRUTCHER LLP
Michael S. Neumeister
Michelle Choi
333 South Grand Ave.
Los Angeles, CA 90071

KELLER BENVENUTTI KIM, LLP   for **PG& E Corporation and**
Tobias S. Keller   **Pacific Gas & Electric Company**
Jane Kim
Peter J. Benvenutti
650 California St., #1900
San Francisco, CA 94108
**-and-**
WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin
Ray C. Schrock, P.C.
Jessica Liou
Theodore E. Tsekerides
767 Fifth Ave.
New York, NY 10153-0119

JONES DAY   for **Certain PG& E Shareholders**
Bruce S. Bennett
Joshua M. Mester
James O. Johnston
555 South Flower St., 15th Fl.
Los Angeles, CA 90071-2300

MILBANK LLP   for **Official Committee of Unsecured Creditors**
Gregory A. Bray
Thomas R. Kreller
2029 Century Park East, 33rd Fl.

Los Angeles, CA 90067
**-and-**
MILBANK LLP
Dennis F. Dunne
Samuel A. Khalil
55 Hudson Yards
New York, NY 10001-2163


AKIN GUMP STRAUSS HAUER & FELD LLP for **Ad Hoc Committee of Senior Unsecured**
Michael S. Stamer                                              **Noteholders of Pacific Gas and Electric Co.**
Ira S. Dizengoff
David H. Botter
Abid Qureshi
One Bryant Park
New York, NY 10036
**-and-**
AKIN GUMP STRAUSS HAUER & FELD LLP
Ashley Vinson Crawford
580 California St., #1500
San Francisco, CA 94104


STROOCK & STROOCK & LAVAN LLP          for **Mizuho Bank, Ltd.** in its capacity as
Mark A. Speiser                                               Holdco Term Loan Administrative Agent
Kenneth Pasquale
Sherry J. Millman
Harold A. Olsen
180 Maiden Lane
New York, NY 10038-4982
**-and-**
STROOCK & STROOCK & LAVAN LLP
David W. Moon
2029 Century Park East
Los Angeles, CA 90067-3086

ARENT FOX LLP                           for **BOKF, NA,** in its capacity as Indenture Trustee for
Andrew I. Silfen                              the Utility Senior Notes
Beth M. Brownstein
1301 Avenue of the Americas, 42nd Fl.
New York, NY 10019
**-and-**
ARENT FOX LLP
Aram Ordubegian
55 Second St., 21st Fl.
San Francisco, CA 94105

PILLSBURY WINTHROP SHAW PITTMAN LLP   for **Wilmington Trust, National**
M. David Minnick                                      **Association,** in its capacity as

Four Embarcadero Center, 22nd Fl.　　　　　　　Administrative Agent for Holdco Revolver
San Francisco, CA 94126-5998
**-and-**
Leo T. Crowley
31 West 52nd St.
New York, NY 10019-6131


DAVIS POLK & WARDWELL LLP　　　for **Citibank N.A.,** as Administrative Agent for the
Timothy Graulich　　　　　　　　　　　　Utility Revolving Credit Facility
David Schiff
Daniel E. Meyer
450 Lexington Ave.
New York, NY 10017
**-and-**
DAVIS POLK & WARDWELL LLP
Andrew D. Yaphe
1600 El Camino Real
Menlo Park, CA 94025

TROUTMAN SANDERS LLP　　　　　　for **Consolidated Edison Development, Inc.**
Hugh M. McDonald
Jonathan D. Forstot
875 Third Ave.
New York, NY 10022
**-and-**
TROUTMAN SANDERS LLP
Marcus T. Hall
Katherine L. Malone
3 Embarcadero Center, #800
San Francisco, CA 94111

WILLKIE FARR & GALLAGHER LLP　　for **Ad Hoc Group of Subrogation Claim Holders**
Matthew A. Feldman
Joseph G. Minias
Benjamin P. McCallen
787 Seventh Ave.
New York, NY 10019-6099
**-and-**
DIEMER & WEI LLP
Kathryn S. Diemer
100 West San Fernando St., #555
San Jose, CA 95113


　　　　　　　　　　　　　　　　　　DaWana L. Chambers
Date: July 20, 2020　　　　　　　　　　Deputy Clerk