BENNETT MURPHY (*SBN 174536*)
bennettmurphy@quinnemanuel.com
JENNIFER NASSIRI (*SBN 209796*)
jennifernassiri@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: 213.443.3000
Facsimile: 213.443.3100

*Attorneys for Canyon Capital Advisors LLC*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION**<br>-and-<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>**Debtors.**<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br>**CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

I, Jennifer Nassiri, declare:

1. I am over the age of 18 years and not a party to this action. My business address is Quinn Emanuel Urquart & Sullivan, LLP, 865 S. Figueroa St., 10th Floor, Los Angeles, CA 90017, which is located in the county where the service described below occurred.

2. On July 17, 2020, I caused a true and correct copy of the *Notice of Appeal and Statement of Election to Have Appeal Heard by District Court* [D.I. 8448] to be served on the parties listed in **Exhibit A** via electronic mail.

I certify and declare under penalty of perjury that the foregoing is true and correct.

/s/ *Jennifer Nassiri*
Jennifer Nassiri

-2-

# EXHIBIT A

| | |
|---|---|
| Stephen Karotkin | stephen.karotkin@weil.com |
| Ray C. Schrock | ray.schrock@weil.com |
| Jessica Liou | jessica.liou@weil.com |
| Theodore E. Tsekerides | theodore.tsekerides@weil.com |
| Tobias S. Keller | tkeller@kellerbenvenutti.com |
| Peter J. Benvenutti | pbenvenutti@kellerbenvenutti.com |
| Jane Kim | jkim@kellerbenvenutti.com |
| Bruce S. Bennett | bbennett@jonesday.com |
| Joshua M. Mester | jmester@jonesday.com |
| James O. Johnston | jjohnston@jonesday.com |
| Gregory A. Bray | gbray@milbank.com |
| Thomas R. Kreller | tkreller@milbank.com |
| Dennis F. Dunne | ddunne@milbank.com |
| Samuel A. Khalil | skhalil@milbank.com |
| Michael S. Stamer | mstamer@akingump.com |
| Ira S. Dizengoff | idizengoff@akingump.com |
| David H. Botter | dbotter@akingump.com |
| Abid Qureshi | aqureshi@akingump.com |
| Ashley Vinson Crawford | avcrawford@akingump.com |
| Mark A. Speiser | mspeiser@stroock.com |
| Kenneth Pasquale | kpasquale@stroock.com |
| Sherry J. Millman | smillman@stroock.com |
| Harold A. Olsen | holsen@stroock.com |
| David W. Moon | dmoon@stroock.com |
| Andrew I. Silfen | andrew.silfen@arentfox.com |
| Beth M. Brownstein | beth.brownstein@arentfox.com |
| Aram Ordubegian | aram.ordubegian@arentfox.com |
| M. David Minnick | dminnick@pillsburylaw.com |
| Leo T. Crowley | leo.crowley@pillsburylaw.com |
| Timothy Graulich | timothy.graulich@davispolk.com |
| David Schiff | david.schiff@davispolk.com |
| Daniel E. Meyer | daniel.meyer@davispolk.com |
| Andrew D. Yaphe | andrew.yaphe@davispolk.com |
| Hugh M. McDonald | hugh.mcdonald@troutman.com |
| Jonathan D. Forstot | jonathan.forstot@troutman.com |
| Marcus T. Hall | marcus.hall@troutman.com |
| Katharine L. Malone | katharine.malone@troutman.com |
| Matthew A. Feldman | mfeldman@willkie.com |
| Joseph G. Minias | jminias@willkie.com |
| Benjamin P. McCallen | bmccallen@willkie.com |
| Kathryn S. Diemer | kdiemer@diemerwei.com |
| David Feldman | dfeldman@gibsondunn.com |
| Matthew K. Kelsey | mkelsey@gibsondunn.com |
| Matthew D. McGill | mmcgill@gibsondunn.com |
| Michael S. Neumeister | mneumeister@gibsondunn.com |
| Michelle Choi | mchoi@gibsondunn.com |