**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**,<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br><br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF CANCELLATION OF JULY 21, 2020, 10:00 A.M. OMNIBUS HEARING**<br><br>Date: July 21, 2020<br>Time: 10:00 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

PLEASE TAKE NOTICE that the following matters, which were scheduled to be heard in the above-captioned chapter 11 cases on July 21, 2020, at 10:00 a.m. (Pacific Time) (the **"Omnibus Hearing"**) have been resolved or adjourned.

PLEASE TAKE FURTHER NOTICE that, accordingly, the Omnibus Hearing is cancelled.

**I:    MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**

1. **Notice of Hearing on Interim Applications**: *Notice of Hearing on Interim Applications Allowing and Authorizing Payment of Fees and Expenses of Multiple Fee Applicants Based Upon Compromises with the Fee Examiner* [**Dkt. 8213**].

    Response Deadline: July 14, 2020.

    Status: This matter has been taken off calendar by July 7, 2020 Docket Text Order. An Amended Notice of Hearing [**Dkt. 8389**] has been filed; the hearing is set for August 4, 2020.

2. **Motion to Allow Late Proof of Claim Filing**: *Motion to Allow Late Filing of Proof of Claim; Declaration of Muhammed Islam in Support* [**Dkt. 8192**].

    Response Deadline: July 14, 2020.

    Status: This matter has been resolved by stipulation [**Dkt. 8276**] and taken off calendar by order [**Dkt. 8337**].

3. **Motion for Payment of Administrative Expense**: *Motion for Payment of Administrative Expense, or in the Alternative, Relief from Stay or from Discharge Injunction to Permit Proceedings in Non-Bankruptcy Forum; Memorandum of Points and Authorities in Support Thereof* [**Dkt. 8143**].

    Response Deadline: July 16, 2020, at 4:00 pm (Pacific Time).

    Status: This matter has been resolved by stipulation [**Dkt. 8400**] and taken off calendar by order [**Dkt. 8418**].

4. **Motion to Allow Late Proof of Claim Filing**: *Motion to Allow Late Filing of Proof of Claim; Declaration of Laura Shermeister* [**Dkt. 8116**].

    Response Deadline: July 14, 2020.

    Status: This matter has been resolved by stipulation [**Dkt. 8275**] and taken off calendar by order [**Dkt. 8336**].

5. **Motion to Allow Late Proof of Claim Filing**: *Second Amended Motion to Allow Late Filing of Proof of Claim; Declaration of Ronald Gibson in Support* [**Dkt. 8125**].

    Response Deadline: July 14, 2020.

    Status: This matter has been resolved by stipulation [**Dkt. 8273**] and taken off calendar by order [**Dkt. 8335**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153-0119

6. **Debtors' 503(b)(9) Motion**: *Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9)* [**Dkt. 2896**].

<u>Response Deadline</u>: July 31, 2019, at 4:00 p.m. (Pacific Time).

<u>Status</u>: This matter has been continued and taken off calendar [**Dkt. 8409**].

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at:pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: July 20, 2020

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**

By:     */s/ Thomas B. Rupp*
            Thomas B. Rupp

*Attorneys for Debtors and Reorganized Debtors*