UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>  -and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>            Debtors. | Bankruptcy Case No. 19-30088-DM (Lead Case)<br><br>Chapter 11<br>Assigned to the Hon. Dennis Montali<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                     ) ss.:
COUNTY OF NEW YORK )

Duke Amponsah, being duly sworn, deposes and says:

1. I am employed as a legal assistant with the law firm of Gibson, Dunn & Crutcher LLP, counsel to the Ad Hoc Committee of Holders of Trade Claims.

   a. I caused to be served the "*Trade Committee's Statement of Issues, Designation of Items To Be Included In The Record, and Certification Regarding Transcripts*" dated July 17, 2020 **[Dkt. No. 8443]**, by causing true and correct copies to be delivered to those parties listed on the attached Exhibit A via Email, on July 17, 2020.

I certify under penalty of perjury that the foregoing is true and correct.

                                                   /s/ *Duke Amponsah*
                                                   Duke Amponsah

Sworn to before me this
20th day of July, 2020

*Rosemary McCague*
NOTARY PUBLIC

ROSEMARY McCAGUE
Notary Public, State of New York
No. 01MC5026651
Qualified in Queens County
Commission Expires April 25, 2022

# EXHIBIT A

| | |
|---|---|
| 1 | **WEIL, GOTSHAL & MANGES LLP** |
| 2 | Stephen Karotkin (*pro hac vice*) |
|   | Ray C. Schrock, P.C. (*pro hac vice*) |
| 3 | Jessica Liou (*pro hac vice*) |
|   | Theodore E. Tsekerides (*pro hac vice*) |
| 4 | 767 Fifth Avenue |
|   | New York, NY 10153-0119 |
| 5 | Telephone: (212) 310-8000 |
|   | Facsimile: (212) 310-8007 |
| 6 | E-mail: stephen.karotkin@weil.com, ray.schrock@weil.com, jessica.liou@weil.com, |
| 7 | theodore.tsekerides@weil.com |
| 8 | **KELLER & BENVENUTTI LLP** |
|   | Tobias S. Keller (SBN 151445) |
| 9 | Peter J. Benvenutti (SBN 60566) |
| 10 | Jane Kim (SBN 298192) |
|   | 650 California Street, Suite 1900 |
| 11 | San Francisco, CA 94108 |
|   | Telephone: (415) 496-6723 |
| 12 | Facsimile: (650) 636-9251 |
|   | E-mail: tkeller@kellerbenvenutti.com, pbenvenutti@kellerbenvenutti.com, jkim@kellerbenvenutti.com |
| 13 | |
|   | **JONES DAY** |
| 14 | Bruce S. Bennett (SBN 105430) |
| 15 | Joshua M. Mester (SBN 194783) |
|   | James O. Johnston (SBN 167330) |
| 16 | 555 South Flower Street, Fiftieth Floor |
|   | Los Angeles, CA 90071.2300 |
| 17 | Telephone: (213) 489-3939 |
|   | Facsimile: (213) 243-2539 |
| 18 | E-mail: bbennett@jonesday.com, jmester@jonesday.com, |
| 19 | jjohnston@jonesday.com |
| 20 | **MILBANK LLP** |
|   | Gregory A. Bray (SBN 115367) |
| 21 | Thomas R. Kreller (SBN 161922) |
|   | 2029 Century Park East, 33rd Floor |
| 22 | Los Angeles, CA 90067 |
|   | Telephone: (424) 386-4000 |
| 23 | Facsimile: (213) 629-5063 |
|   | E-mail: gbray@milbank.com, tkreller@milbank.com |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

MILBANK LLP
Dennis F. Dunne (*pro hac vice*)
Samuel A. Khalil (*pro hac vice*)
55 Hudson Yards
New York, NY 10001-2163
Telephone: (212) 530-5000
Facsimile: (212) 530-5219
E-mail: ddunne@milbank.com, skhalil@milbank.com

AKIN GUMP STRAUSS HAUER & FELD LLP
Michael S. Stamer (*pro hac vice*)
Ira S. Dizengoff (*pro hac vice*)
David H. Botter (*pro hac vice*)
Abid Qureshi (*pro hac vice*)
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
E-mail: mstamer@akingump.com, idizengoff@akingump.com, dbotter@akingump.com, aqureshi@akingump.com

AKIN GUMP STRAUSS HAUER & FELD LLP
Ashley Vinson Crawford (SBN 257246)
580 California Street, Suite 1500
San Francisco, CA 94104
Telephone: (415) 765-9500
Facsimile: (415) 765-9501
E-mail: avcrawford@akingump.com

STROOCK & STROOCK & LAVAN LLP
Mark A. Speiser (*pro hac vice*)
Kenneth Pasquale (*pro hac vice*)
Sherry J. Millman (*pro hac vice*)
Harold A. Olsen (*pro hac vice*)
180 Maiden Lane New York, NY 10038-4982
Telephone: (212) 806-5400
Facsimile: (212) 806-6006
E-mail: mspeiser@stroock.com, kpasquale@stroock.com, smillman@stroock.com, holsen@stroock.com

STROOCK & STROOCK & LAVAN LLP
David W. Moon (SBN 197711)
2029 Century Park East
Los Angeles, CA 90067-3086
Telephone: (310) 556-5800
Facsimile: (310) 556-5959
E-mail: dmoon@stroock.com

ARENT FOX LLP
Andrew I. Silfen (*pro hac vice*)
Beth M. Brownstein (*pro hac vice*)
1301 Avenue of the Americas, 42nd Floor
New York, New York 10019
Telephone: (212) 484-3900
Facsimile: (212) 484-3990
E-mail: andrew.silfen@arentfox.com, beth.brownstein@arentfox.com

Aram Ordubegian (SBN 185142)
ARENT FOX LLP
55 Second Street, 21st Floor
San Francisco, CA 94105
Telephone: (415) 757-5500
Facsimile: (415) 757-5501
E-mail: aram.ordubegian@arentfox.com

PILLSBURY WINTHROP SHAW PITTMAN LLP
M. David Minnick (SBN 54148)
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94126-5998
Telephone: (415) 983-1000
E-mail: dminnick@pillsburylaw.com

Leo T. Crowley (*pro hac vice*)
31 West 52nd Street
New York, NY 10019-6131
Telephone: (212) 858-1000
E-mail: leo.crowley@pillsburylaw.com

DAVIS POLK & WARDWELL LLP
Timothy Graulich (*pro hac vice*)
David Schiff (*pro hac vice*)
Daniel E. Meyer (*pro hac vice*)
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
E-mail: timothy.graulich@davispolk.com, david.schiff@davispolk.com, daniel.meyer@davispolk.com

DAVIS POLK & WARDWELL LLP
Andrew D. Yaphe (SBN 274172)
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
E-mail: andrew.yaphe@davispolk.com

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Bennett Murphy (SBN 174536)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
E-mail: bennettmurphy@quinnemanuel.com

TROUTMAN SANDERS LLP
Hugh M. McDonald (*pro hac vice*)
Jonathan D. Forstot (*pro hac vice*)
875 Third Avenue
New York, NY 10022
Telephone: (212) 704-6000
Facsimile: (212) 704-6288
E-mail: hugh.mcdonald@troutman.com, jonathan.forstot@troutman.com

TROUTMAN SANDERS LLP
Marcus T. Hall, Bar No. 206495
Katharine L. Malone, Bar No. 290884
3 Embarcadero Center, Suite 800
San Francisco, CA 94111
Telephone: (415) 477-5700
Facsimile: (415) 477-5710
E-mail: marcus.hall@troutman.com, katharine.malone@troutman.com

WILLKIE FARR & GALLAGHER LLP
Matthew A. Feldman (*pro hac vice*)
Joseph G. Minias (*pro hac vice*)
Benjamin P. McCallen (*pro hac vice*)
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
E-mail: mfeldman@willkie.com, jminias@willkie.com,
bmccallen@willkie.com

DIEMER & WEI LLP
Kathryn S. Diemer (#133977)
100 West San Fernando Street, Suite 555
San Jose, CA 95113
Telephone: (408) 971-6270
Facsimile: (408) 971-6271
E-mail: kdiemer@diemerwei.com