Paul J. Laurin (CA No. 136287)
BARNES & THORNBURG LLP
2029 Century Park E, Suite 300
Los Angeles, CA 90067
Telephone: (310) 284-3785
E-mail: paul.laurin@btlaw.com

David M. Powlen (DE No. 4978) (*pro hac vice*)
Kevin G. Collins (DE No. 5149) (*pro hac vice*)
BARNES & THORNBURG LLP
1000 N. West St., Suite 1500
Wilmington, Delaware 19801
Telephone: (302) 300-3434
Facsimile: (302) 300-3456
E-mail: david.powlen@btlaw.com
       kevin.collins@btlaw.com

*Attorneys for Energy Systems Group, LLC*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>   -and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>               Debtors.<br>☐  Affects PG&E Corporation<br>■  Affects Pacific Gas and Electric Company<br>☐  Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No.    19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br><br><br><br><br>**WITHDRAWAL OF LIMITED OBJECTION AND RESERVATION OF RIGHTS BY ENERGY SYSTEMS GROUP, LLC RELATED TO ASSUMPTION OF ITS AGREEMENTS BY DEBTOR PACIFIC GAS AND ELECTRIC COMPANY**<br><br>Related Docket No. 7248 |

The *Limited Objection and Reservation of Rights by Energy Systems Group, LLC Related to Assumption of Its Agreements by Debtor Pacific Gas and Electric Company* filed on May 15, 2020 [Docket No. 7248] (the "Objection") having been resolved informally and consensually by and between the parties as authorized under and contemplated by paragraph 34(b) of the Bankruptcy Court's *Order Confirming Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization* entered on June 20, 2020 [Docket No. 8053], Energy Systems Group, LLC, by and through its undersigned counsel, hereby withdraws the Objection.

| | |
|---|---|
| Dated: July 21, 2020 | Respectfully submitted, |
| | BARNES & THORNBURG LLP |
| | */s/ Paul J. Laurin*<br>Paul J. Laurin (CA No. 136287)<br>Barnes & Thornburg LLP<br>2029 Century Park E, Suite 300<br>Los Angeles, CA 90067<br>Telephone: (310) 284-3785<br>E-mail: *paul.laurin@btlaw.com* |
| | and |
| | David M. Powlen (*pro hac vice*)<br>Kevin G. Collins (*pro hac vice*)<br>1000 N. West Street, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 300-3434<br>Facsimile: (302) 300-3456<br>Email: *david.powlen@btlaw.com*<br>Email: *kevin.collins@btlaw.com* |
| | *Attorneys for Energy Systems Group, LLC* |

# CERTIFICATE OF SERVICE

I, Stephanie L. Moore, am a resident of the State of California, over the age of 18 years, and not a party to this action. On July 21, 2020, I served the following documents:

**WITHDRAWAL OF LIMITED OBJECTION AND RESERVATION OF RIGHTS BY ENERGY SYSTEMS GROUP, LLC RELATED TO ASSUMPTION OF ITS AGREEMENTS BY DEBTOR PACIFIC GAS AND ELECTRIC COMPANY**.

☒ [CM/ECF] Under controlling Local Bankruptcy Rules, the document(s) listed above will be served by the court via NEF and hyperlink to the document to the CM/ECF participants registered to receive service in this matter. On July 21, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding.

☒ [E-MAIL TRANSMISSION] Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I sent the document(s) listed above to the person(s) at the email address(es) as set forth below.

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel for Debtors | Weil, Gotshal & Manges LLP | Attn: Stephen Karotkin, Jessica Liou, Matthew Goren | stephen.karotkin@weil.com<br>matthew.goren@weil.com<br>jessica.liou@weil.com<br>tom.schinckel@weil.com<br>matthew.goren@weil.com |
| Counsel for Debtors | Keller Benvenutti Kim LLP | Attn: Tobias S. Keller, Jane Kim | tkeller@kbkllp.com<br>jkim@kbkllp.com |
| Counsel for Shareholder Proponents | Jones Day | Attn: Bruce S. Bennett, Joshua M. Mester, James O. Johnson | bbennett@jonesday.com<br>jmester@jonesday.com<br>jjohnston@jonesday.com |
| Counsel for Administrative Agent under Debtors' debtor-in-possession financing facility | Stroock & Stroock & Lavan LLP | Attn: Kristopher M. Hansen, Erez E. Gilad, Matthew G. Garofalo, Frank Merola | khansen@stroock.com<br>egilad@stroock.com<br>mgarofalo@stroock.com<br>fmerola@stroock.com |
| Counsel for Collateral Agent under Debtors' debtor-in-possession financing facility | Davis Polk & Wardwell LLP | Attn: Eli J. Vonnegut, David Schiff, Timothy Graulich | eli.vonnegut@davispolk.com<br>david.schiff@davispolk.com<br>timothy.graulich@davispolk.com |

| | | | |
|---|---|---|---|
| Counsel for California Public Utilities Commission | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Alan W. Kornberg, Brian S. Hermann, Walter R. Rieman, Sean A. Mitchell, Neal P. Donnelly | akornberg@paulweiss.com<br>bhermann@paulweiss.com<br>wrieman@paulweiss.com<br>smitchell@paulweiss.com<br>ndonnelly@paulweiss.com |
| Office of United States Trustee for Region 17 | Office of United States Trustee for Region 17 | Attn: James L. Snyder, Esq. & Timothy Lafreddi, Esq., Marta E. Villacorta | James.L.Snyder@usdoj.gov<br>timothy.s.laffredi@usdoj.gov<br>Marta.Villacorta@usdoj.gov |
| U.S. Nuclear Regulatory Commission | U.S. Nuclear Regulatory Commission | Attn: Anita Ghosh Naber | anita.ghoshnaber@nrc.gov |
| U.S. Department of Justice | U.S. Department of Justice | Attn: Danielle A. Pham | danielle.pham@usdoj.gov |
| Counsel for Official Committee of Unsecured Creditors | Milbank LLP | Attn: Dennis F. Dunne, Samuel A. Khalil, Gregory A. Bray, Thomas R. Kreller, Samir L. Vora | ddunne@milbank.com<br>skhalil@milbank.com<br>Gbray@milbank.com<br>TKreller@milbank.com<br>svora@milbank.com |
| Counsel for Official Committee of Tort Claimants | Baker & Hostetler, LLP | Attn: Eric E. Sagerman, Lauren T. Attard, Robert A. Julian, Cecily A. Dumas | esagerman@bakerlaw.com<br>lattard@bakerlaw.com<br>rjulian@bakerlaw.com<br>cdumas@bakerlaw.com |

☒ [U.S. Mail] I served the following person(s) listed below by placing accurate copies in a sealed envelope in the United States Mail via first class, postage prepaid mail.

PG&E Corporation
Pacific Gas and Electric Company
Attn: Janet Loduca, Esq.
PO Box 770000
77 Beale Street
San Francisco, CA 94105
   *Debtors*

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on July 21, 2020 at Los Angeles, California.

/s/ Stephanie L. Moore
Stephanie L. Moore