Thomas R. Phinney – State Bar Number 159435
Donna T. Parkinson – State Bar Number 125574
**PARKINSON PHINNEY**
3600 American River Drive, Suite 145
Sacramento, CA 95864
Telephone: (916) 449-1444
Facsimile: (916) 449-1440
E-Mail: tom@parkinsonphinney.com

Attorneys for Amador Water Agency

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>- and –<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>**WITHDRAWAL OF OBJECTION OF CLAIMANT AMADOR WATER AGENCY TO PLAN SUPPLEMENT SCHEDULE B**<br><br>[initial] Hrg Date: May 27, 2020<br>Time: 10:00 a.m.<br>Place: Hon. Dennis Montali<br>Courtroom 17<br>450 Golden Gate Ave., 16th Fl.<br>San Francisco, CA 94102 |

Amador Water Agency hereby withdraws its Objection to the Debtor's Plan Supplement previously filed with the court at Docket Nos. 7277 and 7468.

Dated: July 21, 2020

                                        **Parkinson Phinney**
                                        By:   /s/ Thomas R. Phinney
                                        Thomas R. Phinney
                                        Attorneys for Amador Water Agency