UNITED STATES BNAKRUPTCY COURT
FOR THE NORTHERN CALIFORNIA

PG&E CORPORATION, ET AL) Case no. 19-30088 DM 11, Chapter: 11
    DEFENDANT,        ) MOTION OF THE PETITIONER TO BE INCLUDED
EDGAR PERRY,          )
    PRTITIONER.        )

      Now comes the petitioner to reiterate his request under U. S. Amendemente 14th. of the Constitution to be included in this case of damage to one of his vehicles in the process of trimming of one of his trees at the 26th. Street by Market Avenue, in the City of San Pablo, California, in the amount of $3,000.00 (three thousand dollars), of which PG&E has an estimate of damage on file.

      Respectfully submitted, this 13th. day of July 2020, in San Pablo, California 94806-4542, and hereby proof of service has been done to Stephen Karotkin, of the attorneys Weil, Gotshal & Manges LLP, of 767 Fifth Avenue, New York, N. Y. 10153-0119, by U. S. 1st. class mail, postage pre-paid, by Edgar Perry, an U. S. citizen, over the age of eighteen.

s)-Edgar Perry
2540 Market Avenue
San Pablo, California 94806-4542

FILED JUL 21 2020
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Mr. Edgar Perry
2540 Market Avenue
San Pablo CA 94806-4542

OAKLAND CA 945
15 JUL 2020 PM 7 L

RECEIVED
JUL 21 2020 MT
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

To THE PRIME CLERK LLC
C/O SAN FRANCISCO DIVISION, NORTHERN DIST. OF CA
U.S. BANKRUPTCY COURTS CLERK
450 GOLDEN GATE AVE.
SAN FRANCISCO CA. 94102

94102383685

Case: 19-30088    Doc# 8474    Filed: 07/21/20    Entered: 07/22/20 09:09:14    Page 2 of 2