**RJMS CORPORATION DBA TOYOTA MATERIL HANDLING NORTHERN CALIFORNIA**
**6999 Southfront Rd.**
**Livermore, CA 94551**

NOTICE OF CHANGE OF ADDRESS

July 17, 2020

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119
Attn: Stephen Karotkin, Esq.

    RE: Pacific Gas and Electric Company, Case No. 19-30089 - Proof of Claim number 1228 and Schedule 1032112 & 3.3107

Dear Mr. Karotkin:

    Effective immediately, all future payments, remittances, and disbursements concerning above-referenced claims should be sent to the following address:

    **RJMS CORPORATION DBA TOYOTA MATERIL HANDLING NORTHERN CALIFORNIA**
    c/o WBox 2019-6 LLC
    3033 Excelsior Blvd., Suite 500
    Minneapolis, MN 55416-4675
    Attn: Scott Specken

    You are hereby directed to send all future distributions and correspondence to the address stated above. This change of address should also be reflected on the records and website for the claims agent Prime Clerk.

Very truly yours,

**RJMS CORPORATION DBA TOYOTA MATERIL HANDLING NORTHERN CALIFORNIA**

By:
Name: Jonathan Cody
Title: Director of Finance
Telephone: 510-675-1121

Cc:    Prime Clerk
    850 Third Avenue, Suite 412
    Brooklyn, NY 11232
    Re: PG&E

    United States Bankruptcy Court
    Northern District of California – San Francisco Division
    450 Golden Gate Avenue, 18th Floor
    San Francisco, CA 94102
    Attn: Edward J. Emmons, Clerk