# Notice Recipients

District/Off: 0971−3        User: lparada        Date Created: 7/22/2020
Case: 19−30088              Form ID: pdfeoc      Total: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
intp     William B. Abrams        1519 Branch Owl Pl.     Santa Rosa, CA 95409
cr       Theresa Ann McDonald     5044 Russell Drive      Paradise, CA 95969

TOTAL: 2