Honorable Dennis Montali
Judge, U.S. Court of Appeals
Mail Box 36099
San Francisco, Ca. 94102

July 14, 2020

FILED

JUL 22 2020

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

RE: Private Road Damages Paradise California

Judge Dennis Montali,

Thank you for taking the time to read and digest this letter. My family, older son and sister were residents of Paradise, California during the Camp Fire. We lost everything and are still attempting to rebuild our lives and homes. One major stubbing block is the severe damages to Paradise's private roads.

Recently I learned that you had elected not to certify my Class Action Claim dealing directly with the serious and expensive damages to private roads in Paradise. Sadly, this was the last of many attempts on my part to generate financial assistance from local, County, State and Federal resources to help us fund the multi-million dollar costs of rebuilding our roads and the lives of those who live on private roads.

Surprising I didn't receive any real support after numerous contacts with the Governor's Office, Doug La Malfa's Office, the Town of Paradise, Supervisor Doug Teeter, Assemblyman James Gallagher, Butte County Operations, CAL-OES, CPAC and PG&E'S Vice President in charge of the local rebuilding. Residents are conscious of this fact and know the repair costs are excessively high. This has become a primary reason not to return or rebuild. PG&E has promised to assist in this effort but has not responded to any of my inquiries.

Essentially your actions, although thought to be justified, have added another burden to the already unsurmountable costs of living in Paradise and the difficulties of accessing our homes.
The estimates to repair my road along has went from $160,000 to $330,000 to now over twice the latter figure. I have taken several pictures and/or videos of the damages over the last year and a half and have included some for your review.

I know that this matter is for the most part closed. Needless-to-say, as a retired person, veteran, community volunteer, father and spouse of 50 years (right after the fire) this issue is a tough one to handle. I was striving to have a nice end of life and provide my sons with a beautiful inheritance in Paradise. Now, this will be difficult to experience due to many entities coming in and not caring what they do to our roads and PG&E's negligence.

Respectfully,

Richard L. Gowins
P.O. Box 1715
Paradise, Ca. 95967
Dickgowins@aol.com
530-570-9423

Cowins Family
P.O. Box 1715
Paradise, CA. 95967

Honorable Judge Montali
U.S. Court of Appeals
Mail Box 36099
San Francisco, CA. 94162

RECEIVED
JUL 21 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

94102247555 C017



Case: 19-30088   Doc# 8479   Filed: 07/22/20   Entered: 07/22/20 14:57:07   Page 2 of 2