DELOITTE & TOUCHE LLP
Timothy Gillam
555 Mission Street
San Francisco, CA 94105-0920
Telephone: 414.783.4122
Fax: 704.339.5276

*Independent Auditor and Advisor*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION** <br><br> - and – <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> **Debtors.** <br><br> __Affects PG&E Corporation <br> __Affects Pacific Gas and Electric Company <br> X  Affects both Debtors <br><br> *All papers shall be filed in the Lead Case, NO. 19-30088 (DM).* | Bankruptcy Case No.19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) <br><br> (Jointly Administered) <br><br> **CERTIFICATION OF NO OBJECTION REGARDING ELEVENTH MONTHLY FEE APPLICATION OF DELOITTE & TOUCHE LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MARCH 1, 2020 THROUGH MARCH 31, 2020** <br><br> [Re: Dkt. No: 7893] <br><br> Objection Deadline: July 2, 2020 at 4:00 p.m. (Pacific Time) <br><br> [No Hearing Requested] |

On June 11, 2020, Deloitte & Touche LLP ("**Deloitte & Touche**" or the "**Applicant**"), independent auditor and advisor to PG&E Corporation, and Pacific Gas and Electric Company, debtor-in-possession herein (the "**Debtors**"), filed its *Eleventh Monthly Fee Application of Deloitte & Touche LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for*

*the Period March 1, 2020 through March 31, 2020* [Dkt No. 7893] (the "**Monthly Fee Statement**"), pursuant to *the Order Pursuant to 11 U.S.C.§§ 331 and 105(a) and Fed. R. Bankr. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professional* dated February 27, 2019 [Dkt No. 701] (the "**Interim Compensation Procedures Order**").

The Monthly Fee Statement was served as described in the Certificate of Service of Andrew G. Vignali Filed on June 16, 2020 [Dkt No. 7982]. The deadline to file responses or oppositions to the Monthly Fee Statement was July 2, 2020, and no oppositions or responses have been filed with the Court or received by the Applicant. Pursuant to the Interim Compensation Procedures Order, the Debtors are authorized to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement upon the filing of this certification without the need for a further order of the Court. A summary of the fees and expenses sought by the Applicant is annexed hereto as **Exhibit A**.

**DECLARATION OF NO RESPONSE RECEIVED**

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that:

1. I am partner to Deloitte & Touche LLP, independent auditor and advisor to the Debtors.
2. I certify that I have reviewed the Court's docket in these Chapter 11 Cases and have not received any response or opposition to the Monthly Fee Statement.
3. This declaration was executed in San Francisco, California.

DATED: July 22, 2020.

**DELOITTE & TOUCHE LLP**

By: /s/ Timothy Gillam
Timothy Gillam
Partner
555 Mission Street
San Francisco, California 94105-0920

Independent Auditor and Advisor to the Debtors

**Exhibit A**

**Monthly Fee Statement – Professional Fees and Expenses**

| Applicant | Fee Application Period, Filing Date, Docket # | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid Pursuant to Interim Comp. Order (80%) | Amount of Expenses Authorized to be Paid Pursuant to Interim Comp. Order (100%) | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| Deloitte & Touche LLP | 3/1/2020 - 3/31/2020<br>6/11/2020<br>Docket #7893 | $132,808.00 | $0.00 | 7/2/2020 | $106,246.40 | $0.00 | $26,561.60 |

Notice Parties

PG&E Corporation
c/o Pacific Gas & Electric Company
Attn: Janet Loduca, Esq.
77 Beale Street
San Francisco, CA 94105


Weil, Gotshal & Manges LLP
Attn: Stephen Karotkin
 Jessica Liou
 Matthew Goren
767 Fifth Avenue
New York, NY 10153


Office of the United States Trustee for Region 17
Attn: Andrew Vara, Esq.,
 Timothy Lafreddi, Esq.
450 Golden Gate Avenue, 5th Floor, Suite #05-0153
San Francisco, CA 94102


Milbank LLP
Attn: Dennis F. Dunne, Esq.,
 Sam A. Khalil, Esq.
55 Hudson Yards
New York, NY 10001-2163


Milbank LLP
Attn: Paul S. Aronzon,
 Gregory A. Bray,
 Thomas R. Kreller
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067


Baker & Hostetler LLP
Attn: Eric Sagerman, Esq.,
 Cecily Dumas, Esq.
11601 Wilshire Boulevard, Ste. 1400
Los Angeles, CA 90025-0509


Bruce A. Markell, Fee Examiner
541 N. FairBanks Ct., Ste 2200
Chicago, IL 60611-3710


Scott H. McNutt
324 Warren Road
San Mateo, California 94402