WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@ kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>        **- and -**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                              **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**SEVENTH SUPPLEMENTAL DECLARATION AND DISCLOSURE STATEMENT OF STEPHEN KAROTKIN PURSUANT TO 11 U.S.C. §§ 327(a) AND FED. R. BANKR. P. 2014(a) AND 2016 ON BEHALF OF WEIL, GOTSHAL & MANGES LLP** |

*Weil, Gotshal & Manges LLP*
*767 Fifth Avenue*
*New York, NY 10153-0119*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

1　　　　Pursuant to 28 U.S.C. § 1746, I, Stephen Karotkin, hereby declare as follows:

2　　　　I am a member of the firm of Weil, Gotshal & Manges LLP ("**Weil**" or the "**Firm**"), an

3　international law firm with principal offices at 767 Fifth Avenue, New York, New York 10153; regional

4　offices in Washington, D.C.; Houston and Dallas, Texas; Miami, Florida; Boston, Massachusetts;

5　Princeton, New Jersey; Redwood Shores, California; and foreign offices in London, United Kingdom;

6　Frankfurt and Munich, Germany; Paris, France; and Beijing, Hong Kong and Shanghai, China.

7　　　　I submit this declaration (this "**Declaration**") as a supplement to my Declaration, dated March

8　13, 2019 (the "**Original Declaration**"), filed in support of the *Application of Debtors Pursuant to 11*

9　*U.S.C. § 327(a) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ Weil,*

10　*Gotshal & Manges LLP as Attorneys for the Debtors Effective as of the Petition Date* [Docket No. 864]

11　(the "**Weil Retention Application**"). On April 9, 2019, the Court entered the *Order Authorizing*

12　*Retention and Employment of Weil, Gotshal & Manges LLP as Attorneys for Debtors Nunc Pro Tunc to*

13　*Commencement Date* [Docket No. 1298] (the "**Weil Retention Order**").

14　　　　The Original Declaration provides that Weil will supplement the disclosures in the Original

15　Declaration to the extent required as a result of any new material relevant facts or relationships becoming

16　available during these Chapter 11 Cases.[1]

17　　　　Weil has continued to implement its Firm Disclosure Procedures and update the Retention

18　Checklist. As a result, Weil is hereby supplementing its prior disclosures to disclose that Weil currently

19　represents CEC Entertainment, Inc. and its affiliated debtors (collectively, "**CEC**") in their chapter 11

20　cases pending in the United States Bankruptcy Court for the Southern District of Texas, Houston

21　Division (the "**CEC Cases**").

22　　　　I have been advised that the Debtors provide utility service to certain CEC locations in California

23　and that the total amount owing to the Debtors by CEC for utility services provided to such locations for

24　the period prior to the commencement of the CEC Cases is approximately $42,700.00. Weil is

25　representing CEC in the CEC Cases generally with respect to utility providers to CEC. Weil has not and

26

27　[1] Capitalized terms used but not defined herein shall have the meanings set forth in the Original
Declaration.

28

1    will not represent the Debtors in connection with their relationship with CEC, and Weil will not represent

2    CEC in connection with its relationship with the Debtors.

3          In addition, as disclosed in the Original Declaration, certain parties in interest in the Chapter 11

4    Cases are or were, from time to time, members of ad hoc or official committees represented by Weil in

5    matters unrelated to these Chapter 11 Cases. In such instances, Weil only represents or represented the

6    committee or group, and does not and did not represent the members in their individual capacities.

7    Accordingly, such relationships are not set forth in disclosure declarations filed by Weil in the Debtors'

8    Chapter 11 Cases.

9          To the best of my knowledge and information, the annual fees for each of the last two years paid

10   to Weil by CEC did not exceed 1% of the Firm's annual gross revenues.

11         Either I or an attorney under my supervision has reviewed the connections between Weil and

12   CEC and the connections between CEC and the Debtors. In each case, it has been determined that Weil

13   does not hold or represent an interest that is adverse to the interests of the Debtors' estates and that Weil

14   is a "disinterested person" as such term is defined in section 101(14) of the Bankruptcy Code, as modified

15   by section 1107(b) of the Bankruptcy Code.

16         To the extent any information disclosed herein requires amendment or modification upon Weil's

17   completion of further review or as additional material, relevant facts or relationships become available,

18   Weil will file a further supplemental declaration stating such amended or modified information.

19

20

21

22

23

24

25

26

27

28

1       I declare under penalty of perjury that the foregoing is true and correct to the best of my

2 knowledge, information, and belief.

3 Dated: July 22, 2020

4                                                     */s/ Stephen Karotkin*

5                                                     Stephen Karotkin
                                                    Partner, Weil Gotshal & Manges LLP

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119