| | |
|---|---|
| 1<br>2<br>3<br>4 | SEYFARTH SHAW LLP<br>M. Ryan Pinkston (SBN 310971)<br>rpinkston@seyfarth.com<br>560 Mission Street, Suite 3100<br>San Francisco, California 94105<br>Telephone: (415) 397-2823<br>Facsimile: (415) 397-8549 |
| 5<br>6 | *Attorneys for*<br>*Turner Construction Company* |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC<br><br>COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br><br>(Jointly Administered)<br><br>**TURNER CONSTRUCTION COMPANY'S NOTICE OF PERFECTION OF LIEN PURSUANT TO 11 U.S.C. § 546(b)** |

Pursuant to 11 U.S.C. §§ 362(b)(3) and 546(b), Turner Construction Company ("Turner") hereby gives notice of its perfection of, maintenance and continuation of perfection of, and intention to enforce to the fullest extent permitted by applicable law, *see, e.g.*, California Civil Code § 8400 *et seq.*, Turner's duly recorded mechanic's lien for labor, equipment, material, and services provided by Turner to Pacific Gas and Electric Company, as more fully described in the attached **Exhibit A**. *See Village Nurseries v. Gould (In re Baldwin Builders)*, 232 B.R. 406 (B.A.P. 9th Cir. 1999); *Village Nurseries v. Greenbaum*, 101 Cal. App. 4th 26 (2002). This notice is in addition to, and not in lieu of, Turner's right and intention to enforce its lien to the fullest extent permitted by law. Turner reserves all rights.

DATED: July 22, 2020         SEYFARTH SHAW LLP

By: /s/ M. Ryan Pinkston
         M. Ryan Pinkston

*Attorneys for Turner Construction Company*

56430669v.1

# EXHIBIT A

Case: 19-30088    Doc# 8491    Filed: 07/22/20    Entered: 07/22/20 16:40:24    Page 3 of 5

RECORDING REQUESTED BY
Randall Creech, Esq.
WHEN RECORDED MAIL TO

Randal C. Creech, Esq.
O'HARA ♦ CREECH LLP
255 W. Julian Street, Ste. 402
San Jose, CA 95110

CONFORMED COPY - has not been compared with Original.
2020128056  06/03/2020 02:56 PM  2 PGS



OFFICIAL RECORDS OF ALAMEDA COUNTY
MELISSA WILK, CLERK-RECORDER
RECORDING FEES: $102.00

SPACE ABOVE THIS LINE FOR RECORDER'S USE ONLY

## Mechanics' Lien
### (Claim of Lien)
(To be recorded in the county recorder's office in the county in which the property is located.)

NOTICE IS HEREBY GIVEN: That __Turner Construction Company__ as claimant claims a lien for labor, service, equipment, or materials under Section 8000 et Seq. of the Civil Code of the State of California, upon the premises hereinafter described, and upon every estate or interest in such structures, improvements and premises held by any party holding any estate therein.

Said labor, service, equipment or materials were furnished for the construction of those certain buildings, improvements, or structures, now upon that certain parcel of land situated in the County of __Alameda__ State of California, said land described as follows:

STREET ADDRESS: 6690 Weber Road, Fremont, CA 94538
LEGAL DESCRIPTION: 531-018500703

Said lien is claimed for the following labor, services, equipment or materials: (describe labor, services, equipment, or materials in detail) __General contractor providing labor and materials in connection with EER Warehouse__
Amount due after deducting all just credits and offsets... $ 1,504,765.05
Lien amounts do not include legal fees, interest or administrative fees associated with bankruptcy. Compensation will be collected in accordance with applicable laws and contract terms and provisions.

The name of the person or company by whom claimant was employed or to whom claimant furnished labor, services, equipment, or materials is: __Pacific Gas and Electric Company__

That __Pacific Gas and Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105__

is/are the reputed owner(s) of said building and/or premises, or some interest therein.

DATED: 3/30/20   Name of Claimant: Turner Construction Company
                                  *(Firm Name)*
                 By: _____
                        *(Signature)*
                 Vice President and Officer of The Company
                        *(Authorized Capacity)*

### VERIFICATION

I, the undersigned, certify that I am the __authorized agent__ of the claimant named in the foregoing Mechanics' Lien, and that I am informed and believe the facts herein to be true, and, on that ground, allege that the facts stated in the foregoing Mechanics' Lien are true.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Executed on May 11, 2020 in the City of San Jose, State of California

_____
*Its Agent*

# NOTICE OF MECHANICS LIEN
# ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.

## PROOF OF SERVICE AFFIDAVIT
California Civil Code section 8416(a)(7) and (c)

### AFFIDAVIT FOR SERVICE ON THE OWNER
California Civil Code Section 8416 (a)(7) and (c)(1)

I, Lorie Salaices _____ (name), declare that I served a copy of this Mechanics' Lien and Notice of Mechanics' Lien by registered mail, certified mail, or first-class mail, evidenced by a certificate of mailing, postage prepaid, addressed to the owner(s) or reputed owner(s) of the property:

Name and title of person or entity served: Pacific Gas & Electric Company

Service Address: 77 Beale Street, 32nd Floor, San Francisco, CA 94105

Said service address is the owner's residence, place of business, or address shown by the building permit on file with the permitting authority for the work.

Executed on May 11, 2020, at San Jose, CA.

By: *Lorie Salaices* (signature)