BROWN RUDNICK LLP
Joel S. Miliband (SBN 077438)
(JMiliband@brownrudnick.com)
2211 Michelson Drive
Seventh Floor
Irvine, California 92612
Telephone:    (949) 752-7100
Facsimile:     (949) 252-1514

BROWN RUDNICK LLP
David J. Molton (SBN 262075)
(DMolton@brownrudnick.com)
Seven Times Square
New York, New York 10036
Telephone:    (212) 209-4800
Facsimile:     (212) 209-4801

*Counsel for Fire Victim Trustee*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION** <br><br>      -and- <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br>                              **Debtors.** <br><br> ☐ Affects PG&E Corporation <br><br> ☐ Affects Pacific Gas and Electric Company <br><br> ■ Affects both Debtors <br><br> *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br> (Lead Case) <br> (Jointly Administered) <br><br> **NOTICE OF HEARING ON THE FIRE VICTIM TRUSTEE'S APPLICATION FOR CLARIFICATION AND MODIFICATION OF PROTECTIVE ORDER TO PERMIT THE TRANSFER OF INFORMATION FOR USE BY THE FIRE VICTIM TRUST** <br><br> **Hearing** <br> **Date:**      **August 25, 2020** <br> **Time:**    **10:00 a.m. (Pacific Time)** <br> **Place:**    **Courtroom 17** <br>              **450 Golden Gate Ave., 16th Fl.** <br>              **San Francisco, CA 94102** <br><br> **Objection deadline: August 11, 2020** <br>                          **4:00 p.m. (Pacific Time)** |

1 **PLEASE TAKE NOTICE THAT** on January 29, 2019, PG&E Corporation and Pacific Gas and Electric Company, the debtors in the above captioned chapter 11 cases (the "Chapter 11 Cases"), each filed a voluntary petition for relief under chapter 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE THAT** on July 1, 2020, the Effective Date of the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020* [Docket No. 8048] (together with all schedules and exhibits thereto, and as may be modified, amended, or supplemented from time to time, the "**Plan**") occurred.

**PLEASE TAKE FURTHER NOTICE THAT** a hearing on the Fire Victim Trustee's Application for Clarification and Modification of Protective Order to Permit the Transfer of Information for Use by the Fire Victim Trust ("Motion") filed by Justice John K. Trotter (Ret.) in his capacity as trustee for the Fire Victim Trust (the "Fire Victim Trustee") will be heard by the Honorable Dennis Montali on August 25, 2020 at 10:00 a.m.

The hearing will not be conducted in the presiding judge's courtroom but instead will be conducted by telephone or video. All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

**PLEASE TAKE FURTHER NOTICE THAT** any oppositions or responses to the Motion must be in writing, filed with the Bankruptcy Court, and served on the counsel for Fire Victim Trustee at the above-referenced addresses so as to be received by no later than 4:00 p.m. (Pacific Time) on August 11, 2020. Any oppositions or responses must be filed and served on all "Standard Parties" as defined in, and in accordance with, the Second Amended Order Implementing Certain Notice and Case Management Procedures entered on May 14, 2019 [Dkt. No. 1996] (the "Case Management Order"). Any relief requested in the Motion may be granted

| | |
|---|---|
| 1 | without a hearing if no opposition is timely filed and served in accordance with the Case |
| 2 | Management Order. In deciding the Motion, the Court may consider any other document filed in |
| 3 | these Chapter 11 Cases. |
| 4 | **PLEASE TAKE FURTHER NOTICE THAT** copies of the Motion and its supporting |
| 5 | papers can be viewed and/or obtained: (i) by accessing the Court's website at |
| 6 | http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 |
| 7 | Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims |
| 8 | again, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 |
| 9 | for U.S. based parties; or +1(929) 333-8977 for International parties or by e-mail at |
| 10 | pgeinfo@primeclerk.com. Note that at PACER password is needed to access documents on the |
| 11 | Bankruptcy Court's website. |

Dated: July 22, 2020

BROWN RUDNICK LLP

/s/ Joel S. Miliband
Joel S. Miliband (SBN 077438)
(JMiliband@brownrudnick.com)
2211 Michelson Drive
Seventh Floor
Irvine, California 92612
Telephone: (949) 752-7100
Facsimile: (949) 252-1514

and

BROWN RUDNICK LLP
David J. Molton (SBN 262075)
(DMolton@brownrudnick.com)
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

*Counsel for Fire Victim Trustee*