**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

# Exhibit 1-C

## PSPS Program Support Services



# Contract Work Authorization (CWA)

**This Contract Work Authorization ("CWA") No. C21245 is issued under and pursuant to the Master Service Agreement No. C74 (formerly 4400011341) dated 01/17/2017 (the "MSA") between the below-named Contractor ("Contractor"), a Delaware limited liability partnership, and Pacific Gas and Electric Company ("PG&E"), a California corporation with its headquarters located at 77 Beale Street, San Francisco, California 94105. Contractor shall perform all Work under this CWA pursuant to and in accordance with the terms and conditions of the MSA.**

| | | |
|---|---|---|
| **Contractor's Legal Name:** | PRICEWATERHOUSECOOPERS LLP | **Total Number of Pages: 14** |
| **Contractor's Address:** | 300 Madison Avenue<br>New York, NY 10017 | |
| **Project Name**: | PSPS Support | |
| **Job Location**: | Various Locations | |

**WORK**: Contractor shall, at its own risk and expense, perform the Work described in this Contract Work Authorization and furnish all labor, equipment, and materials necessary to complete the Work as summarized below and as more fully described in Attachment 1, Scope of Work.

Contractor shall provide professional services to support PG&E's Public Safety Power Shutoff (PSPS) program. Contractor's tasks for this work shall include the following:

1. Program Management Support
2. Documentation Support
3. Training and Workshop Support
4. PSPS Executive Reporting

Your work under this Agreement is subject to the applicable procedures and/or processes approved by the Bankruptcy Court in PG&E's bankruptcy proceeding (Bankruptcy Case No. 19-30088 (DM)) in the United States Bankruptcy Court, Northern District of California, San Francisco Division for the retention of counsel [outside professionals] and those procedures and processes are expressly incorporated herein, as they may be changed from time to time by the Bankruptcy Court.

**ATTACHMENTS: Each of the following documents are attached to this CWA and are incorporated herein by this reference:**
Attachment 1: Scope of Work, 5 Pages
Attachment 2: Subcontractor and Supplier Utilization Plan Instructions and Form (Exhibit 1/1A), 6 Pages

**CWA TERM**: This CWA is effective upon signature by both parties and expires on **June 12, 2020**. Time is of the essence.

**CWA COMPLETION:** Contractor shall commence performance hereof when directed to do so by PG&E and Work shall be completed by the completion date of **June 12, 2020**.

**CONSIDERATION**: As full consideration for satisfactory performance of the Work under this CWA by Contractor, PG&E's total obligation to Contractor shall not exceed the following amount. This amount is inclusive of all taxes incurred in the performance of the Work. Any change to this amount shall only be authorized in writing by a PG&E CWA Change Order, fully executed by both PG&E and Contractor.

**TOTAL: Not-to-Exceed (NTE) $396,000.00**


**THE PARTIES, BY SIGNATURE OF THEIR AUTHORIZED REPRESENTATIVES, HEREBY AGREE TO THE TERMS OF THIS CONTRACT WORK AUTHORIZATION.**

PG&E Corporation (“PG&E Corp.”) and Pacific Gas and Electric Company (the “Utility,” and, together with PG&E Corp., the “Debtors”), are debtors-in-possession in a proceeding pending under chapter 11 of title 11 of the United States Code (the “Bankruptcy Code”), in the United States Bankruptcy Court for the Northern District of California. Nothing herein shall be deemed to constitute an assumption of the Contract and/or any CWA or a waiver or modification of the Debtors’ rights to assume, assume and assign, or reject the Contract and/or any CWA pursuant to section 365 of the Bankruptcy Code. The Debtors hereby reserve all rights available to them under such proceedings. Any amounts paid by the Debtors hereunder must be applied to goods and/or services provided to the Debtors on or after January 29, 2019 (the “Petition Date”) and shall not be applied to satisfy Claims (as defined in the Bankruptcy Code) arising prior to the Petition Date.

| **PACIFIC GAS AND ELECTRIC COMPANY** | | **CONTRACTOR: PRICEWATERHOUSECOOPERS LLP** | |
|---|---|---|---|
| **Signature** | DocuSigned by: Paul Bergmann 31004F9A7E3C405... | **Signature** | Todd Jirovec |
| **Name** | Paul Bergmann | **Name** | Todd Jirovec |
| **Title** | Supervisor, Sourcing Operations | **Title** | Principal |
| **Date** | 4/8/2020 | **Date** | 4/8/2020 |

| **ADMINISTRATION** | | | |
|---|---|---|---|
| **PG&E Negotiator** | Mark Dolatre | **Contractor Representative** | Todd Jirovec |
| **Phone** | (925) 380-7024 | **Phone** | (214) 616-2977 |
| **Email** | M6DP@pge.com | **Email** | Todd.jirovec@pwc.com |
| **Accounting Reference** | 8193385 | | |
| **PG&E Work Supervisor:** | Tracy Maratukulam | **Phone: (415) 973-3638** | |
| **INVOICE INSTRUCTIONS**: As described in more detail in the Invoicing section of the Terms and Conditions, Contractor shall send invoices for each payment when due, showing the Purchase Order Number (starts with "27" or "35") and the Line Item number, if applicable. | Invoices should be sent to PG&E Law Department Finance Group, P. O. Box 7133, San Francisco, CA 94120 or emailed to GenlCnslLawPaymentProcessingGroup@pge.com. | | |
| | **Send ORIGINAL Invoice to:** | GenlCnslLawPaymentProcessingGroup@pge.com. | |
| | **Send COPY of Invoice to:** | Tracy Maratukulam – TDM9@pge.com | |

| **INTERNAL PG&E USE ONLY** | | |
|---|---|---|
| **Distribution Date** | | |
| **Distribution of Copies:** | ☐ ARIBA Contracts ("CXXXX" series): Buyer uploads an executed copy in Ariba. | ☐ Contractor (Signed Original Copy) |
| | ☐ Work Supervisor | ☐ Manager |
| | ☐ Invoice Approver | ☐ Supervisor |
| | ☐ V.P. | ☐ Sourcing/ Purchasing |
| | ☐ Director | ☐ Law |



**SCOPE OF WORK**
**Pursuant to**
**MASTER SERVICES AGREEMENT No. C74**

This Statement of Work (SOW) outlines the engagement between Pacific Gas and Electric Company ("PG&E" or "Client") and PricewaterhouseCoopers LLP ("PwC" or "Contractor") to perform the services described below. The term "Client" in the Agreement shall include the entity signing this Statement of Work. Any terms used in this SOW and not otherwise defined will have the same meaning as in the Agreement. If there is a conflict between the Agreement and the SOW, this SOW shall prevail.

## I. PURPOSE AND SCOPE

Contractor's Understanding:

This SOW covers services as outlined in Section 2.1. This SOW confirms the understanding of the objectives, deliverables, timing, staffing, and fees for this project.

This SOW reflects a continuation of services under the Contract Work Authorization No. C16316 dated 07/11/2019.

## II. PARTIES' RESPONSIBILITIES

### 2.0 PG&E Responsibilities

PG&E will maintain ownership and accountability of all Public Safety Power Shutoff (PSPS) deliverables related to the design, documentation, and execution of the program. These include but are not limited to:

- Program methodology including the PSPS decision framework and thresholds associated with power shut-off
- Documentation of the PSPS process and procedures
- Identification and notification of customers and stakeholders impacted
- Design of training curriculum and objectives including the identification of PG&E employees required to undergo the training program
- Activation and execution of PSPS during times of catastrophic wildfire risk

For clarity, the scope of this SOW does not include any work associated with determining the PSPS process or procedures nor deploying the PSPS methodologies.

### 2.1 Services to be provided by PwC:

PG&E is engaging PwC to provide the following services (the "Services"):

| **PSPS Process Documentation Support** | |
|---|---|
| **Program Management Support** | • Assist PSPS Process and Tool Enhancement workstream in consolidating inputs from PG&E SMEs and tracking action items<br>• Maintain schedules and track milestones for SME deliverables to Process and Tool Enhancement workstream<br>• Document risks/challenges to deadlines and provide mitigation action summaries to weekly PSPS PMO meeting |

| | |
|---|---|
| **Documentation Support** | • Assist PSPS PMO with updating documentation to PSPS process as updates are completed by relevant SME stakeholders (e.g., PSPS Viewer enhancements from IT)<br>• Coordinate with other PG&E stakeholders on updating process documentation (e.g., ECI and process map updates)<br>• Summarize changes to PSPS process for broader LOB consumption (e.g., Customer, Liaison)<br>• Coordinate with PSPS PMO team on opportunities to automate processes and streamline manual creation of analysis (e.g., timeline summary during a PSPS event) |
| **Training and Workshop Support** | • Update PSPS PMO training documents based on changes to processes and tools<br>• Determine impacted stakeholders and estimate degree of change<br>• Conduct cross-functional workshops to walk-through changes with impacted stakeholders<br>• Assist the PSPS PMO team with drafting executive summaries of training and exercise plan |
| **PSPS Executive Reporting** | • Compile updates from cross-functional workstreams to provide updates for leadership discussions as needed<br>• Assist with tracking of PG&E-identified action items and PG&E identified priorities across cross-functional work plans as needed |

### 2.2 Deliverables:

We will provide Deliverables in accordance with the scope of work identified in section 2.1.

The Deliverables assume support at the proposed team structure and will be evaluated on an ongoing basis to determine if additional support is needed. Any changes to the Deliverables or scope of support will be mutually agreed upon by the PG&E and PwC teams. This SOW will include the following Deliverables:

| **PSPS Process Documentation Support** | |
|---|---|
| **Program Management Support** | • Weekly status updates including risks/challenges<br>• Action item tracker<br>• SME deliverable milestone tracker |
| **Documentation Support** | • List of impacted documentation and associated owners<br>• Summary of action items and process updates (e.g., process maps) to be handed-off to document owner<br>• Updated Planning & Intelligence Playbook guidance (e.g., job aids, checklists)<br>• List of automation opportunities |
| **Training and Workshop Support** | • Refreshed PG&E-drafted process and training materials<br>• Training support materials including participant and facilitator packets of workshop / exercise materials (if created)<br>• Executive summary of observations and follow-up items following each exercise / workshop |
| **PSPS Executive Reporting** | • Senior Team presentations (as needed)<br>• Board of Directors presentations (as needed) |

Deliverables will be prepared at the direction of PG&E and are intended to be treated solely as PG&E-owned, and will not be represented as having been prepared by PwC. In addition to Deliverables, PwC may develop software or electronic materials (including spreadsheets, documents, databases and other tools) to assist with the engagement. If these are made available to PG&E they are provided "as-is."

**Key Assumptions**

- For estimates and data pertaining to data associated with the scope of work, PwC shall rely on information provided by PG&E
- PG&E will provide timely access to the Electric Operations and other LOB leadership and stakeholders on an as-needed basis
- Any scope changes to Deliverables shall be discussed and prioritized with the designated PG&E Work Supervisor lead as needed. PwC shall not be obligated to add to, modify, or otherwise change this Statement of Work unless such Scope Changes are mutually agreed to between PwC, PG&E and impacted project parties
- In the event that PG&E proposes a Scope Change, PwC and PG&E, in good faith, shall discuss and document the recommended changes at their earliest opportunity. If such Scope Change is agreed to by PwC, the Parties shall generate and execute a mutually agreed-to SOW Change Order in compliance with PG&E Sourcing policies, forms, and processes. A SOW Change Order shall outline the specific Scope Changes, including cost and scheduling impacts due to the Scope Change

## 2.3 Proposed Team Structure

The PwC team will work under the direction of Tracy Maratukulam on this engagement. A team comprised of PwC, Strategy & consultants will execute the work identified. Additional input from PG&E leadership will guide the analyses. Further description of team structure and member roles are described in the exhibit below:

The proposed team structure will be evaluated on an ongoing basis and any changes to the Deliverables or scope of support will be mutually agreed upon by the PG&E and PwC teams.

### 2.4 Timing

The timing of the Services is as follows:

| | |
|---|---|
| Proposed Project Start Date: | March 16, 2020 |
| Estimated Project Completion Date: | June 12, 2020 |

### 2.5 PG&E Responsibilities

During the term of this project, PwC will work in collaboration and at the direction of the designated PG&E Work Supervisor. The PwC Team will meet with the designated PG&E Work Supervisor as appropriate to discuss status and open issues arising from the Services, PwC's progress reports and/or reports identified as deliverables in this project, PwC's resource utilization and staffing mix, adherence (or changes) to deliverables and project plan, as well as any requests for scope changes. PG&E shall also provide executive sponsor input and oversight as requested by the PG&E Work Supervisor with input from the PwC Team.

PwC's role is advisory only. Client is responsible for all management functions and decisions relating to the PwC Services, including evaluating and accepting the adequacy of the scope of the PwC Services in addressing PG&E's needs. Client also is responsible for the results achieved from using the PwC Services or any related deliverables.

## III FEES, EXPENSES AND PAYMENT

**Professional Fees, Expenses and Payment Terms:**

- PwC's labor fees for this project are based agreed upon MSA terms with PG&E and estimated on the time required by professionals to complete the engagement. Individual hourly rates vary according to the experience and skill required
- Estimated professional fees requested for the scope of work described above amounts to approximately $360,000
- PwC will also bill PG&E for reasonable out-of-pocket expenses not to exceed ten percent (10%) of labor fees estimated
- Total estimated fees and expenses for the scope of work described above amounts to a total not to exceed of $396,000
- Contractor's project plan contemplates regular dialog with senior leadership to align on key points and timely consideration of new issues or opportunities as they arise
- Any additional work outside of the scope outlined within this SOW will be agreed separately and performed at mutually agreed upon rates, via the standard Change Order Process which shall not be authorized without the prior written approval of PG&E and PwC

**Other Terms:**

- PG&E shall indemnify and hold Contractor harmless from and against any and all third party claims, losses, liability and damages arising from or relating to the Service or Deliverables under this SOW, except to the extent finally determined to have resulted from Contractor's gross negligence or intentional misconduct relating to such Services and/or Deliverables
- PG&E will be solely responsible for any and all communications required with PG&E's federal and state regulators and/or independent monitor(s) relating to these Services and

Deliverables. Contractor is not being engaged to interact or meet with third parties, including but not limited to PG&E's regulators and/or independent monitor(s)

- If Contractor is requested or authorized by PG&E or required by government regulation, regulatory agency, subpoena, or other legal process to produce Contractor's Deliverables, working papers or personnel for testimony or interview with respect to Services Contractor performed for PG&E, PG&E will reimburse Contractor for Contractor's and its counsels' expenses and professional time incurred in responding to such a request

**PG&E and Contractor Work Supervisor Name, Number, and Email Address**

PG&E Work Supervisor:

Tracy Maratukulam, Director Electric Operations Public Safety Power Shutoff
Phone: 415.973.3638
Email: TDM9@pge.com

Contractor Work Supervisor:

Todd Jirovec, Principal
Phone: 214.616.2977
Email: todd.jirovec@pwc.com

**Work Location(s)**

This project will be conducted primarily out of PG&E's Corporate Headquarters in San Francisco, CA. Work will be coordinated through the PG&E work supervisor or designees.

**Other Items**

This agreement shall be governed by **Master Services Agreement No. C74 (formerly 4400011341)** between PwC and PG&E. PwC is owned by professionals who hold CPA licenses as well as by professionals who are not licensed CPAs. Depending on the nature of the services PwC provide, non-CPA owners may be involved in providing services to PG&E now or in the future.

At the onset of this project, PwC will prepare a project schedule and work breakdown. This schedule will include all PwC project management activities, deliverables, and key interdependencies. The schedule and deliverables will be subject to the specification and approval of the PG&E Work Supervisor.

Contractor is not providing legal advice or legal opinions in this engagement. PG&E should obtain such advice or opinions from PG&E's attorneys.

**END OF SCOPE OF WORK**



# EXHIBIT 1
## Subcontractor and Supplier Utilization Plan Instructions

Pub. 6/13/19

Prime Contractor/Supplier shall provide a signed Subcontractor and Supplier Utilization Plan (Exhibit 1A) prior to the performance of Work with a list of all Subcontractors and Suppliers. In the event of any change in subcontractors or suppliers, Prime Contractor/Supplier shall submit an updated and signed Subcontractor and Supplier Utilization Plan (Exhibit 1A) to PG&E prior to performance of the Work. Plan must be completed. Respond “N/A” if not applicable. See further instructions below.

**Prime Contractor/Supplier Information:**

Prime Contractor / Suppliers CPUC and Small Business Status

Indicate “yes” or “no” to indicate whether Prime Contractor / Supplier is CPUC Clearinghouse certified. If certified please provide the Verification Order Number (VON).

To find the VON Number, access:

- CPUC Clearinghouse Database: https://sch.thesupplierclearinghouse.com/frontend/searchcertifieddirectory.asp

Indicate “yes” or “no” to indicate whether Prime Contractor / Supplier is Small Business certified. If certified please provide the small business certification number.

To find out more about Small Business certification, access the following sites:

- California Department of General Services (DGS): http://www.dgs.ca.gov/pd/Programs/OSDS.aspx
- U.S. Small Business Administration (SBA): https://www.sba.gov/contracting/getting-started-contractor/qualifying-small-business

Prime Contractor / Suppliers Estimated Amount to be Paid to All Subcontractors / Suppliers

Provide the estimated dollar amount to be paid to all subcontractors for the duration of the contract term by the following categories: a) all subcontractors and suppliers b) small business certified suppliers only and c) CPUC certified businesses only. The estimated dollar amounts may be reflected in one or more categories.

If 100 percent of the work will be self-performed by the Prime Contractor/Supplier, indicate “0” for each category.

Refer to the links above to locate potential CPUC and Small Business-certified subcontractors and suppliers.

**1. Tier Level**

**1.1.** For most Services, lower tier subcontractors are not allowed below three sub-tiers. (Ex: Prime > Subcontractor 1 > Subcontractor 1.1> Subcontractor 1.1.1).



# EXHIBIT 1
## Subcontractor and Supplier Utilization Plan Instructions

Pub. 6/13/19

**1.2.** Providers of Restricted Services are limited to second tier and may not subcontract the Work. Restricted Services currently includes Freight Haulers and Vegetation Management; however, this may be expanded to include others in the future. (Ex: Prime > Vegetation Management Subcontractor).

**1.3.** A 3rd-party logistics provider or qualified freight broker may be utilized to directly subcontract the Work to Freight Haulers, however, Freight Haulers may not subcontract the Work to other Freight Haulers. (Ex: Prime > Qualified Freight Broker > Freight Hauler or Prime > Freight Hauler).

**1.4.** Refer to the Allowable Tier Matrix for further detail.

**2. Subcontractors / Suppliers**

**2.1.** Provide the complete name of the Subcontractor or Supplier. Do not abbreviate - please spell out any acronyms.

**2.2.** Subcontractors (Subs) are contractors that have been retained by a primary contractor, or any subcontractor at lower tiers, to provide services on behalf of PG&E.

**2.2.1.** A - General Engineering Contractor: A contractor whose principal contracting business is in connection with fixed works requiring specialized engineering knowledge and skill.

**2.2.2.** B - General Building Contractor: A contractor whose principal contracting business is in connection with any structure built, being built, or to be built, for the support, shelter, and enclosure.

**2.2.3.** C - Specialty Contractor: A contractor whose operations as such are the performance of construction work requiring special skill and whose principal contracting business involves the use of specialized building trades or crafts.

**2.2.4.** D - Restricted Services Providers include, but are not limited to, Freight Haulers and Vegetation Management Providers.

**2.3.** Services for which Subcontractors and Suppliers shall be listed on the Exhibit 1A include, but are not limited to:

**2.3.1.** Construction Services: All aspects of: constructing, fabricating, installing, erecting, maintaining, performing integrity digs on, and performing turnaround services on, pipelines, buildings, plants, and facilities of all types. Additionally, subcontractor team members who provide construction, general construction, heavy machinery, and other construction services will be included in this group of services.

**2.3.2.** Industrial Service Vendors (ISV) are typically subcontracted for specializing in specific construction work scope such as hydrotesting and surveying.

**2.3.3.** Professional and Consulting Services: Individuals who provide your company with specialized service, including but not restricted to lawyers, accountants and management consultants. Including, but not limited to environmental and land consultants, human health and risk assessment providers; other select professional services may be included, as needed.

**2.3.4.** Niche Professional or Consulting Service: An organization that specializes or has a forte in a particular industry or field.

**2.3.5.** Local Hire Suppliers: Select subcontractors with specific project geography support in facilitating local and/or union hiring.

Case: 19-30088 Doc# 8496-3 Filed: 07/22/20 Entered: 07/22/20 17:42:59 Page 11 of 16



# EXHIBIT 1

## Subcontractor and Supplier Utilization Plan Instructions

Pub. 6/13/19

**2.3.6.** Restricted Services: Freight Haulers (FH) are business entities operating commercial vehicle with a Gross Vehicle Weight Rating (GVWR) of 55,000 pounds or greater either for commercial or private use.

**3. Emergency Point of Contact**

3.1 Please include the best point of contact and phone number for use in the event of an emergency.

**4. Contractor's License #** and/or **Motor Carrier Permit #**

**4.1.** Provide the California Contractor's License Number of each Subcontractor or Supplier (if applicable) along with the type of License or Permit.

**4.2.** The MCP (Motor Carrier Permit) is issued to the motor carrier as evidence the carrier has registered their CA# with the DMV, as required by CVC (California Vehicle Code) Section 34620.

**4.3.** Provide the Expiration Date of the Subcontractor or Supplier's California Contractor's License or MCP.

**4.4.** Subcontractors and Suppliers may have both a California Contractor's License Number and a MCP. If this is the case, please include information for both.

**4.5.** Special Permit Requirements:

**4.5.1.** Freight Haulers needing Special Permit for transferring atypical extra wide or heavy loads and/or hazardous or flammable materials. Applicable permit retention includes but not limited to below lists.

**4.5.2.** Oversized Load - California Transportation Permit - Issued for movement of non-divisible (exceeding applicable length, width, height, or weight limit) loads, not circumventing California Vehicle Code requirements.

**4.5.3.** Hazardous Material Load - Federal Motor Carrier Safety Administration (FMCSA) requires motor carriers to obtain a Hazardous Materials Safety Permit (HMSP) prior to transporting certain highly hazardous materials.

**4.5.4.** Flammable Load - Every motor carrier who transports the following hazardous materials in California must have a hazardous materials transportation license (California Hazardous Material Transportation License) issued by California Highway Patrol.

**5. Description of Work to be Performed or Major Materials to be Supplied**

**5.1.** Provide a description of the work to be performed or major materials to be supplied by the Subcontractor or Supplier.

**6. Is excavation to be performed?**

**6.1.** Indicate whether the work to be performed by each Subcontractor or Supplier includes excavation by responding "Yes" or "No." Refer to Section 4216 of the California Government Code for the definition of "excavation."

**7. Gold Shovel Status**

**7.1.** Indicate the Gold Shovel Status for each Subcontractor or Supplier by responding as appropriate:

**7.2.** "N/A" for Subcontractor or Supplier who will not perform excavation work.



# EXHIBIT 1
## Subcontractor and Supplier Utilization Plan Instructions

Pub. 6/13/19

**7.3.** "Active" for Subcontractor or Supplier with an active Gold Shovel Certification.

**7.4.** "Inactive" for Subcontractor or Supplier that does not have current Gold Shovel Certification. Attach an explanation to Exhibit 1A indicating when Contractor anticipates Subcontractor or Supplier will obtain Gold Shovel Certification.

**7.5.** To determine status or to find potential subcontractors, access the following site: http://www.goldshovelstandard.com.

**8. Risk Level**

**8.1.** Indicate whether each Subcontractor or Supplier will be performing low, medium, or high risk work by responding "Low", "Med", or "High". Refer to PG&E's Contractor Safety Program risk definitions at https://www.pge.com/pge_global/common/pdfs/for-our-business-partners/purchasing-program/suppliers/ContractorSafety_ProgramRequirements_Risk.pdf

**9. ISN ID# and/or PG&E Qualified Vendor #**

**9.1.** Provide ISNetworld (ISN) Identification Number of each Subcontractor or Supplier performing medium to high risk work.

**9.2.** Respond "N/A" for any Subcontractor or Supplier performing low risk work.

**9.3.** Respond "None" if Subcontractor or Supplier has not completed ISN prequalification. Attach an explanation to Exhibit 1A explaining when Contractor anticipates Subcontractor or Supplier prequalification will be complete.

**9.4.** Subcontractor or Supplier may have both an ISN ID Number and a PG&E Qualified Vendor Number. If company has both, please list ISN ID Number first.

**9.5. ISNetworld Prequalified**

**9.5.1.** Indicate whether Subcontractor or Supplier performing medium to high risk work is Prequalified in ISN by responding "Yes" or "No." Respond "N/A" for each Subcontractor or Supplier performing low risk work.

**9.5.2.** To determine prequalification status or to find potential subcontractors, access the following site: https://www.pge.com/en_US/for-our-business-partners/purchasing-program/suppliers/suppliers.page.

**10. Union Signatory**

**10.1.** Indicate whether Subcontractor or Supplier is signatory to a labor union by responding "Yes" or "No."

**11. Signature / Attestation**

Please sign, date and indicate the revision number certifying that the information provided on this form is true to the best of your knowledge. Note: The information provided may form the basis of a Statement of Record, against which PG&E may conduct an audit or review to ensure compliance.

# PG&E Allowable Subcontractor / Supplier Tier Matrix

**NOTES**

- Subcontractors and Suppliers limited to three tiers – no lower level tier Subcontractors and Suppliers are allowed.
- Contract terms must be flowed-down to Subcontractors and Suppliers, as applicable per MSA terms. PG&E must be formally notified of all Subcontractors and Suppliers being utilized.
- Providers of Restricted Services are limited to first tier and may not subcontract the Work. Restricted Services currently includes Freight Haulers, however, this may be expanded to include others in the future. Prime Contractor may utilize an ISV or broker to engage multiple Freight Haulers.

Case: 19-30088 Doc# 8496-3 Filed: 07/22/20 Entered: 07/22/20 17:42:59 Page 14 of 16

DocuSign Envelope ID: 561E64C9-B31A-4D22-A4BE-97137286BCB8

CWA No. C21245
Attachment 2: Subcontractor and Supplier Utilization Plan Instructions and Form (Exhibit 1/1A)
Page 6 of 6

Sourcing
October 2018
Page 1 of 1

PG&E

# Subcontractor and Supplier Utilization Plan

**EXHIBIT 1A**

| | | |
|---|---|---|
| **Prime Contractor/Supplier Name:** | **PG&E Contract # (if any):** | **Contract Duration From: To:** |
| **Employer Identification # (EIN):** | **Total Bid/Contract Value:** | **Total Amount to be Self Performed:** |
| **PG&E Project/Product:** | **Is Prime Contractor/Supplier CPUC Clearinghouse Certified? Yes No VON #:** | |
| **Name of Preparer:** | **Is Prime Contractor/Supplier a Registered Small Business Certified? Yes No Small Business #:** | |
| **Preparer E-Mail:** | **Estimated Amount to be Paid to all Subcontractors (Subs) and Suppliers ($):** (for the duration of the contract) | |
| **Preparer Contact Phone:** | **Subs and Suppliers: Small Businesses: CPUC Certified Businesses:** | |

| (1) Tier Level | (2) Name of Subcontractors (s) and Supplier (s) | (3) Emergency Point of Contact / Phone # | (4) Contractor's License # / Motor Carrier Permit | | | | (5) Description of Work to be Performed or Major Materials to be Supplied | (6) Is Excavation to be Performed | (7) Gold Shovel Status | (8) Risk Level | (9) ISN ID# and/or PG&E Qualified Vendor # | (10) Union Signatory |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | License/Permit Type | License/Permit # | Expiration Date | Special Permit Required | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

***N/A NO SUBCONTRACTORS BEING USED***

The information provided on this form may form the basis of a Statement of Record, against which PG&E may conduct an audit or review to ensure compliance.
Indicate All Subcontractor(s) and Supplier(s) of any tier prior to performing Work on designated project. Submit Exhibit 1A to best demonstrate your plan for the indicated services.
In the event of a change in planned Subcontractor(s) or Supplier(s) of any tier, submit a revised Exhibit 1A prior to performing the Work via the method outlined in the contract or work authorization.
Refer to Exhibit 1 for additional instructions on completing this form.
Please include additional sheets as needed.

| (11) **Signature** | Todd Jrivre | **Date** | 4/8/2020 | **Rev. #:** | |
|---|---|---|---|---|---|

**I hereby certify that the information listed is true to the best of my knowledge.**



## Certificate Of Completion

| | | |
|---|---|---|
| Envelope Id: 561E64C9B31A4D22A4BE97137286BCB8 | | Status: Completed |
| Subject: CW2329765 - CWA C21245 PwC PSPS_pwcsigned.pdf | | |
| Source Envelope: | | |
| Document Pages: 14 | Signatures: 1 | Envelope Originator: |
| Certificate Pages: 1 | Initials: 0 | Mark Dolatre |
| AutoNav: Enabled | | 77 Beale Street |
| EnvelopeId Stamping: Enabled | | San Francisco, CA 94105 |
| Time Zone: (UTC-08:00) Pacific Time (US & Canada) | | M6DP@pge.com |
| | | IP Address: 216.109.110.11 |

## Record Tracking

| | | |
|---|---|---|
| Status: Original<br>4/8/2020 12:51:09 PM | Holder: Mark Dolatre<br>M6DP@pge.com | Location: DocuSign |

| Signer Events | Signature | Timestamp |
|---|---|---|
| Paul Bergmann<br>P1BI@pge.com<br>Supervisor, Sourcing<br>PG&E<br>Security Level: Email, Account Authentication (None) | DocuSigned by: Paul Bergmann<br>31004F9A7E3C405...<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 131.89.195.125 | Sent: 4/8/2020 12:51:30 PM<br>Viewed: 4/8/2020 12:51:53 PM<br>Signed: 4/8/2020 12:52:08 PM |

**Electronic Record and Signature Disclosure:**
Not Offered via DocuSign

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 4/8/2020 12:51:30 PM |
| Certified Delivered | Security Checked | 4/8/2020 12:51:53 PM |
| Signing Complete | Security Checked | 4/8/2020 12:52:08 PM |
| Completed | Security Checked | 4/8/2020 12:52:08 PM |

| Payment Events | Status | Timestamps |
|---|---|---|