# Exhibit 4

## Relationships With Potential Parties in Interest

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**Exhibit 4**

Affiliates and Subsidiaries

Alaska Gas Exploration Associates
Eureka Energy Company
Fuelco LLC
Midway Power, LLC
Morro Bay Mutual Water Company
Moss Landing Mutual Water Company
Natural Gas Corporation of California
Pacific Energy Capital IV, LLC
Pacific Energy Fuels Company
PCG Capital, Inc. (Formerly PG&E Ventures, Inc.)
PG&E Corporation Support Services II, Inc.
PG&E Corporation Support Services, Inc.
PG&E National Energy Group, LLC
Standard Pacific Gas Line Incorporated
STARS Alliance LLC (formed in DE 7/12/12, PG&E ownership interest acquired 7/30/12)

Bank Accounts

Bank of America
Bank of America Merrill Lynch
Bank of Marin
Bank of New York Mellon
Barclays Capital Inc.
BNP Paribas
Citibank, N.A.
Citigroup Global Markets
Deutsche Bank Trust Company Americas
Fidelity Management Trust Company
Goldman, Sachs & Co.
JP Morgan Chase Bank, N.A.
Merrill Lynch
RBC Capital Markets
Royal Bank of Canada
Royal Bank of Scotland
U.S. Bank, N.A.
Union Bank of California
Wells Fargo Bank, N.A.
Wells Fargo Securities, LLC

Term and Revolving Loan Lenders and Administrative Agents

Bank of America, N.A. (Admin Agent - $300M)
Barclays Bank PLC
BNP Paribas
Canadian Imperial Bank of Commerce, New York Branch
Citibank, N.A. (Admin Agent - $3B)
Goldman Sachs Bank USA

JPMorgan Chase Bank, N.A.
Mizuho Bank, Ltd. (TL)
Morgan Stanley Bank, N.A.
MUFG Union Bank, N.A.
Royal Bank of Canada
Sumitomo Mitsui Banking Corporation
TD Bank, N.A.
The Bank of New York Mellon
The Bank of Tokyo-Mitsubishi UFJ, Ltd. (TL)
US Bank, National Association
Wells Fargo Bank, National Association

Contract Counterparties

83WI 8ME LLC
8minutenergy Renewables, LLC
Aera Energy LLC
Aera Energy LLC (Coalinga)
Aera Energy LLC (N. Midway Sunset)
Aera Energy LLC (Oxford)
Aera Energy LLC (S. Belridge)
Agua Caliente Solar, LLC
Air Products Manuf. Corp.
Algonquin Power Co.
Algonquin Power Sanger LLC
Alpaugh 50, LLC
Alpaugh North, LLC
Amerex Brokers LLC
Anadarko
Anahau Energy
Anahau Energy, LLC
Apache Corp.
Arizona Public Service
Arlington Wind Power Project, LLC
Atlantic Coast
Atlantica Yield
Atlantica Yield
Avangrid Renewables, LLC
Avenal Park LLC
Avista Energy, Inc.
Badger Creek Limited
Bank of Montreal
Barclays Bank PLC
Bear Creek Solar, LLC
Bear Mountain Limited
Berkshire Hathaway Energy Renewables
Berry Creek
Berry Petroleum Company
BGC Environmental Brokerage Services, L.P.

1

Exhibit 4

| | |
|---|---|
| Blackwell Solar, LLC | Chevron USA, Inc. |
| BNP Paribas Securities Corp. | Citadel Energy Mktg. LLC |
| BNP Paribas US | Citigroup |
| Bonneville Power Administration | Citigroup Energy Inc. |
| Bottle Rock Power, LLC | City County of San Francisco |
| BP Energy Company | City of Roseville |
| BP Products North America Inc. | City of San Jose (San Jose Clean Energy) |
| Brookfield Renewable Energy Partners | City of Seattle |
| Buena Vista Energy, LLC | City of Vernon |
| Burney Forest Products | Clearway Energy |
| Burney Forest Products, a Joint Venture | Cloverdale Solar 1, LLC |
| BVP Property, LLC | Coalinga Cogeneration Company |
| CA Flats Solar 150, LLC | Cochrane |
| California Dept. of Water Resources | Cogentrix |
| Calpeak Power - Panoche LLC | Con Edison Development |
| Calpeak Power - Vaca Dixon LLC | Concord Energy |
| CalPeak Power, LLC | Conoco Canada |
| Calpine | Conoco Phillips Company |
| Calpine King City Cogen. | Conocophillips Co. |
| Calpine Energy Services, L.P. | Constellation Energy Group, Inc. |
| Calpine Energy Solutions, LLC | Copper Mountain Solar 1, LLC |
| Calpine Geysers Co. L. P. (KW#1) | Copper Mountain Solar 2, LLC |
| Calpine Geysers Co. L. P. (KW#2) | Coram California Development, L.P. |
| Calpine Geysers Co. L. P. (WFF) | Covanta Power Pacific |
| Calpine LLC | Covanta Power Pacific, Inc. |
| CAN NAT RES | CRA International Inc |
| Canadian Imperial Bank of Commerce | CRA International Inc. |
| Capital Dynamics, Inc. | Credit Suisse Energy LLC |
| Capital Power Corporation | Crockett Cogeneration, LP |
| Capital Power L.P. | Cypress Energy Partners |
| Cargill Inc. | DB Energy Trading |
| Cargill Ltd. | DE Shaw |
| Cargill Power Markets, LLC | Desert Sunlight 300, LLC |
| Cascade Energy Storage, LLC | DG Fairhaven Power, LLC |
| Castleton Comm | Direct Energy |
| CED Avenal Solar, LLC | Direct Energy Business Marketing, LLC |
| CED Corcoran Solar 3, LLC | DTE Biomass Energy |
| CED Corcoran Solar, LLC | DTE Energy Services, Inc. |
| CED Lost Hills Solar, LLC | DTE Stockton, LLC |
| CED Oro Loma Solar, LLC | Dynegy Morro Bay, LLC |
| CED White River Solar 2, LLC | Dynegy Moss Landing LLC |
| CED White River Solar, LLC | Dynegy Power, LLC |
| Central Valley Gas Stor. | Eagle Creek Renewable Energy LLC |
| Chalk Cliff Limited | Eagle Hydro |
| Chevron Natural | EBMUD |
| Chevron Products Company | Eco Services Operations Corp |
| Chevron USA (Coalinga) | EDF Renewable Energy |
| Chevron USA (Cymric) | EDF Trading |

2

**Exhibit 4**

EDF Trading North America, LLC

EDP Renewables North America LLC

El Dorado Irrigation District

El Paso Natural Gas Company

Enel Green Power North America, Inc.

Energy America, LLC

Energy Capital Partners

Enerparc Inc

Enterprise

EOG Resources

ETC Marketing, Ltd.

Eureka Energy Company

Eurus Energy America Corp

EVOL Mkts Fts LLC - Fin Brk -LE

Evolution Markets Futures LLC & Evolution Markets, Inc.

Evolution Markets Futures, LLC

Evolution Markets Inc.

Evolution Markets, Inc.

Exelon Generation

Exelon Generation Company, LLC

ExGen Renewables (Exlon)

Finavera Renewables

First Reserve

First Solar

Fortistar LLC

Freepoint Comm

Freeport McMoRan Oil & Gas LLC (Dome)

Freeport McMoRan Oil & Gas LLC (Welport)

Frito Lay Cogen

Frito-Lay, Inc.

FTP Power LLC

FuelCell Energy

Fuelco LLC

Gas Recovery Systems, Inc

GASNA 16P, LLC

GASNA 27P, LLC ("Peabody BRJ Option 1")

GASNA 30P, LLC ("Camden FiT 1")

GASNA 36P LLC

GASNA 60P, LLC

GASNA 6P, LLC

Genesis Solar, LLC

GenOn Delta, LLC

GenOn Energy Management LLC

GenOn Energy, Inc.

Geysers Power Company, LLC

GFI Brokers LLC

GFI Securities LLC

GHI Energy

Gill Ranch Storage, LLC

Gilroy Energy Center, LLC, Creed Energy Center, LLC and Goosehaven Energy Center, LLC

Google Inc.

Graphic Packaging International Inc.

Great Valley Solar 4, LLC

Greater Vallejo Recreation District

Greenleaf Power

GreenVolts, Inc.

GWF

GWF Energy LLC

Harbert Management Corp

Hatchet Ridge Wind, LLC

High Plains Ranch II, LLC

High Sierra Limited

Hilcorp San Juan, L.P.

HL Power Company

Hydrocarbon

Iberdrola Renewables LLC

Iberdrola Renewables, Inc.

Icap

ICAP Energy LLC

ICE NGX Canada Inc.

Idemitsu Apollo Corporation

IHI Power Services Corp.

Integrys

Intercontinental Exchange, Inc.

INTL FCSTONE FINANCIAL

Invenergy Wind Development LLC

IPC (USA), INC.

IPC (USA), INC.

J. Aron & Company LLC

J. Aron and Company LLC

J.P. Morgan Ventures

Java Solar, LLC

Jonah Energy LLC

Jonah Energy LLC

JP Morgan Chase Bank, N.A.

JP Morgan Securities LLC

JP Morgan Ventures Energy Corporation

JR Simplot

Kern Front Limited

Kern River

Kern River Cogen Company

Kern River Gas Transmission Company

Kinergy Marketing LLC

Klondike Wind Power III LLC

Koch Supply & Trading, LP

**Exhibit 4**

La Paloma Generating Company

Landmark

Live Oak Limited

Lodi Gas Storage LLC

Los Angeles Dept. of Water and Power

Los Esteros Critical Energy Facility LLC

Los Esteros Critical Energy Facility, LLC

Los Medanos Energy Center

Lost Hills Solar, LLC

Macquarie Energy LLC

Macquarie Futures

Macquarie Futures LLC

Macquerie Energy LLC

Magnus Energy

Mammoth One LLC

Mammoth Three LLC

Maricopa West Solar PV 2, LLC

Marin Clean Energy

Martinez Cogen Limited Partnership

Mckittrick Limited

Mercuria Commodities Canada

Merrill Lynch

Merrill Lynch Commodities Inc.

Mesquite Solar 1, LLC

Metcalf Energy Center

MidAmerican Energy

Midcoast Marketing (Us) L.P.

Midway Peaking, LLC

Midway Power LLC

Midway Sunset Cogeneration Co.

Mieco

Mieco Inc.

Modesto Irrigation District

Mojave Solar LLC

Morgan Stanley Capital Group Inc.

Moss Landing Mutual Water Company

Mt. Poso Cogeneration Company, LLC

National Fuel

NextEra

NextEra Energy Partners

NextEra Energy Resources, LLC

NextEra Energy, Inc.

Noble Americas Corporation

Noble Americas Energy Solutions LLC

North Star Solar, LLC

Northwest Geothermal Company

NRG Energy

NRG Energy, Inc.

NRG Marsh Landing, LLC

NRG Power Marketing LLC

NRG Solar Alpine, LLC

NRG Solar Kansas South LLC

NV Energy

O.L.S. Energy-Agnews, Inc.

Olympus Power, LLC

Ormat Technologies, Inc.

Pacific Summit Energy LLC

Pacificorp

Panoche Energy Center, LLC

Parrey, LLC

Pattern Energy

Pattern Energy

PBF Energy Western Region LLC

PBM, LLC

Petrochina (CAN)

Pinnacle West Capital Corp

Portal Ridge Solar C, LLC

Portland General Electric

Potrero Hills Energy Producers, LLC

Powerex

Pristine Sun Fund 6, LLC

Public Service Company New Mexico

Public Service Enterprise Group (PSEG)

Public Utility District No. 1 of Klickitat County

Puget Sound Energy, Inc.

Recurrent Energy

Renewables Holdco I LLC

Repsol Canada Energy

Rice Solar Energy, LLC

Rio Bravo

Royal Bank of Canada

Royal Bank of Scotland, PLC

RRI Energy Services

Ruby Pipeline

Russell City Energy Company

Sacramento Municipal Utility District

Saint Agnes Med. Ctr.

Salt River Project

San Diego Gas and Electric

San Jose Water Company

Sand Drag LLC

Sargent Canyon Cogeneration Company

Seattle City Light

Sempra Energy

Sempra Energy Trading Co.

Sempra Generation

**Exhibit 4**

Sempra Generation, LLC

Sequent Energy

Shell Energy

Shell Energy North America (US), L.P.

Shell Trading (US) Company

Shiloh Wind Project 2, LLC

Sierra Energy

Sierra Pacific Industries

Sky Capital America Inc.

SO CAL EDISON

Solar Partners II, LLC

Solar Partners VII, LLC

Solar Partners VIII, LLC

Solar Partners XII, LLC

Southern California Edison Company

Southern Counties Oil Company (dba SC Fuels)

Southern Power

Southwest Generation

SPS Atwell Island, LLC

SRI International

Standard Pacific Gas Line Inc.

Stars Alliance LLC

Starwood Energy Group Global LLC

Statkraft US LLC

Sterling Planet, Inc.

STS HydroPower Ltd.

Sun City Project LLC

Sun Harvest Solar, LLC

Suncor Energy

SunEdison Yieldco ACQ2, LLC

Sunray Energy 2, LLC

Sunrise Power Company, LLC

Sustainable Power Group (sPower)

Targa Gas Marketing Llc

Targray Industries

Tesoro Refining & Marketing Company LLC

TGP Coyote Canyon, LLC

The Energy Authority, Inc.

The Metropolitan Water District of Southern California

The Regents of the University of California

Three Rocks Solar LLC

Toronto Dominion Bank

Total Gas

TransAlta Corporation

TransAlta Energy Marketing (US) Inc.

Transcanada Foothills

Transwestern Pipeline Company, LLC

Tres Vaqueros Wind Farms, LLC

Tullett Prebon Americas Corp.

Turlock Irrigation District

UBS AG (Switzerland)

UCSF

Ultra Resources

United Energy

Vista Corporation

Vista Energy

Vitol Inc.

VPI Enterprises, Inc.

Vulcan Power Company

Waste Management, Inc.

Wells Fargo LLC

Wendel Energy Operations I

Western Area Power Administration

Western GeoPower, Inc.

Westlands Solar Farms LLC

Westside Solar, LLC

WG Partners Acquisition, LLC

Wheelabrator Shasta Energy Company Inc.

Wheelabrator Technologies Inc.

Wild Goose Storage

Williams Field Services

Willow Creek

Willow Springs Solar 3, LLC

Woodland Biomass Power, LTD

Debtors Professionals

**Accenture**

AlixPartners, LLP

**AP Services, LLC**

Coblentz Patch Duffy & Bass LLP

**Compass Lexecon, LLC (Application withdrawn)**

Cravath, Swaine & Moore LLP

Deloitte & Touche LLP

Groom Law Group Chartered

Jenner & Block LLP

**KPMG LLP**

Lazard Frères & Co. LLC

Morrison & Foerster LLP

McKinsey & Company Inc.

Munger, Tolles & Olson LLP

Prime Clerk

Weil, Gotshal & Manges LL

Willis Towers Watson

Counsel to the Board of Directors of Each of PG&E
Corporation and Pacific Gas and Electric

**Exhibit 4**

Simpson Thatcher & Bartlett LLP

Affiliations of Former Officers

California Minority Counsel Program (CMCP)

Nuclear Electric Insurance Limited (NEIL)

Affiliations of Former Directors

ABM Industries Incorporated

American Gas Association (AGA)

American Red Cross - Bay Area Chapter

Associated Electric & Gas Insurance Services Limited (AEGIS)

Bay Area Council

California Academy of Sciences

DCP Midstream Partners, LP;

Encana Corporation

the First Tee of San Francisco

Ford Motor Company

Institute for Nuclear Power Operations

Nuclear Energy Institute

San Francisco Ballet

Spectra Energy Partners, LP

University of Miami

Vassar College

Insurance/Insurance Provider/Surety Bonds

ACE American Insurance Company (Starr Tech)

Ace Insurance Company

AEGIS Insurance Services, Inc. (Associated Electric & Gas Insurance Services Limited)

Aetna

Aetna International

Allianz Global Corporate & Specialty SE (PDW)

Allianz Global Risks

Allianz Global Risks US Insurance Company

Allied World Assurance Company Ltd

Allied World Assurance Company Ltd. (AWAC)

Alpha

American International Reinsurance Company Ltd

Arch Insurance (Bermuda)

Arch Insurance Company (Europe) Limited

Arch Reinsurance Ltd.

Argo

Argo Re Ltd

Argonaut Insurance Company

Aspen Specialty Insurance Company

Associated Electric & Gas Insurance Services Limited

Associated Electric & Gas Insurance Services Ltd. (Aegis U.S.)

AXIS Insurance Company

AXIS Specialty Limited (PDW)

AXIS Surplus Insurance Company

Beacon Health Options, Inc.

Beazley Insurance Company

Berkley Insurance Company

Berkshire Hathaway Insurance Limited (PDW)

Blue Cross of California, Inc. d/b/a Anthem Blue Cross ("Anthem")

Chubb Bermuda

Chubb Bermuda Insurance Ltd

Continental Casualty Company

Employers Insurance Company of Wausau

Endurance Risk Solutions Assurance Co.

Energy Insurance Mutual

Energy Insurance Mutual / NEIL

Energy Insurance Mutual Limited

Energy Insurance Mutual Limited (EIM)

Energy Insurance Mutual Limited (NEIL)

Energy Insurance Services

European Mutual Association for Nuclear Insurance (EMANI)

Everest Insurance

Everest National Insurance Company

Express Scripts Holding Company

Federal Insurance Company

General Security Indemnity Company of Arizona

General Security Indemnity Company of Arizona (Scor Re)

Great American Insurance Company

Great Lakes Insurance SE

Great Lakes Reinsurance (UK) PLC (Munich Re London)

Great Lakes Reinsurance (UK) S.E.

Hamilton Re

Hamilton Re Ltd

HDI Global Insurance Company

Helvetia Assurances S A

Houston Casualty Company

InterHannover

Interstate Fire & Casualty Company

Ironshore Insurance Limited

Kaiser Foundation Health Plan, Inc.

Liberty Insurance Underwriters Inc.

Liberty Mutual Fire Insurance Company

Liberty Mutual Insurance Company

Liberty Mutual Insurance Europe Limited

Liberty Surplus Insurance Corporation

**Exhibit 4**

Life Insurance Company of North America (CIGNA)

Lloyds of London (various)

MAPFRE Global Risks

Munich Re

National Fire & Marine Insurance Company

National Fire & Marine Insurance Company (Berkshire Hathaway Specialty Insurance)

National Fire and Marine Insurance Company

North American Specialty Insurance Company

Nuclear Electric Insurance Limited (NEIL)

Oil Casualty Insurance Limited (OCIL)

Renaissance Reinsurance (Ren Re)

RLI Insurance Company

SAFECO Insurance Company of America

Starr Indemnity & Liability Company

Swiss Re International SE

Swiss Re International SE (Swiss Re)

The Marine Insurance Company Ltd. (Royal Sun Alliance - RSA)

The Ohio Casualty Insurance Company

Twin City Fire Insurance Company

U.S. Specialty Insurance Company

Underwriters at Lloyd's London (Towerstone)

Validus Reinsurance Limited

Willis Towers Watson

XL Insurance America, Inc.

XL Insurance Company

XL Specialty Insurance Company

Zurich American Insurance Company

Zurich Insurance Company

Surety Bonds

Liberty Mutual Insurance Company

Liberty Mutual Fire Insurance Company

The Ohio Casualty Insurance Company

SAFECO Insurance Company of America

Landlords and parties to leases

7-Eleven, Inc.

Akins

Anderson

Avery

Bader

Banta

Beeler

Behring

Bertrand

Blake

Bonneville Power Administration (BPA)

Braun

Business Jet

California Department of Fish & Game

CalPeak Power LLC

CalTrans

Carleton

Carpenter

Carter Validus Operating

Chapin

Chapman

CHRYSLER

City and County of San Francisco

City of Auburn

City of San Jose

City of Santa Rosa

Contra Costa County

Crocker

Crockett Cogeneration, a Calif Lmt. Partnership

Crown Castle

Crown Communications Inc.

Duval

Eagan

Elliott

Ellis

Enloe

Ernst

Fairman

Figone

Fording

Getz

Goodman

Google, Inc.

Grant Donnelly

Grant E. Donnelly

Grant Holliday

Gray

HD Supply

Lamar Advertising

MCI Telecommunications Corp

Pabst

Prologis LP

Realty Income Corporation

Regents of the University of California

Sears

Sierra Pacific Industries

Southern California Edison Company

Southern California Gas Co. & Southern Co. GA

Exhibit 4

State - Dept. of Justice

State of California

T-Mobile

Travelodge

Trowbridge

Tugend

U.S. Army Corp of Engineers

Union Pacific Railroad Company

USRPI REIT, Inc.

Vail

Valero Refining Company

Van Dyke

Van Nuys

WACC

Walsh

Western Alliance Bancorp

Western Area Power Administration

Wheeler

White

YMCA of Superior

Zimmerman

Lenders (Prepetition and Proposed Postpetition to the extent not already listed)

Bank of America, N.A.,

Barclays Bank PLC and

Citigroup Global Markets Inc.

JPMorgan Chase Bank, N.A.,

Parties in 2019 Statements

**Aegon Asset Management**

**Aggreko**

**Angelo, Gordon & Co., L.P.**

Apollo Global Management LLC

American Bankers Insurance Company

American Bankers Insurance Company of Florida

American Security Insurance Company

Voyager Indemnity Insurance Company

**Aurelius Capital Management, LP**

BlueMountain Capital Management, LLC

**Canyon Capital Advisors LLC**

**Capital Group**

**CarVal Investors**

**Caspian Capital LP**

**Castle Hook Partners LP**

**Centerbridge Partners LP**

Citadel Advisors LLC

Citigroup Global Markets

**Davidson Kempner Capital Management**

Deutsche Bank Securities Inc.

Elliott Management Corporation

Fidelity Management & Research Company

**Fir Tree Partners**

**Farallon Capital Management, L.L.C.**

**Lord, Abbett & Co. LLC**

**Meadowfin, L.L.C.**

MCE Corporation

**MSD Partners, L.P.,**

**MSD Capital, L.P.,**

**Monarch Alternative Capital LP,**

**Nuveen Alternative Advisors, LLC**

**Oak Hill Advisors, L.P.**

**Oaktree Capital Management, L.P.**

**Owl Creek Asset Management, L.P.**

Pacific Life Insurance Company

Pacific Investment Management Company LLC

**Sculptor Capital Invesments, LLC**

**SteelMill Master Fund LP c/o PointState Capital LP**

**Taconic Capital Advisors LP**

The Bank of Tokyo-Mitsubishi UFJ, Ltd.

**Third Point LLC**

**TPG Sixth Street Partners, LLC**

U.S. Bank National Association

**Varde Partners, Inc.**

ACE American Insurance Company (collectively, the "Chubb Group").

**Advent Underwriting Ltd.**

AIG Europe Limited

Allstate Insurance Company and certain affiliates

**Alternative Insurance Corporation**

**American General Insurance Company dba ANPAC General Insurance Company**

*Certain affiliates of American International Group, Inc. ("AIG"):*

AIG Europe Limited

AIG Property Casualty Company

AIG Specialty Insurance Company

American Home Assurance Company

Granite State Insurance Company

**The Insurance Company of the State of Pennsylvania**

Lexington Insurance Company

National Union Fire Insurance Company of Pittsburgh, Pa.

New Hampshire Insurance Company

American Modern Insurance Group

American National Insurance Company

**Exhibit 4**

Amica Mutual Insurance Company

Arch Specialty Insurance Company

Ascot Underwriting Limited

Aspen Specialty Insurance Company

American Bankers Insurance Company

American Bankers Insurance Company of Florida

American Security Insurance Company

Voyager Indemnity Insurance Company

The Baupost Group L.L.C.

Berkley National Insurance Company

Berkley Regional Insurance Company

Berkshire Hathaway Guard Ins.

Berkshire Hathaway Specialty Insurance Company

California Casualty Indemnity Exchange

California Mutual Insurance Company

Certain Underwriters at Lloyd's.

Certain Underwriters at Lloyd's of London Subscribing to Policy No. HTB-002381-002 c/o Raphael and Associates

Chubb Custom Insurance Company

Chubb Group

Bankers Standard Insurance Company

Chubb Custom Insurance Company

Chubb Insurance Company of New Jersey

Chubb National Insurance Company

Federal Insurance Company

Great Northern Insurance Company

Illinois Union Insurance Company

Indemnity Insurance Company of North America

Pacific Indemnity Company;

Vigilant Insurance Company

Westchester Fire Insurance Company (Apa)

ACE American Insurance Company (Chubb)

**Church Mutual Insurance**

Continental Casualty Company

Crestmont Insurance Company

**United States Fire Insurance Company d/b/a Crum & Forster**

Crusader Insurance Company

Employers Mutual Casualty Company

Endurance American Specialty Insurance Company

Endurance Specialty Insurance Company

**Essentia Ins. Co.**

Everest Indemnity Insurance Company

Everest National Insurance Company

*Certain Affiliates of Farmers Insurance Exchange*

Farmers Insurance Company of Oregon

Farmers Insurance Company of Washington

Farmers Insurance Exchange

Fire Insurance Exchange

First American Insurance Company

First Specialty Insurance Corporation

General Security Indemnity Company of Arizona

**Generali U.S. Branch**

Grange Insurance Association

*Great American Insurance Company and certain affiliates:*

Great American Alliance Insurance Company

Great American Assurance Company

Great American E&S Insurance Company.

Great American Insurance Company

Great American Insurance Company of New York

Great American Spirit Insurance Company

Governmental Employees Insurance Company and certain affiliates

The Hanover Insurance Group

*Hartford Accident & Indemnity Company and certain affiliates:*

Hartford Casualty Insurance Company

Hartford Fire Insurance Company

Hartford Underwriters Insurance Company

HDI Global SE

Property & Casualty Ins. Company of Hartford

Trumbull Insurance Company

Twin City Fire Insurance Company.

HDI Global SE

Ironshore Insurance Ltd.

Ironshore Specialty Insurance Company

**KBIC Insurance Company**

**Knighthead Capital Management, LLC, on behalf of certain funds and accounts**

Landmark American Insurance Company

Certain affiliates of Liberty Mutual Insurance Company (Liberty)

Liberty Mutual Insurance / Ironshore

Certain Underwriters of Lloyd's of London, UK Subscribing to Certain Policies

Mapfre USA

Evanston Insurance Company

**Markel American Insurance Company**

**Markel Insurance Company**

Maxum Indemnity Company

**Mercury Insurance and certain affiliates**

Metropolitan Direct Property & Casualty

National Fire & Marine Insurance Company

**Exhibit 4**

Nationwide Mutual Insurance Company and certain affiliates

Nautilus Insurance Company

Philadelphia Indemnity Insurance Company

**The Princeton Excess and Surplus Lines Insurance Company**

**ProSight Specialty Insurance**

**PURE**

QBE Americas, Inc.

**Thrifty Payless, Inc.**

RSUI Indemnity Company

Starr Technical Risks

Stillwater Insurance Group

**Sutter Insurance Company**

Tokio Marine American Insurance Company

TOPA Insurance Co.

*The Travelers Indemnity Company and certain of its property casualty insurance affiliates*

Travelers Casualty Insurance Company of America

Travelers Commercial Insurance Company

Travelers Indemnity Company of Connecticut

Travelers Property Casualty Company of America

Travelers Property Casualty Insurance Company

The Travelers Home and Marine Insurance Company

The Travelers Indemnity Company

The Travelers Indemnity Company of America

St Paul Fire and Marine

The Standard Fire Insurance Company

Fidelity and Guaranty Insurance Underwriters Inc.

Northland Insurance

**The Northfield Insurance Company**

*Certain Affiliates of United Services Automobile Association*

United Services Automobile Association

USAA Casualty Insurance Company

USAA General Indemnity Company

**United States Liability Insurance Company**

Tudor Insurance Company and certain affiliates

Western World Insurance Company

Interstate Fire and Casualty Company

Certain Underwriters at Lloyd's

Certain Underwriters of Lloyd's of London

**Abrams Capital Management, LP, on behalf of certain funds and accounts**

**Advent International Corp.**

**Advent International GmbH**

**Advent Underwriting Ltd.**

AIG Investments

Allianz Global Corporate & Specialty

Allied World Assurance Company

American International Group, Inc.

American Reliable Insurance Company

AmTrust North America

**Anchorage Capital Group, L.L.C., on behalf of certain funds and accounts**

ASI Select Insurance Corp.

Aspen Insurance

Aspen Specialty Insurance Company

Assurant" Group of Carriers - American Bankers Insurance Company; American Bankers

**Insurance Company of Florida; American Security Insurance Company; Standard Guaranty**

**Insurance Company; Voyager Indemnity Insurance Company.**

**Aurelius Capital Management, LP**

**Azteca Partners LLC**

**Brit Global Specialty**

California Insurance Guarantee Association

**Caspian Capital LP, on behalf of certain funds and accounts**

**Castle Hook Partners LP**

**Centerbridge Partners, L.P., on behalf of certain funds and accounts**

Certain affiliates of American International Group ("AIG")

Certain Underwriters at Lloyd's London Subscribing to Policy No. HTB-002381-002 c/o Raphael and Associates

Certain Underwriters of Lloyd's of London, UK Subscribing to Certain Policies

Citigroup Financial Products, Inc.

Citigroup Global Markets

Citigroup Global Markets Inc. ("Citigroup"

CNA Insurance Company

County of Alameda

**County of San Joaquin**

County of Sonoma

**Cushman & Wakefield, Inc.**

Federated Insurance

Fidelity Management & Research Company

**Fir Tree Partners**

FTI Consulting, Inc.

GCube Insurance Services, Inc.

**Governors Lane LP, on behalf of certain funds and accounts**

**GuideOne Insurance**

**HSBC Bank plc**

**Knighthead Capital Management, LLC, on behalf of certain funds and Accounts**

10

**Exhibit 4**

**Latigo Partners, LP, on behalf of certain funds and accounts**

Liberty Mutual

Lloyds of London Novae 2007 Syndicate

**Marathon Asset Management**

**MFN Partners, LP**

**Monarch Alternative Capital LP,**

**Monarch Alternative Capital LP, on its own behalf and on behalf of its advisory clients**

**MSD Partners, L.P on its own behalf and on behalf of its advisory clients**

**MSD Partners, L.P.,**

**Oak Hill Advisors, L.P.**

**Owl Creek Asset Management, L.P.**

Pacific Life Insurance Company

**Palomino Master Ltd. (Appaloosa LP is the investment advisor to Azteca Partners LLC and Palomino Master Ltd.)**

**Paulson & Co., Inc., on behalf of certain funds and accounts**

**Pentwater Capital Management LP, on behalf of certain funds and accounts**

**PURE Insurance**

**Redwood Capital Management LLC, on behalf of certain funds and accounts**

**Sculptor Capital Investments, LLC**

**Sculptor Capital Management**

Sentry Select Insurance Company

**Silver Point Capital, L.P.,**

**Silver Point Capital, L.P., on behalf of certain funds and accounts**

**Strategic Value Partners, LLC**

**TerraForm Power, Inc.**

The Dentists Insurance Company

**The Progressive Corporation**

**TPG Sixth Street Partners, LLC**

Travelers Indemnity Company of Connecticut

Wawanesa General Insurance Co.

**Whitebox Advisors LLC**

**Whitebox Asymmetric Partners, LP**

XL America Insurance, Inc.

**York Capital Management Global Advisors, LLC, on behalf of certain funds and/or accounts managed or advised by it or its affiliates**

Zenith Insurance Company

Zurich American Insurance Company

Zurich American Insurance Company

Zurich Insurance Company Ltd.

Litigation Counterparties/Litigation Pending Lawsuits

21 st Century Casualty Company

AAA Northern California Nevada & Utah Insurance Exchange, as Subrogee of its Policyholders Affected by the Butte Fire

ACE American Insurance Company

AGCS Marine Insurance Company

AIG Europe Limited

AIG Property Casualty Company

Alliance Global Risks US Insurance Company

Allianz Global Risks US Insurance Company

Allied Property & Casualty Insurance Company

Allied Property and Casualty Insurance Company, A Nationwide Company

Allied World Assurance Company

Allstate Insurance Company

AMCO Insurance Company

Amco Insurance Company, A Nationwide Comp Any

American Automobile Insurance Company

American Bankers Insurance Company

American Bankers Insurance Company of Florida

American Family Home Insurance Company

American Fire and Casualty Company

American Home Assurance Company

American Insurance Company

American Modern Home Insurance Company

American National Property and Casualty Company

American Reliable Insurance Company

American Security Insurance Company

American Zurich Insurance Company

Amica Mutual Insurance Company

Amlin Underwriting Limited

Amtrust at Lloyd's

Arch Insurance Company

Argo International Insurance Limited

Ascot Underwriting Limited

Asi Select

Aspen Specialty Insurance Company

Associated Indemnity Corporation

Atlantic Specialty Insurance Company

AV Solar Ranch 1, LLC

Bankers Standard Insurance Company

Berkley National Insurance Company

Berkley Regional Insurance Company

California Automobile Insurance Company

California Capital Insurance Company

California Casualty Indemnity Exchange

Calpine Corporation

Canopius Managing Agents Limited

**Exhibit 4**

Capital Dynamics, Inc.

Chubb Custom Insurance Company

Chubb Insurance Company of New Jersey

Chubb National Insurance Company

Cincinnati Insurance Company

Citation Insurance Company

Citizens Insurance Company of America

City of Santa Rosa

Civil Service Employees Insurance Company

CNA Insurance Company

Coast National Insurance Company

Commerce West Insurance Company

Company"

Consolidated Edison Development, Inc.

Continental Casualty Company

Continental Insurance Company

County of Sonoma

Crestbrook Insurance Company

Crusader Insurance Company

CSAA Fire & Casualty Insurance Company

CSAA General Insurance Company

CSAA Insurance Exchange

CSE Safeguard Insurance Company

Eagle West Insurance Company

Employers Mutual Casualty Company

Encompass Insurance Company

Endurance American Specialty Insurance Company

Enel Green Power North America

Evanston Insurance Company

Everest Indemnity Insurance Company

Everest National Insurance Company

Exelon Corporation

Farmers Insurance Company of Oregon

Farmers Insurance Company of Washington

Farmers Insurance Exchange

Federal Energy Regulatory Commission

Federal Insurance Company

Federated Mutual Insurance Company

Fidelity & Deposit Company of Maryland

Fidelity and Guaranty Insurance Underwriters Inc.

Fire Insurance Exchange

Fireman's Fund Insurance Company

First American Property & Casualty

First American Specialty Insurance Company

First National Insurance Company of America

First Solar, Inc.

Foremost Property and Casualty Insurance Company

Foremost Signature Insurance Company

Freedom Specialty Insurance Company

FTP Power LLC

GCube Insurance Services, Inc.

GCube Underwriting Limited

Geico General Insurance Company

Geico Indemnity Company

General Casualty Company of Wisconsin

General Insurance Company of America

General Security Indemnity Insurance Company of AZ

Golden Eagle Insurance Corporation

Government Employees Insurance Company

Grange Insurance Association

Granite State Insurance Company

Great American Alliance Insurance Company

Great American Insurance Company

Great American Insurance Company of New York

Great Northern Insurance Company

Hallmark Specialty Insurance Company

Hanover American Insurance Company

Hartford Accident & Indemnity Company

Hartford Casualty Insurance Company

Hartford Fire Insurance Company

Hartford Underwriters Insurance Company

HDI Global SE

Homesite Insurance Company of California

IDS Property Casualty

IDS Property Casualty Insurance Company

Illinois Union Insurance Company

Indemnity Insurance Company of North America

Insurance Company

Integon National Insurance

Integon National Insurance Company

Ironshore

Ironshore Indemnity Inc.

Ironshore Indemnity Inc. a/s/o Charles M. Schulz Museum and Jean Schulz

Kemper Independence Insurance Company

KES Kingsbury, L.P

Landmark American Insurance Company

Lexington Insurance Company

Liberty Insurance Corporation

Liberty Mutual Fire Insurance Company

Liberty Mutual Insurance Company

MAPFRE Insurance Company

Massachusetts Bay Insurance Company

Maxum Indemnity Company

Mercury Casualty Company

**Exhibit 4**

Metropolitan Direct Property & Casualty Insurance Company

Metropolitan Property and Casualty Insurance Company

Mid-Century Insurance Company

Mojave Solar LLC

Monterey Insurance Company

Morning Star Group Company, LLC (As Doing Business As Hotel Leger)

National Casualty Company

National Fire Insurance of Hartford

National General Insurance Company

National Surety Corporation

National Union Fire Insurance Company of Pittsburgh, PA

Nationwide Affinity Insurance Company

Nationwide Agribusiness Insurance Company

Nationwide Agribusiness Insurance-Naic

Nationwide General Insurance Company

Nationwide Indemnity Company

Nationwide Insurance Company of America

Nationwide Mutual Fire Insurance Company

Nationwide Mutual Insurance Company

Nationwide Property & Casualty Insurance Comp Any

Nautilus Insurance Company

New Cingular Wireless PCS, LLC

New Hampshire Insurance Company

NextEra Energy, Inc.

North Light Specialty Insurance Company

Northland Insurance

Ohio Security Insurance Company

Oregon Mutual Insurance Company

Pacific Bell Telephone Company

Pacific Property and Casualty Company

Pacific Specialty Insurance Company

Peerless Indemnity Insurance Company

Peerless Insurance Company

Permanent General Assurance Corporation

Philadelphia Indemnity Insurance Company

Praetorian Insurance Company

Privilege Underwriters Reciprocal Exchange

Progressive Casualty Insurance Company

Progressive Direct Insurance Company

Progressive Express Insurance Company

Progressive Select Insurance Company

Progressive West Insurance Company

Property & Casualty Ins. Company of Hartford

Property and Casualty Insurance Company of Hartford

QBE European Operations

QBE Insurance Corporation

QBE Specialty Insurance Company

Residence Mutual Insurance Company

Roy West

RSUI Indemnity Company

Safeco Insurance Company of America

Safeco Insurance Company Of Illinois

Scottsdale Indemnity Company

Scottsdale Insurance Company

Scottsdale Surplus Lines Insurance Company

Security National Insurance Company

Sentinel Insurance Company

Sentry Insurance A Mutual Company

Sentry Select Insurance Company Universal North America

Sequoia Insurance Company

Seronello, Michael co owner w separately named Borgedalen, Darren Shelley, Norma

St Paul Fire And Marine

State Farm General Insurance Company

State Farm Mutual Autombile Insurance Company

Steadfast Insurance Company

Stillwater Insurance Company

Stillwater Property & Casualty Insurance Company

Technology Insurance Company, Inc.

The Dentists Insurance Company

The North River Insurance

The Ohio Casualty Insurance Company

The Standard Fire Insurance Company

The Travelers Home And Marine Insurance Company

The Travelers Indemnity Company

The Travelers Indemnity Company Of America

Those Certain Underwriters Subscribing To Policy No. Ptnam1701313/010 As Subrogee Of Ashford Inc.

Topa Insurance Company

Tower Select Insurance Company

Travelers Casualty Insurance Company of America

Travelers Commercial Insurance Company

Travelers Indemnity Company of Connecticut

Travelers Indemnity of CT

Travelers Insurance Company of America

Travelers Property Casualty Company of America

Travelers Property Casualty Insurance Company

Truck Insurance Exchange

Trumbull Insurance Company

Tudor Insurance Company

Twin City Fire Insurance Company

United Financial Casualty Company

United Fire & Casualty Company

**Exhibit 4**

United National Insurance Company

United Services Automobile Association

Untied States Fire Insurance Company

USAA Casualty Insurance Company

USAA General Indemnity Company and Garrison Property

Victoria Insurance Company

Vigilant Insurance Company

Voyager Indemnity Insurance Company

Wawanesa General Insurance

Wawanesa General Insurance Company

Wesco Insurance Company

West American Insurance Company

Westchester Fire Insurance Company

Westchester Surplus Lines Insurance Company

Western Heritage Insurance Company

Western Mutual Insurance Company

Western World Insurance Company

Westport Insurance Corporation

Willow Springs Solar 3, LLC

XL Insurance America, Inc.

Zenith Insurance Company

Zurich American Insurance Company

**Agajanian, Inc.;**

HMT LLC

American Modern Home Insurance Company

**Sixth Street Partners - Subrogation Claimant**

**Live Nation c/o Matt Prieshoff and Contra Costa County**

**KMPG LLP,**

**KMPG SA,**

**KMPG AG,**

**KMPG Abogados, and**

**KPMG Law Rechtsanwaltsgesellschaft.**

---

Ad Hoc Committee of Unsecured Tort Claimant Creditors - Professionals and Members

**Baker & Hostetler LLP**

DLA Piper LLP (US)

---

Ad Hoc Committee of Holders of Trade Claims

**Gibson, Dunn & Crutcher LLP**

---

Ad Hoc California Public Entites Commieett (updated by ECF 4570)

County of Alameda

**County of San Joaquin**

County of Sonoma

---

Non-Debtors Professionals

Business Intelligence Solutions LLC (dba BI Solutions, LLC)

Cardno, Inc.

Complete Discovery Source Inc

Economic Research Services, Inc. (dba ERS Group)

Exponent, Inc.

FTI Consulting, Inc.

Iron Mountain

Latham & Watkins LLP

McDermott, Will & Emery LLP

Paul, Weiss, Rifkind, Wharton & Garrison LLP

Proskauer Rose LLP

Quanta Technology

Ropes & Gray LLP

Rothschild

Simpson Thacher & Bartlett

Stroock & Stroock & Lavan LLP

Veritext Corp (dba Sarnoff Court Reporters or Western Regional Headquarters)

Wilmer Hale

**Akin, Gump, Strauss Hauer & Feld LLP**

---

Official Committee of Unsecured Creditors Committee - Professionals and Members

**BOKF, as indenture trustee under the unsecured notes indentures**

Deutsche Bank National Trust Company

Deutsche Bank Trust Company Americas

**Epiq Corporate Restructuring, LLC**

FTI Consulting

G4S Secure Solutions (USA) Inc. and G4S Secure Integration LLC

NextEra Energy

Pension Benefit Guaranty Corporation

The Davey Tree Expert Company, Davey Tree Surgery Company, and DRG, Inc.

**Western Asset Management Company**

---

Retiree Claimants

Johnson, Mark S.

---

Counsel to Ad Hoc Group of Subrogation Claim Holders

**Willkie Farr & Gallagher LLP**

---

Subrogation Claimants

**Exhibit 4**

ACE American Insurance Company (collectively, the "Chubb Group")

**Advent Underwriting Ltd.**

AIG Europe Limited

Allianz Global Corporate & Specialty

Allied World Assurance Company

Allstate Insurance Company and certain affiliates

**Alternative Insurance Corporation**

**American General Insurance Company dba ANPAC General Insurance Company**

*Certain affiliates of American International Group, Inc. ("AIG"):*

AIG Europe Limited

AIG Property Casualty Company

AIG Specialty Insurance Company

American Home Assurance Company

Granite State Insurance Company

**The Insurance Company of the State of Pennsylvania**

Lexington Insurance Company

National Union Fire Insurance Company of Pittsburgh, Pa.

New Hampshire Insurance Company

American Modern Insurance Group

American National Insurance Company

Amica Mutual Insurance Company

AmTrust North America

Arch Specialty Insurance Company

ASI Select Insurance Corp.

Ascot Underwriting Limited

Aspen Insurance

Aspen Specialty Insurance Company

American Bankers Insurance Company

American Bankers Insurance Company of Florida

American Security Insurance Company

Voyager Indemnity Insurance Company

The Baupost Group L.L.C.

Berkley National Insurance Company

Berkley Regional Insurance Company

Berkshire Hathaway Guard Ins.

Berkshire Hathaway Specialty Insurance Company

**Brit Global Specialty**

California Casualty Indemnity Exchange

California Insurance Guarantee Association

California Mutual Insurance Company

Certain Underwriters at Lloyd's.

Certain Underwriters of Lloyd's of London Subscribing to Policy No. HTB-002381-002 c/o Raphael and Associates

Chubb Custom Insurance Company

Chubb Group:

Bankers Standard Insurance Company

Chubb Custom Insurance Company

Chubb Insurance Company of New Jersey

Chubb National Insurance Company

Federal Insurance Company

Great Northern Insurance Company

Illinois Union Insurance Company

Indemnity Insurance Company of North America

Pacific Indemnity Company;

Vigilant Insurance Company

Westchester Fire Insurance Company (Apa)

ACE American Insurance Company (Chubb)

**Church Mutual Insurance**

CAN Insurance Company

Continental Casualty Company

Crestmont Insurance Company

**United States Fire Insurance Company d/b/a Crum & Forster**

Crusader Insurance Company

The Dentists Insurance Company

Employers Mutual Casualty Company

Endurance American Specialty Insurance Company

Endurance Specialty Insurance Company

**Essentia Ins. Co.**

Everest Indemnity Insurance Company

Everest National Insurance Company

Certain Affiliates of Farmers Insurance Exchange

Federated Insurance

First American Insurance Company

First Specialty Insurance Corporation

GCube Insurance Services, Inc.

General Security Indemnity Company of Arizona

**Generali U.S. Branch**

Grange Insurance Association

*Great American Insurance Company and certain affiliates:*

Great American Alliance Insurance Company

Great American Assurance Company

Great American E&S Insurance Company.

Great American Insurance Company

Great American Insurance Company of New York

Great American Spirit Insurance Company

Governmental Employees Insurance Company and certain affiliates

**GuideOne Insurance**

The Hanover Insurance Group

**Exhibit 4**

*Hartford Accident & Indemnity Company and certain affiliates:*

Hartford Casualty Insurance Company

Hartford Fire Insurance Company

Hartford Underwriters Insurance Company

HDI Global SE

Property & Casualty Ins. Company of Hartford

Trumbull Insurance Company

Twin City Fire Insurance Company

HDI Global SE

Ironshore Insurance Ltd.

Ironshore Specialty Insurance Company

**KBIC Insurance Company**

Landmark American Insurance Company

Certain affiliates of Liberty Mutual Insurance Company (Liberty)

Liberty Mutual Insurance / Ironshore

Certain Underwriters of Lloyd's of London, UK Subscribing to Certain Policies

Certain Underwriters of Lloyd's of London Subscribing to Policy No. HTB-002381-002 c/o Raphael and Associates

Lloyd's of London Novae 2007 Syndicate

Mapfre USA

Evanston Insurance Company

**Markel American Insurance Company**

**Markel Insurance Company**

Maxum Indemnity Company

**Mercury Insurance and certain affiliates**

Metropolitan Direct Property & Casualty

National Fire & Marine Insurance Company

Nationwide Mutual Insurance Company and certain affiliates

Nautilus Insurance Company

Philadelphia Indemnity Insurance Company

**The Princeton Excess and Surplus Lines Insurance Company**

**The Progressive Corporation**

**ProSight Specialty Insurance**

**PURE**

**PURE Insurance**

QBE Americas, Inc.

**Rite Aid Corporation**

RSUI Group, Inc.

RSUI Indemnity Company

Sentry Select Insurance Company

Starr Technical Risks

State Farm General Insurance Company

State Farm Fire and Casualty Company

State Farm County Mutual Insurance Company of Texas

State Farm Mutual Automobile Insurance Company

Stillwater Insurance Group

**Sutter Insurance Company**

Tokio Marine American Insurance Company

TOPA Insurance Co.

**TPG Sixth Street Partners, LLC**

*The Travelers Indemnity Company and certain of its property casualty insurance affiliates*

Travelers Casualty Insurance Company of America

Travelers Commercial Insurance Company

Travelers Indemnity Company of Connecticut

Travelers Property Casualty Company of America

Travelers Property Casualty Insurance Company

The Travelers Home and Marine Insurance Company

The Travelers Indemnity Company of America

St Paul Fire and Marine

The Standard Fire Insurance Company

Fidelity and Guaranty Insurance Underwriters Inc.

Northland Insurance

**The Northfield Insurance Company**

*Certain Affiliates of United Services Automobile Association*

United Services Automobile Association

USAA Casualty Insurance Company

USAA General Indemnity Company

**United States Liability Insurance Company**

Tudor Insurance Company and certain affiliates

Western World Insurance Company

Interstate Fire and Casualty Company

Certain Underwriters at Lloyd's

Certain Underwriters of Lloyd's of London

Wawanesa General Insurance Co.

XL America Insurance, Inc.

Zenith American Insurance Company

**Fairfax Co**

**Riverstone**

**Horace Mann Insurance**

**RSA Insurance Co PLC**

**Strategic Value Parnters, LLC, acting as agent on behalf of its managed funds and accounts**

Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders

**Akin Gump Strauss Hauer & Feld LLP**

Exhibit 4

Counsel to the Ad Hoc Group of Institutional Par
Bondholders

Proskauer Rose LLP


Ordinary Course Professionals

**Allen Matkins Leck Gamble Mallory & Natsis LLP**

**Brown Rudnick LLP**

**Chou Law Group (f/k/a Nakamoto Chou)**

Coblentz Patch

Cooley

**Covington & Burling LLP**

Cox, Castle & Nicholson

**Davis Polk & Wardwell LLP**

Eversheds - Sutherland

Eversheds Sutherland (US), LLP

Farella Braun + Martel LLP

Greenberg Traurig

Groom Law

Hunton Andrews Kurth

Jackson Lewis P.C.

Jenner & Block LLP

John H. Kenney

**King & Spalding LLP**

Latham & Watkins LLP

**Levine, Blaszak, Block & Boothby, LLP**

Littler Mendelson

Manatt Phelps

Mayer Brown LLP

Miller & Chevalier

Moya

Munger Tolles

**Nielsen Merksamer Parrinello Gross & Leoni LLP**

Nixon Peabody

Norton RoseFulbright US LLP

Nossaman LLP

Paragon

Paul Hastings

**Perkins Coie LLP**

Pillsbury Winthrop Shaw Pittman LLP

Sedgwick

Sheppard, Mullin, Richter & Hampton LLP

Sidley Austin

Steptoe & Johnson

Troutman Sanders

Vedder Price

White & Case

Wilmer Hale

**Wilson Elser Moskowitz Edelman & Dicker LLP**

Winston & Strawn


Letters of Credit

California Department of Fish and Game

California Department of Fish and Wildlife

CAISO - California Independent System Operator
(CAISO)

California Public Utilities Commission

California State Water Resources Control

California Department of Fish and WildLife

City of Oakland

Department of Labor

Port of Oakland

Port of San Francisco

San Francisco Port Commission

Regulatory and Government

Alameda County District Attorney - Nancy E. O'Malley

California Air Resources Board

California Department of Forestry and Fire Protection

California Department of Insurance

California Independent System Operator (CAISO)

California Public Utilities Commission

California State Water Resources Control Board

City of Santa Rosa

Environmental Protection Agency

European Mutual Association for Nuclear Insurance

Federal Energy Regulatory Commission (FERC)

Internal Revenue Service

National Transportation Safety Board (NTSB)

Nuclear Electric Insurance Limited

Nuclear Regulatory Commission

U.S. Department of Energy

U.S. Department of the Interior

U.S. Department of Transportation

U.S. Environmental Protection Agency

U.S. Securities and Exchange Commission

United States of America

US Nuclear Regulatory Commission

US Securities and Exchange Commission

DIP Lenders

Apollo Global Management LLC

Bank of America, N.A.,

Barclays Bank PLC and

**Caspian Capital LP**

**Centerbridge Partners LP**

Citadel Advisors LLC

Citigroup Global Markets Inc.

**Exhibit 4**

**Davidson Kempner Capital Management**
**Farallon Capital Management, L.L.C.**
JPMorgan Chase Bank, N.A.

**Lord, Abbett & Co. LLC**

**Oaktree Capital Management, L.P.**
Pacific Investment Management Company LLC
The Bank of Tokyo-Mitsubishi UFJ, Ltd.

**TPG Sixth Street Partners, LLC**
U.S. Bank National Association

Significant Competitors
San Diego Gas & Electric Company'
Southern California Edison Company

Significant Shareholders (more than 5% of equity)
BlackRock, Inc.
T. Rowe Price Associates, Inc.
The Vanguard Group, Inc.

Significant holder of voting securities
BlackRock Fund Advisors
Elliott Management
T. Rowe Price Associates, Inc.
The Vanguard Group, Inc.

Taxing Authorities
California Board of Equalization
California Department of Finance
California Franchise Tax Board
California Public Utilities Commission
City and County of San Francisco
County of San Diego
Internal Revenue Services (Department of the Treasury)
Sacramento County
Santa Clara County

Top Unsecured Creditors
Agua Caliente Solar LLC
AV Solar Ranch 1 LLC
Bank of America
Bank of New York Mellon
Black & Veatch Construction, Inc.
BP Energy Co.
California Dept. of Water Resources
California ISO
Calpine King City Cogen LLC
Ch2m Hill Engineers Inc.
Chevron Power Holding Inc.
Citibank, N.A.
Cognizant Worldwide Limited
Crockett Cogeneration LP
Cupertino Electric Inc.
DDB Worldwide Communications Group

Desert Sunlight Investment Holdings
Deutsche Bank
DTE Energy Services
Edf Trading North America LLC
Energy Systems Group LLC
Exelon Corporation
Genesis Solar LLC
Genon Marsh Landing LLC
Geysers Power Company LLC
High Plain Ranch II LLLC
ICE NGX Canada Inc.
Jonah Energy LLC
Macquarie Energy LLC
McKinsey & Company Inc. - U S
Meter Readings Holding LLC
Mizuho
Mt. Poso Cogeneration Company
MUFG
Oracle America Inc.
Quanta Energy Services LLC
Russell City Energy Company LLC
Siemens Industry Inc.
Southwire Company
TATA America International Corp.
The Bank of New York Mellon
The Okonite Company, Inc.
Turner Construction Company
Ultra Petroleum Corp
Urenco Limited
Wells Fargo
Westinghouse Electric Co. LLC
Zones Corporate Solutions

Unsecured Notes
**Aegon Asset Management**
Allstate Insurance Company and certain affiliates
**Angelo, Gordon & Co., L.P.**
Apollo Global Management LLC
Bank of America Merrill Lynch
Bank of America, N.A.
Bank of New York Mellon
Barclays Bank PLC
Barclays Capital Inc.
Barclays Global
BNP Paribas
California Infrastructure and Economic Development Bank
Canadian Imperial Bank of Commerce
**CarVal Investors**
**Caspian Capital LP**

**Exhibit 4**

CastleOak

**Centerbridge Partners LP**

Citadel Advisors LLC

Citibank, N.A.

Citigroup Global Markets Inc.

**Davidson Kempner Capital Management**

Deutsche Bank

Deutsche Bank Securities Inc.

Elliott Management Corporation

**Farallon Capital Management, L.L.C.**

Goldman Sachs

Goldman Sachs Bank USA

J.P. Morgan Securities LLC

JPMorgan Chase Bank, N.A.

Lehman Brothers

Loop

**Lord, Abbett & Co. LLC**

Merrill Lynch, Pierce, Fenner & Smith Incorporated

Mizuho Bank, Ltd.

Mizuho Corporate Bank, Ltd.

Morgan Stanley Bank

Morgan Stanley Bank/ Morgan Stanley Senior Funding

MUFG Union Bank, N.A.

**Nuveen Alternative Advisors, LLC**

**Oaktree Capital Management, L.P.**

Pacific Investment Management Company LLC

**Ramirez**

Royal Bank of Canada (RBC)

Royal Bank of Scotland ("RBS")

**Taconic Capital Advisors LO**

TD Bank, N.A.

TD Securities

The Bank of New York Mellon, N.A.

The Bank of New York Trust Company, N.A.

The Bank of Tokyo-Mitsubishi UFJ, Ltd.

**Third Point LLC**

**TPG Sixth Street Partners, LLC**

U.S. Bank National Association

UBS Investment Bank

UBS Securities

US Bank

**Varde Partners, Inc.**

Wells Fargo Bank, N.A.

Wells Fargo Securities LLC

Williams Capital

UCC Lien Holders

Canon Solutions America, Inc.

Dell Financial Services L.L.C.

Dell Financial Services, L.P.

Great West Life and Annuity Insurance Company

Internal Revenue Service ("IRS")

Key Government Finance, Inc.

MassMutual Asset Finance LLC

Pitney Bowes Global Financial Services LLC

RDO Equipment Co.

State of California

Sterling National Bank

Storage Technology Corp.

Sunflower Bank, National Association

Wells Fargo Bank

Wells Fargo Bank Northwest, National Association, as Trustee Mac: U1228-051

Unions

Service Employees International

Utility Providers

American Messaging Services LLC

American Water Services

Amerigas Propane

AT&T Corp.

AT&T Mobility II LLC

AT&T Network

Basin Properties

Bright House Networks LLC

California American Water

California Water Service

Charter Communications

Citizens Telecommunications

City of Bakersfield

City of Concord

City of Fresno

City of Lodi

City of Menlo Park

City of Merced

City of Mountain View

City of Napa

City of Orland

City of Redding

City of Roseville

City of Sacramento

City of San Bruno

City of Santa Rosa

Clearwire

Comcast

Crown Castle

Cupertino

Dixon

**Exhibit 4**

East Bay Municipal Utility Dist

Edge Wireless

El Dorado Irrigation Dist

Equinix Inc.

Extenet System

Fremont

Frontier Communications of America

Globalstar USA

Hornitos Telephone Co.

Integra Telecom

King City

Level 3 Communications LLC

Livermore

Marin Municipal Water District

Marysville

Mediacom Communications Corp

Metro, PCS California LLC

Modesto Irrigation Dist - MID

Modesto Irrigation District

New Cingular Wireless Services

Nextel Communications

Nextel of California, Inc., a Delaware Corp.

Oakdale Irrigation District

Pacific Bell Telephone Company

Redding, City of

Republic Services

Republic Services/Allied Waste Services

Republic Services/Richmond Sanitary Service (Richmond Sanitary Service)

Roseville, City of

Sacramento Municipal Utility District

Salinas

San Jose

San Jose Water Co

San Luis Garbage (Coastal Rolloff Service)

San Luis Obispo, City of

Santa Maria, City of

Santa Rosa, City of

SBA Communications Corporation

Selma

South County Sanitary

Southern California Edison

Southern California Gas

Southwestern Bell Telephone LP

Sprint

Sprint Spectrum

Suburban Propane

Suddenlink Communications

TDS Telecom

TMO CA/NV LLC, formerly known as Pacific Bell Wireless LLC

T-Mobile USA

T-Mobile West

Total Waste Systems of Mariposa

Tower Co. (Monopole Payout Contract)

Town of Paradise

Turlock Irrigation Dist - TID

U.S. Cellular

Ubiquitel, LLC

US Cellular

US Telepacific Corp.

USA Waste of California

Utility Management Services (UMS)

Verizon Business Network Services

Verizon Wireless

Waste Management of Alameda

Waste Management of Nevada

WaveDivision Holdings LLC

West Sacramento, City of

Willow Creek Community

Zayo Group Holdings Inc.

Suppliers

Aclara Technologies LLC

Silver Spring Networks, Inc.

Westinghouse

Vendors

**ABB Inc.**

Aclara Technologies LLC - California

Acme Security Systems

Action Resources, LLC

ADP, Inc.

AECOM Technical Services, Inc.

Aggreko North America

Airgas Specialty Products

Allied Reliability, Inc.

Allied Universal

Allstate Power Vac, Inc.

American Hydro Corporation

Aquatech International LLC

Arcadis U.S., Inc.

Archrock

ATC Group Services LLC

Atlantic Plant Maintenance

Atlas Copco

AVI-SPL, Inc.

AZZ WSI LLC

**Exhibit 4**

| | |
|---|---|
| Babcock & Wilcox Construction Co., Inc. | Exponent, Inc. |
| Badger Daylighting Corp. | Fluor Corporation |
| BakerCorp | Fuel Cell Energy Inc. |
| Basin Transportation | G4S Secure Integration LLC |
| BFW Coupling Services Limited | G4S Secure Solutions (USA) Inc. |
| Bigge Crane and Rigging Co. | General Construction |
| Black & Veatch Corporation | General Electric International Inc. |
| BlueLine Rental, LLC | General Electric International Inc. - Power Services |
| Braden Manufacturing | Ghilotti Bros., Inc. |
| Brand Industrial Services, Inc. | Golder Associates Inc. |
| Bridge Diagnostics, Inc | Granite Construction Company |
| BrightView Landscape Services, Inc. | Greenjacket Inc |
| Cameron International Corporation | GSI Environmental |
| Campos EPC | H & E Equipment Services, Inc. |
| Cascade Drilling, L.P. | Haas Group International |
| Cascade Energy | Hach Company |
| CDK Perforating | Haley & Aldrich Inc., its subsidiaries and affiliates |
| Cedar Creek Corporation | HMT LLC |
| CH2M HILL Engineers, Inc. | Hoffman Southwest Corp. DBA Professional Pipe Services |
| ChemTreat, Inc. | Holtec International |
| CIRCOR Reliability Services Company | Honeywell HPS |
| Clean Energy | Hydratight Operations, Inc. |
| CMC Steel Fabricators, Inc | ICF Consulting Group, Inc. |
| Commercial Systems | Insituform Technologies, LLC |
| Concur | Integrated Power Services |
| Corrpro Companies, Inc. | International Line Builders, Inc. |
| Cosco Fire Protection, Inc. | Intren, LLC |
| COWI North America, Inc. | JH Kelly LLC |
| Craig Communications | John Crane Inc. |
| Crane Nuclear, Inc. | Kenny Construction Company |
| Crux Subsurface, Inc. | Kleinfelder, Inc. |
| Cudd Pressure Control, Inc. | Kone, Inc. |
| Cummins Pacific | Konecranes, Inc. |
| Cypress Envirosystems, Inc. | KSB, Inc. |
| Davey Tree Surgery Company | L.B. Foster Rail Technologies Incorporated |
| DPR Construction, Inc. | Layfield USA Corp. |
| Eaton Corporation | Leidos Engineering, LLC |
| Edison Power Constructors, Inc. | LinTec Corporation |
| Enercon Services, Inc. | Louis Berger U.S., INC |
| Energy Systems Group, LLC | Lovotti Inc |
| EnergySolutions, LLC | Loy Clark Pipeline Company |
| EnerTouch, Inc. - Energizing Indiana | Magnetech Industrial Services |
| Entact, LLC | Maskell Pipe & Supply, Inc. |
| Environment One Corporation | Materials Testing Inc |
| Environmental Resources Management (ERM) | Maxim Crane Works, L.P. |
| Erickson Incorporated | MCE Corporation |
| Evans Consoles Incorporated | Mears Group Inc. |
| Evoqua Water Technologies LLC | MESA |

Exhibit 4

MISTRAS Group, Inc.

Mitsubishi Electric Power Products, Inc. - Substation Division

Mitsubishi Hitachi Power Systems Americas, Inc.

Mott MacDonald, LLC

MRC Global Inc.

MUTI-SII, Inc.

Nalco Company

NDT Global LLC

Nexans High Voltage USA

Nexant, Inc.

Nitta, Inc.

Noresco LLC

North American Field Services

North American Substation Services, LLC

North Star Construction and Engineering, Inc.

Novinium

Oldcastle Precast, Inc.

Osmose Utilities Services Inc.

Otis Elevator Company

Oxbo, Inc.

P & G Power Corp.

Pace Analytical Services, LLC

Panther Technologies

PAR Electrical Contractors, Inc.

Paragon Enterprises

PARC Environmental

Parsons Environment & Infrastructure Group Inc.

PCA Services LLC

Performance Contracting, Inc.

Phoenix International Holdings, Inc.

Platinum Scaffolding Services Inc.

Potelco Inc.

Powell Electrical Systems, Inc. Service Division

Power Contracting LLC

Power Engineering Construction Co

Power Engineering Inc.

Praxair

Praxair Services, Inc.

Precision Drilling, Inc.

Proact Services Corporation

PROS Incorporated

Proteus Inc

PSC Industrial Outsourcing, LP

Pure Technologies Ltd.

Quality Carriers, Inc.

Quanta Utility Engineering Services

Quantum Spatial, Inc.

Remedial Construction Services, LP

Rentokil North America, Inc.

Road Safety Inc.

Roofing Constructors Inc. dba Western Roofing Service

Russelectric Inc

Safety-Kleen Systems Inc

Safway Services, LLC (heavy industrial industry)

Schindler Elevator Corp.

Scientific Drilling International, Inc.

Select Energy Service LLC

SF&S Inc

Siemens Energy, Inc., Fossil Services Power Generation

Siemens Industry, Inc. - Building Technologies

Siemens Industry, Inc. Customer Services Division

Silicon Valley Foundation, Inc

Silverado Contractors

SimplexGrinnell

SMA Solar Technology America, LLC

Snelson Companies, Inc.

Solar Turbines Incorporated

Southern States, LLC.

SPX Transformer Solutions Inc. - Service Division

Statewide Traffic, Safety & Signs, Inc.

SUEZ WTS USA, Inc.

Sulzer Chemtech USA, Inc.

Summit Line Construction, Inc.

Sun Mountain, LLC

Sunbelt Rentals Inc.

Sunbelt Transformer

SuperbTech, Inc.

Superheat FGH Services, Inc.

Sylvania Lighting Services Corp.

TALX Corp.

Tait North America, Inc.

TDW Services, Inc.

Team Industrial Services, Inc.

Tecta America

Teledyne Monitor Labs Inc.

Terracon Consultants, Inc.

The Davey Tree Expert Company

ThyssenKrupp Elevator Corporation

Transcat, Inc.

TRC Companies Incorporated

Trench Plate Rental Co.

Trimark Associates, Inc.

Tulsa Inspection Resources, LLC.

Turner Construction Company

Tyco Integrated Security LLC

**Exhibit 4**

Underground Construction Co., Inc.

Underground Electric Construction Co., LLC

UNITED CALIFORNIA GLASS & DOOR

Univar USA Inc.

Veolia ES Industrial Services, Inc.

Vertiv Services

Voith Turbo Inc.

W.A. Chester LLC

Wartsila North America, Inc.

Weatherford International, LLC - USA

Western Properties

Westinghouse Electric Company, LLC

White Construction Co

Wild Well Control, Inc.

Willdan Energy Solutions

Winco, Inc.

**Wood Group USA, Inc. - Upstream and Midstream Engineering**

WRECO

Zayo Group, LLC

DIP Term Loan

Apollo Global Management LLC

**Caspian Capital LP**

**Centerbridge Partners LP**

Citadel Advisors LLC

**Davidson Kempner Capital Management**

**Farallon Capital Management, L.L.C.**

**Lord, Abbett & Co. LLC**

**Oaktree Capital Management, L.P.**

The Bank of Tokyo-Mitsubishi UFJ, Ltd.

U.S. Bank National Association

Pacific Investment Management Company LLC

**TPG Sixth Street Partners, LLC**

Interested Parties / Notice of Appearance Parties

21st Century Casualty Company

**Adventist Health System/West**

AECOM Technical Services, Inc.

**Aegion Corporation and its subsidiary entities: Corrpro Companies, Inc., Insituform Technologies, LLC and Fibrwrap Construction Services, Inc.**

**Agajanian, Inc.**

**Aggreko**

Agua Caliente Solar, LLC

Allianz Global Corporate & Specialty

Allied Property and Casualty Insurance Company, a Nationwide company

AMCO Insurance Company, a Nationwide company

American Alternative Insurance Corporation

American Bankers Insurance Company of Florida

American Bankers Insurance Company

American Reliable Insurance Company

American Security Insurance Company

Amica Mutual Insurance Company

**APTIM**

**ARB, Inc.**

Arlington Wind Power Project LLC

**Assurant Entities**

**Astoria LLC**

AT&T Corp.

Atlantica Yield plc, Mojave Solar LLC

Avangrid Renewables, LLC

**Bakersfield Memorial Hospital**

Bank of America N.A.

Bank of New York Mellon

BlueMountain Capital Management, LLC

BNP Paribas

**BOKF, NA**

BrightView Landscape Services, Inc.

California Air Resources Board

California Casualty Indemnity Exchange

California Casualty Indemnity Exchange

California Department of Fish and Wildlife

California Department of Forestry Fire Protection

California Department of Industrial Relations

California Department of Toxic Substances Control

California Department of Water Resources

California FAIR Plan Association,

California Franchise Tax Board

California Independent System Operator

California Insurance Guarantee Association

California Public Utilities Commission

Calpine Corporation

Campos EPC, LLC

Capital Dynamics, Inc.

Capital Power Corporation

Cardno, Inc.

Cascade Energy Storage, LLC

**Catlin Specialty Insurance Company (for itself and its subrogees David W. Maehl and Rhonda J. Maehl)**

**Centerbridge Partners, L.P.**

Certain affiliates of Liberty Mutual Insurance Company (Liberty)

CH2M HILL Engineers, Inc.

**ChargePoint, Inc.**

Chevron Products Company a division of Chevron U.S.A. Inc.

23

**Exhibit 4**

Chubb Custom Insurance Company

**Church Mutual Insurance Company**

Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility

Citibank, N.A.

City and County of San Francisco

City of Napa

City of San Jose

City of Santa Rosa

Clearway Energy Group LLC

Coast National Insurance Company

**Compass Lexecon, LLC**

Conocophillips

Consolidated Edison Development, Inc.

Corrpro Companies, Inc.

County of Alameda

Crestbrook Insurance Company

Crusader Insurance Company

**Cushman & Wakefield, Inc.**

Cypress Energy Partners, L.P.

Davey Tree Expert Company

Dentons US LLP

**Depositors Insurance Company, a Nationwide Company**

Desert Sunlight Holdings, LLC

Deutsche Bank National Trust Company

Deutsche Bank Trust Company Americas

**Dignity Community Care dba French Hospital Medical Center**

**Dignity Community Care dba Methodist Hospital**

**Dignity Community Care dba Sequoia Hospital**

**Dignity Community Care dba Woodland Memorial Hospital**

**Dignity Health**

**Dignity Health dba Dominican Hospital**

**Dignity Health dba French Hospital Medical Center**

**Dignity Health dba Marian Regional Medical Center**

**Dignity Health dba Marian Regional Medical Center - Arroyo Grande**

**Dignity Health dba Mercy General Hospital**

**Dignity Health dba Mercy Hospital (Bakersfield)**

**Dignity Health dba Mercy Hospital and Mercy Southwest Hospital**

**Dignity Health dba Mercy Hospital of Folsom**

**Dignity Health dba Mercy Medical Center (Merced)**

**Dignity Health dba Mercy Medical Center Redding**

**Dignity Health dba Mercy San Juan Medical Center**

**Dignity Health dba Mercy Southwest Hospital**

**Dignity Health dba Sequoia Hospital**

**Dignity Health dba St. Elizabeth Community Hospital**

**Dignity Health dba St. Mary's Medical Center**

**Dignity Health Medical Foundation dba Dignity Health Medical Group - Dominican**

**Dignity Health Medical Foundation dba Dignity Health Medical Group - Merced**

**Dignity Health Medical Foundation dba Dignity Health Medical Group - North State**

**Dominican Oaks Corporation**

**Dignity Health Medical Foundation**

**Dignity Health, Dignity Health Connected Living**

DTE Stockton, LLC

**Dynamics Inc.**

EDP Renewables North America LLC

Elliott Management Corporation

Elster American Meter Company, LLC

**EN Engineering, LLC**

Enel Green Power North America, Inc.

Enel X

**Epiq Corporate Restructuring, LLC**

Exponent, Inc.

Farmers Entities

Farmers Insurance Company of Oregon

Farmers Insurance Company of Washington

Farmers Insurance Exchange

**Farmland Mutual Insurance Company**

Federal Energy Regulatory Commission

Federal Energy Regulatory Commission (FERC)

**Fibrwrap Construction Services, Inc**

Fire Insurance Exchange

Foremost Property and Casualty Insurance Company

Foremost Signature Insurance Company

Freedom Specialty Insurance Company

FTP Power LLC, et al.

**Gartner Inc.**

General Security Indemnity Company of Arizona (GSINDA)

Genesis Solar, LLC

Genesys Telecommunications Laboratories, Inc.

Gill Ranch Stforage, LLC

Granite Construction Company

Granite Construction Incorporated

**Harris County**

HDI Global Specialty SE

**HercRentals**

Hoffman Southwest Corp.

Honeywell International Inc.

**Hyundai Corporation USA**

**Exhibit 4**

ICE NGX Canada Inc.

Illinois Farmers Insurance Company

**Infosys Limited**

Insituform Technologies, LLC

Integon National Insurance Company

International Business Machines Corp.

Iron Mountain Information Management, LLC

**Itron, Inc.**

JP Morgan Chase Bank, N.A.

**K. Hovnanian California Region, Inc.**

Klondike Wind Power III LLC

Liberty Insurance Corporation

Liberty Insurance Underwriters Inc.

Liberty Mutual Fire Insurance Company

Liberty Mutual Insurance Company

Liberty Mutual Insurance Europe Limited

**Liberty Specialty Markets**

Liberty Surplus Insurance Corporation

Lodi Gas Storage, L.L.P.

Macquarie Energy LLC

Marin Clean Energy

**Markel Bermuda Limited**

MCE Corporation

McKinsey & Company, Inc. U.S.

Mid-Century Insurance Company

**Middle River Power, LLC**

Midway Sunset Cogeneration Company

Mizuho Bank, Ltd.

**MRP San Joaquin Energy, LLC**

Mt. Poso Cogeneration Company, LLC f/k/a Mt. Poso Cogeneration Company, L.P.

National Casualty Company

National General Insurance Company

Nationwide Affinity Insurance Company

Nationwide Agribusiness Insurance Company

Nationwide General Insurance Company

Nationwide Indemnity Company

Nationwide Insurance Company of America

Nationwide Mutual Fire Insurance Company

Nationwide Mutual Insurance Company

Nationwide Property & Casualty Insurance Company

Nautilus Insurance Company

Nautilus Insurance Company

**Neighborhood Spirit Property and Casualty Company**

Nexant Inc.

NextEra Energy Inc.

NextEra Energy Partners, L.P.

NextEra Energy, Inc.

NRG Energy Inc.

**Nuance Communications, Inc.**

Oracle America, Inc.

Oracle Corporation

Ormat Technologies Inc.

**Pacific Central Coast Health Centers**

Parsons Environment & Infrastructure, Inc.

Pension Benefit Guaranty Corporation

**Port City Operating Company, LLC dba St. Joseph's Medical Center of Stockton**

Potrero Hills Energy Producers, LLC

Privilege Underwriters Reciprocal Exchange

Pryor Cashman LLP

Public Advocates Office at the California Public Utilities Commission

Puget Sound Energy, Inc.

Quanta Energy Services LLC

**Quest Diagnostics Health & Wellness LLC**

Realty Income Corporation

**Recology Inc.**

Renaissance Reinsurance Ltd

Resources Conservation and Development Commission, California Department of Forestry and

Rising Tree Wind Farm II LLC

**Saint Francis Memorial Hospital**

San Diego Gas & Electric Company

Scottsdale Indemnity Company

Scottsdale Surplus Lines Insurance Company

Sempra Energy,

Shiloh I Wind Project LLC

**Sierra Nevada Memorial - Miners Hospital**

**Simon Property Group**

Simpson Thacher & Bartlett LLP (Counsel for the Board of PG&E Corporation and Pacific Gas and Electric Company & Certain Current and Former Independent Directors)

Snelson Companies, Inc.

**Sodexo, Inc.**

Sonoma County Agricultural Preservation

Southern California Edison

Southern California Gas Company

Southern Power Company

Southwire Company, LLC

**Sutter Insurance Company**

Tata Consultancy Services

TDS Telecom

**Telvent USA, LLC**

**TerraForm Power, Inc.**

The Baupost Group, L.L.C.

**Exhibit 4**

**The Church of Jesus Christ of Latter-day Saints**

**The City of Oakland**

The Davey Tree Expert Company

**The Lee Family Trust**

**The Mosaic Company**

**Thyssenkrupp Elevator (TE)**

Topa Insurance Company

Town of Paradise

Transwestern Pipeline Company, LLC

Travelers Insurance Co.

TRC Companies, Inc.

Truck Insurance Exchange

Truck Insurance Exchange ("Farmers Entities")

Tulsa Inspection Resources PUC, LLC

Tulsa Inspection Resources, LLC,

Turner Construction Company

United National Insurance Company

United States of America

URENCO Limited

Valero Refining Company-California

Vertiv Services, Inc.; and Vertiv North America, Inc., successor by merger to Alber

Voyager Indemnity Insurance Company

Wawanesa General Insurance Company

Western Heritage Insurance Company

Westside Solar, LLC

**Whitebox Asymmetric Partners, LP**

**Whitebox Multi-Strategy Partners, LP**

Woodland Biomass Power, LLC f/k/a Woodland Biomass Power, Ltd.

XL Insurance America, Inc.

Zenith Insurance Company

City of San Jose

Santa Clara Department of Tax and Collections

United States of America

Quanta Energy Services LLC

Interstate Fire & Casualty Company

State Farm Mutual Automobile Insurance Company

MassMutual Life Insurance Company