MacCONAGHY & BARNIER, PLC
JOHN H. MacCONAGHY, SBN 83684
JEAN BARNIER, SBN 231683
645 First St. West, Ste. D
Sonoma, CA 95476
707.935.3205
macclaw@macbarlaw.com

*Special Counsel for Official Committee of Tort Claimants*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION**<br>    -and-<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                    **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**CERTIFICATE OF NO OBJECTION REGARDING FIRST CONSOLIDATED MONTHLY FEE STATEMENT OF MacCONAGHY & BARNIER, PLC FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF APRIL 24, 2020 THROUGH JUNE 30, 2020**<br><br>**OBJECTION DEADLINE:** 7/22/2020, 4:00 P.M. PDT<br><br>Re: Docket No. 8231 |

MacConaghy & Barnier, PLC ("the **Applicant**"), special counsel to the Official Committee of Tort Claimants (the "**TCC**"), filed its *First Consolidated Monthly Fee Statement of MacConaghy & Barnier, PLC for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period from April 24, 2020 through June 30, 2020* [Dkt. No. 8231] (the "**First Fee Statement**") pursuant to the Order Pursuant to 11 U.S.C. 331 and 105(a) and Fed. R. Bankr. P. 2016 for Authority to Establish Procedures for Interim Compensation and

Reimbursement of Expenses of Professionals, entered on February 27, 2019 as Dkt. No. 701 (the "**Interim Compensation Procedures Order**").

The First Fee Statement was served as set forth in the Certificate of Service files as Dkt. No. 8232. The deadline to file responses or oppositions to the First Fee Statement was July 22, 2020, at 4:00 p.m. PDT, and no opposition or responses have been filed with the Court or received by the Applicant. Pursuant to the Interim Compensation Procedures Order, the Debtors are authorized to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in this First Fee Statement upon the filing of this certification without the need for a further Order of the Court.

These amounts are $91,992.00 in compensation [80% of $114,990.00] and $364.90 in expenses [100% of expenses].

## DECLARATION OF NO RESPONSE

I, John H. MacConaghy, state:

1. I am an attorney admitted to the bar of this Court and am a principal of MacConaghy & Barnier, PLC, Special Counsel to the Official Committee of Tort Claimants and the Applicant.

2. I have reviewed the Court's docket in these Chapter 11 Cases. No response or opposition has been filed as to the Applicant's First Monthly Fee Statement, and I have received no such response or opposition.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct, that I have personal first hand knowledge thereto, and that this declaration is executed on July 23, 2020, at Sonoma, California.

/s/ John H. MacConaghy
John H. MacConaghy