**Exhibit A**

**COMPENSATION BY PROFESSIONAL
MAY 1, 2020 THROUGH MAY 31, 2020**

The attorneys who rendered professional services in these Chapter 11 Cases during the Fee Period are:

| NAME OF PROFESSIONAL PARTNERS AND COUNSEL | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Brentani, William B. | Corporate | 1990 | $1,535 | 0.50 | $767.50 |
| Curnin, Paul C. | Litigation | 1988 | $1,640 | 64.10 | $105,124.00 |
| Goldin, Nicholas | Litigation | 2000 | $1,480 | 72.90 | $107,892.00 |
| Grogan, Gregory T. | ECEB | 2001 | $1,535 | 4.70 | $7,214.50 |
| Kelley, Karen H. | Corporate | 2003 | $1,425 | 0.50 | $712.50 |
| Ponce, Mario A. | Corporate | 1989 | $1,640 | 75.70 | $124,148.00 |
| Purushotham, Ravi | Corporate | 2010 | $1,325 | 30.60 | $40,545.00 |
| Qusba, Sandy | Corporate | 1994 | $1,535 | 13.70 | $21,029.50 |
| Alcabes, Elisa | Litigation | 1989 | $1,220 | 27.30 | $33,306.00 |
| McLendon, Kathrine | Corporate | 1985 | $1,220 | 3.60 | $4,392.00 |
| Kofsky, Andrew M. | ECEB | 2000 | $1,190 | 1.00 | $1,190.00 |
| Ricciardi, Sara A. | Litigation | 2003 | $1,190 | 91.50 | $108,885.00 |
| **Total Partners and Counsel:** | | | | **386.10** | **$555,206.00** |

| NAME OF PROFESSIONAL ASSOCIATES | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Campbell, Eamonn W. | Litigation | 2016 | $915 | 8.30 | $7,594.50 |
| Egenes, Erica M. | Corporate | 2018 | $840 | 19.50 | $16,380.00 |
| Fell, Jamie | Corporate | 2015 | $995 | 34.00 | $33,830.00 |
| Isaacman, Jennifer | Litigation | 2019 | $590 | 49.40 | $29,146.00 |
| Kinsel, Kourtney J. | Litigation | 2018 | $590 | 39.70 | $23,423.00 |
| Lundqvist, Jacob | Litigation | 2019 | $590 | 28.20 | $16,638.00 |
| Phillips, Jacob M. | ECEB | 2017 | $840 | 11.20 | $9,408.00 |
| **Total Associates:** | | | | **190.30** | **$136,419.50** |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| NAME OF PARAPROFESSIONALS | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Azoulai, Moshe | Knowledge Management | | $455 | 0.50 | $227.50 |
| **Total Paraprofessionals:** | | | | **0.50** | **$227.50** |

| PROFESSIONALS | BLENDED HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $1,437.98 | 386.10 | $555,206.00 |
| Associates | $716.87 | 190.30 | $136,419.50 |
| Paraprofessionals | $455.00 | 0.50 | $227.50 |
| Blended Attorney Rate | $1,199.91 | | |
| **Total Fees Incurred** | | **576.90** | **$691,853.00** |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017