Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

<u>**Exhibit C**</u>

**EXPENSE SUMMARY FOR THE PERIOD
<u>MAY 1, 2020 THROUGH MAY 31, 2020</u>**

| | |
|---|---|
| **Court/Filing Fees** | **N/A** |
| **Research** | **$13,219.45** |
|     Online Research | $13,056.85 |
|     Document Retrieval | $162.60 |
| **Meals** | **$0** |
|     Business | $0 |
|     Overtime | $0 |
|     Travel | $0 |
| **Travel** | **$60.48** |
|     Airfare | $0 |
|     Hotel | $0 |
|     Out-of-Town Travel | $60.48 |
| **Transportation** | **$0** |
|     OT Carfare | $0 |
|     Local Travel | $0 |
| **Duplicating** | **$33.60** |
| **Courier/Postage** | **$29.33** |
| **Conferencing/Communication** | **$144.63** |
|     Court Call | $50.60 |
|     Telephone | $94.03 |
| **Total Expenses Requested:** | **$13,487.49** |