Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

# Exhibit E

## ITEMIZED DISBURSEMENTS

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| **Research/Document Retrieval** | | | |
| Document Retrieval | 3/2/2020 | Document Retrieval COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 3/2/2020 | Document Retrieval COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 3/2/2020 | Document Retrieval COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 3/3/2020 | Document Retrieval COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 3/3/2020 | Document Retrieval COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 3/3/2020 | Document Retrieval COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 3/4/2020 | Document Retrieval COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 3/4/2020 | Document Retrieval COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 3/4/2020 | Document Retrieval COURTHOUSE NEWS SERVICE - San Francisco County Superior | $2.18 |

---

[2] The amounts listed in this Exhibit are billed in accordance with the Fee Guidelines and Local Rules.

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| | | Court-CGC-17-562553 - janie.franklin@stblaw.com | |
| Document Retrieval | 3/5/2020 | Document Retrieval COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 3/5/2020 | Document Retrieval COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 3/5/2020 | Document Retrieval COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 3/6/2020 | Document Retrieval COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 3/6/2020 | Document Retrieval COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 3/6/2020 | Document Retrieval COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 3/9/2020 | Document Retrieval COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 3/9/2020 | Document Retrieval COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 3/9/2020 | Document Retrieval COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 3/10/2020 | Document Retrieval COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - janie.franklin@stblaw.com | $2.18 |

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| Document Retrieval | 3/10/2020 | Document Retrieval COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 3/10/2020 | Document Retrieval COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 3/11/2020 | Document Retrieval COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 3/11/2020 | Document Retrieval COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 3/11/2020 | Document Retrieval COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 3/12/2020 | Document Retrieval COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 3/12/2020 | Document Retrieval COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 3/12/2020 | Document Retrieval COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 3/13/2020 | Document Retrieval COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 3/13/2020 | Document Retrieval COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 3/13/2020 | Document Retrieval COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - janie.franklin@stblaw.com | $2.18 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| Online Research - Bloomberg Law | 4/1/2020 | Online Research - Bloomberg Law THE BUREAU OF NATIONAL AFFAIRS, INC. - Trans. No.:167216854 - Case No.:3:19-bk-30088 -Brian Roe | $5.44 |
| Online Research - Bloomberg Law | 4/1/2020 | THE BUREAU OF NATIONAL AFFAIRS, INC. - Trans. No.:167221533 - Case No.:3:19-cv-06996 -Brian Roe | $2.72 |
| Online Research - Bloomberg Law | 4/2/2020 | THE BUREAU OF NATIONAL AFFAIRS, INC. - Trans. No.:167361169 - Case No.:3:19-cv-06996 -Brian Roe | $2.72 |
| Online Research - Bloomberg Law | 4/2/2020 | Online Research - Bloomberg Law THE BUREAU OF NATIONAL AFFAIRS, INC. - Trans. No.:167357206 - Case No.:3:19-bk-30088 -Brian Roe | $5.44 |
| Online Research - Bloomberg Law | 4/3/2020 | THE BUREAU OF NATIONAL AFFAIRS, INC. - Trans. No.:167500464 - Case No.:3:19-cv-06996 -Brian Roe | $2.72 |
| Online Research - Bloomberg Law | 4/3/2020 | Online Research - Bloomberg Law THE BUREAU OF NATIONAL AFFAIRS, INC. - Trans. No.:167496207 - Case No.:3:19-bk-30088 -Brian Roe | $5.44 |
| Online Research - Bloomberg Law | 4/4/2020 | THE BUREAU OF NATIONAL AFFAIRS, INC. - Trans. No.:167588123 - Case No.:3:19-cv-06996 -Brian Roe | $2.72 |
| Online Research - Bloomberg Law | 4/4/2020 | Online Research - Bloomberg Law THE BUREAU OF NATIONAL AFFAIRS, INC. - Trans. No.:167586407 - Case No.:3:19-bk-30088 -Brian Roe | $5.44 |
| Online Research - Bloomberg Law | 4/5/2020 | Online Research - Bloomberg Law THE BUREAU OF NATIONAL AFFAIRS, INC. - Trans. No.:167672775 - Case No.:3:19-bk-30088 -Brian Roe | $5.44 |
| Online Research - Bloomberg Law | 4/5/2020 | THE BUREAU OF NATIONAL AFFAIRS, INC. - Trans. No.:167673527 - Case No.:3:19-cv-06996 -Brian Roe | $2.72 |
| Online Research - Bloomberg Law | 4/6/2020 | Online Research - Bloomberg Law THE BUREAU OF NATIONAL AFFAIRS, INC. - Trans. No.:167816243 - Case No.:3:19-bk-30088 -Brian Roe | $5.44 |
| Online Research - Bloomberg Law | 4/6/2020 | THE BUREAU OF NATIONAL AFFAIRS, INC. - Trans. No.:167823209 - Case No.:3:19-cv-06996 -Brian Roe | $2.72 |

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| Online Research - Bloomberg Law | 4/7/2020 | THE BUREAU OF NATIONAL AFFAIRS, INC. - Trans. No.:167968155 - Case No.:3:19-cv-06996 -Brian Roe | $2.72 |
| Online Research - Bloomberg Law | 4/7/2020 | Online Research - Bloomberg Law THE BUREAU OF NATIONAL AFFAIRS, INC. - Trans. No.:167963952 - Case No.:3:19-bk-30088 -Brian Roe | $5.44 |
| Online Research - Bloomberg Law | 4/8/2020 | THE BUREAU OF NATIONAL AFFAIRS, INC. - Trans. No.:168107188 - Case No.:3:19-cv-06996 -Brian Roe | $2.72 |
| Online Research - Bloomberg Law | 4/8/2020 | Online Research - Bloomberg Law THE BUREAU OF NATIONAL AFFAIRS, INC. - Trans. No.:168102556 - Case No.:3:19-bk-30088 -Brian Roe | $5.44 |
| Online Research - Bloomberg Law | 4/9/2020 | THE BUREAU OF NATIONAL AFFAIRS, INC. - Trans. No.:168246281 - Case No.:3:19-cv-06996 -Brian Roe | $2.72 |
| Online Research - Bloomberg Law | 4/9/2020 | Online Research - Bloomberg Law THE BUREAU OF NATIONAL AFFAIRS, INC. - Trans. No.:168242879 - Case No.:3:19-bk-30088 -Brian Roe | $5.44 |
| Online Research - Bloomberg Law | 4/10/2020 | THE BUREAU OF NATIONAL AFFAIRS, INC. - Trans. No.:168384947 - Case No.:3:19-cv-06996 -Brian Roe | $2.72 |
| Online Research - Bloomberg Law | 4/10/2020 | Online Research - Bloomberg Law THE BUREAU OF NATIONAL AFFAIRS, INC. - Trans. No.:168381118 - Case No.:3:19-bk-30088 -Brian Roe | $5.44 |
| Online Research - Bloomberg Law | 4/11/2020 | THE BUREAU OF NATIONAL AFFAIRS, INC. - Trans. No.:168472024 - Case No.:3:19-cv-06996 -Brian Roe | $2.72 |
| Online Research - Bloomberg Law | 4/12/2020 | THE BUREAU OF NATIONAL AFFAIRS, INC. - Trans. No.:168556705 - Case No.:3:19-cv-06996 -Brian Roe | $2.72 |
| Online Research - Bloomberg Law | 4/13/2020 | Online Research - Bloomberg Law THE BUREAU OF NATIONAL AFFAIRS, INC. - Trans. No.:168700223 - Case No.:3:19-bk-30088 -Brian Roe | $5.44 |
| Online Research - Bloomberg Law | 4/13/2020 | THE BUREAU OF NATIONAL AFFAIRS, INC. - Trans. No.:168708308 - Case No.:3:19-cv-06996 -Brian Roe | $2.72 |
| Online Research - Bloomberg Law | 4/14/2020 | Online Research - Bloomberg Law THE BUREAU OF NATIONAL AFFAIRS, INC. | $5.44 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| | | - Trans. No.:168845776 - Case No.:3:19-bk-30088 -Brian Roe | |
| Online Research - Bloomberg Law | 4/14/2020 | THE BUREAU OF NATIONAL AFFAIRS, INC. - Trans. No.:168850833 - Case No.:3:19-cv-06996 -Brian Roe | $2.72 |
| Online research - Lexis Nexis | 4/14/2020 | LEXIS ADVANCE ACCESS CHARGE-LAROCCA, JEFFREY | $475.52 |
| Online Research - Bloomberg Law | 4/15/2020 | Online Research - Bloomberg Law THE BUREAU OF NATIONAL AFFAIRS, INC. - Trans. No.:168986254 - Case No.:3:19-bk-30088 -Brian Roe | $5.44 |
| Online Research - Bloomberg Law | 4/15/2020 | THE BUREAU OF NATIONAL AFFAIRS, INC. - Trans. No.:168990579 - Case No.:3:19-cv-06996 -Brian Roe | $2.72 |
| Online Research - Bloomberg Law | 4/16/2020 | Online Research - Bloomberg Law THE BUREAU OF NATIONAL AFFAIRS, INC. - Trans. No.:169126769 - Case No.:3:19-bk-30088 -Brian Roe | $5.44 |
| Online Research - Bloomberg Law | 4/16/2020 | THE BUREAU OF NATIONAL AFFAIRS, INC. - Trans. No.:169130822 - Case No.:3:19-cv-06996 -Brian Roe | $2.72 |
| Online Research - Bloomberg Law | 4/17/2020 | THE BUREAU OF NATIONAL AFFAIRS, INC. - Trans. No.:169270487 - Case No.:3:19-cv-06996 -Brian Roe | $2.72 |
| Online Research - Bloomberg Law | 4/17/2020 | Online Research - Bloomberg Law THE BUREAU OF NATIONAL AFFAIRS, INC. - Trans. No.:169265733 - Case No.:3:19-bk-30088 -Brian Roe | $5.44 |
| Online research - West Law | 4/18/2020 | MULTI-SEARCH DOCUMENT DISPLAYS-RICCIARDI, SARA | $311.03 |
| Online research - West Law | 4/18/2020 | MULTI-SEARCH TRANSACTIONAL SEARCHES-RICCIARDI, SARA | $607.60 |
| Online Research - Bloomberg Law | 4/18/2020 | THE BUREAU OF NATIONAL AFFAIRS, INC. - Trans. No.:169356707 - Case No.:3:19-cv-06996 -Brian Roe | $2.72 |
| Online Research - Bloomberg Law | 4/19/2020 | THE BUREAU OF NATIONAL AFFAIRS, INC. - Trans. No.:169437161 - Case No.:3:19-cv-06996 -Brian Roe | $2.72 |
| Online Research - Bloomberg Law | 4/20/2020 | Online Research - Bloomberg Law THE BUREAU OF NATIONAL AFFAIRS, INC. - Trans. No.:169529151 - Case No.:3:19-bk-30088 -Brian Roe | $5.44 |

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| Online Research - Bloomberg Law | 4/20/2020 | Online Research - Bloomberg Law THE BUREAU OF NATIONAL AFFAIRS, INC. - Trans. No.:169591747 - Case No.:3:19-bk-30088 -Brian Roe | $5.44 |
| Online Research - Bloomberg Law | 4/20/2020 | THE BUREAU OF NATIONAL AFFAIRS, INC. - Trans. No.:169598348 - Case No.:3:19-cv-06996 -Brian Roe | $2.72 |
| Pacer | 4/20/2020 | Charges LIBRARY, ID | $0.10 |
| Pacer | 4/20/2020 | Charges LIBRARY, ID | $0.10 |
| Pacer | 4/20/2020 | Charges LIBRARY, ID | $1.00 |
| Pacer | 4/20/2020 | Charges LIBRARY, ID | $3.00 |
| Pacer | 4/20/2020 | Charges LIBRARY, ID | $1.00 |
| Pacer | 4/20/2020 | Charges LIBRARY, ID | $3.00 |
| Pacer | 4/20/2020 | Charges LIBRARY, ID | $1.00 |
| Pacer | 4/20/2020 | Charges LIBRARY, ID | $0.80 |
| Pacer | 4/20/2020 | Charges LIBRARY, ID | $3.00 |
| Online Research - Bloomberg Law | 4/21/2020 | Online Research - Bloomberg Law THE BUREAU OF NATIONAL AFFAIRS, INC. - Trans. No.:169721754 - Case No.:3:19-bk-30088 -Brian Roe | $5.44 |
| Online Research - Bloomberg Law | 4/21/2020 | THE BUREAU OF NATIONAL AFFAIRS, INC. - Trans. No.:169741823 - Case No.:3:19-cv-06996 -Brian Roe | $2.72 |
| Online research - West Law | 4/22/2020 | MULTI-SEARCH TRANSACTIONAL SEARCHES-RICCIARDI, SARA | $121.52 |
| Online Research - Bloomberg Law | 4/22/2020 | Online Research - Bloomberg Law THE BUREAU OF NATIONAL AFFAIRS, INC. - Trans. No.:169879198 - Case No.:3:19-bk-30088 -Brian Roe | $5.44 |
| Online Research - Bloomberg Law | 4/22/2020 | THE BUREAU OF NATIONAL AFFAIRS, INC. - Trans. No.:169882226 - Case No.:3:19-cv-06996 -Brian Roe | $2.72 |
| Online Research - Bloomberg Law | 4/23/2020 | THE BUREAU OF NATIONAL AFFAIRS, INC. - Trans. No.:170023720 - Case No.:3:19-cv-06996 -Brian Roe | $2.72 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| Online Research - Bloomberg Law | 4/23/2020 | Online Research - Bloomberg Law THE BUREAU OF NATIONAL AFFAIRS, INC. - Trans. No.:170017680 - Case No.:3:19-bk-30088 -Brian Roe | $5.44 |
| Online Research - Bloomberg Law | 4/24/2020 | Online Research - Bloomberg Law THE BUREAU OF NATIONAL AFFAIRS, INC. - Trans. No.:170160033 - Case No.:3:19-bk-30088 -Brian Roe | $5.44 |
| Online Research - Bloomberg Law | 4/24/2020 | THE BUREAU OF NATIONAL AFFAIRS, INC. - Trans. No.:170162964 - Case No.:3:19-cv-06996 -Brian Roe | $2.72 |
| Online Research - Bloomberg Law | 4/25/2020 | THE BUREAU OF NATIONAL AFFAIRS, INC. - Trans. No.:170251858 - Case No.:3:19-cv-06996 -Brian Roe | $2.72 |
| Online Research - Bloomberg Law | 4/25/2020 | Online Research - Bloomberg Law THE BUREAU OF NATIONAL AFFAIRS, INC. - Trans. No.:170250169 - Case No.:3:19-bk-30088 -Brian Roe | $5.44 |
| Online Research - Bloomberg Law | 4/26/2020 | THE BUREAU OF NATIONAL AFFAIRS, INC. - Trans. No.:170339065 - Case No.:3:19-cv-06996 -Brian Roe | $2.72 |
| Online Research - Bloomberg Law | 4/27/2020 | THE BUREAU OF NATIONAL AFFAIRS, INC. - Trans. No.:170492304 - Case No.:3:19-cv-06996 -Brian Roe | $2.72 |
| Online Research - Bloomberg Law | 4/27/2020 | Online Research - Bloomberg Law THE BUREAU OF NATIONAL AFFAIRS, INC. - Trans. No.:170484759 - Case No.:3:19-bk-30088 -Brian Roe | $5.44 |
| Pacer | 4/27/2020 | Charges LIBRARY, ID | $0.10 |
| Pacer | 4/27/2020 | Charges LIBRARY, ID | $0.10 |
| Pacer | 4/27/2020 | Charges LIBRARY, ID | $0.10 |
| Pacer | 4/27/2020 | Charges LIBRARY, ID | $0.10 |
| Pacer | 4/27/2020 | Charges LIBRARY, ID | $0.10 |
| Pacer | 4/27/2020 | Charges LIBRARY, ID | $0.10 |
| Pacer | 4/27/2020 | Charges LIBRARY, ID | $1.40 |
| Pacer | 4/27/2020 | Charges LIBRARY, ID | $0.60 |

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| Pacer | 4/27/2020 | Charges LIBRARY, ID | $0.10 |
| Pacer | 4/27/2020 | Charges LIBRARY, ID | $1.20 |
| Pacer | 4/27/2020 | Charges LIBRARY, ID | $0.70 |
| Pacer | 4/27/2020 | Charges LIBRARY, ID | $0.70 |
| Pacer | 4/27/2020 | Charges LIBRARY, ID | $0.70 |
| Pacer | 4/27/2020 | Charges LIBRARY, ID | $0.70 |
| Pacer | 4/27/2020 | Charges LIBRARY, ID | $1.40 |
| Pacer | 4/27/2020 | Charges LIBRARY, ID | $0.60 |
| Online Research - Bloomberg Law | 4/28/2020 | THE BUREAU OF NATIONAL AFFAIRS, INC. - Trans. No.:170637205 - Case No.:3:19-cv-06996 -Brian Roe | $2.72 |
| Online Research - Bloomberg Law | 4/28/2020 | Online Research - Bloomberg Law THE BUREAU OF NATIONAL AFFAIRS, INC. - Trans. No.:170632951 - Case No.:3:19-bk-30088 -Brian Roe | $5.44 |
| Online research - West Law | 4/28/2020 | MULTI-SEARCH TRANSACTIONAL SEARCHES-KINSEL, KOURTNEY | $111.62 |
| Online research - West Law | 4/29/2020 | MULTI-SEARCH DOCUMENT DISPLAYS-RICCIARDI, SARA | $103.68 |
| Online research - West Law | 4/29/2020 | MULTI-SEARCH TRANSACTIONAL SEARCHES-RICCIARDI, SARA | $121.52 |
| Online Research - Bloomberg Law | 4/29/2020 | THE BUREAU OF NATIONAL AFFAIRS, INC. - Trans. No.:170778746 - Case No.:3:19-cv-06996 -Brian Roe | $2.72 |
| Online Research - Bloomberg Law | 4/29/2020 | Online Research - Bloomberg Law THE BUREAU OF NATIONAL AFFAIRS, INC. - Trans. No.:170774236 - Case No.:3:19-bk-30088 -Brian Roe | $5.44 |
| Online Research - Bloomberg Law | 4/30/2020 | THE BUREAU OF NATIONAL AFFAIRS, INC. - Trans. No.:170920558 - Case No.:3:19-cv-06996 -Brian Roe | $2.72 |
| Online Research - Bloomberg Law | 4/30/2020 | Online Research - Bloomberg Law THE BUREAU OF NATIONAL AFFAIRS, INC. - Trans. No.:170916794 - Case No.:3:19-bk-30088 -Brian Roe | $5.44 |
| Pacer | 4/30/2020 | Charges LIBRARY, ID | $0.10 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| Pacer | 4/30/2020 | Charges LIBRARY, ID | $0.10 |
| Pacer | 4/30/2020 | Charges LIBRARY, ID | $3.00 |
| Pacer | 4/30/2020 | Charges LIBRARY, ID | $0.60 |
| Pacer | 4/30/2020 | Charges LIBRARY, ID | $0.80 |
| Pacer | 4/30/2020 | Charges LIBRARY, ID | $3.00 |
| Pacer | 4/30/2020 | Charges LIBRARY, ID | $1.30 |
| Online research - West Law | 5/1/2020 | MULTI-SEARCH TRANSACTIONAL SEARCHES-ISAACMAN, JENNIFER | $3,699.73 |
| Online research - West Law | 5/4/2020 | MULTI-SEARCH DOCUMENT DISPLAYS-RICCIARDI, SARA | $1,153.49 |
| Online research - West Law | 5/4/2020 | MULTI-SEARCH TRANSACTIONAL SEARCHES-RICCIARDI, SARA | $616.62 |
| Online research - West Law | 5/5/2020 | MULTI-SEARCH DOCUMENT DISPLAYS-RICCIARDI, SARA | $131.51 |
| Online research - West Law | 5/5/2020 | MULTI-SEARCH TRANSACTIONAL SEARCHES-RICCIARDI, SARA | $154.16 |
| Online research - West Law | 5/6/2020 | MULTI-SEARCH TRANSACTIONAL SEARCHES-ISAACMAN, JENNIFER | $154.16 |
| Pacer | 5/6/2020 | Charges LIBRARY, ID | $0.10 |
| Pacer | 5/6/2020 | Charges LIBRARY, ID | $0.10 |
| Pacer | 5/6/2020 | Charges LIBRARY, ID | $3.00 |
| Pacer | 5/6/2020 | Charges LIBRARY, ID | $0.80 |
| Pacer | 5/6/2020 | Charges LIBRARY, ID | $3.00 |
| Pacer | 5/6/2020 | Charges LIBRARY, ID | $0.30 |
| Pacer | 5/6/2020 | Charges LIBRARY, ID | $1.60 |
| Pacer | 5/6/2020 | Charges LIBRARY, ID | $0.70 |
| Pacer | 5/6/2020 | Charges LIBRARY, ID | $0.60 |
| Pacer | 5/6/2020 | Charges LIBRARY, ID | $0.30 |
| Pacer | 5/6/2020 | Charges LIBRARY, ID | $0.50 |

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| Pacer | 5/6/2020 | Charges LIBRARY, ID | $2.40 |
| Pacer | 5/6/2020 | Charges LIBRARY, ID | $0.30 |
| Pacer | 5/6/2020 | Charges LIBRARY, ID | $0.30 |
| Pacer | 5/6/2020 | Charges LIBRARY, ID | $1.40 |
| Pacer | 5/6/2020 | Charges LIBRARY, ID | $1.30 |
| Pacer | 5/6/2020 | Charges LIBRARY, ID | $0.40 |
| Pacer | 5/6/2020 | Charges LIBRARY, ID | $0.50 |
| Pacer | 5/6/2020 | Charges LIBRARY, ID | $3.00 |
| Pacer | 5/6/2020 | Charges LIBRARY, ID | $0.20 |
| Pacer | 5/6/2020 | Charges LIBRARY, ID | $0.30 |
| Pacer | 5/6/2020 | Charges LIBRARY, ID | $1.50 |
| Pacer | 5/6/2020 | Charges LIBRARY, ID | $2.80 |
| Pacer | 5/6/2020 | Charges LIBRARY, ID | $0.10 |
| Pacer | 5/6/2020 | Charges LIBRARY, ID | $1.80 |
| Pacer | 5/6/2020 | Charges LIBRARY, ID | $0.60 |
| Pacer | 5/6/2020 | Charges LIBRARY, ID | $0.60 |
| Pacer | 5/6/2020 | Charges LIBRARY, ID | $0.60 |
| Pacer | 5/6/2020 | Charges LIBRARY, ID | $1.50 |
| Pacer | 5/6/2020 | Charges LIBRARY, ID | $0.80 |
| Pacer | 5/6/2020 | Charges LIBRARY, ID | $0.30 |
| Pacer | 5/6/2020 | Charges LIBRARY, ID | $3.00 |
| Pacer | 5/6/2020 | Charges LIBRARY, ID | $1.30 |
| Pacer | 5/6/2020 | Charges LIBRARY, ID | $0.80 |
| Pacer | 5/6/2020 | Charges LIBRARY, ID | $0.50 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| Pacer | 5/6/2020 | Charges LIBRARY, ID | $1.00 |
| Pacer | 5/6/2020 | Charges LIBRARY, ID | $3.00 |
| Pacer | 5/6/2020 | Charges LIBRARY, ID | $0.30 |
| Pacer | 5/6/2020 | Charges LIBRARY, ID | $0.60 |
| Pacer | 5/6/2020 | Charges LIBRARY, ID | $0.70 |
| Pacer | 5/6/2020 | Charges LIBRARY, ID | $1.70 |
| Online research - West Law | 5/7/2020 | MULTI-SEARCH DOCUMENT DISPLAYS-ISAACMAN, JENNIFER | $232.84 |
| Online research - West Law | 5/7/2020 | MULTI-SEARCH TRANSACTIONAL SEARCHES-ISAACMAN, JENNIFER | $462.46 |
| Online research - West Law | 5/13/2020 | MULTI-SEARCH DOCUMENT DISPLAYS-RICCIARDI, SARA | $394.56 |
| Online research - West Law | 5/13/2020 | MULTI-SEARCH TRANSACTIONAL SEARCHES-RICCIARDI, SARA | $462.46 |
| Pacer | 5/14/2020 | Charges LIBRARY, ID | $0.10 |
| Pacer | 5/14/2020 | Charges LIBRARY, ID | $0.10 |
| Pacer | 5/14/2020 | Charges LIBRARY, ID | $0.10 |
| Pacer | 5/14/2020 | Charges LIBRARY, ID | $0.10 |
| Pacer | 5/14/2020 | Charges LIBRARY, ID | $0.10 |
| Pacer | 5/14/2020 | Charges LIBRARY, ID | $0.10 |
| Pacer | 5/14/2020 | Charges LIBRARY, ID | $0.10 |
| Pacer | 5/14/2020 | Charges LIBRARY, ID | $0.10 |
| Pacer | 5/14/2020 | Charges LIBRARY, ID | $0.10 |
| Pacer | 5/14/2020 | Charges LIBRARY, ID | $3.00 |
| Pacer | 5/14/2020 | Charges LIBRARY, ID | $0.20 |
| Pacer | 5/14/2020 | Charges LIBRARY, ID | $1.30 |
| Pacer | 5/14/2020 | Charges LIBRARY, ID | $3.00 |

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| Pacer | 5/14/2020 | Charges LIBRARY, ID | $0.10 |
| Pacer | 5/14/2020 | Charges LIBRARY, ID | $3.00 |
| Online research - West Law | 5/22/2020 | MULTI-SEARCH DOCUMENT DISPLAYS-RICCIARDI, SARA | $1,315.19 |
| Online research - West Law | 5/22/2020 | MULTI-SEARCH TRANSACTIONAL SEARCHES-RICCIARDI, SARA | $1,849.87 |
| Online research - West Law | 5/22/2020 | WOLTERS KLUWER - CCH MULTI-SEARCH DOCUMENT DISPLAYS-RICCIARDI, SARA | $267.57 |
| Deposition transcripts | 5/31/2020 | ESCRIBERS, LLC - Deposition transcripts: transcript of proceedings held may 12, 2020. | $97.20 |
| **Travel** | | | |
| Out-of-town travel | 2/21/2020 | Out-of-town travel - NICHOLAS GOLDIN; Car Service Reimbursement Feb 21, 2020; Nicholas Goldin. | $60.48 |
| **Courier/Postage** | | | |
| Courier - Fedex | 2/27/2020 | FEDEX - To: Phillips ADR / From: Eamonn W Campbell / 00 Tracking Number: 390716147040 | $29.33 |
| **Duplicating** | | | |
| Glass work copying | 5/1/2020 | Glass work copying: New York Fell, Jamie | $33.60 |
| **Conferencing/Court Call** | | | |
| Telephone | 3/5/2020 | LOOP UP LLC - Loopup-2020-03-05-08914-SC0737-Sara Ricciardi's Meeting Room Moderated By: 08914 | $0.30 |
| Telephone | 3/6/2020 | LOOP UP LLC - Loopup-2020-03-06-08914-SC0919-Sara Ricciardi's Meeting Room Moderated By: 08914 | $6.80 |
| Telephone | 3/7/2020 | LOOP UP LLC - Loopup-2020-03-07-11862-SC0974-Ravi Purushotham's Meeting Room Moderated By: 11862 | $0.05 |
| Telephone | 3/7/2020 | LOOP UP LLC - Loopup-2020-03-07-11862-SC0972-Ravi Purushotham's Meeting Room Moderated By: 11862 | $4.16 |
| Telephone | 3/7/2020 | LOOP UP LLC - Loopup-2020-03-07-11862-SC0967-Ravi Purushotham's Meeting Room Moderated By: 11862 | $2.43 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| Telephone | 3/9/2020 | LOOP UP LLC - Loopup-2020-03-09-08914-SC1142-Sara Ricciardi's Meeting Room Moderated By: 08914 | $8.37 |
| Telephone | 3/9/2020 | LOOP UP LLC - Telephone Loopup-2020-03-09-08914-SC1040-Sara Ricciardi's Meeting Room Moderated By: 08914 | $22.21 |
| Telephone | 3/14/2020 | LOOP UP LLC - Loopup-2020-03-14-00880-SC2104-Elisa Alcabes' Meeting Room Moderated By: 00880 | $1.22 |
| Telephone | 3/14/2020 | LOOP UP LLC - Loopup-2020-03-14-16743-SC2100-Jacob Lundqvist's Meeting Room Moderated By: 16743 | $3.35 |
| Telephone | 3/17/2020 | LOOP UP LLC - Loopup-2020-03-17-08914-SC2771-Sara Ricciardi's Meeting Room Moderated By: 08914 | $6.55 |
| Telephone | 3/24/2020 | LOOP UP LLC - Loopup-2020-03-24-15834-SC4364-STB Meeting Room Moderated By: 15834 | $3.55 |
| Telephone | 3/24/2020 | LOOP UP LLC - Loopup-2020-03-24-11862-SC4309-Ravi Purushotham's Meeting Room Moderated By: 11862 | $13.59 |
| Telephone | 3/26/2020 | LOOP UP LLC - Loopup-2020-03-26-00905-SC4978-Mario Ponce's Meeting Room Moderated By: 00905 | $2.88 |
| Telephone | 3/31/2020 | LOOP UP LLC - Loopup-2020-03-31-08914-SC5926-Sara Ricciardi's Meeting Room Moderated By: 08914 | $18.57 |
| Court Call | 5/13/2020 | COURTCALL LLC - Court Call Telephonic court appearance re: PG&E Corporation/19-30088 | $28.10 |
| Court Call | 5/13/2020 | COURTCALL LLC - Court Call Telephonic court appearance re: PG&E Corporation/19-30088 | $22.50 |
| **Total** | | | **$13,487.49** |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017