KEVIN J. DEHOFF, S.B. 252106
GÖKALP Y. GÜRER, S.B. 311919
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

Attorneys for Defendant CITY OF OROVILLE

# UNITED STATE BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re:<br><br>PG&E Corporation<br><br>    Debtor-in-Possession. | Case No.: 19-30088-DM<br>Chapter 11<br>Hon. Dennis Montali |
| In Re:<br><br>Pacific Gas and Electric Company,<br><br>    Debtor-in-Possession. | Case No.: 19-30089-DM<br>Chapter 11<br>Hon. Dennis Montali |
| Affects Pacific Gas and Electric Company | **WITHDRAWAL OF CLAIM NO. 8849** |

    Pursuant to Federal Rules of Bankruptcy Procedure, Rule 3006, Creditor City of Oroville, by and through its undersigned counsel, hereby withdraws its Proof of Claim No. 8849, in full. Claim No. 8849 was filed on September 13, 2019 for the amount of $202,000.

Dated: July 23, 2020
                                             ANGELO, KILDAY & KILDUFF, LLP

                                                    */s/ Gökalp Y. Gürer*
                                         By:_____
                                            GÖKALP Y. GÜRER
                                            Attorneys for Defendant CITY OF OROVILLE