United States Bankruptcy Court

Northern District of California - San Francisco Division

In re:

PG&E Corporation and Pacific Gas and Electric Company     Chapter 11

Case No. 19-30088

NOTICE OF CREDITOR'S CHANGE OF ADDRESS

PLEASE TAKE NOTICE that CROWN SERVICES LLC, a creditor in the cases of the above-captioned debtors ("Debtors"), has changed his/her/its address and directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claims (as listed on the Debtors' schedules and claims register) and hereby requests that service of any pleadings, notices, correspondence, ballots and distributions relating to such claim be sent to the New Address set forth below, effect as of the date hereof.

Former Address
Crown Services, LLC
Guenther Law Group
Ralph Guenther, Esq.
601 S. Main St.
Salinas, CA 93901

Additional Former Address
CROWN SERVICES LLC
14 Victor Square
Scotts Valley CA 95066

New Address
CROWN SERVICES LLC
c/o Bradford Capital Holdings, LP
PO Box 4353
Clifton, NJ 07012

I declare that the foregoing is true and correct.

Authorized Signatory for:
CROWN SERVICES LLC

By: _____
Name: Ron Clements, Jr.
Title: Manager
Date: July 20, 2020