**BROWN RUDNICK LLP**
Joel S. Miliband (SBN 077438)
(JMiliband@brownrudnick.com)
2211 Michelson Drive
Seventh Floor
Irvine, California 92612
Telephone: (949) 752-7100
Facsimile: (949) 252-1514

**BROWN RUDNICK LLP**
David J. Molton (SBN 262075)
(DMolton@brownrudnick.com)
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

*Attorneys for Trustee and Claims Administrator*

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 3:19-bk-030088 DM |
| **PG&E CORPORATION,** | Chapter 11 |
| -and- | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors.** | **CERTIFICATE OF SERVICE RE THE FIRE VICTIM TRUSTEE'S APPLICATION FOR CLARIFICATION AND MODIFICATION OF PROTECTIVE ORDER TO PERMIT THE TRANSFER OF INFORMATION FOR USE BY THE FIRE VICTIM TRUST** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Hearing<br>Date: August 25, 2020<br>Time: 10:00 a.m. (Pacific Time)<br>Place: Courtroom 17<br>450 Golden Gate Ave., 16th Fl.<br>San Francisco, CA 94102 |

///

///

| | |
|---|---|
| STATE OF CALIFORNIA | ) |
| | ) |
| COUNTY OF ORANGE | ) |

I am over the age of 18 and not a party to the above-entitled action. My business address is 2211 Michelson Drive, Seventh Floor, Irvine, California 92612.

On <u>July 24, 2020</u>, at my place of business, I served a true and correct copy of the following document(s):

**NOTICE OF HEARING ON THE FIRE VICTIM TRUSTEE'S APPLICATION FOR CLARIFICATION AND MODIFICATION OF PROTECTIVE ORDER TO PERMIT THE TRANSFER OF INFORMATION FOR USE BY THE FIRE VICTIM TRUST**

**THE FIRE VICTIM TRUSTEE'S APPLICATION FOR CLARIFICATION AND MODIFICATION OF PROTECTIVE ORDER TO PERMIT THE TRANSFER OF INFORMATION FOR USE BY THE FIRE VICTIM TRUST**

in the manner indicated below:

☐ BY ELECTRONIC FILING said document(s) and transmission of the Notification of Election Filing by the Clerk to a Registered Participant(s), addressed as follows:

■ SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) <u>July 24, 2020</u>, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST**

■ SERVED BY UNITED STATES MAIL - I served the following persons and/or entities at the last known addresses in this proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows:

**SEE ATTACHED SERVICE LIST**

This Certificate was executed on <u>July 24, 2020</u>, at Orange, California. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | |
|---|---|
| <u>Dated: July 24, 2020</u> | <u>// JEANNIE MENDEZ</u><br>JEANNIE MENDEZ |

**ADDITIONAL SERVICE INFORMATION (if needed):**
**Required Service List**
*SERVED VIA EMAIL*

| | |
|---|---|
| **Weil, Gotshal & Manges**<br><br>Matthew Goren<br>Stephen Karotkin<br>Jessica Liou | Counsel to Debtors:<br><br>Email: matthew.goren@weil.com<br>Email: stephen.karotkin@weil.com<br>Email: jessica.liou@weil.com |
| **Keller Benvenutti Kim LLP**<br><br>Tobias S. Keller – *On ECF List*<br>Jane Kim – *On ECF List* | Counsel to Debtors:<br><br>Email: tkeller@kbkllp.com<br>Email: jkim@kbkllp.com |
| **Stroock & Stoock & Lavan LLP**<br><br>Kristopher M. Hansen – *On ECF List*<br>Frank A. Merola – *On ECF List*<br>Erez E. Gilad<br>Matthew G. Garofalo | Counsel for the administrative agent under the Debtors' debtor in possession financing facilities<br><br>Email: khansen@stroock.com<br>Email : fmerola@stroock.com<br>Email: egilad@stroock.com<br>Email: mgarofalo@stroock.com |
| **Davis Polk & Wardwell LLP**<br><br>Eli J. Vonnegut<br>David Schiff<br>Timothy Graulich | Counsel for the agent under the Debtors' proposed debtor in possession financing facilities<br><br>Email: eli.vonnegut@davispolk.com<br>Email: david.schiff@davispolk.com<br>Email: timothy.graulich@davispolk.com |
| **Paul, Weiss, Rifkind, Wharton & Garrison LLP**<br><br>Alan W. Kornberg– *On ECF List*<br>Brian S. Hermann<br>Walter R. Rieman<br>Sean A. Mitchell<br>Neal P. Donnelly | Counsel to California Public Utilities Commission<br><br>Email: akornberg@paulweiss.com<br>Email: bhermann@paulweiss.com<br>Email: wrieman@paulweiss.com<br>Email: smitchell@paulweiss.com<br>Email: ndonnelly@paulweiss.com |
| **U.S. Department of Justice**<br>**Federal Energy Regulatory Commission**<br><br>Danielle A. Pham | Interested Party United States on behalf of the Federal Energy Regulatory Commission<br><br>Email: danielle.pham@usdoj.gov |

**ADDITIONAL SERVICE INFORMATION (if needed):**
**Required Service List**
*SERVED VIA EMAIL (con't)*

| | |
|---|---|
| **Office of the United States Trustee**: <br><br>Timothy Lafredi– *On ECF List* <br>James L. Snyder <br>Marta E. Villacorta | U.S. Trustee: <br><br>Email: timothy.s.laffredi@usdoj.gov <br>Email: James.L.Snyder@usdoj.gov <br>Email : Marta.Villacorta@usdoj.gov |
| **U.S. Nuclear Regulatory Commission** <br>Attn: General Counsel <br>Washington, DC 20555-0001 <br><br>Anita Ghosh Naber | U.S. Nuclear Regulatory Commission <br><br><br><br>Email: anita.ghoshnaber@nrc.gov |
| **Milbank, LLP** <br><br>Dennis F. Dunne– *On ECF List* <br>Samuel A. Khalil– *On ECF List* <br>Gregory A. Bray– *On ECF List* <br>Thomas R. Kreller– *On ECF List* | Counsel For The Official Committee Of Unsecured Creditors: <br><br>Email: ddunne@milbank.com <br>Email: skhalil@milbank.com <br>Email: gbray@milbank.com <br>Email: tkreller@milbank.com |
| **Baker and Hostetler LLP** <br><br>Cecily Ann Dumas– *On ECF List* <br>Eric E. Sagerman– *On ECF List* | Counsel For The Official Committee Of Tort Claims: <br><br>Email: cdumas@bakerlaw.com <br>Email: esagerman@bakerlaw.com |
| **Jones Day** <br><br>Bruce S. Bennett <br>Joshua M. Mester– *On ECF List* <br>James O. Johnston– *On ECF List* | PG&E Shareholders <br><br>Email: bbennett@jonesday.com Email: jmester@jonesday.com <br>Email: jjohnston@jonesday.com |
| **Akin Gump Strauss Hauer & Feld LLP** <br><br>Ashley Vinson Crawford– *On ECF List* <br>Michael S. Stamer <br>Ira S. Dizengoff <br>David H. Botter | Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company <br><br>Email: avcrawford@akingump.com <br>Email: mstamer@akingump.com <br>Email: idizengoff@akingump.com <br>Email : dbotter@akingump.com |

**ADDITIONAL SERVICE INFORMATION (if needed):**
**Required Service List**
*SERVED VIA EMAIL (con't)*

| | |
|---|---|
| **Braunhagey & Borden LLP**<br><br>J. Noah Hagey– *On ECF List*<br>Jeffrey M. Theodore<br>David H. Kwasniewski<br>Andrew Levine | Co-Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company<br><br>Email: hagey@braunhagey.com<br>Email: theodore@braunhagey.com<br>Email : kwasniewski@braunhagey.com<br>Email : levine@braunhagey.com |
| **US Securities and Exchange Commission**<br><br>Attn: Office of General Counsel<br>100 F St. NE MS 6041B<br>Washington, DC 20549 | US Securities and Exchange Commission<br><br>Email: secbankruptcy@sec.gov |
| **US Securities and Exchange Commission**<br>Attn: Jina Choi, Regional Director<br>San Francisco Regional Office<br>44 Montgomery Street, Suite 2800<br>San Francisco, CA 94104 | Email: sanfrancisco@sec.gov |
| **Office of the California Attorney General**<br><br>Margarita Padilla<br>Danette Valdez | Office of the California Attorney General<br><br>Email: Margarita.Padilla@doj.ca.gov<br>Email: Danette.Valdez@doj.ca.gov |
| **Office of the California Attorney General**<br><br>c/o Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP<br>Attn: Paul Pascuzzi – *On ECF List* | Office of the California Attorney General<br><br>Email: ppascuzzi@ffwplaw.com |
| **Cravath, Swaine & Moore LLP**<br><br>Paul H. Zumbro – *On ECF List*<br>Kevin J. Orsini<br>George E. Zobitz<br>Stephen M. Kessing<br>Nicholas A. Dorsey<br>Omid H. Nasab | Special Counsel to Debtors:<br><br>Email: pzumbro@cravath.com<br>Email: korsini@cravath.com<br>Email: jzobitz@cravath.com<br>Email: skessing@cravath.com<br>Email: ndorsey@cravath.com<br>Email: onasab@cravath.com |

**ADDITIONAL SERVICE INFORMATION (if needed):**
**Required Service List**
*SERVED VIA EMAIL (con't)*

| | |
|---|---|
| **Reed Smith LLP**<br><br>David E. Weiss<br>Peter Munoz – *On ECF List* | Counsel for Certain Fire Victim Creditors<br><br>Email: DWeiss@ReedSmith.com<br>Email: PMunoz@ReedSmith.com |
| **Willkie Farr & Gallagher LLP**<br><br>Matthew A. Feldman– *On ECF List*<br>Joseph G. Minias– *On ECF List*<br>Daniel I. Forman– *On ECF List*<br>Benjamin P. McCallen– *On ECF List* | Counsel for Ad Hoc Group of Subrogation Claim Holders<br><br>Email: mfeldman@willkie.com<br>Email: jminias@willkie.com<br>Email: dforman@willkie.com<br>Email: bmccallen@willkie.com |
| **Diemer & Wei, LLP**<br><br>Kathryn S. Diemer– *On ECF List* | Counsel for Ad Hoc Group of Subrogation Claim Holders<br><br>Email: kdiemer@diemerwei.com |

**ADDITIONAL SERVICE INFORMATION (if needed):**
**Required Service List**
*SERVED VIA U.S. MAIL*

| | |
|---|---|
| **PG&E Corporation**<br>Attn: Janet Loduca, Esq.<br>77 Beale Street<br>P.O. Box 770000<br>San Francisco, CA 94177 | **Debtor** |
| **Pacific Gas and Electric Company**<br>Attn: Janet Loduca, Esq.<br>77 Beale Street<br>PO Box 770000<br>San Francisco, CA 94177 | **Debtor** |
| **Office of the United States Attorney for the Northern District of California**<br>Attn: Bankruptcy Unit<br>Federal Courthouse<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | Office of the United States Attorney for the Northern District of California |
| **US Securities and Exchange Commission**<br><br>Attn: Office of General Counsel<br>100 F St. NE MS 6041B<br>Washington, DC 20549 | **US Securities and Exchange Commission**<br><br>Email: secbankruptcy@sec.gov |
| **US Securities and Exchange Commission**<br>Attn: Jina Choi, Regional Director<br>San Francisco Regional Office<br>44 Montgomery Street, Suite 2800<br>San Francisco, CA 94104 | Email: sanfrancisco@sec.gov |
| **Internal Revenue Service**<br>Centralized Insolvency Operation<br>2970 Market St<br>Philadelphia, PA 19104-5016 | Internal Revenue Service |

**ADDITIONAL SERVICE INFORMATION (if needed):**
**Required Service List**
*SERVED VIA U.S. MAIL (con't)*

| | |
|---|---|
| Harrison M. Thorne<br>Eric McDonough VedderPrice<br>1925 Century Park East, Suite 1900<br>Los Angeles, CA 90067 | Counsel for A Plus Tree Inc.<br><br>Email: hthorne@vedderprice.com<br>Email: emcdonough@vedderprice.com |
| Douglas Fuchs<br>Matthew Bouslog<br>Oscar Garza<br>Gibson, Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071 | Counsel for Accenture LLP<br><br>Email: DFuchs@gibsondunn.com<br>Email: MBouslog@gibsondunn.com<br>Email: OGarza@gibsondunn.com |
| Brendan P. Bradley<br>Gordon Rees Scully Mansukhani<br>275 Battery Street, Suite 2000<br>San Francisco, CA 94111 | Counsel for ACRT Pacific, LLC<br><br>Email: bbradley@grsm.com |
| Brendan P. Bradley<br>Gordon Rees Scully Mansukhani<br>275 Battery Street, Suite 2000<br>San Francisco, CA 94111 | Counsel for ACRT, Inc<br><br>Email: bbradley@grsm.com |
| Randy W. Gimple, Esq.<br>Asheesh Mohindru<br>Carlson, Calladine & Peterson LLP<br>353 Sacramento Street, 16th Floor<br>San Francisco, California 94111 | Counsel for Arbormetrics Solutions, LLC<br><br>Email: rgimple@ccplaw.com<br>Email : amohindru@ccplaw.com |
| Ron Oliner<br>Duane Morris LLP<br>Spear Tower<br>One Market Plaza, Suite 2200<br>San Francisco, CA 94105 | Counsel for Arbormetrics Solutions, LLC<br><br>Email: ROliner@duanemorris.com |
| Daniel C. Curth<br>Goldstein & McClintock LLLP<br>111 W. Washington Street Suite 1221<br>Chicago, IL 60602 | Counsel for Arcadis US |

**ADDITIONAL SERVICE INFORMATION (if needed):**
**Required Service List**
*SERVED VIA U.S. MAIL (con't)*

| | |
|---|---|
| Jonathan A. Shapiro<br>Evan Smith<br>Daniel Martin<br>Natalie Young<br>Baker Botts L.L.P.<br>101 California Street, Ste 3600<br>San Francisco, CA 94111 | Counsel for Black & Veatch Construction, Inc.<br><br>Email: jonathan.shapiro@bakerbotts.com<br>Email: evan.smith@bakerbotts.com<br>Email: daniel.martin@bakerbotts.com<br>Email: natalie.young@bakerbotts.com |
| John H. Conrad<br>Michelle Rosenberg<br>Marion Hack<br>Pepper Hamilton, LLP<br>350 South Grand Avenue<br>Two California Plaza, Suite 3400<br>Los Angeles, California 90071 | Counsel for Burns & McDonnell Engineering Co., Inc.<br><br>Email: conradj@pepperlaw.com<br>Email: hackm@pepperlaw.com<br>Email: rosenbem@pepperlaw.com |
| Jared Kim<br>California Forestry and Vegetation Management, Inc.<br>143 W Main St., Suite 8<br>Merced, CA 95340 | Counsel for CA Forestry & Veg. Management, Inc.<br><br>Email: jkim@cfvminc.com |
| Nick Zinkin<br>Janis Barbosa<br>Kathryn Gold<br>5 River Park Pl. W., Ste. 204<br>Fresno, CA 93720 | Counsel for CA Forestry & Veg. Management, Inc.<br><br>Email: NZinkin@nz-law.com<br>Email : Janis@nz-law.com<br>Email : Kathryn@nz-law.com |
| Matthew Ball<br>Michael Lubic<br>Jonathan Cohen<br>K&L Gates<br>4 Embarcadero Center, Suite 1200<br>San Francisco, California 94111-5994 | Counsel for CN Utility Consulting, Inc.<br><br>Email: matthew.ball@klgates.com<br>Email: michael.lubic@klgates.com<br>Email : Jonathan.Cohen@klgates.com |

**ADDITIONAL SERVICE INFORMATION (if needed):**
**Required Service List**
*SERVED VIA U.S. MAIL (con't)*

| | |
|---|---|
| Michael S. Cargnel<br>Eva Weiler<br>Mark Moedritzer<br>Shook, Hardy & Bacon L.L.P.<br>2555 Grand Blvd.,<br>Kansas City, MO 64108-2613 | Counsel for Crux Subsurface, Inc.<br><br>Email: mcargnel@shb.com<br>Email: eweiler@shb.com<br>Email: mmoedritzer@shb.com |
| Aldo E. Ibarra<br>Penney Azizi<br>Robert Blum<br>Nixon Peabody LLP<br>One Embarcadero Center, 32nd Floor<br>San Francisco, CA 94111 | Counsel for Davey Resource Group<br><br>Email: aibarra@nixonpeabody.com<br>Email: pazizi@nixonpeabody.com<br>Email: rblum@nixonpeabody.com |
| Aldo E. Ibarra<br>Penney Azizi<br>Robert Blum<br>Nixon Peabody LLP<br>One Embarcadero Center, 32nd Floor<br>San Francisco, CA 94111 | Counsel for Davey Tree Expert Company\<br><br>Email: aibarra@nixonpeabody.com<br>Email: pazizi@nixonpeabody.com<br>Email: rblum@nixonpeabody.com |
| Aldo E. Ibarra<br>Penney Azizi<br>Robert Blum<br>Nixon Peabody LLP<br>One Embarcadero Center, 32nd Floor<br>San Francisco, CA 94111 | Counsel for Davey Tree Expert Company\<br><br>Email: aibarra@nixonpeabody.com<br>Email: pazizi@nixonpeabody.com<br>Email: rblum@nixonpeabody.com |
| James Ficenec<br>Lee Havilyn<br>Newmeyer Dillion<br>1333 N. California Blvd., Suite 600<br>Walnut Creek, CA 94596 | Counsel for Exponent, Inc.<br><br>Email: James.Ficenec@ndlf.com<br>Email: Havilyn.Lee@ndlf.com |
| Douglas Provencher<br>Provencher & Flatt LLP<br>823 Sonoma Avenue<br>Santa Rosa, CA 95404 | Counsel for  Family Tree Service, Inc.<br><br>Email: dbp@provlaw.com |
| Michael J. LeVangie<br>LEVANGIE LAW GROUP<br>2021 N Street<br>Sacramento, CA 95811 | Counsel for High Country Forestry<br><br>Email: Michael.levangie@llg-law.com |

**ADDITIONAL SERVICE INFORMATION (if needed):**
**Required Service List**
*SERVED VIA U.S. MAIL (con't)*

| | |
|---|---|
| Lynde Selden III<br>KEEGIN HARRISON LLP<br>1000 Fourth Street, Suite 600<br>San Rafael, CA 94901 | Counsel for Mario's Tree Service<br><br>Email: lselden@keeginharrison.com |
| Kennison Lay<br>Sam Newman<br>Douglas A. Axel<br>Celia H. Spalding<br>SIDLEY AUSTIN LLP<br>555 West Fifth Street<br>Los Angeles, California 90013 | Counsel for McKinsey & Company Inc<br><br>Email: klay@sidley.com<br>Email: sam.newman@sidley.com<br>Email: daxel@sidley.com<br>Email: cspalding@sidley.com |
| Craig Wallace<br>SMITH CURRIE<br>275 Battery Street, Suite 1300<br>San Francisco, CA 94111 | Counsel for MLU Services, Inc.<br><br>Email: cwwallace@smithcurrie.com |
| Jamie Dreher<br>Bradley Carroll<br>Downey Brand<br>621 Capitol Mall | 18th Floor<br>Sacramento, CA 95814 | Counsel for Mountain F. Enterprises, Inc.<br><br>Email: jdreher@DowneyBrand.com<br>Email: bcarroll@DowneyBrand.com |
| Timothy A. Charshaf, Esq.<br>Zemog Management Company, LLC<br>1180 Iron Point Road, Suite 350<br>Folsom, California 95630 | Counsel for Mountain F. Enterprises, Inc. |
| Douglas Stevens<br>Rosalind Chandler<br>Marsh & McLennan Companies, Inc.<br>1166 Avenue of the Americas<br>New York, NY 10036 | Counsel for Oliver Wyman, Inc.<br><br>Email: Douglas.Stevens@mmc.com<br>Email : Rosalind.Chandler@mmc.com |
| Harris B. Winsberg<br>Matthew Roberts<br>Troutman Sanders<br>600 Peachtree Street NE, Suite 3000<br>Atlanta, GA 30308 | Counsel for Osmose Utilities Services, Inc.<br><br>Email: harris.winsberg@troutman.com<br>Email : Matthew.Roberts2@troutman.com |

63775063 v1-WorkSiteUS-035945/0001                23

**ADDITIONAL SERVICE INFORMATION (if needed):**
**Required Service List**
*SERVED VIA U.S. MAIL (con't)*

| | |
|---|---|
| Michael S. Cargnel<br>Eva Weiler<br>Mark Moedritzer<br>Shook, Hardy & Bacon L.L.P.<br>2555 Grand Blvd.,<br>Kansas City, MO 64108-2613 | Counsel for PAR Electrical Contractors, Inc.<br><br>Email: mcargnel@shb.com<br>Email: eweiler@shb.com<br>Email: mmoedritzer@shb.com |
| William Bogdan<br>Michael McConathy<br>Hinshaw & Culbertson LLP<br>One California Street, 18th Floor<br>San Francisco, CA 94111 | Counsel for A Plus Tree Inc.<br><br>Email: wbogdan@hinshawlaw.com<br>Email : MMcConathy@hinshawlaw.com |
| Brian C. Walsh<br>Doug Alvarez<br>BRYAN CAVE LEIGHTON PAISNER LLP<br>One Metropolitan Square<br>211 North Broadway, Suite 3600<br>St. Louis, MO  63102 | Counsel for PricewaterhouseCoopers`<br><br>Email : brian.walsh@bclplaw.com<br>Email: doug.alvarez@bclplaw.com |
| Michael S. Cargnel<br>Eva Weiler<br>Mark Moedritzer<br>Shook, Hardy & Bacon L.L.P.<br>2555 Grand Blvd.,<br>Kansas City, MO 64108-2613 | Counsel for Quanta Energy Services LLC<br><br>Email: mcargnel@shb.com<br>Email :eweiler@shb.com<br>Email: mmoedritzer@shb.com |
| Michael S. Cargnel<br>Eva Weiler<br>Mark Moedritzer<br>Shook, Hardy & Bacon L.L.P.<br>2555 Grand Blvd.,<br>Kansas City, MO 64108-2613 | Counsel for Quanta Technology.<br><br>Email: mcargnel@shb.com<br>Email :eweiler@shb.com<br>Email: mmoedritzer@shb.com |
| Ingrid Hackett<br>General Counsel<br>10033 MLK St. N., Suite 200<br>St. Petersburg, FL 33716 | Counsel for Quantum Spatial, Inc.<br><br>Email: ihackett@quantumspatial.com |

24

Case: 19-30088    Doc# 8513    Filed: 07/24/20    Entered: 07/24/20 11:53:19    Page 12 of 14

63775063 v1-WorkSiteUS-035945/0001

**ADDITIONAL SERVICE INFORMATION (if needed):**
**Required Service List**
*SERVED VIA U.S. MAIL (con't)*

| | |
|---|---|
| Jaime B. Herren<br>Holland & Knight LLP<br>50 California Street, Suite 2800<br>San Francisco, California 94111 | Counsel for Reax Engineering, Inc.<br><br>Email: jaime.herren@hklaw.com |
| Michael I. Kim<br>CKB VIENNA LLP<br>10390 Commerce Center Drive, Suite 110<br>Rancho Cucamonga, CA 91730 | Counsel for The Original Mowbrays Tree Service, Inc.<br><br>Email: mkim@ckbvienna.com |
| Andrew Johnson<br>TRC Solutions<br>10 Maxwell Drive, Suite 200<br>Clifton Park, NY 12065 | Counsel for TRC Solutions, Inc.<br><br>Email: amjohnson@trccompanies.com |
| Randy W. Gimple, Esq.<br>Asheesh Mohindru<br>Carlson, Calladine & Peterson LLP<br>353 Sacramento Street, 16th Floor<br>San Francisco, California 94111 | Counsel for Trees, LLC<br><br>Email: rgimple@ccplaw.com<br>Email : amohindru@ccplaw.com |
| Ron Oliner<br>Duane Morris LLP<br>Spear Tower<br>One Market Plaza, Suite 2200<br>San Francisco, CA 94105 | Counsel for Trees, LLC<br><br>Email: ROliner@duanemorris.com |
| Randy W. Gimple, Esq.<br>Asheesh Mohindru<br>Carlson, Calladine & Peterson LLP<br>353 Sacramento Street, 16th Floor<br>San Francisco, California 94111 | Counsel for Utility Tree Service, LLC<br><br>Email: rgimple@ccplaw.com<br>Email : amohindru@ccplaw.com |
| Ron Oliner<br>Duane Morris LLP<br>Spear Tower<br>One Market Plaza, Suite 2200<br>San Francisco, CA 94105 | Counsel for Utility Tree Service, LLC<br><br>Email: ROliner@duanemorris.com |

**ADDITIONAL SERVICE INFORMATION (if needed):**
**Required Service List**
*SERVED VIA U.S. MAIL (con't)*

| | |
|---|---|
| Randy W. Gimple, Esq.<br>Asheesh Mohindru<br>Carlson, Calladine & Peterson LLP<br>353 Sacramento Street, 16th Floor<br>San Francisco, California 94111 | Counsel for Western Environmental Consultants<br><br>Email: rgimple@ccplaw.com<br>Email : amohindru@ccplaw.com |
| Ron Oliner<br>Duane Morris LLP<br>Spear Tower<br>One Market Plaza, Suite 2200<br>San Francisco, CA 94105 | Counsel for Western Environmental Consultants<br><br>Email: ROliner@duanemorris.com |
| Matthew Ball<br>Michael Lubic<br>Jonathan Cohen<br>K&L GATES<br>4 Embarcadero Center, Suite 1200<br>San Francisco, CA 94111-5994 | Counsel for Wright Tree Service, Inc.<br><br>Email: matthew.ball@klgates.com<br>Email: michael.lubic@klgates.com<br>Email: Jonathan.Cohen@klgates.com |
| Matthew Ball<br>Michael Lubic<br>Jonathan Cohen<br>K&L GATES<br>4 Embarcadero Center, Suite 1200<br>San Francisco, CA 94111-5994 | Counsel for Wright Tree Service of the West, Inc.<br><br>Email: matthew.ball@klgates.com<br>Email: michael.lubic@klgates.com<br>Email: Jonathan.Cohen@klgates.com |
| Marc Levinson<br>ORRICK<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105 | Counsel for KPMG LLP<br><br>Email: malevinson@orrick.com |
| | |