GROOM LAW GROUP, CHARTERED
David N. Levine, *pro hac vice*
dnl@groom.com
Katherine B. Kohn, *pro hac vice*
kkohn@groom.com
1701 Pennsylvania Ave. NW
Washington, D.C. 20006
Tel:    (202) 857-0620
Fax:    (202) 659-4503

*Special Counsel for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors.** | SEVENTH CONSOLIDATED MONTHLY FEE STATEMENT OF GROOM LAW GROUP, CHARTERED FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF APRIL 1, 2020 THROUGH MAY 31, 2020 |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas and Electric Company | |
| x  Affects both Debtors | |
| *All papers shall be filed in the Lead Case No. 19-30088 (DM).* | **Objection Deadline**: August 14, 2020 at 4:00 p.m. (Pacific Time) |

1

To: The Notice Parties

Name of Applicant                           Groom Law Group, Chartered

Authorized to Provide Professional Services to:   Debtors

Date of Retention:                          June 10, 2019 *nunc pro tunc* to January 29, 2019

Period for which compensation               April 1, 2020 through May 31, 2020
reimbursement is sought:

Amount of compensation sought as actual,    $180,007.36 (80% of $225,009.20)
reasonable, and necessary

Amount of expense reimbursement sought      $0
as actual, reasonable, and necessary

The Groom Law Group, Chartered ("Groom" or "Applicant"), special employee benefits counsel to PG&E Corporation and Pacific Gas and Electric Company ("Debtors"), hereby submits its Seventh Monthly Consolidated Fee Statement ("Seventh Monthly Statement")[1] for allowance and payment of compensation for professional services rendered and for

---

[1] Groom filed its First Consolidated Monthly Fee Statement covering the period from January 29, 2019, to July 31, 2019, on September 27, 2019 [Dkt. No. 4031]. Groom filed a Certificate of No Objection with respect to the Consolidated Monthly Fee Statement on October 21, 2019 [Dkt. No. 4350]. Groom filed its First Monthly Fee Statement covering August 2019 on December 2, 2019 [Dkt. No. 4936]. Groom filed a Certificate of No Objection with respect to the First Monthly Fee Statement on December 23, 2019 [Dkt. No. 5195]. Groom filed its Second Consolidated Monthly Fee Statement covering September and October 2019 on December 8, 2019 [Dkt. No. 5022]. Groom filed a Certificate of No Objection with respect to the Second Consolidated Monthly Fee Statement on December 30, 2019 [Dkt. No. 5225]. Groom had previously numbered its Fee Statements for individual months and its Consolidated Fee Statements separately, but at the recommendation of the Fee Examiner now numbers all of its Fee Statements consecutively, regardless of whether the Fee Statement is for an individual month or is consolidated. Groom filed its Fourth Consolidated Fee Statement on February 2, 2020 [Dkt. No. 5843]. Groom filed a Certificate of No Objection with respect to its Fourth Consolidated Fee Statement on March 12, 2020 [Dkt. No. 6269]. Groom filed its First Interim Fee Application on March 13, 2020 [Dkt. No. 6283]. Groom filed its Fifth Consolidated Fee Statement on May 1, 2020 [Dkt. No. 7047]. Groom filed a Certificate of No Objection with respect to its Fifth Consolidated Fee Statement on May 21, 2020 [Dkt. No. 7456]. Groom filed its Sixth Consolidated Fee Statement on June 24, 2020 [Dkt. No. 8097]. Groom filed a Certificate of No Objection with respect to its Sixth Consolidated Fee Statement on July 14, 2020 [Dkt. No. 8394].

2

reimbursement of actual and necessary expenses incurred for the period commencing April 1, 2020, through May 31, 2020 (the "Fee Period") pursuant to *the Order Pursuant to 11 U.S.C. §§ 331 and 105(a) and Fed. R. Bank. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals dated February 27, 2019* [Dkt. 701] (the "Interim Compensation Procedures Order") and the *Order Appointing Fee Examiner And Establishing Procedures For Consideration Of Requested Fee Compensation And Reimbursement Of Expenses* [Dkt. 2267].

By this Monthly Statement, Groom requests allowance and payment of $180,007.36 (80% of $225,009.20) as compensation for professional services rendered to the Debtors during the Fee Period.

Groom provided legal services to Debtors related to seven different matters during the Fee Period. Attached hereto are the following Exhibits:

1. Matter A: Counseling re: Defined Benefit Plan

   a. Exhibit A-1 is the name of each professional who performed services for one or both of the Debtors in connection with these Chapter 11 cases during the Fee Period and the hourly rate and total fees for each professional.

   b. Exhibit A-2 is a summary of hours during the Fee Period by task.

   c. Exhibit A-3 is the detailed time entries for the Fee Period.

2. Matter B: Counseling re: Defined Contribution Plan

   a. Exhibit B-1 is the name of each professional who performed services for one or both of the Debtors in connection with these Chapter 11 cases during the Fee Period and the hourly rate and total fees for each professional.

3

b. Exhibit B-2 is a summary of hours during the Fee Period by task.

c. Exhibit B-3 is the detailed time entries for the Fee Period.

3. Matter C: Counseling re: Health and Welfare Plan

    a. Exhibit C-1 is the name of each professional who performed services for one or both of the Debtors in connection with these Chapter 11 cases during the Fee Period and the hourly rate and total fees for each professional.

    b. Exhibit C-2 is a summary of hours during the Fee Period by task.

    c. Exhibit C-3 is the detailed time entries for the Fee Period.

4. Matter D: Counseling re: Bankruptcy Matter

    a. Exhibit D-1 is the name of each professional who performed services for the Debtors in connection with these Chapter 11 cases during the Fee Period and the hourly rate and total fees for each professional.

    b. Exhibit D-2 is a summary of hours during the Fee Period by task.

    c. Exhibit D-3 is the detailed time entries for the Fee Period.

5. Matter E: Counseling re: Voluntary Disability Plan

    a. Exhibit E-1 is the name of each professional who performed services for the Debtors in connection with these Chapter 11 cases during the Fee Period and the hourly rate and total fees for each professional.

    b. Exhibit E-2 is a summary of hours during the Fee Period by task.

    c. Exhibit E-3 is the detailed time entries for the Fee Period.

4

6. <u>Matter F: Counseling re: Issues related to Executive Compensation</u>

    a. Exhibit F-1 is the name of each professional who performed services for the Debtors in connection with these Chapter 11 cases during the Fee Period and the hourly rate and total fees for each professional.

    b. Exhibit F-2 is a summary of hours during the Fee Period by task.

    c. Exhibit F-3 is the detailed time entries for the Fee Period.

7. <u>Matter G: Counseling re: Issues related to VEBA</u>

    a. Exhibit G-1 is the name of each professional who performed services for the Debtors in connection with these Chapter 11 cases during the Fee Period and the hourly rate and total fees for each professional.

    b. Exhibit G-2 is a summary of hours during the Fee Period by task.

    c. Exhibit G-3 is the detailed time entries for the Fee Period.

In accordance with the Interim Compensation Procedures Order, responses or objections to this Monthly Statement, if any, must be filed and served on or before the 21st day (or the next business day if such day is not a business day) following the date the Monthly Statement is served with this Court (the "Objection Deadline").

Upon expiration of the Objection Deadline, the Applicant shall file a certificate of no objection with the Court, after which the Debtors are authorized and directed to pay the Applicant an amount equal to 80% of the fees and 100% of the expenses requested in this Monthly Statement. If an objection is properly filed, the Debtors shall be authorized and directed to pay the Applicant 80% of the requested fees and 100% of the requested expenses that are not subject to an objection.

Dated: July 24, 2020                      GROOM LAW GROUP, CHARTERED

                                          By: /s/ Katherine B. Kohn
                                          *Special Counsel for Debtors and*
                                          *Debtors in Possession*

6

**Notice Parties**

PG&E Corporation
c/o Pacific Gas & Electric Company
77 Beale Street
San Francisco, CA 94105
Attn:   Janet Loduca, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Stephen Karotkin, Esq.
Rachael Foust, Esq.

Keller & Benvenutti LLP
650 California Street, Suite 1900
San Francisco, CA 94108
Attn:   Tobias S. Keller, Esq.,
        Jane Kim, Esq.

The Office of the United States Trustee for Region 17
450 Golden Gate Avenue, 5th Floor, Suite #05-0153
San Francisco, CA 94102
Attn:   James L. Snyder, Esq.,
        Timothy Laffredi, Esq.

Milbank LLP
55 Hudson Yards
New York, NY 10001-2163
Attn:   Dennis F. Dunne, Esq.,
        Sam A. Khalil, Esq.

Milbank LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Attn:   Paul S. Aronzon, Esq.,
        Gregory A. Bray, Esq.,
        Thomas R. Kreller, Esq.

Baker & Hostetler LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Attn:   Eric Sagerman, Esq.,
 Cecily Dumas, Esq.

1

Bruce Markell
Fee Examiner
Northwestern University Pritzker School of Law
375 East Chicago Avenue
Chicago, IL 60611-3069

2

**EXHIBIT A-1**

**COMPENSATION BY PROFESSIONAL**
**APRIL 1, 2020, THROUGH MAY 31, 2020**

The attorneys and paraprofessionals who rendered professional services to one or more of the Debtors relating to the Defined Benefit Plan during the Fee Period are:

| Names of Partners and Counsel | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| James Cole II | 1996 | $751.00 | 0.30 | $225.30 |
| David Levine | 1998 | $860.00 | 3.70 | $3,182.00 |
| Lou Mazawey | 1975 | $1,055.00 | 0.30 | $316.50 |
| Rosie Zaklad | 2006 | $732.00 | 0.50 | $366.00 |
| *Total Partners and Counsel* | | | *4.80* | *$4,089.80* |

| Names of Associates | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| David Ashner | 2014 | $556.00 | 1.40 | $778.40 |
| Michael Cook | 2017 | $413.00 | 0.60 | $247.80 |
| *Total Associates* | | | *2.00* | *$1,026.20* |

| Professionals | Blended Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|
| Partners and Counsel | $852.04 | *4.80* | *$4,089.80* |
| Associates | $513.10 | *2.00* | *$1,026.20* |
| Blended Attorney Rate | $752.35 | | |
| *Total Fees Incurred* | | *6.80* | *$5,116.00* |

1

## <u>EXHIBIT A-2</u>

**COMPENSATION BY WORK TASK CODE FOR SERVICES
RENDERED ON MATTER DURING FEE PERIOD**

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| C200 | Researching Law | *6.80* | *$5,116.00* |

1

**EXHIBIT A-3**

**ITEMIZED SERVICES**

| Date | Timekeeper | Hours | Task | Narrative | Amount |
|------|-----------|-------|------|-----------|--------|
| 5/6/2020 | ASHNER | 0.30 | C200 | Review/analyze Principal comments re: service continuity agreement. | $166.80 |
| 5/11/2020 | ASHNER | 0.20 | C200 | Review/analyze issues re: Principal service continuity agreement. | $111.20 |
| 5/13/2020 | ASHNER | 0.20 | C200 | Follow-up re: WF service continuity agreement. | $111.20 |
| 5/20/2020 | ASHNER | 0.20 | C200 | Emails re: liability language in service continuity agreement following call with client and Principal. | $111.20 |
| 5/20/2020 | ASHNER | 0.50 | C200 | Call with client and Principal to discuss Service Continuity Agreement and related issues. | $278.00 |
| 5/1/2020 | COLE II | 0.30 | C200 | Review and analyze insurance issues. | $225.30 |
| 5/12/2020 | COOK | 0.60 | C200 | Internal call regarding contractor status of officer and follow-up review of client summary email after call. | $247.80 |
| 5/6/2020 | LEVINE | 0.30 | C200 | Review continuation of benefits question. | $258.00 |
| 5/7/2020 | LEVINE | 0.30 | C200 | Review and follow-up on payroll questions. | $258.00 |
| 5/8/2020 | LEVINE | 0.20 | C200 | Tax reporting follow-up. | $172.00 |
| 5/8/2020 | LEVINE | 0.40 | C200 | Follow-up on officer question. | $344.00 |
| 5/9/2020 | LEVINE | 0.20 | C200 | Post-death reporting follow-up. | $172.00 |
| 5/11/2020 | LEVINE | 0.20 | C200 | Follow-up on transition issues from bankruptcy. | $172.00 |
| 5/12/2020 | LEVINE | 1.30 | C200 | Review eligibility question with F. Chang, R. Reilly and follow-up from call. | $1,118.00 |
| 5/13/2020 | LEVINE | 0.40 | C200 | Employment eligibility question follow-up. | $344.00 |
| 5/20/2020 | LEVINE | 0.40 | C200 | Review for and follow-up re: Principal transition. | $344.00 |

2

| 5/8/2020 | MAZAWEY | 0.30 | C200 | Review JRZ and DNL emails re: contract CEO issues. | $316.50 |
| 5/12/2020 | ZAKLAD | 0.50 | C200 | Analyze classification of officer for purposes of ERISA plan. | $366.00 |
| **GRAND TOTAL** | | | | | **$5,116.00** |

3

**EXHIBIT B-1**

**COMPENSATION BY PROFESSIONAL**
**APRIL 1, 2020, THROUGH MAY 31, 2020**

The attorneys and paraprofessionals who rendered professional services to one or both of the Debtors relating to the Debtors' Defined Contribution Plan ("RSP") during the Fee Period are:

| Name of Partners and Counsel | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| | | | | |
| Allison Itami | 2009 | $713.00 | 7.50 | $5,347.50 |
| Michael Del Conte | 2008 | $713.00 | 0.20 | $142.60 |
| David Levine | 1998 | $860.00 | 5.50 | $4,730.00 |
| Alexander Ryan | 2001 | $732.00 | 2.20 | $1,610.40 |

| Names of Associates | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| David Ashner | 2014 | $556.00 | 2.50 | $1,390.00 |
| Stacey Bradford | 1996 | $637.00 | 10.70 | $6,815.90 |
| Michael Cook | 2017 | $413.00 | 2.20 | $908.60 |
| Arsalan Malik | 2015 | $504.00 | 9.30 | $4,687.20 |

| Professionals | Blended Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|
| Partners and Counsel | $768.21 | 15.40 | $11,830.50 |
| Associates | $558.77 | 24.70 | $13,801.70 |
| Blended Attorney Rate | $639.20 | | |
| *Total Fees Incurred* | | *40.10* | *$25,632.20* |

4

**<u>EXHIBIT B-2</u>**


**COMPENSATION BY WORK TASK CODE FOR SERVICES
RENDERED ON MATTER DURING THE FEE PERIOD**

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| C200 | Researching Law | *40.10* | *$25,632.20* |

## EXHIBIT B-3

### ITEMIZED SERVICES

| Date | Timekeeper | Hours | Task | Narrative | Amount |
|---|---|---|---|---|---|
| 4/1/2020 | ASHNER | 0.20 | C200 | Review/analyze Fidelity/CARES Act issues and authority question. | $111.20 |
| 4/7/2020 | ASHNER | 0.20 | C200 | Review/analyze Fidelity CARES Act reporting. | $111.20 |
| 4/13/2020 | ASHNER | 0.30 | C200 | Analyze issues re: DC trust issues. | $166.80 |
| 4/13/2020 | ASHNER | 0.60 | C200 | Review/analyze issues re: POR voting. | $333.60 |
| 4/21/2020 | ASHNER | 0.20 | C200 | Review/analyze Fidelity agreement and amendments. | $111.20 |
| 4/1/2020 | BRADFORD | 0.80 | C200 | Review summary of CARES Act provisions for EBC. | $509.60 |
| 4/1/2020 | BRADFORD | 0.50 | C200 | Review emails regarding implementation of CARES Act provisions. | $318.50 |
| 4/7/2020 | BRADFORD | 0.20 | C200 | Review Covered Compensation definition for 10% field premium. | $127.40 |
| 4/10/2020 | BRADFORD | 0.70 | C200 | Review Fidelity materials regarding revised procedures during pandemic. | $445.90 |
| 4/13/2020 | BRADFORD | 1.20 | C200 | Review emails regarding digital notary services. | $764.40 |
| 4/13/2020 | BRADFORD | 1.20 | C200 | Review and analyze additional information regarding Fidelity process for distributing COVID-19 distributions and notary issues. | $764.40 |
| 4/14/2020 | BRADFORD | 4.10 | C200 | Draft working copies. | $2,611.70 |
| 4/14/2020 | BRADFORD | 0.30 | C200 | Review Fidelity information regarding opting into CARES Act loans. | $191.10 |
| 4/15/2020 | BRADFORD | 0.30 | C200 | Review Fidelity proposal for CARES Act withdrawals and loans procedures. | $191.10 |

6

| | | | | | |
|---|---|---|---|---|---|
| 4/15/2020 | BRADFORD | 0.10 | C200 | Email client regarding Fidelity's procedures for CARES Act withdrawals and loans. | $63.70 |
| 4/16/2020 | BRADFORD | 0.80 | C200 | Review Fidelity CARES Act loan procedures and questions from client. | $509.60 |
| 4/24/2020 | BRADFORD | 0.10 | C200 | Review information from Fidelity regarding loan repayment suspensions for CARES Act loans. | $63.70 |
| 4/30/2020 | BRADFORD | 0.10 | C200 | Review additional information regarding transfers between RSPs. | $63.70 |
| 4/24/2020 | COOK | 0.80 | C200 | Prep for and call with client regarding Fidelity loan considerations under CARES Act. | $330.40 |
| 4/15/2020 | DEL CONTE | 0.20 | C200 | Discuss QIB/QP representations with APR. | $142.60 |
| 4/3/2020 | ITAMI | 2.40 | C200 | Review options for COVID related distribution documentation and process. | $1,711.20 |
| 4/10/2020 | ITAMI | 2.00 | C200 | Review retirement plan administration for CARES Act provisions. | $1,426.00 |
| 4/16/2020 | ITAMI | 2.00 | C200 | Advise regarding the CARES Act provisions for participant directed plans. | $1,426.00 |
| 4/17/2020 | ITAMI | 0.80 | C200 | Review CARES Act plan provisions for loans and distributions. | $570.40 |
| 4/1/2020 | LEVINE | 0.70 | C200 | CARES Act implementation follow-up. | $602.00 |
| 4/6/2020 | LEVINE | 0.20 | C200 | Review and follow-up re: notarization question. | $172.00 |
| 4/7/2020 | LEVINE | 0.30 | C200 | Review and follow-up on notarization question. | $258.00 |
| 4/12/2020 | LEVINE | 0.30 | C200 | Review Fidelity CARES implementation responses. | $258.00 |
| 4/13/2020 | LEVINE | 0.20 | C200 | CARES Act implementation follow-up. | $172.00 |
| 4/15/2020 | LEVINE | 0.20 | C200 | Review Fidelity CARES Act implementation items. | $172.00 |

7

| | | | | | |
|---|---|---|---|---|---|
| 4/17/2020 | LEVINE | 0.20 | C200 | CARES Act implementation questions follow-up. | $172.00 |
| 4/24/2020 | LEVINE | 0.50 | C200 | Follow-up on CARES loan items. | $430.00 |
| 4/28/2020 | LEVINE | 0.30 | C200 | Follow-up on CARES loan suspension. | $258.00 |
| 4/30/2020 | LEVINE | 0.40 | C200 | Review plan-to-plan transfer materials. | $344.00 |
| 4/10/2020 | MALIK | 1.50 | C200 | Review/analyze Fidelity trust agreement re: trustee authority in litigation involving trust assets. | $756.00 |
| 4/13/2020 | MALIK | 3.50 | C200 | Review/analyze trust agreement provisions re: proof of claim filing and shareholder rights. | $1,764.00 |
| 4/30/2020 | MALIK | 0.80 | C200 | Review/analyze DC plan documents and amendments. | $403.20 |
| 4/14/2020 | RYAN | 0.10 | C200 | Emails with T. Huntley re: State Street's comments on participation agreement. | $73.20 |
| 4/15/2020 | RYAN | 1.00 | C200 | Review State Street's comments on and revisions to participation agreement. | $732.00 |
| 4/15/2020 | RYAN | 0.20 | C200 | Emails with PG&E representatives regarding State Street's comments on participation agreement. | $146.40 |
| 4/15/2020 | RYAN | 0.90 | C200 | Prepare for and participate in call with State Street regarding participation agreement. | $658.80 |
| 5/13/2020 | ASHNER | 1.00 | C200 | Review and revise draft 9th amendment to Fidelity recordkeeping agreement re: IF exercising rights on company stock, and related follow-up. | $556.00 |
| 5/26/2020 | BRADFORD | 0.10 | C200 | Review correspondence from Fidelity regarding claims procedure Summary of Material Modification issued to participants. | $63.70 |

8

| | | | | | |
|---|---|---|---|---|---|
| 5/27/2020 | BRADFORD | 0.20 | C200 | Review and analyze questions regarding treatment of back pay awards for contribution purposes. | $127.40 |
| 5/11/2020 | COOK | 0.40 | C200 | Review and draft summary response regarding plan to plan transfer amendment. | $165.20 |
| 5/14/2020 | COOK | 1.00 | C200 | Review and draft summary response regarding plan to plan transfer amendment. | $413.00 |
| 5/1/2020 | ITAMI | 0.30 | C200 | Review J&J decision write-up regarding stock drop case. | $213.90 |
| 5/1/2020 | LEVINE | 0.30 | C200 | Follow-up on company stock case write-up. | $258.00 |
| 5/4/2020 | LEVINE | 0.20 | C200 | SMM follow-up. | $172.00 |
| 5/5/2020 | LEVINE | 0.20 | C200 | SMM follow-up. | $172.00 |
| 5/6/2020 | LEVINE | 0.20 | C200 | Review final voting materials. | $172.00 |
| 5/18/2020 | LEVINE | 0.50 | C200 | Review and follow-up re: 10-K. | $430.00 |
| 5/19/2020 | LEVINE | 0.50 | C200 | Review post-emergency stock items and Fidelity product question. | $430.00 |
| 5/20/2020 | LEVINE | 0.30 | C200 | Follow-up on post-emergency claims. | $258.00 |
| 5/1/2020 | MALIK | 1.50 | C200 | Review/analyze J&J stock drop decision and draft summary for client. | $756.00 |
| 5/4/2020 | MALIK | 2.00 | C200 | Review/analyze RSP and RSP-U plan documents and prepare complete plan document set. | $1,008.00 |
| **GRAND TOTAL** | | | | | **25,632.20** |

9

**EXHIBIT C-1**

**COMPENSATION BY PROFESSIONAL**
**APRIL 1, 2020, THROUGH MAY 31, 2020**

The attorneys and paraprofessionals who rendered professional services to one or both of the Debtors related to Health and Welfare Plans during the Fee Period are:

| Name of Partners and Counsel | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| David Levine | 1998 | $860.00 | 3.40 | $2,924.00 |
| Katie Amin | 2009 | $713.00 | 0.50 | $356.50 |
| Michael Junk | 2001 | $812.00 | 0.90 | $730.80 |
| Christine Keller | 1996 | $812.00 | 0.60 | $487.20 |
| Mark Nielsen | 1997 | $812.00 | 1.00 | $812.00 |
| Malcolm Slee | 2000 | $751.00 | 0.90 | $675.90 |
| Christy Tinnes | 1998 | $812.00 | 1.40 | $1,136.80 |
| Allison Ullman | 2008 | $755.00 | 5.60 | $4,228.00 |
| Brigen Winters | 1994 | $860.00 | 1.10 | $946.00 |
| Joel Wood | 2009 | $713.00 | 0.60 | $427.80 |

| Names of Associates | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Hoffmann-Richards | 2007 | $504.00 | 10.70 | $5,392.80 |
| Arsalan Malik | 2015 | $504.00 | 2.00 | $1,008.00 |
| Nancy McTyre (Legal Consultant) | 2010 | $675.00 | 6.50 | $4,387.50 |

| Name of Paraprofessionals | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Amy Latalladi-Fulton | -- | $328.00 | 4.80 | $1,574.40 |

10

| Professionals | Blended Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|
| Partners and Counsel | $795.31 | 16.00 | $12,725.00 |
| Associates | $561.89 | 19.20 | $10,788.30 |
| Paraprofessionals | $328.00 | 4.80 | $1,574.40 |
| Blended Attorney Rate | $667.99 | | |
| *Total Fees Incurred* | | **40.00** | **$25,087.70** |

11

## **EXHIBIT C-2**

## **COMPENSATION BY WORK TASK CODE FOR SERVICES RENDERED DURING THE FEE PERIOD**

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| C200 | Researching Law | 40.00 | $25,087.70 |

12

**EXHIBIT C-3**

**ITEMIZED SERVICES**

| Date | Timekeeper | Hours | Task | Narrative | Amount |
|------|-----------|-------|------|-----------|--------|
| 4/2/2020 | AMIN | 0.10 | C200 | Review email re: DOL regulations on paid leave. | $71.30 |
| 4/7/2020 | AMIN | 0.40 | C200 | Analyze question re: COBRA notice. | $285.20 |
| 4/10/2020 | HOFFMANN-RICHARDS | 3.50 | C200 | Research COBRA rules 104(b)(4) and provide list of questions regarding D.T. | $1,764.00 |
| 4/13/2020 | HOFFMANN-RICHARDS | 2.00 | C200 | D.T. COBRA appeal review and research. | $1,008.00 |
| 4/20/2020 | HOFFMANN-RICHARDS | 1.40 | C200 | Research case law for D.T. COBRA issue. | $705.60 |
| 4/23/2020 | HOFFMANN-RICHARDS | 2.50 | C200 | Research and draft attorney response re: D.T.'s COBRA election notice. | $1,260.00 |
| 4/28/2020 | HOFFMANN-RICHARDS | 0.80 | C200 | Draft note re: D.T. Letter. | $403.20 |
| 4/21/2020 | JUNK | 0.40 | C200 | Review correspondence re: COBRA issues and advise re: same. | $324.80 |
| 4/28/2020 | JUNK | 0.50 | C200 | Draft partial response to threatened litigation, with reference to Rule 11 issues. | $406.00 |
| 4/13/2020 | KELLER | 0.30 | C200 | Review issues re: COBRA election notice and request for documents. | $243.60 |
| 4/14/2020 | KELLER | 0.30 | C200 | Analyze issues re: COBRA election notice and ERISA section 503. | $243.60 |
| 4/27/2020 | LATALLADI-FULTON | 4.80 | C200 | Research law re COBRA notices provided to counsel. | $1,574.40 |
| 4/1/2020 | LEVINE | 0.20 | C200 | D.T. follow-up. | $172.00 |
| 4/1/2020 | LEVINE | 0.20 | C200 | D.T. follow-up. | $172.00 |

13

| | | | | | |
|---|---|---|---|---|---|
| 4/3/2020 | LEVINE | 0.20 | C200 | D.T. follow-up. | $172.00 |
| 4/6/2020 | LEVINE | 0.30 | C200 | D.T. COBRA follow-up. | $258.00 |
| 4/8/2020 | LEVINE | 0.20 | C200 | Review and revise re: COBRA inquiry letter. | $172.00 |
| 4/10/2020 | LEVINE | 0.30 | C200 | D.T. COBRA follow-up. | $258.00 |
| 4/13/2020 | LEVINE | 0.20 | C200 | D.T. follow-up. | $172.00 |
| 4/14/2020 | LEVINE | 0.50 | C200 | COBRA claim follow-up. | $430.00 |
| 4/20/2020 | LEVINE | 0.30 | C200 | Follow-up on COBRA matter. | $258.00 |
| 4/21/2020 | LEVINE | 0.20 | C200 | Follow-up on COBRA notice inquiry. | $172.00 |
| 4/23/2020 | LEVINE | 0.20 | C200 | Follow-up on COBRA items. | $172.00 |
| 4/28/2020 | LEVINE | 0.20 | C200 | Follow-up on D.T. response to counsel. | $172.00 |
| 4/29/2020 | LEVINE | 0.20 | C200 | Follow-up re: COBRA inquiry. | $172.00 |
| 4/15/2020 | MALIK | 2.00 | C200 | Review/analyze retirement medical trust agreements re: authority to direct trustee. | $1,008.00 |
| 4/1/2020 | MCTYRE | 0.20 | C200 | Analyze D.T. document request. | $135.00 |
| 4/2/2020 | MCTYRE | 0.30 | C200 | Analyze D.T. document request. | $202.50 |
| 4/4/2020 | MCTYRE | 1.70 | C200 | Analyze issues re: D.T. document request for COBRA notice. | $1,147.50 |
| 4/5/2020 | MCTYRE | 0.80 | C200 | Analyze case law re: D.T. document request for COBRA notice. | $540.00 |
| 4/6/2020 | MCTYRE | 0.10 | C200 | Analyze case law re: D.T. document request for COBRA notice. | $67.50 |
| 4/7/2020 | MCTYRE | 0.30 | C200 | Analyze D.T. document request for COBRA notice. | $202.50 |
| 4/8/2020 | MCTYRE | 0.60 | C200 | Revise draft response to attorney re: D.T. document request. | $405.00 |

14

| | | | | | |
|---|---|---|---|---|---|
| 4/9/2020 | MCTYRE | 0.80 | C200 | Revise draft response to attorney re: D.T. document request. | $540.00 |
| 4/10/2020 | MCTYRE | 0.20 | C200 | Analyze D.T. document request. | $135.00 |
| 4/11/2020 | MCTYRE | 0.20 | C200 | Analyze D.T. document request. | $135.00 |
| 4/11/2020 | MCTYRE | 0.50 | C200 | Draft cover memo for M.R. appeal. | $337.50 |
| 4/13/2020 | MCTYRE | 0.20 | C200 | Analyze D.T. document request for COBRA notice. | $135.00 |
| 4/18/2020 | MCTYRE | 0.10 | C200 | Analyze D.T. document request. | $67.50 |
| 4/20/2020 | MCTYRE | 0.20 | C200 | Analyze D.T. document request. | $135.00 |
| 4/21/2020 | MCTYRE | 0.30 | C200 | Analyze D.T. document request. | $202.5 |
| 4/21/2020 | NIELSEN | 1.00 | C200 | Analyze issues re: threatened COBRA lawsuit and alleged damages/issues with respect to same. | $812.00 |
| 4/7/2020 | SLEE | 0.30 | C200 | Research regarding issues relating to request for COBRA notice and obligation under ERISA to provide. | $225.30 |
| 4/7/2020 | SLEE | 0.60 | C200 | Emails regarding issues relating to request for COBRA notice and obligation under ERISA to provide. | $450.60 |
| 4/13/2020 | TINNES | 0.30 | C200 | Review issues re COBRA notice / 104(b). | $243.60 |
| 4/14/2020 | TINNES | 0.30 | C200 | Review requirement to provide COBRA notice upon request. | $243.60 |
| 4/14/2020 | TINNES | 0.30 | C200 | Review issues re requirement to provide COBRA notice upon request. | $243.60 |
| 4/14/2020 | TINNES | 0.50 | C200 | Review issues re requirement to provide | $406.00 |

15

| | | | | | |
|---|---|---|---|---|---|
| | | | | COBRA notice upon request. | |
| 4/1/2020 | ULLMAN | 0.30 | C200 | Review D.T. matter. | $226.50 |
| 4/2/2020 | ULLMAN | 0.60 | C200 | Review status of outstanding projects. | $453.00 |
| 4/5/2020 | ULLMAN | 0.10 | C200 | Review D.T. matter. | $75.50 |
| 4/6/2020 | ULLMAN | 0.20 | C200 | Review/analysis re: D.T. matter. | $151.00 |
| 4/7/2020 | ULLMAN | 0.30 | C200 | Review/analysis re: D.T. matter. | $226.50 |
| 4/8/2020 | ULLMAN | 0.10 | C200 | Follow-up work re: D.T. | $75.50 |
| 4/10/2020 | ULLMAN | 0.3 | C200 | Review/analysis re: C.O. document request. | $226.50 |
| 4/10/2020 | ULLMAN | 0.40 | C200 | Review/analysis re: D.T. matter. | $302.00 |
| 4/11/2020 | ULLMAN | 0.10 | C200 | Work re: D.T. matter. | $75.50 |
| 4/13/2020 | ULLMAN | 0.90 | C200 | Review/analysis re: D.T. follow-up. | $679.50 |
| 4/14/2020 | ULLMAN | 0.30 | C200 | Review/analysis re: D.T. document request. | $226.50 |
| 4/20/2020 | ULLMAN | 0.30 | C200 | Follow up on D.T. matter. | $226.50 |
| 4/21/2020 | ULLMAN | 0.30 | C200 | Review/analysis re: D.T. matter. | $226.50 |
| 4/23/2020 | ULLMAN | 0.20 | C200 | Follow-up work re: D.T. matter. | $151.00 |
| 4/24/2020 | ULLMAN | 0.70 | C200 | Review draft correspondence to attorney re: D.T. | $528.5 |
| 4/28/2020 | ULLMAN | 0.10 | C200 | Follow-up work on D.T. matter. | $75.50 |
| 4/29/2020 | ULLMAN | 0.20 | C200 | Review/analysis re: D.T. matter. | $151.00 |
| 4/1/2020 | WINTERS | 0.30 | C200 | Review issues re: questions from P. Simpkins, R. Reilly re: employer determination under FMLA and FLSA rules. | $258.00 |
| 4/2/2020 | WINTERS | 0.80 | C200 | Email to P. Simpkins, R. Reilly re: change to DOL FAQs, proposed rules on employer | $688.00 |

16

| | | | | | |
|---|---|---|---|---|---|
| | | | | determination under FMLA and FLSA rules. | |
| 4/13/2020 | WOOD | 0.20 | C200 | Review and analyze correspondence and questions regarding provision of COBRA election notice to former employee's attorney. | $142.60 |
| 4/13/2020 | WOOD | 0.10 | C200 | Review issues regarding COBRA requirements. | $71.30 |
| 4/13/2020 | WOOD | 0.30 | C200 | Draft correspondence and analysis regarding COBRA issue. | $213.90 |
| 5/6/2020 | HOFFMANN-RICHARDS | 0.50 | C200 | D.T. COBRA appeal. | $252.00 |
| 5/6/2020 | LEVINE | 0.20 | C200 | D.T. review and follow-up. | $172.00 |
| 5/6/2020 | ULLMAN | 0.20 | C200 | Review developments re: D.T. | $151.00 |
| **GRAND TOTAL** | | | | | **$25,087.70** |

17

## EXHIBIT D-1

## COMPENSATION BY PROFESSIONAL
## APRIL 1, 2020, THROUGH MAY 31, 2020

The attorneys and paraprofessionals who rendered professional services to the Debtors in connection with benefits issues related to bankruptcy (2018 Wildfires) during the Fee Period are:

| Name of Partners and Counsel | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Allie Itami | 2009 | $713 | 71.20 | $50,765.60 |
| James Cole II | 1996 | $751.00 | 0.70 | $525.70 |
| Michael Del Conte | 2008 | $713.00 | 0.10 | $71.30 |
| Katherine Kohn | 2009 | $708 | 21.20 | $15,009.60 |
| Edward Meehan | 1985 | $1,021.00 | 3.00 | $3,063.00 |
| David Levine | 1998 | $860 | 78.90 | $67,854.00 |
| Mark Lofgren | 1998 | $898.00 | 1.30 | $1,167.40 |
| David Powell | 1982 | $931 | 0.30 | $279.30 |
| Andree St. Martin | 1983 | $998.00 | 1.50 | $1,497.00 |
| Kevin Walsh | 2009 | $708 | 9.80 | $6,938.40 |

| Names of Associates | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Scott Mayland | 2014 | $556.00 | 8.50 | $4,726.00 |
| Stacey Bradford | 1996 | $637.00 | 1.50 | $955.50 |
| Arsalan Malik | 2015 | $504.00 | 2.20 | $1,108.80 |
| Ross McSweeney | 2012 | $637.00 | 4.50 | $2,866.50 |
| Charles Filips | 2017 | $413.00 | 7.20 | $2,973.60 |
| Anthony Onuoha | 2019 | $413.00 | 8.50 | $3,510.50 |

18

| Names of Paraprofessionals | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Andi Shahinllari | -- | $214.00 | 8.20 | $1,754.80 |

***

| Professionals | Blended Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|
| Partners and Counsel | $782.82 | 188.00 | $147,171.30 |
| Associates | $498.17 | 32.40 | $16,140.90 |
| Paraprofessionals | $214.00 | 8.20 | $1,754.80 |
| Blended Attorney Rate | $740.98 | | |
| *Total Fees Incurred* | | *228.60* | *$165,067.00* |

19

**EXHIBIT D-2**

**COMPENSATION BY WORK TASK CODE FOR SERVICES
RENDERED ON MATTER DURING THE FEE PERIOD**

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| C200 | Researching Law | *228.60* | *$165,067.00* |

20

**EXHIBIT D-3**

**ITEMIZED SERVICES**

| Date | Timekeeper | Hours | Task | Narrative | Amount |
|------|-----------|-------|------|-----------|--------|
| 4/30/2020 | COLE II | 0.70 | C200 | Review and analyze insurance issues. | $525.7 |
| 4/17/2020 | DEL CONTE | 0.10 | C200 | Respond to question re pass through voting. | $71.30 |
| 4/2/2020 | ITAMI | 0.80 | C200 | Review status of governance and stock rights projects. | $570.40 |
| 4/7/2020 | ITAMI | 1.40 | C200 | Review status of plan of reorganization. | $998.20 |
| 4/8/2020 | ITAMI | 1.00 | C200 | Prepare for and participate in POR call with in-house counsel. | $713.00 |
| 4/8/2020 | ITAMI | 1.50 | C200 | Prepare for and participate in POR call with C.G. | $1,069.50 |
| 4/9/2020 | ITAMI | 3.00 | C200 | Analyze bankruptcy rights offering issues. | $2,139.00 |
| 4/10/2020 | ITAMI | 2.00 | C200 | Analyze issues re: securities lawsuit and bankruptcy claim filing. | $1,426.00 |
| 4/13/2020 | ITAMI | 3.50 | C200 | Negotiate independent fiduciary coverage for plan of reorganization and securities litigation items for plan held stock. | $2,495.50 |
| 4/14/2020 | ITAMI | 3.50 | C200 | Draft documents and consents needed to address plan of reorganization and potential rights offering. | $2,495.50 |
| 4/15/2020 | ITAMI | 4.00 | C200 | Analyze securities litigation and bankruptcy claim filing implementation and coordination with independent fiduciary. | $2,852.00 |
| 4/17/2020 | ITAMI | 2.00 | C200 | Analyze issues re: plan of reorganization pass-through. | $1,426.00 |

21

| Date | Name | Hours | Code | Description | Amount |
|---|---|---|---|---|---|
| 4/20/2020 | ITAMI | 3.50 | C200 | POR discussion before the call with Fidelity and review solicitation materials sent by Schwab. | $2,495.50 |
| 4/21/2020 | ITAMI | 2.50 | C200 | Review feasibility and mechanics of pass-through voting. | $1,782.50 |
| 4/21/2020 | ITAMI | 0.50 | C200 | POR discussion with Fidelity. | $356.50 |
| 4/22/2020 | ITAMI | 1.00 | C200 | Prime Clerk POR ballot pass-through. | $713.00 |
| 4/22/2020 | ITAMI | 2.50 | C200 | Analyze POR possibility and options. | $1,782.50 |
| 4/23/2020 | ITAMI | 3.80 | C200 | POR discussion with Fidelity and Prime Clerk for pass-through options. | $2,709.40 |
| 4/24/2020 | ITAMI | 0.50 | C200 | Discuss POR vote with Gallagher. | $356.50 |
| 4/24/2020 | ITAMI | 3.00 | C200 | POR vote call with Prime Clerk and prepare cover email language. | $2,139.00 |
| 4/27/2020 | ITAMI | 1.50 | C200 | Prepare revisions to Gallagher engagement agreement. | $1,069.50 |
| 4/27/2020 | ITAMI | 3.00 | C200 | Plan of reorganization vote pass-through coordination. | $2,139.00 |
| 4/29/2020 | ITAMI | 1.50 | C200 | Review communications from Fidelity regarding POR vote. | $1,069.50 |
| 4/30/2020 | ITAMI | 1.50 | C200 | Review impact of POR claims release. | $1,069.50 |
| 4/2/2020 | KOHN | 0.50 | C200 | Analyze open bankruptcy issues. | $354.00 |
| 4/6/2020 | KOHN | 1.00 | C200 | Review/analyze PBGC correspondence and potential claims. | $708.00 |
| 4/7/2020 | KOHN | 0.10 | C200 | Analyze fee application issues. | $70.80 |
| 4/9/2020 | KOHN | 0.10 | C200 | Analyze issues regarding UST issues with fee application. | $70.80 |
| 4/10/2020 | KOHN | 0.30 | C200 | Call with client regarding open benefits issues. | $212.40 |

22

| Date | Name | Hours | Code | Description | Amount |
|------|------|-------|------|-------------|--------|
| 4/13/2020 | KOHN | 0.10 | C200 | Finalize and send memo regarding pension plan scenarios to R. Reilly. | $70.80 |
| 4/17/2020 | KOHN | 0.20 | C200 | Attend weekly benefits call. | $141.60 |
| 4/20/2020 | KOHN | 0.90 | C200 | Analyze entries in preparation for fee application. | $637.20 |
| 4/23/2020 | KOHN | 0.30 | C200 | Call with R. Reilly and T. Huntley re: PBGC and follow-up re: same. | $212.40 |
| 4/23/2020 | KOHN | 0.20 | C200 | Analyze issue re: PBGC requests/communications. | $141.60 |
| 4/24/2020 | KOHN | 0.30 | C200 | Attend benefits call with client. | $212.40 |
| 4/24/2020 | KOHN | 0.20 | C200 | Review PBGC communications. | $141.60 |
| 4/27/2020 | KOHN | 0.50 | C200 | Analyze ERISA provisions of draft credit agreement. | $354.00 |
| 4/28/2020 | KOHN | 0.20 | C200 | Analyze draft credit agreement. | $141.60 |
| 4/28/2020 | KOHN | 0.70 | C200 | Analyze issues re: PBGC requests and possible response. | $495.60 |
| 4/29/2020 | KOHN | 0.90 | C200 | Analyze issues re: PBGC action. | $637.20 |
| 4/29/2020 | KOHN | 1.30 | C200 | Analyze issues re: PBGC requests and draft memo to client re: same. | 920.40 |
| 4/29/2020 | KOHN | 0.40 | C200 | Review and revise monthly fee application. | $283.20 |
| 4/30/2020 | KOHN | 0.20 | C200 | Analyze edits from Davis Polk to credit agreement. | $141.6 |
| 4/30/2020 | KOHN | 0.80 | C200 | Call with client regarding PBGC and prepare for same. | $566.40 |
| 4/30/2020 | KOHN | 0.30 | C200 | Analyze issues re: PBGC requests. | $212.40 |
| 4/2/2020 | LEVINE | 0.50 | C200 | Review reorganization items. | $430.00 |
| 4/3/2020 | LEVINE | 0.70 | C200 | Review and follow-up re: restructuring items. | $602.00 |
| 4/5/2020 | LEVINE | 0.80 | C200 | Restructuring follow-up. | $688.00 |

23

| | | | | | | |
|---|---|---|---|---|---|---|
| 4/6/2020 | LEVINE | 0.80 | C200 | POR and PBGC items follow-up. | $688.00 |
| 4/7/2020 | LEVINE | 0.50 | C200 | POR follow-up. | $430.00 |
| 4/8/2020 | LEVINE | 2.60 | C200 | POR and rights offering follow-up. | $2,236.00 |
| 4/9/2020 | LEVINE | 2.20 | C200 | Follow-up on POR implementation items and litigation impact. | $1,892.00 |
| 4/10/2020 | LEVINE | 2.50 | C200 | Review company stock POR and bankruptcy items and follow-up with client. | $2,150.00 |
| 4/12/2020 | LEVINE | 1.00 | C200 | Review restructuring questions. | $860.00 |
| 4/12/2020 | LEVINE | 1.50 | C200 | Analyze company stock and claims item and POR follow-up. | $1,290.00 |
| 4/13/2020 | LEVINE | 0.60 | C200 | Call with Gallagher. | $516.00 |
| 4/13/2020 | LEVINE | 0.90 | C200 | Follow-up on plan stock holdings. | $774.00 |
| 4/13/2020 | LEVINE | 2.20 | C200 | POR and rights follow-up. | $1,892.00 |
| 4/14/2020 | LEVINE | 0.50 | C200 | Call with client, Fidelity re: reorganization rights. | $430.00 |
| 4/14/2020 | LEVINE | 1.50 | C200 | Follow-up analysis re: reorganization rights. | $1,290.00 |
| 4/15/2020 | LEVINE | 1.30 | C200 | Review POC and follow-up with R. Reilly. | $1,118.00 |
| 4/15/2020 | LEVINE | 2.30 | C200 | POC review item and follow-up calls and follow-up with team. | $1,978.00 |
| 4/15/2020 | LEVINE | 2.30 | C200 | Review/analyze POR strategy. | $1,978.00 |
| 4/16/2020 | LEVINE | 0.40 | C200 | Continue analysis of POR implementation items. | $344.00 |
| 4/16/2020 | LEVINE | 0.30 | C200 | Follow-up on bankruptcy billing process. | $258.00 |
| 4/16/2020 | LEVINE | 0.80 | C200 | Follow-up on PBGC talking points. | $688.00 |
| 4/17/2020 | LEVINE | 2.70 | C200 | Analysis of POR and PBGC items. | $2,322.00 |
| 4/19/2020 | LEVINE | 0.80 | C200 | Review and follow-up on POR implementation items. | $688.00 |
| 4/20/2020 | LEVINE | 2.30 | C200 | Follow-up on POR/stock rights follow-up. | $1,978.00 |

24

| Date | Name | Hours | Code | Description | Amount |
|---|---|---|---|---|---|
| 4/21/2020 | LEVINE | 2.40 | C200 | Review POR/Rights matters and calls with Fidelity, client. | $2,064.00 |
| 4/22/2020 | LEVINE | 2.50 | C200 | POR process follow-up and call with Cravath. | $2,150.00 |
| 4/23/2020 | LEVINE | 0.80 | C200 | Follow-up on pension funding matters. | $688.00 |
| 4/23/2020 | LEVINE | 1.50 | C200 | Review and follow-up on POR items and stock rights process. | $1,290.00 |
| 4/24/2020 | LEVINE | 2.00 | C200 | Follow-up on POR/rights and other items and calls with client, with Gallagher. | $1,720.00 |
| 4/25/2020 | LEVINE | 0.30 | C200 | Review proxy communication. | $258.00 |
| 4/27/2020 | LEVINE | 2.00 | C200 | Analyze voting items and Gallagher agreement and review with client. | $1,720.00 |
| 4/28/2020 | LEVINE | 0.70 | C200 | Review and comment on revolver agreement. | $602.00 |
| 4/28/2020 | LEVINE | 0.70 | C200 | Voting follow-up. | $602.00 |
| 4/29/2020 | LEVINE | 1.00 | C200 | Review / analyze emergency and PBGC strategy. | $860.00 |
| 4/30/2020 | LEVINE | 1.40 | C200 | Review post-emergency insurance questions. | $1,204.00 |
| 4/30/2020 | LEVINE | 0.80 | C200 | Review securities lawsuit impact and voting items. | $688.00 |
| 4/30/2020 | LEVINE | 1.10 | C200 | Review for and PBGC strategy call and review from call. | $946.00 |
| 4/30/2020 | MALIK | 2.00 | C200 | Review/analyze re: company stock litigation and draft summary of issues for client re: same. | $1,008.00 |
| 4/8/2020 | MAYLAND | 2.70 | C200 | Analyze issues re: bankruptcy claims. | $1,501.20 |
| 4/9/2020 | MAYLAND | 4.90 | C200 | Analyze fiduciary considerations re filing proof of claim. | $2,724.40 |
| 4/10/2020 | MAYLAND | 0.90 | C200 | Review documents re securities class action proof of claim. | $500.40 |

25

| Date | Name | Hours | Code | Description | Amount |
|---|---|---|---|---|---|
| 4/9/2020 | MCSWEENEY | 1.50 | C200 | Review and respond to US Trustee's comments on interim fee application. | $955.50 |
| 4/28/2020 | MCSWEENEY | 1.30 | C200 | Draft fifth monthly fee application. | $828.10 |
| 4/29/2020 | MCSWEENEY | 1.70 | C200 | Draft fifth monthly fee application. | $1,082.90 |
| 4/13/2020 | ONUOHA | 2.30 | C200 | Research re: voting rights of unitized company stock fund. | $949.90 |
| 4/13/2020 | ONUOHA | 0.10 | C200 | Analyze issues re: voting rights in bankruptcy. | $41.30 |
| 4/14/2020 | ONUOHA | 2.00 | C200 | Analyze issues re: voting rights of unitized company stock fund. | $826.00 |
| 4/22/2020 | ONUOHA | 0.10 | C200 | Analyze issues re: pass-through voting solicitation process. | $41.30 |
| 4/22/2020 | ONUOHA | 4.00 | C200 | Research re: pass-through voting solicitation process. | $1,652.00 |
| 4/17/2020 | POWELL | 0.30 | C200 | Draft, send email re: trustee voting in plan of reorganization. | $279.30 |
| 4/3/2020 | SHAHINLLARI | 0.40 | C200 | Emails to the Fee Examiner regarding the Interim Fee application. | $85.60 |
| 4/9/2020 | SHAHINLLARI | 0.60 | C200 | Communications with the Trustee regarding the First Interim Fee Application. | $128.40 |
| 4/16/2020 | SHAHINLLARI | 1.20 | C200 | Update and revise Exhibit C to the First Interim Fee Statement and discussion with the U.S. Trustee regarding same. | $256.80 |
| 4/17/2020 | SHAHINLLARI | 0.10 | C200 | Filing Exhibit C with the Court. | $21.40 |
| 4/17/2020 | SHAHINLLARI | 0.50 | C200 | Update and revise Exhibit C to the First Interim Fee Statement. | $107.00 |
| 4/17/2020 | SHAHINLLARI | 0.20 | C200 | Email to the U.S. Trustee and the Fee Examiner. | $42.80 |
| 4/17/2020 | ST. MARTIN | 1.00 | C200 | Review proxy voting pass through requirements for employer securities. | $998.00 |

26

| Date | Name | Hours | Code | Description | Amount |
|------|------|-------|------|-------------|--------|
| 4/20/2020 | ST. MARTIN | 0.50 | C200 | Review voting of shares in reorganization. | $499.00 |
| 4/23/2020 | WALSH | 0.50 | C200 | Analyze re: use of executive orders. | $354.00 |
| 4/24/2020 | WALSH | 1.30 | C200 | Analyze re: executive order offense. | $920.40 |
| 4/29/2020 | WALSH | 0.80 | C200 | Analyze re: PBGC strategy. | $566.40 |
| 4/30/2020 | WALSH | 0.80 | C200 | Analyze re: PBGC matter. | $566.40 |
| 5/11/2020 | BRADFORD | 1.00 | C200 | Review draft letter to participants in non-qualified plans regarding status of distributions. | $637.00 |
| 5/12/2020 | BRADFORD | 0.50 | C200 | Review draft response regarding when PG&E will cease being a Chapter 11 debtor. | $318.50 |
| 5/11/2020 | FILIPS | 5.20 | C200 | Analyze issues regarding plan confirmation and Internal Revenue Code section 436(b). | $2,147.60 |
| 5/12/2020 | FILIPS | 2.00 | C200 | Draft write-up regarding plan confirmation and Internal Revenue Code 436(b) issue. | $826.00 |
| 5/1/2020 | ITAMI | 3.00 | C200 | Review mailing materials and options for claims and reorganization plan voting. | $2,139.00 |
| 5/4/2020 | ITAMI | 1.00 | C200 | Work with Fidelity to pass through voting options for bankruptcy. | $713.00 |
| 5/5/2020 | ITAMI | 1.50 | C200 | Provide direction on voting materials with Fidelity and review independent fiduciary engagement. | $1,069.50 |
| 5/11/2020 | ITAMI | 2.50 | C200 | Review draft prospectus for potential rights offering. | $1,782.50 |
| 5/11/2020 | ITAMI | 0.50 | C200 | Rights offering discussion with Cravath. | $356.50 |
| 5/12/2020 | ITAMI | 2.50 | C200 | Review language for independent fiduciary voting. | $1,782.50 |

27

| Date | Name | Hours | Code | Description | Amount |
|------|------|-------|------|-------------|--------|
| 5/13/2020 | ITAMI | 2.00 | C200 | Revise trust amendment language for bankruptcy rights. | $1,426.00 |
| 5/13/2020 | ITAMI | 2.00 | C200 | Review and negotiate communications regarding plan of reorganization vote. | $1,426.00 |
| 5/14/2020 | ITAMI | 0.50 | C200 | Discuss rights offering with Fidelity. | $356.50 |
| 5/14/2020 | ITAMI | 2.50 | C200 | Analyze the conditions of PTE 2003-39 for bankruptcy related stock rights offerings. | $1,782.50 |
| 5/14/2020 | ITAMI | 1.00 | C200 | Review options for participants to vote without having received ballot. | $713.00 |
| 5/15/2020 | ITAMI | 0.50 | C200 | Review rights offering options with PG&E team. | $356.50 |
| 5/18/2020 | ITAMI | 3.00 | C200 | Work through pass-through possibilities with Fidelity. | $2,139.00 |
| 5/18/2020 | ITAMI | 0.40 | C200 | Call with Cravath regarding rights offering. | $285.20 |
| 5/22/2020 | ITAMI | 0.50 | C200 | Call regarding stock right options. | $356.50 |
| 5/28/2020 | ITAMI | 0.30 | C200 | Check-in regarding potential rights offering. | $213.90 |
| 5/1/2020 | KOHN | 0.50 | C200 | Attend weekly benefits call. | $354.00 |
| 5/1/2020 | KOHN | 0.20 | C200 | Analyze issues re: draft fee application. | $141.60 |
| 5/4/2020 | KOHN | 0.10 | C200 | Analyze issues re participant claims. | $70.80 |
| 5/8/2020 | KOHN | 0.50 | C200 | Attend weekly benefits call. | $354.00 |
| 5/11/2020 | KOHN | 0.20 | C200 | Analyze issues re: 436 restrictions. | $141.60 |
| 5/12/2020 | KOHN | 2.60 | C200 | Analyze issues re: 436 restrictions and POR confirmation. | $1,840.80 |
| 5/14/2020 | KOHN | 0.60 | C200 | Review entries for fee application. | $424.80 |

| 5/15/2020 | KOHN | 0.30 | C200 | Review/analyze PBGC claims. | $212.40 |
|---|---|---|---|---|---|
| 5/15/2020 | KOHN | 0.60 | C200 | Attend weekly advisors call. | $424.80 |
| 5/15/2020 | KOHN | 0.10 | C200 | Analyze PBGC issues. | $70.80 |
| 5/15/2020 | KOHN | 0.30 | C200 | Analyze time entries for April fee application. | $212.40 |
| 5/19/2020 | KOHN | 2.80 | C200 | Analyze issues re: claims against nondebtor fiduciaries. | $1,982.40 |
| 5/21/2020 | KOHN | 0.30 | C200 | Call with P. Wessel and DNL regarding bankruptcy benefits issues. | $212.40 |
| 5/22/2020 | KOHN | 0.40 | C200 | Attend weekly benefits call with client. | $283.20 |
| 5/22/2020 | KOHN | 0.30 | C200 | Analyze PBGC issues. | $212.40 |
| 5/26/2020 | KOHN | 0.30 | C200 | Analyze PBGC confirmation issues and call with PBGC re: same. | $212.40 |
| 5/26/2020 | KOHN | 0.40 | C200 | Analyze issues re: PBGC negotiations and confirmation issues. | $283.20 |
| 5/27/2020 | KOHN | 0.40 | C200 | Analyze PBGC confirmation issues. | $283.20 |
| 5/28/2020 | KOHN | 0.20 | C200 | Analyze PBGC issues and correspond with Weil re same. | $141.60 |
| 5/28/2020 | KOHN | 0.60 | C200 | Call with R. Reilly and T. Huntley re PBGC issues. | $424.80 |
| 5/1/2020 | LEVINE | 0.80 | C200 | Review and POR process follow-up. | $688.00 |
| 5/1/2020 | LEVINE | 0.30 | C200 | Follow-up on post-emergence insurance. | $258.00 |
| 5/1/2020 | LEVINE | 0.20 | C200 | Follow-up on billing matters. | $172.00 |
| 5/1/2020 | LEVINE | 0.80 | C200 | Review and attention to open benefits items with client. | $688.00 |
| 5/4/2020 | LEVINE | 2.40 | C200 | Review and follow-up re: POR and claims items. | $2,064.00 |
| 5/4/2020 | LEVINE | 0.60 | C200 | Insurance follow-up. | $516.00 |
| 5/5/2020 | LEVINE | 0.20 | C200 | Follow-up with Gallagher. | $172.00 |
| 5/5/2020 | LEVINE | 0.30 | C200 | Provide comments on report on plan activities. | $258.00 |

29

| Date | Name | Hours | Code | Description | Amount |
|------|------|-------|------|-------------|--------|
| 5/5/2020 | LEVINE | 1.10 | C200 | Bankruptcy claims items and voting follow-up on emergence. | $946.00 |
| 5/6/2020 | LEVINE | 0.50 | C200 | Production and appeal follow-up with team. | $430.00 |
| 5/6/2020 | LEVINE | 0.40 | C200 | Document production and insurance follow-up. | $344.00 |
| 5/8/2020 | LEVINE | 0.30 | C200 | Counsel status call. | $258.00 |
| 5/9/2020 | LEVINE | 0.50 | C200 | Rights follow-up. | $430.00 |
| 5/10/2020 | LEVINE | 1.20 | C200 | Review rights offering materials. | $1,032.00 |
| 5/11/2020 | LEVINE | 1.30 | C200 | Stock rights follow-up. | $1,118.00 |
| 5/11/2020 | LEVINE | 0.30 | C200 | Review back pay on benefit payment letters and emergence items. | $258.00 |
| 5/11/2020 | LEVINE | 0.50 | C200 | Claims processing follow-up with client. | $430.00 |
| 5/11/2020 | LEVINE | 0.20 | C200 | Fidelity-POR amendment follow-up. | $172.00 |
| 5/12/2020 | LEVINE | 0.50 | C200 | Stock rights implementation follow-up and review. | $430.00 |
| 5/12/2020 | LEVINE | 0.30 | C200 | Follow-up on claimant NQ letters. | $258.00 |
| 5/12/2020 | LEVINE | 0.20 | C200 | Review POR Gallagher ballot. | $172.00 |
| 5/13/2020 | LEVINE | 1.10 | C200 | Stock rights follow-up and follow-up with Fidelity and review response. | $946.00 |
| 5/13/2020 | LEVINE | 0.90 | C200 | Fidelity review and follow-up re: POR. | $774.00 |
| 5/14/2020 | LEVINE | 0.50 | C200 | Revise amendment. | $430.00 |
| 5/14/2020 | LEVINE | 0.30 | C200 | POR process follow-up. | $258.00 |
| 5/14/2020 | LEVINE | 0.50 | C200 | Review Fidelity amendment items. | $430.00 |
| 5/14/2020 | LEVINE | 1.30 | C200 | Follow-up on stock rights and strategy. | $1,118.00 |
| 5/14/2020 | LEVINE | 0.30 | C200 | Review directive. | $258.00 |
| 5/14/2020 | LEVINE | 0.40 | C200 | Review and follow-up re: PBGC options. | $344.00 |
| 5/15/2020 | LEVINE | 0.80 | C200 | Weekly status call and follow-up. | $688.00 |
| 5/15/2020 | LEVINE | 0.50 | C200 | Rights review and follow-up. | $430.00 |

30

| | | | | | |
|---|---|---|---|---|---|
| 5/16/2020 | LEVINE | 0.20 | C200 | Follow-up on PBGC options. | $172.00 |
| 5/17/2020 | LEVINE | 0.50 | C200 | POR and rights follow-up. | $430.00 |
| 5/18/2020 | LEVINE | 0.50 | C200 | Call with Cravath. | $430.00 |
| 5/18/2020 | LEVINE | 1.20 | C200 | Review rights materials and call with Fidelity. | $1,032.00 |
| 5/18/2020 | LEVINE | 0.40 | C200 | PBGC strategy follow-up. | $344.00 |
| 5/18/2020 | LEVINE | 0.20 | C200 | Review exit NQ communication. | $172.00 |
| 5/18/2020 | LEVINE | 0.60 | C200 | Revise EBC update. | $516.00 |
| 5/19/2020 | LEVINE | 0.70 | C200 | Follow-up on rights implementation. | $602.00 |
| 5/20/2020 | LEVINE | 0.30 | C200 | Follow-up on company stock items internally, with P. Wessel. | $258.00 |
| 5/21/2020 | LEVINE | 0.20 | C200 | Rights review and follow-up. | $172.00 |
| 5/21/2020 | LEVINE | 0.30 | C200 | Review and follow-up re: PBGC request. | $258.00 |
| 5/21/2020 | LEVINE | 0.30 | C200 | Release follow-up with P. Wessel, KBK. | $258.00 |
| 5/22/2020 | LEVINE | 1.00 | C200 | Review and call with Gallagher re: stock rights. | $860.00 |
| 5/22/2020 | LEVINE | 0.40 | C200 | Counsel status call. | $344.00 |
| 5/22/2020 | LEVINE | 0.30 | C200 | PBGC follow-up and analysis. | 258.00 |
| 5/26/2020 | LEVINE | 0.20 | C200 | Review SERP emergency items. | $172.00 |
| 5/26/2020 | LEVINE | 0.30 | C200 | Follow-up on PBGC items. | $258.00 |
| 5/27/2020 | LEVINE | 0.20 | C200 | Review PBGC position re: POR and voting. | $172.00 |
| 5/27/2020 | LEVINE | 0.20 | C200 | Follow-up re: fee process. | $172.00 |
| 5/28/2020 | LEVINE | 0.30 | C200 | Review stock rights status and next steps for implementation. | $258.00 |
| 5/28/2020 | LEVINE | 0.80 | C200 | Review PBGC bankruptcy hearing matters and follow-up / recommend re: process. | $688.00 |
| 5/29/2020 | LEVINE | 0.20 | C200 | Follow-up re: PBGC positioning and exit items. | $172.00 |
| 5/29/2020 | LEVINE | 0.90 | C200 | Review re: impact of POR on claims re: benefit plans. | $774.00 |

Case: 19-30088    Doc# 8518    Filed: 07/24/20    Entered: 07/24/20 14:48:45    Page 40 of 51

| Date | Name | Hours | Code | Description | Amount |
|---|---|---|---|---|---|
| 5/11/2020 | LOFGREN | 0.50 | C200 | Analyze issues re timing of 436 restrictions. | $449.00 |
| 5/19/2020 | LOFGREN | 0.80 | C200 | Review issues re: fiduciary lawsuits following bankruptcy. | $718.40 |
| 5/29/2020 | MALIK | 0.20 | C200 | Review/analyze bankruptcy bar issues. | $100.80 |
| 5/4/2020 | MEEHAN | 0.50 | C200 | Review process materials for analysis of bankruptcy claims. | $510.50 |
| 5/4/2020 | MEEHAN | 0.40 | C200 | Strategy re: process for resolution of bankruptcy claims. | $408.40 |
| 5/5/2020 | MEEHAN | 0.20 | C200 | Plan for claims review process. | $204.20 |
| 5/11/2020 | MEEHAN | 1.20 | C200 | Further review and analysis of employee claims. | $1,225.20 |
| 5/11/2020 | MEEHAN | 0.70 | C200 | Strategy re: potential objections to claim. | $714.70 |
| 5/1/2020 | SHAHINLLARI | 2.60 | C200 | Draft and revise the Fifth consolidated fee statement for the period of January-February, 2020. | $556.40 |
| 5/1/2020 | SHAHINLLARI | 0.20 | C200 | Filing the fee statement with the Court. | $42.80 |
| 5/4/2020 | SHAHINLLARI | 0.70 | C200 | Revise and update the entries spreadsheet in preparation of the 5th Fee Application's Ledes files to be sent to the Fee Examiner. | $149.80 |
| 5/6/2020 | SHAHINLLARI | 0.50 | C200 | Revise and update the 5th Fee Application's Ledes files. | $107.00 |
| 5/6/2020 | SHAHINLLARI | 0.10 | C200 | Email Fee Application to Fee Examiner. | $21.40 |
| 5/21/2020 | SHAHINLLARI | 0.80 | C200 | Prepare and file with the Court the Certificate of No Objection for the 5th Monthly Fee Statement. | $171.20 |
| 5/27/2020 | SHAHINLLARI | 0.30 | C200 | Prepare and set up the call for hearing with the Court per KBK's request. | $64.20 |

Case: 19-30088    Doc# 8518    Filed: 07/24/20    Entered: 07/24/20 14:48:45    Page 41 of 51

| Date | Timekeeper | Hours | Code | Description | Amount |
|---|---|---|---|---|---|
| 5/18/2020 | WALSH | 0.30 | C200 | Analyze re: fiduciary suit post emergence. | $212.40 |
| 5/26/2020 | WALSH | 0.40 | C200 | Analyze May update on benefits issues related to R. Reilly and J. Redmond. | $283.20 |
| 5/27/2020 | WALSH | 3.30 | C200 | Analyze May update report on benefits issues related to R. Reilly and J. Redmond. | $2,336.40 |
| 5/29/2020 | WALSH | 2.10 | C200 | Analyze report on status of recent PG&E bankruptcy emergence activities. | $1,486.80 |
| **TOTAL** | | **228.60** | | | |
| **GRAND TOTAL** | | | | | **$165,067.00** |

33

**EXHIBIT E-1**

**COMPENSATION BY PROFESSIONAL
APRIL 1, 2020, THROUGH MAY 31, 2020**

The attorneys and paraprofessionals who rendered professional services to the debtors relating to the Voluntary Disability Plan during the Fee Period are:

| Names of Partners and Counsel | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| David Levine | 1998 | $860 | 0.40 | $344.00 |
| Allison Ullman | 2008 | $755 | 0.70 | $528.50 |
| *Total Partners and Counsel* | | | *1.10* | *$872.50* |

| Professionals | Blended Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|
| Partners and Counsel | $793.18 | *1.10* | *$872.50* |
| *Total Fees Incurred* | | *1.10* | *$872.50* |

34

Case: 19-30088    Doc# 8518    Filed: 07/24/20    Entered: 07/24/20 14:48:45    Page 43 of 51

## **EXHIBIT E-2**

### **COMPENSATION BY WORK TASK CODE FOR SERVICES RENDERED ON MATTER DURING FEE PERIOD**

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| C200 | Researching Law | *1.10* | *$872.50* |

35

## **EXHIBIT E-3**

### **ITEMIZED SERVICES**

| Date | Timekeeper | Hours | Task | Narrative | Amount |
|------|-----------|-------|------|-----------|--------|
| 5/18/2020 | LEVINE | 0.20 | C200 | Follow-up on plan amendments. | 172.00 |
| 5/26/2020 | LEVINE | 0.20 | C200 | Review EDD updates. | 172.00 |
| 5/18/2020 | ULLMAN | 0.30 | C200 | Review/analyze question re: VP amendment from R. Reilly. | 226.50 |
| 5/26/2020 | ULLMAN | 0.20 | C200 | Emails with R. Reilly re: VP updates. | 151.00 |
| 5/26/2020 | ULLMAN | 0.20 | C200 | Review emails from R. Reilly re: obtaining phone confirmation of VP certification. | 151.00 |
| **GRAND TOTAL** | | | | | **$872.50** |

36

# EXHIBIT F-1

## COMPENSATION BY PROFESSIONAL
## APRIL 1, 2020, THROUGH MAY 31, 2020

The attorneys and paraprofessionals who rendered professional services to the Debtors in connection with benefits issues related to Executive Compensation during the Fee Period are:

| Name of Partners and Counsel | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Daniel Hogans | 1993 | $836.00 | 0.60 | $501.60 |
| Will Fogleman | 2011 | $675.00 | 1.50 | $1,012.50 |

| Names of Associates | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Stacey Bradford | 1996 | $637.00 | 1.60 | $1,019.20 |

***

| Professionals | Blended Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|
| Partners and Counsel | $721.00 | 2.10 | $1,514.10 |
| Associates | $637.00 | 1.60 | $1,019.20 |
| Blended Attorney Rate | $684.67 | | |
| *Total Fees Incurred* | | *3.70* | *$2,533.30* |

37

## **EXHIBIT F-2**

### **COMPENSATION BY WORK TASK CODE FOR SERVICES RENDERED ON MATTER DURING THE FEE PERIOD**

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| C200 | Researching Law | *3.70* | *$2,533.30* |

38

# EXHIBIT F-3

## ITEMIZED SERVICES

| Date | Timekeeper | Hours | Task | Narrative | Amount |
|------|-----------|-------|------|-----------|--------|
| 5/12/2020 | BRADFORD | 1.60 | C200 | Review letters regarding nonqualified plan distributions, prospectus supplement, and confirmed Plan of Reorganization. | $1,019.20 |
| 5/8/2020 | FOGLEMAN | 0.70 | C200 | Review nonqualified plan participant communications. | $472.50 |
| 5/11/2020 | FOGLEMAN | 0.60 | C200 | Review communications re: nonqualified plan post-bankruptcy payments. | $405.00 |
| 5/12/2020 | FOGLEMAN | 0.20 | C200 | Review nonqualified plan letters re: benefits post-bankruptcy. | $135.00 |
| 5/29/2020 | HOGANS | 0.60 | C200 | Analysis and advice regarding deferred compensation tax compliance issues. | $501.60 |
| **TOTAL** | | **3.70** | | | |
| **GRAND TOTAL** | | | | | **$2,533.30** |

39

## EXHIBIT G-1

### COMPENSATION BY PROFESSIONAL
### APRIL 1, 2020, THROUGH MAY 31, 2020

The attorneys and paraprofessionals who rendered professional services to the Debtors in connection with benefits issues related to VEBA during the Fee Period are:

| Name of Partners and Counsel | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Katie Amin | 2009 | $713.00 | 0.50 | $356.50 |
| David Levine | 1998 | $860.00 | 0.40 | $344.00 |

***

| Professionals | Blended Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|
| Partners and Counsel | $778.33 | 0.90 | $700.50 |
| Blended Attorney Rate | $778.33 | | |
| *Total Fees Incurred* | | *0.90* | *$700.50* |

40

## **EXHIBIT G-2**

### **COMPENSATION BY WORK TASK CODE FOR SERVICES RENDERED ON MATTER DURING THE FEE PERIOD**

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| C200 | Researching Law | *0.90* | *$700.50* |

41

## **EXHIBIT G-3**

## **ITEMIZED SERVICES**

| Date | Timekeeper | Hours | Task | Narrative | Amount |
|------|-----------|-------|------|-----------|--------|
| 5/27/2020 | AMIN | 0.10 | C200 | Review R. Reilly email re: VEBA funding. | $71.30 |
| 5/29/2020 | AMIN | 0.40 | C200 | Review R. Reilly email re: VEBA funding. | $285.20 |
| 5/28/2020 | LEVINE | 0.20 | C200 | VEBA asset usage follow-up. | $172.00 |
| 5/29/2020 | LEVINE | 0.20 | C200 | VEBA funding follow-up. | $172.00 |
| **TOTAL** | | **0.90** | | | |
| **GRAND TOTAL** | | | | | **$700.50** |

42