UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re:  
   PG&E Corporation  
   - and –  
   Pacific Gas and Electric Company,  
        Debtors

Bankruptcy Case  
Case No. 19-30088 (DJM)

Chapter 11  
(Lead Case)  
(Jointly Administered)

NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY PURSUANT TO FED. R. BANKR. P. 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee:  
**Jefferies Leveraged Credit Products, LLC**  
c/o Jefferies LLC  
520 Madison Avenue  
New York, NY 10022  
Atten: William P. McLoughlin

Name and Address of Transferor:  
**The Church Insurance Company of Vermont**  
c/o Dugan Brinkmann Maginnis and Pace  
1880 John F. Kennedy Blvd., Suite 1400  
Philadelphia, PA 19103

Atten: Michael J. Lorusso

Name and address where transferee payments should be sent (if different than above):

[Same as above]

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ___*William McLoughlin*___ (DocuSigned by: BCDDAF2A49754DD...) Date: ___July 23___, 2020
     Name: William P. McLoughlin
     Title: SVP, Associate General Counsel

Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

As set forth in the attached evidence of transfer of claim (Proof of Claim # 19987 (Initial Claim), #105557 (First Amended Claim), and # [ pending ] (Second Amended Claim)), Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Fed. R. Bankr. P. 3001(e).

### DEADLINE TO OBJECT TO TRANSFER

The alleged Transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the claimant without further order of the court.

TO: United States Bankruptcy Court
for the Northern District of California
(San Francisco Division)

AND TO: PG&E Corporation
- and –
Pacific Gas and Electric
Company ("Debtors")

Case No. 19-30088 (DM)(Lead Case)
-and-
Case No. 19-30089 (DM)

Claim #s: 19987 (Initial Claim), 105557 (First Amended Claim), and [ pending ] (Second Amended Claim)

The Church Insurance Company of Vermont, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto: Jefferies Leveraged Credit Products, LLC, its successors and assigns ("Buyer"), all of Seller's right, title and interest now existing or hereafter arising, whether legal, equitable or otherwise in and to all claims and causes of action against the Debtors for damage to person or property resulting from those certain wildfires identified by the California Department of Forestry and Fire Protection as the "Camp Fire". Such right title and interest acquired by Buyer, includes, without limitation, all rights: (a) of reclamation and all priority claims, and any cure payments made on account of Seller in the bankruptcy case; (b) to any proof(s) of claim filed; (c) in and to any secured claim, collateral or any liens held by Seller; (d) to vote on any question relating to the Claim in the bankruptcy case; and (e) to any amounts listed on the Debtor's schedules relating to the claims (the "Claim").

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim.

Buyer does not assume and shall not be responsible for any obligations of liabilities of Seller related to or in connection with the Claim or the Case. You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated July 23, 2020.

The Church Insurance Company of Vermont
By: _____
Name: Ellen M. Taggart
Title: EVP & CFO

Jefferies Leveraged Credit Products, LLC
DocuSigned by:
By: ___William McLoughlin_____
    BCDDAF2A49754DD...
Name: William P. McLoughlin
Title: SVP, Associate General Counsel