```
                                    Entered on Docket
                                    July 24, 2020
                                    EDWARD J. EMMONS, CLERK
                                    U.S. BANKRUPTCY COURT
                                    NORTHERN DISTRICT OF CALIFORNIA
```



1  WEIL, GOTSHAL & MANGES LLP         Signed and Filed: July 24, 2020
   Stephen Karotkin (*pro hac vice*)
2  (stephen.karotkin@weil.com)
   Theodore Tsekerides (*pro hac vice*)
3  (theodore.tsekerides@weil.com)
   Jessica Liou (*pro hac vice*)
4  (jessica.liou@weil.com)
   Matthew Goren (*pro hac vice*)        _____
5  (matthew.goren@weil.com)               **DENNIS MONTALI**
   767 Fifth Avenue                       **U.S. Bankruptcy Judge**
6  New York, NY 10153-0119
   Tel: 212 310 8000
7  Fax: 212 310 8007

8  KELLER BENVENUTTI KIM LLP
   Tobias S. Keller (#151445)
9  (tkeller@kbkllp.com)
   Peter J. Benvenutti (#60566)
10 (pbenvenutti@kbkllp.com)
   Jane Kim (#298192)
11 (jkim@kbkllp.com)
   650 California Street, Suite 1900
12 San Francisco, CA 94108
   Tel: 415 496 6723
13 Fax: 650 636 9251

14 *Attorneys for Debtors and Reorganized Debtors*

15

16                          **UNITED STATES BANKRUPTCY COURT**
                            **NORTHERN DISTRICT OF CALIFORNIA**
17                                 **SAN FRANCISCO DIVISION**

18 In re:                                      Case No. 19-30088 (DM)
                                               Chapter 11
19 **PG&E CORPORATION,**                       (Lead Case)
                                               (Jointly Administered)
20         - and -

21 **PACIFIC GAS AND ELECTRIC COMPANY,**       **ORDER APPROVING**
                                               **STIPULATION ENLARGING**
22                        Debtors.             **TIME FOR CARENET**
                                               **PREGENANCY CENTER OF**
23  ☐ Affects PG&E Corporation                 **PARADISE, INC. TO FILE**
    ☐ Affects Pacific Gas and Electric Company **PROOF OF CLAIM**
24  ☑ Affects both Debtors

25 *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

26

27

28

The Court having considered the *Stipulation Enlarging Time for Carenet Pregnancy Center, Inc. to File Proof of Claim*, dated July 20, 2020 [Dkt. No. 8458] (the "**Stipulation**"),[1] entered into by PG&E Corporation ("**PG&E Corp**.") and Pacific Gas and Electric Company (the "**Utility**"), as reorganized debtors (collectively, the "**Debtors**" and as reorganized pursuant to the Plan, the "**Reorganized Debtors**") in the above-captioned cases (the "**Chapter 11 Cases**"), on the one hand, and Carenet Pregnancy Center of Paradise, Inc. ("**Movant**"), on the other hand; and pursuant to such Stipulation and agreement of the Parties, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The Stipulation is approved.

2. The Proof of Claim is deemed timely filed.

3. Nothing herein shall be construed to be a waiver by the Debtors or the Reorganized Debtors, as applicable, or any other party in interest of any right to (i) object to the Asserted Claim or the Proof of Claim on any grounds other than the untimely filing thereof, or (ii) seek to reclassify the Proof of Claim.

4. Nothing herein shall be construed to be a waiver by Movant of its right to seek to reclassify the Proof of Claim or to assert any other right in contravention to or in opposition of any asserted challenge to the Proof of Claim.

5. By entry of this Order, the Motion is deemed withdrawn with prejudice, and the Hearing vacated.

6. The Stipulation is binding on the Parties and each of their successors in interest.

7. The Stipulation constitutes the entire agreement and understanding of the Parties relating to the subject matter thereof and supersedes all prior agreements and understandings relating to the subject matter thereof.

8. This Court shall retain jurisdiction to resolve any disputes or controversies arising from the Stipulation or this Order.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

*** END OF ORDER ***

Dated: July 20, 2020

THE KANE LAW FIRM

/s/ *Bonnie E. Kane*
Bonnie E. Kane, Esq.

*Attorneys for Carenet Pregnancy Center of Paradise, Inc.*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119