Bill Robins III, Esq. (SBN 296101)
Robert T. Bryson, Esq. (SBN 156953)
Rex Grady, Esq. (SBN 232236)
**ROBINS CLOUD LLP**
808 Wilshire Blvd., Suite 450
Santa Monica, California 90401
Telephone: (310) 929-4200
Facsimile: (310) 566-5900

Attorneys for Bankruptcy Claimants,
STEPHEN PUTNAM HERRIN, individually
and as Trustee of the DONALD E. RYCKMAN
and ROSEMARY H. RYCKMAN
REVOCABLE
TRUST DATED FEBRUARY 25, 1999

Matthew W. Grimshaw, Esq. (SBN 210424)
**GRIMSHAW LAW GROUP, P.C.**
130 Newport Center Drive, Ste. 140
Newport Beach, California 92660
Telephone: (949) 734-0187
Facsimile: (208) 391-7860

Counsel for Robins Cloud LLP

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 19-30088 (DM) |
| PG&E CORPORATION and PACIFIC GAS AND ELECTRIC COMPANY | Chapter 11 |
| Debtors | REQUEST FOR RELIEF UPON DEFAULT IN SUPPORT OF MOTION FOR ORDER AUTHORIZING WITHDRAWAL OF COUNSEL; DECLARATION OF MATTHEW W. GRIMSHAW, ESQ. IN SUPPORT |

///

1
REQUEST FOR RELIEF UPON DEFAULT AND DECLARATION IN SUPPORT
Case No. 19-30088 (DM)

PLEASE TAKE NOTICE THAT counsel for the law firm of Robins Cloud LP (the "Firm"), attorneys of record for Bankruptcy Claimant, Stephen Putnam Herrin, individually and in his capacity as Trustee of the Donald E. Ryckman and Rosemary H. Ryckman Revocable Trust Dated February 25, 1999 ("Trust") provides this request for relief upon default and statement of non-opposition pursuant to B.L.R. 9014-1(b)(3)(A) as follows:

On June 26, 2020, as Dk. Nos. 8139, 8140, and 8141, counsel filed on behalf of the Firm, a Notice of Motion and Motion for Order Authorizing Withdrawal of Counsel ("Motion"); Memorandum of Points and Authorities; Declaration of Rex Grady, Esq. in Support of Motion for Order Authorizing Withdrawal of Counsel; and Certificate of Service in support of Motion and Declaration.

On July 14, 2020, as Dk. Nos. 8397 and 8398, a notice of errata with regard to the notice of Motion ("Notice"), and Certificate of Service in support of Notice, was filed.

The Motion requests relief for the Firm of Robins Cloud LLP to be permitted to withdraw as counsel for the Trust, and for the withdrawal to be retroactive to the dates on which the two Claims in this matter were withdrawn, which are May 8, 2020 with respect to the Claim for the Trust (Claim No. 91749) and May 11, 2020 with respect to the Claim for Mr. Herrin (Claim No. 91428).

## Declaration of Matthew W. Grimshaw

I, Matthew W. Grimshaw, say and declare as follows:

1. I am an individual over 18 years of age and competent to make this Declaration.

2. I am an attorney at law duly admitted to practice before all courts of the State of California, in addition to the United States District Court for the Northern District of California.

3. I am counsel for the law firm of Robins Cloud LP (the "Firm"), attorneys of record for Bankruptcy Claimant, Stephen Putnam Herrin, individually and in his capacity as Trustee of the Donald E. Ryckman and Rosemary H. Ryckman Revocable Trust Dated February 25, 1999 ("Trust").[1]

---

[1] Robins Cloud LLP retained Grimshaw Law Group, P.C. as bankruptcy counsel to, among other things, assist it in filing this motion. Grimshaw Law Group has no contractual or attorney/client relationship with Mr. Herrin or the Trust.

2
REQUEST FOR RELIEF UPON DEFAULT AND DECLARATION IN SUPPORT
Case No. 19-30088 (DM)

Case: 19-30088    Doc# 8534    Filed: 07/26/20    Entered: 07/26/20 21:40:26    Page 2 of 3

4. The facts set forth below are true and within the scope of my personal knowledge, and if called upon to do so I could and would testify competently to these facts.

5. On June 26, 2020, as Dk. Nos. 8139, 8140, and 8141, I caused my office to file on behalf of the Firm, a Notice of Motion and Motion for Order Authorizing Withdrawal of Counsel ("Motion"); Memorandum of Points and Authorities; Declaration of Rex Grady, Esq. in Support of Motion for Order Authorizing Withdrawal of Counsel; and Certificate of Service in support of Motion and Declaration.

6. On July 14, 2020, as Dk. Nos. 8397 and 8398, I caused my office to file a notice of errata with regard to the notice of Motion ("Notice"), and Certificate of Service in support of Notice.

7. I have reviewed the Court's docket in this Chapter 11 Case.

8. No response or opposition has been filed as to the Motion and/or the Notice, and I have received no such response or opposition.

9. A proposed order will be lodged concurrently as provided for in B.L.R. 9014-1(b)(3)(A).

I declare under penalty of perjury that the foregoing is true and correct is true and correct. Executed on July 26, 2020.

Matthew W. Grimshaw