ROPES & GRAY LLP
Rocky C. Tsai (CA Bar No. 221452)
3 Embarcadero Center
San Francisco, CA 94111
Telephone: (415) 315-6369
Facsimile: (415) 315-6350
Email: rocky.tsai@ropesgray.com

ROPES & GRAY LLP
Andrew G. Devore (*pro hac vice* requested)
Prudential Tower
800 Boylston Street
Boston, MA 02199
Telephone: (617) 951-7000
Facsimile: (617) 951-7050
Email: andrew.devore@ropesgray.com

ROPES & GRAY LLP
Gregg M. Galardi (*pro hac vice* requested)
Keith H. Wofford (*pro hac vice* requested)
Daniel G. Egan (*pro hac vice* requested)
1211 Avenue of the Americas
New York, NY 10036
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
Email: gregg.galardi@ropesgray.com
       keith.wofford@ropesgray.com
       daniel.egan@ropesgray.com

*Counsel to Elliott Management Corporation, on behalf of itself and certain funds and accounts managed, advised, or sub-advised by it*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>    -and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                                     Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br><br>(Jointly Administered)<br><br>**NOTICE OF HEARING ON MOTION OF ELLIOTT MANAGEMENT CORPORATION FOR (I) ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM AND (II) TO THE EXTENT NECESSARY, RECONSIDERATION AND RELIEF FROM THE CONFIRMATION ORDER PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 60(b)**<br><br>**Hearing**<br>Date:    August 25, 2020<br>Time:   10:00 a.m. (Pacific Time)<br>Place:  **Telephonic or Video Appearances Only**<br>           Courtroom 17<br>           450 Golden Gate Ave, 16th Floor<br>           San Francisco, CA 94102<br><br>Objection Deadline: August 11, 2020 at 4:00 p.m. (Pacific Time) |

**PLEASE TAKE NOTICE THAT** on January 29, 2019, PG&E Corporation and Pacific Gas and Electric Company, the debtors in the above captioned chapter 11 cases, each filed a voluntary petition for relief under chapter 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE THAT** on the date hereof, Elliott Management Corporation ("Elliott") filed the *Motion of Elliott Management Corporation for (I) Allowance and Payment of Administrative Expense Claim and (II) to the Extent Necessary, Reconsideration and Relief from Confirmation Order Pursuant to Federal Rule of Civil Procedure 60(b)* (the "Motion").

**PLEASE TAKE FURTHER NOTICE THAT** a hearing on the Motion will be held before the Honorable Dennis Montali, United States Bankruptcy Judge, on **August 25, 2020 at 10:00 a.m. (Pacific Time)** (the "Hearing").

**PLEASE TAKE FURTHER NOTICE THAT** the Hearing will not be conducted in the presiding judge's courtroom but instead will be conducted by telephone or video. All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

**PLEASE TAKE FURTHER NOTICE THAT** any oppositions or responses to the Motion must be in writing, filed with the Bankruptcy Court, and served on counsel for Elliott at the above-referenced addresses so as to be received by no later than **4:00 p.m. (Pacific Time) on August 11, 2020**. Any oppositions or responses also must be filed and served on all "Standard Parties" as defined in, and in accordance with, the *Second Amended Order Implementing Certain Notice and Case Management Procedures* entered on May 14, 2019 [Dkt. No. 1996] (the "Case Management Order"). Any relief requested in the Motion may be granted without a hearing if no opposition is

timely filed and served in accordance with the Case Management Order. In deciding the Motion, the Court may consider any other document filed in these chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE THAT** a copy of the Motion can be viewed or obtained (i) by accessing the Bankruptcy Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 for U.S. based parties or +1(929) 333-8977 for international parties or by e-mail at pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: July 24, 2020          **ROPES & GRAY LLP**

By:    /s/ Rocky C. Tsai_____

Rocky C. Tsai (CA Bar No. 221452)
3 Embarcadero Center
San Francisco, CA 94111
Telephone: (415) 315-6369
Facsimile: (415) 315-6350

-and-

**ROPES & GRAY LLP**
Gregg M. Galardi (*pro hac vice* requested)
Keith H. Wofford (*pro hac vice* requested)
Daniel G. Egan (*pro hac vice* requested)
1211 Avenue of the Americas
New York, NY 10036
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

-and-

**ROPES & GRAY LLP**
Andrew G. Devore (*pro hac vice* requested)
Prudential Tower
800 Boylston Street
Boston, MA 02199
Telephone: (617) 951-7000
Facsimile: (617) 951-7050

2

| | |
|---|---|
| 1 | *Counsel to Elliott Management Corporation, on behalf of itself and certain funds and accounts managed, advised, or sub-advised by it* |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |