1  BROWN RUDNICK LLP
   Joel S. Miliband (SBN 077438)
2  (JMiliband@brownrudnick.com)
   2211 Michelson Drive
3  Seventh Floor
   Irvine, California 92612
4  Telephone:  (949) 752-7100
   Facsimile:  (949) 252-1514
5
   BROWN RUDNICK LLP
6  David J. Molton (SBN 262075)
   (DMolton@brownrudnick.com)
7  Seven Times Square
   New York, New York 10036
8  Telephone:  (212) 209-4800
   Facsimile:  (212) 209-4801
9
   *Counsel for Fire Victim Trustee*

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 3:19-bk-030088 DM |
| **PG&E CORPORATION,** | Chapter 11 |
| -and- | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| Debtors. | **APPELLEE'S STATEMENT OF ELECTION TO HAVE JOINT APPEAL HEARD IN THE UNITED STATES DISTRICT COURT PURSUANT TO 28 U.S.C. § 158(c)(1)(B)** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ **Affects both Debtors** | |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM). | Related Document: Dkt. No. 8256 |

NOTICE IS HEREBY GIVEN that Justice John K. Trotter (Ret.), in his capacity as trustee for the Fire Victim Trust, elects to have the appeal filed on July 2, 2020 [Dkt. No. 8256] by Paradise Unified School District, Northern Recycling and Waste Services, LLC/Northern Holdings, LLC, and Napa County Recycling & Waste Services, LLC/Napa Recycling & Waste Services, LLC; Adventist Health System/West and Feather River Hospital d/b/a Adventist Health Feather River (together, "Adventist Health"); and Comcast Cable Communications, LLC and all affiliates (together, "Comcast," and collectively with Paradise Unified School District, Northern Recycling and Waste Services, LLC/Northern Holdings, LLC, Napa County Recycling & Waste Services, LLC/Napa Recycling & Waste Services, LLC, and Adventist Health, the "Adventist Appellants"), from the Order Confirming Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020 [Dkt. No. 8053] entered in the above-captioned case on June 20, 2020, heard in the United States District Court for the Northern District of California pursuant to 28 USC § 158(c)(1)(B).

Dated: July 28, 2020

BROWN RUDNICK LLP

Joel S. Miliband (SBN 077438)
(JMiliband@brownrudnick.com)
2211 Michelson Drive
Seventh Floor
Irvine, California 92612
Telephone:  (949) 752-7100
Facsimile:  (949) 252-1514

and

BROWN RUDNICK LLP
David J. Molton (SBN 262075)
(DMolton@brownrudnick.com)
Seven Times Square
New York, New York 10036
Telephone:  (212) 209-4800
Facsimile:  (212) 209-4801

*Counsel for Fire Victim Trustee*