VENABLE LLP
Melissa C. McLaughlin (SBN 273619)
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901

VENABLE LLP
Darek S. Bushnaq (PHV application forthcoming)
Jessica Dillon (PHV application forthcoming)
750 E. Pratt Street, Suite 900
Baltimore, MD 21202
Telephone: (410) 244-7700
Facsimile: (410) 244-7742

Attorneys for Creditor
MICRO FOCUS SOFTWARE LLC

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA -

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>-and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors.<br><br>*All papers shall be filed in the Lead Case No. 19-3088(DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br><br>(Jointly Administered)<br><br>**NOTICE OF WITHDRAWAL OF OBJECTION OF MICRO FOCUS SOFTWARE LLC TO DEBTORS' NOTICE OF PROPOSED ASSUMPTION OF EXECUTORY CONTRACTS AND PROPOSED CURE AMOUNTS**<br><br>RE: Docket 7319 |

49673624

| | |
|---|---|
| 1 | **PLEASE TAKE NOTICE** that Micro Focus Software LLC, formerly known as EntIT |
| 2 | Software LLC ("Micro Focus"), hereby withdraws the *Objection of Micro Focus Software LLC* |
| 3 | *to Debtors' Notice of Proposed Assumption of Executory Contracts and Proposed Cure* |
| 4 | *Amounts* [Docket No. 7319] filed on May 15, 2020. |

Dated: July 28, 2020                            Respectfully submitted,

VENABLE LLP
*/s/ Melissa C. McLaughlin*
Melissa C. McLaughlin
Darek S. Bushnaq (PHV application forthcoming)
Jessica Dillon (PHV application forthcoming)

*Attorneys for Micro Focus Software LLC*

**VENABLE LLP**
2049 CENTURY PARK EAST, #2300
LOS ANGELES, CALIFORNIA 90067
(310) 229-9900