VENABLE LLP
Melissa C. McLaughlin (SBN 273619)
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901

VENABLE LLP
Darek S. Bushnaq (PHV application forthcoming)
Jessica Dillon (PHV application forthcoming)
750 E. Pratt Street, Suite 900
Baltimore, MD 21202
Telephone: (410) 244-7700
Facsimile: (410) 244-7742

Attorneys for Creditor
MICRO FOCUS SOFTWARE LLC

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA -

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>-and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors.<br><br>*All papers shall be filed in the Lead Case No. 19-3088(DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br><br>(Jointly Administered)<br><br>**CERTIFICATE OF SERVICE FOR NOTICE OF WITHDRAWAL OF OBJECTION OF MICRO FOCUS SOFTWARE LLC TO DEBTORS' NOTICE OF PROPOSED ASSUMPTION OF EXECUTORY CONTRACTS AND PROPOSED CURE AMOUNTS** |

49674131

At the time of service, I was over the age of 18 and not a party to this action. My business address is 2049 Century Park East, #2300, Los Angeles, California 90067. On July 28, 2020, I served the following document(s) **NOTICE OF WITHDRAWAL OF OBJECTION OF MICRO FOCUS SOFTWARE LLC TO DEBTORS' NOTICE OF PROPOSED ASSUMPTION OF EXECUTORY CONTRACTS AND PROPOSED CURE AMOUNTS** on the person(s) below, as follows:

**BY NOTICE OF ELECTRONIC FILING:** The above-referenced document(s) will be served by the court via email and hyperlink to the document to all parties receiving CM/ECF notices in this case.

**BY EMAIL** On **July 28, 2020** I served the above-referenced document(s) in electronic PDF format as an attachment to an email addressed to the person(s) on whom such document(s) is/are to be served at the email address(es) shown below and I did not receive an email response upon sending such email indicating that such email was not delivered.

| **Stephen Karotkin**<br>Weil, Gotshal & Manges LLP<br>stephen.karotkin@weil.com<br>*Counsel to Debtor* | **Jessica Liou**<br>Weil, Gotshal & Manges LLP<br>jessica.liou@weil.com<br>*Counsel to Debtor* |
|---|---|
| **Matthew Goren**<br>Weil, Gotshal & Manges LLP<br>matthew.goren@weil.com<br>*Counsel to Debtor* | **Tom Schinckel**<br>Weil, Gotshal & Manges LLP<br>tom.schinckel@weil.com<br>*Counsel to Debtor* |
| **Bruce S. Bennett**<br>Jones Day<br>bbennett@jonesday.com<br>*Counsel for the Shareholder Proponents* | |

**BY MAIL** I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. The addresses shown below are the same as shown on the envelope. The envelope was placed for deposit in the United States Postal Service at Venable LLP in Los Angeles, California on **July 28, 2020**. The

envelope was sealed and placed for collection and mailing with first-class prepaid postage on this date following ordinary business practices.

| | |
|---|---|
| **PG&E Corporation and Pacific Gas and Electric Company**<br>Attn: Janet Loduca, Esq.<br>PO Box 770000<br>77 Beale Street<br>San Francisco, CA 94105<br>*Debtor* | **Erez E. Gilad**<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Ln.<br>New York, NY 10038-4982<br>*Counsel for the Administrative Agent* |
| **Matthew G. Garofalo**<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Ln.<br>New York, NY 10038-4982<br>*Counsel for the Administrative Agent* | **Eli J. Vonnegut**<br>Davis Polk and Wardwell LLP<br>450 Lexington Ave.<br>New York, NY 10017<br>*Counsel for the Collateral Agent* |
| **David Schiff**<br>Davis Polk and Wardwell LLP<br>450 Lexington Ave.<br>New York, NY 10017<br>*Counsel for the Collateral Agent* | **Timothy Graulich**<br>Davis Polk and Wardwell LLP<br>450 Lexington Ave.<br>New York, NY 10017<br>*Counsel for the Collateral Agent* |
| **Brian S. Hermann**<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>*Counsel to the California Public Utilities Commission* | **Sean A. Mitchell**<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas,<br>New York, NY 10019-6064<br>*Counsel to the California Public Utilities Commission* |
| **Walter R. Rieman**<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>*Counsel to the California Public Utilities Commission* | **Neal P. Donnelly**<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas,<br>New York, NY 10019-6064<br>*Counsel to the California Public Utilities Commission* |
| **Office of the United States Trustee**<br>James L. Snyder<br>450 Golden Gate Avenue, 5th Floor<br>Suite #05-0153<br>San Francisco, CA 94102 | **U.S. Department of Justice**<br>Attn: Danielle A. Pham<br>1100 L Street, NW, Room 7106<br>Washington DC 20005<br>*Counsel for United States on behalf of the Federal Energy Regulatory Commission* |

| U.S. Nuclear Regulatory Commission<br>Washington, DC 20555-0001<br>Attn: General Counsel | Paul S. Aronzon<br>Milbank LLP<br>2029 Century Park East, 33rd Fl.<br>Los Angeles, CA 90067<br>*Official Committee of Unsecured Creditors* |
|---|---|

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Date: July 28, 2020

*/s/ Melissa C. McLaughlin*
Melissa C. McLaughlin

VENABLE LLP
2049 CENTURY PARK EAST, #2300
LOS ANGELES, CALIFORNIA 90067
(310) 229-9900