**EXHIBIT A**

**COMPENSATION BY PROFESSIONAL**
**MAY 1, 2020 THROUGH MAY 31, 2020**

The attorneys who rendered professional services in these chapter 11 cases during the Fee Period are:

| NAME OF PROFESSIONAL PARTNERS AND COUNSEL: | DEPARTMENT[1] | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Karotkin, Stephen | BFR | 1977 | $1,695.00 | 268.80 | $455,616.00 |
| Bond, Michael W. | Corporate | 1980 | $1,695.00 | 21.50 | $36,442.50 |
| Goldring, Stuart J. | Tax | 1984 | $1,695.00 | 85.90 | $145,600.50 |
| Slack, Richard W. | Litigation | 1987 | $1,325.00 | 150.10 | $198,882.50 |
| Pari, Joseph M. | Tax | 1988 | $1,695.00 | 54.50 | $92,377.50 |
| Wessel, Paul J. | Tax | 1988 | $1,695.00 | 10.60 | $17,967.00 |
| Pappas, Nicholas J. | Litigation | 1989 | $1,275.00 | 0.30 | $382.50 |
| Adams, Frank R. | Corporate | 1993 | $1,525.00 | 1.60 | $2,440.00 |
| Tsekerides, Theodore E. | Litigation | 1994 | $1,225.00 | 196.40 | $240,590.00 |
| Liou, Jessica | BFR | 2009 | $1,175.00 | 165.10 | $193,992.50 |
| Goslin, Thomas D. (Counsel) | Corporate | 2003 | $1,100.00 | 1.20 | $1,320.00 |
| Goren, Matthew (Counsel) | BFR | 2007 | $1,125.00 | 266.10 | $299,632.50 |
| Kramer, Kevin (Counsel) | Litigation | 2010 | $1,100.00 | 202.50 | $222,750.00 |
| Silber, Gary (Counsel) | Tax | 2011 | $1,100.00 | 57.70 | $63,470.00 |
| Swenson, Robert M. (Counsel) | Litigation | 2013 | $1,100.00 | 194.60 | $214,060.00 |
| **Total Partners and Counsel:** | | | | **1,676.90** | **$2,185,523.50** |

---

[1] BFR – Business Finance & Restructuring

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| NAME OF PROFESSIONAL ASSOCIATES: | DEPARTMENT[2] | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Friedman, Julie T. | BFR | 2003 | $625.00 | 32.00 | $20,000.00 |
| Bitter, Blake | Tax | 2011 (VA) | $1,050.00 | 92.90 | $97,545.00 |
| Minga, Jay | Litigation | 2013 | $1,050.00 | 270.60 | $284,130.00 |
| Rosenblum, Amanda | Tax | 2014 | $1,050.00 | 12.90 | $13,545.00 |
| Schinckel, Thomas Robert | BFR | 2014 (Australia) | $845.00 | 89.40 | $75,543.00 |
| Nolan, John J. | Litigation | 2015 | $1,010.00 | 175.60 | $177,356.00 |
| Brookstone, Benjamin | Tax | 2015 | $980.00 | 119.80 | $117,404.00 |
| Lane, Erik | Litigation | 2016 | $930.00 | 87.90 | $81,747.00 |
| Niles-Weed, Robert B. | Litigation | 2017 | $930.00 | 4.70 | $4,371.00 |
| McGrath, Colin | Litigation | 2017 | $845.00 | 190.70 | $161,141.50 |
| McNulty, Shawn C. | Litigation | 2017 | $845.00 | 95.50 | $80,697.50 |
| Foust, Rachael L. | BFR | 2018 | $845.00 | 293.70 | $248,176.50 |
| Carens, Elizabeth Anne | BFR | 2018 | $730.00 | 203.90 | $148,847.00 |
| Irani, Neeckaun | Litigation | 2018 | $730.00 | 82.40 | $60,152.00 |
| Evans, Steven | Litigation | 2019 | $730.00 | 113.40 | $82,782.00 |
| Green, Austin Joseph | Litigation | 2019 | $730.00 | 101.30 | $73,949.00 |
| Hayes, Emily A | Litigation | 2019 | $595.00 | 73.70 | $43,851.50 |
| Gulyako, Emily | Tax | 2020 | $595.00 | 2.20 | $1,309.00 |
| Morganelli, Brian | BFR | 2020 | $595.00 | 306.30 | $182,248.50 |
| **Total Associates:** | | | | **2,348.90** | **$1,954,795.50** |

---

[2] BFR – Business Finance & Restructuring

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| NAME OF PARAPROFESSIONALS: | DEPARTMENT[3] | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Gilchrist, Roy W. | Litigation | $400.00 | 5.50 | $2,200.00 |
| Hoilett, Leason | Litigation | $400.00 | 13.60 | $5,440.00 |
| Lee, Brian | Corporate | $400.00 | 5.00 | $2,000.00 |
| Wei, Ni | Corporate | $370.00 | 22.00 | $8,140.00 |
| Biratu, Sirak D. | Litigation | $345.00 | 4.60 | $1,587.00 |
| Peene, Travis J. | BFR | $250.00 | 63.60 | $15,900.00 |
| **Total Paraprofessionals:** | | | **114.30** | **$35,267.00** |

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $1,303.15 | 1,676.90 | $2,185,253.50 |
| Associates | $832.22 | 2,348.90 | $1,954,795.50 |
| Paraprofessionals | $308.55 | 114.30 | $35,267.00 |
| **Blended Attorney Rate** | **$1,028.38** | | |
| **Total Fees Incurred:** | | **4,140.10** | **$4,175.316.00** |

---

[3] BFR – Business Finance & Restructuring

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119