**EXHIBIT B**

**COMPENSATION BY WORK TASK CODE FOR
SERVICES RENDERED BY WEIL, GOTSHAL & MANGES LLP
FOR THE PERIOD MAY 1, 2020 THROUGH MAY 31, 2020**

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 002 | Asset Sales/ 363 Sales | 6.70 | $8,093.50 |
| 003 | Automatic Stay | 4.70 | $5,170.00 |
| 004 | Bankruptcy Litigation | 497.40 | $454,040.00 |
| 005 | Bar Date Motion/Claims Reconciliation/Claim Reconciliation Issue | 148.30 | $154,149.00 |
| 006 | Case Administration (docket updates, WIP and calendar) | 21.70 | $11,446.00 |
| 008 | Chapter 11 Plan/Plan Confirmation | 2,234.60 | $2,208,375.50 |
| 009 | Communications with Client | 4.30 | $4,015.50 |
| 010 | Corporate Governance and Board Issues | 25.50 | $34,713.50 |
| 011 | Customer, Supplier and Vendor Issues | 1.60 | $1,168.00 |
| 014 | Employee Issues | 44.50 | $53,653.50 |
| 016 | Exclusivity | 0.90 | $312.50 |
| 017 | Executory Contracts/Lease Issues | 344.20 | $309,162.00 |
| 018 | General Case Strategy (includes calls with client and team calls) | 54.50 | $56,138.50 |
| 019 | Hearings and Court Matters | 142.70 | $150,815.50 |
| 021 | Non-Bankruptcy Litigation | 25.30 | $28,804.50 |
| 024 | Reclamation/503(b)(9) | 9.30 | $7,525.00 |
| 025 | Regulatory Issues including CPUC and FERC | 14.00 | $14,337.00 |
| 026 | Retention/Billing/Fee Applications: WGM | 47.90 | $42,171.50 |
| 028 | Retention/Fee Application: Other Professionals | 1.70 | $1,235.00 |
| 030 | Tax Issues | 409.80 | $514,811.50 |
| 031 | U.S. Trustee issues/ Meetings/ Communications/ Monthly Operating | 0.30 | $337.50 |
| 035 | Real Estate and Real Property Issues | 86.80 | $100,426.00 |
| 037 | Insurance Issues | 13.40 | $14,415.00 |
| **Total:** | | **4,140.10** | **$4,175,316.00** |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119