**EXHIBIT C**

**EXPENSE SUMMARY**
**FOR THE PERIOD MAY 1, 2020 THROUGH MAY 31, 2020**

| **EXPENSES** | **AMOUNTS** |
|---|---|
| Air Courier/Express Mail | $56.54 |
| Computerized Research | $28,265.05 |
| Court Telephone Call | $487.00 |
| Consultants and Witness Fees | $1,520,804.82 |
| Duplicating | $11,107.10 |
| Firm Messenger Service | $894.08 |
| Real Estate Closing Costs | $25,000.00 |
| Transportation | $53.67 |
| Travel | $315.23 |
| **Total Expenses Requested:** | **$1,586,983.49** |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119