**Exhibit E**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

PG&E Corporation - Chapter 11 Cases
67615.0014
2020009182

### ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|------|-----------|----------|--------|
| 05/21/20 | Minga, Jay<br>COMPUTERIZED RESEARCH<br>PAYEE: RESTRUCTURING CONCEPTS LLC (52222-01); INVOICE#: 109877; DATE: 5/6/2020 - COMPUTERIZED LEGAL RESEARCH DATABASE USAGE - CHAPTER 11 DOCKETS (RESTRUCTURING CONCEPTS LLC) USAGE REPORT APRIL 2020. | H060 | 40390444 | 5.00 |
| 05/28/20 | Hayes, Emily A.<br>COMPUTERIZED RESEARCH<br>PAYEE: LEXISNEXIS (COURTLINK) (20379-02); INVOICE#: 3092617358; DATE: 5/1/2020 - COMPUTERIZED LEGAL RESEARCH DATABASE USAGE - LEXISNEXIS COURTLINK APRIL 2020. | H060 | 40399875 | 14.67 |
| 05/18/20 | Kramer, Kevin<br>AIR COURIER/EXPRESS MAIL<br>PAYEE: FEDERAL EXPRESS (10793-03); INVOICE#: 700634454; DATE: 5/8/2020 - FEDEX INVOICE: 700634454 INVOICE DATE:200508TRACKING #: 392562352761 SHIPMENT DATE: 20200505 SENDER: KEVIN KRAMER WEIL GOTSHAL & MANGES, 767 FIFTH AVENUE, NEW YORK CITY, NY 10153 SHIP TO: ROBERT MILLER, CINCINNATI, OH 45242 | H071 | 40387262 | 22.44 |
| 05/11/20 | Schinckel, Thomas Robert<br>FIRM MESSENGER SERVICE<br>PAYEE: SKYLINE CREDIT SERVICES LLC (12217-02); INVOICE#: 5823793; DATE: 5/1/2020 - TAXI CHARGES FOR 2020-05-01 INVOICE #5823793XT955787 TOM SCHINCKEL F230 RIDE DATE: 2020-04-25 FROM: 767 5TH AVENUE, MANHATTAN, NY TO: MANHATTAN, NY | H073 | 40383344 | 39.07 |
| 05/11/20 | Liou, Jessica<br>FIRM MESSENGER SERVICE<br>PAYEE: SKYLINE CREDIT SERVICES LLC (12217-02); INVOICE#: 5823793; DATE: 5/1/2020 - TAXI CHARGES FOR 2020-05-01 INVOICE #582379314602 JESSICA LIOU 5482 RIDE DATE: 2020-04-28 FROM: 767 5TH AVENUE, MANHATTAN, NY TO: JACKSON HEIGHTS, NY | H073 | 40383360 | 64.82 |

PG&E Corporation - Chapter 11 Cases
67615.0014
2020009182

### ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|------|-----------|----------|--------|
| 05/11/20 | Morganelli, Brian | H073 | 40383374 | 54.04 |
| | FIRM MESSENGER SERVICE | | | |
| | PAYEE: SKYLINE CREDIT SERVICES LLC (12217-02); INVOICE#: 5823793; DATE: 5/1/2020 - TAXI CHARGES FOR 2020-05-01 INVOICE #582379314603 BRIAN MORGANELLI E642 RIDE DATE: 2020-04-28 FROM: 767 5 AVE, MANHATTAN, NY TO: MANHATTAN, NY | | | |
| 05/18/20 | Liou, Jessica | H073 | 40387830 | 64.29 |
| | FIRM MESSENGER SERVICE | | | |
| | PAYEE: SKYLINE CREDIT SERVICES LLC (12217-02); INVOICE#: 5824872; DATE: 5/8/2020 - TAXI CHARGES FOR 2020-05-08 INVOICE #5824872972175 JESSICA LIOU 5482 RIDE DATE: 2020-04-28 FROM: 767 5TH AVENUE, MANHATTAN, NY TO: JACKSON HEIGHTS, NY | | | |
| 05/18/20 | Foust, Rachael L. | H073 | 40387836 | 62.65 |
| | FIRM MESSENGER SERVICE | | | |
| | PAYEE: SKYLINE CREDIT SERVICES LLC (12217-02); INVOICE#: 5824872; DATE: 5/8/2020 - TAXI CHARGES FOR 2020-05-08 INVOICE #5824872XT910515 RACHAEL L FOUST E088 RIDE DATE: 2020-04-28 FROM: 767 5TH AVENUE, MANHATTAN, NY TO: MANHATTAN, NY | | | |
| 05/18/20 | Morganelli, Brian | H073 | 40387857 | 40.10 |
| | FIRM MESSENGER SERVICE | | | |
| | PAYEE: SKYLINE CREDIT SERVICES LLC (12217-02); INVOICE#: 5824872; DATE: 5/8/2020 - TAXI CHARGES FOR 2020-05-08 INVOICE #582487210432 BRIAN MORGANELLI E642 RIDE DATE: 2020-04-28 FROM: 767 5TH AVENUE, MANHATTAN, NY TO: MANHATTAN, NY | | | |
| 05/18/20 | Foust, Rachael L. | H073 | 40387868 | 42.15 |
| | FIRM MESSENGER SERVICE | | | |
| | PAYEE: SKYLINE CREDIT SERVICES LLC (12217-02); INVOICE#: 5824872; DATE: 5/8/2020 - TAXI CHARGES FOR 2020-05-08 INVOICE #5824872942496 RACHAEL L FOUST E088 RIDE DATE: 2020-04-28 FROM: 767 5TH AVENUE, MANHATTAN, NY TO: MANHATTAN, NY | | | |

PG&E Corporation - Chapter 11 Cases
67615.0014
2020009182

## ITEMIZED DISBURSEMENTS

| DATE | NAME DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|------|-----------|----------|--------|
| 05/19/20 | Swenson, Robert M. | H073 | 40388789 | 60.60 |
| | FIRM MESSENGER SERVICE | | | |
| | PAYEE: XYZ (37976-01); INVOICE#: 1701490; DATE: 5/13/2020 - TAXI CHARGES FOR 2020-05-13 INVOICE #170149050701193 ROBERT M SWENSON 6198 RIDE DATE: 2020-05-07 FROM: 767 5 AVE, MANHATTAN, NY TO: BROOKLYN, NY | | | |
| 05/28/20 | Peene, Travis J. | H073 | 40399440 | 42.15 |
| | FIRM MESSENGER SERVICE | | | |
| | PAYEE: SKYLINE CREDIT SERVICES LLC (12217-02); INVOICE#: 5826455; DATE: 5/22/2020 - TAXI CHARGES FOR 2020-05-22 INVOICE #5826455679219 TRAVIS J PEENE E424 RIDE DATE: 2020-05-16 | | | |
| 05/28/20 | Peene, Travis J. | H073 | 40399444 | 39.08 |
| | FIRM MESSENGER SERVICE | | | |
| | PAYEE: SKYLINE CREDIT SERVICES LLC (12217-02); INVOICE#: 5826455; DATE: 5/22/2020 - TAXI CHARGES FOR 2020-05-22 INVOICE #5826455945241 TRAVIS J PEENE E424 RIDE DATE: 2020-05-17 | | | |
| 05/28/20 | Peene, Travis J. | H073 | 40399445 | 40.10 |
| | FIRM MESSENGER SERVICE | | | |
| | PAYEE: SKYLINE CREDIT SERVICES LLC (12217-02); INVOICE#: 5826455; DATE: 5/22/2020 - TAXI CHARGES FOR 2020-05-22 INVOICE #5826455982138 TRAVIS J PEENE E424 RIDE DATE: 2020-05-16 | | | |
| 05/28/20 | Peene, Travis J. | H073 | 40399459 | 186.80 |
| | FIRM MESSENGER SERVICE | | | |
| | PAYEE: SKYLINE CREDIT SERVICES LLC (12217-02); INVOICE#: 5826455; DATE: 5/22/2020 - TAXI CHARGES FOR 2020-05-22 INVOICE #5826455XT776057 TRAVIS J PEENE E424 RIDE DATE: 2020-05-16 | | | |
| 05/28/20 | Peene, Travis J. | H073 | 40399460 | 58.55 |
| | FIRM MESSENGER SERVICE | | | |
| | PAYEE: SKYLINE CREDIT SERVICES LLC (12217-02); INVOICE#: 5826455; DATE: 5/22/2020 - TAXI CHARGES FOR 2020-05-22 INVOICE #58264559379 TRAVIS J PEENE E424 RIDE DATE: 2020-05-16 | | | |

PG&E Corporation - Chapter 11 Cases
67615.0014
2020009182

### ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|------|-----------|----------|--------|
| 05/28/20 | Peene, Travis J.<br>FIRM MESSENGER SERVICE<br>PAYEE: SKYLINE CREDIT SERVICES LLC (12217-02); INVOICE#: 5826455; DATE: 5/22/2020 - TAXI CHARGES FOR 2020-05-22 INVOICE #5826455936567 TRAVIS J PEENE E424 RIDE DATE: 2020-05-16 | H073 | 40399467 | 60.60 |
| 05/28/20 | Peene, Travis J.<br>FIRM MESSENGER SERVICE<br>PAYEE: SKYLINE CREDIT SERVICES LLC (12217-02); INVOICE#: 5826455; DATE: 5/22/2020 - TAXI CHARGES FOR 2020-05-22 INVOICE #5826455XT776058 TRAVIS J PEENE E424 RIDE DATE: 2020-05-16 | H073 | 40399480 | 39.08 |
| 05/19/20 | Karotkin, Stephen<br>TRAVEL<br>INVOICE#: CREX4150001505191333; DATE: 5/19/2020 - DINNER,  MAR 11, 2020 - TRAVELED TO SAN FRANCISCO FOR PG&E HEARINGS (5 PEOPLE). | H084 | 40388441 | 315.23 |
| 06/29/20 | Slack, Richard W.<br>CONSULTANTS AND WITNESS FEES<br>PAYEE: COMPASS LEXECON LLC (10651-01); INVOICE#: 7550906; DATE: 06/19/2020 - PROFESSIONAL SERVICES, COMPUTER AND DATABASE CHARGES FOR MAY 2020. | H102 | 40422028 | 1,520,804.82 |
| 05/05/20 | Kramer, Kevin<br>TRANSPORTATION - LEGAL/OVERTIME<br>INVOICE#: CREX4143839305051306; DATE: 5/5/2020 - OVERTIME TAXI/CAR,  MAR 11, 2020 - LOCAL TAXI | H163 | 40377368 | 12.96 |
| 05/05/20 | Kramer, Kevin<br>TRANSPORTATION - LEGAL/OVERTIME<br>INVOICE#: CREX4143839305051306; DATE: 5/5/2020 - OVERTIME TAXI/CAR,  MAR 03, 2020 - LOCAL TAXI | H163 | 40377369 | 12.96 |

PG&E Corporation - Chapter 11 Cases
67615.0014
2020009182

**ITEMIZED DISBURSEMENTS**

| DATE | NAME DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|------------------|-----------|----------|--------|
| 05/05/20 | Kramer, Kevin | H163 | 40377370 | 14.80 |
| | TRANSPORTATION - LEGAL/OVERTIME | | | |
| | INVOICE#: CREX4143839305051306; DATE: 5/5/2020 - OVERTIME TAXI/CAR,  MAR 04, 2020 - LOCAL TAXI | | | |
| 05/05/20 | Kramer, Kevin | H163 | 40377371 | 12.95 |
| | TRANSPORTATION - LEGAL/OVERTIME | | | |
| | INVOICE#: CREX4143839305051306; DATE: 5/5/2020 - OVERTIME TAXI/CAR,  MAR 06, 2020 - LOCAL TAXI | | | |
| 05/31/20 | Tsekerides, Theodore E. | H192 | 40403632 | 25,000.00 |
| | REAL ESTATE CLOSING COSTS | | | |
| | PAYEE: INTEGRA REALTY RESOURCES - HOUSTON (54281-01); INVOICE#: 184-2020-0520; DATE: 05/21/2020 - EXPERT ADVICE. | | | |
| 05/27/20 | Minga, Jay | S010 | 40395805 | 2,900.00 |
| | DUPLICATING | | | |
| | 5800 DUPLICATING - COLOR COPIES IN NEW YORK CITY ON 05/23/2020 22:02PM FROM UNIT 13 | | | |
| 05/20/20 | WGM, Firm | S011 | 40390168 | 338.50 |
| | DUPLICATING | | | |
| | 677 COLOR PRINT(S) MADE IN NEW YORK BETWEEN 05/15/2020 TO 05/18/2020 | | | |
| 05/27/20 | WGM, Firm | S011 | 40395905 | 2,494.00 |
| | DUPLICATING | | | |
| | 4988 COLOR PRINT(S) MADE IN NEW YORK BETWEEN 05/21/2020 TO 05/23/2020 | | | |
| 05/04/20 | WGM, Firm | S017 | 40379750 | 0.40 |
| | DUPLICATING | | | |
| | 4 PHOTOCOPY(S) MADE IN NEW YORK CITY BETWEEN 04/28/2020 TO 04/28/2020 | | | |

PG&E Corporation - Chapter 11 Cases
67615.0014
2020009182

### ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|---------------------|-----------|----------|--------|
| 05/18/20 | WGM, Firm<br>DUPLICATING<br>39843 PHOTOCOPY(S) MADE IN NEW YORK CITY BETWEEN 05/15/2020 TO 05/17/2020 | S017 | 40387702 | 3,984.30 |
| 05/25/20 | WGM, Firm<br>DUPLICATING<br>13558 PHOTOCOPY(S) MADE IN NEW YORK CITY BETWEEN 05/23/2020 TO 05/23/2020 | S017 | 40395757 | 1,355.80 |
| 05/27/20 | Minga, Jay<br>DOCUMENT BINDING<br>1 DOCUMENT BINDING IN NEW YORK CITY ON 05/26/2020 07:47AM FROM UNIT 10 | S018 | 40395801 | 1.70 |
| 05/27/20 | Minga, Jay<br>3 RING BINDER 1" TO 3"<br>1 3 RING BINDER 1" TO 3" IN NEW YORK CITY ON 05/23/2020 11:57AM FROM UNIT 13 | S019 | 40395784 | 3.00 |
| 05/27/20 | Minga, Jay<br>3 RING BINDER 1" TO 3"<br>1 3 RING BINDER 1" TO 3" IN NEW YORK CITY ON 05/25/2020 15:18PM FROM UNIT 10 | S019 | 40395788 | 3.00 |
| 05/27/20 | Minga, Jay<br>3 RING BINDER 1" TO 3"<br>2 3 RING BINDER 1" TO 3" IN NEW YORK CITY ON 05/23/2020 22:02PM FROM UNIT 13 | S019 | 40395804 | 6.00 |
| 05/27/20 | Bui, Michelle<br>3 RING BINDER 1" TO 3"<br>1 3 RING BINDER 1" TO 3" IN SILICON VALLEY ON 05/26/2020 16:19PM FROM UNIT 03 | S019 | 40395806 | 3.00 |
| 05/27/20 | Foust, Rachael L.<br>3 RING BINDER 1" TO 3"<br>5 3 RING BINDER 1" TO 3" IN NEW YORK CITY ON 05/23/2020 16:19PM FROM UNIT 03 | S019 | 40395810 | 15.00 |

PG&E Corporation - Chapter 11 Cases
67615.0014
2020009182

### ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| 05/14/20 | Hayes, Emily A.<br>COMPUTERIZED RESEARCH<br>SV WESTLAW - HAYES,EMILY 04/25/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 10 | S061 | 40386301 | 43.58 |
| 05/14/20 | Irani, Neeckaun<br>COMPUTERIZED RESEARCH<br>SV WESTLAW - IRANI,NEECKAUN 04/22/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 22 | S061 | 40386317 | 97.41 |
| 05/14/20 | Hayes, Emily A.<br>COMPUTERIZED RESEARCH<br>SV WESTLAW - HAYES,EMILY 04/30/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 30 | S061 | 40386327 | 61.10 |
| 05/14/20 | Irani, Neeckaun<br>COMPUTERIZED RESEARCH<br>SV WESTLAW - IRANI,NEECKAUN 04/23/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 150 | S061 | 40386330 | 954.92 |
| 05/14/20 | Hayes, Emily A.<br>COMPUTERIZED RESEARCH<br>SV WESTLAW - HAYES,EMILY 04/29/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 30 | S061 | 40386335 | 43.58 |
| 05/14/20 | Irani, Neeckaun<br>COMPUTERIZED RESEARCH<br>SV WESTLAW - IRANI,NEECKAUN 04/30/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 44 | S061 | 40386344 | 422.56 |

PG&E Corporation - Chapter 11 Cases
67615.0014
2020009182

### ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|------|-----------|----------|--------|
| 05/14/20 | Hayes, Emily A.<br>COMPUTERIZED RESEARCH<br>SV WESTLAW - HAYES,EMILY 04/23/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 25 | S061 | 40386375 | 15.27 |
| 05/14/20 | Irani, Neeckaun<br>COMPUTERIZED RESEARCH<br>SV WESTLAW - IRANI,NEECKAUN 04/29/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 15 | S061 | 40386401 | 143.77 |
| 05/14/20 | McNulty, Shawn C.<br>COMPUTERIZED RESEARCH<br>SV WESTLAW - BARRY,LUCI 04/03/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 1 | S061 | 40386423 | 15.27 |
| 05/14/20 | Hayes, Emily A.<br>COMPUTERIZED RESEARCH<br>SV WESTLAW - HAYES,EMILY 04/26/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 17 | S061 | 40386463 | 61.10 |
| 05/14/20 | Irani, Neeckaun<br>COMPUTERIZED RESEARCH<br>SV WESTLAW - IRANI,NEECKAUN 04/21/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 62 | S061 | 40386465 | 128.82 |
| 05/14/20 | Hayes, Emily A.<br>COMPUTERIZED RESEARCH<br>SV WESTLAW - HAYES,EMILY 04/24/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 57 | S061 | 40386467 | 61.10 |

PG&E Corporation - Chapter 11 Cases
67615.0014
2020009182

## ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|------|-----------|----------|--------|
| 05/22/20 | Bitter, Blake<br>COMPUTERIZED RESEARCH<br>DC WESTLAW - BITTER,BLAKE 04/03/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 13 | S061 | 40392251 | 152.41 |
| 05/22/20 | Bitter, Blake<br>COMPUTERIZED RESEARCH<br>DC WESTLAW - BITTER,BLAKE 04/15/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 5 | S061 | 40392258 | 16.93 |
| 05/22/20 | Bitter, Blake<br>COMPUTERIZED RESEARCH<br>DC WESTLAW - BITTER,BLAKE 04/09/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 27 | S061 | 40392288 | 251.54 |
| 05/22/20 | Bitter, Blake<br>COMPUTERIZED RESEARCH<br>DC WESTLAW - BITTER,BLAKE 04/06/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 54 | S061 | 40392327 | 379.56 |
| 05/22/20 | Bitter, Blake<br>COMPUTERIZED RESEARCH<br>DC WESTLAW - BITTER,BLAKE 04/04/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 9 | S061 | 40392329 | 84.67 |
| 05/22/20 | Bitter, Blake<br>COMPUTERIZED RESEARCH<br>DC WESTLAW - BITTER,BLAKE 04/07/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 27 | S061 | 40392332 | 237.09 |

PG&E Corporation - Chapter 11 Cases
67615.0014
2020009182

### ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|---------------------|-----------|----------|--------|
| 05/22/20 | Bitter, Blake<br>COMPUTERIZED RESEARCH<br>DC WESTLAW - BITTER,BLAKE 04/08/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 19 | S061 | 40392335 | 48.32 |
| 05/22/20 | Bitter, Blake<br>COMPUTERIZED RESEARCH<br>DC WESTLAW - BITTER,BLAKE 04/24/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 6 | S061 | 40392346 | 33.87 |
| 05/22/20 | Bitter, Blake<br>COMPUTERIZED RESEARCH<br>DC WESTLAW - BITTER,BLAKE 04/13/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 15 | S061 | 40392348 | 79.70 |
| 05/22/20 | Bitter, Blake<br>COMPUTERIZED RESEARCH<br>DC WESTLAW - BITTER,BLAKE 04/10/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 25 | S061 | 40392391 | 260.18 |
| 05/26/20 | Brookstone, Benjamin<br>COMPUTERIZED RESEARCH<br>INTELLIGIZE USAGE REPORT - APRIL 2020 | S061 | 40395144 | 39.31 |
| 05/27/20 | Hayes, Emily A.<br>COMPUTERIZED RESEARCH<br>SILICON VALLEY PACER SERVICE CENTER CHARGED 4/1/2020-4/30/2020 | S061 | 40395407 | 0.80 |
| 05/27/20 | Minga, Jay<br>COMPUTERIZED RESEARCH<br>NY PACER SERVICE CENTER CHARGED 4/1/2020-4/30/2020 | S061 | 40396481 | 18.00 |

PG&E Corporation - Chapter 11 Cases
67615.0014
2020009182

## ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|------|-----------|----------|--------|
| 05/27/20 | Lee, Kathleen Anne<br>COMPUTERIZED RESEARCH<br>NY PACER SERVICE CENTER CHARGED 4/1/2020-4/30/2020 | S061 | 40396487 | 30.40 |
| 05/27/20 | Altman-DeSole, Jacob<br>COMPUTERIZED RESEARCH<br>NY PACER SERVICE CENTER CHARGED 4/1/2020-4/30/2020 | S061 | 40396508 | 30.40 |
| 05/27/20 | Nolan, John J.<br>COMPUTERIZED RESEARCH<br>NY PACER SERVICE CENTER CHARGED 4/1/2020-4/30/2020 | S061 | 40396516 | 6.10 |
| 05/27/20 | Evans, Steven<br>COMPUTERIZED RESEARCH<br>NY PACER SERVICE CENTER CHARGED 4/1/2020-4/30/2020 | S061 | 40396667 | 6.10 |
| 05/27/20 | McGrath, Colin<br>COMPUTERIZED RESEARCH<br>NY PACER SERVICE CENTER CHARGED 4/1/2020-4/30/2020 | S061 | 40396671 | 0.70 |
| 05/27/20 | Peene, Travis J.<br>COMPUTERIZED RESEARCH<br>NY PACER SERVICE CENTER CHARGED 4/1/2020-4/30/2020 | S061 | 40396743 | 61.70 |
| 05/27/20 | Gilchrist, Roy W.<br>COMPUTERIZED RESEARCH<br>NY PACER SERVICE CENTER CHARGED 4/1/2020-4/30/2020 | S061 | 40396791 | 14.70 |
| 05/27/20 | Lane, Erik<br>COMPUTERIZED RESEARCH<br>NY PACER SERVICE CENTER CHARGED 4/1/2020-4/30/2020 | S061 | 40396794 | 0.60 |

PG&E Corporation - Chapter 11 Cases
67615.0014
2020009182

**ITEMIZED DISBURSEMENTS**

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|------|-----------|----------|--------|
| 05/27/20 | Morganelli, Brian<br>COMPUTERIZED RESEARCH<br>NY PACER SERVICE CENTER CHARGED 4/1/2020-4/30/2020 | S061 | 40396795 | 14.30 |
| 05/27/20 | Minga, Jay<br>COMPUTERIZED RESEARCH<br>NY PACER SERVICE CENTER CHARGED 4/1/2020-4/30/2020 | S061 | 40396834 | 71.30 |
| 05/27/20 | Kramer, Kevin<br>COMPUTERIZED RESEARCH<br>NY PACER SERVICE CENTER CHARGED 4/1/2020-4/30/2020 | S061 | 40396854 | 15.20 |
| 05/27/20 | Goren, Matthew<br>COMPUTERIZED RESEARCH<br>NY PACER SERVICE CENTER CHARGED 4/1/2020-4/30/2020 | S061 | 40396868 | 0.90 |
| 05/28/20 | Schinckel, Thomas Robert<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - SCHINCKEL,TOM 04/26/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 8 | S061 | 40397162 | 31.03 |
| 05/28/20 | Schinckel, Thomas Robert<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - SCHINCKEL,TOM 04/02/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 88 | S061 | 40397166 | 385.57 |
| 05/28/20 | Brookstone, Benjamin<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - BROOKSTONE,BENJAMIN 04/15/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 2 | S061 | 40397167 | 25.29 |

PG&E Corporation - Chapter 11 Cases
67615.0014
2020009182

### ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|------|-----------|----------|--------|
| 05/28/20 | Brookstone, Benjamin<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - BROOKSTONE,BENJAMIN 04/13/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 7 | S061 | 40397170 | 16.74 |
| 05/28/20 | Brookstone, Benjamin<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - BROOKSTONE,BENJAMIN 04/14/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 9 | S061 | 40397174 | 50.58 |
| 05/28/20 | Schinckel, Thomas Robert<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - SCHINCKEL,TOM 04/04/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 10 | S061 | 40397175 | 33.49 |
| 05/28/20 | Schinckel, Thomas Robert<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - SCHINCKEL,TOM 04/14/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 123 | S061 | 40397176 | 298.92 |
| 05/28/20 | Brookstone, Benjamin<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - BROOKSTONE,BENJAMIN 04/24/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 5 | S061 | 40397177 | 25.29 |
| 05/28/20 | Goren, Matthew<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - GOREN,MATTHEW 04/01/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 2 | S061 | 40397178 | 16.74 |

PG&E Corporation - Chapter 11 Cases
67615.0014
2020009182

## ITEMIZED DISBURSEMENTS

| DATE | NAME DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|------------------|-----------|----------|--------|
| 05/28/20 | Goren, Matthew<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - GOREN,MATTHEW 04/27/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 12 | S061 | 40397183 | 117.20 |
| 05/28/20 | Kramer, Kevin<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - KRAMER,KEVIN 04/15/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 16 | S061 | 40397187 | 184.18 |
| 05/28/20 | Kramer, Kevin<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - KRAMER,KEVIN 04/18/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 2 | S061 | 40397188 | 31.03 |
| 05/28/20 | Minga, Jay<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - CARMANT,MARIE J 04/09/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 2 | S061 | 40397195 | 33.49 |
| 05/28/20 | Minga, Jay<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - MINGA,JAY 04/07/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 33 | S061 | 40397199 | 145.30 |
| 05/28/20 | Minga, Jay<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - MINGA,JAY 04/23/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 33 | S061 | 40397200 | 28.57 |

Weil, Gotshal & Manges LLP

PG&E Corporation - Chapter 11 Cases
67615.0014
2020009182

**ITEMIZED DISBURSEMENTS**

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|------|-----------|----------|--------|
| 05/28/20 | Minga, Jay<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - MINGA,JAY 04/15/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 125 | S061 | 40397201 | 98.00 |
| 05/28/20 | Minga, Jay<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - MINGA,JAY 04/21/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 11 | S061 | 40397202 | 66.97 |
| 05/28/20 | Minga, Jay<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - MINGA,JAY 04/22/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 70 | S061 | 40397203 | 16.74 |
| 05/28/20 | Minga, Jay<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - MINGA,JAY 04/29/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 3 | S061 | 40397210 | 16.74 |
| 05/28/20 | Minga, Jay<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - BARAHONA,PHILIP I 04/04/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 3 | S061 | 40397214 | 16.74 |
| 05/28/20 | Minga, Jay<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - MINGA,JAY 04/16/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 24 | S061 | 40397215 | 33.49 |

PG&E Corporation - Chapter 11 Cases
67615.0014
2020009182

### ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|---------------------|-----------|----------|--------|
| 05/28/20 | Minga, Jay<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - MINGA,JAY 04/26/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 74 | S061 | 40397218 | 45.31 |
| 05/28/20 | Minga, Jay<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - MINGA,JAY 04/20/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 31 | S061 | 40397219 | 100.46 |
| 05/28/20 | Minga, Jay<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - MINGA,JAY 04/05/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 14 | S061 | 40397220 | 100.46 |
| 05/28/20 | Minga, Jay<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - MINGA,JAY 04/28/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 97 | S061 | 40397221 | 221.29 |
| 05/28/20 | Minga, Jay<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - MINGA,JAY 04/25/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 45 | S061 | 40397229 | 42.85 |
| 05/28/20 | Minga, Jay<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - MINGA,JAY 04/06/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 113 | S061 | 40397230 | 397.98 |

PG&E Corporation - Chapter 11 Cases
67615.0014
2020009182

### ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| 05/28/20 | Minga, Jay<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - MINGA,JAY 04/08/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 63 | S061 | 40397231 | 328.54 |
| 05/28/20 | Chan, Herbert<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - CHAN,HERBERT 04/01/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 55 | S061 | 40397235 | 66.97 |
| 05/28/20 | Brookstone, Benjamin<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - GRECO,MAXIMILIANO 04/12/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 4 | S061 | 40397236 | 50.58 |
| 05/28/20 | Green, Austin Joseph<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - GREEN,AUSTIN 04/22/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 11 | S061 | 40397239 | 33.49 |
| 05/28/20 | Green, Austin Joseph<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - GREEN,AUSTIN 04/21/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 47 | S061 | 40397241 | 100.46 |
| 05/28/20 | Green, Austin Joseph<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - GREEN,AUSTIN 04/23/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 5 | S061 | 40397242 | 16.74 |

PG&E Corporation - Chapter 11 Cases
67615.0014
2020009182

### ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| 05/28/20 | Green, Austin Joseph<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - GREEN,AUSTIN 04/28/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 50 | S061 | 40397243 | 215.20 |
| 05/28/20 | Green, Austin Joseph<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - GREEN,AUSTIN 04/26/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 31 | S061 | 40397244 | 184.18 |
| 05/28/20 | Green, Austin Joseph<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - GREEN,AUSTIN 04/27/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 47 | S061 | 40397245 | 150.69 |
| 05/28/20 | Green, Austin Joseph<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - GREEN,AUSTIN 04/20/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 16 | S061 | 40397248 | 33.49 |
| 05/28/20 | Carens, Elizabeth Anne<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - CARENS,ELIZABETH 04/18/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 2 | S061 | 40397250 | 16.74 |
| 05/28/20 | Carens, Elizabeth Anne<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - CARENS,ELIZABETH 04/04/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 3 | S061 | 40397251 | 16.74 |

PG&E Corporation - Chapter 11 Cases
67615.0014
2020009182

## ITEMIZED DISBURSEMENTS

| DATE | NAME / DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|-------------------|-----------|----------|--------|
| 05/28/20 | Carens, Elizabeth Anne<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - CARENS,ELIZABETH 04/01/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 16 | S061 | 40397256 | 114.74 |
| 05/28/20 | Carens, Elizabeth Anne<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - CARENS,ELIZABETH 04/03/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 42 | S061 | 40397259 | 244.95 |
| 05/28/20 | Carens, Elizabeth Anne<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - CARENS,ELIZABETH 04/02/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 13 | S061 | 40397260 | 50.23 |
| 05/28/20 | Evans, Steven<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - EVANS,STEVEN 04/28/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 15 | S061 | 40397263 | 100.46 |
| 05/28/20 | Evans, Steven<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - EVANS,STEVEN 04/20/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 39 | S061 | 40397267 | 262.51 |
| 05/28/20 | Evans, Steven<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - EVANS,STEVEN 04/24/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 11 | S061 | 40397268 | 47.77 |

PG&E Corporation - Chapter 11 Cases
67615.0014
2020009182

### ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|------|------|------|------|
| 05/28/20 | Evans, Steven<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - EVANS,STEVEN 04/26/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 4 | S061 | 40397273 | 33.49 |
| 05/28/20 | Evans, Steven<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - EVANS,STEVEN 04/03/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 25 | S061 | 40397277 | 184.53 |
| 05/28/20 | Evans, Steven<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - EVANS,STEVEN 04/30/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 25 | S061 | 40397278 | 228.20 |
| 05/28/20 | Evans, Steven<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - EVANS,STEVEN 04/02/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 10 | S061 | 40397281 | 50.23 |
| 05/28/20 | Evans, Steven<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - EVANS,STEVEN 04/05/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 6 | S061 | 40397283 | 50.23 |
| 05/28/20 | Evans, Steven<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - EVANS,STEVEN 04/06/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 17 | S061 | 40397284 | 50.23 |

PG&E Corporation - Chapter 11 Cases
67615.0014
2020009182

### ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|------|-----------|----------|--------|
| 05/28/20 | Evans, Steven<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - EVANS,STEVEN 04/21/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 7 | S061 | 40397291 | 50.23 |
| 05/28/20 | Evans, Steven<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - EVANS,STEVEN 04/01/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 21 | S061 | 40397292 | 117.20 |
| 05/28/20 | Evans, Steven<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - EVANS,STEVEN 04/08/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 15 | S061 | 40397299 | 133.95 |
| 05/28/20 | Evans, Steven<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - EVANS,STEVEN 04/29/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 7 | S061 | 40397303 | 33.49 |
| 05/28/20 | Blum, Alison<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - JENKINS,JAZZMINE 04/06/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 5 | S061 | 40397304 | 73.88 |
| 05/28/20 | Morganelli, Brian<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - MORGANELLI,BRIAN 04/22/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 21 | S061 | 40397311 | 5.04 |

PG&E Corporation - Chapter 11 Cases
67615.0014
2020009182

### ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|------|-----------|----------|--------|
| 05/28/20 | Morganelli, Brian<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - MORGANELLI,BRIAN 04/23/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 18 | S061 | 40397312 | 14.28 |
| 05/28/20 | Morganelli, Brian<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - MORGANELLI,BRIAN 04/08/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 1 | S061 | 40397313 | 0.47 |
| 05/28/20 | McGrath, Colin<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - MCGRATH,COLIN 04/28/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 28 | S061 | 40397314 | 109.01 |
| 05/28/20 | McGrath, Colin<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - MCGRATH,COLIN 04/21/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 27 | S061 | 40397318 | 113.69 |
| 05/28/20 | McGrath, Colin<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - MCGRATH,COLIN 04/23/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 31 | S061 | 40397319 | 23.07 |
| 05/28/20 | McGrath, Colin<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - MCGRATH,COLIN 04/30/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 9 | S061 | 40397326 | 16.74 |

PG&E Corporation - Chapter 11 Cases
67615.0014
2020009182

### ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|------|-----------|----------|--------|
| 05/28/20 | McGrath, Colin<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - MCGRATH,COLIN 04/20/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 14 | S061 | 40397327 | 35.71 |
| 05/28/20 | McGrath, Colin<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - MCGRATH,COLIN 04/24/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 37 | S061 | 40397328 | 68.38 |
| 05/28/20 | Lane, Erik<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - LANE,ERIK 04/15/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 13 | S061 | 40397329 | 124.11 |
| 05/28/20 | Lane, Erik<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - LANE,ERIK 04/23/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 48 | S061 | 40397331 | 320.11 |
| 05/28/20 | Lane, Erik<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - LANE,ERIK 04/22/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 17 | S061 | 40397332 | 169.42 |
| 05/28/20 | Lane, Erik<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - LANE,ERIK 04/21/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 14 | S061 | 40397335 | 143.31 |

PG&E Corporation - Chapter 11 Cases
67615.0014
2020009182

### ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|------|-----------|----------|--------|
| 05/28/20 | Lane, Erik<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - LANE,ERIK 04/18/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 2 | S061 | 40397339 | 16.74 |
| 05/28/20 | Lane, Erik<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - LANE,ERIK 04/09/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 4 | S061 | 40397340 | 33.49 |
| 05/28/20 | Lane, Erik<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - LANE,ERIK 04/20/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 2 | S061 | 40397347 | 33.49 |
| 05/28/20 | Lane, Erik<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - LANE,ERIK 04/16/2020 CONNECT TIME: 0:00:00 DOC/LINE(S): 0<br>TRANSACTIONS: 5 | S061 | 40397351 | 33.49 |
| 05/28/20 | Bitter, Blake<br>COMPUTERIZED RESEARCH<br>DC LEXIS - BITTER, BLAKE 04/03/2020 ACCOUNT 424YN6CXS | S061 | 40400835 | 104.19 |
| 05/28/20 | Hayes, Emily A.<br>COMPUTERIZED RESEARCH<br>SV LEXIS - HAYES, EMILY 04/25/2020 ACCOUNT 424YN6CXS | S061 | 40400865 | 48.02 |
| 05/28/20 | Hayes, Emily A.<br>COMPUTERIZED RESEARCH<br>SV LEXIS - HAYES, EMILY 04/27/2020 ACCOUNT 424YN6CXS | S061 | 40400870 | 48.51 |

PG&E Corporation - Chapter 11 Cases
67615.0014
2020009182

## ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|---------------------|-----------|----------|--------|
| 05/28/20 | Hayes, Emily A.<br>COMPUTERIZED RESEARCH<br>SV LEXIS - HAYES, EMILY 04/24/2020 ACCOUNT 424YN6CXS | S061 | 40400886 | 192.08 |
| 05/28/20 | Barry, Lucille Marie<br>COMPUTERIZED RESEARCH<br>SV LEXIS - BARRY, LUCI 04/03/2020 ACCOUNT 424YN6CXS | S061 | 40400892 | 48.02 |
| 05/28/20 | Hayes, Emily A.<br>COMPUTERIZED RESEARCH<br>SV LEXIS - HAYES, EMILY 04/27/2020 ACCOUNT 424YN6CXS | S061 | 40400896 | 192.08 |
| 05/28/20 | Wei, Ni<br>COMPUTERIZED RESEARCH<br>SV LEXIS - WEI, ANDREA 04/28/2020 ACCOUNT 424YN6CXS | S061 | 40400898 | 48.02 |
| 05/29/20 | Nolan, John J.<br>COMPUTERIZED RESEARCH<br>NY LEXIS - NOLAN, JACK 04/21/2020 ACCOUNT 424YN6CXS | S061 | 40400924 | 476.26 |
| 05/29/20 | Nolan, John J.<br>COMPUTERIZED RESEARCH<br>NY LEXIS - NOLAN, JACK 04/27/2020 ACCOUNT 424YN6CXS | S061 | 40400927 | 423.34 |
| 05/29/20 | Evans, Steven<br>COMPUTERIZED RESEARCH<br>NY LEXIS - EVANS, STEVEN 04/02/2020 ACCOUNT 424YN6CXS | S061 | 40400948 | 28.33 |
| 05/29/20 | Minga, Jay<br>COMPUTERIZED RESEARCH<br>NY LEXIS - MINGA, JAY 04/28/2020 ACCOUNT 424YN6CXS | S061 | 40400984 | 52.92 |

PG&E Corporation - Chapter 11 Cases
67615.0014
2020009182

### ITEMIZED DISBURSEMENTS

| DATE | NAME DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|------------------|-----------|----------|--------|
| 05/29/20 | Evans, Steven COMPUTERIZED RESEARCH NY LEXIS - EVANS, STEVEN 04/30/2020 ACCOUNT 424YN6CXS | S061 | 40400988 | 28.33 |
| 05/29/20 | Evans, Steven COMPUTERIZED RESEARCH NY LEXIS - EVANS, STEVEN 04/08/2020 ACCOUNT 424YN6CXS | S061 | 40401002 | 1,428.73 |
| 05/29/20 | Carens, Elizabeth Anne COMPUTERIZED RESEARCH NY LEXIS - CARENS, ELIZABETH 04/02/2020 ACCOUNT 424YN6CXS | S061 | 40401010 | 355.45 |
| 05/29/20 | Schinckel, Thomas Robert COMPUTERIZED RESEARCH NY LEXIS - SCHINCKEL, TOM 04/14/2020 ACCOUNT 424YN6CXS | S061 | 40401013 | 863.23 |
| 05/29/20 | Brookstone, Benjamin COMPUTERIZED RESEARCH NY LEXIS - BROOKSTONE, BENJAMIN 04/15/2020 ACCOUNT 424YN6CXS | S061 | 40401042 | 52.92 |
| 05/29/20 | Nolan, John J. COMPUTERIZED RESEARCH NY LEXIS - NOLAN, JACK 04/10/2020 ACCOUNT 424YN6CXS | S061 | 40401050 | 52.92 |
| 05/29/20 | Evans, Steven COMPUTERIZED RESEARCH NY LEXIS - EVANS, STEVEN 04/05/2020 ACCOUNT 424YN6CXS | S061 | 40401084 | 211.67 |
| 05/29/20 | Brookstone, Benjamin COMPUTERIZED RESEARCH NY LEXIS - BROOKSTONE, BENJAMIN 04/07/2020 ACCOUNT 424YN6CXS | S061 | 40401132 | 52.92 |

PG&E Corporation - Chapter 11 Cases
67615.0014
2020009182

## ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|------|-----------|----------|--------|
| 05/29/20 | Evans, Steven<br>COMPUTERIZED RESEARCH<br>NY LEXIS - EVANS, STEVEN 04/20/2020 ACCOUNT 424YN6CXS | S061 | 40401135 | 28.33 |
| 05/29/20 | Evans, Steven<br>COMPUTERIZED RESEARCH<br>NY LEXIS - EVANS, STEVEN 04/26/2020 ACCOUNT 424YN6CXS | S061 | 40401168 | 317.51 |
| 05/29/20 | Jenkins, Jazzmine<br>COMPUTERIZED RESEARCH<br>NY LEXIS - JENKINS, JAZZMINE 04/06/2020 ACCOUNT 424YN6CXS | S061 | 40401172 | 28.33 |
| 05/29/20 | Nolan, John J.<br>COMPUTERIZED RESEARCH<br>NY LEXIS - NOLAN, JACK 04/27/2020 ACCOUNT 424YN6CXS | S061 | 40401186 | 101.55 |
| 05/29/20 | Carens, Elizabeth Anne<br>COMPUTERIZED RESEARCH<br>NY LEXIS - CARENS, ELIZABETH 04/07/2020 ACCOUNT 424YN6CXS | S061 | 40401188 | 50.78 |
| 05/29/20 | Minga, Jay<br>COMPUTERIZED RESEARCH<br>NY LEXIS - MINGA, JAY 04/21/2020 ACCOUNT 424YN6CXS | S061 | 40401193 | 1,066.36 |
| 05/29/20 | Evans, Steven<br>COMPUTERIZED RESEARCH<br>NY LEXIS - EVANS, STEVEN 04/30/2020 ACCOUNT 424YN6CXS | S061 | 40401251 | 50.78 |
| 05/29/20 | Evans, Steven<br>COMPUTERIZED RESEARCH<br>NY LEXIS - EVANS, STEVEN 04/06/2020 ACCOUNT 424YN6CXS | S061 | 40401252 | 211.68 |

PG&E Corporation - Chapter 11 Cases
67615.0014
2020009182

### ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|------|-----------|----------|--------|
| 05/29/20 | Jenkins, Jazzmine<br>COMPUTERIZED RESEARCH<br>NY LEXIS - JENKINS, JAZZMINE 04/06/2020 ACCOUNT 424YN6CXS | S061 | 40401276 | 28.33 |
| 05/29/20 | Evans, Steven<br>COMPUTERIZED RESEARCH<br>NY LEXIS - EVANS, STEVEN 04/27/2020 ACCOUNT 424YN6CXS | S061 | 40401282 | 105.84 |
| 05/29/20 | Evans, Steven<br>COMPUTERIZED RESEARCH<br>NY LEXIS - EVANS, STEVEN 04/08/2020 ACCOUNT 424YN6CXS | S061 | 40401298 | 53.45 |
| 05/29/20 | Evans, Steven<br>COMPUTERIZED RESEARCH<br>NY LEXIS - EVANS, STEVEN 04/20/2020 ACCOUNT 424YN6CXS | S061 | 40401320 | 1,375.82 |
| 05/29/20 | Minga, Jay<br>COMPUTERIZED RESEARCH<br>NY LEXIS - MINGA, JAY 04/22/2020 ACCOUNT 424YN6CXS | S061 | 40401350 | 1,777.30 |
| 05/29/20 | Minga, Jay<br>COMPUTERIZED RESEARCH<br>NY LEXIS - MINGA, JAY 04/27/2020 ACCOUNT 424YN6CXS | S061 | 40401387 | 105.84 |
| 05/29/20 | Minga, Jay<br>COMPUTERIZED RESEARCH<br>NY LEXIS - MINGA, JAY 04/28/2020 ACCOUNT 424YN6CXS | S061 | 40401402 | 203.11 |
| 05/29/20 | Nolan, John J.<br>COMPUTERIZED RESEARCH<br>NY LEXIS - NOLAN, JACK 04/27/2020 ACCOUNT 424YN6CXS | S061 | 40401409 | 50.78 |

PG&E Corporation - Chapter 11 Cases
67615.0014
2020009182

### ITEMIZED DISBURSEMENTS

| DATE | NAME DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|------------------|-----------|----------|--------|
| 05/29/20 | Minga, Jay<br>COMPUTERIZED RESEARCH<br>NY LEXIS - MINGA, JAY 04/22/2020 ACCOUNT 424YN6CXS | S061 | 40401415 | 211.67 |
| 05/29/20 | Jenkins, Jazzmine<br>COMPUTERIZED RESEARCH<br>NY LEXIS - JENKINS, JAZZMINE 04/06/2020 ACCOUNT 424YN6CXS | S061 | 40401431 | 105.84 |
| 05/29/20 | Evans, Steven<br>COMPUTERIZED RESEARCH<br>NY LEXIS - EVANS, STEVEN 04/03/2020 ACCOUNT 424YN6CXS | S061 | 40401452 | 105.84 |
| 05/29/20 | Schinckel, Thomas Robert<br>COMPUTERIZED RESEARCH<br>NY LEXIS - SCHINCKEL, TOM 04/14/2020 ACCOUNT 424YN6CXS | S061 | 40401461 | 52.92 |
| 05/29/20 | Carens, Elizabeth Anne<br>COMPUTERIZED RESEARCH<br>NY LEXIS - CARENS, ELIZABETH 04/07/2020 ACCOUNT 424YN6CXS | S061 | 40401483 | 52.92 |
| 05/29/20 | Evans, Steven<br>COMPUTERIZED RESEARCH<br>NY LEXIS - EVANS, STEVEN 04/24/2020 ACCOUNT 424YN6CXS | S061 | 40401579 | 158.76 |
| 05/29/20 | Evans, Steven<br>COMPUTERIZED RESEARCH<br>NY LEXIS - EVANS, STEVEN 04/21/2020 ACCOUNT 424YN6CXS | S061 | 40401593 | 105.84 |
| 05/29/20 | Brookstone, Benjamin<br>COMPUTERIZED RESEARCH<br>NY LEXIS - BROOKSTONE, BENJAMIN 04/15/2020 ACCOUNT 424YN6CXS | S061 | 40401604 | 101.56 |

PG&E Corporation - Chapter 11 Cases
67615.0014
2020009182

### ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|------|-----------|----------|--------|
| 05/29/20 | Schinckel, Thomas Robert<br>COMPUTERIZED RESEARCH<br>NY LEXIS - SCHINCKEL, TOM 04/13/2020 ACCOUNT 424YN6CXS | S061 | 40401613 | 50.78 |
| 05/29/20 | Evans, Steven<br>COMPUTERIZED RESEARCH<br>NY LEXIS - EVANS, STEVEN 04/02/2020 ACCOUNT 424YN6CXS | S061 | 40401622 | 211.67 |
| 05/29/20 | Minga, Jay<br>COMPUTERIZED RESEARCH<br>NY LEXIS - MINGA, JAY 04/21/2020 ACCOUNT 424YN6CXS | S061 | 40401634 | 264.59 |
| 05/29/20 | Morganelli, Brian<br>COMPUTERIZED RESEARCH<br>NY LEXIS - MORGANELLI, BRIAN 04/24/2020 ACCOUNT 424YN6CXS | S061 | 40401662 | 101.56 |
| 05/29/20 | Minga, Jay<br>COMPUTERIZED RESEARCH<br>NY LEXIS - MINGA, JAY 04/22/2020 ACCOUNT 424YN6CXS | S061 | 40401669 | 963.20 |
| 05/29/20 | Evans, Steven<br>COMPUTERIZED RESEARCH<br>NY LEXIS - EVANS, STEVEN 04/02/2020 ACCOUNT 424YN6CXS | S061 | 40401680 | 101.55 |
| 05/29/20 | Evans, Steven<br>COMPUTERIZED RESEARCH<br>NY LEXIS - EVANS, STEVEN 04/28/2020 ACCOUNT 424YN6CXS | S061 | 40401689 | 1,164.16 |
| 05/29/20 | Morganelli, Brian<br>COMPUTERIZED RESEARCH<br>NY LEXIS - MORGANELLI, BRIAN 04/30/2020 ACCOUNT 424YN6CXS | S061 | 40401695 | 50.78 |

PG&E Corporation - Chapter 11 Cases
67615.0014
2020009182

### ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|------|-----------|----------|--------|
| 05/29/20 | Morganelli, Brian<br>COMPUTERIZED RESEARCH<br>NY LEXIS - MORGANELLI, BRIAN 04/23/2020 ACCOUNT 424YN6CXS | S061 | 40401710 | 152.34 |
| 05/29/20 | Schinckel, Thomas Robert<br>COMPUTERIZED RESEARCH<br>NY LEXIS - SCHINCKEL, TOM 04/04/2020 ACCOUNT 424YN6CXS | S061 | 40401729 | 355.45 |
| 05/29/20 | Evans, Steven<br>COMPUTERIZED RESEARCH<br>NY LEXIS - EVANS, STEVEN 04/01/2020 ACCOUNT 424YN6CXS | S061 | 40401730 | 1,587.48 |
| 05/29/20 | Evans, Steven<br>COMPUTERIZED RESEARCH<br>NY LEXIS - EVANS, STEVEN 04/06/2020 ACCOUNT 424YN6CXS | S061 | 40401731 | 28.33 |
| 05/29/20 | Evans, Steven<br>COMPUTERIZED RESEARCH<br>NY LEXIS - EVANS, STEVEN 04/30/2020 ACCOUNT 424YN6CXS | S061 | 40401745 | 1,005.42 |
| 05/29/20 | Evans, Steven<br>COMPUTERIZED RESEARCH<br>NY LEXIS - EVANS, STEVEN 04/29/2020 ACCOUNT 424YN6CXS | S061 | 40401749 | 264.59 |
| 05/20/20 | Kramer, Kevin<br>POSTAGE<br>NY POSTAGE 05/08/2020 NUMBER OF PIECES(S): 2 | S075 | 40389413 | 34.10 |
| 05/20/20 | WGM, Firm<br>DUPLICATING<br>2 PRINT(S) MADE IN NEW YORK BETWEEN 05/15/2020 TO 05/18/2020 | S117 | 40390187 | 0.20 |

PG&E Corporation - Chapter 11 Cases
67615.0014
2020009182

## ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|------|------|------|------|
| 05/27/20 | WGM, Firm<br>DUPLICATING<br>22 PRINT(S) MADE IN NEW YORK BETWEEN 05/21/2020 TO 05/23/2020 | S117 | 40395887 | 2.20 |
| 05/26/20 | Karotkin, Stephen<br>TELEPHONE<br>COURTCALL APPEARANCE - APP DATE - 03/25/2020 - STEPHEN KAROTKIN; COURT CALL DEBIT LEDGER FOR 4/02/2020 THROUGH 05/01/2020 | S149 | 40394318 | 35.00 |
| 05/26/20 | Slack, Richard W.<br>TELEPHONE<br>COURTCALL APPEARANCE - APP DATE - 04/14/2020 - RICHARD SLACK; COURT CALL DEBIT LEDGER FOR 4/02/2020 THROUGH 05/01/2020 | S149 | 40394323 | 56.10 |
| 05/26/20 | Stauble, Christopher A.<br>TELEPHONE<br>COURTCALL APPEARANCE - APP DATE - 04/07/2020 - CHRIS STAUBLE; COURT CALL DEBIT LEDGER FOR 4/02/2020 THROUGH 05/01/2020 | S149 | 40394324 | 56.10 |
| 05/26/20 | Stauble, Christopher A.<br>TELEPHONE<br>COURTCALL APPEARANCE - APP DATE - 04/07/2020 - CHRIS STAUBLE; COURT CALL DEBIT LEDGER FOR 4/02/2020 THROUGH 05/01/2020 | S149 | 40394329 | 56.10 |
| 05/26/20 | Stauble, Christopher A.<br>TELEPHONE<br>COURTCALL APPEARANCE - APP DATE - 04/14/2020 - CHRIS STAUBLE; COURT CALL DEBIT LEDGER FOR 4/02/2020 THROUGH 05/01/2020 | S149 | 40394330 | 56.10 |

PG&E Corporation - Chapter 11 Cases
67615.0014
2020009182

### ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| 05/26/20 | Karotkin, Stephen<br>TELEPHONE<br>COURTCALL APPEARANCE - APP DATE - 04/14/2020 - STEPHEN KAROTKIN; COURT CALL DEBIT LEDGER FOR 4/02/2020 THROUGH 05/01/2020 | S149 | 40394332 | 56.10 |
| 05/26/20 | Stauble, Christopher A.<br>TELEPHONE<br>COURTCALL APPEARANCE - APP DATE - 03/25/2020 - CHRIS STAUBLE; COURT CALL DEBIT LEDGER FOR 4/02/2020 THROUGH 05/01/2020 | S149 | 40394333 | 42.50 |
| 05/26/20 | Tsekerides, Theodore E.<br>TELEPHONE<br>COURTCALL APPEARANCE - APP DATE - 04/14/2020 - THEODORE TSEKERIDES; COURT CALL DEBIT LEDGER FOR 4/02/2020 THROUGH 05/01/2020 | S149 | 40394335 | 50.50 |
| 05/26/20 | Karotkin, Stephen<br>TELEPHONE<br>COURTCALL APPEARANCE - APP DATE - 04/07/2020 - STEPHEN KAROTKIN; COURT CALL DEBIT LEDGER FOR 4/02/2020 THROUGH 05/01/2020 | S149 | 40394336 | 78.50 |

**TOTAL DISBURSEMENTS**      **$1,586,983.49**