# EXHIBIT A

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Summary Of Hours and Discounted Fees Incurred By Professional
February 1, 2020 through February 29, 2020

| Professional Person | Position & Department | Total Billed Hours | Hourly Billing Rate | | Total Compensation |
|---|---|---|---|---|---|
| Andrei Emelianov | Director - Advisory | 9.2 | $ 550 | | $ 5,060.00 |
| Angie Liang | Associate - Advisory | 142.1 | $ 325 | | $ 46,182.50 |
| Arun Mani | Principal- Advisory | 20.0 | $ 500 | | $ 10,000.00 |
| Rama Bhaskara | Senior Specialist - Advisory | 177.3 | $ 260 | | $ 46,098.00 |
| Brittany Wang | Associate - Advisory | 4.0 | $ 425 | | $ 1,700.00 |
| Celeste Campbell | Manager - Bankruptcy | 96.6 | $ 163 | | $ 15,697.50 |
| Christopher Wong | Associate - Advisory | 9.5 | $ 325 | | $ 3,087.50 |
| Clay Gilge | Principal - Advisory | 9.5 | $ 500 | (1) | $ 4,750.00 |
| Daniel Elmblad | Manager - Advisory | 4.0 | $ 400 | (2) | $ 1,600.00 |
| David Hall | Senior Associate - Advisory | 104.0 | $ 425 | | $ 44,200.00 |
| David Ross | Manager - Advisory | 1.1 | $ 400 | | $ 440.00 |
| Eloise Pinto | Manager - Advisory | 81.9 | $ 475 | | $ 38,902.50 |
| Erik Lange | Partner - Advisory | 3.0 | $ 850 | | $ 2,550.00 |
| Erin Vanderwall | Senior Associate - Advisory | 8.6 | $ 425 | | $ 3,655.00 |
| Faisal Khaled | Senior Associate - Advisory | 83.6 | $ 425 | | $ 35,530.00 |
| farbod Farzan | Senior Associate - Advisory | 172.0 | $ 325 | | $ 55,900.00 |
| Garrett Yamada | Director - Advisory | 9.0 | $ 750 | | $ 6,750.00 |
| Gaurav Mathur | Director - Advisory | 27.0 | $ 435 | | $ 11,745.00 |
| Geno Armstrong | Partner - Advisory | 11.5 | $ 500 | | $ 5,750.00 |
| Jeffrey Kwan | Senior Associate - Advisory | 39.9 | $ 275 | | $ 10,972.50 |
| Jeffrey Strong | Manager - Advisory | 18.2 | $ 475 | | $ 8,645.00 |
| Jen Karlin | Senior Associate - Advisory | 5.5 | $ 425 | | $ 2,337.50 |
| Jonathan Boldt | Associate - Advisory | 28.4 | $ 325 | | $ 9,230.00 |
| Juan Gonzalez III | Partner - Advisory | 34.1 | $ 625 | (1) | $ 21,312.50 |
| Juanita Garza | Associate - Bankruptcy | 48.0 | $ 138 | | $ 6,600.00 |
| Kimberly Johnson | Manager - Advisory | 67.7 | $ 475 | (2) | $ 32,157.50 |
| Matt Broida | Director - Advisory | 26.9 | $ 435 | | $ 11,701.50 |
| Matthew Rice | Lead Specialist (Manager) - Advisor | 171.3 | $ 260 | | $ 44,538.00 |
| Michelle Yeung | Associate - Advisory | 68.2 | $ 325 | | $ 22,165.00 |
| Monica Plangman | Associate Director - Bankruptcy | 8.1 | $ 213 | | $ 1,721.25 |
| Nicole Tran | Senior Associate - Advisory | 74.9 | $ 425 | | $ 31,832.50 |
| Rachel Wagner-Kaiser | Manager - Advisory | 57.0 | $ 475 | | $ 27,075.00 |
| Rob Villegas | Manager - Advisory | 27.7 | $ 260 | | $ 7,202.00 |
| Rohan Prasad | Senior Associate - Advisory | 32.6 | $ 325 | (2) | $ 10,595.00 |
| Rohit Nagdeo | Lead Specialist (Manager) - Advisor | 192.5 | $ 260 | | $ 50,050.00 |
| Ryan Tuggle | Director - Advisory | 16.3 | $ 550 | | $ 8,965.00 |
| Tabitha Gaustad | Director - Advisory | 40.0 | $ 550 | | $ 22,000.00 |

# EXHIBIT A

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Summary Of Hours and Discounted Fees Incurred By Professional
February 1, 2020 through February 29, 2020

| Professional Person | Position & Department | Total Billed Hours | Hourly Billing Rate | | Total Compensation | |
|---|---|---|---|---|---|---|
| Wendy Shaffer | Manager - Bankruptcy | 6.3 | $ 163 | (2) | $ 1,026.90 | |
| Yiwen Fu | Manager - Advisory | 27.7 | $ 475 | | $ 13,157.50 | |
| **Subtotal Hours and Fees at Discounted Rates** | | **1,965.2** | | | $ **682,882.65** | |
| Data Security Services - Exhibit C2 (Fixed Fee) | | | | | $ 286,987.40 | (3) |
| Legal Support Services - Exhibit C3 (non-hourly fees) | | | | | $ 45,917.34 | (4) |
| 2020 Electric System Inspections and Maintenance Program Services - Exhibit C17 (Fixed Fee) | | | | | $ 330,000.00 | (5) |
| **Total Fees Requested** | | | | | $ **1,345,787.39** | |
| Out of Pocket Expenses | | | | | $ 42,398.50 | |
| **Total Fees and Out of Pocket Expenses** | | | | | $ **1,388,185.89** | |
| less Holdback Adjustment (20%) | | | | | $ (269,157.48) | |
| **Net Requested Fees & Out of Pocket Expenses** | | | | | $ **1,119,028.41** | |
| | | | | | | |
| **Blended Hourly Rate** (excludes Fixed Fee Hours) | | | **$ 347.49** | | | |

[1] Rates differ due to services provided relating to different CWA's.

[2] Rate changed due to promotion effective October 1, 2019.

[3] KPMG and the Debtors agreed to fixed-fee compensation for the Data Security Services. Payment of the fixed fee is dependent on an iterative process by which stages of the project go through a formal review, including a detailed walkthrough, modifications (if required) and formal acceptance. As of February 29, 2020, KPMG isrequesting the agreed upon fixed-fee amount for these services.

[4] These fees represent the recurring monthly charges as detailed in Appendix C of the Legal Support Services Agreement and further detailed on Exhibit C3.

[5] KPMG and the Debtors agreed to fixed-fee compensation for the 2020 Electric System Inspections and Maintenance Program Services. Payment of the fixed fee is dependent on an iterative process by which stages of the project go through a formal review, including a detailed walkthrough, modifications (if required) and client acceptance. As of February 29, 2020, KPMG is requesting the fixed-fee amount above for these services, as approved by the client.