**EXHIBIT D**

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Summary of Out of Pocket Expenses
February 1, 2020 through February 29, 2020

| Category | | Amount |
|---|---|---:|
| Airfare | $ | 13,176.46 |
| Lodging | $ | 22,215.74 |
| Meals | $ | 2,991.13 |
| Ground Transportation | $ | 4,015.17 |
| Miscellaneous | $ | - |
| **Total** | **$** | **42,398.50** |

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
February 1, 2020 through February 29, 2020

| Name | Date | Description | | Amount |
|---|---|---|---|---|
| Dennis Cha | 02/03/20 | One-way coach airfare from Los Angeles, CA to San Francisco, CA. Date: 02/03/20. | $ | 160.11 |
| John Spence | 02/03/20 | One-way coach airfare from Burbank, CA to San Francisco, CA. Date: 02/03/20 | $ | 208.91 |
| Kimberly Johnson | 02/05/20 | Roundtrip coach class airfare from Los Angeles, CA to San Francisco, Ca. Departure Date: 02/03/20, Return Date: 02/05/20 | $ | 316.80 |
| Dennis Cha | 02/06/20 | One-way coach airfare from Oakland, CA to Burbank, CA. Date: 02/06/20 | $ | 226.31 |
| Toby Sedgwick | 02/06/20 | Roundtrip coach class airfare from Chicago, IL to San Francisco, CA. Dates: 02/02/20 02/06/20 | $ | 666.59 |
| Yosef Kerzner | 02/06/20 | Roundtrip coach airfare from Houston, TX to San Francisco, CA. Dates: 02/02/20 02/06/20 | $ | 731.19 |
| Dennis Cha | 02/10/20 | One-way coach airfare from Burbank, CA. to Oakland, CA. Date: 02/10/20 | $ | 223.87 |
| Rachel Wagner-Kaiser | 02/12/20 | Roundtrip coach airfare from Seattle-Tacoma, WA to San Francisco, CA. Dates: 02/11/20 02/12/20 | $ | 513.60 |
| Bob Zhang | 02/13/20 | Round trip airfare from Dallas / Fort Worth, TX to San Francisco, CA. Dates: 02/08/20 02/13/20 | $ | 400.79 |
| Dennis Cha | 02/13/20 | One-way coach airfare from Oakland, CA to Burbank, CA. Date: 02/13/20 | $ | 223.87 |
| Kristy Hornland | 02/13/20 | Roundtrip coach airfare from Denver, CO to San Francisco, CA. Dates: 2.10.2020 2.13.2020. | $ | 686.40 |
| Ryan Tuggle | 02/13/20 | Roundtrip coach airfare from Washington / Dulles, VA to San Francisco, CA. Dates: 02/11/20 02/13/20 | $ | 841.50 |
| Scott Stoddard | 02/13/20 | Roundtrip coach airfare from Los Angeles, CA to Oakland, CA. Dates: 02/12/20 to 02/13/20 | $ | 337.82 |
| Yosef Kerzner | 02/13/20 | Roundtrip coach airfare from Houston, TX to San Francisco, CA. Dates: 02/09/20 02/13/20 | $ | 731.19 |
| Alex Barrett | 02/14/20 | Roundtrip airfare from Houston, TX to Oakland, CA. Dates: 02/12/20 02/14/20 | $ | 980.08 |
| Scott Stoddard | 02/17/20 | One-way coach airfare from San Francisco, CA to Oakland, CA. Date: 02/17/20 | $ | 223.87 |
| Alex Barrett | 02/18/20 | Baggage Fees Roundtrip airfare from Houston, TX to San Francisco, CA. Dates: 02/18/20 02/20/20 | $ | 30.00 |
| Dennis Cha | 02/18/20 | One-way coach airfare from Burbank, CA to Oakland, CA. Date: 02/18/20 | $ | 223.87 |
| Alex Barrett | 02/20/20 | Roundtrip airfare from Houston, TX to San Francisco, CA. Dates: 02/18/20 02/20/20 | $ | 803.19 |
| Alex Barrett | 02/20/20 | Baggage Fees Roundtrip airfare from Houston, TX to San Francisco, CA. Dates: 02/18/20 02/20/20 | $ | 30.00 |

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
February 1, 2020 through February 29, 2020

| Name | Date | Description | | Amount |
|---|---|---|---|---|
| Dennis Cha | 02/20/20 | One-way coach airfare from Oakland, CA to Burbank, CA. Date: 02/20/20 | $ | 223.87 |
| Garrett Dupree | 02/20/20 | Roundtrip coach airfare from Dallas / Fort Worth, TX to San Francisco, CA. Dates: 02/1 6/20 02/20/20 | $ | 322.55 |
| Dennis Cha | 02/23/20 | One-way coach airfare from Los Angeles, CA to San Francisco, CA. Date: 02/23/20 | $ | 265.60 |
| Arun Mani | 02/27/20 | Roundtrip coach airfare from Houston, TX to San Francisco, CA. Dates: 02/23/20 02/27/20 | $ | 1,153.59 |
| Bob Zhang | 02/27/20 | Round trip airfare from Dallas / Fort Worth, TX to San Francisco, CA. Dates: 02/23/20 02/27/20 | $ | 481.43 |
| Dennis Cha | 02/27/20 | One-way coach airfare from San Francisco, CA to Burbank, CA. Date: 02/27/20 | $ | 206.67 |
| Farbod Farzan | 02/27/20 | Roundtrip coach class airfare from Newark, NJ to San Francisco, CA. Departure Date: 02/24/20, Return Date: 02/27/20 | $ | 942.40 |
| Kristy Hornland | 02/27/20 | Roundtrip coach airfare from Denver, CO to San Francisco, CA. Date: 2.23.2020 2.27.2020. | $ | 629.90 |
| Rohan Prasad | 02/27/20 | Airfare Travel to SF for PG&E project Round Trip coach class airfare from Chicago to SFO to assist with RAMP filing procedures (Start Date: Feb 24th ; End Date: Feb 27th) | $ | 390.49 |
| | | **Air Fare Subtotal** | **$** | **13,176.46** |
| Toby Sedgwick | 02/03/20 | Lodging for 1 night (02/02/20 - 02/03/20) while traveling to perform work for PG&E. | $ | 415.74 |
| Yosef Kerzner | 02/03/20 | Lodging for 1 night (02/02/20 - 02/03/20) while traveling to perform work for PG&E. | $ | 317.03 |
| Alex Barrett | 02/04/20 | Lodging for 1 night (02/03/20 - 02/04/20) while traveling to perform work for PG&E. | $ | 240.69 |
| Dennis Cha | 02/04/20 | Lodging for 1 night (02/03/20 - 02/04/20) while traveling to perform work for PG&E. | $ | 220.73 |
| Kimberly Johnson | 02/04/20 | Lodging for 1 night (02/03/20 - 02/04/20) while traveling to perform work for PG&E. | $ | 300.00 |
| Scott Stoddard | 02/04/20 | Lodging for 1 night (02/03/20 - 02/04/20) while traveling to perform work for PG&E. | $ | 278.13 |
| Toby Sedgwick | 02/04/20 | Lodging for 1 night (02/03/20 - 02/04/20) while traveling to perform work for PG&E. | $ | 415.74 |

# EXHIBIT D1

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
February 1, 2020 through February 29, 2020

| Name | Date | Description | | Amount |
|---|---|---|---|---|
| Yosef Kerzner | 02/04/20 | Lodging for 1 night (02/03/20 - 02/04/20) while traveling to perform work for PG&E. | $ | 317.03 |
| Alex Barrett | 02/05/20 | Lodging for 1 night (02/04/20 - 02/05/20) while traveling to perform work for PG&E. | $ | 240.69 |
| Dennis Cha | 02/05/20 | Lodging for 1 night (02/04/20 - 02/05/20) while traveling to perform work for PG&E. | $ | 220.73 |
| Kimberly Johnson | 02/05/20 | Lodging for 1 night (02/04/20 - 02/05/20) while traveling to perform work for PG&E. | $ | 300.00 |
| Scott Stoddard | 02/05/20 | Lodging for 1 night (02/04/20 - 02/05/20) while traveling to perform work for PG&E. | $ | 278.13 |
| Toby Sedgwick | 02/05/20 | Lodging for 1 night (02/04/20 - 02/05/20) while traveling to perform work for PG&E. | $ | 415.74 |
| Yosef Kerzner | 02/05/20 | Lodging for 1 night (02/04/20 - 02/05/20) while traveling to perform work for PG&E. | $ | 317.03 |
| Alex Barrett | 02/06/20 | Lodging for 1 night (02/05/20 - 02/06/20) while traveling to perform work for PG&E. | $ | 240.69 |
| Dennis Cha | 02/06/20 | Lodging for 1 night (02/05/20 - 02/06/20) while traveling to perform work for PG&E. | $ | 220.73 |
| Toby Sedgwick | 02/06/20 | Lodging for 1 night (02/05/20 - 02/06/20) while traveling to perform work for PG&E. | $ | 415.74 |
| Yosef Kerzner | 02/06/20 | Lodging for 1 night (02/05/20 - 02/06/20) while traveling to perform work for PG&E. | $ | 317.04 |
| Bob Zhang | 02/10/20 | Lodging for 1 night (02/23/20 - 02/24/20) while traveling to perform work for PG&E. | $ | 231.73 |
| Yosef Kerzner | 02/10/20 | Lodging for 1 night (02/09/20 - 02/10/20) while traveling to perform work for PG&E. | $ | 271.03 |
| Bob Zhang | 02/11/20 | Lodging for 1 night (02/23/20 - 02/24/20) while traveling to perform work for PG&E. | $ | 327.21 |
| Dennis Cha | 02/11/20 | Lodging for 1 night (02/10/20 - 02/11/20) while traveling to perform work for PG&E. | $ | 220.73 |
| Kristy Hornland | 02/11/20 | Lodging for 1 night (02/10/20 - 02/11/20) while traveling to perform work for PG&E. | $ | 327.21 |
| Yosef Kerzner | 02/11/20 | Lodging for 1 night (02/10/20 - 02/11/20) while traveling to perform work for PG&E. | $ | 271.03 |
| Alex Barrett | 02/12/20 | Lodging for 1 night (02/12/20 - 02/13/20) while traveling to perform work for PG&E. | $ | 300.00 |

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
February 1, 2020 through February 29, 2020

| Name | Date | Description | | Amount |
|---|---|---|---|---|
| Bob Zhang | 02/12/20 | Lodging for 1 night (02/23/20 - 02/24/20) while traveling to perform work for PG&E. | $ | 327.21 |
| Dennis Cha | 02/12/20 | Lodging for 1 night (02/11/20 - 02/12/20) while traveling to perform work for PG&E. | $ | 220.73 |
| Kristy Hornland | 02/12/20 | Lodging for 1 night (02/11/20 - 02/12/20) while traveling to perform work for PG&E. | $ | 327.21 |
| Rachel Wagner-Kaiser | 02/12/20 | Lodging while traveling for 1 night (02/11/20 - 02-12-20). | $ | 300.00 |
| Ryan Tuggle | 02/12/20 | Lodging for 1 night (02/11/20 - 02-12-20) while traveling to perform work for PG&E. | $ | 300.00 |
| Yosef Kerzner | 02/12/20 | Lodging for 1 night (02/11/20 - 02/12/20) while traveling to perform work for PG&E. | $ | 271.03 |
| Alex Barrett | 02/13/20 | Lodging for 1 night (02/13/20 - 02/14/20) while traveling to perform work for PG&E. | $ | 300.00 |
| Bob Zhang | 02/13/20 | Lodging for 1 night (02/23/20 - 02/24/20) while traveling to perform work for PG&E. | $ | 327.21 |
| Dennis Cha | 02/13/20 | Lodging for 1 night (02/12/20 - 02/13/20) while traveling to perform work for PG&E. | $ | 220.73 |
| Kristy Hornland | 02/13/20 | Lodging for 1 night (02/12/20 - 02/13/20) while traveling to perform work for PG&E. | $ | 327.21 |
| Scott Stoddard | 02/13/20 | Lodging for 1 night (02/12/20 - 02/13/20) while traveling to perform work for PG&E. | $ | 278.13 |
| Yosef Kerzner | 02/13/20 | Lodging while traveling for 1 night (02/12/20 - 02/13/20) while performing work for PG&E. | $ | 271.04 |
| Garrett Dupree | 02/17/20 | Lodging for 1 night (02/16/20 - 02/17/20) while traveling to perform work for PG&E. | $ | 278.84 |
| Alex Barrett | 02/18/20 | Lodging for 1 night (02/18/20 - 02/19/20) while traveling to perform work for PG&E. | $ | 247.97 |
| Garrett Dupree | 02/18/20 | Lodging for 1 night (02/17/20 - 02/18/20) while traveling to perform work for PG&E. | $ | 278.84 |
| Scott Stoddard | 02/18/20 | Lodging for 1 night (02/17/20 - 02/18/20) while traveling to perform work for PG&E. | $ | 278.13 |
| Alex Barrett | 02/19/20 | Lodging for 1 night (02/19/20 - 02/20/20) while traveling to perform work for PG&E. | $ | 289.95 |
| Dennis Cha | 02/19/20 | Lodging for 1 night (02/18/20 - 02/19/20) while traveling to perform work for PG&E. | $ | 220.73 |
| Garrett Dupree | 02/19/20 | Lodging for 1 night (02/18/20 - 02/19/20) while traveling to perform work for PG&E. | $ | 278.84 |
| Scott Stoddard | 02/19/20 | Lodging for 1 night (02/18/20 - 02/19/20) while traveling to perform work for PG&E. | $ | 236.25 |

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
February 1, 2020 through February 29, 2020

| Name | Date | Description | | Amount |
|---|---|---|---|---|
| Dennis Cha | 02/20/20 | Lodging for 1 night (02/19/20 - 02/20/20) while traveling to perform work for PG&E. | $ | 281.91 |
| Garrett Dupree | 02/20/20 | Lodging for 1 night (02/19/20 - 02/20/20) while traveling to perform work for PG&E. | $ | 278.84 |
| Arun Mani | 02/24/20 | Lodging while traveling for 1 night (02/23/20 - 02/24/20). | $ | 179.46 |
| Bob Zhang | 02/24/20 | Lodging for 1 night (02/23/20 - 02/24/20) while traveling to perform work for PG&E. | $ | 350.50 |
| Dennis Cha | 02/24/20 | Lodging for 1 night (02/23/20 - 02/24/20) while traveling to perform work for PG&E. | $ | 291.12 |
| Kristy Hornland | 02/24/20 | Lodging for 1 night (02/23/20 - 02/24/20) while traveling to perform work for PG&E. | $ | 351.10 |
| Yosef Kerzner | 02/24/20 | Lodging for 1 night (02/23/20 - 02/24/20) while traveling to perform work for PG&E. | $ | 139.50 |
| Alex Barrett | 02/25/20 | Lodging for 1 night (02/24/20 - 02/25/20) while traveling to perform work for PG&E. | $ | 300.00 |
| Arun Mani | 02/26/20 | Lodging while traveling for 1 night (02/25/20 - 02/26/20). | $ | 300.00 |
| Bob Zhang | 02/25/20 | Lodging for 1 night (02/24/20 - 02/25/20) while traveling to perform work for PG&E. | $ | 408.73 |
| Dennis Cha | 02/25/20 | Lodging for 1 night (02/24/20 - 02/25/20) while traveling to perform work for PG&E. | $ | 291.12 |
| Farbod Farzan | 02/25/20 | Lodging for 1 night (02/24/20 - 02/25/20) while traveling to perform work for PG&E. | $ | 273.94 |
| Kristy Hornland | 02/25/20 | Lodging for 1 night (02/24/20 - 02/25/20) while traveling to perform work for PG&E. | $ | 351.09 |
| Rohan Prasad | 02/25/20 | Lodging for 1 night (02/24/20 - 02/25/20) while traveling to perform work for PG&E. | $ | 273.94 |
| Yosef Kerzner | 02/25/20 | Lodging for 1 night (02/24/20 - 02/25/20) while traveling to perform work for PG&E. | $ | 348.75 |
| Alex Barrett | 02/26/20 | Lodging for 1 night (02/25/20 - 02/26/20) while traveling to perform work for PG&E. | $ | 300.00 |
| Bob Zhang | 02/26/20 | Lodging for 1 night (02/25/20 - 02/26/20) while traveling to perform work for PG&E. | $ | 408.73 |
| Dennis Cha | 02/26/20 | Lodging for 1 night (02/25/20 - 02/26/20) while traveling to perform work for PG&E. | $ | 291.12 |
| Farbod Farzan | 02/26/20 | Lodging for 1 night (02/25/20 - 02/26/20) while traveling to perform work for PG&E. | $ | 273.94 |

**EXHIBIT D1**

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
February 1, 2020 through February 29, 2020

| Name | Date | Description | | Amount |
|---|---|---|---|---|
| Kristy Hornland | 02/26/20 | Lodging for 1 night (02/25/20 - 02/26/20) while traveling to perform work for PG&E. | $ | 351.09 |
| Rohan Prasad | 02/26/20 | Lodging for 1 night (02/25/20 - 02/26/20) while traveling to perform work for PG&E. | $ | 273.94 |
| Yosef Kerzner | 02/26/20 | Lodging for 1 night (02/25/20 - 02/26/20) while traveling to perform work for PG&E. | $ | 348.75 |
| Alex Barrett | 02/27/20 | Lodging for 1 night (02/26/20 - 02/27/20) while traveling to perform work for PG&E. | $ | 300.00 |
| Arun Mani | 02/27/20 | Lodging for 1 night (02/26/20 -02/27/20) while traveling to perform work for PG&E. | $ | 300.00 |
| Bob Zhang | 02/27/20 | Lodging for 1 night (02/26/20 - 02/27/20) while traveling to perform work for PG&E. | $ | 408.73 |
| Dennis Cha | 02/27/20 | Lodging for 1 night (02/26/20 - 02/27/20) while traveling to perform work for PG&E. | $ | 291.12 |
| Farbod Farzan | 02/27/20 | Lodging for 1 night (02/26/20 - 02/27/20) while traveling to perform work for PG&E. | $ | 273.94 |
| Rohan Prasad | 02/27/20 | Lodging for 1 night (02/26/20 - 02/27/20) while traveling to perform work for PG&E. | $ | 273.94 |
| Kristy Hornland | 02/27/20 | Lodging for 1 night (02/26/20 - 02/27/20) while traveling to perform work for PG&E. | $ | 351.09 |
| Yosef Kerzner | 02/27/20 | Lodging for 1 night (02/26/20 - 02/27/20) while traveling to perform work for PG&E. | $ | 348.75 |
| | | **Lodging Subtotal** | **$** | **22,215.74** |
| Alex Barrett | 02/03/20 | Out of town dinner while traveling on 02/03/20. | $ | 40.00 |
| Dennis Cha | 02/03/20 | Out of town breakfast while traveling on 2/3. | $ | 4.90 |
| Dennis Cha | 02/03/20 | Out of town dinner while traveling on 2/3. | $ | 40.00 |
| Kimberly Johnson | 02/03/20 | Out of Town breakfast while traveling on 02/03/20. | $ | 13.09 |
| Scott Stoddard | 02/03/20 | Out of town breakfast while traveling on 02/03/20. | $ | 16.30 |
| Scott Stoddard | 02/03/20 | Out of town dinner while traveling on 02/03/20. | $ | 26.38 |
| Toby Sedgwick | 02/03/20 | Out of town breakfast meal incurred in San Francisco, CA. KPMG Attendee: T. Sedgwick | $ | 12.56 |
| Toby Sedgwick | 02/03/20 | Out of town dinner meal incurred in San Francisco, CA. KPMG Attendee: T. Sedgwick | $ | 35.89 |
| Dennis Cha | 02/04/20 | Out of Town Meals - self only breakfast 2/4 | $ | 10.91 |
| Dennis Cha | 02/04/20 | Business Meals dinner 2/4 for A. Barrett, D. Cha and, J. Spence | $ | 120.00 |

# EXHIBIT D1

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
February 1, 2020 through February 29, 2020

| Name | Date | Description | | Amount |
|---|---|---|---|---:|
| Kimberly Johnson | 02/04/20 | Out of Town breakfast while traveling on 02/04/20 | $ | 23.90 |
| Kimberly Johnson | 02/04/20 | Out of Town dinner while traveling on 02/04/20. | $ | 15.95 |
| Scott Stoddard | 02/04/20 | Out of town breakfast while traveling on 02/04/20. | $ | 14.61 |
| Scott Stoddard | 02/04/20 | Out of town dinner while traveling 02/04/20. | $ | 35.39 |
| Toby Sedgwick | 02/04/20 | Out of town breakfast meal incurred in San Francisco, CA. KPMG Attendee: T. Sedgwick | $ | 8.73 |
| Toby Sedgwick | 02/04/20 | Out of town dinner meal incurred in San Francisco, CA. KPMG Attendee: T. Sedgwick | $ | 38.70 |
| Dennis Cha | 02/05/20 | Out of Town Meals - self only breakfast 2/5 | $ | 7.10 |
| Dennis Cha | 02/05/20 | Business Meals dinner 2/5 for A. Barrett, D. Cha and, J. Spence | $ | 120.00 |
| Kimberly Johnson | 02/05/20 | Out of Town breakfast while traveling on 02/05/20 | $ | 16.78 |
| Scott Stoddard | 02/05/20 | Out of Town breakfast while traveling on 02/05/20 | $ | 14.70 |
| Toby Sedgwick | 02/05/20 | Out of town breakfast meal incurred in San Francisco, CA. KPMG Attendee: T. Sedgwick | $ | 8.73 |
| Toby Sedgwick | 02/05/20 | Out of town dinner meal incurred in San Francisco, CA. KPMG Attendee: T. Sedgwick | $ | 40.00 |
| Alex Barrett | 02/06/20 | Out of town breakfast while traveling on 02/06. | $ | 11.05 |
| Alex Barrett | 02/06/20 | Out of town dinner while traveling. | $ | 25.20 |
| Dennis Cha | 02/06/20 | Out of town breakfast while traveling on 2/6 | $ | 9.75 |
| Alex Barrett | 02/07/20 | Dinner while traveling out of town. | $ | 11.30 |
| Bob Zhang | 02/08/20 | Out of town dinner while traveling on 02/08. | $ | 29.91 |
| Dennis Cha | 02/08/20 | Out of Town dinner while traveling on 2/8 | $ | 40.00 |
| Bob Zhang | 02/09/20 | Out of town breakfast while traveling. | $ | 13.77 |
| Bob Zhang | 02/09/20 | Out of town dinner while traveling. | $ | 40.00 |
| Bob Zhang | 02/10/20 | Out of town breakfast while traveling. | $ | 10.03 |
| Bob Zhang | 02/10/20 | Out of town dinner while traveling. | $ | 39.97 |
| Dennis Cha | 02/10/20 | Out of Town breakfast while traveling on 2/10 | $ | 24.09 |
| Dennis Cha | 02/10/20 | Business Meals dinner 2/10 for D. Cha and, J. Spence | $ | 80.00 |
| Kristy Hornland | 02/10/20 | Out of Town dinner while traveling on 02/10 | $ | 18.17 |
| Bob Zhang | 02/11/20 | Out of town breakfast while traveling. | $ | 14.92 |
| Bob Zhang | 02/11/20 | Out of town dinner while traveling. | $ | 16.93 |
| Dennis Cha | 02/11/20 | Out of Town breakfast while traveling on 2/11 | $ | 10.00 |
| Dennis Cha | 02/11/20 | Out of town dinner while traveling on 2/11. | $ | 40.00 |
| Kristy Hornland | 02/11/20 | Out of Town breakfast while traveling on 02/11. | $ | 15.54 |
| Kristy Hornland | 02/11/20 | Out of Town dinner while traveling on 02/11. | $ | 34.46 |
| Scott Stoddard | 02/11/20 | Out of Town breakfast while traveling on 02/11/20 | $ | 10.25 |
| Scott Stoddard | 02/11/20 | Out of Town dinner while traveling on 02/11/20 | $ | 11.45 |
| Dennis Cha | 02/11/20 | Out of Town breakfast while traveling on 2/12 | $ | 12.18 |
| Dennis Cha | 02/12/20 | Business Meals dinner 2/10 for K. Hee, A. Barrett, D. Cha and, J. Spence | $ | 160.00 |
| Ryan Tuggle | 02/11/20 | Out of town dinner while traveling on 02/11/20. | $ | 40.00 |
| Bob Zhang | 02/12/20 | Out of town dinner while traveling. | $ | 21.48 |
| Dennis Cha | 02/12/20 | Out of Town breakfast while traveling on 2/13. | $ | 11.25 |
| Kristy Hornland | 02/12/20 | Out of Town breakfast while traveling on 02/12 | $ | 9.08 |
| Kristy Hornland | 02/12/20 | Out of Town dinner while traveling on 02/12. | $ | 14.43 |
| Ryan Tuggle | 02/12/20 | Out of town breakfast while traveling on 02/12/20. | $ | 12.26 |
| Scott Stoddard | 02/12/20 | Out of Town breakfast while traveling on 02/12/20 | $ | 10.00 |
| Scott Stoddard | 02/12/20 | Out of town dinner while traveling on 02/12/20. | $ | 40.00 |
| Alex Barrett | 02/13/20 | Out of town breakfast while traveling. | $ | 10.00 |
| Alex Barrett | 02/13/20 | Out of Town Meals - self only Dinner | $ | 40.00 |

# EXHIBIT D1

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
February 1, 2020 through February 29, 2020

| Name | Date | Description | Amount |
|---|---|---|---:|
| Bob Zhang | 02/13/20 | Out of town breakfast while traveling. | $ 8.62 |
| Bob Zhang | 02/13/20 | Out of town dinner while traveling. | $ 40.00 |
| Dennis Cha | 02/13/20 | Out of town dinner while traveling on 2/13. | $ 4.54 |
| Kristy Hornland | 02/13/20 | Out of Town breakfast while traveling | $ 10.00 |
| Kristy Hornland | 02/13/20 | Out of Town dinner while traveling | $ 40.00 |
| Ryan Tuggle | 02/13/20 | Out of town breakfast while traveling on 02/13/20. | $ 14.19 |
| Dennis Cha | 02/15/20 | Out of town dinner while traveling on 2/15. | $ 39.19 |
| Garrett Dupree | 02/17/20 | Out of town breakfast while traveling on 02/17/20. | $ 6.53 |
| Garrett Dupree | 02/17/20 | Out of town dinner while traveling on 02/17/20. | $ 18.20 |
| Alex Barrett | 02/18/20 | Out of Town Meals - self only Dinner | $ 40.00 |
| Dennis Cha | 02/18/20 | Out of town breakfast while traveling on 2/18. | $ 10.00 |
| Dennis Cha | 02/18/20 | Out of town dinner while traveling on 2/18. | $ 40.00 |
| Garrett Dupree | 02/18/20 | Out of town breakfast while traveling on 02/18/20. | $ 6.53 |
| Garrett Dupree | 02/18/20 | Out of town dinner while traveling on 02/18/20. | $ 40.00 |
| Scott Stoddard | 02/18/20 | Out of town meal while traveling on 02/18/20 | $ 40.00 |
| Dennis Cha | 02/19/20 | Out of town breakfast while traveling on 2/19. | $ 9.49 |
| Garrett Dupree | 02/19/20 | Out of town breakfast while traveling on 02/19/20. | $ 13.97 |
| Scott Stoddard | 02/19/20 | Out of town breakfast while traveling on 02/19/20. | $ 10.00 |
| Alex Barrett | 02/20/20 | Out of Town Meals - self only Breakfast | $ 12.05 |
| Dennis Cha | 02/20/20 | Out of town breakfast while traveling on 2/20. | $ 8.04 |
| Garrett Dupree | 02/20/20 | Out of town breakfast while traveling on 02/20/20. | $ 10.38 |
| Garrett Dupree | 02/20/20 | Out of town dinner while traveling on 02/20/20. | $ 26.77 |
| Scott Stoddard | 02/19/20 | Out of town dinner while traveling on 02/19/20. | $ 40.00 |
| Dennis Cha | 02/22/20 | Out of Town dinner while traveling on 2/20 | $ 40.00 |
| Arun Mani | 02/23/20 | Out of town dinner while traveling. | $ 25.73 |
| Bob Zhang | 02/23/20 | Out of Town dinner while traveling | $ 14.90 |
| Alex Barrett | 02/24/20 | Out of Town Meals - self only Client Visit Breakfast | $ 10.00 |
| Alex Barrett | 02/24/20 | Out of Town Meals - self only Client Visit Dinner | $ 40.00 |
| Bob Zhang | 02/24/20 | Out of Town breakfast while traveling . | $ 10.00 |
| Bob Zhang | 02/24/20 | Out of Town dinner while traveling | $ 40.00 |
| Farbod Farzan | 02/24/20 | Out of town dinner while traveling on 02/24/20. | $ 35.68 |
| Kristy Hornland | 02/24/20 | Out of Town breakfast while traveling | $ 11.09 |
| Kristy Hornland | 02/25/20 | Out of Town dinner while traveling | $ 34.22 |
| Alex Barrett | 02/25/20 | Out of Town Meals - self only Client Visit Breakfast | $ 5.65 |
| Alex Barrett | 02/25/20 | Out of Town Meals - self only Client Visit Dinner | $ 31.04 |
| Arun Mani | 02/25/20 | Out of Town breakfast while traveling | $ 26.22 |
| Arun Mani | 02/25/20 | Business Meals team meal with R. Prasad, A. Mani and F. Farbod | $ 120.00 |
| Bob Zhang | 02/25/20 | Out of Town breakfast while traveling | $ 11.00 |
| Bob Zhang | 02/25/20 | Out of Town dinner while traveling | $ 39.00 |
| Dennis Cha | 02/25/20 | Out of town breakfast while traveling on 2/25. | $ 16.00 |
| Dennis Cha | 02/25/20 | Out of town dinner while traveling on 2/25. | $ 30.00 |
| Farbod Farzan | 02/25/20 | Out of town breakfast while traveling on 02/25/20. | $ 24.80 |
| Alex Barrett | 02/26/20 | Out of Town Meals - self only Client Visit Dinner | $ 40.00 |
| Arun Mani | 02/26/20 | Out of Town Meals - self only hotel | $ 22.81 |
| Arun Mani | 02/26/20 | Out of Town Meals - self only PG&E MTGS | $ 27.19 |
| Bob Zhang | 02/26/20 | Out of Town breakfast while traveling | $ 12.98 |
| Bob Zhang | 02/26/20 | Out of Town dinner while traveling | $ 37.02 |
| Farbod Farzan | 02/26/20 | Out of town breakfast while traveling on 02/26/20. | $ 5.95 |
| Dennis Cha | 02/26/20 | Out of town breakfast while traveling on 2/26. | $ 10.00 |
| Dennis Cha | 02/26/20 | Out of town dinner while traveling on 2/26. | $ 40.00 |
| Farbod Farzan | 02/26/20 | Out of town dinner while traveling on 02/26/20. | $ 40.00 |
| Kristy Hornland | 02/26/20 | Out of Town dinner while traveling | $ 14.44 |

# EXHIBIT D1

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
February 1, 2020 through February 29, 2020

| Name | Date | Description | | Amount |
|---|---|---|---|---:|
| Rohan Prasad | 02/26/20 | Out of Town dinner while traveling on 02/26/20. | $ | 16.97 |
| Alex Barrett | 02/27/20 | Out of Town Meals - self only Client Visit | $ | 19.63 |
| Arun Mani | 02/27/20 | Out of Town breakfast while traveling | $ | 5.70 |
| Arun Mani | 02/27/20 | Out of Town dinner while traveling | $ | 13.32 |
| Bob Zhang | 02/27/20 | Out of Town breakfast while traveling | $ | 14.12 |
| Bob Zhang | 02/27/20 | Out of Town dinner while traveling | $ | 10.72 |
| Farbod Farzan | 02/27/20 | Out of town breakfast while traveling on 02/27/20. | $ | 6.05 |
| Dennis Cha | 02/27/20 | Out of town breakfast while traveling on 2/27. | $ | 16.94 |
| Kristy Hornland | 02/27/20 | Out of Town breakfast while traveling | $ | 11.59 |
| Kristy Hornland | 02/27/20 | Out of Town dinner while traveling | $ | 14.78 |
| Rohan Prasad | 02/27/20 | Out of Town breakfast while traveling on 02/27/20. | $ | 5.00 |
| | | **Meals Subtotal** | **$** | **2,991.13** |
| Alex Barrett | 02/03/20 | Ground transportation via UBER for travel from home to Houston airport | $ | 21.00 |
| Alex Barrett | 02/03/20 | Ground transportation via UBER from Oakland airport to hotel | $ | 39.56 |
| Dennis Cha | 02/03/20 | Ground transportation via LYFT for travel from client from home to airport 2/3. | $ | 25.52 |
| Kimberly Johnson | 02/03/20 | Ground Transport excl Mileage PGE Uber fee incurred on 02/03/20 traveling from home to LAX airport to fly to PG&E. | $ | 20.81 |
| Kimberly Johnson | 02/03/20 | Ground Transport excl Mileage PGE Uber fee incurred on 02/03/20 traveling from SFO to client site while performing work for PG&E | $ | 36.68 |
| Toby Sedgwick | 02/03/20 | Ground transportation via Uber for travel from San Francisco Airport (SFO) to PG&E San Francisco Headquarters. | $ | 36.77 |
| Toby Sedgwick | 02/03/20 | Ground transportation via Uber for travel from Home to Chicago O'Hare International Airport (ORD). | $ | 42.47 |
| Alex Barrett | 02/05/20 | Ground transportation via UBER from hotel to substation. | $ | 9.60 |
| Alex Barrett | 02/05/20 | Ground transportation via UBER from client site to office. | $ | 14.52 |
| Alex Barrett | 02/05/20 | Ground transportation via UBER to dinner from office. | $ | 8.10 |
| Scott Stoddard | 02/05/20 | Parking at airport for 2 days (02/03/20 -02/05/20) | $ | 120.00 |
| Scott Stoddard | 02/05/20 | Car Rental PG&E Travel on 02/03/20 to 02/05/20 | $ | 176.24 |
| Kimberly Johnson | 02/06/20 | Ground Transport excl Mileage PGE Uber fee incurred on 02/05/20 traveling from client site to SFO while performing work for PG&E | $ | 29.78 |
| Kimberly Johnson | 02/06/20 | Ground Transport excl Mileage PGE Uber fee incurred on 02/05/20 traveling from LAX airport to home flying back from to PG&E | $ | 20.79 |
| Dennis Cha | 02/06/20 | Ground transportation via LYFT for travel from airport to home 2/6. | $ | 32.35 |
| Toby Sedgwick | 02/06/20 | Ground transportation via Taxi for travel from San Francisco Hotel to PG&E San Francisco Headquarters. | $ | 14.30 |
| Toby Sedgwick | 02/06/20 | Ground transportation via Uber for travel from PG&E San Francisco Headquarters to San Francisco Airport (SFO). | $ | 34.81 |
| Yosef Kerzner | 02/06/20 | Ground transportation via LYFT from client site to airport in San Francisco. | $ | 38.20 |
| Alex Barrett | 02/07/20 | Ground transportation from Houston airport to home. | $ | 20.35 |
| Toby Sedgwick | 02/07/20 | Ground transportation via Uber for travel from Chicago O'Hara International Airport to home | $ | 50.82 |
| Bob Zhang | 02/08/20 | Ground transportation via LYFT from home to airport. | $ | 26.89 |

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
February 1, 2020 through February 29, 2020

| Name | Date | Description | | Amount |
|---|---|---|---|---:|
| Bob Zhang | 02/08/20 | Ground transportation via LYFT from airport to hotel. | $ | 33.07 |
| Dennis Cha | 02/06/20 | Parking at lodging for 2 nights 2/3 to 2/5 | $ | 90.00 |
| Bob Zhang | 02/09/20 | Ground transportation via LYFT from hotel to dinner, | $ | 35.62 |
| Bob Zhang | 02/10/20 | Ground transportation via LYFT from dinner to hotel. | $ | 30.58 |
| Dennis Cha | 02/10/20 | Ground transportation via LYFT for travel from home to airport 2/10. | $ | 31.45 |
| Kristy Hornland | 02/10/20 | Ground Transportation via Uber for travel from SFO airport to client site while traveling to perform work for PG&E. | $ | 36.17 |
| Rachel Wagner-Kaiser | 02/11/20 | Ground transporation via LYFT from home to Seattle-Tacoma Airport. | $ | 35.39 |
| Rachel Wagner-Kaiser | 02/11/20 | Ground transportation via BART from San Francisco airport to client site | $ | 20.30 |
| Ryan Tuggle | 02/11/20 | Ground transportation via UBER for travel from home to Washington Dulles airport | $ | 35.32 |
| Ryan Tuggle | 02/11/20 | Ground transportation via UBER for travel from San Francisco, CA airport to hotel | $ | 43.00 |
| Alex Barrett | 02/12/20 | Ground transportation via UBER from home from Houston airport. | $ | 27.44 |
| Alex Barrett | 02/12/20 | Ground transportation via UBER from Oakland airport to client site | $ | 38.47 |
| Alex Barrett | 02/13/20 | Ground transporatation via UBER to hotel after carpooling into the city. | $ | 15.63 |
| Dennis Cha | 02/13/20 | Ground transportation via LYFT for travel from airport to home 2/13. | $ | 34.14 |
| Kristy Hornland | 02/13/20 | Ground Transportion via Uber for travel from PG&E Headquarters to SFO while traveling to perform work for PG&E. | $ | 47.25 |
| Kristy Hornland | 02/13/20 | Parking at airport for 3 days (02/10/20 - 02/13/20) | $ | 112.00 |
| Ryan Tuggle | 02/13/20 | Ground transportation via UBER for travel from Washington Dulles airport to home | $ | 42.36 |
| Scott Stoddard | 02/13/20 | Parking at airport for 1 day (02/12/20 -02/13/20) | $ | 80.00 |
| Scott Stoddard | 02/13/20 | Car Rental for 1 day (02/12/20 to 02/13/20) | $ | 103.65 |
| Yosef Kerzner | 02/13/20 | Ground transportation via LYFT from Houston airport to home. | $ | 58.78 |
| Alex Barrett | 02/14/20 | Ground Transport excl Mileage Client Visit Office to Oakland airport | $ | 45.38 |
| Alex Barrett | 02/14/20 | Ground Transport excl Mileage Client Visit Houston airport to Office | $ | 14.73 |
| Bob Zhang | 02/15/20 | Ground transportation via LYFT from airport to dinner, | $ | 24.73 |
| Ryan Tuggle | 02/16/20 | Ground Transport excl Mileage Client delivery | $ | 6.20 |
| Garrett Dupree | 02/16/20 | Reimbursble mileage for travel from home to Dallas / Fort Worth, TX airport. (28 miles @ .575 = $16.10) | $ | 16.10 |
| Garrett Dupree | 02/17/20 | Ground transportation via Uber for travel from San Francisco airport to hotel on 02/20/20 | $ | 35.14 |
| Alex Barrett | 02/18/20 | Ground Transport excl Mileage Traveling to Client Site San Fransisco, CA Airport to San Ramon, CA | $ | 98.76 |
| Alex Barrett | 02/18/20 | Ground Transport excl Mileage Client Visit Home to IAH | $ | 29.20 |
| Dennis Cha | 02/18/20 | Ground transportation via LYFT for travel from home to airport 2/18. | $ | 38.66 |
| Dennis Cha | 02/18/20 | Ground transportation via LYFT for travel from client site to hotel 2/18. | $ | 9.81 |
| Scott Stoddard | 02/19/20 | Parking at lodging for 1 night 02/18/20 to 02/19/20 | $ | 30.00 |

**PG&E Corporation and PG&E Company, et.al.**
Case No. 19-30088
Detail of Out of Pocket Expenses
February 1, 2020 through February 29, 2020

| Name | Date | Description | Amount |
|---|---|---|---|
| Scott Stoddard | 02/19/20 | Car Rental for 2 days (02/17/20 to 02/19/20) | $ 137.46 |
| Garrett Dupree | 02/20/20 | Ground transportation via Uber for travel from hotel to client site on 02/20/20. | $ 12.91 |
| Dennis Cha | 02/20/20 | Ground transportation via LYFT for travel from airport to home 2/20. | $ 33.39 |
| Garrett Dupree | 02/20/20 | Ground transportation via Uber for travel from client site to San Francisco airport on 02/02/20. | $ 38.99 |
| Garrett Dupree | 02/20/20 | Ground transportation via Uber for from DFW airport to home on 02/20/20. | $ 36.30 |
| Alex Barrett | 02/21/20 | Ground Transportation via Uber for travel from Client site to San Francisco Airport | $ 33.12 |
| Alex Barrett | 02/21/20 | Ground Transportation via Uber for travel from Houston Airport to Home. | $ 50.70 |
| Arun Mani | 02/23/20 | Ground Transportation via MS Transport for travel from airport to home | $ 85.00 |
| Dennis Cha | 02/23/20 | Ground transportation via LYFT for traveling from home to airport 2/23. | $ 29.75 |
| Dennis Cha | 02/23/20 | Ground transportation via LYFT for travel from airport to hotel 2/23. | $ 41.41 |
| Alex Barrett | 02/24/20 | Ground Transportion via Uber for travel from San Francisco Airport to client site. | $ 31.57 |
| Bob Zhang | 02/24/20 | Ground Transportion via LYFT for traveling from Home to airport on 02/24 | $ 25.02 |
| Bob Zhang | 02/24/20 | Ground Transportion via LYFT for traveling from San Francisco Airport to hotel on 02/24 | $ 43.89 |
| Dennis Cha | 02/24/20 | Ground transportation via LYFT for travel from hotel to office 2/24. | $ 13.42 |
| Dennis Cha | 02/24/20 | Ground transportation via LYFT for travel from office to hotel 2/24. | $ 10.99 |
| Farbod Farzan | 02/24/20 | Ground transportation via Taxi for travel from home to airport on 02/24/20. | $ 45.00 |
| Farbod Farzan | 02/24/20 | Ground transportation via UBER for travel from San Francisco airport to San Ramon (PG&E office). | $ 74.54 |
| Kristy Hornland | 02/24/20 | Ground Transportation via Uber for travel from SFO to Hotel while traveling to perform work for PG&E. | $ 42.07 |
| Rohan Prasad | 02/24/20 | Ground Transportation via Uber for travel from Home to ORD airport on Feb 24th | $ 40.44 |
| Rohan Prasad | 02/24/20 | Ground Transportation via Uber for travel from client site to hotel on Feb 24th | $ 15.97 |
| Dennis Cha | 02/25/20 | Ground transportation via LYFT for travel from hotel to office 2/25. | $ 10.95 |
| Dennis Cha | 02/25/20 | Ground transportation via LYFT for travel from office to hotel 2/25. | $ 11.97 |
| Rohan Prasad | 02/25/20 | Ground Transportation via Uber for travel from hotel to client site on Feb 25th | $ 14.65 |
| Rohan Prasad | 02/25/20 | Ground Transportation via Uber for travel from client site to Hotel on 02/25/20 | $ 19.03 |
| Dennis Cha | 02/26/20 | Ground transportation via LYFT for travel from hotel to office 2/26. | $ 15.42 |
| Dennis Cha | 02/26/20 | Ground transportation via LYFT for travel from office to hotel 2/26. | $ 9.32 |

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
February 1, 2020 through February 29, 2020

| Name | Date | Description | Amount |
|---|---|---|---:|
| Rohan Prasad | 02/26/20 | Ground Transportation via Uber for travel from hotel to restaurant for team dinner w/ A. Mani and F. Farzan on 02/26/20 | $ 11.63 |
| Rohan Prasad | 02/26/20 | Ground Transportation via Uber for travel from hotel to client site on 02/26/20 | $ 13.56 |
| Bob Zhang | 02/27/20 | Ground Transportation via LYFT for travel from client site to airport | $ 35.34 |
| Dennis Cha | 02/27/20 | Ground transportation via LYFT for travel from hotel to office 2/27. | $ 12.52 |
| Farbod Farzan | 02/27/20 | Ground transportation via UBER for travel from client site to hotel on 02/27/20. | $ 14.56 |
| Kristy Hornland | 02/27/20 | Ground Transportation via Uber for travel from PG&E SF Headquarters to SFO while traveling to perform work for PG&E. | $ 40.46 |
| Kristy Hornland | 02/27/20 | Parking at airport for 4 days (02/23/20 - 02/27/20) | $ 117.00 |
| Arun Mani | 02/27/20 | Ground Transportation via Uber for travel from hotel to client site | $ 31.36 |
| Arun Mani | 02/27/20 | Ground Transportation via Uber for travel from client site to airport | $ 35.43 |
| Arun Mani | 02/27/20 | Ground Transportation via MS Transport for travel from airport to home | $ 85.00 |
| Arun Mani | 02/27/20 | Car Rental for 4 days (02/23/20 to 02/27/20) | $ 187.74 |
| Arun Mani | 02/27/20 | Car Rental - Fuel gas   (02/23/20 to 02/27/20) | $ 41.91 |
| Farbod Farzan | 02/27/20 | Ground transportation via Uber for travel from San Ramon to San Francisco (PG&E office). | $ 59.96 |
| Dennis Cha | 02/27/20 | Ground transportation via LYFT for travel from office to SFO airport on 02/27. | $ 63.76 |
| Rohan Prasad | 02/26/20 | Ground Transportation via Uber for travel from client site to hotel on 02/26/20 | $ 14.39 |
| Farbod Farzan | 02/27/20 | Ground transportation via UBER for travel from airport to home on 02/27/20. | $ 20.72 |
| Rohan Prasad | 02/27/20 | Ground Transportation via Uber for travel from airport to home on 02/27/20 | $ 74.06 |
| Alex Barrett | 02/28/20 | Ground Transport excl Mileage Client Visit Office to SFO  Airport | $ 46.69 |
| Dennis Cha | 02/28/20 | Ground transportation via LYFT for travel from airport to home 2/27. | $ 45.14 |
| Bob Zhang | 02/29/20 | Ground Transportation via LYFT for travel from Airport to home | $ 21.77 |
| | | **Ground Subtotal** | **$ 4,015.17** |
| | | **Miscellaneous Subtotal** | **$ -** |
| | | **Total Out of Pocket Expenses** | **$ 42,398.50** |