Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

# Exhibit A

**COMPENSATION BY PROFESSIONAL**
**JUNE 1, 2020 THROUGH JUNE 31, 2020**

The attorneys who rendered professional services in these Chapter 11 Cases during the Fee Period are:

| NAME OF PROFESSIONAL PARTNERS AND COUNSEL | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Blake, Stephen | Litigation | 2008 | $1,325 | 1.20 | $1,590.00 |
| Brentani, William B. | Corporate | 1990 | $1,535 | 4.10 | $6,293.50 |
| Curnin, Paul C. | Litigation | 1988 | $1,640 | 110.20 | $180,728.00 |
| Goldin, Nicholas | Litigation | 2000 | $1,480 | 108.20 | $160,136.00 |
| Grogan, Gregory T. | ECEB | 2001 | $1,535 | 8.60 | $13,201.00 |
| Kelley, Karen H. | Corporate | 2003 | $1,425 | 0.80 | $1,140.00 |
| Ponce, Mario A. | Corporate | 1989 | $1,640 | 145.60 | $238,784.00 |
| Purushotham, Ravi | Corporate | 2010 | $1,325 | 99.20 | $131,440.00 |
| Qusba, Sandy | Corporate | 1994 | $1,535 | 10.30 | $15,810.50 |
| Alcabes, Elisa | Litigation | 1989 | $1,220 | 25.10 | $30,622.00 |
| McLendon, Kathrine | Corporate | 1985 | $1,220 | 6.80 | $8,296.00 |
| Nadborny, Jennifer L. | Corporate | 2005 | $1,220 | 0.70 | $854.00 |
| Kofsky, Andrew M. | ECEB | 2000 | $1,190 | 10.90 | $12,971.00 |
| Ricciardi, Sara A. | Litigation | 2003 | $1,190 | 184.40 | $219,436.00 |
| Wiseman, Stephen M. | Corporate | 1986 | $1,190 | 0.30 | $357.00 |
| **Total Partners and Counsel:** | | | | **716.40** | **$1,021,659.00** |

| NAME OF PROFESSIONAL ASSOCIATES | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Campbell, Eamonn W. | Litigation | 2016 | $915 | 1.70 | $1,555.50 |
| Egenes, Erica M. | Corporate | 2018 | $840 | 56.30 | $47,292.00 |
| Fell, Jamie | Corporate | 2015 | $995 | 32.50 | $32,337.50 |
| Isaacman, Jennifer | Litigation | 2019 | $590 | 80.80 | $47,672.00 |
| Kinsel, Kourtney J. | Litigation | 2018 | $590 | 65.00 | $38,350.00 |
| Lundqvist, Jacob | Litigation | 2019 | $590 | 27.50 | $16,225.00 |
| Phillips, Jacob M. | ECEB | 2017 | $840 | 20.60 | $17,304.00 |
| **Total Associates:** | | | | **284.40** | **$200,736.00** |

| NAME OF PROFESSIONAL STAFF ATTORNEYS | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Penfold, John | Litigation | | $375 | 19.10 | $7,162.50 |
| Rossi, Adrian D. | Litigation | | $375 | 38.40 | $14,400.00 |
| **Total Staff Attorneys:** | | | | **57.50** | **$21,562.50** |

| NAME OF PARAPROFESSIONALS | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Laspisa, Rosemarie | Paralegal – Litigation | | $400 | 4.50 | $1,800.00 |
| Magsino, Luke | Resource Center | | $265 | 0.70 | $185.50 |
| Azoulai, Moshe | Knowledge Management | | $455 | 5.70 | $2,593.50 |
| Kovoor, Thomas G. | Knowledge Management | | $420 | 11.70 | $4,914.00 |
| **Total Paraprofessionals:** | | | | **22.60** | **$9,493.00** |

| PROFESSIONALS | BLENDED HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $1,426.10 | 716.40 | $1,021,659.00 |
| Associates | $705.82 | 284.40 | $200,736.00 |
| Staff Attorneys | $375.00 | 57.50 | $21,562.50 |
| Paraprofessionals | $420.04 | 22.60 | $9,493.00 |
| Blended Attorney Rate | $1,221.42 | | |
| **Total Fees Incurred** | | **1,080.90** | **$1,253,450.50** |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017