**Exhibit C**

**EXPENSE SUMMARY FOR THE PERIOD
JUNE 1, 2020 THROUGH JUNE 30, 2020**

| | |
|---|---|
| **Court/Filing Fees** | N/A |
| **Research** | **$302.29** |
|     Online Research | $162.77 |
|     Document Retrieval | $139.52 |
| **Meals** | **$0** |
|     Business | $0 |
|     Overtime | $0 |
|     Travel | $0 |
| **Travel** | **$0** |
|     Airfare | $0 |
|     Hotel | $0 |
|     Out-of-Town Travel | $0 |
| **Transportation** | **$59.24** |
|     OT Carfare | $59.24 |
|     Local Travel | $0 |
| **Duplicating** | **$155.07** |
| **Courier/Postage** | **$0** |
| **Conferencing/Communication** | **$134.04** |
|     Court Call | $0 |
|     Telephone | $134.04 |
| **Total Expenses Requested:** | **$650.64** |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017