Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

# Exhibit E

## ITEMIZED DISBURSEMENTS

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| **Research/Document Retrieval** | | | |
| Document Retrieval | 4/1/2020 | Document Retrieval COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 4/1/2020 | Document Retrieval COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 4/1/2020 | Document Retrieval COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 4/2/2020 | Document Retrieval COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 4/2/2020 | Document Retrieval COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 4/2/2020 | Document Retrieval COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 4/3/2020 | Document Retrieval COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 4/3/2020 | Document Retrieval COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 4/3/2020 | Document Retrieval COURTHOUSE NEWS SERVICE - San Francisco County Superior | $2.18 |

---

[2] The amounts listed in this Exhibit are billed in accordance with the Fee Guidelines and Local Rules.

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| | | Court-CGC-17-562591 - janie.franklin@stblaw.com | |
| Document Retrieval | 4/6/2020 | Document Retrieval COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 4/6/2020 | Document Retrieval COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 4/6/2020 | Document Retrieval COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 4/7/2020 | Document Retrieval COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 4/7/2020 | Document Retrieval COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 4/7/2020 | Document Retrieval COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 4/8/2020 | Document Retrieval COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 4/9/2020 | Document Retrieval COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 4/9/2020 | Document Retrieval COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 4/9/2020 | Document Retrieval COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - janie.franklin@stblaw.com | $2.18 |

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| Document Retrieval | 4/10/2020 | Document Retrieval COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 4/10/2020 | Document Retrieval COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 4/10/2020 | Document Retrieval COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 4/13/2020 | Document Retrieval COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 4/13/2020 | Document Retrieval COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 4/13/2020 | Document Retrieval COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 4/14/2020 | Document Retrieval COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 4/14/2020 | Document Retrieval COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 4/14/2020 | Document Retrieval COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 4/15/2020 | Document Retrieval COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 4/15/2020 | Document Retrieval COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - janie.franklin@stblaw.com | $2.18 |

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| Document Retrieval | 4/15/2020 | Document Retrieval COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 4/16/2020 | Document Retrieval COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 4/16/2020 | Document Retrieval COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 4/16/2020 | Document Retrieval COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 4/17/2020 | Document Retrieval COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 4/17/2020 | Document Retrieval COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 4/17/2020 | Document Retrieval COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 4/20/2020 | Document Retrieval COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 4/20/2020 | Document Retrieval COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 4/20/2020 | Document Retrieval COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 4/21/2020 | Document Retrieval COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - janie.franklin@stblaw.com | $2.18 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| Document Retrieval | 4/21/2020 | Document Retrieval COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 4/21/2020 | Document Retrieval COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 4/22/2020 | Document Retrieval COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 4/22/2020 | Document Retrieval COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 4/22/2020 | Document Retrieval COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 4/23/2020 | Document Retrieval COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 4/23/2020 | Document Retrieval COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 4/23/2020 | Document Retrieval COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 4/24/2020 | Document Retrieval COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 4/24/2020 | Document Retrieval COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 4/24/2020 | Document Retrieval COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - janie.franklin@stblaw.com | $2.18 |

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| Document Retrieval | 4/27/2020 | Document Retrieval COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 4/27/2020 | Document Retrieval COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 4/27/2020 | Document Retrieval COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 4/28/2020 | Document Retrieval COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 4/28/2020 | Document Retrieval COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 4/28/2020 | Document Retrieval COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 4/29/2020 | Document Retrieval COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 4/29/2020 | Document Retrieval COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 4/29/2020 | Document Retrieval COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 4/30/2020 | Document Retrieval COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - janie.franklin@stblaw.com | $2.18 |
| Document Retrieval | 4/30/2020 | Document Retrieval COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - janie.franklin@stblaw.com | $2.18 |

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| Document Retrieval | 4/30/2020 | Document Retrieval COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - janie.franklin@stblaw.com | $2.18 |
| Pacer | 5/17/2020 | Pacer Charges Calderon, Justin | $3.00 |
| Pacer | 5/17/2020 | Pacer Charges Calderon, Justin | $2.80 |
| Pacer | 5/17/2020 | Pacer Charges Calderon, Justin | $3.00 |
| Pacer | 5/17/2020 | Pacer Charges Calderon, Justin | $0.80 |
| Pacer | 5/17/2020 | Pacer Charges Calderon, Justin | $0.60 |
| Pacer | 5/18/2020 | Charges LIBRARY, ID | $3.00 |
| Pacer | 5/18/2020 | Charges LIBRARY, ID | $2.80 |
| Pacer | 5/18/2020 | Charges LIBRARY, ID | $1.50 |
| Pacer | 5/18/2020 | Charges LIBRARY, ID | $0.50 |
| Pacer | 5/18/2020 | Charges LIBRARY, ID | $0.40 |
| Pacer | 5/18/2020 | Charges LIBRARY, ID | $1.50 |
| Pacer | 5/18/2020 | Charges LIBRARY, ID | $0.80 |
| Pacer | 5/18/2020 | Charges LIBRARY, ID | $1.40 |
| Pacer | 5/19/2020 | Charges LIBRARY, ID | $0.10 |
| Pacer | 5/19/2020 | Charges LIBRARY, ID | $0.10 |
| Pacer | 5/19/2020 | Charges LIBRARY, ID | $0.10 |
| Pacer | 5/19/2020 | Charges LIBRARY, ID | $0.10 |
| Pacer | 5/19/2020 | Charges LIBRARY, ID | $0.10 |
| Pacer | 5/19/2020 | Charges LIBRARY, ID | $0.10 |
| Pacer | 5/19/2020 | Charges LIBRARY, ID | $3.00 |
| Pacer | 5/19/2020 | Charges LIBRARY, ID | $0.70 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| Pacer | 5/19/2020 | Charges LIBRARY, ID | $0.50 |
| Pacer | 5/19/2020 | Charges LIBRARY, ID | $2.30 |
| Pacer | 5/19/2020 | Charges LIBRARY, ID | $3.00 |
| Pacer | 5/19/2020 | Charges LIBRARY, ID | $3.00 |
| Pacer | 5/19/2020 | Charges LIBRARY, ID | $3.00 |
| Pacer | 5/19/2020 | Charges LIBRARY, ID | $2.40 |
| Pacer | 5/19/2020 | Charges LIBRARY, ID | $3.00 |
| Pacer | 5/19/2020 | Charges LIBRARY, ID | $1.00 |
| Pacer | 5/19/2020 | Charges LIBRARY, ID | $3.00 |
| Pacer | 5/20/2020 | Charges LIBRARY, ID | $3.00 |
| Pacer | 5/20/2020 | Charges LIBRARY, ID | $0.70 |
| Pacer | 5/20/2020 | Charges LIBRARY, ID | $0.70 |
| Pacer | 5/20/2020 | Charges LIBRARY, ID | $3.00 |
| Pacer | 5/20/2020 | Charges LIBRARY, ID | $1.80 |
| Pacer | 5/20/2020 | Charges LIBRARY, ID | $2.80 |
| Pacer | 5/20/2020 | Charges LIBRARY, ID | $1.50 |
| Pacer | 5/20/2020 | Charges LIBRARY, ID | $3.00 |
| Pacer | 5/20/2020 | Charges LIBRARY, ID | $1.30 |
| Pacer | 5/20/2020 | Charges LIBRARY, ID | $0.40 |
| Pacer | 5/20/2020 | Charges LIBRARY, ID | $0.50 |
| Pacer | 5/20/2020 | Charges LIBRARY, ID | $1.40 |
| Pacer | 5/20/2020 | Charges LIBRARY, ID | $0.30 |
| Pacer | 5/20/2020 | Charges LIBRARY, ID | $0.50 |

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| Pacer | 5/20/2020 | Charges LIBRARY, ID | $1.60 |
| Pacer | 5/20/2020 | Charges LIBRARY, ID | $0.80 |
| Pacer | 5/20/2020 | Charges LIBRARY, ID | $3.00 |
| Pacer | 5/20/2020 | Charges LIBRARY, ID | $0.60 |
| Pacer | 5/20/2020 | Charges LIBRARY, ID | $1.50 |
| Pacer | 5/20/2020 | Charges LIBRARY, ID | $0.30 |
| Pacer | 5/20/2020 | Charges LIBRARY, ID | $0.80 |
| Pacer | 5/20/2020 | Charges LIBRARY, ID | $1.30 |
| Pacer | 5/20/2020 | Charges LIBRARY, ID | $3.00 |
| Online Research - Intelligize | 5/22/2020 | Online Research - Intelligize Intelligize:Ng, Elise:5.12 | $6.12 |
| Online Research - Intelligize | 5/22/2020 | Online Research - Intelligize Intelligize:Ng, Elise:21.02 | $25.15 |
| Pacer | 5/29/2020 | Charges Campbell, Eamonn W. | $0.10 |
| Pacer | 5/29/2020 | Charges Campbell, Eamonn W. | $0.10 |
| Pacer | 5/29/2020 | Charges Campbell, Eamonn W. | $0.10 |
| Pacer | 5/29/2020 | Charges Campbell, Eamonn W. | $3.00 |
| Pacer | 5/29/2020 | Charges Campbell, Eamonn W. | $0.80 |
| Pacer | 5/29/2020 | Charges Campbell, Eamonn W. | $3.00 |
| Pacer | 5/29/2020 | Charges Campbell, Eamonn W. | $0.50 |
| Pacer | 5/29/2020 | Charges Campbell, Eamonn W. | $0.30 |
| Pacer | 5/29/2020 | Charges Campbell, Eamonn W. | $0.50 |
| Pacer | 5/29/2020 | Charges Campbell, Eamonn W. | $3.00 |
| Pacer | 5/29/2020 | Charges Campbell, Eamonn W. | $3.00 |

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| Pacer | 5/29/2020 | Charges Campbell, Eamonn W. | $0.90 |
| Pacer | 6/3/2020 | Charges LIBRARY, ID | $3.00 |
| Pacer | 6/3/2020 | Charges LIBRARY, ID | $0.20 |
| Pacer | 6/3/2020 | Charges Fell, Jamie | $0.10 |
| Pacer | 6/3/2020 | Charges Fell, Jamie | $3.00 |
| Pacer | 6/3/2020 | Charges Fell, Jamie | $2.00 |
| Pacer | 6/3/2020 | Charges Fell, Jamie | $0.50 |
| Pacer | 6/3/2020 | Charges Fell, Jamie | $2.10 |
| Pacer | 6/3/2020 | Charges Fell, Jamie | $2.80 |
| Pacer | 6/3/2020 | Charges Fell, Jamie | $0.30 |
| Pacer | 6/3/2020 | Charges Fell, Jamie | $0.50 |
| Pacer | 6/3/2020 | Charges Fell, Jamie | $3.00 |
| Pacer | 6/3/2020 | Charges Fell, Jamie | $3.00 |
| Pacer | 6/10/2020 | Charges Ricciardi, Sara A. | $1.80 |
| Pacer | 6/10/2020 | Charges Ricciardi, Sara A. | $0.80 |
| Pacer | 6/10/2020 | Pacer Charges LIBRARY, ID | $1.70 |
| Pacer | 6/10/2020 | Pacer Charges LIBRARY, ID | $1.70 |
| Pacer | 6/11/2020 | Pacer Charges LIBRARY, ID | $1.70 |
| Pacer | 6/11/2020 | Pacer Charges LIBRARY, ID | $1.30 |
| Pacer | 6/11/2020 | Pacer Charges LIBRARY, ID | $0.20 |
| Pacer | 6/11/2020 | Pacer Charges LIBRARY, ID | $0.20 |
| Pacer | 6/11/2020 | Pacer Charges LIBRARY, ID | $1.90 |
| Pacer | 6/11/2020 | Pacer Charges LIBRARY, ID | $3.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| **Transportation** | | | |
| OT - Carfare | 2/21/2020 | Nicole Fu - Overtime Transportation 10PM; OT Taxi Merchant: Lyft Merchant:Lyft Merchant: Lyft Merchant:Lyft Feb 21, 2020; Nicole Fu. | $10.03 |
| OT - Carfare | 2/28/2020 | Nicole Fu - Overtime Transportation 12AM; OT Taxi Merchant: Lyft Merchant:Lyft Merchant: Lyft Merchant:Lyft Feb 28, 2020; Nicole Fu. | $11.25 |
| OT - Carfare | 3/13/2020 | Nicole Fu - Overtime Transportation 03AM; OT Taxi charge 003507-0011 Merchant: Lyft Merchant:Lyft Merchant: Lyft Merchant:Lyft Mar 13, 2020; Nicole Fu. | $37.96 |
| **Duplicating** | | | |
| Print from email, color | 3/6/2020 | Print from email, color: New York Ricciardi, Sara A. | $137.70 |
| Print from email, color | 3/9/2020 | Print from email, color: New York Isaacman, Jennifer | $7.92 |
| Print from Email | 3/9/2020 | Print from Email: New York Isaacman, Jennifer | $9.45 |
| **Conferencing/Court Call** | | | |
| Telephone | 3/5/2020 | LOOP UP LLC - Loopup-2020-03-05-15786-SC0741-PGE Meeting Room Moderated By: 15786 | $29.73 |
| Telephone | 3/14/2020 | LOOP UP LLC - Loopup-2020-03-14-15786-SC2090-PGE Meeting Room Moderated By: 15786 | $0.35 |
| Telephone | 3/14/2020 | LOOP UP LLC - Loopup-2020-03-14-15786-SC2091-PGE Meeting Room Moderated By: 15786 | $31.16 |
| Telephone | 4/2/2020 | LOOP UP LLC - Loopup-2020-04-02-00905-SC0303-Mario Ponce's Meeting Room Moderated By: 00905 | $0.49 |
| Telephone | 4/2/2020 | LOOP UP LLC - Loopup-2020-04-02-00905-SC0348-Mario Ponce's Meeting Room Moderated By: 00905 | $0.11 |
| Telephone | 4/5/2020 | LOOP UP LLC - Loopup-2020-04-05-15786-SC0869-Erica's Meeting Room Moderated By: 15786 | $3.50 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| Telephone | 4/9/2020 | LOOP UP LLC - Loopup-2020-04-09-17065-SC1682-Nicole Fu's Meeting Room Moderated By: 17065 | $4.46 |
| Telephone | 4/14/2020 | LOOP UP LLC - Loopup-2020-04-14-15387-SC2451-Jasmine Hay's Meeting Room Moderated By: 15387 | $1.10 |
| Telephone | 4/15/2020 | LOOP UP LLC - Loopup-2020-04-15-15387-SC2587-Jasmine Hay's Meeting Room Moderated By: 15387 | $2.10 |
| Telephone | 4/17/2020 | LOOP UP LLC - Loopup-2020-04-17-00905-SC3161-Mario Ponce's Meeting Room Moderated By: 00905 | $1.26 |
| Telephone | 4/20/2020 | LOOP UP LLC - Loopup-2020-04-20-08914-SC3494-Sara Ricciardi's Meeting Room Moderated By: 08914 | $6.30 |
| Telephone | 4/23/2020 | LOOP UP LLC - Loopup-2020-04-23-17065-SC4189-Practice room Moderated By: 17065 | $2.80 |
| Telephone | 4/24/2020 | LOOP UP LLC - Loopup-2020-04-24-00905-SC4528-Mario Ponce's Meeting Room Moderated By: 00905 | $0.07 |
| Telephone | 4/24/2020 | LOOP UP LLC - Loopup-2020-04-24-17065-SC4395-Simpson Thacher Meeting Room Moderated By: 17065 | $15.62 |
| Telephone | 4/27/2020 | LOOP UP LLC - Loopup-2020-04-27-00880-SC4750-Elisa Alcabes' Meeting Room Moderated By: 00880 | $9.46 |
| Telephone | 4/27/2020 | LOOP UP LLC - Loopup-2020-04-27-15786-SC4654-Erica's Meeting Room Moderated By: 15786 | $4.36 |
| Telephone | 4/28/2020 | LOOP UP LLC - Loopup-2020-04-28-08914-SC5114-Sara Ricciardi's Meeting Room Moderated By: 08914 | $12.97 |
| Telephone | 4/28/2020 | LOOP UP LLC - Loopup-2020-04-28-00905-SC5152-Mario Ponce's Meeting Room Moderated By: 00905 | $1.05 |
| Telephone | 4/28/2020 | LOOP UP LLC - Loopup-2020-04-28-00905-SC5154-Mario Ponce's Meeting Room Moderated By: 00905 | $0.14 |
| Telephone | 4/29/2020 | LOOP UP LLC - Loopup-2020-04-29-15786-SC5191-Erica's Meeting Room Moderated By: 15786 | $7.01 |

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| Telephone | 3/5/2020 | LOOP UP LLC - Loopup-2020-03-05-15786-SC0741-PGE Meeting Room Moderated By: 15786 | $29.73 |
| Telephone | 3/14/2020 | LOOP UP LLC - Loopup-2020-03-14-15786-SC2090-PGE Meeting Room Moderated By: 15786 | $0.35 |
| Telephone | 3/14/2020 | LOOP UP LLC - Loopup-2020-03-14-15786-SC2091-PGE Meeting Room Moderated By: 15786 | $31.16 |
| Telephone | 4/2/2020 | LOOP UP LLC - Loopup-2020-04-02-00905-SC0303-Mario Ponce's Meeting Room Moderated By: 00905 | $0.49 |
| Telephone | 4/2/2020 | LOOP UP LLC - Loopup-2020-04-02-00905-SC0348-Mario Ponce's Meeting Room Moderated By: 00905 | $0.11 |
| Telephone | 4/5/2020 | LOOP UP LLC - Loopup-2020-04-05-15786-SC0869-Erica's Meeting Room Moderated By: 15786 | $3.50 |
| Telephone | 4/9/2020 | LOOP UP LLC - Loopup-2020-04-09-17065-SC1682-Nicole Fu's Meeting Room Moderated By: 17065 | $4.46 |
| Telephone | 4/14/2020 | LOOP UP LLC - Loopup-2020-04-14-15387-SC2451-Jasmine Hay's Meeting Room Moderated By: 15387 | $1.10 |
| Telephone | 4/15/2020 | LOOP UP LLC - Loopup-2020-04-15-15387-SC2587-Jasmine Hay's Meeting Room Moderated By: 15387 | $2.10 |
| Telephone | 4/17/2020 | LOOP UP LLC - Loopup-2020-04-17-00905-SC3161-Mario Ponce's Meeting Room Moderated By: 00905 | $1.26 |
| Telephone | 4/20/2020 | LOOP UP LLC - Loopup-2020-04-20-08914-SC3494-Sara Ricciardi's Meeting Room Moderated By: 08914 | $6.30 |
| Telephone | 4/23/2020 | LOOP UP LLC - Loopup-2020-04-23-17065-SC4189-Practice room Moderated By: 17065 | $2.80 |
| Telephone | 4/24/2020 | LOOP UP LLC - Loopup-2020-04-24-00905-SC4528-Mario Ponce's Meeting Room Moderated By: 00905 | $0.07 |
| Telephone | 4/24/2020 | LOOP UP LLC - Loopup-2020-04-24-17065-SC4395-Simpson Thacher Meeting Room Moderated By: 17065 | $15.62 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| Telephone | 4/27/2020 | LOOP UP LLC - Loopup-2020-04-27-00880-SC4750-Elisa Alcabes' Meeting Room Moderated By: 00880 | $9.46 |
| Telephone | 4/27/2020 | LOOP UP LLC - Loopup-2020-04-27-15786-SC4654-Erica's Meeting Room Moderated By: 15786 | $4.36 |
| Telephone | 4/28/2020 | LOOP UP LLC - Loopup-2020-04-28-08914-SC5114-Sara Ricciardi's Meeting Room Moderated By: 08914 | $12.97 |
| Telephone | 4/28/2020 | LOOP UP LLC - Loopup-2020-04-28-00905-SC5152-Mario Ponce's Meeting Room Moderated By: 00905 | $1.05 |
| Telephone | 4/28/2020 | LOOP UP LLC - Loopup-2020-04-28-00905-SC5154-Mario Ponce's Meeting Room Moderated By: 00905 | $0.14 |
| Telephone | 4/29/2020 | LOOP UP LLC - Loopup-2020-04-29-15786-SC5191-Erica's Meeting Room Moderated By: 15786 | $7.01 |
| **TOTAL** | | | **$650.64** |