Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

# Exhibit A

**COMPENSATION BY PROFESSIONAL**
**JULY 1, 2020**

The attorneys who rendered professional services in these Chapter 11 Cases during the Fee Period are:

| NAME OF PROFESSIONAL PARTNERS AND COUNSEL | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Curnin, Paul C. | Litigation | 1988 | $1,640 | 1.00 | $1,640.00 |
| Goldin, Nicholas | Litigation | 2000 | $1,480 | 1.60 | $2,368.00 |
| Ponce, Mario A. | Corporate | 1989 | $1,640 | 2.70 | $4,428.00 |
| Purushotham, Ravi | Corporate | 2010 | $1,325 | 1.10 | $1,457.50 |
| Ricciardi, Sara A. | Litigation | 2003 | $1,190 | 0.80 | $952.00 |
| **Total Partners and Counsel:** | | | | **7.20** | **$10,845.50** |

| NAME OF PROFESSIONAL ASSOCIATES | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Lundqvist, Jacob | Litigation | 2019 | $590 | 0.10 | $59.00 |
| **Total Associates:** | | | | **0.10** | **$59.00** |

| PROFESSIONALS | BLENDED HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $1,506.32 | 7.20 | $10,845.50 |
| Associates | $590.00 | 0.10 | $59.00 |
| Paraprofessionals | $0.00 | 0.00 | $0.00 |
| Blended Attorney Rate | $1,493.77 | | |
| **Total Fees Incurred** | | **7.30** | **$10,904.50** |