**Exhibit C**

**EXPENSE SUMMARY FOR JULY 1, 2020**

| **Court/Filing Fees** | N/A |
|---|---|
| Research | $24.70 |
| Conferencing/Communication | $37.24 |
| **Total Expenses Requested:** | **$61.94** |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017