# Exhibit D

# FEE SUMMARY DETAIL

**Task Code: Corporate Governance and Board Matters (CG)**

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 7/1/2020 | Curnin, Paul C. | Tc's w/ directors re: backstop issue (0.5); review new insurance (0.5). | 1.00 | $1,640.00 |
| 7/1/2020 | Ricciardi, Sara A. | Emails to K. Kinsel, J. Isaacman re: director transition (0.2); review bankruptcy docket (0.1); review derivative action dockets (0.2); emails to J. Lundqvist re: derivative actions (0.2); email to P. Curnin, N. Goldin re: same (0.1). | 0.80 | $952.00 |
| 7/1/2020 | Goldin, Nicholas | Communications w/ team re: backstop issue (0.8); communications w/ Company, team re: preservation (0.3); review court filing draft (0.2); review correspondence re: D&O insurance coverage (0.2). | 1.50 | $2,220.00 |
| 7/1/2020 | Lundqvist, Jacob | Email drafting to team re: derivative case status (0.1). | 0.10 | $59.00 |
| 7/1/2020 | Ponce, Mario A. | Conference call and related emails w/ P. Bogin at Korn Ferry re: new executive search (0.4). | 0.40 | $656.00 |
| 7/1/2020 | Ponce, Mario A. | Emails w/ new Directors re: director liability and protections (0.3). | 0.30 | $492.00 |
| 7/1/2020 | Purushotham, Ravi | Call w/ Korn Ferry re: engagement (0.4); followup on Lazard settlement matters (0.7). | 1.10 | $1,457.50 |
| **TOTAL** | | | **5.20** | **$7,476.50** |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

**Task Code: Fee/Employment Applications (FA)**

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 7/1/2020 | Goldin, Nicholas | Communications w/ team re: examiner report (0.1). | 0.10 | $148.00 |

**Task Code: Plan/Disclosure Statement (PL)**

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 7/1/2020 | Ponce, Mario A. | Emails re: backstop fee settlement (1.0). | 1.00 | $1,640.00 |
| 7/1/2020 | Ponce, Mario A. | Emails (0.4), teleconfs (0.6) re: reemergence. | 1.00 | $1,640.00 |
| **TOTAL** | | | **2.00** | **$3,280.00** |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017