**Exhibit E**

**ITEMIZED DISBURSEMENTS**

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| **Research/Document Retrieval** | | | |
| Pacer | 6/16/2020 | Charges LIBRARY, ID | $3.00 |
| Pacer | 6/16/2020 | Charges LIBRARY, ID | $0.40 |
| Pacer | 6/16/2020 | Charges LIBRARY, ID | $1.30 |
| Pacer | 6/16/2020 | Charges LIBRARY, ID | $0.40 |
| Pacer | 6/25/2020 | Pacer Charges LIBRARY, ID | $1.40 |
| Pacer | 6/25/2020 | Pacer Charges LIBRARY, ID | $0.60 |
| Pacer | 6/26/2020 | Charges Ricciardi, Sara A. | $3.00 |
| Pacer | 6/26/2020 | Charges Ricciardi, Sara A. | $0.10 |
| Pacer | 6/26/2020 | Charges LIBRARY, ID | $0.10 |
| Pacer | 6/26/2020 | Charges LIBRARY, ID | $0.10 |
| Pacer | 6/26/2020 | Charges LIBRARY, ID | $3.00 |
| Pacer | 6/26/2020 | Charges LIBRARY, ID | $0.10 |
| Pacer | 6/26/2020 | Pacer Charges LIBRARY, ID | $0.70 |
| Pacer | 6/26/2020 | Pacer Charges LIBRARY, ID | $1.40 |
| Pacer | 6/26/2020 | Pacer Charges LIBRARY, ID | $1.20 |
| Pacer | 6/26/2020 | Pacer Charges LIBRARY, ID | $0.70 |

---

[2] The amounts listed in this Exhibit are billed in accordance with the Fee Guidelines and Local Rules.

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| Pacer | 6/26/2020 | Pacer Charges LIBRARY, ID | $0.70 |
| Pacer | 6/29/2020 | Pacer Charges LIBRARY, ID | $0.70 |
| Pacer | 6/29/2020 | Pacer Charges LIBRARY, ID | $1.20 |
| Pacer | 6/29/2020 | Pacer Charges LIBRARY, ID | $1.40 |
| Pacer | 6/29/2020 | Pacer Charges LIBRARY, ID | $1.20 |
| Pacer | 6/29/2020 | Pacer Charges LIBRARY, ID | $0.70 |
| Pacer | 6/30/2020 | Charges LIBRARY, ID | $0.70 |
| Pacer | 6/30/2020 | Charges LIBRARY, ID | $0.60 |
| **Conferencing/Court Call** | | | |
| Telephone | 5/1/2020 | LOOP UP LLC - Loopup-2020-05-01-00880-SC0180-Elisa Alcabes' Meeting Room Moderated By: 00880 | $3.30 |
| Telephone | 5/8/2020 | LOOP UP LLC - Loopup-2020-05-08-15834-SC1566-STB Meeting Room Moderated By: 15834 | $0.90 |
| Telephone | 5/9/2020 | LOOP UP LLC - Loopup-2020-05-09-15834-SC1582-STB Meeting Room Moderated By: 15834 | $2.75 |
| Telephone | 5/13/2020 | LOOP UP LLC - Loopup-2020-05-13-15003-SC2291-Jamie Fell's Meeting Room Moderated By: 15003 | $0.98 |
| Telephone | 5/13/2020 | LOOP UP LLC - Loopup-2020-05-13-15003-SC2246-Jamie Fell's Meeting Room Moderated By: 15003 | $1.29 |
| Telephone | 5/15/2020 | LOOP UP LLC - Loopup-2020-05-15-00880-SC2698-Elisa Alcabes' Meeting Room Moderated By: 00880 | $4.19 |
| Telephone | 5/18/2020 | LOOP UP LLC - Loopup-2020-05-18-08914-SC2975-Sara Ricciardi's Meeting Room Moderated By: 08914 | $6.59 |
| Telephone | 5/20/2020 | LOOP UP LLC - Loopup-2020-05-20-00905-SC3522-Mario Ponce's Meeting Room Moderated By: 00905 | $2.63 |
| Telephone | 5/21/2020 | LOOP UP LLC - Loopup-2020-05-21-08914-SC3831-Sara Ricciardi's Meeting Room Moderated By: 08914 | $0.05 |

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| Telephone | 5/21/2020 | LOOP UP LLC - Loopup-2020-05-21-08914-SC3830-Sara Ricciardi's Meeting Room Moderated By: 08914 | $0.05 |
| Telephone | 5/21/2020 | LOOP UP LLC - Loopup-2020-05-21-08914-SC3829-Sara Ricciardi's Meeting Room Moderated By: 08914 | $0.30 |
| Telephone | 5/21/2020 | LOOP UP LLC - Loopup-2020-05-21-15786-SC3737-PGE Meeting Room Moderated By: 15786 | $0.05 |
| Telephone | 5/22/2020 | LOOP UP LLC - Loopup-2020-05-22-00905-SC4109-Mario Ponce's Meeting Room Moderated By: 00905 | $1.19 |
| Telephone | 5/22/2020 | LOOP UP LLC - Loopup-2020-05-22-00905-SC4107-Mario Ponce's Meeting Room Moderated By: 00905 | $0.11 |
| Telephone | 5/26/2020 | LOOP UP LLC - Loopup-2020-05-26-08914-SC4266-Sara Ricciardi's Meeting Room Moderated By: 08914 | $0.10 |
| Telephone | 5/26/2020 | Telephone LOOP UP LLC - Loopup-2020-05-26-08914-SC4268-Sara Ricciardi's Meeting Room Moderated By: 08914 | $9.81 |
| Telephone | 5/26/2020 | LOOP UP LLC - Loopup-2020-05-26-16695-SC4434-Kourtney Kinsel's Meeting Room Moderated By: 16695 | $2.95 |
| **TOTAL** | | | **$61.94** |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017