Steven S. Kane, Esq., SBN: 061670
Bonnie E. Kane, Esq., SBN: 167700
**THE KANE LAW FIRM**
402 W. Broadway, Suite 2500
San Diego, CA 92101
Telephone: (619) 236-8700
Facsimile: (619) 236-1370
E-mail: skane@thekanelawfirm.com
E-mail: bonnie@thekanelawfirm.com

Attorneys for Clayton Engelbrecht

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re:* | **Case No. 19-30088 (DM)** |
| PG&E CORPORATION | Chapter 11 (Lead Case) |
| -and- | (Jointly Administered) |
| PACIFIC GAS AND ELECTRIC COMPANY | **DECLARATION OF CLAYTON ENGELBRECHT IN SUPPORT OF MOTION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9006(b)(1) TO DEEM HIS CLAIM TIMELY FILED** |
| Debtors. | |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas & Electric | |
| ■ Affects Both Debtors | Date: August 25, 2020<br>Time: 10:00 a.m.<br>To Be Held Telephonically (or Via Video Where Approved and Applicable)<br>Judge: Honorable Dennis Montali |
| *All papers shall be filed in the Lead Case, No.19-30088 (DM)* | |

I, Clayton Engelbrecht, hereby declare and state as follows:

1. This declaration is based upon my personal knowledge unless otherwise indicated. If called upon to testify as to the matters stated herein, I could and would competently do so.

2. At the time of the Camp Fire, I was living with my brother Blake a few miles from my parents' home off of Centerville Road. When I heard the fire was approaching my parents' home where I lived for many years, my brother and I went to assist with the evacuation.

3. I thought the fire was far enough away but it made its way to my parents' home later that evening. I was forced to fight the fire with my father and brother in an attempt to save our house. We fought the fire from approximately 8 pm to 2 am. We saved the house but lost many other structures and trees. I suffered significant smoke inhalation and emotional distress.

4. My mother and father had retained counsel to submit claims, and I mistakenly thought that I had counsel who would submit a claim for me in the bankruptcy. I did not realize this belief was mistaken until recently, well after December 31, 2019.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed at Chico, California, on July 23, 2020.

*/s/ Clayton Engelbrecht*
CLAYTON ENGELBRECHT
7/23/2020

2