**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (650) 636-9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>    - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                  Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**CERTIFICATE OF NO OBJECTION REGARDING SIXTH THROUGH FOURTEENTH MONTHLY FEE STATEMENTS OF LAZARD FRÈRES & CO. LLC AS INVESTMENT BANKER TO THE DEBTORS FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIODS OF SEPTEMBER 1, 2019 THROUGH MAY 31, 2020**<br><br>[Re: Dkt Nos. 5448, 5560, 5677, 6422, 6961, 7434, 7750, 7954, 8293] |

# THE MONTHLY FEE STATEMENTS

Lazard Frères & Co. LLC ("**Lazard**" or the "**Applicant**"), investment banker for PG&E Corporation and Pacific Gas and Electric Company as debtors and reorganized debtors (the "**Debtors**") has filed the following nine monthly fee statements (each, a "**Monthly Fee Statement**," and together, the "**Monthly Fee Statements**") pursuant to the *Order Pursuant to 11 U.S.C §§ 331 and 105(a) and Fed. R. Bankr. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, entered on February 27, 2019 [Docket No. 701] (the "**Interim Compensation Procedures Order**"):

| Number | Date Filed | Docket No. | Period Covered |
|---|---|---|---|
| Sixth | January 22, 2020 | 5448 | September 1, 2019 – September 30, 2019 |
| Seventh | January 30, 2020 | 5560 | October 1, 2019 – October 31, 2019 |
| Eighth | February 6, 2020 | 5677 | November 1, 2019 – November 30, 2019 |
| Ninth | March 23, 2020 | 6422 | December 1, 2019 – December 31, 2019 |
| Tenth | April 28, 2020 | 6961 | January 1, 2020 – January 31, 2020 |
| Eleventh | May 20, 2020 | 7434 | February 1, 2020 – February 28, 2020 |
| Twelfth | June 3, 2020 | 7750 | March 1, 2020 – March 31, 2020 |
| Thirteenth | June 15, 2020 | 7954 | April 1, 2020 – April 30, 2020 |
| Fourteenth | July 7, 2020 | 8293 | May 1, 2020 – May 31, 2020 |

The Monthly Fee Statements were served as described below

| Monthly Fee Statement | Certificate of Service Docket No. | Date Served |
|---|---|---|
| Sixth (September 1, 2019 – September 30, 2019) | 5518 | January 22, 2020 |
| Seventh (October 1, 2019 – October 31, 2019) | 5617 | January 30, 2020 |
| Eighth (November 1, 2019 – November 30, 2019) | 5722 | February 6, 2020 |
| Ninth (December 1, 2019 – December 31, 2019) | 6494 | March 23, 2020 |

| Tenth (January 1, 2020 – January 31, 2020) | 7052 | April 28, 2020 |
| Eleventh (February 1, 2020 – February 28, 2020) | 7591 | May 20, 2020 |
| Twelfth (March 1, 2020 – March 31, 2020) | 7836 | June 3, 2020 |
| Thirteenth (April 1, 2020 – April 30, 2020) | 8013 | June 15, 2020 |
| Fourteenth (May 1, 2020 – May 31, 2020) | 8360 | July 7, 2020 |

The deadline to file responses or oppositions to the Monthly Fee Statements was as follows:

| Monthly Fee Statement | Objection Deadline |
|---|---|
| Sixth (September 1, 2019 – September 30, 2019) | February 12, 2020 |
| Seventh (October 1, 2019 – October 31, 2019) | February 20. 2020 |
| Eighth (November 1, 2019 – November 30, 2019) | February 27, 2020 |
| Ninth (December 1, 2019 – December 31, 2019) | April 13, 2020 |
| Tenth (January 1, 2020 – January 31, 2020) | May 19, 2020 |
| Eleventh (February 1, 2020 – February 28, 2020) | June 10, 2020 |
| Twelfth (March 1, 2020 – March 31, 2020) | June 24, 2020 |
| Thirteenth (April 1, 2020 – April 30, 2020) | July 6, 2020 |
| Fourteenth (May 1, 2020 – May 31, 2020) | July 28, 2020 |

No oppositions or responses to any of the Monthly Fee Statements were filed with the Court or received by the Applicant.

Pursuant to the Interim Compensation Procedures Order, the above captioned debtors and reorganized debtors are authorized to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statements upon the filing of this certification without the need for a further order of the Court. A summary of the fees and expenses sought by the Applicant in the Monthly Fee Statements is annexed hereto as **Exhibit A.**

# DECLARATION OF NO RESPONSE RECEIVED

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that:

1. I am a Managing Director of Lazard.

2. I certify that I have reviewed the Court's docket in this case and have not received any response or opposition to the Monthly Fee Statements.

3. This declaration was executed in New York, New York.

Dated: July 29, 2020

**LAZARD FRÈRES & CO. LLC**

By: */s/ Ken Ziman*
    Ken Ziman
    Lazard Frères & Co. LLC
    30 Rockefeller Plaza, 61st Floor
    New York, NY 10112
    (212) 632-6000

*Investment Banker to the Debtors and Reorganized Debtors*

# Exhibit A

Professional Fees and Expenses
Monthly Fee Application

| Applicant | Fee Application | Total Fees Requested | Total Expenses Requested | Objection Deadline | Fees Authorized to be Paid at 80% | Expenses Authorized to be Paid at 100% | Amount of Holdback Fees |
|---|---|---|---|---|---|---|---|
| **Lazard Frères & Co. LLC**<br><br>Investment Banker for Debtors and Reorganized Debtors | **Sixth Monthly**<br><br>(09.01.19 to 09.30.19)<br><br>[Dkt. 5448; filed 01.22.20] | $300,000 | $38,498.27 | 02.12.20 | $240,000 | $38,498.27 | $60,000 |
| **Lazard Frères & Co. LLC**<br><br>Investment Banker for Debtors and Reorganized Debtors | **Seventh Monthly**<br><br>(10.01.19 to 10.31.19)<br><br>[Dkt. 5560; filed 01.30.20] | $300,000 | $99,007.83 | 02.20.20 | $240,000 | $99,007.83 | $60,000 |
| **Lazard Frères & Co. LLC**<br><br>Investment Banker for Debtors and Reorganized Debtors | **Eighth Monthly**<br><br>(11.01.19 to 11.30.19)<br><br>[Dkt. 5677; filed 02.06.20] | $300,000 | $204,314.20 | 02.27.20 | $240,000 | $204,314.20 | $60,000 |
| **Lazard Frères & Co. LLC**<br><br>Investment Banker for Debtors and Reorganized Debtors | **Ninth Monthly**<br><br>(12.01.19 to 12.31.19)<br><br>[Dkt. 6422; filed 03.23.20] | $300,000 | $17,859.47 | 04.13.20 | $240,000 | $17,859.47 | $60,000 |
| **Lazard Frères & Co. LLC**<br><br>Investment Banker for Debtors and Reorganized Debtors | **Tenth Monthly**<br><br>(01.01.20 to 01.31.20)<br><br>[Dkt. 6961; filed 04.28.20] | $300,000 | $27,492.51 | 05.19.20 | $240,000 | $27,492.51 | $60,000 |

| Applicant | Fee Application | Total Fees Requested | Total Expenses Requested | Objection Deadline | Fees Authorized to be Paid at 80% | Expenses Authorized to be Paid at 100% | Amount of Holdback Fees |
|---|---|---|---|---|---|---|---|
| **Lazard Frères & Co. LLC** Investment Banker for Debtors and Reorganized Debtors | **Eleventh Monthly** (02.01.20 to 02.28.20) [Dkt. 7434; filed 05.20.20] | $300,000 | $32,007.09 | 06.10.20 | $240,000 | $32,007.09 | $60,000 |
| **Lazard Frères & Co. LLC** Investment Banker for Debtors and Reorganized Debtors | **Twelfth Monthly** (03.01.20 to 03.31.20) [Dkt. 7750; filed 06.03.20] | $300,000 | $14,098.16 | 06.24.20 | $240,000 | $14,098.16 | $60,000 |
| **Lazard Frères & Co. LLC** Investment Banker for Debtors and Reorganized Debtors | **Thirteenth Monthly** (04.01.20 to 04.30.20) [Dkt. 7954; filed 06.15.20] | $300,000 | $0 | 07.06.20 | $240,000 | $0 | $60,000 |
| **Lazard Frères & Co. LLC** Investment Banker for Debtors and Reorganized Debtors | **Fourteenth Monthly** (05.01.20 to 05.31.20) [Dkt. 8293; filed 07.07.20] | $300,000 | $0 | 07.28.20 | $240,000 | $0 | $60,000 |