1  BRAD BRIAN (State Bar No. 79001)
   Brad.Brian@mto.com
2  THOMAS B. WALPER (State Bar No. 96667)
   thomas.walper@mto.com
3  HENRY WEISSMANN (State Bar No. 132418)
   henry.weissmann@mto.com
4  BRADLEY SCHNEIDER (State Bar No. 235296)
   bradley.schneider@mto.com
5  **MUNGER, TOLLES & OLSON LLP**
   350 South Grand Avenue
6  Fiftieth Floor
   Los Angeles, California 90071
7  Telephone:     (213) 683-9100
   Facsimile:     (213) 683-3702
8
   *Attorneys for Debtors and Debtors in Possession*
9

10              **UNITED STATES BANKRUPTCY COURT**

11              **NORTHERN DISTRICT OF CALIFORNIA**

12               **SAN FRANCISCO DIVISION**

13  In re:                                  Bankruptcy Case No. 19-30088 (DM)

14  PG&E CORPORATION,                       Chapter 11

15        - and –                           (Lead Case)

16  PACIFIC GAS AND ELECTRIC                (Jointly Administered)
    COMPANY,
17                                          **CERTIFICATE OF NO OBJECTION**
                                            **REGARDING MONTHLY FEE STATEMENT**
18             Debtors.                     **OF MUNGER, TOLLES & OLSON LLP FOR**
                                            **ALLOWANCE AND PAYMENT OF**
19  ☐ Affects PG&E Corporation              **COMPENSATION AND REIMBURSEMENT**
    ☐ Affects Pacific Gas and Electric      **OF EXPENSES FOR THE PERIOD OF MAY**
    Company                                 **1, 2020 THROUGH MAY 31, 2020**
20  ☒ Affects both Debtors

21  *\* All papers shall be filed in the Lead*   *Re: Docket No. 8330*
    *Case No. 19-30088 (DM).*
22                                          **Objection Deadline:  July 29, 2020**
                                                             **4:00 p.m. (Pacific Time)**
23

24                                          [No hearing requested]

25

26

27

28

On July 8, 2020, at Docket Number 8330, Munger, Tolles & Olson LLP ("**MTO**" or "**Applicant**"), attorneys for PG&E Corporation and Pacific Gas and Electric Company (the **"Debtors"**) for certain matters, filed its Monthly Fee Statement (the **"Monthly Fee Statement"**) for allowance and payment of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred for the period commencing May 1, 2020 through May 31, 2020 (the "**Fee Period**") pursuant to the *Order Pursuant to 11 U.S.C §§ 331 and 105(e) and Fed. R. Bankr. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, entered on February 28, 2019 [Docket No. 701] (the "**Interim Compensation Procedures Order**").

The Monthly Fee Statement was served on July 8, 2020 as described in the *Affidavit of Service* of Jamie B. Herszaft, filed on July 14, 2020 [Docket No. 8388]. The deadline to file responses or oppositions to the Monthly Fee Statement was July 29, 2020 at 4:00 p.m. (PT), and no oppositions or responses have been filed with the Court or received by the Applicant. Pursuant to the Interim Compensation Procedures Order, the Debtors are authorized to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement upon the filing of this certification without the need for a further order of the Court. A summary of the fees and expenses sought by the Applicant is annexed hereto as **Exhibit A**.

### DECLARATION OF NO RESPONSE RECEIVED

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that:

1.      I am Of Counsel to the law firm of Munger, Tolles & Olson LLP, counsel to the Debtors and Debtors in Possession for certain matters.

2.      I certify that I have reviewed or caused the review of the Court's docket in these chapter 11 cases and that Applicant has not received any response or opposition to the Monthly Fee Statement.

1      3.     This declaration was executed in Los Angeles, California.

2

3    Dated: July 29, 2020                    Respectfully submitted,

4                                            MUNGER, TOLLES & OLSON LLP

5

6                                            By:  /s/ *Bradley Schneider*
7                                                   Bradley Schneider

8                                            *Attorneys for Debtors and Debtors in Possession*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

# Exhibit A

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

## Monthly Fee Statement – Professional Fees and Expenses

| Applicant | Fee Application Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid Pursuant to Interim Comp. Order (80%) | Amount of Expenses Authorized to be Paid Pursuant to Interim Comp. Order (100%) | Amount of Holdback Fees |
|---|---|---|---|---|---|---|---|
| Munger, Tolles & Olson LLP | 5/1/20 through 5/31/20; Filed 7/8/20; D.N. 8330 | $1,458.931.50 | $108,872.12 | 7/29/20 | $1,167,145.20 | $108,872.12 | $291,786.30 |

| | |
|---|---|
| 1 | **Notice Parties** |
| 2 | |
| 3 | PG&E Corporation |
| | c/o Pacific Gas & Electric Company |
| 4 | Attn:  Janet Loduca |
| | 77 Beale Street |
| 5 | San Francisco, CA 94105 |
| 6 | |
| | Weil, Gotshal & Manges LLP |
| 7 | Attn:  Stephen Karotkin |
| |         Jessica Liou |
| 8 |         Matthew Goren |
| | 767 Fifth Avenue |
| 9 | New York, NY 10153 |
| 10 | |
| | The Office of the United States Trustee for Region 17 |
| 11 | Attn:  Andrew Vara |
| |         Timothy Laffredi |
| 12 | 450 Golden Gate Avenue, 5th Floor, Suite #05-0153 |
| | San Francisco, CA 94102 |
| 13 | |
| 14 | Milbank LLP |
| | Attn:  Dennis F. Dunne |
| 15 |         Sam A. Khalil |
| | 55 Hudson Yards |
| 16 | New York, NY 10001-2163 |
| 17 | |
| | Milbank LLP |
| 18 | Attn:  Paul S. Aronzon |
| |         Gregory A. Bray |
| 19 |         Thomas R. Kreller |
| | 2029 Century Park East, 33rd Floor |
| 20 | Los Angeles, CA 90067 |
| 21 | |
| | Baker & Hostetler LLP |
| 22 | Attn:  Eric Sagerman |
| |         Cecily Dumas |
| 23 | 11601 Wilshire Boulevard, Suite 1400 |
| | Los Angeles, CA 90025-0509 |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |