ROPES & GRAY LLP
Rocky C. Tsai (CA Bar No. 221452)
3 Embarcadero Center
San Francisco, CA 94111
Telephone: (415) 315-6369
Facsimile: (415) 315-6350
Email: rocky.tsai@ropesgray.com

ROPES & GRAY LLP
Andrew G. Devore (*pro hac vice* pending)
Prudential Tower
800 Boylston Street
Boston, MA 02199
Telephone: (617) 951-7000
Facsimile: (617) 951-7050
Email: andrew.devore@ropesgray.com

ROPES & GRAY LLP
Gregg M. Galardi (admitted *pro hac vice*)
Keith H. Wofford (*pro hac vice* pending)
Daniel G. Egan (admitted *pro hac vice*)
1211 Avenue of the Americas
New York, NY 10036
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
Email: gregg.galardi@ropesgray.com
keith.wofford@ropesgray.com
daniel.egan@ropesgray.com

*Counsel to Elliott Management Corporation, on behalf of itself and certain funds and accounts managed, advised, or sub-advised by it*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>    -and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                  Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**CERTIFICATE OF SERVICE** |

I, NOVA A. ALINDOGAN, do declare and state as follows:

1. I am employed at Ropes & Gray LLP, counsel to Elliott Management Corporation.

2. On July 27, 2020, I served via email the *Motion of Elliott Management Corporation for (I) Allowance and Payment of Administrative Expense Claim and (II) to the Extent Necessary, Reconsideration and Relief from the Confirmation Order Pursuant to Federal Rule of Civil Procedure 60(B)* ("Motion") [ECF No. 8536] upon the parties listed on the attached Exhibit A.

3. On July 28, 2020, I served the Motion via first-class mail upon the parties listed on the attached Exhibit B.

4. I have reviewed the Notices of Electronic Filing for the Motion, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with the Motion through the Court's Electronic Case Filing system.

5. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 28th day of July, 2020, in New York, New York.

                                                     */s/ Nova A. Alindogan*
                                                   Nova A. Alindogan

# EXHIBIT A

- Weil, Gotshal & Manges LLP
  767 Fifth Avenue
  New York, NY 10153
  Attn: Stephen Karotkin, Esq.
  Jessica Liou, Esq.
  Matthew Goren, Esq.
  stephen.karotkin@weil.com
  matthew.goren@weil.com
  jessica.liou@weil.com

- Keller & Benvenutti LLP
  650 California Street
  Suite 1900
  San Francisco, CA 94108
  Attn: Tobias Keller, Esq.
  Jane Kim, Esq.
  tkeller@kbkllp.com
  jkim@kbkllp.com

- Counsel for the administrative agent under the Debtors' postpetition financing facility
  Stroock & Stroock & Lavan LLP
  180 Maiden Lane
  New York, NY 10038
  Attn: Kristopher M. Hansen, Esq.
  Erez E. Gilad, Esq.
  Matthew G. Garofalo, Esq.
  khansen@stroock.com
  egilad@stroock.com
  mgarofalo@stroock.com

- Stroock & Stroock & Lavan LLP
  2029 Century Park East
  Los Angeles, CA 90067
  Attn: Frank A. Merola, Esq.
  fmerola@stroock.com

- Counsel for the collateral agent under the Debtors' postpetition financing facility
  Davis Polk & Wardwell LLP
  450 Lexington Avenue
  New York, NY 10017
  Attn: Eli J. Vonnegut, Esq.
  David Schiff, Esq.
  Timothy Graulich, Esq.
  eli.vonnegut@davispolk.com
  david.schiff@davispolk.com
  timothy.graulich@davispolk.com

- Counsel to the California Public Utilities Commission
  Paul, Weiss, Rifkind, Wharton & Garrison LLP
  1285 Avenue of the Americas
  New York, NY 10019
  Attn: Alan W. Kornberg, Esq.
  Brian S. Hermann, Esq.,
  Walter R. Rieman, Esq.
  Sean A. Mitchell, Esq.
  Neal P. Donnelly, Esq.
  akornberg@paulweiss.com
  bhermann@paulweiss.com
  wrieman@paulweiss.com
  smitchell@paulweiss.com
  ndonnelly@paulweiss.com

- Office of the United States Trustee for Region 17
  450 Golden Gate Avenue, 5th Floor, Suite #05-0153
  San Francisco, CA 94102
  Attn: James L. Snyder, Esq.
  Timothy Laffredi, Esq.
  James.L.Snyder@usdoj.gov
  timothy.s.laffredi@usdoj.gov
  Marta.Villacorta@usdoj.gov

- Counsel for United States on behalf of the Federal Energy Regulatory Commission
  U.S. Department of Justice
  1100 L Street, NW, Room 7106
  Washington DC 20005
  shane.huang@usdoj.gov
  michael.tye@usdoj.gov
  Rodney.Morris2@usdoj.gov

- Counsel for the Official Committee of Unsecured Creditors
  Milbank LLP
  55 Hudson Yards
  New York, NY 10001
  Attn: Dennis F. Dunne, Esq.
  Sam A. Khalil, Esq.
  ddunne@milbank.com
  skhalil@milbank.com

- Milbank LLP
  2029 Century Park East, 33rd Floor
  Los Angeles, CA 90067
  Attn: Paul S. Aronzon, Esq.
  Gregory A. Bray, Esq.,
  Thomas R. Kreller, Esq.
  Gbray@milbank.com
  TKreller@milbank.com
  svora@milbank.com

- Counsel for the Official Committee of Tort Claimants
  Baker & Hostetler LLP
  11601 Wilshire Boulevard, Suite 1400
  Los Angeles, CA 90025
  Attn: Eric Sagerman, Esq.
  esagerman@bakerlaw.com
  lattard@bakerlaw.com

- All parties who have formally appeared in these chapter 11 cases and requested service pursuant to Bankruptcy Rule 2002

**EXHIBIT B**

- Federal Energy Regulatory Commission
  888 First Street, NE
  Washington, DC  20426
  Attn:  General Counsel

- Internal Revenue Service
  Centralized Insolvency Operation
  2970 Market Street
  Philadelphia, PA  19104-5016

  John A. Vos
  1430 Lincoln Avenue
  San Rafael, CA  94901

- Office of the United States Attorney for the Northern District of California
  Federal Courthouse
  450 Golden Gate Avenue
  San Francisco, CA  94102
  Attn:  Bankruptcy Unit

- PG&E Corporation
  77 Beale Street
  P.O. Box 77000
  San Francisco, CA  94177
  Attn:  President or General Counsel

- Placer County Office of the Treasurer-Tax Collector
  Auburn, CA  95603
  Attn:  Robert Kanngiesser

- ROBERTSON & LEWIS
  Post Office Box 1257
  Gilroy, CA  95021-1257
  Attn:  Wm. Thomas Lewis, Esq.

- Rodriguez & Associates
  2020 Eye Street
  Bakersfield, CA  93301
  Attn:  Joseph Whittington, Esq. and Daniel Turek, Esq.

- U.S. Nuclear Regulatory Commission
  U.S. NRC Region IV
  1600 E. Lamar Blvd.
  Arlington, TX  76011
  Attn:  General Counsel

- Nuclear Regulatory Commission
  U.S. Nuclear Regulatory Commission
  Washington, DC  20555-0001
  Attn:  General Counsel

- Unsecured Creditor Claim No. 7072
  38006 Pueblo Road
  Hinkley, CA  92347
  Attn:  John Ramirez, Marta Ramirez

- Unsecured Creditor Claim No. 7083
  1969 East Cooley Ave.
  San Bernardino, CA  92408
  Attn:  Aurang Zaib Khan, Halima Zahib

- Unsecured Creditor Claim No. 7167
  244 S. Citrus Avenue
  Alhambra, CA  91801
  Attn:  Ken Nitao

- Unsecured Creditor Claim No. 7168
  37241 Sycamore Street
  Hinkley, CA  92347
  Attn:  Robert Miller, Donna Learmont

- Unsecured Creditor Claim No. 7171
  P.O. Box HD
  Barstow, CA  92311
  Attn:  Shirley Holcroft, Sam Cabrera

- Unsecured Creditor Claim No. 7175
  36796 Hillview Road
  Hinkley, CA  92347
  Attn:  Andrea Williams, Dan S. Williams

- Unsecured Creditor Claim No. 7176
  P.O. Box 376
  Hinkley, CA  92347
  Attn:  Keith Hawes

- Unsecured Creditor Claim No. 7180
  3617 Slauson Ave.
  Maywood, CA  90270
  Attn:  Oscar Urbina

- Unsecured Creditor Claim No. 7183
  P.O. Box 344
  Hinkley, CA  92347
  Attn:  Martin Garza, Lynette Brown

- Unsecured Creditor Claim No. 7199
  36310 Lenwood Road
  Hinkley, CA  92347
  Attn:  Carolyn Bolin, William Bolin

- Unsecured Creditor Claim No. 7200
  P.O. Box 192
  Hinkley, CA  92347
  Attn:  Sandra L. Brown

- Unsecured Creditor Claim No. 7201
  3220 Cindy Circle
  Anderson, CA  96007
  Attn:  Barbara A. Vinson, Lloyd K. Vinson

- Unsecured Creditor Claim No. 7226
  18284 Pacific Street
  Hesperia, CA  92345
  Attn:  Rosaiba Hernandez

- Unsecured Creditor Claim No. 7229
  36709 Hidden River Road
  Hinkley, CA  92347
  Attn:  David Matthiesen, Candace Matthiesen

- Unsecured Creditor Claim No. 7244
  886 Gina Ct.
  Upland, CA  91784
  Attn:  Agustin Carrera, Maritza Carrera

- Unsecured Creditor Claim No. 7244
  20455 Halstead Road
  Hinkley, CA  92347
  Attn:  Aquilla Frederick

- Unsecured Creditor Claim No. 7264
  P.O. Box 376
  Hinkley, CA  92347
  Attn:  Darlene Herring Jenkins

1
2
- Unsecured Creditor Claim No. 7301
  4600 Jerry Ave.
  Baldwin Park, CA  91706
  Attn:  Marina Riebeling, Adolfo Riebeling

3
4
- Unsecured Creditor Claim No. 7585
  25595 Ash Road
  Barstow, CA  92311
  Attn:  Clell Courtney, Hennie Courtney

5
6
7
- Unsecured Creditor Claim No. 7591
  P.O. Box 376
  Hinkley, CA  92347
  Attn:  Cindy Sue Downing

8
9
10
- Unsecured Creditor Claim No. 7657
  P.O. Box 9048
  Alta Loma, CA  91701
  Attn:  Joel A. Christison

11
12
13
- Unsecured Creditor Claim No. 7704
  25633 Anderson Avenue
  Barstow, CA  92311
  Attn:  Nick Panchev

14
15
16
- Unsecured Creditor Claim No. 8273
  36771 Hidden River Rd.
  Hinkley, CA  92347
  Attn:  Charles Matthiesen, Matsue Matthiesen

17
18
19
- Unsecured Creditor Claim No. 8274
  36633 Hidden River Road
  Hinkley, CA  92347
  Attn:  Juliana Martinez, Manuel Martinez

20
21
22
- Unsecured Creditor Claim No. 8274
  20455 Halstead Road
  Hinkley, CA  92347
  Attn:  Norman Halstead

23
24
25
- Unsecured Creditor Claim No. 8278
  36816 Hillview Road
  Hinkley, CA  92347
  Attn:  Kimberly Blowney

26
27
28

- Unsecured Creditor Claim No. 8283
  1042 E. Sandison St. Apt. 1
  Wilmington, CA  90744
  Attn:  Saray Ordaz, Victor Suarez

- Unsecured Creditor Claim No. Pending
  23394 Alcudia Rd.
  Hinkley, CA  92347
  Attn:  Yvonne Kirkpatrick, Herbert Nethery