# EXHIBIT A

# COMPENSATION BY PROFESSIONAL
# JUNE 1, 2020 THROUGH JUNE 30, 2020

The timekeepers who rendered services in these Chapter 11 Cases from June 1, 2020 through June 30, 2020 for which Baker is seeking compensation are

| NAME OF PROFESSIONAL PARTNERS AND COUNSEL: | PRIMARY DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Bator, Chris | Litigation | 1987 | $510.00 | 44.40 | $22,644.00 |
| Benson, Glenn S. | Environmental | 1994 | $640.00 | 83.50 | $53,440.00 |
| Bloom, Jerry R. | Bankruptcy | 1980 | $1,145.00 | 162.40 | $185,948.00 |
| Carolan, Christopher J. | Corporate | 2000 | $875.00 | 17.60 | $15,400.00 |
| Casey, Lee A | Litigation | 1982 | $1,255.00 | 66.70 | $83,708.50 |
| Chairez, Joseph L. | Litigation | 1981 | $800.00 | 26.30 | $21,040.00 |
| Commins, Gregory J. | Litigation | 1991 | $890.00 | 200.50 | $178,445.00 |
| Dumas, Cecily A. | Bankruptcy | 1983 | $950.00 | 171.60 | $163,020.00 |
| Esmont, Joseph M. | Bankruptcy | 2008 | $600.00 | 152.80 | $91,680.00 |
| Foley, Elizabeth A. | Litigation | 1994 | $1,100.00 | 4.10 | $4,510.00 |
| Foix, Danyll W. | Litigation | 1998 | $760.00 | 132.10 | $100,396.00 |
| Gechman, Judy G. | Corporate | 1987 | $745.00 | 4.30 | $3,203.50 |
| Goldberg, Steven H. | Corporate | 1990 | $1,060.00 | 2.20 | $2,332.00 |
| Goodman, Eric R. | Bankruptcy | 2003 | $800.00 | 145.60 | $116,480.00 |
| Grabowski-Shaikh, Asim R. | Corporate | 2002 | $800.00 | 80.60 | $64,480.00 |
| Green, Elizabeth A | Bankruptcy | 1986 | $690.00 | 105.60 | $72,864.00 |
| Grossman, Andrew W. | Litigation | 2008 | $850.00 | 14.20 | $12,070.00 |
| Hanselman, Suzanne K. | Corporate | 1991 | $665.00 | 23.40 | $15,561.00 |
| Hogan, Thomas E. | Litigation | 2004 | $785.00 | 154.10 | $120,968.50 |
| Iannuzzi, Michael | Real Estate | 2009 | $595.00 | 23.20 | $13,804.00 |
| Julian, Robert | Litigation | 1979 | $1,175.00 | 198.40 | $233,120.00 |
| Layden, Andrew V. | Bankruptcy | 2010 | $410.00 | 2.70 | $1,107.00 |
| Lehrer II, John R. | Tax | 1999 | $725.00 | 16.10 | $11,672.50 |
| McCabe, Bridget S. | Litigation | 2010 | $630.00 | 201.30 | $126,819.00 |
| Morris, Kimberly S. | Litigation | 2004 | $895.00 | 239.90 | $214,710.50 |
| Parrish, Jimmy D. | Bankruptcy | 2000 | $590.00 | 3.50 | $2,065.00 |
| Payne Geyer, Tiffany | Bankruptcy | 2000 | $455.00 | 9.70 | $4,413.50 |

Baker & Hostetler LLP
Attorneys at Law
Los Angeles

| NAME OF PROFESSIONAL PARTNERS AND COUNSEL: | PRIMARY DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Richardson, David J. | Bankruptcy | 1993 | $685.00 | 180.10 | $123,368.50 |
| Rivkin, Jr., David B. | Litigation | 1985 | $1,625.00 | 138.20 | $224,575.00 |
| Rose, Jorian E. | Bankruptcy | 1998 | $1,010.00 | 175.70 | $177,457.00 |
| Sagerman, Eric T. | Bankruptcy | 1991 | $1,145.00 | 34.80 | $39,846.00 |
| Thomas, Emily B. | Litigation | 2006 | $450.00 | 24.80 | $11,160.00 |
| Weible, Robert A. | Corporate | 1978 | $830.00 | 84.10 | $69,803.00 |
| **Total Partners and Counsel:** | | | | **2,924.50** | **$2,582,111.50** |

| NAME OF PROFESSIONAL ASSOCIATES AND STAFF ATTORNEYS: | PRIMARY DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Attard, Lauren T. | Bankruptcy | 2008 | $600.00 | 151.40 | $90,840.00 |
| Barnes, Cory N. | Litigation | 2018 | $265.00 | 59.00 | $15,635.00 |
| Bennett-Jean, Julia A. | Litigation | 2017 | $400.00 | 137.70 | $55,080.00 |
| Berle, Joelle A. | Litigation | 2007 | $485.00 | 48.80 | $23,668.00 |
| Blanchard, Jason I. | Bankruptcy | 2011 | $650.00 | 25.20 | $16,380.00 |
| Cho, Dyanne J. | Litigation | 2015 | $510.00 | 25.00 | $12,750.00 |
| Cummins, Brady P. | Corporate | 2014 | $400.00 | 5.30 | $2,120.00 |
| Davis, Austin N. | Unassigned | 2019 | $265.00 | 75.90 | $20,113.50 |
| Donaho, Thomas A. | Associate | 2011 | $530.00 | 169.50 | $89,835.00 |
| Dow, Dustin M. | Employment | 2012 | $365.00 | 161.50 | $58,947.50 |
| Geisinger, Kathryn A. | Tax | 2015 | $310.00 | 3.30 | $1,023.00 |
| Hayes, Sarah M. | Litigation | 2019 | $250.00 | 32.80 | $8,200.00 |
| Jones, Bradley K | Litigation | 2007 | $470.00 | 11.00 | $5,170.00 |
| Jones, Cary P. | Litigation | 2018 | $265.00 | 16.40 | $4,346.00 |
| Jowdy, Joshua J | Litigation | 2017 | $440.00 | 217.50 | $95,700.00 |
| Kates, Elyssa S. | Bankruptcy | 2000 | $760.00 | 161.60 | $122,816.00 |
| Kavouras, Daniel M. | Litigation | 2012 | $365.00 | 23.20 | $8,468.00 |
| Khan, Ferve E. | Bankruptcy | 2008 | $655.00 | 9.50 | $6,222.50 |
| Kluding, Kristen D. | Business | 2019 | $250.00 | 41.40 | $10,350.00 |

| # | Name | Department | Year | Rate | Hours | Total |
|---|---|---|---|---|---|---|
| 1 | Knudsen, Renee M | Litigation | 2016 | $460.00 | 2.80 | $1,288.00 |
| 2 | Lemon, Daniel R. | Litigation | 2017 | $285.00 | 35.50 | $10,117.50 |
| 3 | Lockyer, Brittany N. | Litigation | 2018 | $265.00 | 20.00 | $5,300.00 |
| 4 | Lorence, Jenna M. | Litigation | 2017 | $440.00 | 25.80 | $11,352.00 |
| 5 | Martinez, Daniella E. | Litigation | 2016 | $400.00 | 128.60 | $51,440.00 |
| 6 | Merola, Danielle L. | Bankruptcy | 2015 | $325.00 | 19.90 | $6,467.50 |
| 7 | Mohan, Sushant | Litigation | 2014 | $450.00 | 133.00 | $59,850.00 |
| 8 | Parente, Michael | Employment | 2010 | $295.00 | 18.00 | $5,310.00 |
| 9 | Perkins Austin, Francesca | Litigation | 2008 | $600.00 | 3.20 | $1,920.00 |
| 10 | Raile, Richard B. | Litigation | 2012 | $565.00 | 45.50 | $25,707.50 |
| 11 | Reynolds, Veronica | Unassigned | 2019 | $340.00 | 77.40 | $26,316.00 |
| 12 | Rice, David W. | Litigation | 2012 | $610.00 | 87.80 | $53,558.00 |
| 13 | Smith, Shanisha Y. | Energy | 2013 | $470.00 | 185.60 | $87,232.00 |
| 14 | Sproull, Kelsey M. | Litigation | 2011 | $515.00 | 35.20 | $18,128.00 |
| 15 | Steinberg, Zoe M. | Unassigned | 2018 | $340.00 | 104.40 | $35,496.00 |
| 16 | Stuy, Lauren T. | Litigation | 2019 | $265.00 | 49.10 | $13,011.50 |
| 17 | Thompson, Taylor M. | Litigation | 2018 | $265.00 | 81.60 | $21,624.00 |
| 18 | Trujillo, Alexandra L. | Int'l Disputes | 2018 | $340.00 | 48.40 | $16,456.00 |
| 19 | Walton, Ryan A. | Litigation | 2007 | $265.00 | 62.20 | $16,483.00 |
| | **Total Associates:** | | | | **2,540.00** | **$1,114,721.50** |

| **NAME OF PARAPROFESSIONALS:** | **PRIMARY DEPARTMENT** | **HOURLY RATE** | **TOTAL HOURS BILLED** | **TOTAL COMPENSATION** |
|---|---|---|---|---|
| Bookout, Kimberly M. | Litigation Support | $250.00 | 9.70 | $2,425.00 |
| Divok, Eva | Litigation | $345.00 | 11.00 | $3,795.00 |
| Gage, Carly R. | Litigation Support | $395.00 | 12.30 | $4,858.60 |
| Landrio, Nikki | Litigation Support | $420.00 | 54.80 | $23,016.00 |
| Lane, Deanna L. | Bankruptcy | $280.00 | 22.90 | $6,412.00 |
| McDonald, Michael H. | Litigation Support | $230.00 | 39.20 | $9,016.00 |
| McIntosh, Casey | Information Services | $220.00 | 5.80 | $1,276.00 |
| Nunes, Silas T. | Litigation Technology | $345.00 | 12.90 | $4,450.50 |
| Petre, Timothy P. | Litigation | $370.00 | 183.90 | $68,043.00 |
| Rawles, Michael | Litigation | $270.00 | 9.60 | $2,592.00 |
| Thompson, Tyler M. | Gov't Policy | $505.00 | 38.80 | $19,594.00 |
| Williamson, Forrest G. | Int'l Disputes | $200.00 | 78.80 | $15,760.00 |

Baker & Hostetler LLP
Attorneys at Law
Los Angeles

| NAME OF PARAPROFESSIONALS: | PRIMARY DEPARTMENT | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Wong, Sun Kei | Information Services | $285.00 | 9.70 | $2,764.50 |
| **Total Paraprofessionals and other non-legal staff:** | | | **489.40** | **$164,002.50** |

| PROFESSIONALS TOTALS: | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $882.92 | 2,924.50 | $2,582,111.50 |
| Associates | $438.87 | 2,540.00 | $1,114,721.50 |
| **Blended Attorney Rate** | **$676.52** | **5,464.50** | **$3,696,833.00** |
| Paraprofessionals and other non-legal staff | $335.11 | 489.40 | $164,002.50 |
| **Total Fees Incurred** | **$648.45** | **5,953.90** | **$3,860,835.50** |

Baker & Hostetler LLP
Attorneys at Law
Los Angeles