# EXHIBIT B

## COMPENSATION BY WORK TASK CODE FOR SERVICES RENDERED BY BAKER & HOSTETLER LLP FOR THE PERIOD JUNE 1, 2020 JUNE 30, 2020

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 002 | Asset Sales/363 Sales | 5.40 | $3,505.50 |
| 004 | Bankruptcy Litigation | 122.90 | $50,690.50 |
| 005 | Bar Date Motion/Claims Noticing | 0.70 | $707.00 |
| 006 | Case Administration (docket updates, WIP and calendar) | 68.60 | $29,544.00 |
| 008 | Chapter 11 Plan/Plan Confirmation | 1,079.20 | $868,320.50 |
| 009 | Committee Meetings and Preparation | 185.90 | $140.401.00 |
| 010 | Corporate and Board Issues | 24.80 | $17,806.50 |
| 012 | DIP Financing/Cash Mgmt./Hedging Transactions | 17.70 | $17,697.00 |
| 015 | Equity Security Holders | 1.10 | $1,045.00 |
| 018 | General Case Strategy (includes communications with Committee) | 96.60 | $73,331.00 |
| 019 | Hearings and Court Matters | 139.30 | $116,287.50 |
| 020 | Legislative Issues | 162.10 | $122,495.50 |
| 021 | Non-Bankruptcy Litigation | 0.60 | $570.00 |
| 024 | District Court Litigation | 86.40 | $50,440.00 |
| 025 | Regulatory Issues including CPUC and FERC | 349.00 | $225,245.00 |
| 026 | Retention Applications | 2.10 | $1,858.50 |
| 027 | Fee Application: Baker | 33.70 | $16,659.00 |
| 028 | Fee Application: Other Professionals | 16.00 | $11,844.00 |
| 030 | Tax Issues | 34.80 | $29,971.50 |
| 035 | Real Estate and Real Property Issues | 1.70 | $1,613.00 |
| 039 | Other Contested Matters | 4.90 | $4,996.00 |
| 040 | Operations | 27.10 | $21,510.00 |
| 042 | Subrogation | 2.00 | $1,487.50 |
| 043 | Securities | 158.20 | $135,170.50 |
| 045 | Asset Analysis and Recovery | 2,793.70 | $1,359,751.50 |
| 046 | Tort Claims Estimation | 11.90 | $10,929.00 |
| 047 | Class Claims Issues | 12.60 | $8,631.00 |
| 049 | Mediation | 94.90 | $83,217.00 |
| 051 | CPUC BK OII 19-09-016 | 12.70 | 13,587.50 |
| 052 | Tort Claims | 140.40 | $84,733.00 |
| 053 | Contingency Process | 266.90 | $356,790.50 |
| **TOTAL** | | **5,953.90** | **$3,860,835.50** |