**EXHIBIT C**

**EXPENSE SUMMARY**
**FOR THE PERIOD JUNE 1, 2020 THROUGH JUNE 30, 2020**

| EXPENSES | AMOUNT |
|---|---:|
| Automated Research | $7,773.76 |
| Copier/Duplication | $107.10 |
| Delivery Services | $121.40 |
| Messenger Service | $38.43 |
| On-line Research | $854.19 |
| Other Professional Services (includes Experts) | $149,190.46 |
| Outside Duplicating & Binding | $2,698.66 |
| Postage | $45.20 |
| Service of Process Fees/Subpoena Fees | $360.00 |
| Teleconference Charges | $185.30 |
| Transcripts | $1,060.55 |
| **TOTAL** | **$162,435.05** |

Baker & Hostetler LLP
Attorneys at Law
Los Angeles