# EXHIBIT E

# Detailed Expense Entries

**Expenses and Other Charges Summary**

| | |
|---|---:|
| **Automated Research (E106)** | 7,773.76 |
| **Copier / Duplication (E101)** | 107.10 |
| **Delivery Services (E107)** | 121.40 |
| **Messenger Service (E107)** | 38.43 |
| **Online Research (E106)** | 854.19 |
| **Other Professional Services (E123)** | 149,190.46 |
| **Outside Duplicating & Binding (E102)** | 2,698.66 |
| **Postage (E108)** | 45.20 |
| **Service of Process Fees/Subpoena Fees (E113)** | 360.00 |
| **Teleconference Charges (E105)** | 185.30 |
| **Transcripts (E116)** | 1,060.55 |
| **Total Expenses** | $ 162,435.05 |

**Expenses and Other Charges**

| Date | Description | Amount |
|---|---|---:|
| 06/30/20 | Lexis Research - 06/01/2020 - 06/26/2020 (28605123) | 422.32 |
| 06/30/20 | Westlaw Research - 06/01/2020 - 06/30/2020 (28605140) | 7,351.44 |
| | **Subtotal - Automated Research (E106)** | **7,773.76** |
| 06/12/20 | 388 Copies (28583906) | 38.80 |
| 06/24/20 | 5 Copies (28591742) | 0.50 |
| 06/30/20 | 384 Copies (28591739) | 38.40 |
| 06/30/20 | 294 Copies (28605198) | 29.40 |
| | **Subtotal - Copier / Duplication (E101)** | **107.10** |
| 04/27/20 | FedEx Oliver Wyman, Inc Oliver Wyman, Inc Four Embarca dero Center SAN FRANCISCO CA 392282247340 (28590838) | 18.17 |
| 06/15/20 | FedEx Greg Commins INFORMATION NOT SUPPLIED 393875368592 (28587056) | 18.20 |
| 06/16/20 | FedEx Greg Commins INFORMATION NOT SUPPLIED 393902028624 (28587066) | 18.20 |

**Baker & Hostetler LLP**

Atlanta  Chicago  Cincinnati  Cleveland  Columbus  Costa Mesa  Dallas  Denver
Houston  Los Angeles  New York  Orlando  Philadelphia  San Francisco  Seattle  Washington, DC

Case: 19-30088  Doc# 8570-5  Filed: 07/30/20  Entered: 07/30/20 03:34:01  Page 2 of 6

| Date | Description | Amount |
|---|---|---:|
| 06/18/20 | FedEx Timothy Petre Baker Hostetler 393995913439 (28590842) | 15.16 |
| 06/23/20 | FedEx Jorian Rose 39148040860 Legal Documents (28596686) | 18.33 |
| 06/24/20 | FedEx Brian Morganelli Weil, Gotshal & Manges LLP 394147086590 (28596657) | 11.19 |
| 06/30/20 | Delivery Services (E107) GLS US Delivery to Caiifornia Public Utilitites Comm, 6/26/2020; 549511083; Inv. 4225920 (28596825) | 12.05 |
| 06/30/20 | Delivery Services (E107) GLS US Delivery to California Public utilities Comm, 6/23/2020; 549462307; Inv. 4225920 (28596826) | 10.10 |
| | **Subtotal - Delivery Services (E107)** | **121.40** |
| 06/05/20 | Messenger Service (E107) ACE ATTORNEY SERVICE, INC. Jerry Bloom 5/18/2020; Inv. 326179 (28582568) | 38.43 |
| | **Subtotal - Messenger Service (E107)** | **38.43** |
| 04/01/20 | Online Research (E106) COURTHOUSE NEWS SERVICE Document download, March 2020: CA Document Download copy of document number: 37-2011-00095846-CU-IC-CTL Court: San Diego County Superior Court (Amanda Marshall for E.Thomas); Inv. 673001 (28588920) | 10.66 |
| 06/03/20 | Online Research (E106) BUREAU OF NATIONAL AFFAIRS, INC. Bloomberg Law Docket: May 2020 Docket Charges: C.D. Cal. 2:19-cv-07179; N.D. Cal. 3:18-cv-04698, 3:18-cv-07128, 5:18-cv-03509 (Amanda Marshall for T.Petre); Inv. 6888256325 (28588924) | 157.24 |
| 06/30/20 | Online Research (E106) BUREAU OF NATIONAL AFFAIRS, INC. Bloomberg Law Docket: June 2020 Docket Charges: 9th Cir. 20-80017; CA Sup. 19STCV22176; N.D. Cal. 3:18-cv-04698 (Avery Le for T.Petre); Inv. 6888260163 (28605208) | 170.76 |
| 06/30/20 | Online Research (E106) BUREAU OF NATIONAL AFFAIRS, INC. Bloomberg Law Docket: June 2020 Docket Charge: C.D. Cal. 2:19-cv-07179; CA Super. Ct. 2019-00266662; N.D. Cal. 3:18-cv-04698, 3:18-cv-07128, 5:19-cv-00501 (Amanda Marshall for T.Petre); Inv. 6888260310 (28605194) | 142.40 |
| 06/30/20 | Online Research (E106) CourtTrax Corporation Transaction searches, June 2020; Inv. 12101221 (28600090) | 1.00 |
| 06/30/20 | Online Research (E106) THOMSON CORPORATION REUTERS / WEST PAYMENT CENTER WCX Tier 2 State Trial Court Fee; 19CV001194, Napa County Superior Court; Inv. 6136020419 (28605197) | 172.74 |

Baker&Hostetler LLP

Atlanta  Chicago  Cincinnati  Cleveland  Columbus  Costa Mesa  Dallas  Denver
Houston  Los Angeles  New York  Orlando  Philadelphia  San Francisco  Seattle  Washington, DC

Case: 19-30088    Doc# 8570-5    Filed: 07/30/20    Entered: 07/30/20 05:34:01    Page 3 of 6

| Date | Description | Amount |
|---|---|---|
| 06/30/20 | Online Research (E106) THOMSON CORPORATION REUTERS / WEST PAYMENT CENTER WCX Tier 2 State Trial Court Fee; 19CV001194; Napa County Superior Court; Inv. 6135624929 (28603085) | 199.39 |
| | **Subtotal - Online Research (E106)** | **854.19** |
| 06/30/19 | Other Professional Services (E123) Expert 1 (28605199) | 5,120.00 |
| 11/27/19 | Other Professional Services (E123) Expert 1 (28599755) | 19,440.00 |
| 02/29/20 | Other Professional Services (E123) Opus 2 International Inc Magnum Fees- External Users for PG&E; Inv. 4614 (28596869) | 1,550.00 |
| 04/28/20 | Other Professional Services (E123) Expert 1 (28600470) | 1,920.00 |
| 06/22/20 | Other Professional Services (E123) Expert 11 (28604778) | 15,200.00 |
| 06/29/20 | Other Professional Services (E123) Safestore Inc Storage - Split Between 3 Litigation Groups; Inv. SS2041 (28590311) | 6,441.28 |
| 06/30/20 | Other Professional Services (E123) Greg McCullough Professional Services through 6/30/2020; Inv. 2058 (28595431) | 850.00 |
| 06/30/20 | Other Professional Services (E123) Expert 4 (28605193) | 83,742.50 |
| 06/30/20 | Other Professional Services (E123) Expert 5 (28605209) | 9,984.48 |
| 06/30/20 | Other Professional Services (E123) Opus 2 International Inc PG&E External Users -June 2020; Inv. 4924 (28596919) | 1,200.00 |
| 06/30/20 | Other Professional Services (E123) COMPLETE DISCOVERY SOURCE INC. Relativity data hosting for June for the PGE Case; Inv. INV-CDS-05461 (28601965) | 3,742.20 |
| | **Subtotal - Other Professional Services (E123)** | **149,190.46** |
| 06/13/20 | Outside Duplicating & Binding (E102) INSERVIO 3 LLC Copies of documents for memo binders and draft complaint material in case; Inv. X2107 (28588483) | 2,445.87 |
| 06/23/20 | Outside Duplicating & Binding (E102) BARRISTER DIGITAL SOLUTIONS, LLC Copies of documents for memo binders and draft complaint material in case re third party contractors; Inv. 68647 (28588458) | 252.79 |
| | **Subtotal - Outside Duplicating & Binding (E102)** | **2,698.66** |
| 06/01/20 | POSTAGE (28583051) | 14.90 |
| 06/02/20 | POSTAGE (28583058) | 14.90 |
| 06/24/20 | POSTAGE (28596066) | 0.50 |

Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Dallas   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   San Francisco   Seattle   Washington, DC

Case: 19-30088   Doc# 8570-5   Filed: 07/30/20   Entered: 07/30/20 03:34:01   Page 4 of 6

| Date | Description | Amount |
|---|---|---:|
| 06/30/20 | POSTAGE (28596364) | 14.90 |
| | **Subtotal - Postage (E108)** | **45.20** |
| 06/15/20 | Service of Process Fees/Subpoena Fees (E113) NATIONWIDE LEGAL, INC Special Process Oliver Wyman, Inc., 4/24/2020; SF3702; Inv. 00000018538 (28591158) | 360.00 |
| | **Subtotal - Service of Process Fees/Subpoena Fees (E113)** | **360.00** |
| 06/18/20 | Teleconference Charges (E105) COURTCALL, LLC Robert Julian; PG&E Corporation 6/11/2020; Inv. 10628743 (28592085) | 39.30 |
| 06/18/20 | Teleconference Charges (E105) COURTCALL, LLC Lauren T Attard; PG&E Corporation 6/11/2020; Inv. 10628760 (28592141) | 39.30 |
| 06/18/20 | Teleconference Charges (E105) COURTCALL, LLC Eric Goodman; PG&E Corporation 6/11/2020; Inv. 10627314 (28592152) | 39.30 |
| 06/18/20 | Teleconference Charges (E105) COURTCALL, LLC Kimberly Morris; PG&E Corporation 6/11/2020; Inv. 10629307 (28592083) | 28.10 |
| 06/18/20 | Teleconference Charges (E105) COURTCALL, LLC David J Richardson; PG&E Corporation 6/11/2020; Inv. 10628412 (28592151) | 39.30 |
| | **Subtotal - Teleconference Charges (E105)** | **185.30** |
| 06/09/20 | Transcripts (E116) eScribers, LLC Copy of the June 9, 2020 Bankruptcy Hearing Transcript before Judge Montali (Confirmation); Inv. 332578 (28584297) | 261.50 |
| 06/10/20 | Transcripts (E116) eScribers, LLC Copy of the June 8, 2020 Bankruptcy Hearing Transcript before Judge Montali (Confirmation); Inv. 332878 (28584302) | 270.00 |
| 06/13/20 | Transcripts (E116) eScribers, LLC Copy of the June 11, 2020 Bankruptcy Hearing Transcript before Judge Montali; Inv. 333581 (28586894) | 73.20 |
| 06/17/20 | Transcripts (E116) eScribers, LLC Copy of the June 16, 2020 Bankruptcy Hearing Transcript before Judge Montali; Inv. 334494 (28586910) | 98.40 |
| 06/22/20 | Transcripts (E116) eScribers, LLC Copy of the June 19, 2020 Bankruptcy Hearing Transcript before Judge Montali; Inv. 335422 (28589770) | 121.20 |
| 06/23/20 | Transcripts (E116) Lisa M Welch Copy of the Butte County Superior Court Criminal Hearing Transcript for June 18, 2020; Inv. LISAW-062320 (28588636) | 16.65 |

Baker & Hostetler LLP

Atlanta  Chicago  Cincinnati  Cleveland  Columbus  Costa Mesa  Dallas  Denver
Houston  Los Angeles  New York  Orlando  Philadelphia  San Francisco  Seattle  Washington, DC

Case: 19-30088    Doc# 8570-5    Filed: 07/30/20    Entered: 07/30/20 05:34:01    Page 5 of 6

| Date | Description | Amount |
|---|---|---|
| 06/24/20 | Transcripts (E116) Jennifer Hunt CSR Copy of the Butte County Hearing Transcript for June 17, 2020 re Peoples vs. PGE; Inv. JH-062420 (28591733) | 81.00 |
| 06/25/20 | Transcripts (E116) eScribers, LLC Copy of the June 24, 2020 Bankruptcy Hearing Transcript before Judge Montali; Inv. 336232 (28590300) | 118.80 |
| 06/26/20 | Transcripts (E116) Ashleigh Button Copy of the Butte County Hearing Transcript for June 16, 2020 re Peoples vs. PGE; Inv. AB-062620 (28590271) | 19.80 |
| | **Subtotal - Transcripts (E116)** | **1,060.55** |
| | **Total** | **$ 162,435.05** |

**Baker & Hostetler LLP**

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Dallas   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   San Francisco   Seattle   Washington, DC

Case: 19-30088   Doc# 8570-5   Filed: 07/30/20   Entered: 07/30/20 03:34:01   Page 6 of 6