# EXHIBIT A

16213.101 4836-8406-2403.2

**COMPENSATION BY COBLENTZ PATCH DUFFY & BASS LLP PROFESSIONALS
FOR THE PERIOD JUNE 1, 2020 THROUGH JUNE 30, 2020**

The Coblentz attorneys and paraprofessionals who rendered legal services for the Debtors during these Chapter 11 Cases from June 1, 2020 through June 30, 2020 (the "**Fee Period**") are:

| Name of Professional | Position | Primary Practice Group[1] | Year Admitted | Reduced Hourly Rate for Debtors | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Barbara Milanovich | Partner | RE | 1980 | $700 | 83.00 | $58,100.00 |
| Doug Sands | Partner | RE | 1987 | $700 | 120.80 | $84,560.00 |
| Ficks, Gregg | Partner | BCR/LIT | 1990 | $704 | 11.50 | $8,096.00 |
| Sean Coyle | Partner | LIT | 2004 | $600 | 20.60 | $12,360.00 |
| Mark Hejinian | Partner | LIT | 2011 | $500 | 1.90 | $950.00 |
| Caitlyn N. Chacon | Associate | LIT | 2013 | $440 | 5.40 | $2,376.00 |
| Laura R. Seegal | Associate | LIT | 2015 | $418 | 30.60 | $12,790.80 |
| Michael R. Wilson | Paralegal | RE | N/A | $352 | 24.10 | $8,483.20 |
| Dianne M. Sweeny | Paralegal | RE | N/A | $210 | 6.10 | $1,281.00 |
| Jordan V. Mendoza | Paralegal | RE | N/A | $250 | 30.30 | $7,575.00 |
| Viet Doan | Paralegal | LIT | N/A | $175 | 5.00 | $875.00 |
| **Total Professionals:** | | | | | 339.30 | $197,447.00 |

---

[1] RE = Real Estate; LIT = Litigation; BCR = Bankruptcy and Creditors' Rights; CORP = Corporate

| PROFESSIONALS TOTALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $689.93 | 237.80 | $164,066.00 |
| Associates | $421.30 | 36.00 | $15,166.80 |
| **Blended Attorney Rate** | **$654.62** | **273.80** | **$179,233.80** |
| Paraprofessionals and other non-legal staff | $278.08 | 65.50 | $18,214.20 |
| **Total Fees Incurred** | **$581.92** | **339.30** | **$197,447.00** |