# EXHIBIT B

16213.101 4836-8406-2403.2
Case: 19-30088    Doc# 8573-2    Filed: 07/30/20    Entered: 07/30/20 12:59:19    Page 1 of 3

**COMPENSATION BY WORK TASK CODE FOR SERVICES RENDERED BY COBLENTZ PATCH DUFFY & BASS LLP FOR THE PERIOD JUNE 1, 2020 THROUGH JUNE 30, 2020**

| TASK[1] CODE | DESCRIPTION[1] | HOURS | AMOUNT |
|---|---|---|---|
| C100 | Fact Gathering | 30.20 | $9,764.20 |
| C200 | Researching Law | 4.90 | $2,156.00 |
| C400 | Third Party Communication | 0.40 | $176.00 |
| L110 | Fact Investigation/Development | N/A | N/A |
| L120 | Analysis/Strategy | 9.00 | $4,747.00 |
| L130 | Experts/Consultants | 13.90 | $3,475.00 |
| L143 | eDiscovery - Identification and Preservation | N/A | N/A |
| L200 | Pre-Trial Pleadings and Motions | 1.20 | $720.00 |
| L330 | Depositions | 12.90 | $7,250.00 |
| L620 | Collection | 0.90 | $275.00 |
| L630 | Processing | 1.20 | $300.00 |
| L650 | Review | 2.20 | $1,320.00 |
| L653 | First Pass Document Review | 1.70 | $850.00 |
| L654 | Second Pass Document Review | 16.40 | $6,855.20 |
| L670 | Production | 15.20 | $3,642.50 |
| L690 | Project Management | 0.70 | $292.60 |
| P100[2] | Project Administration | 14.30 | $10,056.00 |

---

[1] These Task Codes and Descriptions were used by Coblentz in conjunction with pre-petition time entries and invoices as required by Debtors prior to the filing of these Bankruptcy Cases, and Coblentz continues to use them in conjunction with post-petition time entries and invoices in these Special Counsel matters. In connection with additional services Coblentz now is required to perform in connection with these bankruptcy cases (*e.g.*, in connection with Coblentz's retention application, monthly fee statements, fee applications, or the like), Coblentz further specifies the time and fees for any such additional services in footnote 2 below.

[2] This Task Code includes approximately: (a) 6.8 hours ($4,787.20 in fees) related to Coblentz's (footnote continued)

| TASK[1] CODE | DESCRIPTION[1] | HOURS | AMOUNT |
|---|---|---:|---:|
| P240 | Real and Personal Property | 3.60 | $2,520.00 |
| P280 | Other | 3.00 | $549.30 |
| P300 | Structure/Strategy/Analysis | 143.40 | $97,558.20 |
| P400 | Initial Document Preparation/Filing | 47.20 | $33.040.00 |
| P500 | Negotiation/Revision/Responses | 11.50 | $8,050.00 |
| P600 | Completion/Closing | 5.50 | $3,850.00 |
| **Total:** | | **339.30** | **$197,447.00** |

---

Monthly Fee Statements; (b) 2.2 hours ($1,548.80 in fees) related to Special Counsel and scope of work requirements in these Bankruptcy Cases; and (c) 2.5 hours ($1,760.00 in fees) for tasks related to Coblentz's filed Second Interim Fee Application and the Fee Examiner's comments to same.