# EXHIBIT C

16213.101 4836-8406-2403.2

**EXPENSE SUMMARY (COBLENTZ PATCH DUFFY & BASS LLP) FOR THE PERIOD JUNE 1, 2020 THROUGH JUNE 30, 2020**

| EXPENSES | AMOUNTS |
|---|---|
| Computerized Research | N/A |
| Meals | N/A |
| Travel | N/A |
| Transportation | N/A |
| Duplicating | N/A |
| Transcription (Deposition) Services | N/A |
| Third Party Consulting Fees | N/A |
| Telephone Conferencing | N/A |
| Messenger | $167.59 |
| Filing Fees | N/A |
| Process Service | N/A |
| Property Search | $66.36 |
| Court Reporter | N/A |
| Deposition Costs | N/A |
| Litigation Support Vendors | $3,332.70 |
| **Total Expenses Requested:** | **$3,549.19** |