# EXHIBIT E

16213.101 4836-8406-2403.2

**DETAILED EXPENSE ENTRIES (COBLENTZ PATCH DUFFY & BASS LLP) FOR THE PERIOD JUNE 1, 2020 THROUGH JUNE 30, 2020**

| Costs Advanced | Amount |
|---|---:|
| Litigation Support Vendors – US Legal Support, Inc | $3,332.70 |
| Messenger Services - Western Attorney Services | $167.59 |
| Property Search – First American Data Tree, LLC | $66.36 |
| **Total Costs Requested:** | **$3,566.65** |