# Exhibit A

**AP SERVICES, LLC**
**Summary of Compensation and Expenses – Pacific Gas and Electric Company, et al.**
**For the Period June 1, 2020 through June 30, 2020**

| | | |
|---|---|---:|
| Professional Fees | $ | 7,315,911.00 |
| Expenses | | 13,047.80 |
| **Total Invoice** | **$** | **7,328,958.80** |

Note: In accordance with the Order Granting Fee Examiner's Motion to Approve Fee Procedures in the PGE Corporation and Pacific Gas and Electric Company chapter 11 cases, entered on November 15, 2019 (the "Order"), this invoice is inclusive of compensation for fees associated with non-working airplane travel time incurred by AP Services, LLC professionals during the billing period. Per the Order, compensation is allowed in these cases for non-working airplane travel time up to two hours per professional per one-way trip. All fees associated with non-working airplane travel time incurred by AP Services, LLC professionals in excess of the two hour cap has been written off. During this billing period, AP Services, LLC professionals did not incur any billable non-working airplane travel time.