# Exhibit C

**AP SERVICES, LLC**
**Summary of Expenses - Pacific Gas and Electric Company, et al.**
**For the Period June 1, 2020 through June 30, 2020**

| EXPENSE CATEGORY | AMOUNT |
|---|---:|
| Other | 13,047.80 |
| **TOTAL EXPENSES** | **$ 13,047.80** |