**EXHIBIT A**

**COMPENSATION BY PROFESSIONAL**
**JUNE 1, 2020 THROUGH JULY 1, 2020**

| PRIME CLERK EMPLOYEE | TITLE | HOURS BILLED THIS PERIOD | RATE | TOTAL FOR APPLICATION |
|---|---|---|---|---|
| Johnson, Craig | Director of Solicitation | 134.50 | $220.00 | $29,590.00 |
| Orchowski, Alex T | Director of Solicitation | 0.20 | $220.00 | $44.00 |
| Pullo, Christina | Director of Solicitation | 32.70 | $220.00 | $7,194.00 |
| Sharp, David | Director of Solicitation | 6.90 | $220.00 | $1,518.00 |
| Baer, Herb C | Director | 5.90 | $220.00 | $1,298.00 |
| Hill, Mike | Director | 12.60 | $220.00 | $2,772.00 |
| Weiner, Shira D | Director | 6.90 | $220.00 | $1,518.00 |
| Brown, Mark M | Solicitation Consultant | 20.50 | $198.00 | $4,059.00 |
| Carpenter, Mary J | Solicitation Consultant | 13.50 | $198.00 | $2,673.00 |
| Crowell, Messiah L | Solicitation Consultant | 33.80 | $198.00 | $6,692.40 |
| Gray, Ackheem J | Solicitation Consultant | 10.00 | $198.00 | $1,980.00 |
| Kaufman, Craig M | Solicitation Consultant | 96.80 | $198.00 | $19,166.40 |
| Kesler, Stanislav | Solicitation Consultant | 7.20 | $198.00 | $1,425.60 |
| Mackey, Tessa Rose Lord | Solicitation Consultant | 2.40 | $198.00 | $475.20 |
| Plerqui, Justin | Solicitation Consultant | 6.50 | $198.00 | $1,287.00 |
| Taatjes, Hayden S | Solicitation Consultant | 26.10 | $198.00 | $5,167.80 |
| Pagan, Chanel C | Consultant | 0.30 | $170.50 | $51.15 |
| Ra, Justin J | Consultant | 16.30 | $170.50 | $2,779.15 |
| Floyd, Tiffany M | Consultant | 3.30 | $165.00 | $544.50 |
| Iannaci, Patricia M | Consultant | 7.40 | $165.00 | $1,221.00 |
| Izquierdo, Stephanie | Consultant | 14.10 | $165.00 | $2,326.50 |
| Patel, Mihir P | Consultant | 1.40 | $165.00 | $231.00 |
| Hughes, James T | Consultant | 2.00 | $148.50 | $297.00 |
| Aranza, Christian J | Consultant | 3.90 | $110.00 | $429.00 |
| Fulwood, Donchelle F | Consultant | 2.10 | $110.00 | $231.00 |
| Gulcen, Furkan | Consultant | 3.80 | $110.00 | $418.00 |
| Jeanty, Jeanane | Consultant | 3.60 | $110.00 | $396.00 |
| Richards, Kira K | Consultant | 2.50 | $104.50 | $261.25 |
| Senecal, Brian A | Technology Consultant | 1.00 | $104.50 | $104.50 |
| Lim, Rachel | Technology Consultant | 4.40 | $93.50 | $411.40 |
| Singh, Kevin | Technology Consultant | 1.40 | $93.50 | $130.90 |
| Croker, Lloyd D | Analyst | 0.40 | $60.50 | $24.20 |
| Dunn, Jamal S | Analyst | 10.00 | $60.50 | $605.00 |
| Nnani, Obinna I | Analyst | 3.90 | $60.50 | $235.95 |
| Yan, Raymond | Analyst | 2.00 | $60.50 | $121.00 |
| Bellamy, Jacqueline | Analyst | 2.90 | $55.00 | $159.50 |
| Joseph, Janelle Stacey | Analyst | 0.50 | $55.00 | $27.50 |
| Lourie, Makiya Jahnae | Analyst | 2.10 | $55.00 | $115.50 |
| Wright, Mecca I | Analyst | 7.50 | $55.00 | $412.50 |
| **Total** | | **513.30** | | **$98,393.90**[1] |
| | | **Blended Rate** | **$191.69** | |

---

[1] This amount has been discounted to $78,715.12 in accordance with the terms of Prime Clerk's retention. Taking into account this discount, the blended hourly rate is $153.35.