**EXHIBIT B**

**COMPENSATOIN BY WORK TASK CODE FOR
SERVICES RENDERED BY PRIME CLERK LLC FOR THE
PERIOD JUNE 1, 2020 THROUGH JULY 1, 2020**

| CATEGORY | HOURS BILLED THIS PERIOD | TOTAL FOR APPLICATION |
|---|---:|---:|
| Ballots | 85.80 | $9,812.00 |
| Call Center / Credit Inquiry | 40.50 | $8,312.15 |
| Corporate Actions | 113.00 | $22,748.00 |
| Disbursements | 165.80 | $34,929.40 |
| Retention / Fee Application | 0.80 | $161.15 |
| Solicitation | 107.40 | $22,431.20 |
| **Total** | **513.30** | **$98,393.90**[2] |

---

[2] This amount has been discounted to $78,715.12 in accordance with the terms of Prime Clerk's retention.