# EXHIBIT C

## EXPENSE SUMMARY FOR THE PERIOD
## JUNE 1, 2020 THROUGH JULY 1, 2020

| Expense | Total |
|---|---|
| N/A | N/A |
| **Total** | **$0.00** |