**POLSINELLI LLP**
Tanya Behnam (SBN 322593)
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone: 310.556.1801
Facsimile: 310.556.1802
Email: tbehnam@polsinelli.com

*Attorneys for Creditor MRC Opportunities Fund I LP - Series C*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION<br>and<br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>  Debtors.<br><br>☐  Affects PG&E Corporation<br>☐  Affects Pacific Gas and Electric Company<br>☒  Affects **both Debtors**<br><br>*All papers shall be filed in the Lead Case No. 19-30088 (DM) | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Jointly Administered) (Lead Case)<br><br>**REQUEST TO BE REMOVED FROM ECF NOTIFICATIONS** |

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Bankr. P. 2002 and 9007, the undersigned attorney hereby requests to be removed from the Court's Courtesy Notification of Electronic Filing in these jointly administered cases.

Dated: July 30, 2020                **POLSINELLI LLP**

By: */s/ Tanya Behnam*
TANYA BEHNAM
Counsel for Creditor MRC Opportunities Fund I LP - Series C