# EXHIBIT A

# COMPENSATION BY COBLENTZ PATCH DUFFY & BASS LLP PROFESSIONALS FOR JULY 1, 2020

The Coblentz attorneys and paraprofessionals who rendered legal services for the Debtors during these Chapter 11 Cases on July 1, 2020 (the "**Fee Period**") are:

| Name of Professional | Position | Primary Practice Group[1] | Year Admitted | Reduced Hourly Rate for Debtors | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Barbara Milanovich | Partner | RE | 1980 | $700 | 6.00 | $4,200.00 |
| Doug Sands | Partner | RE | 1987 | $700 | 5.80 | $4,060.00 |
| Sean Coyle | Partner | LIT | 2004 | $600 | 1.50 | $900.00 |
| Laura R. Seegal | Associate | LIT | 2015 | $418 | 0.30 | $125.40 |
| Michael R. Wilson | Paralegal | RE | N/A | $352 | 0.80 | $281.60 |
| Dianne M. Sweeny | Paralegal | RE | N/A | $210 | 0.90 | $189.00 |
| **Total Professionals:** | | | | | **15.30** | **$9,756.00** |

| PROFESSIONALS TOTALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $689.93 | 13.30 | $9,160.00 |
| Associates | $421.30 | 0.30 | $125.40 |
| **Blended Attorney Rate** | **$654.62** | **13.60** | **$9,285.40** |
| Paraprofessionals and other non-legal staff | $278.08 | 1.70 | $470.60 |
| **Total Fees Incurred** | **$581.92** | **15.30** | **$9,756.00** |

---

[1] RE = Real Estate; LIT = Litigation; BCR = Bankruptcy and Creditors' Rights; CORP = Corporate

16213.101 4830-8201-2357.2

Exhibit A