# EXHIBIT B

**COMPENSATION BY WORK TASK CODE FOR SERVICES RENDERED BY COBLENTZ PATCH DUFFY & BASS LLP FOR JULY 1, 2020**

| TASK[1] CODE | DESCRIPTION[1] | HOURS | AMOUNT |
|---|---|---|---|
| C100 | Fact Gathering | 1.70 | $470.60 |
| C200 | Researching Law | N/A | N/A |
| C400 | Third Party Communication | N/A | N/A |
| L110 | Fact Investigation/Development | N/A | N/A |
| L120 | Analysis/Strategy | N/A | N/A |
| L130 | Experts/Consultants | 1.30 | $780.00 |
| L143 | eDiscovery - Identification and Preservation | N/A | N/A |
| L200 | Pre-Trial Pleadings and Motions | N/A | N/A |
| L330 | Depositions | N/A | N/A |
| L620 | Collection | N/A | N/A |
| L630 | Processing | N/A | N/A |
| L650 | Review | 0.50 | $245.40 |
| L653 | First Pass Document Review | N/A | N/A |
| L654 | Second Pass Document Review | N/A | N/A |
| L670 | Production | N/A | N/A |
| L690 | Project Management | N/A | N/A |
| P100 | Project Administration | N/A | N/A |
| P240 | Real and Personal Property | 2.20 | $1,540.00 |
| P280 | Other | N/A | N/A |

---

[1] These Task Codes and Descriptions were used by Coblentz in conjunction with pre-petition time entries and invoices as required by Debtors prior to the filing of these Bankruptcy Cases, and Coblentz continues to use them in conjunction with post-petition time entries and invoices in these Special Counsel matters.

16213.101 4830-8201-2357.2

Exhibit B

| TASK[1] CODE | DESCRIPTION[1] | HOURS | AMOUNT |
|---|---|---:|---:|
| P300 | Structure/Strategy/Analysis | 5.80 | $4,060.00 |
| P400 | Initial Document Preparation/Filing | 3.80 | $2,660.00 |
| P500 | Negotiation/Revision/Responses | N/A | N/A |
| P600 | Completion/Closing | N/A | N/A |
| **Total:** | | **15.30** | **$9,756.00** |

Coblentz Patch Duffy & Bass LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 · Fax 415.989.1663

16213.101 4830-8201-2357.2

Exhibit B