# EXHIBIT C

Coblentz Patch Duffy & Bass LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 · Fax 415.989.1663

16213.101 4830-8201-2357.2

# EXPENSE SUMMARY (COBLENTZ PATCH DUFFY & BASS LLP) FOR JULY 1, 2020[1]

| EXPENSES | AMOUNTS |
|---|---|
| Computerized Research | N/A |
| Meals | N/A |
| Travel | N/A |
| Transportation | N/A |
| Duplicating | N/A |
| Transcription (Deposition) Services | N/A |
| Third Party Consulting Fees | N/A |
| Telephone Conferencing | N/A |
| Messenger | N/A |
| Filing Fees | N/A |
| Process Service | N/A |
| Property Search | N/A |
| Court Reporter | N/A |
| Deposition Costs | N/A |
| Litigation Support Vendors | $6,298.30 |
| **Total Expenses Requested:** | **$6,298.30** |

---

[1] Including remaining known expense amounts for third party vendor charges that were incurred as of the Effective Date of the Plan.

16213.101 4830-8201-2357.2       Exhibit C