# EXHIBIT D

**Coblentz Patch Duffy & Bass LLP**

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500
415 391 4800
coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
P.O. Box 7133
San Francisco, CA 94120
Attention: Wendy T. Coleman

Re:  Case Name:      Land Stewardship
     Our File No.:   02898-357
     Corporate ID:   803093

Invoice No. 339828        Statement Date: 07/28/2020

## SUMMARY of CHARGES

### Summary of Time

| Name | Init | Rate | Hours | Amount |
|---|---|---|---|---|
| C. Sands, Douglas | DCS | $700.00 | 5.80 | 4,060.00 |

| Item | Activity | Total Hours | Total Fees |
|---|---|---|---|
| P300 | Structure/Strategy/Analysis | 5.80 | 4,060.00 |
| | SERVICES TOTAL: | 5.80 | 4,060.00 |
| | Total Costs Advanced and Incurred | | 0.00 |
| | Invoice Total | | $4,060.00 |

**Coblentz Patch Duffy & Bass LLP**

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500
415 391 4800
coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
P.O. Box 7133
San Francisco, CA 94120
Attention: Wendy T. Coleman

Re:    Case Name:    Land Stewardship
        Our File No.:    02898-357
        Corporate ID:    803093

Invoice No. 339828    Statement Date: 07/28/2020

\* \* \* \* \* \* \* \* \* BILLING SUMMARY \* \* \* \* \* \* \* \* \*

Summary of Current Activity:

| | | |
|---|---:|---:|
| Fees for Professional Services Rendered through July 1, 2020 | $ | 4,060.00 |
| Costs Advanced through July 1, 2020 | $ | 0.00 |
| Current Invoice Subtotal | $ | 4,060.00 |

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 07/01/20 | Douglas C. Sands | | | |
| P300 | Lake Britton CA State Parks:  Review correspondence on access rights (.9), email W. Snyder, S. Perez, T. Kelly, D. Miller, R. Marsh and D. Ross re solution options to access rights (.6), further correspondence with B. Snyder re solutions (.4). | 1.90 | 700.00 | 1,330.00 |
| 07/01/20 | Douglas C. Sands | | | |
| P300 | Eel River retained:  Review materials sent by prospective conservation easement holder regarding informal uses and potential license transfer (.4), conference call to discuss conservation easement (1.3), correspondence with T. Kelly regarding follow up items from conference call (.5). | 2.20 | 700.00 | 1,540.00 |
| 07/01/20 | Douglas C. Sands | | | |
| P300 | Pit River CA Fire:  Review deed changes and revise grant deed per discussion with S. Perez (1.7). | 1.70 | 700.00 | 1,190.00 |
| | SERVICES TOTAL | 5.80 | | $4,060.00 |

# Coblentz Patch Duffy & Bass LLP

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
77 Beale Street
San Francisco, CA 94105
Attention: Mark Sweeney

Re:      Case Name:     DWR - Oroville Dam
        Our File No.:      16213-060
        Corporate ID:      1706888

Invoice No. 339829      Statement Date: 07/28/2020

## SUMMARY of CHARGES

### Summary of Time

| Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| P. Coyle, Sean | SPC | $600.00 | 1.30 | 780.00 |

| Item | Activity | Total Hours | Total Fees |
|---|---|---|---|
| L130 | Experts/Consultants | 1.30 | 780.00 |
| | SERVICES TOTAL: | 1.30 | 780.00 |

### Costs Advanced and Incurred

| | |
|---|---|
| Total Costs Advanced and Incurred | 6,298.30 |
| Invoice Total | $7,078.30 |

# Coblentz Patch Duffy & Bass LLP

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
77 Beale Street
San Francisco, CA 94105
Attention: Mark Sweeney

Re:     Case Name:     DWR - Oroville Dam
       Our File No.:     16213-060
       Corporate ID:     1706888

Invoice No. 339829     Statement Date: 07/28/2020

\* \* \* \* \* \* \* \* \* BILLING SUMMARY \* \* \* \* \* \* \* \* \*

Summary of Current Activity:

| | | |
|---|---|---|
| Fees for Professional Services Rendered through July 1, 2020 | $ | 780.00 |
| Costs Advanced through July 1, 2020 | $ | 6,298.30 |
| Current Invoice Subtotal | $ | 7,078.30 |

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 07/01/20 | Sean P. Coyle | | | |
| L130 | Prepare topics for call with expert regarding case status. (0.5) | 0.50 | 600.00 | 300.00 |
| 07/01/20 | Sean P. Coyle | | | |
| L130 | Call with expert regarding project status and discovery issues. (0.8) | 0.80 | 600.00 | 480.00 |
| | SERVICES TOTAL | 1.30 | | $780.00 |

| Costs Advanced | Amount |
|---|---|
| Court Reporter - US Legal Support, Inc. (CA Reporting) | 1,284.75 |
| Court Reporter - US Legal Support, Inc. (CA Reporting) | 1,078.70 |
| Court Reporter - US Legal Support, Inc. (CA Reporting) | 1,068.20 |
| Court Reporter - US Legal Support, Inc. (CA Reporting) | 1,411.25 |
| Search Fee - Order Certified copies - US Legal Support, Inc. (CA Reporting) | 1,441.50 |
| Other Outside Services - CaseHomePage DBA ExtraAccess Services, Inc. | 13.90 |
| Total Costs Advanced and Incurred | 6,298.30 |
| Current Invoice Subtotal  $ | 7,078.30 |

# Coblentz Patch Duffy & Bass LLP

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500
415 391 4800
coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
Law Department - Budget Group
P.O. Box 7133
San Francisco, CA 94120-7133
Attention: Wendy Coleman

Re:     Case Name:     Local Community Energy Fire Resiliency
        Our File No.:     16213-106
        Corporate ID:     1907571

Invoice No. 339830     Statement Date: 07/28/2020

## SUMMARY of CHARGES

### Summary of Time

| Name | Initials | Rate | Hours | Amount |
|---|---|---|---|---|
| Milanovich, Barbara | BAM | $700.00 | 2.60 | 1,820.00 |

| Item | Activity | Total Hours | Total Fees |
|---|---|---|---|
| P400 | Initial Document Preparation/Filing | 2.60 | 1,820.00 |
| | SERVICES TOTAL: | 2.60 | 1,820.00 |

Total Costs Advanced and Incurred     0.00

Invoice Total     $1,820.00

# Coblentz Patch Duffy & Bass LLP

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
Law Department - Budget Group
P.O. Box 7133
San Francisco, CA 94120-7133
Attention: Wendy Coleman

Re:    Case Name:    Local Community Energy Fire Resiliency
        Our File No.:    16213-106
        Corporate ID:    1907571

Invoice No. 339830    Statement Date: 07/28/2020

\* \* \* \* \* \* \* \* \* BILLING SUMMARY \* \* \* \* \* \* \* \* \*

Summary of Current Activity:

| | | |
|---|---:|---:|
| Fees for Professional Services Rendered through July 1, 2020 | $ | 1,820.00 |
| Costs Advanced through July 1, 2020 | $ | 0.00 |
| Current Invoice Subtotal | $ | 1,820.00 |

Pacific Gas and Electric Company  
07/28/2020  
Page 3

Client   16213  
Matter  106  
Invoice  339830

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 07/01/20 | Barbara Milanovich | | | |
| P400 | Telephone conference with W. Coleman re requested revisions to Yolo County License Agreement (.4), Telephone conference with W. Coleman re proposed revisions to License Agreement template (.4), Revise Yolo County License Agreement (.3) and transmit to L. Ruby (.2), Revise License Agreement template (.5) and draft transmittal to C. Medders, summarizing revisions (.4), Read (.1) and respond to email questions from L. Ruby (.3). | 2.60 | 700.00 | 1,820.00 |
| | SERVICES TOTAL | 2.60 | | $1,820.00 |

# Coblentz Patch Duffy & Bass LLP

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500
415 391 4800
coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
Law Department - Budget Group
P.O. Box 7133
San Francisco, CA  94120-7133
Attention:  Wendy Coleman

Re:        Case Name:         WMCE CPUC Application
           Our File No.:      16213-123
           Corporate ID:      2007777

Invoice No.  339831            Statement Date:  07/28/2020

## SUMMARY of CHARGES

### Summary of Time

| | | | | |
|---|---|---|---|---|
| P. Coyle, Sean | SPC | $600.00 | 0.20 | 120.00 |
| R. Seegal, Laura | LRS | $418.00 | 0.30 | 125.40 |

| Item | Activity | Total Hours | Total Fees |
|---|---|---|---|
| L650 | Review | 0.50 | 245.40 |
| | SERVICES TOTAL: | 0.50 | 245.40 |
| | Total Costs Advanced and Incurred | | 0.00 |
| | Invoice Total | | $245.40 |

# Coblentz Patch Duffy & Bass LLP

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
Law Department - Budget Group
P.O. Box 7133
San Francisco, CA 94120-7133
Attention: Wendy Coleman

Re:  Case Name:     WMCE CPUC Application
     Our File No.:  16213-123
     Corporate ID:  2007777

Invoice No. 339831     Statement Date: 07/28/2020

\* \* \* \* \* \* \* \* \*  BILLING SUMMARY  \* \* \* \* \* \* \* \* \*

Summary of Current Activity:

| | | |
|---|---|---|
| Fees for Professional Services Rendered through July 1, 2020 | $ | 245.40 |
| Costs Advanced through July 1, 2020 | $ | 0.00 |
| Current Invoice Subtotal | $ | 245.40 |

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 07/01/20 | Sean P. Coyle | | | |
| L650 | Plan for project deadlines in light of application project schedule. (0.2) | 0.20 | 600.00 | 120.00 |
| 07/01/20 | Laura R. Seegal | | | |
| L650 | Review WMCE chapter revisions (.3). | 0.30 | 418.00 | 125.40 |
| | SERVICES TOTAL | 0.50 | | $245.40 |

# Coblentz Patch Duffy & Bass LLP

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
Law Department - Budget Group
P.O. Box 7133
San Francisco, CA 94120-7133
Attention: Greg Ritter

Re: Case Name: MGP Sites
Our File No.: 16213-125
Corporate ID: 300822

Invoice No. 339832    Statement Date: 07/28/2020

## SUMMARY of CHARGES

### Summary of Time

| Milanovich, Barbara | BAM | $700.00 | 1.20 | 840.00 |

| Item | Activity | Total Hours | Total Fees |
|---|---|---|---|
| P400 | Initial Document Preparation/Filing | 1.20 | 840.00 |
|  | SERVICES TOTAL: | 1.20 | 840.00 |
|  | Total Costs Advanced and Incurred |  | 0.00 |
|  | Invoice Total |  | $840.00 |

# Coblentz Patch Duffy & Bass LLP

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
Law Department - Budget Group
P.O. Box 7133
San Francisco, CA 94120-7133
Attention: Greg Ritter

Re:     Case Name:     MGP Sites
       Our File No.:     16213-125
       Corporate ID:     300822

Invoice No. 339832     Statement Date: 07/28/2020

\* \* \* \* \* \* \* \* \* BILLING SUMMARY \* \* \* \* \* \* \* \* \*

Summary of Current Activity:

| | | |
|---|---|---|
| Fees for Professional Services Rendered through July 1, 2020 | $ | 840.00 |
| Costs Advanced through July 1, 2020 | $ | 0.00 |
| Current Invoice Subtotal | $ | 840.00 |

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 07/01/20 | Barbara Milanovich | | | |
| P400 | Finalize initial draft of Purchase Agreement (.6) and transmit to M. Pietrasz (.1), Review comments from M. Pietrasz (.5). | 1.20 | 700.00 | 840.00 |
| | SERVICES TOTAL | 1.20 | | $840.00 |

# Coblentz Patch Duffy & Bass LLP

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
Law Department - Budget Group
P.O. Box 7133
San Francisco, CA  94120-7133
Attention:  Wendy Coleman

Re: Case Name: Acquisition of 3625 Cincinnati Avenue, Rocklin
    Our File No.: 16213-130
    Corporate ID:

Invoice No.  339833          Statement Date:  07/28/2020

## SUMMARY of CHARGES

### Summary of Time

| Name | Initials | Rate | Hours | Amount |
|---|---|---|---|---|
| Milanovich, Barbara | BAM | $700.00 | 2.20 | 1,540.00 |
| R. Wilson, Michael | MRW | $352.00 | 0.80 | 281.60 |
| M. Sweeny, Dianne | DMS | $210.00 | 0.90 | 189.00 |

| Item | Activity | Total Hours | Total Fees |
|---|---|---|---|
| C100 | Fact Gathering | 1.70 | 470.60 |
| P240 | Real and Personal Property | 2.20 | 1,540.00 |
|  | SERVICES TOTAL: | 3.90 | 2,010.60 |
|  | Total Costs Advanced and Incurred |  | 0.00 |
|  | Invoice Total |  | $2,010.60 |

# Coblentz Patch Duffy & Bass LLP

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500
415 391 4800
coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
Law Department - Budget Group
P.O. Box 7133
San Francisco, CA  94120-7133
Attention:  Wendy Coleman

Re:  Case Name:   Acquisition of 3625 Cincinnati Avenue, Rocklin
     Our File No.:   16213-130
     Corporate ID:

Invoice No.  339833     Statement Date:  07/28/2020

\* \* \* \* \* \* \* \* \*  BILLING SUMMARY  \* \* \* \* \* \* \* \* \*

Summary of Current Activity:

| | | |
|---|---|---|
| Fees for Professional Services Rendered through July 1, 2020 | $ | 2,010.60 |
| Costs Advanced through July 1, 2020 | $ | 0.00 |
| Current Invoice Subtotal | $ | 2,010.60 |

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| 07/01/20 | Barbara Milanovich | | | |
| P240 | Draft email to Seller's counsel re vesting issues (.5), Telephone conference with Seller's counsel re same (.2), Revise Purchase Agreement (.5) and transmit clean and redline copies (.1), Update Request for Approval (.4), Review email exchange between Seller and Title Company (.3), Telephone conference with M. Redford re status (.2). | 2.20 | 700.00 | 1,540.00 |
| 07/01/20 | Michael R. Wilson | | | |
| C100 | Review preliminary title report (.8). | 0.80 | 352.00 | 281.60 |
| 07/01/20 | Dianne M. Sweeny | | | |
| C100 | Prepare title review chart (.9). | 0.90 | 210.00 | 189.00 |
| | SERVICES TOTAL | 3.90 | | $2,010.60 |