# EXHIBIT E

**DETAILED EXPENSE ENTRIES (COBLENTZ PATCH DUFFY & BASS LLP) FOR JULY 1, 2020[1]**

| Costs Advanced | Amount |
|---|---:|
| Litigation Support Vendors – US Legal Support, Inc | $6,284.40 |
| Litigation Support Vendors – CaseHomePage | $13.90 |
| Messenger Services - Western Attorney Services | N/A |
| Property Search – First American Data Tree, LLC | N/A |
| **Total Costs Requested:** | **$6,298.30** |

---

[1] Including remaining known expense amounts for third party vendor charges that were incurred as of the Effective Date of the Plan.

16213.101 4830-8201-2357.2                Exhibit E