1   BROWN RUDNICK LLP
    Joel S. Miliband (SBN 077438)
2   (JMiliband@brownrudnick.com)
    2211 Michelson Drive
3   Seventh Floor
    Irvine, California 92612
4   Telephone:    (949) 752-7100
    Facsimile:    (949) 252-1514
5
6   BROWN RUDNICK LLP
    David J. Molton (SBN 262075)
7   (DMolton@brownrudnick.com)
    Seven Times Square
8   New York, New York 10036
    Telephone:    (212) 209-4800
9   Facsimile:    (212) 209-4801
10  *Counsel for Fire Victim Trustee*
11
12              **UNITED STATES BANKRUPTCY COURT**
                **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
13                    **SAN FRANCISCO DIVISION**
14

| 15 | **In re:** | Bankruptcy Case No. 19-30088 (DM) |
|----|------------|-----------------------------------|
| 16 | **PG&E CORPORATION,** | Chapter 11 |
| 17 | -and- | (Lead Case) |
| 18 | **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| 19 | **Debtors.** | |
| 20 | | |
| 21 | ☐ **Affects PG&E Corporation** | **COUNTER-DESIGNATION OF THE RECORD ON APPEAL FILED BY APPELLEE FIRE VICTIM TRUSTEE IN THE APPEAL FILED BY APPELLANT THERESA ANN MCDONALD FOR DISTRICT COURT CASE NO. 4:20-CV-04568-HSG** |
| 22 | ☐ **Affects Pacific Gas and Electric Company** | |
| 23 | ☒ **Affects both Debtors** | |
| 24 | *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | **Related Docket No. 8266** |
| 25 | | |

26
27
28

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, Appellee Justice John K. Trotter (Ret.), in his capacity as trustee for the Fire Victim Trust, hereby designates the following additional items to be included in the record on the appeal filed by Theresa Ann McDonald on July 2, 2020 [Docket No. 8266], without prejudice to the right to supplement the record at a later date.

| DATE | DOCKET NO. | DESCRIPTION |
|---|---|---|
| 2/11/2020 | 5732 | Amended Order Establishing Schedule for Disclosure Statement Approval and Plan Confirmation (RE: related document(s)5673 Order). |
| 2/21/2020 | 5873-1 | Fire Victim Claims Resolution Procedures Summary |
| 3/3/2020 | 6049-2 | Fire Victim Claims Resolution Procedures |
| 3/6/2020 | 6176 | Objection to Fire Victim Claim Plan Treatment Summary in Connection with Disclosure Statement in support of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated January 31, 2020 |
| 3/9/2020 | 6224-1 | Fire Victim Claim Plan Treatment Summary with FAQs |
| 3/16/2020 | 6329-1 | Fire Victim Claim Plan Treatment Summary with FAQs |
| 3/17/2020 | 6338-2 | Fire Victim Claim Plan Treatment Summary with FAQs |
| 3/17/2020 | 6340 | Order (I) Approving Proposed Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization; (II) Approving Form and Manner of Notice of Hearing on Proposed Disclosure Statement; (III) Establishing and Approving Plan Solicitation and Voting Procedures; (IV) Approving Forms of Ballots, Solicitation Packages, and Related Notices; and (V) Granting Related Relief (Related Doc # 5835) |
| 3/17/2020 | 6340-4 | Confirmation Hearing Notice |
| 5/5/2020 | 7072 | Joint Objection to Confirmation of Plan Objection of Adventist Health, AT&T, Paradise Entities and Comcast to Trust Documents Filed by Creditor Adventist Health System/West and Feather River Hospital |
| 5/12/2020 | 7159 | Response of the Official Committee of Tort Claimants to Objection of Adventist Health, AT&T, Paradise Entities and Comcast to Trust Documents |
| 5/14/2020 | 7207 | Joinder (RE: related document(s)7072 Joint Objection to Confirmation of Plan and Objection of Adventist Health, AT&T, Paradise Entities and Comcast to Trust Documents) Filed by Interested Party Eric and Julie Carlson |
| 5/15/2020 | 7363 | Objection to Confirmation (RE: related document(s)6320 Amended Chapter 11 Plan Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020). Filed by Interested Party Eric and Julie Carlson |

2

| DATE | DOCKET NO. | DESCRIPTION |
|---|---|---|
| 5/15/2020 | 7366 | Statement of Non-Consent to Limited Aspect of Claims Resolution Procedures (RE: related document(s)6320 Amended Chapter 11 Plan Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020). Filed by Creditor Karl Knight |
| 5/15/2020 | 7367 | Objection, Reservation of Rights, Objection to the Plan, Fire Victims Trust and Irregularities of Voting Procedure. Filed by Creditor Mary Kim Wallace |
| 5/15/2020 | 7416 | Hearing on Stipulation by and Among the Plan Proponents, The Official Committee of Tort Claimants, The Adventist Health Claimants, The Paradise Related Entities, AT&T, And Comcast Regarding Fire Victim Trust Documents Issues Filed by Adventist Health System/West and Feather River Hospital 7050 |
| 5/16/2020 | 7358 | Official Committee of Tort Claimants' Response to Question Asked at Oral Argument on May 15, 2020, On Objection of Adventist Health, AT&T, Paradise Entities, And Comcast To Trust Documents |
| 5/26/2020 | 7597 | Memorandum on Objection of Adventist Health, A&T, Paradise Entities and Comcast to Trust Documents |
| 6/15/2020 | 7943 | Emergency Pleading to Record Details of Objection to Confirmation and Relief Requested. Filed by Creditor Theresa Ann McDonald |
| 6/17/2020 | 8001 | Memorandum Decision – Confirmation of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization |
| 6/21/2020 | 8057-1 | Trust Agreement with Exhibits [Exhibit 1 to Notice of Filing Ninth Supplement to Plan Supplement, dated June 21, 2020] |
| 6/24/2020 | 8110 | Transcript of June 24 Status Conference Regarding Response Joint Statement Of The TCC, Trustee, Debra Grassgreen and Karl Knight, and Eric and Julie Carlson Regarding Unresolved Objections to the Fire Victim Claims Resolution Procedures |
| 7/1/2020 | 8335 | Order on the Joint Statement of the TCC, Trustee, Debra Grassgreen and Karl Knight, and Eric and Julie Carlson, Joined, in Part, by Mary Wallace, Regarding Unresolved Objections to the Fire Victim Claims Resolution Procedures |

Case: 19-30088   Doc# 8579   Filed: 07/30/20   Entered: 07/30/20 16:41:43   Page 3 of 4

DATED: July 30, 2020

BROWN RUDNICK LLP

By: /s/ Joel S. Miliband
Joel S. Miliband (SBN 077438)
(JMiliband@brownrudnick.com)
2211 Michelson Drive
Seventh Floor
Irvine, California 92612
Telephone: (949) 752-7100
Facsimile: (949) 252-1514

and

BROWN RUDNICK LLP
David J. Molton (SBN 262075)
(DMolton@brownrudnick.com)
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

*Counsel for Fire Victim Trustee*