Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
600 Montgomery Street, Suite 3100
San Francisco, CA 94111-2806
Telephone:    415.659.2600
Facsimile:    415.659.2601
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
David J. Richardson (SBN 168592)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone:    310.820.8800
Facsimile:    310.820.8859
Email: esagerman@bakerlaw.com
Email: drichardson@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel for Appellee,
Official Committee of Tort Claimants*

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | Chapter 11 |
| **-and-** | (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | |
| **Debtors.** | **COUNTERDESIGNATION OF THE RECORD ON APPEAL FILED BY APPELLEE THE OFFICIAL COMMITTEE OF TORT CLAIMANTS, IN APPEAL FILED BY PUBLIC EMPLOYEES RETIREMENT ASSOCIATION OF NEW MEXICO [1]** |
| □ Affects PG&E Corporation | |
| □ Affects Pacific Gas and Electric Company | |
| ■ Affects both Debtors | |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | **Related Docket No. 8421** |

---

[1]     The Official Committee of Tort Claimants appears in this proceeding pursuant to its post-confirmation standing for appeals of the order confirming the Debtors' plan of reorganization, pursuant to Section 12.1 of the Debtors' plan.

**TO THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY COURT JUDGE, CHAPTER 11 REORGANIZED DEBTORS PG&E CORPORATION AND PACIFIC GAS AND ELECTRIC CORPORATION, AND TO ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that, pursuant to F.R.B.P. 8006, and pursuant to Section 12.1 of the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020* (the "**Plan**"), the Official Committee of Tort Claimants, appellee, hereby designates the following pleadings (and all attachments) and transcripts from the dockets identified below as additional items for the record on appeal in the pending appeal of the *Order Confirming Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020*, entered on June 20, 2020 [ECF No. 8053] (the "**Confirmation Order**") filed by appellant Public Employees Retirement Association of New Mexico, the court-appointed lead plaintiff in the securities class action captioned as *In re PG&E Corporation Securities Litigation*, Case No. 18-03509 pending in the United States District Court for the Northern District of California:

Items from Case No. 19-30088 (DM), in the United States Bankruptcy Court for the North District of California, *In re PG&E Corporation*, et al.

| Item No. | Description/Title on Docket | Date Filed on Docket | ECF No. |
|---|---|---|---|
| 1 | Motion /Securities Lead Plaintiff's Motion To Apply Bankruptcy Rule 7023 To Class Proof Of Claim Filed by Interested Party Securities Lead Plaintiff and the Proposed Class (Attachments: # 1 Exhibit A - proposed order) (Michelson, Randy) (Entered: 12/09/2019) | 12/09/2019 | 5042 |
| 2 | Notice of Hearing on Securities Lead Plaintiff's Motion To Apply Bankruptcy Rule 7023 To Class Proof Of Claim | 12/09/2019 | 5043 |
| 3 | Statement of Securities Lead Plaintiffs And Reservation of Rights With Respect To Debtors Motion Pursuant to 11 U.S.C. §§363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 for Entry of an Order (I) Authorizing the Debtors and TCC to Enter Into Restructuring Support Agreement With the TCC, Consenting Fire Claimant Professionals, and Shareholder Proponents and (II) Granting Related Relief | 12/16/2019 | 5127 |
| 4 | Amended Notice of Hearing | 12/27/2019 | 5212 |
| 5 | Objection Debtors' Objection to Class Representative's Motion | 1/14/2020 | 5369 |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

| Item No. | Description/Title on Docket | Date Filed on Docket | ECF No. |
|---|---|---|---|
| | to Extend Application of Federal Rule of Civil Procedure 23 to Class Proof of Claim | | |
| 6 | Declaration of Christina Pullo (I) Regarding Implementation of the Debtors Notice Procedures and (II) in Support of the Debtors Objection to Securities Lead Plaintiffs Motion to Apply Bankruptcy Rule 7023 to Proof of Claim | 1/14/2020 | 5370 |
| 7 | Declaration of Benjamin P.D. Schrag (I) Regarding Implementation of the Debtors Notice Procedures and Supplemental Notice Plan and (II) In Support of the Debtors Objection to Securities Lead Plaintiffs Motion to Apply Bankruptcy Rule 7023 to Proof of Claim | 1/14/2020 | 5371 |
| 8 | Declaration of Jeanne C. Finegan (I) Regarding Implementation of the Debtors Notice Procedures and Supplemental Notice Plan and (II) In Support of the Debtors Objection to Securities Lead Plaintiffs Motion to Apply Bankruptcy Rule 7023 to Proof of Claim | 1/14/2020 | 5372 |
| 9 | Brief/Memorandum in Opposition to / Opposition of Official Committee of Tort Claimants to Securities Lead Plaintiffs Motion to Apply Bankruptcy Rule 7023 to Class Proof of Claim (Dkt. No. 5042) | 1/14/2020 | 5373 |
| 10 | Declaration of David J. Richardson in Support of Opposition of Official Committee of Tort Claimants' to Securities Lead Plaintiffs Motion to Apply Bankruptcy Rule 7023 to Class Proof of Claim (Dkt. No. 5042) | 1/14/2020 | 5375 |
| 11 | Reply Securities Lead Plaintiffs Reply In Further Support Of Motion To Apply Bankruptcy Rule 7023 To Class Proof Of Claim | 1/22/2020 | 5452 |
| 12 | Declaration of Adam D. Walter in Support of /Declaration of Adam D. Walter Of A.B. Data, Ltd. Regarding Standard Procedures And Methods Utilized In Securities Class Action Notice Programs | 1/22/2020 | 5456 |
| 13 | Declaration of Andrew D. Behlmann, Esq. in Support of Securities Lead Plaintiff's Reply In Further Support Of Motion To Apply Bankruptcy Rule 7023 To Class Proof Of Claim | 1/22/2020 | 5458 |
| 14 | Tentative Ruling Regarding Motion to Apply Rule 7023 and Order Setting Deadline (Related Doc # 5042) (lp) (Entered: 02/03/2020) | 2/03/2020 | 5604 |
| 15 | Supplemental Brief/Memorandum in support of Motion To Apply Bankruptcy Rule 7023 To Class Proofs Of Claim | 2/14/2020 | 5786 |
| 16 | Brief/Memorandum in Opposition to Motion to Apply Rule 7023, and Debtors' Supplemental Brief in Response to the Court's Tentative Ruling Regarding Order Setting Deadline | 2/14/2020 | 5787 |
| 17 | Supplemental Brief/Memorandum in Opposition to / Supplemental Brief and Reservation of Rights of Official Committee of Tort Claimants' to Securities Lead Plaintiffs Motion to Apply Bankruptcy Rule 7023 to Class Proof of Claim | 2/14/2020 | 5788 |

2

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

| Item No. | Description/Title on Docket | Date Filed on Docket | ECF No. |
|---|---|---|---|
| | (Dkt. No. 5042) | | |
| 18 | Declaration of Christina Pullo in Support of the Debtors' Supplemental Brief in Response to the Court's Tentative Ruling Regarding Motion to Apply Rule 7023 and Order Setting Deadline | 2/14/2020 | 5789 |
| 19 | Brief/Memorandum in support of Debtors' Response to the Court's Tentative Ruling Regarding Motion to Apply Rule 7023 and Order Setting Deadline | 2/14/2020 | 5790 |
| 20 | Joinder (RE: related document(s)5787 Opposition Brief/Memorandum). Filed by Interested Party Individual Officers Anthony F. Earley, Jr., Geisha J. Williams, Nickolas Stavropoulos, Julie M. Kane, Christopher P. Johns, Patrick M. Hogan, David Thomason, and Dinyar Mistry (Strabo, Jason). Related document(s) 5604 Tentative Ruling Regarding Motion to Apply Rule 7023 and Order Setting Deadline. Modified on 2/19/2020 (dc). (Entered: 02/14/2020) | 2/14/2020 | 5795 |
| 21 | Motion Securities Lead Plaintiff's Motion To Strike Declaration of Christina Pullo in Support of Debtors' Supplemental Brief in Response to the Court's Tentative Ruling Regarding Motion to Apply Rule 7023 and Order Setting Deadline Filed by Interested Party Securities Lead Plaintiff and the Proposed Class (Michelson, Randy). | 2/18/2020 | 5814 |
| 22 | Memorandum Decision Regarding Motion to Apply Rule 7023 | 2/24/2020 | 5887 |
| 23 | Notice Regarding Filing of Proposed Order in Response to the Court's Intentions Regarding Proposed Order | 2/26/2020 | 5902 |
| 24 | Order (I) Denying Securities Lead Plaintiff's Motion to Apply Bankruptcy Rule 7023 to Class Proof of Claim and (II) Extending Bar Date For Certain Holders of Securities Claims for Rescission or Damages | 2/27/2020 | 5943 |
| 25 | Document: Securities Lead Plaintiff's Proposed Edits To The Securities Claim Bar Date Notice, Securities Claim Proof Of Claim, And Proposed Order. | 2/26/2020 | 5900 |
| 26 | Motion / The Official Committee of Tort Claimants' Motion for Standing to Prosecute Claims of the Debtors' Estates Filed by Creditor Committee Official Committee of Tort Claimants | 2/28/2020 | 5972 |
| 27 | Declaration of David J. Richardson in Support of the Official Committee of Tort Claimants' Motion for Standing to Prosecute Claims of the Debtors' Estates | 2/28/2020 | 5973 |
| 28 | Notice of Hearing on the Official Committee of Tort Claimants' Motion for Standing to Prosecute Claims of the Debtors' Estates | 2/28/2020 | 5975 |
| 29 | Objection Securities Lead Plaintiff's Objection To (I) Solicitation Procedures Motion and (II) Disclosure Statement For Debtors' And Shareholder Proponents' Joint Chapter 11 Plan Of Reorganization | 3/06/2020 | 6144 |
| 30 | Stipulation and Agreement for Order Resolving the Official Committee of Tort Claimants' Motion for Standing to Prosecute | 3/23/2020 | 6435 |

3

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

| Item No. | Description/Title on Docket | Date Filed on Docket | ECF No. |
|---|---|---|---|
| | Claims of the Debtors' Estates Filed by Debtor PG&E Corporation | | |
| 31 | Statement of With Respect To Stipulation And Agreement For Order Resolving The Official Committee Of Tort Claimants Motion For Standing To Prosecute Claims Of The Debtors' Estates | 3/24/2020 | 6449 |
| 32 | Brief/Memorandum in Opposition to Official Committee Of Tort Claimants' Motion For Standing To Prosecute Claims Of The Debtors' Estates | 3/25/2020 | 6482 |
| 33 | Reply Brief of the Official Committee of Tort Claimants in Support of Its Motion for Standing to Prosecute Claims of the Debtors' Estates | 3/31/2020 | 6547 |
| 34 | Supplemental Declaration of David J. Richardson in support of the Official Committee of Tort Claimants' Motion for Standing to Prosecute Claims of the Debtors' Estates | 3/31/2020 | 6548 |
| 35 | Reply Securities Plaintiffs' Sur-Reply In Further Opposition To Official Committee Of Tort Claimants' Motion For Standing To Prosecute Claims Of The Debtors' Estates | 4/08/2020 | 6704 |
| 36 | Statement of Debtors Regarding The Official Committee of Tort Claimants' Motion for Standing to Prosecute Claims of the Debtors' Estates | 4/10/2020 | 6739 |
| 37 | Issues For Counsel to Address At The April 14 Hearing On the TCC Standing Motion | 4/13/2020 | 6742 |
| 38 | Order Denying Motion for Standing to Prosecute Claims of the Debtors' Estates (Related Doc # 5972) (lp) (Entered: 04/15/2020) | 4/15/2020 | 6773 |
| 39 | Document: Letter to Judge Montali. Filed by Interested Party Securities Lead Plaintiff and the Proposed Class (Michelson, Randy) (Entered: 04/29/2020) | 4/29/2020 | 6982 |
| 40 | Objection to Confirmation of Plan / Objection of the Official Committee of Tort Claimants to Confirmation of Debtors and Shareholder Proponents Joint Chapter 11 Plan of Reorganization Dated March 16, 2020 Filed by Creditor Committee Official Committee of Tort Claimants | 5/15/2020 | 7306 |
| 41 | Declaration of David J. Richardson in Support of Objection of the Official Committee of Tort Claimants to Confirmation of Debtors and Shareholder Proponents Joint Chapter 11 Plan of Reorganization Dated March 16, 2020 | 5/15/2020 | 7322 |
| 42 | Declaration of Brent C. Williams in Support of Objection of the Official Committee of Tort Claimants to Confirmation of Debtors and Shareholder Proponents Joint Chapter 11 Plan of Reorganization Dated March 16, 2020 | 5/15/2020 | 7326 |
| 43 | Declaration of Jerry R. Bloom in Support of Objection of the Official Committee of Tort Claimants to Confirmation of Debtors and Shareholder Proponents Joint Chapter 11 Plan of Reorganization Dated March 16, 2020 | 5/15/2020 | 7331 |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

| Item No. | Description/Title on Docket | Date Filed on Docket | ECF No. |
|---|---|---|---|
| 44 | Notice Regarding Filing of Supplement to Plan Supplement in Connection with Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization | 5/22/2020 | 7503 |
| 45 | Reply Brief of the Official Committee of Tort Claimants to Certain Objections to Confirmation of Debtors and Shareholder Proponents Joint Chapter 11 Plan of Reorganization Dated March 16, 2020 | 5/22/2020 | 7509 |
| 46 | Notice Regarding Filing of Second Supplement to Plan Supplement in Connection with Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization | 5/24/2020 | 7563 |
| 47 | Notice Regarding Filing of Third Supplement to Plan Supplement In Connection With Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization | 6/2/2020 | 7712 |
| 48 | Stipulation Addressing Certain Plan Confirmation Objections of the Official Tort Claimants Committee Filed by Debtor PG&E Corporation | 6/2/2020 | 7711 |
| 49 | Notice Regarding Filing of Draft of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 3, 2020 | 6/3/2020 | 7736 |
| 50 | Notice Regarding Filing of Fourth Supplement to Plan Supplement In Connection With Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization | 6/5/2020 | 7810 |
| 51 | Notice Regarding Filing of Draft Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 7, 2020 | 6/7/2020 | 7814 |
| 52 | Notice Regarding Filing of Fifth Supplement to Plan Supplement In Connection With Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization | 6/8/2020 | 7841 |
| 53 | Notice Regarding Filing of Sixth Supplement to Plan Supplement In Connection With Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization | 6/10/2020 | 7879 |
| 54 | Notice Regarding Filing of Seventh Supplement to Plan Supplement In Connection With Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization | 6/11/2020 | 7894 |
| 55 | Notice Regarding Filing of Eighth Supplement to Plan Supplement In Connection With Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization | 6/12/2020 | 7927 |
| 56 | Notice Regarding Withdrawal of Objection to Plan Confirmation | 6/12/2020 | 7930 |
| 57 | Notice Regarding Filing of Debtors' and Shareholder Proponents' Draft Joint Chapter 11 Plan of Reorganization Dated June 14, 2020 | 6/14/2020 | 7937 |
| 58 | Notice Regarding Filing of Ninth Supplement to Plan Supplement In Connection With Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization | 6/22/2020 | 8057 |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

<u>Transcripts from Case No. 19-30088 (DM), in the United States Bankruptcy</u>

<u>Court for the North District of California, *In re PG&E Corporation*, et al.</u>

| Item No. | Description/Date of Transcript | Date Filed on Docket | ECF No. |
|---|---|---|---|
| 1 | Transcript regarding Hearing Held 1/29/2020 | 1/30/2020 | 5562 |
| 2 | Transcript regarding Hearing Held 1/29/2020 | 1/30/2020 | 5563 |
| 3 | Transcript regarding Hearing Held 2/20/2020 | 2/21/2020 | 5870 |
| 4 | Transcript regarding Hearing Held 2/26/2020 | 2/27/2020 | 5927 |
| 5 | Transcript regarding Hearing Held 2/27/2020 | 2/28/2020 | 5950 |
| 6 | Transcript regarding Hearing Held 4/14/2020 | 4/16/2020 | 6782 |
| 7 | Transcript regarding Hearing Held 5/6/2020 | 5/7/2020 | 7091 |

Dated: July 30, 2020

**BAKER & HOSTETLER LLP**

By: /s/ *David J. Richardson*
     Robert A. Julian
     David J. Richardson
     Lauren T. Attard

*Counsel for Appellee,*
*The Official Committee of Tort Claimants*

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO