**Entered on Docket**
**July 30, 2020**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



BROWN RUDNICK LLP
Joel S. Miliband (SBN 077438)
(JMiliband@brownrudnick.com)
2211 Michelson Drive
Seventh Floor
Irvine, California 92612
Telephone: (949) 752-7100
Facsimile: (949) 252-1514

BROWN RUDNICK LLP
David J. Molton (SBN 262075)
(DMolton@brownrudnick.com)
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

*Counsel for Fire Victim Trustee*

CHANGES MADE BY COURT

**Signed and Filed: July 30, 2020**

**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

**In re:**

**PG&E CORPORATION,**

-and-

**PACIFIC GAS AND ELECTRIC COMPANY,**

**Debtors.**

☐ **Affects PG&E Corporation**
☐ **Affects Pacific Gas and Electric Company**
☒ **Affects both Debtors**

**All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

Bankruptcy Case No. 19-30088 (DM)

Chapter 11
(Lead Case)

(Jointly Administered)

**ORDER SHORTENING TIME FOR HEARING ON FIRE VICTIM TRUSTEE'S MOTION FOR ENTRY OF AN ORDER MODIFYING PROTECTIVE ORDER**

**Hearing Date:** **August 4, 2020**
**Time:** **10:00 a.m. (Pacific Time)**
**Via CourtCall**

The Court having considered the stipulation entered into among the Hon. John K. Trotter (Ret.) as Trustee of the Fire Victim Trust (the "Trustee") the Debtors in the above-captioned Chapter 11 cases and the Official Committee of Tort Claimants (the "TCC") dated July 29, 2020 (the "Stipulation") stipulating and agreeing to the entry of an order pursuant to Rule 9006-1 of the Bankruptcy Local Rules for the United States Bankruptcy Court for the Northern District of California (the "Bankruptcy Local Rules") shortening time for a hearing on the Trustee's application [Dkt. No. 8492] (the "**Motion**"), pursuant to section 105(a) of title 11 of the United States Code and Rules 2002(m) and 9007 of the Federal Rules of Bankruptcy Procedure, for entry of an order in the form of Exhibit A to the Motion, which would direct the clarification or modification of certain provisions of the Confidentiality and Protective Order [Dkt. No. 3405], as more fully explained in the Motion, and pursuant to such Stipulation and agreement of the Parties, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The Stipulation is approved.
2. The court will hear the Motion on August 4, 2020, at 10:00 a.m. (Prevailing Pacific Time) by CourtCall.
3. Any opposition to the Motion shall be filed no later than 12:00 Noon (Prevailing Pacific Time) on August 3, 2020.

*** END OF ORDER ***

Dated: July 30, 2020