| | |
|---|---|
| **WEIL, GOTSHAL & MANGES LLP**<br>Stephen Karotkin (*pro hac vice*)<br>(stephen.karotkin@weil.com)<br>Ray C. Schrock, P.C. (*pro hac vice*)<br>(ray.schrock@weil.com)<br>Jessica Liou (*pro hac vice*)<br>(jessica.liou@weil.com)<br>Matthew Goren (*pro hac vice*)<br>(matthew.goren@weil.com)<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>Tel: 212 310 8000<br>Fax: 212 310 8007<br><br>**KELLER BENVENUTTI KIM LLP**<br>Tobias S. Keller (#151445)<br>(tkeller@kbkllp.com)<br>Peter J. Benvenutti (#60566)<br>(pbenvenutti@kbkllp.com)<br>Jane Kim (#298192)<br>(jkim@kbkllp.com)<br>650 California Street, Suite 1900<br>San Francisco, CA 94108<br>Tel:  (415) 496-6723<br>Fax:  (415) 636-9251<br><br>*Attorneys for Debtors and Reorganized Debtors* | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>    - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                    **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11 (Lead Case) (Jointly Administered)<br><br>**DEBTORS' NOTICE OF DE MINIMIS CLAIMS SETTLED IN THE PERIOD OF APRIL 1, 2020 TO JULY 1, 2020**<br><br>**Re:**  Dkt. No. 3855 |

**PLEASE TAKE NOTICE** that on January 29, 2019 (the "**Petition Date**"), PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that by order dated September 10, 2019 [Dkt. No. 3855] (the "**Settlement Procedures Order**"),[1] the Bankruptcy Court authorized procedures (the "**De Minimis Settlement Procedures**") to settle and compromise certain claims and causes of action (each, a "**Settlement**").

**PLEASE TAKE FURTHER NOTICE** that on June 20, 2020, the Bankruptcy Court entered an order [Dkt. No. 8053] (the "**Confirmation Order**") confirming the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020* [Dkt. No. 8048] (together with all schedules and exhibits thereto, and as may be modified, amended, or supplemented from time to time, the "**Plan**").

**PLEASE TAKE FURTHER NOTICE** that the Effective Date (as defined in the Plan) of the Plan occurred on July 1, 2020, and as a result, the Plan has been substantially consummated.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the De Minimis Settlement Procedures, the Debtors hereby file their report of Settlements for the period of April 1, 2020 to July 1, 2020 (the "**Settlement Period**"), entitled *De Minimis Claims Settled in the Period April 1, 2020 to July 1, 2020*, attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that the Debtors' claim settlement and reconciliation process is ongoing. To the extent that any Settlement during the Settlement Period was inadvertently omitted from this notice, the Debtors will include it in a supplemental notice. Any Settlement after the Effective Date is subject to Article VII of the Plan.

---

[1] Capitalized terms used in this Notice or in attached Exhibit A but not otherwise defined in the Notice shall have the meanings ascribed to them in the Settlement Procedures Order or in the Motion [Dkt. No. 3576] that was granted by the Settlement Procedures Order.

Dated: July 30, 2020

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**

/s/ *Peter J. Benvenutti*
Peter J. Benvenutti

*Attorneys for Debtors and Reorganized Debtors*