# Exhibit A
# De Minimis Claims Settled in the period April 1, 2020 to June 30, 2020

## Tier 1
## (Settlement Amount <= $1,000,000)[1]

| Claimant Name | Relevant Proofs of Claim Numbers | Settlement Amount |
|---|---|---|
| 2866 DDB LLC | 17473 | $4,670.40 |
| A & P Helicopters Inc | 1719 | $326,103.75 |
| Advanced Geological Services | 9629 | $13,400.00 |
| Aluma Tower Company, Inc. | 96983<br>1275 | $43,812.68 |
| Anderson, Keith | 1971<br>1036<br>1034273 | $2,486.62 |
| Andrews, Ken | 1441<br>2489 | $1,955.66 |
| Anvil Builders Inc. | 3456<br>3457 | $366,613.00 |
| Argo Partners as Transferee of Louis Giglio | 1033760<br>1472 | $7,838.00 |
| ASM Capital X LLC as Transferee of Engineering Planning & MGMT Inc. | 3032<br>522 | $22,938.17 |
| ASM CAPITAL X, LLC | 16828<br>2472<br>1031337 | $240,821.19 |
| Azure, Mary | 65 | $684.35 |
| Bae, Catherine | 416 | $758.15 |
| Bae, Jennifer | 415 | $985.04 |

---

[1] Pursuant to Paragraph 2(a) of the De Minimis Settlement Procedures, the Debtors are authorized to settle any and all Claims without prior approval of, or notice to, the Bankruptcy Court or any other party in interest, whenever the aggregate amount to be allowed for an individual Claim is less than or equal to $1 million; provided, however, such settlement amounts shall not include any Settlement of a Claim (i) to which any present or former insider of the Debtors is a party or (ii) that includes a release by any of the Debtors of a Claim they may have against the holder of a Claim pursuant to chapter 5 of the Bankruptcy Code.

| Claimant Name | Relevant Proofs of Claim Numbers | Settlement Amount |
|---|---|---|
| Banc of America Credit Products, Inc. as assignee of Electical Builders, Inc. | 3417 | $182,394.37 |
| Banc of America Credit Products, Inc. as assignee of PrecisionHawk, Inc. | 3439<br>1032846 | $240,000.00 |
| Banc of America Credit Products, Inc. as Transferee of Bauer Compressors, Inc. | 7945<br>3294<br>1032814 | $166,107.31 |
| Banc of America Credit Products, Inc. as Transferee of Mountain Medics Inc. | 2059<br>1032772 | $476,800.00 |
| Ben Buckley and Joan Lindroth | 62895 | $547.46 |
| Bender, Erika | 2936<br>2992 | $1,773.97 |
| Bergseid, Mary Pauline | 87385 | $2,500.00 |
| Blankenship, Leslie | 10692<br>1029853 | $1,500.00 |
| Blue Sky Shipping | 9061 | $1,330.00 |
| Boersch Shapiro LLP | 1016 | $495.00 |
| Borden, Ron | 68747 | $805.35 |
| Borrison, Diane | 7741 | $501.77 |
| Bradford Capital Holdings, LP as Transferee of Brad Moore | 4100<br>4175<br>1033019 | $66,069.65 |
| Bradford Capital Holdings, LP as Transferee of Broadnet Teleservices LLC | 1033194<br>1901 | $30,871.28 |
| Bradford Capital Holdings, LP as Transferee of Consolidated Electrical Distributors | 1137<br>1170<br>1031344 | $109,825.76 |
| Bradford Capital Holdings, LP as Transferee of Ellett Brothers LLC | 3572 | $7,362.57 |
| Bradford Capital Holdings, LP as Transferee of Fontenoy Engineering, Inc. | 81177 | $84,458.00 |
| Bradford Capital Holdings, LP as Transferee of GR Trucking LLC | 1033287<br>2772 | $22,302.50 |
| Bradford Capital Holdings, LP as Transferee of Hoosier Acres, LLC | 1904<br>1034925 | $56,000.00 |
| Bradley Tanks, Inc | 77900<br>2504 | $834,693.08 |
| Bregante, Richard | 7960 | $1,683.45 |

| Claimant Name | Relevant Proofs of Claim Numbers | Settlement Amount |
|---|---|---|
| | 1034949 | |
| Brockley, Rebecca | 3451 | $23,000.00 |
| Brown, David | 137<br>78701<br>1033994 | $950.00 |
| Burke, Mark | 58648<br>1034779 | $1,037.07 |
| Burkey, Barbara | 1704 | $2,069.31 |
| C & R Fence Contactors, Inc. | 53842<br>23536<br>3496<br>3497<br>3495<br>6960<br>1033709 | $31,454.00 |
| California Reforestation, Inc. | 1032775<br>1086 | $204,274.34 |
| Calvary Bible Chapel | 69248<br>2707 | $2,980.00 |
| Cassady, Daniel | 81271 | $2,923.09 |
| CB2 Builders Incorporated | 57577<br>8799 | $927,024.14 |
| CD & Power | 3536 | $2,471.00 |
| Cemex Const Materials Pacific LLC | 8774<br>1033110 | $41,405.33 |
| Champion, Peter | 1034912<br>1142 | $825.00 |
| Chasnoff, Paul | 87341<br>19945 | $2,511.00 |
| Chavez B, Francisco Javier | 9007 | $1,500.00 |
| Cherokee Debt Acquisition, LLC as Transferee of Platinum DB Consulting, Inc. | 1647<br>1033297 | $21,040.00 |
| Cherokee Debt Acquisition, LLC as Transferee of Professional Concrete Sawing Inc. | 1720 | $20,938.20 |
| Cherokee Debt Acquisition, LLC as Transferee of Tennyson Electric Inc | 535<br>1035055<br>2908 | $18,362.09 |
| Cherokee Debt Acquisition, LLC as Transferee of Veritext LLC | 2841<br>1031372<br>3053 | $159,813.57 |

| Claimant Name | Relevant Proofs of Claim Numbers | Settlement Amount |
|---|---|---|
| City of Union City | 1478<br>1080<br>1034104<br>1655 | $15,253.00 |
| Coach, Jeff | 63970<br>2713 | $3,369.00 |
| Cohanzick Management LLC as Transferee of Law Offices of Martha J. Simon | 1034764<br>1739 | $9,282.00 |
| Contra Costa Electric Inc | 76333 | $538,108.33 |
| Contrarian Funds, LLC as Transferee of Bates White, LLC | 1033293<br>97969<br>58006 | $56,397.25 |
| Contrarian Funds, LLC as Transferee of Cowen Special Investments LLC | 87624<br>8506 | $97,748.61 |
| Contrarian Funds, LLC as Transferee of KV Structures, Inc. | 95<br>97<br>1032762 | $536,669.01 |
| Contrarian Funds, LLC as Transferee of Marmon Utility LLC | 3168<br>3169 | $275,514.34 |
| Contrarian Funds, LLC as Transferee of Mistras Group | 1032873<br>1634<br>3452<br>2997 | $184,114.00 |
| Contrarian Funds, LLC as Transferee of Peacock Construction | 2007 | $56,293.04 |
| Contrarian Funds, LLC as Transferee of Smiths Detection Inc | 3445 | $91,456.05 |
| Courshon, James Robert and Carole Jean | 1644 | $3,646.00 |
| Crean Jr, Dennis M | 1034049<br>27338 | $879.07 |
| CSAA IG | 2580 | $29,275.77 |
| CSAA Insurance Exchange as subrogee of Omar Carvajal Gonzalez | 3569 | $1,886.60 |
| Cunha, Judy M | 9924 | $1,603.44 |
| Dando, Jessica | 1034484<br>195 | $334.91 |
| Dave & Deanna Keyawa 2008 Trust | 1033986<br>1540 | $1,004.70 |

| Claimant Name | Relevant Proofs of Claim Numbers | Settlement Amount |
|---|---|---|
| Day, Vicki | 92144 | $4,031.10 |
| Dee's Plumbing Inc. | 2784 | $43,982.42 |
| DeNova Homes, Inc. | 1081 | $9,214.07 |
| DeVilbiss, Andre | 8833 | $4,000.00 |
| Dobler, Timothy | 4727<br>1035086 | $1,376.80 |
| Donnelley Financial LLC | 97095 | $5,992.30 |
| East Bay Municipal Utility District (EBMUD) | 78764 | $5,030.54 |
| East Bay Municipal Utility District (EBMUD) | 79248 | $4,286.55 |
| East Bay Municipal Utility District (EBMUD) | 78567 | $3,134.90 |
| East Bay Municipal Utility District (EBMUD) | 78603 | $1,242.63 |
| East Bay Municipal Utility District (EBMUD) | 78519 | $18,514.39 |
| Eaton, Mark | 1024 | $2,570.17 |
| Eaton, Nancy | 59666 | $831.15 |
| Elbarkani, Said | 3578<br>60<br>1034518 | $557.00 |
| Elliott, Colin Henry | 1501<br>1586<br>1031363 | $9,177.65 |
| EMCAG LLC | 8594<br>1034663<br>1031284 | $505.00 |
| Enduro Pipeline Services Inc. | 8163<br>1033047 | $58,277.44 |
| Enterprise Rent A Car | 1152 | $1,343.05 |
| Esquivel, Orando | 1047<br>1034872 | $1,483.98 |
| Estate of David Flores, et al. | 78875<br>60477 | $195,000.00 |

| Claimant Name | Relevant Proofs of Claim Numbers | Settlement Amount |
|---|---|---|
| Euler Hermes N.A as Agent for Global Diving & Salv | 1345<br>3725 | $32,595.07 |
| Extreme Networks, Inc | 9919 | $41,511.59 |
| Fagundes, Tina | 19905 | $1,898.51 |
| Fair Harbor Capital LLC as assignee of JBR Partners Inc | 8258<br>1033378 | $17,324.60 |
| Fair Harbor Capital, LLC as Transferee of C & D Technologies Inc. | 1312<br>1034205 | $1,492.29 |
| Farmers Specialty Insurance Company | 3008 | $8,371.76 |
| Fastenal Company | 3006 | $8,672.24 |
| Fleet Response | 57995 | $2,233.63 |
| Florance, James | 2280 | $2,880.00 |
| Fong, Paul | 1034900<br>1246 | $3,525.07 |
| Freyer, Jason | 7773 | $1,411.72 |
| Galindo, Myrna | 87204 | $16,000.00 |
| Gall, Robert | 2296 | $618.00 |
| Gibbs, Janne R | 7186 | $2,696.79 |
| Giovara, Arthur A. | 86739<br>80675<br>3050 | $4,778.21 |
| Glass, Brian | 8261<br>1033613 | $3,106.25 |
| Government Employees Insurance Company (GEICO) | 1034296<br>103497 | $4,039.80 |
| GR Sundberg, Inc. | 650<br>1034361 | $8,198.61 |

| Claimant Name | Relevant Proofs of Claim Numbers | Settlement Amount |
|---|---|---|
| Graham, Hugh | 7752 | $2,000.00 |
| Gray, Andrew | 2471 | $1,400.00 |
| Greenfield, Steve | 81189 | $720.79 |
| Greenleaf Energy Unit 1 LLC | 2926 | $252,283.43 |
| Guerra, Dario | 9004<br>9630 | $3,372.32 |
| Hancock, Jeffrey H. | 80117 | $4,054.21 |
| Hassard, Esther | 146<br>3614<br>1034219 | $500.00 |
| Hatfield, Meghan K. | 2209<br>1034799 | $3,366.57 |
| Health Education Services LLC | 1033980<br>4195 | $6,499.57 |
| Heaney, Charles | 681<br>67864<br>1033742 | $2,076.28 |
| Hernandez, Ignacio | 2771<br>1033851 | $2,212.82 |
| Hollyburne Enterprises, LLC | 1034398<br>80792 | $3,890.00 |
| Hsu, Che Chao | 30837<br>1033749 | $994.79 |
| Hubbell Power Systems, Inc. | 8467<br>1033940<br>1032963 | $90,649.90 |
| Inderbitzen, Sandra L. | 2921<br>63842 | $15,909.20 |
| Integral Partners LLC | 1822<br>1607<br>2186 | $59,280.00 |
| J&D Excavation, Inc. | 1699<br>2484<br>2486<br>2697<br>1765<br>1813 | $655,660.04 |

| Claimant Name | Relevant Proofs of Claim Numbers | Settlement Amount |
|---|---|---|
| | 968<br>1764<br>7936<br>9822<br>9820<br>9828<br>2683<br>1032752 | |
| JB Templeton Consulting LLC | 8868<br>3386<br>1033352 | $23,946.33 |
| Jordan, Jacqueline | 1493<br>5306 | $371.02 |
| Karanicolas, Andrew | 59797<br>66747 | $1,560.23 |
| Keane, John & Jacqueline | 2913 | $1,895.38 |
| Keenan, Cheryl | 2956 | $1,685.03 |
| Kennedy Club Fitness | 236<br>4886 | $5,700.00 |
| Kester, Melissa | 66094 | $4,930.72 |
| King, Weldon, Amber, Cody, Justin and Tyler | 58722<br>7377<br>4011 | $250,000.00 |
| Koehler, Gary and Sandy | 1311 | $20,715.87 |
| KW Curtis Enterprise, Inc., dba Whit's-Turn Tree Care | 8545<br>8544 | $56,451.36 |
| Latham & Watkins LLP | 78964<br>72487 | $217,700.95 |
| Lee, Kuen | 3170 | $4,876.06 |
| LimNexus LLP | 78451<br>1033540 | $75,889.37 |
| Lite on The Land, Inc | 72165<br>72523<br>1636<br>1032837 | $241,652.85 |
| Lundershausen, Inger | 87086 | $1,367.00 |
| Maiuri, Frank | 3104 | $994.18 |
| Marroquin, Michael | 17175<br>17168 | $175,000.00 |

| Claimant Name | Relevant Proofs of Claim Numbers | Settlement Amount |
|---|---|---|
| Martin, Dwayne | 96785<br>1034143 | $571.65 |
| McQuitty, Robert | 98<br>1034989 | $550.00 |
| Mercury Insurance | 4513 | $1,730.50 |
| Michael O'Shaughnessy Construction, Inc | 2755 | $39,904.00 |
| Michelucci, Jack and Kathleen | 3265 | $515.00 |
| Micro Focus LLC | 79694<br>72018 | $223,161.97 |
| Moffet, John C. | 3355<br>2910 | $5,200.00 |
| Monico, Richard C | 7401 | $359.05 |
| Morris, Dorothy A. | 1034134<br>2246 | $844.49 |
| Morrison & Foerster LLP | 77984<br>78215<br>1033380 | $258,581.82 |
| Moss, Glen L. | 4349<br>4419 | $3,250.00 |
| MRE Consulting, Ltd. | 61532 | $328,453.47 |
| Murphy, Michael A.[2] | 1096 | $141.19 |
| National Subrogation Services on behalf of Unigard Insurance for their insured Alfonse Marque Jr. | 1830 | $2,541.07 |
| Nexant, Inc. | 16994 | $28,374.09 |
| Nogueira, Ehren | 88579<br>4152<br>1701 | $1,000.00 |
| Olival , Stephen | 87344 | $543.00 |
| Orient Consulting Llc | 1517<br>1590 | $50,990.48 |

---

[2] The settlement was reported in the 1Q 2020 report, but was corrected

| Claimant Name | Relevant Proofs of Claim Numbers | Settlement Amount |
|---|---|---|
| Pall Corporation | 2721<br>6597 | $1,412.85 |
| Patterson, Shirley A | 7508<br>1034560 | $2,116.10 |
| Paulson Excavating Inc | 4054<br>3670<br>4075<br>1032719 | $965,833.36 |
| Quintero, Rafael | 946<br>1034927 | $7,249.59 |
| Rancho Colorados Association | 80198 | $3,300.00 |
| Regalia, Miller Starr | 30987 | $139,408.37 |
| Relevant Solutions Llc | 4015 | $11,146.88 |
| RJMS Corporation dba Toyota Material Handling Northern California | 1228 | $86,017.04 |
| Roberts Mechanical & Electrical Inc | 8797<br>3511<br>1870<br>4308 | $2,180.53 |
| Rocha, Dora | 19942 | $1,867.23 |
| Rocky Point Claims LLC | 1033257<br>3043<br>4017 | $24,970.85 |
| Rolando Delgadillo dba Bay Area Green Solutions | 56944<br>1033505 | $12,094.72 |
| RS Technologies Inc. | 1003<br>70514 | $12,791.47 |
| Sanders, Steve | 62545 | $10,865.00 |
| SeekOps Inc. | 58049<br>3532<br>2094 | $45,125.00 |
| Sencha Funding, LLC as Transferee of New Context Services, Inc. | 1032894<br>1726<br>7766 | $212,868.10 |
| Sharper Shape Inc. | 6954<br>7174 | $75,723.00 |
| Shraddhananda Saraswati, Swami | 63922<br>17263 | $350,000.00 |
| Sigge, Susan | 1046<br>9870<br>10025<br>1035043 | $2,626.05 |

| Claimant Name | Relevant Proofs of Claim Numbers | Settlement Amount |
|---|---|---|
| Silverline Pacific | 3293<br>1033846 | $3,700.00 |
| Stanley, Leland | 80159<br>80347 | $26,413.00 |
| Star Insurance Company | 61454 | $29,865.09 |
| Strassberg, Mark H. | 1939<br>1033176 | $33,125.00 |
| Stubbs, Susan I | 8490 | $1,000.00 |
| Sure Power Consulting, LLC | 1332<br>1321<br>1033044 | $97,938.70 |
| Swigart, James E | 7288<br>3122<br>1034934 | $6,579.00 |
| Talley Inc. | 955<br>1033089<br>1033179 | $77,039.53 |
| Tannor Partners Credit Fund LP | 2012 | $273,200.38 |
| Tapia, Jorge | 8513 | $2,500.00 |
| TEF Architecture and Interior Design, Inc. | 3479<br>8162 | $71,080.64 |
| The Crucible | 1034687<br>17459 | $791.87 |
| TRC Master Fund LLC as Transferee of Camlin Power, Inc | 1033154<br>4185<br>1284 | $35,000.00 |
| Tripoli (O'Brien), Jill Ann | 3557 | $1,789.00 |
| United Pro Painting Inc | 1034102<br>1463<br>1495 | $1,948.00 |
| Universal Recycling Solutions, Inc. | 1565<br>3453<br>1033427 | $15,148.75 |
| van Warmerdam, Mark | 98182<br>98181 | $24,721.00 |
| Vasquez Coffee Company | 1033649<br>92819 | $1,594.67 |
| Vendor Recovery Fund IV, LLC | 10249<br>1033441 | $238,049.89 |

| Claimant Name | Relevant Proofs of Claim Numbers | Settlement Amount |
|---|---|---|
| Verint Americas Inc. | 7713 | $12,712.50 |
| VonWin Capital Management, L.P. as Transferee of Fluid Components International LLC | 1476<br>1736<br>1033548 | $10,725.00 |
| VonWin Capital Management, L.P. as Transferee of Mesa Products, Inc. | 1668 | $31,896.52 |
| Walker, Kristine D | 81 | $635.00 |
| Wardwell, Bradley Samuel | 66103 | $15,020.84 |
| Warren, Brigitte | 9053<br>9129<br>2136<br>2196<br>1033621 | $341.00 |
| Welense, Jon | 2860<br>1031307<br>1034208 | $1,471.00 |
| Western Industrial X-Ray, Inc. | 1033028<br>9523<br>9525 | $71,018.56 |
| Wild West Reforesters Inc | 8461 | $55,771.00 |
| Wolfer, David | 80772 | $764.97 |
| Wong, Kim | 16764<br>1034685 | $2,500.00 |
| Wudel, Lindsay | 80620<br>1034717 | $7,689.76 |
| Zahner, Mark | 86562 | $4,721.10 |
| Zhou, Ming | 87485 | $491.38 |
| Zoe Partners, LP as Transferee of West Unified Communication Services Inc fka Intercall Inc | 1308<br>1032817 | $300,305.26 |

**Tier 2**
**(Settlement Amount $1,000,000 - $10,000,000)[3]**

| Claimant Name | Relevant Proofs of Claim Numbers | Settlement Amount |
|---|---|---|
| Banc of America Credit Products, Inc. as Assignee of Elster American Meter Company, LLC | 1383<br>3560<br>1032891<br>1032702 | $1,334,440.70 |

---

[3] Pursuant to Paragraph 2(b) of the De Minimis Settlement Procedures, the Debtors provided ten (10) business days' notice of any proposed Settlement where the Settlement Amount for a Claim was more than $1 million but was less than or equal to $10 million to (i) the U.S. Trustee, (ii) counsel for each of the Committees, (iii) any party to the Settlement; and (iv) any third party providing consideration with respect to a Settlement (each a "Reviewing Party," and collectively, the "Reviewing Parties"). The Reviewing Parties did not raise any objection within the 10 business day timeframe and, accordingly, pursuant to paragraph 2(c) of the De Minimis Settlement Procedures, the Debtors were authorized to proceed with such Settlements without further order of the Bankruptcy Court.