WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Theodore E. Tsekerides (*pro hac vice*)
(theodore.tsekerides@weil.com)
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors and Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>   - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                        **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Chapter 11 Case No. 19-30088 (DM)<br>(Lead Case)<br>(Jointly Administered)<br><br><br>**REORGANIZED DEBTORS' RESPONSE TO THERESA ANN MCDONALD'S DESIGNATION OF RECORD AND STATEMENT OF ISSUES**<br><br>**Relates to Docket Nos. 8266, 8438.** |

Pursuant to Rule 8009(a)(2) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), PG&E Corporation and Pacific Gas and Electric Company, as reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors,**" as applicable) in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), submit this response to the *Designation of Record and Statement of Issues* dated July 16, 2020, filed by Theresa Ann McDonald ("**Appellant**") [Dkt. No. 8438] (the "**Statement**").[1]

## Counter Statement of Issues on Appeal

The issues on appeal are:

(1) Whether the appeal should be dismissed as equitably moot because, among other things, the Plan has been substantially consummated, Appellant failed to either seek or obtain a stay of the Confirmation Order pending appeal, and reversal of the Confirmation Order would completely undermine the comprehensive settlements and financial restructuring embodied in the Plan and upon which creditors, shareholders, the capital markets, the stock market, and the Reorganized Debtors' business partners, employees, and communities have relied, as well as the ability of the Reorganized Debtors to obtain the benefit of A.B. 1054 and participate in the go-forward wildfire fund; and

(2) Whether entry of the Confirmation Order by the Bankruptcy Court constituted an abuse of discretion or a plain error of law.

## Designation of Record on Appeal

Pursuant to Rule 8009(a)(2) of the Bankruptcy Rules, the Reorganized Debtors hereby designate the following additional items to be included in the record on appeal, which include all exhibits and addenda attached to each item:

| Dkt. No. | Date of Filing | Description |
|---|---|---|
| 263 | 2/1/2019 | Amended Declaration of Jason P. Wells in Support of First Day Motions and Related Relief |
| 3644 | 8/21/2019 | Order Granting The Motion Of The Official Committee Of Tort Claimants For Relief From Automatic Stay |

---

[1] Capitalized terms not otherwise defined herein have the meanings ascribed to them in the *Order Confirming Debtor's and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization dated June 19, 2020* [Dkt. No. 8053] (together with all related documents, attachments, and exhibits, the "**Confirmation Order**").

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| Dkt. No. | Date of Filing | Description |
|---|---|---|
| 3808 | 9/4/2019 | Order Re: The Production of the 2015 Butte Fire Settlement Information |
| 3992 | 9/24/2019 | Debtors' Motion Pursuant To 11 U.S.C. §§ 363(B) And 105(A) And Fed. R. Bankr. P. 6004 And 9019 For Entry Of An Order (I) Authorizing The Debtors To Enter Into Restructuring Support Agreement With The Consenting Subrogation Claimholders, (II) Approving The Terms Of Settlement With Such Consenting Subrogation Claimholders, Including The Allowed Subrogation Claim Amount, And (III) Granting Related Relief (the "**Subrogation Settlement And RSA Motion**") |
| 3993 | 9/24/2019 | Declaration of Jason P. Wells in Support of the Debtors' Subrogation Settlement and RSA Motion |
| 3994 | 9/24/2019 | Notice of Hearing on Subrogation Settlement and RSA Motion |
| 4167 | 10/9/2019 | Order Granting Joint Motion of the Official Committee of Tort Claimants and the Ad Hoc Committee of Senior Noteholders to Terminate the Debtors' Exclusive Period |
| 4168 | 10/9/2019 | Order Denying Debtors' Second Exclusivity Extension Motion |
| 5038 | 12/9/2019 | Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 for Entry of an Order (I) Authorizing the Debtors and TCC to Enter into Restructuring Support Agreement with the TCC, Consenting Fire Claimant Professionals, and Shareholder Proponents, And (II) Granting Related Relief (the "**Tort Claimants RSA Motion**") |
| 5039 | 12/9/2019 | Declaration of Jason P. Wells in Support of Tort Claimants RSA Motion |
| 5040 | 12/9/2019 | Ex Parte Motion of Debtors Pursuant to B.L.R. 9006-1 Requesting Order Shortening Time for Hearing on Tort Claimants RSA Motion |
| 5041 | 12/9/2019 | Declaration of Jessica Liou in Support of Ex Parte Motion of Debtors Pursuant to B.L.R. 9006-1 Requesting Order Shortening Time for Hearing on Tort Claimants RSA Motion |
| 5173 | 12/19/2019 | Order Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 (I) Authorizing the Debtors to Enter into Restructuring Support Agreement with the Consenting Subrogation Claimholders, (II) Approving the Terms of Settlement with such Consenting Subrogation Claimholders, Including the Allowed Subrogation Claim Amount, and (III) Granting Related Relief |
| 5174 | 12/19/2019 | Order Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 (I) Authorizing the Debtors and TCC to Enter into Restructuring Support Agreement with the TCC, Consenting Fire Claimant Professionals, and Shareholder Proponents, and (II) Granting Related Relief |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| Dkt. No. | Date of Filing | Description |
|---|---|---|
| 5284 | 1/6/2020 | Motion to File Redacted Document and Seal Confidential Information from Tubbs Settlement Documents |
| 5301 | 1/7/2020 | Order Authorizing Redaction and Sealing of Confidential Info from Tubbs Settlement |
| 5637 | 2/5/2020 | Order Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 (I) Approving and Authorizing the Debtors to Enter into Restructuring Support Agreement with Consenting Noteholders and Shareholder Proponents, and (II) Granting Related Relief |
| 5700 | 2/7/2020 | [Proposed] Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization |
| 5732 | 2/11/2020 | Amended Order Establishing Schedule for Disclosure Statement Approval and Plan Confirmation |
| 5801 | 2/18/2020 | Notice of Filing of Exhibit B (Financial Projections) to [Proposed] Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization |
| 5835 | 2/19/2020 | Debtors' Motion for Entry of an Order (I) Approving Form and Manner of Notice of Hearing on Proposed Disclosure Statement; (II) Establishing and Approving Plan Solicitation and Voting Procedures; (III) Approving Forms of Ballots, Solicitation Packages, and Related Notices; and (IV) Granting Related Relief (the "**Solicitation Procedures Motion**") |
| 5839 | 2/19/2020 | Certificate of Service of Craig E. Johnson regarding the Fire Victim Plan Solicitation Directive |
| 6217 | 3/9/2020 | Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization dated March 9, 2020 |
| 6219 | 3/9/2020 | [Proposed] Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization |
| 6221 | 3/9/2020 | Debtors' Omnibus Reply to Objections to Approval of (I) Proposed Disclosure Statement and (II) Solicitation Procedures Motion |
| 6222 | 3/9/2020 | Notice of Filing of Revised Proposed Order Approving Solicitation Procedures Motion |
| 6225 | 3/9/2020 | Notice of Filing of Amended Exhibit B (Financial Projections) to [Proposed] Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization |
| 6244 | 3/10/2020 | Notice of Filing of Second Revised Proposed Order Approving Solicitation Procedures Motion |
| 6320 | 3/16/2020 | Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization dated March 16, 2020 |
| 6322 | 3/16/2020 | [Proposed] Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization |

| Dkt. No. | Date of Filing | Description |
|---|---|---|
| 6338 | 3/17/2020 | Notice of Filing of Proposed Third Amended Fire Victims Claims Resolution Procedures Summary with Frequently Asked Questions |
| 6340 | 3/17/2020 | Order (I) Approving Proposed Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization; (II) Approving Form and Manner of Notice of Hearing on Proposed Disclosure Statement; (III) Establishing and Approving Plan Solicitation and Voting Procedures; (IV) Approving Forms of Ballots, Solicitation Packages, and Related Notices; and (V) Granting Related Relief |
| 6353 | 3/17/2020 | Amended Disclosure Statement Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Filed |
| 6354 | 3/17/2020 | Notice Regarding Filing of Solicitation Version of Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization |
| 6448 | 3/24/2020 | [Proposed] Supplement to Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization |
| 6483 | 3/25/2020 | Order Approving Supplement to Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization |
| 6785 | 4/16/2020 | Order Pursuant to 11 U.S.C. §§ 105(a) and 363(b) and Fed. R. Bankr. P. 9019 Approving (I) Debtors' Agreement and Settlement with People of the State of California and (II) Granting Related Relief |
| 6893 | 4/22/2020 | Certificate of Service of Christina Pullo regarding the distribution of solicitation materials |
| 6935 | 4/24/2020 | Affidavit of Publication |
| 7059 | 5/4/2020 | Certificate of Service of Christina Pullo regarding the distribution of solicitation materials |
| 7082 | 5/6/2020 | Certificate of Service of Christina Pullo regarding the distribution of solicitation materials |
| 7084 | 5/6/2020 | Certificate of Service of Christina Pullo regarding the distribution of solicitation materials |
| 7114 | 5/7/2020 | Certificate of Service of Christina Pullo regarding the distribution of solicitation materials |
| 7123 | 5/7/2020 | Certificate of Service of Christina Pullo regarding the distribution of solicitation materials |
| 7128 | 5/8/2020 | Debtors' Response to Motion of William B. Abrams to Designate Votes Pursuant to 11 U.S.C. §§ 1125(b) and 1126(e) and Fed. R. Bankr. P. 2019 |
| 7184 | 5/13/2020 | Certificate of Service of Christina Pullo regarding the distribution of solicitation materials |
| 7342 | 5/15/2020 | Certificate of Service of Christina Pullo regarding the distribution of solicitation materials |

| Dkt. No. | Date of Filing | Description |
|----------|----------------|-------------|
| 7348 | 5/15/2020 | Certificate of Service of Christina Pullo regarding the distribution of solicitation materials |
| 7426 | 5/19/2020 | Certificate of Service of Christina Pullo regarding the distribution of solicitation materials |
| 7436 | 5/20/2020 | Opposition to Motion for the Appointment of an Examiner of Voting Irregularities Pursuant to Section 1104(c) of the Bankruptcy Code and Bankruptcy Rule 2007.1 |
| 7503 | 5/22/2020 | Supplement to Plan Supplement in Connection with Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization (including all exhibits thereto) |
| 7507 | 5/22/2020 | Declaration of Christina F. Pullo Regarding Solicitation of Votes |
| 7510 | 5/22/2020 | Declaration of Jason P. Wells in Support of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization |
| 7512 | 5/22/2020 | Declaration of Kenneth S. Ziman in Support of Confirmation of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization |
| 7514 | 5/22/2020 | Declaration of John Boken in Support of Confirmation of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization |
| 7528 | 5/22/2020 | Plan Proponents' Joint Memorandum of Law and Omnibus Response in Support of Confirmation of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization |
| 7563 | 5/24/2020 | Notice Regarding Filing of Second Supplement to Plan Supplement in Connection with Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization |
| 7568 | 5/25/2020 | Motion for the Appointment of an Examiner of Voting Procedural Irregularities Pursuant to Section 1104(c) of the Bankruptcy Code and Bankruptcy Rule 2007.1 |
| 7572 | 5/25/2020 | Debtors' and Shareholder Proponents' Amended Joint Confirmation Hearing Exhibit List |
| 7644 | 5/29/2020 | Declaration of Helen Sedwick in Support of Examiner Motion |
| 7712 | 6/2/2020 | Notice Regarding Filing of Third Supplement to Plan Supplement in Connection with Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization |
| 7719 | 6/2/2020 | Debtors' Opposition to Examiner Motion |
| 7720 | 6/2/2020 | Declaration of Christina F. Pullo in Support of Debtors' Response in Opposition to Examiner Motion |
| 7724 | 6/2/2020 | Watts Guerra LLP Opposition to Examiner Motion |
| 7810 | 6/5/2020 | Notice Regarding Filing of Fourth Supplement to Plan Supplement in Connection with Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| Dkt. No. | Date of Filing | Description |
|----------|----------------|-------------|
| 7841 | 6/8/2020 | Notice Regarding Filing of Fifth Supplement to Plan Supplement in Connection with Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization |
| 7847 | 6/9/2020 | Preliminary Report Official Committee of Tort Claimants' Investigation of Voting Results |
| 7879 | 6/10/2020 | Notice Regarding Filing of Sixth Supplement to Plan Supplement in Connection with Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization |
| 7894 | 6/11/2020 | Notice Regarding Filing of Seventh Supplement to Plan Supplement in Connection with Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization |
| 7909 | 6/11/2020 | Order Approving Plan Funding Transactions and Documents in Connection with Confirmation of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization |
| 7918 | 6/12/2020 | Order Approving the Parties' Joint Stipulation Regarding the Registration Rights Agreement and Related Agreements of the Fire Victim Trust |
| 7919 | 6/12/2020 | Order Approving the Parties' Joint Stipulation Regarding Normalized Estimated Net Income |
| 7929 | 6/12/2020 | Notice Regarding Filing of Eighth Supplement to Plan Supplement in Connection with Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization |
| 8001 | 6/17/2020 | Memorandum Decision – Confirmation of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization |
| 8282 | 7/6/2020 | Memorandum Decision Regarding Order Denying Motion to Appoint Voting Examiner |
| 8283 | 7/6/2020 | Order Denying Motion to Appoint an Examiner |
| 8364 | 7/10/2020 | Notice Regarding Filing of Tenth Supplement to Plan Supplement in Connection with Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization |
| 387, No. 19-cv-5257-JD | 6/9/2020 | Order Terminating Estimation Proceedings |
| - | 6/1/2020 | CPUC Decision Approving Reorganization Plan, 20-05-053 (June 1, 2020), https://docs.cpuc.ca.gov/PublishedDocs/Published/G000/M338/K816/ 338816365.PDF |
| *Hearing Transcripts and Audio Files* | | |
| 5169 | 12/19/2020 | December 17, 2019 Hearing Transcript |
| 6265 | 03/12/2020 | March 10, 2020 Hearing Transcript |
| 6267 | 03/12/2020 | March 11, 2020 Hearing Transcript |
| 7445 | 05/21/2020 | May 19, 2020 Hearing Transcript |
| 7576 | 05/26/2020 | May 22, 2020 Hearing Transcript |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| Dkt. No. | Date of Filing | Description |
|----------|----------------|-------------|
| 7609 | 05/27/2020 | May 26, 2020 Hearing Transcript |
| 7637 | 05/28/2020 | May 27, 2020 Hearing Transcript |
| 7665 | 05/29/2020 | May 28, 2020 Hearing Transcript |
| 7701 | 06/01/2020 | May 29, 2020 Hearing Transcript |
| 7710 | 06/02/2020 | June 1, 2020 Hearing Transcript |
| 7784 | 06/04/2020 | June 3, 2020 Hearing Transcript |
| 7809 | 06/05/2020 | June 4, 2020 Hearing Transcript |
| 7843 | 06/09/2020 | June 5, 2020 Hearing Transcript |
| 7869 | 06/10/2020 | June 8, 2020 Hearing Transcript |
| 7932 | 06/12/2020 | June 11, 2020 Hearing Transcript |
| 7984 | 06/17/2020 | June 16, 2020 Hearing Transcript |
| 8066 | 06/22/2020 | June 19, 2020 Hearing Transcript |
| 8110 | 06/25/2020 | June 24, 2020 Hearing Transcript |

The Reorganized Debtors reserve all rights to designate additional items to include in the record or restate the issues presented on appeal.

Dated: July 30, 2020

WEIL, GOTSHAL & MANGES LLP

KELLER BENVENUTTI KIM LLP

By:    /s/ Theodore Tsekerides
Theodore Tsekerides

*Attorneys for Debtors and Reorganized Debtors*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119