**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Theodore E. Tsekerides (*pro hac vice*)
(theodore.tsekerides@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496 6723
Fax: (415) 636 9251

*Attorneys for Appellees (Debtors and Reorganized Debtors)*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Reorganized Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Reorganized Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**APPELLEES' RESPONSE TO SECURITIES PLAINTIFFS' STATEMENT OF ISSUES AND DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL** |

PG&E Corporation and Pacific Gas and Electric Company (collectively, the "**Debtors**" or as reorganized pursuant to the Plan (as defined below), the "**Reorganized Debtors**" or "**Appellees**") submit this response to the July 16, 2020 filing by Public Employees Retirement Association of New Mexico, a named plaintiff in the securities class action captioned as *In re PG&E Corporation Securities Litigation*, Case No. 18-03509 (the "**Securities Litigation**") pending in the United States District Court for the Northern District of California, and together with York County on behalf of the County of York Retirement Fund, City of Warren Police and Fire Retirement System, and Mid-Jersey Trucking Industry & Local No. 701 Pension Fund (collectively, the "**Securities Plaintiffs**") of its *Statement of Issues and Designation of Items to Be Included in the Record on Appeal* [Dkt. No. 8421] (the "**Statement**") in connection with the appeal from the *Order Confirming Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020*, entered on June 20, 2020 [Dkt. No. 8053] (the "**Confirmation Order**") by the United States Bankruptcy Court for the Northern District of California (the "**Bankruptcy Court**"), pursuant to which the Bankruptcy Court confirmed the Reorganized Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020 [Dkt. No. 8048] (the "**Plan**").

I. **RESPONSE TO STATEMENT OF ISSUES ON APPEAL**

The sole limited issue on appeal is:

1. Whether the Bankruptcy Court abused its discretion in approving the defined term in the Plan, "Insurance Deduction" (Plan Section 1.127A), in connection with the treatment of Allowed HoldCo Rescission or Damage Claims under Class 10A-II of the Plan.

II. **DESIGNATION OF RECORD ON APPEAL**

Pursuant to Bankruptcy Rule 8009, Appellees hereby designate the following additional items to be included in the record on appeal, or as corrections to errors in the Securities Plaintiffs' Statement, which include all exhibits and addenda attached thereto and filed therewith and all documents incorporated by reference therein:

Items from *In re PG&E Corp., et al.*, Case No. 19-30088 (DM):

| Dkt. No. | Description | Date |
|---|---|---|
| 263 | Amended Declaration of Jason P. Wells in Support of First Day Motions and Related Relief | 02/01/2019 |
| 2471 | Motion Pursuant to 11 U.S.C. §§ 363 and 105(a) and Fed. R. Bankr. P. 6004 Authorizing Debtors to Purchase D&O Insurance | 06/10/2019 |
| 2472 | Declaration of Janaize Markland in Support of D&O Insurance Motion | 06/10/2019 |
| 5042 | Securities Lead Plaintiff's Motion to Apply Bankruptcy Rule 7023 to Class Proof of Claim | 12/09/2019 |
| 5369 | Debtors' Objection to Class Representative's Motion to Extend Application of Federal Rule of Civil Procedure 23 to Proof of Claim | 01/14/2020 |
| 5370 | Declaration of Christina Pullo (i) Regarding Implementation of the Debtors' Notice Procedures and (ii) in Support of the Debtors' Objection to Securities Lead Plaintiff's Motion to Apply Bankruptcy Rule 7023 to Proof of Claim | 01/14/2020 |
| 5371 | Declaration of Benjamin P.D. Schrag (i) Regarding Implementation of the Debtors' Notice Procedures and Supplemental Notice Plan and (ii) in Support of the Debtors' Objection to Class Representative's Motion to Extend Application of Federal Rule of Civil Procedure 23 to Proof of Claim | 01/14/2020 |
| 5372 | Declaration of Jeanne C. Finegan (i) Regarding Implementation of the Debtors' Notice Procedures and Supplemental Notice Plan and (ii) in Support of the Debtors' Objection to Class Representative's Motion to Extend Application of Federal Rule of Civil Procedure 23 to Proof of Claim | 01/14/2020 |
| 5373 | Opposition of Official Committee of Tort Claimants' to Securities Lead Plaintiff's Motion to Apply Bankruptcy Rule 7023 to Class Proof of Claim | 01/14/2020 |
| 5374 | Debtors' Request for Judicial Notice in Support of Debtors' Objection to Class Representative's Motion to Extend Application of Federal Rule of Civil Procedure 23 to Proof of Claim | 01/14/2020 |
| 5375 | Declaration of David J. Richardson in Support of Opposition of Official Committee of Tort Claimant's to Securities Lead Plaintiff's | 01/14/2020 |

| Dkt. No. | Description | Date |
|---|---|---|
|  | Motion to Apply Bankruptcy Rule 7023 to Class Proof of Claim (Dkt. No. 5042) |  |
| 5452 | Securities Lead Plaintiff's Reply in Further Support of Motion to Apply Bankruptcy Rule 7023 to Class Proof of Claim | 01/22/2020 |
| 5456 | Declaration of Adam D. Walter of A.B. Data, Ltd. Regarding Standard Procedures and Methods Utilized in Securities Class Action Notice Programs | 01/22/2020 |
| 5458 | Declaration of Andrew D. Behlmann, Esq. in Support of Securities Lead Plaintiff's Reply in Further Support of Motion to Apply Bankruptcy Rule 7023 to Class Proof of Claim | 01/22/2020 |
| 5604 | Tentative Ruling Regarding Motion to Apply Rule 7023 and Order Setting Deadline | 02/3/2020 |
| 5786 | Securities Lead Plaintiff's Supplemental Brief in Support of Motion to Apply Bankruptcy Rule 7023 to Class Proof of Claim | 02/14/2020 |
| 5787 | Debtors' Supplemental Brief in Response to the Court's Tentative Ruling Regarding Motion to Apply Rule 7023 and Order Setting Deadline | 02/14/2020 |
| 5788 | Supplemental Brief and Reservation of Rights of Official Committee of Tort Claimants' to Securities Lead Plaintiff's Motion to Apply Bankruptcy Rule 7023 to Class Proof of Claim (Dkt. No. 5042) | 02/14/2020 |
| 5789 | Declaration of Christina Pullo in Support of the Debtors' Supplemental Brief in Response to the Court's Tentative Ruling Regarding Motion to Apply Rule 7023 and Order Setting Deadline | 02/14/2020 |
| 5790 | Memorandum in Support of Debtors' Response to the Court's Tentative Ruling Regarding Motion to Apply Rule 7023 and Order Setting Deadline | 02/14/2020 |
| 5818 | Ex Parte Motion of Securities Lead Plaintiff Pursuant to B.L.R. 9006-1 Requesting Order Shortening Time for Hearing on Securities Lead Plaintiff's Motion to Strike Declaration of Christina Pullo in Support of the Debtors' Supplemental Brief in Response to the Court's Tentative Ruling Regarding Motion to Apply Rule 7023 and Order Setting Deadline [ECF No. 5789] | 02/18/2020 |
| 5819 | Declaration of Andrew Behlmann in Support of Ex Parte Motion of Securities Lead Plaintiff Pursuant to B.L.R. 9006-1 Requesting | 02/18/2020 |

| Dkt. No. | Description | Date |
|---|---|---|
|  | Order Shortening Time for Hearing on Securities Lead Plaintiff's Motion to Strike Declaration of Christina Pullo in Support of the Debtors' Supplemental Brief in Response to the Court's Tentative Ruling Regarding Motion to Apply Rule 7023 and Order Setting Deadline [ECF No. 5789] |  |
| N/A | DOCKET TEXT ORDER (no separate order issued:) The court will not shorten time to hear a motion to strike (Dkt. Nos. 5814 & 5818) the Pullo declaration, nor require a response before the February 20, 2020 hearing, nor limit the scope of what it will discuss with counsel at the hearing. Each side will have an opportunity to address any questions posed by the court, not just those mentioned in the docket text yesterday, and to the argue for the position advocated and against the position opposed (Dkt. Nos. 5604, 5786 & 5787). (RE: related document(s)5814 Motion Miscellaneous Relief filed by Interested Party Securities Lead Plaintiff and the Proposed Class, 5818 Motion to Shorten Time filed by Interested Party Securities Lead Plaintiff and the Proposed Class). (Montali, Dennis) (Entered: 02/18/2020) | 02/18/2020 |
| 5887 | Memorandum Decision Regarding Motion to Apply Rule 7023 | 02/24/2020 |
| 5888 | Court's Intentions Re Proposed Order | 02/24/2020 |
| 5902 | Notice Regarding Filing of Proposed Order in Response to the Court's Intentions Regarding Proposed Order | 02/26/2020 |
| 5943 | Order (I) Denying Securities Lead Plaintiff's Motion to Apply Bankruptcy Rule 7023 to Class Proof of Claim and (II) Extending Bar Date for Certain Holders of Securities Claims for Rescission or Damages | 02/27/2020 |
| 6144 | Securities Lead Plaintiff's Objection To (I) Solicitation Procedures Motion and (II) Disclosure Statement For Debtors' And Shareholder Proponents' Joint Chapter 11 Plan Of Reorganization | 03/06/2020 |
| 6353 | Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization (including Exhibit B, the "Financial Projections") | 03/17/2020 |
| 6448 | [Proposed] Supplement to Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization | 03/24/2020 |
| 7182 | Order Establishing Confirmation Hearing Protocol | 05/13/2020 |

| Dkt. No. | Description | Date |
|---|---|---|
| 7503 | Notice of Filing of Supplement to Plan Supplement in Connection with Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization | 05/22/2020 |
| 7512 | Declaration of Kenneth S. Ziman in Support of Confirmation of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization (including all exhibits thereto) | 05/22/2020 |
| 7514 | Declaration of John Boken in Support of Confirmation of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization | 05/22/2020 |
| 7572 | Debtors' and Shareholder Proponents' Amended Joint Confirmation Hearing Exhibit List (including all exhibits thereto) | 05/25/2020 |
| 8092 | Order Regarding Objections to Exhibits | 06/24/2020 |

Hearing Transcripts from *In re PG&E Corp., et al.*, Case No. 19-30088 (DM):

| Dkt. No. | Description | Date |
|---|---|---|
| 1097 | March 27, 2019 Omnibus Hearing Transcript | 03/28/2019 |
| 5562 | Transcript of January 29, 2020 Hearing | 01/30/2020 |
| 5563 | Transcript of January 29, 2020 Hearing | 01/30/2020 |
| 5870 | Transcript of February 20, 2020 Hearing | 02/25/2020 |
| 5927 | Transcript of February 26, 2020 Hearing | 02/27/2020 |
| 5950 | Transcript of February 27, 2020 Hearing | 02/28/2020 |
| 6782 | Transcript of April 14, 2020 Hearing | 04/16/2020 |
| 7091 | Transcript of May 6, 2020 Hearing | 05/07/2020 |
| 7445 | May 19, 2020 Hearing Transcript | 05/21/2020 |
| 7576 | May 22, 2020 Hearing Transcript | 05/26/2020 |
| 7609 | May 26, 2020 Hearing Transcript | 05/28/2020 |
| 7637 | May 27, 2020 Hearing Transcript | 05/28/2020 |
| 7665 | May 28, 2020 Hearing Transcript | 05/29/2020 |

| Dkt. No. | Description | Date |
|---|---|---|
| 7701 | May 29, 2020 Hearing Transcript | 06/01/2020 |
| 7710 | June 1, 2020 Hearing Transcript | 06/02/2020 |
| 7809 | June 4, 2020 Hearing Transcript | 06/05/2020 |
| 7932 | June 11, 2020 Hearing Transcript | 06/16/2020 |
| 7984 | June 16, 2020 Hearing Transcript | 06/17/2020 |

Proofs of Claim filed in *In re PG&E Corp., et al.*, Case No. 19-30088 (DM):

| Claim No. | Claimant | Date |
|---|---|---|
| 64352 | Anthony F. Earley, Jr. | 10/18/2019 |
| 64211 | Anthony F. Earley, Jr. | 10/18/2019 |
| 105574 | Anthony F. Earley, Jr. | 06/1/2020 |
| 105575 | Anthony F. Earley, Jr. | 06/1/2020 |
| 66240 | Geisha J. Williams | 10/20/2019 |
| 67762 | Geisha J. Williams | 10/20/2019 |
| 67818 | Geisha J. Williams | 10/20/2019 |
| 67338 | Geisha J. Williams | 10/20/2019 |
| 105581 | Geisha J. Williams | 06/1/2020 |
| 105584 | Geisha J. Williams | 06/1/2020 |
| 58618 | Nickolas Stavropoulos | 10/18/2019 |
| 64154 | Nickolas Stavropoulos | 10/18/2019 |
| 105582 | Nickolas Stavropoulos | 06/1/2020 |
| 105587 | Nickolas Stavropoulos | 06/1/2020 |
| 59284 | Julie M. Kane | 10/18/2019 |
| 64280 | Julie M. Kane | 10/18/2019 |

| Claim No. | Claimant | Date |
|---|---|---|
| 105590 | Julie M. Kane | 06/2/2020 |
| 105591 | Julie M. Kane | 06/2/2020 |
| 64128 | Christopher P. Johns | 10/18/2019 |
| 64129 | Christopher P. Johns | 10/18/2019 |
| 105576 | Christopher P. Johns | 06/1/2020 |
| 105577 | Christopher P. Johns | 06/1/2020 |
| 58925 | Patrick M. Hogan | 10/18/2019 |
| 64162 | Patrick M. Hogan | 10/18/2019 |
| 105578 | Patrick M. Hogan | 06/1/2020 |
| 105583 | Patrick M. Hogan | 06/1/2020 |
| 77867 | Barbara L. Rambo | 10/18/2019 |
| 78425 | Barbara L. Rambo | 10/18/2019 |
| 59428 | David S. Thomason | 10/18/2019 |
| 59669 | David S. Thomason | 10/18/2019 |
| 105579 | David S. Thomason | 06/1/2020 |
| 105580 | David S. Thomason | 06/1/2020 |
| 59430 | Dinyar B. Mistry | 10/18/2019 |
| 64166 | Dinyar B. Mistry | 10/18/2019 |
| 105585 | Dinyar B. Mistry | 06/1/2020 |
| 105586 | Dinyar B. Mistry | 06/1/2020 |
| 62460 | Lewis Chew | 10/18/2019 |
| 78341 | Lewis Chew | 10/18/2019 |
| 79737 | Fred J. Fowler | 10/18/2019 |

| Claim No. | Claimant | Date |
|---|---|---|
| 79413 | Fred J. Fowler | 10/18/2019 |
| 77931 | Maryellen C. Herringer | 10/18/2019 |
| 62467 | Maryellen C. Herringer | 10/18/2019 |
| 78704 | Richard C. Kelly | 10/21/2019 |
| 77647 | Richard C. Kelly | 10/21/2019 |
| 79574 | Roger H. Kimmel | 10/18/2019 |
| 76135 | Roger H. Kimmel | 10/18/2019 |
| 77891 | Richard A. Meserve | 10/18/2019 |
| 79733 | Richard A. Meserve | 10/18/2019 |
| 78312 | Forrest E. Miller | 10/18/2019 |
| 78352 | Forrest E. Miller | 10/18/2019 |
| 78345 | Barry Lawson Williams | 10/18/2019 |
| 79710 | Barry Lawson Williams | 10/18/2019 |
| 79763 | Rosendo G. Parra | 10/18/2019 |
| 78941 | Rosendo G. Parra | 10/18/2019 |
| 78373 | Anne Shen Smith | 10/18/2019 |
| 79833 | Anne Shen Smith | 10/18/2019 |
| 79728 | Eric D. Mullins | 10/18/2019 |
| 79860 | Eric D. Mullins | 10/18/2019 |
| 69105 | Public Employees Retirement Association of New Mexico | 10/21/2019 |
| 71345 | Public Employees Retirement Association of New Mexico | 10/21/2019 |
| 101691 | Public Employees Retirement Association of New Mexico | 04/16/2020 |

Items from *PG&E Corp., et al. v. Pub. Emp. Ret. Ass'n of N.M.*, Adv. Pro. No. 19-03039 (DM):

| Dkt. No. | Description | Date |
|---|---|---|
| 1 | Debtors' Complaint for Preliminary and Permanent Injunctive Relief as to *In re PG&E Corp. Securities Litig.*, 18-CV-03509 (N.D. Cal.) | 06/18/2019 |
| 2 | Debtors' Motion for a Preliminary Injunction as to *In re PG&E Corp. Securities Litig.*, 18-CV-03509 (N.D. Cal.) and Memorandum of Points and Authorities in Support (including all exhibits thereto) | 06/18/2019 |
| 3 | Declaration of Elizabeth Collier in Support of Debtors' Motion for a Preliminary Injunction as to *In re PG&E Corp. Securities Litig.*, 18-CV-03509 (N.D. Cal.) (including all exhibits thereto) | 06/18/2019 |
| 14 | Memorandum of Points and Authorities in Further Support of Debtors' Motion for a Preliminary Injunction as to *In re PG&E Corp. Securities Litig.*, 18-CV-03509 (N.D. Cal.) | 08/01/2019 |

The Reorganized Debtors reserve the right to designate additional items for inclusion in the record or restate the issues presented on appeal.

Dated: July 30, 2020

                                      **WEIL, GOTSHAL & MANGES LLP**

                                      **KELLER BENVENUTTI KIM LLP**

By: */s/ Richard W. Slack*
Richard W. Slack
Peter J. Benvenutti

*Attorneys for the Appellees (Debtors and Reorganized Debtors)*