ROPES & GRAY LLP
Rocky C. Tsai (CA Bar No. 221452)
3 Embarcadero Center
San Francisco, CA 94111
Telephone: (415) 315-6369
Facsimile: (415) 315-6350
Email: rocky.tsai@ropesgray.com

ROPES & GRAY LLP
Andrew G. Devore (*pro hac vice* requested)
Prudential Tower
800 Boylston Street
Boston, MA 02199
Telephone: (617) 951-7000
Facsimile: (617) 951-7050
Email: andrew.devore@ropesgray.com

ROPES & GRAY LLP
Gregg M. Galardi (admitted *pro hac vice*)
Keith H. Wofford (*pro hac vice* pending)
Daniel G. Egan (admitted *pro hac vice*)
1211 Avenue of the Americas
New York, NY 10036
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
Email: gregg.galardi@ropesgray.com
       keith.wofford@ropesgray.com
       daniel.egan@ropesgray.com

*Attorneys for Elliott Management Corporation, on behalf of itself
and certain funds and accounts managed, advised, or sub-advised by it*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>   -and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY ANDREW G. DEVORE *PRO HAC VICE***<br><br>[No Hearing Requested] |

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Andrew G. Devore, an active member in good standing of the bar of the Commonwealth of Massachusetts and the State of New York, and admitted to practice before the U.S. Court of Appeals for the Second and Eleventh Circuits, the U.S. District Court for the District of Massachusetts, and the U.S. District Court for the Southern District of New York, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Elliott Management Corporation, on behalf of itself and certain funds and accounts managed, advised, or sub-advised by it, in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> ROPES & GRAY LLP
> Rocky C. Tsai (CA Bar No. 221452)
> 3 Embarcadero Center
> San Francisco, CA 94111
> Telephone: (415) 315-6369
> Facsimile: (415) 315-6350
> Email: rocky.tsai@ropesgray.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 31, 2020            */s/ Andrew G. Devore*
                                                Andrew G. Devore

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **thirtieth** day of **November** A.D. **2007**, said Court being the highest Court of Record in said Commonwealth:

## Andrew Devore

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **twenty-ninth** day of **July** in the year of our Lord **two thousand and twenty.**

*MAURA S. DOYLE*, Clerk

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.
X3116