# EXHIBIT A

**SUMMARY OF COMPENSATION BY PROFESSIONAL**

**JUNE 1, 2020 THROUGH JULY 1, 2020**

**BERMAN AND TODDERUD LLP**

| Name of Professional | Position | Year Admitted | Hourly Rate | Total Hours Billed | Total Fees |
|---|---|---|---|---|---|
| Stan Berman | Partner | 1988 (Illinois)<br>1994 (Washington, D.C.)<br>2000 (Washington) | $920 | 34.2 | $31,464.00 |
| Eric Todderud | Partner | 1987 (Oregon-*inactive*)<br>2004 (Washington) | $692 | 20.6 | $14,255.20 |

| Professionals | Blended Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|
| Partners | $834.29 | 54.8 | $45,719.20 |

6