# EXHIBIT B

**COMPENSATION BY PROJECT FOR SERVICES RENDERED
BY BERMAN AND TODDERUD LLP FOR THE PERIOD
JUNE 1, 2020 THROUGH JULY 1, 2020**

| Description | Hours | Amount |
|---|---|---|
| 2000-2001 Energy Crisis FERC Litigation | 54.8 | $45,719.20 |

8