# EXHIBIT D

**June 1 – July 1 2020**

**Itemized Time Description**

| Date | Attorney | Description | Time |
|---|---|---|---|
| 6/2020 | Berman | Review and mark up proposal from APX re resolution of APX overlay issues and emails to California Parties re same. | 2.80 |
| 6/2/2020 | Berman | Review email from counsel for TransAlta re overlay issues; and email to California Parties re same. | 0.30 |
| 6/2/2020 | Todderud | Verify and edit escrow disbursement instructions for tax payments and payments to consultants | 1.20 |
| 6/2/2020 | Todderud | Review term sheet for implementing supplier-specific settlement overlay and that supplier's settlement | 0.30 |
| 6/3/2020 | Todderud | Draft emails and research tax liabilities for escrow account | 0.40 |
| 6/3/2020 | Todderud | Verify and edit spreadsheet of tax payments prepared by Bates White | 0.30 |
| 6/3/2020 | Todderud | Telephone with C. Berry (Bates White) re escrow disbursements | 0.20 |
| 6/3/2020 | Berman | Edit letter to APX re resolution of overlay issues and emails with California Parties re same. | 1.80 |
| 6/4/2020 | Berman | Attend weekly call with California Parties re settlement overlay issues. | 0.80 |
| 6/4/2020 | Berman | Review draft letter to APX re overlay issues and emails with California Parties re same. | 0.70 |
| 6/4/2020 | Berman | Prepare email to counsel for TransAlta re overlay issues and filing. | 0.40 |
| 6/4/2020 | Todderud | Attend settlement overlay call | 0.50 |
| 6/4/2020 | Todderud | Review settlement overlay implementing agreement | 0.30 |
| 6/8/2020 | Berman | Email to PG&E analyzing FERC policy on tariff waivers. | 0.60 |
| 6/10/2020 | Todderud | Telephone with R. Nowakowski (JP Morgan Escrow Agent) re escrow disbursement logistics | 0.30 |
| 6/10/2020 | Todderud | Verify accuracy of escrow disbursement information for escrow tax payments to be provided to JP Morgan escrow agent | 0.60 |

12

| | Date | Attorney | Description | Hours |
|---|---|---|---|---|
| 1 | 6/10/2020 | Todderud | Draft emails to escrow accountant and C. Berry (Bates White) re escrow disbursements | 0.40 |
| 2 | 6/11/2020 | Todderud | Attend settlement overlay call | 1.30 |
| 3 | 6/11/2020 | Berman | Attend weekly California Parties overlay call. | 1.30 |
| 4 | 6/11/2020 | Berman | Emails with Keith Cunningham, counsel for CERS, re APX overlay issues and proposal. | 0.80 |
| 5 | 6/11/2020 | Berman | Email to PG&E analyzing APX overlay issues. | 0.50 |
| 6 | 6/12/2020 | Todderud | Telephone conferences and emails re status of escrow disbursements for tax payments | 0.50 |
| 7 | 6/13/2020 | Berman | Emails with PG&E re APX overlay issues. | 0.40 |
| 8 | 6/15/2020 | Berman | Attend weekly FERC strategy call with PG&E. | 0.40 |
| 9 | 6/15/2020 | Berman | Edit email to APX re overlay issues and emails with California Parties re same. | 1.20 |
| 10 | 6/16/2020 | Berman | Emails with counsel for Sempra and El Paso and PX re PX Wind UP charge payment issues. | 0.40 |
| 11 | 6/16/2020 | Berman | Discussion and emails with Keith Cunningham re APX overlay next steps. | 1.40 |
| 12 | 6/16/2020 | Berman | Edit letter agreement with APX and emails with California Parties re same. | 0.90 |
| 13 | 6/16/2020 | Todderud | Telephone verification of escrow disbursement instructions for mailed tax payments with JP Morgan | 0.20 |
| 14 | 6/17/2020 | Berman | Emails and discussion with California Parties re APX overlay proposal and next steps. | 0.80 |
| 15 | 6/17/2020 | Todderud | Telephone verification of escrow disbursement instructions for wired funds with JP Morgan | 0.20 |
| 16 | 6/18/2020 | Berman | Emails with PG&E re APX overlay issues and draft agreement. | 0.70 |
| 17 | 6/18/2020 | Berman | Attend weekly overlay call with California Parties. | 0.50 |
| 18 | 6/18/2020 | Berman | Emails with California Parties re APX overlay issues and draft agreement. | 0.60 |
| 19 | 6/19/2020 | Berman | Edit draft agreement with APX and emails to California Parties re same. | 0.70 |
| 20 | 6/19/2020 | Berman | Emails with California Parties re APX overlay resolution. | 1.60 |
| 21 | 6/21/2020 | Todderud | Draft certificate of no objection | 0.30 |

13

Case: 19-30088    Doc# 8592-4    Filed: 07/31/20    Entered: 07/31/20 09:05:16    Page 3 of 5

| | | | |
|---|---|---|---|
| 6/22/2020 | Berman | Draft notice to FERC re APX resolution. | 1.40 |
| 6/22/2020 | Todderud | Review settlement overlay implementation agreement and underlying settlement | 0.50 |
| 6/22/2020 | Todderud | Draft letter to ISO re disposition of ISO accounts under settlement overlay implementation agreement | 0.80 |
| 6/23/2020 | Todderud | Draft letters to ISO and PX re settlement overlay implementation agreement and the transfers of funds pursuant to such agreement | 2.50 |
| 6/23/2020 | Berman | Edit letters to ISO and PX re APX implementation and emails with California Parties re same. | 1.80 |
| 6/24/2020 | Berman | Emails with California Parties re implementation of APX agreement at the ISO and PX. | 0.80 |
| 6/24/2020 | Todderud | Revise letters to ISO and PX re settlement overlay implementation agreement and the transfers of funds pursuant to such agreement | 0.70 |
| 6/25/2020 | Todderud | Attend call with L. Epstein (ISO) and L. Conn (PX) re logistics of accounting adjustments and payments under settlement overlay implementation agreement | 0.50 |
| 6/25/2020 | Todderud | Attend settlement overlay call with attorneys for the California Parties to discuss status of settlement overlay implementation agreements and responses to settlement overlay filing | 0.40 |
| 6/25/2020 | Berman | Attend call with ISO, PX, and California Parties re APX implementation. | 0.50 |
| 6/25/2020 | Berman | Attend weekly settlement overlay call with California Parties. | 0.40 |
| 6/25/2020 | Berman | Edit instructions to ISO and PX re APX overlay resolution and emails with California Parties, APX, ISO and PX re same. | 0.80 |
| 6/26/2020 | Berman | Review Riverside and SMUD protests to overlay filing and emails to PG&E re same. | 1.20 |
| 6/26/2020 | Berman | Emails with counsel for APX, PX, and ISO re implementation of APX overlay resolution. | 1.40 |
| 6/26/2020 | Todderud | Review emails re settlement overlay implementation agreement | 0.60 |
| 6/26/2020 | Todderud | Draft escrow disbursement instructions pursuant to settlement overlay implementation agreement | 1.20 |
| 6/26/2020 | Todderud | Review City of Riverside comments on settlement overlay filing | 0.90 |
| 6/29/2020 | Todderud | Emails re escrow disbursements pursuant to settlement overlay implementation agreement | 0.20 |

| | | | | |
|---|---|---|---|---|
| 6/29/2020 | Todderud | Attend call with client re status and strategy | | 0.60 |
| 6/29/2020 | Berman | Attend weekly FERC strategy call with PG&E. | | 0.60 |
| 6/29/2020 | Berman | Emails with counsel for APX, ISO, PX, and California Parties re APX overlay resolution implementation. | | 1.80 |
| 6/30/2020 | Berman | Interim Fee Holdback Percentage | | 0.00 |
| 6/30/2020 | Berman | Emails with ISO, PX, APX, and California Parties concerning APX overlay resolution implementation issues. | | 1.70 |
| 6/30/2020 | Todderud | Draft May monthly fee statement | | 0.50 |
| 7/1/20 | Berman | Emails with ISO, PX, APX, and California Parties re implementation of APX implementation agreement. | | 1.80 |
| 7/1/20 | Berman | Emails with California Parties concerning rehearing requests and DC Circuit ruling re timing of same. | | 0.4 |
| 7/1/20 | Todderud | Draft interim fee petition | | 4.20 |