```
 1  DAVID M. REEDER, ESQ. (California State Bar No. 133150)
    REEDER LAW CORPORATION
 2  1801 CENTURY PARK EAST, 16th Floor
    LOS ANGELES, CA 90067
 3  PHONE: (310) 774-4060
    FAX: (310) 295-2290
 4  EMAIL: david@reederlaw.com
 5
    Attorneys for the City of American Canyon
 6
 7                  UNITED STATES BANKRUPTCY COURT
 8                  NORTHERN DISTRICT OF CALIFORNIA
 9                      SAN FRANCISCO DIVISION
```

| | |
|---|---|
| In re: | Case No.: 19-30088 (DM) |
| PG&E CORPORATION AND PACIFIC GAS AND ELECTRIC COMPANY, | [Chapter 11] |
| Debtors. | Jointly Administered |
| | Re: Docket No. 7315 |

**NOTICE OF QUALIFIED WITHDRAWAL OF OBJECTION AND RESERVATION OF RIGHTS OF THE CITY OF AMERICAN CANYON TO NOTICE OF (I) PROPOSED ASSUMPTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO THE DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION AND (II) PROPOSED CURE AMOUNTS**

**PLEASE TAKE NOTICE** that, as qualified below, the City of American Canyon (the "City") hereby withdraws its objection and reservation of rights (the "Objection") to the Debtors' *Notice of (I) Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to the Debtors' and Shareholder Proponents' Joint Chapter 11*

1

*Plan of Reorganization and (II) Proposed Cure Amounts* [ECF Docket No. 7315] regarding the Debtors' assumption of:

      a) City of American Canyon Electric Franchise – Ordinance No. 92-8; (the "Electric Franchise")

      b) City of American Canyon Gas Franchise – Ordinance No. 92-7 (the "Gas Franchise")

**PLEASE TAKE FURTHER NOTICE** that the City continues to reserve all of its rights to the allowance and immediate payment of all post-petition franchise fees pursuant to 11 U.S.C. 503(b).

Dated: July 31, 2020                  REEDER LAW CORPORATION

                                         /s/ DAVID M. REEDER
                                         DAVID M. REEDER
                                         Attorneys for the City of American Canyon

2
Case: 19-30088   Doc# 8594   Filed: 07/31/20   Entered: 07/31/20 13:05:18   Page 2 of 4

|  In re  PG&E Corporation and Pacific Gas and Electric Company, Debtors. | CHAPTER: 11<br>CASE NO.: 19-30088 (DM) |
|---|---|

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**Reeder Law Corporation**
**1801 Century Park East, 16th Floor**
**Los Angeles, CA 90067**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF QUALIFIED WITHDRAWAL OF OBJECTION AND RESERVATION OF RIGHTS OF THE CITY OF AMERICAN CANYON TO NOTICE OF (I) PROPOSED ASSUMPTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO THE DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION AND (II) PROPOSED CURE AMOUNTS** will be served or was served in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 31, 2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **July 31, 2020**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **July 31, 2020** | **David M. Reeder** | /s/ DAVID M. REEDER |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

3

| In re | CHAPTER: 11 |
|---|---|
| PG&E Corporation and Pacific Gas and Electric Company, Debtors. | CASE NO.: 19-30088 (DM) |

# SERVICE LIST

**Service by ECF**

All persons who have requested that they be added to the ECF service list in the Debtor's cases

**Served by Email**

Stephen Karotkin, Esq.
Jessica Liou, Esq.
Matthew Goren, Esq.
Tom Schinckel, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Stephen.karotkin@weil.com
Jessica.liou@weil.com
Matthew.goren@weil.com
Tom.shinckel@weil.com
*Attorneys for Debtors*

Tobias S. Keller, Esq.
Jane Kim, Esq.
Keller Benvenutti Kim LLP
650 California Street, Suite 1900
San Francisco, California 94108
tkeller@kbkllp.com
jkim@kbkllc.com
*Attorneys for Debtors*

Bruce S. Bennett, Esq.
Joshua M. Mester, Esq.
James O. Johnston
Jones Day, Esq.
555 South Flower Street
Fiftieth Floor
Los Angeles, California 90071-2300
bbennett@jonesday.com
jmester@jonesday.com
jjohnston@jonesday.com
*Attorneys for Shareholder Proponents*