UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re:

PG&E CORPORATION and
PACIFIC GAS AND ELECTRIC COMPANY,

Debtors.

Chapter 11

Case No. 19-30088 Chapter 11 (DM)

(Lead Case)

(Jointly Administered)

# TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

**OPeak LLC**
Name of Transferee
Phone: (212) 373-1197
Last Four Digits of Acct #: N/A

Name and Address where notices and payments to transferee should be sent:

Todd Westhus
745 Fifth Avenue
Suite 1604
New York, NY 10151

OLYMPUS PEAK MASTER FUND LP
Name of Transferor
Phone: 212-373-1189
Last Four Digits of Acct #: N/A

Case No.: Pacific Gas and Electric Company (19-30089)

Claim Numbers: See attached Schedule I

Total Amount of Claim: See attached Schedule I

**Transferred Amount of Claim:**
See attached Schedule I

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Todd Westhus            Date:   July 31, 2020
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court
Northern District of California
San Francisco Division (the "Bankruptcy Court")
Attn: Clerk

AND TO: PG&E Corporation and Pacific Gas and Electric Company; Case No. 19-30088 (DM), Jointly Administered (the "Debtors")

OLYMPUS PEAK MASTER FUND LP ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to:

OPeak LLC
745 Fifth Avenue, Suite 1604
New York, NY 10151

its successors and assigns ("Buyer"), all right, title and interest in and to proof of claim numbers listed on Schedule I attached hereto of Seller in the amounts listed on Schedule I attached hereto (the "Claims") against Pacific Gas and Electric Company in the bankruptcy proceedings in the Bankruptcy Court, Case No. 19-30089 (jointly administered under Case No. 19-30088), or any other court with jurisdiction.

Seller hereby waives any objection to the transfer of the Claims to Buyer on the books and records of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the U.S. Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claims and recognizing the Buyer as the sole owner and holder of the Claims.

Buyer does not assume and shall not be responsible for any obligations of liabilities of Seller related to or in connection with the Claims or the Bankruptcy Case. You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications, in respect of the Claims to Buyer.

[Signature Page Follows]

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Transfer of Claim as of July 9, 2020.

Seller:

**Olympus Peak Master Fund LP**

By: Olympus Peak GP LLC, its general partner

By: _____
Name: Todd Westhus
Title:   Managing Member


Buyer:

**OPeak LLC**

By: Olympus Peak Asset Management LP, its manager

By: Olympus Peak Asset Management GP LLC, its general partner

By: _____
Name: Todd Westhus
Title:   Managing Member

## SCHEDULE I

| Transferee | Transferor | Original Claimants | Claim Numbers | Total Amount of Claim | Transferred Amount of Claim |
|---|---|---|---|---|---|
| OPeak LLC | Olympus Peak Master Fund LP | Trident Environmental & Engineering | 2811 | $498,113.97 | $498,113.97 |
| OPeak LLC | Olympus Peak Master Fund LP | Trident Environmental & Engineering | 91151 | $525,007.11 | $525,007.11 |