Entered on Docket
July 31, 2020
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: July 31, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION AND PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Reorganized Debtors. | Bankruptcy Case<br><br>No. 19-30088 (DM)<br><br>Chapter 11 |

**ORDER GRANTING APPLICATION FOR**
**ADMISSION OF ATTORNEY *PRO HAC VICE***

Andrew G. Devore, whose business address and telephone number is Ropes & Gray LLP, Prudential Tower, 800 Boylston Street, Boston, Massachusetts 02199; Telephone number (617) 951-7618 and who is an active member in good standing of the bar of the Commonwealth of Massachusetts having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice basis*, representing Elliott Management Corporation;

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and Electronic Case Filing Procedures adopted by the United States Bankruptcy Court for the Northern District of California.

**END OF ORDER**