WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Theodore E. Tsekerides (*pro hac vice*)
(theodore.tsekerides@weil.com)
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors and Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>    - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                        Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Chapter 11 Case No. 19-30088 (DM)<br>(Lead Case)<br>(Jointly Administered)<br><br><br>**REORGANIZED DEBTORS' RESPONSE TO TRADE COMMITTEE'S STATEMENT OF ISSUES AND DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**<br><br>**Relates to Docket Nos. 8261, 8443.** |

Pursuant to Rule 8009(a)(2) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), PG&E Corporation and Pacific Gas and Electric Company, as reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors,**" as applicable) in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), submit this response to the July 17, 2020 filing by the Ad Hoc Committee of Holders of Trade Claims (the "**Trade Committee**" or "**Appellant**") of its *Statement of Issues, Designation of Items to be Included in the Record, and Certification Regarding Transcripts* [Dkt. No. 8443] (the "**Statement**") in connection with its appeal.[1]

**Response to Statement of Issues on Appeal**

The sole issue on appeal is whether the Bankruptcy Court properly applied binding Ninth Circuit precedent in holding that, in a solvent debtor case, a general unsecured creditor receives postpetition interest on its claim at the Federal Judgment Rate.

**Designation of Record on Appeal**

Pursuant to Rule 8009 of the Bankruptcy Rules, the Reorganized Debtors hereby designate the following additional items to be included in the record on appeal, which include all exhibits and addenda attached thereto and filed therewith and all documents incorporated by reference therein:

| Item | Filing Date | Dkt. No.[2] |
|---|---|---|
| Second Amended Verified Statement Of The Ad Hoc Committee Of Senior Unsecured Noteholders Pursuant To Bankruptcy Rule 2019 | October 21, 2019 | 4369 |
| Order Pursuant To 11 U.S.C. §§ 363(b) And 105(a) And Fed. R. Bankr. P. 6004 and 9019 (I) Approving And Authorizing The Debtors To Enter Into Restructuring Support Agreement With Consenting Noteholders And Shareholder Proponents, And (II) Granting Related Relief | February 5, 2020 | 5637 |
| Notice Of Withdrawal Of Chapter 11 Plan Of Reorganization Filed By The Ad Hoc Committee Of Senior Unsecured Noteholders | February 5, 2020 | 5644 |

---

[1] Capitalized terms not otherwise defined herein have the meanings ascribed to them in the *Order Confirming Debtor's and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization dated June 19, 2020* [Dkt. No. 8053] (together with all related documents, attachments, and exhibits, the "**Confirmation Order**").

[2] Unless otherwise indicated, all references herein to "Dkt. No." shall be to the docket maintained in the above-captioned chapter 11 cases.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| Item | Filing Date | Dkt. No.[2] |
|---|---|---|
| Notice of Appeal from Interlocutory Order Regarding Postpetition Interest of Ad Hoc Committee of Holders of Trade Claims | February 20, 2020 | 5844 |
| Motion of Ad Hoc Committee of Holders of Trade Claims for Leave to Appeal Order Regarding Postpetition Interest | February 20, 2020 | 5845 |
| Memorandum in Support of Motion of Ad Hoc Committee of Holders of Trade Claims for Leave to Appeal Order Regarding Postpetition Interest | February 20, 2020 | 5846 |
| Notice of Appeal to District Court and Statement of Election of the Official Committee of Unsecured Creditors | March 5, 2020 | 6097 |
| Cross-Motion of the Official Committee of Unsecured Creditors for Leave to Appeal Order Regarding Postpetition Interest | March 5, 2020 | 6101 |
| Notice of Appeal and Statement of Election by the Ad Hoc Committee of Senior Unsecured Noteholders Concerning Interlocutory Order Regarding Postpetition Interest | March 5, 2020 | 6103 |
| Cross-Motion of Administrative Agent for Leave to Appeal Order Regarding Postpetition | March 5, 2020 | 6120 |
| BOKF's Notice of Appeal and Election to Have Appeal Heard by District Court Concerning Order Regarding Postpetition Interest | March 5, 2020 | 6122 |
| BOKF's Cross-Motion for Leave to Appeal Order Regarding Postpetition Interest Filed by Interested Party BOKF | March 5, 2020 | 6124 |
| Disclosure Statement For Debtors' And Shareholder Proponents' Joint Chapter 11 Plan Of Reorganization | March 17, 2020 | 6353 |
| Plan Supplement in Connection With Joint Chapter 11 Plan of Reorganization | May 1, 2020 | 7037 |
| Second Plan Supplement in Connection With Joint Chapter 11 Plan of Reorganization | May 24, 2020 | 7563 |
| Third Plan Supplement in Connection With Joint Chapter 11 Plan of Reorganization | June 2, 2020 | 7712 |
| Fourth Plan Supplement in Connection With Joint Chapter 11 Plan of Reorganization | June 5, 2020 | 7810 |
| Fifth Plan Supplement in Connection With Joint Chapter 11 Plan of Reorganization | June 8, 2020 | 7841 |
| Sixth Plan Supplement in Connection With Joint Chapter 11 Plan of Reorganization | June 10, 2020 | 7879 |
| Seventh Plan Supplement in Connection With Joint Chapter 11 Plan of Reorganization | June 11, 2020 | 7894 |
| Eighth Plan Supplement in Connection With Joint Chapter 11 Plan of Reorganization | June 12, 2020 | 7929 |
| Ninth Plan Supplement in Connection With Joint Chapter 11 Plan of Reorganization | June 21, 2020 | 8057 |
| Tenth Plan Supplement in Connection With Joint Chapter 11 Plan of Reorganization | July 10, 2020 | 8364 |
| Motion for Leave to Appeal Order Regarding Postpetition | February 21, 2020 | ECF No. 3, 20-cv- |

| Item | Filing Date | Dkt. No.[2] |
|---|---|---|
| Interest | | 01493-HSG |
| Response of Ad Hoc Committee of Senior Unsecured Noteholders, BOKF, NA, and the Ad Hoc Group of Subrogation Claim Holders in Opposition to Motion for Leave to Appeal Postpetition Interest | March 13, 2020 | ECF No. 31, 20-cv-01493-HSG |
| Debtors' Opposition to Motion for Leave to Appeal Order Regarding Postpetition Interest; Joinder of PG&E Shareholders | March 13, 2020 | ECF No. 32, 20-cv-01493-HSG |
| Reply in Support of Motion of Ad Hoc Committee of Holders of Trade Claims for Leave to Appeal Order Regarding Postpetition Interest | March 27, 2020 | ECF No. 48, 20-cv-01493-HSG |
| Reply of Citibank N.A., as Administrative Agent in Support of Cross-Motion for Leave to Appeal Order Regarding Postpetition Interest | March 27, 2020 | ECF No. 51, 20-cv-01493-HSG |
| Order Denying Motion for Leave to Appeal | April 14, 2020 | ECF No. 62, 20-cv-01493-HSG |

The Reorganized Debtors reserve all rights to designate additional items to include in the record or restate the issues presented on appeal.

Dated: July 31, 2020

**WEIL, GOTSHAL & MANGES LLP**

**KELLER BENVENUTTI KIM LLP**

By: /s/ Theodore E. Tsekerides
   Theodore Tsekerides

*Attorneys for Debtors and Reorganized Debtors*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119