WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Theodore E. Tsekerides (*pro hac vice*)
(theodore.tsekerides@weil.com)
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors and Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>    - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>              Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Chapter 11 Case No. 19-30088 (DM)<br>(Lead Case)<br>(Jointly Administered)<br><br>**REORGANIZED DEBTORS' RESPONSE TO STATEMENT OF ISSUES AND DESIGNATION OF RECORD ON APPEAL OF INTERNATIONAL CHURCH OF THE FOURSQUARE GOSPEL AND CERTAIN CAMP FIRE VICTIMS**<br><br>**Relates to Docket Nos. 8263, 8447.** |

Pursuant to Rule 8009(a)(2) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), PG&E Corporation and Pacific Gas and Electric Company, as reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors,**" as applicable) in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), submit this response to the July 17, 2020 *Statement of Issues and Designation of Record on Appeal* [Dkt. No. 8447] (the "**Statement**") filed by the International Chruch of the Foursquare Gospel and certain Camp Fire victims (collectively, "**Appellants**").[1]

## Response to Statement of Issues on Appeal

Appellants' sole issue on appeal relates to the Mutual Made Whole Release and to no other matters.

The issues on appeal are:

(1) Whether Appellants' failure to object to approval of the Subrogation Claims RSA, which provided for, among other things, the voluntary Mutual Made Whole Releases, requires that the appeal be dismissed;

(2) Whether the appeal should be dismissed as equitably moot because, among other things, the Plan has been substantially consummated, Appellants failed to either seek or obtain a stay of the Confirmation Order pending appeal, and the relief sought by Appellants would completely undermine the comprehensive settlements and financial restructuring embodied in the Plan and upon which creditors, shareholders, the capital markets, the stock market, and the Reorganized Debtors' business partners, employees, and communities have relied, as well as the ability of the Reorganized Debtors to obtain the benefit of A.B. 1054 and participate in the go-forward wildfire fund; and

(3) Whether the Bankruptcy Court committed an abuse of discretion or a plain error of law by confirming in the Confirmation Order its prior approval of the Mutual Made Whole Release in connection with a settlement of a Fire Victim Claim by the Fire Victim Trust.

---

[1] Capitalized terms not otherwise defined herein have the meanings ascribed to them in the *Order Confirming Debtor's and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization dated June 19, 2020* [Dkt. No. 8053] (together with all related documents, attachments, and exhibits, the "**Confirmation Order**").

## Designation of Record on Appeal

Pursuant to Rule 8009 of the Bankruptcy Rules, the Reorganized Debtors hereby designate the following additional items to be included in the record on appeal, which include all exhibits and addenda attached thereto and filed therewith and all documents incorporated by reference therein:

| Dkt. No.[2] | Date of Filing | Description |
|---|---|---|
| 3961 | 9/21/2019 | Reply of Ad Hoc Group of Subrogation Claim Holders to the Status Conference Statement of the Official Committee of Tort Claimants |
| 3980 | 9/23/2019 | Debtor's Status Conference Statement |
| 3993 | 9/24/2019 | Declaration of Jason P. Wells in Support of the Debtors' Subrogation Settlement and RSA Motion |
| 3994 | 9/24/2019 | Notice of Hearing on Subrogation Settlement and RSA Motion |
| 4232 | 10/16/2019 | Opposition of Official Committee of Tort Claimants to Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 for Entry of an Order (I) Authorizing the Debtors to Enter into Restructuring Support Agreement with the Consenting Subrogation Claimholders, (Ii) Approving the Terms of Settlement with such Consenting Subrogation Claimholders, Including the Allowed Subrogation Claim Amount, and (Iii) Granting Related Relief [Dkt No. 3992] |
| 4348 | 10/21/2019 | Ad Hoc Subrogation Group Reply ISO RSA Motion and Attachments 1 and 2 |
| 4365 | 10/21/2019 | Baupost Joinder to Ad Hoc Subrogation Group Reply ISO RSA Motion and Certificate of Service |
| 4644 | 11/11/2019 | Statement of Ad Hoc Subrogation Group in Advance of RSA Hearing and Exhibit A |
| 4711 | 11/13/2019 | Notice Regarding Amendment to Amended and Restated Restructuring Support Agreement |
| 4806 | 11/18/2019 | Notice Regarding Second Amendment to Amended and Restated Restructuring Support Agreement |
| 4921 | 12/02/2019 | Statement of Ad Hoc Subrogation Group in Advance of RSA Hearing and Exhibits A and B |
| 5011 | 12/6/2019 | Notice Regarding Third Amendment to Amended and Restated Restructuring Support Agreement |

---

[2] Unless otherwise indicated, all references herein to "Dkt. No." shall be to the docket maintained in the above-captioned chapter 11 cases.

| Dkt. No.[2] | Date of Filing | Description |
|---|---|---|
| 5038 | 12/9/2019 | Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 for Entry of an Order (I) Authorizing the Debtors and TCC to Enter into Restructuring Support Agreement with the TCC, Consenting Fire Claimant Professionals, and Shareholder Proponents, And (II) Granting Related Relief (the "**Tort Claimants RSA Motion**") |
| 5039 | 12/9/2019 | Declaration of Jason P. Wells in Support of Tort Claimants RSA Motion |
| 5063 | 12/10/2019 | Notice Regarding Fourth Amendment to Amended and Restated Restructuring Support Agreement |
| 5122 | 12/16/2019 | Notice Regarding Fifth Amendment to Amended and Restated Subrogation Restructuring Support Agreement |
| 5160 | 12/18/2019 | Notice Regarding Sixth Amendment to Amended and Restated Subrogation Restructuring Support Agreement |
| 5700 | 2/7/2020 | [Proposed] Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization |
| 5732 | 2/11/2020 | Amended Order Establishing Schedule for Disclosure Statement Approval and Plan Confirmation |
| 5801 | 2/18/2020 | Notice of Filing of Exhibit B (Financial Projections) to [Proposed] Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization |
| 5835 | 2/19/2020 | Debtors' Motion for Entry of an Order (I) Approving Form and Manner of Notice of Hearing on Proposed Disclosure Statement; (II) Establishing and Approving Plan Solicitation and Voting Procedures; (III) Approving Forms of Ballots, Solicitation Packages, and Related Notices; and (Iv) Granting Related Relief (the "**Solicitation Procedures Motion**") |
| 5839 | 2/19/2020 | Certificate of Service of Craig E. Johnson regarding the Fire Victim Plan Solicitation Directive |
| 6160 | 03/06/2020 | Ad Hoc Subrogation Group Objection to Proposed Disclosure Statement |
| 6217 | 3/9/2020 | Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization dated March 9, 2020 |
| 6219 | 3/9/2020 | [Proposed] Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization |
| 6221 | 3/9/2020 | Debtors' Omnibus Reply to Objections to Approval of (I) Proposed Disclosure Statement and (II) Solicitation Procedures Motion |
| 6222 | 3/9/2020 | Notice of Filing of Revised Proposed Order Approving Solicitation Procedures Motion |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| Dkt. No.[2] | Date of Filing | Description |
|---|---|---|
| 6225 | 3/9/2020 | Notice of Filing of Amended Exhibit B (Financial Projections) to [Proposed] Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization |
| 6244 | 3/10/2020 | Notice of Filing of Second Revised Proposed Order Approving Solicitation Procedures Motion |
| 6320 | 3/16/2020 | Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization dated March 16, 2020 |
| 6322 | 3/16/2020 | [Proposed] Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization |
| 6338 | 3/17/2020 | Notice of Filing of Proposed Third Amended Fire Victims Claims Resolution Procedures Summary with Frequently Asked Questions |
| 6340 | 3/17/2020 | Order (I) Approving Proposed Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization; (II) Approving Form and Manner of Notice of Hearing on Proposed Disclosure Statement; (III) Establishing and Approving Plan Solicitation and Voting Procedures; (IV) Approving Forms of Ballots, Solicitation Packages, and Related Notices; and (V) Granting Related Relief |
| 6353 | 3/17/2020 | Amended Disclosure Statement Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Filed |
| 6354 | 3/17/2020 | Notice Regarding Filing of Solicitation Version of Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization |
| 6448 | 3/24/2020 | [Proposed] Supplement to Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization |
| 6483 | 3/25/2020 | Order Approving Supplement to Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization |
| 6785 | 4/16/2020 | Order Pursuant to 11 U.S.C. §§ 105(a) and 363(b) and Fed. R. Bankr. P. 9019 Approving (I) Debtors' Agreement and Settlement with People of the State of California and (II) Granting Related Relief |
| 6893 | 4/22/2020 | Certificate of Service of Christina Pullo regarding the distribution of solicitation materials |
| 6935 | 4/24/2020 | Affidavit of Publication |
| 7059 | 5/4/2020 | Certificate of Service of Christina Pullo regarding the distribution of solicitation materials |
| 7082 | 5/6/2020 | Certificate of Service of Christina Pullo regarding the distribution of solicitation materials |
| 7084 | 5/6/2020 | Certificate of Service of Christina Pullo regarding the distribution of solicitation materials |

| Dkt. No.[2] | Date of Filing | Description |
|---|---|---|
| 7114 | 5/7/2020 | Certificate of Service of Christina Pullo regarding the distribution of solicitation materials |
| 7123 | 5/7/2020 | Certificate of Service of Christina Pullo regarding the distribution of solicitation materials |
| 7184 | 5/13/2020 | Certificate of Service of Christina Pullo regarding the distribution of solicitation materials |
| 7342 | 5/15/2020 | Certificate of Service of Christina Pullo regarding the distribution of solicitation materials |
| 7348 | 5/15/2020 | Certificate of Service of Christina Pullo regarding the distribution of solicitation materials |
| 7426 | 5/19/2020 | Certificate of Service of Christina Pullo regarding the distribution of solicitation materials |
| 7503 | 5/22/2020 | Supplement to Plan Supplement in Connection with Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization (including all exhibits thereto) |
| 7504 | 05/22/2020 | The Ad Hoc Group of Subrogation Claim Holders' Omnibus Reply to Plan Confirmation Objections |
| 7507 | 05/22/2020 | Declaration of Christina Pullo of Prime Clerk LLC Regarding Solicitation of Votes and Tabulation of Ballots Cast with Respect to the Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization |
| 7510 | 05/22/2020 | Declaration of Jason P. Wells in Support of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization (including exhibits) |
| 7512 | 05/22/2020 | Declaration of Kenneth S. Ziman in Support of Confirmation of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization |
| 7514 | 05/22/2020 | Declaration of John Boken in Support of Confirmation of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization |
| 7528 | 5/22/2020 | Plan Proponents' Joint Memorandum of Law and Omnibus Response in Support of Confirmation of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization |
| 7563 | 5/24/2020 | Notice Regarding Filing of Second Supplement to Plan Supplement in Connection with Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization |
| 7572 | 5/25/2020 | Debtors' and Shareholder Proponents' Amended Joint Confirmation Hearing Exhibit List |
| 7712 | 6/2/2020 | Notice Regarding Filing of Third Supplement to Plan Supplement in Connection with Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization |
| 7810 | 6/5/2020 | Notice Regarding Filing of Fourth Supplement to Plan Supplement in Connection with Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| Dkt. No.[2] | Date of Filing | Description |
|---|---|---|
| 7841 | 6/8/2020 | Notice Regarding Filing of Fifth Supplement to Plan Supplement in Connection with Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization |
| 7847 | 6/9/2020 | Preliminary Report Official Committee of Tort Claimants' Investigation of Voting Results |
| 7879 | 6/10/2020 | Notice Regarding Filing of Sixth Supplement to Plan Supplement in Connection with Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization |
| 7894 | 6/11/2020 | Notice Regarding Filing of Seventh Supplement to Plan Supplement in Connection with Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization |
| 7909 | 6/11/2020 | Order Approving Plan Funding Transactions and Documents in Connection with Confirmation of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization |
| 7918 | 6/12/2020 | Order Approving the Parties' Joint Stipulation Regarding the Registration Rights Agreement and Related Agreements of the Fire Victim Trust |
| 7919 | 6/12/2020 | Order Approving the Parties' Joint Stipulation Regarding Normalized Estimated Net Income |
| 7929 | 6/12/2020 | Notice Regarding Filing of Eighth Supplement to Plan Supplement in Connection with Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization |
| 8048 | 06/19/2020 | Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization dated June 19, 2020 |

The Reorganized Debtors reserve all rights to designate additional items to include in the record or restate the issues presented on appeal.

Dated: July 31, 2020

**WEIL, GOTSHAL & MANGES LLP**

**KELLER BENVENUTTI KIM LLP**

By: */s/ Theodore E. Tsekerides*
 Theodore Tsekerides

*Attorneys for Debtors and Reorganized Debtors*