BENNETT MURPHY (*SBN 174536*)
    bennettmurphy@quinnemanuel.com
JENNIFER NASSIRI (*SBN 209796*)
    jennifernassiri@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: 213.443.3000
Facsimile:213.443.3100

*Attorneys for Canyon Capital Advisors LLC*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br>PG&E Corporation<br>  - and -<br>PACIFIC GAS AND ELECTRIC COMPANY,<br>Debtors.<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>x Affects both Debtors<br>*All papers should be filed in the Lead Case, No 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br>District Case No. 20-cv-04949-HSG<br>**CANYON CAPITAL ADVISORS LLC'S STATEMENT OF ISSUES AND DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD, AND CERTIFICATION REGARDING TRANSCRIPTS** |
| CANYON CAPITAL ADVISORS LLC,<br>    Appellant<br>v.<br>PG&E CORPORATION, et al.,<br>    Appellees. | |

NOTICE IS HEREBY GIVEN that Canyon Capital Advisors LLC, acting on behalf of its managed funds and accounts ("Canyon" or "Appellant") hereby provides, pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, the following statement of issues, designation of items to be included in the record, and certificate regarding transcripts in connection with Appellant's *Notice of Appeal and Statement of Election to Have Appeal Heard by District Court* [D.I. 8448] (the "Notice of Appeal"). As set forth in the Notice of Appeal, Appellant appeals from (i) the *Order Confirming Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020* [D.I. 8053] entered on June 20, 2020 (the "Confirmation Order") and (ii) the related *Memorandum Decision – Confirmation of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization* [D.I. 8001] entered on June 17, 2020 (the "Confirmation Memorandum" and, together with the Confirmation Order, the "Confirmation Order and Memorandum") by the United States Bankruptcy Court for the Northern District of California (the "Bankruptcy Court"). The Confirmation Memorandum incorporates by reference the Bankruptcy Court's prior decisions in (x) the *Interlocutory Order Regarding Postpetition Interest* [D.I. 5669] entered on February 6, 2020 (the "PPI Order") and (y) the related *Memorandum Decision Regarding Postpetition Interest* [D.I. 5226] entered on December 30, 2019 (the "PPI Memorandum" and, together with the PPI Order, the "PPI Order and Memorandum"). Appellant specifically appeals from the Bankruptcy Court's ruling in the PPI Order and Memorandum as incorporated into the Confirmation Order and Memorandum.

## STATEMENT OF ISSUES ON APPEAL

Did the Bankruptcy Court err in ruling that the amount of post-petition interest owed on account of unsecured claims that are treated as unimpaired in the Chapter 11 plan of a solvent debtor must be determined using the federal judgment rate?

If the Bankruptcy Court erred in its ruling, is the amount of post-petition interest owed by the Debtors[1] on account of Appellant's[2] Claims to be determined using the interest rate set forth in the documentation for Appellants's Claims?

If the amount of post-petition interest owed by the Debtors on account of Appellant's Claims is to be determined using the interest rate set forth in the documentation for Appellant's Claims, should it be the default or non-default rate?

If the amount of post-petition interest owed on account of Appellant's Claims as of the Effective Date was greater than the amount of post-petition interest that was distributed on account of Appellant's Claims on the Effective Date, should Reorganized HoldCo or Reorganized Utility, as applicable, be required to pay the additional amount owed?

Is this appeal moot by reason of the occurrence of the Effective Date?

Do any of the releases, exculpations and injunctions contained in the Plan or the Confirmation Order, or any terms of the Noteholder RSA, in any way affect this appeal or the remedies available to the Court?

## DESIGNATION OF RECORD ON APPEAL

Appellant hereby designates the following items to be included in the record on appeal, which includes all exhibits and addenda attached thereto and filed therewith and all documents incorporated by reference therein:

| Item | Filing Date | Docket No.[3] |
|---|---|---|
| Amended Declaration of Jason P. Wells in Support of First Day Motions and Related Relief | Feb. 1, 2019 | 263 |

---

[1] Capitalized terms not defined herein have the meaning set forth in the Debtors' and Shareholder Proponents' Joint Plan of Chapter 11 Reorganization Dated March 16, 2020, as amended (the "Plan") [D.I. 1-3, Ex. A].

[2] "Appellant's Claims" means the Claims of the managed funds and accounts on whose behalf Canyon Capital Advisors LLC appeared in the relevant proceedings in Bankruptcy Court and in this appeal.

[3] Unless otherwise indicated, all references herein to "Docket No." shall be to the docket maintained in the above-captioned chapter 11 cases.

| | | |
|---|---|---|
| Schedule E/F: Creditors Who Have Unsecured Claims For Non-Individual Debtor PG&E Corporation | Mar. 14, 2019 | 900 |
| Schedule E/F: Creditors Who Have Unsecured Claims For Non-Individual Debtor Pacific Gas and Electric Company | Mar. 14, 2019 | 906 |
| Debtors' Joint Chapter 11 Plan of Reorganization | Sept. 9, 2019 | 3841 |
| Debtors' First Amended Joint Chapter 11 Plan of Reorganization | Sept. 23, 2019 | 3966 |
| Verified Statement of Ad Hoc Committee of Holders of Trade Claims Pursuant to Bankruptcy Rule 2019 | Oct. 16, 2019 | 4214 |
| Order Establishing Pre-Confirmation Briefing and Hearing Schedule for Certain Legal Issues | Oct. 31, 2019 | 4540 |
| Debtors' Joint Chapter 11 Plan of Reorganization Dated November 4, 2019 | Nov. 4, 2019 | 4563 |
| Debtors' Brief Regarding Applicable Rate of Postpetition Interest on Allowed Unsecured Claims and Joinder of PG&E Shareholders (the "Debtors' Opening Brief") | Nov. 8, 2019 | 4624 |
| Consolidated Edison Development Inc.'s Reservation of Rights Regarding Postpetition Interest on Unsecured Claims | Nov. 8, 2019 | 4625 |
| Consolidated Opening Brief of the Official Committee of Unsecured Creditors and Other Creditor Groups and Representatives Regarding the Appropriate Postpetition Interest Rate Payable on Unsecured Claim in a Solvent Debtor Case (the "Creditor Groups' Opening Brief") | Nov. 8, 2019 | 4634 |

| | | |
|---|---|---|
| Joinder in Consolidated Opening Brief of the Official Committee of Unsecured Creditors and Other Creditor Groups and Representatives Regarding the Appropriate Postpetition Interest Rate Payable on Unsecured Claims in a Solvent Debtor Case | Nov. 8, 2019 | 4636 |
| Reservation of Rights of the Ad Hoc Group of Subrogation Claim Holders Regarding the Appropriate Postpetition Interest Rate Payable on Unsecured Claims in a Solvent Debtor Case | Nov. 22, 2019 | 4840 |
| Debtors' Brief in Opposition to Consolidated Opening Brief of Unsecured Creditors and Other Creditor Groups and Representatives Regarding the Appropriate Postpetition Interest Rate Payable on Unsecured Claims in a Solvent Debtor Case; Joinder of PG&E Shareholders (the "Debtors' Responsive Brief" and, together with the Debtors' Opening Brief, the "Debtors' Briefs") | Nov. 22, 2019 | 4849 |
| Consolidated Reply Brief of the Official Committee of Unsecured Creditors and Other Creditor Groups and Representatives Regarding the Appropriate Postpetition Interest Rate Payable on Unsecured Claims in a Solvent Debtor Case (the "Creditor Groups' Responsive Brief" and, together with the Creditor Groups' Opening Brief, the "Creditor Groups' Briefs") | Nov. 22, 2019 | 4855 |
| Letter Dated Dec. 5, 2019 in Support of Creditor Groups' Briefs | Dec. 5, 2019 | 5003 |
| Letter Dated Dec. 6, 2019 in Support of Debtors' Briefs | Dec. 6, 2019 | 5018 |
| Memorandum Decision Regarding Postpetition Interest | Dec. 30, 2019 | 5226 |
| First Amended Verified Statement of Ad Hoc Committee of Holders of Trade Claims Pursuant to Bankruptcy Rule 2019 | Dec. 10, 2019 | 5060 |

| | | |
|---|---|---|
| Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated December 12, 2019 | Dec. 12, 2019 | 5101 |
| DOCKET TEXT ORDER (no separate order issued:) For the Make-Whole Optional Redemption issue arguments on January 14, 2020, at 10:00 AM, Debtors and the joining Shareholders will have a total of one hour, including time for rebuttal, to be shared as their counsel agree. The opposing creditor groups will also have one hour, to be shared as their counsel agree. At the conclusion of the hearing the court would like counsel to be prepared to address the questions raised in the Memorandum Decision regarding Postpetition Interest (Dkt. No. 5226), namely whether orders disposing of that issue and the Make-Whole issue should be certified for direct appeal to the court of appeal, certified as final under FRCP 54(b), or both, or neither. (RE: related document(s)[4896] Support Brief/Memorandum filed by Debtor PG&E Corporation). (Montali, Dennis) | Jan. 9, 2020 | N/A |
| Trade Committee's Statement in Connection with January 29, 2020 Status Conference | Jan. 27, 2020 | 5517 |
| Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 for Entry of an Order (I) Approving and Authorizing the Debtors to Enter into Restructuring Support Agreement with Consenting Noteholders and Shareholder Proponents and (II) Granted Related Relief | Jan. 27, 2020 | 5519 |
| Declaration Of Jason P. Wells In Support Of Debtors' Motion Pursuant To 11 U.S.C. §§ 363(B) And 105(A) And Fed. R. Bankr. P. 6004 And 9019 For Entry Of An Order (I) Approving And Authorizing The Debtors To Enter Into Restructuring Support Agreement With Consenting | Jan. 27, 2020 | 5520 |

| | | |
|---|---|---|
| Noteholders And Shareholder Proponents, And (Ii) Granting Related Relief | | |
| William B. Abrams Objection to Debtors' Motion Pursuant to 11 U.S.C. §§ 363(B) And 105(A) And Fed. R. Bankr. P. 6004 And 9019 For Entry Of An Order (I) Approving And Authorizing The Debtors To Enter Into Restructuring Support Agreement With Consenting Noteholders And Shareholder Proponents, And (Ii) Granting Related Relief [Dkt. 5519] | Jan. 31, 2020 | 5576 |
| Statement And Reservation Of Rights Of Administrative Agent In Response To Debtors' Motion For Approval Of Restructuring Support Agreement | Jan. 31, 2020 | 5581 |
| Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated January 31, 2020 | Jan. 31, 2020 | 5590 |
| Statement And Reservation Of Rights Of The Official Committee Of Unsecured Creditors Regarding The Noteholder RSA Motion | Feb. 3, 2020 | 5595 |
| Limited Objection of the Ad Hoc Committee of Holders of Trade Claims to Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 for Entry of an Order (I) Approving and Authorizing the Debtors to Enter into Restructuring Support Agreement with Consenting Noteholders and Shareholder Proponents and (II) Granted Related Relief | Feb. 3, 2020 | 5596 |

| | | |
|---|---|---|
| Statement Of Bokf, Na As Indenture Trustee In Support Of Debtors' Motion Pursuant To 11 U.S.C. §§ 363(B) And 105(A) And Fed. R. Bankr. P. 6004 And 9019 For Entry Of An Order (I) Approving And Authorizing The Debtors To Enter Into Restructuring Support Agreement With Consenting Noteholders And Shareholder Proponents, And (Ii) Granting Related Relief. | Feb. 3, 2020 | 5597 |
| Reservation Of Rights Re: Debtors' Motion Pursuant To 11 U.S.C. 363(B) And 105(A) And Fed. R. Bankr. P. 6004 And 9019 For Entry of An Order (I) Approving And Authorizing The Debtors To enter Into Restructuring support Agreement With consenting Noteholders And shareholder Proponents, And (II)Granting Related Relief. | Feb. 3, 2020 | 5602 |
| Order Pursuant To 11 U.S.C. §§ 363(B) And 105(A) And Fed. R. Bankr. P. 6004 And 9019 (I) Approving And Authorizing The Debtors To Enter Into Restructuring Support Agreement With Consenting Noteholders And Shareholder Proponents, And (II) Granting Related Relief | Feb. 5, 2020 | 5637 |
| Interlocutory Order Regarding Postpetition Interest | Feb. 6, 2020 | 5669 |
| Objection of the Ad Hoc Committee of Holders of Trade Claims to the Proposed Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization | March 6, 2020 | 6152 |
| Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 9, 2020 | March 9, 2020 | 6217 |
| Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020 | March 16, 2020 | 6320 |

| | | |
|---|---|---|
| Reservation of Rights and Limited Objection to Confirmation of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization, Dated March 16, 2020 | May 15, 2020 | 7221 |
| Objection of the Ad Hoc Committee of Holders of Trade Claims to Confirmation of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020 | May 15, 2020 | 7288 |
| Teichert Pipelines' Objection to Proposed Cure Amount | May 15, 2020 | 7289 |
| Limited Objection of the Official Committee of Unsecured Creditors to Plan Confirmation | May 15, 2020 | 7300 |
| Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated May 22, 2020 | May 22, 2020 | 7521 |
| Plan Proponents' Joint Memorandum of Law and Omnibus Response in Support of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization | May 22, 2020 | 7528 |
| Notice of Filing of Debtors' and Shareholder Proponents' Updated Objection Summary Chart | June 5, 2020 | 7793 |
| Memorandum Decision – Confirmation of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization | June 17, 2020 | 8001 |
| Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020 | June 19, 2020 | 8048 |
| Order Confirming Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020 | June 20, 2020 | 8053 |
| *Onink v. Cardelucci (In re Cardelucci)*, 286 F.3d 1231 (9th Cir. 2002) | N/A | N/A |

| Hearing Transcripts | Filing Date | Docket No. |
|---|---|---|
| Transcript of Aug. 13, 2019 Hearing | Aug. 14, 2019 | 3540 |
| Transcript of Sept. 24, 2019 Hearing | Sept. 25, 2019 | 4003 |
| Transcript of Oct. 7, 2019 Hearing | Oct. 8, 2019 | 4162 |
| Transcript of Oct. 23, 2019 Hearing | Oct. 24, 2019 | 4467 |
| Transcript of Dec. 11, 2019 Hearing | Dec. 12, 2019 | 5085 |
| Transcript of Hearing at Jan. 29, 2020 at 10:00 a.m. (PST) | Jan. 30, 2020 | 5562 |
| Transcript of Hearing at Jan. 29, 2020 at 1:30 p.m. (PST) | Jan. 30, 2020 | 5563 |
| Transcript of Feb. 4, 2020 Hearing | Feb. 5, 2020 | 5634 |
| Transcript of May 27, 2020 Hearing | May 28, 2020 | 7637 |
| Transcript of May 28, 2020 Hearing | May 29, 2020 | 7665 |
| Transcript of May 29, 2020 Hearing | June 1, 2020 | 7701 |
| Transcript of June 1, 2020 Hearing | June 2, 2020 | 7710 |
| Transcript of June 3, 2020 Hearing | June 4, 2020 | 7784 |
| Transcript of June 4, 2020 Hearing | June 5, 2020 | 7809 |
| Transcript of June 5, 2020 Hearing | June 9, 2020 | 7843 |
| Transcript of June 8, 2020 Hearing | June 10, 2020 | 7869 |
| Transcript of June 11, 2020 Hearing | June 12, 2020 | 7932 |
| Transcript of June 16, 2020 Hearing | June 17, 2020 | 7984 |
| Transcript of June 19, 2020 Hearing | June 22, 2020 | 8066 |

Appellant reserves the right to designate additional items for inclusion in the record and/or restate issues presented on appeal.

## CERTIFICATE REGARDING TRANSCRIPTS

Appellant certifies pursuant to Bankruptcy Rule 8009(b)(1) that it is not ordering any transcripts. All transcripts have been prepared, are filed on the docket, and have been designated in the record.

DATED: July 31, 2020

**QUINN EMANUEL URQUHART & SULLIVAN LLP**

By: /s/ Bennett Murphy
Bennett Murphy
Jennifer Nassiri

*Attorneys for Canyon Capital Advisors LLC*