Steven S. Kane, Esq., SBN: 061670
Bonnie E. Kane, Esq., SBN: 167700
**THE KANE LAW FIRM**
402 W. Broadway, Suite 2500
San Diego, CA 92101
Telephone: (619) 236-8700
Facsimile: (619) 236-1370
E-mail: skane@thekanelawfirm.com
E-mail: bonnie@thekanelawfirm.com

Attorneys for CLAYTON ENGELBRECHT

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re:* | Bankr. Case No: 19-30088(DM) |
| PG&E CORPORATION | |
| -and- | **CERTIFICATE OF SERVICE** |
| PACIFIC GAS AND ELECTRIC COMPANY | |
|     Debtors. | |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas & Electric | |
| ■ Affects Both Debtors | |
| _____ | |

# CERTIFICATE OF SERVICE

I, Bonnie E. Kane, declare

I am a citizen of the United States and employed in San Diego County, California and Butte County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 402 W. Broadway, Suite 2500, San Diego, California 92101. On July 28, 2020, I served a copy of the following documents:

1. NOTICE OF HEARING ON MOTION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9006(b) (1) TO DEEM CLAYTON ENGELBRECHT'S CLAIM TIMELY FILED

2. MOTION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9006(b)(1) TO DEEM CLAYTON ENGELBRECHT'S CLAIM TIMELY FILED

3. DECLARATION OF CLAYTON ENGELBRECHT IN SUPPORT OF MOTION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9006(b)(1) TO DEEM HIS CLAIM TIMELY FILED

4. EXHIBIT 1 TO MOTION PURSUANT TO FEDERAL RULE OF FEDERAL RULE OF BANKRUPTCY PROCEDURE 9006 (b)(1) TO DEEM CLAYTON ENGELBRECHT'S CLAIM TIMELY FILED

by transmitting electronically through the Court's CM/ECF system.

In addition, I caused to be served via Electronic Mail all parties listed on Exhibit A, unless indicated by U.S. Mail.

I have reviewed the Notices of Electronic Filing for the above-listed documents, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing System.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct. Executed on July 31, 2020, at San Diego County, California.

                                                  /s/ Bonnie E. Kane
                                                  Bonnie E. Kane

# Exhibit A

| Counsel | Served On |
|---|---|
| The Debtors, c/o PG&E Corporation and Pacific Gas and Electric Company | 77 Beale Street<br>P. O. Box 77000<br>San Francisco, CA 94105<br>Attn: Janet Loduca, Esq.<br>*Via First Class Mail* |
| Stephen Karotkin<br>Jessica Liou<br>Matthew Goren<br>Weil, Gotshal & Manges, LLP<br>Counsel for *Debtors* | stephen.karotkin@weil.com<br>jessica.liou@weil.com<br>matthew.goren@weil.com |
| Paul H. Zumbro<br>Kevin J. Orsini<br>Omid H. Nasab<br>Cravath, Swaine & Moore LLP<br>Special Counsel to *Debtors* | pzumbro@cravath.com<br>korsini@cravath.com<br>onasab@cravath.com |
| Tobias Keller<br>Jane Kim<br>Keller Benvenutti Kim LLP<br>Counsel to *Debtors* | tkeller@kbkllp.com<br>jkim@kbkllp.com |
| James L. Snyder<br>Timothey Laffredi<br>Marta E. Villacorta<br>Office of the United States Trustee | James.L.Snyder@usdoj.gov<br>timothy.s.laffredi@usdoj.gov<br>Marta.Villacorta@usdoj.gov |
| Kristopher M. Hansen<br>Erez E. Gilad<br>Matthew G. Garofalo<br>Strook & Stroock & Lavan LLP<br>Counsel for the Administrative Agent Under the Debtors' Debtor-in-Possession Financing Facility | khansen@stroock.com<br>egilad@stroock.com<br>mgarofalo@stroock.com |
| Eli J. Vonnegut<br>David Schiff<br>Timothy Graulich<br>Davis Polk & Wardwell LLP<br>Counsel<br>David Polk & Wardwell LLP<br>Counsel for the Collateral Agent Under The Debtors' in Possession Financing | eli.vonnegut@davispolk.com<br>david.schiff@davispolk.com<br>timothy.graulich@davispolk.com |

| # | Counsel | Served On |
|---|---------|-----------|
| 1 | **Counsel** | **Served On** |
| 2 | Alan W. Kornberg | akornberg@paulweiss.com |
| 3 | Brian S. Herman | bherman@paulweiss.com |
|   | Walter R. Rieman | wrieman@paulweiss.com |
| 4 | Sean A. Mitchell | smitchell@paulweiss.com |
|   | Paul Weiss, Rifkind, Wharton & Garrison LLP | ndonnelly@paulweiss.com |
| 5 | Counsel for the California Public Utilities Commission | |
| 6 | | |
| 7 | | bbennett@jonesday.com |
|   | Bruce S. Bennett | jmester@jonesday.com |
| 8 | Joshua M. Mester | jjohnston@jonesday.com |
|   | James O. Johnson | |
| 9 | Jones Day | |
|   | Counsel for the Shareholder Proponents | |
| 10 | | |
| 11 | Shane Huang | Shane.huang@usdoj.gov |
|   | Michael S. Tye | michael.tye@usdoj.gov |
| 12 | Rodney A. Morris | Rodney.Morris2@usdoj.gov |
|   | U.S. Department of Justice | |
| 13 | Civil Division | |
| 14 | Counsel to the Federal Energy Regulatory Commission | |
| 15 | | |
|   | Anita Ghosh Naber | anita.ghoshnaber@nrc.gov |
| 16 | Counsel to the U.S. Nuclear Regulatory Commission | |