**EXHIBIT A**

**EXHIBIT A**

**HOURS BY PROFESSIONAL**
**FOR THE PERIOD JUNE 18, 2020 THROUGH JUNE 30, 2020**

| PROFESSIONAL | POSITION | TOTAL HOURS |
|---|---|---|
| Adam Goldberg | Partner | 1.50 |
| Alexander Lange | Senior Director | 6.50 |
| Emily Seeley | Account Manager | 1.50 |
| **TOTAL** | | **9.50** |