**EXHIBIT B**

## EXHIBIT B

## HOURS BY TASK FOR
## FOR THE PERIOD JUNE 18, 2020 THROUGH JUNE 30, 2020

| TASK DESCRIPTION | HOURS |
|---|---:|
| Emails and/or Calls with Client and/or Client Attorney | 5.00 |
| Internal Client Meetings | 0.50 |
| Research and Writing | 2.50 |
| Working with the Media | 1.50 |
| **TOTAL** | **9.50** |