# EXHIBIT C

## Detailed Time Entries

# ADAM GOLDBERG

| DATE | HOURS | ACTIVITY DESCRIPTION |
|---|---|---|
| 6/22/20 | .5 | Internal client meeting |
| 6/24/20 | .5 | Call with client and client attorneys |
| 6/25/20 | .5 | Call with client and client attorneys |
| | | |
| **TOTAL:** | **1.5** | |

**ALEXANDER LANGE**

| DATE | HOURS | ACTIVITY DESCRIPTION |
|---|---|---|
| 6/18/20 | 1 | Research and writing |
| | .5 | Emails with client and/or client attorneys |
| 6/19/20 | 1 | Working with the media |
| | .5 | Emails with client and/or client attorneys |
| 6/20/20 | .5 | Research and writing |
| 6/21/20 | .5 | Research and writing |
| 6/22/20 | 1 | Emails with client and/or client attorneys |
| 6/24/20 | .5 | Emails and calls with client and/or client attorneys |
| 6/25/20 | .5 | Emails and calls with client and/or client attorneys |
| | .5 | Research and writing |
| | | |
| **TOTAL:** | **6.5** | |

# EMILY SEELEY

| DATE | HOURS | ACTIVITY DESCRIPTION |
|---|---|---|
| 6/18/20 | .5 | Emails with client and/or client attorneys |
| | .5 | Working with the media |
| 6/19/20 | .5 | Emails with client and/or client attorneys |
| | | |
| **TOTAL:** | **1.5** | |