**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel:   (212) 310-8000
Fax:   (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:   (415) 496-6723
Fax:   (415) 636-9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**,<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>              **Debtors**.<br><br>☐  Affects PG&E Corporation<br>☐  Affects Pacific Gas and Electric Company<br>☑  Affects both Debtors<br><br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF AGENDA FOR AUGUST 4, 2020, 10:00 A.M. OMNIBUS HEARING**<br><br>Date: August 4, 2020<br>Time: 10:00 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>         Courtroom 17, 16th Floor<br>         San Francisco, CA 94102 |

**PROPOSED AGENDA FOR
AUGUST 4, 2020, 10:00 A.M. (PACIFIC TIME)
<u>OMNIBUS HEARING</u>**

**I:** <u>**MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**</u>

*UNCONTESTED MATTER GOING FORWARD*

1. **Fire Victim Trustee's Application for Clarification**: *The Fire Victim Trustee's Application for Clarification and Modification of Protective Order to Permit the Transfer of Information for Use by the Fire Victim Trust* [**Dkt. 8492**].

   <u>Response Deadline</u>: August 3, 2020, at 12:00 p.m. (Pacific Time).

   <u>Responses Filed</u>:

   A. Stipulation Among the Fire Victim Trustee, Reorganized Debtors and Official Committee of Tort Claimants Pursuant to B.L.R. 9006-1 Shortening Time for Hearing on the Fire Victim Trustee's Application for Clarification and Modification of Protective Order to Permit the Transfer of Information for Use by the Fire Victim Trust [**Dkt. 8568**].

   B. California State Agencies' Reservation of Rights Regarding the Fire Victim Trustee's Application for Clarification and Modification of Protective Order to Permit the Transfer of Information for Use by the Fire Victim Trust [**Dkt. 8618**].

   <u>Related Document</u>:

   C. Notice of Filing of Revised Proposed Order on the Fire Victim Trustee's Application for Clarification and Modification of Protective Order to Permit the Transfer of Information for Use by the Fire Victim Trust [**Dkt. 8620**].

   <u>Related Order</u>:

   D. Order Shortening Time for Hearing on Fire Victim Trustee's Motion for Entry of an Order Modifying Protective Order [**Dkt. 8584**].

   <u>Status</u>: This matter is going forward on an uncontested basis.

*RESOLVED AND CONTINUED MATTERS*

2. **McCaffreys' Motion to Enlarge Time to File Proof of Claim**: *Motion Pursuant to Fed. R. Bankr. Proc. 7015 and 7017 for an Order Deeming Proposed Amended Claim to Relate Back/or Pursuant to Fed. R. Bankr. P. 9006(b)(1) to Enlarge the Time for Patrick McCaffrey, Sally McCaffrey, and the McCaffery Family Trust to File Proof of Claim* [**Dkt. 8390**].

   <u>Response Deadline</u>: July 28, 2020, at 4:00 p.m. (Pacific Time).

Case: 19-30088    Doc# 8623    Filed: 08/03/20    Entered: 08/03/20 14:08:05    Page 2 of 6

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Responses Filed:

A. Stipulation Permitting Patrick McCaffrey, Sally McCaffrey, and the McCaffery Family Trust to Amend Previously Filed Proof of Claim [**Dkt. 8524**].

Related Order:

B. Order Approving Stipulation Permitting Patrick McCaffrey, Sally McCaffrey, and the McCaffery Family Trust to Amend Previously Filed Proof of Claim [**Dkt. 8541**].

Status: This matter has been resolved by stipulation [**Dkt. 8524**] and taken off calendar by order [**Dkt. 8541**].

3. **Motion to Join Real Parties in Interest for Claim**: *Motion Pursuant to Fed. R. Bankr. Proc. 7015 and 7017 to Join Real Parties in Interest for Claim Previously Filed, or in the Alternative, to Enlarge Time to File Proof of Claim Pursuant to Fed. R. Bankr. Proc. 9006(b)(1)* [**Dkt. 8384**].

Response Deadline: July 28, 2020, at 4:00 p.m. (Pacific Time).

Responses Filed:

A. Stipulation Enlarging Time for Robert Reeve, Sonntag-Reeve Eye Center, Inc., and Sonntag-Reeve Medical Corp. to File Proof of Claim [**Dkt. 8523**].

Related Order:

B. Order Approving Stipulation Enlarging Time for Robert Reeve, Sonntag-Reeve Eye Center, Inc., and Sonntag-Reeve Medical Corp. to File Proof of Claim [**Dkt. 8540**].

Status: This matter has been resolved by stipulation [**Dkt. 8523**] and taken off calendar by order [**Dkt. 8540**].

4. **Mansels' Motion to Enlarge Time to File Proof of Claim**: *Motion Pursuant to Fed. R. Bankr. Proc. 7015 for an Order Deeming Amended Claim to Relate Back/or Pursuant to Fed. R. Bankr. P. 9006(b)(1) to Enlarge the Time for Donald and Grace Mansel to File Proof of Claim* [**Dkt. 8381**].

Response Deadline: July 28, 2020, at 4:00 p.m. (Pacific Time).

Responses Filed:

A. Stipulation Enlarging Time for Donald Mansel and Grace Mansel to File Proof of Claim [**Dkt. 8522**].

Related Order:

B. Order Approving Stipulation Enlarging Time for Donald Mansel and Grace Mansel to File Proof of Claim [**Dkt. 8539**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Status: This matter has been resolved by stipulation [**Dkt. 8522**] and taken off calendar by order [**Dkt. 8539**].

5. **Matas' Motion to Enlarge Time to File Proof of Claim**: *Motion Pursuant to Fed. R. Bankr. Proc. 7015 for an Order Deeming Amended Claim to Relate Back/or Pursuant to Fed. R. Bankr. P. 9006(b)(1) to Enlarge the Time for Jose and Karen Mata to File Proof of Claim* [**Dkt. 8378**].

Response Deadline: July 28, 2020, at 4:00 p.m. (Pacific Time).

Responses Filed:

A. Stipulation Enlarging Time for Jose Mata and Karen Mata to File Proofs of Claim [**Dkt. 8521**].

Related Order:

B. Order Approving Stipulation Enlarging Time for Jose Mata and Karen Mata to File Proofs of Claim [**Dkt. 8538**].

Status: This matter has been resolved by stipulation [**Dkt. 8521**] and taken off calendar by order [**Dkt. 8538**].

6. **Carenet Pregnancy Center of Paradise's Motion to Deem Claim Timely Filed**: *Motion Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1) to Deem Carenet Pregnancy Center of Paradise, Incorporated's Claim Timely Filed* [**Dkt. 8362**].

Response Deadline: No response deadline was set.

Responses Filed:

A. Stipulation Enlarging Time for Carenet Pregnancy Center of Paradise, Inc. to File Proof of Claim [**Dkt. 8458**].

Related Order:

B. Order Approving Stipulation Enlarging Time for Carenet Pregnancy Center of Paradise, Inc. to File Proof of Claim [**Dkt. 8526**].

Status: This matter has been resolved by stipulation [**Dkt. 8458**] and taken off calendar by order [**Dkt. 8526**].

7. **Carothers' Motion to Enlarge Time to File Proof of Claim**: *Motion Pursuant to Fed. R. Bankr. P. 9006(b)(1) to Enlarge the Time for Chad Carothers' to File Proof of Claim* [**Dkt. 8353**].

Response Deadline: July 28, 2020, at 4:00 p.m. (Pacific Time).

Responses Filed:

A. Stipulation Enlarging Time for Chad Carothers to File Proof of Claim [**Dkt. 8457**].

Related Order:

B. Order Approving Stipulation Enlarging Time for Chad Carothers to File Proof of Claim [**Dkt. 8525**].

Status: This matter has been resolved by stipulation [**Dkt. 8457**] and taken off calendar by order [**Dkt. 8525**].

8. **Ithaca Homes' Motion to Substitute as the Real Party in Interest**: *Motion Pursuant to Fed. R. Civ. Pro. 17(a)(3) to Substitute Ithaca Homes, LLC, as the Real Party in Interest for Claim Previously Filed, or in the Alternative, to Enlarge Time to File Proofs of Claim Pursuant to Fed. R. Bankr. 9006(b)(1)* [**Dkt. 8233**].

Response Deadline: July 27, 2020.

Responses Filed:

A. Stipulation Enlarging Time for Terry Decottignies, Lisa Decottignies, and Ithaca Homes, LLC to File Proofs of Claim [**Dkt. 8375**].

Related Order:

B. Order Approving Stipulation Enlarging Time for Terry Decottignies, Lisa Decottignies, and Ithaca Homes, LLC to File Proofs of Claim [**Dkt. 8434**].

Status: This matter has been resolved by stipulation [**Dkt. 8375**] and taken off calendar by order [**Dkt. 8434**].

9. **Notice of Hearing on Interim Applications**: *Amended Notice of Hearing on Interim Applications Allowing and Authorizing Payment of Fees and Expenses of Multiple Fee Applicants Based Upon Compromises with the Fee Examiner* [**Dkt. 8389**].

Response Deadline: July 28, 2020.

Related Order:

A. Order Requiring Corrected Notice of Hearing on Fee Applications [**Dkt. 8254**].

Status: This matter has been resolved and taken off calendar by July 31, 2020 Docket Text Order.

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at:pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: August 3, 2020

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**

By: */s/ Thomas B. Rupp*
   Thomas B. Rupp

*Attorneys for Debtors and Reorganized Debtors*