# U.S. Bankruptcy Court
## California Northern Bankruptcy Court (San Francisco)
## Bankruptcy Petition #: 19−30088

| | |
|---|---|
| | *Date filed:* 01/29/2019 |
| *Assigned to:* Judge Dennis Montali | *Plan confirmed:* 06/20/2020 |
| Chapter 11 | *341 meeting:* 04/29/2019 |
| Voluntary | *Deadline for filing claims:* 10/21/2019 |
| Asset | *Deadline for filing claims (govt.):* 10/21/2019 |

*Debtor*
**PG&E Corporation**
77 Beale Street
P.O. Box 770000
San Francisco, CA 94177
SAN FRANCISCO−CA
(929) 333−8977
Tax ID / EIN: 94−3234914

represented by **Max Africk**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000
*TERMINATED: 11/12/2019*

**Peter J. Benvenutti**
Keller Benvenutti Kim LLP
650 California St. 19th Fl.
San Francisco, CA 94108
(415) 364−6798
Email: pbenvenutti@kbkllp.com

**Kevin Bostel**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**Timothy G. Cameron**
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 8th Ave.
New York, NY 10019
(212) 474−1120

**Jared R. Friedmann**
Weil, Gotshal & Manges LLP
767 Fifth Ave.
New York, NY 10153
(212) 310−8000

**Andriana Georgallas**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**Stuart J. Goldring**
Weil, Gotshal & Manges LLP
767 Fifth Ave.
New York, NY 10153
(212) 310−8000

**Matthew Goren**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**David A. Herman**
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
212−474−1000

**Stephen Karotkin**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**Tobias S. Keller**
Keller Benvenutti Kim LLP
650 California St. #1900
San Francisco, CA 94108
(415) 796−0709
Email: tkeller@kbkllp.com

**Jane Kim**
Keller Benvenutti Kim LLP
650 California St, Suite 1900
San Francisco, CA 94108
(415) 364−6793
Email: jkim@kbkllp.com

**Katherine Kohn**
Groom Law Group, Chartered
1701 Pennsylvania Ave, NW #1200
Washington, DC 20006
(202) 861−2607
Email: kkohn@groom.com

**Kevin Kramer**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**David Levine**
Groom Law Group, Chartered
1701 Pennsylvania Ave, NW #1200
Washington, DC 20006
(202) 861−5436
Email: dnl@groom.com

**Dara Levinson Silveira**
Keller Benvenutti Kim LLP
650 California St. #1900
San Francisco, CA 94108
415−364−6793
Email: dsilveira@kbkllp.com

**Jessica Liou**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

212−310−8000

**Omid H. Nasab**
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
212−474−1000

**John Nolan**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**Kevin J. Orsini**
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
212−474−1000

**Thomas B. Rupp**
Keller Benvenutti Kim LLP
650 California Street, Suite 1900
San Francisco, CA 94108
415−636−9015
Email: trupp@kbkllp.com

**Bradley R. Schneider**
Munger Tolles and Olson LLP
350 S Grand Ave., 50th Fl.
Los Angeles, CA 90071
(213) 683−9100
Email: bradley.schneider@mto.com

**Ray C. Schrock**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**Richard W. Slack**
Weil Gotshal and Manges, LLP
767 Fifth Ave.
New York, NY 10153−0119
(212) 310−8000
Email: richard.slack@weil.com

**Theodore Tsekerides**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**Paul H. Zumbro**
Cravath, Swaine & Moore LLP
85 Eighth Avenue
New York, NY 10019
2124741000
Email: mao@cravath.com

*Responsible Ind*
**Jason P. Wells**

Senior Vice President
Chief Financial Officer PG&E Corporation
77 Beale St.
San Francisco, CA 94177
(929) 333−8977

*U.S. Trustee*
**Office of the U.S. Trustee / SF**
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05−0153
San Francisco, CA 94102
(415)705−3333

represented by **Jason Blumberg**
Office of the U.S. Trustee
501 I St. #7−500
Sacramento, CA 95814
(916) 930−2076
Email: jason.blumberg@usdoj.gov

**Cameron Gulden**
Office of the United States Trustee
300 Booth St., Room 3009
Reno, NV 89509
(775) 784−5335
Email: cameron.m.gulden@usdoj.gov

**Lynette C. Kelly**
Office of the United States Trustee
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05−0153
San Francisco, CA 94102
(415) 252−2065
Email: ustpregion17.oa.ecf@usdoj.gov

**Timothy S. Laffredi**
Office of the U. S. Trustee − San Jose
280 South 1 St., Suite 268
San Jose, CA 95113
(408) 535−5525
Email: timothy.s.laffredi@usdoj.gov

**Timothy S. Laffredi**
Office of the U.S. Trustee − SF
450 Golden Gate Ave.
Suite 05−0153
San Francisco, CA 94102
(415) 705−3333
Email: timothy.s.laffredi@usdoj.gov

**Marta Villacorta**
Office of the United States Trustee
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05−0153
San Francisco, CA 94102
(415) 252−2062
Email: marta.villacorta@usdoj.gov

*Creditor Committee*
**Official Committee Of Unsecured Creditors**

represented by **Paul S. Aronzon**
Milbank LLP
2029 Century Park East, 33rd Fl.
Los Angeles, CA 90067
(424) 386−4000
Email: paronzon@milbank.com

**James C. Behrens**
Milbank, LLP
2029 Century Park E, 33rd Fl.
Los Angeles, CA 90067

(424) 386−4436
Email: jbehrens@milbank.com

**Gregory A. Bray**
Milbank LLP
2029 Century Park East, 33rd Fl.
Los Angeles, CA 90067
(424) 386−4470
Email: gbray@milbank.com

**Erin Elizabeth Dexter**
Milbank LLP
1850 K St., NW, #1100
Washington, DC 20006
(202) 835−7500
Email: edexter@milbank.com

**Dennis F. Dunne**
Milbank, LLP
55 Hudson Yards
New York, NY 10001−2163
(212) 530−5000
Email: ddunne@milbank.com

**Samuel A. Khalil**
Milbank, LLP
55 Hudson Yards
New York, NY 10001−2163
(212) 530−5000
Email: skhalil@milbank.com

**Thomas R. Kreller**
Milbank LLP
2029 Century Park East, 33rd
Los Angeles, CA 90067
(424) 386−4463
Email: tkreller@milbank.com

**Andrew Michael Leblanc**
Milbank LLP
1850 K St., NW, #1100
Washington, DC 20006
(202) 835−7500
Email: ALeblanc@milbank.com

**Alan J. Stone**
Milbank LLP
55 Hudson Yards
New York, NY 10001
(212) 530−5000
Email: AStone@milbank.com

*Creditor Committee*                represented by **Lauren T. Attard**
**Official Committee of Tort Claimants**              Baker Hostetler LLP
                                    11601 Wilshire Blvd. #1400
                                    Los Angeles, CA 90025−0509
                                    (310) 820−8800
                                    Email: lattard@bakerlaw.com

                                    **Chris Bator**
                                    Baker & Hostetler LLP
                                    127 Public Square #2000

Cleveland, OH 44114
(216) 621−0200
Email: cbator@bakerlaw.com

**Dustin M. Dow**
Baker & Hostetler LLP
127 Public Square #2000
Cleveland, OH 44114
(216) 621−0200
Email: ddow@bakerlaw.com

**Cecily Ann Dumas**
Baker and Hostetler LLP
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA 94111−2806
415−659−2600
Email: cdumas@bakerlaw.com

**Joseph M. Esmont**
Baker & Hostetler LLP
127 Public Sq., #2000
Cleveland, OH 44147
(216) 861−7835
Email: jesmont@bakerlaw.com

**Lars H. Fuller**
Baker & Hostetler LLP
1801 California St #4400
Denver, CO 80202
(303) 764−4114
Email: lfuller@bakerlaw.com

**Eric R. Goodman**
Baker & Hostetler LLP
Key Tower, 127 Public Sq., #2000
Cleveland, OH 44114−1214
(216) 621−0200
Email: egoodman@bakerlaw.com

**Elizabeth A. Green**
BakerHostetler LLP
200 S. Orange Ave. #2300
Orlando, FL 32801
(407) 649−4000
Email: egreen@bakerlaw.com

**Robert A. Julian**
Baker and Hostetler LLP
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA 94111−2806
(415) 569−2600
Email: rjulian@bakerlaw.com

**Elyssa S. Kates**
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
(212) 589−4227
Email: ekates@bakerlaw.com

**Kody D. L. Kleber**

Baker & Hostetler LLP
811 Main St., #1100
Houston, TX 77005
(713) 703−1315
Email: kkleber@bakerlaw.com

**John H. MacConaghy**
MacConaghy and Barnier
645 1st St. W #D
Sonoma, CA 95476
(707) 935−3205
Email: macclaw@macbarlaw.com

**Kimberly S. Morris**
Baker & Hostetler LLP
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA 94111
(415) 659−2600
Email: kmorris@bakerlaw.com

**David J. Richardson**
Baker & Hostetler, LLP
11601 Wilshire Blvd.,
14th Floor
Los Angeles, CA 90025
(310) 442−8858
Email: drichardson@bakerlaw.com

**David B. Rivkin, Jr.**
Baker and Hostetler LLP
1050 Connecticut Ave., N.W., #1100
Washington, DC 20036
(202) 861−1731
Email: drivkin@bakerlaw.com

**Jorian L. Rose**
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
(212) 589−4200
Email: jrose@bakerlaw.com

**Eric E. Sagerman**
Baker and Hostetler LLP
11601 Wilshire Blvd. #1400
Los Angeles, CA 90025
(310) 442−8875
Email: esagerman@bakerlaw.com

**Catherine E. Woltering**
Baker & Hostetler LLP
Key Tower, 127 Public Sq., #2000
Cleveland, OH 44114−1214
(614) 462−2677
Email: cwoltering@bakerlaw.com
*TERMINATED: 04/01/2020*

| Filing Date | # | Docket Text |
|---|---|---|
| 07/16/2020 | 8421 | |

| | | | |
|---|---|---|---|
| | | | Statement of Issues on Appeal,, Appellant Designation of Contents For Inclusion in Record On Appeal (RE: related document(s)8243 Notice of Appeal and Statement of Election filed by Attorney Public Employees Retirement Association of New Mexico, Interested Party Public Employees Retirement Association of New Mexico, 8255 Notice of Appeal filed by Creditor Adventist Health System/West and Feather River Hospital, Creditor Paradise Unified School District, Creditor Northern Recycling and Waste Services, LLC, Creditor Northern Holdings, LLC, Creditor Napa County Recycling & Waste Services, LLC, Creditor Napa Recycling & Waste Services, LLC, Interested Party Comcast Cable Communications, LLC, 8256 Notice of Appeal filed by Creditor Adventist Health System/West and Feather River Hospital, Creditor Paradise Unified School District, Creditor Northern Recycling and Waste Services, LLC, Creditor Northern Holdings, LLC, Creditor Napa County Recycling & Waste Services, LLC, Creditor Napa Recycling & Waste Services, LLC, Interested Party Comcast Cable Communications, LLC, 8261 Notice of Appeal and Statement of Election filed by Creditor Ad Hoc Committee of Holders of Trade Claims, 8263 Notice of Appeal and Statement of Election filed by Creditor International Church of the Foursquare Gospel, 8266 Notice of Appeal and Statement of Election filed by Creditor Theresa Ann McDonald). Appellee designation due by 07/30/2020. Filed by Interested Party Public Employees Retirement Association of New Mexico (Michelson, Randy) (Entered: 07/16/2020) |
| 07/30/2020 | | 8580 | Appellee Designation of Contents for Inclusion in Record of Appeal / Counterdesignation of the Record on Appeal Filed by Appellee The Official Committee of Tort Claimants, in Appeal Filed by Public Employees Retirement Association Of New Mexico [Related Docket No. 8421] (RE: related document(s)8243 Notice of Appeal and Statement of Election filed by Attorney Public Employees Retirement Association of New Mexico, Interested Party Public Employees Retirement Association of New Mexico). Filed by Creditor Committee Official Committee of Tort Claimants (Richardson, David) (Entered: 07/30/2020) |
| 07/30/2020 | | 8587 | Appellee Designation of Contents for Inclusion in Record of Appeal Appellees' Response to Securities Plaintiffs' Statement of Issues and Designation of Additional Items to Be Included in the Record on Appeal (RE: related document(s)8243 Notice of Appeal and Statement of Election filed by Attorney Public Employees Retirement Association of New Mexico, Interested Party Public Employees Retirement Association of New Mexico). Filed by Debtor PG&E Corporation (Rupp, Thomas) (Entered: 07/30/2020) |

| 1 | **LABATON SUCHAROW LLP** | **LOWENSTEIN SANDLER LLP** |
|---|---|---|
| 2 | Thomas A. Dubbs | Michael S. Etkin *(pro hac vice)* |
|   | Carol C. Villegas | Andrew Behlmann *(pro hac vice)* |
| 3 | Jeffrey A. Dubbin (SBN 287199) | Scott Cargill |
|   | 140 Broadway | Colleen Maker |
| 4 | New York, New York 10005 | One Lowenstein Drive |
|   |   | Roseland, New Jersey 07068 |

5   *Lead Counsel to Lead Plaintiff and the*          *Bankruptcy Counsel to Lead Plaintiff*
    *Proposed Class*                                  *and the Proposed Class*

6

7   **MICHELSON LAW GROUP**
    Randy Michelson (SBN 114095)
    220 Montgomery Street, Suite 2100
8   San Francisco, California 94104

9   *Bankruptcy Counsel to Lead Plaintiff*
    *and the Proposed Class*

10

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| In re: | |
|---|---|
| PG&E CORPORATION | Case No. 19-30088 (DM) (Lead Case) |
| - and – | Chapter 11 |
| PACIFIC GAS AND ELECTRIC COMPANY, | (Jointly Administered) |
| Debtors. | |
| ☒ Affects Both Debtors | **SECURITIES PLAINTIFFS' STATEMENT OF ISSUES AND DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL** |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas and Electric Company | |

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, appellant Public Employees Retirement Association of New Mexico ("**Lead Plaintiff**"), the court-appointed lead plaintiff in the securities class action captioned as *In re PG&E Corporation Securities Litigation*, Case No. 18-03509 (the "**Securities Litigation**") pending in the United States District Court for the Northern District of California, on behalf of itself and the proposed class it represents in the Securities Litigation, together with York County on behalf of the County of York Retirement Fund, City of Warren Police and Fire Retirement System, and Mid-Jersey Trucking Industry & Local No. 701 Pension Fund (collectively with Lead Plaintiff, "**Securities Plaintiffs**"), respectfully submits this statement of issues and designation of items to be included in the record to be presented in connection with Securities Lead Plaintiff's appeal from the *Order Confirming Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020*, entered on June 20, 2020 [ECF No. 8053] (the "**Confirmation Order**") by the United States Bankruptcy Court for the Northern District of California (the "**Bankruptcy Court**"), pursuant to which the Bankruptcy Court confirmed the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020* [ECF No. 8048] (the "**Plan**").[1]

### ISSUES TO BE PRESENTED ON APPEAL

Securities Plaintiffs hereby state the following issues to be presented on appeal:

1.     Whether the Bankruptcy Court erred by approving, over Securities Plaintiffs' objection, the Insurance Deduction (as defined in Article 1.127A of the Plan), where the Insurance Deduction would permit the Debtors to deduct from the allowed amount of a Class 10A-II Claim "any cash payments received from an Insurance Policy (other than cash payments received from a Side A Policy)" without regard to whether such payments were received on account of claims against a Debtor or claims against a non-Debtor defendant in the Securities Litigation.

2.     Whether the Insurance Deduction approved by the Bankruptcy Court violates the Supreme Court's holding in *Ivanhoe Bldg. & Loan Ass'n of Newark, N.J. v. Orr*, 295 U.S. 243,

---

[1]     Capitalized terms not defined herein shall have the meaning ascribed to them in the Plan.

245-46 (1935), and its progeny, in connection with determining the HoldCo Rescission or Damage Claim Share.

**DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Securities Plaintiffs respectfully designate the following items for inclusion in the record on appeal. Each designated item also includes any and all attachments, annexed declarations, proposed orders and/or exhibits/addenda annexed to and referenced within such item.

Items from Case No. 19-30088 (DM); *In re PG&E Corporation et al.*:

| Item No. | Description | Date | ECF No. |
|---|---|---|---|
| 1. | Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020 | 03/16/2020 | 6320 |
| 2. | Securities Lead Plaintiff's Objection to Confirmation of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization dated March 16, 2020 [ECF No. 6320] | 05/15/2020 | 7296 |
| 3. | Declaration of Christina Pullo of Prime Clerk LLC Regarding Solicitation of Votes and Tabulation of Ballots Cast with Respect to the Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization | 05/22/2020 | 7507 |
| 4. | Declaration of Jason P. Wells in Support of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization (including exhibits) | 05/22/2020 | 7510 |
| 5. | Plan Proponents' Joint Memorandum of Law and Omnibus Response in Support of Confirmation of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization | 05/22/2020 | 7528 |
| 6. | Amended Securities Lead Plaintiff's Exhibit List for Confirmation Hearing | 05/25/20 | 7571 |
| 7. | Debtors' and Shareholder Proponents' Joint Objections to Amended Securities Lead Plaintiff's Exhibit List for Confirmation Hearing | 05/26/2020 | 7595 |
| 8. | Debtors' and Shareholder Proponents' Submission of Argument Demonstratives Regarding Class 10A-II | 06/03/2020 | 7757 |
| 9. | Securities Lead Plaintiff's Submission of Argument Demonstrative for Use During Oral Argument at Confirmation Hearing | 06/05/2020 | 7791 |
| 10. | Memorandum Decision – Confirmation of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization | 06/17/2020 | 8001 |
| 11. | Plan Proponents' Joint Submission of Amended Plan and Confirmation Order Language Partially Resolving Confirmation Objection of the Public Employee Retirement | 06/18/2020 | 8016 |

| 1 | | Association of New Mexico | | |
| --- | --- | --- | --- | --- |
| 1 | 12. | Notice of Withdrawal of Securities Lead Plaintiff's Objections to Confirmation Except for the Determination of the Appropriate Insurance Deduction to be Applied to Allowed HoldCo Rescission or Damage Claims | 06/19/2020 | 8017 |
| | 13. | Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization dated June 19, 2020 | 06/19/2020 | 8048 |
| | 14. | Order Confirming Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization dated June 19, 2020 | 06/20/2020 | 8053 |
| | 15. | Notice of Appeal and Statement of Election to Have Appeal Heard by District Court | 07/02/2020 | 8243 |

Transcripts of hearings on the Confirmation Order:

| Item No. | Description | Date | ECF No. |
| --- | --- | --- | --- |
| 1. | Transcript of June 3, 2020 Hearing | 06/04/2020 | 7784 |
| 2. | Transcript of June 5, 2020 Hearing | 06/09/2020 | 7843 |
| 3. | Transcript of June 8, 2020 Hearing | 06/10/2020 | 7869 |
| 4. | Transcript of June 19, 2020 Hearing | 06/22/2020 | 8066 |
| 5. | Transcript of June 24, 2020 Hearing | 06/25/2020 | 8110 |

Securities Lead Plaintiff reserve the right to designate additional items for inclusion in the record and/or to restate issues presented on appeal.

### CERTIFICATION REGARDING TRANSCRIPTS

Securities Lead Plaintiff certifies, pursuant to Bankruptcy Rule 8009(b)(1) that it is not ordering any transcripts. All transcripts have been prepared, are filed on the docket, and have been designated in the record.

*[ signature page follows ]*

Dated: July 16, 2020

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**LOWENSTEIN SANDLER LLP**
**MICHELSON LAW GROUP**

By:   _/s/ Randy Michelson_
Randy Michelson (SBN 114095)

_Bankruptcy Counsel to Lead Plaintiff and the Class_

- and -

**LABATON SUCHAROW LLP**

_Lead Counsel to Lead Plaintiff and the Class_

- and -

**WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK, LLP**

_Liaison Counsel for the Class_

- and -

**ROBBINS GELLER RUDMAN & DOWD LLP**

_Counsel for the Securities Act Plaintiffs_

- and -

**VANOVERBEKE, MICHAUD & TIMMONY, P.C.**

_Additional Counsel for the Securities Act Plaintiffs_

1   Robert A. Julian (SBN 88469)
    Cecily A. Dumas (SBN 111449)
2   BAKER & HOSTETLER LLP
    600 Montgomery Street, Suite 3100
3   San Francisco, CA 94111-2806
    Telephone:    415.659.2600
4   Facsimile:    415.659.2601
    Email:  rjulian@bakerlaw.com
5   Email:  cdumas@bakerlaw.com

6   Eric E. Sagerman (SBN 155496)
    David J. Richardson (SBN 168592)
7   Lauren T. Attard (SBN 320898)
    BAKER & HOSTETLER LLP
8   11601 Wilshire Blvd., Suite 1400
    Los Angeles, CA 90025-0509
9   Telephone:    310.820.8800
    Facsimile:    310.820.8859
10  Email:  esagerman@bakerlaw.com
    Email:  drichardson@bakerlaw.com
11  Email:  lattard@bakerlaw.com

12  *Counsel for Appellee,*
    *Official Committee of Tort Claimants*

13

14              **UNITED STATES BANKRUPTCY COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
15                  **SAN FRANCISCO DIVISION**

16  **In re:**                          | Bankruptcy Case
                                         | No. 19-30088 (DM)
17  **PG&E CORPORATION**
                                         | Chapter 11
18       -and-                           | (Lead Case)
                                         | (Jointly Administered)
19  **PACIFIC GAS AND ELECTRIC**
    **COMPANY,**
20                      **Debtors.**     | **COUNTERDESIGNATION OF THE**
                                         | **RECORD ON APPEAL FILED BY**
21  ☐ Affects PG&E Corporation          | **APPELLEE THE OFFICIAL**
                                         | **COMMITTEE OF TORT CLAIMANTS,**
22  ☐ Affects Pacific Gas and Electric Company | **IN APPEAL FILED BY PUBLIC**
                                         | **EMPLOYEES RETIREMENT**
23  ■ Affects both Debtors              | **ASSOCIATION OF NEW MEXICO** [1]

24  *All papers shall be filed in the Lead Case,* | **Related Docket No. 8421**
    *No. 19-30088 (DM)*

25

26

27  _____

    [1]      The Official Committee of Tort Claimants appears in this proceeding pursuant to its post-confirmation
28  standing for appeals of the order confirming the Debtors' plan of reorganization, pursuant to Section 12.1 of the
    Debtors' plan.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**TO THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY COURT JUDGE, CHAPTER 11 REORGANIZED DEBTORS PG&E CORPORATION AND PACIFIC GAS AND ELECTRIC CORPORATION, AND TO ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that, pursuant to F.R.B.P. 8006, and pursuant to Section 12.1 of the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020* (the "**Plan**"), the Official Committee of Tort Claimants, appellee, hereby designates the following pleadings (and all attachments) and transcripts from the dockets identified below as additional items for the record on appeal in the pending appeal of the *Order Confirming Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020*, entered on June 20, 2020 [ECF No. 8053] (the "**Confirmation Order**") filed by appellant Public Employees Retirement Association of New Mexico, the court-appointed lead plaintiff in the securities class action captioned as *In re PG&E Corporation Securities Litigation*, Case No. 18-03509 pending in the United States District Court for the Northern District of California:

Items from Case No. 19-30088 (DM), in the United States Bankruptcy

Court for the North District of California, *In re PG&E Corporation*, et al.

| Item No. | Description/Title on Docket | Date Filed on Docket | ECF No. |
|---|---|---|---|
| 1 | Motion /Securities Lead Plaintiff's Motion To Apply Bankruptcy Rule 7023 To Class Proof Of Claim Filed by Interested Party Securities Lead Plaintiff and the Proposed Class (Attachments: # 1 Exhibit A - proposed order) (Michelson, Randy) (Entered: 12/09/2019) | 12/09/2019 | 5042 |
| 2 | Notice of Hearing on Securities Lead Plaintiff's Motion To Apply Bankruptcy Rule 7023 To Class Proof Of Claim | 12/09/2019 | 5043 |
| 3 | Statement of Securities Lead Plaintiffs And Reservation of Rights With Respect To Debtors Motion Pursuant to 11 U.S.C. §§363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 for Entry of an Order (I) Authorizing the Debtors and TCC to Enter Into Restructuring Support Agreement With the TCC, Consenting Fire Claimant Professionals, and Shareholder Proponents and (II) Granting Related Relief | 12/16/2019 | 5127 |
| 4 | Amended Notice of Hearing | 12/27/2019 | 5212 |
| 5 | Objection Debtors' Objection to Class Representative's Motion | 1/14/2020 | 5369 |

Case: 19-30088    Doc# 8528-2  Filed: 07/30/20  Entered: 07/30/20 08:15:29  Page 2 15 of 730

| Item No. | Description/Title on Docket | Date Filed on Docket | ECF No. |
|---|---|---|---|
| | to Extend Application of Federal Rule of Civil Procedure 23 to Class Proof of Claim | | |
| 6 | Declaration of Christina Pullo (I) Regarding Implementation of the Debtors Notice Procedures and (II) in Support of the Debtors Objection to Securities Lead Plaintiffs Motion to Apply Bankruptcy Rule 7023 to Proof of Claim | 1/14/2020 | 5370 |
| 7 | Declaration of Benjamin P.D. Schrag (I) Regarding Implementation of the Debtors Notice Procedures and Supplemental Notice Plan and (II) In Support of the Debtors Objection to Securities Lead Plaintiffs Motion to Apply Bankruptcy Rule 7023 to Proof of Claim | 1/14/2020 | 5371 |
| 8 | Declaration of Jeanne C. Finegan (I) Regarding Implementation of the Debtors Notice Procedures and Supplemental Notice Plan and (II) In Support of the Debtors Objection to Securities Lead Plaintiffs Motion to Apply Bankruptcy Rule 7023 to Proof of Claim | 1/14/2020 | 5372 |
| 9 | Brief/Memorandum in Opposition to / Opposition of Official Committee of Tort Claimants to Securities Lead Plaintiffs Motion to Apply Bankruptcy Rule 7023 to Class Proof of Claim (Dkt. No. 5042) | 1/14/2020 | 5373 |
| 10 | Declaration of David J. Richardson in Support of Opposition of Official Committee of Tort Claimants' to Securities Lead Plaintiffs Motion to Apply Bankruptcy Rule 7023 to Class Proof of Claim (Dkt. No. 5042) | 1/14/2020 | 5375 |
| 11 | Reply Securities Lead Plaintiffs Reply In Further Support Of Motion To Apply Bankruptcy Rule 7023 To Class Proof Of Claim | 1/22/2020 | 5452 |
| 12 | Declaration of Adam D. Walter in Support of /Declaration of Adam D. Walter Of A.B. Data, Ltd. Regarding Standard Procedures And Methods Utilized In Securities Class Action Notice Programs | 1/22/2020 | 5456 |
| 13 | Declaration of Andrew D. Behlmann, Esq. in Support of Securities Lead Plaintiff's Reply In Further Support Of Motion To Apply Bankruptcy Rule 7023 To Class Proof Of Claim | 1/22/2020 | 5458 |
| 14 | Tentative Ruling Regarding Motion to Apply Rule 7023 and Order Setting Deadline (Related Doc # 5042) (lp) (Entered: 02/03/2020) | 2/03/2020 | 5604 |
| 15 | Supplemental Brief/Memorandum in support of Motion To Apply Bankruptcy Rule 7023 To Class Proofs Of Claim | 2/14/2020 | 5786 |
| 16 | Brief/Memorandum in Opposition to Motion to Apply Rule 7023, and Debtors' Supplemental Brief in Response to the Court's Tentative Ruling Regarding Order Setting Deadline | 2/14/2020 | 5787 |
| 17 | Supplemental Brief/Memorandum in Opposition to / Supplemental Brief and Reservation of Rights of Official Committee of Tort Claimants' to Securities Lead Plaintiffs Motion to Apply Bankruptcy Rule 7023 to Class Proof of Claim | 2/14/2020 | 5788 |

| Item No. | Description/Title on Docket | Date Filed on Docket | ECF No. |
|---|---|---|---|
| | (Dkt. No. 5042) | | |
| 18 | Declaration of Christina Pullo in Support of the Debtors' Supplemental Brief in Response to the Court's Tentative Ruling Regarding Motion to Apply Rule 7023 and Order Setting Deadline | 2/14/2020 | 5789 |
| 19 | Brief/Memorandum in support of Debtors' Response to the Court's Tentative Ruling Regarding Motion to Apply Rule 7023 and Order Setting Deadline | 2/14/2020 | 5790 |
| 20 | Joinder (RE: related document(s)5787 Opposition Brief/Memorandum). Filed by Interested Party Individual Officers Anthony F. Earley, Jr., Geisha J. Williams, Nickolas Stavropoulos, Julie M. Kane, Christopher P. Johns, Patrick M. Hogan, David Thomason, and Dinyar Mistry (Strabo, Jason). Related document(s) 5604 Tentative Ruling Regarding Motion to Apply Rule 7023 and Order Setting Deadline. Modified on 2/19/2020 (dc). (Entered: 02/14/2020) | 2/14/2020 | 5795 |
| 21 | Motion Securities Lead Plaintiff's Motion To Strike Declaration of Christina Pullo in Support of Debtors' Supplemental Brief in Response to the Court's Tentative Ruling Regarding Motion to Apply Rule 7023 and Order Setting Deadline Filed by Interested Party Securities Lead Plaintiff and the Proposed Class (Michelson, Randy). | 2/18/2020 | 5814 |
| 22 | Memorandum Decision Regarding Motion to Apply Rule 7023 | 2/24/2020 | 5887 |
| 23 | Notice Regarding Filing of Proposed Order in Response to the Court's Intentions Regarding Proposed Order | 2/26/2020 | 5902 |
| 24 | Order (I) Denying Securities Lead Plaintiff's Motion to Apply Bankruptcy Rule 7023 to Class Proof of Claim and (II) Extending Bar Date For Certain Holders of Securities Claims for Rescission or Damages | 2/27/2020 | 5943 |
| 25 | Document: Securities Lead Plaintiff's Proposed Edits To The Securities Claim Bar Date Notice, Securities Claim Proof Of Claim, And Proposed Order. | 2/26/2020 | 5900 |
| 26 | Motion / The Official Committee of Tort Claimants' Motion for Standing to Prosecute Claims of the Debtors' Estates Filed by Creditor Committee Official Committee of Tort Claimants | 2/28/2020 | 5972 |
| 27 | Declaration of David J. Richardson in Support of the Official Committee of Tort Claimants' Motion for Standing to Prosecute Claims of the Debtors' Estates | 2/28/2020 | 5973 |
| 28 | Notice of Hearing on the Official Committee of Tort Claimants' Motion for Standing to Prosecute Claims of the Debtors' Estates | 2/28/2020 | 5975 |
| 29 | Objection Securities Lead Plaintiff's Objection To (I) Solicitation Procedures Motion and (II) Disclosure Statement For Debtors' And Shareholder Proponents' Joint Chapter 11 Plan Of Reorganization | 3/06/2020 | 6144 |
| 30 | Stipulation and Agreement for Order Resolving the Official Committee of Tort Claimants' Motion for Standing to Prosecute | 3/23/2020 | 6435 |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

| Item No. | Description/Title on Docket | Date Filed on Docket | ECF No. |
|---|---|---|---|
| | Claims of the Debtors' Estates Filed by Debtor PG&E Corporation | | |
| 31 | Statement of With Respect To Stipulation And Agreement For Order Resolving The Official Committee Of Tort Claimants Motion For Standing To Prosecute Claims Of The Debtors' Estates | 3/24/2020 | 6449 |
| 32 | Brief/Memorandum in Opposition to Official Committee Of Tort Claimants' Motion For Standing To Prosecute Claims Of The Debtors' Estates | 3/25/2020 | 6482 |
| 33 | Reply Brief of the Official Committee of Tort Claimants in Support of Its Motion for Standing to Prosecute Claims of the Debtors' Estates | 3/31/2020 | 6547 |
| 34 | Supplemental Declaration of David J. Richardson in support of the Official Committee of Tort Claimants' Motion for Standing to Prosecute Claims of the Debtors' Estates | 3/31/2020 | 6548 |
| 35 | Reply Securities Plaintiffs' Sur-Reply In Further Opposition To Official Committee Of Tort Claimants' Motion For Standing To Prosecute Claims Of The Debtors' Estates | 4/08/2020 | 6704 |
| 36 | Statement of Debtors Regarding The Official Committee of Tort Claimants' Motion for Standing to Prosecute Claims of the Debtors' Estates | 4/10/2020 | 6739 |
| 37 | Issues For Counsel to Address At The April 14 Hearing On the TCC Standing Motion | 4/13/2020 | 6742 |
| 38 | Order Denying Motion for Standing to Prosecute Claims of the Debtors' Estates (Related Doc # 5972) (lp) (Entered: 04/15/2020) | 4/15/2020 | 6773 |
| 39 | Document: Letter to Judge Montali. Filed by Interested Party Securities Lead Plaintiff and the Proposed Class (Michelson, Randy) (Entered: 04/29/2020) | 4/29/2020 | 6982 |
| 40 | Objection to Confirmation of Plan / Objection of the Official Committee of Tort Claimants to Confirmation of Debtors and Shareholder Proponents Joint Chapter 11 Plan of Reorganization Dated March 16, 2020 Filed by Creditor Committee Official Committee of Tort Claimants | 5/15/2020 | 7306 |
| 41 | Declaration of David J. Richardson in Support of Objection of the Official Committee of Tort Claimants to Confirmation of Debtors and Shareholder Proponents Joint Chapter 11 Plan of Reorganization Dated March 16, 2020 | 5/15/2020 | 7322 |
| 42 | Declaration of Brent C. Williams in Support of Objection of the Official Committee of Tort Claimants to Confirmation of Debtors and Shareholder Proponents Joint Chapter 11 Plan of Reorganization Dated March 16, 2020 | 5/15/2020 | 7326 |
| 43 | Declaration of Jerry R. Bloom in Support of Objection of the Official Committee of Tort Claimants to Confirmation of Debtors and Shareholder Proponents Joint Chapter 11 Plan of Reorganization Dated March 16, 2020 | 5/15/2020 | 7331 |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

| Item No. | Description/Title on Docket | Date Filed on Docket | ECF No. |
|---|---|---|---|
| 44 | Notice Regarding Filing of Supplement to Plan Supplement in Connection with Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization | 5/22/2020 | 7503 |
| 45 | Reply Brief of the Official Committee of Tort Claimants to Certain Objections to Confirmation of Debtors and Shareholder Proponents Joint Chapter 11 Plan of Reorganization Dated March 16, 2020 | 5/22/2020 | 7509 |
| 46 | Notice Regarding Filing of Second Supplement to Plan Supplement in Connection with Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization | 5/24/2020 | 7563 |
| 47 | Notice Regarding Filing of Third Supplement to Plan Supplement In Connection With Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization | 6/2/2020 | 7712 |
| 48 | Stipulation Addressing Certain Plan Confirmation Objections of the Official Tort Claimants Committee Filed by Debtor PG&E Corporation | 6/2/2020 | 7711 |
| 49 | Notice Regarding Filing of Draft of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 3, 2020 | 6/3/2020 | 7736 |
| 50 | Notice Regarding Filing of Fourth Supplement to Plan Supplement In Connection With Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization | 6/5/2020 | 7810 |
| 51 | Notice Regarding Filing of Draft Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 7, 2020 | 6/7/2020 | 7814 |
| 52 | Notice Regarding Filing of Fifth Supplement to Plan Supplement In Connection With Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization | 6/8/2020 | 7841 |
| 53 | Notice Regarding Filing of Sixth Supplement to Plan Supplement In Connection With Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization | 6/10/2020 | 7879 |
| 54 | Notice Regarding Filing of Seventh Supplement to Plan Supplement In Connection With Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization | 6/11/2020 | 7894 |
| 55 | Notice Regarding Filing of Eighth Supplement to Plan Supplement In Connection With Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization | 6/12/2020 | 7927 |
| 56 | Notice Regarding Withdrawal of Objection to Plan Confirmation | 6/12/2020 | 7930 |
| 57 | Notice Regarding Filing of Debtors' and Shareholder Proponents' Draft Joint Chapter 11 Plan of Reorganization Dated June 14, 2020 | 6/14/2020 | 7937 |
| 58 | Notice Regarding Filing of Ninth Supplement to Plan Supplement In Connection With Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization | 6/22/2020 | 8057 |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Transcripts from Case No. 19-30088 (DM), in the United States Bankruptcy Court for the North District of California, *In re PG&E Corporation*, et al.

| Item No. | Description/Date of Transcript | Date Filed on Docket | ECF No. |
|---|---|---|---|
| 1 | Transcript regarding Hearing Held 1/29/2020 | 1/30/2020 | 5562 |
| 2 | Transcript regarding Hearing Held 1/29/2020 | 1/30/2020 | 5563 |
| 3 | Transcript regarding Hearing Held 2/20/2020 | 2/21/2020 | 5870 |
| 4 | Transcript regarding Hearing Held 2/26/2020 | 2/27/2020 | 5927 |
| 5 | Transcript regarding Hearing Held 2/27/2020 | 2/28/2020 | 5950 |
| 6 | Transcript regarding Hearing Held 4/14/2020 | 4/16/2020 | 6782 |
| 7 | Transcript regarding Hearing Held 5/6/2020 | 5/7/2020 | 7091 |

Dated: July 30, 2020

**BAKER & HOSTETLER LLP**

By:    */s/ David J. Richardson*
       Robert A. Julian
       David J. Richardson
       Lauren T. Attard

*Counsel for Appellee,*
*The Official Committee of Tort Claimants*

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Theodore E. Tsekerides (*pro hac vice*)
(theodore.tsekerides@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496 6723
Fax: (415) 636 9251

*Attorneys for Appellees (Debtors and Reorganized Debtors)*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>   - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>          **Reorganized Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Reorganized Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**APPELLEES' RESPONSE TO SECURITIES PLAINTIFFS' STATEMENT OF ISSUES AND DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL** |

PG&E Corporation and Pacific Gas and Electric Company (collectively, the "**Debtors**" or as reorganized pursuant to the Plan (as defined below), the "**Reorganized Debtors**" or "**Appellees**") submit this response to the July 16, 2020 filing by Public Employees Retirement Association of New Mexico, a named plaintiff in the securities class action captioned as *In re PG&E Corporation Securities Litigation*, Case No. 18-03509 (the "**Securities Litigation**") pending in the United States District Court for the Northern District of California, and together with York County on behalf of the County of York Retirement Fund, City of Warren Police and Fire Retirement System, and Mid-Jersey Trucking Industry & Local No. 701 Pension Fund (collectively, the "**Securities Plaintiffs**") of its *Statement of Issues and Designation of Items to Be Included in the Record on Appeal* [Dkt. No. 8421] (the "**Statement**") in connection with the appeal from the *Order Confirming Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020*, entered on June 20, 2020 [Dkt. No. 8053] (the "**Confirmation Order**") by the United States Bankruptcy Court for the Northern District of California (the "**Bankruptcy Court**"), pursuant to which the Bankruptcy Court confirmed the Reorganized Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020 [Dkt. No. 8048] (the "**Plan**").

## I. RESPONSE TO STATEMENT OF ISSUES ON APPEAL

The sole limited issue on appeal is:

1.       Whether the Bankruptcy Court abused its discretion in approving the defined term in the Plan, "Insurance Deduction" (Plan Section 1.127A), in connection with the treatment of Allowed HoldCo Rescission or Damage Claims under Class 10A-II of the Plan.

## II. DESIGNATION OF RECORD ON APPEAL

Pursuant to Bankruptcy Rule 8009, Appellees hereby designate the following additional items to be included in the record on appeal, or as corrections to errors in the Securities Plaintiffs' Statement, which include all exhibits and addenda attached thereto and filed therewith and all documents incorporated by reference therein:

Items from *In re PG&E Corp., et al.*, Case No. 19-30088 (DM):

| Dkt. No. | Description | Date |
|---|---|---|
| 263 | Amended Declaration of Jason P. Wells in Support of First Day Motions and Related Relief | 02/01/2019 |
| 2471 | Motion Pursuant to 11 U.S.C. §§ 363 and 105(a) and Fed. R. Bankr. P. 6004 Authorizing Debtors to Purchase D&O Insurance | 06/10/2019 |
| 2472 | Declaration of Janaize Markland in Support of D&O Insurance Motion | 06/10/2019 |
| 5042 | Securities Lead Plaintiff's Motion to Apply Bankruptcy Rule 7023 to Class Proof of Claim | 12/09/2019 |
| 5369 | Debtors' Objection to Class Representative's Motion to Extend Application of Federal Rule of Civil Procedure 23 to Proof of Claim | 01/14/2020 |
| 5370 | Declaration of Christina Pullo (i) Regarding Implementation of the Debtors' Notice Procedures and (ii) in Support of the Debtors' Objection to Securities Lead Plaintiff's Motion to Apply Bankruptcy Rule 7023 to Proof of Claim | 01/14/2020 |
| 5371 | Declaration of Benjamin P.D. Schrag (i) Regarding Implementation of the Debtors' Notice Procedures and Supplemental Notice Plan and (ii) in Support of the Debtors' Objection to Class Representative's Motion to Extend Application of Federal Rule of Civil Procedure 23 to Proof of Claim | 01/14/2020 |
| 5372 | Declaration of Jeanne C. Finegan (i) Regarding Implementation of the Debtors' Notice Procedures and Supplemental Notice Plan and (ii) in Support of the Debtors' Objection to Class Representative's Motion to Extend Application of Federal Rule of Civil Procedure 23 to Proof of Claim | 01/14/2020 |
| 5373 | Opposition of Official Committee of Tort Claimants' to Securities Lead Plaintiff's Motion to Apply Bankruptcy Rule 7023 to Class Proof of Claim | 01/14/2020 |
| 5374 | Debtors' Request for Judicial Notice in Support of Debtors' Objection to Class Representative's Motion to Extend Application of Federal Rule of Civil Procedure 23 to Proof of Claim | 01/14/2020 |
| 5375 | Declaration of David J. Richardson in Support of Opposition of Official Committee of Tort Claimant's to Securities Lead Plaintiff's | 01/14/2020 |

| Dkt. No. | Description | Date |
|---|---|---|
| | Motion to Apply Bankruptcy Rule 7023 to Class Proof of Claim (Dkt. No. 5042) | |
| 5452 | Securities Lead Plaintiff's Reply in Further Support of Motion to Apply Bankruptcy Rule 7023 to Class Proof of Claim | 01/22/2020 |
| 5456 | Declaration of Adam D. Walter of A.B. Data, Ltd. Regarding Standard Procedures and Methods Utilized in Securities Class Action Notice Programs | 01/22/2020 |
| 5458 | Declaration of Andrew D. Behlmann, Esq. in Support of Securities Lead Plaintiff's Reply in Further Support of Motion to Apply Bankruptcy Rule 7023 to Class Proof of Claim | 01/22/2020 |
| 5604 | Tentative Ruling Regarding Motion to Apply Rule 7023 and Order Setting Deadline | 02/3/2020 |
| 5786 | Securities Lead Plaintiff's Supplemental Brief in Support of Motion to Apply Bankruptcy Rule 7023 to Class Proof of Claim | 02/14/2020 |
| 5787 | Debtors' Supplemental Brief in Response to the Court's Tentative Ruling Regarding Motion to Apply Rule 7023 and Order Setting Deadline | 02/14/2020 |
| 5788 | Supplemental Brief and Reservation of Rights of Official Committee of Tort Claimants' to Securities Lead Plaintiff's Motion to Apply Bankruptcy Rule 7023 to Class Proof of Claim (Dkt. No. 5042) | 02/14/2020 |
| 5789 | Declaration of Christina Pullo in Support of the Debtors' Supplemental Brief in Response to the Court's Tentative Ruling Regarding Motion to Apply Rule 7023 and Order Setting Deadline | 02/14/2020 |
| 5790 | Memorandum in Support of Debtors' Response to the Court's Tentative Ruling Regarding Motion to Apply Rule 7023 and Order Setting Deadline | 02/14/2020 |
| 5818 | Ex Parte Motion of Securities Lead Plaintiff Pursuant to B.L.R. 9006-1 Requesting Order Shortening Time for Hearing on Securities Lead Plaintiff's Motion to Strike Declaration of Christina Pullo in Support of the Debtors' Supplemental Brief in Response to the Court's Tentative Ruling Regarding Motion to Apply Rule 7023 and Order Setting Deadline [ECF No. 5789] | 02/18/2020 |
| 5819 | Declaration of Andrew Behlmann in Support of Ex Parte Motion of Securities Lead Plaintiff Pursuant to B.L.R. 9006-1 Requesting | 02/18/2020 |

| Dkt. No. | Description | Date |
|---|---|---|
| | Order Shortening Time for Hearing on Securities Lead Plaintiff's Motion to Strike Declaration of Christina Pullo in Support of the Debtors' Supplemental Brief in Response to the Court's Tentative Ruling Regarding Motion to Apply Rule 7023 and Order Setting Deadline [ECF No. 5789] | |
| N/A | DOCKET TEXT ORDER (no separate order issued:) The court will not shorten time to hear a motion to strike (Dkt. Nos. 5814 & 5818) the Pullo declaration, nor require a response before the February 20, 2020 hearing, nor limit the scope of what it will discuss with counsel at the hearing. Each side will have an opportunity to address any questions posed by the court, not just those mentioned in the docket text yesterday, and to the argue for the position advocated and against the position opposed (Dkt. Nos. 5604, 5786 & 5787). (RE: related document(s)5814 Motion Miscellaneous Relief filed by Interested Party Securities Lead Plaintiff and the Proposed Class, 5818 Motion to Shorten Time filed by Interested Party Securities Lead Plaintiff and the Proposed Class). (Montali, Dennis) (Entered: 02/18/2020) | 02/18/2020 |
| 5887 | Memorandum Decision Regarding Motion to Apply Rule 7023 | 02/24/2020 |
| 5888 | Court's Intentions Re Proposed Order | 02/24/2020 |
| 5902 | Notice Regarding Filing of Proposed Order in Response to the Court's Intentions Regarding Proposed Order | 02/26/2020 |
| 5943 | Order (I) Denying Securities Lead Plaintiff's Motion to Apply Bankruptcy Rule 7023 to Class Proof of Claim and (II) Extending Bar Date for Certain Holders of Securities Claims for Rescission or Damages | 02/27/2020 |
| 6144 | Securities Lead Plaintiff's Objection To (I) Solicitation Procedures Motion and (II) Disclosure Statement For Debtors' And Shareholder Proponents' Joint Chapter 11 Plan Of Reorganization | 03/06/2020 |
| 6353 | Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization (including Exhibit B, the "Financial Projections") | 03/17/2020 |
| 6448 | [Proposed] Supplement to Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization | 03/24/2020 |
| 7182 | Order Establishing Confirmation Hearing Protocol | 05/13/2020 |

| Dkt. No. | Description | Date |
|---|---|---|
| 7503 | Notice of Filing of Supplement to Plan Supplement in Connection with Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization | 05/22/2020 |
| 7512 | Declaration of Kenneth S. Ziman in Support of Confirmation of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization (including all exhibits thereto) | 05/22/2020 |
| 7514 | Declaration of John Boken in Support of Confirmation of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization | 05/22/2020 |
| 7572 | Debtors' and Shareholder Proponents' Amended Joint Confirmation Hearing Exhibit List (including all exhibits thereto) | 05/25/2020 |
| 8092 | Order Regarding Objections to Exhibits | 06/24/2020 |

Hearing Transcripts from *In re PG&E Corp., et al.*, Case No. 19-30088 (DM):

| Dkt. No. | Description | Date |
|---|---|---|
| 1097 | March 27, 2019 Omnibus Hearing Transcript | 03/28/2019 |
| 5562 | Transcript of January 29, 2020 Hearing | 01/30/2020 |
| 5563 | Transcript of January 29, 2020 Hearing | 01/30/2020 |
| 5870 | Transcript of February 20, 2020 Hearing | 02/25/2020 |
| 5927 | Transcript of February 26, 2020 Hearing | 02/27/2020 |
| 5950 | Transcript of February 27, 2020 Hearing | 02/28/2020 |
| 6782 | Transcript of April 14, 2020 Hearing | 04/16/2020 |
| 7091 | Transcript of May 6, 2020 Hearing | 05/07/2020 |
| 7445 | May 19, 2020 Hearing Transcript | 05/21/2020 |
| 7576 | May 22, 2020 Hearing Transcript | 05/26/2020 |
| 7609 | May 26, 2020 Hearing Transcript | 05/28/2020 |
| 7637 | May 27, 2020 Hearing Transcript | 05/28/2020 |
| 7665 | May 28, 2020 Hearing Transcript | 05/29/2020 |

| Dkt. No. | Description | Date |
|----------|-------------|------|
| 7701 | May 29, 2020 Hearing Transcript | 06/01/2020 |
| 7710 | June 1, 2020 Hearing Transcript | 06/02/2020 |
| 7809 | June 4, 2020 Hearing Transcript | 06/05/2020 |
| 7932 | June 11, 2020 Hearing Transcript | 06/16/2020 |
| 7984 | June 16, 2020 Hearing Transcript | 06/17/2020 |

Proofs of Claim filed in *In re PG&E Corp., et al*., Case No. 19-30088 (DM):

| Claim No. | Claimant | Date |
|-----------|----------|------|
| 64352 | Anthony F. Earley, Jr. | 10/18/2019 |
| 64211 | Anthony F. Earley, Jr. | 10/18/2019 |
| 105574 | Anthony F. Earley, Jr. | 06/1/2020 |
| 105575 | Anthony F. Earley, Jr. | 06/1/2020 |
| 66240 | Geisha J. Williams | 10/20/2019 |
| 67762 | Geisha J. Williams | 10/20/2019 |
| 67818 | Geisha J. Williams | 10/20/2019 |
| 67338 | Geisha J. Williams | 10/20/2019 |
| 105581 | Geisha J. Williams | 06/1/2020 |
| 105584 | Geisha J. Williams | 06/1/2020 |
| 58618 | Nickolas Stavropoulos | 10/18/2019 |
| 64154 | Nickolas Stavropoulos | 10/18/2019 |
| 105582 | Nickolas Stavropoulos | 06/1/2020 |
| 105587 | Nickolas Stavropoulos | 06/1/2020 |
| 59284 | Julie M. Kane | 10/18/2019 |
| 64280 | Julie M. Kane | 10/18/2019 |

| Claim No. | Claimant | Date |
|---|---|---|
| 105590 | Julie M. Kane | 06/2/2020 |
| 105591 | Julie M. Kane | 06/2/2020 |
| 64128 | Christopher P. Johns | 10/18/2019 |
| 64129 | Christopher P. Johns | 10/18/2019 |
| 105576 | Christopher P. Johns | 06/1/2020 |
| 105577 | Christopher P. Johns | 06/1/2020 |
| 58925 | Patrick M. Hogan | 10/18/2019 |
| 64162 | Patrick M. Hogan | 10/18/2019 |
| 105578 | Patrick M. Hogan | 06/1/2020 |
| 105583 | Patrick M. Hogan | 06/1/2020 |
| 77867 | Barbara L. Rambo | 10/18/2019 |
| 78425 | Barbara L. Rambo | 10/18/2019 |
| 59428 | David S. Thomason | 10/18/2019 |
| 59669 | David S. Thomason | 10/18/2019 |
| 105579 | David S. Thomason | 06/1/2020 |
| 105580 | David S. Thomason | 06/1/2020 |
| 59430 | Dinyar B. Mistry | 10/18/2019 |
| 64166 | Dinyar B. Mistry | 10/18/2019 |
| 105585 | Dinyar B. Mistry | 06/1/2020 |
| 105586 | Dinyar B. Mistry | 06/1/2020 |
| 62460 | Lewis Chew | 10/18/2019 |
| 78341 | Lewis Chew | 10/18/2019 |
| 79737 | Fred J. Fowler | 10/18/2019 |

| Claim No. | Claimant | Date |
|-----------|----------|------|
| 79413 | Fred J. Fowler | 10/18/2019 |
| 77931 | Maryellen C. Herringer | 10/18/2019 |
| 62467 | Maryellen C. Herringer | 10/18/2019 |
| 78704 | Richard C. Kelly | 10/21/2019 |
| 77647 | Richard C. Kelly | 10/21/2019 |
| 79574 | Roger H. Kimmel | 10/18/2019 |
| 76135 | Roger H. Kimmel | 10/18/2019 |
| 77891 | Richard A. Meserve | 10/18/2019 |
| 79733 | Richard A. Meserve | 10/18/2019 |
| 78312 | Forrest E. Miller | 10/18/2019 |
| 78352 | Forrest E. Miller | 10/18/2019 |
| 78345 | Barry Lawson Williams | 10/18/2019 |
| 79710 | Barry Lawson Williams | 10/18/2019 |
| 79763 | Rosendo G. Parra | 10/18/2019 |
| 78941 | Rosendo G. Parra | 10/18/2019 |
| 78373 | Anne Shen Smith | 10/18/2019 |
| 79833 | Anne Shen Smith | 10/18/2019 |
| 79728 | Eric D. Mullins | 10/18/2019 |
| 79860 | Eric D. Mullins | 10/18/2019 |
| 69105 | Public Employees Retirement Association of New Mexico | 10/21/2019 |
| 71345 | Public Employees Retirement Association of New Mexico | 10/21/2019 |
| 101691 | Public Employees Retirement Association of New Mexico | 04/16/2020 |

Items from *PG&E Corp., et al. v. Pub. Emp. Ret. Ass'n of N.M.*, Adv. Pro. No. 19-03039 (DM):

| Dkt. No. | Description | Date |
|---|---|---|
| 1 | Debtors' Complaint for Preliminary and Permanent Injunctive Relief as to *In re PG&E Corp. Securities Litig.*, 18-CV-03509 (N.D. Cal.) | 06/18/2019 |
| 2 | Debtors' Motion for a Preliminary Injunction as to *In re PG&E Corp. Securities Litig.*, 18-CV-03509 (N.D. Cal.) and Memorandum of Points and Authorities in Support (including all exhibits thereto) | 06/18/2019 |
| 3 | Declaration of Elizabeth Collier in Support of Debtors' Motion for a Preliminary Injunction as to *In re PG&E Corp. Securities Litig.*, 18-CV-03509 (N.D. Cal.) (including all exhibits thereto) | 06/18/2019 |
| 14 | Memorandum of Points and Authorities in Further Support of Debtors' Motion for a Preliminary Injunction as to *In re PG&E Corp. Securities Litig.*, 18-CV-03509 (N.D. Cal.) | 08/01/2019 |

The Reorganized Debtors reserve the right to designate additional items for inclusion in the record or restate the issues presented on appeal.

Dated: July 30, 2020

        **WEIL, GOTSHAL & MANGES LLP**

        **KELLER BENVENUTTI KIM LLP**


        By:  */s/ Richard W. Slack*
        Richard W. Slack
        Peter J. Benvenutti

        *Attorneys for the Appellees (Debtors and Reorganized Debtors)*