

Office of the Clerk
United States Bankruptcy Court, Northern District of California

Edward J. Emmons, Clerk of Court
450 Golden Gate Avenue
Mail Box 36099
San Francisco, CA 94102
Phone: (415) 268-2300

**August 4, 2020**

Susan Y. Soong, Clerk of Court
United States District Court
Phillip Burton Federal Building & United States Courthouse
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

District Court Appeal Number:

**20-cv-04570-HSG**

Re: **Transmittal of Record on Appeal to District Court:**

**PG&E Corporation and Pacific Gas and Electric Company, Bankruptcy Case 19-30088, Judge Dennis Montali**

Dear Clerk:

We are electronically transmitting the following documents to your court for the above referenced matter:

☑ Docket Report
☑ Certificate of Record
☑ Appellant's Designation of Items and Statement of Issues
☑ Appellee's Designation of Additional Items (if applicable)
☐ Cross-Appellant's Designation of Additional Items and Statement of Issues (if applicable)
☐ Cross-Appellee's Designation of Additional Items (if applicable)
☐ Certificate of No Transcript Requests (if applicable)
☐ Statement of Evidence When a Transcript is Unavailable (if applicable)
☐ Agreed Statement as the Record on Appeal (if applicable)
☐ Other

If you have any questions, please contact me at **415-268-2373**      .

Edward Emmons, Clerk
United States Bankruptcy Court

By: */s/ DaWana Chambers*

DaWana Chambers, Deputy Clerk

Case: 19-30088   Doc# 8630   Filed: 08/04/20   Entered: 08/04/20 08:52:23   Page 1 of 1