# U.S. Bankruptcy Court
## California Northern Bankruptcy Court (San Francisco)
## Bankruptcy Petition #: 19−30088

| | |
|---|---|
| | *Date filed:* 01/29/2019 |
| *Assigned to:* Judge Dennis Montali | *Plan confirmed:* 06/20/2020 |
| Chapter 11 | *341 meeting:* 04/29/2019 |
| Voluntary | *Deadline for filing claims:* 10/21/2019 |
| Asset | *Deadline for filing claims (govt.):* 10/21/2019 |

*Debtor*
**PG&E Corporation**
77 Beale Street
P.O. Box 770000
San Francisco, CA 94177
SAN FRANCISCO−CA
(929) 333−8977
Tax ID / EIN: 94−3234914

represented by **Max Africk**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000
*TERMINATED: 11/12/2019*

**Peter J. Benvenutti**
Keller Benvenutti Kim LLP
650 California St. 19th Fl.
San Francisco, CA 94108
(415) 364−6798
Email: pbenvenutti@kbkllp.com

**Kevin Bostel**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**Timothy G. Cameron**
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 8th Ave.
New York, NY 10019
(212) 474−1120

**Jared R. Friedmann**
Weil, Gotshal & Manges LLP
767 Fifth Ave.
New York, NY 10153
(212) 310−8000

**Andriana Georgallas**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**Stuart J. Goldring**
Weil, Gotshal & Manges LLP
767 Fifth Ave.
New York, NY 10153
(212) 310−8000

**Matthew Goren**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**David A. Herman**
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
212−474−1000

**Stephen Karotkin**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**Tobias S. Keller**
Keller Benvenutti Kim LLP
650 California St. #1900
San Francisco, CA 94108
(415) 796−0709
Email: tkeller@kbkllp.com

**Jane Kim**
Keller Benvenutti Kim LLP
650 California St, Suite 1900
San Francisco, CA 94108
(415) 364−6793
Email: jkim@kbkllp.com

**Katherine Kohn**
Groom Law Group, Chartered
1701 Pennsylvania Ave, NW #1200
Washington, DC 20006
(202) 861−2607
Email: kkohn@groom.com

**Kevin Kramer**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**David Levine**
Groom Law Group, Chartered
1701 Pennsylvania Ave, NW #1200
Washington, DC 20006
(202) 861−5436
Email: dnl@groom.com

**Dara Levinson Silveira**
Keller Benvenutti Kim LLP
650 California St. #1900
San Francisco, CA 94108
415−364−6793
Email: dsilveira@kbkllp.com

**Jessica Liou**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

212−310−8000

**Omid H. Nasab**
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
212−474−1000

**John Nolan**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**Kevin J. Orsini**
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
212−474−1000

**Thomas B. Rupp**
Keller Benvenutti Kim LLP
650 California Street, Suite 1900
San Francisco, CA 94108
415−636−9015
Email: trupp@kbkllp.com

**Bradley R. Schneider**
Munger Tolles and Olson LLP
350 S Grand Ave., 50th Fl.
Los Angeles, CA 90071
(213) 683−9100
Email: bradley.schneider@mto.com

**Ray C. Schrock**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**Richard W. Slack**
Weil Gotshal and Manges, LLP
767 Fifth Ave.
New York, NY 10153−0119
(212) 310−8000
Email: richard.slack@weil.com

**Theodore Tsekerides**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**Paul H. Zumbro**
Cravath, Swaine & Moore LLP
85 Eighth Avenue
New York, NY 10019
2124741000
Email: mao@cravath.com

*Responsible Ind*
**Jason P. Wells**

Senior Vice President
Chief Financial Officer PG&E Corporation
77 Beale St.
San Francisco, CA 94177
(929) 333−8977

*U.S. Trustee*
**Office of the U.S. Trustee / SF**
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05−0153
San Francisco, CA 94102
(415)705−3333

represented by **Jason Blumberg**
Office of the U.S. Trustee
501 I St. #7−500
Sacramento, CA 95814
(916) 930−2076
Email: jason.blumberg@usdoj.gov

**Cameron Gulden**
Office of the United States Trustee
300 Booth St., Room 3009
Reno, NV 89509
(775) 784−5335
Email: cameron.m.gulden@usdoj.gov

**Lynette C. Kelly**
Office of the United States Trustee
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05−0153
San Francisco, CA 94102
(415) 252−2065
Email: ustpregion17.oa.ecf@usdoj.gov

**Timothy S. Laffredi**
Office of the U. S. Trustee − San Jose
280 South 1 St., Suite 268
San Jose, CA 95113
(408) 535−5525
Email: timothy.s.laffredi@usdoj.gov

**Timothy S. Laffredi**
Office of the U.S. Trustee − SF
450 Golden Gate Ave.
Suite 05−0153
San Francisco, CA 94102
(415) 705−3333
Email: timothy.s.laffredi@usdoj.gov

**Marta Villacorta**
Office of the United States Trustee
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05−0153
San Francisco, CA 94102
(415) 252−2062
Email: marta.villacorta@usdoj.gov

*Creditor Committee*
**Official Committee Of Unsecured Creditors**

represented by **Paul S. Aronzon**
Milbank LLP
2029 Century Park East, 33rd Fl.
Los Angeles, CA 90067
(424) 386−4000
Email: paronzon@milbank.com

**James C. Behrens**
Milbank, LLP
2029 Century Park E, 33rd Fl.
Los Angeles, CA 90067

(424) 386−4436
Email: jbehrens@milbank.com

**Gregory A. Bray**
Milbank LLP
2029 Century Park East, 33rd Fl.
Los Angeles, CA 90067
(424) 386−4470
Email: gbray@milbank.com

**Erin Elizabeth Dexter**
Milbank LLP
1850 K St., NW, #1100
Washington, DC 20006
(202) 835−7500
Email: edexter@milbank.com

**Dennis F. Dunne**
Milbank, LLP
55 Hudson Yards
New York, NY 10001−2163
(212) 530−5000
Email: ddunne@milbank.com

**Samuel A. Khalil**
Milbank, LLP
55 Hudson Yards
New York, NY 10001−2163
(212) 530−5000
Email: skhalil@milbank.com

**Thomas R. Kreller**
Milbank LLP
2029 Century Park East, 33rd
Los Angeles, CA 90067
(424) 386−4463
Email: tkreller@milbank.com

**Andrew Michael Leblanc**
Milbank LLP
1850 K St., NW, #1100
Washington, DC 20006
(202) 835−7500
Email: ALeblanc@milbank.com

**Alan J. Stone**
Milbank LLP
55 Hudson Yards
New York, NY 10001
(212) 530−5000
Email: AStone@milbank.com

*Creditor Committee*          represented by **Lauren T. Attard**
**Official Committee of Tort Claimants**          Baker Hostetler LLP
11601 Wilshire Blvd. #1400
Los Angeles, CA 90025−0509
(310) 820−8800
Email: lattard@bakerlaw.com

**Chris Bator**
Baker & Hostetler LLP
127 Public Square #2000

Cleveland, OH 44114
(216) 621−0200
Email: cbator@bakerlaw.com

**Dustin M. Dow**
Baker & Hostetler LLP
127 Public Square #2000
Cleveland, OH 44114
(216) 621−0200
Email: ddow@bakerlaw.com

**Cecily Ann Dumas**
Baker and Hostetler LLP
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA 94111−2806
415−659−2600
Email: cdumas@bakerlaw.com

**Joseph M. Esmont**
Baker & Hostetler LLP
127 Public Sq., #2000
Cleveland, OH 44147
(216) 861−7835
Email: jesmont@bakerlaw.com

**Lars H. Fuller**
Baker & Hostetler LLP
1801 California St #4400
Denver, CO 80202
(303) 764−4114
Email: lfuller@bakerlaw.com

**Eric R. Goodman**
Baker & Hostetler LLP
Key Tower, 127 Public Sq., #2000
Cleveland, OH 44114−1214
(216) 621−0200
Email: egoodman@bakerlaw.com

**Elizabeth A. Green**
BakerHostetler LLP
200 S. Orange Ave. #2300
Orlando, FL 32801
(407) 649−4000
Email: egreen@bakerlaw.com

**Robert A. Julian**
Baker and Hostetler LLP
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA 94111−2806
(415) 569−2600
Email: rjulian@bakerlaw.com

**Elyssa S. Kates**
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
(212) 589−4227
Email: ekates@bakerlaw.com

**Kody D. L. Kleber**

Baker & Hostetler LLP
811 Main St., #1100
Houston, TX 77005
(713) 703−1315
Email: kkleber@bakerlaw.com

**John H. MacConaghy**
MacConaghy and Barnier
645 1st St. W #D
Sonoma, CA 95476
(707) 935−3205
Email: macclaw@macbarlaw.com

**Kimberly S. Morris**
Baker & Hostetler LLP
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA 94111
(415) 659−2600
Email: kmorris@bakerlaw.com

**David J. Richardson**
Baker & Hostetler, LLP
11601 Wilshire Blvd.,
14th Floor
Los Angeles, CA 90025
(310) 442−8858
Email: drichardson@bakerlaw.com

**David B. Rivkin, Jr.**
Baker and Hostetler LLP
1050 Connecticut Ave., N.W., #1100
Washington, DC 20036
(202) 861−1731
Email: drivkin@bakerlaw.com

**Jorian L. Rose**
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
(212) 589−4200
Email: jrose@bakerlaw.com

**Eric E. Sagerman**
Baker and Hostetler LLP
11601 Wilshire Blvd. #1400
Los Angeles, CA 90025
(310) 442−8875
Email: esagerman@bakerlaw.com

**Catherine E. Woltering**
Baker & Hostetler LLP
Key Tower, 127 Public Sq., #2000
Cleveland, OH 44114−1214
(614) 462−2677
Email: cwoltering@bakerlaw.com
*TERMINATED: 04/01/2020*

| Filing Date | # | Docket Text |
|---|---|---|
| 07/17/2020 | 8443 | |

| | | | |
|---|---|---|---|
| | | | Statement of Issues on Appeal./ *Trade Committee's Statement of Issues, Designation of Items To Be Included In The Record, and Certification Regarding Transcripts* (RE: related document(s)8261 Notice of Appeal and Statement of Election filed by Creditor Ad Hoc Committee of Holders of Trade Claims). Filed by Creditor Ad Hoc Committee of Holders of Trade Claims (Neumeister, Michael) (Entered: 07/17/2020) |
| 07/31/2020 | | 8608 | Appellee Designation of Contents for Inclusion in Record of Appeal *Reorganized Debtors' Response to Trade Committee's Statement of Issues and Designation of Additional Items to be Included in the Record on Appeal* (RE: related document(s)8261 Notice of Appeal and Statement of Election filed by Creditor Ad Hoc Committee of Holders of Trade Claims). Filed by Debtor PG&E Corporation (Rupp, Thomas) (Entered: 07/31/2020) |

DAVID M. FELDMAN (*pro hac vice*)
 dfeldman@gibsondunn.com
MATTHEW K. KELSEY (*pro hac vice*)
 mkelsey@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

MATTHEW D. McGILL (*pro hac vice*)
 mmcgill@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

MICHAEL S. NEUMEISTER, SBN 274220
 mneumeister@gibsondunn.com
MICHELLE CHOI, SBN 313557
 mchoi@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

*Attorneys for the Ad Hoc Committee of
Holders of Trade Claims*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br> -and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br> Debtors.<br><br>  ☐ Affects PG&E Corporation<br><br>  ☐ Affects Pacific Gas and Electric Company<br><br>  ☑ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>District Case No. 20-cv-04570-HSG<br><br>**TRADE COMMITTEE'S STATEMENT OF ISSUES, DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD, AND CERTIFICATION REGARDING TRANSCRIPTS** |
| AD HOC COMMITTEE OF HOLDERS OF TRADE CLAIMS,<br><br>  Appellant,<br><br>  v.<br><br>PG&E CORPORATION, et al.,<br><br>  Appellees. | |

NOTICE IS HEREBY GIVEN that the Ad Hoc Committee of Holders of Trade Claims (the "Trade Committee" or "Appellant") hereby provides, pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, the following statement of issues, designation of items to be included in the record, and certificate regarding transcripts in connection with Appellant's *Notice of Appeal and Statement of Election to Have Appeal Heard by District Court* [D.I. 8261] (the "Notice of Appeal"). As set forth in the Notice of Appeal, Appellant appeals from (i) the *Order Confirming Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020* [D.I. 8053] entered on June 20, 2020 (the "Confirmation Order") and (ii) the related *Memorandum Decision – Confirmation of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization* [D.I. 8001] entered on June 17, 2020 (the "Confirmation Memorandum" and, together with the Confirmation Order, the "Confirmation Order and Memorandum") by the United States Bankruptcy Court for the Northern District of California (the "Bankruptcy Court"). The Confirmation Memorandum incorporates by reference the Bankruptcy Court's prior decisions in (x) the *Interlocutory Order Regarding Postpetition Interest* [D.I. 5669] entered on February 6, 2020 (the "PPI Order") and (y) the related *Memorandum Decision Regarding Postpetition Interest* [D.I. 5226] entered on December 30, 2019 (the "PPI Memorandum" and, together with the PPI Order, the "PPI Order and Memorandum"). Appellant specifically appeals from the Bankruptcy Court's ruling in the PPI Order and Memorandum as incorporated into the Confirmation Order and Memorandum.

**STATEMENT OF ISSUES ON APPEAL**

Bankruptcy Code section 1129 sets forth the requirements for confirmation of a chapter 11 plan. Section 1129(a)(8) requires that, "[w]ith respect to each class of claims or interests—(A) such class has accepted the plan; or (B) such class is not impaired under the plan." Under the Bankruptcy Code, a class of claims is impaired unless the plan, with respect to each claim in such class, "leaves unaltered [its] legal, equitable, and contractual rights." 11 U.S.C. § 1124(1). A "class that is not impaired," on the other hand, is "conclusively presumed to have accepted the plan" and has no right to vote on it. *Id.* § 1126(f).

Where an impaired class of claims votes to reject a chapter 11 plan, if all conditions of

section 1129(a) are satisfied other than section 1129(a)(8), the plan can be confirmed only if it "does not discriminate unfairly, and is fair and equitable" with respect to each impaired class that has not accepted the plan. *Id.* § 1129(b)(1). Moreover, for "each impaired class of claims," section 1129(a)(7) requires that each holder of a claim or interest who has not accepted the plan must "receive . . . under the plan . . . value . . . that is not less than the amount such holder would receive . . . if the debtor were liquidated under chapter 7[.]" Section 726(a) of the Bankruptcy Code provides the order by which estate property shall be distributed to creditors in a chapter 7 liquidation, and provides, as the "fifth" priority, for payment of post-petition interest "at the legal rate." In *Onink v. Cardelucci (In re Cardelucci)*, 285 F.3d 1231 (9th Cir. 2002), the Ninth Circuit held that the "legal rate" under section 726(a)(5) was the federal judgment rate provided for in 28 U.S.C. § 1961. *See Cardelucci*, 285 F.3d at 1233.

Appellant's members hold General Unsecured Claims[1] against the Debtors that are based on contracts that incorporate California state law, which in turn provides that, in the event of breach, interest shall accrue at the rate of 10 percent per annum, unless a different rate is specified in writing. Cal. Civ. Code § 3289. The Debtors' Plan provides for payment of post-petition interest on General Unsecured Claims at the Federal Judgment Rate (calculated as of the Petition Date as 2.59%). The Plan nevertheless asserts that General Unsecured Claims are unimpaired, and thus have no right to vote for or against the Plan or to challenge the Plan as "discriminating unfair[ly]" or as not "fair and equitable" under Bankruptcy Code section 1129(b).

In the PPI Memorandum and Order, the Bankruptcy Court held that General Unsecured Claims were impaired not by the Plan, but instead by section 726(a)(5) of the Bankruptcy Code and its requirement that post-petition interest be paid at the "legal rate," such that any class of General Unsecured Claims is unimpaired. The issue on appeal is whether, in a bankruptcy case in which the debtor is solvent, Bankruptcy Code section 726(a)(5), which can apply in a chapter 11 bankruptcy case only to "each impaired class of claims," 11 U.S.C. § 1129(a)(7), may apply to reduce the rate of interest owed to a class of claims that is asserted by the Plan to be unimpaired.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020* [D.I. 8048] (the "Plan").

# **DESIGNATION OF RECORD ON APPEAL**

Appellant hereby designates the following items to be included in the record on appeal, which includes all exhibits and addenda attached thereto and filed therewith and all documents incorporated by reference therein:

| Item | Filing Date | Docket No.[2] |
|---|---|---|
| Amended Declaration of Jason P. Wells in Support of First Day Motions and Related Relief | Feb. 1, 2019 | 263 |
| Schedule E/F: Creditors Who Have Unsecured Claims For Non-Individual Debtor PG&E Corporation | Mar. 14, 2019 | 900 |
| Schedule E/F: Creditors Who Have Unsecured Claims For Non-Individual Debtor Pacific Gas and Electric Company | Mar. 14, 2019 | 906 |
| Debtors' Joint Chapter 11 Plan of Reorganization | Sept. 9, 2019 | 3841 |
| Debtors' First Amended Joint Chapter 11 Plan of Reorganization | Sept. 23, 2019 | 3966 |
| Verified Statement of Ad Hoc Committee of Holders of Trade Claims Pursuant to Bankruptcy Rule 2019 | Oct. 16, 2019 | 4214 |
| Order Establishing Pre-Confirmation Briefing and Hearing Schedule for Certain Legal Issues | Oct. 31, 2019 | 4540 |
| Debtors' Joint Chapter 11 Plan of Reorganization Dated November 4, 2019 | Nov. 4, 2019 | 4563 |
| Debtors' Brief Regarding Applicable Rate of Postpetition Interest on Allowed Unsecured Claims and Joinder of PG&E Shareholders (the "Debtors' Opening Brief") | Nov. 8, 2019 | 4624 |
| Consolidated Edison Development Inc.'s Reservation of Rights Regarding Postpetition Interest on Unsecured Claims | Nov. 8, 2019 | 4625 |

---

[2] Unless otherwise indicated, all references herein to "Docket No." shall be to the docket maintained in the above-captioned chapter 11 cases.

| | | |
|---|---|---|
| Consolidated Opening Brief of the Official Committee of Unsecured Creditors and Other Creditor Groups and Representatives Regarding the Appropriate Postpetition Interest Rate Payable on Unsecured Claim in a Solvent Debtor Case (the "Creditor Groups' Opening Brief") | Nov. 8, 2019 | 4634 |
| Joinder in Consolidated Opening Brief of the Official Committee of Unsecured Creditors and Other Creditor Groups and Representatives Regarding the Appropriate Postpetition Interest Rate Payable on Unsecured Claims in a Solvent Debtor Case | Nov. 8, 2019 | 4636 |
| Reservation of Rights of the Ad Hoc Group of Subrogation Claim Holders Regarding the Appropriate Postpetition Interest Rate Payable on Unsecured Claims in a Solvent Debtor Case | Nov. 22, 2019 | 4840 |
| Debtors' Brief in Opposition to Consolidated Opening Brief of Unsecured Creditors and Other Creditor Groups and Representatives Regarding the Appropriate Postpetition Interest Rate Payable on Unsecured Claims in a Solvent Debtor Case; Joinder of PG&E Shareholders (the "Debtors' Responsive Brief" and, together with the Debtors' Opening Brief, the "Debtors' Briefs") | Nov. 22, 2019 | 4849 |
| Consolidated Reply Brief of the Official Committee of Unsecured Creditors and Other Creditor Groups and Representatives Regarding the Appropriate Postpetition Interest Rate Payable on Unsecured Claims in a Solvent Debtor Case (the "Creditor Groups' Responsive Brief" and, together with the Creditor Groups' Opening Brief, the "Creditor Groups' Briefs") | Nov. 22, 2019 | 4855 |
| Letter Dated Dec. 5, 2019 in Support of Creditor Groups' Briefs | Dec. 5, 2019 | 5003 |
| Letter Dated Dec. 6, 2019 in Support of Debtors' Briefs | Dec. 6, 2019 | 5018 |
| Memorandum Decision Regarding Postpetition Interest | Dec. 30, 2019 | 5226 |

| | | |
|---|---|---|
| First Amended Verified Statement of Ad Hoc Committee of Holders of Trade Claims Pursuant to Bankruptcy Rule 2019 | Dec. 10, 2019 | 5060 |
| Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated December 12, 2019 | Dec. 12, 2019 | 5101 |
| DOCKET TEXT ORDER (no separate order issued:) For the Make-Whole Optional Redemption issue arguments on January 14, 2020, at 10:00 AM, Debtors and the joining Shareholders will have a total of one hour, including time for rebuttal, to be shared as their counsel agree. The opposing creditor groups will also have one hour, to be shared as their counsel agree. At the conclusion of the hearing the court would like counsel to be prepared to address the questions raised in the Memorandum Decision regarding Postpetition Interest (Dkt. No. 5226), namely whether orders disposing of that issue and the Make-Whole issue should be certified for direct appeal to the court of appeal, certified as final under FRCP 54(b), or both, or neither. (RE: related document(s)[4896] Support Brief/Memorandum filed by Debtor PG&E Corporation). (Montali, Dennis) | Jan. 9, 2020 | N/A |
| Trade Committee's Statement in Connection with January 29, 2020 Status Conference | Jan. 27, 2020 | 5517 |
| Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 for Entry of an Order (I) Approving and Authorizing the Debtors to Enter into Restructuring Support Agreement with Consenting Noteholders and Shareholder Proponents and (II) Granted Related Relief | Jan. 27, 2020 | 5519 |
| Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated January 31, 2020 | Jan. 31, 2020 | 5590 |

| | | |
|---|---|---|
| Limited Objection of the Ad Hoc Committee of Holders of Trade Claims to Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 for Entry of an Order (I) Approving and Authorizing the Debtors to Enter into Restructuring Support Agreement with Consenting Noteholders and Shareholder Proponents and (II) Granted Related Relief | Feb. 3, 2020 | 5596 |
| Interlocutory Order Regarding Postpetition Interest | Feb. 6, 2020 | 5669 |
| Objection of the Ad Hoc Committee of Holders of Trade Claims to the Proposed Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization | March 6, 2020 | 6152 |
| Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 9, 2020 | March 9, 2020 | 6217 |
| Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020 | March 16, 2020 | 6320 |
| Reservation of Rights and Limited Objection to Confirmation of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization, Dated March 16, 2020 | May 15, 2020 | 7221 |
| Objection of the Ad Hoc Committee of Holders of Trade Claims to Confirmation of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020 | May 15, 2020 | 7288 |
| Teichert Pipelines' Objection to Proposed Cure Amount | May 15, 2020 | 7289 |
| Limited Objection of the Official Committee of Unsecured Creditors to Plan Confirmation | May 15, 2020 | 7300 |
| Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated May 22, 2020 | May 22, 2020 | 7521 |

| | | |
|---|---|---|
| Plan Proponents' Joint Memorandum of Law and Omnibus Response in Support of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization | May 22, 2020 | 7528 |
| Notice of Filing of Debtors' and Shareholder Proponents' Updated Objection Summary Chart | June 5, 2020 | 7793 |
| Memorandum Decision – Confirmation of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization | June 17, 2020 | 8001 |
| Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020 | June 19, 2020 | 8048 |
| Order Confirming Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020 | June 20, 2020 | 8053 |
| *Onink v. Cardelucci (In re Cardelucci)*, Appellee's Opening Brief, 2001 WL 34091272 | N/A | N/A |
| **Hearing Transcripts** | **Filing Date** | **Docket No.** |
| Transcript of Aug. 13, 2019 Hearing | Aug. 14, 2019 | 3540 |
| Transcript of Sept. 24, 2019 Hearing | Sept. 25, 2019 | 4003 |
| Transcript of Oct. 7, 2019 Hearing | Oct. 8, 2019 | 4162 |
| Transcript of Oct. 23, 2019 Hearing | Oct. 24, 2019 | 4467 |
| Transcript of Dec. 11, 2019 Hearing | Dec. 12, 2019 | 5085 |
| Transcript of Hearing at Jan. 29, 2020 at 10:00 a.m. (PST) | Jan. 30, 2020 | 5562 |
| Transcript of Hearing at Jan. 29, 2020 at 1:30 p.m. (PST) | Jan. 30, 2020 | 5563 |
| Transcript of Feb. 4, 2020 Hearing | Feb. 5, 2020 | 5634 |
| Transcript of May 27, 2020 Hearing | May 28, 2020 | 7637 |
| Transcript of May 28, 2020 Hearing | May 29, 2020 | 7665 |
| Transcript of May 29, 2020 Hearing | June 1, 2020 | 7701 |

| | | |
|---|---|---|
| Transcript of June 1, 2020 Hearing | June 2, 2020 | 7710 |
| Transcript of June 3, 2020 Hearing | June 4, 2020 | 7784 |
| Transcript of June 4, 2020 Hearing | June 5, 2020 | 7809 |
| Transcript of June 5, 2020 Hearing | June 9, 2020 | 7843 |
| Transcript of June 8, 2020 Hearing | June 10, 2020 | 7869 |
| Transcript of June 11, 2020 Hearing | June 12, 2020 | 7932 |
| Transcript of June 16, 2020 Hearing | June 17, 2020 | 7984 |
| Transcript of June 19, 2020 Hearing | June 22, 2020 | 8066 |

Appellant reserves the right to designate additional items for inclusion in the record and/or restate issues presented on appeal.

## CERTIFICATE REGARDING TRANSCRIPTS

Appellant certifies pursuant to Bankruptcy Rule 8009(b)(1) that it is not ordering any transcripts. All transcripts have been prepared, are filed on the docket, and have been designated in the record.

*[Signature to follow.]*

1    Dated: July 17, 2020                    **GIBSON, DUNN & CRUTCHER LLP**

2

3                                            By:   /s/ *Michael S. Neumeister*
                                                   David M. Feldman (*pro hac vice*)
4                                                  Matthew K. Kelsey (*pro hac vice*)
                                                   Matthew D. McGill (*pro hac vice*)
5                                                  Michael S. Neumeister
                                                   Michelle Choi
6

7                                            *Attorneys for the Ad Hoc Committee of*
                                             *Holders of Trade Claims*
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Theodore E. Tsekerides (*pro hac vice*)
(theodore.tsekerides@weil.com)
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors and Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>　　- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>　　　　　　　　　　　**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Chapter 11 Case No. 19-30088 (DM)<br>(Lead Case)<br>(Jointly Administered)<br><br><br>**REORGANIZED DEBTORS' RESPONSE TO TRADE COMMITTEE'S STATEMENT OF ISSUES AND DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**<br><br>**Relates to Docket Nos. 8261, 8443.** |

Pursuant to Rule 8009(a)(2) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), PG&E Corporation and Pacific Gas and Electric Company, as reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors,**" as applicable) in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), submit this response to the July 17, 2020 filing by the Ad Hoc Committee of Holders of Trade Claims (the "**Trade Committee**" or "**Appellant**") of its *Statement of Issues, Designation of Items to be Included in the Record, and Certification Regarding Transcripts* [Dkt. No. 8443] (the "**Statement**") in connection with its appeal.[1]

### Response to Statement of Issues on Appeal

The sole issue on appeal is whether the Bankruptcy Court properly applied binding Ninth Circuit precedent in holding that, in a solvent debtor case, a general unsecured creditor receives postpetition interest on its claim at the Federal Judgment Rate.

### Designation of Record on Appeal

Pursuant to Rule 8009 of the Bankruptcy Rules, the Reorganized Debtors hereby designate the following additional items to be included in the record on appeal, which include all exhibits and addenda attached thereto and filed therewith and all documents incorporated by reference therein:

| Item | Filing Date | Dkt. No.[2] |
|---|---|---|
| Second Amended Verified Statement Of The Ad Hoc Committee Of Senior Unsecured Noteholders Pursuant To Bankruptcy Rule 2019 | October 21, 2019 | 4369 |
| Order Pursuant To 11 U.S.C. §§ 363(b) And 105(a) And Fed. R. Bankr. P. 6004 and 9019 (I) Approving And Authorizing The Debtors To Enter Into Restructuring Support Agreement With Consenting Noteholders And Shareholder Proponents, And (II) Granting Related Relief | February 5, 2020 | 5637 |
| Notice Of Withdrawal Of Chapter 11 Plan Of Reorganization Filed By The Ad Hoc Committee Of Senior Unsecured Noteholders | February 5, 2020 | 5644 |

---

[1] Capitalized terms not otherwise defined herein have the meanings ascribed to them in the *Order Confirming Debtor's and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization dated June 19, 2020* [Dkt. No. 8053] (together with all related documents, attachments, and exhibits, the "**Confirmation Order**").

[2] Unless otherwise indicated, all references herein to "Dkt. No." shall be to the docket maintained in the above-captioned chapter 11 cases.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| Item | Filing Date | Dkt. No.[2] |
|---|---|---|
| Notice of Appeal from Interlocutory Order Regarding Postpetition Interest of Ad Hoc Committee of Holders of Trade Claims | February 20, 2020 | 5844 |
| Motion of Ad Hoc Committee of Holders of Trade Claims for Leave to Appeal Order Regarding Postpetition Interest | February 20, 2020 | 5845 |
| Memorandum in Support of Motion of Ad Hoc Committee of Holders of Trade Claims for Leave to Appeal Order Regarding Postpetition Interest | February 20, 2020 | 5846 |
| Notice of Appeal to District Court and Statement of Election of the Official Committee of Unsecured Creditors | March 5, 2020 | 6097 |
| Cross-Motion of the Official Committee of Unsecured Creditors for Leave to Appeal Order Regarding Postpetition Interest | March 5, 2020 | 6101 |
| Notice of Appeal and Statement of Election by the Ad Hoc Committee of Senior Unsecured Noteholders Concerning Interlocutory Order Regarding Postpetition Interest | March 5, 2020 | 6103 |
| Cross-Motion of Administrative Agent for Leave to Appeal Order Regarding Postpetition | March 5, 2020 | 6120 |
| BOKF's Notice of Appeal and Election to Have Appeal Heard by District Court Concerning Order Regarding Postpetition Interest | March 5, 2020 | 6122 |
| BOKF's Cross-Motion for Leave to Appeal Order Regarding Postpetition Interest Filed by Interested Party BOKF | March 5, 2020 | 6124 |
| Disclosure Statement For Debtors' And Shareholder Proponents' Joint Chapter 11 Plan Of Reorganization | March 17, 2020 | 6353 |
| Plan Supplement in Connection With Joint Chapter 11 Plan of Reorganization | May 1, 2020 | 7037 |
| Second Plan Supplement in Connection With Joint Chapter 11 Plan of Reorganization | May 24, 2020 | 7563 |
| Third Plan Supplement in Connection With Joint Chapter 11 Plan of Reorganization | June 2, 2020 | 7712 |
| Fourth Plan Supplement in Connection With Joint Chapter 11 Plan of Reorganization | June 5, 2020 | 7810 |
| Fifth Plan Supplement in Connection With Joint Chapter 11 Plan of Reorganization | June 8, 2020 | 7841 |
| Sixth Plan Supplement in Connection With Joint Chapter 11 Plan of Reorganization | June 10, 2020 | 7879 |
| Seventh Plan Supplement in Connection With Joint Chapter 11 Plan of Reorganization | June 11, 2020 | 7894 |
| Eighth Plan Supplement in Connection With Joint Chapter 11 Plan of Reorganization | June 12, 2020 | 7929 |
| Ninth Plan Supplement in Connection With Joint Chapter 11 Plan of Reorganization | June 21, 2020 | 8057 |
| Tenth Plan Supplement in Connection With Joint Chapter 11 Plan of Reorganization | July 10, 2020 | 8364 |
| Motion for Leave to Appeal Order Regarding Postpetition | February 21, 2020 | ECF No. 3, 20-cv- |

| Item | Filing Date | Dkt. No.[2] |
|------|-------------|---------|
| Interest | | 01493-HSG |
| Response of Ad Hoc Committee of Senior Unsecured Noteholders, BOKF, NA, and the Ad Hoc Group of Subrogation Claim Holders in Opposition to Motion for Leave to Appeal Postpetition Interest | March 13, 2020 | ECF No. 31, 20-cv-01493-HSG |
| Debtors' Opposition to Motion for Leave to Appeal Order Regarding Postpetition Interest; Joinder of PG&E Shareholders | March 13, 2020 | ECF No. 32, 20-cv-01493-HSG |
| Reply in Support of Motion of Ad Hoc Committee of Holders of Trade Claims for Leave to Appeal Order Regarding Postpetition Interest | March 27, 2020 | ECF No. 48, 20-cv-01493-HSG |
| Reply of Citibank N.A., as Administrative Agent in Support of Cross-Motion for Leave to Appeal Order Regarding Postpetition Interest | March 27, 2020 | ECF No. 51, 20-cv-01493-HSG |
| Order Denying Motion for Leave to Appeal | April 14, 2020 | ECF No. 62, 20-cv-01493-HSG |

The Reorganized Debtors reserve all rights to designate additional items to include in the record or restate the issues presented on appeal.

Dated: July 31, 2020

**WEIL, GOTSHAL & MANGES LLP**

**KELLER BENVENUTTI KIM LLP**

By: _/s/ Theodore E. Tsekerides_
Theodore Tsekerides

*Attorneys for Debtors and Reorganized Debtors*

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119