UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

In Re:

**PG&E Corporation and
Pacific Gas and Electric Company**

Bankruptcy Case No.: **19-30088-DM**

Adversary Proceeding No.:

v.                    Plaintiff(s)

District Court Appeal Case No.:

Defendant(s)        **20-cv-04568-HSG**

## CERTIFICATE OF RECORD

The undersigned Clerk of the U.S. Bankruptcy Court hereby certifies the record on appeal is complete and ready for transmission. The Designation of Content for Record on Appeal and Statement of Issues have been filed. The status of the transcripts are as follows:

[X] Designated transcript(s) have been filed with this Court. Docket #: **4003, 4162, 4467, 4819,**

[ ] No transcripts were requested by Appellant or Appellee.

[X] Other: Continue Transcript(s) Dkt. Nos. 4992, 5085, 5169, 5383, 5562, 5563, 5634, 5740, 6258, 6265, 6267, 6335, 6371, 6489, 6715, 6782, 6799, 7177, 7416, 7445, 7576, 7609, 7637, 7665, 7701, 7710, 7784, 7809, 7843, 7869, 7932, 7984, 8066, 8110.

Edward Emmons, Clerk
United States Bankruptcy Court

Date: 08/04/2020   By: */s/ DaWana Chambers*
                       DaWana Chambers, Deputy Clerk