**EXHIBIT B**

# EXHIBIT B

## HOURS BY TASK
## FOR THE PERIOD JUNE 1, 2020 THROUGH JUNE 30, 2020

| TASK DESCRIPTION | HOURS |
|---|---|
| Emails and/or Calls with Client and/or Client Attorney | 2.70 |
| **TOTAL** | **2.70** |