# EXHIBIT C

## Detailed Time Entries

**LYNN A. BAKER, ESQ.**
**2210 Greenlee Drive**
**Austin, TX 78703**

July 1, 2020

For legal services rendered by **Lynn A. Baker** as court-appointed Special Ethics Counsel to the Official Committee of Tort Claimants (the "TCC") of PG&E Corporation and Pacific Gas and Electric Company (collectively the "Debtors") in connection with the relevant bankruptcy proceedings:

<u>June 9, 2020 – 0.20 hrs.</u>
  0.10 hr. -- read email and attachment from R. Julian re: plan confirmation
  0.10 hr. -- read email and attachment from R. Julian re: estimation proceedings

<u>June 10, 2020 – 0.10 hrs.</u>
  0.10 hr. -- read emails and attachments from J. Esmont re: agenda, Trust Agreement, and Joint Statement

<u>June 11, 2020 – 0.40 hrs.</u>
  0.10 hr. -- read email from E. Kates re: Registration Rights Agreement and term sheets
  0.10 hr. -- read email and attachment from K. Morris re: report on fire victim vote
  0.10 hr. -- read email and attachment from J. Esmont re: PGE Headquarters transition
  0.10 hr. -- read email from L. Attard re: late claims

<u>June 14, 2020 – 0.20 hr.</u>
  0.20 hr. -- read email from J. Esmont and attached orders re: stipulations and motions and orders re: changes to the Plan

<u>June 16, 2020 – 0.10 hr.</u>
  0.10 hr. -- read email and attached Critical Dates memo from E. Kates

<u>June 17, 2020 – 0.30 hr.</u>
  0.20 hr. -- read email from R. Julian and attached Order Approving Plan
  0.10 hr. -- read email from R. Julian re: settlement update

<u>June 19, 2020 – 0.10 hr.</u>
  0.10 hr. -- read email from K. Morris and attached TCC Report on Debtor's voting process

<u>June 22, 2020 – 0.40 hr.</u>
    0.10 hr. --     read email from L. Attard re: dismissal of Subro lawsuit, and response to Abrams' motion, and attachment
    0.10 hr. --     read email from L. Attard re: plan confirmation and attached court order
    0.10 hr. --     read email and attachment from E. Kates re: critical dates
    0.10 hr. --     read email and attachment from L. Attard re: TCC resolution on exculpation

<u>June 23, 2020 – 0.10 hrs.</u>
    0.10 hr. --     email exchanges with R. Julian and K. Lockhard re: status and conclusion of representation

<u>June 25, 2020 – 0.30 hr.</u>
    0.10 hr. --     read email from R. Julian re: debtor's finances and attached materials
    0.10 hr. --     read email and attachments from J. Esmont re: meeting agenda
    0.10 hr. --     read emails and attachments from L. Attard re: late claim filings and meeting agenda

<u>June 26, 2020 – 0.20 hr.</u>
    0.10 hr. --     read email from E. Kates re: TCC minutes and agenda
    0.10 hr. --     read email from L. Attard re: Viney filing

<u>June 29, 2020 – 0.20 hr.</u>
    0.10 hr. --     read emails from E. Kates re: TCC minutes and attached critical dates memo
    0.10 hr. --     read emails from K. Lockhart re: meeting minutes and exculpation resolution; read replies from TCC members

<u>June 30, 2020 – 0.10 hr.</u>
    0.10 hr. --     read emails from K. Lockhart and various TCC members re: voting on meeting minutes and exculpation resolution

================================================================

June – 2.70 hours @ $1,200/hour = $3,240.00

**<u>Total due = $3,240.00</u>**