UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION,**<br>  - and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                                    Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**CERTIFICATE OF NO OBJECTION REGARDING FIFTEENTH MONTHLY FEE STATEMENT OF LINCOLN PARTNERS ADVISORS LLC FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MAY 1, 2020 THROUGH MAY 31, 2020**<br><br>[Re: Docket No. 8369]<br><br>**OBJECTION DATE**: August 3, 2020 |

**THE MONTHLY FEE STATEMENT**

On July 13, 2020, Lincoln Partners Advisors LLC ("**Lincoln**" or the "**Applicant**"), financial advisor to the Official Committee of Tort Claimants ("**Tort Committee**"), filed its Fifteenth Monthly Fee Statement of Lincoln Partners Advisors LLC for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of May 1, 2020 through May 31, 2020 [Docket No. 8369] (the "**Fifteenth Monthly Fee Statement**"), pursuant to the *Order Pursuant to 11 U.S.C. §§ 331 and 105(a) and Fed. R. Bank. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals,* entered on February 28, 2019 [Docket No. 701] (the "**Interim Compensation Procedures Order**").

The Fifteenth Monthly Fee Statement was served as described in the Certificate of Service of Heidi Hammon-Turano, filed on July 16, 2020 [Docket. No. 8424]. The deadline to file responses or oppositions to the Fifteenth Monthly Fee Statement was August 3, 2020, and no oppositions or responses have been filed with the Court or received by the Applicant. Pursuant to the Interim

Compensation Procedures Order, the above captioned Debtors and Reorganized Debtors are authorized to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Fifteenth Monthly Fee Statement upon the filing of this certification and without the need for a further order of the Court. A summary of the fees and expenses sought by the Applicant is attached hereto as **Exhibit A**.

**DECLARATION OF NO RESPONSE RECEIVED**

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that:

1. I am a Managing Director of the firm of Lincoln Partners Advisors LLC and financial advisor to the Tort Committee.

2. I certify that I have reviewed the Court's docket in these cases and have not received any response or opposition to the Fifteenth Monthly Fee Statement.

3. This declaration was executed in New York, New York.

Dated: August 4, 2020                              Respectfully submitted,

**LINCOLN PARTNERS ADVISORS LLC**

By: _____
Brent C. Williams
*Financial Advisor to the Official
Committee of Tort Claimants*

# EXHIBIT A

Professional Fees and Expenses
Fifteenth Monthly Fee Statement

| Applicant | Fee Application Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Fees Authorized to be Paid at 80% | Expenses Authorized to be Paid at 100% | Amount of Holdback Fees |
|---|---|---|---|---|---|---|---|
| Lincoln Partners Advisors LLC<br><br>Financial Advisors to the Official Committee of Tort Claimants | Fifteenth Monthly<br><br>5/1/20 to 5/31/20<br><br>[Docket No. 8369, filed 7/13/20] | $2,055,728.00 | $0.00 | 8/3/20 | $1,644,582.40 | $0.00 | $411,145.60 |

- 3 -