# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E Corporation<br>Pacific Gas and Electric Company<br><br>Debtors | Chapter 11<br><br>Case No. 19-30088 Chapter 11<br><br>(Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **MARBLE RIDGE MASTER FUND LP**<br>Name of Transferor<br>Phone: (212) 858-0620<br>Last Four Digits of Acct #: N/A | **MARBLE RIDGE TC LP**<br>Name of Transferee<br>Phone: (212) 858-0620<br>Last Four Digits of Acct #: N/A |
| Name and Address where notices and payments to transferee should be sent:<br><br>Kamand Daniels<br>c/o Marble Ridge Capital LP<br>1250 Broadway, Suite 2601<br>New York, New York 10001 | **Claim No: 2951 as amended by Claim No. 8859**<br>**Case No.:** 19-30088<br><br>Date Filed: May 10, 2019<br>Amendment Filed: September 13, 2019<br><br>Total Amount of Claim: **$1,252,682.08**<br>**Transferred Amount of Claim: $626,341.04** |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: August 4, 2020
Kamand Daniels, Authorized Signatory
Marble Ridge TC LP
By: Marble Ridge TC GP LLC, General Partner

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:    United States Bankruptcy Court
       Northern District of California
       Attn: Clerk

AND TO:    PG&E Corporation ("Debtor")
           Case No. 19-30088

**MARBLE RIDGE MASTER FUND LP** ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to:

**MARBLE RIDGE TC LP** its successors and assigns ("Buyer"), all right, title and interest in and to the claims of Seller against the Debtor, docketed as Claim No. 2951 as amended by Claim No. 8859, solely with respect to $626,341.04 (the "Claim"), in the United States Bankruptcy Court for the Northern District of California.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim.

Buyer does not assume and shall not be responsible for any obligations or liabilities of Seller related to or in connection with the Claim or the Bankruptcy Case. You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications, in respect of the Claim to Buyer.

[Signature Page Follows]

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Transfer of Claim as of August 4, 2020.

MARBLE RIDGE MASTER FUND LP

BY: MARBLE RIDGE CAPITAL LP, INVESTMENT MANAGER

By: _____
Name: Kamand Daniels
Title: Authorized Signatory

MARBLE RIDGE TC LP

BY: MARBLE RIDGE TC GP LLC, GENERAL PARTNER

By: _____
Name: Kamand Daniels
Title: Authorized Signatory