Entered on Docket
August 04, 2020
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: August 4, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

BROWN RUDNICK LLP
Joel S. Miliband (SBN 077438)
(JMiliband@brownrudnick.com)
2211 Michelson Drive
Seventh Floor
Irvine, California 92612
Telephone:   (949) 752-7100
Facsimile:   (949) 252-1514

BROWN RUDNICK LLP
David J. Molton (SBN 262075)
(DMolton@brownrudnick.com)
Seven Times Square
New York, New York 10036
Telephone:   (212) 209-4800
Facsimile:   (212) 209-4801

*Counsel for Fire Victim Trustee*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION**<br>    -and-<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                    Debtors.<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**ORDER ON THE FIRE VICTIM TRUSTEE'S APPLICATION FOR CLARIFICATION AND MODIFICATION OF PROTECTIVE ORDER** |

Upon the application filed July 22, 2020 (the "**Application**") by Justice John K. Trotter (Ret.) in his capacity as trustee for the Fire Victim Trust for an order directing the clarification of certain provisions of the Confidentiality and Protective Order (the "**Protective Order**") [Dkt. No. 3405] to allow the Hon. John K. Trotter (Ret.) and his staff, consultants, experts, and counsel (the "**Fire Victim Trustee**") and Cathy Yanni and her staff, consultants, experts, and counsel (the "**Claims Administrator**") to access and use information produced and generated in the Cases (the "**Discovery Material**" as defined in the Protective Order) in connection with the administration of the trust established for the fire victims (the "**Fire Victim Trust**") and the prosecution of the assigned causes of action relating to the Fires which the Debtors may have against contractors, consultants, and others (the "**Assigned Claims**") pursuant to the Court-approved Plan of Reorganization dated June 19, 2020, (the "**Plan**") [Dkt. No. 8053] (and as may be amended, modified, or supplemented);[1] and consideration of the Application and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Application as provided to the parties listed therein is reasonable and sufficient; and it appearing that no other or further notice need be provided; and this Court having reviewed the Application; and it appearing that the relief requested in the Application is in the best interest of the Debtors' estates, creditors, shareholders, and all parties in interest; and it appearing that good cause exists for the relief requested in the Application; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Application is approved solely to the extent set forth herein.

2. The Court directs that the Protective Order be deemed modified in the manner disclosed in the redline to the Protective Order attached to the Motion and that the Protective Order attached hereto as Exhibit 1 be in full force and effect and deemed to supersede the Protective Order entered at Dkt. No. 3405 in all respects; provided, however, nothing herein affects the validity or enforceability of the Order Adding Certain California State Agencies As

---

[1] All capitalized terms have the definitions provided in the Plan or the Protective Order.

Parties to Confidentiality and Protective Order [Dkt. No. 3405], which shall remain applicable to the Protective Order attached hereto as Exhibit 1.

3. Following entry of this Order, the Fire Victim Trust, the TCC, in accordance with the written direction of the Fire Victim Trustee (which direction may be provided by counsel to the Fire Victim Trust), and the Debtors are authorized to take all steps necessary or appropriate to carry out this Order as quickly as practicable at the Debtors' or Reorganized Debtors' expense as applicable, subject to an agreed upon budget cap, which may be expanded with the consent of the Debtors or Reorganized Debtors, as applicable, including, but not limited to, subject to the written direction of the Fire Victim Trust, the TCC organizing and turning over, subject to Paragraph 7, documents, information, and work product to the Trustee and its counsel for the Fire Victim Trust.

4. The TCC's turnover of documents, information, and work product to the Fire Victim Trustee, the Claims Administrator and their counsel shall be subject to the Protective Order, as clarified and modified, and the Common Interest Agreement among Baker & Hostetler, the TCC, the Trustee, and the Claims Administrator ("**TCC/Trustee CIA**"), as referenced in the Motion.

5. Nothing in this Order or the TCC/Trustee CIA modifies that certain Common Interest Agreement (the "**TCC/Adventist CIA**") dated November 22, 2019 by and between the TCC, on the one hand, and Adventist Health System/West and Feather River Hospital a/k/a Adventist Health Feather River, (collectively, "**Adventist Health**"), which agreement was terminated prior to the Effective Date of the Plan. To the extent the TCC transfers documents, information or work product to the Fire Victim Trustee, the Claims Administrator and their counsel that should have been destroyed or returned to Adventist Health under the terms of the TCC/Adventist CIA, the Fire Victim Trustee, the Claims Administrator, and their counsel shall destroy or return, as applicable, such documents, information or work product as soon as reasonably practical after the identification of such documents, information or work product.

6. Nothing in this Order or the TCC/Trustee CIA modifies that certain Agreement re Mediation/Settlement Discussion Confidentiality dated March 20, 2020 by and between the TCC,

on the one hand, and Adventist Health (the "**TCC/Adventist Mediation Confidentiality Agreement**"). Solely to the extent the Fire Victim Trustee, the Claims Administrator, their counsel, or any of their agents or representatives, receive from the TCC (or its representatives, agents, advisers, or transferees) documents, information, or work product that was produced by Adventist Health pursuant to the TCC/Adventist Mediation Confidentiality Agreement, the Fire Victim Trustee, the Claims Administrator, and their counsel shall be bound by the terms of the TCC/Adventist Mediation Confidentiality Agreement.

7. Nothing in this Order shall in any way limit or affect the Fire Victim Trust, the Fire Victim Trustee's, the Claims Administrator's, and their counsel's rights, powers and authorities to conduct discovery of any party including such rights and authorities under the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020* [Dkt. No. 8048] and the Order confirming such Plan [Dkt. No. 8053].

8. To the extent that there may be any inconsistency between the terms of the Application, the Plan, the Protective Order, or this Order, the terms of this Order shall govern.

9. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of the Protective Order for the Cases and for this Order.

** END OF ORDER **

**ADDITIONAL SERVICE INFORMATION (if needed):**
**Required Service List**
*SERVED VIA U.S. MAIL*

| | |
|---|---|
| **PG&E Corporation**<br>Attn: Janet Loduca, Esq.<br>77 Beale Street<br>P.O. Box 770000<br>San Francisco, CA 94177 | **Debtor** |
| **Pacific Gas and Electric Company**<br>Attn: Janet Loduca, Esq.<br>77 Beale Street<br>PO Box 770000<br>San Francisco, CA 94177 | **Debtor** |
| **Office of the United States Attorney for the Northern District of California**<br>Attn: Bankruptcy Unit<br>Federal Courthouse<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | Office of the United States Attorney for the Northern District of California |
| **US Securities and Exchange Commission**<br><br>Attn: Office of General Counsel<br>100 F St. NE MS 6041B<br>Washington, DC 20549 | **US Securities and Exchange Commission**<br><br>Email: secbankruptcy@sec.gov |
| **US Securities and Exchange Commission**<br>Attn: Jina Choi, Regional Director<br>San Francisco Regional Office<br>44 Montgomery Street, Suite 2800<br>San Francisco, CA 94104 | Email: sanfrancisco@sec.gov |
| **Internal Revenue Service**<br>Centralized Insolvency Operation<br>2970 Market St<br>Philadelphia, PA 19104-5016 | Internal Revenue Service |

**ADDITIONAL SERVICE INFORMATION (if needed):**
**Required Service List**
*SERVED VIA U.S. MAIL (con't)*

| | |
|---|---|
| Harrison M. Thorne<br>Eric McDonough VedderPrice<br>1925 Century Park East, Suite 1900<br>Los Angeles, CA 90067 | Counsel for A Plus Tree Inc.<br><br>Email: hthorne@vedderprice.com<br>Email: emcdonough@vedderprice.com |
| Douglas Fuchs<br>Matthew Bouslog<br>Oscar Garza<br>Gibson, Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071 | Counsel for Accenture LLP<br><br>Email: DFuchs@gibsondunn.com<br>Email: MBouslog@gibsondunn.com<br>Email: OGarza@gibsondunn.com |
| Brendan P. Bradley<br>Gordon Rees Scully Mansukhani<br>275 Battery Street, Suite 2000<br>San Francisco, CA 94111 | Counsel for ACRT Pacific, LLC<br><br>Email: bbradley@grsm.com |
| Brendan P. Bradley<br>Gordon Rees Scully Mansukhani<br>275 Battery Street, Suite 2000<br>San Francisco, CA 94111 | Counsel for ACRT, Inc<br><br>Email: bbradley@grsm.com |
| Randy W. Gimple, Esq.<br>Asheesh Mohindru<br>Carlson, Calladine & Peterson LLP<br>353 Sacramento Street, 16th Floor<br>San Francisco, California 94111 | Counsel for Arbormetrics Solutions, LLC<br><br>Email: rgimple@ccplaw.com<br>Email : amohindru@ccplaw.com |
| Ron Oliner<br>Duane Morris LLP<br>Spear Tower<br>One Market Plaza, Suite 2200<br>San Francisco, CA 94105 | Counsel for Arbormetrics Solutions, LLC<br><br>Email: ROliner@duanemorris.com |
| Daniel C. Curth<br>Goldstein & McClintock LLLP<br>111 W. Washington Street Suite 1221<br>Chicago, IL 60602 | Counsel for Arcadis US |

**ADDITIONAL SERVICE INFORMATION (if needed):**
**Required Service List**
*SERVED VIA U.S. MAIL (con't)*

| | |
|---|---|
| Jonathan A. Shapiro<br>Evan Smith<br>Daniel Martin<br>Natalie Young<br>Baker Botts L.L.P.<br>101 California Street, Ste 3600<br>San Francisco, CA 94111 | Counsel for Black & Veatch Construction, Inc.<br><br>Email: jonathan.shapiro@bakerbotts.com<br>Email: evan.smith@bakerbotts.com<br>Email: daniel.martin@bakerbotts.com<br>Email: natalie.young@bakerbotts.com |
| John H. Conrad<br>Michelle Rosenberg<br>Marion Hack<br>Pepper Hamilton, LLP<br>350 South Grand Avenue<br>Two California Plaza, Suite 3400<br>Los Angeles, California 90071 | Counsel for Burns & McDonnell Engineering Co., Inc.<br><br>Email: conradj@pepperlaw.com<br>Email: hackm@pepperlaw.com<br>Email: rosenbem@pepperlaw.com |
| Jared Kim<br>California Forestry and Vegetation Management, Inc.<br>143 W Main St., Suite 8<br>Merced, CA 95340 | Counsel for CA Forestry & Veg. Management, Inc.<br><br>Email: jkim@cfvminc.com |
| Nick Zinkin<br>Janis Barbosa<br>Kathryn Gold<br>5 River Park Pl. W., Ste. 204<br>Fresno, CA 93720 | Counsel for CA Forestry & Veg. Management, Inc.<br><br>Email: NZinkin@nz-law.com<br>Email : Janis@nz-law.com<br>Email : Kathryn@nz-law.com |
| Matthew Ball<br>Michael Lubic<br>Jonathan Cohen<br>K&L Gates<br>4 Embarcadero Center, Suite 1200<br>San Francisco, California 94111-5994 | Counsel for CN Utility Consulting, Inc.<br><br>Email: matthew.ball@klgates.com<br>Email: michael.lubic@klgates.com<br>Email : Jonathan.Cohen@klgates.com |

**ADDITIONAL SERVICE INFORMATION (if needed):**
**Required Service List**
*SERVED VIA U.S. MAIL (con't)*

| | |
|---|---|
| Michael S. Cargnel<br>Eva Weiler<br>Mark Moedritzer<br>Shook, Hardy & Bacon L.L.P.<br>2555 Grand Blvd.,<br>Kansas City, MO 64108-2613 | Counsel for Crux Subsurface, Inc.<br><br>Email: mcargnel@shb.com<br>Email: eweiler@shb.com<br>Email: mmoedritzer@shb.com |
| Aldo E. Ibarra<br>Penney Azizi<br>Robert Blum<br>Nixon Peabody LLP<br>One Embarcadero Center, 32nd Floor<br>San Francisco, CA 94111 | Counsel for Davey Resource Group<br><br>Email: aibarra@nixonpeabody.com<br>Email: pazizi@nixonpeabody.com<br>Email: rblum@nixonpeabody.com |
| Aldo E. Ibarra<br>Penney Azizi<br>Robert Blum<br>Nixon Peabody LLP<br>One Embarcadero Center, 32nd Floor<br>San Francisco, CA 94111 | Counsel for Davey Tree Expert Company\<br><br>Email: aibarra@nixonpeabody.com<br>Email: pazizi@nixonpeabody.com<br>Email: rblum@nixonpeabody.com |
| Aldo E. Ibarra<br>Penney Azizi<br>Robert Blum<br>Nixon Peabody LLP<br>One Embarcadero Center, 32nd Floor<br>San Francisco, CA 94111 | Counsel for Davey Tree Expert Company\<br><br>Email: aibarra@nixonpeabody.com<br>Email: pazizi@nixonpeabody.com<br>Email: rblum@nixonpeabody.com |
| James Ficenec<br>Lee Havilyn<br>Newmeyer Dillion<br>1333 N. California Blvd., Suite 600<br>Walnut Creek, CA 94596 | Counsel for Exponent, Inc.<br><br>Email: James.Ficenec@ndlf.com<br>Email: Havilyn.Lee@ndlf.com |
| Douglas Provencher<br>Provencher & Flatt LLP<br>823 Sonoma Avenue<br>Santa Rosa, CA 95404 | Counsel for Family Tree Service, Inc.<br><br>Email: dbp@provlaw.com |
| Michael J. LeVangie<br>LEVANGIE LAW GROUP<br>2021 N Street<br>Sacramento, CA 95811 | Counsel for High Country Forestry<br><br>Email: Michael.levangie@llg-law.com |

**ADDITIONAL SERVICE INFORMATION (if needed):**
**Required Service List**
*SERVED VIA U.S. MAIL (con't)*

| | |
|---|---|
| Lynde Selden III<br>KEEGIN HARRISON LLP<br>1000 Fourth Street, Suite 600<br>San Rafael, CA 94901 | Counsel for Mario's Tree Service<br><br>Email: lselden@keeginharrison.com |
| Kennison Lay<br>Sam Newman<br>Douglas A. Axel<br>Celia H. Spalding<br>SIDLEY AUSTIN LLP<br>555 West Fifth Street<br>Los Angeles, California 90013 | Counsel for McKinsey & Company Inc<br><br>Email: klay@sidley.com<br>Email: sam.newman@sidley.com<br>Email: daxel@sidley.com<br>Email: cspalding@sidley.com |
| Craig Wallace<br>SMITH CURRIE<br>275 Battery Street, Suite 1300<br>San Francisco, CA 94111 | Counsel for MLU Services, Inc.<br><br>Email: cwwallace@smithcurrie.com |
| Jamie Dreher<br>Bradley Carroll<br>Downey Brand<br>621 Capitol Mall | 18th Floor<br>Sacramento, CA 95814 | Counsel for Mountain F. Enterprises, Inc.<br><br>Email: jdreher@DowneyBrand.com<br>Email: bcarroll@DowneyBrand.com |
| Timothy A. Charshaf, Esq.<br>Zemog Management Company, LLC<br>1180 Iron Point Road, Suite 350<br>Folsom, California 95630 | Counsel for Mountain F. Enterprises, Inc. |
| Douglas Stevens<br>Rosalind Chandler<br>Marsh & McLennan Companies, Inc.<br>1166 Avenue of the Americas<br>New York, NY 10036 | Counsel for Oliver Wyman, Inc.<br><br>Email: Douglas.Stevens@mmc.com<br>Email : Rosalind.Chandler@mmc.com |
| Harris B. Winsberg<br>Matthew Roberts<br>Troutman Sanders<br>600 Peachtree Street NE, Suite 3000<br>Atlanta, GA 30308 | Counsel for Osmose Utilities Services, Inc.<br><br>Email: harris.winsberg@troutman.com<br>Email : Matthew.Roberts2@troutman.com |

**ADDITIONAL SERVICE INFORMATION (if needed):**
**Required Service List**
*SERVED VIA U.S. MAIL (con't)*

| | |
|---|---|
| Michael S. Cargnel<br>Eva Weiler<br>Mark Moedritzer<br>Shook, Hardy & Bacon L.L.P.<br>2555 Grand Blvd.,<br>Kansas City, MO 64108-2613 | Counsel for PAR Electrical Contractors, Inc.<br><br>Email: mcargnel@shb.com<br>Email: eweiler@shb.com<br>Email: mmoedritzer@shb.com |
| William Bogdan<br>Michael McConathy<br>Hinshaw & Culbertson LLP<br>One California Street, 18th Floor<br>San Francisco, CA 94111 | Counsel for A Plus Tree Inc.<br><br>Email: wbogdan@hinshawlaw.com<br>Email : MMcConathy@hinshawlaw.com |
| Brian C. Walsh<br>Doug Alvarez<br>BRYAN CAVE LEIGHTON PAISNER LLP<br>One Metropolitan Square<br>211 North Broadway, Suite 3600<br>St. Louis, MO  63102 | Counsel for PricewaterhouseCoopers`<br><br>Email : brian.walsh@bclplaw.com<br>Email: doug.alvarez@bclplaw.com |
| Michael S. Cargnel<br>Eva Weiler<br>Mark Moedritzer<br>Shook, Hardy & Bacon L.L.P.<br>2555 Grand Blvd.,<br>Kansas City, MO 64108-2613 | Counsel for Quanta Energy Services LLC<br><br>Email: mcargnel@shb.com<br>Email :eweiler@shb.com<br>Email: mmoedritzer@shb.com |
| Michael S. Cargnel<br>Eva Weiler<br>Mark Moedritzer<br>Shook, Hardy & Bacon L.L.P.<br>2555 Grand Blvd.,<br>Kansas City, MO 64108-2613 | Counsel for Quanta Technology.<br><br>Email: mcargnel@shb.com<br>Email :eweiler@shb.com<br>Email: mmoedritzer@shb.com |
| Ingrid Hackett<br>General Counsel<br>10033 MLK St. N., Suite 200<br>St. Petersburg, FL 33716 | Counsel for Quantum Spatial, Inc.<br><br>Email: ihackett@quantumspatial.com |

**ADDITIONAL SERVICE INFORMATION (if needed):**
**Required Service List**
*SERVED VIA U.S. MAIL (con't)*

| | |
|---|---|
| Jaime B. Herren<br>Holland & Knight LLP<br>50 California Street, Suite 2800<br>San Francisco, California 94111 | Counsel for Reax Engineering, Inc.<br><br>Email: jaime.herren@hklaw.com |
| Michael I. Kim<br>CKB VIENNA LLP<br>10390 Commerce Center Drive, Suite 110<br>Rancho Cucamonga, CA 91730 | Counsel for The Original Mowbrays Tree Service, Inc.<br><br>Email: mkim@ckbvienna.com |
| Andrew Johnson<br>TRC Solutions<br>10 Maxwell Drive, Suite 200<br>Clifton Park, NY 12065 | Counsel for TRC Solutions, Inc.<br><br>Email: amjohnson@trccompanies.com |
| Randy W. Gimple, Esq.<br>Asheesh Mohindru<br>Carlson, Calladine & Peterson LLP<br>353 Sacramento Street, 16th Floor<br>San Francisco, California 94111 | Counsel for Trees, LLC<br><br>Email: rgimple@ccplaw.com<br>Email : amohindru@ccplaw.com |
| Ron Oliner<br>Duane Morris LLP<br>Spear Tower<br>One Market Plaza, Suite 2200<br>San Francisco, CA 94105 | Counsel for Trees, LLC<br><br>Email: ROliner@duanemorris.com |
| Randy W. Gimple, Esq.<br>Asheesh Mohindru<br>Carlson, Calladine & Peterson LLP<br>353 Sacramento Street, 16th Floor<br>San Francisco, California 94111 | Counsel for Utility Tree Service, LLC<br><br>Email: rgimple@ccplaw.com<br>Email : amohindru@ccplaw.com |
| Ron Oliner<br>Duane Morris LLP<br>Spear Tower<br>One Market Plaza, Suite 2200<br>San Francisco, CA 94105 | Counsel for Utility Tree Service, LLC<br><br>Email: ROliner@duanemorris.com |

**ADDITIONAL SERVICE INFORMATION (if needed):**
**Required Service List**
*SERVED VIA U.S. MAIL (con't)*

| | |
|---|---|
| Randy W. Gimple, Esq.<br>Asheesh Mohindru<br>Carlson, Calladine & Peterson LLP<br>353 Sacramento Street, 16th Floor<br>San Francisco, California 94111 | Counsel for Western Environmental Consultants<br><br>Email: rgimple@ccplaw.com<br>Email : amohindru@ccplaw.com |
| Ron Oliner<br>Duane Morris LLP<br>Spear Tower<br>One Market Plaza, Suite 2200<br>San Francisco, CA 94105 | Counsel for Western Environmental Consultants<br><br>Email: ROliner@duanemorris.com |
| Matthew Ball<br>Michael Lubic<br>Jonathan Cohen<br>K&L GATES<br>4 Embarcadero Center, Suite 1200<br>San Francisco, CA 94111-5994 | Counsel for Wright Tree Service, Inc.<br><br>Email: matthew.ball@klgates.com<br>Email: michael.lubic@klgates.com<br>Email: Jonathan.Cohen@klgates.com |
| Matthew Ball<br>Michael Lubic<br>Jonathan Cohen<br>K&L GATES<br>4 Embarcadero Center, Suite 1200<br>San Francisco, CA 94111-5994 | Counsel for Wright Tree Service of the West, Inc.<br><br>Email: matthew.ball@klgates.com<br>Email: michael.lubic@klgates.com<br>Email: Jonathan.Cohen@klgates.com |
| Marc Levinson<br>ORRICK<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105 | Counsel for KPMG LLP<br><br>Email: malevinson@orrick.com |
| | |