**EXHIBIT A**

| | |
|---|---|
| **From:** | Karotkin, Stephen <stephen.karotkin@weil.com> |
| **Sent:** | Monday, August 3, 2020 9:04 AM |
| **To:** | Anker, Phil; Slack, Richard; Goren, Matthew |
| **Cc:** | Galardi, Gregg; Wofford, Keith H.; andrew.devore@ropesgray.com; Goldblatt, Craig; Pierce, Allyson |
| **Subject:** | RE: PG&E |

**EXTERNAL SENDER**

The call will be with Ropes and no others.

**From:** Anker, Phil <Philip.Anker@wilmerhale.com>
**Sent:** Sunday, August 2, 2020 11:35 AM
**To:** Karotkin, Stephen <stephen.karotkin@weil.com>; Slack, Richard <richard.slack@weil.com>; Goren, Matthew <matthew.goren@weil.com>
**Cc:** Galardi, Gregg <Gregg.Galardi@ropesgray.com>; Wofford, Keith H. <Keith.Wofford@ropesgray.com>; andrew.devore@ropesgray.com; Goldblatt, Craig <Craig.Goldblatt@wilmerhale.com>; Pierce, Allyson <Allyson.Pierce@wilmerhale.com>
**Subject:** PG&E

Steve, Richard and Matt:

We are reaching out regarding the motion filed by Elliott for allowance and payment of an administrative expense claim, and the Court's recent Docket Order with respect to that motion. We have been retained by Canyon, Citadel, Davidson Kempner, Farallon, Sculptor, and Varde, all of which, like Elliott, were members of the Ad Hoc Noteholders Committee and Consenting Noteholders under the Noteholder RSA. Our clients intend to file papers joining in Elliott's motion and agreeing that the applicable noteholders are entitled to an administrative expense claim.

We have spoken with Gregg Galardi and his colleagues at Ropes (copied here). They have told us that you and they have tentatively agreed to speak tomorrow at 3pm to discuss scheduling. We would like to participate in that discussion, since the schedule will affect our clients as well. The Elliott team has informed us that it has no objection to that. When you (or the Ropes team) circulate a dial-in, please include me and my colleagues Craig Goldblatt and Ally Pierce (also copied here).

Best,
Phil


**Philip D. Anker | WilmerHale**
7 World Trade Center
250 Greenwich Street
New York, NY 10007 USA
+1 212 230 8890 (t)
+1 212 230 8888 (f)
philip.anker@wilmerhale.com

**Please consider the environment before printing this email.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.