Entered on Docket
August 05, 2020
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: August 4, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

GREGG M. FICKS
(State Bar No. 148093)
COBLENTZ PATCH
DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email: ef-gmf@cpdb.com

*Special Counsel to Debtors
and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **SAN FRANCISCO DIVISION**<br>**In re:**<br><br>**PG&E CORPORATION**,<br><br>    - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>              **Debtors**.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>\* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**ORDER GRANTING SECOND INTERIM FEE APPLICATION OF COBLENTZ, PATCH, DUFFY & BASS LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OCTOBER 1, 2019 THROUGH AND INCLUDING JANUARY 31, 2020**<br><br>Re: Docket Nos. 6306, 8389 |

Upon consideration of the *Second Interim Fee Application of Coblentz Patch Duffy & Bass LLP for Allowance and Payment of Compensation and Reimbursement of Expenses For the Period October 1, 2019 through and including January 31, 2020* filed March 16, 2020 [Docket No. 6306] (the "**Application**[1]"); and due and proper notice of the Application having been provided in accordance with the procedures set forth in the Interim Compensation Order and as otherwise

---

[1] Capitalized terms used but not herein defined have the meanings ascribed to such terms in the Application.

required under the Bankruptcy Code and Bankruptcy Rules; and upon consideration of the Declaration of Gregg M. Ficks submitted in support of the Application; and no objections or responses to the Application having been filed; and upon consideration of the proposed reductions to the compensation and expense reimbursements sought in the Application resulting from the compromise between the Applicant and the Fee Examiner as set forth in that certain *Amended Notice of Hearing on Interim Applications Allowing and Authorizing Payment of Fees and Expenses of Multiple Applicants Based Upon Compromises with the Fee Examiner* filed July 14, 2020 [Docket No. 8389] (the "**Amended Notice**"); and the Court having issued a Docket Order on July 31, 2020, allowing the Application in the reduced amount reflected in the Amended Notice; and sufficient cause having been shown therefor,

IT IS HEREBY ORDERED:

1. The Application is granted as provided herein.

2. Applicant is awarded an interim allowance of its compensation for professional services rendered for the Fee Period in the amount of $737,488.35, consisting of $726,395.37 of fees and reimbursement of $11,092.98 of actual and necessary expenses incurred during the Fee Period.

3. The Debtors are directed to pay Applicant the difference between the amounts allowed in paragraph 2 above and any amounts previously paid by the Debtors pursuant to the Interim Compensation Order.

4. The Court shall retain jurisdiction to determine any controversy arising in connection with this Order.

**END OF ORDER*