```
                    UNITED STATES BANKRUPTCY COURT

                    NORTHERN DISTRICT OF CALIFORNIA

                              -oOo-

In Re:                          ) Case No. 19-30088-DM
                                ) Chapter 11
PG&E CORPORATION AND PACIFIC    )
GAS AND ELECTRIC COMPANY        ) San Francisco, California
                                ) Tuesday, August 4, 2020
                    Debtors.    ) 10:00 AM
_____
                                  THE FIRE VICTIM TRUSTEE'S
                                  APPLICATION FOR CLARIFICATION
                                  AND MODIFICATION OF
                                  PROTECTIVE ORDER
                                  TO PERMIT THE TRANSFER OF
                                  INFORMATION FOR USE BY THE
                                  FIRE VICTIM TRUST [8492]

                    TRANSCRIPT OF PROCEEDINGS
                BEFORE THE HONORABLE DENNIS MONTALI
                    UNITED STATES BANKRUPTCY JUDGE


APPEARANCES (Via Telephone):


For Fire Victim Trustee:     DAVID J. MOLTON, ESQ.
                             Brown Rudnick LLP
                             7 Times Square
                             New York, NY 10036
                             (212)209-4800

For California State         PAUL J. PASCUZZI, ESQ.
Agencies:                    Felderstein Fitzgerald Willoughby
                             Pascuzzi & Rios LLP
                             500 Capitol Mall
                             Suite 2250
                             Sacramento, CA 95814
                             (916)329-7400
```

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18  Court Recorder:          LORENA PARADA/ANKEY THOMAS
                           United States Bankruptcy Court
19                         450 Golden Gate Avenue
                           San Francisco, CA 94102
20
21  Transcriber:            COLIN RICHILANO
                           eScribers, LLC
22                         7227 N. 16th Street
                           Suite #207
23                         Phoenix, AZ 85020
                           (973)406-2250
24
    Proceedings recorded by electronic sound recording;
25  transcript provided by transcription service.

PG&E Corporation and Pacific Gas and Electric Company

1  SAN FRANCISCO, CALIFORNIA, TUESDAY, AUGUST 4, 2020, 10:00 AM

2  -oOo-

3  (Call to order of the Court.)

4  THE CLERK: Thank you. Court is now in session. The
5  Honorable Dennis Montali presiding. Calling the matter of PG&E
6  Corporation.

7  THE COURT: All right. Good morning, everyone. It's
8  Judge Montali. We have a number of people signed up to appear
9  by phone, but I'm going to announce first if Mr. Molton is on
10 the call.

11  Mr. Molton, are you there?

12  All right. Who's on the call for the fire victims' --

13  MR. MOLTON: Judge, yes.

14  THE COURT: Oh.

15  MR. MOLTON: Good morning.

16  THE COURT: All right.

17  MR. MOLTON: Can you hear me, Your Honor?

18  THE COURT: And Mr. Pascuzzi, are you --

19  Yeah. I can.

20  Mr. Pascuzzi, are you there?

21  MR. MOLTON: Judge, can you hear me? It's David
22 Molton.

23  THE COURT: Yes. I hear you, Mr. Molton.

24  Mr. Pascuzzi, are you on the call?

25  MR. PASCUZZI: Yes, I am, Your Honor. Thank you. For

PG&E Corporation and Pacific Gas and Electric Company

1   the California State agencies listed in our pleading that we
2   filed.
3           THE COURT: All right. For the two of you you're
4   the -- Mr. Molton, the only response is from Mr. Pascuzzi. Mr.
5   Pascuzzi indicates that he believes that he's satisfied with --
6   and both of you are in agreement as to the amended order or the
7   proposed revised order; is that correct?
8           MR. PASCUZZI: Your Honor, this is Paul Pascuzzi.
9   Yes. That's correct from my perspective.
10          THE COURT: Yeah. Mr. Molton, are you satisfied?
11          MR. MOLTON: Judge, I am not hearing you.
12          THE COURT: I can't hear whoever just spoke.
13          Mr. Molton?
14          MR. MOLTON: Your Honor, it's David -- yeah. Judge,
15  I -- yes, Judge. You were coming in broken up, but I hear you
16  better now.
17          THE COURT: Okay.
18          MR. MOLTON: I didn't hear your preface, Judge, but I
19  do know that the California agencies' counsel, as well as, I
20  would imagine, Adventist's counsel, both of whom we've worked
21  with in getting a -- dealing with their issues and coming out
22  with a consent for resolving their issues with the proposed
23  order. They should be on the phone, but would like me to
24  proceed, Your Honor?
25          THE COURT: Well, there's nothing to proceed. I can

tell you that I've reviewed the proposed order and I've reviewed the response from Cal agencies, and I'm prepared to enter the order. And there's nothing else we need to do, unless you believe there's something we need to attend to. So I'll leave it to you, Mr. Molton. What do we need to do?

MR. MOLTON: Nothing, Your Honor. I think we (indiscernible) yesterday the revised proposed order at docket 8620 as well as -- and which contains the redlines to the protective order. And I think everything is set up and tee'd up for you, if Your Honor is ready to do so, to sign it.

THE COURT: Okay.

MR. MOLTON: I think we don't have --

THE COURT: Let me --

MR. MOLTON: -- we don't have --

THE COURT: Let me just --

MR. MOLTON: -- yeah.

THE COURT: Let me just ask. I'm sorry to interrupt. I'm just trying to deal with the crowd.

Is there anyone on the call that wishes to be heard who has an opposition to the requested motion? All right. I don't hear from anyone.

Mr. Molton, I'm satisfied. You and Mr. Pascuzzi worked out your differences; that's good for me. I've reviewed it. Everything's in order and I'm prepared to sign the order as soon as you upload it and conclude the hearing. So --

PG&E Corporation and Pacific Gas and Electric Company

1    MR. MOLTON:  Thank you, Judge.  Thank you.

2    THE COURT:  -- if you're satisfied with that, Mr.
3    Molton, I'm satisfied.  Okay?

4    MR. MOLTON:  I'm satisfied, Your Honor.  It's a
5    pleasure.

6    THE COURT:  Okay.  And Mr. Molton, just one small
7    point.  It's a very small point.  The proposed order has got
8    the bad old form.  It's got a line for a date and a signature.
9    Well, that's not the form we used, or have used, for years, so
10   please revise the order so it's got no signature block at the
11   bottom.  The signature is done electronically at the top of the
12   first page.

13   Okay.  Thank you, everyone.

14   MR. MOLTON:  Thank you, Judge.

15   THE COURT:  Thank you for participating.

16   MR. MOLTON:  I'm aware of that.

17   THE COURT:  All right.

18   MR. PASCUZZI:  Thank you, Your Honor.

19   THE COURT:  We'll talk later, and we'll conclude the
20   hearing.

21   THE CLERK:  Yes, Your Honor.

22   (Whereupon these proceedings were concluded)

23

24

25

7

C E R T I F I C A T I O N

I, Colin Richilano, certify that the foregoing transcript is a true and accurate record of the proceedings.

_____

/s/ COLIN RICHILANO


eScribers

7227 N. 16th Street, Suite #207

Phoenix, AZ 85020


Date:   August 5, 2020

**A**

**Adventist's (1)**
　4:20
**agencies (2)**
　4:1;5:2
**agencies' (1)**
　4:19
**agreement (1)**
　4:6
**amended (1)**
　4:6
**announce (1)**
　3:9
**appear (1)**
　3:8
**attend (1)**
　5:4
**AUGUST (1)**
　3:1
**aware (1)**
　6:16

**B**

**bad (1)**
　6:8
**believes (1)**
　4:5
**better (1)**
　4:16
**block (1)**
　6:10
**both (2)**
　4:6,20
**bottom (1)**
　6:11
**broken (1)**
　4:15

**C**

**Cal (1)**
　5:2
**CALIFORNIA (3)**
　3:1;4:1,19
**Call (5)**
　3:3,10,12,24;5:19
**Calling (1)**
　3:5
**Can (4)**
　3:17,19,21;4:25
**CLERK (2)**
　3:4;6:21
**coming (2)**
　4:15,21
**conclude (2)**
　5:25;6:19
**concluded (1)**
　6:22
**consent (1)**
　4:22

**contains (1)**
　5:8
**Corporation (1)**
　3:6
**counsel (2)**
　4:19,20
**Court (21)**
　3:3,4,7,14,16,18,23;
　4:3,10,12,17,25;5:11,
　13,15,17;6:2,6,15,17,
　19
**crowd (1)**
　5:18

**D**

**date (1)**
　6:8
**David (2)**
　3:21;4:14
**deal (1)**
　5:18
**dealing (1)**
　4:21
**Dennis (1)**
　3:5
**differences (1)**
　5:23
**docket (1)**
　5:7
**done (1)**
　6:11

**E**

**electronically (1)**
　6:11
**else (1)**
　5:3
**enter (1)**
　5:3
**everyone (2)**
　3:7;6:13
**Everything's (1)**
　5:24

**F**

**filed (1)**
　4:2
**fire (1)**
　3:12
**first (2)**
　3:9;6:12
**form (2)**
　6:8,9
**FRANCISCO (1)**
　3:1

**G**

**Good (3)**
　3:7,15;5:23

**H**

**hear (7)**
　3:17,21,23;4:12,15,
　18;5:21
**heard (1)**
　5:19
**hearing (3)**
　4:11;5:25;6:20
**Honor (10)**
　3:17,25;4:8,14,24;
　5:6,10;6:4,18,21
**Honorable (1)**
　3:5

**I**

**imagine (1)**
　4:20
**indicates (1)**
　4:5
**indiscernible (1)**
　5:7
**interrupt (1)**
　5:17
**issues (2)**
　4:21,22

**J**

**Judge (9)**
　3:8,13,21;4:11,14,15,
　18;6:1,14

**L**

**later (1)**
　6:19
**leave (1)**
　5:5
**line (1)**
　6:8
**listed (1)**
　4:1

**M**

**matter (1)**
　3:5
**Molton (26)**
　3:9,11,13,15,17,21,
　22,23;4:4,10,11,13,14,
　18;5:5,6,12,14,16,22;
　6:1,3,4,6,14,16
**Montali (2)**
　3:5,8
**morning (2)**
　3:7,15
**motion (1)**
　5:20

**N**

**need (3)**
　5:3,4,5
**number (1)**
　3:8

**O**

**old (1)**
　6:8
**one (1)**
　6:6
**only (1)**
　4:4
**oOo- (1)**
　3:2
**opposition (1)**
　5:20
**order (12)**
　3:3;4:6,7,23;5:1,3,7,
　9,24,24;6:7,10
**out (2)**
　4:21;5:23

**P**

**page (1)**
　6:12
**participating (1)**
　6:15
**Pascuzzi (10)**
　3:18,20,24,25;4:4,5,
　8,8;5:22;6:18
**Paul (1)**
　4:8
**people (1)**
　3:8
**perspective (1)**
　4:9
**PG&E (1)**
　3:5
**phone (2)**
　3:9;4:23
**pleading (1)**
　4:1
**please (1)**
　6:10
**pleasure (1)**
　6:5
**point (2)**
　6:7,7
**preface (1)**
　4:18
**prepared (2)**
　5:2,24
**presiding (1)**
　3:5
**proceed (2)**
　4:24,25
**proceedings (1)**
　6:22

**proposed (5)**
　4:7,22;5:1,7;6:7
**protective (1)**
　5:9

**R**

**ready (1)**
　5:10
**redlines (1)**
　5:8
**requested (1)**
　5:20
**resolving (1)**
　4:22
**response (2)**
　4:4;5:2
**reviewed (3)**
　5:1,2,23
**revise (1)**
　6:10
**revised (2)**
　4:7;5:7
**right (6)**
　3:7,12,16;4:3;5:20;
　6:17

**S**

**SAN (1)**
　3:1
**satisfied (6)**
　4:5,10;5:22;6:2,3,4
**session (1)**
　3:4
**set (1)**
　5:9
**sign (2)**
　5:10,24
**signature (3)**
　6:8,10,11
**signed (1)**
　3:8
**small (2)**
　6:6,7
**soon (1)**
　5:25
**sorry (1)**
　5:17
**spoke (1)**
　4:12
**State (1)**
　4:1

**T**

**talk (1)**
　6:19
**tee'd (1)**
　5:9
**top (1)**
　6:11
**trying (1)**

5:18
**TUESDAY (1)**
  3:1
**two (1)**
  4:3

## U

**unless (1)**
  5:4
**up (4)**
  3:8;4:15;5:9,10
**upload (1)**
  5:25
**used (2)**
  6:9,9

## V

**victims' (1)**
  3:12

## W

**Whereupon (1)**
  6:22
**Who's (1)**
  3:12
**wishes (1)**
  5:19
**worked (2)**
  4:20;5:23

## Y

**years (1)**
  6:9
**yesterday (1)**
  5:7

## 2

**2020 (1)**
  3:1

## 4

**4 (1)**
  3:1

## 8

**8620 (1)**
  5:8