# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–3 | User: dchambers | Date Created: 8/6/2020 |
| Case: 19–30088 | Form ID: TRANSC | Total: 2 |

**Recipients of Notice of Electronic Filing:**
aty    Paul J. Pascuzzi    ppascuzzi@ffwplaw.com

                                                                                                                                       TOTAL: 1

**Recipients submitted to the Claims Agent (Prime Clerk):**
aty    David J. Molton    Brown Rudnick LLP    7 Times Square    New York, NY 10036

                                                                                                                                        TOTAL: 1