# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>   -and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>   Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>\* *All papers shall be filed in the Lead Case No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**CONSOLIDATED MONTHLY FEE STATEMENT OF WILLIS TOWERS WATSON US LLC FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR THE PERIOD FEBRUARY 1, 2020 THROUGH MAY 31, 2020**<br><br>[No Hearing Requested]<br><br>**Objection Deadline:**<br>**August 26, 2020, 4:00 p.m. (Pacific Time)** |

36611905.1 08/04/2020

| | |
|---|---|
| To: | The Notice Parties |
| Name of Applicant: | Willis Towers Watson US LLC |
| Authorized to Provide Professional Services to: | Counsel for Debtors and Debtors in Possession |
| Date of Retention: | January 29, 2019[1] |
| Period for Which Compensation and Reimbursement Are Sought: | February 1, 2020 through May 31, 2020 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary: | $13,728.10 (80% of $17,160.13) |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary: | $0.00 |

Willis Towers Watson US LLC ("**WTW**" or the "**Applicant**"), human resource and compensation consultants to PG&E Corporation and Pacific Gas and Electric Company (the "**Debtors**") in their jointly administered bankruptcy cases (the "**Chapter 11 Cases**"), hereby submits its consolidated monthly fee statement (the "**Monthly Fee Statement**") for allowance and payment of compensation for professional services rendered for the period commencing February 1, 2020 through and including May 31, 2020 (the "**Compensation Period**") pursuant to the *Order Pursuant to 11 U.S.C. §§ 331 and 105(a) and Fed. R. Bankr. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 701] dated February 27, 2019 (the "**Interim Compensation Procedures Order**").

---

[1] The *Order Pursuant to 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014(a) and 2016 Authorizing the Debtors to Retain and Employ Willis Towers Watson US LLC as Human Resource and Compensation Consultants* Nunc Pro Tunc *to the Petition Date* [Docket No. 3856] was entered on September 10, 2019, and the *Order Pursuant to 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014(a) and 2016 for the Authority to Amend the Scope of the Retention of Willis Towers Watson US LLC as Human Resource and Compensation Consultants Nunc Pro Tunc to November 19, 2019* (collectively, the "**Retention Orders**").

36611905.1 08/04/2020

By this Monthly Fee Statement, WTW requests allowance and payment of $13,728.10 (representing 80% of $17,160.13) as compensation for professional services rendered to the Debtors during the Compensation Period.

Annexed hereto as **Exhibit A** is the name of each professional who performed services for the Debtors during the Compensation Period covered by this Monthly Fee Statement and the hourly rate and total fees for each professional. Attached hereto as **Exhibit B** is a summary of hours spent during the Compensation Period by task. Attached hereto as **Exhibit C** are the detailed time entries for the Compensation Period.

In accordance with the Interim Compensation Procedures Order, responses or objections to this Monthly Fee Statement, if any, must be filed and served on or before the 21st day (or the next business day if such day is not a business day) following the date the Monthly Fee Statement is served (the "**Objection Deadline**") with this Court.

Upon the expiration of the Objection Deadline, WTW shall file a certificate of no objection with the Court, after which the Debtors are authorized and directed to pay WTW an amount equal to 80% of the fees. If an objection is properly filed, the Debtors shall be authorized and directed to pay WTW 80% of the fees.

Dated: August 4, 2020

WILLIS TOWERS WATSON US LLC

_____
Mark J. Kazmierowski
Senior Director
Willis Towers Watson US LLC
345 California Street, Suite 2000
San Francisco, CA 94104-2612
*Human Resource and Compensation Consultants to the Debtors*

36611905.1 08/04/2020

**Notice Parties**

PG&E Corporation
c/o Pacific Gas & Electric Company
77 Beale Street
San Francisco, CA 94105
Attn:   Janet Loduca, Esq.

Keller & Benvenutti LLP
650 California Street, Suite 1900
San Francisco, CA 94108
Attn:   Tobias S. Keller, Esq.,
        Jane Kim, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn:   Stephen Karotkin, Esq.
        Jessica Liou, Esq.
        Matthew Goren, Esq.

The Office of the United States Trustee for Region 17
450 Golden Gate Avenue, 5th Floor, Suite #05-0153
San Francisco, CA 94102
Attn:   James L. Snyder, Esq.,
        Timothy Laffredi, Esq.

Milbank LLP
55 Hudson Yards
New York, NY 10001-2163
Attn:   Dennis F. Dunne, Esq.,
        Sam A. Khalil, Esq.

Milbank LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Attn:   Paul S. Aronzon, Esq.,
        Gregory A. Bray, Esq.,
        Thomas R. Kreller, Esq.

Baker & Hostetler LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Attn:   Eric Sagerman, Esq.,
        Cecily Dumas, Esq.

36611905.1 08/04/2020

Bruce A. Markell
Fee Examiner
541 N. Fairbanks Ct., Ste 2200
Chicago, IL 60611-3710

Scott H. McNutt
324 Warren Road
San Mateo, California 94402

36611905.1 08/04/2020