# EXHIBIT A

## COMPENSATION BY PROFESSIONAL
## FEBRUARY 1, 2020 THROUGH MAY 31, 2020

| Professional | Practice | Position | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Catherine Bermudez Adlawan | Rewards | Business Support Specialist | $214.00 | 2.50 | $535.00 |
| Douglas J. Friske | T&R HQ Operations | Managing Director | $1,177.00 | 3.00 | $3,531.00 |
| Mark J. Kazmierowski | Executive Compensation Practice | Senior Director | $952.30 | 13.75 | $13,094.13 |

36611905.1 08/04/2020

Case: 19-30088    Doc# 8671-1    Filed: 08/05/20    Entered: 08/05/20 14:35:56    Page 1 of 1