## EXHIBIT B

## COMPENSATION BY PROJECT TASK CODE
## FEBRUARY 1, 2020 THROUGH MAY 31, 2020

| Professional | Total Hours Billed | Total Compensation |
|---|---|---|
| Billing & Financial Management | 2.50 | $535.00 |
| Meetings/Communications | 1.50 | $1,765.50 |
| Report/Deliverables | 15.25 | $14,859.63 |