# EXHIBIT C

## DETAILED TIME ENTRIES
## FEBRUARY 1, 2020 THROUGH MAY 31, 2020

| Task Name | Date | Associate | Associate Comments | Hours | Rate | Billed |
|---|---|---|---|---|---|---|
| Billing & Fin Mgt | 04/06/20 | Catherine Bermudez Adlawan | Prepare details for PG&E - September through January includes breakdown of T&M for legal | 0.25 | $214.00 | $53.50 |
| Billing & Fin Mgt | 04/07/20 | Catherine Bermudez Adlawan | Prepare details for PG&E - September through January includes breakdown of T&M for legal | 0.25 | $214.00 | $53.50 |
| Billing & Fin Mgt | 04/10/20 | Catherine Bermudez Adlawan | Prepare details for PG&E - September through January includes breakdown of T&M for legal | 0.25 | $214.00 | $53.50 |
| Billing & Fin Mgt | 05/11/20 | Catherine Bermudez Adlawan | Prepare details for PG&E - September through January includes breakdown of T&M for legal | 0.25 | $214.00 | $53.50 |
| Billing & Fin Mgt | 05/12/20 | Catherine Bermudez Adlawan | Prepare details for PG&E - September through January includes breakdown of T&M for legal | 0.50 | $214.00 | $107.00 |
| Billing & Fin Mgt | 05/13/20 | Catherine Bermudez Adlawan | Prepare details for PG&E - September through January includes breakdown of T&M for legal | 0.25 | $214.00 | $53.50 |
| Billing & Fin Mgt | 05/15/20 | Catherine Bermudez Adlawan | Prepare details for PG&E - September through January includes breakdown of T&M for legal | 0.75 | $214.00 | $160.50 |
| **Billing & Financial Management Subtotal** | | | | **2.50** | | **$535.00** |
| Mtgs/Communications | 02/13/20 | Douglas J (Doug) Friske | Review pre-emergence materials, call with John L. | 1.00 | $1,177.00 | $1,177.00 |
| Mtgs/Communications | 02/20/20 | Douglas J (Doug) Friske | Call w/ Weil to discuss declaration prep | 0.50 | $1,177.00 | $588.50 |
| **Meetings/Communications Subtotal** | | | | **1.50** | | **$1,765.50** |
| Report/Deliverables | 02/03/20 | Mark J Kazmierowski | Correspondence with Lisa re incentive plans | 0.25 | $952.30 | $238.08 |
| Report/Deliverables | 02/13/20 | Mark J Kazmierowski | Teleconference with PG&E management on go-forward incentive plans | 0.50 | $952.30 | $476.15 |

36611905.1 08/04/2020

| | | | | | | |
|---|---|---|---|---|---|---|
| Report/Deliverables | 02/18/20 | Mark J Kazmierowski | Call with PGE management and Weil re programs | 1.00 | $952.30 | $952.30 |
| Report/Deliverables | 02/20/20 | Mark J Kazmierowski | Call with Weil re incentive programs | 0.25 | $952.30 | $238.08 |
| Report/Deliverables | 02/25/20 | Mark J Kazmierowski | Response to John L on employment contracts | 0.25 | $952.30 | $238.08 |
| Report/Deliverables | 02/26/20 | Mark J Kazmierowski | Project Management | 0.50 | $952.30 | $476.15 |
| Report/Deliverables | 02/28/20 | Mark J Kazmierowski | Project Management | 1.00 | $952.30 | $952.30 |
| Report/Deliverables | 02/28/20 | Douglas J (Doug) Friske | Review 2020 STIP/LTIP motion | 1.50 | $1,177.00 | $1,765.50 |
| Report/Deliverables | 03/03/20 | Mark J Kazmierowski | Restructuring: consolidation of fees document review and send | 0.50 | $952.30 | $476.15 |
| Report/Deliverables | 03/11/20 | Mark J Kazmierowski | Project Management | 0.25 | $952.30 | $238.08 |
| Report/Deliverables | 03/12/20 | Mark J Kazmierowski | Project Management | 0.50 | $952.30 | $476.15 |
| Report/Deliverables | 03/16/20 | Mark J Kazmierowski | Info for proxy filing for Susan B | 0.25 | $952.30 | $238.08 |
| Report/Deliverables | 03/30/20 | Mark J Kazmierowski | Project Management: Fee application follow up/invoicing | 0.25 | $952.30 | $238.08 |
| Report/Deliverables | 04/21/20 | Mark J Kazmierowski | Project management; PG&E bankruptcy files, finals and draft reports, declarations | 1.75 | $952.30 | $1,666.53 |
| Report/Deliverables | 04/30/20 | Mark J Kazmierowski | Review fee application, send. PM PG&E file clean up | 3.00 | $952.30 | $2,856.90 |
| Report/Deliverables | 05/04/20 | Mark J Kazmierowski | PM Fee Application signed, scan, send | 0.25 | $952.30 | $238.08 |
| Report/Deliverables | 05/06/20 | Mark J Kazmierowski | Project Management | 0.25 | $952.30 | $238.08 |
| Report/Deliverables | 05/07/20 | Mark J Kazmierowski | Project Management | 0.25 | $952.30 | $238.08 |
| Report/Deliverables | 05/11/20 | Mark J Kazmierowski | PM Time entry detail, summary or Sept - Jan work items for cover letter | 1.50 | $952.30 | $1,428.45 |
| Report/Deliverables | 05/12/20 | Mark J Kazmierowski | AIP email to Lisa along with trends | 1.25 | $952.30 | $1,190.38 |
| **Report/Deliverables Subtotals** | | | | 15.25 | | $14,859.63 |

| | | | |
|---|---|---|---|
| **Total Fees Due** | | 19.25 | 17,160.13 |

36611905.1 08/04/2020