STEPTOE & JOHNSON LLP
One Market Plaza, Spear Tower, Suite 3900
San Francisco, CA 94105

# EXHIBIT A

## COMPENSATION BY PROFESSIONAL
## JUNE 1, 2020 THROUGH JULY 1, 2020

The attorneys and paraprofessionals who rendered professional services in connection with these Chapter 11 Cases during the Fee Period are:

| Name of Professional Person | Department | Year Admitted | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| **Partners** | | | | | |
| Laurie Edelstein | Litigation | 1992 | $775 | 123.30 | $95,557.50 |
| Michael Dockterman | Litigation | 1978 | $880 | 1.90 | $1,672.00 |
| **Associates** | | | | | |
| Michael Flynn-O'Brien | Litigation | 2010 | $615 | 0.40 | $246.00 |
| Michael Keough | Litigation | 2014 | $615 | 77.80 | $47,847.00 |
| Patrick Casey Matthews | Litigation | 2016 | $525 | 96.20 | $50,505.00 |
| Johanna Oh | Litigation | 2017 | $525 | 100.60 | $52,815.00 |
| **Paralegals and Non-Legal Staff** | | | | | |
| Etelle Stephan | N/A | N/A | $250 | 24.80 | $6,200.00 |
| Daniel Huerta | N/A | N/A | $225 | 3.60 | $810.00 |
| Steven McRae | N/A | N/A | $150 | 4.40 | $660.00 |
| **Total Hours and Fees Incurred** | | | | 433.00 | $256,312.50 |
| **Less 5% Volume Discount Per Master Services Agreement** | | | | | ($12,815.65) |
| **Total Requested** | | | | | $243,496.85 |

| Professionals | Blended Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|
| Partners | $827.50 | 125.20 | $97,229.50 |
| Associates | $561.00 | 275.00 | $151,413.00 |
| Paraprofessionals | $212.50 | 32.80 | $7,670.00 |
| Blended Attorney Rate | $637.14 | | |
| **Total Fees Incurred** | | | **$256,312.50** |
| **Less 5% Volume Discount Per Master Services Agreement** | | | **($12,815.65)** |
| **Total Requested** | | | **$243,496.85** |

STEPTOE & JOHNSON LLP
One Market Plaza, Spear Tower, Suite 3900
San Francisco, CA 94105