**EXHIBIT B**

**COMPENSATION BY WORK TASK CODE FOR
SERVICES RENDERED BY STEPTOE & JOHNSON LLP
JUNE 1, 2020 THROUGH JULY 1, 2020**

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 202.50 | $107,133.00 |
| L120 | Analysis/Strategy | 74.10 | $51,120.00 |
| L130 | Experts/Consultants | 6.70 | $4,427.50 |
| L143 | Discovery-Identification and Preservation | 0.40 | $246.00 |
| L160 | Settlement/Non-Binding ADR | 61.60 | $45,301.00 |
| L200 | Pre-Trial Pleadings and Motions | 43.90 | $26,602.50 |
| L310 | Written Discovery | 8.90 | $5,038.50 |
| L330 | Depositions | 10.30 | $2,874.50 |
| L400 | Trial Preparation and Trial | 22.70 | $12,202.00 |
| L500 | Appeal | 1.90 | $1,367.50 |
| **Total Hours and Fees:** | | **433** | **$256,312.50** |
| Less 5% Volume Discount Per Master Services Agreement | | | ($12,815.65) |
| Total Requested | | | $243,496.85 |