**EXHIBIT C**

**EXPENSE SUMMARY**
**JUNE 1, 2020 THROUGH JULY 1, 2020**

| EXPENSE | AMOUNTS |
|---|---:|
| Deposition Transcripts | $6,687.55 |
| Court Filing Fees | $332.50 |
|  |  |
|  |  |
| **Total Expenses Requested:** | **$7,020.05** |

STEPTOE & JOHNSON LLP
One Market Plaza, Spear Tower, Suite 3900
San Francisco, CA 94105