**EXHIBIT D**

**DETAILED TIME ENTRIES**
**JUNE 1, 2020 THROUGH JULY 1, 2020**

STEPTOE & JOHNSON LLP
One Market Plaza, Spear Tower, Suite 3900
San Francisco, CA 94105



One Market Plaza
Spear Tower, Suite 3900
San Francisco, CA 94105
TEL: 415.365.6700
FAX: 415.365.6699
www.steptoe.com

July 27, 2020

**INVOICE SUMMARY**

| **Our Matter No. 024436.00001** | **Invoice No. 2683618** |
| --- | --- |

WILSTEAD, CLARISSA V. PG&E
1606570

For professional services rendered through June 30, 2020

| | | |
| --- | --- | --- |
| Fees: | $ | 1,317.50 |
| 5% Volume Discount | | (65.88) |
| Total Fees: | | 1,251.62 |
| Total Expenses: | | 0.00 |
| **Total Due for this Period:** | | **1,251.62** |
| Previous Balance: | | 110.11 |
| **Total Amount Due:** | **$** | **1,361.73** |

## FEE SUMMARY

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| L. Edelstein | Partner | 1.70 | 775.00 | 1,317.50 |
| | | | **FEES** | **$1,317.50** |
| | | | **5% VOLUME DISCOUNT** | **(65.88)** |
| | | | **TOTAL FEES** | **$1,251.62** |

## FEE DETAIL

| Date | TK | Hours | Amount | Description | Task | Activity |
|---|---|---|---|---|---|---|
| 06/22/20 | LE | 0.20 | 155.00 | Attend to issues concerning status report for court of appeals regarding bankruptcy | L500 | |
| 06/26/20 | LE | 0.40 | 310.00 | Confer with client regarding status of appeal and bankruptcy | L500 | |
| 06/26/20 | LE | 0.30 | 232.50 | Confer with bankruptcy counsel | L500 | |
| 06/28/20 | LE | 0.80 | 620.00 | Attend to issues related to bankruptcy and appeal | L500 | |
| **TOTAL** | | **1.70** | **$1,317.50** | | | |

## TASK SUMMARY

| Code | Description | Amount |
|---|---|---|
| L500 | Appeal | 1,317.50 |
| | **TOTAL** | **$1,317.50** |

## CURRENT ACCOUNTS RECEIVABLE AGING

| Current | 31 to 60 | 61 to 90 | 91 to 120 | Over 120 | Balance |
|---|---|---|---|---|---|
| 95.00 | 15.11 | 0.00 | 0.00 | 0.00 | 110.11 |



**Steptoe**

STEPTOE & JOHNSON LLP

One Market Plaza
Spear Tower, Suite 3900
San Francisco, CA 94105
TEL: 415.365.6700
FAX: 415.365.6699
www.steptoe.com

July 27, 2020

## INVOICE SUMMARY

**Our Matter No. 024436.00001**                                      **Invoice No. 2683618**

WILSTEAD, CLARISSA V. PG&E
1606570

For professional services rendered through June 30, 2020

| | | |
|---|---|---|
| Fees: | $ | 1,317.50 |
| 5% Volume Discount | | (65.88) |
| Total Fees: | | 1,251.62 |
| Total Expenses: | | 0.00 |
| **Total Due for this Period:** | | **1,251.62** |
| Previous Balance: | | 110.11 |
| **Total Amount Due:** | $ | **1,361.73** |

**INVOICE IS DUE AND PAYABLE UPON RECEIPT**
**PLEASE RETURN THIS COPY WITH YOUR REMITTANCE**

Limited Liability Partnership under the laws of the District of Columbia, U.S.A.
BEIJING · BRUSSELS · CHICAGO · HONG KONG · LONDON · LOS ANGELES · NEW YORK · SAN FRANCISCO · WASHINGTON



One Market Plaza
Spear Tower, Suite 3900
San Francisco, CA 94105
TEL: 415.365.6700
FAX: 415.365.6699
www.steptoe.com

July 27, 2020

**INVOICE SUMMARY**

| **Our Matter No. 084371.00010** | **Invoice No. 2683619** |
|---|---|

GHOST SHIP FIRE LITIGATION
1706719

For professional services rendered through June 30, 2020

| | | |
|---|---|---:|
| Fees: | $ | 253,006.50 |
| 5% Volume Discount | | (12,650.33) |
| Total Fees: | | 240,356.17 |
| Total Expenses: | | 7,020.05 |
| **Total Due for this Period:** | | **247,376.22** |
| Previous Balance: | | 773,375.63 |
| **Total Amount Due:** | $ | **1,020,751.85** |

## FEE SUMMARY

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| L. Edelstein | Partner | 119.90 | 775.00 | 92,922.50 |
| M. Dockterman | Partner | 1.90 | 880.00 | 1,672.00 |
| M.A. Keough | Associate | 77.30 | 615.00 | 47,539.50 |
| Patrick Casey Matthews | Associate | 96.20 | 525.00 | 50,505.00 |
| J. Oh | Associate | 100.60 | 525.00 | 52,815.00 |
| S. McRae | Project Assistant | 4.40 | 150.00 | 660.00 |
| E. Stephan | Paralegal | 24.60 | 250.00 | 6,150.00 |
| D.A. Huerta | ePS | 3.30 | 225.00 | 742.50 |

|  |  |
|---|---|
| **FEES** | **$253,006.50** |
| **5% VOLUME DISCOUNT** | **(12,650.33)** |
| **TOTAL FEES** | **$240,356.17** |

## FEE DETAIL

| Date | TK | Hours | Amount | Description | Task | Activity |
|---|---|---|---|---|---|---|
| 06/01/20 | LE | 0.40 | 310.00 | Confer with client | L160 | |
| 06/01/20 | LE | 6.40 | 4,960.00 | Attend to project for client and review and analyze of materials related to same | L120 | |
| 06/01/20 | LE | 0.20 | 155.00 | Attend to weekly case materials for client | L120 | |
| 06/01/20 | LE | 1.00 | 775.00 | Confer with carrier representative | L160 | |
| 06/01/20 | LE | 1.00 | 775.00 | Confer with Consultants I and J | L130 | |
| 06/01/20 | LE | 1.00 | 775.00 | Confer with carrier representatives | L160 | |
| 06/01/20 | MD | 0.70 | 616.00 | Review of materials related to trial preparation project | L400 | |
| 06/01/20 | MAK | 0.50 | 307.50 | Attend to case management issues. | L120 | |
| 06/01/20 | JO | 0.80 | 420.00 | Review and analyze written discovery requests | L310 | |
| 06/01/20 | JO | 0.80 | 420.00 | Attend to written discovery requests | L310 | |
| 06/01/20 | JO | 3.20 | 1,680.00 | Identify materials for fact development and trial preparation. | L400 | |
| 06/01/20 | DAH | 0.60 | 135.00 | Download new deposition materials from court reporter's FTP site; import materials to firm databases | L330 | |
| 06/02/20 | LE | 7.30 | 5,657.50 | Attend to project for client | L120 | |
| 06/02/20 | LE | 0.80 | 620.00 | Weekly call with client regarding case status and strategy | L120 | |
| 06/02/20 | LE | 0.50 | 387.50 | Conference calls with client regarding case issues | L120 | |
| 06/02/20 | LE | 1.00 | 775.00 | Confer with client | L160 | |
| 06/02/20 | LE | 1.00 | 775.00 | Confer with Consultant K | L130 | |
| 06/02/20 | LE | 0.40 | 310.00 | Attend to issues regarding upcoming case management conference | L200 | |
| 06/02/20 | MD | 1.20 | 1,056.00 | Attend to trial strategy issues | L120 | |

| Date | TK | Hours | Amount | Description | Task | Activity |
|------|-----|-------|--------|-------------|------|----------|
| 06/02/20 | MAK | 0.80 | 492.00 | Attend to factual development project for client | L110 | |
| 06/02/20 | MAK | 0.80 | 492.00 | Attend weekly call with client | L120 | |
| 06/02/20 | MAK | 0.30 | 184.50 | Call with co-counsel regarding factual development project | L110 | |
| 06/02/20 | JO | 0.30 | 157.50 | Confer with co-counsel regarding factual development project | L110 | |
| 06/02/20 | JO | 0.50 | 262.50 | Additional research and review of authorities regarding legal research project | L120 | |
| 06/02/20 | JO | 0.40 | 210.00 | Attend to deposition transcript and materials of PG&E employee | L330 | |
| 06/02/20 | JO | 0.30 | 157.50 | Confer with PG&E employee regarding deposition transcript. | L330 | |
| 06/02/20 | JO | 0.40 | 210.00 | Review and analyze materials for factual development project | L110 | |
| 06/02/20 | JO | 4.40 | 2,310.00 | Review and compile materials for fact development and trial preparation. | L400 | |
| 06/02/20 | SM | 1.60 | 240.00 | Upload and rename deposition and exhibits for additional depositions | L330 | |
| 06/02/20 | ES | 5.90 | 1,475.00 | Attend to materials for factual development project | L110 | |
| 06/02/20 | DAH | 0.60 | 135.00 | Download new deposition materials from court reporter's FTP site; import same materials to firm databases | L330 | |
| 06/03/20 | LE | 0.90 | 697.50 | Confer call with carrier representative and follow up with client | L160 | |
| 06/03/20 | LE | 1.70 | 1,317.50 | Conference call with client and co-counsel | L160 | |
| 06/03/20 | LE | 0.10 | 77.50 | Attend to supplemental interrogatory responses | L310 | |
| 06/03/20 | LE | 0.20 | 155.00 | Attend to inquiries from carrier representatives | L120 | |
| 06/03/20 | LE | 1.10 | 852.50 | Confer with co-counsel | L120 | |
| 06/03/20 | LE | 1.40 | 1,085.00 | Attend to issues regarding mediation, | L160 | |
| 06/03/20 | LE | 0.80 | 620.00 | Attend to issues regarding mediation brief | L160 | |
| 06/03/20 | LE | 1.10 | 852.50 | Attend to project for client | L120 | |
| 06/03/20 | MAK | 1.30 | 799.50 | Attend to factual development project | L110 | |
| 06/03/20 | MAK | 0.80 | 492.00 | Attend to issues related to D. Askounis deposition | L330 | |
| 06/03/20 | MAK | 1.10 | 676.50 | Review and analyze materials in connection with potential motion | L200 | |
| 06/03/20 | MAK | 0.20 | 123.00 | Attend to issues regarding potential consultant | L130 | |
| 06/03/20 | MAK | 0.40 | 246.00 | Attend to mediation brief | L160 | |
| 06/03/20 | MAK | 0.20 | 123.00 | Attend to case management issues | L120 | |
| 06/03/20 | MAK | 0.30 | 184.50 | Attend to legal research project | L120 | |
| 06/03/20 | PW | 5.40 | 2,835.00 | Research for legal research project | L120 | |

| Date | TK | Hours | Amount | Description | Task | Activity |
|------|----|-------|--------|-------------|------|----------|
| 06/03/20 | PW | 2.50 | 1,312.50 | Attend to legal research project | L120 | |
| 06/03/20 | JO | 4.50 | 2,362.50 | Review and compile materials for fact development and trial preparation. | L400 | |
| 06/03/20 | JO | 2.00 | 1,050.00 | Attend to mediation brief | L160 | |
| 06/03/20 | JO | 0.30 | 157.50 | Attend to issues regarding deposition transcript of PG&E employee | L330 | |
| 06/04/20 | LE | 1.40 | 1,085.00 | Attend to plaintiffs' damages submissions | L160 | |
| 06/04/20 | LE | 1.20 | 930.00 | Confer with co-counsel | L120 | |
| 06/04/20 | LE | 0.80 | 620.00 | Attend to issues regarding potential motion | L200 | |
| 06/04/20 | LE | 1.30 | 1,007.50 | Interview with potential consultant and follow up with M. Keough regarding same | L130 | |
| 06/04/20 | LE | 3.90 | 3,022.50 | Attend to issues regarding mediation and plaintiffs' damages submission. | L160 | |
| 06/04/20 | MAK | 0.40 | 246.00 | Attend to factual development project | L120 | |
| 06/04/20 | MAK | 1.80 | 1,107.00 | Review and analyze materials in connection with potential motion | L200 | |
| 06/04/20 | MAK | 1.30 | 799.50 | Interview with potential consultant and confer with L. Edelstein regarding the same. | L130 | |
| 06/04/20 | PW | 4.80 | 2,520.00 | Research for legal research project | L120 | |
| 06/04/20 | PW | 3.00 | 1,575.00 | Attend to legal research project | L110 | |
| 06/04/20 | JO | 2.30 | 1,207.50 | Review and analyze documents in connection with potential motion | L200 | |
| 06/04/20 | JO | 4.10 | 2,152.50 | Review and compile materials for fact development and trial preparation. | L400 | |
| 06/04/20 | ES | 0.30 | 75.00 | Review and edit materials for factual development project | L110 | |
| 06/04/20 | ES | 2.30 | 575.00 | Review and analyze materials for factual development project | L110 | |
| 06/05/20 | LE | 1.00 | 775.00 | Pre-mediation call with mediator | L160 | |
| 06/05/20 | LE | 0.80 | 620.00 | Attend to issues concerning possible motion to continue | L200 | |
| 06/05/20 | LE | 0.50 | 387.50 | Confer with Consultant B and follow up regarding same | L130 | |
| 06/05/20 | LE | 0.30 | 232.50 | Attend to issues regarding potential legal motion | L200 | |
| 06/05/20 | LE | 0.80 | 620.00 | Confer with client | L160 | |
| 06/05/20 | LE | 1.10 | 852.50 | Attend to issues concerning upcoming mediation | L160 | |
| 06/05/20 | LE | 0.60 | 465.00 | Attend to issues regarding plaintiffs' damages claims | L160 | |
| 06/05/20 | LE | 0.20 | 155.00 | Attend to weekly case materials for client | L120 | |
| 06/05/20 | MAK | 4.00 | 2,460.00 | Review and analyze materials in connection with potential motion | L200 | |
| 06/05/20 | MAK | 0.50 | 307.50 | Attend to case management issues | L120 | |
| 06/05/20 | MAK | 0.20 | 123.00 | Correspondence with court regarding hearing date for summary judgment motion. | L200 | |

| Date | TK | Hours | Amount | Description | Task | Activity |
|------|-----|-------|--------|-------------|------|----------|
| 06/05/20 | MAK | 1.80 | 1,107.00 | Review and analyze materials in connection with potential motion and attend to supporting documents regarding same | L200 | |
| 06/05/20 | PW | 1.30 | 682.50 | Attend to legal research project | L120 | |
| 06/05/20 | PW | 1.10 | 577.50 | Additional research for legal research project | L110 | |
| 06/05/20 | PW | 3.40 | 1,785.00 | Review and revise memorandum regarding history of electrical work done on Ngs' properties. | L110 | |
| 06/05/20 | JO | 0.90 | 472.50 | Review and analyze materials in connection with potential motion | L200 | |
| 06/05/20 | JO | 4.40 | 2,310.00 | Research and review legal authorities on issues related to potential motion | L200 | |
| 06/05/20 | ES | 0.30 | 75.00 | Attend to weekly case materials for client | L120 | |
| 06/06/20 | LE | 2.20 | 1,705.00 | Attend to legal research issues and project | L120 | |
| 06/06/20 | PW | 4.60 | 2,415.00 | Attend to legal research project | L120 | |
| 06/06/20 | JO | 2.10 | 1,102.50 | Review and analyze written discovery requests | L310 | |
| 06/07/20 | LE | 0.30 | 232.50 | Attend to issues regarding possible motion to continue, | L200 | |
| 06/07/20 | LE | 0.20 | 155.00 | Attend to follow up factual issues arising from depositions | L110 | |
| 06/07/20 | LE | 1.30 | 1,007.50 | Attend to legal research issues and analysis | L120 | |
| 06/07/20 | MAK | 2.30 | 1,414.50 | Attend to issues concerning potential motion to continue trial date | L120 | |
| 06/07/20 | MAK | 2.40 | 1,476.00 | Attend to issues regarding legal research project | L120 | |
| 06/07/20 | PW | 4.20 | 2,205.00 | Additional work on legal research project | L110 | |
| 06/08/20 | LE | 0.50 | 387.50 | Meeting with Steptoe team regarding potential motion | L200 | |
| 06/08/20 | LE | 0.30 | 232.50 | Attend to issues regarding motion to continue | L200 | |
| 06/08/20 | LE | 0.40 | 310.00 | Attend to inquiries from carrier representatives | L160 | |
| 06/08/20 | LE | 0.80 | 620.00 | Attend to legal research issues | L120 | |
| 06/08/20 | LE | 1.50 | 1,162.50 | Multiple phone calls with client | L160 | |
| 06/08/20 | LE | 1.50 | 1,162.50 | Confer with co-counsel | L120 | |
| 06/08/20 | LE | 0.20 | 155.00 | Attend to responses to requests for admission | L310 | |
| 06/08/20 | LE | 0.30 | 232.50 | Attend to follow up issues concerning plaintiffs' mediation brief | L160 | |
| 06/08/20 | LE | 0.80 | 620.00 | Attend to legal research project and analysis for client | L120 | |
| 06/08/20 | MAK | 0.40 | 246.00 | Attend to issues concerning trial preparation and research | L400 | |
| 06/08/20 | MAK | 0.30 | 184.50 | Review and analyze responses to requests for admission. | L310 | |

| Date | TK | Hours | Amount | Description | Task | Activity |
|------|-----|-------|--------|-------------|------|----------|
| 06/08/20 | MAK | 0.30 | 184.50 | Attend to supporting documents for potential motion | L200 | |
| 06/08/20 | MAK | 0.10 | 61.50 | Correspondence with court concerning potential motion to continue trial date. | L200 | |
| 06/08/20 | MAK | 1.60 | 984.00 | Review and analyze materials in connection with legal motion | L200 | |
| 06/08/20 | MAK | 0.50 | 307.50 | Confer with Steptoe team regarding potential motion | L200 | |
| 06/08/20 | PW | 0.50 | 262.50 | Confer with Steptoe team regarding preparation for potential legal motion | L120 | |
| 06/08/20 | PW | 3.20 | 1,680.00 | Attend to additional work on factual development project | L110 | |
| 06/08/20 | PW | 4.30 | 2,257.50 | Follow up research for factual development project | L110 | |
| 06/08/20 | JO | 2.70 | 1,417.50 | Review and analyze materials in connection with plaintiffs' mediation statement. | L160 | |
| 06/08/20 | JO | 0.50 | 262.50 | Confer with Steptoe team regarding potential legal motion | L200 | |
| 06/08/20 | JO | 3.60 | 1,890.00 | Attend to issues concerning trial structure and trial | L400 | |
| 06/08/20 | JO | 4.00 | 2,100.00 | Attend to issues concerning plaintiffs' mediation brief | L160 | |
| 06/08/20 | SM | 0.80 | 120.00 | Review deposition transcript and upload transcript and exhibits to client site of PG&E employee deposition | L330 | |
| 06/08/20 | ES | 0.50 | 125.00 | Confer with Steptoe team regarding preparation of potential legal motion | L200 | |
| 06/08/20 | ES | 1.90 | 475.00 | Review and analyze materials for factual development project | L110 | |
| 06/08/20 | DAH | 0.50 | 112.50 | Download new deposition materials from court reporter's FTP; import same materials to firm databases | L330 | |
| 06/09/20 | LE | 0.60 | 465.00 | Attend to case management issues | L120 | |
| 06/09/20 | LE | 1.70 | 1,317.50 | Attend to issues regarding mediation | L160 | |
| 06/09/20 | LE | 0.60 | 465.00 | Attend to case strategy issues and materials for client | L120 | |
| 06/09/20 | LE | 2.30 | 1,782.50 | Attend to issues regarding potential motion. | L200 | |
| 06/09/20 | LE | 0.70 | 542.50 | Confer with client | L120 | |
| 06/09/20 | LE | 0.30 | 232.50 | Attend to follow up issues from depositions | L330 | |
| 06/09/20 | LE | 1.30 | 1,007.50 | Confer with carrier representatives (1.0) and prepare for same (.3) | L120 | |
| 06/09/20 | MAK | 0.40 | 246.00 | Attend to issues concerning responses to requests for admission. | L310 | |
| 06/09/20 | MAK | 0.50 | 307.50 | Confer with J. Oh regarding supporting documents regarding potential motion | L200 | |
| 06/09/20 | MAK | 0.40 | 246.00 | Attend to case management issues | L120 | |

| Date | TK | Hours | Amount | Description | Task | Activity |
|------|-----|-------|--------|-------------|------|----------|
| 06/09/20 | MAK | 1.50 | 922.50 | Attend to supporting documents for potential legal motion | L200 | |
| 06/09/20 | PW | 2.30 | 1,207.50 | Additional review of materials for factual development project | L110 | |
| 06/09/20 | PW | 4.80 | 2,520.00 | Attend to additional work on factual development project | L110 | |
| 06/09/20 | PW | 0.60 | 315.00 | Research regarding supporting documents for potential motion. | L200 | |
| 06/09/20 | JO | 1.00 | 525.00 | Review and analyze written discovery requests | L310 | |
| 06/09/20 | JO | 0.80 | 420.00 | Attend to issues concerning plaintiffs' mediation statement | L160 | |
| 06/09/20 | JO | 1.20 | 630.00 | Review and analyze written discovery requests | L310 | |
| 06/09/20 | JO | 0.80 | 420.00 | Attend to supporting documents for potential legal motion | L200 | |
| 06/09/20 | JO | 0.50 | 262.50 | Confer with M. Keough regarding supporting documents for potential legal motion | L200 | |
| 06/09/20 | JO | 1.40 | 735.00 | Review and analyze materials in connection with potential legal motion | L200 | |
| 06/09/20 | DAH | 0.90 | 202.50 | Download new deposition transcript materials from court reporter's FTP site; import deposition transcript materials to firm databases | L330 | |
| 06/10/20 | LE | 0.80 | 620.00 | Attend to issues regarding upcoming potential motion | L200 | |
| 06/10/20 | LE | 1.70 | 1,317.50 | Attend to research and analysis of legal issues | L120 | |
| 06/10/20 | LE | 0.90 | 697.50 | Attend to issues related to upcoming mediation | L120 | |
| 06/10/20 | LE | 0.20 | 155.00 | Attend to issues regarding potential consultant | L130 | |
| 06/10/20 | MAK | 0.70 | 430.50 | Attend to issues regarding factual development project | L110 | |
| 06/10/20 | MAK | 2.40 | 1,476.00 | Review and analyze documents for factual development project | L110 | |
| 06/10/20 | PW | 3.70 | 1,942.50 | Review and analyze documents for factual development project | L110 | |
| 06/10/20 | PW | 2.60 | 1,365.00 | Draft supporting papers for potential motion | L200 | |
| 06/10/20 | JO | 1.10 | 577.50 | Review and analyze documents for factual development project | L110 | |
| 06/10/20 | JO | 0.50 | 262.50 | Review and analyze documents for factual development project | L110 | |
| 06/10/20 | JO | 0.70 | 367.50 | Review and compile materials for fact development and trial preparation. | L400 | |
| 06/10/20 | JO | 1.10 | 577.50 | Identify materials for fact development and trial preparation | L400 | |

| Date | TK | Hours | Amount | Description | Task | Activity |
|------|-----|-------|--------|-------------|------|----------|
| 06/10/20 | JO | 2.20 | 1,155.00 | Review and analyze documents for factual development project | L110 | |
| 06/10/20 | SM | 0.80 | 120.00 | Review and upload deposition transcript and exhibits to non-party deposition to client site | L330 | |
| 06/10/20 | SM | 0.70 | 105.00 | Review and upload deposition transcript and exhibits to client site for non-party deposition | L330 | |
| 06/10/20 | ES | 0.30 | 75.00 | Attend to bankruptcy proof of claim issues for client | L110 | |
| 06/10/20 | ES | 3.20 | 800.00 | Attend to materials for factual development project | L110 | |
| 06/11/20 | LE | 12.20 | 9,455.00 | Attend mediation | L160 | |
| 06/11/20 | LE | 0.20 | 155.00 | Confer with client | L160 | |
| 06/11/20 | MAK | 0.90 | 553.50 | Review and analyze recent document production of resident plaintiff | L110 | |
| 06/11/20 | MAK | 0.20 | 123.00 | Attend to issues concerning potential motion to continue trial | L200 | |
| 06/11/20 | PW | 4.30 | 2,257.50 | Review and analyze documents for factual development project | L110 | |
| 06/11/20 | PW | 2.10 | 1,102.50 | Attend to materials for factual development project | L110 | |
| 06/11/20 | PW | 2.50 | 1,312.50 | Draft supporting papers for potential motion | L200 | |
| 06/11/20 | JO | 8.60 | 4,515.00 | Review and analyze documents for factual development project | L110 | |
| 06/12/20 | LE | 1.40 | 1,085.00 | Confer with PG&E employee to develop facts (1.1) and prepare for same (.3) | L110 | |
| 06/12/20 | LE | 0.80 | 620.00 | Attend to issues concerning stipulation to extend time for plaintiffs to amend complaint and shorten notice period for summary judgment motion | L200 | |
| 06/12/20 | LE | 2.70 | 2,092.50 | Multiple calls with client and co-counsel | L120 | |
| 06/12/20 | LE | 1.30 | 1,007.50 | Attend to follow up issues regarding mediation | L160 | |
| 06/12/20 | LE | 0.40 | 310.00 | Attend to issues regarding upcoming potential motion | L200 | |
| 06/12/20 | LE | 0.50 | 387.50 | Attend to case management issues | L120 | |
| 06/12/20 | MAK | 0.30 | 184.50 | Attend to responses to requests for admission | L310 | |
| 06/12/20 | MAK | 4.50 | 2,767.50 | Review and analyze documents for factual development project | L110 | |
| 06/12/20 | MAK | 0.60 | 369.00 | Attend to stipulation to extend time to file amended master complaint and summary judgment motion | L200 | |
| 06/12/20 | MAK | 0.30 | 184.50 | Attend to legal research in connection with responses to requests for admission. | L310 | |
| 06/12/20 | MAK | 0.80 | 492.00 | Attend to issues concerning objections and responses to requests for admission | L310 | |

| Date | TK | Hours | Amount | Description | Task | Activity |
|------|----|-------|--------|-------------|------|----------|
| 06/12/20 | MAK | 0.70 | 430.50 | Attend to materials in connection with factual development project | L110 | |
| 06/12/20 | PW | 4.30 | 2,257.50 | Review and analyze documents for factual development project | L110 | |
| 06/12/20 | PW | 3.10 | 1,627.50 | Attend to materials for factual development project | L110 | |
| 06/12/20 | JO | 1.10 | 577.50 | Confer with PG&E employee to develop facts | L110 | |
| 06/12/20 | JO | 6.00 | 3,150.00 | Review and analyze documents for factual development project | L110 | |
| 06/13/20 | MAK | 6.00 | 3,690.00 | Review and analyze documents for factual development project | L110 | |
| 06/13/20 | PW | 2.30 | 1,207.50 | Attend to materials for factual development project | L110 | |
| 06/13/20 | PW | 4.10 | 2,152.50 | Review and analyze documents for factual development project | L110 | |
| 06/13/20 | JO | 7.90 | 4,147.50 | Review and analyze documents for factual development project | L110 | |
| 06/14/20 | MAK | 6.80 | 4,182.00 | Review and analyze documents for factual development project | L110 | |
| 06/14/20 | PW | 5.10 | 2,677.50 | Review and analyze documents for factual development project | L110 | |
| 06/14/20 | PW | 3.80 | 1,995.00 | Attend to materials for factual development project | L110 | |
| 06/14/20 | JO | 4.90 | 2,572.50 | Review and analyze documents for factual development project | L110 | |
| 06/15/20 | LE | 0.80 | 620.00 | Attend to issues regarding upcoming mediation | L160 | |
| 06/15/20 | LE | 1.30 | 1,007.50 | Confer with co-counsel | L120 | |
| 06/15/20 | LE | 0.20 | 155.00 | Attend to issues regarding retention of consultants | L130 | |
| 06/15/20 | LE | 0.20 | 155.00 | Attend to issues regarding stipulation to extend time to file amended complaint and shorten notice period | L200 | |
| 06/15/20 | MAK | 6.70 | 4,120.50 | Review and analyze documents for factual development project | L110 | |
| 06/15/20 | MAK | 0.30 | 184.50 | Attend to notice of entry | L200 | |
| 06/15/20 | MAK | 8.30 | 5,104.50 | Attend to materials in connection with factual development project | L110 | |
| 06/15/20 | PW | 4.80 | 2,520.00 | Review and analyze documents for factual development project | L110 | |
| 06/15/20 | PW | 3.70 | 1,942.50 | Attend to materials for factual development project | L110 | |
| 06/15/20 | JO | 0.70 | 367.50 | Attend to materials in connection with factual development project | L110 | |
| 06/15/20 | JO | 9.60 | 5,040.00 | Review and analyze documents for factual development project | L110 | |

| Date | TK | Hours | Amount | Description | Task | Activity |
|------|-----|-------|--------|-------------|------|----------|
| 06/15/20 | SM | 0.50 | 75.00 | Review and upload deposition transcript and exhibits for plaintiff depositions | L330 | |
| 06/15/20 | ES | 0.90 | 225.00 | Attend to notice of entry for motion for judgment on the pleadings | L200 | |
| 06/15/20 | ES | 3.70 | 925.00 | Review and analyze documents in connection with factual development project | L110 | |
| 06/15/20 | ES | 2.00 | 500.00 | Attend to factual development project | L110 | |
| 06/15/20 | DAH | 0.70 | 157.50 | Download new deposition transcripts and associated materials from court reporter's FTP; prepare and import same materials to Case Notebook and case team's deposition working folder. | L330 | |
| 06/16/20 | LE | 1.40 | 1,085.00 | Lead weekly call with client | L120 | |
| 06/16/20 | LE | 2.70 | 2,092.50 | Attend to legal strategy issues and analysis | L120 | |
| 06/16/20 | LE | 1.80 | 1,395.00 | Attend to issues regarding fact development project, | L110 | |
| 06/16/20 | LE | 0.90 | 697.50 | Attend to issues regarding upcoming mediation | L120 | |
| 06/16/20 | MAK | 1.50 | 922.50 | Review and analyze documents for factual development project | L110 | |
| 06/16/20 | MAK | 0.80 | 492.00 | Attend to materials in connection with factual development project | L110 | |
| 06/16/20 | PW | 0.70 | 367.50 | Attend to materials for factual development project | L110 | |
| 06/16/20 | PW | 3.10 | 1,627.50 | Review and analyze documents for factual development project | L110 | |
| 06/16/20 | JO | 5.60 | 2,940.00 | Attend to materials in connection with factual development project | L110 | |
| 06/16/20 | ES | 1.90 | 475.00 | Attend to factual development project | L110 | |
| 06/17/20 | LE | 2.30 | 1,782.50 | Attend to factual development project and analysis | L110 | |
| 06/17/20 | LE | 1.00 | 775.00 | Confer with client | L120 | |
| 06/17/20 | LE | 1.00 | 775.00 | Confer with client | L120 | |
| 06/17/20 | LE | 0.40 | 310.00 | Confer with co-counsel | L120 | |
| 06/17/20 | MAK | 1.20 | 738.00 | Attend to materials in connection with factual development project | L110 | |
| 06/17/20 | JO | 2.40 | 1,260.00 | Attend to materials in connection with factual development project | L110 | |
| 06/17/20 | ES | 1.00 | 250.00 | Attend to materials provided to consultants | L130 | |
| 06/18/20 | LE | 2.70 | 2,092.50 | Attend to factual development project and analysis | L110 | |
| 06/18/20 | LE | 0.70 | 542.50 | Preparations for upcoming mediation | L160 | |
| 06/18/20 | LE | 0.60 | 465.00 | Attend to follow up issues regarding first mediation session | L160 | |
| 06/18/20 | LE | 0.40 | 310.00 | Confer with carrier representatives | L160 | |

| Date | TK | Hours | Amount | Description | Task | Activity |
|------|-----|-------|--------|-------------|------|----------|
| 06/18/20 | MAK | 4.80 | 2,952.00 | Review and analyze documents for factual development project | L110 | |
| 06/19/20 | LE | 1.80 | 1,395.00 | Attend to factual development project and analysis | L110 | |
| 06/19/20 | LE | 0.10 | 77.50 | Attend to court order granting stipulation to extend time | L200 | |
| 06/19/20 | LE | 0.30 | 232.50 | Attend to responses to requests for admission | L310 | |
| 06/19/20 | MAK | 0.30 | 184.50 | Review and analyze responses to requests for admission. | L310 | |
| 06/19/20 | MAK | 1.00 | 615.00 | Attend to supporting papers for potential legal motion | L200 | |
| 06/19/20 | MAK | 0.40 | 246.00 | Attend to case management issues | L120 | |
| 06/19/20 | ES | 0.40 | 100.00 | Attend to weekly case materials for client | L110 | |
| 06/22/20 | LE | 0.90 | 697.50 | Attend to issues regarding mediation | L160 | |
| 06/22/20 | LE | 0.30 | 232.50 | Confer with co-counsel | L120 | |
| 06/22/20 | LE | 0.30 | 232.50 | Attend to follow up issues from first mediation session | L160 | |
| 06/23/20 | LE | 9.00 | 6,975.00 | Attend second mediation session | L160 | |
| 06/24/20 | LE | 0.90 | 697.50 | Attend to follow up issues from second mediation | L160 | |
| 06/24/20 | LE | 0.20 | 155.00 | Attend to issues regarding potential trial date continuance | L200 | |
| 06/24/20 | LE | 0.20 | 155.00 | Attend to issues regarding continued deposition of J. Hrabko | L330 | |
| 06/24/20 | MAK | 0.20 | 123.00 | Attend to issues concerning mediation | L120 | |
| 06/25/20 | LE | 0.50 | 387.50 | Confer with client | L160 | |
| 06/25/20 | LE | 0.50 | 387.50 | Attend to follow-up issues from first mediation session | L160 | |
| 06/25/20 | MAK | 0.20 | 123.00 | Confer with L. Edelstein regarding case status | L120 | |
| 06/26/20 | LE | 0.50 | 387.50 | Confer with bankruptcy counsel | L160 | |
| 06/26/20 | LE | 0.20 | 155.00 | Attend to issues regarding CMC statement for July 1, 2020 CMC | L200 | |
| 06/27/20 | LE | 0.20 | 155.00 | Attend to follow up issues from mediation | L160 | |
| 06/27/20 | LE | 0.30 | 232.50 | Attend to CMC statement for July 1, 2020 CMC | L200 | |
| 06/29/20 | LE | 0.90 | 697.50 | Attend to follow up issues regarding mediation | L160 | |
| 06/29/20 | LE | 0.20 | 155.00 | Attend to project for client | L120 | |
| 06/29/20 | LE | 0.30 | 232.50 | Attend to issues regarding July 1, 2020 CMC | L200 | |
| 06/30/20 | LE | 0.40 | 310.00 | Attend to follow up issues from first mediation session | L160 | |
| 06/30/20 | LE | 0.20 | 155.00 | Attend to follow up issues regarding second mediation session | L160 | |

| Date | TK | Hours | Amount | Description | Task | Activity |
|------|-----|-------|--------|-------------|------|----------|
| 06/30/20 | LE | 0.20 | 155.00 | Attend to CMC statement for CMC | L200 | |
| **TOTAL** | | **428.20** | **$253,006.50** | | | |

## TASK SUMMARY

| Code | Description | Amount |
|------|-------------|--------|
| L110 | Fact Investigation/Development | 107,133.00 |
| L120 | Analysis/Strategy | 50,655.00 |
| L130 | Experts/Consultants | 4,427.50 |
| L160 | Settlement/Non-Binding ADR | 45,068.50 |
| L200 | Pre-Trial Pleadings and Motions | 25,675.00 |
| L310 | Written Discovery | 5,038.50 |
| L330 | Depositions | 2,807.00 |
| L400 | Trial Preparation and Trial | 12,202.00 |
| | **TOTAL** | **$253,006.50** |

## EXPENSE DETAIL

| Description | Amount |
|-------------|--------|
| Deposition Transcripts  - U.S. LEGAL SUPPORT INC. Inv.110374185 dated MAY-12-2020 re Deposition Transcript | 453.75 |
| Deposition Transcripts  - U.S. LEGAL SUPPORT INC. Inv.110374275 dated MAY-12-2020 re Deposition transcript | 1,153.80 |
| Deposition Transcripts  - U.S. LEGAL SUPPORT INC. Inv.110374279 dated MAY-12-2020 re Deposition transcript | 276.85 |
| Deposition Transcripts  - U.S. LEGAL SUPPORT INC. Inv.110374664 dated MAY-15-2020 re Deposition transcript | 491.25 |
| Deposition Transcripts  - U.S. LEGAL SUPPORT INC. Inv.110376867 dated JUN-02-2020 re Deposition Transcript | 1,416.90 |
| Deposition Transcripts  - U.S. LEGAL SUPPORT INC. Inv.110374171 dated MAY-12-2020 re Deposition Transcript | 1,022.25 |
| Filing Fees - Court  - SPECIALIZED LEGAL SERVICES, INC. Inv.P180563 dated MAY-31-2020 re Filing fee for PG&E Answer to 4th Amended Cross-Claimant/Defendant Jonathan Hrabko. | 125.00 |
| Filing Fees  - Court - SPECIALIZED LEGAL SERVICES, INC. Inv.P180586 dated MAY-31-2020 re Filing fee for Motion for Judgment on the Pleadings. | 207.50 |
| Deposition Transcripts  - U.S. LEGAL SUPPORT INC. Inv.110377924 dated JUN-09-2020 re deposition transcript. | 678.95 |
| Deposition Transcripts  - U.S. LEGAL SUPPORT INC. Inv.110377936 dated JUN-09-2020 re Deposition transcript | 372.55 |
| Deposition Transcripts  - U.S. LEGAL SUPPORT INC. Inv.110377718 dated JUN-08-2020 re Deposition transcript | 821.25 |
| | **TOTAL** | **$7,020.05** |

## CURRENT ACCOUNTS RECEIVABLE AGING

| Current | 31 to 60 | 61 to 90 | 91 to 120 | Over 120 | Balance |
|---|---|---|---|---|---|
| 639,293.61 | 70,576.85 | 60,662.92 | 0.00 | 2,842.25 | 773,375.63 |



One Market Plaza
Spear Tower, Suite 3900
San Francisco, CA 94105
TEL: 415.365.6700
FAX: 415.365.6699
www.steptoe.com

July 27, 2020

**INVOICE SUMMARY**

**Our Matter No. 084371.00010**                                          **Invoice No. 2683619**

GHOST SHIP FIRE LITIGATION
1706719

For professional services rendered through June 30, 2020

| | | |
|---|---|---|
| Fees: | $ | 253,006.50 |
| 5% Volume Discount | | (12,650.33) |
| Total Fees: | | 240,356.17 |
| Total Expenses: | | 7,020.05 |
| **Total Due for this Period:** | | **247,376.22** |
| Previous Balance: | | 773,375.63 |
| **Total Amount Due:** | $ | **1,020,751.85** |

**INVOICE IS DUE AND PAYABLE UPON RECEIPT**
**PLEASE RETURN THIS COPY WITH YOUR REMITTANCE**

Limited Liability Partnership under the laws of the District of Columbia, U.S.A.
BEIJING BRUSSELS CHICAGO HONG KONG LONDON LOS ANGELES NEW YORK SAN FRANCISCO WASHINGTON



One Market Plaza
Spear Tower, Suite 3900
San Francisco, CA 94105
TEL: 415.365.6700
FAX: 415.365.6699
www.steptoe.com

July 27, 2020

**INVOICE SUMMARY**

| **Our Matter No. 084371.00011** | **Invoice No. 2683620** |
|---|---|

VALERO REFINERY OUTAGE
1706792

For professional services rendered through June 30, 2020

| | | |
|---|---|---|
| Fees: | $ | 478.50 |
| 5% Volume Discount | | (23.93) |
| Total Fees: | | 454.57 |
| Total Expenses: | | 0.00 |
| **Total Due for this Period:** | | **454.57** |
| Previous Balance: | | 117,649.38 |
| **Total Amount Due:** | $ | **118,103.95** |

## FEE SUMMARY

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| L. Edelstein | Partner | 0.30 | 775.00 | 232.50 |
| M.E. Flynn-O'Brien | Associate | 0.40 | 615.00 | 246.00 |
| | | | FEES | $478.50 |
| | | | 5% VOLUME DISCOUNT | (23.93) |
| | | | TOTAL FEES | $454.57 |

## FEE DETAIL

| Date | TK | Hours | Amount | Description | Task | Activity |
|---|---|---|---|---|---|---|
| 06/03/20 | MEFO | 0.40 | 246.00 | Respond to client inquiry regarding legal hold | L143 | |
| 06/29/20 | LE | 0.30 | 232.50 | Confer with client regarding case status and strategy | L120 | |
| **TOTAL** | | **0.70** | **$478.50** | | | |

## TASK SUMMARY

| Code | Description | Amount |
|---|---|---|
| L120 | Analysis/Strategy | 232.50 |
| L143 | Discovery-Identification and Preservation | 246.00 |
| | TOTAL | $478.50 |

## CURRENT ACCOUNTS RECEIVABLE AGING

| Current | 31 to 60 | 61 to 90 | 91 to 120 | Over 120 | Balance |
|---|---|---|---|---|---|
| 111,511.06 | 3,372.72 | 2,765.60 | 0.00 | 0.00 | 117,649.38 |



One Market Plaza
Spear Tower, Suite 3900
San Francisco, CA 94105
TEL: 415.365.6700
FAX: 415.365.6699
www.steptoe.com

July 27, 2020

**INVOICE SUMMARY**

**Our Matter No. 084371.00011**                                      **Invoice No. 2683620**

VALERO REFINERY OUTAGE
1706792

For professional services rendered through June 30, 2020

| | | |
|---|---|---|
| Fees: | $ | 478.50 |
| 5% Volume Discount | | (23.93) |
| Total Fees: | | 454.57 |
| Total Expenses: | | 0.00 |
| **Total Due for this Period:** | | **454.57** |
| Previous Balance: | | 117,649.38 |
| **Total Amount Due:** | $ | **118,103.95** |

**INVOICE IS DUE AND PAYABLE UPON RECEIPT**
**PLEASE RETURN THIS COPY WITH YOUR REMITTANCE**

Limited Liability Partnership under the laws of the District of Columbia, U.S.A.
BEIJING   BRUSSELS   CHICAGO   HONG KONG   LONDON   LOS ANGELES   NEW YORK   SAN FRANCISCO   WASHINGTON



**Steptoe**

STEPTOE & JOHNSON LLP

One Market Plaza
Spear Tower, Suite 3900
San Francisco, CA 94105
TEL: 415.365.6700
FAX: 415.365.6699
www.steptoe.com

July 27, 2020

**INVOICE SUMMARY**

| **Our Matter No. 084371.00015** | **Invoice No. 2683621** |
|---|---|

GANTNER PSPS CLASS ACTION
2007749

For professional services rendered through June 30, 2020

| | | |
|---|---|---:|
| Fees: | $ | 77.50 |
| 5% Volume Discount | | (3.88) |
| Total Fees: | | 73.62 |
| Total Expenses: | | 0.00 |
| **Total Due for this Period:** | | **73.62** |
| Previous Balance: | | 845.51 |
| **Total Amount Due:** | $ | **919.13** |

## FEE SUMMARY

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| L. Edelstein | Partner | 0.10 | 775.00 | 77.50 |
| | | | **FEES** | **$77.50** |
| | | | **5% VOLUME DISCOUNT** | **(3.88)** |
| | | | **TOTAL FEES** | **$73.62** |

## FEE DETAIL

| Date | TK | Hours | Amount | Description | Task | Activity |
|---|---|---|---|---|---|---|
| 06/05/20 | LE | 0.10 | 77.50 | Attend to issues regarding PSPS and calculation of payments for CPUC programs | L120 | |
| **TOTAL** | | **0.10** | **$77.50** | | | |

## TASK SUMMARY

| Code | Description | Amount |
|---|---|---|
| L120 | Analysis/Strategy | 77.50 |
| | **TOTAL** | **$77.50** |

## CURRENT ACCOUNTS RECEIVABLE AGING

| Current | 31 to 60 | 61 to 90 | 91 to 120 | Over 120 | Balance |
|---|---|---|---|---|---|
| 294.49 | 272.02 | 279.00 | 0.00 | 0.00 | 845.51 |



One Market Plaza
Spear Tower, Suite 3900
San Francisco, CA 94105
TEL: 415.365.6700
FAX: 415.365.6699
www.steptoe.com

July 27, 2020

## INVOICE SUMMARY

**Our Matter No. 084371.00015**                                    **Invoice No. 2683621**

GANTNER PSPS CLASS ACTION
2007749

For professional services rendered through June 30, 2020

| | | |
|---|---|---|
| Fees: | $ | 77.50 |
| 5% Volume Discount | | (3.88) |
| Total Fees: | | 73.62 |
| Total Expenses: | | 0.00 |
| **Total Due for this Period:** | | **73.62** |
| Previous Balance: | | 845.51 |
| **Total Amount Due:** | $ | **919.13** |

**INVOICE IS DUE AND PAYABLE UPON RECEIPT**
**PLEASE RETURN THIS COPY WITH YOUR REMITTANCE**

Limited Liability Partnership under the laws of the District of Columbia, U.S.A.
BEIJING    BRUSSELS    CHICAGO    HONG KONG    LONDON    LOS ANGELES    NEW YORK    SAN FRANCISCO    WASHINGTON



One Market Plaza
Spear Tower, Suite 3900
San Francisco, CA 94105
TEL: 415.365.6700
FAX: 415.365.6699
www.steptoe.com

July 27, 2020

## INVOICE SUMMARY

**Our Matter No. 024436.00001**                                    **Invoice No. 2683739**

WILSTEAD, CLARISSA V. PG&E
1606570

For professional services rendered through July 1, 2020

| | | |
|---|---|---|
| Fees: | $ | 50.00 |
| 5% Volume Discount | | (2.50) |
| Total Fees: | | 47.50 |
| Total Expenses: | | 0.00 |
| **Total Due for this Period:** | | **47.50** |
| Previous Balance: | | 1,361.73 |
| **Total Amount Due:** | $ | **1,409.23** |

## FEE SUMMARY

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| E. Stephan | Paralegal | 0.20 | 250.00 | 50.00 |
| | | | **FEES** | **$50.00** |
| | | | **5% VOLUME DISCOUNT** | **(2.50)** |
| | | | **TOTAL FEES** | **$47.50** |

## FEE DETAIL

| Date | TK | Hours | Amount | Description | Task | Activity |
|---|---|---|---|---|---|---|
| 07/01/20 | ES | 0.20 | 50.00 | Review, finalize, file and serve status report concerning bankruptcy proceeding. | L500 | |
| **TOTAL** | | **0.20** | **$50.00** | | | |

## TASK SUMMARY

| Code | Description | Amount |
|---|---|---|
| L500 | Appeal | 50.00 |
| | **TOTAL** | **$50.00** |

## CURRENT ACCOUNTS RECEIVABLE AGING

| Current | 31 to 60 | 61 to 90 | 91 to 120 | Over 120 | Balance |
|---|---|---|---|---|---|
| 1,346.62 | 15.11 | 0.00 | 0.00 | 0.00 | 1,361.73 |



One Market Plaza
Spear Tower, Suite 3900
San Francisco, CA 94105
TEL: 415.365.6700
FAX: 415.365.6699
www.steptoe.com

July 27, 2020

## INVOICE SUMMARY

**Our Matter No. 024436.00001**                           **Invoice No. 2683739**

WILSTEAD, CLARISSA V. PG&E
1606570

For professional services rendered through July 1, 2020

| | | |
|---|---|---|
| Fees: | $ | 50.00 |
| 5% Volume Discount | | (2.50) |
| Total Fees: | | 47.50 |
| Total Expenses: | | 0.00 |
| **Total Due for this Period:** | | **47.50** |
| Previous Balance: | | 1,361.73 |
| **Total Amount Due:** | $ | **1,409.23** |

**INVOICE IS DUE AND PAYABLE UPON RECEIPT**
**PLEASE RETURN THIS COPY WITH YOUR REMITTANCE**

Limited Liability Partnership under the laws of the District of Columbia, U.S.A.
BEIJING BRUSSELS CHICAGO HONG KONG LONDON LOS ANGELES NEW YORK SAN FRANCISCO WASHINGTON



One Market Plaza
Spear Tower, Suite 3900
San Francisco, CA 94105
TEL: 415.365.6700
FAX: 415.365.6699
www.steptoe.com

July 27, 2020

## INVOICE SUMMARY

**Our Matter No. 084371.00010**          **Invoice No. 2683740**

GHOST SHIP FIRE LITIGATION
1706719

For professional services rendered through July 1, 2020

| | | |
|---|---|---:|
| Fees: | $ | 1,382.50 |
| 5% Volume Discount | | (69.13) |
| Total Fees: | | 1,313.37 |
| Total Expenses: | | 0.00 |
| **Total Due for this Period:** | | **1,313.37** |
| Previous Balance: | | 1,019,438.48 |
| **Total Amount Due:** | $ | **1,020,751.85** |

## FEE SUMMARY

| Timekeeper | Title | Hours | Rate | Amount |
|------------|-------|------:|-----:|-------:|
| L. Edelstein | Partner | 1.30 | 775.00 | 1,007.50 |
| M.A. Keough | Associate | 0.50 | 615.00 | 307.50 |
| D.A. Huerta | ePS | 0.30 | 225.00 | 67.50 |
| | | | **FEES** | **$1,382.50** |
| | | | **5% VOLUME DISCOUNT** | **(69.13)** |
| | | | **TOTAL FEES** | **$1,313.37** |

## FEE DETAIL

| Date | TK | Hours | Amount | Description | Task | Activity |
|------|----|------:|-------:|-------------|------|----------|
| 07/01/20 | LE | 0.80 | 620.00 | Attend CMC | L200 | |
| 07/01/20 | LE | 0.20 | 155.00 | Attend to issues regarding CMC | L120 | |
| 07/01/20 | LE | 0.30 | 232.50 | Attend to follow up mediation issues | L160 | |
| 07/01/20 | MAK | 0.50 | 307.50 | Attend case management conference | L200 | |
| 07/01/20 | DAH | 0.30 | 67.50 | Attend to issues concerning client site and access. | L330 | |
| **TOTAL** | | **2.10** | **$1,382.50** | | | |

## TASK SUMMARY

| Code | Description | Amount |
|------|-------------|-------:|
| L120 | Analysis/Strategy | 155.00 |
| L160 | Settlement/Non-Binding ADR | 232.50 |
| L200 | Pre-Trial Pleadings and Motions | 927.50 |
| L330 | Depositions | 67.50 |
| | **TOTAL** | **$1,382.50** |

## CURRENT ACCOUNTS RECEIVABLE AGING

| Current | 31 to 60 | 61 to 90 | 91 to 120 | Over 120 | Balance |
|---------|----------|----------|-----------|----------|---------|
| 885,356.46 | 70,576.85 | 60,662.92 | 0.00 | 2,842.25 | 1,019,438.48 |



One Market Plaza
Spear Tower, Suite 3900
San Francisco, CA 94105
TEL: 415.365.6700
FAX: 415.365.6699
www.steptoe.com

July 27, 2020

**INVOICE SUMMARY**

| | |
|---|---|
| **Our Matter No. 084371.00010** | **Invoice No. 2683740** |

GHOST SHIP FIRE LITIGATION
1706719

For professional services rendered through July 1, 2020

| | | |
|---|---|---|
| Fees: | $ | 1,382.50 |
| 5% Volume Discount | | (69.13) |
| Total Fees: | | 1,313.37 |
| Total Expenses: | | 0.00 |
| **Total Due for this Period:** | | **1,313.37** |
| Previous Balance: | | 1,019,438.48 |
| **Total Amount Due:** | $ | **1,020,751.85** |

**INVOICE IS DUE AND PAYABLE UPON RECEIPT**
**PLEASE RETURN THIS COPY WITH YOUR REMITTANCE**

Limited Liability Partnership under the laws of the District of Columbia, U.S.A.
BEIJING    BRUSSELS    CHICAGO    HONG KONG    LONDON    LOS ANGELES    NEW YORK    SAN FRANCISCO    WASHINGTON