**EXHIBIT E**

**DETAILED EXPENSE ENTRIES
JUNE 1, 2020 THROUGH JULY 1, 2020**

STEPTOE & JOHNSON LLP
One Market Plaza, Spear Tower, Suite 3900
San Francisco, CA 94105

| | Invoice No. 2683619 |
|---|---|
| PACIFIC GAS AND ELECTRIC COMPANY | Invoice Date 07/27/2020 |
| Our Matter No. 084371.00010 | |

## EXPENSE DETAIL

| Description | Amount |
|---|---:|
| Deposition Transcripts  - U.S. LEGAL SUPPORT INC. Inv.110374185 dated MAY-12-2020 re Deposition Transcript | 453.75 |
| Deposition Transcripts  - U.S. LEGAL SUPPORT INC. Inv.110374275 dated MAY-12-2020 re Deposition transcript | 1,153.80 |
| Deposition Transcripts  - U.S. LEGAL SUPPORT INC. Inv.110374279 dated MAY-12-2020 re Deposition transcript | 276.85 |
| Deposition Transcripts  - U.S. LEGAL SUPPORT INC. Inv.110374664 dated MAY-15-2020 re Deposition transcript | 491.25 |
| Deposition Transcripts  - U.S. LEGAL SUPPORT INC. Inv.110376867 dated JUN-02-2020 re Deposition Transcript | 1,416.90 |
| Deposition Transcripts  - U.S. LEGAL SUPPORT INC. Inv.110374171 dated MAY-12-2020 re Deposition Transcript | 1,022.25 |
| Filing Fees - Court  - SPECIALIZED LEGAL SERVICES, INC. Inv.P180563 dated MAY-31-2020 re Filing fee for PG&E Answer to 4th Amended Cross-Claimant/Defendant Jonathan Hrabko. | 125.00 |
| Filing Fees  - Court - SPECIALIZED LEGAL SERVICES, INC. Inv.P180586 dated MAY-31-2020 re Filing fee for Motion for Judgment on the Pleadings. | 207.50 |
| Deposition Transcripts  - U.S. LEGAL SUPPORT INC. Inv.110377924 dated JUN-09-2020 re deposition transcript. | 678.95 |
| Deposition Transcripts  - U.S. LEGAL SUPPORT INC. Inv.110377936 dated JUN-09-2020 re Deposition transcript | 372.55 |
| Deposition Transcripts  - U.S. LEGAL SUPPORT INC. Inv.110377718 dated JUN-08-2020 re Deposition transcript | 821.25 |
| **TOTAL** | **$7,020.05** |

<s>
