Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA 94111-2806
Telephone:    415.659.2600
Facsimile:    415.659.2601
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
David J. Richardson (SBN 168592)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone:    310.820.8800
Facsimile:    310.820.8859
Email: esagerman@bakerlaw.com
Email: drichardson@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel to the Official Committee of Tort Claimants*

Signed and Filed: August 5, 2020

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION,**<br>   - and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                    Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**ORDER GRANTING SECOND INTERIM FEE APPLICATION OF DEVELOPMENT SPECIALISTS, INC. FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES (AUGUST 1, 2019 THROUGH OCTOBER 31, 2019)**<br><br>[Relates to Dkt. No. 6296] |

**THIS MATTER** came before the Court upon consideration of the *Second Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period August 1, 2019 through October 31, 2019* [Docket No. 6296] (the "**Second Interim Application**") filed by Development Specialists, Inc. ("**DSI**"), financial advisors for the Official Committee of Tort Claimants ("**TCC**") and the *Amended Notice of Hearing on Interim Application Allowing and Authorizing Payment of Fees and Expenses of Multiple Fee Applicants Based upon Compromises With the Fee Examiner* [Docket No. 8389] (the "**Compromise**"). Based upon the Court's review and consideration of the Second Interim Application and the Compromise, the certification in support of the Second Interim Application, and the other records and pleadings filed in the above-captioned chapter 11 cases, it is **HEREBY ORDERED that:**

1. The Second Interim Application is approved on an interim basis as reflected herein:

2. DSI is awarded an interim allowance of compensation during the Application Period in a total amount of **$761,384.83, consisting of $745,337.50 in compensation and $16,047.33 in expenses**, and reflecting a reduction in fees in the amount of $45,000.00 as agreed upon by DSI and the Fee Examiner.

3. The Debtors and Reorganized Debtors are authorized and directed to make prompt payment to DSI the total amount of **$113,067.50**, representing the 20% holdback of fees in the amount of $158,067.50 minus the reduction in fees and expenses in the amount of $45,000.00 as agreed upon by DSI and the Fee Examiner.

4. In exchange for the reductions agreed to by DSI, the Fee Examiner waives any further objection to the Second Interim Fee Application and preserves his right to object to DSI's final fee application.

5. The Court retains jurisdiction over any issues or disputes arising out of or relating to this Order.

**\*\*\* END OF ORDER \*\*\***

- 2 -