```
                              Entered on Docket
                              August 06, 2020
                              EDWARD J. EMMONS, CLERK
                              U.S. BANKRUPTCY COURT
                              NORTHERN DISTRICT OF CALIFORNIA
```


1  WEIL, GOTSHAL & MANGES LLP                    Signed and Filed: August 5, 2020
   Stephen Karotkin (*pro hac vice*)
2  (stephen.karotkin@weil.com)
   Ray C. Schrock, P.C. (*pro hac vice*)
3  (ray.schrock@weil.com)
   Jessica Liou (*pro hac vice*)
4  (jessica.liou@weil.com)                       _____
   Matthew Goren (*pro hac vice*)
5  (matthew.goren@weil.com)                      **DENNIS MONTALI**
   767 Fifth Avenue                              **U.S. Bankruptcy Judge**
6  New York, NY 10153-0119
   Tel: 212 310 8000
7  Fax: 212 310 8007

8  KELLER BENVENUTTI KIM LLP
   Tobias S. Keller (#151445)
9  (tkeller@kbkllp.com)
   Jane Kim (#298192)
10 (jkim@kbkllp.com)
   650 California Street, Suite 1900
11 San Francisco, CA 94108
   Tel: 415 496 6723
12 Fax: 650 636 9251

13 *Attorneys for Debtors*
   *and Reorganized Debtors*
14

                    **UNITED STATES BANKRUPTCY COURT**
15                  **NORTHERN DISTRICT OF CALIFORNIA**
                          **SAN FRANCISCO DIVISION**
16

17                                              Bankruptcy Case No. 19-30088 (DM)

18  **In re:**                                  Chapter 11

19  **PG&E CORPORATION,**                       (Lead Case) (Jointly Administered)

20       - and -                                **ORDER PURSUANT TO 11 U.S.C. §§ 327(a)
                                                AND 328(a) AND FED. R. BANKR. P.
21  **PACIFIC GAS AND ELECTRIC                  2014(a) AND 2016 FOR AUTHORITY TO
    COMPANY,**                                  AMEND THE SCOPE OF THE
22                                              RETENTION OF
                         **Debtors.**           PRICEWATERHOUSECOOPERS LLP
23                                              AS MANAGEMENT, TAX, INTERNAL
    ☐ Affects PG&E Corporation                  ACCOUNTING, AND ADVISORY
24  ☐ Affects Pacific Gas and Electric Company  CONSULTANTS TO THE DEBTORS
    ☒ Affects both Debtors                      *NUNC PRO TUNC* TO PETITION DATE**
25
    * *All papers shall be filed in the Lead Case,*
26  *No. 19-30088 (DM).*

27

28

Upon the Application, dated July 22, 2020 [Docket No. 8495] (the "**Third Supplemental Application**"),[1] of PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, "**PG&E**" or the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), pursuant to sections 327(a) and 328(a) of title 11 of the United States Code (the "**Bankruptcy Code**") and Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), for authority to amend the scope of the retention of PricewaterhouseCoopers LLP ("**PwC**"), as set forth more fully in the Third Supplemental Application, as the Debtors' management, tax, internal accounting, and advisory consultants, pursuant to the Court's order entered on May 24, 2019 [Docket No. 2230] (the "**Initial Retention Order**"), as amended by the Court's prior Orders entered on December 2, 2019 [Docket No. 4959] and April 13, 2020 [Docket No. 6751]; and this Court having jurisdiction to consider the Third Supplemental Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, and the *Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges*, General Order 24 and Rule 5011-1(a) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California (the "**Bankruptcy Local Rules**"); and consideration of the Third Supplemental Application and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Third Supplemental Application having been provided to the parties listed therein, and it appearing that no other or further notice need be provided; and this Court having reviewed the Third Supplemental Application, and the Bowman Declaration; and upon the record of all of the proceedings had before the Court; and this Court having found and determined that the relief sought in the Third Supplemental Application is in the best interests of the Debtors, their estates, creditors, shareholders, and all parties in interest; and that the legal and factual bases set forth in the Third Supplemental Application establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Third Supplemental Application is granted as provided herein.

---

[1] Capitalized terms used but not otherwise herein defined shall have the meanings ascribed to such terms in the Third Supplemental Application.

2. The Initial Retention Order is amended to include the Third Supplemental Engagements.

3. To the extent the Third Supplemental Application is inconsistent with this Order, the terms of the Third Supplemental Engagements, as modified, if at all by this Order, shall govern.

4. This Order shall not be construed to bar any claims against PwC arising out of or in connection with prepetition services rendered to the Debtors on the basis of res judicata or any other doctrine or theory.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

** END OF ORDER **

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119