# U.S. Bankruptcy Appellate Panel
# of the Ninth Circuit

125 South Grand Avenue, Pasadena, California 91105
(626) 229-7220

**FILED**

**AUG -5 2020**

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**In Re:** PG&E CORPORATION; PACIFIC GAS AND ELECTRIC COMPANY

**BAP No.:** NC-20-1170

**Bk. Ct. No.:** 19-30088

**ADV. NO.:**

## NOTICE OF TRANSFER OF APPEAL TO DISTRICT COURT

A party to the appeal has timely filed an objection to the disposition of this matter by the Bankruptcy Appellate Panel. See 28 USC Section 158. Consequently, this appeal is herewith transferred to San Francisco.

Please acknowledge receipt of the case file listed above by signing and returning a copy of this transmittal form.

Susan M Spraul, BAP Clerk

By: Cecil Lizandro Silva, Deputy Clerk
Date: August 4, 2020

Please acknowledge receipt of the case file listed above.
Dated: 8/5/2020
Signed: [signature]
District Court Deputy

Assigned District Court No.
C20-5414 HSG

cc: Bankruptcy Court
    All Parties