# EXHIBIT A

## COMPENSATION BY PROFESSIONAL
## JUNE 1, 2020 THROUGH JUNE 30, 2020

| Name of Professional Individual | Position of the Applicant and Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Tomer Perry | Managing Director | n/a | 18.5 | n/a |
| Ken Ziman | Managing Director | n/a | 203.5 | n/a |
| Gregory Hort | Director | n/a | 17.8 | n/a |
| Eli Silverman | Vice President | n/a | 307.0 | n/a |
| Daniel Bier | Associate | n/a | 89.0 | n/a |
| Daniel Katz | Associate | n/a | 152.0 | n/a |
| Nathan Mooney | Associate | n/a | 114.0 | n/a |
| Matthew Strain | Associate | n/a | 10.0 | n/a |
| Dan Liotta | Analyst | n/a | 206.0 | n/a |
| Katherine Tobeason | Analyst | n/a | 11.0 | n/a |
| Scott Belinsky | Analyst | n/a | 113.0 | n/a |
| William Zhao | Analyst | n/a | 7.0 | n/a |
| | **TOTALS** | n/a | **1,248.8** | **$300,000.00** |