**EXHIBIT C**

**EXPENSE SUMMARY**
**FOR THE PERIOD JUNE 1, 2020 THROUGH JUNE 30, 2020**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Legal Fees | Debevoise & Plimpton LLP | $88,114.28[2] |
| **Total Expenses** | | **$88,114.28** |

---

[2] Lazard is seeking reimbursement for less than the amount of their total legal fees from Debevoise based on an agreement between Lazard and the Debtors that only a portion of the full Debevoise invoices would be reimbursable.