# EXHIBIT D

**DETAIL OF HOURS EXPENDED
FOR THE PERIOD JUNE 1, 2020 THROUGH JUNE 30, 2020**

PG&E Corp.
Lazard Frères & Co. LLC
June 1, 2020 - June 30, 2020

| Code | Summary of Services Rendered by Project - Project Description | Jun-20 |
|---|---|---|
| 1 | Interface with Professionals, Official Committees, and Other Parties-In-Interest | 434.3 |
| 2 | Business Operations Planning, Monitoring, Reporting and Analysis, and Projections | 40.0 |
| 3 | Preparation and/or Review of Court Filings | 30.0 |
| 4 | Court Testimony/Deposition and Preparation | 29.0 |
| 5 | Valuation Analysis | -- |
| 6 | Capital Structure Review and Analysis | 234.0 |
| 7 | Merger & Acquisition Activity | -- |
| 8 | Financing Including DIP and Exit Financing | 261.5 |
| 9 | General Corporate Finance, Research and Analysis, and Other Due Diligence | 219.0 |
| 10 | Fee Application, Engagement | 1.0 |
| 11 | Employee Retention Program | -- |
| **Total** | | **1,248.8** |

| Summary of Services Rendered by Professional - Name (Title) | Jun-20 |
|---|---|
| Tomer Perry (Managing Director) | 18.5 |
| Ken Ziman (Managing Director) | 203.5 |
| Greg Hort (Director) | 17.8 |
| Eli Silverman (Vice President) | 307.0 |
| Daniel Bier (Associate) | 89.0 |
| Dan Katz (Associate) | 152.0 |
| Nathan Mooney (Associate) | 114.0 |
| Matthew Strain (Associate) | 10.0 |
| Dan Liotta (Financial Analyst) | 206.0 |
| Katherine Tobeason (Analyst) | 11.0 |
| Scott Belinsky (Analyst) | 113.0 |
| William Zhao (Analyst) | 7.0 |
| **Total** | **1,248.8** |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**June 1, 2020 - June 30, 2020**

| Date | Description of Work | Hours | Code |
|---|---|---|---|
|  | **Tomer Perry (Managing Director)** | | |
| 6/1/20 | Work around post-emergence financing and capital structure | 1.5 | 8 |
| 6/3/20 | Work around post-emergence financing and capital structure | 0.5 | 8 |
| 6/10/20 | Work around post-emergence financing and capital structure | 0.5 | 8 |
| 6/11/20 | Work around post-emergence financing and capital structure | 1.5 | 8 |
| 6/12/20 | Work around post-emergence financing and capital structure | 0.5 | 8 |
| 6/12/20 | Work around post-emergence financing and capital structure | 1 | 8 |
| 6/15/20 | Work around post-emergence financing and capital structure | 1.5 | 8 |
| 6/15/20 | Work around post-emergence financing and capital structure | 0.5 | 8 |
| 6/16/20 | Work around post-emergence financing and capital structure | 0.5 | 8 |
| 6/16/20 | Work around post-emergence financing and capital structure | 1.5 | 8 |
| 6/16/20 | Work around post-emergence financing and capital structure | 0.5 | 8 |
| 6/17/20 | Work around post-emergence financing and capital structure | 0.5 | 8 |
| 6/17/20 | Work around post-emergence financing and capital structure | 0.5 | 8 |
| 6/18/20 | Work around post-emergence financing and capital structure | 1.5 | 8 |
| 6/18/20 | Work around post-emergence financing and capital structure | 1.5 | 8 |
| 6/19/20 | Work around post-emergence financing and capital structure | 0.5 | 8 |
| 6/19/20 | Work around post-emergence financing and capital structure | 0.5 | 8 |
| 6/23/20 | Work around post-emergence financing and capital structure | 0.5 | 8 |
| 6/23/20 | Work around post-emergence financing and capital structure | 1 | 8 |
| 6/23/20 | Work around post-emergence financing and capital structure | 1 | 8 |
| 6/23/20 | Work around post-emergence financing and capital structure | 1 | 8 |
| **Jun-20** | **Monthly Subtotal** | **18.5** | |

| Ken Ziman (Managing Director) | | | |
|---|---|---|---|
| Date | Description of Work | Hours | Code |
| 6/1/20 | Witness preparation | 3 | 4 |
| 6/1/20 | Confirmation Hearing | 3 | 4 |
| 6/1/20 | Call with JPM regarding credit market conditions | 1 | 6 |
| 6/1/20 | Call with Cravath regarding FVT RRA | 1 | 1 |
| 6/1/20 | Call with company regarding debt escrow amount | 1 | 8 |
| 6/2/20 | Recurring Advisor call | 1 | 1 |
| 6/2/20 | Call with Cravath and GS regarding PIPE information cleanse | 3 | 8 |
| 6/2/20 | Call with GS regarding PIPE wall cross | 1 | 8 |
| 6/2/20 | Call with RBC, HL, GS, JPM and Cravath regarding FVT RRA | 2 | 8 |
| 6/2/20 | Call with Company regarding 382 analysis | 2 | 8 |
| 6/2/20 | Update call with PJT and Jones Day | 1 | 1 |
| 6/3/20 | Call with JPM regarding credit market conditions | 1 | 8 |
| 6/3/20 | Call with GS and JPM regarding equity financing | 2 | 8 |
| 6/3/20 | Call with Cravath regarding TCC | 2 | 1 |
| 6/3/20 | Calls with backstop parties | 1 | 1 |
| 6/3/20 | Confirmation Hearing | 3 | 4 |
| 6/3/20 | Finance committee meeting | 1 | 1 |
| 6/3/20 | Call with Cravath, GS and JPM regarding PIPE status | 2 | 8 |
| 6/3/20 | Call with Cravath, Hunton and company regarding debt filings | 2 | 8 |
| 6/4/20 | Recurring Advisor call | 1 | 1 |
| 6/4/20 | Call with Lincoln to provide case update | 1 | 1 |
| 6/4/20 | Call with Weil to discuss Plan Supplement | 1 | 3 |
| 6/4/20 | Call with GS and JPM to discuss FVT RRA | 3 | 8 |
| 6/4/20 | Calls with backstop parties | 1 | 1 |
| 6/5/20 | Section 382 analysis call with Weil, PWC and Cravath | 2 | 8 |
| 6/5/20 | Calls with backstop parties | 3 | 1 |
| 6/5/20 | Call with GS, JPM, PJT regarding equity market update | 1 | 1 |
| 6/5/20 | Call with GS and JPM regarding PIPE | 2 | 8 |
| 6/5/20 | Update call with PJT and Jones Day | 2 | 1 |
| 6/6/20 | Call with Weil and Cravath regarding HoldCo rescission claims | 2 | 1 |
| 6/6/20 | Call regarding PIPE with company, Cravath, GS and JPM | 1 | 1 |
| 6/7/20 | Backstop amendment call with backstop parties | 1 | 1 |
| 6/7/20 | Calls with backstop parties | 7 | 1 |
| 6/7/20 | Call regarding RRA with Cravath | 2 | 1 |
| 6/7/20 | Call regarding backstop amendment tracker | 0.5 | 1 |
| 6/8/20 | Calls with backstop parties | 7 | 1 |
| 6/8/20 | Call with Ducera | 1 | 1 |
| 6/8/20 | Call with Weil to discuss Plan Supplement | 1 | 3 |
| 6/8/20 | Call with Cravath regarding backstop motion declaration | 2 | 4 |
| 6/8/20 | Prep Call with Cravath regarding NENI / TCC discussion | 2 | 1 |
| 6/8/20 | Call with company regarding capital structure | 1 | 6 |
| 6/9/20 | Calls with backstop parties | 6 | 1 |
| 6/9/20 | Call with Rothschild regarding case progress | 1 | 1 |
| 6/9/20 | Recurring Advisor call | 1 | 1 |
| 6/9/20 | Call with Cravath regarding Backstop transfers | 2 | 1 |
| 6/9/20 | RRA Mediation | 1 | 1 |
| 6/9/20 | Update call with PJT and Jones Day | 1 | 1 |
| 6/9/20 | Call with TCC regarding NENI | 2 | 1 |
| 6/10/20 | Call regading 382 analysis with Cravath, Weil and PWC | 2 | 6 |
| 6/10/20 | Call with company regarding debt escrow amount | 1 | 6 |
| 6/10/20 | Call with Cravath regarding RRA | 1 | 1 |
| 6/10/20 | Call with PJT regarding NENI | 2 | 1 |
| 6/10/20 | Market update call with JP Morgan | 1 | 6 |
| 6/11/20 | Calls with backstop parties | 5 | 1 |
| 6/11/20 | Recurring Advisor call | 1 | 1 |
| 6/11/20 | Call with company regarding OpCo debt tranching | 2 | 6 |
| 6/11/20 | Call with Weil to discuss Plan Supplement | 1 | 3 |
| 6/11/20 | Call with Company, Cravath and Weil regarding NENI filing | 2 | 1 |
| 6/11/20 | Call with company regarding Chapter 11 strategy | 1 | 1 |
| 6/12/20 | Update call with Rothschild | 1 | 1 |
| 6/12/20 | OpCo Debt marketing catch-up with JP Morgan | 1 | 6 |
| 6/12/20 | Equity update call with PJT, GS and JPM | 1 | 1 |
| 6/13/20 | Call with Cravath regarding share issuance at emergence | 2 | 1 |
| 6/14/20 | Call with Cravath regarding disclosure | 2 | 1 |
| 6/15/20 | Pre-Launch credit market update call | 1 | 6 |
| 6/15/20 | Debt investor calls with JPM and Company | 4 | 6 |
| 6/15/20 | Call with Weil to discuss Plan Supplement | 1 | 3 |
| 6/15/20 | Backstop amendment hearing | 2 | 4 |
| 6/16/20 | Recurring Advisor call | 1 | 1 |
| 6/16/20 | Call with Perella regarding accrued interest | 1 | 6 |
| 6/16/20 | Market update call with JP Morgan | 1 | 6 |
| 6/16/20 | Call with GS, JPM, Cravath and Weil regading backstop amendment hearing | 1 | 1 |
| 6/16/20 | Call with Lincoln regarding equity offering | 1 | 8 |

PG&E Corp.
Lazard Frères & Co. LLC
June 1, 2020 - June 30, 2020

| Ken Ziman (Managing Director) | | | |
|---|---|---|---|
| Date | Description of Work | Hours | Code |
| 6/17/20 | Share issuance call with Cravath | 1 | 8 |
| 6/17/20 | Call with company regarding emergence timing | 1 | 1 |
| 6/17/20 | Update call with Jones Day and PJT | 1 | 1 |
| 6/17/20 | Call with GS regarding equity offering | 2 | 8 |
| 6/18/20 | Recurring Advisor call | 1 | 1 |
| 6/18/20 | Update call with JPM regarding debt raise | 1 | 6 |
| 6/18/20 | Call with Lincoln regarding debt offering | 1 | 8 |
| 6/18/20 | Call with Weil to discuss Plan Supplement | 1 | 3 |
| 6/18/20 | Board call | 1 | 3 |
| 6/18/20 | Chapter 11 strategy call with management | 1 | 1 |
| 6/18/20 | Call with company regarding disclosure | 2 | 1 |
| 6/18/20 | Call with Cravath regarding PIPE | 1 | 8 |
| 6/18/20 | Call with GS, JPM, Cravath, Weil and company regarding PIPE | 2 | 8 |
| 6/19/20 | Call with RBC regarding equity raise process | 1 | 8 |
| 6/19/20 | Update call with Lincoln | 1 | 8 |
| 6/19/20 | Call with GS regarding equity offering | 1 | 8 |
| 6/19/20 | Discussion with Cravath regarding reserved allocation | 1 | 8 |
| 6/19/20 | Equity update call with PJT, GS and JPM | 1 | 8 |
| 6/19/20 | Equity roadshow discussion with GS | 1 | 8 |
| 6/19/20 | Discussion with DPW, JPM, GS, Cravath and Weil regarding disclosure | 2 | 8 |
| 6/20/20 | Call with PJT regarding debt issuance | 2 | 8 |
| 6/20/20 | Call with company and Cravath regarding disclosure | 2 | 1 |
| 6/22/20 | Chapter 11 coordination call with company | 1 | 1 |
| 6/22/20 | Call with Weil to discuss Plan Supplement | 1 | 3 |
| 6/22/20 | Call with Lincoln regarding debt savings analysis | 1 | 8 |
| 6/22/20 | Call with company regarding media strategy | 1 | 1 |
| 6/23/20 | Recurring Advisor call | 1 | 1 |
| 6/23/20 | Update call with Jones Day and PJT | 1 | 1 |
| 6/23/20 | Equity update call with GS, JPM and the company | 2 | 8 |
| 6/23/20 | Equity update call with GS, JPM and PJT | 1 | 8 |
| 6/24/20 | Equity update call with GS, JPM and the company | 2 | 8 |
| 6/24/20 | Equity update call with GS, JPM and PJT | 1 | 8 |
| 6/25/20 | Recurring Advisor call | 1 | 1 |
| 6/25/20 | Equity update call with Lincoln | 2 | 8 |
| 6/25/20 | Board call | 2 | 1 |
| 6/25/20 | Call with Weil to discuss Plan Supplement | 1 | 3 |
| 6/25/20 | Equity pricing committee meeting | 2 | 8 |
| 6/25/20 | Equity update call with GS, JPM and PJT | 1 | 8 |
| 6/26/20 | Update call with Lincoln | 1 | 1 |
| 6/27/20 | Closing logistics call with company, Cravath, Weil and Hunton | 2 | 1 |
| 6/28/20 | Call with company, Alix and Weil regarding emergence logistics | 2 | 1 |
| 6/29/20 | Closing logistics with company, Alix, Cravath and Weil | 7 | 1 |
| 6/30/20 | Closing logistics with company, Alix, Cravath and Weil | 12 | 1 |
| **Jun-20** | **Monthly Subtotal** | **203.50** | |

Case: 19-30088    Doc# 8691-4    Filed: 08/06/20    Entered: 08/06/20 13:40:43    Page 5 of 19

PG&E Corp.
Lazard Frères & Co. LLC
June 1, 2020 - June 30, 2020

| | Greg Hort (Director) | | |
|---|---|---|---|
| Date | Description of Work | Hours | Code |
| 6/2/2020 | calls with advisors/management | 0.5 | 1 |
| 6/3/2020 | calls with advisors/management | 0.5 | 1 |
| 6/5/2020 | calls with advisors/management | 1.0 | 1 |
| 6/6/2020 | calls with advisors/management | 1.0 | 1 |
| 6/7/2020 | calls with advisors/management | 0.5 | 1 |
| 6/8/2020 | calls with advisors/management | 2.5 | 1 |
| 6/9/2020 | calls with advisors/management | 1.0 | 1 |
| 6/10/2020 | calls with advisors/management | 0.5 | 1 |
| 6/11/2020 | calls with advisors/management | 0.5 | 1 |
| 6/18/2020 | calls with advisors/management | 0.5 | 1 |
| 6/19/2020 | calls with advisors/management | 2.5 | 1 |
| 6/23/2020 | calls with advisors/management | 1.5 | 1 |
| 6/24/2020 | calls with advisors/management | 2.0 | 1 |
| 6/25/2020 | calls with advisors/management | 0.8 | 1 |
| 6/26/2020 | calls with advisors/management | 2.0 | 1 |
| 6/29/2020 | calls with advisors/management | 0.5 | 1 |
| **Jun-20** | **Monthly Subtotal** | **17.8** | |

PG&E Corp.
Lazard Frères & Co. LLC
June 1, 2020 - June 30, 2020

## Eli Silverman (Vice President)

| Date | Description of Work | Hours | Code |
|---|---|---|---|
| 6/1/20 | Call with RBC regarding share count | 2 | 1 |
| 6/1/20 | Witness preparation - Ken Ziman | 3 | 4 |
| 6/1/20 | Discussion with Alix Partners regarding funds flow | 1 | 1 |
| 6/1/20 | Confirmation Hearing | 3 | 4 |
| 6/1/20 | Call with JPM regarding credit market conditions | 1 | 6 |
| 6/1/20 | Call with Cravath regarding FVT RRA | 1 | 1 |
| 6/1/20 | Call with Cravath regarding DS financials | 1 | 2 |
| 6/1/20 | Call with company regarding debt escrow amount | 1 | 8 |
| 6/2/20 | Recurring Advisor call | 1 | 1 |
| 6/2/20 | Call with Cravath and GS regarding PIPE information cleanse | 3 | 8 |
| 6/2/20 | Internal work regarding NENI | 4 | 2 |
| 6/2/20 | Call with GS regarding PIPE wall cross | 1 | 8 |
| 6/2/20 | Call with RBC, HL, GS, JPM and Cravath regarding FVT RRA | 2 | 8 |
| 6/2/20 | Call with Company regarding 382 analysis | 2 | 8 |
| 6/2/20 | Update call with PJT and Jones Day | 1 | 1 |
| 6/3/20 | Call with Cravath regarding NENI | 2 | 2 |
| 6/3/20 | Call with JPM regarding credit market conditions | 1 | 8 |
| 6/3/20 | Call with GS and JPM regarding equity financing | 2 | 8 |
| 6/3/20 | Call with Cravath regarding TCC | 2 | 1 |
| 6/3/20 | Calls with backstop parties | 2 | 1 |
| 6/3/20 | Confirmation Hearing | 3 | 4 |
| 6/3/20 | Finance committee meeting | 1 | 1 |
| 6/3/20 | Call with Cravath, GS and JPM regarding PIPE status | 2 | 8 |
| 6/3/20 | Call with Cravath, Hunton and company regarding debt filings | 2 | 8 |
| 6/4/20 | Recurring Advisor call | 1 | 1 |
| 6/4/20 | Call with company regarding NENI | 1 | 8 |
| 6/4/20 | Call with Lincoln to provide case update | 1 | 1 |
| 6/4/20 | Call with Weil to discuss Plan Supplement | 1 | 3 |
| 6/4/20 | Call with GS and JPM to discuss FVT RRA | 3 | 8 |
| 6/4/20 | Calls with backstop parties | 2 | 1 |
| 6/4/20 | Call with Cravath regarding NENI | 1 | 1 |
| 6/4/20 | Internal work regarding NENI | 2 | 8 |
| 6/5/20 | Internal work regarding NENI | 2 | 8 |
| 6/5/20 | Section 382 analysis call with Weil, PWC and Cravath | 2 | 8 |
| 6/5/20 | Calls with backstop parties | 3 | 1 |
| 6/5/20 | Call with Cravath regarding NENI | 1 | 1 |
| 6/5/20 | Call with GS, JPM, PJT regarding equity market update | 1 | 1 |
| 6/5/20 | Call with GS and JPM regarding PIPE | 2 | 8 |
| 6/5/20 | Update call with PJT and Jones Day | 2 | 1 |
| 6/6/20 | Call with GS regarding PIPE and backstop | 2 | 8 |
| 6/6/20 | Call with Weil and Cravath regarding HoldCo rescission claims | 2 | 1 |
| 6/6/20 | Call regarding PIPE with company, Cravath, GS and JPM | 1 | 1 |
| 6/7/20 | Backstop amendment call with backstop parties | 1 | 1 |
| 6/7/20 | Calls with backstop parties | 9 | 1 |
| 6/7/20 | Call regarding RRA with Cravath | 2 | 1 |
| 6/7/20 | Call regarding NENI with Cravath and Company | 2 | 1 |
| 6/7/20 | Call regarding backstop amendment tracker | 1 | 1 |
| 6/8/20 | Calls with backstop parties | 7 | 1 |
| 6/8/20 | Call with Ducera | 1 | 1 |
| 6/8/20 | Call with Weil to discuss Plan Supplement | 1 | 3 |
| 6/8/20 | Call with Cravath regarding Ziman backstop motion declaration | 2 | 4 |
| 6/8/20 | Prep Call with Cravath regarding NENI / TCC discussion | 2 | 1 |
| 6/8/20 | Call with company regarding capital structure | 1 | 6 |
| 6/9/20 | Calls with backstop parties | 6 | 1 |
| 6/9/20 | Call with Rothschild regarding case progress | 1 | 1 |
| 6/9/20 | Recurring Advisor call | 1 | 1 |
| 6/9/20 | Call with Cravath regarding Backstop transfers | 2 | 1 |
| 6/9/20 | RRA Mediation | 1 | 1 |
| 6/9/20 | Update call with PJT and Jones Day | 1 | 1 |
| 6/9/20 | Call with TCC regarding NENI | 2 | 1 |
| 6/10/20 | Call regading 382 analysis with Cravath, Weil and PWC | 2 | 6 |
| 6/10/20 | Call with company regarding debt escrow amount | 1 | 6 |
| 6/10/20 | Call with Cravath regarding RRA | 1 | 1 |
| 6/10/20 | Call with PJT regarding NENI | 2 | 1 |
| 6/10/20 | Call with Alix regarding fund flows | 1 | 1 |
| 6/10/20 | Market update call with JP Morgan | 1 | 6 |
| 6/11/20 | Calls with backstop parties | 5 | 1 |
| 6/11/20 | Recurring Advisor call | 1 | 1 |
| 6/11/20 | Call with company regarding OpCo debt tranching | 2 | 6 |
| 6/11/20 | Call with Weil to discuss Plan Supplement | 1 | 3 |
| 6/11/20 | Call with Company, Cravath and Weil regarding NENI filing | 2 | 1 |
| 6/11/20 | Call with GS regarding PIPE | 2 | 6 |
| 6/11/20 | Call with Cravath regarding equity ProSupp | 1 | 1 |

PG&E Corp.
Lazard Frères & Co. LLC
June 1, 2020 - June 30, 2020

| \<Eli Silverman (Vice President)\> | | | |
|---|---|---|---|
| Date | Description of Work | Hours | Code |
| 6/11/20 | Call with Company regarding NENI | 2 | 1 |
| 6/11/20 | NENI analysis for company | 2 | 1 |
| 6/11/20 | Call with company regarding Chapter 11 strategy | 1 | 1 |
| 6/12/20 | Update call with Rothschild | 1 | 1 |
| 6/12/20 | Internal team catch up | 1 | 1 |
| 6/12/20 | OpCo Debt marketing catch-up with JP Morgan | 1 | 6 |
| 6/12/20 | Equity update call with PJT, GS and JPM | 1 | 1 |
| 6/12/20 | Emergence share issuance analysis | 5 | 6 |
| 6/13/20 | Call with Cravath regarding share issuance at emergence | 2 | 1 |
| 6/14/20 | Call with Cravath regarding disclosure | 2 | 1 |
| 6/15/20 | Pre-Launch credit market update call | 1 | 6 |
| 6/15/20 | Debt investor calls with JPM and Company | 4 | 6 |
| 6/15/20 | Call with Weil to discuss Plan Supplement | 1 | 3 |
| 6/15/20 | Backstop amendment hearing | 2 | 4 |
| 6/15/20 | Backstop analysis | 4 | 8 |
| 6/16/20 | Recurring Advisor call | 1 | 1 |
| 6/16/20 | Call with Perella regarding accrued interest | 1 | 6 |
| 6/16/20 | Market update call with JP Morgan | 1 | 6 |
| 6/16/20 | Call with GS, JPM, Cravath and Weil regading backstop amendment hearing | 1 | 1 |
| 6/16/20 | Call with Lincoln regarding equity offering | 1 | 8 |
| 6/16/20 | Equity offering analysis | 4 | 8 |
| 6/17/20 | Share issuance call with Cravath | 1 | 8 |
| 6/17/20 | Call with company regarding emergence timing | 1 | 1 |
| 6/17/20 | Update call with Jones Day and PJT | 1 | 1 |
| 6/17/20 | Equity offering analysis | 4 | 8 |
| 6/17/20 | Call with GS regarding equity offering | 2 | 8 |
| 6/17/20 | Call with Alix regarding fund flows | 1 | 1 |
| 6/18/20 | Recurring Advisor call | 1 | 1 |
| 6/18/20 | Update call with JPM regarding debt raise | 1 | 6 |
| 6/18/20 | Call with Lincoln regarding debt offering | 1 | 8 |
| 6/18/20 | Call with Weil to discuss Plan Supplement | 1 | 3 |
| 6/18/20 | Board call | 1 | 3 |
| 6/18/20 | Chapter 11 strategy call with management | 1 | 1 |
| 6/18/20 | Call with company regarding disclosure | 2 | 1 |
| 6/18/20 | Analysis of debt pricing on projections | 3 | 2 |
| 6/18/20 | Call with Cravath regarding PIPE | 1 | 8 |
| 6/18/20 | Internal catch up | 1 | 1 |
| 6/18/20 | Call with GS, JPM, Cravath, Weil and company regarding PIPE | 2 | 8 |
| 6/19/20 | Call with RBC regarding equity raise process | 1 | 8 |
| 6/19/20 | Update call with Lincoln | 1 | 8 |
| 6/19/20 | Call with GS regarding equity offering | 1 | 8 |
| 6/19/20 | Discussion with Cravath regarding reserved allocation | 1 | 8 |
| 6/19/20 | Equity update call with PJT, GS and JPM | 1 | 8 |
| 6/19/20 | Equity roadshow discussion with GS | 1 | 8 |
| 6/19/20 | Discussion with DPW, JPM, GS, Cravath and Weil regarding disclosure | 2 | 8 |
| 6/19/20 | Debt savings analysis | 4 | 8 |
| 6/20/20 | Core Net Income pro forma analysis for company | 4 | 2 |
| 6/20/20 | Call with PJT regarding debt issuance | 2 | 8 |
| 6/20/20 | Call with company and Cravath regarding disclosure | 2 | 1 |
| 6/20/20 | Financial forecast catch up | 2 | 2 |
| 6/21/20 | Call with Company and GS regarding debt savings and Net Income | 2 | 2 |
| 6/22/20 | Chapter 11 coordination call with company | 1 | 1 |
| 6/22/20 | Backstop price analysis | 6 | 8 |
| 6/22/20 | Call with Weil to discuss Plan Supplement | 1 | 3 |
| 6/22/20 | Call with Lincoln regarding debt savings analysis | 1 | 8 |
| 6/22/20 | Equity offering analysis | 3 | 8 |
| 6/22/20 | Call with company regarding media strategy | 1 | 1 |
| 6/23/20 | Recurring Advisor call | 1 | 1 |
| 6/23/20 | Call with company regarding HoldCo cash | 2 | 6 |
| 6/23/20 | Update call with Jones Day and PJT | 1 | 1 |
| 6/23/20 | Equity update call with GS, JPM and the company | 2 | 8 |
| 6/23/20 | Equity update call with GS, JPM and PJT | 1 | 8 |
| 6/24/20 | Equity offering analysis | 6 | 8 |
| 6/24/20 | Equity update call with GS, JPM and the company | 2 | 8 |
| 6/24/20 | Equity update call with GS, JPM and PJT | 1 | 8 |
| 6/25/20 | Recurring Advisor call | 1 | 1 |
| 6/25/20 | Equity update call with Lincoln | 2 | 8 |
| 6/25/20 | Call with company regarding financial forecast | 2 | 2 |
| 6/25/20 | Board call | 2 | 1 |
| 6/25/20 | Call with Weil to discuss Plan Supplement | 1 | 3 |
| 6/25/20 | Equity offering analysis | 5 | 8 |
| 6/25/20 | Equity pricing committee meeting | 2 | 8 |
| 6/25/20 | Equity update call with GS, JPM and PJT | 1 | 8 |

| **Eli Silverman (Vice President)** | | | |
|---|---|---|---|
| **Date** | **Description of Work** | **Hours** | **Code** |
| 6/26/20 | Update call with Lincoln | 1 | 1 |
| 6/26/20 | Holdco cash discussion with company | 2 | 8 |
| 6/26/20 | Fund flow discussion with company | 2 | 1 |
| 6/27/20 | Closing logistics call with company, Cravath, Weil and Hunton | 2 | 1 |
| 6/27/20 | Fund flow discussion with company and Alix | 2 | 1 |
| 6/28/20 | Call with company, Alix and Weil regarding emergence logistics | 2 | 1 |
| 6/29/20 | Closing logistics with company, Alix, Cravath and Weil | 12 | 1 |
| 6/30/20 | Closing logistics with company, Alix, Cravath and Weil | 12 | 1 |
| **Jun-20** | **Monthly Subtotal** | **307.00** | |

| Date | Description of Work | Hours | Code |
|---|---|---|---|
|  | **Daniel Bier (Associate)** | | |
| 6/1/20 | Financial analysis & modeling of the Company's business plan | 3 | 9 |
| 6/2/20 | Financial analysis & modeling of the Company's business plan | 4 | 9 |
| 6/3/20 | Financial analysis & modeling of the Company's business plan | 4 | 9 |
| 6/4/20 | Financial analysis & modeling of the Company's business plan | 6 | 9 |
| 6/5/20 | Financial analysis & modeling of the Company's business plan | 5 | 9 |
| 6/6/20 | Financial analysis & modeling of the Company's business plan | 0 | 9 |
| 6/7/20 | Financial analysis & modeling of the Company's business plan | 0 | 9 |
| 6/8/20 | Financial analysis & modeling of the Company's business plan | 4 | 9 |
| 6/9/20 | Financial analysis & modeling of the Company's business plan | 2 | 9 |
| 6/10/20 | Financial analysis & modeling of the Company's business plan | 4 | 9 |
| 6/11/20 | Financial analysis & modeling of the Company's business plan | 5 | 9 |
| 6/12/20 | Financial analysis & modeling of the Company's business plan | 2 | 9 |
| 6/13/20 | Financial analysis & modeling of the Company's business plan | 0 | 9 |
| 6/14/20 | Financial analysis & modeling of the Company's business plan | 0 | 9 |
| 6/15/20 | Financial analysis & modeling of the Company's business plan | 2 | 9 |
| 6/16/20 | Financial analysis & modeling of the Company's business plan | 2 | 9 |
| 6/17/20 | Financial analysis & modeling of the Company's business plan | 2 | 9 |
| 6/18/20 | Financial analysis & modeling of the Company's business plan | 4 | 9 |
| 6/19/20 | Financial analysis & modeling of the Company's business plan | 3 | 9 |
| 6/20/20 | Financial analysis & modeling of the Company's business plan | 7 | 9 |
| 6/21/20 | Financial analysis & modeling of the Company's business plan | 4 | 9 |
| 6/22/20 | Financial analysis & modeling of the Company's business plan | 3 | 9 |
| 6/23/20 | Financial analysis & modeling of the Company's business plan | 5 | 9 |
| 6/24/20 | Financial analysis & modeling of the Company's business plan | 3 | 9 |
| 6/25/20 | Financial analysis & modeling of the Company's business plan | 5 | 9 |
| 6/26/20 | Financial analysis & modeling of the Company's business plan | 6 | 9 |
| 6/27/20 | Financial analysis & modeling of the Company's business plan | 0 | 9 |
| 6/28/20 | Financial analysis & modeling of the Company's business plan | 2 | 9 |
| 6/29/20 | Financial analysis & modeling of the Company's business plan | 2 | 9 |
| 6/30/20 | Financial analysis & modeling of the Company's business plan | 0 | 9 |
| **Jun-20** | **Monthly Subtotal** | **89.0** | |

| Date | Description of Work | Hours | Code |
|---|---|---|---|
|  | **Dan Katz (Associate)** | | |
| 6/1/20 | Credit covenant analysis | 6 | 6 |
| 6/2/20 | Credit covenant analysis | 7 | 6 |
| 6/3/20 | Credit covenant analysis | 5 | 6 |
| 6/4/20 | Credit metrics analysis | 6 | 6 |
| 6/5/20 | Credit metrics analysis | 5 | 6 |
| 6/8/20 | Credit metrics analysis | 8 | 6 |
| 6/9/20 | Evaluation of securitization structures | 8 | 6 |
| 6/10/20 | Evaluation of securitization structures | 8 | 6 |
| 6/11/20 | Evaluation of securitization structures | 8 | 6 |
| 6/12/20 | Model review and credit metrics analysis | 6 | 6 |
| 6/15/20 | Financing Analysis | 8 | 6 |
| 6/16/20 | Evaluation of securitization structures | 7 | 6 |
| 6/17/20 | Financing Analysis | 7 | 6 |
| 6/18/20 | Financing Analysis | 8 | 6 |
| 6/19/20 | Financing Analysis | 8 | 6 |
| 6/22/20 | Financing Analysis | 6 | 6 |
| 6/23/20 | Review of financing alternatives | 5 | 6 |
| 6/24/20 | Review of financing alternatives | 8 | 6 |
| 6/25/20 | Review of financing alternatives | 7 | 6 |
| 6/26/20 | Business Plan Forecasting | 7 | 6 |
| 6/29/20 | Business Plan Forecasting | 7 | 6 |
| 6/30/20 | Credit covenant analysis | 7 | 6 |
| **Jun-20** | **Monthly Subtotal** | **152.0** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**June 1, 2020 - June 30, 2020**

| Date | Description of Work | Hours | Code |
|---|---|---|---|
| | **Nathan Mooney (Associate)** | | |
| 6/1/20 | Call with RBC regarding share count | 2 | 1 |
| 6/1/20 | Discussion with Alix Partners regarding funds flow | 1 | 1 |
| 6/1/20 | Call with Cravath regarding DS financials | 1 | 2 |
| 6/2/20 | Recurring Advisor call | 1 | 1 |
| 6/2/20 | Call with GS regarding PIPE wall cross | 1 | 8 |
| 6/2/20 | Update call with PJT and Jones Day | 1 | 1 |
| 6/3/20 | Call with Cravath regarding NENI | 2 | 2 |
| 6/3/20 | Call with GS and JPM regarding equity financing | 2 | 8 |
| 6/3/20 | Call with Cravath regarding TCC | 2 | 1 |
| 6/3/20 | Call with Cravath, GS and JPM regarding PIPE status | 2 | 8 |
| 6/4/20 | Recurring Advisor call | 1 | 1 |
| 6/4/20 | Call with company regarding NENI | 1 | 8 |
| 6/4/20 | Call with Weil to discuss Plan Supplement | 1 | 3 |
| 6/4/20 | Calls with backstop parties | 2 | 1 |
| 6/5/20 | Call with GS, JPM, PJT regarding equity market update | 1 | 1 |
| 6/5/20 | Call with GS and JPM regarding PIPE | 2 | 8 |
| 6/6/20 | Call with Weil and Cravath regarding HoldCo rescission claims | 2 | 1 |
| 6/6/20 | Call regarding PIPE with company, Cravath, GS and JPM | 1 | 1 |
| 6/7/20 | Call regarding NENI with Cravath and Company | 2 | 1 |
| 6/7/20 | Call regarding backstop amendment tracker | 1 | 1 |
| 6/8/20 | Call with Ducera | 1 | 1 |
| 6/8/20 | Call with Weil to discuss Plan Supplement | 1 | 3 |
| 6/8/20 | Call with company regarding capital structure | 1 | 6 |
| 6/9/20 | Recurring Advisor call | 1 | 1 |
| 6/9/20 | Update call with PJT and Jones Day | 1 | 1 |
| 6/9/20 | Call with TCC regarding NENI | 2 | 1 |
| 6/10/20 | Call with PJT regarding NENI | 2 | 1 |
| 6/10/20 | Call with Alix regarding fund flows | 1 | 1 |
| 6/10/20 | Market update call with JP Morgan | 1 | 6 |
| 6/11/20 | Recurring Advisor call | 1 | 1 |
| 6/11/20 | Call with company regarding OpCo debt tranching | 2 | 6 |
| 6/11/20 | Call with Weil to discuss Plan Supplement | 1 | 3 |
| 6/11/20 | Call with Company, Cravath and Weil regarding NENI filing | 2 | 1 |
| 6/11/20 | Call with GS regarding PIPE | 2 | 6 |
| 6/11/20 | Call with Cravath regarding equity ProSupp | 1 | 1 |
| 6/11/20 | Call with Company regarding NENI | 2 | 1 |
| 6/11/20 | Call with company regarding Chapter 11 strategy | 1 | 1 |
| 6/12/20 | Internal team catch up | 1 | 1 |
| 6/12/20 | OpCo Debt marketing catch-up with JP Morgan | 1 | 6 |
| 6/12/20 | Equity update call with PJT, GS and JPM | 1 | 1 |
| 6/14/20 | Call with Cravath regarding disclosure | 2 | 1 |
| 6/15/20 | Call with Weil to discuss Plan Supplement | 1 | 3 |
| 6/16/20 | Recurring Advisor call | 1 | 1 |
| 6/16/20 | Market update call with JP Morgan | 1 | 6 |
| 6/16/20 | Call with GS, JPM, Cravath and Weil regading backstop amendment hearing | 1 | 1 |
| 6/17/20 | Call with company regarding emergence timing | 1 | 1 |
| 6/17/20 | Update call with Jones Day and PJT | 1 | 1 |
| 6/17/20 | Call with GS regarding equity offering | 2 | 8 |
| 6/17/20 | Call with Alix regarding fund flows | 1 | 1 |
| 6/18/20 | Recurring Advisor call | 1 | 1 |
| 6/18/20 | Update call with JPM regarding debt raise | 1 | 6 |
| 6/18/20 | Call with Lincoln regarding debt offering | 1 | 8 |
| 6/18/20 | Call with Weil to discuss Plan Supplement | 1 | 3 |
| 6/18/20 | Chapter 11 strategy call with management | 1 | 1 |
| 6/18/20 | Internal catch up | 1 | 1 |
| 6/19/20 | Equity update call with PJT, GS and JPM | 1 | 8 |
| 6/19/20 | Discussion with DPW, JPM, GS, Cravath and Weil regarding disclosure | 2 | 8 |
| 6/20/20 | Call with company and Cravath regarding disclosure | 2 | 1 |
| 6/22/20 | Chapter 11 coordination call with company | 1 | 1 |
| 6/22/20 | Call with Weil to discuss Plan Supplement | 1 | 3 |
| 6/23/20 | Recurring Advisor call | 1 | 1 |
| 6/23/20 | Call with company regarding HoldCo cash | 2 | 6 |
| 6/23/20 | Update call with Jones Day and PJT | 1 | 1 |
| 6/23/20 | Equity update call with GS, JPM and the company | 2 | 8 |
| 6/23/20 | Equity update call with GS, JPM and PJT | 1 | 8 |
| 6/25/20 | Recurring Advisor call | 1 | 1 |
| 6/25/20 | Equity update call with Lincoln | 2 | 8 |
| 6/25/20 | Call with company regarding financial forecast | 2 | 2 |
| 6/25/20 | Call with Weil to discuss Plan Supplement | 1 | 3 |
| 6/25/20 | Equity update call with GS, JPM and PJT | 1 | 8 |
| 6/26/20 | Fund flow discussion with company | 2 | 1 |
| 6/27/20 | Closing logistics call with company, Cravath, Weil and Hunton | 2 | 1 |
| 6/27/20 | Fund flow discussion with company and Alix | 2 | 1 |

PG&E Corp.
Lazard Frères & Co. LLC
June 1, 2020 - June 30, 2020

| Nathan Mooney (Associate) | | | |
|---|---|---|---|
| Date | Description of Work | Hours | Code |
| 6/29/20 | Closing logistics with company, Alix, Cravath and Weil | 3 | 1 |
| 6/30/20 | Closing logistics with company, Alix, Cravath and Weil | 12 | 1 |
| **Jun-20** | **Monthly Subtotal** | **114.00** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**June 1, 2020 - June 30, 2020**

| **Matthew Strain (Associate)** | | | |
|---|---|---|---|
| **Date** | **Description of Work** | **Hours** | **Code** |
| 6/20/20 | Call with PJT | 2 | 6 |
| 6/20/20 | Internal call | 1 | 6 |
| 6/23/20 | Internal call | 1 | 4 |
| 6/24/20 | Internal call | 1 | 4 |
| 6/25/20 | Internal call | 1 | 4 |
| 6/29/20 | Model Checking | 4 | 6 |
| **Jun-20** | **Monthly Subtotal** | **10.0** | |

PG&E Corp.
Lazard Frères & Co. LLC
June 1, 2020 - June 30, 2020

| Dan Liotta (Financial Analyst) | | | |
|---|---|---|---|
| Date | Description of Work | Hours | Code |
| 6/1/20 | Call with RBC regarding share count | 2 | 1 |
| 6/1/20 | Discussion with Alix Partners regarding funds flow | 1 | 1 |
| 6/1/20 | Call with JPM regarding credit market conditions | 1 | 6 |
| 6/1/20 | Call with Cravath regarding DS financials | 1 | 2 |
| 6/2/20 | Recurring Advisor call | 1 | 1 |
| 6/2/20 | Internal work regarding NENI | 5 | 2 |
| 6/2/20 | Call with GS regarding PIPE wall cross | 1 | 8 |
| 6/2/20 | Update call with PJT and Jones Day | 1 | 1 |
| 6/3/20 | Call with Cravath regarding NENI | 2 | 2 |
| 6/3/20 | Call with GS and JPM regarding equity financing | 2 | 8 |
| 6/3/20 | Call with Cravath regarding TCC | 2 | 1 |
| 6/3/20 | Call with Cravath, GS and JPM regarding PIPE status | 2 | 8 |
| 6/4/20 | Recurring Advisor call | 1 | 1 |
| 6/4/20 | Call with company regarding NENI | 1 | 8 |
| 6/4/20 | Call with Lincoln to provide case update | 1 | 1 |
| 6/4/20 | Call with Weil to discuss Plan Supplement | 1 | 3 |
| 6/4/20 | Calls with backstop parties | 2 | 1 |
| 6/4/20 | Call with Cravath regarding NENI | 1 | 1 |
| 6/4/20 | Internal work regarding NENI | 4 | 8 |
| 6/5/20 | Internal work regarding NENI | 4 | 8 |
| 6/5/20 | Call with Cravath regarding NENI | 1 | 1 |
| 6/5/20 | Call with GS, JPM, PJT regarding equity market update | 1 | 1 |
| 6/5/20 | Call with GS and JPM regarding PIPE | 2 | 8 |
| 6/5/20 | Update call with PJT and Jones Day | 2 | 1 |
| 6/6/20 | Call with GS regarding PIPE and backstop | 2 | 8 |
| 6/6/20 | Call with Weil and Cravath regarding HoldCo rescission claims | 2 | 1 |
| 6/6/20 | Call regarding PIPE with company, Cravath, GS and JPM | 1 | 1 |
| 6/7/20 | Call regarding NENI with Cravath and Company | 2 | 1 |
| 6/7/20 | Call regarding backstop amendment tracker | 1 | 1 |
| 6/8/20 | Call with Ducera | 1 | 1 |
| 6/8/20 | Call with Weil to discuss Plan Supplement | 1 | 3 |
| 6/8/20 | Prep Call with Cravath regarding NENI / TCC discussion | 2 | 1 |
| 6/8/20 | Call with company regarding capital structure | 1 | 6 |
| 6/9/20 | Recurring Advisor call | 1 | 1 |
| 6/9/20 | Call with Cravath regarding Backstop transfers | 2 | 1 |
| 6/9/20 | Update call with PJT and Jones Day | 1 | 1 |
| 6/9/20 | Call with TCC regarding NENI | 2 | 1 |
| 6/10/20 | Call with PJT regarding NENI | 2 | 1 |
| 6/10/20 | Call with Alix regarding fund flows | 1 | 1 |
| 6/10/20 | Market update call with JP Morgan | 1 | 6 |
| 6/11/20 | Recurring Advisor call | 1 | 1 |
| 6/11/20 | Call with company regarding OpCo debt tranching | 2 | 6 |
| 6/11/20 | Call with Weil to discuss Plan Supplement | 1 | 3 |
| 6/11/20 | Call with Company, Cravath and Weil regarding NENI filing | 2 | 1 |
| 6/11/20 | Call with GS regarding PIPE | 2 | 6 |
| 6/11/20 | Call with Cravath regarding equity ProSupp | 1 | 1 |
| 6/11/20 | Call with Company regarding NENI | 2 | 1 |
| 6/11/20 | NENI analysis for company | 2 | 1 |
| 6/11/20 | Call with company regarding Chapter 11 strategy | 1 | 1 |
| 6/12/20 | Internal team catch up | 1 | 1 |
| 6/12/20 | OpCo Debt marketing catch-up with JP Morgan | 1 | 6 |
| 6/12/20 | Equity update call with PJT, GS and JPM | 1 | 1 |
| 6/12/20 | Emergence share issuance analysis | 5 | 6 |
| 6/13/20 | Call with Cravath regarding share issuance at emergence | 2 | 1 |
| 6/14/20 | Call with Cravath regarding disclosure | 2 | 1 |
| 6/15/20 | Call with Weil to discuss Plan Supplement | 1 | 3 |
| 6/15/20 | Backstop analysis | 3 | 8 |
| 6/16/20 | Recurring Advisor call | 1 | 1 |
| 6/16/20 | Call with Perella regarding accrued interest | 1 | 6 |
| 6/16/20 | Market update call with JP Morgan | 1 | 6 |
| 6/16/20 | Call with GS, JPM, Cravath and Weil regading backstop amendment hearing | 1 | 1 |
| 6/16/20 | Call with Lincoln regarding equity offering | 1 | 8 |
| 6/16/20 | Equity offering analysis | 4 | 8 |
| 6/17/20 | Share issuance call with Cravath | 1 | 8 |
| 6/17/20 | Call with company regarding emergence timing | 1 | 1 |
| 6/17/20 | Update call with Jones Day and PJT | 1 | 1 |
| 6/17/20 | Equity offering analysis | 4 | 8 |
| 6/17/20 | Call with GS regarding equity offering | 2 | 8 |

PG&E Corp.
Lazard Frères & Co. LLC
June 1, 2020 - June 30, 2020

| Date | Dan Liotta (Financial Analyst) | Hours | Code |
|---|---|---|---|
| | Description of Work | | |
| 6/17/20 | Call with Alix regarding fund flows | 1 | 1 |
| 6/18/20 | Recurring Advisor call | 1 | 1 |
| 6/18/20 | Update call with JPM regarding debt raise | 1 | 6 |
| 6/18/20 | Call with Lincoln regarding debt offering | 1 | 8 |
| 6/18/20 | Call with Weil to discuss Plan Supplement | 1 | 3 |
| 6/18/20 | Chapter 11 strategy call with management | 1 | 1 |
| 6/18/20 | Call with company regarding disclosure | 2 | 1 |
| 6/18/20 | Analysis of debt pricing on projections | 3 | 2 |
| 6/18/20 | Call with Cravath regarding PIPE | 1 | 8 |
| 6/18/20 | Internal catch up | 1 | 1 |
| 6/18/20 | Call with GS, JPM, Cravath, Weil and company regarding PIPE | 2 | 8 |
| 6/19/20 | Update call with Lincoln | 1 | 8 |
| 6/19/20 | Equity update call with PJT, GS and JPM | 1 | 8 |
| 6/19/20 | Discussion with DPW, JPM, GS, Cravath and Weil regarding disclosure | 2 | 8 |
| 6/19/20 | Debt savings analysis | 3 | 8 |
| 6/20/20 | Call with company and Cravath regarding disclosure | 2 | 1 |
| 6/20/20 | Financial forecast catch up | 2 | 2 |
| 6/22/20 | Chapter 11 coordination call with company | 1 | 1 |
| 6/22/20 | Backstop price analysis | 6 | 8 |
| 6/22/20 | Call with Weil to discuss Plan Supplement | 1 | 3 |
| 6/23/20 | Recurring Advisor call | 1 | 1 |
| 6/23/20 | Call with company regarding HoldCo cash | 2 | 6 |
| 6/23/20 | Update call with Jones Day and PJT | 1 | 1 |
| 6/23/20 | Equity update call with GS, JPM and the company | 2 | 8 |
| 6/23/20 | Equity update call with GS, JPM and PJT | 1 | 8 |
| 6/23/20 | Accrued Interest Analysis & Discussion with AlixPartners | 3 | 6 |
| 6/24/20 | Equity offering analysis | 6 | 8 |
| 6/24/20 | Equity update call with GS, JPM and the company | 2 | 8 |
| 6/24/20 | Equity update call with GS, JPM and PJT | 1 | 8 |
| 6/25/20 | Recurring Advisor call | 1 | 1 |
| 6/25/20 | Equity update call with Lincoln | 2 | 8 |
| 6/25/20 | Call with company regarding financial forecast | 2 | 2 |
| 6/25/20 | Call with Weil to discuss Plan Supplement | 1 | 3 |
| 6/25/20 | Equity offering analysis | 5 | 8 |
| 6/25/20 | Equity update call with GS, JPM and PJT | 1 | 8 |
| 6/26/20 | Holdco cash discussion with company | 2 | 8 |
| 6/26/20 | Fund flow discussion with company | 2 | 1 |
| 6/27/20 | Closing logistics call with company, Cravath, Weil and Hunton | 2 | 1 |
| 6/27/20 | Fund flow discussion with company and Alix | 2 | 1 |
| 6/29/20 | Closing logistics with company, Alix, Cravath and Weil | 8 | 1 |
| 6/30/20 | Closing logistics with company, Alix, Cravath and Weil | 12 | 1 |
| **Jun-20** | **Monthly Subtotal** | **206.00** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**June 1, 2020 - June 30, 2020**

| | Katherine Tobeason (Analyst) | | |
|---|---|---|---|
| **Date** | **Description of Work** | **Hours** | **Code** |
| 6/6/20 | Work around post-emergence financing and capital structure | 3 | 8 |
| 6/7/20 | Work around post-emergence financing and capital structure | 6 | 8 |
| 6/8/20 | Work around post-emergence financing and capital structure | 1 | 8 |
| 6/12/20 | Work around post-emergence financing and capital structure | 1 | 8 |
| **Jun-20** | **Monthly Subtotal** | **11.0** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**June 1, 2020 - June 30, 2020**

| | Scott Belinsky (Financial Analyst) | | |
|---|---|---|---|
| **Date** | **Description of Work** | **Hours** | **Code** |
| 6/1/20 | Financial analysis & modeling of the Company's business plan | 2 | 9 |
| 6/2/20 | Financial analysis & modeling of the Company's business plan | 1 | 9 |
| 6/3/20 | Financial analysis & modeling of the Company's business plan | 5 | 9 |
| 6/4/20 | Financial analysis & modeling of the Company's business plan | 6 | 9 |
| 6/5/20 | Financial analysis & modeling of the Company's business plan | 5 | 9 |
| 6/6/20 | Financial analysis & modeling of the Company's business plan | 4 | 9 |
| 6/7/20 | Financial analysis & modeling of the Company's business plan | 3 | 9 |
| 6/8/20 | Financial analysis & modeling of the Company's business plan | 3 | 9 |
| 6/10/20 | Financial analysis & modeling of the Company's business plan | 3 | 9 |
| 6/12/20 | Financial analysis & modeling of the Company's business plan | 3 | 9 |
| 6/13/20 | Financial analysis & modeling of the Company's business plan | 5 | 9 |
| 6/14/20 | Financial analysis & modeling of the Company's business plan | 8 | 9 |
| 6/15/20 | Financial analysis & modeling of the Company's business plan | 7 | 9 |
| 6/16/20 | Financial analysis & modeling of the Company's business plan | 4 | 9 |
| 6/17/20 | Financial analysis & modeling of the Company's business plan | 7 | 9 |
| 6/18/20 | Financial analysis & modeling of the Company's business plan | 4 | 9 |
| 6/19/20 | Financial analysis & modeling of the Company's business plan | 2 | 9 |
| 6/20/20 | Financial analysis & modeling of the Company's business plan | 4 | 9 |
| 6/21/20 | Financial analysis & modeling of the Company's business plan | 4 | 9 |
| 6/22/20 | Financial analysis & modeling of the Company's business plan | 3 | 9 |
| 6/23/20 | Financial analysis & modeling of the Company's business plan | 7 | 9 |
| 6/24/20 | Financial analysis & modeling of the Company's business plan | 2 | 9 |
| 6/25/20 | Financial analysis & modeling of the Company's business plan | 5 | 9 |
| 6/26/20 | Financial analysis & modeling of the Company's business plan | 4 | 9 |
| 6/27/20 | Financial analysis & modeling of the Company's business plan | 4 | 9 |
| 6/28/20 | Financial analysis & modeling of the Company's business plan | 3 | 9 |
| 6/29/20 | Financial analysis & modeling of the Company's business plan | 1 | 9 |
| 6/30/20 | Financial analysis & modeling of the Company's business plan | 4 | 9 |
| **Jun-20** | **Monthly Subtotal** | **113.0** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**June 1, 2020 - June 30, 2020**

| | William Zhao (Analyst) | | |
|---|---|---|---|
| **Date** | **Description of Work** | **Hours** | **Code** |
| 6/1/20 | Monthly Cash Flow/Liquidity Model | 1 | 9 |
| 6/2/20 | Monthly Cash Flow/Liquidity Model | 4 | 9 |
| 6/3/20 | Monthly Cash Flow/Liquidity Model | 1 | 9 |
| 6/29/20 | Hours Log | 1 | 10 |
| **Jun-20** | **Monthly Subtotal** | **7** | |