**EXHIBIT E**

**DETAIL OF EXPENSES**
**FOR THE PERIOD JUNE 1, 2020 THROUGH JUNE 30, 2020**

**PG&E Corporation**
**Monthly Fee Statement**
**Lazard Frères & Co. LLC**

**June 1, 2020 - June 30, 2020**

### Fee Calculation

| Item | Amount Incurred |
|---|---|
| Monthly Fee: June 1, 2020 - June 30, 2020 | $300,000.00 [1] |
| **TOTAL** | **$300,000.00** |

### Summary of Out-of-Pocket Expenses [2]

| Item | Amount Incurred |
|---|---|
| Legal Fees [3] | $88,114.28 [4] |
| **TOTAL** | **$88,114.28** |

---

[1] Lazard's retention was approved pursuant to the terms and conditions set forth in the engagement letter dated January 4, 2019 (the "Engagement Letter"), as limited or modified by the Retention Order [Dkt. No. 2229].

[2] Additional expense detail will be furnished upon request.

[3] For legal representation of Lazard.

[4] Lazard is seeking reimbursement for less than the amount of their total legal fees from Debevoise based on an agreement between Lazard and the Debtors that only a portion of the full Debevoise invoices would be reimbursable.

**DEAL ACTIVITY - Open item balance**
**ALL EXPENSES**
**NYC06350-PG&E**
**Currency: USD - US Dollar**
**Execution Date: 05/26/2020**

| Account Description | Posting Date | Employee Name | Description | Amount |
|---|---|---|---|---|
| **OPENING BALANCE** | **12/31/2000** | | | - |
| Legal Fees | 6/2/2020 | Debevoise & Plimpton LLP | LEGAL SVC REND JAN/FEB '20 | 330,760.53 |
| Legal Fees | 6/2/2020 | Debevoise & Plimpton LLP | LEGAL SVC REND JAN/FEB '20 - ADJUSTMENT | (242,646.25) |
| **Legal Fees Total** | | | | **88,114.28** |
| **CLOSING BALANCE as of 06/30/2020** | | | | **88,114.28** |