CRAVATH, SWAINE & MOORE LLP
Paul H. Zumbro (*pro hac vice*)
(pzumbro@cravath.com)
Kevin J. Orsini (*pro hac vice*)
(korsini@cravath.com)
Omid H. Nasab (*pro hac vice*)
(onasab@cravath.com)
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Tel: 212 474 1000
Fax: 212 474 3700

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 415 636 9251

*Attorneys for Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and – | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors.** | **CERTIFICATE OF NO OBJECTION REGARDING FIFTEENTH MONTHLY FEE STATEMENT OF CRAVATH, SWAINE & MOORE LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF APRIL 1, 2020 THROUGH APRIL 30, 2020** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | |
| *\* All papers shall be filed in the Lead Case No. 19-30088 (DM).* | [Re: Docket No. 8415]<br><br>**Objection Deadline**: August 5, 2020<br>4:00 p.m. (Pacific Time) |

On July 15, 2020, Cravath, Swaine & Moore LLP ("**Cravath**" or the "**Applicant**"), attorneys for PG&E Corporation and Pacific Gas and Electric Company (the "**Debtors**"), filed its *Fifteenth Monthly Fee Statement of Cravath, Swaine & Moore LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of April 1, 2020 through April 30, 2020* [ECF No. 8415] (the "**Monthly Fee Statement**"), pursuant to the *Order Pursuant to 11 U.S.C. §§ 331 and 105(a) and Fed. R. Bankr. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals dated February 27, 2019* [ECF No. 701] (the "**Interim Compensation Procedures Order**").

The Monthly Fee Statement was served as described in the Certificate of Service of Andrew G. Vignali filed on July 24, 2020 [ECF No. 8516]. The deadline to file responses or oppositions to the Monthly Fee Statement was August 5, 2020, and no oppositions or responses have been filed with the Court or received by the Applicant. Pursuant to the Interim Compensation Procedures Order, the Debtors are authorized to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement upon the filing of this certification without the need for a further order of the Court. A summary of the fees and expenses sought by the Applicant is annexed hereto as **Exhibit A**.

**DECLARATION OF NO RESPONSE RECEIVED**

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that:

1. I am counsel to the firm of Cravath, Swaine & Moore LLP, attorneys for the Debtors.

2. I certify that I have reviewed the Court's docket in these Chapter 11 Cases and have not received any response or opposition to the Monthly Fee Statement.

3. This declaration was executed in New York, New York.

Dated:  August 6, 2020

**CRAVATH, SWAINE & MOORE LLP**

By: _____/s/ Paul H. Zumbro_____
        Paul H. Zumbro (*pro hac vice*)

*Attorneys for Debtors
and Debtors in Possession*

3

**Exhibit A**

**Monthly Fee Statement – Professional Fees and Expenses**

| Applicant | Fee Application Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid Pursuant to Interim Comp. Order (80%) | Amount of Expenses Authorized to be Paid Pursuant to Interim Comp. Order (100%) | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| Cravath, Swaine & Moore LLP | 04/01/2020 – 04/30/2020<br><br>07/15/2020<br><br>[ECF No. 8415] | $3,282,677.00[1] | $1,655,571.77 | 08/05/20 | $2,626,141.60 | $1,655,571.77 | $656,535.40 |

---

[1] Net of $101,764.50 in voluntary write offs and the credit described in the Monthly Fee Statement.

| | |
|---|---|
| 1 | Notice Parties |
| 2 | PG&E Corporation |
| 3 | c/o Pacific Gas & Electric Company<br>Attn: Janet Loduca, Esq. |
| 4 | 77 Beale Street<br>San Francisco, CA 94105 |
| 5 | |
| | Keller Benvenutti Kim LLP |
| 6 | Attn: Tobias S. Keller, Esq.<br>Jane Kim, Esq |
| 7 | 650 California Street, Suite 1900 |
| 8 | San Francisco, CA 94108 |
| 9 | Weil, Gotshal & Manges LLP<br>Attn: Stephen Karotkin, Esq. |
| 10 | Jessica Liou, Esq.<br>Matthew Goren, Esq. |
| 11 | 767 Fifth Avenue |
| 12 | New York, NY 10153 |
| 13 | The Office of the United States Trustee for Region 17<br>Attn: James L. Snyder, Esq. |
| 14 | Timothy Laffredi, Esq.<br>450 Golden Gate Avenue, 5th Floor, Suite #05-0153 |
| 15 | San Francisco, CA 94102 |
| 16 | Milbank LLP |
| 17 | Attn: Dennis F. Dunne, Esq.<br>Sam A. Khalil, Esq. |
| 18 | 55 Hudson Yards<br>New York, NY 10001-2163 |
| 19 | |
| | Milbank LLP |
| 20 | Attn: Paul S. Aronzon, Esq.<br>Gregory A. Bray, Esq. |
| 21 | Thomas R. Kreller, Esq. |
| 22 | 2029 Century Park East, 33rd Floor<br>Los Angeles, CA 90067 |
| 23 | |
| | Baker & Hostetler LLP |
| 24 | Attn: Eric Sagerman, Esq.<br>Cecily Dumas, Esq. |
| 25 | 11601 Wilshire Boulevard, Suite 1400 |
| 26 | Los Angeles, CA 90025-0509 |
| 27 | |
| 28 | |

Bruce A. Markell
Fee Examiner
541 N. Fairbanks Ct., Ste 2200
Chicago, IL 60611-3710

Scott H. McNutt
324 Warren Road
San Mateo, California 94402

2