| | |
|---|---|
| David P. Simonds (Bar No. 214499)<br>Edward J. McNeilly (Bar No. 314588)<br>**HOGAN LOVELLS US LLP**<br>1999 Avenue of the Stars, Suite 1400<br>Los Angeles, California 90067<br>Telephone: (310) 785-4600<br>Facsimile: (310) 785-4601<br>david.simonds@hoganlovells.com<br>edward.mcneilly@hoganlovells.com | Michael C. Hefter (*pro hac vice* pending)<br>Matthew Ducharme (*pro hac vice* pending)<br>**HOGAN LOVELLS US LLP**<br>390 Madison Avenue<br>New York, New York 10017<br>Telephone: (212) 918-3000<br>Facsimile: (212) 918-3100<br>michael.hefter@hoganlovells.com<br>matthew.ducharme@hoganlovells.com |

*Counsel to Pacific Investment Management Company LLC, as investment adviser or manager for certain funds and accounts that were Consenting Noteholders*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>-and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Reorganized Debtors.**<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>APPLICATION FOR ADMISSION OF ATTORNEY MATTHEW DUCHARME *PRO HAC VICE*<br><br>[No Hearing Required] |

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Matthew Ducharme, an active member in good standing of the bar of the State of New York, and admitted to practice before the United States District Court for the Southern District of New York and the United States District Court for the Eastern District of New York, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Pacific Investment Management Company LLC, as investment adviser or manager for certain funds and accounts that were Consenting Noteholders, in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

    Edward J. McNeilly
    Hogan Lovells US LLP
    1999 Avenue of the Stars, Suite 1400
    Los Angeles, California 90067
    Telephone: (310) 785-4600
    Email: edward.mcneilly@hoganlovells.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 7, 2020

                        By: */s/ Matthew Ducharme*
                        Matthew Ducharme

# Appellate Division of the Supreme Court of the State of New York
# First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

# Matthew Alan Ducharme

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on March 28, 2016, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Thereof, I have hereunto set my hand and affixed the seal of this court on
August 6, 2020

_____
Clerk of the Court

5408