| | |
|---|---|
| David P. Simonds (Bar No. 214499) | Michael C. Hefter (*pro hac vice* pending) |
| Edward J. McNeilly (Bar No. 314588) | Matthew Ducharme (*pro hac vice* pending) |
| **HOGAN LOVELLS US LLP** | **HOGAN LOVELLS US LLP** |
| 1999 Avenue of the Stars, Suite 1400 | 390 Madison Avenue |
| Los Angeles, California 90067 | New York, New York 10017 |
| Telephone: (310) 785-4600 | Telephone: (212) 918-3000 |
| Facsimile: (310) 785-4601 | Facsimile: (212) 918-3100 |
| david.simonds@hoganlovells.com | michael.hefter@hoganlovells.com |
| edward.mcneilly@hoganlovells.com | matthew.ducharme@hoganlovells.com |

*Counsel to Pacific Investment Management Company LLC, as investment adviser or manager for certain funds and accounts that were Consenting Noteholders*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| -and- | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Reorganized Debtors.** | **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PAPERS** |
| ☐ Affects PG&E Corporation | [No Hearing Required] |
| ☐ Affects Pacific Gas and Electric Company | |
| ☒ Affects both Debtors | |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | |

|   |   |
|---|---|
| 1 | **PLEASE TAKE NOTICE** that Hogan Lovells US LLP hereby appears as counsel for |
| 2 | Pacific Investment Management Company LLC, as investment adviser or manager for certain funds |
| 3 | and accounts that were Consenting Noteholders ("PIMCO"), a party-in-interest pursuant to section |
| 4 | 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), and Rules 2002, 9007, and |
| 5 | 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and requests that |
| 6 | copies of any and all notices and papers filed or entered in these cases be given and served upon the |
| 7 | following: |

**HOGAN LOVELLS US LLP**
David P. Simonds
Edward J. McNeilly
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 900677
Telephone: (310) 785-4600
Facsimile: (310) 785-4601
Email: david.simonds@hoganlovells.com
 edward.mcneilly@hoganlovells.com

**HOGAN LOVELLS US LLP**
Michael C. Hefter
Matthew Ducharme
390 Madison Avenue
New York, NY 10017
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
Email: michael.hefter@hoganlovells.com
 matthew.ducharme@hoganlovells.com

**PLEASE TAKE FURTHER NOTICE** that this constitutes not only a request for service of the notices and papers, but also includes, without limitation, a request for service of all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise, that (1) affects or seeks to affect in any way any rights or interests of any creditor or party in interest in this case, with respect to (a) the debtors in the above-captioned cases (the "Debtors") and any related adversary proceedings, whether currently pending or later commenced; (b) property of the Debtors' estates, or proceeds thereof, in which the Debtors may claim an interest; or (c) property or proceeds thereof in the possession, custody, or control of others that the Debtors may seek to use; or (2) requires or

seeks to require any act or other conduct by a party in interest.

**PLEASE TAKE FURTHER NOTICE** that this notice of appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed a consent to jurisdiction or venue of any type by PIMCO and shall not be deemed a waiver of rights of PIMCO: (1) to have an Article III judge adjudicate in the first instance any case, proceeding, matter, or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution; (2) to have final orders in a non-core case, proceeding, matter, or controversy entered only after an opportunity to object to proposed findings of fact and conclusions of law and a de novo review by a district court judge; (3) to trial by jury in any case, proceeding, matter, or controversy so triable; (4) to have the reference withdrawn by the United States District Court in any case, proceeding, matter, or controversy subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions, defenses, setoffs, or recoupments to which PIMCO is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

DATED: August 7, 2020

By: */s/ Edward J. McNeilly*

David P. Simonds (Bar No. 214499)
Edward J. McNeilly (Bar No. 314588)
**HOGAN LOVELLS US LLP**
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601
david.simonds@hoganlovells.com
edward.mcneilly@hoganlovells.com

Michael C. Hefter (*pro hac vice* pending)
Matthew Ducharme (*pro hac vice* pending)
**HOGAN LOVELLS US LLP**
390 Madison Avenue
New York, New York 10017
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
michael.hefter@hoganlovells.com
matthew.ducharme@hoganlovells.com

*Counsel to Pacific Investment Management Company LLC, as investment adviser or manager for certain funds and accounts that were Consenting Noteholders*