WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors
and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**STIPULATION WITH EP COUNTERPARTIES GROUP EXTENDING TIME TO RESOLVE CLAIMS, CAUSES OF ACTION, AND DEFAULTS RELATING TO THE ASSUMPTION OF ENERGY PROCUREMENT AGREEMENTS**<br><br>Related Docket No. 8053<br><br>[No Hearing Date Requested] |

PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors (collectively, the "**Debtors**" or "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), and the non-Debtor counterparties to Energy Procurement Agreements[1] listed on **Exhibit A** hereto (collectively, the "**EP Counterparties Group**," and, together with the Reorganized Debtors, the "**Parties**") by and through their respective counsel, hereby submit this stipulation (the "**Stipulation**") for an Order extending the time provided under the Confirmation Order for the Parties to attempt to resolve any Claims, Causes of Action, or defaults relating to the assumption of any Energy Procurement Agreement in effect between the Parties. The Parties hereby stipulate and agree as follows:

## RECITALS

A. On June 20, 2020, the Court entered an Order [Docket No. 8053] (the "**Confirmation Order**") confirming the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020* [Docket No. 8048] (the "**Plan**"). The Plan became effective on July 1, 2020 [Docket No. 8252].

B. Paragraph 43 of the Confirmation Order provides, among other things, that all Energy Procurement Agreements were assumed pursuant to Article VIII of the Plan. Paragraph 43 of the Confirmation Order further provides that the parties to any such Energy Procurement Agreements shall attempt to resolve any Claims, Causes of Action or defaults in the ordinary course; provided that if no such resolution is reached within forty-five (45) days following the entry of the Confirmation Order, either party may submit the dispute to the Court; provided further, that the failure of either party to submit to the Court any such dispute following the expiration of such 45-day period shall not result in the discharge, release, or deemed satisfaction of the disputed amount. Forty-five (45) days following entry of the Confirmation Order was August 4, 2020 (the "**EP Objection Date**"). *See* Confirmation Order ¶ 43.

C. The Debtors have agreed to extend the EP Objection Date for the members of the EP Counterparties Group as set forth herein.

---

[1] Capitalized terms used but not herein defined have the meanings ascribed to them in the Confirmation Order (as defined below).

**NOW, THEREFORE, UPON THE FOREGOING RECITALS, WHICH ARE INCORPORATED AS THOUGH FULLY SET FORTH HEREIN, IT HEREBY IS STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THE COURT TO ORDER, THAT:**

1. The EP Objection Date is extended for the members of the EP Counterparties Group until September 3, 2020 at 4:00 p.m. (Prevailing Pacific Time), which date may be further extended by agreement of the Parties without further order of the Court.

2. This Stipulation shall constitute the entire agreement and understanding of the Parties relating to the subject matter hereof and shall supersede all prior agreements and understandings relating to the subject matter hereof.

3. This Stipulation may be executed in counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same agreement.

4. The Bankruptcy Court shall retain jurisdiction to resolve any disputes or controversies arising from this Stipulation.

**Debtors and Reorganized Debtors**

Dated: August 7, 2020

WEIL, GOTSHAL & MANGES LLP
KELLER BENVENUTTI KIM LLP

/s/  *Matthew Goren*
Matthew Goren

*Attorneys for the Debtors and Reorganized Debtors*

**Member of EP Counterparties Group**

Dated: August 7, 2020

By: /s/ Kenneth N. Klee
Kenneth N. Klee (State Bar No. 63372)
David M. Stern (State Bar No. 67697)
Samuel M. Kidder (State Bar No. 284015)
KTBS LAW LLP, *f/k/a* KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, Thirty-Ninth Floor, Los Angeles, California 90067
Telephone: (310) 407-4000
Facsimile: (310) 407-9090
Email: kklee@ktbslaw.com
dstern@ktbslaw.com
skidder@ktbslaw.com

*Attorneys for NextEra Energy, Inc. and NextEra Energy Partners, L.P. and all projects, affiliates, and subsidiaries directly or indirectly owned or controlled in whole or in part by them*

**Member of EP Counterparties Group**

Dated: August 7, 2020

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: */s/ Lorraine McGowen*
Lorraine McGowen
51 West 52nd Street
New York, NY 10019
Telephone: (212) 506-5114
Email: lmcgowen@orrick.com

and

Debra L. Felder
1152 15th Street, NW
Washington, DC 20005
Telephone: (202) 339-8567
Email: dfelder@orrick.com

*Attorneys for Hatchet Ridge Wind, LLC*

**Member of EP Counterparties Group**

Dated: August 7, 2020

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ Debra L. Felder
Debra L. Felder
1152 15th Street, NW
Washington, DC 20005
Telephone: (202) 339-8567
Email: dfelder@orrick.com

*Attorney for Yuba City Cogeneration Partners, LP*

**Member of EP Counterparties Group**

Dated: August 7, 2020

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: */s/ Debra L. Felder*
Debra L. Felder
1152 15th Street, NW
Washington, DC 20005
Telephone: (202) 339-8567
Email: dfelder@orrick.com

*Attorney for EEN CA Blackspring Ridge I Wind Project L.P. and Enbridge Blackspring Ridge I Wind Project Limited Partnership*

**Member of EP Counterparties Group**

Dated: August 7, 2020

MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Richard W. Esterkin
Richard W. Esterkin
*Attorney for AV Solar Ranch 1, LLC*

**Member of EP Counterparties Group**

Dated: August 7, 2020

TROUTMAN PEPPER LLP

By: */s/ Hugh M. McDonald*

Hugh M. McDonald (admitted *pro hac vice*)
875 Third Avenue
New York, NY 10022
Telephone: (212) 704-6000
hugh.mcdonald@troutman.com

Marcus T. Hall (SBN 206495)
3 Embarcadero Center, Suite 800
San Francisco, CA 94111
Telephone: (415) 477-5700
marcus.hall@troutman.com

*Attorneys for Consolidated Edison Development, Inc. on behalf of itself and its affiliates*

**Member of EP Counterparties Group**

Dated: August 7, 2020

CROWELL & MORING LLP

By: */s/ Thomas F. Koegel*
Thomas F. Koegel

*Attorney for Vantage Wind Energy LLC, and Kes Kingsburg, L.P.*

**Member of EP Counterparties Group**

Dated: August 7, 2020

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Jeffrey C. Krause*
Jeffrey C. Krause
Alan Moskowitz

*Attorneys for Topaz Solar Farms LLC*

**Member of EP Counterparties Group**

Dated: August 7, 2020

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: */s/ Amy S. Park*
Amy S. Park
525 University Avenue, #1400
Palo Alto, Ca 94301
(650) 470-4500
Amy.Park@Skadden.com

James Eric Ivester
4 Times Square
New York, Ny 10036
(212) 735-3111
Eric.Ivester@Skadden.com

*Attorneys for Mojave Solar LLC*

**Member of EP Counterparties Group**

Dated: August 7, 2020

STOEL RIVES LLP

*/s/ Jennifer Slocum*
David B. Levant (*pro hac vice*)
Andrew H. Morton (*pro hac vice*)
Jennifer N. Slocum (*pro hac vice*)

*Attorneys for RE Mustang LLC, RE Mustang 3 LLC, RE Mustang 4 LLC, Avangrid Renewables LLC, Capital Dynamics, Inc., FTP Power, LLC, and their respective projects, affiliates, and subsidiaries, directly or indirectly owned or controlled in whole or in part*

**Member of EP Counterparties Group**

Dated: August 7, 2020

By: */s/ Michael P. Esser*
Mark E. McKane, P.C. (SBN 230552)
Michael P. Esser (SBN 268634)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
T: (415) 439-1400 / F: (415) 439-1500
mark.mckane@kirkland.com
michael.esser@kirkland.com

David R. Seligman, P.C. (admitted pro hac vice)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
T: (312) 862-2000 / F: (312) 862-2200
dseligman@kirkland.com

Aparna Yenamandra (admitted pro hac vice)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
T: (212) 446-4800 / F: (212) 446-4900 aparna.yenamandra@kirkland.com

*Counsel for Calpine Corporation, et al.*

# Exhibit A

## Schedule of EPA Counterparties

- Consolidated Edison Development, Inc. on behalf of itself and its affiliates, including, without limitation, Alpaugh 50, LLC, Alpaugh North, LLC, CED Corcoran Solar, LLC, CED Corcoran Solar 3, LLC, CED White River Solar, LLC, CED White River Solar 2, LLC, Coram California Development, LP, CED Avenal Solar, LLC, CED Oro Loma Solar, LLC, CED Lost Hills Solar, LLC, Mesquite Solar 1, LLC, Copper Mountain Solar 1, LLC, Copper Mountain Solar 2, LLC, and Great Valley Solar 4, LLC

- RE Mustang LLC, RE Mustang 3 LLC, RE Mustang 4 LLC, Avangrid Renewables LLC, Capital Dynamics, Inc., FTP Power, LLC, and their respective projects, affiliates, and subsidiaries, directly or indirectly owned or controlled in whole or in part, including, without limitation, CA Flats Solar 150, LLC, CA Flats Solar 130, LLC, Solar Star California XIII, LLC, 87RL 8me, LLC, 67RK 8me, LLC, 65 HK 8me, LLC, Aspiration Solar G, LLC, Bayshore Solar A, LLC, Bayshore Solar B, LLC, Bayshore Solar C, LLC, Western Antelope Blue Sky Ranch A, LLC, Adera Solar, LLC, Klondike Wind Power III LLC, Shiloh I Wind Project LLC, Gill Ranch Storage, LLC, Lost Hills Solar, LLC, Blackwell Solar, LLC, Parrey, LLC, and North Star Solar, LLC

- Hatchet Ridge Wind, LLC

- Mojave Solar LLC

- AV Solar Ranch 1, LLC

- NextEra Energy Partners, LP, NextEra Energy, Inc., and all projects, affiliates, and subsidiaries directly or indirectly owned or controlled in whole or in part by them

- Topaz Solar Farms LLC

- Calpine Corporation, on behalf of itself and its subsidiaries, including without limitation, Russell City Energy Company, LLC, Los Esteros Critical Energy Facility, LLC, Geysers Power Company, LLC, Gilroy Energy Center, LLC, Creed Energy Center, LLC, and Goose Haven Energy Center, LLC

- Yuba City Cogeneration Partners, LP

- EEN CA Blackspring Ridge I Wind Project L.P.

- Enbridge Blackspring Ridge I Wind Project Limited Partnership

- Vantage Wind Energy LLC

- Kes Kingsburg, L.P