JENNER & BLOCK LLP
Randall E. Mehrberg
Angela M. Allen
353 N. Clark Street
Chicago, IL 60654
Tel: 312 840 7505
rmehrberg@jenner.com
aallen@jenner.com

*Special Corporate Defense & Energy Counsel
for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and – | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| Debtors. | **CERTIFICATE OF NO OBJECTION REGARDING SEVENTH MONTHLY FEE STATEMENT OF JENNER & BLOCK LLP AS SPECIAL CORPORATE DEFENSE COUNSEL FOR THE DEBTORS FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD APRIL 1, 2020 THROUGH APRIL 30, 2020** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | |
| *\* All papers shall be filed in the Lead Case No. 19-30088 (DM).* | [Re: Dkt. 8124]<br><br>**Objection Deadline**: July 16, 2020<br>4:00 p.m. (Pacific Time) |

On June 25, 2020, Jenner & Block LLP ("**Jenner & Block**" or the "**Applicant**"), special corporate defense and energy counsel for PG&E Corporation and Pacific Gas and Electric Company (the "**Debtors**"), filed its Seventh Monthly Fee Statement of Jenner & Block LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period April 1, 2020 through April 30, 2020 [Dkt. No. 8214] (the "**Monthly Fee Statement**"), pursuant to the Order Pursuant to 11 U.S.C §§ 331 and 105(a) and Fed. R. Bankr. P. 2016 for Authority to Establish Procedures for Interim

Compensation and Reimbursement of Expenses of Professionals entered on February 27, 2019 [Dkt. No. 701] (the "**Interim Compensation Procedures Order**").

In accordance with the Interim Compensation Procedures Order, the Monthly Fee Statement was served on the Notice Parties on June 25, 2020. The deadline to file responses or oppositions to the Monthly Fee Statement was July 16, 2020, and no oppositions or responses have been filed with the Court or received by the Applicant. Pursuant to the Interim Compensation Procedures Order, the Debtors are authorized to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement upon the filing of this certification without the need for a further order of the Court. A summary of the fees and expenses sought by the Applicant is annexed hereto as Exhibit A.

**DECLARATION OF NO RESPONSE RECEIVED**

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that:

1. I am a partner of Jenner & Block LLP, special corporate defense and energy counsel for the Debtors.
2. I certify that I have reviewed the Court's docket in these Chapter 11 Cases and have not received any response or opposition to the Monthly Fee Statement.
3. This declaration was executed in Manchester, Michigan.

Dated: August 7, 2020

Respectfully submitted,

JENNER & BLOCK LLP

By: _____

Angela M. Allen
353 N. Clark Street
Chicago, IL 60654
Tel: 312 840 7218
aallen@jenner.com

*Special Corporate Defense & Energy Counsel for Debtors and Debtors in Possession*

# Exhibit A

## Monthly Fee Statement – Professional Fees and Expenses

| Applicant | Fee Application Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to Be Paid Pursuant to Interim Comp. Order (80%) | Amount of Expenses Authorized to Be Paid Pursuant to Interim Comp. Order (100%) | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| Jenner & Block LLP | 4/1/20 – 4/30/20<br><br>6/25/20<br><br>[Dkt. No. 8214] | $479,476.00 | $0.00 | 7/16/20 | $383,580.80 | $0.00 | $95,895.20 |

# NOTICE PARTIES

PG&E Corporation
c/o Pacific Gas & Electric Company
Attn: Janet Loduca, Esq.
77 Beale Street
San Francisco, CA 94105

Weil, Gotshal & Manges LLP
Attn: Stephen Karotkin, Esq.
    Jessica Liou, Esq.
    Matthew Goren, Esq.
767 Fifth Avenue
New York, NY 10153

Keller & Benvenutti LLP
Attn: Tobias S. Keller, Esq.
    Jane Kim, Esq.
650 California Street, Suite 1900
San Francisco, CA 94108

The Office of the United States Trustee for Region 17
Attn: James L. Snyder, Esq.
    Timothy Laffredi, Esq.
450 Golden Gate Avenue, 5th Floor, Suite #05-0153
San Francisco, CA 94102

Milbank LLP
Attn: Dennis F. Dunne, Esq.
    Sam A. Khalil, Esq.
55 Hudson Yards
New York, NY 10001-2163

Milbank LLP
Attn: Paul S. Aronzon, Esq.,
    Gregory A. Bray, Esq.,
    Thomas R. Kreller, Esq.
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067

Baker & Hostetler LLP
Attn: Eric Sagerman, Esq. and
    Cecily Dumas, Esq.
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509

Scott H. McNutt, counsel for Bruce A. Markell, Fee Examiner
324 Warren Road
San Mateo, California 94402