# EXHIBIT A

Case: 19-30088    Doc# 8712-1    Filed: 08/07/20    Entered: 08/07/20 17:23:54    Page 1 of 4

# COMPENSATION BY HUNTON ANDREWS KURTH LLP PROFESSIONALS
## (June 1, 2020 through June 30, 2020)

| Name of Professional | Position | Primary Practice Group | First Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| H. Havre | Partner | Corporate / Capital Markets | 1989 | $1,089.00 | 14.9 | $16,226.10 |
| A. J. Duncan | Partner | Structured Finance and Securitization | 1989 | $1,040.00 | 0.3 | $312.00 |
| R. McNamara | Partner | Tax & Erisa | 1997 | $981.00 | 19.3 | $18,933.30 |
| S. P. Regan | Partner | Corp & Securities Lit | 1997 | $981.00 | 1.5 | $1,471.50 |
| M. Fitzpatrick | Partner | Corporate / Capital Markets | 1991 | $936.00 | 217.9 | $203,954.40 |
| S. C. Friend | Partner | Corporate / Capital Markets | 2002 | $891.00 | 1.0 | $891.00 |
| R. M. Johnson | Partner | Capital Finance & Real Estate | 1984 | $887.00 | 34.0 | $30,158.00 |
| K. Felz | Partner | Corporate / Capital Markets | 2003 | $873.00 | 151.2 | $131,997.60 |
| R. Hahn | Partner | Structured Finance and Securitization | 1985 | $873.00 | 77.5 | $67,657.50 |
| A. M. Williams | Partner | Structured Finance and Securitization | 1990 | $873.00 | 0.8 | $698.40 |
| S. Kwon | Partner | Corporate / Capital Markets | 2006 | $779.00 | 120.9 | $94,181.10 |
| E. Nedell | Partner | Energy and Infrastructure | 2004 | $720.00 | 210.7 | $151,704.00 |
| A. O'Brian | Partner | Corporate / Capital Markets | 2009 | $720.00 | 11.3 | $8,136.00 |
| J. Harbour | Partner | Bankruptcy /Restructuring | 2001 | $698.00 | 10.5 | $7,329.00 |
| M. F. Reynolds | Partner | EIT - Energy: Reg Practice | 2001 | $698.00 | 0.6 | $418.80 |
| T. R. Urbantke | Partner | EIT - Energy: Reg Practice | 2002 | $684.00 | 1.3 | $889.20 |
| P. Tiao | Partner | Global Technology, Outsourcing & Privacy | 2000 | $670.00 | 1.0 | $670.00 |
| J. Boer | Partner | Administrative Law/Environmental | 1998 | $595.00 | 0.5 | $297.50 |
| A. Kintzinger | Counsel | Capital Finance & Real Estate | 1981 | $837.00 | 52.0 | $43,524.00 |
| B. J. Mulligan | Counsel | Business Finance & Health | 1998 | $779.00 | 6.4 | $4,985.60 |

Case: 19-30088   Doc# 8712-1   Filed: 08/07/20   Entered: 08/07/20 17:23:54   Page 2 of 4

| Name of Professional | Position | Primary Practice Group | First Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| D. Murphy | Counsel | Energy: Transactions and Development | 2002 | $770.00 | 67.1 | $51,667.00 |
| J. Chandapillai | Counsel | Corporate / Capital Markets | 2007 | $747.00 | 10.3 | $7,694.10 |
| J. Paget | Counsel | Bankruptcy /Restructuring | 2008 | $590.00 | 36.2 | $21,358.00 |
| M. Goswell | Associate | Energy: Transactions and Development | 2015 | $585.00 | 65.8 | $38,493.00 |
| C. Hasbrouck | Associate | Capital Finance & Real Estate | 2013 | $572.00 | 76.3 | $43,643.60 |
| R. Nolan | Staff Attorney | Capital Finance & Real Estate | 2013 | $518.00 | 13.0 | $6,734.00 |
| M. Yi | Associate | Energy: Transactions and Development | 2016 | $509.00 | 9.5 | $4,835.50 |
| L. Freeland | Associate | EIT - Energy: Reg Practice | 2012 | $509.00 | 2.3 | $1,170.70 |
| B. Harney | Associate | Corporate / Capital Markets | 2010 | $504.00 | 308.1 | $155,282.40 |
| M. G. Chan | Associate | Corporate / Capital Markets | 2016 | $500.00 | 29.4 | $14,700.00 |
| S. A. Jaber | Associate | Corporate / Capital Markets | 2015 | $500.00 | 37.2 | $18,600.00 |
| P. Jamieson | Associate | Corporate / Capital Markets | 2015 | $491.00 | 380.3 | $186,727.30 |
| F. Vehbiu | Associate | Corporate / Capital Markets | 2018 | $446.00 | 47.0 | $20,962.00 |
| M. Hayes | Associate | Corporate / Capital Markets | 2019 | $405.00 | 23.0 | $9,315.00 |
| S. Stanton | Associate | Corporate / Capital Markets | 2019 | $405.00 | 46.6 | $18,873.00 |
| S. Wilson | Associate | Capital Finance & Real Estate | 2019 | $383.00 | 58.2 | $22,290.60 |
| T. Strother | Associate | Tax & Erisa | 2019 | $383.00 | 2.3 | $880.90 |
| A. M. Kliner | Associate | EIT - Energy: Reg Practice | 2016 | $383.00 | 3.2 | $1,225.60 |
| R. Hoffman | Associate | Capital Finance & Real Estate | 2017 | $374.00 | 50.1 | $18,737.40 |
| C. M. Matthews | Associate | Corporate / Mergers & Acquisitions | 2016 | $374.00 | 28.4 | $10,621.60 |

| Name of Professional | Position | Primary Practice Group | First Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| S. Bell | Associate | Corporate / Structured Finance & Securitization | 2016 | $374.00 | 37.9 | $14,174.60 |
| T. Canada | Paralegal | Bankruptcy /Restructuring | N/A | $243.00 | 25.7 | $6,245.10 |
| M. Caramore | Paralegal | Corporate / Structured Finance & Securitization | N/A | $243.00 | 1.1 | $267.30 |
| A. Waszilycsak | Paralegal | Capital Finance & Real Estate | N/A | $225.00 | 9.5 | $2,137.50 |
| **Totals:** | | | | | **2,302.1** | **$1,461,071.20** |

| Professionals Totals | Blended Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|
| Partners and Counsel | $826.16 | 1,047.2 | $865,154.10 |
| Associates and Staff Attorney | $481.92 | 1,218.6 | $587,267.20 |
| **Blended Attorney Rate** | $641.02 | 2,265.8 | $1,452,421.30 |
| Paraprofessionals and other non-legal staff | $238.29 | 36.3 | $8,649.90 |
| **Total Fees Incurred** | | **2,302.1** | **$1,461,071.20** |