# **EXHIBIT B**

**COMPENSATION BY WORK TASK CODE FOR SERVICES RENDERED**
**(June 1, 2020 through June 30, 2020)**

| Task Code[1] | Description | Hours | Amount |
|---|---|---|---|
| C300 | Analysis and Advice | 1.0 | $670.00 |
| L120 | Analysis/Strategy | 0.5 | $297.50 |
| P100[2] | Project Administration | 55.8 | $24,729.50 |
| P210 | Corporate Review | 549.8 | $375,127.30 |
| P220 | Tax | 73.6 | $63,338.20 |
| P240 | Real and Personal Property | 231.6 | $121,563.60 |
| P280[3] | Other | 46.8 | $25,976.00 |
| P300 | Structure / Strategy / Analysis | 636.7 | $407,308.10 |
| P400 | Initial Document Preparation / Filing | 254.9 | $138,107.60 |
| P500 | Negotiation / Revision / Responses | 261.4 | $190,629.10 |
| P700 | Post-Completion / Post-Closing | 2.2 | $1,080.20 |
| **Total:** | | **2,302.1** | **$1,461,071.20** |

---

[1] These Task Codes and Descriptions were used by Hunton in conjunction with pre-petition time entries and invoices as required by Debtors prior to filing of these Bankruptcy Cases, and Hunton continues to use them in conjunction with post-petition time entries and invoices in these Special Counsel matters. In connection with additional services Hunton now is required to perform in connection with these bankruptcy cases (*e.g.*, in connection with Hunton's retention application, monthly fee statements, fee applications, or the like), Hunton further specifies the time and fees for any such additional services in footnotes 2 through 4 below.

[2] Includes 14.7 hours ($8,152.50 in fees) related to preparing Hunton's Third and Fourth Consolidated Monthly fee statement, all contained within the attached Exhibit D.

[3] Includes 24.5 hours ($10,742.10 in fees) related to preparing Hunton's Third and Fourth Consolidated Monthly fee statement, all contained within the attached Exhibit D.