**EXHIBIT C**

Case: 19-30088 Doc# 8712-3 Filed: 08/07/20 Entered: 08/07/20 17:23:54 Page 1 of 2

**EXPENSE SUMMARY**
**(June 1, 2020 through June 30, 2020)**

| Expenses[4] | Amount |
|---|---:|
| Delivery/Messenger Service | $107.46 |
| Filing Fees | $411.95 |
| Secretary of State Fees | $318.00 |
| Lien Search | $1,990.00 |
| S&P Global Market Intelligence LLC | $1,639.75 |
| Online Research | $234.91 |
| Out-of-Town Travel | $213.36 |
| Meals | $293.55 |
| **Total Expenses** | **$5,208.98** |

---

[4] Expenses are shown on pages 42, 54, 102, 123, 136, and 150 of Exhibit D.