Entered on Docket
August 07, 2020
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: August 7, 2020



_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION -and- PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Reorganized Debtors. | Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Jointly Administered) |

## ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HACE VICE*

Matthew Ducharme, whose business address and telephone number is: 390 Madison Avenue, New York, NY 10017; Telephone number (212) 918-3000 and who is an active member in good standing of the bar of New York having applied in the above-entitled action, for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Pacific Investment Management Company LLC, as investment adviser or manager for certain funds and accounts that were Consenting Noteholders;

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filing in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

** END OF ORDER **