1          UNITED STATES BANKRUPTCY COURT

2         NORTHERN DISTRICT OF CALIFORNIA

3                    -oOo-

4    In Re:                      ) Case No. 19-30088-DM
                                 ) Chapter 11
5    PG&E CORPORATION AND PACIFIC )
     GAS AND ELECTRIC COMPANY,    ) San Francisco, California
6                                 ) Friday, August 7, 2020
                        Debtors.  ) 9:30 AM
7    _____ )
                                     STATUS CONFERENCE RE MOTION
8                                    OF ELLIOTT MANAGEMENT
                                     CORPORATION FOR (I) ALLOWANCE
9                                    AND PAYMENT OF ADMINISTRATIVE
                                     EXPENSE CLAIM AND (II) TO THE
10                                   EXTENT NECESSARY,
                                     RECONSIDERATION AND RELIEF
11                                   FROM THE CONFIRMATION ORDER
                                     PURSUANT TO FEDERAL RULE OF
12                                   CIVIL PROCEDURE 60(B) [8536]

13              TRANSCRIPT OF PROCEEDINGS
            BEFORE THE HONORABLE DENNIS MONTALI
14              UNITED STATES BANKRUPTCY JUDGE

15   APPEARANCES (Via Zoom):
     For the Debtors:            STEPHEN KAROTKIN, ESQ.
16                               RICHARD W. SLACK, ESQ.
                                 Weil, Gotshal & Manges LLP
17                               767 Fifth Avenue
                                 New York, NY 10153
18                               (212)310-8000

19   For Elliot Management       GREGG M. GALARDI, ESQ.
     Corporation:                KEITH H. WOFFORD, ESQ.
20                               Ropes & Gray LLP
                                 1211 Avenue of the Americas
21                               New York, NY 10036
                                 (212)596-9000
22
     For Canyon, Citadel,        CRAIG GOLDBLATT, ESQ.
23   Davidson Kempner,           Wilmer Cutler Pickering Hale and
     Farallon, Sculptor, and     Dorr LLP
24   Varde:                      1875 Pennsylvania Ave., NW
                                 Washington, DC 20036
25                               (202)663-6000

escribers
(973)406-2250 | operations@escribers.net | www.escribers.net

```
1
     For  Canyon, Citadel,        PHILIP D. ANKER, ESQ.
2    Davidson Kempner,            Wilmer Cutler Pickering Hale and
     Farallon, Sculptor, and      Dorr LLP
3    Varde:                       250 Greenwich Street
                                  New York, NY 10007
4                                 (202)230-8800

5    For  Pacific Investment      MICHAEL C. HEFTER, ESQ.
     Management Company LLC:      Hogan Lovells US LLP
6                                 390 Madison Avenue
                                  New York, NY 10017
7                                 (212)918-3000

8    For Pacific Investment       DAVID P. SIMONDS, ESQ.
     Management Company LLC:      Hogan Lovells US LLP
9                                 1999 Avenue of the Stars
                                  Suite 1400
10                                Los Angeles, CA 90067
                                  (310)785-4600
11

12

13

14

15

16

17   Court Recorder:             LORENA PARADA/ANKEY THOMAS
                                  United States Bankruptcy
18                                Court
                                  450 Golden Gate Avenue
19                                San Francisco, CA 94102

20
     Transcriber:                LINDA FERRARA
21                                eScribers, LLC
                                  7227 N. 16th Street
22                                Suite #207
                                  Phoenix, AZ 85020
23                                (973)406-2250

24   Proceedings recorded by electronic sound recording;
     transcript provided by transcription service.
25
```

(973)406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

<u>SAN FRANCISCO, CALIFORNIA, FRIDAY, AUGUST 7, 2020, 10:04 AM</u>

-oOo-

1

2

3    (Call to order of the Court.)

4    THE CLERK:  Court is now in session.  The Honorable

5 Dennis Montali presiding, the matter of PG&E Corporation.  And

6 I'm bringing in Mr. Karotkin now, and I'll bring in Mr. Slack

7 shortly.

8    MR. KAROTKIN:  Good morning, sir.

9    THE COURT:  Good morning, Mr. Karotkin.  We've been

10 missing you out here.

11    MR. KAROTKIN:  Yeah, well it's been a long time.

12    THE COURT:  So come on back, bring some new business

13 back, you know?  You don't have to do them all in Delaware, and

14 New York, and Texas.

15    MR. KAROTKIN:  I know, well, we're trying, we're

16 trying.

17    THE COURT:  All right.  Let's get the appearances.

18 Good morning, Mr. Slack, but appearances from both counsel.

19    MR. KAROTKIN:  Yes, Stephen Karotkin and Richard

20 Slack, Weil, Gotshal & Manges, for the reorganized debtors.

21    THE COURT:  And I don't know if we have an attorney in

22 the participants from Ropes & Gray, so if you are attorney from

23 Ropes & Gray appearing for Elliot today, please raise your hand

24 so we can bring you into the courtroom.

25    THE CLERK:  Your Honor, Keith Wofford is joining

escribers
(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1   momentarily.

2           THE COURT:  Wofford.  Yes, okay.  And how about Mr.

3   Goldblatt?

4           THE CLERK:  And --

5           THE COURT:  Mr. Goldblatt, you're in the court, I

6   presume -- would you please raise your hand also?  Mr.

7   Wofford --

8           THE CLERK:  And also --

9           THE COURT:  Yes, go ahead, Ms. Parada.

10          THE CLERK:  And Mr. Gregg Galardi is also in

11  attendance.  I'll bring him in shortly.

12          THE COURT:  All right.  Mr. Wofford, good morning.

13          Would you please state your appearance?

14          MR. WOFFORD:  Your Honor, good morning, afternoon here

15  on the east coast.

16          For the record, Keith Wofford from Ropes & Gray on

17  behalf of Elliot Investment Management, and my colleague Gregg

18  Galardi is with us, I believe today also, and he'll be speaking

19  momentarily.

20          MR. GALARDI:  Yes, Your Honor.  I'm having a little --

21          THE COURT:  All right.  Mr. Galardi?

22          MR. GALARDI:  Your Honor, it's Gregg Galardi on behalf

23  of Ropes & Gray for the Elliot Management.

24          THE COURT:  All right.

25          MR. GOLDBLATT:  And Your Honor?

(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1        THE COURT:  Yes, sir, Mr. Goldblatt?

2        MR. GOLDBLATT:  So this is Craig Goldblatt.  Actually

3   my colleague, and partner, Phil Anker is taking the lead in

4   today's hearing, so I don't know if Ms. Parada could bring him

5   into the room.  That would be very helpful if she could, though

6   it is good to see everyone.

7        THE COURT:  Do you have him on the call, Ms. Parada?

8   Yes, all right.

9        THE CLERK:  Yes, Your Honor.  He's joining now.

10       THE COURT:  Mr. Galardi, you need to unmute yourself.

11  Mr. Galardi --

12       MR. GALARDI:  I did, Your Honor.

13       THE COURT:  -- you need to unmute your microphone.

14  There you go.  All right.

15       And Mr. Anker?

16       MR. ANKER:  Good morning.  Good afternoon from the

17  east coast, Your Honor.  Philip Anker, Wilmer Cutler Pickering

18  Hale and Dorr, for funds managed by or accounts managed by

19  Canyon, Citadel, Varde, Davidson Kempner, Sculptor and I may

20  have left one out, and if so I apologize to them and to Your

21  Honor.

22       THE COURT:  That's all right.  And their name's on the

23  papers.  Are you going to activate your camera, or do you want

24  to stay anonymous?

25       MR. ANKER:  No.  Well, I've now activated my camera.

(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1    I'm not sure whether that was a wise move on my part, or an

2    unwise.

3              THE COURT:  Mr. Slack, are you taking the lead today?

4              MR. SLACK:  I am, Your Honor.

5              THE COURT:  Mr. Slack?

6              MR. SLACK:  Can you hear me, Your Honor?

7              THE COURT:  Before you do, there was a late filing --

8    yes -- there was a late filing yesterday by another creditor.

9    Do you know who I am referring to?

10             MR. SLACK:  I believe PIMCO filed a joinder that I

11   just saw this morning.

12             THE COURT:  All right.  All right.  Is there any

13   counsel participating from PIMCO?  Just raise your hand if

14   that's you.  Is that Mr. Simonds?  Are you --

15             Ms. Parada, do you have Mr. Simonds on the list?

16             THE CLERK:  Yes, Your Honor.  I'll bring him in

17   shortly.

18             THE COURT:  And is there a party named -- I can't read

19   the name, Hefter or Heff -- there's a gentleman who, or a

20   person, I don't know who he is, there's a hand up for one other

21   party.  Do you recognize that name, Mr. Slack, that -- Hefter?

22             MR. SLACK:  I don't, Your Honor.

23             MR. SIMONDS:  Yes.

24             THE COURT:  All right.

25             MR. SIMONDS:  He --

(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1          THE COURT:  Mr. Simonds, are you appearing?

2          MR. SIMONDS:  I am, Your Honor, and Michael Hefter is

3    my partner, joining as well --

4          THE COURT:  All right.  Would you let --

5          MR. SIMONDS:  -- on that.

6          THE COURT:  Ms. Parada, bring Mr. Hefter in and then

7    I'll go two those counsel to state their appearances, and then

8    we'll proceed.

9          All right.  Mr. Hefter, can you state your appearance

10   please?

11         MR. HEFTER:  Michael Hefter, Your Honor, from Hogan

12   Lovells US LLP, on behalf of Pacific Investment Management

13   Company, LLC.

14         THE COURT:  All right.  Mr. Slack, I wasn't sure that

15   we'd have this hearing.  I thought you would take me up on

16   invitation to meet your opponents and work something out, but

17   here we are.  So the floor is yours.

18         MR. SLACK:  So thank you, Your Honor.  Richard Slack,

19   Weil, Gotshal & Manges for the reorganized debtors, and I have

20   good news because we have, in fact, worked just about

21   everything out, and have a proposal for -- an approach, and a

22   schedule for you, and to be clear, we haven't had an

23   opportunity to talk to PIMCO's counsel, since we just saw that

24   this morning, but we have spoken with counsel for the other

25   noteholders, including Elliot and the joinders, and again,

PG&E Corporation and Pacific Gas and Electric Company

1    believe we have an approach and a schedule for you.

2          So let me present that, which is we believe that this

3    is a case that can be resolved based on dispositive motions

4    that go to the face of the pleadings, and so what we've

5    proposed was that we would file an objection that went to

6    those, what we'll call, initial or facial defenses, largely

7    legal issues, and we have a schedule for resolving those, and

8    that the parties agreed with respect to that.

9          I think we've lost the judge, so I'm stopping.

10          THE CLERK:  One moment, counsel.  I'll try and check

11    in with Judge Montali.

12          MR. SLACK:  Your Honor, but I'll start -- I think

13    we -- I just go started.

14          THE COURT:  You started, yeah (audio interference).

15          MR. SLACK:  Your Honor, are you there?  Did you --

16    you're frozen on my screen.

17          THE COURT:  Yeah.

18          MR. SLACK:  Okay.

19          THE COURT:  For the record, I (audio interference).

20          MR. SLACK:  All right.  So, here, let me -- let me

21    start, Your Honor, by saying that we have consulted with

22    counsel for Elliot and the other noteholders.  We didn't get a

23    chance to speak to PIMCO because their joinder just came in,

24    though I understand that they've had some communications and

25    are generally agreeable to the approach and the schedule that

(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1    we've worked out with the other movants.

2            And the approach, Your Honor, is that the debtors

3    believe that there are dispositive motions, essentially on the

4    face of the motion itself, dispositive defenses, and we propose

5    raising those in an objection that would get litigated up-

6    front.  We have a schedule to do that.  The parties have agreed

7    that depending on Your Honor's ruling with respect to those

8    sort of facial or dispositive issues, that then we would have

9    discovery on the merits, and we'd come back to Your Honor with

10   a schedule for resolving those, and the reorganized debtors

11   would obviously reserve their rights to raise other objections

12   based on the merits at that time.

13           So the schedule we've worked out, Your Honor, is as

14   follows, that PG&E would file an objection on Wednesday, August

15   26th, that Elliot and the other movants' response to that

16   objection would be Monday, September 14th, that PG&E would get

17   a reply on Friday, September 25th, and then all of the parties

18   agree to ask Your Honor for a hearing as soon as you can give

19   it to us after that date, consistent with Your Honor having the

20   time to review and prepare.

21           THE COURT:  (Audio interference) you hope to do

22   anything for several months, but probably be able to do it in

23   several days.  But Mr. Slack, are you (audio interference).

24           MR. KAROTKIN:  Your Honor, you're frozen.

25           MR. SLACK:  Yeah, I'm sorry, Your Honor, you're in and

PG&E Corporation and Pacific Gas and Electric Company

1    out, and I did not hear what your comment was, what your

2    question was.

3            THE COURT:  Can you hear me?

4            MR. SLACK:  I heard that but I didn't hear whatever

5    came before it, Your Honor.

6            THE COURT:  Okay.  You know, I had everything working

7    before.

8            No, I said what if you -- we're into the schedule,

9    which sounds fine to me, but then someone else joins, and does

10   a me too with the -- with Elliot and the others that took the

11   lead.

12           MR. SLACK:  So what we want to ask Your Honor for is

13   an order at least to -- for anybody who is going to join, to do

14   that by August 10th, which is Monday, which would allow the

15   reorganized debtors the opportunity to look at whatever joinder

16   is filed, and make it part of our objection, so that we could

17   deal with this efficiently in one set of papers.

18           THE COURT:  Okay.  Well, let's come back to that in a

19   minute because the gentlemen who are on the call have already

20   joined.  So shall I assume that all of you -- well, maybe

21   Mr. -- the newcomers, Mr. Anker -- or Hefter, rather, you I

22   guess were not party to this discussion but do you have any

23   problem with the schedule Mr. Slack outlined?

24           MR. HEFTER:  Your Honor, this is Michael Hefter, for

25   the record.

escribers
(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1        I did have communications with Mr. Galardi and Mr.

2   Anker prior to this conference, and we are in general agreement

3   with the approach that's been outlined by Mr. Slack and

4   seemingly agreed to by the others on our side.

5        THE COURT:  Okay.  So if I got it right, and again I

6   apologize for the hang-ups here, PG&E will file a motion, or

7   whatever we call it, but I presume it's the equivalent of a

8   summary judgment or a motion to dismiss.  I mean, this is an

9   adversary -- I mean, it's a contested matter in an

10  administrative claim, it's -- so we all know what we're talking

11  about, and Elliot, et al., all the other side, will reply on or

12  respond on September 14.  PG&E will reply on September 25th,

13  and I'll give you a date here shortly thereafter for oral

14  argument.  That's fine with me.

15       My only -- Mr. Slack, I'm a little hesitant to issue

16  something on the 7th that gives people until Monday to join.  I

17  think I'm inclined to add a few more days to that, but that

18  shouldn't make a difference because -- well, I don't -- I mean,

19  I realize that if you get somebody late, you might have to

20  supplement your motion, but I assume your motion, if it's

21  addressed to the three parties that have joined forces here,

22  it's going to apply with equal force to anyone else.  So --

23       MR. KAROTKIN:  Your Honor?  Your Honor, could I ask

24  you a question and maybe --

25       THE COURT:  Sure.

(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1    MR. KAROTKIN:  -- we can get a little -- and Mr.

2    Galardi, perhaps, can help me because I don't recall off the

3    top of my head, but under the noteholder RSA, I believe to the

4    extent that there is a claim here, there are a limited number

5    of "consenting" noteholders that would even have the right to

6    assert this claim, and I just don't know off the top of my

7    head, and I'm sure Mr. Anker and Mr. Galardi could help,

8    whether taking into account all the joinders in Elliot and

9    PIMCO, that covers the universe of those particular parties.

10    THE COURT:  Well, Mr. Galardi, do you know or --

11    MR. GALARDI:  Your Honor, I think it is thirteen or

12    fourteen.  I count two on this call, and Mr. Anker knows his

13    number better than I do, but I think the total universe is

14    thirteen or fourteen.

15    THE COURT:  Oh, okay.

16    MR. ANKER:  Your Honor, this is Mr. Anker.  If it's

17    helpful to the Court, I think Mr. Galardi is right, that there

18    were thirteen, maybe it's fourteen, sets of noteholders under

19    the RSA.  We represent six.  Mr. Galardi represents one, Mr.

20    Hefter represents one, that gets us to eight.  So there are

21    five or six not represented by counsel on this hearing -- at

22    this hearing.

23    THE COURT:  But you know who they are, right?  I mean,

24    they're --

25    MR. KAROTKIN:  Correct, I --

(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1          THE COURT:  -- we could do this.

2          MR. GALARDI:  Correct, Your Honor.  I think the debtor

3    could give notice to them of a deadline that would set

4    something in the early of next week.  I do agree that Monday is

5    probably early, but I think they probably know about it.  They

6    could probably get notice of a deadline, and make their

7    decision.  We have no objection to that.

8          THE COURT:  Yeah, Mr. Karotkin, I realize from your

9    comments that this may not be something you're going to be

10   leading on, but since you raised the question, and I'm glad you

11   did, I didn't know if the universe was fifty or one.  I just

12   didn't go back and take the time to count on it.

13          But it would seem to me that given the statements that

14   these parties are identifiable, I could issue an order today, I

15   guess, that says that if you intend to join the Elliot motion,

16   you need to do it by X date, and I'm thinking about maybe one

17   week out.  I don't know what the legal ramifications would be

18   of someone who doesn't do it.  I don't know whether under the

19   documents or under applicable law, I could suddenly create some

20   sort of a permanent bar, but I'm willing to -- I mean

21   obviously, there was quite a response from a short and small

22   list of people because you're all here.

23          Mr. Slack, is that -- does that make sense?

24          MR. SLACK:  It does Your Honor, and I -- look, my

25   expectation is anybody who joins is going to do it in the same

(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1    fashion that the parties that have joined this one are joined,

2    and if that's the case, we expect that the issues we're going

3    to raise are going to be the exact same with respect to, at

4    least in this initial motion, the exact same with respect to

5    each of the parties.

6           THE COURT:  Well, let's do this.  Again, I'll think

7    out loud and I'll listen to anybody who is opposed, but if

8    somebody could get me an order today, that's fine, but if not,

9    Monday, and I would issue an order that identifies them.  You

10   gentlemen have to help me identify them but indicate that based

11   upon the matters discussed at this hearing, the following is a

12   schedule for the disposition or at least preliminary

13   disposition of this issue, and then name them, one, two, three,

14   four, five, six.  If they wish to join, they must do so by, and

15   then I'll say seven days, and I will -- I don't have to put

16   this in an order, but I'll say that if PG&E needs to supplement

17   its motion in some way after the 26th, because of something

18   raised by a late arrival, I'll certainly be open to that, and

19   then I would add also that I don't want five different briefs.

20   I want the respondents to meet and confer, and try to be

21   economical about their response.  I'm not going to say that

22   Elliot and PIMCO or Mr. Goldblatt's clients, I can't remember

23   the names, that they have to file all one brief, but they have

24   to at least put their heads together, so they don't give me

25   five briefs that say the same thing.

(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1    And Ms. Parada, can you give me a date on --

2    MR. GALARDI:  Your Honor, may I do one thing before we

3    go onto the dates for the hearing, just to make one

4    qualification?

5    THE COURT:  Yes, sir.

6    MR. GALARDI:  Mr. Slack --

7    THE COURT:  And Mr. Galardi, Mr. Galardi, just state

8    your name again when you --

9    MR. GALARDI:  Surely.  It's Gregg Galardi of Ropes &

10   Gray on behalf of Elliot.

11   One thing that I wanted Your Honor to be aware of, and

12   I think this is not a today issue, but it is something that I

13   think Mr. Slack mentioned, we have served discovery, but we

14   have agreed to stay our discovery pending, not the outcome of

15   this proceeding, but pending the response that we receive from

16   the debtors.  We believe, like a claims objection, we could

17   proceed once they have responded.

18   We have agreed to meet and confer with Mr. Slack,

19   obviously, regarding the scope of that discovery at that time,

20   but I didn't want it to be thought that by agreeing to this

21   schedule, we would not be wanting to proceed forward with

22   discovery, depending upon the issues raised, since we haven't

23   seen it, or as you said, it may be a summary judgment, it may

24   be a motion to dismiss, we will meet and confer.  Hopefully, we

25   don't have to come back to the Court, but I didn't want there

(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1    to be a suggestion that this was a process that there would be

2    no discovery until Your Honor rules.

3            THE COURT:  Well, I think we can solve that problem by

4    this order that we'll be issuing immediately, and promptly,

5    will say that there's a stay of discovery pending disposition

6    of this first round of the motions, whatever we call it.  As I

7    say, we bankruptcy lawyers have our own little terminology, but

8    it's a traditional motion to dismiss summary judgment type

9    matter.

10           MR. GALARDI:  But Your Honor, I think that's actually

11   procedurally not actually the way it will work, and if Your

12   Honor is going to order that, there is in a claims process,

13   7012 does not apply, there may be a summary judgment.  We would

14   have the right with respect to summary judgment and with

15   respect to 60(d) if that is where they go to take discovery

16   upon their filing of an objection.  I believe they would have

17   the burden to come back and say why that discovery is not

18   permitted.  Merely filing a motion to dismiss doesn't stay

19   discovery.

20           Now I'm not saying we can't work that out, but I'm

21   not -- I do believe that at the point of their filing a

22   response, like to a complaint, that doesn't automatically stay

23   discovery.

24           THE COURT:  Well, I didn't go back and look at the

25   rules today because I didn't know what we were going to talk

PG&E Corporation and Pacific Gas and Electric Company

1   about today.  So what do we call this motion?

2          MR. GALARDI:  We've actually been wrestling with that,

3   with the -- with PG&E, Your Honor, and that's why I wanted to

4   raise because --

5          THE COURT:  Okay.

6          MR. GALARDI:  -- I'm not sure what they're going to

7   call it, and that was actually the point that we agreed to

8   stand down on our discovery till we see what it is they file,

9   and under what rules they file.

10         THE COURT:  Okay, fair enough, but even if it -- we

11  don't have a name for it functionally, it's like a motion to

12  dismiss.  The administrative claim that Elliot has filed, the

13  debtor says I can beat it on the papers.  That's a motion to

14  dismiss, or a motion for a judgment on the pleadings, or

15  something in a more traditional term.

16         I'm not -- I don't want to get bogged down on whether

17  Rule 12 or Rule 56 apply or not apply, we have the procedures

18  in place, and I agree, I think it's very constructive that you

19  and the debtors have agreed to not do discovery now, and that's

20  fine.  All I want to do is implement the same procedure.

21         MR. SLACK:  Your Honor, and you're -- Richard Slack

22  for the reorganized debtor -- you're exactly right, and I

23  just -- to be clear, because we did have a discussion about the

24  discovery, and what we agreed to was there clearly would not be

25  discovery on the -- what I will call the underlying merits

escribers
(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1    issues at this time, and the reservation that Mr. Galardi made

2    to me before this hearing, and I think as he's voicing today,

3    is that if there -- if he believes after looking at our motion,

4    which we believe is going to be directed to the face of their

5    pleading and the legal issues, but if he believes that there's

6    discovery that's appropriate, tailored directly to our motion,

7    as opposed to the underlying merits, we're going to have a

8    conversation about that, and we've agreed to do that, and we

9    might be back to the Court if there's a disagreement about it.

10          THE COURT:  That's right, and consistent with my

11   practice generally, if Mr. Galardi calls you up and says I

12   think I get to take the deposition of somebody, and you say I

13   don't agree, we'll have a quick discovery about it, but I would

14   think that if we're drawing the equivalent to the motion to

15   dismiss, or more precisely, motion for judgment on the

16   pleadings, it seems like there probably aren't going to be

17   material facts in dispute, but we'll deal with that later.  I

18   agree with you.

19          MR. SLACK:  Thank you, Your Honor.

20          THE COURT:  So again, let me go back to what I

21   would -- Mr. Galardi asked that question --

22          MR. ANKER:  Your Honor, this is Mr. Anker --

23          THE COURT:  Wait one second.

24          MR. ANKER:  -- if I might be heard.

25          THE COURT:  One second, Mr. Anker.

(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1    Ms. Parada, what is on our schedule?  Do we have a

2   PG&E date a week or so after the 25th of September?

3    THE CLERK:  Your Honor, October 13th is available.

4    THE COURT:  Okay.

5    THE CLERK:  That's a regular PG&E omnibus date.

6    THE COURT:  Okay.  Mr. Anker, you -- I haven't set

7   that.

8    Go ahead, Mr. Anker, with your question -- your

9   comment.

10    MR. ANKER:  Your Honor, everything you've said sounds

11   fine, and consistent.  I simply was going to underscore, we

12   have agreed to this procedure, and I'm sure Your Honor is happy

13   the parties have agreed, as an accommodation of the debtors.

14   When I hear the debtors say they will largely raise legal

15   issues, that causes my ears to perk up as to whether they are

16   going to raise fact issues, and if they do, we either will be

17   back before you seeking discovery, or saying this isn't an

18   argument purely that goes to the legal issues, like the effect

19   of a plan, and therefore, their preliminary motion, whether one

20   calls it a motion to dismiss, or motion for judgment on the

21   pleadings, needs to be denied, and we need to move to the next

22   phase.

23    I will deal with that when it comes up, but I do hope

24   that this will be a motion directed to the law, not to the

25   facts, and certainly not the facts that I suspect are hotly

PG&E Corporation and Pacific Gas and Electric Company

1    disputed between the parties, and that it comes to no surprise,

2    we don't think that this can be decided on the law, but we're

3    happy to let the debtor take a shot at it, and proceed

4    thereafter.

5            Thank you, Your Honor.

6            MR. KAROTKIN:  Your Honor --

7            THE COURT:  Mr. Anker -- wait one second.  Mr. Anker,

8    you're not familiar with my procedures, and I obviously

9    discourage summary judgment type motion with -- when a lawyer

10   says I want to make a motion for summary judgment, but I'm

11   going to take some discovery first, I usually say well, then

12   don't make your motion for summary judgment.

13           So I'll tell Mr. Slack the obvious, don't make your

14   motion to throw this thing out if it depends upon a material

15   fact in dispute.

16           MR. ANKER:  Thank you, Your Honor.

17           MR. KAROTKIN:  Your Honor?

18           THE COURT:  Mr. Karotkin?

19           MR. KAROTKIN:  Your Honor -- yeah, Mr. Karotkin for

20   the reorganized debtors.

21           Just so it's clear, our response will be based on the

22   law and the undisputed facts.  And I want to thank Mr. Anker

23   for accommodating us.  Frankly, he wasn't involved in the

24   discussions until yesterday.  We worked with Mr. Galardi to

25   work out this schedule, and I think it's an accommodation to

escribers
(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1  all of the parties, and to the Court.

2  THE COURT:  Okay.  But I want to go to my point.  I

3  still think in view of this discussion, I'm not comfortable

4  slamming something down the throat of people who aren't even on

5  this call.  So at least, there's got to be seven days' notice,

6  and Mr. Slack, I'm going to give you the lead assignment here,

7  and maybe rushing an order today is not the right thing to do.

8  You've got several experienced counsel, and I want them to be

9  participating with you in getting that order done, and we can

10  get it done.

11  As I say, I'll repeat, if for some reason some late

12  arriver to the party raises something that squeezes PG&E on its

13  August 26th commitment, I'll give it more time to do that, and

14  we'll work around that.

15  Now is the 13th of October convenient for all of you,

16  or at least the persons who will be presumably arguing the

17  case?  Anybody have a problem with that?  We haven't picked a

18  time, but presumably it will be in the morning like this, and

19  I'll make sure my Zoom machine is working correctly.  That date

20  good?  Any objection?

21  UNIDENTIFIED SPEAKER:  No objection, Your Honor.

22  THE COURT:  Why don't I say if any -- do any of you

23  have an objection to that date?

24  MR. GALARDI:  Your Honor, again it's your omnibus, and

25  your calendar.  If there were a date before that, we'd

(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1    certainly appreciate it, but the 13th is clear for me.

2    THE COURT:  Well, I already made my speech about I

3    don't want five briefs, but based upon the amount of paperwork,

4    I can't imagine that it's going to be something I can do

5    overnight.  I tend to read what people give me.

6    MR. GALARDI:  Understood.  I've watched you many times

7    read, and show your mastery of the pleadings.  So I'm not

8    trying to do otherwise.

9    THE COURT:  But I'm not locked into October 13th.  I

10   was joking.  I'm not very busy, that's why I invited Mr.

11   Karotkin to bring his gang back for another mega case for me

12   today.  It's very lonely.

13   MR. GALARDI:  Well, we'd love him to bring it back in

14   the early or first week or so of October if Your Honor was

15   somewhere in the -- by the 6th if possible.  Again, I don't

16   want Your Honor to have to read more than you have to read.  We

17   will cooperate.  It is really a reply on the 25th of September.

18   So if there was a day, and we didn't have to put it on an

19   omnibus date, I would ask if you could do that.

20   THE COURT:  You know what?  I'll tell you what I'm

21   going to do.  For now, I'm going to tentatively call it --

22   stick with the 13th.  Later in the day, I may talk to my

23   courtroom deputy, Ms. Parada, and we do have a couple of other

24   things coming up.  I've got a mediation, and a couple day trial

25   coming up, and I just want to make sure this will fit.  So for

(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1    these purposes, let's call it the 13th.

2          Mr. Slack, can you then take the lead and do the order

3    that will not only lay out what we've all discussed, but make

4    it clear for any latecomers that they have to be involved and

5    follow this procedure, as well.

6          MR. SLACK:  We'll do that, Your Honor.  And just to be

7    clear, we're going to submit the order, obviously, as soon as

8    we can, and you want the date for the joinders to be a week

9    from today, correct?

10         THE COURT:  No, I think what I would like to be is a

11   week from the day of the order.  So if you get it all done

12   today, and I sign an order, it goes on the electronic docket

13   today, I'll stick with my week.  If it doesn't happen till the

14   weekend, or more likely Monday or Tuesday, the same.  Again, I

15   just don't want to ram something down the throat of someone who

16   is a stranger to this procedure, and has a right to be

17   involved.

18         It sounds to me like that's not going to happen, but

19   I -- listen, I'd rather have -- do it that way, than have to

20   start all over again with somebody else at a later hearing.

21         Okay.  Anybody want to raise anything else?  All

22   right.  Well, thank you for working these details out.  Let me

23   just take a quick check to -- just a moment, just look at one

24   thing on my screen here.  Hold on.

25         Okay.  Ms. Parada, is there anything else we need to

PG&E Corporation and Pacific Gas and Electric Company

1    deal with with these folks?

2           THE CLERK:  No, Your Honor, just what time would the

3    hearing be on the 13th?  We normally set this at 10 a.m.  Would

4    you like to start earlier?

5           THE COURT:  Yeah.  Yeah, no, 10 a.m.  Well again,

6    unless some of the east coast lawyers want to do it a different

7    time.  Well, that's 1 o'clock for them.  All right.  10 o'clock

8    our time, October 13th.  Thank you for your time.  I look

9    forward to seeing the papers.

10          IN UNISON:  Thank you, Your Honor.

11          THE COURT:  And I want to leave with one more thing,

12   One more thing, I do want to make sure that, again, mostly the

13   Ropes & Gray lawyers, or other lawyers who haven't been active

14   with me face-to-face, I'm not insisting that everything go into

15   one brief.  I'm just insisting that you experienced counsel put

16   your heads together so I don't have to reinvent the wheel

17   multiple times.  Okay.

18          IN UNISON: Understood, Your Honor.

19          THE COURT:  Thanks for your time.  Thank you.

20          IN UNISON:  Thank you.

21          THE COURT:  Thank you.

22      (Whereupon these proceedings were concluded at 10:34 AM)

23

24

25

escribers
(973) 406-2250 | operations@escribers.net | www.escribers.net
of 31

C E R T I F I C A T I O N

I, Linda Ferrara, certify that the foregoing transcript is a true and accurate record of the proceedings.



_____

/s/ LINDA FERRARA, CET-656


eScribers

7227 N. 16th Street, Suite #207

Phoenix, AZ 85020


Date:  August 10, 2020

(973) 741-7900 | operations@escribers.net | www.escribers.net

## A

**able (1)**
9:22
**accommodating (1)**
20:23
**accommodation (2)**
19:13;20:25
**account (1)**
12:8
**accounts (1)**
5:18
**activate (1)**
5:23
**activated (1)**
5:25
**active (1)**
24:13
**Actually (5)**
5:2;16:10,11;17:2,7
**add (1)**
11:17;14:19
**addressed (1)**
11:21
**administrative (2)**
11:10;17:12
**adversary (1)**
11:9
**afternoon (2)**
4:14;5:16
**again (11)**
7:25;11:5;14:6;15:8;
18:20;21:24;22:15;
23:14,20;24:5,12
**agree (5)**
9:18;13:4;17:18;
18:13,18
**agreeable (1)**
8:25
**agreed (1)**
8:8;9:6;11:4;15:14,
18;17:7,19,24;18:8;
19:12,13
**agreeing (1)**
15:20
**agreement (1)**
11:2
**ahead (2)**
4:9;19:8
**al (1)**
11:11
**allow (1)**
10:14
**amount (1)**
22:3
**Anker (22)**
5:3,15,16,17,25;
10:21;11:2;12:7,12,16,
16;18:22,22,24,25;
19:6,8,10;20:7,7,16,22
**anonymous (1)**
5:24

## B

**apologize (2)**
5:20;11:6
**appearance (2)**
4:13;7:9
**appearances (3)**
3:17,18;7:7
**appearing (1)**
3:23;7:1
**applicable (1)**
13:19
**apply (4)**
11:22;16:13;17:17,
17
**appreciate (1)**
22:1
**approach (5)**
7:21;8:1,25;9:2;11:3
**appropriate (1)**
18:6
**arguing (1)**
21:16
**argument (2)**
11:14;19:18
**around (1)**
21:14
**arrival (1)**
14:18
**arriver (1)**
21:12
**assert (1)**
12:6
**assignment (1)**
21:6
**assume (2)**
10:20;11:20
**attendance (1)**
4:11
**attorney (2)**
3:21,22
**audio (4)**
8:14,19;9:21,23
**AUGUST (4)**
3:1;9:14;10:14;
21:13
**automatically (1)**
16:22
**available (1)**
19:3
**aware (1)**
15:11

## B

**back (13)**
3:12,13;9:9;10:18;
13:12;15:25;16:17,24;
18:9,20;19:17;22:11,
13
**bankruptcy (1)**
16:7
**bar (1)**
13:20
**based (5)**

8:3;9:12;14:10;
20:21;22:3
**beat (1)**
17:13
**behalf (4)**
4:17,22;7:12;15:10
**believes (2)**
18:3,5
**better (1)**
12:13
**bogged (1)**
17:16
**both (1)**
3:18
**brief (2)**
14:23;24:15
**briefs (3)**
14:19,25;22:3
**bring (9)**
3:6,12,24;4:11;5:4;
6:16;7:6;22:11,13
**bringing (1)**
3:6
**burden (1)**
16:17
**business (1)**
3:12
**busy (1)**
22:10

## C

**calendar (1)**
21:25
**CALIFORNIA (1)**
3:1
**Call (13)**
3:3;5:7;8:6;10:19;
11:7;12:12;16:6;17:1,
7,25;21:5;22:21;23:1
**calls (2)**
18:11;19:20
**came (2)**
8:23;10:5
**camera (2)**
5:23,25
**can (16)**
3:24;6:6;7:9;8:3;
9:18;10:3;12:1,2;15:1;
16:3;17:13;20:2;21:9;
22:4;23:2,8
**Canyon (1)**
5:19
**case (4)**
8:3;14:2;21:17;
22:11
**causes (1)**
19:15
**certainly (3)**
14:18;19:25;22:1
**chance (1)**
8:23
**check (2)**

8:10;23:23
**Citadel (1)**
5:19
**claim (4)**
11:10;12:4,6;17:12
**claims (2)**
15:16;16:12
**clear (6)**
7:22;17:23;20:21;
22:1;23:4,7
**clearly (1)**
17:24
**CLERK (11)**
3:4,25;4:4,8,10;5:9;
6:16;8:10;19:3,5;24:2
**clients (1)**
14:22
**coast (3)**
4:15;5:17;24:6
**colleague (2)**
4:17;5:3
**comfortable (1)**
21:3
**coming (2)**
22:24,25
**comment (2)**
10:1;19:9
**comments (1)**
13:9
**commitment (1)**
21:13
**communications (2)**
8:24;11:1
**Company (1)**
7:13
**complaint (1)**
16:22
**concluded (1)**
24:22
**confer (3)**
14:20;15:18,24
**conference (1)**
11:2
**consenting (1)**
12:5
**consistent (3)**
9:19;18:10;19:11
**constructive (1)**
17:18
**consulted (1)**
8:21
**contested (1)**
11:9
**convenient (1)**
21:15
**conversation (1)**
18:8
**cooperate (1)**
22:17
**Corporation (1)**
3:5
**correctly (1)**
21:19

**counsel (2)**
3:18;6:13;7:7,23,24;
8:10,22;12:21;21:8;
24:15
**count (2)**
12:12;13:12
**couple (2)**
22:23,24
**Court (71)**
3:3,4,9,12,17,21;4:2,
5,5,9,12,21,24;5:1,7,10,
13,22;6:3,5,7,12,18,24;
7:1,4,6,14;8:14,17,19;
9:21;10:3,6,18;11:5,
25;12:10,15,17,23;
13:1,8,14;16:15;5,7,25;
16:3,24;17:5,10;18:9,
10,20,23,25;19:4,6;
20:7;18;21:1,2,22;22:2,
9,20;23:10;24:5,11,19,
21
**courtroom (1)**
3:24;22:23
**covers (1)**
12:9
**Craig (1)**
5:2
**create (1)**
13:19
**creditor (1)**
6:8
**Cutler (1)**
5:17

## D

**date (11)**
9:19;11:13;13:16;
15:1;19:2,5;21:19,23,
25;22:19;23:8
**dates (1)**
15:3
**Davidson (1)**
5:19
**day (4)**
22:18,22,24;23:11
**days (3)**
9:23;11:17;14:15
**days' (1)**
21:5
**deadline (2)**
13:3,6
**deal (4)**
10:17;18:17;19:23;
24:1
**debtor (4)**
13:2;17:13,22;20:3
**debtors (10)**
3:20;7:19;9:2,10;
10:15;15:16;17:19;
19:13,14;20:20
**decided (1)**
20:2

Case: 19-30088    Doc# 8719    Filed: 08/10/20    Entered: 08/10/20 11:38:22    Page 26
of 31

**decision (1)**
13:7
**defenses (2)**
8:6;9:4
**Delaware (1)**
3:13
**denied (1)**
19:21
**Dennis (1)**
3:5
**depending (2)**
9:7;15:22
**depends (1)**
20:14
**deposition (1)**
18:12
**deputy (1)**
22:23
**details (1)**
23:22
**difference (1)**
11:18
**different (2)**
14:19;24:6
**directed (2)**
18:4;19:24
**directly (1)**
18:6
**disagreement (1)**
18:9
**discourage (1)**
20:9
**discovery (19)**
9:9;15:13,14,19,22;
16:2,5,15,17,19,23;
17:8,19,24,25;18:6,13;
19:17;20:11
**discussed (2)**
14:11;23:3
**discussion (3)**
10:22;17:23;21:3
**discussions (1)**
20:24
**dismiss (8)**
11:8;15:24;16:8,18;
17:12,14;18:15;19:20
**disposition (3)**
14:12,13;16:5
**dispositive (4)**
8:3;9:3,4,8
**dispute (2)**
18:17;20:15
**disputed (1)**
20:1
**docket (1)**
23:12
**documents (1)**
13:19
**done (3)**
21:9;10;23:11
**Dorr (1)**
5:18
**down (4)**
17:8,16;21:4;23:15
**drawing (1)**
18:14

**E**

**earlier (1)**
24:4
**early (3)**
13:4,5;22:14
**ears (1)**
19:15
**east (3)**
4:15;5:17;24:6
**economical (1)**
14:21
**effect (1)**
19:18
**efficiently (1)**
10:17
**eight (1)**
12:20
**either (1)**
19:16
**electronic (1)**
23:12
**Elliot (13)**
3:23;4:17,23;7:25;
8:22;9:15;10:10;11:11;
12:8;13:15;14:22;
15:10;17:12
**else (5)**
10:9;11:22;23:20,21,
25
**enough (1)**
17:10
**equal (1)**
11:22
**equivalent (2)**
11:7;18:14
**essentially (1)**
9:3
**et (1)**
11:11
**even (3)**
12:5;17:10;21:4
**everyone (1)**
5:6
**exact (2)**
14:3,4
**exactly (1)**
17:22
**expect (1)**
14:2
**expectation (1)**
13:25
**experienced (2)**
21:8;24:15
**extent (1)**
12:4

**F**

**face (3)**
8:4;9:4;18:4
**face-to-face (1)**
24:14
**facial (2)**
8:6;9:8
**fact (3)**
7:20;19:16;20:15
**facts (4)**
18:17;19:25,25;
20:22
**fair (1)**
17:10
**familiar (1)**
20:8
**fashion (1)**
14:1
**few (1)**
11:17
**fifty (1)**
13:11
**file (6)**
8:5;9:14;11:6;14:23;
17:8,9
**filed (3)**
6:10;10:16;17:12
**filing (5)**
6:7,8;16:16,18,21
**fine (5)**
10:9;11:14;14:8;
17:20;19:11
**first (3)**
16:6;20:11;22:14
**fit (1)**
22:25
**five (5)**
12:21;14:14,19,25;
22:3
**floor (1)**
7:17
**folks (1)**
24:1
**follow (1)**
23:5
**following (1)**
14:11
**follows (1)**
9:14
**force (1)**
11:22
**forces (1)**
11:21
**forward (2)**
15:21;24:9
**four (1)**
14:14
**fourteen (3)**
12:12,14,18
**FRANCISCO (1)**
3:1
**Frankly (1)**
20:23
**FRIDAY (2)**

**face (3)**
3:1;9:17
**front (1)**
9:6
**frozen (2)**
8:16;9:24
**functionally (1)**
17:11
**funds (1)**
5:18

**G**

**Galardi (33)**
4:10,18,20,21,22,22;
5:10,11,12;11:1;12:2,7,
10,11,17,19;13:2;15:2,
6,7,7,9,9;16:10;17:2,6;
18:1,11,21;20:24;
21:24;22:6,13
**gang (1)**
22:11
**general (1)**
11:2
**generally (2)**
8:25;18:11
**gentleman (1)**
6:19
**gentlemen (2)**
10:19;14:10
**gets (1)**
12:20
**given (1)**
13:13
**gives (1)**
11:16
**glad (1)**
13:10
**goes (1)**
19:18;23:12
**Goldblatt (6)**
4:3,5,25;5:1,2,2
**Goldblatt's (1)**
14:22
**Good (10)**
3:8,9,18;4:12,14;5:6,
16,16;7:20;21:20
**Gotshal (2)**
3:20;7:19
**Gray (6)**
3:22,23;4:16,23;
15:10;24:13
**Gregg (4)**
4:10,17,22;15:9
**guess (2)**
10:22;13:15

**H**

**Hale (1)**
5:18
**hand (4)**
3:23;4:6;6:13,20
**hang-ups (1)**

**face (3)**
11:6
**happen (2)**
23:13,18
**happy (2)**
19:12;20:3
**head (2)**
12:3,7
**heads (2)**
14:24;24:16
**hear (5)**
6:6;10:1,3,4;19:14
**heard (2)**
10:4;18:24
**hearing (10)**
5:4;7:15;9:18;12:21,
22;14:11;15:3;18:2;
23:20;24:3
**Heff (1)**
6:19
**Hefter (11)**
6:19,21;7:2,6,9,11,
11;10:21,24,24;12:20
**help (3)**
12:2,7;14:10
**helpful (2)**
5:5;12:17
**hesitant (1)**
11:15
**Hogan (1)**
7:11
**Hold (1)**
23:24
**Honor (60)**
3:25;4:14,20,22,25;
5:9,12,17,21;6:4,6,16,
22;7:2,11,18;8:12,15,
21;9:2,9,13,18,19,24,
25;10:5,12,24;11:23,
23;12:11,16;13:2,24;
15:2,11;16:2,10,12;
17:3,21;18:19,22;19:3,
10,12;20:5,6,16,17,19;
21:21,24;22:14,16;
23:6;24:2,10,18
**Honorable (1)**
3:4
**Honor's (1)**
9:7
**hope (2)**
9:21;19:23
**Hopefully (1)**
15:24
**hotly (1)**
19:25

**I**

**identifiable (1)**
13:14
**identifies (1)**
14:9
**identify (1)**
14:10

Min-U-Script®

eScribers, LLC | (973) 406-2250
operations@escribers.net | www.escribers.net

(2) decision - identify

Case: 19-30088    Doc# 8719    Filed: 08/10/20    Entered: 08/10/20 11:38:22    Page 27
of 31

**imagine (1)**
22:4
**immediately (1)**
16:4
**implement (1)**
17:20
**inclined (1)**
11:17
**including (1)**
7:25
**indicate (1)**
14:10
**initial (2)**
8:6;14:4
**insisting (2)**
24:14,15
**intend (1)**
13:15
**interference (4)**
8:14,19;9:21,23
**into (6)**
3:24;5:5;10:8;12:8;
22:9;24:14
**Investment (2)**
4:17;7:12
**invitation (1)**
7:16
**invited (1)**
22:10
**involved (3)**
20:23;23:4,17
**issue (5)**
11:15;13:14;14:9,13;
15:12
**issues (9)**
8:7;9:8;14:2;15:22;
18:1,5;19:15,16,18
**issuing (1)**
16:4

**J**

**join (4)**
10:13;11:16;13:15;
14:14
**joinder (3)**
6:10;8:23;10:15
**joinders (3)**
7:25;12:8;23:8
**joined (4)**
10:20;11:21;14:1,1
**joining (3)**
3:25;5:9;7:3
**joins (2)**
10:9;13:25
**joking (1)**
22:10
**judge (2)**
8:9,11
**judgment (11)**
11:8;15:23;16:8,13,
14;17:14;18:15;19:20;
20:9,10,12

**K**

**Karotkin (18)**
3:6,8,9,11,15,19,19;
9:24;11:23;12:1,25;
13:8;20:6,17,18,19,19;
22:11
**Keith (2)**
3:25;4:16
**Kempner (1)**
5:19
**knows (1)**
12:12

**L**

**largely (2)**
8:6;19:14
**late (5)**
6:7,8;11:19;14:18;
21:11
**latecomers (1)**
23:4
**later (3)**
18:17;22:22;23:20
**law (4)**
13:19;19:24;20:2,22
**lawyer (1)**
20:9
**lawyers (4)**
16:7;24:6,13,13
**lay (1)**
23:3
**lead (5)**
5:3;6:3;10:11;21:6;
23:2
**leading (1)**
13:10
**least (6)**
10:13;14:4,12,24;
21:5,16
**leave (1)**
24:11
**left (1)**
5:20
**legal (5)**
8:7;13:17;18:5;
19:14,18
**likely (1)**
23:14
**limited (1)**
12:4
**list (2)**
6:15;13:22
**listen (2)**
14:7;23:19
**litigated (1)**
9:5
**little (4)**
4:20;11:15;12:1;
16:7
**LLC (1)**
7:13
**LLP (1)**
7:12
**locked (1)**
22:9
**lonely (1)**
22:12
**long (1)**
3:11
**look (5)**
10:15;13:24;16:24;
23:23;24:8
**looking (1)**
18:3
**lost (1)**
8:9
**loud (1)**
14:7
**love (1)**
22:13
**Lovells (1)**
7:12

**M**

**machine (1)**
21:19
**managed (2)**
5:18,18
**Management (3)**
4:17,23;7:12
**Manges (2)**
3:20;7:19
**many (1)**
22:6
**mastery (1)**
22:7
**material (2)**
18:17;20:14
**matter (3)**
3:5;11:9;16:9
**matters (1)**
14:11
**may (7)**
5:19;13:9;15:2,23,
23;16:13;22:22
**maybe (5)**
10:20;11:24;12:18;
13:16;21:7
**mean (5)**
11:8,9,18;12:23;
13:20
**mediation (1)**
22:24
**meet (4)**
7:16;14:20;15:18,24
**mega (1)**
22:11
**mentioned (1)**
15:13
**Merely (1)**
16:18
**merits (4)**

9:9,12;17:25;18:7
**Michael (3)**
7:2,11;10:24
**microphone (1)**
5:13
**might (3)**
11:19;18:9,24
**minute (1)**
10:19
**missing (1)**
3:10
**moment (2)**
8:10;23:23
**momentarily (2)**
4:1,19
**Monday (6)**
9:16;10:14;11:16;
13:4;14:9;23:14
**Montali (2)**
3:5;8:11
**months (1)**
9:22
**more (8)**
11:17;17:15;18:15;
21:13;22:16;23:14;
24:11,12
**morning (9)**
3:8,9,18;4:12,14;
5:16;6:11;7:24;21:18
**mostly (1)**
24:12
**motion (27)**
9:4;11:6,8,20,20;
13:15;14:4,17;15:24;
16:8,18;17:1,11,13,14;
18:3,6,14,15;19:19,20,
20,24;20:9,10,12,14
**motions (3)**
8:3;9:3;16:6
**movants (1)**
9:1
**movants' (1)**
9:15
**move (2)**
6:1;19:21
**multiple (1)**
24:17
**must (1)**
14:14

**N**

**name (5)**
6:19,21;14:13;15:8;
17:11
**named (1)**
6:18
**names (1)**
14:23
**name's (1)**
5:22
**need (5)**
5:10,13;13:16;19:21;

23:25
**needs (2)**
14:16;19:21
**new (2)**
3:12,14
**newcomers (1)**
10:21
**news (1)**
7:20
**next (2)**
13:4;19:21
**normally (1)**
24:3
**noteholder (1)**
12:3
**noteholders (4)**
7:25;8:22;12:5,18
**notice (1)**
13:3,6;21:5
**number (2)**
12:4,13

**O**

**objection (11)**
8:5;9:5,14,16;10:16;
13:7;15:16;16:16;
21:20,21,23
**objections (1)**
9:11
**obvious (1)**
20:13
**obviously (5)**
11:3;13:21;15:19;
20:8;23:7
**o'clock (2)**
24:7,7
**October (5)**
19:3;21:15;22:9,14;
24:8
**off (2)**
12:2,6
**omnibus (3)**
19:5;21:24;22:19
**once (1)**
15:17
**one (22)**
5:20;6:20;8:10;
10:17;12:19,20;13:11,
16;14:1,13,23;15:2,3,
11;18:23,25;19:19;
20:7;23:23;24:11,12,
15
**only (2)**
11:15;23:3
**onto (1)**
15:3
**oOo- (1)**
3:2
**open (1)**
14:18
**opponents (1)**
7:16

Case: 19-30088    Doc# 8719    Filed: 08/10/20    Entered: 08/10/20 11:38:22    Page 28
of 31

opportunity (2)
7:23;10:15
opposed (2)
14:7;18:7
oral (1)
11:13
order (14)
3:3;10:13;13:14;
14:8,9,16;16:4,12;21:7,
9;23:2,7,11,12
others (2)
10:10;11:4
otherwise (1)
22:8
out (14)
3:10;5:20;7:16,21;
9:1,13;10:1;13:17;
14:7;16:20;20:14,25;
23:3,22
outcome (1)
15:14
outlined (2)
10:23;11:3
over (1)
23:20
overnight (1)
22:5
own (1)
16:7

**P**

Pacific (1)
7:12
papers (4)
5:23;10:17;17:13;
24:9
paperwork (1)
22:3
Parada (9)
4:9;5:4,7;6:15;7:6;
15:1;19:1;22:23;23:25
part (2)
6:1;10:16
participants (1)
3:22
participating (2)
6:13;21:9
particular (1)
12:9
parties (11)
8:8;9:6,17;11:21;
12:9;13:14;14:1,5;
19:13;20:1;21:1
partner (2)
5:3;7:3
party (4)
6:18,21;10:22;21:12
pending (3)
15:14,15;16:5
people (4)
11:16;13:22;21:4;
22:5

perhaps (1)
12:2
perk (1)
19:15
permanent (1)
13:20
permitted (1)
16:18
person (1)
6:20
persons (1)
21:16
PG&E (10)
3:5;9:14,16;11:6,12;
14:16;17:3;19:2,5;
21:12
phase (1)
19:22
Phil (1)
5:3
Philip (1)
5:17
picked (1)
21:17
Pickering (1)
5:17
PIMCO (5)
6:10,13;8:23;12:9;
14:22
PIMCO's (1)
7:23
place (1)
17:18
plan (1)
19:19
pleading (1)
18:5
pleadings (5)
8:4;17:14;18:16;
19:21;22:7
please (4)
3:23;4:6,13;7:10
point (3)
16:21;17:7;21:2
possible (1)
22:15
practice (1)
18:11
precisely (1)
18:15
preliminary (2)
14:12;19:19
prepare (1)
9:20
present (1)
8:2
presiding (1)
3:5
presumably (2)
21:16,18
presume (2)
4:6;11:7
prior (1)

11:2
probably (5)
9:22;13:5,5,6;18:16
problem (3)
10:23;16:3;21:17
procedurally (1)
16:11
procedure (4)
17:20;19:12;23:5,16
procedures (2)
17:17;20:8
proceed (4)
7:8;15:17,21;20:3
proceeding (1)
15:15
proceedings (1)
24:22
process (2)
16:1,12
promptly (1)
16:4
proposal (1)
7:21
propose (1)
9:4
proposed (1)
8:5
purely (1)
19:18
purposes (1)
23:1
put (4)
14:15,24;22:18;
24:15

**Q**

qualification (1)
15:4
quick (2)
18:13;23:23
quite (1)
13:21

**R**

raise (9)
3:23;4:6;6:13;9:11;
14:3;17:4;19:14,16;
23:21
raised (3)
13:10;14:18;15:22
raises (1)
21:12
raising (1)
9:5
ram (1)
23:15
ramifications (1)
13:17
rather (2)
10:21;23:19
read (5)

6:18;22:5,7,16,16
realize (2)
11:19;13:8
really (1)
22:17
reason (1)
21:11
recall (1)
12:2
receive (1)
15:15
recognize (1)
6:21
record (3)
4:16;8:19;10:25
referring (1)
6:9
regarding (1)
15:19
regular (1)
19:5
reinvent (1)
24:16
remember (1)
14:22
reorganized (6)
3:20;7:19;9:10;
10:15;17:22;20:20
repeat (1)
21:11
reply (4)
9:17;11:11,12;22:17
represent (1)
12:19
represented (1)
12:21
represents (2)
12:19,20
reservation (1)
18:1
reserve (1)
9:11
resolved (1)
8:3
resolving (2)
8:7;9:10
respect (6)
8:8;9:7;14:3,4;16:14,
15
respond (1)
11:12
responded (1)
15:17
respondents (1)
14:20
response (6)
9:15;13:21;14:21;
15:15;16:22;20:21
review (1)
9:20
Richard (3)
3:19;7:18;17:21
right (25)

3:17;4:12,21,24;5:8,
14,22;6:12,12,24;7:4,9,
14;8:20;11:5;12:5,17,
23;16:14;17:22;18:10;
21:7;23:16,22;24:7
rights (1)
9:11
room (1)
5:5
Ropes (3)
3:22,23;4:16,23;
15:9;24:13
round (1)
16:6
RSA (2)
12:3,19
Rule (2)
17:17,17
rules (3)
16:2,25;17:9
ruling (1)
9:7
rushing (1)
21:7

**S**

same (6)
13:25;14:3,4,25;
17:20;23:14
SAN (1)
3:1
saw (2)
6:11;7:23
saying (3)
8:21;16:20;19:17
schedule (13)
7:22;8:1,7,25;9:6,10,
13;10:8,23;14:12;
15:21;19:1;20:25
scope (1)
15:19
screen (2)
8:16;23:24
Sculptor (1)
5:19
second (3)
18:23,25;20:7
seeing (1)
24:9
seeking (1)
19:17
seem (1)
13:13
seemingly (1)
11:4
seems (1)
18:16
sense (1)
13:23
September (3)
9:16;17:11:12,12;
19:2;22:17

Case: 19-30088    Doc# 8719    Filed: 08/10/20    Entered: 08/10/20 11:38:22    Page 29
of 31

**served (1)**
15:13
**session (1)**
3:4
**set (4)**
10:17;13:3;19:6;
24:3
**sets (1)**
12:18
**seven (2)**
14:15;21:5
**several (3)**
9:22,23;21:8
**shall (1)**
10:20
**short (1)**
13:21
**shortly (4)**
3:7;4:11;6:17;11:13
**shot (1)**
20:3
**show (1)**
22:7
**side (2)**
11:4,11
**sign (1)**
23:12
**Simonds (7)**
6:14,15,23,25;7:1,2,5
**simply (1)**
19:11
**six (3)**
12:19,21;14:14
**Slack (36)**
3:6,18,20;6:3,4,5,6,
10,21,22;7:14,18,18;
8:12,15,18,20;9:23,25;
10:4,12,23;11:3,15;
13:23,24;15:6,13,18;
17:21,21;18:19;20:13;
21:6;23:2,6
**slamming (1)**
21:4
**small (1)**
13:21
**solve (1)**
16:3
**somebody (4)**
11:19;14:8;18:12;
23:20
**someone (3)**
10:9;13:18;23:15
**somewhere (1)**
22:15
**soon (2)**
9:18;23:7
**sorry (1)**
9:25
**sort (2)**
9:8;13:20
**sounds (3)**
10:9;19:10;23:18
**speak (1)**

8:23
**SPEAKER (1)**
21:21
**speaking (1)**
4:18
**speech (1)**
22:2
**spoken (1)**
7:24
**squeezes (1)**
21:12
**stand (1)**
17:8
**start (4)**
8:12,21;23:20;24:4
**started (2)**
8:13,14
**state (4)**
4:13;7:7,9;15:7
**statements (1)**
13:13
**stay (5)**
5:24;15:14;16:5,18,
22
**Stephen (1)**
3:19
**stick (2)**
22:22;23:13
**still (1)**
21:3
**stopping (1)**
8:9
**stranger (1)**
23:16
**submit (1)**
23:7
**suddenly (1)**
13:19
**suggestion (1)**
16:1
**summary (8)**
11:8;15:23;16:8,13,
14;20:9,10,12
**supplement (2)**
11:20;14:16
**sure (9)**
6:1;7:14;11:25;12:7;
17:6;19:12;21:19;
22:25;24:12
**Surely (1)**
15:9
**surprise (1)**
20:1
**suspect (1)**
19:25

**T**

**tailored (1)**
18:6
**talk (3)**
7:23;16:25;22:22
**talking (1)**

11:10
**tend (1)**
22:5
**tentatively (1)**
22:21
**term (1)**
17:15
**terminology (1)**
16:7
**Texas (1)**
3:14
**Thanks (1)**
24:19
**thereafter (2)**
11:13;20:4
**therefore (1)**
19:19
**thinking (1)**
13:16
**thirteen (3)**
12:11,14,18
**though (2)**
5:5;8:24
**thought (2)**
7:15;15:20
**three (2)**
11:21;14:13
**throat (2)**
21:4;23:15
**throw (1)**
20:14
**till (2)**
17:8;23:13
**times (2)**
22:6;24:17
**today (14)**
3:23;4:18;6:3;13:14;
14:8;15:12;16:25;17:1;
18:2;21:7;22:12;23:9,
12,13
**today's (1)**
5:4
**together (2)**
14:24;24:16
**took (1)**
10:10
**top (2)**
12:3,6
**total (1)**
12:13
**traditional (2)**
16:8;17:15
**trial (1)**
22:24
**try (2)**
8:10;14:20
**trying (3)**
3:15,16;22:8
**Tuesday (1)**
23:14
**two (3)**
7:7;12:12;14:13
**type (2)**

16:8;20:9

**U**

**under (5)**
12:3,18;13:18,19;
17:9
**underlying (2)**
17:25;18:7
**underscore (1)**
19:11
**Understood (2)**
22:6;24:18
**undisputed (1)**
20:22
**UNIDENTIFIED (1)**
21:21
**UNISON (3)**
24:10,18,20
**universe (3)**
12:9,13;13:11
**unless (1)**
24:6
**unmute (2)**
5:10,13
**unwise (1)**
6:2
**up (7)**
6:20;7:15;18:11;
19:15,23;22:24,25
**up- (1)**
9:5
**upon (5)**
14:11;15:22;16:16;
20:14;22:3
**usually (1)**
20:11

**V**

**Varde (1)**
5:19
**view (1)**
21:3
**voicing (1)**
18:2

**W**

**Wait (2)**
18:23;20:7
**watched (1)**
22:6
**way (3)**
14:17;16:11;23:19
**Wednesday (1)**
9:14
**week (7)**
13:4,17;19:2;22:14;
23:8,11,13
**weekend (1)**
23:14
**Weil (2)**

16:8;20:9

**wheel (1)**
24:16
**Whereupon (1)**
24:22
**willing (1)**
13:20
**Wilmer (1)**
5:17
**wise (1)**
6:1
**wish (1)**
14:14
**Wofford (6)**
3:25;4:2,7,12,14,16
**work (5)**
7:16;16:11,20;20:25;
21:14
**worked (4)**
7:20;9:1,13;20:24
**working (3)**
10:6;21:19;23:22
**wrestling (1)**
17:2

**Y**

**yesterday (2)**
6:8;20:24
**York (1)**
3:14

**Z**

**Zoom (1)**
21:19

**1**

**1 (1)**
24:7
**10 (3)**
24:3,5,7
**10:34 (1)**
24:22
**10th (1)**
10:14
**12 (1)**
17:17
**13th (8)**
19:3;21:15;22:1,9,
22;23:1;24:3,8
**14 (1)**
11:12
**14th (1)**
9:16

**2**

**2020 (1)**
3:1
**25th (4)**
9:17;11:12;19:2;

Case: 19-30088    Doc# 8719    Filed: 08/10/20    Entered: 08/10/20 11:38:22    Page 30
of 31

22:17
**26th (3)**
9:15;14:17;21:13

---

**5**

---

**56 (1)**
17:17

---

**6**

---

**60d (1)**
16:15
**6th (1)**
22:15

---

**7**

---

**7 (1)**
3:1
**7012 (1)**
16:13
**7th (1)**
11:16

Case: 19-30088    Doc# 8719    Filed: 08/10/20    Entered: 08/10/20 11:38:22    Page 31
of 31