# Notice Recipients

| District/Off: 0971−3 | User: dchambers | Date Created: 8/10/2020 |
|---|---|---|
| Case: 19−30088 | Form ID: TRANSC | Total: 8 |

**Recipients of Notice of Electronic Filing:**

| aty | Craig Goldblatt | Craig.Goldblatt@wilmerhale.com |
| aty | Gregg M. Galardi | gregg.galardi@ropesgray.com |
| aty | Keith H. Wofford | keith.wofford@ropesgray.com |
| aty | Michael C. Hefter | michael.hefter@hoganlovells.com |

TOTAL: 4

**Recipients submitted to the Claims Agent (Prime Clerk):**

| aty | Richard W. Slack | Weil Gotshal and Manges, LLP | 767 Fifth Ave. | New York, NY 10153−0119 |
| aty | Stephen Karotkin | Weil, Gotshal & Manges LLP | 767 Fifth Avenue | New York, NY 10153 |
| | PHILIP D. ANKER, ESQ. | Wilmer Cutler Pickering Hale and Dorr LLP | 250 Greenwich Street | New York, NY 10007 |
| | DAVID P. SIMONDS, ESQ. | Hogan Lovells US LLP | 1999 Avenue of the Stars Suite 1400 | Los Angeles, CA 90067 |

TOTAL: 4