

Signed and Filed: August 10, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors
and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION**<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**ORDER APPROVING STIPULATION WITH EP COUNTERPARTIES GROUP EXTENDING TIME TO RESOLVE CLAIMS, CAUSES OF ACTION, AND DEFAULTS RELATING TO THE ASSUMPTION OF ENERGY PROCUREMENT AGREEMENTS**<br><br>Related Docket Nos. 8053, 8709<br><br>[No Hearing Date Requested] |

The Court having considered the *Stipulation with EP Counterparties Group Extending Time to Resolve Claims, Causes of Action, and Defaults Relating to the Assumption of Energy Procurement Agreements* (the "**Stipulation**"),[1] entered into by PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors (collectively, the "**Debtors**" or "**Reorganized Debtors**") in the above-captioned chapter 11 cases and the EP Counterparties Group filed on August 7, 2020; and, pursuant to such Stipulation and agreement of the Parties, and good cause appearing,

IT IS HEREBY ORDERED:

1. The Stipulation is hereby approved.

2. The EP Objection Date for the EP Counterparties Group is extended until September 3, 2020 at 4:00 p.m. (Prevailing Pacific Time), which date may be further extended by agreement of the Parties without further order of the Court.

3. The Bankruptcy Court retains jurisdiction to resolve any disputes or controversies arising from the Stipulation.

---

[1] Capitalized terms used but not herein defined shall have the meanings ascribed to them in the Stipulation.

APPROVED AS TO FORM AND CONTENT:

**Member of EP Counterparties Group**

Dated: August 7, 2020

By: */s/ Kenneth N. Klee*

Kenneth N. Klee (State Bar No. 63372)
David M. Stern (State Bar No. 67697)
Samuel M. Kidder (State Bar No. 284015)
KTBS LAW LLP, *f/k/a* KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, Thirty-Ninth Floor, Los Angeles, California 90067
Telephone: (310) 407-4000
Facsimile: (310) 407-9090
Email: kklee@ktbslaw.com
dstern@ktbslaw.com
skidder@ktbslaw.com

*Attorneys for NextEra Energy, Inc. and NextEra Energy Partners, L.P. and all projects, affiliates, and subsidiaries directly or indirectly owned or controlled in whole or in part by them*

**Member of EP Counterparties Group**

Dated: August 7, 2020

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: */s/ Lorraine McGowen*
Lorraine McGowen
51 West 52nd Street
New York, NY 10019
Telephone: (212) 506-5114
Email: lmcgowen@orrick.com

and

Debra L. Felder
1152 15th Street, NW
Washington, DC 20005
Telephone: (202) 339-8567
Email: dfelder@orrick.com

*Attorneys for Hatchet Ridge Wind, LLC*

**Member of EP Counterparties Group**

Dated: August 7, 2020

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: */s/ Debra L. Felder*

Debra L. Felder
1152 15th Street, NW
Washington, DC 20005
Telephone: (202) 339-8567
Email: dfelder@orrick.com

*Attorney for Yuba City Cogeneration Partners, LP*

**Member of EP Counterparties Group**

Dated: August 7, 2020

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ Debra L. Felder

Debra L. Felder
1152 15th Street, NW
Washington, DC 20005
Telephone: (202) 339-8567
Email: dfelder@orrick.com

*Attorney for EEN CA Blackspring Ridge I Wind Project L.P. and Enbridge Blackspring Ridge I Wind Project Limited Partnership*

**Member of EP Counterparties Group**

Dated: August 7, 2020

MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Richard W. Esterkin*
Richard W. Esterkin
*Attorney for AC Solar Ranch 1, LLC*

**Member of EP Counterparties Group**

Dated: August 7, 2020

TROUTMAN PEPPER LLP

By: /s/ *Hugh M. McDonald*

Hugh M. McDonald (admitted *pro hac vice*)
875 Third Avenue
New York, NY 10022
Telephone: (212) 704-6000
hugh.mcdonald@troutman.com

Marcus T. Hall (SBN 206495)
3 Embarcadero Center, Suite 800
San Francisco, CA 94111
Telephone: (415) 477-5700
marcus.hall@troutman.com

*Attorneys for Consolidated Edison Development, Inc. on behalf of itself and its affiliates*

**Member of EP Counterparties Group**

Dated: August 7, 2020

CROWELL & MORING LLP

By: */s/ Thomas F. Koegel*

Thomas F. Koegel

*Attorney for Vantage Wind Energy LLC, and Kes Kingsburg, L.P.*

**Member of EP Counterparties Group**

Dated: August 7, 2020

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Jeffrey C. Krause*
Jeffrey C. Krause
Alan Moskowitz

*Attorneys for Topaz Solar Farms LLC*

**Member of EP Counterparties Group**

Dated: August 7, 2020

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ Amy S. Park
Amy S. Park
525 University Avenue, #1400
Palo Alto, Ca 94301
(650) 470-4500
Amy.Park@Skadden.com

James Eric Ivester
4 Times Square
New York, Ny 10036
(212) 735-3111
Eric.Ivester@Skadden.com

*Attorneys for Mojave Solar LLC*

**Member of EP Counterparties Group**

Dated: August 7, 2020

STOEL RIVES LLP

*/s/ Jennifer Slocum*

David B. Levant (*pro hac vice*)
Andrew H. Morton (*pro hac vice*)
Jennifer N. Slocum (*pro hac vice*)

*Attorneys for RE Mustang LLC, RE Mustang 3 LLC, RE Mustang 4 LLC, Avangrid Renewables LLC, Capital Dynamics, Inc., FTP Power, LLC, and their respective projects, affiliates, and subsidiaries, directly or indirectly owned or controlled in whole or in part*

**Member of EP Counterparties Group**

Dated: August 7, 2020

By: */s/ Michael P. Esser*
Mark E. McKane, P.C. (SBN 230552)
Michael P. Esser (SBN 268634)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
T: (415) 439-1400 / F: (415) 439-1500
mark.mckane@kirkland.com
michael.esser@kirkland.com

David R. Seligman, P.C. (admitted pro hac vice)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
T: (312) 862-2000 / F: (312) 862-2200
dseligman@kirkland.com

Aparna Yenamandra (admitted pro hac vice)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
T: (212) 446-4800 / F: (212) 446-4900 aparna.yenamandra@kirkland.com

*Counsel for Calpine Corporation, et al.*

*** END OF ORDER ***