**EXHIBIT B**

# EXHIBIT B
# COMPENSATION BY WORK TASK CODE
# FOR THE PERIOD JUNE 1, 2020 THROUGH JUNE 30, 2020

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---:|---:|
| 3 | Financial Analysis (Requested by Counsel, or Otherwise) | 181.8 | $ 143,121.00 |
| 4 | 13-Week Cash Flow / MOR / Liquidity Analysis | 1.5 | $ 942.50 |
| 7 | Debtor Professionals - Diligence / Meetings / Calls | 39.4 | $ 34,663.00 |
| 9 | Other Professionals / Interested Parties - Diligence / Meetings / Calls | 15.0 | $ 17,365.00 |
| 10 | Tort Claimants (Counsel/FA) - Diligence / Meetings / Calls | 78.3 | $ 83,268.50 |
| 12 | Committee Related Matters - Diligence / Meetings / Calls | 40.5 | $ 41,507.50 |
| 13 | Bankruptcy Filings, Motions and Other Document Review | 63.3 | $ 47,203.50 |
| 17 | Asset Sale(s), Strategic Alternatives, and Related Analysis | 127.9 | $ 85,480.50 |
| 18 | Analysis of New Debt or Equity Capital | 707.7 | $ 551,916.75 |
| 19 | Analysis of Pro-Forma Capital Structure, and Related Analysis | 220.5 | $ 194,467.50 |
| 20 | Benchmarking and Related Analysis | 99.3 | $ 67,023.50 |
| 21 | Term Sheets, Plan, and Disclosure Statement Analysis | 104.6 | $ 91,027.00 |
| 23 | Deposition(s), Testimony, Court Hearing(s), and Related Preparation / Attendance | 143.3 | $ 149,813.50 |
| 25 | Regulatory and Legislative Matters, and Related Financial Analysis | 10.0 | $ 6,650.00 |
| 27 | Project Administration | 35.4 | $ 28,873.00 |
| 31 | Fee Application Preparation | 151.0 | $ 78,625.00 |
| **Grand Total** | | **2,019.5** | **$ 1,621,947.75** |