# **EXHIBIT C**

# EXHIBIT C
# EXPENSE SUMMARY
# FOR THE PERIOD JUNE 1, 2020 THROUGH JUNE 30, 2020[1]

| Expense Type | Amount |
|---|---:|
| Internet/Online Fees | $99.90 |
| **Total** | **$99.90** |

---

(1) Includes expenses related to prior fee periods that were not previously filed due to timing.