Entered on Docket
August 10, 2020
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: August 10, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

1. BRAD BRIAN (State Bar No. 79001)
   Brad.Brian@mto.com
2. THOMAS B. WALPER (State Bar No. 96667)
   thomas.walper@mto.com
3. HENRY WEISSMANN (State Bar No. 132)
   henry.weissmann@mto.com
4. BRADLEY SCHNEIDER (State Bar No. 235296)
   bradley.schneider@mto.com
   **MUNGER, TOLLES & OLSON LLP**
   350 South Grand Avenue, Fiftieth Floor
   Los Angeles, California 90071
   Telephone:  (213) 683-9100
   Facsimile:  (213) 683-3702

*Attorneys for Reorganized Debtors
and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>     -and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br>         Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**ORDER GRANTING SECOND AND THIRD INTERIM FEE APPLICATIONS OF MUNGER, TOLLES & OLSON LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE DEBTORS AND DEBTORS IN POSSESSION FOR CERTAIN MATTERS FROM JUNE 1, 2019 THROUGH JANUARY 31, 2020**<br><br>[Relates to Dkt. Nos. 4758 and 6485] |

1   Upon the applications, dated November 15, 2019, Docket No. 4758, and March 25, 2020,
2   Docket No. 6485 of Munger, Tolles & Olson ("**MTO**"), attorneys to the above-captioned debtors
3   and debtors in possession (collectively, the "**Debtors**") for certain matters, for interim allowance
4   of compensation for professional services provided in the amount of $9,251,735.50 and
5   reimbursement of actual and necessary expenses in the amount of $116,004.13 that MTO incurred
6   for the period from June 1, 2019 through September 30, 2019 and for professional services
7   provided in the amount of $14,694,962.00 and reimbursement of actual and necessary expenses in
8   the amount of $642,088.48 that MTO incurred for the period from October 1, 2019 through
9   January 31, 2020 (collectively, the "**Interim Fee Period**"); and upon the *Amended Notice of*
10  *Hearing on Interim Applications Allowing and Authorizing Payment of Fees and Expenses of*
11  *Multiple Fee Applicants Based Upon Compromises with the Fee Examiner* filed on July 14, 2020,
12  Docket No. 8389, of which Exhibit A is attached hereto,

**IT IS HEREBY ORDERED THAT:**

1. The Debtors are authorized to pay, to Munger, Tolles & Olson LLP, the "Net Amount Outstanding" set forth on Exhibit A for MTO, which amount reflects a credit for all previous payments by the Debtors for fees and expenses of MTO in the Interim Fee Period and the compromise with the Fee Examiner.

**END OF ORDER**

Approved as to Form,

/s/ Scott H. McNutt
Scott H. McNutt
Counsel to the Fee Examiner