# EXHIBIT A

**EXHIBIT A**
**to**
**NOTICE OF HEARING ON INTERIM APPLICATIONS ALLOWING**
**AND AUTHORIZING PAYMENT OF FEES AND EXPENSES**
**OF MULTIPLE FEE APPLICANTS BASED ON COMPROMISES WITH THE FEE EXAMINER**

**(Noticed for Hearing August 4, 2020)**

| Retained Professional - UNSECURED CREDITORS | Fee Request | Filing Date | Docket No. | Request Date Range | Objection Date | Fees Requested | Expenses Requested | Total Compromised Reduction with Fee Examiner | Net Amount Claimed | Total Payments | Net Amount Outstanding |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Centerview Partners* | First Interim | 11/14/2019 | 4725 | 2/15/2019-5/31/2019 | 12/24/2019 | $1,000,000.00 | $119,526.46 | | | | |
| | Second Interim | 11/14/2019 | 4750 | 6/1/2019-9/30/2019 | 1/13/2020 | $1,000,000.00 | $59,531.95 | | | | |
| | Third Interim | 3/13/2020 | 6279 | 10/1/2019-1/31/2020 | 4/2/2020 | $1,000,000.00 | $6,997.45 | | | | |
| | | | | | | **$3,000,000.00** | **$186,055.86** | **$65,000.00** | **$3,121,055.86** | **$2,385,370.80** | **$735,685.06** |
| | | | | | | | | | | | |
| FTI Consulting | Second Interim | 11/14/2019 | 4734 | 6/1/2019-9/30/2019 | 12/8/2019 | $5,980,822.00 | $60,401.54 | | | | |
| | Third Interim | 3/13/2020 | 6280 | 10/1/2019-1/31/2020 | 4/9/2020 | $3,930,398.50 | $19,098.79 | | | | |
| | | | | | | **$9,911,220.50** | **$79,500.33** | **$170,000.00** | **$9,820,720.83** | **$8,008,470.32** | **$1,812,250.51** |
| | | | | | | | | | | | |
| Trident DMG | Second Interim | 3/13/2020 | 6297 | 10/1/2019-1/30/2020 | 4/2/2020 | **$140,000.00** | **$13,574.74** | **$0.00** | **$153,574.74** | **$125,574.74** | **$28,000.00** |

*This compromise concerns only expenses. Under Centerview's employment order, any objection to fees may only be made in response to final fee applications.

| Retained Professional - DEBTORS | Fee Request | Filing Date | Docket No. | Request Date Range | Objection Date | Fees Requested | Expenses Requested | Total Compromised Reduction with Fee Examiner | Net Amount Claimed | Total Payments | Net Amount Outstanding |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Coblentz | Second Interim | 3/16/2020 | 6306 | 10/1/2019-1/31/2020 | 4/5/2020 | **$748,895.37** | **$11,092.98** | **$22,500.00** | **$737,488.35** | **$610,209.27** | **$127,279.08** |
| | | | | | | | | | | | |
| Groom Law Group | First Interim | 3/13/2020 | 6283 | 1/29/2019-12/31/2019 | 4/2/2020 | **$846,934.40** | **$783.46** | **$42,000.00** | **$805,717.86** | **$678,285.41** | **$127,432.45** |
| | | | | | | | | | | | |
| Jenner & Block | Second Interim | 11/14/2019 | 4749 | 6/1/2019-9/30/2019 | 12/8/2019 | $2,987,382.00 | $28,578.36 | | | | |
| | Third Interim | 3/16/2020 | 6333 | 10/1/2019-1/31/2020 | 4/7/2020 | $1,886,470.00 | $27,768.53 | | | | |
| | | | | | | **$4,873,852.00** | **$56,346.89** | **$100,000.00** | **$4,830,198.89** | **$3,878,016.41** | **$952,182.48** |
| | | | | | | | | | | | |
| Keller & Benvenutti | First Interim | 7/19/2019 | 3099 | 1/29/2019-5/31/2019 | 8/8/2019 | $1,116,645.00 | $32,606.79 | | | | |
| | Second Interim | 11/14/2019 | 4714 | 6/1/2019-9/30/2019 | 12/4/2019 | $687,230.00 | $66,455.22 | | | | |
| | Third Interim | 3/13/2020 | 6275 | 10/1/2019-1/31/2020 | 4/7/2020 | $723,335.00 | $30,976.92 | | | | |
| | | | | | | **$2,527,210.00** | **$130,038.93** | **$82,500.00** | **$2,574,748.93** | **$2,151,806.93** | **$422,942.00** |
| | | | | | | | | | | | |
| KPMG | Second Interim | 2/4/2020 | 5618 | 6/1/2019-9/30/2019 | 2/24/2020 | **$4,318,137.02** | **$316,097.43** | **$85,000.00** | **$4,549,234.45** | **$3,770,610.44** | **$778,624.01** |
| | | | | | | | | | | | |
| Munger Tolles & Olson | Second Interim | 11/15/2019 | 4758 | 6/1/2019-9/30/2019 | 12/15/2020 | $9,251,735.50 | $116,004.13 | | | | |
| | Third Interim | 3/16/2020 | 6327 | 10/1/2019-1/31/2020 | 4/20/2020 | $14,694,962.00 | $642,088.48 | | | | |
| | | | | | | **$23,946,697.50** | **$758,092.61** | **$850,000.00** | **$23,854,790.11** | **$19,935,574.11** | **$3,919,216.00** |

| Simpson Thatcher & Bartlett | Second Interim | 11/15/2019 | 4767 | 5/1/2019-8/31/2019 | 12/5/2019 | **$2,837,908.50** | **$51,945.60** | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Third Interim | 3/16/2020 | 6331 | 9/1/2019-12/31/2019 | 4/5/2020 | **$2,705,242.50** | **$73,689.23** | **$200,000.00** | **$5,468,785.83** | **$4,139,732.70** | **$1,329,053.13** |

| Retained Professional - TORT CLAIMANTS | Fee Request | Filing Date | Docket No. | Request Date Range | Objection Date | Fees Requested | Expenses Requested | Total Compromised Reduction with Fee Examiner | Net Amount Claimed | Total Payments | Net Amount Outstanding |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Development Specialists, Inc. | Second | 3/13/2020 | 6296 | 8/1/2019-10/31/2019 | 4/2/2020 | **$790,337.50** | **$16,047.33** | **$45,000.00** | **$761,384.83** | **$648,317.33** | **$113,067.50** |
| Lincoln Partners | Second Interim | 11/14/2019 | 4724 | 6/1/2019-9/30/2019 | 12/5/2019 | $4,867,813.00 | $98,444.49 | | | | |
| | Third Interim | 3/16/2020 | 6313 | 10/1/2019-12/31/2019 | 4/6/2020 | $4,661,428.50 | $66,894.98 | | | | |
| | | | | | | **$9,529,241.50** | **$165,339.47** | **$325,000.00** | **$9,369,580.97** | **$7,788,732.67** | **$1,580,848.30** |

**Prior to submitting orders regarding these amounts, the Fee Examiner will require all applicants to verify that all "Knudsen" payments have been properly credited. The Fee Examiner is aware that such payments may have been received for the various Interim Periods after the filing of the various Interim Fee Applications, or after the filing of this Notice.