# EXHIBIT A

## PG&E Corporation and PG&E Company, et.al.
### Case No. 19-30088

Summary Of Hours and Discounted Fees Incurred By Professional
March 1, 2020 through March 31, 2020

| Professional Person | Position & Department | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| Angie Liang | Associate - Advisory | 11.0 | $ 325 | $ 3,575.00 |
| Arun Mani | Principal- Advisory | 36.5 | $ 500 | $ 18,250.00 |
| Rama Bhaskara | Senior Specialist - Advisory | 182.5 | $ 260 | $ 47,450.00 |
| Bill Haegele | Partner - Advisory | 2.0 | $ 625 | $ 1,250.00 |
| Celeste Campbell | Manager - Bankruptcy | 85.0 | $ 163 | $ 13,812.50 |
| Clay Gilge | Principal - Advisory | 10.0 | $ 500 | $ 5,000.00 |
| David Hall | Senior Associate - Advisory | 3.0 | $ 425 | $ 1,275.00 |
| Eloise Pinto | Manager - Advisory | 25.9 | $ 475 | $ 12,302.50 |
| Erik Lange | Partner - Advisory | 3.0 | $ 850 | $ 2,550.00 |
| Faisal Khaled | Senior Associate - Advisory | 13.0 | $ 425 | $ 5,525.00 |
| Farbod Farzan | Senior Associate - Advisory | 178.0 | $ 325 | $ 57,850.00 |
| Garrett Yamada | Director - Advisory | 6.0 | $ 750 | $ 4,500.00 |
| Gaurav Mathur | Director - Advisory | 13.0 | $ 435 | $ 5,655.00 |
| Gaurav Thapan-Raina | Manager - Advisory | 8.0 | $ 400 | $ 3,200.00 |
| Geno Armstrong | Partner - Advisory | 9.0 | $ 500 | $ 4,500.00 |
| Holly Tant | Manager - Advisory | 1.3 | $ 475 | $ 593.75 |
| Jeffrey Kwan | Senior Associate - Advisory | 6.5 | $ 325 | $ 2,112.50 |
| Jeffrey Strong | Manager - Advisory | 2.9 | $ 475 | $ 1,377.50 |
| Jonathan Boldt | Associate - Advisory | 0.4 | $ 325 | $ 130.00 |
| Juan Gonzalez III | Partner - Advisory | 8.5 | $ 625 | $ 5,312.50 |
| Juanita Garza | Associate - Bankruptcy | 64.6 | $ 138 | $ 8,882.50 |
| Kimberly Johnson | Manager - Advisory | 3.0 | $ 475 [1] | $ 1,425.00 |
| Marc Fillari | Director - Advisory | 2.0 | $ 750 | $ 1,500.00 |
| Matt Broida | Director - Advisory | 104.4 | $ 435 | $ 45,414.00 |
| Matthew Rice | Lead Specialist (Manager) - Advisor | 146.1 | $ 260 | $ 37,986.00 |
| Monica Plangman | Associate Director - Bankruptcy | 10.5 | $ 213 | $ 2,231.25 |
| Rachel Wagner-Kaiser | Manager - Advisory | 15.5 | $ 475 | $ 7,362.50 |
| Rob Villegas | Manager - Advisory | 15.7 | $ 260 | $ 4,082.00 |
| Rohan Prasad | Senior Associate - Advisory | 183.3 | $ 325 | $ 59,572.50 |
| Rohit Nagdeo | Lead Specialist (Manager) - Advisor | 181.5 | $ 260 | $ 47,190.00 |
| Ryan Tuggle | Director - Advisory | 18.0 | $ 550 | $ 9,900.00 |

# EXHIBIT A

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Summary Of Hours and Discounted Fees Incurred By Professional
March 1, 2020 through March 31, 2020

| Professional Person | Position & Department | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| Sam Chu | Senior Associate - Advisory | 97.6 | $ 325 | $ 31,720.00 |
| Tabitha Gaustad | Director - Advisory | 3.3 | $ 550 | $ 1,815.00 |
| **Subtotal Hours and Fees at Discounted Rates** | | **1,451.0** | | **$ 455,302.00** |
| Data Security Services - Exhibit C2 (Fixed Fee) | | | | $ 60,178.60 [2] |
| Legal Support Services - Exhibit C3 (non-hourly fees) | | | | $ 46,796.09 [3] |
| 2020 Electric System Inspections and Maintenance Program Services - Exhibit C17 (Fixed Fee) | | | | $ 300,000.00 [4] |
| **Total Fees Requested** | | | | **$ 862,276.69** |
| Out of Pocket Expenses | | | | $ 39,848.66 |
| **Total Fees and Out of Pocket Expenses** | | | | **$ 902,125.35** |
| less Holdback Adjustment (20%) | | | | $ (172,455.34) |
| **Net Requested Fees & Out of Pocket Expenses** | | | | **$ 729,670.01** |
| **Blended Hourly Rate** (excludes Fixed Fee Hours) | | | **$ 313.80** | |

[1] Rate changed due to promotion effective October 1, 2019.

[2] KPMG and the Debtors agreed to fixed-fee compensation for the Data Security Services. Payment of the fixed fee is dependent on an iterative process by which stages of the project go through a formal review, including a detailed walkthrough, modifications (if required) and formal acceptance. KPMG is requesting the fixed-fee amount above for these services, as approved by the client.

[3] These fees represent the recurring monthly charges as detailed in Appendix C of the Legal Support Services Agreement and further detailed on Exhibit C3.

[4] KPMG and the Debtors agreed to fixed-fee compensation for the 2020 Electric System Inspections and Maintenance Program Services. Payment of the fixed fee is dependent on an iterative process by which stages of the project go through a formal review, including a detailed walkthrough, modifications (if required) and client acceptance. KPMG is requesting the fixed-fee amount above for these services, as approved by the client.