**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
March 1, 2020 through March 31, 2020
*(includes previously unbilled expenses)*

| Name | Date | Description | | Amount |
|---|---|---|---|---|
| John Spence | 02/06/20 | One-way coach airfare from Oakland, CA to Burbank, CA. Date: 02/06/20 | $ | 184.74 |
| John Spence | 02/10/20 | One-way coach airfare from Burbank, CA to Oakland, CA Date: 02/10/20 | $ | 223.87 |
| John Spence | 02/13/20 | One-way coach airfare from Oakland, CA to Burbank, CA. Date: 02/13/20 | $ | 223.87 |
| Toby Sedgwick | 02/13/20 | Roundtrip coach airfare from Chicago, IL to San Francisco, CA. Date: 02/09/20 02/13/20. | $ | 811.19 |
| John Spence | 02/18/20 | One-way coach airfare from Oakland, CA to Burbank, CA. Date: 02/18/20 | $ | 223.87 |
| John Spence | 02/20/20 | One-way coach airfare from Oakland, CA to Burbank, CA. Date: 02/20/20 | $ | 149.55 |
| Toby Sedgwick | 02/20/20 | Roundtrip coach airfare from Chicago, IL to San Francisco, CA. Date: 02/17/20 02/20/20. | $ | 592.70 |
| John Spence | 02/27/20 | One-way coach airfare from San Francisco, CA to Burbank, CA. Date: 02/27/20 | $ | 176.38 |
| Alex Barrett | 02/28/20 | Roundtrip coach airfare from San Francisco, CA to Phoenix, AZ to Chicago, IL to San Francisco, CA Dates: 02/27/20 02/28/20 | $ | 653.73 |
| Alex Barrett | 02/28/20 | Baggage Fees from airfare on 02/28/20 from Houston, TX to San Francisco, CA | $ | 30.00 |
| Dennis Cha | 03/02/20 | One-way coach airfare from Burbank, CA to San Francisco, CA. Date: 03/02/20 | $ | 163.63 |
| Kristy Hornland | 03/03/20 | Roundtrip coach airfare from Denver, CO to San Francisco, CA. Date: 3.2.2020 3.3.2020. | $ | 601.60 |
| Rachel Wagner-Kaiser | 03/03/20 | Roundtrip coach airfare from Seattle-Tacoma, WA to San Francisco, CA. Dates: 03/02/20 03/03/20 | $ | 961.12 |
| Ryan Tuggle | 03/04/20 | Roundtrip coach airfare from Washington / Dulles, VA to San Francisco, CA. Dates: 03/02/20 03/04/20 | $ | 993.60 |
| Alex Barrett | 03/05/20 | Roundtrip coach airfare from Houston, TX to San Francisco, CA. Dates: 03/2/20 03/05/20 | $ | 731.19 |
| Alex Barrett | 03/05/20 | Baggage Fees- Roundtrip airfare from Houston, TX to San Francisco, CA. Dates: 02/24/20 03/05/20 | $ | 30.00 |
| Scott Stoddard | 03/05/20 | Roundtrip coach airfare from Los Angeles, CA to San Francisco, CA. Dates: 03/05/20 03/05/20 | $ | 357.97 |
| Dennis Cha | 03/05/20 | One-way coach airfare from San Francisco, CA to Burbank, CA. Date: 03/05/20 | $ | 190.03 |
| Farbod Farzan | 03/05/20 | Roundtrip coach class airfare from Newark, NJ to San Francisco, CA. Departure Date: 03/02/20, Return Date: 03/05/20 | $ | 681.89 |
| Garrett Dupree | 03/05/20 | Roundtrip coach airfare from Dallas, TX to San Francisco, CA. Dates: 03/01/20 to 03/05/20 | $ | 417.54 |
| Matt Broida | 03/05/20 | Roundtrip coach airfare from Houston, TX to San Francisco, CA. Dates: 03/01/20 03/05/20 | $ | 659.20 |
| Rohan Prasad | 03/05/20 | Roundtrip coach airfare from Chicago, IL to San Francisco, CA (Dates: 03/02/20 - 03/05/20) | $ | 367.23 |

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
March 1, 2020 through March 31, 2020
*(includes previously unbilled expenses)*

| Name | Date | Description | | Amount |
|---|---|---|---|---|
| Scott Stoddard | 03/08/20 | One-way coach airfare from Los Angeles, CA to San Francisco, CA. Date: 03/08/20 | $ | 90.84 |
| Alex Barrett | 03/09/20 | Baggage Fees from airfare on 03/09/20 from Houston, TX to San Francisco, CA | $ | 30.00 |
| Dennis Cha | 03/09/20 | One-way coach airfare from Los Angeles, CA to San Francisco, CA. Date: 03/09/20 | $ | 124.17 |
| Dennis Cha | 03/11/20 | One-way coach airfare from San Francisco, CA to Los Angeles, CA. Date: 03/11/20 | $ | 152.58 |
| Scott Stoddard | 03/11/20 | One-way coach airfare from San Francisco, CA to Los Angeles. Date: 03/11/20 | $ | 146.98 |
| Alex Barrett | 03/12/20 | Roundtrip airfare from Houston, TX to San Francisco, CA. Dates: 03/09/20 to 03/12/20 | $ | 731.19 |
| Alex Barrett | 03/12/20 | Baggage Fees from airfare on 03/12/20 from Houston, TX to San Francisco, CA | $ | 30.00 |
| Farbod Farzan | 03/12/20 | Roundtrip coach class airfare from Newark, NJ to San Francisco, CA. Departure Date: 03/09/20, Return Date: 03/12/20 | $ | 614.41 |
| Rohan Prasad | 03/12/20 | Roundtrip coach airfare from Chicago, IL to San Francisco, CA (Dates: 03/09/20 03/12/20) | $ | 366.48 |
| Matt Broida | 03/16/20 | Roundtrip coach airfare from Houston, TX to San Francisco, CA Dates: 03/08/20 to 03/16/20. | $ | 522.20 |
| Farbod Farzan | 03/19/20 | Roundtrip coach class airfare from Newark, NJ to San Francisco, CA. Departure Date: 03/16/20, Return Date: 03/19/20 | $ | 549.90 |
| Kristy Hornland | 03/19/20 | Roundtrip coach airfare from Denver, CO to San Francisco, CA. Date: 3.16.2020 3.19.2020. | $ | 545.10 |
| Kristy Hornland | 03/30/20 | One-way coach airfare from Denver, CO to San Francisco, CA Date: 03/30/20 | $ | 171.90 |
| | | **Air Fare Subtotal** | **$** | **13,500.65** |
| John Spence | 02/04/20 | Lodging for 1 night (02/03/20 - 02/04/20) while traveling to perform work for PG&E. | $ | 220.73 |
| John Spence | 02/05/20 | Lodging for 1 night (02/04/20 - 02/05/20) while traveling to perform work for PG&E. | $ | 220.73 |
| John Spence | 02/06/20 | Lodging for 1 night (02/05/20 - 02/06/20) while traveling to perform work for PG&E. | $ | 300.00 |
| Toby Sedgwick | 02/10/20 | Lodging for 1 night (02/09/20 -02/10/20) while traveling to perform work for PG&E. | $ | 386.54 |
| Toby Sedgwick | 02/11/20 | Lodging for 1 night (02/10/20 - 02/11/20) while traveling to perform work for PG&E. | $ | 386.54 |

**EXHIBIT D1**

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
March 1, 2020 through March 31, 2020
*(includes previously unbilled expenses)*

| Name | Date | Description | | Amount |
|---|---|---|---|---|
| John Spence | 02/11/20 | Lodging for 1 night (02/10/20 - 02/11/20) while traveling to perform work for PG&E. | $ | 220.73 |
| Toby Sedgwick | 02/12/20 | Lodging for 1 night (02/11/20 - 02/12/20) while traveling to perform work for PG&E. | $ | 386.54 |
| John Spence | 02/12/20 | Lodging for 1 night (02/11/20 - 02/12/20) while traveling to perform work for PG&E. | $ | 220.73 |
| John Spence | 02/13/20 | Lodging for 1 night (02/12/20 - 02/13/20) while traveling to perform work for PG&E. | $ | 220.73 |
| Toby Sedgwick | 02/13/20 | Lodging for 1 night 02/12/20 - 02/13/20) while traveling to perform work for PG&E. | $ | 386.54 |
| Toby Sedgwick | 02/18/20 | Lodging for 1 night 02/17/20 - 02/18/20) while traveling to perform work for PG&E. | $ | 216.68 |
| John Spence | 02/19/20 | Lodging for 1 night (02/18/20 - 02/19/20) while traveling to perform work for PG&E. | $ | 220.73 |
| Toby Sedgwick | 02/19/20 | Lodging for 1 night 02/18/20 - 02/19/20) while traveling to perform work for PG&E. | $ | 266.76 |
| John Spence | 02/20/20 | Lodging for 1 night (02/19/20 - 02/20/20) while traveling to perform work for PG&E. | $ | 281.91 |
| Toby Sedgwick | 02/20/20 | Lodging for 1 night 02/19/20 - 02/20/20) while traveling to perform work for PG&E. | $ | 295.89 |
| John Spence | 02/25/20 | Lodging for 1 night (02/24/20 - 02/25/20) while traveling to perform work for PG&E. | $ | 300.00 |
| John Spence | 02/26/20 | Lodging for 1 night (02/25/20 - 02/26/20) while traveling to perform work for PG&E. | $ | 300.00 |
| John Spence | 02/27/20 | Lodging for 1 night (02/26/20 - 02/27/20) while traveling to perform work for PG&E. | $ | 300.00 |
| Alex Barrett | 03/02/20 | Lodging for 1 night (03/01/20 - 03/02/20) while traveling to perform work for PG&E. | $ | 300.00 |
| Garrett Dupree | 03/02/20 | Lodging for 1 night (03/01/20 - 03/02/20) while traveling to perform work for PG&E. | $ | 360.21 |
| Matt Broida | 03/02/20 | Lodging for 1 night (03/01/20 - 03/02/20) while traveling to perform work for PG&E. | $ | 300.00 |
| Toby Sedgwick | 03/02/20 | Lodging for 1 night (03/01/20 - 03/02/20) while traveling to perform work for PG&E. | $ | 434.21 |

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
March 1, 2020 through March 31, 2020
*(includes previously unbilled expenses)*

| Name | Date | Description | | Amount |
|---|---|---|---|---|
| Alex Barrett | 03/03/20 | Lodging for 1 night (03/02/20 - 03/03/20) while traveling to perform work for PG&E. | $ | 300.00 |
| Dennis Cha | 03/03/20 | Lodging for 1 night (03/02/20 - 03/03/20) while traveling to perform work for PG&E. | $ | 291.12 |
| Farbod Farzan | 03/03/20 | Lodging for 1 night (03/02/20 - 03/03/20) while traveling to perform work for PG&E. | $ | 300.00 |
| Garrett Dupree | 03/03/20 | Lodging for 1 night (03/02/20 - 03/03/20) while traveling to perform work for PG&E. | $ | 360.21 |
| Kristy Hornland | 03/03/20 | Lodging for 1 night (03/02/20 - 03/03/20) while traveling to perform work for PG&E. | $ | 327.21 |
| Matt Broida | 03/03/20 | Lodging for 1 night (03/02/20 - 03/03/20) while traveling to perform work for PG&E. | $ | 300.00 |
| Rachel Wagner-Kaiser | 03/03/20 | Lodging while traveling for 1 night (03/02/20 - 03/03/20). | $ | 232.34 |
| Rohan Prasad | 03/03/20 | Lodging for 1 night (03/02/20 - 03/03/20) while traveling to perform work for PG&E. | $ | 266.21 |
| Ryan Tuggle | 03/03/20 | Lodging while traveling for 1 night (03/02/20 03/03/20). | $ | 300.00 |
| Toby Sedgwick | 03/03/20 | Lodging for 1 night (03/02/20 - 03/03/20) while traveling to perform work for PG&E. | $ | 434.21 |
| Alex Barrett | 03/04/20 | Lodging for 1 night (03/03/20 - 03/04/20) while traveling to perform work for PG&E. | $ | 300.00 |
| Dennis Cha | 03/04/20 | Lodging for 1 night (03/03/20 - 03/04/20) while traveling to perform work for PG&E. | $ | 291.12 |
| Farbod Farzan | 03/04/20 | Lodging for 1 night (03/03/20 - 03/04/20) while traveling to perform work for PG&E. | $ | 300.00 |
| Garrett Dupree | 03/04/20 | Lodging for 1 night (03/03/20 - 03/04/20) while traveling to perform work for PG&E. | $ | 360.21 |
| Matt Broida | 03/04/20 | Lodging for 1 night (03/03/20 - 03/04/20) while traveling to perform work for PG&E. | $ | 300.00 |
| Rohan Prasad | 03/04/20 | Lodging for 1 night (03/03/20 - 03/04/20) while traveling to perform work for PG&E. | $ | 300.00 |
| Toby Sedgwick | 03/04/20 | Lodging for 1 night (03/03/20 - 03/04/20) while traveling to perform work for PG&E. | $ | 434.21 |
| Alex Barrett | 03/05/20 | Lodging for 1 night (03/04/20 - 03/05/20) while traveling to perform work for PG&E. | $ | 300.00 |
| Dennis Cha | 03/05/20 | Lodging for 1 night (03/04/20 - 03/05/20) while traveling to perform work for PG&E. | $ | 291.12 |

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
March 1, 2020 through March 31, 2020
*(includes previously unbilled expenses)*

| Name | Date | Description | Amount |
|---|---|---|---:|
| Garrett Dupree | 03/05/20 | Lodging for 1 night (03/04/20 - 03/05/20) while traveling to perform work for PG&E. | $ 360.21 |
| Matt Broida | 03/05/20 | Lodging for 1 night (03/04/20 - 03/05/20) while traveling to perform work for PG&E. | $ 300.00 |
| Farbod Farzan | 03/05/20 | Lodging for 1 night (03/04/20 - 03/05/20) while traveling to perform work for PG&E. | $ 300.00 |
| Rohan Prasad | 03/05/20 | Lodging for 1 night (03/04/20 - 03/05/20) while traveling to perform work for PG&E. | $ 300.00 |
| Toby Sedgwick | 03/05/20 | Lodging for 1 night (03/04/20 - 03/05/20) while traveling to perform work for PG&E. | $ 434.21 |
| Matt Broida | 03/09/20 | Lodging for 1 night (03/08/20 - 03/09/20) while traveling to perform work for PG&E. | $ 231.84 |
| Scott Stoddard | 03/09/20 | Lodging for 1 night (03/08/20 -03/09/20) while traveling to perform work for PG&E. | $ 204.37 |
| Alex Barrett | 03/10/20 | Lodging for 1 night (03/09/20 - 03/10/20) while traveling to perform work for PG&E. | $ 300.00 |
| Dennis Cha | 03/10/20 | Lodging for 1 night (03/09/20 - 03/10/20) while traveling to perform work for PG&E. | $ 300.00 |
| Matt Broida | 03/10/20 | Lodging for 1 night (03/09/20 - 03/10/20) while traveling to perform work for PG&E. | $ 300.00 |
| Rohan Prasad | 03/10/20 | Lodging for 1 night (03/09/20 - 03/10/20) while traveling to perform work for PG&E. | $ 216.59 |
| Scott Stoddard | 03/10/20 | Lodging for 1 night (03/09/20 -03/10/20) while traveling to perform work for PG&E. | $ 266.02 |
| Alex Barrett | 03/11/20 | Lodging for 1 night (03/10/20 - 03/11/20) while traveling to perform work for PG&E. | $ 300.00 |
| Arun Mani | 03/11/20 | Lodging for 1 night (03/10/20 - 03/11/20) while traveling to perform work for PG&E. | $ 221.61 |
| Dennis Cha | 03/11/20 | Lodging for 1 night (03/10/20 - 03/11/20) while traveling to perform work for PG&E. | $ 300.00 |
| Matt Broida | 03/11/20 | Lodging for 1 night (03/10/20 - 03/11/20) while traveling to perform work for PG&E. | $ 256.75 |
| Rohan Prasad | 03/11/20 | Lodging for 1 night (03/10/20 - 03/11/20) while traveling to perform work for PG&E. | $ 207.28 |
| Scott Stoddard | 03/11/20 | Lodging for 1 night (03/10/20 -03/11/20) while traveling to perform work for PG&E. | $ 295.69 |
| Alex Barrett | 03/12/20 | Lodging for 1 night (03/11/20 - 03/12/20) while traveling to perform work for PG&E. | $ 300.00 |

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
March 1, 2020 through March 31, 2020
*(includes previously unbilled expenses)*

| Name | Date | Description | Amount | |
|---|---|---|---|---|
| Matt Broida | 03/12/20 | Lodging for 1 night (03/11/20 - 03/12/20) while traveling to perform work for PG&E. | $ | 256.75 |
| Rohan Prasad | 03/12/20 | Lodging for 1 night (03/11/20 - 03/12/20) while traveling to perform work for PG&E. | $ | 207.28 |
| Matt Broida | 03/14/20 | Lodging for 1 night (03/13/20 - 03/14/20) while traveling to perform work for PG&E - Alternative Weekend in place of flights 3/19 to 3/22 | $ | 263.80 |
| Matt Broida | 03/15/20 | Lodging for 1 night (03/14/20 - 03/15/20) while traveling to perform work for PG&E - Alternative Weekend in place of flights 3/19 to 3/22 | $ | 263.80 |
| | | **Lodging Subtotal** | **$** | **18,900.36** |
| John Spence | 02/03/20 | Out of Town Meals - self only Breakfast | $ | 9.10 |
| John Spence | 02/03/20 | Out of Town Meals - self only Dinner | $ | 40.00 |
| John Spence | 02/04/20 | Out of Town Meals - self only Breakfast | $ | 3.49 |
| John Spence | 02/05/20 | Out of Town Meals - self only Breakfast | $ | 3.65 |
| John Spence | 02/05/20 | Out of Town Meals - self only Dinner | $ | 28.67 |
| John Spence | 02/06/20 | Out of Town Meals - self only Dinner on 2/6 | $ | 35.99 |
| Toby Sedgwick | 02/09/20 | Out of Town dinner while traveling on behalf of PG&E | $ | 13.50 |
| John Spence | 02/10/20 | Out of Town Meals - self only Dinner | $ | 40.00 |
| Toby Sedgwick | 02/10/20 | Out of Town breakfast while traveling on behalf of PG&E | $ | 9.73 |
| Toby Sedgwick | 02/10/20 | Out of Town dinner while traveling on behalf of PG&E | $ | 39.20 |
| John Spence | 02/11/20 | Out of Town Meals - self only Dinner | $ | 6.00 |
| Toby Sedgwick | 02/11/20 | Out of Town breakfast while traveling on behalf of PG&E | $ | 8.73 |
| Toby Sedgwick | 02/11/20 | Out of Town dinner while traveling on behalf of PG&E | $ | 15.45 |
| John Spence | 02/12/20 | Out of Town Meals - self only Dinner | $ | 9.53 |
| Juan Gonzalez III | 02/12/20 | Business Meals (reimbursement requested for out of town participants only) with R. Wagner, R. Tuggle, A. Liang, T. Gaustad and J. Gonzalez (KPMG) | $ | 80.00 |
| Toby Sedgwick | 02/12/20 | Out of Town breakfast while traveling on behalf of PG&E | $ | 8.73 |
| John Spence | 02/13/20 | Out of Town Meals - self only Breakfast 2/13 | $ | 6.16 |
| John Spence | 02/13/20 | Out of Town Meals - self only Dinner 2/13 | $ | 38.91 |
| Juan Gonzalez III | 02/13/20 | Business Meals (reimbursement requested for out of town participants only) with R. Wagner, R. Tuggle, Y. Fu, A. Liang, T. Gaustad and J. Gonzalez (KPMG) | $ | 80.00 |
| Toby Sedgwick | 02/13/20 | Out of Town breakfast while traveling on behalf of PG&E | $ | 8.73 |
| John Spence | 02/18/20 | Out of Town Meals - self only Breakfast | $ | 7.68 |
| John Spence | 02/18/20 | Out of Town Meals - self only Dinner | $ | 40.00 |
| Toby Sedgwick | 02/18/20 | Out of Town breakfast while traveling on behalf of PG&E | $ | 8.73 |
| Toby Sedgwick | 02/18/20 | Out of Town dinner while traveling on behalf of PG&E | $ | 36.15 |
| John Spence | 02/19/20 | Out of Town Meals - self only Breakfast | $ | 5.75 |
| John Spence | 02/19/20 | Out of Town Meals - self only Dinner | $ | 14.37 |
| Toby Sedgwick | 02/19/20 | Out of Town breakfast while traveling on behalf of PG&E | $ | 8.73 |
| Toby Sedgwick | 02/19/20 | Out of Town dinner while traveling on behalf of PG&E | $ | 40.00 |
| John Spence | 02/20/20 | Out of Town Meals - self only Breakfast | $ | 6.49 |
| John Spence | 02/20/20 | Out of Town Meals - self only Dinner | $ | 40.00 |
| Toby Sedgwick | 02/20/20 | Out of Town breakfast while traveling on behalf of PG&E | $ | 16.26 |
| Toby Sedgwick | 02/20/20 | Out of Town dinner while traveling on behalf of PG&E | $ | 23.13 |

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
March 1, 2020 through March 31, 2020
*(includes previously unbilled expenses)*

| Name | Date | Description | | Amount |
|---|---|---|---|---:|
| John Spence | 02/24/20 | Out of Town Meals - self only Breakfast | $ | 6.49 |
| John Spence | 02/24/20 | Out of Town Meals - self only Dinner | $ | 38.50 |
| John Spence | 02/25/20 | Out of Town Meals - self only Dinner | $ | 31.04 |
| John Spence | 02/26/20 | Out of Town Meals - self only Breakfast | $ | 10.00 |
| John Spence | 02/26/20 | Out of Town Meals - self only Dinner | $ | 40.00 |
| John Spence | 02/27/20 | Out of Town Meals - self only Dinner - 2/27 | $ | 17.56 |
| Matt Broida | 03/01/20 | Out of town dinner while traveling. | $ | 40.00 |
| Alex Barrett | 03/02/20 | Out of Town Meals - self only Client Visit Breakfast | $ | 7.45 |
| Alex Barrett | 03/02/20 | Out of Town Meals - self only Client Visit Dinner | $ | 40.00 |
| Dennis Cha | 03/02/20 | Out of Town Meals - self only breakfast 3/2 | $ | 13.00 |
| Dennis Cha | 03/02/20 | Out of Town Meals - self only dinner 3/2 | $ | 37.00 |
| Farbod Farzan | 03/02/20 | Out of town breakfast while traveling. | $ | 11.67 |
| Farbod Farzan | 03/02/20 | Out of town dinner while traveling. | $ | 34.90 |
| Garrett Dupree | 03/02/20 | Out of Town Meals - self only Breakfast incurred while working at client site in San Francisco | $ | 6.53 |
| Garrett Dupree | 03/02/20 | Out of Town Meals - self only Dinner incurred while working at client site in San Francisco | $ | 21.20 |
| Kristy Hornland | 03/02/20 | Out of Town breakfast while traveling to perform work for PG&E | $ | 3.19 |
| Kristy Hornland | 03/02/20 | Out of Town dinner while traveling to perform work for PG&E | $ | 7.53 |
| Rohan Prasad | 03/02/20 | Out of Town Meals - self only Client Visit Breakfast | $ | 8.33 |
| Ryan Tuggle | 03/02/20 | Out of town breakfast while traveling on behalf of PG&E. | $ | 17.66 |
| Ryan Tuggle | 03/02/20 | Out of town dinner while traveling on behalf of PG&E. | $ | 14.78 |
| Matt Broida | 03/02/20 | Out of town dinner while traveling | $ | 40.00 |
| Toby Sedgwick | 03/02/20 | Out of Town breakfast while traveling on behalf of PG&E | $ | 9.73 |
| Toby Sedgwick | 03/02/20 | Out of Town dinner while traveling on behalf of PG&E | $ | 36.00 |
| Toby Sedgwick | 03/02/20 | Out of Town coffee for out of town team members | $ | 53.80 |
| Alex Barrett | 03/03/20 | Out of Town Meals - self only Client Visit Breakfast | $ | 10.00 |
| Alex Barrett | 03/03/20 | Out of Town Meals - self only Client Visit Dinner | $ | 40.00 |
| Dennis Cha | 03/03/20 | Out of Town Meals - self only dinner 3/3 | $ | 40.00 |
| Farbod Farzan | 03/03/20 | Out of town breakfast while traveling. | $ | 30.00 |
| Garrett Dupree | 03/03/20 | Out of Town Meals - self only Breakfast incurred while working at client site in San Francisco | $ | 6.53 |
| Matt Broida | 03/03/20 | Out of town dinner with F. Farzan, M. Broida (KPMG) | $ | 80.00 |
| Rohan Prasad | 03/03/20 | Out of Town Meals - self only Client Visit Breakfast | $ | 6.13 |
| Toby Sedgwick | 03/03/20 | Out of Town breakfast while traveling on behalf of PG&E | $ | 9.13 |
| Dennis Cha | 03/05/20 | Out of Town Meals - self only breakfast 3/5 | $ | 15.32 |
| Alex Barrett | 03/04/20 | Out of Town Meals - self only Client Visit Dinner | $ | 40.00 |
| Dennis Cha | 03/04/20 | Out of Town Meals - self only dinner 3/4 | $ | 40.00 |
| Farbod Farzan | 03/04/20 | Out of town breakfast while traveling. | $ | 12.48 |
| Farbod Farzan | 03/04/20 | Out of town dinner while traveling. | $ | 35.00 |
| Garrett Dupree | 03/04/20 | Out of Town Meals - self only Breakfast incurred while working at client site in San Francisco | $ | 6.53 |
| Garrett Dupree | 03/04/20 | Out of Town Meals - self only Dinner incurred while working at client site in San Francisco | $ | 48.13 |
| Matt Broida | 03/04/20 | Out of town dinner while traveling | $ | 40.00 |
| Rohan Prasad | 03/04/20 | Out of Town Meals - self only Client Visit Breakfast | $ | 16.23 |
| Rohan Prasad | 03/04/20 | Out of Town Meals - self only Client Visit Dinner | $ | 6.42 |
| Toby Sedgwick | 03/03/20 | Out of Town dinner while traveling on behalf of PG&E | $ | 40.00 |
| Toby Sedgwick | 03/04/20 | Out of Town breakfast while traveling on behalf of PG&E | $ | 8.73 |
| Toby Sedgwick | 03/04/20 | Out of Town dinner while traveling on behalf of PG&E | $ | 18.70 |
| Alex Barrett | 03/05/20 | Out of Town Meals - self only Client Visit Breakfast | $ | 14.65 |
| Farbod Farzan | 03/05/20 | Out of Town breakfast while traveling | | 14.65 |

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
March 1, 2020 through March 31, 2020
*(includes previously unbilled expenses)*

| Name | Date | Description | | Amount |
|---|---|---|---|---:|
| Garrett Dupree | 03/05/20 | Out of Town Meals - self only Breakfast incurred while working at client site in San Francisco | $ | 13.97 |
| Garrett Dupree | 03/05/20 | Out of Town Meals - self only Dinner incurred while working at client site in San Francisco | $ | 40.36 |
| Matt Broida | 03/05/20 | Out of town dinner while traveling | $ | 16.07 |
| Rohan Prasad | 03/05/20 | Out of Town Meals - self only Client Visit Breakfast | $ | 10.81 |
| Rohan Prasad | 03/05/20 | Out of Town Meals - self only Client Visit Dinner | $ | 16.88 |
| Scott Stoddard | 03/05/20 | Out of Town breakfast while traveling on behalf of PF&E | $ | 15.90 |
| Toby Sedgwick | 03/05/20 | Out of Town breakfast while traveling on behalf of PG&E | $ | 8.73 |
| Toby Sedgwick | 03/05/20 | Out of Town dinner while traveling on behalf of PG&E | $ | 26.41 |
| Dennis Cha | 03/06/20 | Out of Town Meals - self only dinner 3/6 | $ | 40.00 |
| Matt Broida | 03/08/20 | Out of town dinner while traveling. | $ | 25.62 |
| Scott Stoddard | 03/08/20 | Out of Town dinner while traveling on behalf of PG&E | $ | 40.00 |
| Alex Barrett | 03/09/20 | Out of Town Meals - self only Client Visit Breakfast | $ | 15.45 |
| Alex Barrett | 03/09/20 | Out of Town Meals - self only Client Visit Dinner | $ | 40.00 |
| Dennis Cha | 03/09/20 | Out of Town Meals - self only dinner 3/9 | $ | 40.00 |
| Matt Broida | 03/09/20 | Out of town breakfast while traveling. | $ | 10.00 |
| Matt Broida | 03/09/20 | Out of town dinner while traveling. | $ | 40.00 |
| Rohan Prasad | 03/09/20 | Out of Town Meals - self only Client Visit Breakfast | $ | 9.33 |
| Scott Stoddard | 03/09/20 | Out of Town breakfast while traveling on behalf of PG&E | $ | 10.00 |
| Scott Stoddard | 03/09/20 | Out of Town dinner while traveling on behalf of PG&E | $ | 40.00 |
| Alex Barrett | 03/10/20 | Out of Town Meals - self only Client Visit Breakfast | $ | 5.65 |
| Alex Barrett | 03/10/20 | Out of Town Meals - self only Client Visit Dinner | $ | 30.45 |
| Arun Mani | 03/10/20 | Out of town dinner while traveling on behalf of PG&E for A. Mani, R. Prasad and M. Broida | $ | 120.00 |
| Dennis Cha | 03/10/20 | Out of Town Meals - self only breakfast 3/10 | $ | 10.66 |
| Dennis Cha | 03/10/20 | Out of Town Meals - self only dinner 3/10 | $ | 35.13 |
| Matt Broida | 03/10/20 | Out of town breakfast while traveling. | $ | 10.00 |
| Rohan Prasad | 03/10/20 | Out of Town Meals - self only Client Visit Breakfast | $ | 8.05 |
| Scott Stoddard | 03/10/20 | Out of Town breakfast while traveling on behalf of PG&E | $ | 10.00 |
| Scott Stoddard | 03/10/20 | Out of Town dinner while traveling on behalf of PG&E | $ | 40.00 |
| Alex Barrett | 03/11/20 | Out of Town Meals - self only Client Visit Breakfast | $ | 9.40 |
| Alex Barrett | 03/11/20 | Out of Town Meals - self only Client Visit Dinner | $ | 40.00 |
| Arun Mani | 03/11/20 | Out of Town breakfast while traveling on behalf of PG&E | $ | 4.50 |
| Arun Mani | 03/11/20 | Out of Town dinner while traveling on behalf of PG&E | $ | 28.00 |
| Dennis Cha | 03/11/20 | Out of Town Meals - self only breakfast 3/11 | $ | 10.00 |
| Dennis Cha | 03/11/20 | Out of Town Meals - self only dinner 3/11 | $ | 40.00 |
| Matt Broida | 03/11/20 | Out of town dinner while traveling | $ | 40.00 |
| Rohan Prasad | 03/11/20 | Out of Town Meals - self only Client Visit Dinner | $ | 19.38 |
| Scott Stoddard | 03/11/20 | Out of Town breakfast while traveling on behalf of PG&E. | $ | 15.92 |
| Scott Stoddard | 03/11/20 | Out of Town dinner while traveling on behalf of PG&E | $ | 22.65 |
| Alex Barrett | 03/12/20 | Out of Town Meals - self only Client Visit Breakfast | $ | 23.40 |
| Alex Barrett | 03/12/20 | Out of Town Meals - self only Client Visit Dinner | $ | 15.98 |
| Matt Broida | 03/12/20 | Out of town dinner while traveling | $ | 40.00 |
| Rohan Prasad | 03/12/20 | Out of Town Meals - self only Client Visit Dinner | $ | 36.11 |
| Scott Stoddard | 03/12/20 | Out of Town dinner while traveling on behalf of PG&E | $ | 34.08 |
| Alex Barrett | 03/13/20 | Out of Town Meals - self only Client Visit | $ | 2.70 |
| | | **Meals Subtotal** | **$** | **2,969.44** |
| | | | | |
| John Spence | 02/06/20 | Car Rental for 4 days (02/03/20 - 02/06/20). | $ | 215.67 |
| John Spence | 02/06/20 | Parking at airport for 3 days (02/03/20 - 02/06/20). | $ | 128.00 |
| John Spence | 02/07/20 | Ground Transport excl Mileage Rental Car Tolls | $ | 39.80 |

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
March 1, 2020 through March 31, 2020
*(includes previously unbilled expenses)*

| Name | Date | Description | | Amount |
|---|---|---|---|---:|
| Toby Sedgwick | 02/10/20 | Ground Transportation via Uber for travel from home to Chicago airport | $ | 40.65 |
| Toby Sedgwick | 02/10/20 | Ground Transportation via Uber for travel from hotel to client site | $ | 8.70 |
| Toby Sedgwick | 02/10/20 | Ground Transportation via Uber for travel from San Francisco Airport (SFO) to SF Hotel while traveling to perform work for PG&E. | $ | 49.80 |
| John Spence | 02/11/20 | Parking for rental car while at dinner. | $ | 3.00 |
| John Spence | 02/12/20 | Rental Car Tolls on 02/06/20 | $ | 6.00 |
| John Spence | 02/12/20 | Parking for rental car while at dinner. | $ | 3.00 |
| John Spence | 02/13/20 | Parking lodging for 3 nights (2/10-2/13). | $ | 90.00 |
| John Spence | 02/13/20 | Car Rental for 4 days (02/10/20 - 02/13/20). | $ | 242.10 |
| John Spence | 02/13/20 | Parking at San Francisco office on 2/13 | $ | 24.00 |
| John Spence | 02/13/20 | Parking at airport for 3 days (02/10/20 - 02/13/20). | $ | 128.00 |
| Toby Sedgwick | 02/13/20 | Ground Transportation via Uber for travel from hotel to PG&E San Francisco while traveling to perform work for PG&E | $ | 10.36 |
| Toby Sedgwick | 02/13/20 | Ground Transportation via Uber for travel from PG&E San Francisco Headquarters to San Francisco Hotel while traveling to perform work for PG&E. | $ | 12.95 |
| Toby Sedgwick | 02/14/20 | Ground Transportation via Uber for travel from Chicago O'Hare International Airport (ORD) to Home while traveling to perform work for PG&E. | $ | 49.74 |
| Toby Sedgwick | 02/17/20 | Ground Transport via Uber for travel from Home to Chicago O'Hare International Airport (ORD) while traveling to perform work for PG&E. | $ | 46.44 |
| Toby Sedgwick | 02/17/20 | Ground Transportation via Uber for travel from San Francisco Airport (SFO) to PG&E San Francisco Headquarters while traveling to perform work for PG&E. | $ | 38.55 |
| Toby Sedgwick | 02/18/20 | Ground transportation via Uber for travel from PG&E San Francisco Headquarters to San Francisco Hotel while traveling to perform work for PG&E. | $ | 11.49 |
| John Spence | 02/19/20 | Parking at lodging for 3 nights (02/18 - 02/19). | $ | 71.82 |
| John Spence | 02/20/20 | Parking at lodging for 1 night (2/19-2/20). | $ | 30.00 |
| John Spence | 02/20/20 | Car Rental for 4 days (02/18/20 - 02/20/20). | $ | 214.14 |
| John Spence | 02/20/20 | Parking at airport for 2 days (02/18/20 - 02/20/20). | $ | 96.00 |
| Toby Sedgwick | 02/20/20 | Ground Transportation via Taxi for travel client site to San Francisco Airport while traveling to perform work for PG&E. | $ | 11.00 |
| Toby Sedgwick | 02/20/20 | Ground transportation via Uber for travel from Chicago O'Hare International Airport (ORD) to Home while traveling to perform work for PG&E. | $ | 38.10 |
| John Spence | 02/22/20 | Rental Car Toll on 2/19 | $ | 10.95 |
| John Spence | 02/24/20 | Ground Transportation via Uber for travel from SFO to client work | $ | 46.46 |
| John Spence | 02/27/20 | Parking at airport for 3 days (02/24/20 - 02/27/20). | $ | 128.00 |
| John Spence | 02/29/20 | Rental Car Toll on Bay Bridge on 2/20 | $ | 8.95 |
| Garrett Dupree | 03/01/20 | Reimbursable mileage for travel from home to Dallas / Fort Worth, TX (DFW) airport. (25 miles @ .575 = $14.38) | $ | 14.38 |
| Matt Broida | 03/01/20 | Ground transportation via LYFT for travel from home to airport. | $ | 33.14 |
| Matt Broida | 03/01/20 | Ground transportation via LYFT for travel from San Francisco airport to hotel. | $ | 42.99 |
| Alex Barrett | 03/02/20 | Ground Transportation via Uber for travel from San Francisco Airport to Hotel. | $ | 28.85 |
| Dennis Cha | 03/02/20 | Ground transportation via LYFT for travel from home to airport 3/2 | $ | 31.49 |

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
March 1, 2020 through March 31, 2020
*(includes previously unbilled expenses)*

| Name | Date | Description | Amount |
|---|---|---|---:|
| Dennis Cha | 03/02/20 | Ground Transportation via LYFT for travel from airport to office 3/2 | $ 33.47 |
| Dennis Cha | 03/02/20 | Ground transportation via LYFT for travel from office to hotel 3/2 | $ 9.46 |
| Farbod Farzan | 03/02/20 | Ground transportation via UBER for travel from home to airport. | $ 27.18 |
| Farbod Farzan | 03/02/20 | Ground transportation via UBER for travel from San Francisco airport to PG&E site. | $ 34.48 |
| Rachel Wagner-Kaiser | 03/02/20 | Ground Transportation via Taxi for travel from hotel to client site | $ 20.50 |
| Rachel Wagner-Kaiser | 03/02/20 | Ground Transportation via LYFT for travel from home to Seattle airport | $ 35.36 |
| Rohan Prasad | 03/02/20 | Ground Transportation via Uber for travel from KPMG San Francisco Office to hotel for PG&E travel on Mar 2nd | $ 12.36 |
| Ryan Tuggle | 03/02/20 | Ground transportation via UBER for travel from San Francisco client site to airport. | $ 37.05 |
| Ryan Tuggle | 03/02/20 | Ground transportation via Uber for travel from airport to home | $ 42.21 |
| Toby Sedgwick | 03/02/20 | Ground transportation via Uber for travel from Home to Chicago O'Hare International Airport (ORD) while traveling to perform work for PG&E. | $ 44.86 |
| Toby Sedgwick | 03/02/20 | Ground transportation via Uber for travel from San Francisco Airport (SFO) to San Francisco Hotel while traveling to perform work for PG&E. | $ 38.66 |
| Yosef Kerzner | 03/02/20 | Ground Transportation via LYFT for travel from home to Houston airport | $ 44.92 |
| Garrett Dupree | 03/02/20 | Ground Transportation via Uber for travel from San Francisco airport to hotel | $ 37.67 |
| Rohan Prasad | 03/02/20 | Ground Transportation via Uber from Home to ORD for PG&E travel on Mar 2nd | $ 46.08 |
| Rachel Wagner-Kaiser | 03/03/20 | Ground Transportation via public transit for travel from hotel to client site | $ 2.75 |
| Dennis Cha | 03/03/20 | Ground Transportation via LYFT for travel from hotel to office 3/3 | $ 10.58 |
| Dennis Cha | 03/03/20 | Ground Transportation via LYFT for travel from office to hotel 3/3 | $ 10.79 |
| Kristy Hornland | 03/03/20 | Ground Transportation via Uber for travel from San Francisco Airport to PG&E SF Headquarters while traveling to perform work for PG&E. | $ 35.94 |
| Kristy Hornland | 03/03/20 | Ground Transportation via Uber for travel from PG&E SF Headquarters to San Francisco Airport while traveling to perform work for PG&E. | $ 38.12 |
| Kristy Hornland | 03/03/20 | Parking at airport for 1 day (03/02/20 - 03/03/20) | $ 56.00 |
| Rohan Prasad | 03/03/20 | Ground Transportation via Uber for travel from client site to hotel on Mar 3rd | $ 15.77 |
| Dennis Cha | 03/04/20 | Ground Transportation via LYFT for travel from hotel to office 3/4 | $ 13.99 |
| Dennis Cha | 03/04/20 | Ground Transportation via LYFT for travel from office to hotel 3/4 | $ 19.27 |
| Farbod Farzan | 03/04/20 | Ground transportation via UBER for travel from client site to hotel. | $ 10.86 |
| Rohan Prasad | 03/04/20 | Ground Transportation via Uber for travel from client site to hotel on Mar 4th | $ 12.06 |
| Dennis Cha | 03/05/20 | Ground Transportation via LYFT for travel hotel to office 3/5 | $ 13.42 |
| Garrett Dupree | 03/05/20 | Ground Transportation via Uber for travel from hotel to client site | $ 10.80 |
| Garrett Dupree | 03/05/20 | Ground Transportation via Uber for travel from client site to San Francisco airport | $ 32.18 |
| Garrett Dupree | 03/05/20 | Ground Transportation via Uber for travel from Dallas/Fort Worth airport to home | $ 38.85 |
| Rohan Prasad | 03/05/20 | Ground Transportation via Uber for travel from client site to San Francisco Airport on Mar 5th | $ 32.17 |

# EXHIBIT D1

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
March 1, 2020 through March 31, 2020
*(includes previously unbilled expenses)*

| Name | Date | Description | Amount |
|---|---|---|---|
| Rohan Prasad | 03/05/20 | Ground Transportation via Taxi for travel from ORD to home on Mar 5 | $ 64.03 |
| Scott Stoddard | 03/05/20 | Ground Transportation via Uber for travel from Home to Los Angeles Airport | $ 19.10 |
| Scott Stoddard | 03/05/20 | Ground Transportation via Uber for travel from San Francisco airport to client site. | $ 42.59 |
| Scott Stoddard | 03/05/20 | Ground Transportation via Uber for travel from client site to San Francisco airport. | $ 37.95 |
| Scott Stoddard | 03/05/20 | Ground Transportation via Uber for travel from Los Angeles Airport to Home. | $ 17.14 |
| Toby Sedgwick | 03/05/20 | Ground transportation via Uber for travel from San Francisco Hotel to PG&E San Francisco Headquarters while traveling to perform work for PG&E. | $ 12.56 |
| Toby Sedgwick | 03/05/20 | Ground transportation via Uber for travel from PG&E San Francisco Headquarters to San Francisco Airport (SFO) while traveling to perform work for PG&E. | $ 42.05 |
| Toby Sedgwick | 03/05/20 | Ground transportation via Uber for travel from Chicago O'Hare International Airport (ORD) to Home while traveling to perform work for PG&E. | $ 38.07 |
| Dennis Cha | 03/05/20 | Ground Transportation via LYFT for travel from airport to home 3/5 | $ 33.27 |
| Alex Barrett | 03/06/20 | Ground Transportation via Uber for travel from Houston Airport to Home | $ 43.64 |
| Dennis Cha | 03/06/20 | Ground Transportation via LYFT for travel excl Mileage lift from office to airport 3/5 | $ 34.67 |
| Farbod Farzan | 03/06/20 | Ground transportation via UBER from PG&E office to San Francisco airport. | $ 32.18 |
| Farbod Farzan | 03/06/20 | Ground Transportation via Uber for travel from EWR airport to Home | $ 17.21 |
| Matt Broida | 03/06/20 | Ground transportation via LYFT from PGE office to San Francisco airport. | $ 37.55 |
| Matt Broida | 03/06/20 | Ground transportation via LYFT from airport to home. | $ 36.62 |
| Michael Gomez | 03/06/20 | Airport parking for PG&E trip for 4 days (03/02/20 - 03/06/20). | $ 150.00 |
| Matt Broida | 03/08/20 | Roundtrip reimbursable mileage from home to airport (46 miles @ .575 = 26.45) | $ 26.45 |
| Scott Stoddard | 03/09/20 | Ground Transportation via Uber for travel from Home to Los Angeles Airport | $ 21.72 |
| Alex Barrett | 03/09/20 | Ground Transportation via Uber for travel from Home to Houston Airport. | $ 25.55 |
| Alex Barrett | 03/09/20 | Ground Transportation via Uber for travel from San Francisco Airport to client site. | $ 31.05 |
| Dennis Cha | 03/09/20 | Ground Transportation via LYFT for travel from home to airport 3/9 | $ 27.24 |
| Matt Broida | 03/09/20 | Ground transportation via LYFT from San Francisco airport to hotel. | $ 40.61 |
| Rohan Prasad | 03/09/20 | Ground Transportation via Uber for travel from home to Chicago Airport on Mar 9th | $ 36.81 |
| Rohan Prasad | 03/09/20 | Ground Transportation via Uber for travel from San Francisco Airport to client site on Mar 9th | $ 32.52 |
| Rohan Prasad | 03/09/20 | Ground Transportation via Uber for travel from client site to hotel on Mar 9th | $ 12.36 |
| Scott Stoddard | 03/09/20 | Ground Transportation via Uber from San Francisco airport to client site | $ 37.10 |

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
March 1, 2020 through March 31, 2020
*(includes previously unbilled expenses)*

| Name | Date | Description | | Amount |
|---|---|---|---|---|
| Arun Mani | 03/10/20 | Ground Transportation via taxi for travel from hotel to client site | $ | 53.20 |
| Dennis Cha | 03/10/20 | Ground Transportation via LYFT for travel from airport to office 3/9 | $ | 39.97 |
| Rohan Prasad | 03/10/20 | Ground Transportation via Uber for travel from client site to hotel on Mar 11th | $ | 8.36 |
| Arun Mani | 03/11/20 | Ground Transportation via Uber for travel from client site to hotel | $ | 32.87 |
| Arun Mani | 03/11/20 | Ground Transportation via car service for travel from airport to home | $ | 85.00 |
| Dennis Cha | 03/11/20 | Ground Transportation via from office to airport 3/11 | $ | 34.99 |
| Rohan Prasad | 03/11/20 | Ground Transportation via Uber for travel from hotel to client site on Mar 11th | $ | 13.32 |
| Scott Stoddard | 03/11/20 | Ground Transportation via Uber for travel from client site to San Francisco Airport. | $ | 40.24 |
| Scott Stoddard | 03/11/20 | Ground Transportation via Uber for travel from Los Angeles Airport to home. | $ | 19.63 |
| Rohan Prasad | 03/12/20 | Ground Transportation via Uber for travel from hotel to client site on Mar 12th | $ | 11.15 |
| Rohan Prasad | 03/12/20 | Ground Transportation via Uber from client site to San Francisco Airport on Mar 12th | $ | 32.06 |
| Rohan Prasad | 03/12/20 | Ground Transportation via Taxi for travel from ORD to home on Mar 12th | $ | 59.06 |
| Alex Barrett | 03/13/20 | Ground Transportation via Uber for travel from San Francisco Airport to client site. | $ | 33.70 |
| Alex Barrett | 03/13/20 | Ground Transportation via Uber for travel from Houston Airport to home. | $ | 27.82 |
| Dennis Cha | 03/13/20 | Ground Transportation via from airport to home on 03/12 | $ | 29.31 |
| Matt Broida | 03/16/20 | Airport parking for PG&E trip with discount | $ | 30.00 |
| Matt Broida | 03/16/20 | Fuel for Car Rental for 4 days (03/13/20 - 03/16/20). | $ | 43.06 |
| Matt Broida | 03/16/20 | Car Rental for 4 days (03/13/20 - 03/16/20). | $ | 162.10 |
| | | **Ground Transportation Subtotal** | **$** | **4,478.21** |
| | | **Miscellaneous Subtotal** | **$** | **-** |
| | | **Total Out of Pocket Expenses** | **$** | **39,848.66** |