

Signed and Filed: August 11, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

Bill Robins III, Esq. (SBN 296101)
Robert T. Bryson, Esq. (SBN 156953)
Rex Grady, Esq. (SBN 232236)
**ROBINS CLOUD LLP**
808 Wilshire Blvd., Suite 450
Santa Monica, California 90401
Telephone: (310) 929-4200
Facsimile: (310) 566-5900

Attorneys for Bankruptcy Claimants,
STEPHEN PUTNAM HERRIN, individually
and as Trustee of the DONALD E. RYCKMAN
and ROSEMARY H. RYCKMAN
REVOCABLE TRUST DATED
FEBRUARY 25, 1999

Matthew W. Grimshaw, Esq. (SBN 210424)
**GRIMSHAW LAW GROUP, P.C.**
130 Newport Center Drive, Ste. 140
Newport Beach, California 92660
Telephone: (949) 734-0187
Facsimile: (208) 391-7860

Counsel for Robins Cloud LLP

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 19-30088 (DM) |
| PG&E CORPORATION and PACIFIC GAS AND ELECTRIC COMPANY | Chapter 11 |
| Debtors | ORDER AUTHORIZING WITHDRAWAL OF COUNSEL |

/ / /

/ / /

**ORDER PERMITTING THE ROBINS CLOUD FIRM TO WITHDRAW AS COUNSEL TO STEPHEN PUTNAM HERRIN, INDIVIDUALLY AND AS TRUSTEE OF THE DONALD E. RYCKMAN AND ROSEMARY H. RYCKMAN REVOCABLE TRUST**

Upon consideration of the motion (the "Motion") of Robins Cloud LLP ("Firm") to withdraw as counsel to Stephen Putnam Herrin, individually and on behalf of the Donald E. Ryckman and Rosemary H. Ryckman Revocable Trust Dated February 25, 1999, pursuant to Rule 11-5 (a); and adequate notice of the Motion having been given; and it appearing that no other or further notice is necessary; and the Court having jurisdiction to consider the Motion and the relief requested therein; and the Court having determined that the legal and factual grounds set forth in the Motion establish just cause for the relief requested in the Motion; and after due deliberation;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The Firm is permitted to withdraw as counsel to Stephen Putnam Herrin, individually and as Trustee of the Donald E. Ryckman and Rosemary H. Ryckman Revocable Trust Dated February 25, 1999 ("Trust").[1]

3. The withdrawal by the Firm as counsel is to be retroactive to the dates on which the two Claims in this matter were withdrawn, which are May 8, 2020 with respect to the Claim for the Trust (Claim No. 91749) and May 11, 2020 with respect to the Claim for Mr. Herrin (Claim No. 91428).

4. The Firm shall continue to forward documents regarding to Claim Nos. 91749 and 91428 to Mr. Herrin or the Trust, as applicable, until Mr. Herrin or the Trust appears in this matter (a) through new counsel or (b) in pro per.

*** END OF ORDER ***

---

[1] The Grimshaw Law Group, P.C. is not counsel to Mr. Herrin or the Trust.

COURT SERVICE LIST

Stephen Putnam Herrin
P.O. Box 646
Penngrove, CA 94951