# Notice Recipients

District/Off: 0971−3     User: lparada     Date Created: 8/11/2020
Case: 19−30088     Form ID: pdfeoc     Total: 2

**Recipients of Notice of Electronic Filing:**
ust     Office of the U.S. Trustee / SF     USTPRegion17.SF.ECF@usdoj.gov

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
    Stephen Putnam Herrin     P.O. Box 646     Penngrove, CA 94951

TOTAL: 1