Jacquelyn H. Choi (SBN 211560)
RIMON, P.C.
2029 Century Park East
Suite 400N
Los Angeles, CA 90067
Telephone: (213) 375-3811
Facsimile: (213) 375-3811
jacquelyn.choi@rimonlaw.com

*Attorney for County of Santa Clara
Department of Tax and Collections*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors. | Case No. 19-30088 (DM)<br>(Lead Case)<br><br>Chapter 11<br>(Jointly Administered)<br><br>**NOTICE OF CHANGE OF ADDRESS** |

PLEASE TAKE NOTICE that the address of Jacquelyn H. Choi has changed. The new address is:

Jacquelyn H. Choi (State Bar No. 211560)
RIMON, P.C.
2029 Century Park East
Suite 400N
Los Angeles, CA 90067
Telephone: (213) 375-3811
Facsimile: (213) 375-3811
Email: jacquelyn.choi@rimonlaw.com

///

1 | Please update your records accordingly.
2 |
3 | Dated: August 11, 2020                                          RIMON, P.C.
4 |
5 |                                                    By: _____
                                                         Jacquelyn H. Choi
6 |                                                      Attorney for County of Santa Clara
                                                         Department of Tax and Collections

**PROOF OF SERVICE**

    I, Ashley Frisch, am an employee with the firm of RIMON, P.C., and hereby certify that on August 11, 2020, the Notice of Change of Address was served by electronic transmission via the Court's CM/ECF System on all counsel of record who are authorized to receive Notices. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: August 11, 2020

                                              */s/ Ashley N. Frisch*
                                              Ashley N. Frisch