| | |
|---|---|
| Eric S. Casher (SBN: 248875)<br>ecasher@meyersnave.com<br>Kenneth W. Pritikin (SBN: 108072)<br>kpritikin@meyersnave.com<br>MEYERS, NAVE, RIBACK, SILVER & WILSON<br>555 12th Street, Suite 1500<br>Oakland, California 94607<br>Telephone: (510) 808-2000<br>Facsimile: (510) 444-1108<br><br>Attorneys for Claimant, CITY OF HERCULES | |

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>✓ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF CHANGE OF ADDRESS**<br><br>[Related Dkt. No. 6353] |

TO THE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that effective August 1, 2020, the address of Meyers, Nave, Riback, Silver & Wilson, counsel of record for Claimant, CITY OF HERCULES will be as follows:

    MEYERS NAVE RIBACK SILVER & WILSON

    1999 Harrison Street, 9th Floor

    Oakland, California 94612

NOTICE OF CHANGE OF ADDRESS

1  The telephone and fax numbers remain the same.

3  DATED: July 29, 2020               MEYERS, NAVE, RIBACK, SILVER & WILSON

                                     By:     /s/ Eric S. Casher
                                         ERIC S. CASHER
                                         KENNETH W. PRITIKIN
                                         Attorneys for Claimant, CITY OF
                                         HERCULES