| | |
|---|---|
| 1 | Eric S. Casher (SBN: 248875)<br>ecasher@meyersnave.com |
| 2 | Kenneth W. Pritikin (SBN: 108072)<br>kpritikin@meyersnave.com |
| 3 | MEYERS, NAVE, RIBACK, SILVER & WILSON<br>555 12th Street, Suite 1500 |
| 4 | Oakland, California 94607<br>Telephone: (510) 808-2000 |
| 5 | Facsimile: (510) 444-1108 |
| 6 | Attorneys for Claimant, CITY OF PINOLE |

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11 |
| PG&E CORPORATION, | (Lead Case)<br>(Jointly Administered) |
| - and - | |
| PACIFIC GAS AND ELECTRIC COMPANY, | **NOTICE OF CHANGE OF ADDRESS** |
| Debtors. | [Related Dkt. No. 6353] |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>✓ Affects both Debtors | |
| *All papers shall be filed in the Lead Case,<br>No. 19-30088 (DM)* | |

TO THE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that effective August 1, 2020, the address of Meyers, Nave, Riback, Silver & Wilson, counsel of record for Claimant, CITY OF PINOLE will be as follows:

MEYERS NAVE RIBACK SILVER & WILSON

1999 Harrison Street, 9th Floor

Oakland, California 94612

The telephone and fax numbers remain the same.

DATED: July 29, 2020     MEYERS, NAVE, RIBACK, SILVER & WILSON

By: _____*/s/ Eric S. Casher*_____
ERIC S. CASHER
KENNETH W. PRITIKIN
Attorneys for Claimant, CITY OF PINOLE