# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Andrew G. Vignali, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On August 5, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the Notice Parties Service List attached hereto as **Exhibit A**:

- Order on the Fire Victim Trustee's Application for Clarification and Modification of Protective Order [Docket No. 8662]

3. I have reviewed the Notices of Electronic Filing for the above-listed documents, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

4. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 12th day of August 2020, at New York, NY.

*/s/ Andrew G. Vignali*
Andrew G. Vignali

**Exhibit A**

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| Baker Botts L.L.P. | Attn: Jonathan A. Shapiro, Evan Smith, Daniel Martin, Natalie Young | 101 California Street, Ste 3600 | | San Francisco | CA | 94111 | jonathan.shapiro@bakerbotts.com; evan.smith@bakerbotts.com; daniel.martin@bakerbotts.com; natalie.young@bakerbotts.com | First Class Mail and Email |
| BRYAN CAVE LEIGHTON PAISNER LLP | Attn: Brian C. Walsh. Doug Alvarez | One Metropolitan Square | 211 North Broadway, Suite 3600 | St. Louis | MO | 63102 | brian.walsh@bclplaw.com; doug.alvarez@bclplaw.com | First Class Mail and Email |
| California Forestry and Vegetation Management, Inc. | Attn: Jared Kim | 143 W Main St., Suite 8 | | Merced | CA | 95340 | jkim@cfvminc.com | First Class Mail and Email |
| Carlson, Calladine & Peterson LLP | Attn: Randy W. Gimple, Asheesh Mohindru | 353 Sacramento Street, 16th Floor | | San Francisco | CA | 94111 | rgimple@ccplaw.com; amohindru@ccplaw.com | First Class Mail and Email |
| CKB VIENNA LLP | Attn: Michael I. Kim | 10390 Commerce Center Drive, Suite 110 | | Rancho Cucamonga | CA | 91730 | mkim@ckbvienna.com | First Class Mail and Email |
| Counsel for CA Forestry & Veg. Management, Inc. | Attn: Nick Zinkin, Janis Barbosa, Kathryn Gold | 5 River Park Pl. W., Ste. 204 | | Fresno | CA | 93720 | NZinkin@nz-law.com; Janis@nz-law.com; Kathryn@nz-law.com | First Class Mail and Email |
| Downey Brand | Attn: Jamie Dreher, Bradley Carroll | 621 Capitol Mall | 18th Floor | | Sacramento | CA | 95814 | jdreher@DowneyBrand.com; bcarroll@DowneyBrand.com | First Class Mail and Email |
| Duane Morris LLP | Attn: Ron Oliner | Spear Tower | One Market Plaza, Suite 2200 | San Francisco | CA | 94105 | ROliner@duanemorris.com | First Class Mail and Email |
| Gibson, Dunn & Crutcher LLP | Attn: Douglas Fuchs, Matthew Bouslog, Oscar Garza | 333 South Grand Avenue | | Los Angeles | CA | 90071 | DFuchs@gibsondunn.com; MBouslog@gibsondunn.com; OGarza@gibsondunn.com | First Class Mail and Email |
| Goldstein & McClintock LLLP | Attn: Daniel C. Curth | 111 W. Washington Street Suite 1221 | | Chicago | IL | 60602 | | First Class Mail |
| Gordon Rees Scully Mansukhani | Attn: Brendan P. Bradley | 5 Battery Street, Suite 2000 | | San Francisco | CA | 94111 | bbradley@grsm.com | First Class Mail and Email |
| Hinshaw & Culbertson LLP | Attn: William Bogdan, Michael McConathy | One California Street, 18th Floor | | San Francisco | CA | 94111 | wbogdan@hinshawlaw.com; MMcConathy@hinshawlaw.com | First Class Mail and Email |
| Holland & Knight LLP | Attn: Jaime B. Herren | 50 California Street, Suite 2800 | | San Francisco | CA | 94111 | jaime.herren@hklaw.com | First Class Mail and Email |
| Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | | Philadelphia | PA | 19104-5016 | | First Class Mail |
| K&L Gates | Attn: Matthew Ball, Michael Lubic, Jonathan Cohen | 4 Embarcadero Center, Suite 1200 | | San Francisco | CA | 94111-5994 | matthew.ball@klgates.com; michael.lubic@klgates.com; Jonathan.Cohen@klgates.com | First Class Mail and Email |
| KEEGIN HARRISON LLP | Attn: Lynde Selden III | 1000 Fourth Street, Suite 600 | | San Rafael | CA | 94901 | lselden@keeginharrison.com | First Class Mail and Email |
| LEVANGIE LAW GROUP | Attn: Michael J. LeVangie | 2021 N Street | | Sacramento | CA | 95811 | Michael.levangie@llg-law.com | First Class Mail and Email |
| Marsh & McLennan Companies, Inc. | Attn: Douglas Stevens, Rosalind Chandler | 1166 Avenue of the Americas | | New York | NY | 10036 | Douglas.Stevens@mmc.com; Rosalind.Chandler@mmc.com | First Class Mail and Email |
| Newmeyer Dillion | Attn: James Ficenec, Lee Havilyn | 1333 N. California Blvd., Suite 600 | | Walnut Creek | CA | 94596 | James.Ficenec@ndlf.com; Havilyn.Lee@ndlf.com | First Class Mail and Email |
| Nixon Peabody LLP | Attn: Aldo E. Ibarra, Penney Azizi, Robert Blum | One Embarcadero Center, 32nd Floor | | San Francisco | CA | 94111 | aibarra@nixonpeabody.com; pazizi@nixonpeabody.com; rblum@nixonpeabody.com | First Class Mail and Email |
| Office of the United States Attorney for the Northern District of California | Attn: Bankruptcy Unit | Federal Courthouse | 450 Golden Gate Avenue | San Francisco | CA | 94102 | | First Class Mail |
| ORRICK | Attn: Marc Levinson | The Orrick Building | 405 Howard Street | San Francisco | CA | 94105 | malevinson@orrick.com | First Class Mail and Email |
| Pacific Gas and Electric Company | Attn: Janet Loduca, Esq. | 77 Beale Street | P.O. Box 770000 | San Francisco | CA | 94177 | | First Class Mail |
| Pepper Hamilton, LLP | Attn: John H. Conrad, Michelle Rosenberg, Marion Hack | 350 South Grand Avenue | Two California Plaza, Suite 3400 | Los Angeles | CA | 90071 | conradj@pepperlaw.com; hackm@pepperlaw.com; rosenbem@pepperlaw.com | First Class Mail and Email |

In re: PG&E Corporation, et al.
Case No. 19-30088 (DM)

Page 1 of 2

Case: 19-30088   Doc# 8752   Filed: 08/13/20   Entered: 08/13/20 07:43:16   Page 3 of 4

Exhibit A
Notice Parties Service List
Served as set forth below

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| PG&E Corporation | Attn: Janet Loduca, Esq. | 77 Beale Street | P.O. Box 770000 | San Francisco | CA | 94177 | | First Class Mail |
| Provencher & Flatt LLP | Attn: Douglas Provencher | 823 Sonoma Avenue | | Santa Rosa | CA | 95404 | dbp@provlaw.com | First Class Mail and Email |
| Quantum Spatial, Inc. | Attn: Ingrid Hackett, General Counsel | 10033 MLK St. N., Suite 200 | | St. Petersburg | FL | 33716 | ihackett@quantumspatial.com | First Class Mail and Email |
| Shook, Hardy & Bacon L.L.P. | Attn: Michael S. Cargnel, Eva Weiler, Mark Moedritzer | 2555 Grand Blvd. | | Kansas City | MO | 64108-2613 | mcargnel@shb.com; eweiler@shb.com; mmoedritzer@shb.com | First Class Mail and Email |
| SIDLEY AUSTIN LLP | Attn: Kennison Lay, Sam Newman, Douglas A. Axel, Celia H. Spalding | 555 West Fifth Street | | Los Angeles | CA | 90013 | klay@sidley.com; sam.newman@sidley.com; daxel@sidley.com; cspalding@sidley.com | First Class Mail and Email |
| SMITH CURRIE | Attn: Craig Wallace | 275 Battery Street, Suite 1300 | | San Francisco | CA | 94111 | cwwallace@smithcurrie.com | First Class Mail and Email |
| TRC Solutions | Attn: Andrew Johnson | 10 Maxwell Drive, Suite 200 | | Clifton Park | NY | 12065 | amjohnson@trccompanies.com | First Class Mail and Email |
| Troutman Sanders | Attn: Harris B. Winsberg, Matthew Roberts | 600 Peachtree Street NE, Suite 3000 | | Atlanta | GA | 30308 | harris.winsberg@troutman.com; Matthew.Roberts2@troutman.com | First Class Mail and Email |
| US Securities and Exchange Commission | Attn: Office of General Counsel | 100 F St. NE MS 6041B | | Washington | DC | 20549 | secbankruptcy@sec.gov | First Class Mail and Email |
| US Securities and Exchange Commission | Attn: Jina Choi, Regional Director | San Francisco Regional Office | 44 Montgomery Street, Suite 2800 | San Francisco | CA | 94104 | sanfrancisco@sec.gov | First Class Mail and Email |
| VedderPrice | Attn: Harrison M. Thorne, Eric McDonough | 1925 Century Park East, Suite 1900 | | Los Angeles | CA | 90067 | hthorne@vedderprice.com; emcdonough@vedderprice.com | First Class Mail and Email |
| Zemog Management Company, LLC | Attn: Timothy A. Charshaf | 1180 Iron Point Road, Suite 350 | | Folsom | CA | 95630 | | First Class Mail |