Signed and Filed: August 13, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA 94111-2806
Telephone:    415.659.2600
Facsimile:    415.659.2601
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
David J. Richardson (SBN 168592)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone:    310.820.8800
Facsimile:    310.820.8859
Email: esagerman@bakerlaw.com
Email: drichardson@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel to the Official Committee of Tort Claimants*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>       Debtors.<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>■ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**ORDER GRANTING SECOND AND THIRD INTERIM APPLICATIONS OF LINCOLN PARTNERS ADVISORS LLC FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JUNE 1, 2019 THROUGH DECEMBER 31, 2019**<br><br>[Relates to Dkt. Nos.: 4724, 6313] |

**THIS MATTER** came before the Court upon the second interim application (the "**Second Interim Application**") [Docket No. 4724] and third interim application (the "**Third Interim Application**" and, together with the Second Interim Application, the "**Interim Applications**") [Docket No. 6313] of Lincoln Partners Advisors LLC ("**Lincoln**"), financial advisor to the Official Committee of Tort Claimants ("**TCC**"), for allowance and payment of compensation in the amount of $4,667,068.25 and reimbursement of expenses in the amount of $69,189.24 for the period June 1, 2019 through September 30, 2019 and allowance and payment of compensation in the amount of $4,584,633.02 and reimbursement of expenses in the amount of $48,690.46 for the period October 1, 2019 through December 31, 2019, on an interim basis, pursuant to sections 330(a) and 331 of title 11, United States Code ("**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure, ("**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the Northern District of California ("**Local Rules**"), the Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees, promulgated pursuant to Local Rule 9029-1, governing the narrative portion of fee applications, effective February 19, 2014 ("**Narrative Guidelines**"), the U.S. Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases, effective November 1, 2013 ("**UST Guidelines**"), the Order Pursuant to 11 U.S.C. §§ 331 and 105(a) and Fed. R. Bankr. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals ("**Interim Compensation Order**") (collectively, the "**Guidelines**"), and the Amended Notice of Hearing on Interim Applications Allowing and Authorizing Payment of Fees and Expenses of Multiple Fee Applicants Based Upon Compromises with the Fee Examiner (the "**Notice**") [Docket No. 8389].

Based upon the Court's review and consideration of the Interim Applications, the certification in support thereof, and the other records and pleadings filed in the above-captioned chapter 11 cases,

**THE COURT HEREBY FINDS** that notice of and opportunity for a hearing on the Interim Applications were duly given and that such notice was appropriate and sufficient; the relief requested is in the best interests of the Debtors, their estates, creditors, shareholders and all parties

in interest; good cause exists for interim approval of the fees and expenses requested by Lincoln in the Second Interim Application and Third Interim Application, pursuant to section 330 of the Bankruptcy Code and Bankruptcy Rule 2016; and that the fees and expenses requested in the Second Interim Application and Third Interim Application, as modified by Lincoln's agreement with the Fee Examiner, are reasonable and have been earned.

**THE COURT FURTHER FINDS** that (i) as of the dates of the Second Interim Application and Third Interim Application, Lincoln has been paid $7,788,732.67 in fees and expenses; (ii) the amount of fees and expenses initially requested by Lincoln in the Second Interim Application and Third Interim Application was $9,694,580.97; and (iii) the remaining balance due and owing to Lincoln is **$1,580,848.30**, attributable to a $325,000.00 reduction agreed to by Lincoln, as reflected in the Notice .

**THE COURT FURTHER FINDS** that in exchange for the reductions agreed to by Lincoln, the Fee Examiner waives any further objection to the Second Interim Fee Application and Third Interim Fee Application and preserves his right to object to Lincoln's final fee application, and that Lincoln's agreement to the reductions is conditioned upon no further or additional objections being asserted by the United States Trustee.

**THEREFORE, IT IS HEREBY ORDERED:**

1. The Second Interim Application and Third Interim Application are approved on an interim basis as reflected herein:

2. As to the Second Interim Application, Lincoln is awarded interim fees and expenses for the period June 1, 2019 through September 30, 2019 in a total amount of **$4,736,257.49**, consisting of $4,667,068.25 in fees and $69,189.24 in expenses, as agreed upon by Lincoln and the Fee Examiner.

3. As to the Third Interim Application, Lincoln is awarded interim fees and expenses for the period October 1, 2019 through December 31, 2019 in a total amount of **$4,633,323.48**, consisting of $4,584,633.02 in fees and $48,690.46 in expenses, as agreed upon by Lincoln and the Fee Examiner.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4. This order is effective immediately and no stay shall apply. As such, the Debtors and Reorganized Debtors are authorized and directed to make immediate payment to Lincoln in the total remaining amount of **$1,580,848.30.**

5. The Court retains jurisdiction over any issues or disputes arising out of or relating to this Order.

**\*\*\* END OF ORDER \*\*\***

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO