Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA 94111-2806
Telephone:    415.659.2600
Facsimile:    415.659.2601
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
David J. Richardson (SBN 168592)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone:    310.820.8800
Facsimile:    310.820.8859
Email: esagerman@bakerlaw.com
Email: drichardson@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel for the Official Committee of Tort Claimants*

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>　　**- and -**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>　　　　　　　　　**Debtors.**<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>■ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**ELEVENTH MONTHLY STATEMENT OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS FOR REIMBURSEMENT OF EXPENSES FOR THE PERIOD FEBRUARY 1, 2019 TO JUNE 30, 2020**<br><br>**Objection Deadline: August 24, 2020**<br><br>[No hearing requested] |

To: The Notice Parties

Name of Applicants: <u>The Official Committee of Tort Claimants</u>

Authorized to Provide Professional Services to: <u>The Official Committee of Tort Claimants</u>

Date of Retention: <u>February 15, 2019</u>[*]

Period for which reimbursement is sought: <u>February 1, 2019 through June 30, 2020</u>

Amount of expense reimbursement sought as actual, reasonable, and necessary: <u>$9,595.19</u>

The Official Committee of Tort Claimants (the "**TCC**"), representing the largest group of stakeholders in the jointly administered bankruptcy cases (the "**Chapter 11 Cases**") of PG&E Corporation and Pacific Gas and Electric Company (the "**Debtors**"), by and through its attorneys Baker & Hostetler LLP, hereby submits its eleventh monthly statement (the "**Monthly Statement**") for reimbursement of actual and necessary expenses incurred for the period commencing February 1, 2019 through June 30, 2020 (the "**Reimbursement Period**")[†] in accordance with the Order Pursuant to 11 U.S.C §§ 503(b)(3)(F) and 105(a) Establishing Procedures for Reimbursement of Expenses of Members of the Official Committee of Tort Claimants and Official Committee of Unsecured Creditors dated April 9, 2019 [Dkt. No. 1305] (the "**Reimbursement Procedures Order**").

---

[*] On February 15, 2019, the Office of the United States Trustee ("**U.S. Trustee**") filed an Appointment of the Official Committee of Tort Claimants [Dkt. No. 453]. Following the resignation of Richard Heffern from the original committee and the addition of Tommy Wehe, on February 21, 2019, the U.S. Trustee filed the Amended Appointment of the Official Committee of Tort Claimants [Dkt. No. 530]. The U.S. Trustee filed the Second Amended Appointment of the Official Committee of Tort Claimants on March 27, 2020 following the resignations of Kirk Trostle and GER Hospitality, LLC [Dkt. No. 6503], and the Third Amended Appointment of the Official Committee of Tort Claimants on April 3, 2020 following the resignation of Karen K. Gowins [Dkt. No. 6613]. The members of the TCC are: (i) Tommy Wehe; (ii) Angelo Loo; (iii) Agajanian, Inc.; (iv) Susan Slocum; (v) Samuel Maxwell; (vi) Karen M. Lockhart; (vii) Wagner Family Wines-Caymus Vineyards; and (viii) Gregory Wilson. The TCC conducted a meeting on February 15, 2019, at which all members were present, and appointed Karen M. Lockhart as Chairperson.

[†] In accordance with the Motion of Official Committee of Tort Claimants Pursuant to 11 U.S.C. §§ 503(b)(3)(F) and 105(a) to Establish Procedures for Reimbursement of Expenses of Tort Committee Members [Dkt. No. 813], committee members whose expenses are not set forth in this Monthly Statement may include expenses incurred during the Reimbursement Period in subsequent statements.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case: 19-30088   Doc# 8762   Filed: 08/13/20   Entered: 08/13/20 17:15:17   Page 2 of 3

By this Monthly Statement, the TCC requests allowance and payment of $9,595.19 (representing 100% of the expenses allowed) as reimbursement for actual and necessary expenses incurred by the TCC during the Reimbursement Period.

Annexed hereto as **Exhibit A** is the name of each member of the TCC who incurred expenses for services provided on behalf of the TCC in connection with these Chapter 11 Cases during the Reimbursement Period covered by this Monthly Statement. Attached hereto as **Exhibit B** is a summary of expenses incurred during the Reimbursement Period. Attached hereto as **Exhibit C** are the detailed expense entries for the Reimbursement Period.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Reimbursement Procedures Order, responses or objections to this Monthly Statement, if any, must be filed and served on or before the 10th day (or the next business day if such day is not a business day) following the date the Monthly Statement is served (the "**Objection Deadline**") with this Court.

**PLEASE TAKE FURTHER NOTICE** that upon the expiration of the Objection Deadline, the TCC shall file a certificate of no objection with the Court, after which the Debtors and Reorganized Debtors are authorized and directed to pay each member of the TCC entitled to reimbursement an amount equal to 100% of the expenses requested in this Monthly Statement. If an objection is properly filed, the Debtors and Reorganized Debtors shall be authorized and directed to pay each member of the TCC entitled to reimbursement 100% of the expenses not subject to an objection.

Dated: August 13, 2020

BAKER & HOSTETLER LLP

By: _ /s/ Cecily A. Dumas_
      Cecily A. Dumas
      Lauren T. Attard

*Counsel to the Official Committee of Tort Claimants*

Case: 19-30088   Doc# 8762   Filed: 08/13/20   Entered: 08/13/20 17:15:17   Page 3 of 3

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO