**Exhibit A**

**Exhibit A**

**COMMITTEE MEMBERS INCURRING EXPENSES FOR SERVICES RENDERED ON BEHALF OF THE TCC FROM FEBRUARY 1, 2019 THROUGH JUNE 30, 2020**

| Name | Position | Total Expenses Incurred |
|---|---|---:|
| Angela Loo | Member | $9,595.19 |