**Exhibit B**

**Exhibit B**

**EXPENSE SUMMARY**
**FOR THE PERIOD FEBRUARY 1, 2019 THROUGH JUNE 30, 2020**

| EXPENSES | AMOUNTS |
|---|---:|
| Transportation (Air) | $6,222.56 |
| Taxi/Uber/Lyft/Public Transport | 788.71 |
| Hotel (Lodging) | $2,408.98 |
| Meals | $174.94 |
| **Total Expenses Requested:** | **$9,595.19** |