**Exhibit C**

Baker & Hostetler LLP
Attorneys at Law
San Francisco

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

In re PG&E Corporation and Pacific Gas and Electric Company
Lead Case No. 19-30088
Official Committee of Tort Claimants

## COMMITTEE EXPENSE FORM
(If You Need Additional Space You May Attach Additional Pages)

| | | |
|---|---|---|
| 1 Name of Committee Member: | Angela Loo | |
| 2 Description of Committee Business: | Attend TCC meetings | |
| 3 Date of Committee Business: | Various (see attached) | |
| 4 Location: | Various (see attached) | |
| 5 Name of Representative Attending Meeting: | Angela Loo (self) | |
| 6 Reimbursable Expenses | $9,595.19 | |
| (a) Transportation: | | |
| (1) Air or Rail Fare | | $6,222.56 |
| (2) Personal automobile miles at $ .58 per mile | | |
| (3) Taxi/Uber/Lyft/Public Transport | | $788.71 |
| (4) Parking/Tolls | | |
| (5) Other (describe) | | |
| (b) Lodging: | | |
| (1) Hotel (excluding meals) | | $2,408.98 |
| (c) Meals: | | |
| (1) Breakfast | | |
| (2) Lunch (not reimburseable) | | |
| (3) Dinner | | $174.94 |
| **TOTAL REIMBURSEMENT SOUGHT** | | $9,595.19 |

*Please Attach Backup for Each Item Sought (Receipts, Starting and Ending Locations for Mileage, etc.)*

I hereby certify that the above expenses were incurred by me in connection with attendance at a Committee meeting or other authorized Committee business.

_____
(Signature of Committee Member)