**EXHIBIT A**

**COMPENSATION BY PROFESSIONAL**
**JUNE 1, 2020 THROUGH JULY 1, 2020**

The professionals who rendered professional services in these chapter 11 cases during the Fee Period are:

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| *2020 AB 1054 Wildfire Fund* | | | | |
| Green, Mike | Partner/Principal | $810.00 | 0.5 | $405.00 |
| Meredith, Wendy | Managing Director | $810.00 | 6.0 | $4,860.00 |
| Roll, Kevin | Managing Director | $810.00 | 3.5 | $2,835.00 |
| Azebu, Matt | Senior Consultant | $510.00 | 16.3 | $8,313.00 |
| Hamner, Jack | Senior Consultant | $510.00 | 30.5 | $15,555.00 |
| Sakalova, Vera | Manager | $610.00 | 98.7 | $60,207.00 |
| **Professional Subtotal:** | | | **155.5** | **$92,175.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| *2020 Audit Services* | | | | |
| Cochran, James | Partner/Principal | $410.00 | 3.5 | $1,435.00 |
| Gillam, Tim | Partner/Principal | $410.00 | 4.0 | $1,640.00 |
| Pemberton, Tricia | Partner/Principal | $410.00 | 5.0 | $2,050.00 |
| Donahue, Nona | Managing Director | $410.00 | 6.0 | $2,460.00 |
| Meredith, Wendy | Managing Director | $410.00 | 23.7 | $9,717.00 |
| Potts, John | Managing Director | $410.00 | 0.5 | $205.00 |
| Verma, Sachin | Managing Director | $410.00 | 1.0 | $410.00 |
| Bush, Amber | Senior Manager | $350.00 | 3.0 | $1,050.00 |
| Fitzgerald, Jeff | Senior Manager | $350.00 | 5.7 | $1,995.00 |
| Fogarty, Ellen | Senior Manager | $350.00 | 1.0 | $350.00 |
| Garrett, K.C. | Senior Manager | $350.00 | 2.0 | $700.00 |
| Giamanco, Patrick | Senior Manager | $350.00 | 18.0 | $6,300.00 |
| Joseph, Treesa | Senior Manager | $350.00 | 1.0 | $350.00 |
| Kamra, Akanksha | Manager | $310.00 | 20.5 | $6,355.00 |
| Long, Brittany | Manager | $310.00 | 24.0 | $7,440.00 |
| Misra, Saurabh | Manager | $310.00 | 5.0 | $1,550.00 |
| Azebu, Matt | Senior Consultant | $260.00 | 33.0 | $8,580.00 |
| Fazil, Mohamed | Senior Consultant | $260.00 | 18.5 | $4,810.00 |

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| Hamner, Jack | Senior Consultant | $260.00 | 115.5 | $30,030.00 |
| Hernandez, Jorge Jivan | Senior Consultant | $260.00 | 114.1 | $29,666.00 |
| Kipkirui, Winnie | Senior Consultant | $260.00 | 80.3 | $20,878.00 |
| Martin, Blake | Senior Consultant | $260.00 | 108.5 | $28,210.00 |
| Rice, Blake | Senior Consultant | $260.00 | 27.2 | $7,072.00 |
| Singh, Rohini | Senior Consultant | $260.00 | 77.2 | $20,072.00 |
| Varshney, Swati | Senior Consultant | $260.00 | 40.5 | $10,530.00 |
| Yuen, Jennifer | Senior Consultant | $260.00 | 7.3 | $1,898.00 |
| Allen, Jurnee | Consultant | $210.00 | 10.0 | $2,100.00 |
| Boyce, Kyle | Consultant | $190.00 | 110.5 | $20,995.00 |
| Brown, Erin | Consultant | $190.00 | 74.0 | $14,060.00 |
| Chopra, Harshita | Consultant | $190.00 | 94.7 | $17,993.00 |
| K, Kavya | Consultant | $210.00 | 8.0 | $1,680.00 |
| M, Ashwin | Consultant | $210.00 | 1.0 | $210.00 |
| Mehra, Shreya | Consultant | $190.00 | 6.5 | $1,235.00 |
| Nambiar, Sachin | Consultant | $210.00 | 47.5 | $9,975.00 |
| Schloetter, Lexie | Consultant | $210.00 | 7.0 | $1,470.00 |
| Sharda, Pranshu | Consultant | $210.00 | 80.8 | $16,968.00 |
| Yap, Fui Sim | Consultant | $190.00 | 41.6 | $7,904.00 |
| **Professional Subtotal:** | | | **1,227.6** | **$300,343.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| *2020 California Wildfires* | | | | |
| Meredith, Wendy | Managing Director | $810.00 | 0.5 | $405.00 |
| Brown, Erin | Consultant | $370.00 | 1.5 | $555.00 |
| Azebu, Matt | Senior Consultant | $510.00 | 5.0 | $2,550.00 |
| Martin, Blake | Senior Consultant | $510.00 | 32.5 | $16,575.00 |
| **Professional Subtotal:** | | | **39.5** | **$20,085.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| *2020 Post Bankruptcy Matters* | | | | |
| Clark, Brian | Partner/Principal | $810.00 | 0.5 | $405.00 |
| Gerstel, Ken | Partner/Principal | $810.00 | 5.2 | $4,212.00 |
| Pidgeon, Andrew | Partner/Principal | $810.00 | 3.5 | $2,835.00 |
| Barton, Chris | Managing Director | $810.00 | 1.1 | $891.00 |
| Donahue, Nona | Managing Director | $810.00 | 0.7 | $567.00 |
| Meredith, Wendy | Managing Director | $810.00 | 31.0 | $25,110.00 |
| Sullivan, Mike | Managing Director | $810.00 | 0.5 | $405.00 |

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Fitzgerald, Jeff | Senior Manager | $700.00 | 3.6 | $2,520.00 |
| Luong, Mimi | Senior Manager | $700.00 | 19.7 | $13,790.00 |
| Zhao, Alan | Senior Manager | $700.00 | 1.0 | $700.00 |
| Allen, Jana | Manager | $610.00 | 3.5 | $2,135.00 |
| Bettencourt, Justin | Manager | $610.00 | 0.6 | $366.00 |
| Azebu, Matt | Senior Consultant | $510.00 | 5.5 | $2,805.00 |
| Rice, Blake | Senior Consultant | $510.00 | 4.6 | $2,346.00 |
| Sareen, Vanshaj | Senior Consultant | $510.00 | 4.0 | $2,040.00 |
| Yuen, Jennifer | Senior Consultant | $510.00 | 5.0 | $2,550.00 |
| Meyer, Amber | Consultant | $410.00 | 12.2 | $5,002.00 |
| **Professional Subtotal:** | | | **102.2** | **$68,679.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|

### *2020 Registration Statement and Financing Reviews*

| | | | | |
|---|---|---:|---:|---:|
| Gillam, Tim | Partner/Principal | $810.00 | 0.5 | $405.00 |
| Pemberton, Tricia | Partner/Principal | $810.00 | 12.0 | $9,720.00 |
| Meredith, Wendy | Managing Director | $810.00 | 25.2 | $20,412.00 |
| Azebu, Matt | Senior Consultant | $510.00 | 21.7 | $11,067.00 |
| Hamner, Jack | Senior Consultant | $510.00 | 0.5 | $255.00 |
| Rice, Blake | Senior Consultant | $510.00 | 25.2 | $12,852.00 |
| Varshney, Swati | Senior Consultant | $510.00 | 0.5 | $255.00 |
| Boyce, Kyle | Consultant | $370.00 | 10.5 | $3,885.00 |
| Chopra, Harshita | Consultant | $370.00 | 16.5 | $6,105.00 |
| **Professional Subtotal:** | | | **112.6** | **$64,956.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|

### *Preparation of Fee Applications*

| | | | | |
|---|---|---:|---:|---:|
| Jin, Yezi | Senior Manager | $330.00 | 0.3 | $82.50 |
| Gutierrez, Dalia | Project Controller | $200.00 | 28.5 | $5,700.00 |
| **Professional Subtotal:** | | | **28.8** | **$5,782.50** |
| **Total** | | | **1,666.1** | **$552,004.00** |