# EXHIBIT B

## COMPENSATION BY CATEGORY FOR SERVICES RENDERED BY DELOITTE & TOUCHE LLP FOR THE PERIOD JUNE 1, 2020 THROUGH JULY 1, 2020

| Categories | Hours | Fees |
|---|---:|---:|
| 2020 AB 1054 Wildfire Fund | 155.5 | $92,175.00 |
| 2020 Audit Services | 1,227.6 | $300,343.00 |
| 2020 California Wildfires | 39.5 | $20,085.00 |
| 2020 Post Bankruptcy Matters | 102.2 | $68,679.00 |
| 2020 Registration Statement and Financing Reviews | 112.6 | $64,956.00 |
| Preparation of Fee Applications | 28.7 | $5,766.00 |
| **Fees Category Subtotal :** | **1,666.1** | **$552,004.00** |