United States Bankruptcy Court
Northern District of California

In re:
PG&E Corporation
Debtor

Case No. 19-30088-DM
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0971-3 User: lparada Page 1 of 13 Date Rcvd: Aug 11, 2020
Form ID: pdfeoc Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2020.
+Stephen Putnam Herrin, P.O. Box 646, Penngrove, CA 94951-0646

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE. TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2020 Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2020 at the address(es) listed below:

Aaron C. Smith on behalf of Creditor California Insurance Guarantee Association asmith@lockelord.com, autodocket@lockelord.com
Aaron J. Mohamed on behalf of Plaintiff Mark Elward ajm@brereton.law, aaronmohamedlaw@gmail.com
Aaron L. Agenbroad on behalf of Interested Party GE Grid Solutions, LLC alagenbroad@jonesday.com, saltamirano@jonesday.com
Abigail O'Brient on behalf of Creditor Marin Clean Energy aobrient@mintz.com, docketing@mintz.com
Adam Malatesta on behalf of Interested Party Dynegy Marketing and Trade, LLC adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com
Adam C. Harris on behalf of Creditor Centerbridge Partners, L.P. adam.harris@srz.com, james.bentley@srz.com
Alaina R. Heine on behalf of Interested Party State Farm Mutual Automobile Insurance Company alaina.heine@dechert.com, brett.stone@dechert.com
Alan D. Smith on behalf of Creditor Puget Sound Energy, Inc. adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com
Alan I. Nahmias on behalf of Creditor EN Engineering, LLC anahmias@mbnlawyers.com, jdale@mbnlawyers.com
Alan J. Stone on behalf of Creditor Committee Official Committee Of Unsecured Creditors AStone@milbank.com, DMcCracken@Milbank.com
Alan W. Kornberg on behalf of Creditor California Public Utilities Commision akornberg@paulweiss.com
Alexander James Demitro Lewicki on behalf of Interested Party Ad Hoc Group of Subrogation Claim Holders alewicki@diemerwei.com
Alexander James Demitro Lewicki on behalf of Defendant The Ad Hoc Group of Subrogation Claim Holders kdiemer@diemerwei.com
Alexandra S. Horwitz on behalf of Interested Party G4S Secure Integration LLC allie.horwitz@dinsmore.com
Alicia Clough on behalf of Interested Party California Power Exchange Corporation aclough@loeb.com
Alicia D. O'Neill on behalf of Creditor Wildfire Class Claimants aoneill@wattsguerra.com, cwilson@wattsguerra.com
Alisa C. Lacey on behalf of Creditor Public Advocates Office at the California Public Utilities Commission alisa.lacey@stinson.com, karen.graves@stinson.com
Allan Robert Rosin on behalf of Creditor Contra Costa Electric, Inc. arrosin@alr-law.com
Ameneh Maria Bordi on behalf of Interested Party Calpine Corporation ameneh.bordi@kirkland.com, leo.rosenberg@kirkland.com
Amy C. Quartarolo on behalf of Intervenor Crockett Cogeneration amy.quartarolo@lw.com
Amy L. Goldman on behalf of Creditor RE Astoria LLC goldman@lbbslaw.com
Amy S. Park on behalf of Interested Party Atlantica Yield plc amy.park@skadden.com, alissa.turnipseed@skadden.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Andrea Wong on behalf of Creditor Pension Benefit Guaranty Corporation wong.andrea@pbgc.gov, efile@pbgc.gov
Andrew Jones on behalf of Creditor Sencha Funding, LLC andrew@ajoneslaw.com
Andrew Van Ornum on behalf of Creditor Bradley Concrete avanornum@vlmglaw.com, hchea@vlmglaw.com
Andrew Yaphe on behalf of Creditor Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility andrew.yaphe@davispolk.com, pge.dpw.routing@davispolk.com
Andrew David Behlmann on behalf of Interested Party Public Employees Retirement Association of New Mexico abehlmann@lowenstein.com, elawler@lowenstein.com
Andrew G. Devore on behalf of Interested Party Elliott Management Corporation andrew.devore@ropesgray.com, nova.alindogan@ropesgray.com
Andrew H. Levin on behalf of Creditor Marin Clean Energy alevin@wcghlaw.com
Andrew H. Morton on behalf of Creditor Mustang Project Companies andrew.morton@stoel.com, lisa.petras@stoel.com
Andrew I. Silfen on behalf of Interested Party BOKF, NA andrew.silfen@arentfox.com
Andrew Michael Leblanc on behalf of Creditor Committee Official Committee Of Unsecured Creditors ALeblanc@milbank.com
Andy S. Kong on behalf of Creditor Genesys Telecommunications Laboratories, Inc. kong.andy@arentfox.com, Yvonne.Li@arentfox.com
Anna Kordas on behalf of stockholders PG&E Shareholders akordas@jonesday.com, mmelvin@jonesday.com
Annadel A. Almendras on behalf of Interested Party California Department of Toxic Substances Control annadel.almendras@doj.ca.gov
Anne Andrews on behalf of Creditor Agajanian, Inc. aa@andrewsthornton.com, aandrews@andrewsthornton.com
Anne Costin on behalf of Creditor Todd Hearn anne@costinlawfirm.com
Anthony P. Cali on behalf of Creditor Public Advocates Office at the California Public Utilities Commission anthony.cali@stinson.com, lindsay.petrowski@stinson.com
Antonio Yanez, Jr. on behalf of Interested Party Ad Hoc Group of Subrogation Claim Holders ayanez@willkie.com
Aram Ordubegian on behalf of Interested Party BOKF, NA Ordubegian.Aram@ArentFox.com
Aron M. Oliner on behalf of Creditor ArborMetrics Solutions, LLC roliner@duanemorris.com, dmicros@duanemorris.com
Ashleigh A. Danker on behalf of Interested Party G4S Secure Integration LLC ashleigh.danker@dinsmore.com
Ashley Vinson Crawford on behalf of Creditor Ad Hoc Committee of Senior Unsecured Creditors of Pacific Gas and Electric Company avcrawford@akingump.com, dkrasa-berstell@akingump.com
Bao M. Vu on behalf of Intervenor Capital Dynamics, Inc. bao.vu@stoel.com, sharon.witkin@stoel.com
Barry A. Chatz on behalf of Creditor SBA Steel II, LLC barry.chatz@saul.com, barry.chatz@gmail.com
Barry S. Glaser on behalf of Creditor Sonoma County Treasurer & Tax Collector bglaser@lkfirm.com
Benjamin Mintz on behalf of Interested Party AT&T Corp. benjamin.mintz@arnoldporter.com, valerie.foley@arnoldporter.com
Benjamin P. McCallen on behalf of Interested Party Ad Hoc Group of Subrogation Claim Holders bmccallen@willkie.com
Bennett G. Young on behalf of Creditor Mizuho Bank, Ltd. byoung@jmbm.com, jb8@jmbm.com
Bennett J. Murphy on behalf of Creditor Canyon Capital Advisors LLC bmurphy@bennettmurphylaw.com
Bennett L. Spiegel on behalf of Creditor McKinsey & Company, Inc. U.S. blspiegel@jonesday.com
Bernard Kornberg on behalf of Interested Party Certain Interested Underwriters at Lloyds, London subscribing to Apollo Liability Consortium 9984 bjk@severson.com
Bonnie E. Kane on behalf of Creditor Carenet Pregnancy Center of Paradise, Incorporated bonnie@thekanelawfirm.com, skane@thekanelawfirm.com
Brad T. Summers on behalf of Creditor Pacific Mobile Structures, Inc. summerst@lanepowell.com, docketing-pdx@lanepowell.com
Bradley C. Knapp on behalf of Creditor International Brotherhood of Electrical Workers Local Union 1245 bknapp@lockelord.com, Yamille.Harrison@lockelord.com
Bradley R. Schneider on behalf of Debtor PG&E Corporation bradley.schneider@mto.com
Brandt Silver-Korn on behalf of Creditor Numerous Victims of the Camp Fire bsilverkorn@edelson.com, docket@edelson.com
Brendan M. Kunkle on behalf of Creditor Fire Victims bkunkle@abbeylaw.com, lmeyer@abbeylaw.com
Brett D. Fallon on behalf of Creditor Quest Diagnostics Health & Wellness LLC bfallon@morrisjames.com, wweller@morrisjames.com
Brian Gregory on behalf of Creditor Zackary Fernandez b.gregory@veenfirm.com, EL.Team@Veenfirm.com
Brian D. Huben on behalf of Creditor Campos EPC, LLC hubenb@ballardspahr.com
Brian S. Conlon on behalf of Plaintiff Anthony Gantner bsc@phillaw.com, rac@phillaw.com
Brittany Zummer on behalf of Creditor Mirna Trettevik bzummer@theadlerfirm.com, nfournier@theadlerfirm.com
Brittany J. Nelson on behalf of Creditor Michels Corporation bnelson@foley.com, hsiagiandraughn@foley.com
Bryan L. Hawkins on behalf of Interested Party Avangrid Renewables, LLC, Klondike Wind Power III LLC, and Shiloh I Wind Project LLC bryan.hawkins@stoel.com, Sharon.witkin@stoel.com
Bryn G. Letsch on behalf of Interested Party Everett Waining, Jr. bletsch@braytonlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

C. Luckey McDowell on behalf of Interested Party Agua Caliente Solar, LLC Luckey.McDowell@Shearman.com
Cameron Gulden on behalf of U.S. Trustee Office of the U.S. Trustee / SF cameron.m.gulden@usdoj.gov
Candace J. Morey on behalf of Creditor California Public Utilities Commision cjm@cpuc.ca.gov
Cara M. Porter on behalf of Interested Party California Franchise Tax Board Cara.Porter@doj.ca.gov, Taryn.Lovett@doj.ca.gov
Carissa A. Lynch on behalf of Interested Party California Franchise Tax Board Carissa.Lynch@ftb.ca.gov, Martha.Gehrig@ftb.ca.gov
Carl L. Grumer on behalf of Other Prof. Carmel Financing, LLC cgrumer@manatt.com, mchung@manatt.com
Carol C. Villegas on behalf of Attorney Public Employees Retirement Association of New Mexico cvillegas@labaton.com, NDonlon@labaton.com
Caroline A. Reckler on behalf of Interested Party Dynegy Marketing and Trade, LLC caroline.reckler@lw.com
Caroline R. Djang on behalf of Creditor City of Lafayette caroline.djang@bbklaw.com, Sansanee.wells@bbklaw.com
Carolyn Frederick on behalf of Interested Party The Mosaic Company cfrederick@prklaw.com
Catherine Martin on behalf of Creditor Simon Property Group cmartin@simon.com, rtucker@simon.com;bankruptcy@simon.com
Cathy Yanni on behalf of Other Prof. Cathy Yanni cathy@cathyyanni.com, pstrunk@browngreer.com
Cecily Ann Dumas on behalf of Creditor Committee Official Committee of Tort Claimants cdumas@bakerlaw.com, hhammonturano@bakerlaw.com
Chane Buck on behalf of stockholders PG&E Shareholders cbuck@jonesday.com
Charles Cording on behalf of Interested Party Ad Hoc Group of Subrogation Claim Holders ccording@willkie.com, mao@willkie.com
Cheryl L. Stengel on behalf of Creditor US Air Conditioning Distributors clstengel@outlook.com, stengelcheryl40@gmail.com
Chris Bator on behalf of Creditor Committee Official Committee of Tort Claimants cbator@bakerlaw.com, jmcguigan@bakerlaw.com
Chris Johnstone on behalf of Interested Party ICE NGX Canada Inc. chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com
Christian A. Pereyda on behalf of Creditor Mesa Associates, Inc. CPereyda@maynardcooper.com, mshabpareh@maynardcooper.com
Christina Lin Chen on behalf of Creditor MRO Integrated Solutions, LLC christina.chen@morganlewis.com, christina.lin.chen@gmail.com
Christopher Gessner on behalf of Creditor Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company cgessner@akingump.com, NYMCO@akingump.com
Christopher E. Prince on behalf of Interested Party CH2M HILL Engineers, Inc. cprince@lesnickprince.com
Christopher H. Hart on behalf of Interested Party Public Entities Impacted by the Wildfires chart@nutihart.com, nwhite@nutihart.com
Christopher Kwan Shek Wong on behalf of Creditor Genesys Telecommunications Laboratories, Inc. christopher.wong@arentfox.com
Christopher L. Young on behalf of Interested Party Winding Creek Solar LLC cyoung@cairncross.com, nspringstroh@cairncross.com
Christopher O. Rivas on behalf of 3rd Party Plaintiff AECOM Technical Services, Inc. crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
Courtney L. Morgan on behalf of Creditor Pension Benefit Guaranty Corporation morgan.courtney@pbgc.gov
Craig Goldblatt on behalf of Interested Party Canyon Capital Advisors LLC Craig.Goldblatt@wilmerhale.com, whdocketing@wilmerhale.com
Craig Margulies on behalf of Creditor Aegion Corporation and its subsidiary entities: Corrpro Companies, Inc., Insituform Technologies, LLC and Fibrwrap Construction Services, Inc. cmargulies@margulies-law.com, lsalazar@margulies-law.com
Craig S. Simon on behalf of Interested Party American Alternative Insurance Corporation csimon@bergerkahn.com, aketcher@bergerkahn.com
Craig Solomon Ganz on behalf of Creditor Discovery Hydrovac ganzc@ballardspahr.com, hartt@ballardspahr.com
Cristina A. Henriquez on behalf of Creditor BNP Paribas chenriquez@mayerbrown.com
Dana M. Andreoli on behalf of Creditor Tanforan Industrial Park, LLC dandreoli@steyerlaw.com, mterry@steyerlaw.com
Dania Slim on behalf of Creditor BANK OF AMERICA N.A dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com
Daniel Robertson on behalf of Creditor Pension Benefit Guaranty Corporation robertson.daniel@pbgc.gov, efile@pbgc.gov
Daniel G. Egan on behalf of Interested Party Elliott Management Corporation daniel.egan@ropesgray.com, nova.alindogan@ropesgray.com
Daniel I. Forman on behalf of Interested Party Ad Hoc Group of Subrogation Claim Holders dforman@willkie.com
Dara Levinson Silveira on behalf of Debtor PG&E Corporation dsilveira@kbkllp.com
Daren M Schlecter on behalf of Creditor Jesus Mendoza daren@schlecterlaw.com, info@schlecterlaw.com
Dario de Ghetaldi on behalf of Creditor Fire Victims deg@coreylaw.com, lf@coreylaw.com
David Emerzian on behalf of Creditor A.J. Excavation Inc. Melany.Hertel@mccormickbarstow.com
David Holtzman on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY david.holtzman@hklaw.com
David Levine on behalf of Debtor PG&E Corporation dnl@groom.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

David Neier on behalf of Creditor CF Inspection Management, LLC dneier@winston.com
David Wirt on behalf of Interested Party Deutsche Bank david.wirt@hklaw.com, denise.harmon@hklaw.com
David A. Rosenzweig on behalf of Creditor Adventist Health System/West and Feather River Hospital david.rosenzweig@nortonrosefulbright.com, thomas.burns@nortonrossefulbright.com
David A. Wood on behalf of Creditor SLF Fire Victim Claimants dwood@marshackhays.com, lbuchanan@marshackhays.com
David B. Levant on behalf of Interested Party Avangrid Renewables, LLC, Klondike Wind Power III LLC, and Shiloh I Wind Project LLC david.levant@stoel.com, rene.alvin@stoel.com
David B. Rivkin, Jr. on behalf of Creditor Committee Official Committee of Tort Claimants drivkin@bakerlaw.com, jmeeks@bakerlaw.com
David B. Shemano on behalf of Interested Party East Bay Community Energy Authority dshemano@pwkllp.com
David I. Kornbluh on behalf of Creditor De Anza Tile Co., Inc. dik@millermorton.com, mhr@millermorton.com
David J. Richardson on behalf of Creditor Committee Official Committee of Tort Claimants drichardson@bakerlaw.com, aagonzalez@bakerlaw.com
David L. Neale on behalf of Interested Party California Independent System Operator dln@lnbyb.com
David M. Feldman on behalf of Creditor Ad Hoc Committee of Holders of Trade Claims DFeldman@gibsondunn.com
David M. Reeder on behalf of Creditor City of American Canyon david@reederlaw.com, secretary@reederlaw.com
David M. Stern on behalf of Interested Party NextEra Energy Inc., et al. dstern@ktbslaw.com
David P. Matthews on behalf of Creditor Fire Victims jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com
David W. Moon on behalf of Creditor Mizuho Bank, Ltd. lacalendar@stroock.com, mmagzamen@stroock.com
David Walter Wessel on behalf of Creditor Marina Gelman DWessel@efronlawfirm.com, hporter@chdlawyers.com
Debra I. Grassgreen on behalf of Creditor Debra Grassgreen dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
Dennis F. Dunne on behalf of Creditor Committee Official Committee Of Unsecured Creditors ddunne@milbank.com, jbrewster@milbank.com
Dennis F. Dunne on behalf of Interested Party Official Committee Of Unsecured Creditors cprice@milbank.com, jbrewster@milbank.com
Derrick Talerico on behalf of Creditor Western Electricity Coordinating Council dtalerico@ztlegal.com, sfritz@ztlegal.com
Diane C. Stanfield on behalf of Creditor Fulcrum Credit Partners LLC diane.stanfield@alston.com, nelly.villaneda@alston.com
Diane Marger Moore on behalf of Creditor Majesti Mai Bagorio, etc. dmargermoore@baumhedlundlaw.com
Donald H. Cram, III on behalf of Interested Party HDI Global Specialty SE dhc@severson.com
Donna Taylor Parkinson on behalf of Creditor Outback Contractors, Inc. donna@parkinsonphinney.com
Douglas Wolfe on behalf of Creditor ASM Capital X LLC dwolfe@asmcapital.com
Douglas B. Provencher on behalf of Interested Party Provencher & Flatt dbp@provlaw.com
Drew M. Widders on behalf of Creditor Molin-Wilcoxen Camp Fire Victims Group dwidders@wilcoxenlaw.com, nina@wilcoxenlaw.com
Duane Kumagai on behalf of Creditor Mesa Associates, Inc. dkumagai@maynardcooper.com, Mshabpareh@maynardcooper.com
Duane M. Geck on behalf of Interested Party HDI Global Specialty SE dmg@severson.com
Dustin M. Dow on behalf of Creditor Committee Official Committee of Tort Claimants ddow@bakerlaw.com, jmcguigan@bakerlaw.com
Edward J. Leen on behalf of Creditor Jefferies Leveraged Credit Products, LLC eleen@mkbllp.com
Edward J. Tredinnick on behalf of Creditor City and County of San Francisco etredinnick@greeneradovsky.com
Edward Joseph McNeilly on behalf of Interested Party Pacific Investment Management Company LLC edward.mcneilly@hoganlovells.com, verbon.davenport@hoganlovells.com
Edward R. Huguenin on behalf of Creditor K. Hovnanian California Region, Inc., et al ehuguenin@hugueninkahn.com, jguzman@hugueninkahn.com
Elisa Tolentino on behalf of Creditor City of San Jose cao.main@sanjoseca.gov
Elizabeth A. Green on behalf of Creditor Committee Official Committee of Tort Claimants egreen@bakerlaw.com, orlbankruptcy@bakerlaw.com
Elizabeth J. Cabraser on behalf of Creditor Lore Olds ecabraser@lchb.com, awolf@lchb.com
Elizabeth Lee Thompson on behalf of Interested Party The Okonite Company ethompson@stites.com, docketclerk@stites.com
Elizabeth M. Guffy on behalf of Creditor Dashiell Corporation eguffy@lockelord.com, autodocket@lockelord.com
Elliot Adler on behalf of Creditor Mirna Trettevik eadler@theadlerfirm.com, bzummer@theadlerfirm.com
Elyssa S. Kates on behalf of Creditor Committee Official Committee of Tort Claimants ekates@bakerlaw.com
Emily P. Rich on behalf of Creditor Engineers and Scientists of California, Local 20, IFPTE erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
Eric A. Grasberger on behalf of Plaintiff JH Kelly, LLC eric.grasberger@stoel.com, docketclerk@stoel.com
Eric A. Gravink on behalf of Creditor Csaba Wendel Mester eric@rhrc.net

The following persons/entities were sent notice through the court’s CM/ECF electronic mail (Email) system (continued)

Eric D. Goldberg on behalf of Creditor Ad Hoc Committee of Unsecured Tort Claimant Creditors eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
Eric E. Sagerman on behalf of Creditor Committee Official Committee of Tort Claimants esagerman@bakerlaw.com
Eric J. Seiler on behalf of Interested Party The Baupost Group, L.L.C. eseiler@fklaw.com, mclerk@fklaw.com
Eric R. Goodman on behalf of Creditor Committee Official Committee of Tort Claimants egoodman@bakerlaw.com
Eric R. Wilson on behalf of Creditor Kompogas SLO LLC kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com
Eric S. Goldstein on behalf of Interested Party Gartner, Inc. egoldstein@goodwin.com
Erica Lee on behalf of Creditor California Department of Parks and Recreation Erica.Lee@doj.ca.gov
Erica L. Kerman on behalf of Interested Party Ad Hoc Group of Subrogation Claim Holders ekerman@willkie.com
Erika L. Morabito on behalf of Creditor Michels Corporation emorabito@foley.com, hsiagiandraughn@foley.com
Erin Elizabeth Dexter on behalf of Creditor Committee Official Committee Of Unsecured Creditors edexter@milbank.com
Erin N. Brady on behalf of Interested Party Hummingbird Energy Storage, LLC enbrady@jonesday.com
Estela O. Pino on behalf of Creditor Daniel Franklin epino@epinolaw.com, rmahal@epinolaw.com
Eve H. Karasik on behalf of Creditor Traffic Management, Inc. ehk@lnbyb.com
Evelina Gentry on behalf of Creditor Transwestern Pipeline Company, LLC evelina.gentry@akerman.com, robdiwa@akerman.com
Francis J. Lawall on behalf of Interested Party HydroChemPSC francis.lawall@troutman.com, susan.henry@troutman.com
Francis O. Scarpulla on behalf of Creditor Camp Fire Claimants fos@scarpullalaw.com, cpc@scarpullalaw.com
Frank A. Merola on behalf of Creditor JPMorgan Chase Bank, N.A., as DIP Administrative Agent lacalendar@stroock.com, mmagzamen@stroock.com
G. Larry Engel on behalf of Creditor Sonoma Clean Power Authority larry@engeladvice.com
Gabriel Ozel on behalf of Attorney Gabriel Ozel gabeozel@gmail.com
Gabriel I. Glazer on behalf of Interested Party The Baupost Group, L.L.C. gglazer@pszjlaw.com
Gabrielle Glemann on behalf of Intervenor Capital Dynamics, Inc. gabrielle.glemann@stoel.com, rene.alvin@stoel.com
Gary D. Underdahl on behalf of Creditor Sunbelt Rentals, Inc. gunderdahl@askllp.com, lmiskowiec@askllp.com
Gary M. Kaplan on behalf of Creditor Semper Construction, Inc. gkaplan@fbm.com, calendar@fbm.com
Geoffrey A. Heaton on behalf of Creditor ArborMetrics Solutions, LLC gheaton@duanemorris.com, dmicros@duanemorris.com
Geoffrey B. Dryvynsyde on behalf of Creditor California Public Utilities Commision gbd@cpuc.ca.gov, geoffrey.dryvynsyde@cpuc.ca.gov
Geoffrey E. Marr on behalf of Creditor Mirna Trettevik gemarr59@hotmail.com
Geoffrey S. Stewart on behalf of stockholders PG&E Shareholders gstewart@jonesday.com, mmelvin@jonesday.com
George H. Kalikman on behalf of Interested Party Compass Lexecon, LLC gkalikman@schnader.com, sdavenport@schnader.com
Gerald Singleton on behalf of Creditor Ad Hoc Committee of Unsecured Tort Claimant Creditors gerald@slffirm.com, BKECFCANB@SLFfirm.com
Gerald P. Kennedy on behalf of Creditor Agile Sourcing Partners, Inc. gerald.kennedy@procopio.com, kristina.terlaga@procopio.com
Gerardo Mijares-Shafai on behalf of Interested Party AT&T Corp. Gerardo.Mijares-Shafai@arnoldporter.com, kenneth.anderson@arnoldporter.com
Gokalp Y. Gurer on behalf of Creditor City of Oroville ggurer@akk-law.com, skelly@akk-law.com
Gregg M. Galardi on behalf of Interested Party Elliott Management Corporation gregg.galardi@ropesgray.com, nova.alindogan@ropesgray.com
Gregory Plaskett on behalf of Creditor Murga, Strange & Chalmers, Inc. GREGORY.PLASKETT@GMAIL.COM, HKHAPPYGRL1@GMAIL.COM
Gregory A. Bray on behalf of Creditor Committee Official Committee Of Unsecured Creditors gbray@milbank.com
Gregory A. Rougeau on behalf of Creditor Gregory Frase Enterprises, Inc. dba Kortick Manufacturing Company grougeau@brlawsf.com
Gregory C. Nuti on behalf of Creditor Butte County gnuti@nutihart.com, nwhite@nutihart.com
Gregory K. Jones on behalf of Creditor Elster American Meter Company, LLC GJones@dykema.com, cacossano@dykema.com
Gregory M. Salvato on behalf of Creditor International Church of the Foursquare Gospel gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com
Gregory P. Waters on behalf of Interested Party Kathleen McBride gwaters@elllaw.com, gregorywatersesq@gmail.com
Guy L. Watts, II on behalf of Creditor Certain Fire Damage Plaintiffs/Claimants Relating to the North Bay Fire Litigation of October 2017 and the Camp Fire Litigation gwatts@wattsguerra.com, cwilson@wattsguerra.com
Hagop T. Bedoyan on behalf of Creditor KINGS RIVER WATER ASSOCIATION hbedoyan@kleinlaw.com, ecf@kleinlaw.com
Hannah C. Kreuser on behalf of Creditor Burnett & Sons Planing Mill and Lumber Co. hkreuser@porterlaw.com, ooberg@porterlaw.com

The following persons/entities were sent notice through the court’s CM/ECF electronic mail (Email) system (continued)

Harriet A. Steiner on behalf of Creditor Valley Clean Energy Alliance harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com
Harvey S. Schochet on behalf of Creditor City of San Jose Harveyschochet@dwt.com
Heinz Binder on behalf of Creditor Almendariz Consulting, Inc. heinz@bindermalter.com
Herb Baer hbaer@primeclerk.com, ecf@primeclerk.com
Howard J. Steinberg on behalf of Interested Party HercRentals steinbergh@gtlaw.com, pearsallt@gtlaw.com
Howard S. Nevins on behalf of Creditor Performance Contracting, Inc. hnevins@hsmlaw.com
Hugh M. McDonald on behalf of Intervenor Consolidated Edison Development, Inc. hugh.mcdonald@troutman.com, john.murphy@troutman.com
Hugh M. McDonald on behalf of Creditor Consolidated Edison Development, Inc. john.murphy@troutman.com
Hugh M. Ray, III on behalf of Creditor Chevron Products Company a division of Chevron U.S.A. Inc. hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com
Huonganh Annie Duong on behalf of Creditor A.J. Excavation Inc. annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com
Iain A. Macdonald on behalf of Creditor Surf to Snow Environmental Resource Management, Inc. iain@macfern.com, ecf@macfern.com
Ivan C. Jen on behalf of Interested Party Synergy Project Management, Inc. ivan@icjenlaw.com
J. Eric Ivester on behalf of Interested Party Atlantica Yield plc Andrea.Bates@skadden.com
J. Eric Ivester on behalf of Intervenor First Solar, Inc. Eric.Ivester@skadden.com, Andrea.Bates@skadden.com
J. Noah Hagey on behalf of Creditor Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company hagey@braunhagey.com, tong@braunhagey.com
J. Russell Cunningham on behalf of Attorney J Russell Cunningham rcunningham@dnlc.net, emehr@dnlc.net
Jack A. Reitman on behalf of Plaintiff Chico Rent-A-Fence srichmond@lgbfirm.com
Jacob M. Faircloth on behalf of Creditor Aztrack Construction Corporation jacob.faircloth@smolsonlaw.com
Jacob Taylor Beiswenger on behalf of Interested Party Department of Finance for the State of California jbeiswenger@omm.com, llattin@omm.com
Jacquelyn H. Choi on behalf of Creditor County of Santa Clara Department of Tax and Collections jchoi@raineslaw.com, bclark@raineslaw.com
Jae Angela Chun on behalf of Creditor Certain Fire Damage Plaintiffs/Claimants Relating to the North Bay Fire Litigation of October 2017 and the Camp Fire Litigation ajc@chun.law, teresa@tosdallaw.com
Jaime Godin on behalf of Plaintiff Allco Renewable Energy Limited Jtouchstone@fddcm.com
James A. Shepherd on behalf of Creditor W. Bradley Electric, Inc. jim@jsheplaw.com, shepIGN@gmail.com
James C. Behrens on behalf of Creditor Committee Official Committee Of Unsecured Creditors jbehrens@milbank.com, mkoch@milbank.com
James D. Curran on behalf of Creditor Liberty Mutual Insurance Company jcurran@wolkincurran.com, dstorms@wolkincurran.com
James J. Ficenec on behalf of Creditor Exponent, Inc. James.Ficenec@ndlf.com, caroline.pfahl@ndlf.com
James L. Bothwell on behalf of Creditor K. Hovnanian California Region, Inc., et al jbothwell@hugueninkahn.com, jguzman@hugueninkahn.com
James M. Davis on behalf of Creditor Certain Fire Damage Plaintiffs/Claimants Relating to the North Bay Fire Litigation of October 2017 and the Camp Fire Litigation jdavis@cglaw.com
James O. Johnston on behalf of stockholders PG&E Shareholders jjohnston@jonesday.com
James T. Bentley on behalf of Creditor Centerbridge Partners, L.P. james.bentley@srz.com, Kelly.Knight@srz.com
Jamie P. Dreher on behalf of Creditor A. Teichert & Son, Inc. d/b/a Teichert Aggregates jdreher@downeybrand.com
Jan D. Sokol on behalf of Creditor Liberty Mutual Insurance Company jdsokol@lawssl.com, dwright@lawssl.com
Jane Kim on behalf of Debtor PG&E Corporation jkim@kbkllp.com
Jane Luciano on behalf of Creditor Jane Luciano jane-luciano@comcast.net
Jane G. Kearl on behalf of Creditor Barnard Pipeline, Inc. jkearl@watttieder.com, jbenton@watttieder.com
Janet D. Gertz on behalf of Creditor PaR Systems, LLC jgertz@btlaw.com, amattingly@btlaw.com
Jared D. Bissell on behalf of Creditor Osmose Utilities Services, Inc. jared.bissell@troutman.com
Jason Blumberg on behalf of U.S. Trustee Office of the U.S. Trustee / SF jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov
Jason Borg on behalf of Creditor Grant Smelser jborg@jasonborglaw.com
Jason C. Rubinstein on behalf of Interested Party The Baupost Group, L.L.C. jrubinstein@fklaw.com, mclerk@fklaw.com
Jason D. Strabo on behalf of Interested Party Individual Officers Anthony F. Earley, Jr., Geisha J. Williams, Nickolas Stavropoulos, Julie M. Kane, Christopher P. Johns, Patrick M. Hogan, David Thomason, and Dinyar Mistry jstrabo@mwe.com, shill@mwe.com
Jason P. Williams on behalf of Creditor Clear Blue Insurance Company maryanne@wplgattorneys.com
Jay M. Ross on behalf of Interested Party The City of Oakland jross@hopkinscarley.com, eamaro@hopkinscarley.com
Jeffrey C. Krause on behalf of Creditor Topaz Solar Farms LLC jkrause@gibsondunn.com
Jeffrey K. Garfinkle on behalf of Creditor Henkels & McCoy, Inc. jgarfinkle@buchalter.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Jeffrey M. Reisner on behalf of Creditor Davey Tree Expert Co., Davey Tree Surgery Co. and Davey Resource Group, Inc. jreisner@irell.com, #-FirmPSDocketing@Steptoe.com
Jennifer C. Hayes on behalf of Creditor Aggreko jhayes@fhlawllp.com
Jennifer L. Mersing on behalf of Interested Party Avangrid Renewables, LLC, Klondike Wind Power III LLC, and Shiloh I Wind Project LLC jennifer.mersing@stoel.com, lisa.petras@stoel.com
Jennifer Machlin Cecil on behalf of Interested Party City of San Jose, California JCecil@winston.com, ECF_SF@winston.com
Jennifer N. Slocum on behalf of Creditor Mustang Project Companies jennifer.slocum@stoel.com, docketclerk@stoel.com
Jennifer V. Doran on behalf of Creditor Telvent USA, LLC jdoran@hinckleyallen.com
Joana Fang on behalf of Creditor Fire Victims jf@kbklawyers.com, icd@kbklawyers.com
Joel S. Miliband on behalf of Other Prof. Cathy Yanni jmiliband@brownrudnick.com
John A. Moe, II on behalf of Interested Party Capital Power Corporation john.moe@dentons.com, glenda.spratt@dentons.com
John A. Vos on behalf of Interested Party John A. Vos InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
John B. Coffman on behalf of Interested Party AARP john@johncoffman.net
John C. Thornton on behalf of Creditor Agajanian, Inc. jct@andrewsthornton.com, aandrews@andrewsthornton.com
John D. Fiero on behalf of Creditor TRC Companies, Inc. jfiero@pszjlaw.com, ocarpio@pszjlaw.com
John E. Lattin on behalf of Creditor David Alonzo jlattin@ostergar.com, cslovenec@ostergar.com
John H. MacConaghy on behalf of Creditor Committee Official Committee of Tort Claimants macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com
John L. Jones, II on behalf of Creditor City of Arcata JJones@chwlaw.us, JLJones2@outlook.com
John Leland Murphree on behalf of Creditor Mesa Associates, Inc. LMurphree@maynardcooper.com, mshabpareh@maynardcooper.com
John P. Dillman on behalf of Creditor Harris County houston_bankruptcy@publicans.com
John R. Rizzardi on behalf of Interested Party Winding Creek Solar LLC kcoselman@cairncross.com, tnguyen@cairncross.com
John William Lucas on behalf of Interested Party The Baupost Group, L.L.C. jlucas@pszjlaw.com, ocarpio@pszjlaw.com
Jon T. Givens on behalf of Creditor Wildfire Class Claimants givensjt@gmail.com, cwilson@wattsguerra.com
Jonathan Forstot on behalf of Creditor Consolidated Edison Development, Inc. john.murphy@troutman.com
Jonathan Forstot on behalf of Intervenor Consolidated Edison Development, Inc. jonathan.forstot@troutman.com, john.murphy@troutman.com
Jonathan Hughes on behalf of Interested Party AT&T Corp. jane.rustice@aporter.com
Jonathan A. Loeb on behalf of Creditor Sabre Industries, Inc. jon.loeb@bingham.com
Jonathan C. Sanders on behalf of Interested Party Board of PG&E Corporation jsanders@stblaw.com
Jonathan D. Waisnor on behalf of Interested Party Ad Hoc Group of Subrogation Claim Holders jwaisnor@willkie.com, mao@willkie.com
Jonathan R. Doolittle on behalf of Creditor BP Energy Company jdoolittle@reedsmith.com
Jorian L. Rose on behalf of Creditor Committee Official Committee of Tort Claimants jrose@bakerlaw.com
Joseph Sorkin on behalf of Creditor Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company jsorkin@akingump.com, NYMCO@akingump.com
Joseph West on behalf of Creditor International Church of the Foursquare Gospel westjoseph@earthlink.net, josephw998@gmail.com
Joseph A. Eisenberg on behalf of Creditor The Act 1 Group, Inc. JAE1900@yahoo.com
Joseph G. Minias on behalf of Interested Party Ad Hoc Group of Subrogation Claim Holders jminias@willkie.com
Joseph Kyle Feist on behalf of Creditor Paradise Moose Lodge jfeistesq@gmail.com, info@norcallawgroup.net
Joseph M. Esmont on behalf of Creditor Committee Official Committee of Tort Claimants jesmont@bakerlaw.com
Joseph M. Welch on behalf of Creditor Bradley Tanks, Inc. jwelch@buchalter.com, dcyrankowski@buchalter.com
Joseph R. Lucia on behalf of Creditor Fire Victims PersonalInjuryGroup@RLSlawyers.com
Joshua D. Morse on behalf of Creditor Ad Hoc Committee of Unsecured Tort Claimant Creditors Joshua.Morse@dlapiper.com, docket@pillsburylaw.com
Joshua M. Mester on behalf of stockholders PG&E Shareholders jmester@jonesday.com
Judith A. Descalso on behalf of Creditor CM Distributors, Inc. jad_9193@ecf.courtdrive.com
Julie E. Oelsner on behalf of Attorney c/o Julie E. Oelsner Intech Mechanical, Inc. joelsner@weintraub.com, bjennings@weintraub.com
Justin E. Rawlins on behalf of Creditor CF Inspection Management, LLC justinrawlins@paulhastings.com
Karen J. Chedister on behalf of Creditor GER Hospitality, LLC kchedister@h-jlaw.com
Katharine Malone on behalf of Intervenor Southern Power Company malonek@gtlaw.com
Katherine Kohn on behalf of Debtor PG&E Corporation kkohn@groom.com, ashahinllari@groom.com
Katherine Rose Catanese on behalf of Interested Party CoreLogic Solutions, LLC kcatanese@foley.com
Kathryn E. Barrett on behalf of Creditor TURN-The Utility Reform Network keb@svlg.com, amt@svlg.com

The following persons/entities were sent notice through the court’s CM/ECF electronic mail (Email) system (continued)

Kathryn S. Diemer on behalf of Plaintiff Ad Hoc Group of Subrogation Claim Holders kdiemer@diemerwhitman.com
Kathryn S. Diemer on behalf of Defendant The Ad Hoc Group of Subrogation Claim Holders kdiemer@diemerwei.com
Keith C. Owens on behalf of Creditor Microsoft Corporation kowens@venable.com, bclark@venable.com;khoang@venable.com
Keith H. Wofford on behalf of Interested Party Elliott Management Corporation keith.wofford@ropesgray.com, nova.alindogan@ropesgray.com
Keith J. Cunningham on behalf of Interested Party California Department of Water Resources kcunningham@pierceatwood.com, rkelley@pierceatwood.com
Keith J. Cunningham on behalf of Interested Party California Independent System Operator rkelley@pierceatwood.com
Kelly L. Huey on behalf of Creditor McGrath Electric, Inc. khuey@burkeandkesslerlaw.com
Kelly V. Knight on behalf of Creditor Centerbridge Partners, L.P. kelly.knight@srz.com
Kenneth Pasquale on behalf of Creditor Mizuho Bank, Ltd. mlaskowski@stroock.com
Kenneth T. Law on behalf of Creditor METRICSTREAM, INC. klaw@bbslaw.com
Kerri Lyman on behalf of Creditor Davey Tree Expert Co., Davey Tree Surgery Co. and Davey Resource Group, Inc. klyman@irell.com, #-FirmPSDocketing@Steptoe.com
Kesha Tanabe on behalf of Creditor Cedar Glade LP kesha@tanabelaw.com
Kevin Chiu on behalf of Interested Party Centaurus Capital LP kevin.chiu@bakerbotts.com, rory.fontenla@bakerbotts.com
Kevin Montee on behalf of Creditor Nearon Sunset, LLC kmontee@monteeassociates.com
Kevin G. Collins on behalf of Interested Party Miller Pipeline, LLC kevin.collins@btlaw.com
Kevin M. Eckhardt on behalf of Interested Party DTE Stockton, LLC keckhardt@hunton.com, candonian@huntonak.com
Kimberly S. Fineman on behalf of Creditor Association of California Water Agencies Joint Powers Insurance Authority kfineman@nutihart.com, admin@nutihart.com
Kimberly S. Morris on behalf of Creditor Committee Official Committee of Tort Claimants kmorris@bakerlaw.com, tpetre@bakerlaw.com
Kimberly S. Winick on behalf of Interested Party California Community Choice Association kwinick@clarktrev.com, knielsen@clarktrev.com
Kinga Wright on behalf of Creditor Dashiell Corporation kinga.wright@lockelord.com, autodocket@lockelord.com
Kirsten A. Worley on behalf of Creditor Ballard Marine Construction, Inc. kw@wlawcorp.com, admin@wlawcorp.com
Kizzy L. Jarashow on behalf of Creditor MassMutual Life Insurance Company KJarashow@goodwinlaw.com, AFraticelliLouallen@goodwinlaw.com
Kody D. L. Kleber on behalf of Creditor Committee Official Committee of Tort Claimants kkleber@bakerlaw.com, dmartinez@bakerlaw.com
Krista M. Enns on behalf of Creditor ACRT, Inc. kenns@beneschlaw.com
Kristine Theodesia Takvoryan on behalf of Creditor SOLON ktakvoryan@ckrlaw.com
Kristopher M. Hansen on behalf of Creditor JPMorgan Chase Bank, N.A., as DIP Administrative Agent dmohamed@stroock.com, mmagzamen@stroock.com
Laila Masud on behalf of Creditor SLF Fire Victim Claimants lmasud@marshackhays.com, lmasud@ecf.courtdrive.com
Larry Allan Peluso on behalf of Creditor Ad Hoc Counsel for Camp Fire Real Property Owners pelusolaw@gmail.com, firm@pelusolaw.net
Larry W. Gabriel on behalf of Interested Party Itron, Inc. lgabriel@bg.law, nfields@bg.law
Lars H. Fuller on behalf of Creditor Committee Official Committee of Tort Claimants lfuller@bakerlaw.com
Lary Alan Rappaport on behalf of Interested Party Ad Hoc Group of Institutional Bondholders of Pacific Gas and Electric Co. lrappaport@proskauer.com, PHays@proskauer.com
Lauren Kramer on behalf of Creditor North American Fence & Railing, Inc. lkramer@rjo.com
Lauren Lifland on behalf of Interested Party Comcast Cable Communications, LLC lauren.lifland@wilmerhale.com, whdocketing@wilmerhale.com
Lauren T. Attard on behalf of Creditor Committee Official Committee of Tort Claimants lattard@bakerlaw.com, agrosso@bakerlaw.com
Laurence M. Rosen on behalf of Interested Party Vataj Plaintiffs and the Class lrosen@rosenlegal.com, zstanco@rosenlegal.com
Laurie Hager on behalf of Interested Party Wilson Construction Company lhager@sussmanshank.com
Leah E. Capritta on behalf of Defendant Tiger Natural Gas, Inc. leah.capritta@hklaw.com, lori.labash@hklaw.com
Leonard M. Shulman on behalf of Interested Party Cushman & Wakefield, Inc. lshulman@shbllp.com
Liam K. Malone on behalf of Creditor Level-It Installations, Ltd. malone@oles.com, shahin@oles.com
Lillian G. Stenfeldt on behalf of Interested Party certain Retiree Claimants lillian.stenfeldt@rimonlaw.com, jon.arneson@sedgwicklaw.com
Lillian G. Stenfeldt on behalf of Creditor Pivot Interiors, Inc. lillian.stenfeldt@sdma.com, jon.arneson@sedgwicklaw.com
Linda Tai Hoshide on behalf of Plaintiff Fireman’s Fund Insurance Company linda.hoshide@wilsonelser.com, noemi.santiago@wilsonelser.com
Lindsey E. Kress on behalf of Creditor California Insurance Guarantee Association lkress@lockelord.com, autodocket@lockelord.com
Lindsi M. Weber on behalf of Creditor Dignity Health and its Affiliates lweber@polsinelli.com, yderac@polsinelli.com
Lisa Lenherr on behalf of Creditor Peninsula Corridor Joint Powers Board llenherr@wendel.com, bankruptcy@wendel.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Lisa Schweitzer on behalf of Interested Party BlueMountain Capital Management, LLC lschweitzer@cgsh.com
Lisa S. Gast on behalf of Interested Party City of Santa Clara lsg@dwgp.com, lmk@dwgp.com
Louis Gottlieb on behalf of Interested Party Public Employees Retirement Association of New Mexico Lgottlieb@labaton.com, mpenrhyn@labaton.com
Louis J. Cisz, III on behalf of Interested Party California Self-Insurers' Security Fund lcisz@nixonpeabody.com
Lovee Sarenas on behalf of Creditor RE Astoria LLC Lovee.sarenas@lewisbrisbois.com
Luke N. Eaton on behalf of 3rd Party Plaintiff AECOM Technical Services, Inc. eatonl@pepperlaw.com, monugiac@pepperlaw.com
Lydia Vanessa Ko on behalf of Creditor Athanasia Vlazkis Lvko@stonelawoffice.com
Lynette C. Kelly on behalf of U.S. Trustee Office of the U.S. Trustee / SF ustpregion17.oa.ecf@usdoj.gov
M. David Minnick on behalf of Creditor BANK OF AMERICA N.A dminnick@pillsburylaw.com, docket@pillsburylaw.com
M. Ryan Pinkston on behalf of Creditor Turner Construction Company rpinkston@seyfarth.com, jmcdermott@seyfarth.com
Manuel Corrales, Jr. on behalf of Creditor Barbara Zelmer mannycorrales@yahoo.com, hcskanchy@hotmail.com
Marc Kieselstein on behalf of Interested Party Federal Monitor carrie.oppenheim@kirkland.com
Marc A. Levinson on behalf of Creditor CCP Credit Acquisition Holdings, L.L.C. Malevinson@orrick.com, casestream@ecf.courtdrive.com
Margarita Padilla on behalf of Interested Party California Department of Toxic Substances Control Margarita.Padilla@doj.ca.gov
Mario R. Nicholas on behalf of Plaintiff JH Kelly, LLC mario.nicholas@stoel.com, ana.trask@stoel.com
Mark Bostick on behalf of Other Prof. Michael G. Kasolas mbostick@wendel.com, bankruptcy@wendel.com
Mark A. Gorton on behalf of Attorney Mark Gorton mgorton@boutininc.com, cdomingo@boutininc.com
Mark A. Gorton on behalf of Creditor Sonoma Clean Power Authority mgorton@boutinjones.com, cdomingo@boutininc.com
Mark D. Plevin on behalf of Interested Party Renaissance Reinsurance Ltd. mplevin@crowell.com
Mark D. Poniatowski on behalf of Creditor Holt of California ponlaw@ponlaw.com
Mark E. Felger on behalf of Creditor Liberty Mutual Insurance Company mfelger@cozen.com
Mark V. Isola on behalf of Creditor MDR INC. dba ACCU-BORE DIRECTIONAL DRILLING mvi@sbj-law.com
Marsha Houston on behalf of 3rd Party Plaintiff AECOM Technical Services, Inc. mhouston@reedsmith.com, hvalencia@reedsmith.com
Marta Villacorta on behalf of U.S. Trustee Office of the U.S. Trustee / SF marta.villacorta@usdoj.gov
Mary Ellmann Tang on behalf of Creditor Cristina Mendoza mtang@frenchlyontang.com, nblackwell@frenchlyontang.com
Mary H. Kim on behalf of Interested Party State Farm Mutual Automobile Insurance Company Mary.Kim@dechert.com, brett.stone@dechert.com
Matthew Ducharme on behalf of Interested Party Pacific Investment Management Company LLC matthew.ducharme@hoganlovells.com, tracy.southwell@hoganlovells.com
Matthew Heyn on behalf of Creditor California Governor's Office of Emergency Services matthew.heyn@doj.ca.gov
Matthew A. Feldman on behalf of Interested Party Ad Hoc Group of Subrogation Claim Holders mfeldman@willkie.com
Matthew A. Gold on behalf of Creditor Argo Partners courts@argopartners.net
Matthew A. Lesnick on behalf of Interested Party CH2M HILL Engineers, Inc. matt@lesnickprince.com, jmack@lesnickprince.com
Matthew D. McGill on behalf of Creditor Ad Hoc Committee of Holders of Trade Claims MMcGill@gibsondunn.com
Matthew D. Metzger on behalf of Creditor Dan Clarke belvederelegalecf@gmail.com
Matthew Hampton Foushee on behalf of Interested Party Hummingbird Energy Storage, LLC hampton.foushee@hoganlovells.com, hfoushee@gmail.com
Matthew Jon Olson on behalf of Interested Party Wendy A. Nathan matt@macfern.com, stell.laura@dorsey.com
Matthew Jordan Troy on behalf of Creditor United States of America matthew.troy@usdoj.gov
Matthew K. Kelsey on behalf of Creditor Ad Hoc Committee of Holders of Trade Claims mkelsey@gibsondunn.com
Matthew Ryan Klinger on behalf of Creditor CitiGroup Financial Products Inc. mklinger@sheppardmullin.com, DGatmen@sheppardmullin.com
Matthew W. Grimshaw on behalf of Attorney Robins Cloud LLP matt@grimshawlawgroup.com, ecfmarshackhays@gmail.com
Meagan S. Tom on behalf of Creditor International Brotherhood of Electrical Workers Local Union 1245 Meagan.tom@lockelord.com, autodocket@lockelord.com
Melissa C. McLaughlin on behalf of Creditor Micro Focus Software LLC mcmclaughlin@venable.com, ataylor@venable.com
Melissa T. Ngo on behalf of Creditor Pension Benefit Guaranty Corporation ngo.melissa@pbgc.gov, efile@pbgc.gov
Merle C. Meyers on behalf of Creditor E. R., a Minor mmeyers@mlg-pc.com
Michael Lauter on behalf of Creditor CitiGroup Financial Products Inc. mlauter@sheppardmullin.com
Michael Rogers on behalf of Creditor William Kreysler & Associates, Inc. mrogers@lambertrogers.com, jan@lambertrogers.com

The following persons/entities were sent notice through the court’s CM/ECF electronic mail (Email) system (continued)

Michael St. James on behalf of Interested Party Garcia and Associates ecf@stjames-law.com
Michael Tye on behalf of Creditor United States of America Michael.Tye@usdoj.gov
Michael A. Isaacs on behalf of Creditor Southwire Company, LLC Michael.Isaacs@dentons.com, Alissa.Worthing@dentons.com
Michael B. Lubic on behalf of Creditor CN Utility Consulting, Inc. michael.lubic@klgates.com
Michael C. Fallon on behalf of Creditor Ahlborn Fence & Steel, Inc manders@fallonlaw.net
Michael C. Hefter on behalf of Interested Party Pacific Investment Management Company LLC michael.hefter@hoganlovells.com, tracy.southwell@hoganlovells.com
Michael D. Breslauer on behalf of Creditor Righetti Ranch LP and Righetti NC, LLC mbreslauer@ecf.courtdrive.com, wyones@swsslaw.com
Michael G. Kasolas trustee@kasolas.net, CA30@ecfcbis.com,ecf.alert+Kasolas@titlexi.com
Michael H. Strub on behalf of Interested Party BlueMountain Capital Management, LLC mstrub@irell.com, mhstrub1@gmail.com
Michael I. Gottfried on behalf of Creditor Chico Rent-A-Fence MGottfried@elkinskalt.com, AAburto@elkinskalt.com
Michael J. Gomez on behalf of Creditor Lyles Utility Construction, LLC mgomez@frandzel.com, dmoore@frandzel.com
Michael K. Slattery on behalf of Creditor Ad Hoc California Public Entites Committee mslattery@lkfirm.com, rramirez@lkfirm.com
Michael P. Esser on behalf of Interested Party Calpine Corporation michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com
Michael R. Hogue on behalf of Creditor Cardno, Inc. hoguem@gtlaw.com, navarrom@gtlaw.com
Michael S. Etkin on behalf of Interested Party Public Employees Retirement Association of New Mexico metkin@lowenstein.com
Michael S. Myers on behalf of Creditor Discovery Hydrovac myersms@ballardspahr.com
Michael S. Neumeister on behalf of Creditor Ad Hoc Committee of Holders of Trade Claims MNeumeister@gibsondunn.com
Michael Thomas Krueger on behalf of Creditor ERM-West, Inc. michael.krueger@ndlf.com, Havilyn.lee@ndlf.com
Michael W. Goodin on behalf of Creditor XL Insurance America, Inc., etc. mgoodin@clausen.com, mgenova@clausen.com
Michael W. Malter on behalf of Creditor ChargePoint, Inc. michael@bindermalter.com
Michele Ellison on behalf of Creditor Camblin Steel Service, Inc. mellison@gibbsgiden.com, lrochelle@gibbsgiden.com
Mikal C. Watts on behalf of Creditor Certain Fire Damage Plaintiffs/Claimants Relating to the North Bay Fire Litigation of October 2017 and the Camp Fire Litigation mcwatts@wattsguerra.com, cwilson@wattsguerra.com
Mirco J. Haag on behalf of Creditor Bradley Tanks, Inc. mhaag@buchalter.com, dcyrankowski@buchalter.com
Miriam E. Hiser on behalf of Creditor Imerys Filtration Minerals, Inc., f/k/a Imerys Minerals California, Inc. mhiser@hiserlaw.com
Mitchell B. Greenberg on behalf of Creditor Fire Victims mgreenberg@abbeylaw.com, mmeroney@abbeylaw.com
Monique Jewett-Brewster on behalf of Interested Party The City of Oakland mjb@hopkinscarley.com, eamaro@hopkinscarley.com
Monique D. Almy on behalf of Creditor Nexant Inc. malmy@crowell.com
Morgan R. Hirst on behalf of stockholders PG&E Shareholders mhirst@jonesday.com, mmelvin@jonesday.com
Nancy Mitchell on behalf of Interested Party Department of Finance for the State of California nmitchell@omm.com
Nanette D. Sanders on behalf of Creditor Certain Fire Damage Plaintiffs/Claimants Relating to the North Bay Fire Litigation of October 2017 and the Camp Fire Litigation nanette@ringstadlaw.com, becky@ringstadlaw.com
Natalie Kathleen Sanders on behalf of Interested Party Black & Veatch Construction, Inc. natalie.sanders@bakerbotts.com
Nathan A. Schultz on behalf of Creditor MassMutual Life Insurance Company nschultz@goodwinlaw.com, kjarashow@goodwinlaw.com
Nathan Q. Rugg on behalf of Interested Party Adler Tank Rental and Mobile Modular nathan.rugg@bfkn.com, jean.montgomery@bfkn.com
Neil Jon Bloomfield on behalf of Creditor American Construction and Supply Inc. njbloomfield@njblaw.com, gklump@njblaw.com
Nicholas Wagner on behalf of Creditor Fire Victims kschemen@wagnerjones.com, bwagner@wagnerjones.com
Nicholas A. Carlin on behalf of Creditor Anthony Gantner nac@phillaw.com, rac@phillaw.com
Nicolas De Lancie on behalf of Interested Party SummerHill Homes, LLC ndelancie@jmbm.com
Nicole M. Zeiss on behalf of Interested Party Public Employees Retirement Association of New Mexico nzeiss@labaton.com
Office of the U.S. Trustee / SF USTPRegion17.SF.ECF@usdoj.gov
Omeed Latifi on behalf of Creditor Mirna Trettevik olatifi@theadlerfirm.com, kdeubler@theadlerfirm.com
Oren Buchanan Haker on behalf of Interested Party Avangrid Renewables, LLC, Klondike Wind Power III LLC, and Shiloh I Wind Project LLC oren.haker@stoel.com, rene.alvin@stoel.com
Ori Katz on behalf of Interested Party PG&E Holdco Group okatz@sheppardmullin.com, LSegura@sheppardmullin.com
Oscar Garza on behalf of Other Prof. Centerview Partners LLC ogarza@gibsondunn.com
Paige Boldt on behalf of Creditor Certain Fire Damage Plaintiffs/Claimants Relating to the North Bay Fire Litigation of October 2017 and the Camp Fire Litigation pboldt@wattsguerra.com, cwilson@wattsguerra.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Pamela Allen on behalf of Interested Party California Department of Industrial Relations pallen@dir.ca.gov
Patricia Savage on behalf of Creditor Ashley Duitsman psavesq@gmail.com, jodi.savage@gmail.com
Patrick C. Maxcy on behalf of Interested Party Horace Mann Property & Casualty Insurance Company patrick.maxcy@snrdenton.com
Paul F. Ready on behalf of Creditor Sarah Pazdan smeyer@farmerandready.com
Paul H. Zumbro on behalf of Debtor PG&E Corporation mao@cravath.com
Paul J. Laurin on behalf of Interested Party Energy Systems Group, LLC plaurin@btlaw.com, slmoore@btlaw.com
Paul J. Leeds on behalf of Creditor Garade LLC leedsp@higgslaw.com
Paul J. Pascuzzi on behalf of Creditor 35th District Agricultural Association ppascuzzi@ffwplaw.com, docket@ffwplaw.com
Paul M. Rosenblatt on behalf of Creditor Oldcastle Infrastructure, Inc. f/k/a Oldcastle Precast, Inc. and affiliates prosenblatt@kilpatricktownsend.com, mwilliams@kilpatricktownsend.com
Paul R. Gaus on behalf of Creditor Tim Messer Construction Inc. paul.gaus@mccormickbarstow.com
Paul R. Glassman on behalf of Creditor Johnson Controls, Inc. pglassman@sycr.com
Peter Friedman on behalf of Interested Party Department of Finance for the State of California pfriedman@omm.com
Peter Meringolo on behalf of Creditor Mount Veeder Springs LLC peter@pmrklaw.com
Peter C. Califano on behalf of Creditor CALAVERAS TELEPHONE COMPANY pcalifano@cwclaw.com
Peter J. Benvenutti on behalf of 3rd Pty Defendant Pacific Gas and Electric Company pbenvenutti@kbkllp.com
Peter R. Boutin on behalf of Creditor Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility peter.boutin@kyl.com, lara.joel@kyl.com
Peter S. Munoz on behalf of Creditor Lodi Gas Storage, L.L.P. pmunoz@reedsmith.com, gsandoval@reedsmith.com
Peter S. Partee, Sr. on behalf of Creditor Potrero Hills Energy Producers, LLC ppartee@huntonak.com, candonian@huntonak.com
Philip Anker on behalf of Creditor Canyon Capital Advisors LLC Philip.Anker@wilmerhale.com, whdocketing@wilmerhale.com
Philip S. Warden on behalf of Creditor Chevron Products Company a division of Chevron U.S.A. Inc. philip.warden@pillsburylaw.com, kathy.stout@pillsburylaw.com
Phillip K. Wang on behalf of Creditor Pivot Interiors, Inc. phillip.wang@rimonlaw.com
R. Alexander Pilmer on behalf of Interested Party Federal Monitor alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
R. Dale Ginter on behalf of Creditor Emmerson Investments, Inc. dginter@downeybrand.com
Randy Michelson on behalf of Defendant Public Employees Retirement Association of New Mexico randy.michelson@michelsonlawgroup.com
Randye B. Soref on behalf of Creditor Dignity Health and its Affiliates rsoref@polsinelli.com
Rebecca Suarez on behalf of Intervenor KES Kingsburg, L.P. rsuarez@crowell.com
Rebecca J. Winthrop on behalf of Creditor Adventist Health System/West and Feather River Hospital rebecca.winthrop@nortonrosefulbright.com, diana.cardenas@nortonrosefulbright.com
Rhonda Stewart Goldstein on behalf of Creditor The Regents of the University of California Rhonda.Goldstein@ucop.edu, Lissa.Ly@ucop.edu
Richard A. Chesley on behalf of Other Prof. FTI Consulting, Inc. richard.chesley@dlapiper.com, bill.countryman@dlapiper.com
Richard A. Lapping on behalf of Creditor GER Hospitality, LLC rich@trodellalapping.com
Richard A. Marshack on behalf of Creditor SLF Fire Victim Claimants rmarshack@marshackhays.com, rmarshack@ecf.courtdrive.com
Richard H. Golubow on behalf of Creditor Hoffman Southwest Corp. rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com
Richard L. Antognini on behalf of Requestor Richard Lawrence Antognini rlalawyer@yahoo.com, hallonaegis@gmail.com
Richard L. Gallagher on behalf of Interested Party Elliott Management Corporation richard.gallagher@ropesgray.com
Richard W. Esterkin on behalf of Creditor ARG Contact LLC richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com
Riley C. Walter on behalf of Attorney Aera Energy LLC ecf@W2LG.com
Risa Lynn Wolf-Smith on behalf of Creditor Diablo Winds, LLC rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com
Robert Berens on behalf of Creditor XL Specialty Insurance Company rberens@smtdlaw.com, sr@smtdlaw.com
Robert Sahyan on behalf of Interested Party Columbus Hill Capital Management, L.P. rsahyan@sheppardmullin.com, JNakaso@sheppardmullin.com
Robert A. Julian on behalf of Creditor Committee Official Committee of Tort Claimants rjulian@bakerlaw.com, hhammonturano@bakerlaw.com
Robert G. Harris on behalf of Creditor Almendariz Consulting, Inc. rob@bindermalter.com
Robert N.H. Christmas on behalf of Interested Party California Self-Insurers' Security Fund rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
Robert T. Kugler on behalf of Creditor Public Advocates Office at the California Public Utilities Commission robert.kugler@stinson.com
Roberto J. Kampfner on behalf of Interested Party San Diego Gas & Electric Company rkampfner@whitecase.com, mco@whitecase.com
Rocky C. Tsai on behalf of Interested Party Elliott Management Corporation rocky.tsai@ropesgray.com, matthew.haut@ropesgray.com
Rodney Allen Morris on behalf of Creditor United States of America Rodney.Morris2@usdoj.gov

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Roger F. Friedman on behalf of Creditor ARB, Inc. rfriedman@rutan.com, csolorzano@rutan.com
Ronald F. Berestka, Jr. on behalf of Creditor George Vlazakis rberestka@stonelawoffice.com, csepulveda@stonelawoffice.com
Ronald S. Beacher on behalf of Creditor SPCP Group, LLC rbeacher@pryorcashman.com
Ryan A. Witthans on behalf of Creditor Nor-Cal Pipeline Services rwitthans@fhlawllp.com
Samuel A. Khalil on behalf of Creditor Committee Official Committee Of Unsecured Creditors skhalil@milbank.com, jbrewster@milbank.com
Samuel A. Newman on behalf of Creditor McKinsey & Company, Inc. U.S. sam.newman@sidley.com, laefilingnotice@sidley.com
Samuel M. Kidder on behalf of Interested Party NextEra Energy Inc., et al. skidder@ktbslaw.com
Samuel R. Maizel on behalf of Creditor Southwire Company, LLC samuel.maizel@dentons.com, alicia.aguilar@dentons.com
Sblend A. Sblendorio on behalf of Interested Party Wilson Construction Company sas@hogefenton.com
Scott Esbin on behalf of Creditor SPCP Group, LLC sesbin@esbinalter.com
Scott Lee on behalf of Creditor RE Astoria LLC scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com
Scott Olson on behalf of Creditor Interstate Fire & Casualty Company solson@vedderprice.com, nortega@vedderprice.com
Scott H. McNutt on behalf of Examiner Bruce A Markell SMcNutt@ml-sf.com, csnell@ml-sf.com
Sean Nolan on behalf of Creditor Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company snolan@akingump.com, NYMCO@akingump.com
Sean T. Higgins on behalf of Creditor Agajanian, Inc. aandrews@andrewsthornton.com, shiggins@andrewsthornton.com
Shane Huang on behalf of Defendant Federal Energy Regulatory Commission shane.huang@usdoj.gov
Shawn M. Christianson on behalf of Creditor Oracle America, Inc. schristianson@buchalter.com
Shmuel Vasser on behalf of Interested Party State Farm Mutual Automobile Insurance Company shmuel.vasser@dechert.com, brett.stone@dechert.com
Shounak S. Dharap on behalf of Creditor Enrique Guzman ssd@arnslaw.com, mec@arnslaw.com
Stacey C. Quan on behalf of Creditor Tanforan Industrial Park, LLC squan@steyerlaw.com, pspencer@steyerlaw.com
Stacy H. Rubin on behalf of Creditor Realty Income Corporation rubins@ballardspahr.com, BKTDocket_West@ballardspahr.com
Stephen D. Finestone on behalf of Creditor Aggreko sfinestone@fhlawllp.com
Stephen E. Hessler, P.C. on behalf of Interested Party Federal Monitor jozette.chong@kirkland.com
Steven G. Polard on behalf of Creditor Creative Ceilings, Inc. spolard@eisnerlaw.com, calendar-lao@ropers.com
Steven J. Reisman on behalf of Interested Party Lazard Freres & Co. LLC sreisman@katten.com, nyc.bknotices@kattenlaw.com
Steven J. Skikos on behalf of Creditor Tommy Wehe sskikos@skikos.com, mmontoya@skikos.com
Steven M. Campora on behalf of Creditor Chippewa Pest Control, Inc. scampora@dbbwc.com, nlechuga@dbbwc.com
Steven M. Olson on behalf of Attorney Steven M. Olson smo@smolsonlaw.com
Stuart G. Gross on behalf of Creditor San Francisco Herring Association sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com
Sunny S. Sarkis on behalf of Counter-Defendant JH Kelly, LLC sunny.sarkis@stoel.com, dawn.forgeur@stoel.com
Tacie H. Yoon on behalf of Interested Party Renaissance Reinsurance Ltd. tyoon@crowell.com
Tambra Curtis on behalf of Creditor Sonoma County tambra.curtis@sonoma-county.org, Kristin.whalley@sonoma-county.org
Tanya Behnam on behalf of Creditor Marble Ridge Master Fund LP tbehnam@polsinelli.com, tanyabehnam@gmail.com
Thomas Melone on behalf of Interested Party Allco Finance Limited & Subsidiaries Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com
Thomas B. Rupp on behalf of 3rd Pty Defendant Pacific Gas and Electric Company trupp@kbkllp.com
Thomas C. Mitchell on behalf of Creditor EDF Renewables, Inc. tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com
Thomas E. McCurnin on behalf of Interested Party City of Morgan Hill tmccurnin@bkolaw.com, kescano@bkolaw.com
Thomas F. Koegel on behalf of Creditor AT&T Corp. tkoegel@crowell.com
Thomas G. Mouzes on behalf of Creditor Sonoma Clean Power Authority tmouzes@boutinjones.com, cdomingo@boutininc.com
Thomas M. Gaa on behalf of Creditor SALESFORCE.COM, INC. tgaa@bbslaw.com
Thomas R. Kreller on behalf of Attorney Milbank LLP tkreller@milbank.com
Thomas R. Phinney on behalf of Creditor Amador Water Agency tom@parkinsonphinney.com
Tiffany Strelow Cobb on behalf of Creditor Nuance Communications, Inc. tscobb@vorys.com
Timothy M. Flaherty on behalf of Creditor Petro-Canada America Lubricants, Inc. tflaherty@mpplaw.com
Timothy S. Laffredi on behalf of U.S. Trustee Office of the U.S. Trustee / SF timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov
Tobias S. Keller on behalf of Debtor PG&E Corporation tkeller@kbkllp.com
Todd Dressel on behalf of Interested Party Dominion Energy, Inc. tdressel@mcguirewoods.com, JTabisaura@mcguirewoods.com
Tracy Green on behalf of Creditor Quest Diagnostics Health & Wellness LLC tgreen@wendel.com, bankruptcy@wendel.com

The following persons/entities were sent notice through the court’s CM/ECF electronic mail (Email) system (continued)

Tracy L. Mainguy on behalf of Creditor Engineers and Scientists of California, Local 20, IFPTE tmainguy@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
Tyson Arbuthnot on behalf of Interested Party ACCO Engineered Systems, Inc. tarbuthnot@rjo.com, jyeung@rjo.com
Valerie Bantner Peo on behalf of Creditor Bradley Tanks, Inc. vbantnerpeo@buchalter.com
Victor A. Vilaplana on behalf of Creditor Michels Corporation vavilaplana@foley.com, rhurst@foley.com
W. Steven Bryant on behalf of Creditor International Brotherhood of Electrical Workers Local Union 1245 molly.batiste-debose@lockelord.com
Wayne A. Silver on behalf of Creditor Lewis & Tibbitts, Inc. w_silver@sbcglobal.net, ws@waynesilverlaw.com
William L. Porter on behalf of Creditor New West Partitions bporter@porterlaw.com, Ooberg@porterlaw.com
William M. Kaufman on behalf of Creditor Daleo Inc. wkaufman@smwb.com
William S. Lisa on behalf of Interested Party California Self-Insurers’ Security Fund wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com
William Thomas Lewis on behalf of Interested Party Fremont Bank wtl@roblewlaw.com, kimwrenn@msn.com
Xiyi Fu on behalf of Creditor Quanta Energy Services LLC jackie.fu@lockelord.com, taylor.warren@lockelord.com
Yosef Peretz on behalf of Creditor Cara Feneis skim@peretzlaw.com

TOTAL: 528

**Entered on Docket**
**August 11, 2020**
**EDWARD J. EMMONS, CLERK**
**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**




**Signed and Filed: August 11, 2020**

________________________________________
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

Bill Robins III, Esq. (SBN 296101)
Robert T. Bryson, Esq. (SBN 156953)
Rex Grady, Esq. (SBN 232236)
**ROBINS CLOUD LLP**
808 Wilshire Blvd., Suite 450
Santa Monica, California 90401
Telephone: (310) 929-4200
Facsimile: (310) 566-5900

Attorneys for Bankruptcy Claimants, STEPHEN PUTNAM HERRIN, individually and as Trustee of the DONALD E. RYCKMAN and ROSEMARY H. RYCKMAN REVOCABLE TRUST DATED FEBRUARY 25, 1999

Matthew W. Grimshaw, Esq. (SBN 210424)
**GRIMSHAW LAW GROUP, P.C.**
130 Newport Center Drive, Ste. 140
Newport Beach, California 92660
Telephone: (949) 734-0187
Facsimile: (208) 391-7860

Counsel for Robins Cloud LLP

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION and PACIFIC GAS AND ELECTRIC COMPANY<br><br>Debtors | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>ORDER AUTHORIZING WITHDRAWAL OF COUNSEL |

/ / /

/ / /

**ORDER PERMITTING THE ROBINS CLOUD FIRM TO WITHDRAW AS COUNSEL TO STEPHEN PUTNAM HERRIN, INDIVIDUALLY AND AS TRUSTEE OF THE DONALD E. RYCKMAN AND ROSEMARY H. RYCKMAN REVOCABLE TRUST**

Upon consideration of the motion (the "Motion") of Robins Cloud LLP ("Firm") to withdraw as counsel to Stephen Putnam Herrin, individually and on behalf of the Donald E. Ryckman and Rosemary H. Ryckman Revocable Trust Dated February 25, 1999, pursuant to Rule 11-5 (a); and adequate notice of the Motion having been given; and it appearing that no other or further notice is necessary; and the Court having jurisdiction to consider the Motion and the relief requested therein; and the Court having determined that the legal and factual grounds set forth in the Motion establish just cause for the relief requested in the Motion; and after due deliberation;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The Firm is permitted to withdraw as counsel to Stephen Putnam Herrin, individually and as Trustee of the Donald E. Ryckman and Rosemary H. Ryckman Revocable Trust Dated February 25, 1999 ("Trust").[1]

3. The withdrawal by the Firm as counsel is to be retroactive to the dates on which the two Claims in this matter were withdrawn, which are May 8, 2020 with respect to the Claim for the Trust (Claim No. 91749) and May 11, 2020 with respect to the Claim for Mr. Herrin (Claim No. 91428).

4. The Firm shall continue to forward documents regarding to Claim Nos. 91749 and 91428 to Mr. Herrin or the Trust, as applicable, until Mr. Herrin or the Trust appears in this matter (a) through new counsel or (b) in pro per.

*** END OF ORDER ***

[1] The Grimshaw Law Group, P.C. is not counsel to Mr. Herrin or the Trust.

COURT SERVICE LIST

Stephen Putnam Herrin
P.O. Box 646
Penngrove, CA 94951