WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Theodore E. Tsekerides (*pro hac vice*)
(theodore.tsekerides@weil.com)
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors and Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**REORGANIZED DEBTORS' RESPONSE TO CANYON CAPITAL ADVISORS LLC'S STATEMENT OF ISSUES AND DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**<br><br>**Relates to Docket Nos. 8448, 8614.** |

Pursuant to Rule 8009(a)(2) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), PG&E Corporation and Pacific Gas and Electric Company, as reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors**," as applicable) in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), submit this response to the July 31, 2020 filing by Canyon Capital Advisors LLC ("**Canyon Capital**" or "**Appellant**") of its *Statement of Issues and Designation of Items to be Included in the Record, and Certification Regarding Transcripts* [Dkt. No. 8614] (the "**Statement**") in connection with its appeal.[1]

## Response to Statement of Issues on Appeal

The issues on appeal are:

(1) Whether the appeal must be dismissed as untimely;

(2) Whether Appellant lacks standing to appeal if it did not file an objection to confirmation of the Plan or entry of the Confirmation Order, thus requiring that the appeal be dismissed;

(3) Whether the release, discharge, exculpation, and injunction provisions of the Plan and Confirmation Order bar Appellant from pursuing its appeal, and require that it be dismissed;

(4) Whether the Noteholder RSA bars Appellant, as a Consenting Noteholder under, and party to, the Noteholder RSA, from pursuing its appeal, and requires that it be dismissed; and

(5) Whether the Bankruptcy Court properly applied binding Ninth Circuit precedent in holding that, in a solvent debtor case, a general unsecured creditor receives postpetition interest on its claim at the Federal Judgment Rate.

## Designation of Record on Appeal

Pursuant to Bankruptcy Rule 8009, the Reorganized Debtors hereby designate the following additional items to be included in the record on appeal, which include all exhibits and addenda attached thereto and filed therewith and all documents incorporated by reference therein:

---

[1] Capitalized terms not otherwise defined herein have the meanings ascribed to them in the *Order Confirming Debtor's and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization dated June 19, 2020* [Dkt. No. 8053] (together with all related documents, attachments, and exhibits, the "**Confirmation Order**").

| Item | Filing Date | Dkt. No.[2] |
|---|---|---|
| Second Amended Verified Statement Of The Ad Hoc Committee Of Senior Unsecured Noteholders Pursuant To Bankruptcy Rule 2019 | October 21, 2019 | 4369 |
| Notice Of Withdrawal Of Chapter 11 Plan Of Reorganization Filed By The Ad Hoc Committee Of Senior Unsecured Noteholders | February 5, 2020 | 5644 |
| Notice of Appeal from Interlocutory Order Regarding Postpetition Interest of Ad Hoc Committee of Holders of Trade Claims | February 20, 2020 | 5844 |
| Motion of Ad Hoc Committee of Holders of Trade Claims for Leave to Appeal Order Regarding Postpetition Interest | February 20, 2020 | 5845 |
| Memorandum in Support of Motion of Ad Hoc Committee of Holders of Trade Claims for Leave to Appeal Order Regarding Postpetition Interest | February 20, 2020 | 5846 |
| Notice of Appeal to District Court and Statement of Election of the Official Committee of Unsecured Creditors | March 5, 2020 | 6097 |
| Cross-Motion of the Official Committee of Unsecured Creditors for Leave to Appeal Order Regarding Postpetition Interest | March 5, 2020 | 6101 |
| Notice of Appeal and Statement of Election by the Ad Hoc Committee of Senior Unsecured Noteholders Concerning Interlocutory Order Regarding Postpetition Interest | March 5, 2020 | 6103 |
| Cross-Motion of Administrative Agent for Leave to Appeal Order Regarding Postpetition | March 5, 2020 | 6120 |
| BOKF's Notice of Appeal and Election to Have Appeal Heard by District Court Concerning Order Regarding Postpetition Interest | March 5, 2020 | 6122 |
| BOKF's Cross-Motion for Leave to Appeal Order Regarding Postpetition Interest Filed by Interested Party BOKF | March 5, 2020 | 6124 |
| Disclosure Statement For Debtors' And Shareholder Proponents' Joint Chapter 11 Plan Of Reorganization | March 17, 2020 | 6353 |
| Plan Supplement in Connection With Joint Chapter 11 Plan of Reorganization | May 1, 2020 | 7037 |
| First Supplement to Plan Supplement in Connection With Joint Chapter 11 Plan of Reorganization | May 22, 202 | 7503 |
| Second Supplement to Plan Supplement in Connection With Joint Chapter 11 Plan of Reorganization | May 24, 2020 | 7563 |
| Third Supplement to Plan Supplement in Connection With Joint Chapter 11 Plan of Reorganization | June 2, 2020 | 7712 |
| Fourth Supplement to Plan Supplement in Connection With Joint Chapter 11 Plan of Reorganization | June 5, 2020 | 7810 |
| Fifth Supplement to Plan Supplement in Connection With Joint Chapter 11 Plan of Reorganization | June 8, 2020 | 7841 |

---

[2] Unless otherwise indicated, all references herein to "Dkt. No." shall be to the docket maintained in the above-captioned Chapter 11 Cases.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153-0119

| Item | Filing Date | Dkt. No.[2] |
|---|---|---|
| Sixth Supplement to Plan Supplement in Connection With Joint Chapter 11 Plan of Reorganization | June 10, 2020 | 7879 |
| Seventh Supplement to Plan Supplement in Connection With Joint Chapter 11 Plan of Reorganization | June 11, 2020 | 7894 |
| Eighth Supplement to Plan Supplement in Connection With Joint Chapter 11 Plan of Reorganization | June 12, 2020 | 7929 |
| Ninth Supplement to Plan Supplement in Connection With Joint Chapter 11 Plan of Reorganization | June 21, 2020 | 8057 |
| Tenth Supplement to Plan Supplement in Connection With Joint Chapter 11 Plan of Reorganization | July 10, 2020 | 8364 |
| Notice of Appeal and Statement of Election to Have Appeal Heard by District Court | July 17, 2020 | 8448 |
| Motion for Leave to Appeal Order Regarding Postpetition Interest | February 21, 2020 | ECF No. 3, 20-cv-01493-HSG |
| Response of Ad Hoc Committee of Senior Unsecured Noteholders, BOKF, NA, and the Ad Hoc Group of Subrogation Claim Holders in Opposition to Motion for Leave to Appeal Postpetition Interest | March 13, 2020 | ECF No. 31, 20-cv-01493-HSG |
| Debtors' Opposition to Motion for Leave to Appeal Order Regarding Postpetition Interest; Joinder of PG&E Shareholders | March 13, 2020 | ECF No. 32, 20-cv-01493-HSG |
| Reply in Support of Motion of Ad Hoc Committee of Holders of Trade Claims for Leave to Appeal Order Regarding Postpetition Interest | March 27, 2020 | ECF No. 48, 20-cv-01493-HSG |
| Reply of Citibank N.A., as Administrative Agent in Support of Cross-Motion for Leave to Appeal Order Regarding Postpetition Interest | March 27, 2020 | ECF No. 51, 20-cv-01493-HSG |
| Order Denying Motion for Leave to Appeal | April 14, 2020 | ECF No. 62, 20-cv-01493-HSG |

The Reorganized Debtors reserve all rights to designate additional items to include in the record or restate the issues presented on appeal.

Dated: August 14, 2020

**WEIL, GOTSHAL & MANGES LLP**

**KELLER BENVENUTTI KIM LLP**

By: _/s/ Theodore E. Tsekerides_
Theodore Tsekerides

*Attorneys for Debtors and Reorganized Debtors*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119