**LATHAM & WATKINS LLP**
Michael J. Reiss (#275021)
(michael.reiss@lw.com)
Ted A. Dillman (#258499)
(ted.dillman@lw.com)
355 S. Grand Ave., Suite 100
Los Angeles, CA 90071
Tel: (213) 485-1234
Fax: (213) 891-8763

*Special Counsel for the Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>- and –<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**CERTIFICATION OF NO OBJECTION REGARDING MONTHLY FEE STATEMENT OF LATHAM & WATKINS LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MARCH 1, 2020 THROUGH MAY 31, 2020**<br><br>Re: Dkt. No.: 8226<br><br>Objection Deadline: July 21, 2020<br>                          4:00 p.m. (Pacific Time) |

      On June 30, 2020, Latham & Watkins LLP ("**Latham**" or the "**Applicant**"), special counsel to PG&E Corporation and Pacific Gas and Electric Company (the "**Debtors**"), filed its

*Monthly Fee Statement of Latham & Watkins LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of March 1, 2020 through May 31, 2020* [Dkt. No. 8226] (the "**Second Monthly Fee Statement**"), pursuant to the *Order Pursuant to 11 U.S.C. §§ 331 and 105(a) and Fed. R. Bankr. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, entered on February 27, 2019 [Dkt. No. 701] (the "**Interim Compensation Procedures Order**").

The Second Monthly Fee Statement was served upon the Notice Parties referenced therein. The deadline to file responses or oppositions to the Second Monthly Fee Statement was July 21, 2020, and no oppositions or responses have been filed with the Court or received by the Applicant. Pursuant to the Interim Compensation Procedures Order, the Debtors are authorized to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Second Monthly Fee Statement upon the filing of this certification without the need for a further order of the Court. A summary of the fees and expenses sought by the Applicant is annexed hereto as **Exhibit A**.

**DECLARATION OF NO RESPONSE RECEIVED**

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that:

1. I am an attorney licensed to practice law in the State of California. I am a partner at the law firm of Latham & Watkins LLP, special counsel for the Debtors and am authorized to make this Declaration in that capacity. Except as otherwise indicated, all statements in this declaration are based on my personal knowledge, and, if called upon to do so, I could and would testify competently thereto.

2. I certify that I have reviewed the Court's docket in these Chapter 11 Cases and have not received any response or opposition to the Second Monthly Fee Statement.

3. This declaration was executed in Los Angeles, California.

Dated: August 14, 2020        **LATHAM & WATKINS LLP**

By:  /s/Michael J. Reiss
         Michael J. Reiss

*Special Counsel for Debtors and Debtors in Possession*

**EXHIBIT A**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Objection Deadline | Amount of Fees Authorized to be Paid (80%) | Amount of Expenses Authorized to be Paid (100%) | Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| 6/30/2020 [Dkt. No. 8226] | 03/1/20 – 05/31/20 | $1,723,968.50 | $9,372.11 | 07/21/2020 | $1,379,174.80 | $9,372.11 | $344,793.70 |