```
 1  BROWN RUDNICK LLP
    Joel S. Miliband (SBN 077438)
 2  (JMiliband@brownrudnick.com)
    2211 Michelson Drive
 3  Seventh Floor
    Irvine, California 92612
 4  Telephone:   (949) 752-7100
    Facsimile:   (949) 252-1514
 5
    BROWN RUDNICK LLP
 6  David J. Molton (SBN 262075)
    (DMolton@brownrudnick.com)
 7  Susan Sieger Grimm (pro hac vice forthcoming)
    (SSieger-Grimm@brownrudnick.com)
 8  Seven Times Square
    New York, New York 10036
 9  Telephone:   (212) 209-4800
    Facsimile:   (212) 209-4801
10
    Counsel to Fire Victim Trustee
11
```



**FILED**
AUG 14 2020
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

### UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| In re:<br><br>**PG&E CORPORATION,**<br><br>-and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 3:19-bk-030088 DM<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |
|---|---|

26  / / /

27  / / /

28  / / /

1

63824560 v2-WorkSiteUS-035945/0001

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Susan Sieger Grimm, an active member in good standing of the bar of the State of New York and admitted to practice before the United States Court of Appeals for the Fourth Circuit, the United States District Court for the Eastern District of Virginia, and the United States District Court for the Southern District of New York, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Hon. John K. Trotter (Ret.), as Trustee of the Fire Victim Trust ("The Trustee") in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

   Joel S. Miliband (SBN 077438), Brown Rudnick LLP, 2211 Michelson Drive, Seventh Floor, Irvine, CA 92612, phone: (949) 752-7100.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed August 13, 2020, at Bedford, New York.

                                                   _____
                                                   SUSAN SIEGER GRIMM

# Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## Susan Sieger Grimm

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on June 2, 1997, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Thereof, I have hereunto set my hand and affixed the seal of this court on
August 13, 2020

Clerk of the Court

5569

UNITED STATES
BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

\# 3066788 -- LB

August 14, 2020
11:26:08

PRO HAC VICE FEE
19-30088-DM11

Debtor.: PG&E CORPORATION
Judge..: DENNIS MONTALI
Amount.:
Check#.: 60435
$310.00 CH

Total-> $310.00

FROM: NORTHERN CALIFORNIA LEGAL SERV

BANKRUPTCY COURT

Name: PG&E

Case #: 19-30088

RECEIVED
AUG 14 2020
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA