FILED
AUG 14 2020
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

COPY
FAXED

**BROWN RUDNICK LLP**
Joel S. Miliband (SBN 077438)
(JMiliband@brownrudnick.com)
2211 Michelson Drive
Seventh Floor
Irvine, California 92612
Telephone: (949) 752-7100
Facsimile: (949) 252-1514

**BROWN RUDNICK LLP**
David J. Molton (SBN 262075)
(DMolton@brownrudnick.com)
Gerard T. Cicero (*pro hac vice forthcoming*)
(GCicero@brownrudnick.com)
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

*Counsel to Fire Victim Trustee*

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>-and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ **Affects PG&E Corporation**<br>☐ **Affects Pacific Gas and Electric Company**<br>☒ **Affects both Debtors**<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 3:19-bk-030088 DM<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

///

///

///

1

63824556 v1-WorkSiteUS-035945/0001

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Gerard T. Cicero, an active member in good standing of the bar of the State of New York, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Hon. John K. Trotter (Ret.), as Trustee of the Fire Victim Trust ("The Trustee") in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

    Joel S. Miliband (SBN 077438), Brown Rudnick LLP, 2211 Michelson Drive, Seventh Floor, Irvine, CA 92612, phone: (949) 752-7100.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: August 11, 2020

/s/ GERARD T. CICERO
GERARD T. CICERO

2



# State of New York
# Supreme Court, Appellate Division
# Third Judicial Department

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Gerard Thomas Cicero

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **22nd day of June, 2016**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **30th day of July, 2020**.

Robert D. Mayberger

Clerk

UNITED STATES
BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

# 3006678 - LB
* * C O P Y * *
August 14, 2020
11:28:16

PRO HAC VICE FEE
19-30088-DM11

Debtor..: PG&E CORPORATION
Judge...: DENNIS MONTALI
Amount..:
Check#..: 60445
                                $310.00 CH

Total-> $310.00

FROM: NORTHERN CALIFORNIA LEGAL SER

**BANKRUPTCY COURT**

Name: PG&E

Case #: 19-30088

V - INClosed

RECEIVED AUG 14 2020
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

RECEIVED AUG 14 2020
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA