

# Siller Construction Co.

WWW.SILLERCONSTRUCTION.COM

**FILED**
AUG 14 2020
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

8/3/2020

TO: US DISTRICT COURT-SAN FRANCISCO

450 GOLDEN GATE AVE

SAN FRANCISCO, CA 94102

FROM: SILLER CONSTRUCTION CO

1350 FRUITVALE DR

LINCOLN, CA 95648

This Letter is in regard to the checks being issued to Siller Construction Co in regard to the PACIFIC GAS AND ELECTRIC BK reorganization **BK CASE NO 19-30088.** The claims being paid to Siller Construction are being sent to the wrong address 1645 GREEN VALLEY ROAD IN YUBA CITY IS NOT THE CORRECT ADDRESS.

**Please update to send checks to**

1350 FRUITVALE RD

LINCOLN CA, 95648

Sincerely,

Melanie Siller

Siller Construction Co

SILLER CONSTRUCTION CO
110 GATEWAY # 250
LINCOLN, CA 95648-3307

RECEIVED
AUG 14 2020
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

US Bankruptcy
US District Court
450 Golden Gate Ave
San Francisco, Ca 94102