**Smart Wires Inc.**
3292 Whipple Road
Union City, CA 94587

**NOTICE OF CHANGE OF ADDRESS**

August 17, 2020

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119
Attn: Stephen Karotkin, Esq.

RE: Pacific Gas and Electric Company, Case No. 19-30089 – Proof of Claim number 108271, Claim Amount: $1,328,053.69

Dear Mr. Karoktin:

Effective immediately, all future payments, remittances, and disbursements concerning above-referenced claims should be sent to the following address:

**Smart Wires Inc.**
**3292** Whipple Road | Union City, CA | 94587
Attn: Alexandra Pressman

Please send all future distributions and correspondence to the address stated above. This change of address should also be reflected on the records and website for the claims agent Prime Clerk.

We have been informed that claim check #108271 was improperly mailed to 2013292 Whipple Road – Union City, CA 94587—an address which does not exist—on July 17, 2020. Stop payment has been formally requested and the new check should be mailed to **3292** Whipple Road, Union City, CA 94587. Thank you for your attention to this matter.

Very truly yours,
**Smart Wires Inc.**

By: _____
Name: Alexandra Pressman
Title: General Counsel
Telephone: 719.237.3022

CC:     Prime Clerk
        850 Third Avenue, Suite 412
        Brooklyn, NY 11232
        Re: PG&E

        United States Bankruptcy Court
        Northern District of California – San Francisco Division
        450 Golden Gate Avenue, 18th Floor
        San Francisco, CA 94102
        Attn: Edward J. Emmons, Clerk