WILMER CUTLER PICKERING HALE AND DORR LLP
Craig Goldblatt (admitted *pro hac vice*)
1875 Pennsylvania Ave., NW
Washington DC 20036
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

-and-

WILMER CUTLER PICKERING HALE AND DORR LLP
Lauren Lifland (admitted *pro hac vice*)
Allyson Pierce (SBN 325060)
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

*Attorneys for Comcast Cable Communications, LLC and all affiliates*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E Corporation,<br><br>-and-<br><br>Pacific Gas and Electric Company,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case No. 19-30088. | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 57791** |

**PLEASE TAKE NOTICE THAT**, by and through the undersigned counsel, and pursuant to Fed R. Bankr. P. 3006, creditor Comcast Cable Communications, LLC and all affiliates ("Comcast") hereby withdraws its Proof of Claim No. 57791 filed against PG&E Corporation and Pacific Gas and Electric Company on October 16, 2019 in the amount of $22,486.00. This Notice of Withdrawal does not withdraw or otherwise impact Claim Nos. 57788 and 104562 filed by Comcast, which claims remain outstanding and in full force and effect in these Chapter 11 Cases.

Dated: August 17, 2020

        WILMER CUTLER PICKERING HALE AND DORR LLP

            /s/ Craig Goldblatt
        Craig Goldblatt (admitted *pro hac vice*)
        1875 Pennsylvania Ave., NW
        Washington DC 20036
        Telephone: (202) 663-6000
        Facsimile: (202) 663-6363
        craig.goldblatt@wilmerhale.com

        -and-

        Lauren Lifland (admitted *pro hac vice*)
        Allyson Pierce (SBN 325060)
        WILMER CUTLER PICKERING HALE AND DORR LLP
        250 Greenwich Street
        New York, New York 10007
        Telephone: (212) 230-8800
        Facsimile: (212) 230-8888
        lauren.lifland@wilmerhale.com
        allyson.pierce@wilmerhale.com

        *Attorneys for COMCAST*