|   |   |
|---|---|
| UNITED STATES BANKRUPTCY COURT | |
| NORTHERN DISTRICT OF CALIFORNIA | |
| SAN FRANCISCO DIVISION | |

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Andrew G. Vignali, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On August 11, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by first class mail on the Notice Parties Service List attached hereto as **Exhibit A**:

- Notice of Filing of Transcript and Deadlines Related to Restriction and Redaction, a copy of which is attached hereto as **Exhibit B**.

3. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 17th day of August 2020, at New York, NY.

*/s/ Andrew G. Vignali*
Andrew G. Vignali

# Exhibit A

# Exhibit A
Notice Parties Service List
Served by First Class Mail

| NAME | NOTICE NAME | ADDRESS | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| Hogan Lovells US LLP | Attn: David P. Simonds | 1999 Avbenue of the Stars, Suite 1400 | Los Angeles | CA | 90067-6047 |
| Weil Gotshal and Manges, LLP | Attn: Richard W. Slack | 767 Fifth Ave. | New York | NY | 10153-0019 |
| Weil Gotshal and Manges, LLP | Attn: Stephen Karotkin | 767 Fifth Ave. | New York | NY | 10153-0019 |
| Wilmer Cutler Pickering Hale and Dorr LLP | Attn: Philip D. Anker | 250 Greenwich Street | New York | NY | 10007-2140 |

# **Exhibit B**

Form TRANSC

**UNITED STATES BANKRUPTCY COURT**
**California Northern Bankruptcy Court**

| | |
|---|---|
| **In re Debtor(s):**<br><br>PG&E Corporation | Case No.: 19–30088 DM 11<br>Chapter: 11 |

**NOTICE OF FILING OF TRANSCRIPT**
**AND DEADLINES RELATED TO RESTRICTION AND REDACTION**

A transcript of the proceeding held on August 7, 2020 at 9:30 AM was filed on August 10, 2020. The following deadlines apply:

The parties have until Monday, August 17, 2020 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is Monday, August 31, 2020.

If a request for redaction is filed, the redacted transcript is due Thursday, September 10, 2020.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is Monday, November 9, 2020, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber,

Jason Gottlieb
Attn: Jason Gottlieb, Dir. of Tran. Ops.
7227 N 16th St. #207
Phoenix, AZ 85020

or you may view the document at the clerk's office public terminal.

Dated: 8/12/20

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court