# U.S. Bankruptcy Court
## California Northern Bankruptcy Court (San Francisco)
## Bankruptcy Petition #: 19−30088

| | |
|---|---|
| | *Date filed:* 01/29/2019 |
| *Assigned to:* Judge Dennis Montali | *Plan confirmed:* 06/20/2020 |
| Chapter 11 | *341 meeting:* 04/29/2019 |
| Voluntary | *Deadline for filing claims:* 10/21/2019 |
| Asset | *Deadline for filing claims (govt.):* 10/21/2019 |

*Debtor*
**PG&E Corporation**
77 Beale Street
P.O. Box 770000
San Francisco, CA 94177
SAN FRANCISCO−CA
(929) 333−8977
Tax ID / EIN: 94−3234914

represented by **Max Africk**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000
*TERMINATED: 11/12/2019*

**Peter J. Benvenutti**
Keller Benvenutti Kim LLP
650 California St. 19th Fl.
San Francisco, CA 94108
(415) 364−6798
Email: pbenvenutti@kbkllp.com

**Kevin Bostel**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**Timothy G. Cameron**
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 8th Ave.
New York, NY 10019
(212) 474−1120

**Jared R. Friedmann**
Weil, Gotshal & Manges LLP
767 Fifth Ave.
New York, NY 10153
(212) 310−8000

**Andriana Georgallas**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**Stuart J. Goldring**
Weil, Gotshal & Manges LLP
767 Fifth Ave.
New York, NY 10153
(212) 310−8000

**Matthew Goren**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**David A. Herman**
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
212−474−1000

**Stephen Karotkin**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**Tobias S. Keller**
Keller Benvenutti Kim LLP
650 California St. #1900
San Francisco, CA 94108
(415) 796−0709
Email: tkeller@kbkllp.com

**Jane Kim**
Keller Benvenutti Kim LLP
650 California St, Suite 1900
San Francisco, CA 94108
(415) 364−6793
Email: jkim@kbkllp.com

**Katherine Kohn**
Groom Law Group, Chartered
1701 Pennsylvania Ave, NW #1200
Washington, DC 20006
(202) 861−2607
Email: kkohn@groom.com

**Kevin Kramer**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**David Levine**
Groom Law Group, Chartered
1701 Pennsylvania Ave, NW #1200
Washington, DC 20006
(202) 861−5436
Email: dnl@groom.com

**Dara Levinson Silveira**
Keller Benvenutti Kim LLP
650 California St. #1900
San Francisco, CA 94108
415−364−6793
Email: dsilveira@kbkllp.com

**Jessica Liou**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

212−310−8000

**Omid H. Nasab**
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
212−474−1000

**John Nolan**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**Kevin J. Orsini**
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
212−474−1000

**Thomas B. Rupp**
Keller Benvenutti Kim LLP
650 California Street, Suite 1900
San Francisco, CA 94108
415−636−9015
Email: trupp@kbkllp.com

**Bradley R. Schneider**
Munger Tolles and Olson LLP
350 S Grand Ave., 50th Fl.
Los Angeles, CA 90071
(213) 683−9100
Email: bradley.schneider@mto.com

**Ray C. Schrock**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**Richard W. Slack**
Weil Gotshal and Manges, LLP
767 Fifth Ave.
New York, NY 10153−0119
(212) 310−8000
Email: richard.slack@weil.com

**Theodore Tsekerides**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**Paul H. Zumbro**
Cravath, Swaine & Moore LLP
85 Eighth Avenue
New York, NY 10019
2124741000
Email: mao@cravath.com

*Responsible Ind*
**Jason P. Wells**

Senior Vice President
Chief Financial Officer PG&E Corporation
77 Beale St.
San Francisco, CA 94177
(929) 333−8977

*U.S. Trustee*
**Office of the U.S. Trustee / SF**
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05−0153
San Francisco, CA 94102
(415)705−3333

represented by **Jason Blumberg**
Office of the U.S. Trustee
501 I St. #7−500
Sacramento, CA 95814
(916) 930−2076
Email: jason.blumberg@usdoj.gov

**Cameron Gulden**
Office of the United States Trustee
300 Booth St., Room 3009
Reno, NV 89509
(775) 784−5335
Email: cameron.m.gulden@usdoj.gov

**Lynette C. Kelly**
Office of the United States Trustee
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05−0153
San Francisco, CA 94102
(415) 252−2065
Email: ustpregion17.oa.ecf@usdoj.gov

**Timothy S. Laffredi**
Office of the U. S. Trustee − San Jose
280 South 1 St., Suite 268
San Jose, CA 95113
(408) 535−5525
Email: timothy.s.laffredi@usdoj.gov

**Timothy S. Laffredi**
Office of the U.S. Trustee − SF
450 Golden Gate Ave.
Suite 05−0153
San Francisco, CA 94102
(415) 705−3333
Email: timothy.s.laffredi@usdoj.gov

**Marta Villacorta**
Office of the United States Trustee
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05−0153
San Francisco, CA 94102
(415) 252−2062
Email: marta.villacorta@usdoj.gov

*Creditor Committee*
**Official Committee Of Unsecured Creditors**

represented by **Paul S. Aronzon**
Milbank LLP
2029 Century Park East, 33rd Fl.
Los Angeles, CA 90067
(424) 386−4000
Email: paronzon@milbank.com

**James C. Behrens**
Milbank, LLP
2029 Century Park E, 33rd Fl.
Los Angeles, CA 90067

(424) 386−4436
Email: jbehrens@milbank.com

**Gregory A. Bray**
Milbank LLP
2029 Century Park East, 33rd Fl.
Los Angeles, CA 90067
(424) 386−4470
Email: gbray@milbank.com

**Erin Elizabeth Dexter**
Milbank LLP
1850 K St., NW, #1100
Washington, DC 20006
(202) 835−7500
Email: edexter@milbank.com

**Dennis F. Dunne**
Milbank, LLP
55 Hudson Yards
New York, NY 10001−2163
(212) 530−5000
Email: ddunne@milbank.com

**Samuel A. Khalil**
Milbank, LLP
55 Hudson Yards
New York, NY 10001−2163
(212) 530−5000
Email: skhalil@milbank.com

**Thomas R. Kreller**
Milbank LLP
2029 Century Park East, 33rd
Los Angeles, CA 90067
(424) 386−4463
Email: tkreller@milbank.com

**Andrew Michael Leblanc**
Milbank LLP
1850 K St., NW, #1100
Washington, DC 20006
(202) 835−7500
Email: ALeblanc@milbank.com

**Alan J. Stone**
Milbank LLP
55 Hudson Yards
New York, NY 10001
(212) 530−5000
Email: AStone@milbank.com

*Creditor Committee*                      represented by **Lauren T. Attard**
**Official Committee of Tort Claimants**                  Baker Hostetler LLP
                                                          11601 Wilshire Blvd. #1400
                                                          Los Angeles, CA 90025−0509
                                                          (310) 820−8800
                                                          Email: lattard@bakerlaw.com

                                                          **Chris Bator**
                                                          Baker & Hostetler LLP
                                                          127 Public Square #2000

Cleveland, OH 44114
(216) 621−0200
Email: cbator@bakerlaw.com

**Dustin M. Dow**
Baker & Hostetler LLP
127 Public Square #2000
Cleveland, OH 44114
(216) 621−0200
Email: ddow@bakerlaw.com

**Cecily Ann Dumas**
Baker and Hostetler LLP
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA 94111−2806
415−659−2600
Email: cdumas@bakerlaw.com

**Joseph M. Esmont**
Baker & Hostetler LLP
127 Public Sq., #2000
Cleveland, OH 44147
(216) 861−7835
Email: jesmont@bakerlaw.com

**Lars H. Fuller**
Baker & Hostetler LLP
1801 California St #4400
Denver, CO 80202
(303) 764−4114
Email: lfuller@bakerlaw.com

**Eric R. Goodman**
Baker & Hostetler LLP
Key Tower, 127 Public Sq., #2000
Cleveland, OH 44114−1214
(216) 621−0200
Email: egoodman@bakerlaw.com

**Elizabeth A. Green**
BakerHostetler LLP
200 S. Orange Ave. #2300
Orlando, FL 32801
(407) 649−4000
Email: egreen@bakerlaw.com

**Robert A. Julian**
Baker and Hostetler LLP
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA 94111−2806
(415) 569−2600
Email: rjulian@bakerlaw.com

**Elyssa S. Kates**
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
(212) 589−4227
Email: ekates@bakerlaw.com

**Kody D. L. Kleber**

Baker & Hostetler LLP
811 Main St., #1100
Houston, TX 77005
(713) 703−1315
Email: kkleber@bakerlaw.com

**John H. MacConaghy**
MacConaghy and Barnier
645 1st St. W #D
Sonoma, CA 95476
(707) 935−3205
Email: macclaw@macbarlaw.com

**Kimberly S. Morris**
Baker & Hostetler LLP
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA 94111
(415) 659−2600
Email: kmorris@bakerlaw.com

**David J. Richardson**
Baker & Hostetler, LLP
11601 Wilshire Blvd.,
14th Floor
Los Angeles, CA 90025
(310) 442−8858
Email: drichardson@bakerlaw.com

**David B. Rivkin, Jr.**
Baker and Hostetler LLP
1050 Connecticut Ave., N.W., #1100
Washington, DC 20036
(202) 861−1731
Email: drivkin@bakerlaw.com

**Jorian L. Rose**
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
(212) 589−4200
Email: jrose@bakerlaw.com

**Eric E. Sagerman**
Baker and Hostetler LLP
11601 Wilshire Blvd. #1400
Los Angeles, CA 90025
(310) 442−8875
Email: esagerman@bakerlaw.com

**Catherine E. Woltering**
Baker & Hostetler LLP
Key Tower, 127 Public Sq., #2000
Cleveland, OH 44114−1214
(614) 462−2677
Email: cwoltering@bakerlaw.com
*TERMINATED: 04/01/2020*

| Filing Date | # | Docket Text |
|---|---|---|
| 07/31/2020 | 8614 | |

| | | | |
|---|---|---|---|
| | | | Statement of Issues on Appeal,*CANYON CAPITAL ADVISORS LLCS STATEMENT OF ISSUES AND DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD, AND CERTIFICATION REGARDING TRANSCRIPTS* (RE: related document(s)8448 Notice of Appeal filed by Creditor Canyon Capital Advisors LLC). Filed by Creditor Canyon Capital Advisors LLC (Murphy, Bennett) (Entered: 07/31/2020) |
| 08/14/2020 | | 8772 | Appellee Designation of Contents for Inclusion in Record of Appeal *Reorganized Debtors' Response to Canyon Capital Advisors LLC's Statement of Issues and Designation of Additional Items to be Included in the Record on Appeal* (RE: related document(s)8448 Notice of Appeal filed by Creditor Canyon Capital Advisors LLC). Filed by Debtor PG&E Corporation (Rupp, Thomas) (Entered: 08/14/2020) |

1  BENNETT MURPHY (*SBN 174536*)
      bennettmurphy@quinnemanuel.com
2  JENNIFER NASSIRI (*SBN 209796*)
      jennifernassiri@quinnemanuel.com
3  QUINN EMANUEL URQUHART &
   SULLIVAN LLP
4  865 S. Figueroa Street, 10th Floor
   Los Angeles, CA 90017
5  Telephone: 213.443.3000
   Facsimile:213.443.3100
6
   *Attorneys for Canyon Capital Advisors LLC*
7

8                 UNITED STATES BANKRUPTCY COURT

9       NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10

11

12  | In re | Bankruptcy Case No. 19-30088 (DM) |
    | PG&E Corporation | Chapter 11 |

13  - and -

    (Lead Case)

14  PACIFIC GAS AND ELECTRIC
    COMPANY,                                     (Jointly Administered)

15  Debtors.                                     District Case No. 20-cv-04949-HSG

16  □ Affects PG&E Corporation                   **CANYON CAPITAL ADVISORS LLC'S**
    □ Affects Pacific Gas and Electric Company   **STATEMENT OF ISSUES AND**
17                                               **DESIGNATION OF ITEMS TO BE**
    x Affects both Debtors                       **INCLUDED IN THE RECORD, AND**
18  *All papers should be filed in the Lead Case,* **CERTIFICATION REGARDING**
    *No 19-30088 (DM)*                           **TRANSCRIPTS**
19

20  CANYON CAPITAL ADVISORS LLC,

21         Appellant
    v.
22  PG&E CORPORATION, et al.,

23         Appellees.

24

25

26

27

28

NOTICE IS HEREBY GIVEN that Canyon Capital Advisors LLC, acting on behalf of its managed funds and accounts ("Canyon" or "Appellant") hereby provides, pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, the following statement of issues, designation of items to be included in the record, and certificate regarding transcripts in connection with Appellant's *Notice of Appeal and Statement of Election to Have Appeal Heard by District Court* [D.I. 8448] (the "Notice of Appeal"). As set forth in the Notice of Appeal, Appellant appeals from (i) the *Order Confirming Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020* [D.I. 8053] entered on June 20, 2020 (the "Confirmation Order") and (ii) the related *Memorandum Decision – Confirmation of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization* [D.I. 8001] entered on June 17, 2020 (the "Confirmation Memorandum" and, together with the Confirmation Order, the "Confirmation Order and Memorandum") by the United States Bankruptcy Court for the Northern District of California (the "Bankruptcy Court"). The Confirmation Memorandum incorporates by reference the Bankruptcy Court's prior decisions in (x) the *Interlocutory Order Regarding Postpetition Interest* [D.I. 5669] entered on February 6, 2020 (the "PPI Order") and (y) the related *Memorandum Decision Regarding Postpetition Interest* [D.I. 5226] entered on December 30, 2019 (the "PPI Memorandum" and, together with the PPI Order, the "PPI Order and Memorandum"). Appellant specifically appeals from the Bankruptcy Court's ruling in the PPI Order and Memorandum as incorporated into the Confirmation Order and Memorandum.

## **STATEMENT OF ISSUES ON APPEAL**

Did the Bankruptcy Court err in ruling that the amount of post-petition interest owed on account of unsecured claims that are treated as unimpaired in the Chapter 11 plan of a solvent debtor must be determined using the federal judgment rate?

1       If the Bankruptcy Court erred in its ruling, is the amount of post-petition interest owed by
2  the Debtors[1] on account of Appellant's[2] Claims to be determined using the interest rate set forth in
3  the documentation for Appellants's Claims?

4       If the amount of post-petition interest owed by the Debtors on account of Appellant's Claims
5  is to be determined using the interest rate set forth in the documentation for Appellant's Claims,
6  should it be the default or non-default rate?

7       If the amount of post-petition interest owed on account of Appellant's Claims as of the
8  Effective Date was greater than the amount of post-petition interest that was distributed on account
9  of Appellant's Claims on the Effective Date, should Reorganized HoldCo or Reorganized Utility,
10  as applicable, be required to pay the additional amount owed?

11       Is this appeal moot by reason of the occurrence of the Effective Date?

12       Do any of the releases, exculpations and injunctions contained in the Plan or the
13  Confirmation Order, or any terms of the Noteholder RSA, in any way affect this appeal or the
14  remedies available to the Court?

## **DESIGNATION OF RECORD ON APPEAL**

16       Appellant hereby designates the following items to be included in the record on appeal,
17  which includes all exhibits and addenda attached thereto and filed therewith and all documents
18  incorporated by reference therein:

| Item | Filing Date | Docket No.[3] |
|---|---|---|
| Amended Declaration of Jason P. Wells in Support of First Day Motions and Related Relief | Feb. 1, 2019 | 263 |

---

[1]  Capitalized terms not defined herein have the meaning set forth in the Debtors' and Shareholder Proponents' Joint Plan of Chapter 11 Reorganization Dated March 16, 2020, as amended (the "Plan") [D.I. 1-3, Ex. A].

[2]  "Appellant's Claims" means the Claims of the managed funds and accounts on whose behalf Canyon Capital Advisors LLC appeared in the relevant proceedings in Bankruptcy Court and in this appeal.

[3]  Unless otherwise indicated, all references herein to "Docket No." shall be to the docket maintained in the above-captioned chapter 11 cases.

| | | |
|---|---|---|
| Schedule E/F: Creditors Who Have Unsecured Claims For Non-Individual Debtor PG&E Corporation | Mar. 14, 2019 | 900 |
| Schedule E/F: Creditors Who Have Unsecured Claims For Non-Individual Debtor Pacific Gas and Electric Company | Mar. 14, 2019 | 906 |
| Debtors' Joint Chapter 11 Plan of Reorganization | Sept. 9, 2019 | 3841 |
| Debtors' First Amended Joint Chapter 11 Plan of Reorganization | Sept. 23, 2019 | 3966 |
| Verified Statement of Ad Hoc Committee of Holders of Trade Claims Pursuant to Bankruptcy Rule 2019 | Oct. 16, 2019 | 4214 |
| Order Establishing Pre-Confirmation Briefing and Hearing Schedule for Certain Legal Issues | Oct. 31, 2019 | 4540 |
| Debtors' Joint Chapter 11 Plan of Reorganization Dated November 4, 2019 | Nov. 4, 2019 | 4563 |
| Debtors' Brief Regarding Applicable Rate of Postpetition Interest on Allowed Unsecured Claims and Joinder of PG&E Shareholders (the "Debtors' Opening Brief") | Nov. 8, 2019 | 4624 |
| Consolidated Edison Development Inc.'s Reservation of Rights Regarding Postpetition Interest on Unsecured Claims | Nov. 8, 2019 | 4625 |
| Consolidated Opening Brief of the Official Committee of Unsecured Creditors and Other Creditor Groups and Representatives Regarding the Appropriate Postpetition Interest Rate Payable on Unsecured Claim in a Solvent Debtor Case (the "Creditor Groups' Opening Brief") | Nov. 8, 2019 | 4634 |

| | | |
|---|---|---|
| Joinder in Consolidated Opening Brief of the Official Committee of Unsecured Creditors and Other Creditor Groups and Representatives Regarding the Appropriate Postpetition Interest Rate Payable on Unsecured Claims in a Solvent Debtor Case | Nov. 8, 2019 | 4636 |
| Reservation of Rights of the Ad Hoc Group of Subrogation Claim Holders Regarding the Appropriate Postpetition Interest Rate Payable on Unsecured Claims in a Solvent Debtor Case | Nov. 22, 2019 | 4840 |
| Debtors' Brief in Opposition to Consolidated Opening Brief of Unsecured Creditors and Other Creditor Groups and Representatives Regarding the Appropriate Postpetition Interest Rate Payable on Unsecured Claims in a Solvent Debtor Case; Joinder of PG&E Shareholders (the "Debtors' Responsive Brief" and, together with the Debtors' Opening Brief, the "Debtors' Briefs") | Nov. 22, 2019 | 4849 |
| Consolidated Reply Brief of the Official Committee of Unsecured Creditors and Other Creditor Groups and Representatives Regarding the Appropriate Postpetition Interest Rate Payable on Unsecured Claims in a Solvent Debtor Case (the "Creditor Groups' Responsive Brief" and, together with the Creditor Groups' Opening Brief, the "Creditor Groups' Briefs") | Nov. 22, 2019 | 4855 |
| Letter Dated Dec. 5, 2019 in Support of Creditor Groups' Briefs | Dec. 5, 2019 | 5003 |
| Letter Dated Dec. 6, 2019 in Support of Debtors' Briefs | Dec. 6, 2019 | 5018 |
| Memorandum Decision Regarding Postpetition Interest | Dec. 30, 2019 | 5226 |
| First Amended Verified Statement of Ad Hoc Committee of Holders of Trade Claims Pursuant to Bankruptcy Rule 2019 | Dec. 10, 2019 | 5060 |

| | | |
|---|---|---|
| Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated December 12, 2019 | Dec. 12, 2019 | 5101 |
| DOCKET TEXT ORDER (no separate order issued:) For the Make-Whole Optional Redemption issue arguments on January 14, 2020, at 10:00 AM, Debtors and the joining Shareholders will have a total of one hour, including time for rebuttal, to be shared as their counsel agree. The opposing creditor groups will also have one hour, to be shared as their counsel agree. At the conclusion of the hearing the court would like counsel to be prepared to address the questions raised in the Memorandum Decision regarding Postpetition Interest (Dkt. No. 5226), namely whether orders disposing of that issue and the Make-Whole issue should be certified for direct appeal to the court of appeal, certified as final under FRCP 54(b), or both, or neither. (RE: related document(s)[4896] Support Brief/Memorandum filed by Debtor PG&E Corporation). (Montali, Dennis) | Jan. 9, 2020 | N/A |
| Trade Committee's Statement in Connection with January 29, 2020 Status Conference | Jan. 27, 2020 | 5517 |
| Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 for Entry of an Order (I) Approving and Authorizing the Debtors to Enter into Restructuring Support Agreement with Consenting Noteholders and Shareholder Proponents and (II) Granted Related Relief | Jan. 27, 2020 | 5519 |
| Declaration Of Jason P. Wells In Support Of Debtors' Motion Pursuant To 11 U.S.C. §§ 363(B) And 105(A) And Fed. R. Bankr. P. 6004 And 9019 For Entry Of An Order (I) Approving And Authorizing The Debtors To Enter Into Restructuring Support Agreement With Consenting | Jan. 27, 2020 | 5520 |

| | | |
|---|---|---|
| Noteholders And Shareholder Proponents, And (Ii) Granting Related Relief | | |
| William B. Abrams Objection to Debtors' Motion Pursuant to 11 U.S.C. §§ 363(B) And 105(A) And Fed. R. Bankr. P. 6004 And 9019 For Entry Of An Order (I) Approving And Authorizing The Debtors To Enter Into Restructuring Support Agreement With Consenting Noteholders And Shareholder Proponents, And (Ii) Granting Related Relief [Dkt. 5519] | Jan. 31, 2020 | 5576 |
| Statement And Reservation Of Rights Of Administrative Agent In Response To Debtors' Motion For Approval Of Restructuring Support Agreement | Jan. 31, 2020 | 5581 |
| Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated January 31, 2020 | Jan. 31, 2020 | 5590 |
| Statement And Reservation Of Rights Of The Official Committee Of Unsecured Creditors Regarding The Noteholder RSA Motion | Feb. 3, 2020 | 5595 |
| Limited Objection of the Ad Hoc Committee of Holders of Trade Claims to Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 for Entry of an Order (I) Approving and Authorizing the Debtors to Enter into Restructuring Support Agreement with Consenting Noteholders and Shareholder Proponents and (II) Granted Related Relief | Feb. 3, 2020 | 5596 |

| | | |
|---|---|---|
| Statement Of Bokf, Na As Indenture Trustee In Support Of Debtors' Motion Pursuant To 11 U.S.C. §§ 363(B) And 105(A) And Fed. R. Bankr. P. 6004 And 9019 For Entry Of An Order (I) Approving And Authorizing The Debtors To Enter Into Restructuring Support Agreement With Consenting Noteholders And Shareholder Proponents, And (Ii) Granting Related Relief. | Feb. 3, 2020 | 5597 |
| Reservation Of Rights Re: Debtors' Motion Pursuant To 11 U.S.C. 363(B) And 105(A) And Fed. R. Bankr. P. 6004 And 9019 For Entry of An Order (I) Approving And Authorizing The Debtors To enter Into Restructuring support Agreement With consenting Noteholders And shareholder Proponents, And (II)Granting Related Relief. | Feb. 3, 2020 | 5602 |
| Order Pursuant To 11 U.S.C. §§ 363(B) And 105(A) And Fed. R. Bankr. P. 6004 And 9019 (I) Approving And Authorizing The Debtors To Enter Into Restructuring Support Agreement With Consenting Noteholders And Shareholder Proponents, And (II) Granting Related Relief | Feb. 5, 2020 | 5637 |
| Interlocutory Order Regarding Postpetition Interest | Feb. 6, 2020 | 5669 |
| Objection of the Ad Hoc Committee of Holders of Trade Claims to the Proposed Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization | March 6, 2020 | 6152 |
| Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 9, 2020 | March 9, 2020 | 6217 |
| Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020 | March 16, 2020 | 6320 |

| | | |
|---|---|---|
| Reservation of Rights and Limited Objection to Confirmation of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization, Dated March 16, 2020 | May 15, 2020 | 7221 |
| Objection of the Ad Hoc Committee of Holders of Trade Claims to Confirmation of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020 | May 15, 2020 | 7288 |
| Teichert Pipelines' Objection to Proposed Cure Amount | May 15, 2020 | 7289 |
| Limited Objection of the Official Committee of Unsecured Creditors to Plan Confirmation | May 15, 2020 | 7300 |
| Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated May 22, 2020 | May 22, 2020 | 7521 |
| Plan Proponents' Joint Memorandum of Law and Omnibus Response in Support of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization | May 22, 2020 | 7528 |
| Notice of Filing of Debtors' and Shareholder Proponents' Updated Objection Summary Chart | June 5, 2020 | 7793 |
| Memorandum Decision – Confirmation of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization | June 17, 2020 | 8001 |
| Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020 | June 19, 2020 | 8048 |
| Order Confirming Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020 | June 20, 2020 | 8053 |
| *Onink v. Cardelucci (In re Cardelucci)*, 286 F.3d 1231 (9th Cir. 2002) | N/A | N/A |

| Hearing Transcripts | Filing Date | Docket No. |
|---|---|---|
| Transcript of Aug. 13, 2019 Hearing | Aug. 14, 2019 | 3540 |
| Transcript of Sept. 24, 2019 Hearing | Sept. 25, 2019 | 4003 |
| Transcript of Oct. 7, 2019 Hearing | Oct. 8, 2019 | 4162 |
| Transcript of Oct. 23, 2019 Hearing | Oct. 24, 2019 | 4467 |
| Transcript of Dec. 11, 2019 Hearing | Dec. 12, 2019 | 5085 |
| Transcript of Hearing at Jan. 29, 2020 at 10:00 a.m. (PST) | Jan. 30, 2020 | 5562 |
| Transcript of Hearing at Jan. 29, 2020 at 1:30 p.m. (PST) | Jan. 30, 2020 | 5563 |
| Transcript of Feb. 4, 2020 Hearing | Feb. 5, 2020 | 5634 |
| Transcript of May 27, 2020 Hearing | May 28, 2020 | 7637 |
| Transcript of May 28, 2020 Hearing | May 29, 2020 | 7665 |
| Transcript of May 29, 2020 Hearing | June 1, 2020 | 7701 |
| Transcript of June 1, 2020 Hearing | June 2, 2020 | 7710 |
| Transcript of June 3, 2020 Hearing | June 4, 2020 | 7784 |
| Transcript of June 4, 2020 Hearing | June 5, 2020 | 7809 |
| Transcript of June 5, 2020 Hearing | June 9, 2020 | 7843 |
| Transcript of June 8, 2020 Hearing | June 10, 2020 | 7869 |
| Transcript of June 11, 2020 Hearing | June 12, 2020 | 7932 |
| Transcript of June 16, 2020 Hearing | June 17, 2020 | 7984 |
| Transcript of June 19, 2020 Hearing | June 22, 2020 | 8066 |

Appellant reserves the right to designate additional items for inclusion in the record and/or restate issues presented on appeal.

# CERTIFICATE REGARDING TRANSCRIPTS

Appellant certifies pursuant to Bankruptcy Rule 8009(b)(1) that it is not ordering any transcripts. All transcripts have been prepared, are filed on the docket, and have been designated in the record.

DATED: July 31, 2020

**QUINN EMANUEL URQUHART & SULLIVAN LLP**

By: */s/ Bennett Murphy*
Bennett Murphy
Jennifer Nassiri

*Attorneys for Canyon Capital Advisors LLC*

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Theodore E. Tsekerides (*pro hac vice*)
(theodore.tsekerides@weil.com)
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors and Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                         **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**REORGANIZED DEBTORS' RESPONSE TO CANYON CAPITAL ADVISORS LLC'S STATEMENT OF ISSUES AND DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**<br><br>**Relates to Docket Nos. 8448, 8614.** |

Pursuant to Rule 8009(a)(2) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), PG&E Corporation and Pacific Gas and Electric Company, as reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors,**" as applicable) in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), submit this response to the July 31, 2020 filing by Canyon Capital Advisors LLC ("**Canyon Capital**" or "**Appellant**") of its *Statement of Issues and Designation of Items to be Included in the Record, and Certification Regarding Transcripts* [Dkt. No. 8614] (the "**Statement**") in connection with its appeal.[1]

### Response to Statement of Issues on Appeal

The issues on appeal are:

(1) Whether the appeal must be dismissed as untimely;

(2) Whether Appellant lacks standing to appeal if it did not file an objection to confirmation of the Plan or entry of the Confirmation Order, thus requiring that the appeal be dismissed;

(3) Whether the release, discharge, exculpation, and injunction provisions of the Plan and Confirmation Order bar Appellant from pursuing its appeal, and require that it be dismissed;

(4) Whether the Noteholder RSA bars Appellant, as a Consenting Noteholder under, and party to, the Noteholder RSA, from pursuing its appeal, and requires that it be dismissed; and

(5) Whether the Bankruptcy Court properly applied binding Ninth Circuit precedent in holding that, in a solvent debtor case, a general unsecured creditor receives postpetition interest on its claim at the Federal Judgment Rate.

### Designation of Record on Appeal

Pursuant to Bankruptcy Rule 8009, the Reorganized Debtors hereby designate the following additional items to be included in the record on appeal, which include all exhibits and addenda attached thereto and filed therewith and all documents incorporated by reference therein:

---

[1] Capitalized terms not otherwise defined herein have the meanings ascribed to them in the *Order Confirming Debtor's and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization dated June 19, 2020* [Dkt. No. 8053] (together with all related documents, attachments, and exhibits, the "**Confirmation Order**").

| Item | Filing Date | Dkt. No.[2] |
|------|-------------|---------|
| Second Amended Verified Statement Of The Ad Hoc Committee Of Senior Unsecured Noteholders Pursuant To Bankruptcy Rule 2019 | October 21, 2019 | 4369 |
| Notice Of Withdrawal Of Chapter 11 Plan Of Reorganization Filed By The Ad Hoc Committee Of Senior Unsecured Noteholders | February 5, 2020 | 5644 |
| Notice of Appeal from Interlocutory Order Regarding Postpetition Interest of Ad Hoc Committee of Holders of Trade Claims | February 20, 2020 | 5844 |
| Motion of Ad Hoc Committee of Holders of Trade Claims for Leave to Appeal Order Regarding Postpetition Interest | February 20, 2020 | 5845 |
| Memorandum in Support of Motion of Ad Hoc Committee of Holders of Trade Claims for Leave to Appeal Order Regarding Postpetition Interest | February 20, 2020 | 5846 |
| Notice of Appeal to District Court and Statement of Election of the Official Committee of Unsecured Creditors | March 5, 2020 | 6097 |
| Cross-Motion of the Official Committee of Unsecured Creditors for Leave to Appeal Order Regarding Postpetition Interest | March 5, 2020 | 6101 |
| Notice of Appeal and Statement of Election by the Ad Hoc Committee of Senior Unsecured Noteholders Concerning Interlocutory Order Regarding Postpetition Interest | March 5, 2020 | 6103 |
| Cross-Motion of Administrative Agent for Leave to Appeal Order Regarding Postpetition | March 5, 2020 | 6120 |
| BOKF's Notice of Appeal and Election to Have Appeal Heard by District Court Concerning Order Regarding Postpetition Interest | March 5, 2020 | 6122 |
| BOKF's Cross-Motion for Leave to Appeal Order Regarding Postpetition Interest Filed by Interested Party BOKF | March 5, 2020 | 6124 |
| Disclosure Statement For Debtors' And Shareholder Proponents' Joint Chapter 11 Plan Of Reorganization | March 17, 2020 | 6353 |
| Plan Supplement in Connection With Joint Chapter 11 Plan of Reorganization | May 1, 2020 | 7037 |
| First Supplement to Plan Supplement in Connection With Joint Chapter 11 Plan of Reorganization | May 22, 202 | 7503 |
| Second Supplement to Plan Supplement in Connection With Joint Chapter 11 Plan of Reorganization | May 24, 2020 | 7563 |
| Third Supplement to Plan Supplement in Connection With Joint Chapter 11 Plan of Reorganization | June 2, 2020 | 7712 |
| Fourth Supplement to Plan Supplement in Connection With Joint Chapter 11 Plan of Reorganization | June 5, 2020 | 7810 |
| Fifth Supplement to Plan Supplement in Connection With Joint Chapter 11 Plan of Reorganization | June 8, 2020 | 7841 |

---

[2] Unless otherwise indicated, all references herein to "Dkt. No." shall be to the docket maintained in the above-captioned Chapter 11 Cases.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| Item | Filing Date | Dkt. No.[2] |
|------|-------------|-------------|
| Sixth Supplement to Plan Supplement in Connection With Joint Chapter 11 Plan of Reorganization | June 10, 2020 | 7879 |
| Seventh Supplement to Plan Supplement in Connection With Joint Chapter 11 Plan of Reorganization | June 11, 2020 | 7894 |
| Eighth Supplement to Plan Supplement in Connection With Joint Chapter 11 Plan of Reorganization | June 12, 2020 | 7929 |
| Ninth Supplement to Plan Supplement in Connection With Joint Chapter 11 Plan of Reorganization | June 21, 2020 | 8057 |
| Tenth Supplement to Plan Supplement in Connection With Joint Chapter 11 Plan of Reorganization | July 10, 2020 | 8364 |
| Notice of Appeal and Statement of Election to Have Appeal Heard by District Court | July 17, 2020 | 8448 |
| Motion for Leave to Appeal Order Regarding Postpetition Interest | February 21, 2020 | ECF No. 3, 20-cv-01493-HSG |
| Response of Ad Hoc Committee of Senior Unsecured Noteholders, BOKF, NA, and the Ad Hoc Group of Subrogation Claim Holders in Opposition to Motion for Leave to Appeal Postpetition Interest | March 13, 2020 | ECF No. 31, 20-cv-01493-HSG |
| Debtors' Opposition to Motion for Leave to Appeal Order Regarding Postpetition Interest; Joinder of PG&E Shareholders | March 13, 2020 | ECF No. 32, 20-cv-01493-HSG |
| Reply in Support of Motion of Ad Hoc Committee of Holders of Trade Claims for Leave to Appeal Order Regarding Postpetition Interest | March 27, 2020 | ECF No. 48, 20-cv-01493-HSG |
| Reply of Citibank N.A., as Administrative Agent in Support of Cross-Motion for Leave to Appeal Order Regarding Postpetition Interest | March 27, 2020 | ECF No. 51, 20-cv-01493-HSG |
| Order Denying Motion for Leave to Appeal | April 14, 2020 | ECF No. 62, 20-cv-01493-HSG |

The Reorganized Debtors reserve all rights to designate additional items to include in the record or restate the issues presented on appeal.

Dated: August 14, 2020

**WEIL, GOTSHAL & MANGES LLP**

**KELLER BENVENUTTI KIM LLP**

By: _/s/ Theodore E. Tsekerides_
Theodore Tsekerides

*Attorneys for Debtors and Reorganized Debtors*