DOWNEY BRAND LLP
JAMIE P. DREHER (Bar No. 209380)
JOSEPH K. LITTLE (Bar No. 322179)
Email: jdreher@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone: 916.444.1000
Facsimile: 916.444.2100

Attorneys for Connie Sosnoff,
Granate Sosnoff, and Naywon Zimmer

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E Corporation,<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>[ ] Affects PG&E Corporation<br>[ ] Affects Pacific Gas and Electric Company<br>[x] Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088-DM, | Case No. 19-30088-DM<br><br>Chapter 11<br>Lead Case, Jointly Administered<br><br>**DECLARATION OF CONNIE SOSNOFF IN SUPPORT OF MOTION PURSUANT TO FED. R. BANKR. P. 9006(b)(1) TO ENLARGE THE TIME FOR CONNIE SOSNOFF, GRANATE SOSNOFF, AND NAYWON ZIMMER TO FILE PROOF OF CLAIM**<br><br>Date: September 8, 2020<br>Time: 10:00 a.m.<br>Crtrm.: Courtroom 17<br>450 Golden Gate Avenue<br>San Francisco, CA 94102<br>Judge: Hon. Dennis Montali<br><br>Objection deadline: September 1, 2020<br>4:00 p.m. (Pacific Time) |

I, Connie Sosnoff, hereby declare as follows:

1. Granate Sosnoff, Naywon Zimmer, and I are sisters. In 2005 our father passed away and the three of us inherited certain unmarked parcels of real property in California. The properties are 40 acres of undeveloped agricultural land in Magalia, California, 95954, Parcel 058-100-094-000, and 89.25 acres of undeveloped agricultural land in Magalia, California 95954, Parcel 065-510-083-000.

2. The three of us knew that the property was near the Chico, California area but did

not know that it was close enough to the Camp Fire to have been damaged by it, and were unaware of the details of the PG&E bankruptcy and how to file claims and that process.

3. A few weeks ago, a logger called me to inquire about clearing our property of fire damage. This was the first time we even suspected that the fire destroyed our property. As it turns out, the Camp Fire destroyed substantially all the trees on our property.

4. Following that call from the logger, I promptly contacted the attorney who handled the distribution of my father's estate. That attorney promptly put me in touch with counsel for assistance with pursuing a claim for the tree damage as well as filing this Motion.

5. I am over eighteen years of age, of sound mind, and fully-competent to make this declaration. All statements in this declaration are based on my own personal knowledge and observation and from my review of the court and business records in this case, or upon information and belief as indicated. If called to testify on this matter, I can and would competently testify to the matters set forth in this Declaration.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed this 17th day of August, 2020, in Atlanta, Georgia.

By: _____
Connie Sosnoff