DOWNEY BRAND LLP
JAMIE P. DREHER (Bar No. 209380)
JOSEPH K. LITTLE (Bar No. 322179)
Email: jdreher@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone:    916.444.1000
Facsimile:    916.444.2100

Attorneys for Frank Dodini and
The Dodini Revocable Living Trust, Dated
January 12th, 2000.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E Corporation,<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors. | Case No. 19-30088-DM<br><br>Chapter 11<br>Lead Case, Jointly Administered<br><br>**NOTICE OF HEARING ON MOTION PURSUANT TO FED. R. BANKR. PROC. 7015 FOR AN ORDER DEEMING PROPOSED AMENDED CLAIM TO RELATE BACK; OR PURSUANT TO FED. R. BANKR. PROC 7017 FOR THE ADDITION OF A REAL PARTY IN INTEREST; OR PURSUANT TO FED. R. BANKR. P. 9006(B)(1) TO ENLARGE THE TIME FOR FRANK DODINI AND THE DODINI REVOCABLE LIVING TRUST, DATED JANUARY 12TH, 2000 TO FILE PROOF OF CLAIM** |
| [ ] Affects PG&E Corporation<br>[ ] Affects Pacific Gas and Electric Company<br>[x] Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088-DM, | Date:        September 8, 2020<br>Time:        10:00 a.m.<br>Crtrm.:      Courtroom 17<br>                450 Golden Gate Avenue<br>                San Francisco, CA 94102<br>Judge:      Hon. Dennis Montali<br><br>Objection deadline:        September 1, 2020<br>                                        4:00 p.m. (Pacific Time) |

**PLEASE TAKE NOTICE THAT** on January 29, 2019, PG&E Corporation and Pacific

1653286v1

DOWNEY BRAND LLP

1  Gas and Electric Company, the debtors in the above captioned chapter 11 cases (the "Chapter 11

2  Cases"), each filed a voluntary petition for relief under chapter 11 of the United States Code (the

3  "Bankruptcy Code") with the United States Bankruptcy Court for the Northern District of

4  California (San Francisco Division) (the "Bankruptcy Court").

5  **PLEASE TAKE FURTHER NOTICE THAT** a hearing on the Motion Pursuant To Fed.

6  R. Bankr. Proc. 7015 For An Order Deeming Proposed Amended Claim To Relate Back; Or

7  Pursuant To Fed. R. Bankr. Proc. 7017 For The Addition Of A Real Party In Interest; Or Pursuant

8  To Fed. R. Bankr. P. 9006(B)(1) To Enlarge The Time For Frank Dodini And The Dodini

9  Revocable Living Trust, Dated January 12th, 2000 To File Proof Of Claim ("the Motion") filed by

10 Frank Dodini And The Dodini Revocable Living Trust, Dated January 12th, 2000 ("Movants")

11 will be heard by the Honorable Dennis Montali on September 8, 2020 at 10:00 a.m.

12 The hearing will not be conducted in the presiding judge's courtroom but instead will be

13 conducted by telephone or video. All interested parties should consult the Bankruptcy Court's

14 website at www.canb.uscourts.gov for information about court operations during the COVID-19

15 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a

16 telephonic or video appearance. If you have any questions regarding how to appear at a court

17 hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live

18 Chat feature on the Bankruptcy Court's website.

19 **PLEASE TAKE FURTHER NOTICE THAT** any oppositions or responses to the

20 Motion must be in writing, filed with the Bankruptcy Court, and served on the counsel for Movant

21 at the above-referenced addresses so as to be received by no later than 4:00 p.m. (Pacific Time) on

22 September 1, 2020. Any oppositions or responses must be filed and served on all "Standard

23 Parties" as defined in, and in accordance with, the Second Amended Order Implementing Certain

24 Notice and Case Management Procedures entered on May 14, 2019 [Dkt. No. 1996] (the "Case

25 Management Order"). Any relief requested in the Motion may be granted without a hearing if no

26 opposition is timely filed and served in accordance with the Case Management Order. In deciding

27 the Motion, the Court may consider any other document filed in these Chapter 11 Cases.

28 **PLEASE TAKE FURTHER NOTICE THAT** copies of the Motion and its supporting

1  papers can be viewed and/or obtained: (i) by accessing the Court's website at

2  http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450

3  Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims again,

4  Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 for

5  U.S. based parties; or +1(929) 333-8977 for International parties or by e-mail at

6  pgeinfo@primeclerk.com. Note that at PACER password is needed to access documents on the

7  Bankruptcy Court's website.

8

9  DATED:  August 18, 2020                    DOWNEY BRAND LLP

10

11

                                      By:  _____/s/ Jamie P. Dreher_____
12                                              JAMIE P. DREHER
                                            Attorneys for Frank Dodini and
13                                  The Dodini Revocable Living Trust, Dated January
                                                  12th, 2000.
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28