DOWNEY BRAND LLP
JAMIE P. DREHER (Bar No. 209380)
JOSEPH K. LITTLE (Bar No. 322179)
Email: jdreher@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone:   916.444.1000
Facsimile:    916.444.2100

Attorneys for Frank Dodini and
The Dodini Revocable Living Trust, Dated
January 12th, 2000.

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E Corporation,<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>   Debtors.<br><br>[ ] Affects PG&E Corporation<br>[ ] Affects Pacific Gas and Electric Company<br>[x] Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088-DM, | Case No. 19-30088-DM<br><br>Chapter 11<br>Lead Case, Jointly Administered<br><br>**PROOF OF SERVICE**<br><br>Date:       September 8, 2020<br>Time:       10:00 a.m.<br>Crtrm.:     Courtroom 17<br>              450 Golden Gate Avenue<br>              San Francisco, CA 94102<br>Judge:      Hon. Dennis Montali<br><br>Objection deadline:     September 1, 2020<br>                         4:00 p.m. (Pacific Time) |

   At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Sacramento, State of California. My business address is 621 Capitol Mall, 18th Floor, Sacramento, CA 95814.

   On August 18, 2020, I served true copies of the following document(s) described as

- **MOTION PURSUANT TO FED. R. BANKR. PROC. 7015 FOR AN ORDER DEEMING PROPOSED AMENDED CLAIM TO RELATE BACK; OR PURSUANT TO FED. R. BANKR. PROC 7017 FOR THE ADDITION OF A REAL PARTY IN INTEREST; OR PURSUANT TO FED. R. BANKR. P. 9006(B)(1) TO ENLARGE THE TIME FOR FRANK DODINI AND THE DODINI REVOCABLE LIVING TRUST, DATED JANUARY 12TH, 2000 TO FILE PROOF OF CLAIM**

1652961v1

- **NOTICE OF HEARING ON MOTION PURSUANT TO FED. R. BANKR. PROC. 7015 FOR AN ORDER DEEMING PROPOSED AMENDED CLAIM TO RELATE BACK; OR PURSUANT TO FED. R. BANKR. PROC 7017 FOR THE ADDITION OF A REAL PARTY IN INTEREST; OR PURSUANT TO FED. R. BANKR. P. 9006(B)(1) TO ENLARGE THE TIME FOR FRANK DODINI AND THE DODINI REVOCABLE LIVING TRUST, DATED JANUARY 12TH, 2000 TO FILE PROOF OF CLAIM**

on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address mfrazier@downeybrand.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 18, 2020, at Sacramento, California.

_____
Marci Frazier

# SERVICE LIST

**Attorneys for Debtors**
WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin
Jessica Liou
Matthew Goren
Tom Schinckel
Stephen.karotkin@weil.com
Jessica.liou@weil.com
Matthew.goren@weil.com
Tom.schinckel@weil.com

**Attorneys for Debtors**
KELLER BENVENUTTI KIM LLP
Tobias S. Keller
Jane Kim
tkeller@kbkllp.com
jkim@kbkllp.com

**Attorneys for Shareholder Proponents**
JONES DAY
Bruce S. Bennett
Joshua M. Mester
James O. Johnston
bbennett@jonesday.com
jmester@jonesday.com
jjohnston@jonesday.com

**Counsel for Administrative Agent under Debtors' DIP Financing Facility**
STROOCK & STROOCK & LAVAN LLP
Frank A. Merola
khansen@stroock.com
egilad@stroock.com
mgarofalo@stroock.com
fmerola@stroock.com

**Counsel for collateral agent under Debtors' DIP Financing Facility**
DAVIS POLK & WARDELL LLP
Eli J. Vonnegut
David Schiff
Timothy Graulich
eli.vonnegut@davispolk.com
david.schiff@davispolk.com
timothy.graulich@davispolk.com

**Counsel to the California Public Utilities Commission**
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Alan W. Kornberg
Brian Hermann
Walter Rieman
akornberg@paulweiss.com
bhermann@paulweiss.com
wrieman@paulweiss.com
smitchell@paulweiss.com
ndonnelly@paulweiss.com

DOWNEY BRAND LLP

1652961v1

Case: 19-30088   Doc# 8809   Filed: 08/18/20   Entered: 08/18/20 14:59:49   Page 3 of 5

3

| | | |
|---|---|---|
| 1 | **Office of the U.S. Trustee for Region 17** | **U.S. Nuclear Regulatory Commission** |
| 2 | James Snyder<br>Timothy Laffredi | Anita Ghosh Naber<br>anita.ghoshnaber@nrc.gov |
| 3 | James.L.Snyder@usdoj.gov<br>timothy.s.laffredi@usdoj.gov | |
| 4 | Marta.Villacorta@usdoj.gov | |
| 5 | | |
| 6 | **Counsel for U.S. on behalf of Federal Energy Regulatory Commission** | **Counsel for Unsecured Creditors Committee**<br>MILBANK LLP |
| 7 | U.S. Department of Justice<br>1101 L Street, NW, Room 7106 | Dennis F. Dunne<br>Sam Khalil |
| 8 | Washington, DC 20005<br>Danielle Pham | ddunne@milbank.com<br>skhalil@milbank.com |
| 9 | danielle.pham@usdoj.gov | Gbray@milbank.com<br>TKreller@milbank.com |
| 10 | | astone@milbank.com<br>svora@milbank.com |
| 11 | | |
| 12 | | |
| 13 | **Counsel for PG&E Shareholders**<br>JONES DAY | **Counsel for Tort Claimants Committee**<br>BAKER & HOSTETLER LLP |
| 14 | Bruce Bennett<br>Joshua Mester | Eric Sagerman<br>Cicily Dumas |
| 15 | James Johnson<br>bbennett@jonesday.com | 11601 Wilshire Boulevard, Suite 1400<br>Los Angeles, CA 90025-0509 |
| 16 | jmester@jonesday.com<br>jjohnston@jonesday.com | esagerman@bakerlaw.com<br>cdumas@bakerlaw.com |
| 17 | | |
| 18 | **Co-Counsel to Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company** | **Counsel to Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company** |
| 19 | | |
| 20 | BRAUNHAGEY & BORDEN LLP<br>J. Noah Hagey | Ashley Vinson Crawford<br>AKIN GUMP STRAUSS HAUER & FELD |
| 21 | Jeffrey Theodore<br>David Kwasniewski | avcrawford@akingump.com |
| 22 | Andrew Levine | |
| 23 | hagey@braunhagey.com<br>theodore@braunhagey.com | |
| 24 | kwasniewski@braunhagey.com<br>levine@braunhagey.com | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

DOWNEY BRAND LLP

Case: 19-30088    Doc# 8809    Filed: 08/18/20    Entered: 08/18/20 14:59:49    Page 4 of 5

1652961v1

4

| Counsel for Ad Hoc Group of Subrogation Claim Holders | Counsel for Ad Hoc Group of Subrogation Claim Holders |
|---|---|
| Kathryn Diemer<br>Alexander Lewicki<br>DIEMER & WEIL LLP<br>kdiemer@diemerwei.com<br>alewicki@diemerwei.com | WILKIE FARR & GALLAGHER LLP<br>Matthew Feldman<br>Joseph Minias<br>Daniel Forman<br>Benjamin McCallen<br>Antonio Yanez<br>Erica Kerman<br>Jonathan Waisnor<br>Matthew Freimuth<br>mfeldman@willkie.com<br>jminias@willkie.com<br>dforman@willkie.com<br>bmccallen@willkie.com<br>ayanez@willkie.com<br>ekerman@willkie.com<br>jwaisnor@willkie.com<br>mfreimuth@willkie.com |

DOWNEY BRAND LLP

1652961v1