BROWN RUDNICK LLP
Joel S. Miliband (SBN 077438)
(JMiliband@brownrudnick.com)
2211 Michelson Drive
Seventh Floor
Irvine, California 92612
Telephone: (949) 752-7100
Facsimile: (949) 252-1514

BROWN RUDNICK LLP
David J. Molton (SBN 262075)
(DMolton@brownrudnick.com)
Marek P. Krzyzowski (*Pro Hac Vice* forthcoming)
(MKrzyzowski@brownrudnick.com)
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

*Counsel to Fire Victim Trustee*

**FILED**
AUG 17 2020
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 3:19-bk-030088 DM |
| **PG&E CORPORATION,** | Chapter 11 |
| -and- | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| Debtors. | **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

/ / /
/ / /
/ / /

1

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Marek P. Krzyzowski, an active member in good standing of the bar of the State of New York, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Hon. John K. Trotter (Ret.), as Trustee of the Fire Victim Trust ("The Trustee") in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Joel S. Miliband (SBN 077438), Brown Rudnick LLP, 2211 Michelson Drive, Seventh Floor, Irvine, CA 92612, phone: (949) 752-7100.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: August 14, 2020.

/s/ Marek P. Krzyzowski
MAREK P. KRZYZOWSKI

2

# Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

# Marek Patrick Krzyzowski

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on October 17, 2005, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Thereof, I have hereunto set my hand and affixed the seal of this court on
August 14, 2020

Clerk of the Court

5605

**UNITED STATES
BANKRUPTCY COURT**
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

\# 30066809 — PW
\* \* C O P Y \* \*
August 18, 2020
14:23:44

PRO HAC VICE FEE
19-30088-DM11
Debtor.: PG&E CORPORATION
Judge..: DENNIS MONTALI
Amount.: $310.00 CH
Check#.: 60447

Total-> $310.00

FROM: NORTHERN CALIFORNIA LEGAL
SUPPORT SERVICES INC.

# BANKRUPTCY CO

AUG 19 2020
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

RECEIVED
2020 AUG 17 8: 52
SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA.

**Name:** PG&E

**Case #:** 19-3088