# EXHIBIT A

## COMPENSATION BY PROFESSIONAL
## JUNE 1, 2020 THROUGH JULY 1, 2020

The attorneys who rendered professional services in these chapter 11 cases during the Fee Period are:

| NAME OF PROFESSIONAL PARTNERS AND COUNSEL: | DEPARTMENT[1] | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Karotkin, Stephen | BFR | 1977 | $1,695.00 | 326.80 | $553,926.00 |
| Bond, Michael W. | Corporate | 1980 | $1,695.00 | 11.60 | $19,662.00 |
| Goldring, Stuart J. | Tax | 1984 | $1,695.00 | 85.10 | $144,244.50 |
| Slack, Richard W. | Litigation | 1987 | $1,325.00 | 135.30 | $179,272.50 |
| Pari, Joseph M. | Tax | 1988 | $1,695.00 | 66.20 | $112,209.00 |
| Wessel, Paul J. | Tax | 1988 | $1,695.00 | 6.30 | $10,678.50 |
| Tsekerides, Theodore E. | Litigation | 1994 | $1,225.00 | 149.20 | $182,770.00 |
| Bodoh, Devon Michael | Tax | 1998 | $1,600.00 | 2.40 | $3,840.00 |
| Featherman, Greg W. | Tax | 2003 | $1,375.00 | 1.80 | $2,475.00 |
| Liou, Jessica | BFR | 2009 | $1,175.00 | 208.60 | $245,105.00 |
| Goslin, Thomas D. (Counsel) | Corporate | 2003 | $1,100.00 | 1.10 | $1,210.00 |
| Goren, Matthew (Counsel) | BFR | 2007 | $1,125.00 | 262.60 | $295,425.00 |
| Kramer, Kevin (Counsel) | Litigation | 2010 | $1,100.00 | 187.90 | $206,690.00 |
| Silber, Gary (Counsel) | Tax | 2011 | $1,100.00 | 57.20 | $62,920.00 |
| Swenson, Robert M. (Counsel) | Litigation | 2013 | $1,100.00 | 57.20 | $62,920.00 |
| **Total Partners and Counsel:** | | | | **1,559.30** | **$2,083,347.50** |

---

[1] BFR – Business Finance & Restructuring

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| NAME OF PROFESSIONAL ASSOCIATES: | DEPARTMENT[2] | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Friedman, Julie T. | BFR | 2003 | $625.00 | 17.90 | $11,187.50 |
| Bitter, Blake | Tax | 2011 | $1,050.00 | 23.30 | $24,465.00 |
| Minga, Jay | Litigation | 2013 | $1,050.00 | 154.90 | $162,645.00 |
| Rosenblum, Amanda | Tax | 2014 | $1,050.00 | 6.40 | $6,720.00 |
| Schinckel, Thomas Robert | BFR | 2014 (Australia) | $845.00 | 98.40 | $83,148.00 |
| Nolan, John J. | Litigation | 2015 | $1,010.00 | 116.60 | $117,766.00 |
| Brookstone, Benjamin | Tax | 2015 | $980.00 | 101.10 | $99,078.00 |
| Lane, Erik | Litigation | 2016 | $930.00 | 79.60 | $74,028.00 |
| McGrath, Colin | Litigation | 2017 | $845.00 | 146.20 | $123,539.00 |
| McNulty, Shawn C. | Litigation | 2017 | $845.00 | 44.10 | $37,264.50 |
| Foust, Rachael L. | BFR | 2018 | $845.00 | 115.00 | $97,175.00 |
| Carens, Elizabeth Anne | BFR | 2018 | $730.00 | 172.00 | $125,560.00 |
| Irani, Neeckaun | Litigation | 2018 | $730.00 | 22.70 | $16,571.00 |
| Evans, Steven | Litigation | 2019 | $730.00 | 59.60 | $43,508.00 |
| Green, Austin Joseph | Litigation | 2019 | $730.00 | 69.80 | $50,954.00 |
| Hayes, Emily A | Litigation | 2019 | $595.00 | 0.40 | $238.00 |
| Morganelli, Brian | BFR | 2020 | $595.00 | 251.20 | $149,464.00 |
| **Total Associates:** | | | | **1,479.20** | **$1,223,311.00** |

---

[2] BFR – Business Finance & Restructuring

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| NAME OF PARAPROFESSIONALS AND OTHER NON-LEGAL STAFF: | DEPARTMENT[3] | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Gilchrist, Roy W. | Litigation | $400.00 | 25.80 | $10,320.00 |
| Ting, Lara | LSS | $375.00 | 7.40 | $2,775.00 |
| Robin, Artur | LSS | $360.00 | 3.00 | $1,080.00 |
| Chavez, Miguel | LSS | $345.00 | 2.50 | $862.50 |
| Biratu, Sirak D. | Litigation | $345.00 | 0.30 | $103.50 |
| Peene, Travis J. | BFR | $250.00 | 10.90 | $2,725.00 |
| Pancham, Brenda | Library Staff | $160.00 | 0.40 | $64.00 |
| **Total Paraprofessionals and Other Non-Legal Staff:** | | | **50.30** | **$17,930.00** |

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $1,336.08 | 1,559.30 | $2,083,347.50 |
| Associates | $827.01 | 1,479.20 | $1,223,311.00 |
| Paraprofessionals and Other Non-Legal Staff | $356.46 | 50.30 | $17,930.00 |
| **Blended Attorney Rate** | **$1,088.25** | | |
| **Total Fees Incurred:** | | **3,088.80** | **$3,324,588.50** |

---

[3] BFR – Business Finance & Restructuring; LSS – Litigation Support Services

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119