Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**EXHIBIT B**

**COMPENSATION BY WORK TASK CODE FOR**
**SERVICES RENDERED BY WEIL, GOTSHAL & MANGES LLP**
**FOR THE PERIOD JUNE 1, 2020 THROUGH JULY 1, 2020**

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 001 | Administrative Expense Claims | 0.40 | $64.00 |
| 002 | Asset Sales/ 363 Sales | 13.80 | $10,502.00 |
| 003 | Automatic Stay | 49.50 | $53,155.00 |
| 004 | Bankruptcy Litigation | 473.00 | $460,429.00 |
| 005 | Bar Date Motion/ Claims Reconciliation/ Claim Reconciliation Issue | 78.90 | $81,976.00 |
| 006 | Case Administration (docket updates, WIP and calendar) | 22.50 | $12,236.50 |
| 008 | Chapter 11 Plan/ Plan Confirmation | 1,060.50 | $1,185,021.00 |
| 009 | Communications with Client | 15.30 | $13,480.50 |
| 010 | Corporate Governance and Board Issues | 72.30 | $93,478.00 |
| 011 | Customer, Supplier and Vendor Issues | 9.30 | $9,594.50 |
| 014 | Employee Issues | 30.80 | $31,719.00 |
| 017 | Executory Contracts/Lease Issues | 341.10 | $328,027.50 |
| 018 | General Case Strategy (includes calls with client and team calls) | 31.10 | $35,876.00 |
| 019 | Hearings and Court Matters | 345.00 | $358,616.50 |
| 024 | Reclamation/ 503(b)(9) | 3.40 | $2,873.00 |
| 025 | Regulatory Issues including CPUC and FERC | 12.20 | $11,179.50 |
| 026 | Retention/Billing/ Fee Applications: WGM | 38.50 | $38,766.00 |
| 027 | Retention/ Fee Application: Ordinary Course Professionals | 1.10 | $929.50 |
| 028 | Retention/ Fee Application: Other Professionals | 2.30 | $2,083.50 |
| 029 | Schedules/ Statement of Financial Affairs | 0.60 | $675.00 |
| 030 | Tax Issues | 336.30 | $448,618.50 |
| 031 | U.S. Trustee issues/ Meetings/ Communications/ Monthly Operating | 0.20 | $225.00 |
| 035 | Real Estate and Real Property Issues | 116.60 | $116,290.50 |
| 036 | Tort Claimants Committee, including Wildfire Claimants | 18.50 | $11,645.50 |
| 037 | Insurance Issues | 15.60 | $17,127.00 |
| **Total:** | | **3,088.80** | **$3,324,588.50** |