# EXHIBIT C

## EXPENSE SUMMARY
## FOR THE PERIOD JUNE 1, 2020 THROUGH JULY 1, 2020

| EXPENSES | AMOUNTS |
|---|---|
| Air Courier/Express Mail | $284.23 |
| Computerized Research | $32,491.43 |
| Court Telephone Call | $292.10 |
| Consultants and Witness Fees | $11,625.00 |
| Duplicating | $2,458.90 |
| Firm Messenger Service | $2,650.21 |
| Travel | $450.00 |
| **Total Expenses Requested:** | **$50,251.87** |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119