# **Exhibit C**

**AP SERVICES, LLC**
**Summary of Expenses - Pacific Gas and Electric Company, et al.**
**For the Period July 1, 2020 through July 1, 2020**

| EXPENSE CATEGORY | AMOUNT |
|---|---:|
| Other | 8.51 |
| **TOTAL EXPENSES** | **$ 8.51** |