WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**SIXTH SUPPLEMENTAL DECLARATION OF TOBIAS S. KELLER PURSUANT TO 11 U.S.C. § 327(a) AND FED. R. BANKR. P. 2014(a) AND 2016 ON BEHALF OF KELLER BENVENUTTI KIM LLP** |

I, Tobias S. Keller, hereby declare pursuant 28 U.S.C. § 1746:

1. I am a partner of the firm of Keller Benvenutti Kim LLP (the "<u>Firm</u>"), a law firm with offices at 650 California Street, Suite 1900, San Francisco, California 94108.

2. I submit this Declaration as a supplement to my declaration dated March 13, 2019 [Docket No. 870] (the "<u>Original Declaration</u>") in support of the *Application of Debtors Pursuant to 11 U.S.C. §327(a) and Fed. R. Bankr. Proc. 2014(a) and 2016 for Authority to Retain and Employ Keller & Benvenutti LLP as Co-Counsel for the Debtors Nunc Pro Tunc to the Petition Date*[1] [Docket No. 869] (the "<u>Retention Application</u>"). On April 10, 2019, the Court entered the *Order Authorizing Debtors Pursuant to 11 U.S.C. §327(a) and Fed. R. Bankr. Proc. 2014(a) and 2016 to Retain and Employ Keller & Benvenutti LLP as Co-Counsel for the Debtors Nunc Pro Tunc to the Petition Date* [Docket No. 1306].

3. The Firm has filed five previous supplemental disclosures to the Original Declaration [Docket Nos. 2042, 2715, 4881, 5224, 7968] regarding relationships and potential conflicts with other parties in interest in these Chapter 11 Cases.

4. As anticipated in the Original Declaration, this declaration is submitted to supplement information disclosed in the Original Declaration; as additional information regarding parties in interest becomes available, further supplemental declarations will be submitted to the Court reflecting such amended, supplemented or otherwise modified information.

5. Since the filing of the Original Declaration, additional developments in the Chapter 11 Cases require the supplemental disclosures set forth in the following paragraphs.

6. On July 27, 2020, the Firm extended an offer of employment to Danisha Brar, one of the law clerks for the Honorable Dennis Montali. On August 3, 2020, Ms. Brar accepted the Firm's offer and her employment began on August 17, 2020. The Firm understands that Ms. Brar advised the Court of her acceptance of the Firm's offer and that she had ceased to serve the Court with respect to issues arising in these Chapter 11 Cases immediately upon her acceptance.

---

[1] Capitalized terms used but not otherwise herein defined have the meanings ascribed to such terms in the Original Declaration.

7. The Firm and Ms. Brar have agreed that she will not participate in any aspect of the Firm's representation of the Debtors in the Chapter 11 Cases. Moreover, Ms. Brar and the Firm have agreed that she will not be appearing before Judge Montali in any matter until at least August 2021.

I declare under penalty of perjury that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct and that this declaration was executed at San Francisco, California, on August 19, 2020.

*/s/ Tobias S. Keller*
Tobias S. Keller