

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

Signed and Filed: August 20, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>     - and –<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                    Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**ORDER GRANTING INTERIM FEE APPLICATIONS OF KELLER BENVENUTTI KIM LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES (JANUARY 29, 2019 THROUGH JANUARY 31, 2020)**<br><br>Re: Docket Nos. 3099, 4714, 6275, 8389 |

Upon consideration of the *First Interim Fee Application of Keller & Benvenutti LLP for Allowance and Payment of Compensation and Reimbursement of Expenses (January 29, 2019 Through May 31, 2019)* [Docket No. 3099] (the "**First Interim Application**"), the *Second Interim Fee Application of Keller & Benvenutti LLP for Allowance and Payment of Compensation and Reimbursement of Expenses (June 1, 2019 Through September 30, 2019)* [Docket No. 4714] (the "**Second Interim Application**"), and the *Third Interim Fee Application of Keller Benvenutti Kim LLP for Allowance and Payment of Compensation and Reimbursement of Expenses (October 1, 2019 Through January 31, 2020)* [Docket No. 6275] (the "**Third Interim Application**," and, together with the First Interim Application and Second Interim Application, the "**Interim Fee Applications**")[1]; and due and proper notice of the Interim Fee Applications having been provided in accordance with the procedures set forth in the Interim Compensation Order and as otherwise required under the Bankruptcy Code and Bankruptcy Rules; and upon consideration of the Keller Declarations submitted in support of the Interim Fee Applications; and no objections or responses to the Interim Fee Applications having been filed; and upon consideration of the proposed reductions to the compensation and expense reimbursements sought in the Interim Fee Applications resulting from the compromise between KBK and the Fee Examiner as set forth in that certain *Amended Notice of Hearing on Interim Applications Allowing and Authorizing Payment of Fees and Expenses of Multiple Fee Applicants Based Upon Compromises with the Fee Examiner*, dated July 14, 2020 [Docket No. 8389] (the "**Amended Notice**"); and the Court having issued a Docket Order on July 31, 2020, allowing the Interim Fee Applications in the reduced amounts reflected in the Amended Notice; and sufficient cause having been shown therefor,

IT IS HEREBY ORDERED:

1. The Interim Fee Applications are granted as set forth herein.

2. KBK is awarded interim allowances of its compensation for processional services and reimbursement of its actual and necessary expenses in the following amounts:

//

---

[1] Capitalized terms used but not herein defined have the meanings ascribed to them in the Interim Fee Applications.

a. For the First Interim Application, following the $27,500 adjustment negotiated with the Fee Examiner, $1,089,145 in fees and $32,606.79 in expenses, for total fees and expenses after adjustment of $1,121,751.79.

b. For the Second Interim Application, following the $27,500 adjustment negotiated with the Fee Examiner, $659,730 in fees and $66,455.22 in expenses, for total fees and expenses after adjustment of $726,185.22.

c. For the Third Interim Application, following the $27,500 adjustment negotiated with the Fee Examiner, $695,835 in fees and $30,976.92 in expenses, for total fees and expenses after adjustment of $726,811.92.

3. The Reorganized Debtors are directed to pay KBK $422,942, representing the difference between the amounts allowed in paragraph 2 above and amounts previously paid by the Debtors pursuant to the Interim Compensation Order.

4. The Court shall retain jurisdiction to determine any controversy arising in connection with this Order.

** END OF ORDER **