# EXHIBIT A

## COMPENSATION BY PROFESSIONAL
## JUNE 1, 2020 THROUGH JULY 1, 2020

The attorneys and paraprofessionals who rendered legal services in these Chapter 11 Cases from June 1, 2020 through July 1, 2020 (the "**Fee Period**") are:

| NAME OF PROFESSIONAL: | POSITION | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Tobias S. Keller | Partner | 1990 | 850 | 7.2 | $6,120 |
| Peter J. Benvenutti | Partner | 1974 | 850 | 134.7 | $114,495 |
| Jane Kim | Partner | 2003[1] | 700 | 20.6 | $14,420 |
| David A. Taylor | Partner | 2006 | 600 | 32.7 | $19,620 |
| Keith A. McDaniels | Of Counsel | 1997 | 650 | 2.1 | $1,365 |
| Dara L. Silveira | Associate | 2010 | 450 | 32.7 | $14,715 |
| Thomas B. Rupp | Associate | 2011 | 450 | 109.5 | $49,275 |
| Hadley Roberts-Donnelly | Paralegal Trainee | N/A | 150 | 56.1 | $8,415 |
| **Total Professionals:** | | | | **395.6** | **$228,425** |

[1] Member of the California Bar since 2014

| PROFESSIONALS TOTALS: | BLENDED RATE (rounded to nearest dollar) | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | 791 | 197.3 | $156,020 |
| Associates | 450 | 142.2 | $63,990 |
| **Blended Attorney Rate** | **648** | **339.5** | **$220,010** |
| Paraprofessionals and other non-legal staff | 150 | 56.1 | $8,415 |
| **Total Fees Incurred** | **577** | **395.6** | **$228,425** |