# EXHIBIT B

# COMPENSATION BY WORK TASK CODE FOR
# SERVICES RENDERED BY KELLER BENVENUTTI KIM LLP
# JUNE 1, 2020 THROUGH JULY 1, 2020

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 002 | Omnibus & Miscellaneous Court Appearances | 59.2 | $30,685 |
| 004 | General Case Administration | 38.4 | $8,570 |
| 005 | Automatic Stay Proceedings | 27.9 | $21,755 |
| 006 | IDI, Meeting of Creditors and Creditor Inquiries | 1 | $730 |
| 007 | Professional Retention and Compensation – Keller Benvenutti Kim | 16.1 | $8,735 |
| 008 | Professional Retention and Compensation – Other Professionals | 34.9 | $12,240 |
| 009 | Financing and Cash Collateral | .3 | $185 |
| 016 | General Asset Analysis and Recovery | 2.6 | $2,210 |
| 017 | Sale or Use of Property – Motions | 7.5 | $3,500 |
| 018 | Executory Contract Issues | 7 | $4,530 |
| 020 | Regulatory Issues | 1.9 | $855 |
| 022 | Plan and Disclosure Statement – Preparation of Documents | 13.8 | $6,335 |
| 023 | Plan Confirmation | 35.4 | $22,995 |
| 028 | Claim Disputes and Resolution | 129.8 | $93,050 |
| 032 | USDC Probation Compliance | 2.1 | $1,365 |
| 036 | Miscellaneous Litigation Issues and Advice | 10.2 | $6,510 |
| 037 | Appeals | 7.5 | $4,175 |
| **TOTAL** | | **395.6** | **$228,425** |