# EXHIBIT C

**EXPENSE SUMMARY**
**JUNE 1, 2020 THROUGH JULY 1, 2020**

| EXPENSES | AMOUNTS |
|---|---|
| Computerized Research | $0 |
| Meals | $0 |
| Travel | $0 |
| Transportation | $0 |
| Printing and Duplication | $584.40 |
| Transcription Services | $8,210.30 |
| Telephone Conferencing | $39.30 |
| Messenger | $0 |
| Filing Fees | $0 |
| Litigation Support Vendors | $11,750.00 |
| **Total Expenses Requested:** | **$20,584.00** |