**EXHIBIT E**



Billing Statement No. 062020  
Date: 08/21/2020  
Due Upon Receipt

650 California Street, Suite 1900  
San Francisco, CA 94108  
Email: admin@kbkllp.com

PG&E Corporation  
Attn: Janet Loduca  
77 Beale Street  
San Francisco, CA 94105

## 00138-31 PG&E

## Chapter 11 representation- Expenses

| Type | Date | Description | Quantity | Rate | Fees and Expenses Total |
|---|---|---|---|---|---|
| Expense | 06/01/2020 | E116 Trial transcripts: eScribers Invoice No. 330927 | 1.00 | $550.55 | $550.55 |
| Expense | 06/01/2020 | E102 Outside printing: Clear Discovery Invoice No. 1349 | 1.00 | $287.64 | $287.64 |
| Expense | 06/02/2020 | E116 Trial transcripts: eScribers Invoice No. 331195 | 1.00 | $544.50 | $544.50 |
| Expense | 06/02/2020 | E118 Litigation support vendors: Mitratech Invoice No. 10326 | 1.00 | $11,750.00 | $11,750.00 |
| Expense | 06/05/2020 | E116 Trial transcripts: eScribers Invoice No 331978 | 1.00 | $1,246.30 | $1,246.30 |
| Expense | 06/08/2020 | E116 Trial transcripts: eScribers Invoice No. 332112 | 1.00 | $1,113.20 | $1,113.20 |
| Expense | 06/08/2020 | E116 Trial transcripts: eScribers Invoice No 332573 | 1.00 | $1,318.90 | $1,318.90 |
| Expense | 06/09/2020 | E102 Outside printing: Clear Discovery Invoice No. 1354 | 1.00 | $296.76 | $296.76 |
| Expense | 06/09/2020 | E116 Trial transcripts: eScribers Invoice No. 332873 | 1.00 | $1,361.25 | $1,361.25 |
| Expense | 06/11/2020 | E112 Court fees: CourtCall Invoice No. 10627066 | 1.00 | $39.30 | $39.30 |
| Expense | 06/12/2020 | E116 Trial transcripts: eScribers Invoice No. 333576 | 1.00 | $369.50 | $369.50 |
| Expense | 06/17/2020 | E116 Trial transcripts: eScribers Invoice No. 334489 | 1.00 | $496.10 | $496.10 |
| Expense | 06/22/2020 | E116 Trial transcripts: eScribers Invoice No. 335417 | 1.00 | $611.05 | $611.05 |
| Expense | 06/24/2020 | E116 Trial transcripts: eScribers Invoice No. 336227 | 1.00 | $598.95 | $598.95 |

| Time Keeper | Position | Time | Rate | Fees and Expenses Total |
|---|---|---|---|---|
| | | | Fees and Expenses Subtotal | $20,584.00 |
| | | | Fees and Expenses Total | $20,584.00 |