

Signed and Filed: August 21, 2020

*Clemis Montali*
_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

1 **BROWN RUDNICK LLP**
Joel S. Miliband (SBN 077438)
2 (JMiliband@brownrudnick.com)
2211 Michelson Drive
3 Seventh Floor
Irvine, California 92612
4 Telephone: (949) 752-7100
Facsimile: (949) 252-1514
5
**BROWN RUDNICK LLP**
6 David J. Molton (SBN 262075)
(DMolton@brownrudnick.com)
7 Marek P. Krzyzowski (*Pro Hac Vice* forthcoming)
(MKrzyzowski@brownrudnick.com)
8 Seven Times Square
New York, New York 10036
9 Telephone: (212) 209-4800
Facsimile: (212) 209-4801
10
*Counsel to Fire Victim Trustee*
11

12 **UNITED STATES BANKRUPTCY COURT**

13 **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

14 **SAN FRANCISCO DIVISION**

15

16 **In re:** | Bankruptcy Case No. 3:19-bk-030088 DM

17 **PG&E CORPORATION,** | Chapter 11

18 -and- | (Lead Case)

19 **PACIFIC GAS AND ELECTRIC** | (Jointly Administered)
**COMPANY,**
20
**Debtors.**
21
☐ **Affects PG&E Corporation**
22 ☐ **Affects Pacific Gas and Electric**
**Company**
23 ☒ **Affects both Debtors**
24 *All papers shall be filed in the Lead Case,*
*No. 19-30088 (DM).*
25

26 **ORDER GRANTING APPLICATION FOR ADMISSION OF**
**ATTORNEY *PRO HAC VICE***
27
28 / / /

1

FAXED

Marek P. Krzyzowski, whose business address and telephone number is Brown Rudnick LLP, Seven Times Square, New York, New York 10036, Telephone:(212) 209-4800, and who is an active member in good standing of the bar of New York, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Hon. John K. Trotter (Ret.), as Trustee of the Fire Victim Trust ("The Trustee") in the above-entitled action;

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

**END OF ORDER**