August 20, 2020

Objection - Classification/Reason: This is my classification to my objected-to claims. My grandmother; Ossie Mae Mitchell lived at 2040 O'Farrell #101 San Francisco, CA. 94115 for over 70 years & utilized PG&E's service since about 1934. She passed away on 10/24/2002 & left my father; Edward Mitchell as her executor of her estate & he maintained that same residence until his death on 2/14/2019. It was his dying wish that I, Tamara Lee Childs; his executor, take care of all business concerning he and my grandmother; Ossie Mae Mitchell that utilized PG & E's service. In that same residence my father; Edward Mitchell, encountered a gas leak & he was rushed out & temporarily lived another condo until it was resolved. However, it was the time that he lived there when there was a gas leak that made him extremely sick & made his last few months very unbearable until his death on 2/14/2019.

Here are the reasons for the other claims. There should only be a total of two 2-million dollar claims for a total of $4 million dollars.

Claim #16876 – Amended & replaced with Claim # 88569
Claim # 92133 – Is not a duplicate, it is for Edward Mitchell
Claim # 92445 – Is not a duplicate, it is for Ossie M. Mitchell

I apologize for not being clear on the original claims submitted due to my father; Edward Mitchell demise, I have been grieving for my father in addition to taking care of all of his business, so again, I apologize for the lack of clarity.

I am the Executor for Edward Mitchell, which was the last living Mitchell living at 2040 O'Farrell Street in San Francisco, CA. for the past 70 years.

I, Tamara Lee Childs declare under penalty of perjury this to be true & correct, to the best of my knowledge, information & belief.

Executed this 20th day of August 2020 in Palmer, Alaska.

I cannot afford an attorney, however if I need to be contacted my address and phone number is:

1415 N. Local 302 Road
Palmer, Alaska 99645
Phone number: 907-441-6820
Email address: tamara.childs@gci.net

Signature: *Tamara Lee Childs*
Date: 8/20/2020