BERMAN AND TODDERUD LLP
Stan Berman
Eric Todderud
3502 Fremont Avenue N., Suite 2
Seattle, WA 98103
Tel: (206) 279-3272

*Special Counsel for Debtors and Reorganized Debtors*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and – | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| Debtors. | **CERTIFICATE OF NO OBJECTION TO MONTHLY FEE STATEMENT OF BERMAN AND TODDERUD LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JUNE 1, 2020 THROUGH JULY 1, 2020** |
| ☐ Affects PG&E Corporation ☐ Affects Pacific Gas and Electric Company ☑ Affects both Debtors | |
| *\* All papers shall be filed in the Lead Case No. 19-30088 (DM).* | **[Docket No. 8592]** |
| | **Objection Deadline: August 21, 2020, 4:00 p.m. (Pacific Time)** |

On July 31, 2020, Berman and Todderud LLP ("Berman and Todderud" or "Applicant"), attorneys for PG&E Corporation and Pacific Gas and Electric Company (the "Debtors"), filed the Monthly Fee Statement of Berman and Todderud LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of June 1, 2020 Through July 1, 2020 [Docket No. 8592] (the "June/July 2020 Monthly Fee Statement"), pursuant to the Order Pursuant to 11 U.S.C §§

Case: 19-30088    Doc# 8833    Filed: 08/24/20    Entered: 08/24/20 10:00:05    Page 1 of 4

**Berman and Todderud LLP**
**3502 Fremont Avenue N., Suite 2**
**Seattle, WA 98103**

331 and 105(a) and Fed. R. Bankr. P. 2016 for Authority to Establish Procedures for Interim

Compensation and Reimbursement of Expenses of Professionals, entered on February 27, 2019

[Docket No. 701] (the "Interim Compensation Procedures Order"). The June/July 2020 Monthly

Fee Statement was served as described in the Certificate of Service of Andrew Vignali, filed on

August 11, 2020 [Docket No. 8747].

The deadline to file responses or oppositions to the June/July 2020 Monthly Fee Statement

was August 21, 2020, and no oppositions or responses have been filed with the Court or received by

the Applicant. Pursuant to the Interim Compensation Procedures Order, the above captioned

Debtors are authorized to pay the Applicant eighty percent (80%) of the fees requested in the

June/July 2020 Monthly Fee Statement upon the filing of this certification without the need for a

further order of the Court. A summary of the fees and expenses sought by the Applicant is annexed

hereto as Exhibit A.

### DECLARATION OF NO RESPONSE RECEIVED

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that:

1. I am a partner in the firm of Berman and Todderud LLP, special counsel to the Debtors.

2. I certify that I have reviewed the Court's docket in this case and have not received any

response or opposition to the June/July 2020 Monthly Fee Statement.

3. This declaration was executed in Seattle, Washington.


Dated:  August 24, 2020                    Respectfully submitted,

                                           BERMAN AND TODDERUD LLP


                                           By: */s/ Eric Todderud*
                                           Eric Todderud
                                           Berman and Todderud LLP

                                           *Special Counsel for Debtors and Reorganized Debtors*

2

**Notice Parties**

PG&E Corporation
c/o Pacific Gas & Electric Company
77 Beale Street
San Francisco, CA 94105
Attn: Janet Loduca, Esq.

Keller & Benvenutti LLP
650 California Street, Suite 1900 San Francisco, CA 94108
 Attn: Tobias S. Keller, Esq., Jane Kim, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue New York, NY 10153
Attn: Stephen Karotkin, Esq. Jessica Liou, Esq. Matthew Goren, Esq.

The Office of the United States Trustee for Region 17
450 Golden Gate Avenue, 5th Floor, Suite #05-0153
San Francisco, CA 94102
Attn: James L. Snyder, Esq., Timothy Laffredi, Esq.

Milbank LLP
55 Hudson Yards New York, NY 10001-2163
Attn: Dennis F. Dunne, Esq., Sam A. Khalil, Esq.

Milbank LLP 2029
Century Park East, 33rd Floor Los Angeles, CA 90067
Attn: Paul S. Aronzon, Esq., Gregory A. Bray, Esq., Thomas R. Kreller, Esq.

Baker & Hostetler LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Attn: Eric Sagerman, Esq., Cecily Dumas, Esq.

Bruce A. Markell
Fee Examiner
541 N. Fairbanks Ct., Ste 2200
Chicago, IL 60611-3710

Scott H. McNutt
324 Warren Road
San Mateo, California 94402

3

# EXHIBIT A

# SUMMARY OF FEES AND EXPENSES SOUGHT BY

# APPLICANT

| Applicant | Fee Application Period | Total Fees Requested | Total Expenses Requested | Fees Authorized to be Paid at 80% | Objection Deadline | Expenses Authorized to be Paid at 100% | Holdback Amount |
|---|---|---|---|---|---|---|---|
| Berman and Todderud LLP | June 1, 2020 through July 1, 2020 | $45,719.20 | $0 | $36,575.36 | August 21, 2020 | $0 | $9,143.84 |

Case: 19-30088    Doc# 8833    Filed: 08/24/20    Entered: 08/24/20 10:00:05    Page 4 of 4