**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel:     (212) 310-8000
Fax:    (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:     (415) 496-6723
Fax:    (415) 636-9251

*Attorneys for Debtors and
Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION**, <br><br> - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> Debtors. <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☑ Affects both Debtors <br> * *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM) <br> Chapter 11 <br> (Lead Case) <br> (Jointly Administered) <br><br> **NOTICE OF CANCELLATION OF AUGUST 25, 2020, 10:00 A.M. OMNIBUS HEARING** <br><br> Date:  August 25, 2020 <br> Time:  10:00 a.m. (Pacific Time) <br> Place:  (Telephonic or Video Conference) <br>           United States Bankruptcy Court <br>           Courtroom 17, 16th Floor <br>           San Francisco, CA 94102 |

PLEASE TAKE NOTICE that the following matters, which were scheduled to be heard in the above-captioned chapter 11 cases on August 25, 2020, at 10:00 a.m. (Pacific Time) (the **"Omnibus Hearing"**) have been resolved or continued.

PLEASE TAKE FURTHER NOTICE that, accordingly, the Omnibus Hearing is cancelled.

**I:** **MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**

1. **Pillsbury Retention Application**: *Application of Debtors Pursuant to 11 U.S.C. § 327(e) and the Fed. R. Bankr. P. 2014(a) and 2016 and the Court's Order Authorizing the Debtors to Employ Professionals Used in the Ordinary Course of Business for Authority to Retain and Employ Pillsbury Winthrop Shaw Pittman LLP as Special Counsel for the Debtors Effective as of the Petition Date* [**Dkt. 8676**].

   Response Deadline: August 18, 2020, at 4:00 p.m. (Pacific Time).

   Status: This matter has been approved and taken off calendar by order [**Dkt. 8837**].

2. **CDC Retention Application**: *Application of Debtors Pursuant to 11 U.S.C. § 327(e) and Fed. R. Bankr. P. 2014(a) and 2016 and the Court's Order Authorizing the Debtors to Employ Professionals Used in the Ordinary Course of Business for Authority to Retain and Employ Clarence Dyer & Cohen LLP as Special Counsel for the Debtors Effective as of the Petition Date* [**Dkt. 8679**].

   Response Deadline: August 18, 2020, at 4:00 p.m. (Pacific Time).

   Status: This matter has been approved and taken off calendar by order [**Dkt. 8838**].

3. **Elliot Management's Motion for Allowance and Payment of Administration Expense Claim and Reconsideration of Confirmation Order**: *Motion of Elliot Management Corporation for (I) Allowance and Payment of Administrative Expense Claim and (II) to the Extent Necessary, Reconsideration and Relief from the Confirmation Order Pursuant to Federal Rule of Civil Procedure 60(b)* [**Dkt. 8536**].

   Status: This matter has been continued to October 13, 2020, and all other deadlines have been reset by order [**Dkt. 8746**].

4. **Clayton Engelbrecht's Motion to Deem Claim Timely Filed**: *Motion Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1) to Deem Clayton Engelbrecht's Claim Timely Filed* [**Dkt. 8557**].

   Response Deadline: August 11, 2020, at 4:00 p.m. (Pacific Time).

   Status: This matter has been resolved by stipulation [**Dkt. 8723**] and taken off calendar by order [**Dkt. 8730**].

5. **Blake Engelbrecht's Motion to Deem Claim Timely Filed**: *Motion Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1) to Deem Blake Engelbrecht's Claim Timely Filed* [**Dkt. 8559**].

   Response Deadline: August 11, 2020, at 4:00 p.m. (Pacific Time).

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Status: This matter has been resolved by stipulation [**Dkt. 8724**] and taken off calendar by order [**Dkt. 8733**].

6. **Morgan Engelbrecht's Motion to Deem Claim Timely Filed**: *Motion Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1) to Deem Morgan Engelbrecht's Claim Timely Filed* [**Dkt. 8561**].

Response Deadline: August 11, 2020, at 4:00 p.m. (Pacific Time).

Status: This matter has been resolved by stipulation [**Dkt. 8725**] and taken off calendar by order [**Dkt. 8734**].

7. **Beadles' Motion to Deem Claim Timely Filed**: *Motion to Allow/Deem Timely Late Filing of Proof of Claim by James Roy Beadles; Memorandum of Points and Authorities; Declaration of James Roy Beadles* [**Dkt. 8606**].

Response Deadline: August 18, 2020.

Status: This matter has been resolved by stipulation [**Dkt. 8739**] and taken off calendar by order [**Dkt. 8778**].

8. **Gamez and Siebler's Motion to Deem Claim Timely Filed**: *Motion to Allow/Deem Timely Late Filing of Proof of Claim by Richard Max Gamez, Krista Leeanna Siebler, PLG (a Minor), DRM (a Minor), and AMG (a Minor); Memorandum of Points and Authorities; Declaration of Matt Huffman in Support* [**Dkt. 8610**].

Response Deadline: August 18, 2020.

Status: This matter has been resolved by stipulation [**Dkt. 8740**] and taken off calendar by order [**Dkt. 8779**].

9. **Fuentes' Motion to Deem Claim Timely Filed**: *Motion to Allow/Deem Timely Late Filing of Proof of Claim by Alma Eugenio Fuentes, Tito Fuentes, Jr., and Tito Fuentes, III; Memorandum of Points and Authorities; Declaration of Gary Locurto in Support* [**Dkt. 8612**].

Response Deadline: August 18, 2020.

Status: This matter has been resolved by stipulation [**Dkt. 8741**] and taken off calendar by order [**Dkt. 8780**].

II: **MATTER SCHEDULED TO BE HEARD IN ADVERSARY CASE: No. 20-03024 (DM)**

10. **Scheduling Conference on First Complaint**: *First Amended Complaint in Interpleader and Declaratory Relief* [**Dkt. 8**].

Status: The scheduling conference has been taken off calendar by order [**Dkt. 26**].

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at:pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: August 24, 2020

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**

By: */s/ Thomas B. Rupp*
 Thomas B. Rupp

*Attorneys for Debtors and Reorganized Debtors*