**EXHIBIT A**

**COMPENSATION BY PROFESSIONAL
FEBRUARY 1, 2020 THROUGH JULY 1, 2020**

The attorneys and paraprofessionals who rendered professional services in connection with these Chapter 11 Cases during the Fee Period are:

| Name of Professional Person | Department | Year Admitted | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| **Partners** | | | | | |
| Kate Dyer | N/A | 1994 | $575 | 794.3 | $455,938.50 |
| Nanci Clarence | N/A | 1985 | $575 | 1.3 | $747.50 |
| Josh Cohen | N/A | 2001 | $575 | 0.5 | $287.50 |
| **Associates** | | | | | |
| Shaneeda Jaffer | N/A | 2007 | $495 | 506.9 | $250,915.50 |
| Adam Shearer | N/A | 2011 | $440 | 509.44 | $224,150.66 |
| Jonathan Baum | N/A | 2015 | $440 | 12.8 | $5,632.00 |
| **Paralegals and Non-Legal Staff** | | | | | |
| Abbie Chin | N/A | N/A | $150 | 22.95 | $3,442.50 |
| Anne Hunt | N/A | N/A | $150 | 82.4 | $12,360.00 |
| **Total Hours and Fees Incurred** | | | | 1,930.59 | $953,474.16 |
| **Total Requested** | | | | | $953,474.16 |

| Professionals | Blended Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|
| Partners | $575 | 796.1 | $456,973.50 |
| Associates | $458.33 | 1,029.14 | $480,698.16 |
| Paraprofessionals | $150 | 105.35 | $15,802.50 |
| Blended Attorney Rate | $516.67 | | |
| **Total Fees Incurred** | | | **$953,474.16** |
| **Total Requested** | | | **$953,474.16** |