**EXHIBIT B**

**COMPENSATION BY WORK TASK CODE FOR
SERVICES RENDERED BY CLARENCE DYER & COHEN LLP
FEBRUARY 1, 2020 THROUGH JULY 1, 2020**

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 404.45 | $183,107.50 |
| L120 | Analysis/Strategy | 564.44 | $307,972.31 |
| L130 | Experts/Consultants | 125.49 | $66,212.16 |
| L160 | Settlement/Non-Binding ADR | 56.1 | $30,493.00 |
| L200 | Pre-Trial Pleadings and Motions | 86.62 | $36,442.68 |
| L310 | Written Discovery | 61.16 | $27,327.34 |
| L330 | Depositions | 377.76 | $175,814.34 |
| L350 | Discovery Motions | 50.42 | $23,878.18 |
| L400 | Trial Preparation and Trial | 198.7 | $101,409.15 |
| L610 | Preservation | 0 | 0 |
| L620 | Collection | 0 | 0 |
| L630 | Processing | 5.45 | $817.50 |
| L654 | Second Pass Document Review | 0 | 0 |
| L670 | Production | 0 | 0 |
| **Total Hours and Fees:** | | **1,930.59** | **$953,474.16** |
| **Total Requested** | | | **$953,474.16** |