# EXHIBIT C

**EXPENSE SUMMARY**
**FEBRUARY 1, 2020 THROUGH JULY 1, 2020**

| EXPENSE | AMOUNTS |
|---|---:|
| Arbitrators and Mediators | $7,157.04 |
| Conference Call Hosting | $131.37 |
| Court Fees (Appearance/Filing) | $109.55 |
| Delivery Services/Messengers | $41.00 |
| Transcripts (Deposition) | $6,760.00 |
| Transcripts (Trial/Hearing) | $1,290.50 |
| Travel Expenses (Local) | $398.00 |
| Travel Expenses (Out-of-Town) | $3,665.91 |
| **Total Expenses Requested:** | **$19,553.77** |