# EXHIBIT E

**DETAILED EXPENSE ENTRIES
FEBRUARY 1, 2020 THROUGH JULY 1, 2020**

| 8/21/2020 | Clarence Dyer & Cohen LLP | Page 1 |
| 12:14 PM | Expenses by Client | |

8/21/2020  Clarence Dyer & Cohen LLP  Page 1
12:14 PM  Expenses by Client

## Selection Criteria

| | |
|---|---|
| Slip.Classification | Open |
| Slip.Slip Type | Expense |
| Slip.Date | 2/1/2020 - 7/1/2020 |
| Clie.Selection | Include: PG&E Company.New Leaf Family; PG&E.Ancillary Proceedings; PG&E.Camp Fire Criminal; PG&E.Ghost Ship; PG&E.Hearn; PG&E.Michael Dion; PG&E.NBF Shared Exp.; PG&E.Richard Troche; PG&E.Robert Rigley; PG&E.San Joaquin County Matter; PG&E.Solano County Matter; PG&E.Steve Frediani |

Rate Info - identifies rate source and level

| Slip ID / Dates and Time / Posting Status / Description | User / Activity / Client / Project | Units / DNB Time / Est. Time / Variance | Rate / Rate Info / Bill Status | Slip Value |
|---|---|---|---|---|
| **Client: PG&E Company.New Leaf Family** | | | | |
| 202016  EXP<br>3/3/2020<br>WIP<br>Conference call hosting for witness interview. | AC<br>Litigation support vendo<br>PG&E Company.New L | 1 | $9.09 | $9.09 |
| 202247  EXP<br>3/9/2020<br>WIP<br>Conference call hosting for witness interview. | AC<br>Litigation support vendo<br>PG&E Company.New L | 1 | $11.57 | $11.57 |
| 202248  EXP<br>3/6/2020<br>WIP<br>Conference call hosting for witness interview. | AC<br>Litigation support vendo<br>PG&E Company.New L | 1 | $4.80 | $4.80 |
| 202249  EXP<br>3/5/2020<br>WIP<br>Conference call hosting for witness interview. | AC<br>Litigation support vendo<br>PG&E Company.New L | 1 | $6.99 | $6.99 |
| 202250  EXP<br>3/4/2020<br>WIP<br>Conference call hosting for witness interview. | AC<br>Litigation support vendo<br>PG&E Company.New L | 1 | $9.09 | $9.09 |
| 202251  EXP<br>3/11/2020<br>WIP<br>Conference call hosting for witness interview. | AC<br>Litigation support vendo<br>PG&E Company.New L | 1 | $16.29 | $16.29 |
| 202252  EXP<br>3/11/2020<br>WIP<br>Conference call hosting for witness interview. | AC<br>Litigation support vendo<br>PG&E Company.New L | 1 | $6.55 | $6.55 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | User<br>Activity<br>Client<br>Project | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 202280   EXP<br>3/12/2020<br>WIP<br>Conference call hosting for witness interview. | AC<br>Litigation support vendo<br>PG&E Company.New L | 1 | $8.30 | $8.30 |
| 202427   EXP<br>3/10/2020<br>WIP<br>One Legal CMS filing. | AC<br>Litigation support vendo<br>PG&E Company.New L | 1 | $15.55 | $15.55 |
| 205049   EXP<br>6/26/2020<br>WIP<br>CourtCall invoice no. 10674024. | AC<br>Costs<br>PG&E Company.New L<br>L120 Analysis/Strategy | 1 | $94.00 | $94.00 |
| **Total: PG&E Company.New Leaf Family** | Billable<br>Unbillable<br>Total | 0.00<br>0.00<br>0.00 | | $182.23<br>$0.00<br>$182.23 |
| **Client: PG&E.Ancillary Proceedings** | | | | |
| 205804   EXP<br>6/1/2020<br>WIP<br>Court reporter transcript fee (invoice no. 20200149). | AC<br>Trial transcripts<br>PG&E.Ancillary Procee<br>L120 Analysis/Strategy | 1 | $659.75 | $659.75 |
| 207403   EXP<br>2/5/2020<br>WIP<br>Parking for meetings for K. Dyer. | AC<br>Local travel<br>PG&E.Ancillary Procee<br>L120 Analysis/Strategy | 1 | $40.00 | $40.00 |
| 207404   EXP<br>2/18/2020<br>WIP<br>Parking for meeting for K. Dyer. | AC<br>Local travel<br>PG&E.Ancillary Procee<br>L120 Analysis/Strategy | 1 | $40.00 | $40.00 |
| 207405   EXP<br>2/19/2020<br>WIP<br>Court transcript from 02-19-2020 hearing. Belle Ball invoice 101000061. | AC<br>Litigation support vendo<br>PG&E.Ancillary Procee | 1 | $630.75 | $630.75 |
| 207406   EXP<br>2/21/2020<br>WIP<br>Courtesy copy delivery to court. | AC<br>Delivery services/mess<br>PG&E.Ancillary Procee | 1 | $25.00 | $25.00 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | User<br>Activity<br>Client<br>Project | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 207407  EXP<br>2/10/2020<br>WIP<br>Courtesy copy delivery to court. | AC<br>Delivery services/mess<br>PG&E.Ancillary Procee | 1 | $16.00 | $16.00 |

Total: PG&E.Ancillary Proceedings

| | Billable | 0.00 | | $1,411.50 |
|---|---|---|---|---|
| | Unbillable | 0.00 | | $0.00 |
| | Total | 0.00 | | $1,411.50 |

Client: PG&E.Ghost Ship

| 205810  EXP<br>6/15/2020<br>WIP<br>JAMS deposit payment (invoice no. 5283750). | AC<br>Arbitrators/mediators<br>PG&E.Ghost Ship | 1 | $7,157.04 | $7,157.04 |
|---|---|---|---|---|
| 205811  EXP<br>5/21/2020<br>WIP<br>Conference call hosting. | AC<br>Litigation support vendo<br>PG&E.Ghost Ship | 1 | $7.90 | $7.90 |
| 205812  EXP<br>5/21/2020<br>WIP<br>Conference call hosting. | AC<br>Litigation support vendo<br>PG&E.Ghost Ship | 1 | $0.44 | $0.44 |
| 205813  EXP<br>5/21/2020<br>WIP<br>Conference call hosting. | AC<br>Litigation support vendo<br>PG&E.Ghost Ship | 1 | $7.40 | $7.40 |
| 205815  EXP<br>4/30/2020<br>WIP<br>Deposition transcript of Caleb Seong Sook Jo US Legal invoice number 110370239 | AC<br>Deposition transcripts<br>PG&E.Ghost Ship | 1 | $952.80 | $952.80 |
| 205816  EXP<br>4/30/2020<br>WIP<br>Deposition transcript of Caleb Seong Sook Jo part 2 US Legal invoice number 110370240 | AC<br>Deposition transcripts<br>PG&E.Ghost Ship | 1 | $219.75 | $219.75 |
| 205817  EXP<br>4/30/2020<br>WIP<br>Deposition transcript of Yoo Sook Jo US Legal invoice number 110370238 | AC<br>Deposition transcripts<br>PG&E.Ghost Ship | 1 | $1,506.70 | $1,506.70 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | User<br>Activity<br>Client<br>Project | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 205818　　　EXP<br>4/28/2020<br>WIP<br>Conference call hosting; | AC<br>Litigation support vendo<br>PG&E.Ghost Ship | 1 | $14.00 | $14.00 |
| 205819　　　EXP<br>4/14/2020<br>WIP<br>Conference call hosting; | AC<br>Litigation support vendo<br>PG&E.Ghost Ship | 1 | $3.38 | $3.38 |
| 205820　　　EXP<br>4/7/2020<br>WIP<br>Conference call hosting. | AC<br>Litigation support vendo<br>PG&E.Ghost Ship | 1 | $19.24 | $19.24 |
| 205821　　　EXP<br>3/17/2020<br>WIP<br>Conference call hosting. | AC<br>Litigation support vendo<br>PG&E.Ghost Ship | 1 | $6.33 | $6.33 |
| 205822　　　EXP<br>3/5/2020<br>WIP<br>Lyft ride for A. Shearer to Ghost Ship meeting in Oakland. | AC<br>Local travel<br>PG&E.Ghost Ship | 1 | $35.30 | $35.30 |
| 205823　　　EXP<br>3/5/2020<br>WIP<br>Bart ride for A. Shearer from Oakland to office. | AC<br>Local travel<br>PG&E.Ghost Ship | 1 | $3.50 | $3.50 |
| 205824　　　EXP<br>3/5/2020<br>WIP<br>K. Dyer roundtrip mileage to The Focal Point, Harrison Street, Oakland (25.3 miles x .575 = $14.55) | AC<br>Local travel<br>PG&E.Ghost Ship<br>E100 Expense | 1 | $14.55 | $14.55 |
| 205825　　　EXP<br>3/5/2020<br>WIP<br>Toll | AC<br>Local travel<br>PG&E.Ghost Ship<br>E100 Expense | 1 | $5.00 | $5.00 |
| 207408　　　EXP<br>2/26/2020<br>WIP<br>Uber for A. Shearer from Dallas hotel to deposition | AC<br>Out-of-town travel<br>PG&E.Ghost Ship<br>L120 Analysis/Strategy | 1 | $13.29 | $13.29 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | User<br>Activity<br>Client<br>Project | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 207409           EXP<br>2/26/2020<br>WIP<br>Uber for A. Shearer from deposition to airport. | AC<br>Out-of-town travel<br>PG&E.Ghost Ship<br>L120 Analysis/Strategy | 1 | $18.81 | $18.81 |
| 207410           EXP<br>2/26/2020<br>WIP<br>Uber for A. Shearer from SFO to home. | AC<br>Out-of-town travel<br>PG&E.Ghost Ship<br>L120 Analysis/Strategy | 1 | $14.95 | $14.95 |
| 207411           EXP<br>2/26/2020<br>WIP<br>Deposition transcript of Colleen McCarty and Gene McCarty US Legal invoice number 110367262 | AC<br>Deposition transcripts<br>PG&E.Ghost Ship<br>L120 Analysis/Strategy | 1 | $1,069.75 | $1,069.75 |
| 207412           EXP<br>2/25/2020<br>WIP<br>Parking for meeting for K. Dyer. | AC<br>Local travel<br>PG&E.Ghost Ship<br>L120 Analysis/Strategy | 1 | $40.00 | $40.00 |
| 207413           EXP<br>2/25/2020<br>WIP<br>Roundtrip airfare for A. Shearer to Dallas, Tx. | AC<br>Out-of-town travel<br>PG&E.Ghost Ship<br>L120 Analysis/Strategy | 1 | $311.80 | $311.80 |
| 207414           EXP<br>2/25/2020<br>WIP<br>Hotel accommodation for A. Shearer regarding Dallas trip. | AC<br>Out-of-town travel<br>PG&E.Ghost Ship<br>L120 Analysis/Strategy | 1 | $263.35 | $263.35 |
| 207415           EXP<br>2/25/2020<br>WIP<br>Lyft for A. Shearer from co-counsel office to SFO. | AC<br>Local travel<br>PG&E.Ghost Ship<br>L120 Analysis/Strategy | 1 | $29.71 | $29.71 |
| 207416           EXP<br>2/25/2020<br>WIP<br>Lyft for A. Shearer from Dallas airport to hotel. | AC<br>Out-of-town travel<br>PG&E.Ghost Ship<br>L120 Analysis/Strategy | 1 | $21.76 | $21.76 |
| 207417           EXP<br>2/25/2020<br>WIP<br>Uber for A. Shearer from hotel to dinner. | AC<br>Out-of-town travel<br>PG&E.Ghost Ship<br>L120 Analysis/Strategy | 1 | $16.55 | $16.55 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | User<br>Activity<br>Client<br>Project | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 207418<br>2/25/2020<br>WIP<br>Uber for A. Shearer from dinner to hotel.. | EXP<br>AC<br>Out-of-town travel<br>PG&E.Ghost Ship<br>L120 Analysis/Strategy | 1 | $15.03 | $15.03 |
| 207420<br>2/21/2020<br>WIP<br>Parking | EXP<br>AC<br>Local travel<br>PG&E.Ghost Ship<br>L120 Analysis/Strategy | 1 | $25.00 | $25.00 |
| 207421<br>2/21/2020<br>WIP<br>Roundtrip mileage reimbursement for K. Dyer office to courthouse and return (25.4 miles x .575 = $14.61) | EXP<br>AC<br>Local travel<br>PG&E.Ghost Ship<br>L120 Analysis/Strategy | 1 | $14.61 | $14.61 |
| 207422<br>2/21/2020<br>WIP<br>Bay Bridge toll. | EXP<br>AC<br>Local travel<br>PG&E.Ghost Ship<br>L120 Analysis/Strategy | 1 | $5.00 | $5.00 |
| 207423<br>2/4/2020<br>WIP<br>Parking for meeting for K. Dyer. | EXP<br>AC<br>Local travel<br>PG&E.Ghost Ship<br>L120 Analysis/Strategy | 1 | $40.00 | $40.00 |
| 207424<br>2/3/2020<br>WIP<br>Alaska Air SFO to SLC for A. Shearer 1-13-20 | EXP<br>AC<br>Out-of-town travel<br>PG&E.Ghost Ship<br>L120 Analysis/Strategy | 1 | $280.40 | $280.40 |
| 207425<br>2/3/2020<br>WIP<br>Southwest Air SLC to SFO for A. Shearer 1-14-20 | EXP<br>AC<br>Out-of-town travel<br>PG&E.Ghost Ship<br>L120 Analysis/Strategy | 1 | $316.98 | $316.98 |
| 207426<br>2/3/2020<br>WIP<br>Hotel accommodation for A. Shearer 1-13-20 | EXP<br>AC<br>Out-of-town travel<br>PG&E.Ghost Ship<br>L120 Analysis/Strategy | 1 | $160.10 | $160.10 |
| 207427<br>2/3/2020<br>WIP<br>Lyft from home to SFO for A. Shearer 1-13-20 | EXP<br>AC<br>Out-of-town travel<br>PG&E.Ghost Ship<br>L120 Analysis/Strategy | 1 | $30.00 | $30.00 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | User<br>Activity<br>Client<br>Project | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 207428<br>2/3/2020<br>WIP<br>Lyft from SLC airport to hotel for A. Shearer 1-13-20 | EXP<br><br>AC<br>Out-of-town travel<br>PG&E.Ghost Ship<br>L120 Analysis/Strategy | 1 | $29.27 | $29.27 |
| 207429<br>2/3/2020<br>WIP<br>Lyft from hotel to deposition for A. Shearer 1-14-20 | EXP<br><br>AC<br>Out-of-town travel<br>PG&E.Ghost Ship<br>L120 Analysis/Strategy | 1 | $18.88 | $18.88 |
| 207430<br>2/3/2020<br>WIP<br>Lyft from deposition to airport for A. Shearer. 1-14-20 | EXP<br><br>AC<br>Out-of-town travel<br>PG&E.Ghost Ship<br>L120 Analysis/Strategy | 1 | $36.41 | $36.41 |
| 207431<br>2/3/2020<br>WIP<br>Roundtrip mileage reimbursement for A. Shearer. Office to 1601 I Street, Ste 410, Modesto (185 miles x .575/mile) 1-30-20 | EXP<br><br>AC<br>Out-of-town travel<br>PG&E.Ghost Ship<br>L120 Analysis/Strategy | 1 | $106.38 | $106.38 |
| 207432<br>2/3/2020<br>WIP<br>Bay bridge toll for A. Shearer. 1-30-20 | EXP<br><br>AC<br>Out-of-town travel<br>PG&E.Ghost Ship<br>L120 Analysis/Strategy | 1 | $7.00 | $7.00 |
| 207433<br>2/3/2020<br>WIP<br>Hotel accommodation for A. Shearer. (deposition finished earlier than expected, time to cancel without incurring charges passed) 1-30-20 | EXP<br><br>AC<br>Out-of-town travel<br>PG&E.Ghost Ship<br>L120 Analysis/Strategy | 1 | $195.14 | $195.14 |
| 207434<br>2/3/2020<br>WIP<br>Deposition transcript of Carol Cidlik. US Legal invoice number 110351663. | EXP<br><br>AC<br>Deposition transcripts<br>PG&E.Ghost Ship<br>L120 Analysis/Strategy | 1 | $379.10 | $379.10 |
| 207435<br>2/3/2020<br>WIP<br>Deposition transcript of Bruce Fritz. U.S. Legal invoice number 110351660. | EXP<br><br>AC<br>Deposition transcripts<br>PG&E.Ghost Ship<br>L120 Analysis/Strategy | 1 | $536.60 | $536.60 |
| 207436<br>2/3/2020<br>WIP<br>Deposition transcript of Jeffrey Sylvan U.S. Legal | EXP<br><br>AC<br>Deposition transcripts<br>PG&E.Ghost Ship<br>L120 Analysis/Strategy | 1 | $131.10 | $131.10 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | User<br>Activity<br>Client<br>Project | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| invoice number 110355802 | | | | |
| 207437<br>2/3/2020<br>WIP<br>Deposition transcript of Ursula Sylvan U.S. Legal invoice number 110355801 | EXP<br>AC<br>Deposition transcripts<br>PG&E.Ghost Ship<br>L120 Analysis/Strategy | 1 | $180.20 | $180.20 |
| 207438<br>2/3/2020<br>WIP<br>Deposition transcript of Robert E. Lapine US Legal invoice number 110355657. | EXP<br>AC<br>Deposition transcripts<br>PG&E.Ghost Ship<br>L120 Analysis/Strategy | 1 | $734.20 | $734.20 |
| 207439<br>2/3/2020<br>WIP<br>Video deposition of Bruce Fitz, video fee US Legal invoice number 110352275 | EXP<br>AC<br>Deposition transcripts<br>PG&E.Ghost Ship<br>L120 Analysis/Strategy | 1 | $367.50 | $367.50 |
| 207440<br>2/3/2020<br>WIP<br>Deposition transcript of Nancye E. Fritz US Legal invoice number 110352667 | EXP<br>AC<br>Deposition transcripts<br>PG&E.Ghost Ship<br>L120 Analysis/Strategy | 1 | $682.30 | $682.30 |
| 207441<br>2/3/2020<br>WIP<br>Parking for meeting on 1-10-20 | EXP<br>AC<br>Local travel<br>PG&E.Ghost Ship<br>L120 Analysis/Strategy | 1 | $40.00 | $40.00 |
| 207442<br>2/3/2020<br>WIP<br>Parking for meeting on 1-13-20 | EXP<br>AC<br>Local travel<br>PG&E.Ghost Ship<br>L120 Analysis/Strategy | 1 | $42.00 | $42.00 |
| 207443<br>2/3/2020<br>WIP<br>Taxi for K. Dyer from airport to hotel in Boston. 1-14-20 | EXP<br>AC<br>Out-of-town travel<br>PG&E.Ghost Ship<br>L120 Analysis/Strategy | 1 | $31.25 | $31.25 |
| 207444<br>2/3/2020<br>WIP<br>Lyft for K. Dyer from hotel to airport in Boston. 1-17-20 | EXP<br>AC<br>Out-of-town travel<br>PG&E.Ghost Ship<br>L120 Analysis/Strategy | 1 | $25.75 | $25.75 |
| 207445<br>2/3/2020<br>WIP | EXP<br>AC<br>Out-of-town travel<br>PG&E.Ghost Ship | 1 | $507.60 | $507.60 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | User<br>Activity<br>Client<br>Project | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| Roundtrip airfare to Boston return to San Francisco for K. Dyer. 1-17-20 | L120 Analysis/Strategy | | | |
| 207446<br>2/3/2020<br>WIP<br>Economy seating charge to Boston. 1-14-20 | EXP<br>AC<br>Out-of-town travel<br>PG&E.Ghost Ship<br>L120 Analysis/Strategy | 1 | $96.00 | $96.00 |
| 207447<br>2/3/2020<br>WIP<br>Economy seating charge from Boston to San Francisco. 1-17-20 | EXP<br>AC<br>Out-of-town travel<br>PG&E.Ghost Ship<br>L120 Analysis/Strategy | 1 | $91.00 | $91.00 |
| 207448<br>2/3/2020<br>WIP<br>Hotel accommodation for K. Dyer in Boston (3 nights) for Fritz depositions. 1-17-20 | EXP<br>AC<br>Out-of-town travel<br>PG&E.Ghost Ship<br>L120 Analysis/Strategy | 1 | $1,058.21 | $1,058.21 |
| 207449<br>2/3/2020<br>WIP<br>Mileage reimbursement, roundtrip from office to Oakland courthouse and return for K. Dyer on 1-31-20 | EXP<br>AC<br>Local travel<br>PG&E.Ghost Ship<br>L120 Analysis/Strategy | 1 | $14.73 | $14.73 |
| 207450<br>2/3/2020<br>WIP<br>Toll on 1-31-20 | EXP<br>AC<br>Local travel<br>PG&E.Ghost Ship<br>L120 Analysis/Strategy | 1 | $5.00 | $5.00 |
| 207451<br>2/3/2020<br>WIP<br>Parking for K. Dyer 1-31-20 | EXP<br>AC<br>Local travel<br>PG&E.Ghost Ship<br>L120 Analysis/Strategy | 1 | $4.00 | $4.00 |

Total: PG&E.Ghost Ship

|  | Billable | 0.00 | $17,960.04 |
|---|---|---|---|
|  | Unbillable | 0.00 | $0.00 |
|  | Total | 0.00 | $17,960.04 |

Grand Total

|  | Billable | 0.00 | $19,553.77 |
|---|---|---|---|
|  | Unbillable | 0.00 | $0.00 |
|  | Total | 0.00 | $19,553.77 |