# EXHIBIT A

## PG&E Corporation and PG&E Company, et.al.
### Case No. 19-30088
Summary Of Hours and Discounted Fees Incurred By Professional
May 1, 2020 through May 31, 2020

| Professional Person | Position & Department | Total Billed Hours | Hourly Billing Rate | | Total Compensation |
|---|---|---|---|---|---|
| Arun Mani | Principal- Advisory | 64.0 | $ 500 | | $ 32,000.00 |
| Rama Bhaskara | Senior Specialist - Advisory | 185.6 | $ 260 | | $ 48,256.00 |
| Celeste Campbell | Manager - Bankruptcy | 44.4 | $ 163 | | $ 7,215.00 |
| Clay Gilge | Principal - Advisory | 13.0 | $ 500 | | $ 6,500.00 |
| Collin Whalen | Associate | 128.1 | $ 138 | | $ 17,613.75 |
| Daniel New | Senior Associate - Advisory | 23.4 | $ 325 | | $ 7,605.00 |
| Eloise Pinto | Manager - Advisory | 6.0 | $ 475 | | $ 2,850.00 |
| Erik Lange | Partner - Advisory | 0.5 | $ 850 | | $ 425.00 |
| farbod Farzan | Senior Associate - Advisory | 113.5 | $ 325 | | $ 36,887.50 |
| Garrett Yamada | Director - Advisory | 0.5 | $ 750 | | $ 375.00 |
| Gaurav Mathur | Director - Advisory | 7.0 | $ 435 | | $ 3,045.00 |
| Gaurav Thapan-Raina | Manager - Advisory | 135.0 | $ 400 | | $ 54,000.00 |
| Holly Tant | Manager - Advisory | 1.3 | $ 475 | | $ 617.50 |
| Jeffrey Kwan | Senior Associate - Advisory | 15.2 | $ 325 | | $ 4,940.00 |
| Jonathan Boldt | Associate - Advisory | 1.0 | $ 325 | | $ 325.00 |
| Juan Gonzalez III | Partner - Advisory | 1.1 | $ 500 [1] | | $ 550.00 |
| Juan Gonzalez III | Partner - Advisory | 2.0 | $ 625 [1] | | $ 1,250.00 |
| Juanita Garza | Associate - Bankruptcy | 1.9 | $ 138 | | $ 261.25 |
| Kara Morris | Associate | 11.6 | $ 137 | | $ 1,594.42 |
| Kelly Markgraf | Managing Director- Advisory | 0.5 | $ 595 | | $ 297.50 |
| Matt Broida | Director - Advisory | 78.5 | $ 435 | | $ 34,147.50 |
| Matthew Rice | Lead Specialist (Manager) - Advisor | 183.3 | $ 260 | | $ 47,658.00 |
| Monica Plangman | Associate Director - Bankruptcy | 0.9 | $ 213 | | $ 191.25 |
| Pamela Wei | Associate | 12.0 | $ 138 | | $ 1,650.00 |
| Renay Gosen | Associate | 8.9 | $ 138 | | $ 1,223.75 |
| Rob Villegas | Manager - Advisory | 17.3 | $ 260 | | $ 4,498.00 |
| Rohan Prasad | Senior Associate - Advisory | 159.7 | $ 325 [2] | | $ 51,902.50 |
| Rohit Nagdeo | Lead Specialist (Manager) - Advisor | 8.0 | $ 260 | | $ 2,080.00 |
| Sam Chu | Senior Associate - Advisory | 149.3 | $ 325 | | $ 48,522.50 |
| Stacy Keating | Partner - Advisory | 0.5 | $ 850 | | $ 425.00 |
| Will Brennan | Senior Associate - Advisory | 41.1 | $ 325 | | $ 13,357.50 |
| **Subtotal Hours and Fees at Discounted Rates** | | **1,415.1** | | | **$ 432,263.92** |
| Data Security Services - Exhibit C2 (Fixed Fee) | | | | | $ 90,444.50 [3] |
| Legal Support Services - Exhibit C3 (non-hourly fees) | | | | | $ 45,917.34 [4] |
| 2020 Electric System Inspections and Maintenance Program Services - Exhibit C17 (Fixed Fee) | | | | | $ 405,000.00 [5] |
| DLP IT Analytics Server Installation - Exhibit C19 (Fixed Fee) | | | | | $ 50,750.00 [6] |
| **Total Fees Requested** | | | | | **$ 1,024,375.76** |
| Out of Pocket Expenses | | | | | $ - |
| **Total Fees and Out of Pocket Expenses** | | | | | **$ 1,024,375.76** |
| less Holdback Adjustment (20%) | | | | | $ (204,875.15) |
| **Net Requested Fees & Out of Pocket Expenses** | | | | | **$ 819,500.61** |
| **Blended Hourly Rate** (excludes Fixed Fee Hours) | | | | | **$ 305.47** |

[1] Rates differ due to services provided relating to different CWA's.

[2] Rate changed due to promotion effective October 1, 2019.

[3] KPMG and the Debtors agreed to fixed-fee compensation for the Data Security Services. Payment of the fixed fee is dependent on an iterative process by which stages of the project go through a formal review, including a detailed walkthrough, modifications (if required) and formal acceptance. KPMG is requesting the fixed-fee amount above for these services, as approved by the client.

# EXHIBIT A

## PG&E Corporation and PG&E Company, et.al.
### Case No. 19-30088
Summary Of Hours and Discounted Fees Incurred By Professional
May 1, 2020 through May 31, 2020

[4] These fees represent the recurring monthly charges as detailed in Appendix C of the Legal Support Services Agreement and further detailed on Exhibit C3.

[5] KPMG and the Debtors agreed to fixed-fee compensation for the 2020 Electric System Inspections and Maintenance Program Services. Payment of the fixed fee is dependent on an iterative process by which stages of the project go through a formal review, including a detailed walkthrough, modifications (if required) and client acceptance. KPMG is requesting the fixed-fee amount above for these services, as approved by the client.

[6] KPMG and the Debtors agreed to fixed-fee compensation for the DLP IT Analytics Server Installation Services. Payment of the fixed fee is dependent on an iterative process by which stages of the project go through a formal review, including a detailed walkthrough, modifications (if required) and formal acceptance. KPMG is requesting the fixed-fee amount above for these services, as approved by the client.