**EXHIBIT B**

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Summary of Hours and Discounted Fees Incurred by Category
May 1, 2020 through May 31, 2020

| Project Category | Exhibit | Total Billed Hours | Total Fees Requested | |
|---|---|---:|---:|---|
| Data Security Services | C2 | | $ 90,444.50 | (1) |
| Legal Support Services | C3 | 1.8 | $ 46,832.34 | (2) |
| Fee Application Preparation Services | C8 | 207.8 | $ 29,749.42 | |
| IT Software Services (Phase II) | C9 | 394.2 | $ 102,492.00 | |
| Quanta Invoice Review Services | C10 | 35.2 | $ 14,485.00 | |
| Tax and Accounting On-Call Services | C14 | 1.5 | $ 1,225.00 | |
| Gas and Electric Permitting Support Phase 2 | C16 | 9.0 | $ 4,425.00 | |
| 2020 Electric System Inspections and Maintenance Program Services | C17 | | $ 405,000.00 | (3) |
| RAMP Filing Support and Bowtie Analytics | C18 | 765.6 | $ 278,972.50 | |
| DLP IT Analytics Server Installation | C19 | | $ 50,750.00 | (4) |
| **Total Fees Requested** | | **1,415.1** | **$ 1,024,375.76** | |

(1) KPMG and the Debtors agreed to fixed-fee compensation for the Data Security Services. Payment of the fixed fee is dependent on an iterative process by which stages of the project go through a formal review, including a detailed walkthrough, modifications (if required) and formal acceptance. KPMG is requesting the fixed-fee amount above for these services, as approved by the client.

(2) Fee amount composed of hourly fees and recurring hosting fees.

(3) KPMG and the Debtors agreed to fixed-fee compensation for the 2020 Electric System Inspections and Maintenance Program Services. Payment of the fixed fee is dependent on an iterative process by which stages of the project go through a formal review, including a detailed walkthrough, modifications (if required) and client acceptance. KPMG is requesting the fixed-fee amount above for these services, as approved by the client.

(4) KPMG and the Debtors agreed to fixed-fee compensation for the DLP IT Analytics Server Installation Services. Payment of the fixed fee is dependent on an iterative process by which stages of the project go through a formal review, including a detailed walkthrough, modifications (if required) and formal acceptance. KPMG is requesting the fixed-fee amount above for these services, as approved by the client.