Richard Morin (SBN 285275)
Law Office of Rick Morin, PC
555 Capitol Mall Suite 750
Sacramento, CA 95814-4508
Phone: (916) 333-2222
Email: legal@rickmorin.net

Attorney for Creditors James Scott, Amanda Olsen, Cheri Ann Salerno, Susan Farrell, Jason Reid, and Phyllis Hoxie Monroe

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | Case No. 19-30088-DM<br>Chapter 11<br>Lead Case<br>Jointly Administered<br><br>**DECLARATION OF JENNIFER S. DOMER IN SUPPORT OF MOTION TO DEEM CLAIMS TIMELY FILED OF JAMES SCOTT, AMANDA OLSEN, CHERI ANN SALERNO, SUSAN FARRELL, JASON REID, AND PHYLLIS HOXIE MONROE**<br><br>**Date:** September 22, 2020<br>**Time:** 10:00 am<br>**Location:** United States Bankruptcy Court<br>450 Golden Gate Ave Ctrm 17<br>San Francisco, CA 94102<br>**Judge:** Honorable Dennis Montali |

I, Jennifer S. Domer, declare:

    1.    I am an attorney at the law firm of Cutter Law P.C., the attorney for James Scott, Amanda Olsen, Cheri Ann Salerno, Susan Farrell, Jason Reid, and Phyllis Hoxie Monroe.

    2.    I have personal knowledge of the following facts and would testify competently thereto if called as a witness. I make this declaration in support of Motion to Deem Claims Timely

---
1
DECLARATION OF JENNIFER S. DOMER IN SUPPORT OF MOTION
Case No. 19-30088-DM

Filed of James Scott, Amanda Olsen, Cheri Ann Salerno, Susan Farrell, Jason Reid, and Phyllis Hoxie Monroe.

3. In December of 2019, Cutter Law, P.C. had an established protocol in place for receiving Camp Fire retainer agreements from an agent. Under the established protocol, after obtaining the prospective client's retainer agreement, the firm's agent sent the Camp Fire retainer documentation to three people at Cutter Law: an intake clerk, a clerical person, and an attorney other than me. The receiving attorney was authorized to accept or reject the potential client; as a junior attorney, I was not.

4. This protocol was in place and had been effectively working since September 2019.

5. I left the country for vacation on or about December 19, 2019 and continued my vacation out of the country on December 30, 2019. However, upon my return from vacation on January 16, 2020, I discovered that retainer agreements for James Scott, Amanda Olsen, Cheri Ann Salerno, Susan Farrell, Jason Reid, and Phyllis Hoxie Monroe had been mistakenly sent *only* to my Gmail email account by the firm's agent. This was a mistake, and contrary to the established protocol. I had cleared my calendar before leaving for vacation and did not check my email accounts while out on vacation.

6. Upon discovery of the retainer agreements, I immediately forwarded the retainer agreements to attorney John Roussas, and his legal secretary Alisha Sanders.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on August 19, 2020, in Sacramento, California.

*[signature: Jennifer Domer]*

Jennifer S. Domer