| | |
|---|---|
| 1 | Richard Morin (SBN 285275) |
| 2 | Law Office of Rick Morin, PC<br>555 Capitol Mall Suite 750 |
| 3 | Sacramento, CA 95814-4508 |
| 4 | Phone: (916) 333-2222<br>Email: legal@rickmorin.net |
| 5 | |
| 6 | Attorney for Creditors James Scott, Amanda Olsen,<br>Cheri Ann Salerno, Susan Farrell, Jason Reid, |
| 7 | Phyllis Hoxie Monroe |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>   and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>   Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | Case No. 19-30088-DM<br>Chapter 11<br>Lead Case<br>Jointly Administered<br><br>**NOTICE OF HEARING TO DEEM CLAIMS OF SCOTT, AMANDA OLSEN, CHERI ANN SALERNO, SUSAN FARRELL, JASON REID, PHYLLIS HOXIE MONROE TIMELY FILED**<br><br>**Date:** September 22, 2020<br>**Time:** 10:00 am<br>**Location:** United States Bankruptcy Court<br>450 Golden Gate Ave Ctrm 17<br>San Francisco, CA 94102<br>**Judge:** Honorable Dennis Montali |

PLEASE TAKE NOTICE THAT on January 29, 2019, PG&E Corporation and Pacific Gas and Electric Company, the debtors in possession (the "Debtors") in the above-captioned Chapter 11 cases (the "Chapter 11 Cases"), each filed a voluntary petition for relief under Chapter 11 of Title 11 of the United Stated Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that Creditors James Scott, Amanda Olsen, Cheri Ann Salerno, Susan Farrell, Jason Reid, and Phyllis Hoxie Monroe ("Creditors") have filed a Motion to

1

Deem Claims Timely Filed ("Motion") in the above-captioned matter. The Motion will be heard before the Honorable Dennis Montali on September 22, 2020, located at Courtroom 17, 450 Golden Gate Avenue, San Francisco, CA 94102.

By this motion, Creditors seeks an order allowing their late-filed proofs of claim to be deemed timely pursuant to Federal Rule of Bankruptcy Procedure 9006(b).

The Motion is made based upon the attached motion, declarations, and other supporting papers filed and served concurrently herewith, as well as the files and records of this bankruptcy, and such argument and evidence as may be presented at the hearing.

PLEASE TAKE FURTHER NOTICE THAT, the hearing will not be conducted in the judge's courtroom but instead will be conducted by telephone or video. All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

PLEASE TAKE FURTHER NOTICE that any oppositions or responses to the Motion must be in writing, filed with the Bankruptcy Court, and served on the counsel for Creditors at the above-referenced addresses so as to be received by no later than 4:00 p.m. (Pacific Time) on September 8, 2020. Any oppositions or responses must be filed and served on all "Standard Parties" as defined in, and in accordance with, the Second Amended Order Implementing Certain Notice and Case Management Procedures entered on May 14, 2019 [Dkt. No. 1996] (the "Case Management Order"). Any relief requested in the Motion may be granted without a hearing if no opposition is timely filed and served in accordance with the Case Management Order. In deciding the Motion, the Court may consider any other document filed in these Chapter 11 Cases.

PLEASE TAKE FURTHER NOTICE THAT that copies of the Motion and its supporting papers can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk

LLC , at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by email at: pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: August 21, 2020

Law Office of Rick Morin, PC

By: Richard Morin
Attorney for Creditors James Scott, Amanda Olsen, Cheri Ann Salerno, Susan Farrell, Jason Reid, and Phyllis Hoxie Monroe