Richard Morin (SBN 285275)
Law Office of Rick Morin, PC
555 Capitol Mall Suite 750
Sacramento, CA 95814-4508
Phone: (916) 333-2222
Email: legal@rickmorin.net

Attorney for Creditors James Scott, Amanda Olsen,
Cheri Ann Salerno, Susan Farrell, Jason Reid,
Phyllis Hoxie Monroe, and Christopher Faulkner

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>    and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>       Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | Case No. 19-30088-DM<br>Chapter 11<br>Lead Case<br>Jointly Administered<br><br>**CERTIFICATE OF SERVICE**<br><br>**Date:** September 22, 2020<br>**Time:** 10:00 am<br>**Location:** United States Bankruptcy Court<br>450 Golden Gate Ave Ctrm 17<br>San Francisco, CA 94102<br>**Judge:** Honorable Dennis Montali |

I, Richard Morin, declare:

I am a citizen of the United States and employed in Sacramento County, California. I am over the age of eighteen years old and not a party to the above-titled action. My business address is 555 Capitol Mall Suite 750, Sacramento, CA 95814. On August 25, 2020, I served a copy of the following documents:

- NOTICE OF HEARING TO DEEM CLAIMS OF SCOTT, AMANDA OLSEN, CHERI ANN SALERNO, SUSAN FARRELL, JASON REID, PHYLLIS HOXIE MONROE TIMELY FILED
- MOTION TO DEEM CLAIMS OF SCOTT, AMANDA OLSEN, CHERI ANN SALERNO, SUSAN FARRELL, JASON REID, PHYLLIS HOXIE MONROE TIMELY FILED

---

1

- DECLARATION OF JENNIFER S. DOMER IN SUPPORT OF MOTION TO DEEM CLAIMS TIMELY FILED OF JAMES SCOTT, AMANDA OLSEN, CHERI ANN SALERNO, SUSAN FARRELL, JASON REID, AND PHYLLIS HOXIE MONROE
- DECLARATION OF JOHN ROUSSAS IN SUPPORT OF MOTION TO DEEM CLAIMS TIMELY FILED OF JAMES SCOTT, AMANDA OLSEN, CHERI ANN SALERNO, SUSAN FARRELL, JASON REID, AND PHYLLIS HOXIE MONROE

by electronic transmission through the Court's CM/ECF system.

Moreover, on August 25, 2020, I served the foregoing documents by enclosing them in an envelope and depositing each such sealed envelope, with postage thereon fully prepaid for first-class mail addressed to the following addresses, with the United States Postal Service.

The Debtors, c/o PG&E Corporation and Pacific Gas and Electric Company
PO Box 770000
77 Beale Street
San Francisco, CA 94105
Attn: Janet Loduca, Esq.

U.S. Nuclear Regulatory Commission
Washington, DC 20555-0001
General Counsel

I declare under penalty of perjury that the above is true and correct. Executed on August 25, 2020 at Newport Coast, California.

_____
Richard Morin