# EXHIBIT B

# EXHIBIT B

## COMPENSATION BY WORK TASK CODE FOR
## SERVICES RENDERED BY MUNGER, TOLLES & OLSON LLP
## JUNE 1, 2020 THROUGH JULY 1, 2020

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 021 | Non-Bankruptcy Litigation / Wildfire (Criminal) | 548.7 | $488,819.50 |
| 022 | Non-working Travel | 14.3 | $17,668.00 |
| 023 | Purchase Power Agreements (including Adversary Proceedings) | 89.5 | $94,604.00 |
| 025 | Regulatory Issues Including CPUC and FERC | 1,218.0 | $1,113,432.50 |
| 026 | Retention / Billing / Fee Applications: MTO | 11.7 | $7,199.50 |
| 035 | Kincade | 8.1 | $6,403.00 |
| **TOTAL** | | **1,890.3** | **$1,728,126.50** |
| | Credit for Kelly LC Kriebs fees May 1, 2020-May 31, 2020 fee period. | | (30,446.96) |
| | Credit for Kelly LC Kriebs fees June 1, 2020-July 1, 2020 fee period. | | (40,322.64) |
| **GRAND TOTAL** | | | **$1,657,356.90** |