# EXHIBIT C

# EXHIBIT C

## EXPENSE SUMMARY
## JUNE 1, 2020 THROUGH JULY 1, 2020

| EXPENSES | AMOUNTS |
|---|---:|
| Meals | $658.27 |
| Travel – Ground (Out of Town) | $209.96 |
| Consultants/Professional Services | $1,250.00 |
| Transcripts | $1,685.55 |
| Filing/Recording/Registration Fees | $508.75 |
| Copying Charges/Outside | $291.22 |
| Air Express | $67.87 |
| Messenger | $275.88 |
| **Total Expenses Requested:** | **$4,947.50** |