**Exhibit A**

| Date Statement Filed | Period Covered | Total Compensation and Expenses Incurred for Period Covered | | Total Amount of Fees Authorized to be Paid Pursuant to Interim Compensation Order | Total Amount of Expenses Authorized to be Paid Pursuant to Interim Compensation Order | Holdback Fees Amount |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees w/ No Objection (@ 80%) | Expenses (@ 100%) | Fees w/ No Objection (@ 20%) |
| July 23, 2020 | 05/01/20 - 05/31/20 | $691,853.00 | $13,487.49 | $553,482.40 | $13,487.49 | $138,370.60 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

4