## Exhibit A

| Date Statement Filed | Period Covered | Total Compensation and Expenses Incurred for Period Covered | | Total Amount of Fees Authorized to be Paid Pursuant to Interim Compensation Order | Total Amount of Expenses Authorized to be Paid Pursuant to Interim Compensation Order | Holdback Fees Amount |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees w/ No Objection (@ 80%) | Expenses (@ 100%) | Fees w/ No Objection (@ 20%) |
| July 28, 2020 | 06/01/20 - 06/30/20 | $1,253,450.50 | $650.64 | $1,002,760.40 | $650.64 | $250,690.10 |
| July 28, 2020 | 07/01/20 | $10,904.50 | $61.94 | $8,723.60 | $61.94 | $2,180.90 |

4