| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** | |
| **NORTHERN DISTRICT OF CALIFORNIA** | |
| **SAN FRANCISCO DIVISION** | |
| **In re:** <br><br> **PG&E CORPORATION,** <br><br> - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br>        **Debtors.** <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ■ Affects both Debtors <br><br> *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br> (Lead Case) <br> (Jointly Administered) <br><br> **CERTIFICATE OF NO OBJECTION REGARDING TWELFTH MONTHLY FEE STATEMENT OF TRIDENT DMG LLC FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR THE PERIOD JUNE 18, 2020 THROUGH JUNE 30, 2020** <br><br> [Re: Docket No. 8621] <br><br> **OBJECTION DEADLINE** <br> August 24, 2020 at 4:00p.m. (PDT) |

**THE MONTHLY FEE STATEMENT**

On August 3, 2020, Trident DMG LLC ("**Trident**" or the "**Applicant**"), communications consultant to the Official Committee of Tort Claimants ("**Tort Committee**"), filed its Twelfth Monthly Fee Statement of Trident DMG LLC for Allowance and Payment of Compensation for the Period of June 18, 2020 through June 30, 2020 [Docket No. 8621] (the "**Twelfth Monthly Fee Statement**"), pursuant to the *Order Pursuant to 11 U.S.C. §§ 331 and 105(a) and Fed. R. Bank. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals,* entered on February 28, 2019 [Docket No. 701] (the "**Interim Compensation Procedures Order**").

The Twelfth Monthly Fee Statement was served as described in the Certificate of Service of Heidi Hammon-Turano, filed on August 6, 2020 [Docket. No. 8687]. The deadline to file responses or oppositions to the Twelfth Monthly Fee Statement was August 24, 2020, and no oppositions or responses have been filed with the Court or received by the Applicant. Pursuant to the Interim Compensation Procedures Order, the above-captioned debtors and reorganized debtors are authorized to pay the Applicant eighty percent (80%) of the fees requested in the Twelfth Monthly Fee Statement upon the filing of this certification and without the need for a further order of the Court. A summary of the fees sought by the Applicant is attached hereto as **Exhibit A.**

**DECLARATION OF NO RESPONSE RECEIVED**

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that:

1. I am a Partner of the firm of Trident DMG LLC, the communications consultant to the Tort Committee.

2. I certify that I have reviewed the Court's docket in these cases and have not received any response or opposition to the Twelfth Monthly Fee Statement.

3. This declaration was executed in Bethesda, Maryland.

Dated: August 25, 2020

Respectfully submitted,

**TRIDENT DMG LLC**

By: /s/ Adam Goldberg
Adam Goldberg
*Communications Consultant for the
Official Committee of Tort Claimants*

# EXHIBIT A

Professional Fees and Expenses
Twelfth Monthly Fee Statement

| Applicant | Fee Application Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Fees Authorized to be Paid at 80% | Expenses Authorized to be Paid at 100% | Amount of Holdback Fees |
|---|---|---|---|---|---|---|---|
| Trident DMG LLC<br><br>Communications Consultant to the Official Committee of Tort Claimants | Twelfth Monthly<br><br>6/18/20 to 6/30/20<br><br>[Docket No. 8621, filed 8/03/20] | $17,500.00 | $0.00 | 8/24/20 | $14,000.00 | $0.00 | $3,500.00 |