COVINGTON & BURLING LLP
David B. Goodwin (#104469)
(DGoodwin@cov.com)
Jeffrey M. Davidson (#248620)
(JDavidson@cov.com)
Salesforce Tower
415 Mission St., Suite 5400
San Francisco, CA 94105
Tel: 415-591-6000
Fax: 415-955-6574

*Special Counsel for the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br>PG&E CORPORATION,<br><br>     - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>     Debtors<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>\* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case) (Jointly Administered)<br><br>**FIRST CONSOLIDATED MONTHLY FEE STATEMENT OF COVINGTON & BURLING LLP AS SPECIAL COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM JANUARY 1, 2020 THROUGH JULY 1, 2020**<br><br>Objection Deadline: September 16, 2020<br>                                   4:00 p.m. (P.S.T.)<br><br>No hearing requested |

| | |
|---|---|
| To: The Notice Parties | |
| Name of Applicant: | Covington & Burling LLP ("**Covington**") |
| Authorized to Provide Professional Services to: | Special Counsel to the Debtors and Debtors-in-Possession |
| Date of Retention: | April 9, 2020 *nunc pro tunc* to January 1, 2020 |
| Period for Which Compensation and Reimbursement are Sought: | January 1, 2020 through July 1, 2020 |
| Amount of Compensation Sought to Be Allowed as Actual, Reasonable, and Necessary: | $571,205.60 (80% of $714,007.00) |
| Amount of Expense Reimbursement Sought to Be Allowed as Actual, Reasonable, and Necessary: | $9,903.14 |
| Prior Applications: | N/A |

Covington & Burling LLP ("**Covington**"), special counsel to PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, "**Debtors**") in the above-captioned chapter 11 cases ("**Chapter 11 Cases**"), hereby submits its first consolidated monthly fee statement ("**Fee Statement**") for allowance and payment of compensation for professional services rendered during the period commencing January 1, 2020 through July 1, 2020 ("**Fee Period**") pursuant to the *Order Pursuant to 11 U.S.C. §§ 331 and 105(a) and Fed. R. Bankr. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, dated February 27, 2019 [ECF No. 701] ("**Interim Compensation Procedures Order**").

By this Fee Statement, Covington requests allowance and payment of $571,205.60 (80% of $714,007.00) as compensation for professional services rendered to the Debtors during the Fee Period, and allowance and payment of $9,903.14 (representing 100% of the expenses incurred) as reimbursement for actual and necessary expenses incurred by Covington & Burling during the Fee Period.

Attached hereto as **Exhibit A** is the name of each professional who performed services for the Debtors in connection with these Chapter 11 Cases during the Fee Period covered by this Fee Statement and the hourly rate and total fees for each professional. Attached hereto as **Exhibit B** is a summary of hours during the Fee Period by project matter. Attached hereto as **Exhibit C** is a summary of expenses incurred during the Fee Period. Attached hereto as **Exhibit D** are the detailed time entries for the Fee Period. Attached hereto as **Exhibit E** are the detailed expense entries for the Fee Period.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Interim Compensation Procedures Order, responses or objections to this Monthly Fee Statement, if any, must be filed and served on or before 4:00 p.m. (P.S.T) on the 21st day (or the next business day if such day is not a business day) following the date the Fee Statement is filed and served (the "**Objection Deadline**").

**PLEASE TAKE FURTHER NOTICE** that upon the expiration of the Objection Deadline, Covington will file a certificate of no objection with the Court, after which the Debtors are authorized and directed to pay Covington an amount equal to 80% of the fees and 100% of the expenses requested in this Fee Statement. If an objection is properly filed, the Debtors will be authorized and directed to pay Covington 80% of the fees and 100% of the expenses not subject to an objection.

DATED: August 26, 2020
San Francisco, California

Respectfully submitted,

COVINGTON & BURLING LLP

By:   /s/ David B. Goodwin

David B. Goodwin
Salesforce Tower
415 Mission St., Suite 5400
San Francisco, CA 94105
Tel: 415-591-6000
Email: DGoodwin@cov.com

**NOTICE PARTIES**

PG&E Corporation
c/o Pacific Gas & Electric Company
Attn: John Simon, Esq.
77 Beale Street
San Francisco, CA 94105

Weil, Gotshal & Manges LLP
Attn: Stephen Karotkin, Esq.
Jessica Liou, Esq.
Matthew Goren, Esq.
767 Fifth Avenue
New York, NY 10153

Keller & Benvenutti LLP
Attn: Tobias S. Keller, Esq.
Jane Kim, Esq.
650 California Street, Suite 1900
San Francisco, CA 94108

The Office of the United States Trustee for Region 17
Attn: James L. Snyder, Esq.
Timothy Laffredi, Esq.
450 Golden Gate Avenue, 5th Floor, Suite #05-0153
San Francisco, CA 94102

Milbank LLP
Attn: Dennis F. Dunne, Esq.
Sam A. Khalil, Esq.
55 Hudson Yards
New York, NY 10001-2163

Milbank LLP
Attn: Paul S. Aronzon, Esq.,
Gregory A. Bray, Esq.,
Thomas R. Kreller, Esq.
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067

Baker & Hostetler LLP
Attn: Eric Sagerman, Esq. and
Cecily Dumas, Esq.
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509

Scott H. McNutt, counsel for Bruce A. Markell, Fee Examiner
324 Warren Road
San Mateo, California 94402