# EXHIBIT A

## COMPENSATION BY PROFESSIONAL
## JANUARY 1, 2020 THROUGH JULY 1, 2020

The attorneys and paraprofessionals who rendered legal services in these Chapter 11 Cases from January 1, 2020 through July 1, 2020 (the "**Fee Period**") are:

| NAME OF PROFESSIONAL: | POSITION | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| David B. Goodwin | Partner | 1982 | $1,210.00 | 281.3 | $340,373.00 |
| Jeffrey M. Davidson | Partner | 2007 | $935.00 | 167.6 | $156,706.00 |
| Heather W. Habes | Associate | 2011 | $825.00 | 193.9 | $159,967.50 |
| Hakeem S. Rizk | Associate | 2014[1] | $780.00 | 59.6 | $46,488.00 |
| Ellen D. Chiulos | Paralegal | N/A | $525.00 | 10.2 | $5,355.00 |
| Janet B. Glick | Paralegal | N/A | $445.00 | 11.5 | $5,117.50 |
| **Total Professionals:** | | | | **724.1** | **$714,007.00** |

| PROFESSIONALS TOTALS: | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $1,107.33 | 448.9 | $497,079.00 |
| Associates | $814.42 | 142.2 | $206,455.50 |
| **Blended Attorney Rate** | **$1,001.62** | **702.4** | **$703,534.50** |
| Paraprofessionals and other non-legal staff | $482.60 | 21.7 | $10,472.50 |
| **Total Fees Incurred** | **$986.06** | **395.6** | **$714,007.00** |

---

[1] Mr. Rizk was admitted to the California Bar in 2019.