# EXHIBIT B

## COMPENSATION BY PROJECT MATTER FOR SERVICES RENDERED BY COVINGTON & BURLING LLP
## JANUARY 1, 2020 THROUGH JULY 1, 2020

| PROJECT MATTER | HOURS | AMOUNT |
|---|---|---|
| D&O Insurance Advice | 669.7 | $665,488.00 |
| D&O Insurance Renewal Advice | 15.2 | $18,007.00 |
| Bankruptcy Retention Applications | 39.2 | $30,512.00 |
| **TOTAL** | **724.1** | **$714,007.00** |