**EXHIBIT C**

**EXPENSE SUMMARY**
**JANUARY 1, 2020 THROUGH JULY 1, 2020**

| EXPENSES | AMOUNTS |
|---|---|
| Travel - Air/Rail[2][3] | $5,351.70 |
| Travel - Cabs/Public Transportation | $428.06 |
| Travel - Lodging | $1,788.11 |
| Travel Meals | $44.77 |
| Telephone Calls - WiFi | $114.96 |
| Outside Printing | $1,175.54 |
| Mediation Services | $1,000.00 |
| **TOTAL EXPENSES REQUESTED** | **$9,903.14** |

---

[2] Covington notes that it has reduced the airfare of David Goodwin on the February invoice for D&O Insurance Advice from $2,056.19 to $1,524.04. Mr. Goodwin booked a business class fare. Jeffrey M. Davidson, who traveled on the same flights, booked a coach fare for $1,524.04. Accordingly, Covington reduced Mr. Goodwin's fare to the applicable coach fare.

[3] Covington notes that the April invoice for D&O Insurance Advice contains an expense for airfare from Orlando to Newark and then to San Francisco in the amount of $2,273.12. A portion of the airfare, from Newark to San Francisco, was a business class fare, which cost $1,734.12, and was discounted because the fare was purchased in connection with Covington's retreat for senior attorneys. Covington conferred with the travel agency responsible for booking the itinerary to verify what the applicable price for a refundable coach fare would have been for travel on the same date, which the travel agency confirmed was $1933.00. Given that the business class fare was lower than the comparable coach fare in this instance, Covington is requesting the amount of the business class fare.