**EXHIBIT E**

**EXPENSE DETAIL**

## Disbursement Detail

| Date | Descripton | Amount |
|---|---|---|
| **COST CODE: Travel - Lodging** | | |
| 02/26/20 | DAVID B. GOODWIN - Travel - Lodging - for David Goodwin Travel to New York 02/17/20 - 02/19/20 Meetings with defense counsel and insurers. @ 1.00 | $267.42 |
| 02/26/20 | DAVID B. GOODWIN - Travel - Lodging - for David Goodwin Travel to New York 02/17/20 - 02/19/20 Meetings with defense counsel and insurers. @ 1.00 | $267.42 |
| 02/26/20 | DAVID B. GOODWIN - Travel - Lodging - for David Goodwin Travel to New York 02/17/20 - 02/19/20 Meetings with defense counsel and insurers. @ 1.00 | $267.42 |
| **TOTAL FOR COST CODE: Travel - Lodging** | | **$802.26** |
| **COST CODE: Travel - Air/Rail** | | |
| 02/26/20 | DAVID B. GOODWIN - Travel - Air/Rail - for David Goodwin Travel to New York 02/17/20 - 02/19/20 Train to airport for myself and Jeff Davidson. @ 1.00 | $30.50 |
| 02/26/20 | DAVID B. GOODWIN - Travel - Air/Rail - for David Goodwin Travel to New York 02/17/20 - 02/19/20 Round trip airfare SFO/EWR @ 1.00 | $1,524.04 |
| **TOTAL FOR COST CODE: Travel - Air/Rail** | | **$1,554.54** |
| **COST CODE: Travel - Cabs/Public Transportation** | | |
| 02/26/20 | DAVID B. GOODWIN - Travel - Cabs/Public Transportation - for David Goodwin Travel to New York 02/17/20 - 02/19/20 02/19/20 Taxi home from SFO @ 1.00 | $97.50 |
| 02/26/20 | DAVID B. GOODWIN - Travel - Cabs/Public Transportation - for David Goodwin Travel to New York 02/17/20 - 02/19/20 02/18/20 Subway to meeting. @ 1.00 | $16.50 |
| 02/26/20 | DAVID B. GOODWIN - Travel - Cabs/Public Transportation - for David Goodwin Travel to New York 02/17/20 - 02/19/20 02/17/20 BART to SFO @ 1.00 | $3.85 |
| **TOTAL FOR COST CODE: Travel - Cabs/Public Transportation** | | **$117.85** |
| **COST CODE: Telephone Calls - WiFi** | | |
| 02/23/20 | DAVID B. GOODWIN - for David Goodwin Travel to Bayside 02/17/20 - 02/20/20 02/17/20 Wi Fi on flight from SFO to NY @ 1.00 | $14.99 |
| 02/26/20 | DAVID B. GOODWIN - for David Goodwin Travel to San Francisco 02/19/20 - 02/19/20 02/19/20 Wi Fi on United Airlines flight to SFO @ 1.00 | $21.99 |
| **TOTAL FOR COST CODE: Telephone Calls - WiFi** | | **$36.98** |

**COST CODE: Travel Meals**

| | | |
|---|---|---|
| 02/26/20 | DAVID B. GOODWIN - Travel Meals - for David Goodwin Travel to New York 02/17/20 - 02/19/20 Breakfast on 02/19/20 at N/A for Breakfast David Goodwin @ 1.00 | $9.33 |
| 02/26/20 | DAVID B. GOODWIN - Travel Meals - for David Goodwin Travel to New York 02/17/20 - 02/19/20 Breakfast on 02/18/20 at N/A for Breakfast David Goodwin @ 1.00 | $8.00 |
| **TOTAL FOR COST CODE: Travel Meals** | | **$17.33** |
| **Totals** | | **2,528.96** |

## Disbursement Summary

| **Description** | | **Amount** |
|---|---|---|
| Travel - Lodging | $ | 802.26 |
| Travel - Air/Rail | $ | 1,554.54 |
| Travel - Cabs/Public Transportation | $ | 117.85 |
| Telephone Calls - WiFi | $ | 36.98 |
| Travel Meals | $ | 17.33 |
| **Totals** | $ | **2,528.96** |

# Disbursement Detail

| Date | Descripton | Amount |
|---|---|---|
| **COST CODE: Travel - Lodging** | | |
| 03/01/20 | JEFFREY DAVIDSON - Travel - Lodging - for Jeffrey M. Davidson Travel to New York 02/17/20 - 02/19/20 Lodging & Tax at Intercontinental New York Times Square @ 1.00 | $267.42 |
| 03/01/20 | JEFFREY DAVIDSON - Travel - Lodging - for Jeffrey M. Davidson Travel to New York 02/17/20 - 02/19/20 02/19/20 Early Departure Fee ($200.00), Departure Sales Tax ($17.75), and Departure City Tax ($11.75) at Intercontinental New York Times Square totals $229.50. @ 1.00 | $229.50 |
| 03/01/20 | JEFFREY DAVIDSON - Travel - Lodging - for Jeffrey M. Davidson Travel to New York 02/17/20 - 02/19/20 Lodging & Tax at Intercontinental New York Times Square @ 1.00 | $267.42 |
| **TOTAL FOR COST CODE: Travel - Lodging** | | **$764.34** |
| **COST CODE: Travel - Air/Rail** | | |
| 03/01/20 | JEFFREY DAVIDSON - Travel - Air/Rail - for Jeffrey M. Davidson Travel to New York 02/17/20 - 02/19/20 Air fare, SFO/EWR/SFO for meeting with insurer counsel in New York. @ 1.00 | $1,524.04 |
| **TOTAL FOR COST CODE: Travel - Air/Rail** | | **$1,524.04** |
| **COST CODE: Travel - Cabs/Public Transportation** | | |
| 03/01/20 | JEFFREY DAVIDSON - Travel - Cabs/Public Transportation - for Jeffrey M. Davidson Travel to New York 02/17/20 - 02/19/20 02/19/20 Uber SFO to home after meetings in New York. @ 1.00 | $43.10 |
| 03/01/20 | JEFFREY DAVIDSON - Travel - Cabs/Public Transportation - for Jeffrey M. Davidson Travel to New York 02/17/20 - 02/19/20 02/17/20 Uber EWR to hotel in New York City. @ 1.00 | $58.05 |
| 03/01/20 | JEFFREY DAVIDSON - Travel - Cabs/Public Transportation - for Jeffrey M. Davidson Travel to New York 02/17/20 - 02/19/20 02/17/20 Uber home to SFO for travel to New York. @ 1.00 | $38.86 |
| **TOTAL FOR COST CODE: Travel - Cabs/Public Transportation** | | **$140.01** |
| **COST CODE: Telephone Calls - WiFi** | | |
| 03/01/20 | JEFFREY DAVIDSON - for Jeffrey M. Davidson Travel to New York 02/17/20 - 02/19/20 02/17/20 Wifi on plane while traveling for meeting with insurer counsel in New York. @ 1.00 | $40.99 |
| 03/01/20 | JEFFREY DAVIDSON - for Jeffrey M. Davidson Travel to New York 02/17/20 - 02/19/20 02/19/20 Wifi on plane back to SFO from meetings in New York. @ 1.00 | $36.99 |
| **TOTAL FOR COST CODE: Telephone Calls - WiFi** | | **$77.98** |

**COST CODE: Travel Meals**

| | | |
|---|---|---|
| 03/01/20 | JEFFREY DAVIDSON - Travel Meals - for Jeffrey M. Davidson Travel to New York 02/17/20 - 02/19/20 Breakfast on 02/18/20 at Bird & Branch for Breakfast prior to meetings in New York. Jeffrey M. Davidson @ 1.00 | $16.10 |
| 03/01/20 | JEFFREY DAVIDSON - Travel Meals - for Jeffrey M. Davidson Travel to New York 02/17/20 - 02/19/20 Breakfast on 02/19/20 at Bird & Branch for Breakfast in New York. Jeffrey M. Davidson @ 1.00 | $11.34 |
| **TOTAL FOR COST CODE: Travel Meals** | | **$27.44** |
| **Totals** | | **2,533.81** |

## Disbursement Summary

| Description | | Amount |
|---|---|---|
| Travel - Lodging | $ | 764.34 |
| Travel - Air/Rail | $ | 1,524.04 |
| Travel - Cabs/Public Transportation | $ | 140.01 |
| Telephone Calls - WiFi | $ | 77.98 |
| Travel Meals | $ | 27.44 |
| **Totals** | **$** | **2,533.81** |

## Disbursement Detail

| **Date** | **Descripton** | **Amount** |
|---|---|---|
| **COST CODE: Travel - Lodging** | | |
| 04/29/20 | JEFFREY DAVIDSON - Travel - Lodging - for Jeffrey M. Davidson Travel to New York 02/27/20 - 03/03/20 Lodging & Tax at Intercontinental Hotel Times Square for PG&E mediation in NYC. @ 1.00 | $221.51 |
| **TOTAL FOR COST CODE: Travel - Lodging** | | **$221.51** |
| **COST CODE: Travel - Air/Rail** | | |
| 04/29/20 | JEFFREY DAVIDSON - Travel - Air/Rail - for Jeffrey M. Davidson Travel to New York 02/27/20 - 03/03/20 Air fare Orlando to EWR to SFO @ 1.00 | $2,273.12 |
| **TOTAL FOR COST CODE: Travel - Air/Rail** | | **$2,273.12** |
| **COST CODE: Travel - Cabs/Public Transportation** | | |
| 04/29/20 | JEFFREY DAVIDSON - Travel - Cabs/Public Transportation - for Jeffrey M. Davidson Travel to New York 02/27/20 - 03/03/20 02/27/20 Uber home to SFO. @ 1.00 | $89.99 |
| 04/29/20 | JEFFREY DAVIDSON - Travel - Cabs/Public Transportation - for Jeffrey M. Davidson Travel to New York 02/27/20 - 03/03/20 03/01/20 Uber, EWR to Intercontinental Times Square hotel in NYC. @ 1.00 | $49.60 |
| 04/29/20 | JEFFREY DAVIDSON - Travel - Cabs/Public Transportation - for Jeffrey M. Davidson Travel to New York 02/27/20 - 03/03/20 03/03/20 Uber, SFO to home following PG&E mediation in NYC. @ 1.00 | $30.61 |
| **TOTAL FOR COST CODE: Travel - Cabs/Public Transportation** | | **$170.20** |
| **Totals** | | **2,664.83** |

## Disbursement Summary

| **Description** | | **Amount** |
|---|---|---|
| Travel - Lodging | $ | 221.51 |
| Travel - Air/Rail | $ | 2,273.12 |
| Travel - Cabs/Public Transportation | $ | 170.20 |
| **Totals** | $ | **2,664.83** |

## Disbursement Detail

| Date | Descripton | Amount |
|---|---|---|
| **COST CODE: Outside Printing** | | |
| 06/24/20 | DIGITAL ONE LEGAL SOLUTIONS - DIGITAL ONE LEGAL SOLUTIONS Inv# SF20-060053 Inv Date 06/16/20 Duplicating expense Requested By: Matt Ward @ 1.00 | $1,175.54 |
| **TOTAL FOR COST CODE: Outside Printing** | | **$1,175.54** |
| **COST CODE: Mediation Services** | | |
| 06/12/20 | DAVID B. GOODWIN - Mediation Services for David Goodwin 06/11/20 Payment to CPR Institute for Dispute Resolution for mediation fees. @ 1.00 | $1,000.00 |
| **TOTAL FOR COST CODE: Mediation Services** | | **$1,000.00** |
| **Totals** | | **2,175.54** |

## Disbursement Summary

| Description | | Amount |
|---|---|---|
| Outside Printing | $ | 1,175.54 |
| Mediation Services | $ | 1,000.00 |
| **Totals** | **$** | **2,175.54** |