# EXHIBIT C

# PROFESSIONAL BIOS

**Adam W. Goldberg**
*Co-Founder & Partner*
Trident DMG

Adam W. Goldberg is one of the nation's leading advisors helping companies and individuals address their reputational and political needs. In addition to co-founding Trident DMG, he is co-founder of the law firm Davis Goldberg & Galper PLLC.

Previously, he founded Trident Law Group and led the Public Strategies and Crisis Management Practice at a major global law firm. He has been an advisor, advocate, and strategist for corporations, individuals, state and local governments, non-profits, and Indian tribes on matters spanning industries and geography. These matters encompass the financial, entertainment, cybersecurity, internet and technology, education, hedge fund, private equity, pharmaceutical, personal genetics testing, hospitality, retail, transportation, automotive, and telecommunications sectors.

Adam served in the White House as Special Associate Counsel to President Clinton from 1996 to 1999, providing advice on political and communications strategies for the campaign finance, Monica Lewinsky, technology transfer, and other investigations. Serving as a White House spokesman, Adam worked on congressional, Department of Justice, and independent counsel inquiries. Before the White House, he began his career advising clients on public policy at a prominent Washington, D.C. law firm and then served as the Director of Rapid Response for Special Projects for the Democratic National Committee during the 1996 presidential campaign.

Adam's counsel and advocacy focus on the following: litigation communications, regulatory, congressional, and other government investigations; bankrtupcy proceedings; media investigations, communications strategies, and interest from grass-roots groups; public policy issues, government relations, and public affairs campaigns; and general corporate and litigation advice.

Representative clients include the following:

- Major movie studios on the positioning of a feature film and its accompanying media and advocacy-group scrutiny;
- A major music industry figure on high-profile litigation issues;
- A Big Four accounting firm on a variety of high-profile litigation issues;
- One of the leading, multinational pharmaceutical companies facing federal and state, multi-district product liability litigation;
- One of the nation's leading universities under government, media, and NCAA investigations;
- Private equity firms on high-profile litigation issues;
- A multinational mining company on regulatory and civil litigation;
- Emerging and established technology and other companies on privacy, data-breach, intellectual property disputes, and other high-profile matters;
- A leading personal genetic-testing company on public policy issues and congressional and GAO investigations into the industry;
- A major Indian tribe in multi-venue litigation on sovereign immunity and citizenship issues and on related media and congressional scrutiny;
- Corporate officers, corporate in-house counsel, and elected officials regarding high-profile government and congressional ethics investigations;

- An international investor in litigation with a foreign sovereign over an investment and associated media scrutiny;
- A figure in connection with the Independent Inquiry Committee into the United Nations Oil For Food Program before investigating U.S. House and Senate committees; and
- A sports association in connection with litigation, a congressional inquiry, and media scrutiny.

Adam has been an adjunct professor at Georgetown University Law Center, where he co-taught classes on crisis management and communications. He also lectures on related topics frequently to a variety of business and legal audiences. He has authored published articles on congressional investigations and crisis management, and is a commentator on national television and in major print and online publications.

In addition to his practice and teaching, Adam serves on the Board of Directors of the Capital Area Food Bank, the Washington, D.C. metro area's largest, non-profit hunger and nutrition education resource. In its last fiscal year, the Food Bank sourced and distributed more than 45 million pounds of food to the food insecure through local partner agencies.

Admitted in New York, the District of Columbia, and various federal courts, Adam graduated Harvard Law School, *cum laude*, in 1994 and Tufts University, *magna cum laude* and Phi Beta Kappa, in 1991.

**Lanny J. Davis**
*Co-Founder & Partner*
Trident DMG



Lanny Davis is co-founder and partner of Trident DMG, and co-founder and partner of the law firm of Davis Goldberg & Galper PLLC.

Lanny is a lawyer, crisis manager, consultant, author, and television commentator providing strategic counsel to clients under scrutiny on crisis management and legal issues by combining legal, media and political strategies. He develops and manages communications programs around litigation and crises to protect brand reputations. He is often called to serve as on camera spokesperson on behalf of an individual or corporation.

Lanny represents individuals, countries, and companies in high stakes global crises, litigation, government investigations and crisis management. He has conceived, created and led media strategies for clients that have included CEOs, sports celebrities, political leaders, world leaders, and both U.S. and international companies. He has handled the cases of public figures from Martha Stewart to Dan Snyder, companies from Whole Foods to Starbucks, and political figures from President Bill Clinton to Representative Charlie Rangel.

Although a Democrat, Lanny has friends on both sides of the aisle. During the Clinton administration, Lanny served as special counsel to President Bill Clinton and was a spokesperson for the president and the White House on matters concerning campaign finance investigations and other legal issues. In 2005 President George W. Bush appointed Lanny to serve on the five-member Privacy and Civil Liberties Oversight Board, created by the U.S. Congress as part of the 2005 Intelligence Reform Act.

For 25 years prior to 1996, before his tenure as special counsel to President Clinton, Lanny was a commercial, antitrust, government contracts, and False Claims Act litigator (representing both defendants and plaintiffs). He has also argued numerous appellate cases and has experience in securities fraud and SEC investigations, and congressional, state attorney general and regulatory investigations. Throughout his career, he has found that using integrated legal, media and lobbying approaches can frequently lead to quicker and less expensive settlements or even successfully litigated outcomes. Senior officials of public companies have also hired Lanny and his colleagues to defend themselves successfully against "short and distort" attacks and other market manipulations.

Lanny has participated in national, state and local politics for almost 30 years. He has served three terms (1980 to 1992) on the Democratic National Committee representing the state of Maryland, and during that period he served on the DNC Executive Committee and as chairman of the Eastern Region Caucus. In Montgomery County, Maryland, he served as chairman of the Washington Suburban Transit Commission.

Lanny has lectured throughout the U.S. and Europe on various political issues and has authored several books, including: *Scandal: How "Gotcha" Politics Is Destroying America*; *Truth To Tell: Tell It Early, Tell It All, Tell It Yourself: Notes from My White House Education*; and *Crisis Tales – Five Rules for Handling Scandal in Business, Politics and Life*. His latest book is *The Unmaking of the President 2016: How FBI Director James Comey Cost Hillary Clinton the Presidency*,

published by Simon & Schuster/Scribner in 2018.

Lanny graduated from Yale Law School, where he won the prestigious Thurman Arnold Moot Court prize and served on the *Yale Law Journal*. A graduate of Yale College, he served as chairman of the *Yale Daily News*. Lanny is admitted to practice in the District of Columbia and Connecticut and before the Supreme Court of the United States and the U.S. Court of Appeals for the District of Columbia Circuit.

He has been a regular television commentator and political and legal analyst for MSNBC, CNN, CNBC, Fox, and network TV news programs and has published numerous opinion and analysis pieces in the *New York Times*, the *Wall Street Journal*, the *Washington Post* and other national publications. His "Purple Nation" column appears regularly in *The Hill*, *The Huffington Post*, FoxNews.com, *The Daily Caller*, and Newsmax. He can be followed on Twitter @LannyDavis.

**Eleanor S. McManus**
*Co-Founder & Partner*
Trident DMG

Eleanor McManus is co-founder and partner of the public relations firm Trident DMG, and co-founder and partner of the law firm Davis Goldberg & Galper PLLC.

Eleanor is a former award-winning journalist and was named to *Business Insider*'s 2017 list of "Best Public-Relations People in the Tech Industry". Recently she was named to the 2019 Lawdragon's Global 100 Leading Consultants and Strategists.

She provides clients with strategic counsel for internal and external communications, crisis management, media relations, branding, reputation management, issue mitigation, and litigation communications.

Eleanor works with emerging and high-growth tech companies, investors and entrepreneurs to develop their brand from executive positioning and thought leadership to market positioning, product launches, financing rounds, and public affairs campaigns. Eleanor also works in coordination with top litigators and attorneys, developing communications strategies to navigate litigation and legal issues. She also works with companies and individuals that need to develop communications strategies for private-sector and government litigation and regulatory settlements that impact reputation.

She has counseled a variety of clients from startups to unicorns, private equity firms, national restaurant chains, national hotel chains, health and biotech companies, professional athletes and celebrities, and elected officials.

Eleanor has a proven track record of defining and driving communications and media strategies, securing media stories in print, radio, and broadcast outlets, including *The Washington Post*, *The New York Times*, *The Wall Street Journal*, *Politico*, *The Hill*, top international outlets, ABC News, CBS News, CNN, Fox News, MSNBC, CNBC, NBC News, *Bloomberg*, *Wired*, *Tech Crunch*, *ReCode*, *Vanity Fair*, and a wide range of regional, local and trade outlets.

She is also a sought-after media trainer for high-level executives, preparing CEOs and other corporate leadership for public appearances, speeches, and broadcast interviews.

Previously, Eleanor was a senior vice president at a prominent Washington, D.C.-based communications firm, where she crafted strategic communications campaigns focusing on media relations and crisis communications. Eleanor came to that firm through the acquisition of the bipartisan public affairs firm Purple Nation Solutions, which she co-founded with former White House Special Counsel Lanny Davis and former Republican National Committee Chairman Michael Steele.

Eleanor began her career at CNN as a journalist. With over a decade of experience as senior producer of CNN's highest-rated program, *Larry King Live*, Eleanor was responsible for planning, booking, and producing exclusive interviews with iconic newsmakers and well-known political figures including Presidents Barack Obama, Bill Clinton, and Gerald Ford, House Speaker Nancy Pelosi, Secretary of State Hillary Clinton, every presidential candidate in both 2004 and 2008, foreign leaders including Russian Presidents Mikhail Gorbachev and Vladimir Putin, Prime Minister Benjamin Netanyahu, and Queens Noor and Rania of Jordan.

At CNN, Eleanor worked on a number of historical events including the September 11th attacks, Hurricane Katrina, the passing of Presidents Ford and Reagan, the inauguration of President Obama, and the devastating earthquake in Haiti.

Eleanor is a recipient of an Emmy as well as an Edward R. Murrow award for September 11th coverage, a 2005 DuPont award for coverage of the tsunami disaster in South Asia, a 2005 and 2008 Peabody award for coverage of Hurricane Katrina and outstanding political coverage of a U.S. Presidential campaign, and a 2010 Peabody award for coverage of the BP oil spill in the Gulf of Mexico.

In 2018, Eleanor co-founded Press Forward, an independent and nonpartisan organization that is creating a safe work environment and elevating the stature of women in workplace, beginning in the newsroom.

Fluent in Russian and Spanish, Eleanor earned her B.A. in economics and sociology from Brandeis University and an M.A. in journalism and public affairs from American University.

**Alexander Lange**
*Senior Director*
Trident DMG



Alex Lange is a Senior Director at Trident DMG focused on litigation and strategic communications. With a career spanning public relations firms, the federal government, and private legal practice, Alex brings the multifaceted skills that define Trident's approach to crisis management and strategic communications.

Alex advises clients embroiled in high-stakes litigation, government investigations, public controversies, crises, and sensitive matters. He develops and executes strategies that mesh the client's legal, communication and, when necessary, political goals, working closely with the C-suite and in-house and outside counsel. His clients have included major international corporations, start-ups, law firms, higher education institutions, high-net worth individuals, political figures, and more.

Alex also represents numerous clients in a wide variety of sectors on a range of public relations activities, from providing strategic advice to playing leadership roles in building and executing multi-faceted communications campaigns that support the forward-looking business objectives of clients.

Before joining Trident, Alex worked at a prominent public relations firm in Washington, D.C., handling some of the firm's most visible clients in a wide range of high-stakes criminal and civil litigation.

Alex earned a B.A. in History from Wake Forest University and a J.D. from the Antonin Scalia Law School at George Mason University where he was an editor at the *Journal for International Commercial Law* and the *Annual Review of International Banking Law & Practice*.

Alex is admitted to practice law in Virginia and began his legal career practicing criminal defense law in Northern Virginia. He has also worked for the U.S. Department of Defense and in local prosecutor's offices in both Virginia and the District of Columbia.

Alex has authored pieces on prominent criminal cases and crisis management published in online political publications, including *The Hill*.

**Emily Seeley**
*Account Manager*
Trident DMG



Emily Seeley is an Account Manager with wide-ranging experience, especially in the technology, hospitality, and non-profit sectors. At Trident, Emily focuses on developing and executing earned-media, thought leadership, and stakeholder outreach campaigns. Emily is also fluent in social media analytics, with experience in corporate marketing.

Before joining Trident, Emily established herself in the industry through a series of internships at Trident and leading D.C. communications firms, where she executed public relations campaigns for hospitality and food and beverage clients and worked on social media and marketing campaigns.

Beyond her career, Emily serves as a Child Life Volunteer at Georgetown MedStar Hospital supporting pediatric patients as they cope with illness, hospitalization, and treatment.

Emily has a B.A. in Public Relations and Strategic Communications with a minor in Economics from American University. At AU, Emily gained real experience developing advertising campaigns for The Humane Society of America and Black Ankle Vineyards. Emily is a San Francisco native currently based in Washington, D.C.