**EXHIBIT D**

**PROPOSED ORDER**

1  Robert A. Julian (SBN 88469)
   Cecily A. Dumas (SBN 111449)
2  BAKER & HOSTETLER LLP
   600 Montgomery Street, Suite 3100
3  San Francisco, CA 94111-2806
   Telephone:    415.659.2600
4  Facsimile:    415.659.2601
   Email:  rjulian@bakerlaw.com
5  Email:  cdumas@bakerlaw.com

6  Eric E. Sagerman (SBN 155496)
   David J. Richardson (SBN 168592)
7  Lauren T. Attard (SBN 320898)
   BAKER & HOSTETLER LLP
8  11601 Wilshire Blvd., Suite 1400
   Los Angeles, CA 90025-0509
9  Telephone:   310.820.8800
   Facsimile:   310.820.8859
10 Email: esagerman@bakerlaw.com
   Email: drichardson@bakerlaw.com
11 Email: lattard@bakerlaw.com

12 *Counsel for Official Committee of Tort Claimants*

13 **UNITED STATES BANKRUPTCY COURT**

14 **NORTHERN DISTRICT OF CALIFORNIA**

15 **SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 (Lead Case) (Jointly Administered) |
| - and - | |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | |
| Debtors. | **ORDER GRANTING FOURTH INTERIM AND FINAL APPLICATION OF TRIDENT DMG LLC FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR (1) THE INTERIM PERIOD FROM JUNE 1, 2020 THROUGH JUNE 30, 2020 AND (2) THE FINAL PERIOD FROM JULY 18, 2019 THROUGH JUNE 30, 2020** |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas and Electric Company | |
| ■ Affects both Debtors | |
| *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

**THIS MATTER** came before the Court upon consideration of the *Fourth Interim and Final Application of Trident DMG LLC for Allowance and Payment of Compensation and Reimbursement of Expenses for (1) the Interim Period From June 1, 2020 through June 30, 2020 and (2) the Final Period From July 18, 2019 through June 30, 2020* [Docket No. XXX] (the "**Application**"), filed by Trident DMG ("**Trident**"), communications consultant for the Official Committee of Tort Claimants ("**TCC**"). Based upon the Court's review and consideration of the Application, the declarations in support thereof, and the other records and pleadings filed in the above-captioned chapter 11 cases,

**THE COURT HEREBY FINDS** that notice of and opportunity for a hearing on the Application was duly given, and that such notice was appropriate and sufficient under the particular circumstances. It appears to the Court that good cause exists for final approval of the fees and expenses that Trident requested in the Application, pursuant to Section 330 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 2016. The Court further finds that the fees and expenses requested in the Application are reasonable and have been earned.

**THEREFORE, IT IS HEREBY ORDERED:**

1. The Applicant is awarded final allowance of compensation for professional services rendered during the Interim Application Period§ in the amount of $35,000.00.

2. The Applicant is awarded final allowance of compensation for professional services rendered during the Application Period in the amount of **$441,346.15** consisting of **$412,500.00** in fees incurred and **$28,846.15** in actual and necessary expenses.

3. Authorizing and directing the Reorganized Debtors to make prompt payment to Trident in the total amount of **$77,578.67**, which is the difference between the amount requested and the amount already paid by the Debtors pursuant to the Interim Compensation Order and which takes into account the $500.00 agreed-upon fee adjustment to the First Interim Application of Trident DMG LLC for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period From July 18, 2019 through September 30, 2019 [Dkt. No. 4721].

---

§ Capitalized terms not defined herein have the meanings given in the Application.

4. The Court retains jurisdiction over any issues or disputes arising out of or relating to this Order.

**\*\*\* END OF ORDER \*\*\***

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO