**EXHIBIT B**

**EXHIBIT B**
**COMPENSATION BY PROFESSIONAL**
**FOR THE PERIOD JUNE 1, 2020 THROUGH JUNE 30, 2020**

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Brent Williams | Managing Director | $ 1,195 | 265.6 | $ 317,392.00 |
| Alex Stevenson | Managing Director | 1,195 | 71.5 | 85,442.50 |
| Brendan Murphy | Managing Director | 1,095 | 249.9 | 273,640.50 |
| Sherman Guillema | Director | 895 | 65.4 | 58,533.00 |
| Peter Gnatowski | Director | 895 | 299.5 | 268,052.50 |
| Matt Merkel | Vice President | 795 | 289.8 | 230,391.00 |
| Erik Ellingson | Associate | 695 | 183.8 | 127,741.00 |
| Naeem Muscatwalla | Associate | 695 | 63.4 | 44,063.00 |
| Jeremy Mau | Associate | 695 | 23.8 | 16,506.25 |
| Riley Jacobs | Analyst | 395 | 157.0 | 62,015.00 |
| Alex Gebert | Analyst | 395 | 200.2 | 79,079.00 |
| Zack Stone | Analyst | 395 | 86.5 | 34,167.50 |
| Aadil Khan | Analyst | 395 | 36.7 | 14,496.50 |
| Charles Hallett | Analyst | 395 | 9.7 | 3,831.50 |
| Thomas Steve | Analyst | 395 | 16.7 | 6,596.50 |
| **Total** | | | | $ 1,621,947.75 |