**EXHIBIT D**

# EXHIBIT D
# SUMMARY OF EXPENSES
# FOR THE PERIOD JUNE 1, 2020 THROUGH JUNE 30, 2020

| Expense Type | Amount |
|---|---|
| Internet/Online Fees | $99.90 |
| **Total** | **$99.90** |