**EXHIBIT F**
**EXPENSE DETAIL**
**FOR THE PERIOD JUNE 1, 2020 THROUGH JUNE 30, 2020**

**EXHIBIT F**
**EXPENSE DETAIL**
**FOR THE PERIOD JUNE 1, 2020 TO JUNE 30, 2020[1]**

| Project Category | Expense Date | LI Professional(s) | Expense Detail(s) / Internal Memo(s) | Amount ($) |
|---|---|---|---|---|
| Internet/Online Fees | 5/24/2020 | 001652 Gnatowski, Peter | Internet/Online Fees | 49.95 |
| Internet/Online Fees | 6/24/2020 | 001652 Gnatowski, Peter | Internet/Online Fees | 49.95 |

(1) Includes expenses related to prior fee periods that were not previously filed due to timing.