**Exhibit A**

| Date Statement Filed | Period Covered | Total Compensation and Expenses Incurred for Period Covered | | Total Amount of Fees Authorized to be Paid Pursuant to Interim Compensation Order | Total Amount of Expenses Authorized to be Paid Pursuant to Interim Compensation Order | Holdback Fees Amount |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees w/ No Objection (@ 80%) | Expenses (@ 100%) | Fees w/ No Objection (@ 20%) |
| June 30, 2020 | 04/01/20 - 04/30/20 | $593,141.00 | $7,001.82 | $474,512.80 | $7,001.82 | $118,628.20 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

4