# EXHIBIT A

## COMPENSATION BY PROFESSIONAL
## JULY 1, 2020 THROUGH JULY 1, 2020

The timekeepers who rendered services in these Chapter 11 Cases from July 1, 2020 through July 1, 2020 for which Baker is seeking compensation are

| NAME OF PROFESSIONAL PARTNERS AND COUNSEL: | PRIMARY DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Bloom, Jerry R. | Energy | 1980 | $1,145.00 | 5.10 | $5,839.50 |
| Commins, Gregory J. | Litigation | 1991 | $890.00 | 7.10 | $6,319.00 |
| Esmont, Joseph M. | Bankruptcy | 2008 | $600.00 | 1.50 | $900.00 |
| Foix, Danyll W. | Litigation | 1998 | $760.00 | 3.80 | $2,888.00 |
| Green, Elizabeth A | Bankruptcy | 1986 | $690.00 | 1.00 | $690.00 |
| McCabe, Bridget S. | Litigation | 2010 | $630.00 | 4.40 | $2,772.00 |
| Morris, Kimberly S. | Litigation | 2004 | $895.00 | 11.00 | $9,845.00 |
| Richardson, David J. | Bankruptcy | 1993 | $685.00 | 3.80 | $2,603.00 |
| Rose, Jorian E. | Bankruptcy | 1998 | $1,010.00 | 3.20 | $3,232.00 |
| Sagerman, Eric T. | Bankruptcy | 1991 | $1,145.00 | 2.10 | $2,404.50 |
| **Total Partners and Counsel:** | | | | **43.00** | **$37,493.00** |

| NAME OF PROFESSIONAL ASSOCIATES AND STAFF ATTORNEYS: | PRIMARY DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Attard, Lauren T. | Bankruptcy | 2008 | $600.00 | 1.60 | $960.00 |
| Dow, Dustin M. | Employment | 2012 | $365.00 | 2.10 | $766.50 |
| Jowdy, Joshua J | Litigation | 2017 | $440.00 | 3.50 | $1,540.00 |
| Kates, Elyssa S. | Bankruptcy | 2000 | $760.00 | 2.30 | $1,748.00 |
| **Total Associates:** | | | | **9.50** | **$5,014.50** |

Baker & Hostetler LLP
Attorneys at Law
Los Angeles

| NAME OF PARAPROFESSIONALS: | PRIMARY DEPARTMENT | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Landrio, Nikki | Litigation Support | $420.00 | 1.50 | $630.00 |
| Lane, Deanna L. | Bankruptcy | $280.00 | 1.40 | $392.00 |
| McDonald, Michael H. | Litigation Support | $230.00 | 2.20 | $506.00 |
| **Total Paraprofessionals and other non-legal staff:** | | | **5.10** | **$1,528.00** |

| PROFESSIONALS TOTALS: | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $871.93 | 43.00 | $37,493.00 |
| Associates | $527.84 | 9.50 | $5,014.50 |
| **Blended Attorney Rate** | **$809.67** | **52.50** | **$42,507.50** |
| Paraprofessionals and other non-legal staff | $299.61 | 5.10 | $1,528.00 |
| **Total Fees Incurred** | **$764.51** | **57.60** | **$44,035.50** |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES