# EXHIBIT B

## COMPENSATION BY WORK TASK CODE FOR SERVICES RENDERED BY BAKER & HOSTETLER LLP FOR THE PERIOD JULY 1, 2020 THROUGH JULY 1, 2020

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 004 | Bankruptcy Litigation | 5.30 | $3,216.00 |
| 006 | Case Administration (docket updates, WIP and calendar) | 0.40 | $304.00 |
| 008 | Chapter 11 Plan/Plan Confirmation | 8.80 | $7,036.00 |
| 009 | Committee Meetings and Preparation | 1.70 | $1,052.00 |
| 018 | General Case Strategy (includes communications with Committee) | 1.80 | $858.00 |
| 020 | Legislative Issues | 1.90 | $2,175.50 |
| 025 | Regulatory Issues including CPUC and FERC | 3.20 | $3,664.00 |
| 027 | Fee Application: Baker | 5.40 | $2,408.00 |
| 028 | Fee Application: Other Professionals | 0.70 | $532.00 |
| 031 | U.S. Trustee/Fee Examiner Issues | 0.20 | $56.00 |
| 032 | Unsecured Creditor Issues/Communications/Meetings | 0.50 | $505.00 |
| 040 | Operations | 0.30 | $268.50 |
| 045 | Asset Analysis and Recovery | 27.40 | $21,960.50 |
| **TOTAL** | | **57.60** | **$44,035.50** |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES