**EXHIBIT C**

**EXPENSE SUMMARY**
**FOR THE PERIOD JULY 1, 2020 THROUGH JULY 1, 2020**

| EXPENSES | AMOUNT |
|---|---:|
| Automated Research | $97.36 |
| Other Professional Services (includes Experts) | $20,820.00 |
| **TOTAL** | **$20,917.36** |