# EXHIBIT D

## Detailed Time Entries

# BakerHostetler

Official Committee of Tort Claimants of PG&E Corp.  
and Pacific Gas and Electric Company  
Baker & Hostetler  
11601 Wilshire Blvd Suite 1400  
Los Angeles, CA 90025

Invoice Date: 08/12/20  
Invoice Number: 50792249  
B&H File Number: 13291/114959/000001  
Taxpayer ID Number: 34-0082025  
Page 1

Regarding: PG&E Chapter 11 Case

For professional services rendered through July 1, 2020

**BALANCE FOR THIS INVOICE DUE BY 09/11/20     $     64,952.86**

# Remittance Copy

Please include this page with payment

Invoice No: 50792249

**Firm Contact Information**

Bernadette O'Neill  
(310) 979-8470  
Boneill@bakerlaw.com

| **Please Remit To:**<br>Baker & Hostetler LLP<br>P.O. Box 70189<br>Cleveland, OH  44190-0189<br><br>**Reference Invoice No:**<br>50792249 | **FOR WIRE REMITTANCES:**<br>Baker & Hostetler LLP<br>KeyBank, N.A., Cleveland, OH<br>Account No: 1001516552 / ABA 041001039<br><u>SWIFT Code: KEYBUS33</u><br><br>**Email the "Remittance Copy" to**<br>bakerlockbox@bakerlaw.com |
|---|---|

# BakerHostetler

| | |
|---|---|
| Official Committee of Tort Claimants of PG&E Corp. and Pacific Gas and Electric Company | Invoice Date: 08/12/20 |
| Baker & Hostetler | Invoice Number: 50792249 |
| 11601 Wilshire Blvd Suite 1400 | B&H File Number: 13291/114959/000001 |
| Los Angeles, CA 90025 | Taxpayer ID Number: 34-0082025 |
| | Page 2 |

Regarding:        PG&E Chapter 11 Case

For professional services rendered through July 1, 2020

| | |
|---|---|
| **Fees** | $ 44,035.50 |
| **Expenses** | $  20,917.36 |
| **BALANCE FOR THIS INVOICE DUE BY 09/11/20** | $ 64,952.86 |

Baker&Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Dallas   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   San Francisco   Seattle   Washington, DC

Case: 19-30088    Doc# 8880-4    Filed: 08/28/20    Entered: 08/28/20 03:42:44    Page 3 of 11

| | | |
|---|---|---|
| Invoice Date: | 08/12/20 |
| Invoice Number: | 50792249 |
| Matter Number: | 114959.000001 |

Official Committee of Tort Claimants of PG&E Corp. and Pacific Gas and Electric Company

Invoice Date: 08/12/20
Invoice Number: 50792249
Matter Number: 114959.000001

Page 3

**Regarding:** **PG&E Chapter 11 Case**

Matter Number: 114959.000001

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Commins, Gregory J. | 7.10 | $ 890.00 | $ 6,319.00 |
| Esmont, Joseph M. | 1.50 | 600.00 | 900.00 |
| Foix, Danyll W. | 3.80 | 760.00 | 2,888.00 |
| Green, Elizabeth A. | 1.00 | 690.00 | 690.00 |
| McCabe, Bridget S. | 4.40 | 630.00 | 2,772.00 |
| Morris, Kimberly S. | 11.00 | 895.00 | 9,845.00 |
| Rose, Jorian L. | 3.20 | 1,010.00 | 3,232.00 |
| Sagerman, Eric E. | 2.10 | 1,145.00 | 2,404.50 |
| Attard, Lauren T. | 1.60 | 600.00 | 960.00 |
| Dow, Dustin M. | 2.10 | 365.00 | 766.50 |
| Jowdy, Joshua J. | 3.50 | 440.00 | 1,540.00 |
| Kates, Elyssa S. | 2.30 | 760.00 | 1,748.00 |
| Richardson, David J. | 3.80 | 685.00 | 2,603.00 |
| Bloom, Jerry R. | 5.10 | 1,145.00 | 5,839.50 |
| Lane, Deanna L. | 1.40 | 280.00 | 392.00 |
| Landrio, Nikki M. | 1.50 | 420.00 | 630.00 |
| McDonald, Michael H. | 2.20 | 230.00 | 506.00 |
| **Total** | **57.60** | | **$ 44,035.50** |

| Date | Name | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 07/01/20 | McCabe, Bridget S. | Conference with Ms. Morris regarding strategy for Rule 2004 subpoena compliance.(58626969) | 630.00 | 0.70 | 441.00 |
| 07/01/20 | McCabe, Bridget S. | Prepare analysis regarding Rule 2004 subpoena compliance.(58626991) | 630.00 | 1.30 | 819.00 |
| 07/01/20 | McDonald, Michael H. | Prepare Exponent production in response to 2004 subpoena for future review.(58609352) | 230.00 | 0.30 | 69.00 |

**Baker & Hostetler LLP**

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Dallas   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   San Francisco   Seattle   Washington, DC

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Dallas   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   San Francisco   Seattle   Washington, DC

Case: 19-30088   Doc# 8880-4   Filed: 08/28/20   Entered: 08/28/20 03:42:44   Page 4 of 11

| Date | Name | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 07/01/20 | McDonald, Michael H. | Prepare and document statistics of document reviews of PG&E productions in Relativity database and EverlawTCC project.(58609353) | 230.00 | 1.20 | 276.00 |
| 07/01/20 | Morris, Kimberly S. | Multiple calls with Brown Rudnick re protective order, databases, TCC subpoenas and Third party claims(58626955) | 895.00 | 1.80 | 1,611.00 |
| **Bankruptcy Litigation(004)** | | | | **5.30** | **3,216.00** |
| 07/01/20 | Kates, Elyssa S. | Correspondence with Ms.Hammon-Turano regarding committee member reimbursement.(58607001) | 760.00 | 0.10 | 76.00 |
| 07/01/20 | Kates, Elyssa S. | Attention to issues regarding committee member reimbursement.(58607002) | 760.00 | 0.30 | 228.00 |
| **Case Administration (docket updates, WIP and calendar)(006)** | | | | **0.40** | **304.00** |
| 07/01/20 | Attard, Lauren T. | Attend closing docs call (.2); emails re the same (.3).(58606947) | 600.00 | 0.50 | 300.00 |
| 07/01/20 | Green, Elizabeth A. | Call regarding plan disbursements with debtors and all parties.(58613258) | 690.00 | 0.40 | 276.00 |
| 07/01/20 | Green, Elizabeth A. | Review issues regarding transition to trust.(58613259) | 690.00 | 0.60 | 414.00 |
| 07/01/20 | Morris, Kimberly S. | Participate in plan documents closing call(58626949) | 895.00 | 0.30 | 268.50 |
| 07/01/20 | Morris, Kimberly S. | Internal calls with team re effective date(58626950) | 895.00 | 0.50 | 447.50 |
| 07/01/20 | Richardson, David J. | Internal call on organizing data for turnover to Trust (0.60), communications on turnover issues (0.60), internal call on same (1.80), work on summary presentation to Trust (0.50), communications re same (0.30)(58626048) | 685.00 | 3.80 | 2,603.00 |
| 07/01/20 | Rose, Jorian L. | Review revised effective date closing list from Debtors counsel.(58606409) | 1,010.00 | 0.60 | 606.00 |

Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Dallas   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   San Francisco   Seattle   Washington, DC

Case: 19-30088   Doc# 8830-4   Filed: 08/28/20   Entered: 08/28/20 03:42:44   Page 5 of 11

| Date | Name | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 07/01/20 | Rose, Jorian L. | Review trust documents for closing of plan and effective date.(58606410) | 1,010.00 | 1.80 | 1,818.00 |
| 07/01/20 | Rose, Jorian L. | Conference call regarding closing of plan and effective date.(58606411) | 1,010.00 | 0.30 | 303.00 |
| **Chapter 11 Plan/Plan Confirmation(008)** | | | | **8.80** | **7,036.00** |
| 07/01/20 | Esmont, Joseph M. | Confer with Committee chair, Ms. Attard and Ms. Szalay regarding approval of final committee documents and other effective date issues (1.5)(58625725) | 600.00 | 1.50 | 900.00 |
| 07/01/20 | Kates, Elyssa S. | Correspondence with committee members and counsel regarding legislative updates.(58606996) | 760.00 | 0.20 | 152.00 |
| **Committee Meetings and Preparation(009)** | | | | **1.70** | **1,052.00** |
| 07/01/20 | Kates, Elyssa S. | Review filings that impact the TCC, including Burn & McDonnell's court ordered response to the TCC's letter.(58607003) | 760.00 | 0.20 | 152.00 |
| 07/01/20 | Kates, Elyssa S. | Correspondence with Ms. Green, Mr.Julian and Mr. RIchardson regarding filings impacting the TCC.(58607004) | 760.00 | 0.10 | 76.00 |
| 07/01/20 | Landrio, Nikki M. | Receive and review PG&E newsletter for July 1. 2020 and communicate same to PG&E core team for analysis and potential discussion at upcoming tort claimant committee meeting(58610742) | 420.00 | 0.10 | 42.00 |
| 07/01/20 | Landrio, Nikki M. | Receive and review energy newsletter for July 1, 2020 regarding calendar events for legislative, regulatory and energy related forums; track and communicate same to PG&E core energy team for analysis.(58610743) | 420.00 | 0.10 | 42.00 |
| 07/01/20 | Landrio, Nikki M. | Receive, review and analysis of efilings in main case and related proceedings and docket related deadlines and hearing dates in Compulaw for case team reminders and notification.(58610744) | 420.00 | 1.30 | 546.00 |

Baker & Hostetler LLP

Atlanta  Chicago  Cincinnati  Cleveland  Columbus  Costa Mesa  Dallas  Denver
Houston  Los Angeles  New York  Orlando  Philadelphia  San Francisco  Seattle  Washington, DC

Case: 19-30088    Doc# 8830-4    Filed: 08/28/20    Entered: 08/28/20 03:42:44    Page 6 of 11

Official Committee of Tort Claimants of PG&E Corp. and Pacific
Gas and Electric Company

Invoice Date: 08/12/20
Invoice Number: 50792249
Matter Number: 114959.000001

Page 6

| Date | Name | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| | | **General Case Strategy (includes communications with Committee)(018)** | | **1.80** | **858.00** |
| 07/01/20 | Bloom, Jerry R. | Review of passage of SB 350 and analysis of final language and email to TCC (1.9)(58627645) | 1,145.00 | 1.90 | 2,175.50 |
| | | **Legislative Issues(020)** | | **1.90** | **2,175.50** |
| 07/01/20 | Bloom, Jerry R. | Review of Applications for rehearing in Penalties OII and email to TCC on same(1.2); review of filing in PG&E's Finance Application and TCC motion for party status (.7); coordination with Steve Skikos (.5) and CPUC section of outline prepared by Ms. Morris (1.3)(58627644) | 1,145.00 | 3.20 | 3,664.00 |
| | | **Regulatory Issues including CPUC and FERC(025)** | | **3.20** | **3,664.00** |
| 07/01/20 | Jowdy, Joshua J. | Review billing entries to Task 025 (regulatory issues including CPUC) to prepare narrative for fee application.(58626328) | 440.00 | 3.50 | 1,540.00 |
| 07/01/20 | Kates, Elyssa S. | Preparation of fee application for Baker & Hostetler.(58607005) | 760.00 | 0.70 | 532.00 |
| 07/01/20 | Lane, Deanna L. | Finalizing the Fourth Interim Fee Application's Exhibit D-2 - Summary of Expenses(58626160) | 280.00 | 0.10 | 28.00 |
| 07/01/20 | Lane, Deanna L. | Continuing to review and update the Fourth Interim Fee Application's - Exhibit A - Customary and Comparable Compensation Disclosures(58626161) | 280.00 | 0.20 | 56.00 |
| 07/01/20 | Lane, Deanna L. | Drafting Certification and Proposed Order for Fourth Interim Fee Application of B&H(58626162) | 280.00 | 0.90 | 252.00 |
| | | **Fee Application: Baker(027)** | | **5.40** | **2,408.00** |
| 07/01/20 | Kates, Elyssa S. | Correspondence with Professor Baker and Ms. Hammon-Turano regarding fee issues.(58606997) | 760.00 | 0.10 | 76.00 |
| 07/01/20 | Kates, Elyssa S. | Call with Mr. Goldberg regarding Trident DMG LLC's fee applications.(58606998) | 760.00 | 0.10 | 76.00 |

Baker & Hostetler LLP

Atlanta  Chicago  Cincinnati  Cleveland  Columbus  Costa Mesa  Dallas  Denver
Houston  Los Angeles  New York  Orlando  Philadelphia  San Francisco  Seattle  Washington, DC

Case: 19-30088   Doc# 8830-4   Filed: 08/28/20   Entered: 08/28/20 03:42:44   Page 7 of 11

| Date | Name | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 07/01/20 | Kates, Elyssa S. | Correspondence with Mr. Goldberg regarding Trident DMG LLC's fees.(58606999) | 760.00 | 0.10 | 76.00 |
| 07/01/20 | Kates, Elyssa S. | Attention to fee issues for Trident DMG LLC and Professor Baker.(58607000) | 760.00 | 0.40 | 304.00 |
| **Fee Application: Other Professionals(028)** | | | | **0.70** | **532.00** |
| 07/01/20 | Lane, Deanna L. | Compose email to traceyrgallegos@gmail.com, Elizabeth Green, Tiffany Payne Geyer, Kimberly Morris re: B&H Expert Reduction Back-Up Needed(58626165) | 280.00 | 0.20 | 56.00 |
| **US Trustee/Fee Examiner issues(031)** | | | | **0.20** | **56.00** |
| 07/01/20 | Rose, Jorian L. | Email correspondence with Committee regarding effective date timing.(58606412) | 1,010.00 | 0.50 | 505.00 |
| **Unsecured Creditor Issues/ Communications/ Meetings(032)** | | | | **0.50** | **505.00** |
| 07/01/20 | Morris, Kimberly S. | Provide direction to litigation support re TCC database maintenance(58626954) | 895.00 | 0.30 | 268.50 |
| **Operations(040)** | | | | **0.30** | **268.50** |
| 06/27/20 | Sagerman, Eric E. | Communications with Morris regarding trust issues.(58613653) | 1,145.00 | 0.30 | 343.50 |
| 06/28/20 | Sagerman, Eric E. | Conference call with Morris and Richardson regarding trust transition issues (.5); call with Julian, Morris and Richardson regarding same (.3).(58613654) | 1,145.00 | 0.80 | 916.00 |
| 06/30/20 | Sagerman, Eric E. | Communications Green, Morris and Richardson regarding post-confirmation trust litigation issues.(58613655) | 1,145.00 | 0.40 | 458.00 |
| 07/01/20 | Attard, Lauren T. | Call in preparation for transition issue.(58606950) | 600.00 | 1.10 | 660.00 |
| 07/01/20 | Commins, Gregory J. | Confer with team re preparation of outline for call with Brown Rudnick (1.1 hours); review and revise outline for call with Brown Rudnick re status of third party claim | 890.00 | 7.10 | 6,319.00 |

Baker&Hostetler LLP

Atlanta  Chicago  Cincinnati  Cleveland  Columbus  Costa Mesa  Dallas  Denver
Houston  Los Angeles  New York  Orlando  Philadelphia  San Francisco  Seattle  Washington, DC

Case: 19-30088    Doc# 8830-4    Filed: 08/28/20    Entered: 08/28/20 03:42:44    Page 8 of 11

| Date | Name | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | | analysis (.7 hours); confer with team re preparation for call with Brown Rudnick (1.8 hours); review memos re summary of status of analysis for individual third party contractors (1.2 hours); review protective order issues (.3 hours); review damage allocation chart (.6 hours); prepare for call with Brown Rudnick re download of information related to potential third party claims (1.4 hours).(58636392) | | | |
| 07/01/20 | Dow, Dustin M. | Analyze relevant insurance and litigation issues pertaining to rights assigned to Trust in preparation for conference with representatives for Fire Victim Trustee.(58617139) | 365.00 | 2.10 | 766.50 |
| 07/01/20 | Foix, Danyll W. | Prepare memorandum regarding status and issues for transfer of assigned claims information for trust (.9); consider information transfer materials (.4); telephone conferences with internal litigation and support teams regarding transfer of information plans and issues (1.9); prepare and review emails regarding information transfer issues (.6).(58624093) | 760.00 | 3.80 | 2,888.00 |
| 07/01/20 | McCabe, Bridget S. | Conference with Mr. Foix and litigation support team regarding migration of PGE and third party productions.(58626971) | 630.00 | 0.70 | 441.00 |
| 07/01/20 | McCabe, Bridget S. | Conference with Ms. Morris and Messrs. Richardson and Commins regarding third party cause of action analysis.(58626972) | 630.00 | 1.70 | 1,071.00 |
| 07/01/20 | McDonald, Michael H. | Prepare analysis of Relativity and Everlaw functionality for future discovery management needs.(58609354) | 230.00 | 0.70 | 161.00 |
| 07/01/20 | Morris, Kimberly S. | Call with internal team re status of trust work(58626951) | 895.00 | 1.50 | 1,342.50 |
| 07/01/20 | Morris, Kimberly S. | Call with S. Muncey re Everlaw database(58626952) | 895.00 | 0.50 | 447.50 |
| 07/01/20 | Morris, Kimberly S. | Follow up calls with M. Schuver and S. Skikos re Everlaw database(58626953) | 895.00 | 0.50 | 447.50 |

Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Dallas   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   San Francisco   Seattle   Washington, DC

Case: 19-30088   Doc# 8830-4   Filed: 08/28/20   Entered: 08/28/20 03:42:44   Page 9 of 11

| Date | Name | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 07/01/20 | Morris, Kimberly S. | Follow up calls with S. Skikos re TCC work product(58626956) | 895.00 | 0.80 | 716.00 |
| 07/01/20 | Morris, Kimberly S. | Internal calls with B. McCabe, D. Richardson and G. Commins to prepare for Brown Rudnick call(58626957) | 895.00 | 1.00 | 895.00 |
| 07/01/20 | Morris, Kimberly S. | Develop outline for call with Brown Rudnick re ongoing TCC work and internal calls re same(58626958) | 895.00 | 2.50 | 2,237.50 |
| 07/01/20 | Morris, Kimberly S. | Calls with E. Sagerman and R. Julian re ongoing TCC work and internal calls re same(58626959) | 895.00 | 0.50 | 447.50 |
| 07/01/20 | Morris, Kimberly S. | Correspondence with D. Dow re insurance issues(58626960) | 895.00 | 0.80 | 716.00 |
| 07/01/20 | Sagerman, Eric E. | Telephone call with Morris regarding trust transition issues (.2); telephone call with Julian regarding same (.1); review Morris outline regarding same (.1); and comments to Morris and Julian regarding same (.2).(58613656) | 1,145.00 | 0.60 | 687.00 |

**Asset Analysis and Recovery(045)**     27.40     21,960.50

Baker & Hostetler LLP

Atlanta  Chicago  Cincinnati  Cleveland  Columbus  Costa Mesa  Dallas  Denver
Houston  Los Angeles  New York  Orlando  Philadelphia  San Francisco  Seattle  Washington, DC

Case: 19-30088    Doc# 8880-4    Filed: 08/28/20    Entered: 08/28/20 05:42:44    Page 10 of 11

**TASK CODE MATTER SUMMARY**

**CURRENT INVOICE**

| Task Code | Description | Hours Billed | Amount Billed |
|---|---|---|---|
| 004 | Bankruptcy Litigation | 5.30 | 3,216.00 |
| 006 | Case Administration (docket updates, WIP and calendar) | 0.40 | 304.00 |
| 008 | Chapter 11 Plan/Plan Confirmation | 8.80 | 7,036.00 |
| 009 | Committee Meetings and Preparation | 1.70 | 1,052.00 |
| 018 | General Case Strategy (includes communications with Committee) | 1.80 | 858.00 |
| 020 | Legislative Issues | 1.90 | 2,175.50 |
| 025 | Regulatory Issues including CPUC and FERC | 3.20 | 3,664.00 |
| 027 | Fee Application: Baker | 5.40 | 2,408.00 |
| 028 | Fee Application: Other Professionals | 0.70 | 532.00 |
| 031 | US Trustee/Fee Examiner issues | 0.20 | 56.00 |
| 032 | Unsecured Creditor Issues/ Communications/ Meetings | 0.50 | 505.00 |
| 040 | Operations | 0.30 | 268.50 |
| 045 | Asset Analysis and Recovery | 27.40 | 21,960.50 |
| | **Total** | **57.60** | **44,035.50** |

Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Dallas   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   San Francisco   Seattle   Washington, DC

Case: 19-30088   Doc# 8880-4   Filed: 08/28/20   Entered: 08/28/20 05:42:44   Page 11 of 11