# EXHIBIT E

# Detailed Expense Entries

**Expenses and Other Charges Summary**

| | |
|---|---:|
| **Automated Research (E106)** | 97.36 |
| **Other Professional Services (E123)** | 20,820.00 |
| **Total Expenses** | $ 20,917.36 |

**Expenses and Other Charges**

| | | |
|---|---|---:|
| 07/01/20 | Westlaw Research - 07/01/20 by BERLEJOELLE (28610072) | 97.36 |
| | **Subtotal - Automated Research (E106)** | **97.36** |
| 07/01/20 | Other Professional Services (E123) Expert 1 (28614573) | 20,820.00 |
| | **Subtotal - Other Professional Services (E123)** | **20,820.00** |
| | **Total** | **$ 20,917.36** |

Baker & Hostetler LLP

Atlanta  Chicago  Cincinnati  Cleveland  Columbus  Costa Mesa  Dallas  Denver
Houston  Los Angeles  New York  Orlando  Philadelphia  San Francisco  Seattle  Washington, DC

Case: 19-30088  Doc# 8880-5  Filed: 08/28/20  Entered: 08/28/20 05:42:44  Page 2 of 2