# EXHIBIT A

## COMPENSATION BY PROFESSIONAL
## JUNE 1, 2020 THROUGH JULY 1, 2020

The attorneys and paraprofessionals who rendered legal services in these Chapter 11 Cases from June 1, 2020 through July 1, 2020 (the "**Fee Period**") are:

| NAME OF PROFESSIONAL: | POSITION | YEAR ADMITTED | HOURLY RATE (2020) | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| James E. Brandt | Partner | 1983 | $1,290.00 | 33.7 | $43,473.00 |
| Robert A. Koenig | Partner | 1986 | $1,235.00 | 0.5 | $617.50 |
| Robert W. Perrin | Partner | 1998 | $1,070.00 | 27.4 | $29,318.00 |
| Gavin M. Masuda | Partner | 2008 | $975.00 | 8.5 | $8,287.50 |
| Michael J. Reiss | Partner | 2010 | $950.00 | 50.3 | $47,785.00 |
| James I. Mann | Partner | 2007 | $950.00 | 0.8 | $760.00 |
| Meryn C. Grant | Associate | 2013 | $895.00 | 27.6 | $24,702.00 |
| Tiffany M. Ikeda | Associate | 2011 | $895.00 | 0.1 | $89.50 |
| Shawn P. Hansen | Associate | 2015 | $810.00 | 16.7 | $13,527.00 |
| Setareh Homayoni | Associate | 2016 | $760.00 | 8.8 | $6,688.00 |
| Ellina Chulpaeff | Associate | 2016 | $695.00 | 41.1 | $28,564.50 |
| Michael A. Hale | Associate | 2017 | $695.00 | 0.3 | $208.50 |
| Caitlin J. Campbell | Associate | 2018 | $590.00 | 0.3 | $177.00 |
| Alexandra H. Gianelli | Associate | 2018 | $590.00 | 6.8 | $4,012.00 |
| Robert Medina | Associate | 2019 | $500.00 | 23.2 | $11,600.00 |
| John M. Eastly | Senior Paralegal | -- | $355.00 | 2.6 | $923.00 |
| **Total Professionals:** | **16** | | | **248.7** | **$220,732.50** |

| PROFESSIONALS TOTALS: | BLENDED RATE (rounded to nearest dollar) | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $1,075 | 121.2 | $130,241.00 |
| Associates | $717 | 124.9 | $89,568.50 |
| **Blended Attorney Rate** | **$893** | **246.1** | **$219,809.50** |
| Paraprofessionals and other non-legal staff | $355 | 2.6 | $923.00 |
| **Total Fees Incurred** | **$888** | **248.7** | **$220,732.50** |