**EXHIBIT B**

**COMPENSATION BY WORK TASK CODE FOR
SERVICES RENDERED BY LATHAM & WATKINS LLP
JUNE 1, 2020 THROUGH JULY 1, 2020[1]**

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 145 | Advice on Tribal Matters | 0.8 | $760.00 |
| 165 | Insurance Counseling | 6.9 | $8,047.00 |
| 166 | North Bay Fires Securities Class Action[2] | 172.6 | $159,653.00 |
| 167 | OFPRS v. Chew, et al. | 9.9 | $7,966.00 |
| 172 | Bowlinger Derivative Litigation | 1.6 | $1,470.00 |
| 173 | Public Safety Power Shutoffs Class Action | 56.9 | $42,836.50 |
| **TOTAL** | | **248.7** | **$220,732.50** |

---

[1] The total amounts do not include $56.10 of expenses, which are described in Exhibit C.

[2] This task code also includes time spent on the preparation of monthly fee applications, interim fee applications, and the final fee application, which account for 59.1 hours and $43,482.50 in fees from June 1, 2020 to July 1, 2020.