# EXHIBIT C

## EXPENSE SUMMARY
## JUNE 1, 2020 THROUGH JULY 1, 2020[1]

| EXPENSES | AMOUNTS |
|---|---|
| Telephone Conferencing / Video Conferencing | $56.10 |
| **Total Expenses Requested:** | **$56.10** |

---

[1] Explanations of the enumerated expenses are provided along with the detailed time entries for each task code in Exhibit D in addition to being disclosed in Exhibit E.