# EXHIBIT D

**LATHAM&WATKINS**LLP

355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Tel: +1.213.485.1234  Fax: +1.213.891.8763
www.lw.com

**INVOICE**

July 31, 2020

Pacific Gas & Electric
c/o Law Department
P. O. Box 7133
San Francisco, CA 94120
Attention: Catherine Watkins

E-Billing Vendor: Collaborati
E-Billing Accountant: Kwok, Tony
Client-Internal Matter #: 1204823

For professional services rendered through June 30, 2020

| | |
|---|---:|
| **Re:**  **Advice on Tribal Matters (LM#1204823)** | $ 760.00 |
| **Total Due** | **$ 760.00** |

| Date | Timekeeper | Hours | Amount | Task Code | Description |
|------|-----------|-------|--------|-----------|-------------|
| 06/16/20 | J I Mann | .50 | 475.00 | L120 | Call with PG&E and counsel regarding immunity waivers |
| 06/22/20 | J I Mann | .30 | 285.00 | L120 | Review revised grant deed and transaction documents (0.1); correspondence regarding same (0.2) |
| Total Fees | | | 760.00 | | |

**Attorney:**

| | | | | | |
|---|---|---|---|---|---|
| J I Mann | Partner | .80 | Hrs. @ | $ 950.00/hr. | $ 760.00 |
| | | .80 | | | $ 760.00 |

**Task Code Summary**

| Task Code | Task Description | Amount |
|-----------|-----------------|--------|
| L120 | Analysis/strategy | $ 760.00 |
| | **Total Fees** | **$ 760.00** |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE # 2000103580 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

Case: 19-30088    Doc# 8882-4    Filed: 08/28/20    Entered: 08/28/20 09:44:08    Page 3 of 33

# LATHAM&WATKINS LLP

355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Tel: +1.213.485.1234  Fax: +1.213.891.8763
www.lw.com

## INVOICE

July 31, 2020

Pacific Gas & Electric
c/o Law Department
P. O. Box 7133
San Francisco, CA 94120
Attention: Catherine Watkins

E-Billing Vendor: Collaborati
E-Billing Accountant: Kwok, Tony
Client-Internal Matter #: 1204823

## REMITTANCE COPY

### Advice on Tribal Matters (LM#1204823)

| Invoice Date | Invoice Number | Balance Due |
|---|---|---|
| Current Invoice | | |
| 07/31/2020 | 2000103580 | 760.00 |
| **Balance Due** | | $ 760.00 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE # 2000103580 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

## LATHAM&WATKINS LLP

355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Tel: +1.213.485.1234  Fax: +1.213.891.8763
www.lw.com

**INVOICE**

July 31, 2020

Pacific Gas and Electric Company
P.O. Box 7133
San Francisco, CA 94120
Attn: Robin Reilly

E-Billing Vendor: Collaborati
E-Billing Accountant: Kwok, Tony
Client-Internal Matter #: 1807166

For professional services rendered through June 30, 2020

**Re:**     **Insurance Counseling**

Fees                                                          $ 8,047.00

**Total Due**                                                **$ 8,047.00**



| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/02/20 | RWP | .20 | Emails with J. Brandt and M. Reiss regarding arbitration demand |
| 06/09/20 | JEB | .80 | Emails with T. Tsekerides regarding status of insurance matters (0.5); review correspondence from D. Bailey (0.3) |
| 06/09/20 | RWP | .90 | Review and revise correspondence to carriers regarding arbitration (0.7); email with Covington and Weil regarding same (0.2) |
| 06/09/20 | MJR | 1.10 | Review and revise letter to carriers (0.9); correspondence regarding same (0.2) |
| 06/10/20 | JEB | .20 | Review notice of arbitration |
| 06/11/20 | JEB | 1.20 | Review correspondence from CPR (0.2); review correspondence from Twin City (0.4); emails with R. Slack and D. Goodwin regarding D&O insurance dispute (0.2); telephone conference with R. Slack regarding status (0.4) |
| 06/17/20 | JEB | 1.50 | Emails with D. Goodwin regarding insurance matters (0.3); emails with R. Reilly regarding AIG (0.3); telephone conference regarding insurance matters (0.6) and prepare for same (0.3) |
| 06/17/20 | MJR | .70 | Review arbitration demand (0.3); attend call regarding insurance arbitration (0.4) |
| 06/29/20 | JEB | .30 | Review EIM correspondence |

**Attorney:**

| | | | | |
|------|------|------|------|------|
| J E Brandt | 4.00 | Hrs. @ | $ 1,290.00/hr. | $ 5,160.00 |
| R W Perrin | 1.10 | Hrs. @ | $ 1,070.00/hr. | $ 1,177.00 |
| M J Reiss | 1.80 | Hrs. @ | $ 950.00/hr. | $ 1,710.00 |
| | 6.90 | | | $ 8,047.00 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE # 2000103581 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

Case: 19-30088   Doc# 8882-4   Filed: 08/28/20   Entered: 08/28/20 09:44:08   Page 6
of 33

355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Tel: +1.213.485.1234  Fax: +1.213.891.8763
www.lw.com

# LATHAM&WATKINS LLP

**INVOICE**

July 31, 2020

Pacific Gas and Electric Company
P.O. Box 7133
San Francisco, CA 94120
Attn: Robin Reilly

E-Billing Vendor: Collaborati
E-Billing Accountant: Kwok, Tony
Client-Internal Matter #: 1807166

## REMITTANCE COPY

### Insurance Counseling

| Invoice Date | Invoice Number | Balance Due |
|---|---|---|
| Current Invoice | | |
| 07/31/2020 | 2000103581 | 8,047.00 |
| **Balance Due** | | $ 8,047.00 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE # 2000103581 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

Case: 19-30088    Doc# 8882-4    Filed: 08/28/20    Entered: 08/28/20 09:44:08    Page 7
of 33



**LATHAM&WATKINS**LLP

355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Tel: +1.213.485.1234  Fax: +1.213.891.8763
www.lw.com

**INVOICE**

July 31, 2020

Pacific Gas & Electric
c/o Law Department
P. O. Box 7133
San Francisco, CA 94120
Attention: Catherine Watkins

E-Billing Vendor: Collaborati
E-Billing Accountant: Kwok, Tony
Client-Internal Matter #: 1807309

For professional services rendered through June 30, 2020

| | | |
|---|---|---|
| **Re:** | **North Bay Fires Securities Class Action** | $ 155,557.50 |
| Costs and Disbursements | | 56.10 |
| **Total Due** | | **$ 155,613.60** |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE # 2000103582 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/01/20 | J E Brandt | 2.20 | Monitor confirmation hearing |
| 06/01/20 | R W Perrin | 1.20 | Email with J. Brandt, M. Reiss regarding status and strategy (0.3); participate in due diligence call with underwriters (0.9) |
| 06/01/20 | M J Reiss | 2.60 | Attend confirmation hearing (1.5); various correspondence with R. Perrin and J. Brandt regarding same (0.6); correspondence with R. Perrin and PG&E regarding updates to audit response letters (0.5) |
| 06/02/20 | J E Brandt | 0.60 | Review pleadings related to plan confirmation (0.4); emails with M. Reiss and R. Perrin regarding same (0.2) |
| 06/02/20 | R W Perrin | 0.50 | Attention to fee application regarding securities class action |
| 06/02/20 | M J Reiss | 0.40 | Correspondence regarding confirmation hearing (0.2); analyze objections to confirmation (0.2) |
| 06/02/20 | E Chulpaeff | 3.20 | Review R. Perrin comments on interim fee application and revise per same (1.2); emails with S. Hansen regarding same (0.2); work on March fee application (1.8) |
| 06/03/20 | J E Brandt | 1.80 | Attend confirmation hearing (1.4); telephone conference with P. Curnin regarding plan confirmation and securities litigation (0.4) |
| 06/03/20 | R W Perrin | 0.70 | Attend telephonic hearing regarding securities case issues (0.5); review proposed disclosures (0.1); email with M. Reiss regarding disclosures (0.1) |
| 06/03/20 | M J Reiss | 2.20 | Attend confirmation hearing (1.5); correspondence regarding same with J. Brandt and R. Perrin (0.4); correspondence regarding disclosures with R. Perrin (0.3) |
| 06/03/20 | S P Hansen | 2.40 | Review R. Perrin declaration (1.0); review interim fee application (1.0); correspondence with E. Chulpaeff regarding same (0.2); correspondence with R. Perrin regarding same (0.2) |
| 06/03/20 | E Chulpaeff | 1.40 | Revise fee application and declaration per S. Hansen comments (1.2); draft email to S. Hansen regarding same (0.2) |
| 06/04/20 | J E Brandt | 0.20 | Emails with N. Mendoza |
| 06/04/20 | M J Reiss | 0.30 | Correspondence with J. Brandt and R. Perrin regarding plan treatment of third-party releases |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE # 2000103582 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

Case: 19-30088    Doc# 8882-4    Filed: 08/28/20    Entered: 08/28/20 09:44:08    Page 9
of 33

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/04/20 | S P Hansen | 0.60 | Continue to review and revise interim fee application (0.4); correspondence with R. Perrin regarding same (0.2) |
| 06/04/20 | E Chulpaeff | 6.60 | Emails regarding Interim Fee Application with S. Hansen and R. Perrin (0.3); attend to preparing fee application and materials for same (6.3) |
| 06/05/20 | J E Brandt | 2.80 | Monitor confirmation hearing |
| 06/05/20 | R W Perrin | 1.80 | Attend telephonic hearing on PERA objections (1.1); email with J. Brandt and M. Reiss regarding hearing on PERA objections (0.2); attention to fee applications (0.5) |
| 06/05/20 | M J Reiss | 4.60 | Prepare for confirmation hearing by reviewing relevant objections and demonstratives (0.3); attend confirmation hearing (3.5); correspondence regarding same with M. Reiss and J. Brandt (0.8) |
| 06/05/20 | S P Hansen | 1.70 | Correspondence with R. Perrin regarding fee application and related materials (0.2); correspondence with E. Chulpaeff regarding same (0.1); review precedent related to interim fee applications and related declarations (0.5); prepare letter (0.3); telephone conference with D. Silvera regarding application (0.3); revise declaration (0.3) |
| 06/05/20 | E Chulpaeff | 2.00 | Revise fee application (1.5); correspondence regarding same with R. Perrin and S. Hansen (0.5) |
| 06/07/20 | S P Hansen | 0.80 | Review fee application materials |
| 06/08/20 | J E Brandt | 2.70 | Monitor confirmation hearing (2.2); emails with M. Reiss regarding status and next steps (0.3); emails with R. Slack regarding mediation (0.2) |
| 06/08/20 | R W Perrin | 1.30 | Attend confirmation hearing (1.2); follow up correspondence regarding same with M. Reiss (0.1) |
| 06/08/20 | M J Reiss | 4.30 | Prepare for confirmation hearing by reviewing relevant objections and demonstratives (0.2); attend confirmation hearing (2.6); correspondence regarding same with R. Perrin and J. Brandt (0.6); draft plan for strategy to resolve outstanding litigation claims (0.7); correspondence with R. Perrin regarding same (0.2) |
| 06/08/20 | E Chulpaeff | 1.60 | Emails with S. Hansen regarding interim fee application (0.1); review all guidelines for conformity and revise documents for filing fee application (0.7); attention to and emails with R. |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE # 2000103582 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

Case: 19-30088    Doc# 8882-4    Filed: 08/28/20    Entered: 08/28/20 09:44:08    Page 10 of 33

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| | | | Perrin regarding March monthly fee application (0.6); emails with Keller team regarding filing applications (0.2) |
| 06/09/20 | R W Perrin | 0.90 | Analyze director and officer undertakings (0.4); attention to fee applications (0.4); email with E. Chulpaeff regarding fee applications (0.1) |
| 06/09/20 | M J Reiss | 0.40 | Correspondence with R. Perrin regarding potential damages arguments and theories |
| 06/09/20 | S P Hansen | 0.70 | Correspondence with fee examiner regarding fee application materials (0.3); review fee examiner guidelines (0.2); correspondence with R. Perrin regarding same (0.2) |
| 06/09/20 | T M Ikeda | 0.10 | Analyze research regarding post-petition claims |
| 06/09/20 | E Chulpaeff | 0.30 | Emails with R. Perrin, S. Hansen and Keller firm regarding fee application |
| 06/10/20 | J E Brandt | 1.00 | Telephone conference with T. Tsekerides and R. Slack regarding status (0.6); emails with D. Goodwin and N. Mendoza regarding mediation (0.4) |
| 06/10/20 | E Chulpaeff | 1.80 | Work on fee applications |
| 06/11/20 | M J Reiss | 1.90 | Attend call with Weil regarding resolution of securities proofs of claim (0.8); attend hearing related to confirmation (0.8); correspondence regarding language for prospectus statement (0.3) |
| 06/11/20 | E Chulpaeff | 0.20 | Correspondence with M. Botello regarding March invoices for fee application |
| 06/12/20 | J E Brandt | 0.90 | Review draft appeal response brief regarding the Rule 7023 appeal |
| 06/12/20 | R W Perrin | 2.10 | Email with R. Reilly regarding indemnification agreement issues (0.3); attention to post-emergence strategy issues (1.5); email with J. Brandt and M. Reiss regarding 7023 appeal opposition (0.3) |
| 06/12/20 | M J Reiss | 0.80 | Correspondence with PG&E regarding disclosures (0.3); analyze appellant's brief regarding Rule 7023 motion (0.5) |
| 06/12/20 | E Chulpaeff | 1.00 | Emails with M. Botello regarding March fee application materials (0.1); emails with S. Hansen regarding same (0.1); work on fee applications (0.8) |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE # 2000103582 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/12/20 | A H Gianelli | 1.20 | Research cases regarding possible discharge of post-petition actions |
| 06/13/20 | J E Brandt | 1.20 | Review appeal brief regarding Rule 7023 (0.9); emails with M. Reiss and R. Perrin regarding same (0.3) |
| 06/13/20 | R W Perrin | 1.60 | Review PERA appeal brief and draft opposition (1.2); emails with J. Brandt and M. Reiss regarding same (0.4) |
| 06/13/20 | M J Reiss | 2.30 | Correspondence regarding scope of discharge provisions in plan with R. Perrin and J. Brandt (0.5); analyze appellant's brief regarding Rule 7023 motion (1.5); correspondence regarding same (0.3) |
| 06/14/20 | J E Brandt | 0.80 | Emails with T. Tsekerides, R Slack regarding negotiations |
| 06/14/20 | S P Hansen | 0.40 | Review fee application materials (0.2); correspondence with E. Chulpaeff regarding same (0.2) |
| 06/15/20 | J E Brandt | 2.20 | Call with WGM, PG&E, R. Perrin and M. Reiss regarding status (0.7); emails with D. Goodwin regarding timing (0.2); review and comment on appellate brief (1.3) |
| 06/15/20 | R W Perrin | 3.20 | Status call with Weil, C. Gleicher, R. Reilly, J. Brandt, M. Reiss (0.7); attention to indemnification agreement, including email with R. Reilly regarding same (0.7); review and revise draft opposition to PERA Rule 7023 appeal (1.4); email with C. Gleicher regarding same (0.3); email with M. Reiss regarding strategy (0.2) |
| 06/15/20 | M J Reiss | 0.90 | Correspondence regarding next steps for outstanding litigation matters with R. Perrin (0.2); status call with Weil, PG&E, J. Brandt and R. Perrin (0.7) |
| 06/15/20 | E Chulpaeff | 1.00 | Draft March fee application (0.8); emails with M. Botello regarding same (0.2) |
| 06/16/20 | J E Brandt | 2.00 | Emails with M. Reiss regarding plan confirmation (0.4); review plea and draft indemnification agreement (1.2); emails with M. Reiss and D. Goodwin regarding status (0.4) |
| 06/16/20 | R W Perrin | 0.80 | Attention to indemnification issues, including email with R. Reilly regarding same (0.4); email with Weil, Covington regarding status and timing |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE # 2000103582 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

Case: 19-30088    Doc# 8882-4    Filed: 08/28/20    Entered: 08/28/20 09:44:08    Page 12 of 33

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| | | | (0.4) |
| 06/16/20 | M J Reiss | 3.70 | Attend confirmation hearing (2.3); correspondence regarding same with J. Brandt and R. Perrin (0.2); review objection to confirmation (0.2); correspondence with PG&E regarding disclosures (0.3); attend call with Compass Lexicon regarding next steps (0.7) |
| 06/17/20 | J E Brandt | 0.70 | Review Judge Montali memorandum decision |
| 06/17/20 | M J Reiss | 0.90 | Correspondence regarding plea (0.3); conference regarding disclosures with J. Medina-Garcia (0.2); correspondence regarding damages arguments with M. Grant (0.4) |
| 06/17/20 | M C Grant | 3.10 | Correspondence regarding mediation strategy (0.2); review and analyze Compass Lexecon damages analysis (0.8); conduct research regarding price impact arguments (2.1) |
| 06/17/20 | S P Hansen | 0.80 | Draft March fee application (0.7); correspondence with E. Chulpaeff regarding same (0.1) |
| 06/17/20 | E Chulpaeff | 1.00 | Revise March fee application (0.6); emails with S. Hansen and R. Perrin regarding same (0.2); emails with S. Hansen and T. Dillman regarding April fee application (0.2) |
| 06/17/20 | J R Medina-Garcia | 0.20 | Confer with M. Reiss to discuss case status and next steps |
| 06/17/20 | J M Eastly | 1.30 | Prepare master set of materials for review by G. Masuda |
| 06/18/20 | J E Brandt | 1.20 | Review PERA settlement language (0.5); emails and telephone conference with R. Slack regarding same (0.7) |
| 06/18/20 | R W Perrin | 1.60 | Review plan settlement provision (0.7); email with M. Reiss, C. Gleicher regarding same (0.4); attention to fee applications (0.5) |
| 06/18/20 | M J Reiss | 0.50 | Correspondence with PG&E regarding disclosures (0.2); correspondence with R. Perrin regarding market capitalization issues (0.3) |
| 06/18/20 | S P Hansen | 1.70 | Review fee application materials (0.2); review correspondence regarding invoice submission (0.4); correspondence with E. Chulpaeff regarding same (0.2); correspondence with PG&E accounting regarding invoices (0.3); review correspondence from AlixPartners regarding fee material |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE # 2000103582 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

Case: 19-30088   Doc# 8882-4   Filed: 08/28/20   Entered: 08/28/20 09:44:08   Page 13 of 33

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| | | | submission (0.2); discuss fee application materials with M. Botello (0.2); correspondence with R. Perrin regarding fee application materials (0.2) |
| 06/18/20 | E Chulpaeff | 4.80 | Draft fee applications (4.1); correspondence regarding same and submission guidelines with S. Hansen, M. Botello and R. Perrin (0.7) |
| 06/19/20 | J E Brandt | 1.10 | Review reports on Judge Montali orders (0.3); emails with M. Reiss regarding hearing (0.4); emails with N. Mendoza regarding mediation (0.2); emails with R. Slack regarding same (0.2) |
| 06/19/20 | R A Koenig | 0.50 | Review and reply to R. Perrin's email regarding indemnification agreement (0.2); review comments on indemnification agreement (0.3) |
| 06/19/20 | R W Perrin | 1.90 | Attention to indemnification issues (1.6); attention to fee application review (0.3) |
| 06/19/20 | M J Reiss | 1.50 | Attend confirmation hearing (1.0); correspondence regarding same with R. Perrin and J. Brandt (0.5) |
| 06/19/20 | S P Hansen | 0.60 | Review fee application materials (0.4); correspondence with E. Chulpaeff regarding same (0.1); call with AlixPartners regarding invoice request (0.1) |
| 06/19/20 | E Chulpaeff | 6.40 | Draft April fee application (2.9); correspondence with S. Hansen and R. Perrin regarding same (0.3); work on May fee application (3.2) |
| 06/20/20 | J E Brandt | 1.20 | Review confirmation order (0.5); emails with M. Reiss regarding same and review M. Reiss chart regarding same (0.4), emails with D. Goodwin, T. Tsekerides regarding mediation (0.3) |
| 06/20/20 | M J Reiss | 0.90 | Analyze plan and confirmation order (0.5); correspondence with J. Brandt regarding same (0.4) |
| 06/20/20 | S P Hansen | 1.00 | Review fee application materials to inform strategy |
| 06/20/20 | E Chulpaeff | 2.00 | Review fee applications and fee application materials (1.9); emails with R. Perrin and S. Hansen regarding same (0.1) |
| 06/21/20 | S P Hansen | 1.30 | Review fee application materials (1.1); correspondence with E. Chulpaeff regarding same (0.2) |
| 06/21/20 | E Chulpaeff | 0.30 | Emails with S. Hansen, M. Botello and R. Perrin regarding fee application materials |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE # 2000103582 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

Case: 19-30088    Doc# 8882-4    Filed: 08/28/20    Entered: 08/28/20 09:44:08    Page 14 of 33

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/22/20 | J E Brandt | 0.20 | Correspondence with L. Phillips and N. Mendoza regarding mediation |
| 06/22/20 | G M Masuda | 1.00 | Review background materials to inform strategy |
| 06/22/20 | R W Perrin | 0.60 | Telephone call with Weil and team regarding strategy |
| 06/22/20 | M J Reiss | 0.70 | Attend call with Weil team and R. Perrin regarding status and next steps (0.5); correspondence regarding disclosures with R. Perrin (0.2) |
| 06/22/20 | S P Hansen | 0.70 | Correspondence with AlixPartners regarding fee materials (0.2); prepare same (0.5) |
| 06/22/20 | E Chulpaeff | 3.30 | Emails with M. Botello and R. Perrin regarding fee application materials (0.2); work on fee application and supporting materials (3.1) |
| 06/23/20 | G M Masuda | 1.00 | Review background materials for onboarding purposes |
| 06/23/20 | M J Reiss | 0.70 | Attend call with Compass Lexecon regarding possible mediation submission |
| 06/23/20 | M C Grant | 1.30 | Review Compass Lexecon analyses (0.2); attend call with Compass Lexecon regarding mediation update (1.1) |
| 06/24/20 | J E Brandt | 1.00 | Telephone conference with R. Slack regarding next steps (0.5); review draft board indemnity agreements (0.3); review N. Mendoza note regarding mediation (0.2) |
| 06/24/20 | G M Masuda | 0.90 | Review background materials to inform strategy |
| 06/24/20 | R W Perrin | 0.60 | Attention to indemnification issues |
| 06/25/20 | J E Brandt | 1.20 | Review various pleadings in preparation for strategy call |
| 06/25/20 | S P Hansen | 1.80 | Prepare fee application and related materials (1.5); correspondence with E. Chulpaeff regarding same (0.3) |
| 06/25/20 | E Chulpaeff | 0.70 | Review S. Hansen email regarding fee application (0.1); review and revise fee application (0.4); emails with R. Perrin regarding same (0.1); emails with Keller Benvenutti Kim regarding expense submission question (0.1) |
| 06/26/20 | J E Brandt | 0.90 | Attend conference call with M. Reiss regarding strategy and assignments |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE # 2000103582 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

Case: 19-30088   Doc# 8882-4   Filed: 08/28/20   Entered: 08/28/20 09:44:08   Page 15 of 33

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/26/20 | G M Masuda | 3.30 | Attend call with M. Reiss and R. Perrin regarding case status, strategy, and next steps (1.5); attend call with bankruptcy counsel regarding ongoing settlement and claims strategy (1.8) |
| 06/26/20 | R W Perrin | 0.80 | Attention to fee applications |
| 06/26/20 | M J Reiss | 5.00 | Attend call regarding strategy and next steps with J. Brandt (0.9); call regarding status of all outstanding matters with G. Masuda and R. Perrin (1.5); prepare task list of all outstanding tasks (0.7); correspondence regarding same (0.5); analyze mediation outline (0.8); correspondence regarding notice procedures in bankruptcy (0.2); correspondence regarding withdrawals of counsel (0.2); correspondence regarding bankruptcy status (0.2) |
| 06/26/20 | S P Hansen | 1.20 | Review interim compensation order (0.3); conference with E. Chulpaeff regarding same (0.3); review monthly fee application (0.5); correspondence with E. Chulpaeff regarding same (0.1) |
| 06/26/20 | E Chulpaeff | 1.00 | Conference with S. Hansen regarding fee applications and issues regarding same (0.3); revise fee application (0.1); review order regarding timing of filing monthly fee applications (0.2); emails with Keller regarding filing questions (0.2); emails with LW accounting and M. Botello regarding preparing new exhibits to fee applications (0.2) |
| 06/26/20 | J M Eastly | 0.90 | Draft notices of withdrawal of counsel of R. Perrin in all PG&E cases |
| 06/28/20 | J E Brandt | 0.50 | Comments on insurance correspondence (0.3); emails with team regarding mediation (0.2) |
| 06/28/20 | M J Reiss | 0.80 | Draft outstanding task list (0.4); correspondence with R. Perrin and G. Masuda regarding same (0.2); correspondence with R. Perrin regarding mediation strategy (0.2) |
| 06/29/20 | J E Brandt | 1.10 | Attend telephone conference with R. Perrin, PG&E and Weil regarding update (0.8); telephone conference with Cravath team regarding status (0.3) |
| 06/29/20 | G M Masuda | 2.10 | Attend call with bankruptcy counsel and Compass Lexecon (1.5); review disclosures and communicate with M. Reiss regarding same (0.6) |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE # 2000103582 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

Case: 19-30088    Doc# 8882-4    Filed: 08/28/20    Entered: 08/28/20 09:44:08    Page 16
of 33

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/29/20 | R W Perrin | 0.40 | Attend call with Weil, R. Reilly and J. Brandt regarding outstanding items and strategy |
| 06/29/20 | M J Reiss | 2.40 | Attend weekly call with Weil, J. Brandt, R. Reilly and R. Perrin regarding outstanding issues and strategy for same (0.8); attend call with Weil and Compass Lexecon regarding claims reconciliation process (0.8); analyze reply brief filed by plaintiffs in support of Rule 7023 appeal (0.3); revise draft disclosures; (0.3); correspondence with PG&E regarding same (0.2) |
| 06/29/20 | M C Grant | 1.10 | Attend call with bankruptcy counsel regarding next steps and objections (0.8) follow up correspondence with M. Reiss and R. Perrin regarding the same (0.3) |
| 06/29/20 | E Chulpaeff | 0.40 | Draft fee application materials |
| 06/30/20 | J E Brandt | 0.40 | Emails with M. Reiss regarding claims analysis |
| 06/30/20 | G M Masuda | 0.20 | Emails with client regarding 10-Q disclosures |
| 06/30/20 | R W Perrin | 0.30 | Telephone call with M. Reiss regarding indemnification issues and next steps |
| 06/30/20 | M J Reiss | 2.70 | Attend call with PG&E and AlixPartners regarding accounting impact of securities and derivative actions (0.8); call with C. Gleicher regarding next steps (0.4); call with R. Perrin regarding same (0.3); correspondence with Weil team regarding claims reconciliation process and next steps (0.3); call with J. Medina-Garcia regarding indemnification and undertaking agreements (0.4); attend call with M. Hale and S. Homayoni regarding strategy and next steps (0.4) |
| 06/30/20 | S P Hansen | 0.60 | Correspondence with E. Chulpaeff and R. Perrin regarding fee application (0.4); correspondence with M. Botello regarding fee application materials (0.2) |
| 06/30/20 | C J Campbell | 0.30 | Telephone conference with PG&E team regarding case status and next steps |
| 06/30/20 | E Chulpaeff | 1.80 | Finalize fee application and prepare all relevant materials for filing (1.7); emails regarding same with Keller firm (0.1) |
| 06/30/20 | M A Hale | 0.30 | Attend conference call with M. Reiss and S. Homayoni regarding next steps |
| 06/30/20 | S Homayoni | 0.30 | Team conference call with M. Reiss an M. Hale |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE # 2000103582 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

Case: 19-30088    Doc# 8882-4    Filed: 08/28/20    Entered: 08/28/20 09:44:08    Page 17 of 33

**LATHAM&WATKINS**LLP

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| | | | regarding bankruptcy status and next steps |
| 06/30/20 | J R Medina-Garcia | 3.10 | Prepare Undertaking Agreement (0.5); prepare chart of directors and officers in connection with indemnification and undertaking agreements (2.2); confer with M. Reiss regarding the same (0.4) |
| 06/30/20 | J M Eastly | 0.40 | Revise notices of withdrawal of counsel of R. Perrin in all federal and state cases |

| | | | | | |
|---|---|---|---|---|---|
| J E Brandt | 27.90 | Hrs. @ | $ 1,290.00/hr. | $ 35,991.00 |
| R A Koenig | 0.50 | Hrs. @ | $ 1,235.00/hr. | $ 617.50 |
| R W Perrin | 20.30 | Hrs. @ | $ 1,070.00/hr. | $ 21,721.00 |
| G M Masuda | 8.50 | Hrs. @ | $ 975.00/hr. | $ 8,287.50 |
| M J Reiss | 40.50 | Hrs. @ | $ 950.00/hr. | $ 38,475.00 |
| M C Grant | 5.50 | Hrs. @ | $ 895.00/hr. | $ 4,922.50 |
| T M Ikeda | 0.10 | Hrs. @ | $ 895.00/hr. | $ 89.50 |
| S P Hansen | 16.30 | Hrs. @ | $ 810.00/hr. | $ 13,203.00 |
| S Homayoni | 0.30 | Hrs. @ | $ 760.00/hr. | $ 228.00 |
| E Chulpaeff | 40.80 | Hrs. @ | $ 695.00/hr. | $ 28,356.00 |
| M A Hale | 0.30 | Hrs. @ | $ 695.00/hr. | $ 208.50 |
| C J Campbell | 0.30 | Hrs. @ | $ 590.00/hr. | $ 177.00 |
| A H Gianelli | 1.20 | Hrs. @ | $ 590.00/hr. | $ 708.00 |
| J R Medina-Garcia | 3.30 | Hrs. @ | $ 500.00/hr. | $ 1,650.00 |
| J M Eastly | 2.60 | Hrs. @ | $ 355.00/hr. | $ 923.00 |
| | 168.40 | | | $ 155,557.50 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE # 2000103582 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

**Costs and Disbursements:**

| | | |
|---|---|---|
| 06/25/20 | Audio\ Video Conferencing Services - CourtCall, LLC - CourtCall Debit a/c# CCDA-07-2698 ccid# 10523034 | 56.10 |

**Total Costs and Disbursements:** **$ 56.10**

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE # 2000103582 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

Case: 19-30088    Doc# 8882-4    Filed: 08/28/20    Entered: 08/28/20 09:44:08    Page 19 of 33

355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Tel: +1.213.485.1234  Fax: +1.213.891.8763
www.lw.com

# LATHAM&WATKINS LLP

**INVOICE**

July 31, 2020

Pacific Gas & Electric
c/o Law Department
P. O. Box 7133
San Francisco, CA 94120
Attention: Catherine Watkins

E-Billing Vendor: Collaborati
E-Billing Accountant: Kwok, Tony
Client-Internal Matter #: 1807349

For professional services rendered through June 30, 2020

| | |
|---|---|
| **Re:** **OFPRS v. Chew, et al.** | $ 7,966.00 |
| **Total Due** | **$ 7,966.00** |

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/04/20 | R W Perrin | 0.20 | Review and revise status report |
| 06/04/20 | M J Reiss | 0.40 | Correspondence regarding draft case management statement with R. Perrin (0.2); revise draft status report (0.2) |
| 06/04/20 | S Homayoni | 1.40 | Review and analyze docket in Hagberg action (0.7); draft case management conference statement for same action (0.7) |
| 06/05/20 | S Homayoni | 0.60 | Finalize and oversee filing of case management conference statement for Hagberg action |
| 06/15/20 | S Homayoni | 0.60 | Summarize case status and next steps in derivative actions |
| 06/16/20 | S Homayoni | 0.70 | Draft stipulations to continue case management conference for derivative actions |
| 06/23/20 | M J Reiss | 0.20 | Correspondence with R. Perrin regarding continuing CMCs and related deadlines in the derivative actions |
| 06/25/20 | M J Reiss | 1.40 | Correspondence and calls with S. Homayoni and A. Casalett regarding stipulations to continue case management conferences (0.8); revise draft stipulations (0.6) |
| 06/25/20 | S Homayoni | 4.00 | Draft ADR certifications for derivative actions (0.4); correspondence with A. Casalett and M. Reiss regarding upcoming case management conferences (0.4); analyze bankruptcy plan (0.9); revise stipulations continuing case management conferences in derivative actions (0.9); correspondence with co-defendants' counsel and opposing counsel regarding same stipulations (1.4) |
| 06/26/20 | S Homayoni | 0.40 | Correspondence with opposing counsel in Blackburn action regarding stipulation to continue case management conference (0.2); revise same stipulation (0.2) |

| | | | | |
|------|------|------|------|------|
| R W Perrin | 0.20 | Hrs. @ | $ 1,070.00/hr. | $ 214.00 |
| M J Reiss | 2.00 | Hrs. @ | $ 950.00/hr. | $ 1,900.00 |
| S Homayoni | 7.70 | Hrs. @ | $ 760.00/hr. | $ 5,852.00 |
| | 9.90 | | | $ 7,966.00 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE # 2000103583 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

Case: 19-30088    Doc# 8882-4    Filed: 08/28/20    Entered: 08/28/20 09:44:08    Page 21
of 33

355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Tel: +1.213.485.1234  Fax: +1.213.891.8763
www.lw.com

# LATHAM&WATKINS LLP

**INVOICE**

July 31, 2020

Pacific Gas & Electric
c/o Law Department
P. O. Box 7133
San Francisco, CA 94120
Attention: Catherine Watkins

E-Billing Vendor: Collaborati
E-Billing Accountant: Kwok, Tony
Client-Internal Matter #: 1707037

For professional services rendered through June 30, 2020

| Re: | **Bowlinger Derivative Litigation** | $ 1,083.00 |
|-----|-------------------------------------|------------|

| **Total Due** | **$ 1,083.00** |
|---------------|----------------|

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/30/20 | M J Reiss | 0.50 | Correspondence with opposing counsel regarding possible stipulation (0.3); correspondence with S. Homayoni regarding strategy and next steps (0.2) |
| 06/30/20 | S Homayoni | 0.80 | Draft stipulation and proposed order to continue case management conference (0.6); correspondence with opposing counsel regarding same (0.2) |

| | | | | |
|------|------|------|------|------|
| M J Reiss | 0.50 | Hrs. @ | $ 950.00/hr. | $ 475.00 |
| S Homayoni | 0.80 | Hrs. @ | $ 760.00/hr. | $ 608.00 |
| | 1.30 | | | $ 1,083.00 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE # 2000103584 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

Case: 19-30088   Doc# 8882-4   Filed: 08/28/20   Entered: 08/28/20 09:44:08   Page 23 of 33

355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Tel: +1.213.485.1234 Fax: +1.213.891.8763
www.lw.com

# LATHAM&WATKINS LLP

**INVOICE**

July 31, 2020

Pacific Gas and Electric Company
c/o Law Department
P.O. Box 7133
San Francisco, CA 94120
ATTN: Cliff Gleicher

E-Billing Vendor: Collaborati
E-Billing Accountant: Kwok, Tony
Client-Internal Matter #: 1907712

For professional services rendered through June 30, 2020

| | | |
|---|---|---|
| Re: | **Public Safety Power Shutoffs Class Action** | $ 41,804.50 |
| **Total Due** | | **$ 41,804.50** |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE # 2000103585 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

Case: 19-30088   Doc# 8882-4   Filed: 08/28/20   Entered: 08/28/20 09:44:08   Page 24
of 33

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/08/20 | R W Perrin | 0.40 | Email with J. Lloyd regarding status and disclosure issues |
| 06/09/20 | J R Medina-Garcia | 0.20 | Correspond with M. Grant to discuss legal research on pre-bankruptcy petition claims |
| 06/10/20 | R W Perrin | 0.80 | Call with Weil regarding status and strategy (0.5); follow up correspondence with M. Reiss regarding same (0.3) |
| 06/10/20 | M J Reiss | 0.60 | Review and anlyze research regarding whether Vataj contains pre- or post-petition claims (0.4); correspondence with R. Perrin regarding same (0.2) |
| 06/10/20 | M C Grant | 4.70 | Research various bankruptcy issues pertaining to Vataj matter including whether bankruptcy bars the action (4.2); confer with R. Medina-Garcia and A. Gianelli regarding pre-bankruptcy petition claim research (0.5) |
| 06/10/20 | A H Gianelli | 2.90 | Telephone call with M. Grant and R. Medina-Garcia regarding research (0.5); research whether certain claims will be discharged by a confirmation order (2.4) |
| 06/10/20 | J R Medina-Garcia | 3.60 | Confer with M. Grant and A. Gianelli to discuss legal research on pre-bankruptcy petition claims (0.5); conduct legal research and prepare memorandum addressing same (3.1) |
| 06/11/20 | R W Perrin | 1.10 | Review diligence disclosures (0.2); email with R. Reilly regarding same (0.2); attention to post-emergence issues (0.7) |
| 06/11/20 | M C Grant | 3.70 | Research the impact of the bankruptcy on pre-and post-petition claims |
| 06/11/20 | A H Gianelli | 2.70 | Research whether securities claims can be discharged by the bankruptcy |
| 06/11/20 | J R Medina-Garcia | 3.90 | Conduct legal research regarding status of pre-bankruptcy petition claims (2.4); prepare legal memorandum regarding same (1.5) |
| 06/12/20 | M J Reiss | 0.50 | Correspondence regarding whether claims are pre- or post-petition with J. Medina-Garcia and M. Grant |
| 06/12/20 | J R Medina-Garcia | 1.70 | Correspondence with M. Grant to discuss legal research on pre-bankruptcy petition claims (0.1); conduct follow-up research regarding the same in connection with securities claims (1.6) |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE # 2000103585 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

Case: 19-30088   Doc# 8882-4   Filed: 08/28/20   Entered: 08/28/20 09:44:08   Page 25 of 33

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/16/20 | M C Grant | 4.30 | Research regarding Vataj complaint and bankruptcy discharge (2.3); review and analyze mediation submissions on damages (1.4); call with Compass Lexecon regarding damages analyses (0.6) |
| 06/18/20 | R W Perrin | 0.50 | Telephone call with M. Reiss regarding claim status and strategy (0.3); correspondence regarding same with M. Reiss (0.2) |
| 06/18/20 | M J Reiss | 0.30 | Phone call with R. Perrin regarding whether claims are pre- or post-petition and strategy regarding same |
| 06/19/20 | J R Medina-Garcia | 0.10 | Analyze court filing in connection with class action claim |
| 06/22/20 | M J Reiss | 0.80 | Analyze opposition to motion to dismiss (0.5); correspondence regarding same with J. Medina-Garcia (0.3) |
| 06/22/20 | J R Medina-Garcia | 2.50 | Review and summarize Plaintiff's Opposition to Defendants' Motion to Dismiss in connection with class action claim |
| 06/23/20 | J R Medina-Garcia | 0.40 | Correspond with M. Grant to discuss draft of Motion to Dismiss (0.1); review Amended Complaint in connection with same (0.3) |
| 06/24/20 | R W Perrin | 1.20 | Review opposition to motion to dismiss (0.8); email with S. Scholes, G. Jones and M. Reiss regarding same (0.4) |
| 06/24/20 | M J Reiss | 0.50 | Correspondence regarding opposition to motion to dismiss with R. Perrin, S. Scholes and G. Jones |
| 06/25/20 | M C Grant | 3.40 | Review and analyze Vataj complaint (1.5); conduct research to identify relevant public statements (1.1); draft timeline of same (0.8) |
| 06/25/20 | J R Medina-Garcia | 1.90 | Research for Motion to Dismiss Outline in connection with class action claim (0.9); draft outline regarding same (1.0) |
| 06/26/20 | R W Perrin | 1.80 | Status call with G. Masuda (1.0); strategy call with Weil (0.8) |
| 06/26/20 | M C Grant | 3.90 | Review and analyze Vataj motion to dismiss briefs |
| 06/26/20 | J R Medina-Garcia | 1.80 | Research and prepare Motion to Dismiss Outline in connection with class action claim |
| 06/29/20 | J R Medina-Garcia | 3.80 | Research for Motion to Dismiss Outline in |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE # 2000103585 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

Case: 19-30088    Doc# 8882-4    Filed: 08/28/20    Entered: 08/28/20 09:44:08    Page 26 of 33

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| | | | connection with class action claim (2.0); draft outline regarding same (1.8) |
| 06/30/20 | M C Grant | 2.10 | Draft and revise Vataj motion to dismiss outline |

| | | | | | |
|---|---|---|---|---|---|
| R W Perrin | 5.80 | Hrs. @ | $ 1,070.00/hr. | $ 6,206.00 |
| M J Reiss | 2.70 | Hrs. @ | $ 950.00/hr. | $ 2,565.00 |
| M C Grant | 22.10 | Hrs. @ | $ 895.00/hr. | $ 19,779.50 |
| A H Gianelli | 5.60 | Hrs. @ | $ 590.00/hr. | $ 3,304.00 |
| J R Medina-Garcia | 19.90 | Hrs. @ | $ 500.00/hr. | $ 9,950.00 |
| | 56.10 | | | $ 41,804.50 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE # 2000103585 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

Case: 19-30088   Doc# 8882-4   Filed: 08/28/20   Entered: 08/28/20 09:44:08   Page 27 of 33

355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Tel: +1.213.485.1234  Fax: +1.213.891.8763
www.lw.com

# LATHAM&WATKINS LLP

**INVOICE**

August 24, 2020

Pacific Gas & Electric
c/o Law Department
P. O. Box 7133
San Francisco, CA 94120
Attention: Catherine Watkins

E-Billing Vendor: Collaborati
E-Billing Accountant: Kwok, Tony
Client-Internal Matter #: 1807309

For professional services rendered through July 1, 2020

**Re:** **North Bay Fires Securities Class Action** $ 4,095.50

**Total Due** $ 4,095.50

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 07/01/20 | J E Brandt | 0.70 | Email with R. Slack regarding Rule 7023 appeal (0.2); telephone conference with L. Phillips regarding status (0.5) |
| 07/01/20 | M J Reiss | 2.80 | Attend call with C. Gleicher, A. Capelle and R. Reilly regarding disclosures and litigation status (1.2); attend call with Compass Lexecon regarding next steps for claims reconciliation process (0.7); correspondence with Weil and PG&E regarding Rule 7023 appeal reply brief (0.2); correspondence with J. Gabroden, C. Gleicher and R. Reilly regarding treatment of securities claims under the Plan (0.7) |
| 07/01/20 | S P Hansen | 0.40 | Compile materials related to fee applications (0.2); correspondence with fee examiner regarding same (0.1); correspondence with US Trustee regarding same (0.1) |
| 07/01/20 | E Chulpaeff | 0.30 | Correspondence with S. Hansen regarding LEDES formatted files (0.1); follow up emails regarding same with administrative department (0.1); review LEDES files for submission to fee examiner (0.1) |

| | | | | |
|------|------|------|------|------|
| J E Brandt | 0.70 | Hrs. @ | $ 1,290.00/hr. | $ 903.00 |
| M J Reiss | 2.80 | Hrs. @ | $ 950.00/hr. | $ 2,660.00 |
| S P Hansen | 0.40 | Hrs. @ | $ 810.00/hr. | $ 324.00 |
| E Chulpaeff | 0.30 | Hrs. @ | $ 695.00/hr. | $ 208.50 |
| | 4.20 | | | $ 4,095.50 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE # 2000104008 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

Case: 19-30088    Doc# 8882-4    Filed: 08/28/20    Entered: 08/28/20 09:44:08    Page 29 of 33

# LATHAM & WATKINS LLP

355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Tel: +1.213.485.1234  Fax: +1.213.891.8763
www.lw.com

**INVOICE**

August 24, 2020

Pacific Gas & Electric
c/o Law Department
P. O. Box 7133
San Francisco, CA 94120
Attention: Catherine Watkins

E-Billing Vendor: Collaborati
E-Billing Accountant: Kwok, Tony
Client-Internal Matter #: 1707037

For professional services rendered through July 1, 2020

| | |
|---|---|
| **Re:** **Bowlinger Derivative Litigation** | $ 387.00 |
| **Total Due** | **$ 387.00** |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE # 2000104009 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 07/01/20 | J E Brandt | 0.30 | Email with M. Reiss regarding scheduling of status conference and next steps |

| | | | | | |
|---|---|---|---|---|---|
| J E Brandt | 0.30 | Hrs. @ | $ 1,290.00/hr. | | $ 387.00 |
| | 0.30 | | | | $ 387.00 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE # 2000104009 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

Case: 19-30088   Doc# 8882-4   Filed: 08/28/20   Entered: 08/28/20 09:44:08   Page 31 of 33

355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Tel: +1.213.485.1234  Fax: +1.213.891.8763
www.lw.com

# LATHAM&WATKINS LLP

**INVOICE**

August 24, 2020

Pacific Gas and Electric Company
c/o Law Department
P.O. Box 7133
San Francisco, CA 94120
ATTN: Cliff Gleicher

E-Billing Vendor: Collaborati
E-Billing Accountant: Kwok, Tony
Client-Internal Matter #: 1907712

For professional services rendered through July 1, 2020

**Re:**   **Public Safety Power Shutoffs Class Action**                                    $ 1,032.00

**Total Due**                                                                            **$ 1,032.00**

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 07/01/20 | J E Brandt | 0.80 | Attention to potential strategies for Vataj matter |

| | | | | | |
|---|---|---|---|---|---|
| J E Brandt | 0.80 | Hrs. @ | $ 1,290.00/hr. | $ 1,032.00 |
| | 0.80 | | | $ 1,032.00 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE # 2000104010 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

Case: 19-30088    Doc# 8882-4    Filed: 08/28/20    Entered: 08/28/20 09:44:08    Page 33 of 33