1

**EXHIBIT E**

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Costs and Disbursements:**

| | | |
|---|---|---|
| 06/25/20 | Audio\ Video Conferencing Services - CourtCall, LLC - CourtCall Debit a/c# CCDA-07-2698 ccid# 10523034 | 56.10 |
| | **Total Costs and Disbursements:** | **$ 56.10** |



BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE # 2000103582 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

Case: 19-30088   Doc# 8882-5   Filed: 08/28/20   Entered: 08/28/20 09:44:08   Page 2
of 2