**Exhibit A**



650 California Street, Suite 1900
San Francisco, CA 94108

August 28, 2020

VIA ELECTRONIC MAIL

John Simon, Esq.
Executive Vice President and General Counsel
PG&E Corporation and Pacific Gas and Electric Company
77 Beale Street
P.O. Box 770000
San Francisco, CA 94177

        Re:    In re PG&E Corporation and Pacific Gas and Electric Company

Dear John:

    Attached for your review are copies of the *Fourth Interim (February 1, 2020 Through July 1, 2020) and Final Fee Application of Keller Benvenutti Kim LLP for Allowance and Payment of Compensation and Reimbursement of Expenses* and my Declaration in support thereof.

    The Court's Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees provide that a debtor in possession, a trustee or an official committee must exercise reasonable business judgment in monitoring the fees and expenses of the estate's professionals. We invite you to discuss any objections, concerns or questions you may have with us. The Office of the United State Trustee will also accept your comments, and the Court will consider timely filed objections by any party in interest at the time of the hearing on the application.

    If you have any questions or comments, please do not hesitate to call me.

        With best regards,

        KELLER & BENVENUTTI LLP

        By  _____
            Tobias S. Keller

Attachment
cc (w/attachment):
    Tyson Smith, Esq.