**EXHIBIT C**
**Summary Sheet**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>　　　　　　　　　　**Debtors.**<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**SUMMARY SHEET TO FINAL FEE APPLICATION OF DEVELOPMENT SPECIALISTS, INC. FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES (MARCH 20, 2019 THROUGH OCTOBER 31, 2019)**<br><br>Date: TBD<br>Time: TBD<br>Place: United States Bankruptcy Court<br>　　　Courtroom 17, 16th Floor<br>　　　San Francisco, CA 94102<br>Judge: Hon. Dennis Montali<br><br>[No hearing requested]<br><br>**OBJECTION DATE**: September 18, 2020 |

## GENERAL INFORMATION

| | |
|---|---|
| To: | The Notice Parties |
| Name of Applicant: | Development Specialists, Inc |
| Authorized to Provide Professional Services to: | Financial Advisor to the Official Committee of Tort Claimants |
| Date of Retention: | May 10, 2019 *nunc pro tunc* to March 20, 2019 |
| Period for which compensation and reimbursement are sought: | March 20, 2019 to October 31, 2019 |
| Prior Interim Applications: | First Interim Application, Second Interim Application |

This is a(n) _ Interim  X_ Final Application

**SUMMARY OF FEES AND EXPENSES SOUGHT IN THIS APPLICATION**

Amount of Compensation Sought as Actual, Reasonable and Necessary: $1,780,836.50

Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: $49,455.22

Total Compensation and Expenses Requested for the Compensation Period: $1,830,291.72

**SUMMARY OF PRIOR INTERIM FEE STATEMENTS & APPLICATIONS**

*First Interim Fee Application: Docket No. 4731, Filed November 14, 2019*

| Date Fee Statement Filed | Period Covered | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses | Holdback Fees Requested |
|---|---|---|---|---|---|---|
| 08/09/2019 (Doc 3486) | 03/20/2019 - 05/31/2019 | $ 380,479.00 | $ 12,662.69 | $ 304,383.20 | $ 12,662.69 | $ 76,095.80 |
| 09/20/2019 (Doc 3955) | 06/01/2019 - 06/30/2019 | 303,452.25 | 13,155.97 | 242,761.80 | 13,155.97 | 60,690.45 |
| 10/15/2019 (Doc 4209) | 07/01/2019 - 07/31/2019 | 406,567.75 | 7,589.23 | 325,254.20 | 7,589.23 | 81,313.55 |
| | | $ 1,090,499.00 | $ 33,407.89 | $ 872,399.20 | $ 33,407.89 | $ 218,099.80 |

**Order Approving First Interim Fee Application, Docket No. 5620 (amended by Docket No. 5680):** Pursuant to agreement with the Fee Examiner, DSI reduced its fee claim by $55,000 to $1,035,499.00, which the Court allowed on an interim basis.

*Second Interim Fee Application: Docket No. 6296, Filed March 13, 2020*

| Date Fee Statement Filed | Period Covered | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses | Holdback Fees Requested |
|---|---|---|---|---|---|---|
| 11/14/2019 (Doc 4729) | 08/01/2019 - 08/31/2019 | $ 464,194.00 | $ 9,798.20 | $ 371,355.20 | $ 9,798.20 | $ 92,838.80 |
| 01/15/2020 (Doc 5387) | 09/01/2019 - 09/30/2019 | 262,104.00 | 6,155.96 | 209,683.20 | 6,155.96 | 52,420.80 |
| 02/10/2020 (Doc 5710) | 10/01/2019 - 10/31/2019 | 64,039.50 | 93.17 | 51,231.60 | 93.17 | 12,807.90 |
| | | $ 790,337.50 | $ 16,047.33 | $ 632,270.00 | $ 16,047.33 | $ 158,067.50 |

**Order Approving Second Interim Fee Application, Docket no. 8674:** Pursuant to agreement with the Fee Examiner, DSI reduced its fee claim by $45,000 to $745,337.50, which the Court allowed on an interim basis.

Compensation sought in this Final Fee Statement not yet paid: $113,067.50

**COMPENSATION BY PROFESSIONAL**
**MARCH 20, 2019 THROUGH OCTOBER 31, 2019** [*]

| Name of Professional | Position | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Bradley Sharp | President & CEO | $ 685.00 | 392.80 | $ 258,279.25 |
| R. Brian Calvert | Sr. Managing Director | 640.00 | 682.90 | 419,872.00 |
| Thomas Jeremiassen | Sr. Managing Director | 575.00 | 364.70 | 196,765.00 |
| Eric Held | Managing Director | 495.00 | 12.00 | 5,940.00 |
| Nicholas Troszak | Managing Director | 485.00 | 562.90 | 250,793.50 |
| James Armstrong | Director | 375.00 | 219.80 | 82,106.25 |
| Shelly Cuff | Director | 360.00 | 656.50 | 230,796.00 |
| Spencer Ferrero | Director | 350.00 | 442.60 | 151,707.50 |
| Andrew Wagner | Director | 350.00 | 551.40 | 192,990.00 |
| James Romey | Sr. Associate | 360.00 | 3.40 | 1,224.00 |
| Thomas Frey | Sr. Associate | 325.00 | 90.20 | 29,315.00 |
| Cathy Vance | Associate | 375.00 | 74.20 | 27,825.00 |
| Jack Donohue | Associate | 250.00 | 50.30 | 12,575.00 |
| Rowen Dizon | Associate | 230.00 | 11.60 | 2,668.00 |
| Mandy Yedidsion | Associate | 145.00 | 124.00 | 17,980.00 |

| | | |
|---|---|---|
| Total Professional Fees Billed | 4,239.30 | $ 1,880,836.50 |
| Discounts after Fee Examiner Discussions | | (100,000.00) |
| Total Fees Requested | | $ 1,780,836.50 |

Blended Rate: $420.08 per hour

---

[*] Detailed descriptions and entries are located with the filed monthly fee statements (Docket Nos. 3486, 3955, 4209, 4729, 5387, 5710) and the interim fee applications (Docket Nos. 4731 and 6296).

## COMPENSATION BY PROJECT CATEGORY
## MARCH 20, 2019 THROUGH OCTOBER 31, 2019[†]

| Project Category | Category Code | Total Hours Billed | Total Fees |
|---|---|---|---|
| Case Administration | 11 | 2.10 | $ 1,305.00 |
| Fee Application/Client Billing | 12 | 128.70 | 53,148.00 |
| Retention/Engagement Matters | 13 | 69.50 | 32,013.50 |
| Attend Court Hearings/Review Pleadings | 14 | 9.70 | 5,905.00 |
| Claims Analysis/Objection | 31 | 3,711.60 | 1,689,738.00 |
| Creditors and Creditors Committee Contact | 52 | 27.10 | 17,518.50 |
| Travel | 80 | 290.60 | 81,208.50 |
| | | 4,239.30 | $ 1,880,836.50 |

| | | |
|---|---|---|
| Total Professional Fees Billed | 4,239.30 | $ 1,880,836.50 |
| Discounts after Fee Examiner Discussions | | (100,000.00) |
| Total Fees Requested | | $ 1,780,836.50 |

## EXPENSE SUMMARY
## MARCH 20, 2019 THROUGH OCTOBER 31, 2019[‡]

| Expense Type | Amount |
|---|---|
| Airfare | $ 27,731.70 |
| Hotel | 7,382.86 |
| Meals | 2,852.20 |
| Transportation | 5,407.79 |
| Miscellaneous | 6,080.67 |
| | $ 49,455.22 |

---

[†] Detailed descriptions and entries are located with the filed monthly fee statements (Docket Nos. 3486, 3955, 4209, 4729, 5387, 5710) and the interim fee applications (Docket Nos.. 4731 and 6296)

[‡] *Ibid.*