**PG&E Corporation, et al. (Case No. 19-30088 (DM))**      Exhibit A
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Summary by Project Category and Billing Category**
**For the Period May 1, 2020 through May 31, 2020**

| Project Category and Billing Category | Hours | Total Compensation |
|---|---|---|
| **Fixed Fee Services** | | |
|   *Compliance Services* | *Retention Exhibit #: 01-H* | |
|     Compliance Services | 279.80 | $79,900.00 |
|   *Subtotal - Compliance Services* | *279.80* | *$79,900.00* |
|   *Cybersecurity Assessment Services* | *Retention Exhibit #: SUPP 2 01-H* | |
|     Cybersecurity Assessment Services - Phase 2 | 221.50 | $71,595.00 |
|   *Subtotal - Cybersecurity Assessment Services* | *221.50* | *$71,595.00* |
|   *2020 WMP Plan Post Filing Services* | *Retention Exhibit #: SUPP 2 01-K* | |
|     2020 WMP Plan Post Filing Services | 564.00 | $200,000.00 |
|   *Subtotal - 2020 WMP Plan Post Filing Services* | *564.00* | *$200,000.00* |
|   *Compliance and Ethics Support Services* | *Retention Exhibit #: SUPP 2 01-L* | |
|     Compliance and Ethics Support Services | 338.00 | $99,000.00 |
|   *Subtotal - Compliance and Ethics Support Services* | *338.00* | *$99,000.00* |
| **Subtotal - Hours and Compensation - Fixed Fee Services** | **1,403.30** | **$450,495.00** |
| **Hourly Services** | | |
|   *E-Discovery Services* | *Retention Exhibit #: 01-J & 01-K; SUPP 01-H & 01-I* | |
|     Project Management | 36.50 | $15,173.50 |
|     Forensic Collections | 498.50 | $99,859.50 |
|   *Subtotal - E-Discovery Services* | *535.00* | *$115,033.00* |
|   *Bankruptcy Accounting Advisory Services* | *Retention Exhibit #: 04; SUPP-02* | |
|     Accounting Services | 367.50 | $269,632.00 |
|   *Subtotal - Bankruptcy Accounting Advisory Services* | *367.50* | *$269,632.00* |
|   *Bankruptcy Tax Advisory Services* | *Retention Exhibit #: 05* | |
|     Tax Services | 185.50 | $107,423.00 |
|   *Subtotal - Bankruptcy Tax Advisory Services* | *185.50* | *$107,423.00* |
| **Subtotal - Hours and Compensation - Hourly Services** | **1,088.00** | **$492,088.00** |
| **Case Administration** | | |
|   *Bankruptcy Requirements and Other Court Obli* | *Retention Exhibit #: CASE* | |
|     Monthly, Interim and Final Fee Applications | 60.90 | $33,495.00 |
|   *Subtotal - Bankruptcy Requirements and Other Court Obligations* | *60.90* | *$33,495.00* |
| **Subtotal - Hours and Compensation - Case Administration** | **60.90** | **$33,495.00** |
| **Total - Hours and Compensation Sought for Reimbursement** | **2,552.20** | **$976,078.00** |