**PG&E Corporation, et al. (Case No. 19-30088 (DM))**        **Exhibit B**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Fixed Fee Services - Summary of Hours and Fees by Project and Professional**
**For the Period May 1, 2020 through May 31, 2020**

| Project Category and Professional | Position | Hours | Total Compensation |
|---|---|---|---|
| ***Compliance Services*** | | ***Retention Exhibit #: 01-H*** | |
| Meera Banerjee | Partner | 2.00 | |
| Tania Fabiani | Partner | 27.00 | |
| Cyrus Justin Mohamadi | Manager | 98.20 | |
| Kailey Sanchez | Associate | 150.10 | |
| Dorothy C Georgestone | Administrative | 2.50 | |
| ***Subtotal - Compliance Services*** | | ***279.80*** | ***$79,900.00*** |
| ***Cybersecurity Assessment Services*** | | ***Retention Exhibit #: SUPP 2 01-H*** | |
| Matthew Lucas Wilson | Partner | 3.00 | |
| Scott Edward Gicking | Director | 50.00 | |
| Jaimie Morsillo | Manager | 56.00 | |
| David Urban | Senior Associate | 20.00 | |
| Lauren Adams | Senior Associate | 42.00 | |
| Malika Agrawal | Associate | 43.00 | |
| Shefe Sarah Garrett | Associate | 7.50 | |
| ***Subtotal - Cybersecurity Assessment Services*** | | ***221.50*** | ***$71,595.00*** |
| ***2020 WMP Plan Post Filing Services*** | | ***Retention Exhibit #: SUPP 2 01-K*** | |
| Meera Banerjee | Partner | 21.00 | |
| Juliana Renne | Manager | 63.00 | |
| Riley Adler | Manager | 114.00 | |
| Christopher Skoff | Senior Associate | 190.00 | |
| Mohammad Ali Suleman | Senior Associate | 12.00 | |
| Melissa Boyd | Associate | 164.00 | |
| ***Subtotal - 2020 WMP Plan Post Filing Services*** | | ***564.00*** | ***$200,000.00*** |
| ***Compliance and Ethics Support Services*** | | ***Retention Exhibit #: SUPP 2 01-L*** | |
| Meera Banerjee | Partner | 1.00 | |
| Sumana Lahiry | Director | 15.50 | |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     **Exhibit B**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Fixed Fee Services - Summary of Hours and Fees by Project and Professional**
**For the Period May 1, 2020 through May 31, 2020**

| Project Category and Professional | Position | Hours | Total Compensation |
|---|---|---:|---:|
| Cara Angela Rosengard | Senior Associate | 150.00 | |
| David Snyder | Senior Associate | 14.00 | |
| Nikhita Reddy Sanikommu | Senior Associate | 5.50 | |
| Yurika Kristy Yoneda | Senior Associate | 152.00 | |
| *Subtotal - Compliance and Ethics Support Services* | | *338.00* | *$99,000.00* |
| **Total - Hours and Compensation - Fixed Fee Services** | | **1,403.30** | **$450,495.00** |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**        **Exhibit B**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Fixed Fee Services - Summary of Hours and Fees by Project and Professional**
**For the Period May 1, 2020 through May 31, 2020**

| Project Category and Professional | Position | Hours | Total Compensation |
|---|---|---|---|
| ***Compliance Services*** | | | ***Retention Exhibit #: 01-H*** |
| Meera Banerjee | Partner | 2.00 | |
| Tania Fabiani | Partner | 27.00 | |
| Cyrus Justin Mohamadi | Manager | 98.20 | |
| Kailey Sanchez | Associate | 150.10 | |
| Dorothy C Georgestone | Administrative | 2.50 | |
| ***Subtotal - Compliance Services*** | | ***279.80*** | ***$79,900.00*** |
| **Total - Hours and Compensation - Fixed Fee Services** | | **279.80** | **$79,900.00** |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**  Exhibit B
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Fixed Fee Services - Summary of Hours and Fees by Project and Professional**
**For the Period May 1, 2020 through May 31, 2020**

| Project Category and Professional | Position | Hours | Total Compensation |
|---|---|---|---|
| *Cybersecurity Assessment Services* | | *Retention Exhibit #: SUPP 2 01-H* | |
| Matthew Lucas Wilson | Partner | 3.00 | |
| Scott Edward Gicking | Director | 50.00 | |
| Jaimie Morsillo | Manager | 56.00 | |
| David Urban | Senior Associate | 20.00 | |
| Lauren Adams | Senior Associate | 42.00 | |
| Malika Agrawal | Associate | 43.00 | |
| Shefe Sarah Garrett | Associate | 7.50 | |
| ***Subtotal - Cybersecurity Assessment Services*** | | ***221.50*** | ***$71,595.00*** |
| **Total - Hours and Compensation - Fixed Fee Services** | | **221.50** | **$71,595.00** |

PG&E Corporation, et al. (Case No. 19-30088 (DM))      Exhibit B
PwC LLP - Management, Tax and Advisory Consultants to the Debtors
Fixed Fee Services - Summary of Hours and Fees by Project and Professional
For the Period May 1, 2020 through May 31, 2020

| Project Category and Professional | Position | Hours | Total Compensation |
|---|---|---:|---:|
| **2020 WMP Plan Post Filing Services** | | *Retention Exhibit #: SUPP 2 01-K* | |
| Meera Banerjee | Partner | 21.00 | |
| Juliana Renne | Manager | 63.00 | |
| Riley Adler | Manager | 114.00 | |
| Christopher Skoff | Senior Associate | 190.00 | |
| Mohammad Ali Suleman | Senior Associate | 12.00 | |
| Melissa Boyd | Associate | 164.00 | |
| **Subtotal - 2020 WMP Plan Post Filing Services** | | **564.00** | **$200,000.00** |
| **Total - Hours and Compensation - Fixed Fee Services** | | **564.00** | **$200,000.00** |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     **Exhibit B**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Fixed Fee Services - Summary of Hours and Fees by Project and Professional**
**For the Period May 1, 2020 through May 31, 2020**

| Project Category and Professional | Position | Hours | Total Compensation |
|---|---|---|---|
| ***Compliance and Ethics Support Services*** | | ***Retention Exhibit #: SUPP 2 01-L*** | |
| Meera Banerjee | Partner | 1.00 | |
| Sumana Lahiry | Director | 15.50 | |
| Cara Angela Rosengard | Senior Associate | 150.00 | |
| David Snyder | Senior Associate | 14.00 | |
| Nikhita Reddy Sanikommu | Senior Associate | 5.50 | |
| Yurika Kristy Yoneda | Senior Associate | 152.00 | |
| ***Subtotal - Compliance and Ethics Support Services*** | | ***338.00*** | ***$99,000.00*** |
| **Total - Hours and Compensation - Fixed Fee Services** | | **338.00** | **$99,000.00** |