**PG&E Corporation, et al. (Case No. 19-30088 (DM))**  Exhibit D
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration - Summary of Hours / Fees by Project and Professional**
**For the Period May 1, 2020 through May 31, 2020**

| Project Category and Professional | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| **Hourly Services** | | | | |
| *E-Discovery Services* | | *Retention Exhibit #: 01-J & 01-K; SUPP 01-H & 01-I* | | |
| Sarah Nolton | Partner | $499 | 4.50 | $2,245.50 |
| Amol Deshpande | Director | $404 | 32.00 | $12,928.00 |
| Jeb R Williams | Senior Manager | $404 | 2.50 | $1,010.00 |
| Joseph Michalek | Senior Associate | $267 | 109.50 | $29,236.50 |
| MaKenzie Renee Muller | Senior Associate | $267 | 20.00 | $5,340.00 |
| Melanie Erin Tsoi | Senior Associate | $267 | 13.00 | $3,471.00 |
| Alexandra May Gradijan | Associate | $172 | 353.50 | $60,802.00 |
| **Subtotal - E-Discovery Services** | | | **535.00** | **$115,033.00** |
| *Bankruptcy Accounting Advisory Services* | | *Retention Exhibit #: 04; SUPP-02* | | |
| Jeffrey A Kotowitz | Partner | $994 | 3.00 | $2,982.00 |
| John Bishop | Partner | $994 | 0.50 | $497.00 |
| Morris N Jones | Partner | $957 | 36.00 | $34,452.00 |
| Sean P Riley | Partner | $839 | 2.00 | $1,678.00 |
| John F. Horan | Senior Managing Director | $898 | 6.00 | $5,388.00 |
| Joshua T Goodelman | Director | $807 | 7.00 | $5,649.00 |
| Marina Kagan | Director | $807 | 2.00 | $1,614.00 |
| Michael John Dixon | Director | $807 | 148.00 | $119,436.00 |
| Richard Jason Ruggiero | Director | $807 | 43.50 | $35,104.50 |
| Teresa Yannacone | Director | $807 | 3.00 | $2,421.00 |
| John Chadwick Crawford | Senior Manager | $769 | 5.50 | $4,229.50 |
| Lindsay Slocum | Senior Associate | $517 | 93.00 | $48,081.00 |
| Aaron Eck | Associate | $450 | 1.50 | $675.00 |
| Faye Ho | Associate | $450 | 16.50 | $7,425.00 |
| **Subtotal - Bankruptcy Accounting Advisory Services** | | | **367.50** | **$269,632.00** |
| *Bankruptcy Tax Advisory Services* | | *Retention Exhibit #: 05* | | |
| Christopher Wesley Call | Partner | $909 | 11.00 | $9,999.00 |
| Terry Bart Stratton | Partner | $909 | 31.30 | $28,451.70 |
| Qiang Ma | Senior Managing Director | $909 | 5.00 | $4,545.00 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**      **Exhibit D**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration - Summary of Hours / Fees by Project and Professional**
**For the Period May 1, 2020 through May 31, 2020**

| Project Category and Professional | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| Parwen Parhat Xierali | Manager | $585 | 2.50 | $1,462.50 |
| Chloe Chantelle Kempf | Senior Associate | $464 | 27.00 | $12,528.00 |
| Conan A Yuzna | Senior Associate | $464 | 63.00 | $29,232.00 |
| Sandy Liu O'Neill | Senior Associate | $464 | 45.70 | $21,204.80 |
| *Subtotal - Bankruptcy Tax Advisory Services* | | | *185.50* | *$107,423.00* |
| **Subtotal - Hourly Services** | | | **1,088.00** | **$492,088.00** |
| **Case Administration** | | | | |
| *Bankruptcy Requirements and Other Court Ob* | | | *Retention Exhibit #: CASE* | |
| Andrea Clark Smith | Director | $550 | 60.90 | $33,495.00 |
| *Subtotal - Bankruptcy Requirements and Other Court Obligations* | | | *60.90* | *$33,495.00* |
| **Subtotal - Case Administration** | | | **60.90** | **$33,495.00** |
| **Total - Hourly Services and Case Administration** | | | **1,148.90** | **$525,583.00** |