**PG&E Corporation, et al. (Case No. 19-30088 (DM))**      Exhibit F
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Summary of Expenditures by Project and Type**
**For the Period May 1, 2020 through May 31, 2020**

| Transaction Type by Project | Total Expenditures |
|---|---:|
| **Fixed Fee Services** | |
|   *PSPS Program Support Services*    *Retention Exhibit #: SUPP 2 01-G* | |
|     Product License | $20,000.00 |
|   *Subtotal - Expenditures Sought for PSPS Program Support Services* | *$20,000.00* |
| **Subtotal - Expenditures Sought for Fixed Fee Services** | **$20,000.00** |
| **Hourly Services** | |
|   *E-Discovery Services*    *Retention Exhibit #: 01-J & 01-K; SUPP 01-H & 01-I* | |
|     Meals | $32.74 |
|     Parking | $18.00 |
|     Public/Ground Transportation | $12.30 |
|     Rental Car | $77.19 |
|     Server Supplies | $6,850.60 |
|   *Subtotal - Expenditures Sought for E-Discovery Services* | *$6,990.83* |
| **Subtotal - Expenditures Sought for Hourly Services** | **$6,990.83** |
| **Total - Expenditures Sought for Reimbursement** | **$26,990.83** |