**PG&E Corporation, et al. (Case No. 19-30088 (DM))**            **Exhibit G**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Detail of Expenditures by Project, Professional and Date**
**For the Period May 1, 2020 through May 31, 2020**

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| **Fixed Fee Services** | | | | |
| *PSPS Program Support Services* | | | *Retention Exhibit #: SUPP 2 01-G* | |
| 5/15/2020 | PricewaterhouseCoopers | Product License | 0520E0001: INSIGHTS PLATFORM (15 USER LICENSES - $20,000 PER MONTH, MAY 2020). | $20,000.00 |
| *Subtotal - Expenditures Sought for PSPS Program Support Services* | | | | *$20,000.00* |
| **Total - Expenditures Sought for Fixed Fee Services** | | | | **$20,000.00** |
| **Hourly Services** | | | | |
| *E-Discovery Services* | | | *Retention Exhibit #: 01-J & 01-K; SUPP 01-H & 01-I* | |
| 1/31/2020 | PricewaterhouseCoopers | Server Supplies | 0520E0002: COMPUTER HARDWARE - EVIDENCE STORAGE DRIVES (5 - 1TB APRICORN PADLOCK 1000 NON F VERSION). | $949.90 |
| 1/31/2020 | PricewaterhouseCoopers | Server Supplies | 0520E0003: COMPUTER HARDWARE - EVIDENCE STORAGE DRIVES (22 - 2TB APRICORN PADLOCK 2000 NON F VERSION). | $4,992.90 |
| 2/4/2020 | Melanie Erin Tsoi | Rental Car | 0520E0004: AVIS.COM - RENTAL CAR WHILE PERFORMING DEVICE COLLECTION. | $77.19 |
| 2/4/2020 | Melanie Erin Tsoi | Public/Ground Transportation | 0520E0005: AVIS RENT A CAR TOLLS - CAMP DEVICE COLLECTIONS. | $12.30 |
| 2/5/2020 | Melanie Erin Tsoi | Meals | 0520E0006: FISH - MEAL WHILE WORKING PERFORMING COLLECTION SERVICES - SELF. | $24.84 |
| 2/5/2020 | Melanie Erin Tsoi | Meals | 0520E0007: SBUX06481 - MEAL WHILE WORKING PERFORMING COLLECTION SERVICES - SELF. | $7.90 |
| 2/5/2020 | Melanie Erin Tsoi | Parking | 0520E0008: IMPARK 00270076A - PARKING WHILE TRAVELING FOR DEVICE COLLECTION. | $18.00 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior fee period.

Page 1 of 2
Friday, August 28, 2020

Case: 19-30088    Doc# 8892-7    Filed: 08/28/20    Entered: 08/28/20 15:26:01    Page 1 of 2

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**      Exhibit G
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Detail of Expenditures by Project, Professional and Date**
**For the Period May 1, 2020 through May 31, 2020**

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 2/29/2020 | PricewaterhouseCoopers | Server Supplies | 0520E0009: COMPUTER HARDWARE - EVIDENCE STORAGE DRIVES (4 - 2TB APRICORN PADLOCK 2000 NON F VERSION). | $907.80 |
| *Subtotal - Expenditures Sought for E-Discovery Services* | | | | *$6,990.83* |
| **Total - Expenditures Sought for Hourly Services** | | | | **$6,990.83** |
| **Total - Expenditures Sought for Reimbursement** | | | | **$26,990.83** |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior fee period.

Page 2 of 2
Friday, August 28, 2020

Case: 19-30088    Doc# 8892-7    Filed: 08/28/20    Entered: 08/28/20 15:26:01    Page 2 of 2