## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 19-30088 (DM) |
| PG&E CORPORATION, | Chapter 11 |
| - and - | (Lead Case) (Jointly Administered) |
| PACIFIC GAS AND ELECTRIC COMPANY, | NOTICE OF THE REORGANIZED DEBTORS' FOURTH OMNIBUS OBJECTION TO CLAIMS |
| Debtors. | Response Deadline: September 8, 2020, 4:00 p.m. (PT) |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | Hearing Information If Timely Response Made:<br>Date: September 22, 2020<br>Time: 10:00 a.m. (Pacific Time)<br>Place: (Telephonic Appearances Only)<br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |
| * All papers shall be filed in the Lead Case, No. 19-30088 (DM). | |

I oppose the disallowance of my claim

My name: Bruce Willems, 1546 46th Avenue, San Francisco, CA 94122 (415)860-4716

My claim: Claim #: A19128361 for physical damage done to my vehicle by PG&E equipment

Explanation: While parked at/near 1562 46th Avenue, San Francisco, CA, my vehicle was struck by PG&E equipment. I received an incident card which will be attached here. I received a quote for damage repair which will also be attached here.



FILED

AUG 24 2020

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA



1562 46TH AVE
CIS# 281 003

**Pacific Gas and Electric Company®**

At PG&E, it is our policy to respond to claims promptly and fairly. To evaluate your claim, we must determine how the incident happened, whether or not we caused it, the extent of your damages and what the law considers fair compensation.

We evaluate each claim based on the information you provide and our investigation, which may involve the review of records, interviews of employees or witnesses and a technical evaluation.

Our goal is to reach a decision on your claim within 30 days of receipt. However, if there are complex issues involved or if we need additional information, the process may take longer. When our investigation is complete, we will notify you as soon as possible of our decision.

To file an online claim and for more information please visit:

http://www.pge.com/claims

Other Claim Information: TRUCK DROVE BY AND TOOK DOWN SERVICE. SERVICE WAS "HOT" ON TRUCK.

If you do not have internet access or would like to submit your claim over the phone, please call (800) 743-5000 to speak to a PG&E representative.

For questions or assistance, please call the PG&E Claims Helpline at (415) 973-4548.

THANKS CHUCK

# Stan Carlsen Body Shop Inc

522 Frederick Street, San Francisco, CA 94117
(415) 221-0100
Fax: (415) 566-4147
Tax ID: 94-3106764  BAR #: ARD 191885

Damage Assessed By: Aaron Deo
Classification: None

Deductible: UNKNOWN

Mitchell Service: 911142

Description: 2012 Ram Pickup 1500 SLT
Body Style: 4D PkupCrw 6' Bed 140" WB
OEM/ALT: O
Drive Train: 4.7L Inj 8 Cyl 2WD
Search Code: None
Options: PASSENGER AIRBAG, POWER DRIVER SEAT, POWER LOCK, POWER WINDOW, POWER STEERING
AIR CONDITION, CRUISE CONTROL, TILT STEERING COLUMN, AM/FM STEREO, DRIVER AIRBAG
HEATED EXTERIOR MIRROR, FRONT SIDE AIRBAG WITH HEAD PROTECTION
SLIDING REAR PICKUP WINDOW, ANTI-LOCK BRAKE SYS., TRACTION CONTROL, FOG LIGHTS
ALUM/ALLOY WHEELS, REMOTE IGNITION, TIRE INFLATION/PRESSURE MONITOR
ANTI-THEFT SYSTEM, NAVIGATION SYSTEM, AUXILIARY INPUT
BLUETOOTH WIRELESS CONNECTIVITY, HARD DRIVE, LEATHER STEERING WHEEL
SATELLITE RADIO, CD PLAYER, TOW HITCH RECEIVER, POWER ADJUSTABLE EXTERIOR MIRROR
TRIP COMPUTER, FIRST ROW BUCKET SEAT, UNIVERSAL GARAGE DOOR OPENER, CLOTH SEAT
SIDE AIRBAGS, AUTOMATIC HEADLIGHTS, SECOND ROW SIDE AIRBAG WITH HEAD PROTECTION
INTERIOR AUTOMATIC DAY/NIGHT OR ELECTROCHROMATIC MIRROR, MP3 PLAYER
DRIVER SEAT WITH POWER LUMBAR SUPPORT, ELECTRONIC STABILITY CONTROL
KEYLESS ENTRY SYSTEM, REAR BENCH SEAT, STEERING WHEEL AUDIO CONTROLS

| Line Item | Entry Number | Labor Type | Operation | Line Item Description | Part Type/ Part Number | Dollar Amount | Labor Units |
|---|---|---|---|---|---|---|---|
| 1 | 101353 | BDY | REPAIR | Hood Panel (Alum) | Existing | | 1.5* |
| 2 | AUTO | REF | REFINISH | Hood Outside | | | C 3.2 |
| 3 | 100484 | REF | BLEND | L Fender Outside | | | C 0.9 |
| 4 | 100791 | BDY | REMOVE/INSTALL | R Roof Moulding | | | 0.4 |
| 5 | 100792 | BDY | REMOVE/INSTALL | L Roof Moulding | | | 0.4 |
| 6 | 103992 | BDY | REPAIR | Cab Roof Panel | Existing | | 3.5* |
| 7 | AUTO | REF | REFINISH | Cab Roof Panel | | | C 3.3 |
| 8 | 103404 | BDY | REPAIR | L Frt Door Shell | Existing | | 0.6* # |
| 9 | | | | polish only | | | |
| 10 | 936012 | | ADD'L COST | Hazardous Waste Disposal | | 4.95 * | |
| 11 | 933021 | REF | ADD'L OPR | De-Nib And Finesse | | | 1.0* |
| 12 | AUTO | REF | ADD'L OPR | Clear Coat | | | 2.1 |
| 13 | 933003 | REF | ADD'L OPR | Tint Color | | | 0.5* |
| 14 | 933005 | BDY | ADD'L OPR | Restore Corrosion Protection | | 10.00 * | 0.1* |
| 15 | 933016 | REF | ADD'L OPR | Mask For Overspray | | 5.00 * | 0.2* |
| 16 | AUTO | | ADD'L COST | Paint/Materials | | 450.00 * | |

ESTIMATE RECALL NUMBER: 02/06/2019 10:23:15 6913
Mitchell Data Version: OEM: NOV_18_V

Software Version: 7.1.233

Copyright (C) 1994 - 2018 Mitchell International
All Rights Reserved

\* - Judgment Item
\# - Labor Note Applies
C - Included in Clear Coat Calc

## Estimate Totals

| I. Labor Subtotals | Units | Rate | Add'l Labor Amount | Sublet Amount | Totals | | II. Part Replacement Summary | Amount |
|---|---|---|---|---|---|---|---|---|
| Body | 6.5 | 99.00 | 10.00 | 0.00 | 653.50 | T | | |
| Refinish | 11.2 | 99.00 | 6.00 | 0.00 | 1,114.80 | T | Total Replacement Parts Amount | 0.00 |
| | Taxable Labor | | | | 1,768.30 | | | |
| Labor Summary | 17.7 | | | | 1,768.30 | | | |

| III. Additional Costs | | | | Amount | IV. Adjustments | Amount |
|---|---|---|---|---|---|---|
| Taxable Costs | | | | 454.95 | Customer Responsibility | 0.00 |
| | Sales Tax | @ | 8.500% | 38.67 | | |
| Total Additional Costs | | | | 493.62 | | |

Paint Material Method: Rates
Init Rate = 45.00 , Init Max Hours = 99.9, Addl Rate = 0.00

| | | |
|---|---|---|
| I. | Total Labor: | 1,768.30 |
| II. | Total Replacement Parts: | 0.00 |
| III. | Total Additional Costs: | 493.62 |
| | Gross Total: | 2,261.92 |
| IV. | Total Adjustments: | 0.00 |
| | Net Total: | 2,261.92 |

### This is a preliminary estimate.
### Additional changes to the estimate may be required for the actual repair.

ESTIMATE RECALL NUMBER: 02/06/2019 10:23:15 8913
Mitchell Data Version: OEM: NOV_18_V
Software Version: 7.1.233
Copyright (C) 1994 - 2018 Mitchell International
All Rights Reserved
Page 2 of 2

Case: 19-30088    Doc# 8893    Filed: 08/24/20    Entered: 08/28/20 15:31:46    Page 4 of 5

RECEIVED
2020 AUG 24 P 10: 20
SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA.

US Bankruptcy Court
Northern California
San Francisco Division

RE: Bankruptcy Case
19-30088 (DM)