# EXHIBIT A

# CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES WITH FEE APPLICATIONS

(*See* Guidelines ¶ C.3. for definitions of terms used in this Exhibit.)

| CATEGORY OF TIMEKEEPER (using categories already maintained by the firm) | BLENDED HOURLY RATE | |
|---|---|---|
| | BILLED OR COLLECTED* Firm or offices for preceding year, excluding bankruptcy | BILLED In this fee application |
| Partner | $686.75 | $896.23 |
| Of Counsel | $752.34 | $1,134.17 |
| Counsel | $567.48 | $667.02 |
| Associate | $434.49 | $439.20 |
| Senior Advisor | $539.81 | $505.00 |
| Paralegal | $297.43 | $315.33 |
| Litigation Project Manager | N/A | $395.00 |
| Litigation Coordinator | N/A | $331.41 |
| Litigation Analyst | $281.28 | $298.98 |
| All timekeepers aggregated blended rate | $555.19 | $649.57 |

\* The hourly rates contained in this column are the current average Standard Billing Arrangement hourly rates for all non-bankruptcy professionals (organized by category of timekeeper) for Baker & Hostetler LLP's, Cleveland, Houston, Los Angeles, New York, San Francisco and Washington, D.C. offices. Each of those six offices billed more than 10% of the hours during the application period. *See Section (C)(3)(a)(i)(b) of Appendix B-Guidelines for Reviewing* Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases.

Case Name: PG&E Corporation and Pacific Gas and Electric Company
Case Number: 19-30088
Applicant's Name: Baker & Hostetler LLP
Date of Application: August 28, 2020
Interim or Final: Interim