# EXHIBIT B

# SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION

| NAME | TITLE OR POSITION | DEPARTMENT GROUP OR SECTION | DATE OF FIRST ADMISSION[1] | FEES BILLED IN THIS APPLICATION | HOURS BILLED IN THIS APPLICATION | HOURLY RATE BILLED IN THIS APPLICATION | HOURLY RATE BILLED IN FIRST INTERIM APPLICATION | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
|---|---|---|---|---|---|---|---|---|
| Benson, Glenn S. | Partner | Environmental | 1993 | $53,440.00 | 83.50 | $640.00 | $640.00 | 0 |
| Carolan, Christopher | Partner | Corporate | 2000 | $15,400.00 | 17.60 | $875.00 | | 0 |
| Casey, Lee A. | Partner | Litigation | 1982 | $83,708.50 | 66.70 | $1,255.00 | $1,255.00 | 0 |
| Chairez, Joseph L. | Partner | Litigation | 1981 | $21,040.00 | 26.30 | $800.00 | | 0 |
| Commins, Gregory J. | Partner | Litigation | 1990 | $184,764.00 | 207.60 | $890.00 | | 0 |
| Dumas, Cecily A. | Partner | Bankruptcy | 1984 | $163,020.00 | 171.60 | $950.00 | $950.00 | 0 |
| Esmont, Joseph M. | Partner | Bankruptcy | 2008 | $92,580.00 | 154.30 | $600.00 | $600.00 | 0 |
| Foix, Danyll W. | Partner | Litigation | 1998 | $103,284.00 | 135.90 | $760.00 | | 0 |
| Goldberg, Steven H | Partner | Corporate | 1990 | $2,332.00 | 2.20 | $1,060.00 | | 0 |
| Goodman, Eric R. | Partner | Bankruptcy | 2003 | $116,480.00 | 145.60 | $800.00 | $800.00 | 0 |
| Green, Elizabeth A. | Partner | Bankruptcy | 1986 | $73,554.00 | 106.60 | $690.00 | $690.00 | 0 |
| Grossman, Andrew | Partner | Litigation | 2008 | $12,070.00 | 14.20 | $850.00 | $850.00 | 0 |
| Hanselman, Suzanne K. | Partner | Corporate | 1991 | $15,561.00 | 23.40 | $665.00 | | 0 |
| Hogan, Thomas | Partner | Environmental | 2004 | $120,968.50 | 154.10 | $785.00 | | 0 |
| Julian, Robert | Partner | Bankruptcy | 1979 | $233,120.00 | 198.40 | $1,175.00 | $1,175.00 | 0 |
| Layden, Andrew V. | Partner | Bankruptcy | 2010 | $1,107.00 | 2.70 | $410.00 | $410.00 | 0 |
| Lehrer, II, John R | Partner | Tax | 1999 | $11,672.50 | 16.10 | $725.00 | $725.00 | 0 |
| McCabe, Bridget S. | Partner | Litigation | 2010 | $129,591.00 | 205.70 | $630.00 | | 0 |
| Morris, Kimberly S. | Partner | Litigation | 2004 | $224,555.50 | 250.90 | $895.00 | $895.00 | 0 |
| Parrish, Jimmy D. | Partner | Bankruptcy | 2000 | $2,065.00 | 3.50 | $590.00 | $590.00 | 0 |
| Payne Geyer, Tiffany | Partner | Bankruptcy | 2000 | $4,413.50 | 9.70 | $455.00 | $455.00 | 0 |
| Rivkin Jr., David B | Partner | Litigation | 1985 | $224,575.00 | 138.20 | $1,625.00 | $1,625.00 | 0 |
| Rose, Jorian L. | Partner | Bankruptcy | 1998 | $180,689.00 | 178.90 | $1,010.00 | $1,010.00 | 0 |

# EXHIBIT B

## SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION

| NAME | TITLE OR POSITION | DEPARTMENT GROUP OR SECTION | DATE OF FIRST ADMISSION[1] | FEES BILLED IN THIS APPLICATION | HOURS BILLED IN THIS APPLICATION | HOURLY RATE BILLED IN THIS APPLICATION | HOURLY RATE BILLED IN FIRST INTERIM APPLICATION | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
|---|---|---|---|---|---|---|---|---|
| Sagerman, Eric E. | Partner | Bankruptcy | 1991 | $42,250.50 | 36.90 | $1,145.00 | $1,145.00 | 0 |
| Weible, Robert A. | Partner | Corporate | 1978 | $69,803.00 | 84.10 | $830.00 | $830.00 | 0 |
| Bloom, Jerry R. | Of Counsel | Bankruptcy | 1980 | $191,787.50 | 167.50 | $1,145.00 | $1,145.00 | 0 |
| Foley, Elizabeth P. | Of Counsel | Litigation | 1994 | $4,510.00 | 4.10 | $1,100.00 | $1,100.00 | 0 |
| Gechman, Judy G. | Of Counsel | Corporate | 1987 | $3,203.50 | 4.30 | $745.00 | | 0 |
| Bator, Chris | Counsel | Litigation | 1987 | $22,644.00 | 44.40 | $510.00 | | 0 |
| Grabowski-Shaikh, A. | Counsel | Corporate | 2002 | $64,480.00 | 80.60 | $800.00 | | 0 |
| Iannuzzi, Michael M. | Counsel | Real Estate | 2009 | $13,804.00 | 23.20 | $595.00 | | 0 |
| Richardson, David J | Counsel | Bankruptcy | 1993 | $125,971.50 | 183.90 | $685.00 | | 0 |
| Thomas, Emily B. | Counsel | Litigation | 2006 | $11,160.00 | 24.80 | $450.00 | | 0 |
| Attard, Lauren | Associate | Bankruptcy | 2008 | $91,800.00 | 153.00 | $600.00 | $600.00 | 0 |
| Barnes, Cory N. | Associate | Litigation | 2018 | $15,635.00 | 59.00 | $265.00 | | 0 |
| Bennett-Jean, Julia | Associate | Litigation | 2017 | $55,080.00 | 137.70 | $400.00 | | 0 |
| Berle, Joelle A. | Associate | Litigation | 2007 | $23,668.00 | 48.80 | $485.00 | | 0 |
| Blanchard, Jason I. | Associate | Bankruptcy | 2011 | $16,380.00 | 25.20 | $650.00 | $650.00 | 0 |
| Cho, Dyanne | Associate | Litigation | 2015 | $12,750.00 | 25.00 | $510.00 | | 0 |
| Cummins, Brady P | Associate | Antitrust | 2014 | $2,120.00 | 5.30 | $400.00 | | 0 |
| Davis, Austin N. | Associate | Unassigned | 2019 | $20,113.50 | 75.90 | $265.00 | | 0 |
| Donaho, Thomas A | Associate | Litigation | 2011 | $89,835.00 | 169.50 | $530.00 | $530.00 | 0 |
| Dow, Dustin M. | Associate | Employment | 2012 | $59,714.00 | 163.60 | $365.00 | | 0 |
| Geisinger, Kathryn | Associate | Tax | 2015 | $1,023.00 | 3.30 | $310.00 | | 0 |
| Hayes, Sarah M. | Associate | Litigation | 2019 | $8,200.00 | 32.80 | $250.00 | | 0 |
| Jones, Bradley K | Associate | Litigation | 2007 | $5,170.00 | 11.00 | $470.00 | | 0 |

# EXHIBIT B

# SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION

| NAME | TITLE OR POSITION | DEPARTMENT GROUP OR SECTION | DATE OF FIRST ADMISSION[1] | FEES BILLED IN THIS APPLICATION | HOURS BILLED IN THIS APPLICATION | HOURLY RATE BILLED IN THIS APPLICATION | HOURLY RATE BILLED IN FIRST INTERIM APPLICATION | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
|---|---|---|---|---|---|---|---|---|
| Jones, Cary P. | Associate | Litigation | 2018 | $4,346.00 | 16.40 | $265.00 | | 0 |
| Jowdy, Joshua | Associate | Litigation | 2017 | $97,240.00 | 221.00 | $440.00 | $440.00 | 0 |
| Kates, Elyssa S. | Associate | Bankruptcy | 2000 | $124,564.00 | 163.90 | $760.00 | $760.00 | 0 |
| Kavouras, Daniel M. | Associate | Litigation | 2012 | $8,468.00 | 23.20 | $365.00 | $365.00 | 0 |
| Khan, Ferve E. | Associate | Bankruptcy | 2009 | $6,222.50 | 9.50 | $655.00 | $655.00 | 0 |
| Kluding, Kristin D | Associate | Unassigned | 2019 | $10,350.00 | 41.40 | $250.00 | | 0 |
| Knudsen, Renee M. | Associate | Litigation | 2016 | $1,288.00 | 2.80 | $460.00 | $460.00 | 0 |
| Lemon, Daniel R. | Associate | Litigation | 2017 | $10,117.50 | 35.50 | $285.00 | | 0 |
| Lockyer, Brittany N. | Associate | Litigation | 2018 | $5,300.00 | 20.00 | $265.00 | | 0 |
| Lorence, Jenna M. | Associate | Litigation | 2017 | $11,352.00 | 25.80 | $440.00 | | 0 |
| Martinez, Daniella E. | Associate | Litigation | 2016 | $51,440.00 | 128.60 | $400.00 | | 0 |
| Merola, Danielle L. | Associate | Bankruptcy | 2015 | $6,467.50 | 19.90 | $325.00 | | 0 |
| Mohan, Sushant | Associate | Litigation | 2014 | $59,850.00 | 133.00 | $450.00 | | 0 |
| Parente, Michael | Associate | Employment | 2010 | $5,310.00 | 18.00 | $295.00 | | 0 |
| Perkins Austin, Francesca | Associate | Litigation | 2008 | $1,920.00 | 3.20 | $600.00 | | 0 |
| Raile, Richard B. | Associate | Litigation | 2012 | $25,707.50 | 45.50 | $565.00 | $565.00 | 0 |
| Reynolds, Veronica | Associate | Unassigned | 2019 | $26,316.00 | 77.40 | $340.00 | | 0 |
| Rice, David W. | Associate | Litigation | 2012 | $53,558.00 | 87.80 | $610.00 | $610.00 | 0 |
| Smith, Shanisha Y | Associate | Environmental | 2013 | $87,232.00 | 185.60 | $470.00 | | 0 |
| Sproull, Kelsey M. | Associate | Litigation | 2011 | $18,128.00 | 35.20 | $515.00 | $515.00 | 0 |
| Steinberg, Zoe M. | Associate | Unassigned | 2018 | $35,496.00 | 104.40 | $340.00 | | 0 |

**EXHIBIT B**

**SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION**

| NAME | TITLE OR POSITION | DEPARTMENT GROUP OR SECTION | DATE OF FIRST ADMISSION[1] | FEES BILLED IN THIS APPLICATION | HOURS BILLED IN THIS APPLICATION | HOURLY RATE BILLED IN THIS APPLICATION | HOURLY RATE BILLED IN FIRST INTERIM APPLICATION | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
|---|---|---|---|---|---|---|---|---|
| Stuy, Lauren T. | Associate | Unassigned | 2019 | $13,011.50 | 49.10 | $265.00 | | 0 |
| Thompson, Taylor M. | Associate | Litigation | 2018 | $21,624.00 | 81.60 | $265.00 | | 0 |
| Trujillo, Alexandra L. | Associate | Litigation | 2018 | $16,456.00 | 48.40 | $340.00 | | 0 |
| Walton, Ryan | Associate | Litigation | 2007 | $16,483.00 | 62.20 | $265.00 | | 0 |
| Thompson, Tyler M. | Sr. Advisor | Gov't Policy | | $19,594.00 | 38.80 | $505.00 | | 0 |
| Divok, Eva | Paralegal | Litigation | | $3,795.00 | 11.00 | $345.00 | | 0 |
| Lane, Deanna L. | Paralegal | Bankruptcy | | $6,804.00 | 24.30 | $280.00 | $280.00 | 0 |
| Petre, Timothy P. | Paralegal | Litigation | | $68,043.00 | 183.90 | $370.00 | | 0 |
| Rawles, Michael | Paralegal | Litigation | | $2,592.00 | 9.60 | $270.00 | $270.00 | 0 |
| Williamson, Forrest G. | Paralegal | Int'nl/Patent | | $15,760.00 | 78.80 | $200.00 | | 0 |
| Bookout, Kimberly M. | Lit. Support Coordinator | Litigation Support | | $2,425.00 | 9.70 | $250.00 | $250.00 | 0 |
| Gage, Carly R. | Lit. Support Proj. Mngr. | Litigation Support | | $4,858.50 | 12.30 | $395.00 | | 0 |
| Landrio, Nikki M. | Sr. Complex Case Coordinator | Litigation Support | | $23,646.00 | 56.30 | $420.00 | $420.00 | 0 |
| McDonald, Michael H. | Sr. Lit. Supp. Coordinator | Litigation Support | | $9,522.00 | 41.40 | $230.00 | | 0 |
| McIntosh, Casey | Lt. Supp. Jr. Coordinator | Litigation Support | | $1,276.00 | 5.80 | $220.00 | $220.00 | 0 |
| Nunes, Silas T. | Litigation Technology Coordinator | Litigation Support | | $4,450.50 | 12.90 | $345.00 | | 0 |

# EXHIBIT B

## SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION

| NAME | TITLE OR POSITION | DEPARTMENT GROUP OR SECTION | DATE OF FIRST ADMISSION[1] | FEES BILLED IN THIS APPLICATION | HOURS BILLED IN THIS APPLICATION | HOURLY RATE BILLED | | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
|---|---|---|---|---|---|---|---|---|
| | | | | | | IN THIS APPLICATION | IN FIRST INTERIM APPLICATION | |
| Wong, Sun Kei | Litigation Support Analyst | Litigation Support | | $2,764.50 | 9.70 | $285.00 | | 0 |
| **TOTAL** | | | | **$3,904,871.00** | **6,011.50** | | | |

Case Name: PG&E Corporation and Pacific Gas and Electric Company
Case Number: 19-30088
Applicant's Name: Baker & Hostetler LLP
Date of Application: August 28, 2020
Interim or Final: Interim