# EXHIBIT C-2

# STAFFING PLAN

If the parties consent or the court so directs, a staffing plan approved by the client in advance should generally be attached to each interim and final fee application filed by the applicant. If the fees are sought in the fee application for a greater number of professionals than identified in the staffing plan, the fee application should explain the variance.

| | CATEGORY OF TIMEKEEPER (using categories maintained by the firm) | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE BUDGET PERIOD | AVERAGE HOURLY RATE |
|---|---|---|---|
| Delete | Partner | 20-25 | $896.23 |
| Delete | Of Counsel | 3-5 | $1,134.17 |
| Delete | Counsel | 5 | $667.02 |
| Delete | Associate | 35-40 | $439.20 |
| Delete | Senior Advisor | 1 | $505.00 |
| Delete | Paralegal | 5-7 | $315.33 |
| Delete | Litigation Project Manager | 1 | $395.00 |
| Delete | Litigation Coordinator | 5 | $331.41 |
| Delete | Litigation Analyst | 1 | $298.98 |

Case Name: PG&E Corporation and Pacific Gas and Electric Company
Case Number: 19-30088
Applicant's Name: Baker & Hostetler LLP
Date of Application: August 28, 2020
Interim or Final: Interim

Case: 19-30088    Doc# 8895-4    Filed: 08/28/20    Entered: 08/28/20 16:30:13    Page 1 of 1

UST Form 11-330-C-2 (2013)