# EXHIBIT D-1

## SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY

(*See* Guidelines ¶ C.8. for project category information.)

| | PROJECT CATEGORY | HOURS BUDGETED | FEES BUDGETED | HOURS BILLED | FEES SOUGHT |
|---|---|---|---|---|---|
| 001 | Administrative Expense Claims | 10-20 | $6,920-$13,840 | 0.00 | $0.00 |
| 002 | Asset Sales/363 Sales | 10-20 | $6,920-$13,840 | 5.40 | $3,505.50 |
| 003 | Automatic Stay | 0 | $0.00 | 0.0 | $0.00 |
| 004 | Bankruptcy Litigation | 100-150 | $69,200-$103,800 | 128.20 | $53,906.50 |
| 005 | Bar Date Motion/Claims Reconciliation/Claim Reconciliation Issue | 0 | $0.00 | 0.70 | $707.00 |
| 006 | Case Administration (docket updates, WIP and calendar) | 50-75 | $34,600-$51,900 | 69.00 | $29,848.00 |
| 007 | CCA and Other Aggregator Issues | 0 | $0.00 | 0.00 | $0.00 |
| 008 | Chapter 11 Plan/Plan Confirmation | 800-1,200 | $553,600-$830,400 | 1,088.00 | $875,356.50 |
| 009 | Committee Meetings and Preparation | 150-175 | $103,800-$121,200 | 187.60 | $141,453.00 |
| 010 | Corporate and Board Issues | 10-20 | $6,920-$13,840 | 24.80 | $17,806.50 |
| 011 | Customer, Supplier and Vendor Issues | 0 | $0.00 | 0.00 | $0.00 |
| 012 | DIP Financing/Cash Mgmt./Hedging Transactions | 20-40 | $13,840-$27,680 | 17.70 | $17,697.00 |
| 013 | Disclosure Statement | 10-20 | $6,920-$13,840 | 0.00 | $0.00 |
| 014 | Employee Issues | 0 | $0.00 | 0.00 | $0.00 |
| 015 | Equity Security Holders | 10-20 | $6,920-$13,840 | 1.10 | $1,045.00 |
| 016 | Exclusivity | 0 | $0.00 | 0.00 | $0.00 |
| 017 | Executory Contracts/Lease Issues | 0 | $0.00 | 0.00 | $0.00 |
| 018 | General Case Strategy (includes communications with Committee) | 75-100 | $51,900-$69,200 | 98.40 | $74,189.00 |
| 019 | Hearings and Court Matters | 100-150 | $69,200-$103,800 | 139.30 | $116,287.50 |

**EXHIBIT D-1 (continued)**

**SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY**

(*See* Guidelines ¶ C.8. for project category information.)

|  | PROJECT CATEGORY | HOURS BUDGETED | FEES BUDGETED | HOURS BILLED | FEES SOUGHT |
|---|---|---|---|---|---|
| 020 | Legislative Issues | 100-200 | $69,200-$138,400 | 164.00 | $124,671.00 |
| 021 | Non-Bankruptcy Litigation | 10-20 | $6,920-$13,840 | 0.60 | $570.00 |
| 022 | *Non-Working Travel – Actual Hours Incurred and Fees Incurred* | *N/A* | *$0.00* | *0.00* | *$0.00* |
|  | Non-Working Travel – Reduced to 2 Hours per Judge Montali's rules | N/A | $0.00 | 0.00 | $0.00 |
| 023 | FERC Adversary Proceeding | 0 | $0.00 | 0.00 | $0.00 |
| 024 | District Court Litigation | 60-80 | $41,520-$55,360 | 86.40 | $50,440.00 |
| 025 | Regulatory Issues including CPUC and FERC | 200-400 | $138,400-$276,800 | 352.20 | $228,909.00 |
| 026 | Retention Applications | 0 | $0.00 | 2.10 | $1,858.50 |
| 027 | Fee Application: Baker | 30-50 | $20,760-$34,600 | 39.10 | $19,067.00 |
| 028 | Fee Application: Other Professionals | 10-20 | $6,920-$13,840 | 16.70 | $12,376.00 |
| 029 | Schedules/Statement of Financial Affairs | 0 | $0.00 | 0.00 | $0.00 |
| 030 | Tax Issues | 20-40 | $13,840-$27,680 | 34.80 | $29,971.50 |
| 031 | U.S. Trustee/Fee Examiner issues | 10-20 | $6,920-$13,840 | 0.20 | $56.00 |
| 032 | Unsecured Creditor Issues/ Communications/ Meetings | 10-20 | $6,920-$13,840 | 0.50 | $505.00 |
| 033 | Utility Issues/Adequate Assurance/Insurance | 0 | $0.00 | 0.00 | $0.00 |
| 034 | Withdraw Reference | 0 | $0.00 | 0.00 | $0.00 |
| 035 | Real Estate and Real Property Issues | 0 | $0.00 | 1.70 | $1,613.00 |
| 036 | Avoidance Action Analysis/Lien Avoidance Analysis | 0 | $0.00 | 0.00 | $0.00 |
| 037 | Investigations | 0 | $0.00 | 0.00 | $0.00 |

## EXHIBIT D-1 (continued)

## SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY

(*See* Guidelines ¶ C.8. for project category information.)

| | PROJECT CATEGORY | HOURS BUDGETED | FEES BUDGETED | HOURS BILLED | FEES SOUGHT |
|---|---|---|---|---|---|
| 038 | Financial Advisors | 5-10 | $3,460-$6,920 | 0.00 | $0.00 |
| 039 | Other Contested Matters | 10-20 | $6,920-$13,840 | 4.90 | $4,996.00 |
| 040 | Operations | 20-30 | $13,840-$20,760 | 27.40 | $21,778.50 |
| 041 | KEIP Issues | 0 | $0.00 | 0.00 | $0.00 |
| 042 | Subrogation | 5-10 | $3,460-$6,920 | 2.00 | $1,487.50 |
| 043 | Securities | 150-200 | $103,800-$138,400 | 158.20 | $135,170.50 |
| 044 | Wildfire Assistance Fund | 0 | $0.00 | 0.00 | $0.00 |
| 045 | Asset Analysis and Recovery | 2,000-2,500 | $1,384,000-$1,730,000 | 2,821.10 | $1,381,712.00 |
| 046 | Tort Claims Estimation | 10-20 | $6,920-$13,840 | 11.90 | $10,929.00 |
| 047 | Class Claims Issues | 10-20 | $6,920-$13,840 | 12.60 | $8,631.00 |
| 048 | Kincade Fire Issues | 0 | $0.00 | 0.00 | $0.00 |
| 049 | Mediation | 80-100 | $55,360-$69,200 | 94.90 | $83,217.00 |
| 050 | Government Claims | 10-20 | $6,920-$13,840 | 0.00 | $0.00 |
| 051 | CPUC BK OII 19-09-016 | 10-20 | $6,920-$13,840 | 12.70 | $13,587.50 |
| 052 | Tort Claims | 120-140 | $83,040-$96,880 | 140.40 | $84,733.00 |
| 053 | Contingency Process | 200-300 | $138,400-$207,600 | 266.90 | $356,790.50 |
| | **TOTAL** | **4,425-6,230** | **$3,062,100-$4,311,160[1]** | **6,011.50** | **$3,904,871.00** |

---

[1] Applicant's budgeted fees in the instant Fifth Interim Application were based upon the blended rate of $692 per hour for all timekeepers from the Applicant's Fourth Interim Application (Doc. No. 8403). During the months covered by Applicant's Fifth Interim Application, Applicant's staffing resulted in a decrease in the blended rate for all timekeepers from $692 per hour to approximately $650 per hour; however, Applicant did not apply its customary annual rate increases, which rates became effective in January 2020, to the professionals for their services to the TCC as a courtesy to the TCC and the estates. In addition, Applicant's blended hourly rate for services performed on behalf of the TCC are well below Weil, Gotshal & Manges LLP's blended hourly rate of $1,015. The fees sought in this Fifth Interim Application continue to be inline with the fees budgeted.

**EXHIBIT D-1 (continued)**

**SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY**

(*See* Guidelines ¶ C.8. for project category information.)

Case Name: <u>PG&E Corporation and Pacific Gas and Electric Company</u>
Case Number: <u>19-30088</u>
Applicant's Name: <u>Baker & Hostetler LLP</u>
Date of Application: <u>August 28, 2020</u>
Interim or Final: <u>Interim</u>