# EXHIBIT D-2

## SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY

*(See* Guidelines ¶ C.8. for project category information.)

|       | CATEGORY                                   | AMOUNT       |
|-------|--------------------------------------------|--------------|
| 04    | Automated Research (E106)                  | $7,871.12    |
| 03    | Copier/Duplication (E101)                  | $107.10      |
| 370   | Delivery Services (E107)                   | $121.40      |
| 440   | Messenger Service (E107)                   | $38.43       |
| 450   | Online Research (E016)                     | $854.19      |
| 470   | Other Professional Services/Experts (E123) | $170,010.46  |
| 480   | Outside Duplicating & Binding (E102)       | $2,698.66    |
| 05    | Postage (E108)                             | $45.20       |
| 510   | Service of Process/Subpoena Fees           | $360.00      |
| 530   | Teleconference Charges (E105)              | $185.30      |
| 250   | Transcripts (E116)                         | $1,060.55    |
| **TOTAL** |                                        | **$183,352.41** |

Case Name: <u>PG&E Corporation and Pacific Gas and Electric Company</u>
Case Number: <u>19-30088</u>
Applicant's Name: <u>Baker & Hostetler LLP</u>
Date of Application: <u>August 28, 2020</u>
Interim or Final: <u>Interim</u>