**EXHIBIT A**

**<u>CERTIFICATION</u>**

35991346.6 08/28/2020

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>-and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*  *All papers shall be filed in the Lead Case No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**CERTIFICATION OF MARK J. KAZMIEROWSKI IN SUPPORT OF THE FIRST INTERIM AND FINAL FEE APPLICATION OF WILLIS TOWERS WATSON US LLC FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JANUARY 29, 2019 THROUGH MAY 31, 2020** |

35991346.6 08/28/2020

I, Mark J. Kazmierowski, hereby certify that:

1. I am a Senior Director with the applicant firm, Willis Towers Watson US LLC ("**WTW**"), and involved in the human resource and compensation consultant services provided by WTW to PG&E Corporation and Pacific Gas and Electric Company (collectively, the "**Debtors**") in connection with the above-referenced chapter 11 cases (the "**Chapter 11 Cases**"). I am familiar with the *Order Pursuant to 11 U.S.C. §§ 331 and 105(a) and Fed. R. Bankr. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 701] dated February 27, 2019 (the "**Interim Compensation Order**"), the *Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees*, dated February 19, 2014 (the "**Local Guidelines**"), and the *U.S. Trustee Guidelines for Reviewing Applications for Compensation Filed Under 11 U.S.C. §330* (the "**U.S. Trustee Guidelines**," and, collectively, the "**Fee Guidelines**").

2. This Certification is made in connection with WTW's First Interim and Final Fee Application, dated August 27, 2020 (the "**Application**"), for interim and final approval of compensation and reimbursement of expenses for the period commencing January 29, 2019 through and including May 31, 2020 (the "**Compensation Period**").

3. Pursuant to the Local Guidelines, I certify that:

    a. I have read the Application;

    b. To the best of my knowledge, information and belief formed after reasonable inquiry, except as set forth in the Application, the fees and disbursements sought fall within the Local Guidelines; and

    c. The fees and disbursements sought are billed at rates in accordance with those generally charged by WTW and generally accepted by WTW's clients.

4. I certify that the Debtors, counsel for each of the Official Committees, and the U.S. Trustee are each being provided with a copy of the Application in accordance with the Interim Compensation Order.

35991346.6 08/28/2020

Dated: August 27, 2020

*/s/Mark J. Kazmierowski*
Mark J. Kazmierowski

35991346.6 08/28/2020