**Exhibit C**

**CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES**

| Category of Timekeeper | BLENDED HOURLY RATE | |
|---|---|---|
| | **Billed by timekeepers in New York, excluding bankruptcy[1]** | **Billed in this Application for the Fourth Compensation Period** |
| Partner | $1,238.00 | $1,450.00 |
| Counsel | $997.00 | $1,110.00 |
| Senior Associate (7 years or more since first admission) | $940.00 | $1,019.00 |
| Mid-level Associate (4-6 years since first admission) | $848.00 | $973.00 |
| Junior Associate (0-3 years since first admission) | $622.00 | $747.00 |
| Paralegal | $322.00 | $321.00 |
| Other | $316.00 | $363.00 |
| **All timekeepers aggregated** | **$841.00** | **$1,034.00** |

---

[1] In accordance with the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases, effective November 1, 2013,* preceding year is a rolling 12 months year ending July 31, 2020; blended rates reflect work performed in preceding year in each of the domestic offices in which timekeepers collectively billed at least 10% of the hours to the case during the application period, excluding all data from bankruptcy law matters.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119