**Exhibit D**

| Period | Fees Budgeted Under DIP Budget | Actual Fees and Expenses Sought |
|---|---|---|
| Petition Date - February 2019 | $3,500,000 | $3,247,375.95 |
| March 2019 | $3,500,000 | $3,145,009.89 |
| April 2019 | $3,500,000 | $2,645,727.08 |
| May 2019 | $3,500,000 | $2,385,976.54 |
| June 2019 | $3,500,000 | $3,047,232.24 |
| July 2019 | $3,500,000 | $3,419,077.94 |
| August 2019 | $3,500,000 | $2,655,575.96 |
| September 2019 | $3,500,000 | $2,433,533.79 |
| October 2019 | $3,500,000 | $2,853,424.82 |
| November 2019 | $3,500,000 | $2,604,162.62 |
| December 2019 | $3,500,000 | $2,440,046.48 |
| January 2020 | $3,500,000 | $2,744,061.69 |
| February 2020 | $3,500,000 | $3,660,980.85 |
| March 2020 | $3,500,000 | $3,987,116.35 |
| April 2020 | $3,500,000 | $4,340,806.65 |
| May 2020 | $3,500,000 | $5,762,299.49 |
| June 2020 – Effective Date | $3,500,000 | $3,374,840.37 |
| **Total:** | **$59,500,000** | **$54,747,226.98[1]** |

---

[1] Reflects a reduction of $380,000 in fees and $40,000 in expenses as agreed to between Weil and the Fee Examiner in connection with Weil's first interim fee application, as well as an additional voluntary reduction of $21.73 in connection with Weil's February 2020 Monthly Fee Statement.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119