# Exhibit A

**Summary of Compensation By Professional**
**for the Period March 1, 2019 Through August 31, 2019**

**Exhibit A**

SUMMARY OF COMPENSATION BY PROFESSIONAL
FOR THE PERIOD MARCH 1, 2019 THROUGH AUGUST 31, 2019

| Name | Hours | Rate | Total Billed |
|---|---|---|---|
| Matthew Dundon | 130.8 | 630 | $ 79,884.00 |
| Laurence Pelosi | 59.0 | 630 | $ 37,170.00 |
| John Roussey | 10.4 | 550 | $ 5,720.00 |
| Alex Mazier | 54.3 | 600 | $ 30,180.00 |
| **Total** | **254.5** | | **$ 152,954.00** |

*See notes regarding certain discounts and reductions above.*