# Exhibit B

**Summary of Compensation By Work Task Code
for the Period March 1, 2019 Through August 31, 2019**

**Exhibit B**

SUMMARY OF COMPENSATION BY WORK TASK CODE
FOR THE PERIOD MARCH 1, 2019 THROUGH AUGUST 31, 2019

| Task Code | Task Description | Hours | Total Billed |
|---|---|---|---|
| 1 | Case Administration | 9.7 | $6,075.00 |
| 2 | Communications Platform | 38.0 | $23,171.00 |
| 3 | Corporate Governance | 25.4 | $15,819.00 |
| 4 | Court Proceedings | 4.0 | $2,520.00 |
| 5 | Future Wildfire Mitigation | 19.4 | $9,267.00 |
| 6 | Meetings and Communications with Committee Professionals | 17.5 | $8,505.00 |
| 7 | Meetings and Communications with Creditors | 17.0 | $10,677.00 |
| 8 | Public Policy | 49.4 | $30,951.00 |
| 9 | Rate Base | 20.1 | $12,096.00 |
| 10 | Real Estate | 33.6 | $21,102.00 |
| 11 | Retention and Fee Applications | 20.4 | $12,771.00 |
|  | **Total** | **254.5** | **$152,954.00** |

*See notes regarding certain discounts and reductions above.*