**Exhibit G**

**Professional Bios**

**Dundon Advisers LLC – PG&E OCTC Primary Timekeeper Biographies**

**Matthew Dundon, Principal**



Matt led the overall engagement. He is the firm's founder and its senior principal. He's been global credit, litigation and distressed investment leader since 2006 (research head at Miller Tabak Roberts Securities 2006-2010, and credit portfolio manager at Pine River Capital and Advent Capital 2010-2016), with many energy and utility leadership roles in that time. He began his career as an attorney and securities analyst. University of Chicago JD, University of California at Berkeley BA.

**Alejandro Mazier, Managing Director**



Alex provided the engagement's utility and energy research, analysis and valuation capabilities. He has been a leading expert investor and adviser in utilities for many years, and presently serves on the Board of Directors of GenOn, a major US utility which does not compete with or supply PG&E, and has been a director or steering committee member for many other utilities. He was a portfolio manager at Sandell Capital Management, and previously an analyst at Bank of American and Lehman. NYU MBA, Boston College BS.

**Laurence Pelosi, Senior Adviser**



Laurence led the public policy, labor relations, real estate and land use elements of the engagement. He has been an investment banker and value-added/public-interest-aligned real estate investor for nearly 20 years. Notable experience with McKinley Realty Partners, RBC, Morgan Stanley, and Lennar. Georgetown JD, University of California at Berkeley BA.

**John Roussey, Director**

John provided analytical and accounting support for the engagement. He is corporate credit expert formerly with Sempra Energy (Southern California Gas), NBCUniversal and MGM Studios. He managed 25 bankruptcy cases and sat on ten Unsecured Creditors Committees in those roles. MS, Accounting Univ. of Southern California, BS Accounting Fordham Univ.