# Exhibit C

## Customary and Comparable Compensation Disclosures for Fourth Interim Compensation Period

| Category of Timekeeper | BLENDED HOURLY RATE | |
|---|---|---|
| | Billed by timekeepers in all domestic offices, excluding bankruptcy | Billed in this Application |
| **Partners** | $1,376.18 | $1,535.22 |
| **Counsel** | $1,104.79 | $1,197.32 |
| **Associate** | $768.89 | $748.15 |
| **Staff Attorneys** | $322.36 | $375.00 |
| **Paraprofessionals** | $291.66 | $380.13 |
| **All timekeepers aggregated** | $844.50 | $1,231.34 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017