Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

# Exhibit D

**Budget for Fees Pursuant to Section 363 (Independent Director Representation) for Fourth Interim Compensation Period**

| Period | Fees Budgeted (Using Mid-Forecast) | Fees Sought |
|---|---|---|
| January 1 – January 31, 2020 | $576,875.00 | $340,969.00 |
| February 1 – February 29, 2020 | $576,875.00 | $488,749.50 |
| March 1 – March 31, 2020 | $476,875.00 | $367,985.50 |
| April 1 – April 30, 2020 | $476,875.00 | $285,629.00 |
| May 1 – May 31, 2020 | $476,875.00 | $454,694.00 |
| June 1 – June, 2020 | $476,875.00 | $804,858.50 |
| July 1, 2020 | $15,383.06 | $5,019.00 |
| **Total:** | **$3,076,633.06** | **$2,747,904.50** |