# Exhibit E

## COMPENSATION BY PROFESSIONAL
## January 1, 2020 THROUGH July 1, 2020

The attorneys who rendered professional services in these Chapter 11 Cases during the Fourth Interim Compensation Period are:

| NAME OF PROFESSIONAL PARTNERS AND COUNSEL | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Blake, Stephen | Litigation | 2008 | $1,325 | 38.10 | $50,482.50 |
| Brentani, William B. | Corporate | 1990 | $1,535 | 5.10 | $7,828.50 |
| Curnin, Paul C. | Litigation | 1988 | $1,640 | 291.30 | $477,732.00 |
| Goldin, Nicholas | Litigation | 2000 | $1,480 | 432.20 | $639,656.00 |
| Grogan, Gregory T. | ECEB | 2001 | $1,535 | 80.60 | $123,721.00 |
| Kelley, Karen H. | Corporate | 2003 | $1,425 | 5.90 | $8,407.50 |
| Lesser, Lori E. | Litigation | 1994 | $1,535 | 0.30 | $460.50 |
| Ponce, Mario A. | Corporate | 1989 | $1,640 | 561.70 | $921,188.00 |
| Purcell, Andrew B. | Tax | 2009 | $1,325 | 2.40 | $3,180.00 |
| Purushotham, Ravi | Corporate | 2010 | $1,325 | 267.60 | $354,570.00 |
| Qusba, Sandy | Corporate | 1994 | $1,535 | 306.90 | $471,091.50 |
| Alcabes, Elisa | Litigation | 1989 | $1,220 | 108.60 | $132,492.00 |
| McLendon, Kathrine | Corporate | 1985 | $1,220 | 92.80 | $113,216.00 |
| Nadborny, Jennifer L. | Corporate | 2005 | $1,220 | 0.70 | $854.00 |
| Kofsky, Andrew M. | ECEB | 2000 | $1,190 | 11.90 | $14,161.00 |
| Ricciardi, Sara A. | Litigation | 2003 | $1,190 | 580.40 | $690,676.00 |
| Wiseman, Stephen M. | Corporate | 1986 | $1,190 | 33.60 | $39,984.00 |
| **Total Partners and Counsel:** | | | | **2,820.10** | **$4,049,700.50** |

| NAME OF PROFESSIONAL ASSOCIATES | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Calderon, Justin | Litigation | 2018 | $700 | 3.30 | $2,310.00 |
| Campbell, Eamonn W. | Litigation | 2016 | $915 | 72.20 | $66,063.00 |
| Egenes, Erica M. | Corporate | 2018 | $840 | 211.60 | $177,744.00 |
| Fell, Jamie | Corporate | 2015 | $995 | 153.20 | $152,434.00 |
| Hay, Jasmine N. | Tax | 2016 | $915 | 3.80 | $3,477.00 |
| Isaacman, Jennifer | Litigation | 2019 | $590 | 205.00 | $120,950.00 |
| Kinsel, Kourtney J. | Litigation | 2018 | $590 | 178.80 | $105,492.00 |
| Lundqvist, Jacob | Litigation | 2019 | $590 | 102.30 | $60,357.00 |

**\* Jacob M. Phillips was mistakenly billed at the hourly rate of $700 for the month of February rather than his typical hourly rate of $840.**

| Phillips, Jacob M.* | ECEB | 2017 | $700 | 16.00 | $11,200.00 |
| Phillips, Jacob M. | ECEB | 2017 | $840 | 83.10 | $69,804.00 |
| Sussman, Rebecca A. | Litigation | 2017 | $840 | 2.60 | $2,184.00 |
| **Total Associates:** | | | | **1,031.90** | **$772,015.00** |

| NAME OF PROFESSIONAL STAFF ATTORNEYS | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Penfold, John | Litigation | | $375 | 19.10 | $7,162.50 |
| Rossi, Adrian D. | Litigation | | $375 | 38.40 | $14,400.00 |
| **Total Staff Attorneys:** | | | | **57.50** | **$21,562.50** |

| NAME OF PARAPROFESSIONALS | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Franklin, Janie Marie | Paralegal – Litigation | | $455 | 0.40 | $182.00 |
| Gampper, Krista | Paralegal | | $265 | 0.50 | $132.50 |
| Kortright, Magallie | Paralegal – Litigation | | $400 | 1.20 | $480.00 |
| Laspisa, Rosemarie | Paralegal – Litigation | | $400 | 5.50 | $2,200.00 |
| Magsino, Luke | Resource Center | | $265 | 0.70 | $185.50 |
| Welman, Timothy | Resource Center | | $265 | 8.30 | $2,199.50 |
| Azoulai, Moshe | Knowledge Management | | $455 | 6.20 | $2,821.00 |
| Kovoor, Thomas G. | Knowledge Management | | $420 | 11.70 | $4,914.00 |
| **Total Paraprofessionals:** | | | | **34.50** | **$13,114.50** |

| PROFESSIONALS | BLENDED HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $1,436.01 | 2,820.10 | $4,049,700.50 |
| Associates | $748.15 | 1,031.90 | $772,015.00 |
| Staff Attorneys | $375.00 | 57.50 | $21,562.50 |
| Paraprofessionals | $380.13 | 34.50 | $13,114.50 |
| Blended Attorney Rate | $1,251.74 | | |
| **Total Fees Incurred** | | **3,944.00** | **$4,856,392.50** |

**\* Jacob M. Phillips was mistakenly billed at the hourly rate of $700 for the month of February rather than his typical hourly rate of $840.**