## Exhibit G

**EXPENSE SUMMARY FOR THE PERIOD
JANUARY 1, 2020 THROUGH JULY 1, 2020**

| Expenses | Amounts |
|---|---|
| **Research/Document Retrieval** | **$31,797.51** |
| Pacer | $632.60 |
| Online Research - Bloomberg Law | $223.04 |
| Online Research - Intelligize | $31.27 |
| Online Research - Lex Machina | $72.92 |
| Online research - Lexis Nexis | $1097.25 |
| Online research - West Law | $29105.51 |
| Online research | $77.74 |
| Document Retrieval | $459.98 |
| Deposition transcripts | $97.2 |
| **Travel** | **$6,885.61** |
| Hotel | $1228.73 |
| Airfare | $4809.9 |
| Out-of-town travel | $846.98 |
| **Transportation** | **$657.18** |
| Local travel | $78.93 |
| OT - Carfare | $578.25 |
| **Meals** | **$761.87** |
| Meals - Business | $276.21 |
| Meals - Overtime | $350.02 |
| Meals - Travel | $135.64 |
| **Postage/Delivery** | **$31.63** |
| Postage | $2.3 |
| Courier - Fedex | $29.33 |
| **Duplicating Services** | **$648.85** |
| Print from Email | $392.5 |
| Print from email, color | $174.15 |
| Color Copies 8.5x11 | $48.6 |

| | | |
|---|---|---|
| | Glass work copying | $33.6 |
| | **Court Fees** | **$1,240.60** |
| | Court Call | $670.6 |
| | Court fees | $535 |
| | Filing Fees | $35 |
| | **Teleconferencing** | **$669.02** |
| | Telephone | $669.02 |
| | **TOTAL:** | **$42,692.27** |