# EXHIBIT A

## COMPENSATION BY PROFESSIONAL
## JUNE 1, 2020 THROUGH JULY 1, 2020

The attorneys and paraprofessionals who rendered professional services in these Chapter 11 Cases during the Fee Period are:

| NAME OF PROFESSIONAL PARTNERS: | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Richard A. Hall | Corporate | 1989 | $1,500 | 104.00 | $156,000.00 |
| Andrew W. Needham | Tax | 1995 | 1,500 | 52.60 | 78,900.00 |
| George E. Zobitz | Corporate | 1996 | 1,500 | 12.40 | 18,600.00 |
| Paul H. Zumbro | Corporate | 1998 | 1,500 | 62.70 | 94,050.00 |
| Kevin J. Orsini | Litigation | 2004 | 1,500 | 178.80 | 268,200.00 |
| Omid H. Nasab | Litigation | 2007 | 1,350 | 171.20 | 231,120.00 |
| Nicholas A. Dorsey | Corporate | 2010 | 1,100 | 257.40 | 283,140.00 |
| C. Daniel Haaren | Corporate | 2013 | 1,100 | 284.10 | 312,510.00 |
| Evan Norris | Litigation | 2003 | 1,100 | 30.40 | 33,440.00 |
| **Total Partners:** | | | | 1,153.60 | $1,475,960.00 |

| NAME OF PROFESSIONAL ASSOCIATES: | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Lillian S. Grossbard | Litigation | 1998 | $1,020 | 35.10 | $35,802.00 |
| Scott Reents | Litigation | 2008 | 975 | 29.80 | 29,055.00 |
| Arvind Ravichandran | Tax | 2013 | 960 | 93.50 | 89,760.00 |
| David H. Korn | Litigation | 2014 | 960 | 27.60 | 26,496.00 |
| Christopher Beshara | Litigation | 2015 | 940 | 270.70 | 254,458.00 |
| Michael Zaken | Litigation | 2015 | 940 | 52.70 | 49,538.00 |
| Matthias Thompson | Litigation | 2016 | 890 | 45.00 | 40,050.00 |
| Norman J. Walczak | Corporate | 2016 | 890 | 223.30 | 198,737.00 |
| Salah M. Hawkins | Litigation | 2016 | 890 | 39.70 | 35,333.00 |
| Alexander Gerten | Corporate | 2017 | 855 | 80.10 | 68,485.50 |
| Nicholas Medling | Litigation | 2017 | 855 | 169.70 | 145,093.50 |
| Aashim Usgaonkar | Corporate | 2018 | 840 | 61.30 | 51,492.00 |
| Monica D. Kozycz | Litigation | 2018 | 840 | 149.60 | 125,664.00 |
| Patrick S. Taylor | Corporate | 2018 | 840 | 374.80 | 314,832.00 |
| Brittany Sherman | Litigation | 2019 | 750 | 172.20 | 129,150.00 |
| Caleb Robertson | Litigation | 2019 | 750 | 201.00 | 150,750.00 |
| Margaret Fleming | Corporate | 2019 | 750 | 243.60 | 182,700.00 |
| Seann Archibald | Corporate | 2019 | 750 | 347.00 | 260,250.00 |
| Ya Huang | Corporate | 2019 | 750 | 243.50 | 182,625.00 |
| Kyle Jorstad | Tax | 2020 | 750 | 79.80 | 59,850.00 |
| Andrew Astore | Corporate | 2019 | 595 | 248.10 | 147,619.50 |
| Harold King | Corporate | 2020 | 595 | 204.00 | 121,380.00 |
| William LaRosa | Litigation | 2020 | 595 | 34.80 | 20,706.00 |
| Ori Oren | Corporate | 2020 | 595 | 250.70 | 149,166.50 |
| Benjamin Wylly | Litigation | 2020* | 595 | 118.00 | 70,210.00 |
| Raffaele DiMaggio | Litigation | 2004 | 565 | 126.10 | 71,246.50 |
| Trebor Lloyd | Litigation | 1993 | 415 | 123.60 | 51,294.00 |
| Andrew Weiner | Litigation | 1997 | 415 | 153.20 | 63,578.00 |
| Donald Sanyi | Litigation | 2011 | 415 | 161.30 | 66,939.50 |
| **Total Associates:** | | | | **4,359.80** | **$3,192,261.00** |

* - Admitted following Fee Period.

| NAME OF PARAPROFESSIONALS: | DEPARTMENT | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Chamblee Shufflebarger | Corporate Legal Assistant | $310 | 11.50 | $3,565.00 |
| Stephanie Scanzillo | Litigation Legal Assistant | 310 | 60.90 | 18,879.00 |
| Veronica Velasco | Litigation Legal Assistant | 310 | 27.30 | 8,463.00 |
| Vivian Fernandez | Litigation Legal Assistant | 310 | 15.30 | 4,743.00 |
| Ainslie Martin | Corporate Legal Assistant | 290 | 41.50 | 12,035.00 |
| Josephine Lovejoy | Corporate Legal Assistant | 290 | 31.90 | 9,251.00 |
| Justin Poitras | Corporate Legal Assistant | 290 | 23.00 | 6,670.00 |
| Michael Kotowski | Corporate Legal Assistant | 290 | 88.30 | 25,607.00 |
| Rachael Hall | Corporate Legal Assistant | 290 | 12.00 | 3,480.00 |
| Husniye Cogur | Litigation Legal Assistant | 290 | 59.90 | 17,371.00 |
| Nicole Jakobson | Litigation Legal Assistant | 290 | 31.60 | 9,164.00 |
| Ryan Render | Litigation Legal Assistant | 290 | 37.10 | 10,759.00 |
| **Total Paraprofessionals:** | | | **440.30** | **$129,987.00** |

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners | $1,279.44 | 1,153.60 | $1,475,960.00 |
| Associates | 732.20 | 4,359.80 | 3,192,261.00 |
| Paraprofessionals | 295.22 | 440.30 | 129,987.00 |
| **Blended Attorney Rate** | **$846.70** | | |
| **Total Fees Incurred** | | **5,953.70** | **$4,798,208.00**[1] |
| **Less Credit**[2] | | | **($28,275.00)** |
| **Total Adjusted Fees** | | | **$4,769,933.00** |

---

[1] Net of $60,704.50 in voluntary write offs.

[2] Consistent with the Court's determination at the October 7, 2019 omnibus hearing regarding pre-admitted attorney rates, Cravath has capped pre-admitted attorney rates for billing purposes at $450 per hour resulting in a discount of $28,275.00 for the Fee Period.