# EXHIBIT B

## COMPENSATION BY WORK TASK CODE FOR SERVICES RENDERED BY CRAVATH, SWAINE & MOORE LLP FOR THE PERIOD JUNE 1, 2020 THROUGH JULY 1, 2020

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| ADMN | Case Administration (Incl. Docket Updates and Case Calendar) | 44.90 | $13,345.00 |
| ADVS | Adversary Proceedings | 119.00 | 111,494.50 |
| CASE | General Case Strategy | 72.10 | 63,509.00 |
| CASH | Financing / Cash Collateral | 2,494.20 | 1,995,398.00 |
| COMM | Committee Matters | 12.20 | 10,500.00 |
| CRAV | Cravath Retention and Fee Application | 180.80 | 85,050.00 |
| GOVR | Corporate Governance and Securities Matters | 1,237.00 | 1,111,327.00 |
| HEAR | Hearings and Court Matters | 90.80 | 114,124.00 |
| INVS | Investigations | 689.90 | 388,755.50 |
| NONB | Non-Bankruptcy Litigation | 486.50 | 484,261.00 |
| OPRS | Business Operations Matters | 13.00 | 11,705.00 |
| PLAN | Plan of Reorganization / Plan Confirmation | 159.50 | 186,576.00 |
| REGS | Regulatory & Legislative Matters | 178.60 | 103,125.00 |
| WILD | Wildfire Claims Matters | 175.20 | 119,038.00 |
| **TOTAL** | | **5,953.70** | **$4,798,208.00*** |

* - Net of $60,704.50 in voluntary write offs.