## EXHIBIT C

## EXPENSE SUMMARY
## FOR THE PERIOD JUNE 1, 2020 THROUGH JULY 1, 2020

| **EXPENSES** | **AMOUNTS** |
|---|---:|
| Courier/Mail Services | $64.54 |
| Special Disbursements (Including Expert Fees) | 726,345.13 |
| Travel | 839.98 |
| **Total Expenses Requested:** | **$727,249.65** |