**EXHIBIT E**

| | | | |
|---|---|---|---|
| PG&E Corporation<br>Pacific Gas and Electric Company | | Invoice Date:<br>Invoice Number: | August 17, 2020<br>192678 |

**1001 - Special Disbursements**

| Cost Type | Date | Description | Amount |
|---|---|---|---|
| Special Disbursements | 06/01/20 | Orsini, Kevin J.<br>Veritext | 90.00 |
| Special Disbursements | 06/01/20 | Orsini, Kevin J.<br>Veritext | 3,305.57 |
| Special Disbursements | 06/01/20 | Orsini, Kevin J.<br>Veritext | 1,490.47 |
| Special Disbursements | 06/01/20 | Orsini, Kevin J.<br>Veritext | 1,056.12 |
| Special Disbursements | 06/01/20 | Orsini, Kevin J.<br>Veritext | 338.14 |
| Special Disbursements | 06/01/20 | Orsini, Kevin J.<br>Veritext | 2,260.11 |
| Special Disbursements | 06/01/20 | Orsini, Kevin J.<br>Veritext | 2,825.45 |
| Special Disbursements | 06/01/20 | Orsini, Kevin J.<br>Veritext | 3,132.55 |
| Special Disbursements | 06/01/20 | Orsini, Kevin J.<br>Veritext | 2,028.82 |
| Special Disbursements | 06/01/20 | Orsini, Kevin J.<br>Veritext | 2,217.15 |
| Special Disbursements | 06/01/20 | Orsini, Kevin J.<br>Veritext | 1,552.20 |
| Special Disbursements | 06/01/20 | Orsini, Kevin J.<br>Veritext | 1,995.22 |
| Special Disbursements | 06/01/20 | Orsini, Kevin J.<br>Veritext | 2,713.98 |
| Special Disbursements | 06/01/20 | Orsini, Kevin J.<br>Veritext | 2,836.82 |
| Special Disbursements | 06/01/20 | Orsini, Kevin J.<br>Veritext | 1,261.62 |
| Special Disbursements | 06/01/20 | Orsini, Kevin J.<br>Veritext | 664.65 |
| Special Disbursements | 06/01/20 | Orsini, Kevin J.<br>SafeStore, Inc. - Storage | 1,332.80 |

| PG&E Corporation | | Invoice Date: | August 17, 2020 |
| Pacific Gas and Electric Company | | Invoice Number: | 192678 |

| **Cost Type** | **Date** | **Description** | **Amount** |
|---|---|---|---:|
| Special Disbursements | 06/01/20 | Orsini, Kevin J.<br>SafeStore, Inc. - Storage | 1,332.80 |
| Special Disbursements | 06/01/20 | Orsini, Kevin J.<br>Expert Z | 35,087.50 |
| Special Disbursements | 06/01/20 | Orsini, Kevin J.<br>Expert KK | 15,400.00 |
| Special Disbursements | 06/01/20 | Orsini, Kevin J.<br>CaseHomePage a dba ExtraAccess Service, Inc | 105.00 |
| Special Disbursements | 06/01/20 | Orsini, Kevin J.<br>SafeStore, Inc. - Storage | 6,441.28 |
| Special Disbursements | 06/01/20 | Orsini, Kevin J.<br>CaseHomePage a dba ExtraAccess Service, Inc | 105.00 |
| Special Disbursements | 06/01/20 | Grossbard, Lillian S.<br>SafeStore, Inc. - Storage | 1,332.80 |
| Special Disbursements | 06/04/20 | Orsini, Kevin J.<br>Expert D | 90.00 |
| Special Disbursements | 06/05/20 | Orsini, Kevin J.<br>Expert D | 1,098.00 |
| Special Disbursements | 06/09/20 | Nasab, Omid H.<br>Jams, Inc. | 8,355.83 |
| Special Disbursements | 06/10/20 | Orsini, Kevin J.<br>Conexwest - Oak Container Rental | 118.81 |
| Special Disbursements | 06/15/20 | Orsini, Kevin J.<br>Expert FF | 246,027.25 |
| Special Disbursements | 06/17/20 | Orsini, Kevin J.<br>Expert D | 19,000.00 |
| Special Disbursements | 06/17/20 | Orsini, Kevin J.<br>Expert D | 101,117.50 |
| Special Disbursements | 06/20/20 | Orsini, Kevin J.<br>Conexwest - Oak Container Rental | 117.99 |
| Special Disbursements | 06/21/20 | Orsini, Kevin J.<br>Conexwest - Oak Container Rental | 117.99 |
| Special Disbursements | 06/23/20 | Orsini, Kevin J.<br>Expert J | 17,286.63 |

| | | | |
|---|---|---|---|
| PG&E Corporation | | Invoice Date: | August 17, 2020 |
| Pacific Gas and Electric Company | | Invoice Number: | 192678 |

| **Cost Type** | **Date** | **Description** | **Amount** |
|---|---|---|---|
| Special Disbursements | 06/29/20 | Orsini, Kevin J.<br>Expert F | 67,070.00 |
| Special Disbursements | 06/30/20 | Orsini, Kevin J.<br>Expert SS | 167,265.00 |
| Special Disbursements | 07/01/20 | Orsini, Kevin J.<br>SafeStore, Inc. - Storage | 6,441.28 |
| Special Disbursements | 07/01/20 | Orsini, Kevin J.<br>SafeStore, Inc. - Storage | 1,332.80 |
| **Subtotal for Special Disbursements** | | | **726,345.13** |

### 1011 - Courier/Mail Services

| **Cost Type** | **Date** | **Description** | **Amount** |
|---|---|---|---|
| Courier/Mail Services | 06/09/20 | Velasco, Veronica<br>FedEx, Sndr: Velasco V | 64.54 |
| **Subtotal for Courier/Mail Services** | | | **64.54** |

### 2002 - Travel

| **Cost Type** | **Date** | **Description** | **Amount** |
|---|---|---|---|
| Travel | 06/23/20 | Nasab, Omid H.<br>Air Fare Pas: Nasab/Omid H Ticket # 7523056788 TrvlDt: 06/23/20 Class: Coach From: San Francisco CA To: New York NY Carrier: United Airlines | 839.98 |
| **Subtotal for Travel** | | | **839.98** |
| | | **Total** | **$727,249.65** |