# EXHIBIT A

## COMPENSATION BY PROFESSIONAL
## DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019

The attorneys and paraprofessionals who rendered professional services in connection with these Chapter 11 Cases during the Fee Period are:

| Name of Professional Person | Department | Year Admitted | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| **Partners** | | | | | |
| Michael McDonough | Environmental | 1997 | $745.00 | 29.0 | $21,605.00 |
| **Total Hours and Fees Incurred** | | | | 29.0 | $21,605.00 |

| Professionals | Blended Rate (rounded to nearest $) | Total Hours Billed | Total Compensation |
|---|---|---|---|
| Partners | $745.00 | 29.0 | $21,605.00 |
| Blended Attorney Rate | $745.00 | | |
| **Total Fees Incurred/Requested** | | | $21,605.00 |

4849-2986-3881