**EXHIBIT B**

**COMPENSATION BY WORK TASK CODE
FOR SERVICES RENDERED BY PILLSBURY WINTHROP SHAW PITTMAN LLP
DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019**

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| P300 | Structure/Strategy/Analysis | 28.8 | $21,456.00 |
| L100 | Case Assessment, Development and Administration | 0.2 | $149.00 |
| **Total Hours and Fees** | | 29.0 | $21,605.00 |
| **Total Requested** | | | $21,605.00 |

4849-2986-3881