**EXHIBIT C**

**DETAILED TIME ENTRIES**
**DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019**

4849-2986-3881



Tax ID No. 94-1311126

Pacific Gas & Electric Co.  
P.O. Box 7133  
San Francisco, CA  94120

January 31, 2020  
Invoice No. 8318265  
Client No. 068767  
Matter No. 0000013  
Michael S. McDonough  
(213) 488-7100

**For Professional Services Rendered and Disbursements Incurred through December 31, 2019**

| Matter Name | Services | Disbursements | Balance Due |
|---|---|---|---|
| Air Quality Compliance 1706959 | $ 21,605.00 | $ 0.00 | $ 21,605.00 |
| **Total This Invoice:** | **$ 21,605.00** | **$ 0.00** | **$ 21,605.00** |

*Current charges only.  Time and disbursements not yet recorded will be included in future invoices.*

**Pillsbury Winthrop Shaw Pittman LLP**  
**725 S. Figueroa Street - Suite 2800 - Los Angeles, CA  90017-5406**  
***Due Upon Receipt***  
**Remittance Address**  
**P.O. Box 742262 . Los Angeles, CA  90074-2262**

**Air Quality Compliance**
1706959

For Professional Services Rendered and Disbursements Incurred Through December 31, 2019

| Timekeeper | Date | Phase | Task | Service | Hours | Amount |
|---|---|---|---|---|---|---|
| McDonough, Michael S. | 12/2/2019 | P300 | P300 | Numerous emails with D. Kraska regarding client questions about potential biomethane use and crediting under California cap and trade regulations (.6); review client memo on requirements for biomethane exemption from cap and trade requirements (1.2); conduct research regarding CARB guidance on requirements for biomethane use and crediting (2.0). | 3.8 | $2,831.00 |
| McDonough, Michael S. | 12/3/2019 | P300 | P300 | Telephone conference with D. Kraska regarding requirements for exempting biomethane use from GHG emissions cap under California cap and trade regulations (.5); conduct research regarding regulations and CARB guidance on requirements for exemption of biofuels from cap (2..1); draft memorandum to D. Kraska summarizing regulatory requirements for same (1.3). | 3.9 | $2,905.50 |
| McDonough, Michael S. | 12/4/2019 | P300 | P300 | Finalize research regarding regulations and CARB guidance on requirements for exemption of biofuels from cap (1.3); review and revise memo to D. Kraska summarizing regulatory requirements for same (.8); draft email transmitting memo to D. Kraska, and outlining key issues (.4). | 2.5 | $1,862.50 |

| Timekeeper | Date | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| McDonough, Michael S. | 12/6/2019 | P300 | P300 | Emails with D. Kraska regarding GHG emission reporting requirements (.7); review and comment on PG&E draft memo regarding same and potential applicability to generators owned or operated by PG&E (.8). | 1.5 | $1,117.50 |
| McDonough, Michael S. | 12/9/2019 | P300 | P300 | Conduct research regarding permitting requirements for stationary generators, regulatory distinctions between emergency and routine use, and corresponding run restrictions. | 1.8 | $1,341.00 |
| McDonough, Michael S. | 12/13/2019 | P300 | P300 | Review and revise memo on draft permitting pathways for new generation assets, and local air district requirements (1.4); conduct research regarding permitting requirements in Bay Area AQMD and Lake County APCD for emergency standby engines (1.9). | 3.3 | $2,458.50 |
| McDonough, Michael S. | 12/16/2019 | P300 | P300 | Conduct research regarding Bay Area AQMD permitting guidance for stationary gas generators (2.1); analyze redline draft permitting pathway memorandum for potential use of new generation assets at certain substations (.6); draft email to D. Kraska regarding same (.1). | 2.8 | $2,086.00 |
| McDonough, Michael S. | 12/26/2019 | P300 | P300 | Review revised permitting pathway memorandum regarding siting of new generation at certain substations. | 0.4 | $298.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| McDonough, Michael S. | 12/27/2019 | P300 | P300 | Numerous emails with D. Kraska regarding questions surrounding air permitting of emergency and/or RA use of gas engines at substations (.6); telephone conference with D. Kraska regarding same (.5); draft email memo to D. Kraska summarizing research into questions on air district inclination to grant air permits for additional generation, and distinction between permitting emergency use-only vs. engine use for resource adequacy (2.7). | 3.8 | $2,831.00 |
| McDonough, Michael S. | 12/29/2019 | P300 | P300 | Draft email to D. Kraska regarding consulting recommendations for permitting of emergency and/or RA use of gas engines at substations. | 0.1 | $74.50 |
| McDonough, Michael S. | 12/30/2019 | P300 | P300 | Numerous emails with D. Kraska regarding recommended strategy for approaching Governor's office for assistance in streamlining or expediting air permitting for gas-fired generation at substations, notice and comment requirements for permitting, and timing of offset requirements in permitting (.6): conduct research regarding Bay Area AQMD guidance and regulations on same (1.8): draft email responses to D. Kraska on various questions (.6):, review and revise memo from D. Kraska on executive action expediting permitting of DGEM projects with local air districts (1.4); numerous emails with D. Kraska regarding same (.5). | 4.9 | $3,650.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| McDonough, Michael S. | 12/31/2019 | L100 | L120 | Trade emails with D. Kraska regarding potential aggregation of nearby facilities for air permitting purposes. | 0.2 | $149.00 |

|  |  |
|---|---|
| Total Hours: | 29.00 |
| **Total Fees:** | **$21,605.00** |

**Timekeeper Summary**

| Timekeeper | Hours | Rate | Value Billed |
|---|---|---|---|
| M. S. McDonough | 29.00 | $745.00 | $21,605.00 |
| **Total:** | **29.00** | | **$21,605.00** |

| | |
|---|---|
| **Total Due For Matter 0000013:** | **$21,605.00** |



Tax ID No. 94-1311126

Pacific Gas & Electric Co.  
P.O. Box 7133  
San Francisco, CA 94120

January 31, 2020  
Invoice No. 8318265  
Client No. 068767  
Matter No. 0000013  
Michael S. McDonough  
(213) 488-7100

# Remittance Advice
Enclose this Remittance Advice for Proper Credit

| Matter Number | Services | Disbursements | Balance Due |
|---|---|---|---|
| 0000013 | $ 21,605.00 | $ 0.00 | $ 21,605.00 |
| **Total This Invoice:** | **$ 21,605.00** | **$ 0.00** | **$ 21,605.00** |

*Payable in U.S. Dollars upon receipt.*

Payment Options:

**For payment by mail, remit to:** Pillsbury Winthrop Shaw Pittman LLP, P.O. Box 742262, Los Angeles, CA 90074-2262

**For Wire Transfer** and **SWIFT Payments send to:** Bank of America, ABA # 026009593 (S.W.I.F.T. Code BOFAUS3N), for credit to Pillsbury Winthrop Shaw Pittman LLP, Acct # 14993-05201.  
**For ACH Payments, send to:** Bank of America, ABA # 121000358, Acct # 14993-05201.  
Please include our client, matter and invoice number for proper credit.  
[Additional remittance information may also be forwarded to accountsreceivable@pillsburylaw.com]