# EXHIBIT A

## COMPENSATION BY PROFESSIONAL
## FEBRUARY 1, 2020 THROUGH FEBRUARY 29, 2020

The attorneys and paraprofessionals who rendered professional services in connection with these Chapter 11 Cases during the Fee Period are:

| Name of Professional Person | Department | Year Admitted | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| **Partners** | | | | | |
| John M. Grenfell | Litigation | 1979 | $1,008.00 | 0.4 | $403.20 |
| Jacob R. Sorensen | Litigation | 2000 | $820.00 | 4.9 | $4,018.00 |
| **Associates** | | | | | |
| Sydney Ward | Litigation | 2016 | $580.00 | 7.1 | $4,118.00 |
| **Total Hours and Fees Incurred/Requested** | | | | 12.4 | $8,539.20 |

| Professionals | Blended Rate (rounded to nearest $) | Total Hours Billed | Total Compensation |
|---|---|---|---|
| Partners | $914.00 | 5.3 | $4,421.20 |
| Associates | $580.00 | 7.1 | $4,118.00 |
| Blended Attorney Rate | $803.00 | | |
| **Total Fees Incurred/Requested** | | | $8,539.20 |

4837-7372-4105