**EXHIBIT B**

**COMPENSATION BY WORK TASK CODE
FOR SERVICES RENDERED BY PILLSBURY WINTHROP SHAW PITTMAN LLP
FEBRUARY 1, 2020 THROUGH FEBRUARY 29, 2020**

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 12.4 | $8,539.20 |
| **Total Hours and Fees Requested** | | 12.4 | $8,539.20 |

4837-7372-4105