# EXHIBIT C

**DETAILED TIME ENTRIES
FEBRUARY 1, 2020 THROUGH FEBRUARY 29, 2020**

4837-7372-4105



# pillsbury

Tax ID No. 94-1311126

Ms. Nancy Stamm  
Pacific Gas & Electric Company  
77 Beale Street, Level 31  
San Francisco, CA

March 10, 2020  
Invoice No. 8324394  
Client No. 541675  
Matter No. 0000030  
Jacob R. Sorensen  
(415) 983-1000

**For Professional Services Rendered and Disbursements Incurred through February 29, 2020**

| Matter Name | Services | Disbursements | Balance Due |
|---|---|---|---|
| Assistance with Disputes with Smart Meter Supplier. 1506057 | $ 8,539.20 | $ 0.00 | $ 8,539.20 |
| **Total This Invoice:** | **$ 8,539.20** | **$ 0.00** | **$ 8,539.20** |

*Current charges only. Time and disbursements not yet recorded will be included in future invoices.*

**Pillsbury Winthrop Shaw Pittman LLP**  
Four Embarcadero Center, 22nd Floor - San Francisco, CA - 94111  
*Due Upon Receipt*  
**Remittance Address**  
**P.O. Box 742262 . Los Angeles, CA 90074-2262**

Client No: 541675  
Matter No: 0000030  
Jacob R. Sorensen

March 10, 2020  
Invoice No. 8324394  
Page 2

**Assistance with Disputes with Smart Meter Supplier.**
1506057

For Professional Services Rendered and Disbursements Incurred Through February 29, 2020

| Timekeeper | Date | Phase | Task | Service | Hours | Amount |
|---|---|---|---|---|---|---|
| Sorensen, Jacob R. | 2/5/2020 | L100 | L120 | Prepare for and confer with team to discuss status and action items for response to module failure issues. | 0.7 | $574.00 |
| Sorensen, Jacob R. | 2/6/2020 | L100 | L120 | Identify research issues regarding enforceability of MOU (.5); review guaranty materials and follow up with M. Murphy regarding same (.6). | 1.1 | $902.00 |
| Sorensen, Jacob R. | 2/7/2020 | L100 | L120 | Prepare for and confer with M. Murphy regarding guaranty issues, letter to counter-party, and action plan. | 0.6 | $492.00 |
| Ward, Sydney | 2/9/2020 | L100 | L120 | Conduct legal research regarding the binding effect of memorandum of understanding contemplating subsequent final agreement. | 2.6 | $1,508.00 |
| Ward, Sydney | 2/10/2020 | L100 | L120 | Conduct legal research regarding contract formation and enforceability cases (2.6); summarize results of same (1.1). | 3.7 | $2,146.00 |
| Sorensen, Jacob R. | 2/12/2020 | L100 | L120 | Review and analyze research on enforceability of MOU (.4); draft summary of MOU enforceability research for clients (.6); review M. Murphy's draft letter to counter-party (.1). | 1.1 | $902.00 |
| Ward, Sydney | 2/12/2020 | L100 | L120 | Review draft email to client with summary analysis of enforceability of memorandum of understanding where final contract not executed (.6); correspond with J. Sorensen regarding same (.2). | 0.8 | $464.00 |
| Sorensen, Jacob R. | 2/13/2020 | L100 | L120 | Complete analysis of enforceability of MOU and summary of same for circulation to team (1.0); review and revise M. Murphy's draft letter to counter-party (.4). | 1.4 | $1,148.00 |

| Grenfell, John M. | 2/13/2020 | L100 | L120 | Review research and advice to client regarding enforceability of MOU and draft of letter to counter-party (.3); confer with J. Sorensen regarding same (.1). | 0.4 | $403.20 |

|  |  |
|---|---|
| Total Hours: | 12.4 |
| **Total Fees:** | **$8,539.20** |

**Timekeeper Summary**

| Timekeeper | Hours | Rate | Value Billed |
|---|---|---|---|
| J. Grenfell | 0.4 | $ 1,008.00 | $   403.20 |
| J. R. Sorensen | 4.9 | $    820.00 | $ 4,018.00 |
| S. Ward | 7.1 | $    580.00 | $ 4,118.00 |
| **Total:** | **12.4** |  | **$8,539.20** |

　　　　　　　　　　　　　　　　　　　　　　　**Total Due For Matter 0000030:**　　　　　**$8,539.20**



Tax ID No. 94-1311126

Ms. Nancy Stamm  
Pacific Gas & Electric Company  
77 Beale Street, Level 31  
San Francisco, CA

March 10, 2020  
Invoice No. 8324394  
Client No. 541675  
Matter No. 0000030  
Jacob R. Sorensen  
(415) 983-1000

# Remittance Advice
Enclose this Remittance Advice for Proper Credit

| Matter Number | Services | Disbursements | Balance Due |
|---|---|---|---|
| 0000030 | $ 8,539.20 | $ 0.00 | $ 8,539.20 |
| **Total This Invoice:** | **$ 8,539.20** | **$ 0.00** | **$ 8,539.20** |

*Payable in U.S. Dollars upon receipt.*

Payment Options:

**For payment by mail, remit to:** Pillsbury Winthrop Shaw Pittman LLP, P.O. Box 742262, Los Angeles, CA 90074-2262

**For Wire Transfer** and **SWIFT Payments send to:** Bank of America, ABA # 026009593 (S.W.I.F.T. Code BOFAUS3N ), for credit to Pillsbury Winthrop Shaw Pittman LLP, Acct # 14993-05201.  
**For ACH Payments, send to:** Bank of America, ABA # 121000358, Acct # 14993-05201.  
Please include our client, matter and invoice number for proper credit.  
[Additional remittance information may also be forwarded to accountsreceivable@pillsburylaw.com]