# EXHIBIT A

## COMPENSATION BY PROFESSIONAL
## APRIL 1, 2020 THROUGH APRIL 30, 2020

The attorneys and paraprofessionals who rendered professional services in connection with these Chapter 11 Cases during the Fee Period are:

| Name of Professional Person | Department | Year Admitted | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| **Partners** | | | | | |
| Alicia M. McKnight | Finance | 2010 | $730.00 | 98.00 | $71,540.00 |
| David R. Lewis | Energy | 1985 | $948.00 | 12.5 | $11,850.00 |
| **Associates** | | | | | |
| Irina Tsveklova | Finance | 2017 | $680.00 | 100.2 | $68,136.00 |
| Alexandra Murphy | Finance | 2016 | $580.00 | 60.7 | $35,206.00 |
| **Total Hours and Fees Incurred/Requested** | | | | 271.4 | $186,732.00 |

| Professionals | Blended Rate (rounded to nearest $) | Total Hours Billed | Total Compensation |
|---|---|---|---|
| Partners | $839.00 | 110.5 | $83,390.00 |
| Associates | $630.00 | 160.9 | $103,342.00 |
| Blended Attorney Rate | $735.00 | | |
| **Total Fees Incurred/Requested** | | | $186,732.00 |