**EXHIBIT B**

**COMPENSATION BY WORK TASK CODE
FOR SERVICES RENDERED BY PILLSBURY WINTHROP SHAW PITTMAN LLP
APRIL 1, 2020 THROUGH APRIL 30, 2020**

| Task Code | Description | Hours | Amount |
| --- | --- | --- | --- |
| L110 | Fact Investigation/Development | 12.5 | $11,850.00 |
| P500 | Negotiation/Revision/Responses | 258.9 | $174,882.00 |
| **Total Hours and Fees Requested** | | 271.4 | $186,732.00 |