# EXHIBIT C

**DETAILED TIME ENTRIES**
**APRIL 1, 2020 THROUGH APRIL 30, 2020**

4825-1431-8793



Tax ID No. 94-1311126

| | |
|---|---|
| Jennifer Post | ****** |
| Pacific Gas & Electric Company | Invoice No. ****** |
| 77 Beale Street, Level 31 | Client No. 541675 |
| San Francisco, CA | Matter No. 0000038 |
| | Jacob R. Sorensen |
| | (415) 983-1000 |

**For Professional Services Rendered and Disbursements Incurred through April 30, 2020**

| Matter Name | Services | Disbursements | Balance Due |
|---|---:|---:|---:|
| Decommissioning Strategy 2007858 | $ 11,850.00 | $ 0.00 | $ 11,850.00 |
| **Total This Invoice:** | **$ 11,850.00** | **$ 0.00** | **$ 11,850.00** |

*Current charges only. Time and disbursements not yet recorded will be included in future invoices.*

**Pillsbury Winthrop Shaw Pittman LLP**
**Four Embarcadero Center, 22nd Floor - San Francisco, CA - 94111**
***Due Upon Receipt***
**Remittance Address**
**P.O. Box 742262 . Los Angeles, CA 90074-2262**

**Decommissioning Strategy**
2007858

For Professional Services Rendered and Disbursements Incurred Through April 30, 2020

| Timekeeper | Date | Phase | Task | Service | Hours | Amount |
|---|---|---|---|---|---|---|
| Lewis, David R. | 4/14/2020 | L100 | L110 | Begin drafting issues list regarding various decommissioning transactional structures. | 3.5 | $3,318.00 |
| Lewis, David R. | 4/16/2020 | L100 | L110 | Continue drafting issues list summarizing decommissioning transactional structures (2.4); draft further input to legal analysis regarding decommissioning transactional structures (3.2); analyze message from J. Post with document on benchmarking the decommissioning contracting strategy (4). | 6 | $5,688.00 |
| Lewis, David R. | 4/17/2020 | L100 | L110 | Continue drafting chart showing elements of decommissioning transactions (2.0); attend call with J. Post regarding scope of analysis and preliminary thoughts on decommissioning transaction strategies (1.0). | 3 | $2,844.00 |

|  |  |
|---|---|
| Total Hours: | 12.50 |
| **Total Fees:** | **$11,850.00** |

**Timekeeper Summary**

| Timekeeper | Hours | Rate | Value Billed |
|---|---|---|---|
| D. R. Lewis | 12.50 | $ 948.00 | $11,850.00 |
| **Total:** | **12.50** |  | $11,850.00 |

| | |
|---|---|
| **Total Due For Matter 0000038:** | **$11,850.00** |



Tax ID No. 94-1311126

Jennifer Post
Pacific Gas & Electric Company
77 Beale Street, Level 31
San Francisco, CA

******
Invoice No. ******
Client No. 541675
Matter No. 0000038
Jacob R. Sorensen
(415) 983-1000

# Remittance Advice
Enclose this Remittance Advice for Proper Credit

| Matter Number | Services | Disbursements | Balance Due |
|---|---|---|---|
| 0000038 | $ 11,850.00 | $ 0.00 | $ 11,850.00 |
| **Total This Invoice:** | **$ 11,850.00** | **$ 0.00** | **$ 11,850.00** |

*Payable in U.S. Dollars upon receipt.*

Payment Options:

**For payment by mail, remit to:** Pillsbury Winthrop Shaw Pittman LLP, P.O. Box 742262, Los Angeles, CA 90074-2262

**For Wire Transfer** and **SWIFT Payments send to:** Bank of America, ABA # 026009593 (S.W.I.F.T. Code BOFAUS3N ), for credit to Pillsbury Winthrop Shaw Pittman LLP, Acct # 14993-05201.
**For ACH Payments, send to:** Bank of America, ABA # 121000358, Acct # 14993-05201.
Please include our client, matter and invoice number for proper credit.
[Additional remittance information may also be forwarded to accountsreceivable@pillsburylaw.com]



Tax ID No. 94-1311126

Jason Hannigan
Pacific Gas & Electric Company
Law Dept.
77 Beale Street, B30A
San Francisco, CA  94105

May 11, 2020
Invoice No. 8337304
Client No. 541675
Matter No. 0000035
Jacob R. Sorensen
(415) 983-1000

**For Professional Services Rendered and Disbursements Incurred through April 30, 2020**

| Matter Name | Services | Disbursements | Balance Due |
|---|---|---|---|
| Assistance with establishment of microgrids and related energy procurement issues<br>2007772 | $ 174,882.00 | $ 0.00 | $ 174,882.00 |
| **Total This Invoice:** | **$ 174,882.00** | **$ 0.00** | **$ 174,882.00** |

*Current charges only. Time and disbursements not yet recorded will be included in future invoices.*

---

**Pillsbury Winthrop Shaw Pittman LLP**
**Four Embarcadero Center, 22nd Floor - San Francisco, CA - 94111**
*Due Upon Receipt*
**Remittance Address**
**P.O. Box 742262 . Los Angeles, CA 90074-2262**

Client No: 541675  
Matter No: 0000035  
Jacob R. Sorensen  

May 11, 2020  
Invoice No. 8337304  
Page 2

**Assistance with establishment of microgrids and related energy procurement issues**  
2007772

For Professional Services Rendered and Disbursements Incurred Through April 30, 2020

| Timekeeper | Date | Phase | Task | Service | Hours | Amount |
|---|---|---|---|---|---|---|
| McKnight, Alicia M. | 4/1/2020 | P500 | P500 | Email A. Murphy regarding LOI/LNTP execution (.1); attend call with PG&E team regarding LOI/LNTP execution (.3); attend call with I. Tsveklova regarding LOI/LNTP execution (.2); attend call with A. Murphy regarding LOI/LNTP execution (.1); confer with I. Tsveklova regarding LOI/LNTP execution (.2); attend call with J. Hannigan regarding LOI/LNTP execution (.2); begin reviewing DGEMS PPA and discuss same with I. Tsveklova (.8); draft email to C. Watkins regarding DGEMS PPA (.2); analyze correspondence regarding DGEMS PPA (.4). | 2.5 | $1,825.00 |
| Tsveklova, Irina | 4/1/2020 | P500 | P500 | Attend call with A. McKnight regarding Red Bluff PPA (.2); attend follow-up call with Alicia McKnight regarding same (.2); review Red Bluff LOI and draft PPA (1.6). | 2 | $1,360.00 |
| Murphy, Alexandra | 4/1/2020 | P500 | P500 | Prepare redlines of letter of intent and notice to proceed for final approval (.4); circulate signature pages to letter of intent and notice to proceed via docusign (.6); compile and send final versions of letter of intent and notice to proceed (1.0); attend telephone call to discuss next steps on drafting the EPC and PPA (.5). | 2.5 | $1,450.00 |
| McKnight, Alicia M. | 4/2/2020 | P500 | P500 | Review chart of PPA appendixes and provide comments on same to I. Tsveklova (.3); analyze email from D. Denniston regarding PPA comments (.5); begin reviewing PPA for necessary edits (.9). | 1.7 | $1,241.00 |
| Tsveklova, Irina | 4/2/2020 | P500 | P500 | Draft Red Bluff PPA (3.5); draft list of Appendices to PPA (.2); email Catherine Watkins at PG&E list of Appendices (.1). | 3.8 | $2,584.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Murphy, Alexandra | 4/2/2020 | P500 | P500 | Revise PG&E form of EPC Agreement for the Red Bluff project. | 4.7 | $2,726.00 |
| McKnight, Alicia M. | 4/3/2020 | P500 | P500 | Review DGEMS EPC contract markup and provide comments on same to A. Murphy (3.4); begin review of Wartsila EPC contract and correspondence related to same (1.4). | 4.8 | $3,504.00 |
| Tsveklova, Irina | 4/3/2020 | P500 | P500 | Continue drafting Red Bluff PPA. | 3.7 | $2,516.00 |
| Murphy, Alexandra | 4/3/2020 | P500 | P500 | Review internal comments to the markup of the PG&E EPC Agreement form for the Red Bluff project (.3); make additional changes to the draft of the Red Bluff EPC Agreement and circulate same (.7). | 1 | $580.00 |
| Tsveklova, Irina | 4/4/2020 | P500 | P500 | Review and revise draft Red Bluff PPA. | 6.1 | $4,148.00 |
| McKnight, Alicia M. | 4/5/2020 | P500 | P500 | Review PPA (.9); attend call with I. Tsveklova to discuss draft PPA (1.9); review Wartsila EPC contract and prepare issues list regarding same (3.2). | 6 | $4,380.00 |
| Tsveklova, Irina | 4/5/2020 | P500 | P500 | Review and revise Red Bluff PPA (2.3); attend call with A. McKnight to discuss draft PPA (1.9). | 4.2 | $2,856.00 |
| Murphy, Alexandra | 4/5/2020 | P500 | P500 | Review WNA EPC Agreement and compare against PG&E form (1.5); prepare list identifying differences between WNA EPC Agreement and PG&E form (.5). | 2 | $1,160.00 |
| McKnight, Alicia M. | 4/6/2020 | P500 | P500 | Review A. Murphy analysis regarding PG&E EPC versus Wartsila EPC to identify differences between same (1.0); review comments from D. Denniston to Wartsila EPC (1.0); update issues list to reflect D. Denniston comments and A. Murphy analysis (1.5). | 3.5 | $2,555.00 |
| Tsveklova, Irina | 4/6/2020 | P500 | P500 | Review and revise Red Bluff PPA. | 3.3 | $2,244.00 |
| Murphy, Alexandra | 4/6/2020 | P500 | P500 | Continue review of WNA EPC Agreement and comparison of same against PG&E form (1.0); review and revise list of differences between WNA EPC Agreement and PG&E form (0.5). | 1.5 | $870.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| McKnight, Alicia M. | 4/7/2020 | P500 | P500 | Attend call with D. Howerton, D. Denniston and A. Murphy regarding EPC contract (.9); attend call with A. Murphy regarding EPC contract (.1); revise issues list and send same to D. Denniston (.8); review updated PPA term sheet and email A. Murphy and D. Denniston regarding same (.7); email I. Tsveklova regarding EPC/PPA linkages (.3). | 2.8 | $2,044.00 |
| Tsveklova, Irina | 4/7/2020 | P500 | P500 | Review and revise Red Bluff PPA (6.9); transmit same to A. McKnight (.1). | 7 | $4,760.00 |
| Murphy, Alexandra | 4/7/2020 | P500 | P500 | Attend phone call with client to review EPC issues list (.4); prepare notes from client call regarding EPC issues list (.3); analyze redlines of the PPA term sheet (.4); prepare final version of PPA term sheet (.8); prepare and circulate questions on PPA term sheet required to finalize same (.4). | 2.3 | $1,334.00 |
| McKnight, Alicia M. | 4/8/2020 | P500 | P500 | Review DGEMS PPA draft and provide comments on same to I. Tsveklova (3.2); attention to correspondence and call with D. Denniston to discuss call with Wartsila (.4); revise issues list per D. Denniston comments (.5); attend call with Wartsila, CPH and PG&E teams to discuss EPC Contract (1.0); attend follow up call with PG&E team regarding EPC contract (.2); annotate issues list with notes from call and prepare Force Majeure rider (1.6); review further revisions to PPA regarding linkage with EPC contract and provide comments on same to I. Tsveklova (.5). | 7.4 | $5,402.00 |
| Tsveklova, Irina | 4/8/2020 | P500 | P500 | Review and revise Red Bluff PPA based on changes to PPA LOI and EPC Contract (6.6); draft additional portions of Red Bluff PPA based on changes to PPA LOI and EPC Contract (2.9). | 9.5 | $6,460.00 |

| Name | Date | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| Murphy, Alexandra | 4/8/2020 | P500 | P500 | Attend phone call with counterparty to review the EPC issues list (1.0); attend debrief phone call with client team to discuss EPC contract (.2); summarize notes from phone call (.5); review and revise PPA term sheet (1.5). | 3.2 | $1,856.00 |
| Tsveklova, Irina | 4/9/2020 | P500 | P500 | Review and revise Red Bluff PPA (3.7); email PG&E team draft of Red Bluff PPA (0.1). | 3.8 | $2,584.00 |
| McKnight, Alicia M. | 4/9/2020 | P500 | P500 | Review DGEMS PPA and provide final edits on same to I. Tsveklova. | 1.1 | $803.00 |
| McKnight, Alicia M. | 4/12/2020 | P500 | P500 | Review D. Denniston comments to PPA (.8); trade emails with I. Tsveklova regarding same (.2). | 1 | $730.00 |
| Tsveklova, Irina | 4/12/2020 | P500 | P500 | Review and revise PPA based on D. Denniston comments. | 2.1 | $1,428.00 |
| McKnight, Alicia M. | 4/13/2020 | P500 | P500 | Attend call with I. Tsveklova to review D. Denniston comments to PPA (1.3); attend call with D. Denniston to discuss comments to PPA (.1); email I. Tsveklova regarding call with D. Denniston (.1); attend call with I. Tsveklova regarding PPA comments (.1); analyze correspondence regarding CPUC approval and interconnection provisions (.7); review and revise PPA and send same to I. Tsveklova (1.1). | 3.4 | $2,482.00 |
| Tsveklova, Irina | 4/13/2020 | P500 | P500 | Review and revise PPA (7.7); attend call with Alicia McKnight regarding D. Denniston comments to PPA (1.3); numerous emails with D. Denniston regarding revised draft of PPA (.8). | 9.8 | $6,664.00 |
| Tsveklova, Irina | 4/16/2020 | P500 | P500 | Revise list of appendices to Red Bluff DGEMS PPA (.8); numerous emails with PG&E team regarding appendices to PPA (.4); draft appendices to Red Bluff DGEMS PPA (4.1). | 5.3 | $3,604.00 |

| Timekeeper | Date | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| Murphy, Alexandra | 4/16/2020 | P500 | P500 | Review updated draft of Electrical and Automation Services Contract (1.0); update EAS Contract issues list in conjunction with reviewing EAS Contract to show what issues the counterparty draft did not address (3.4). | 4.4 | $2,552.00 |
| McKnight, Alicia M. | 4/16/2020 | P500 | P500 | Review WNA draft of EPC Contract and update issues list regarding same. | 3 | $2,190.00 |
| Tsveklova, Irina | 4/17/2020 | P500 | P500 | Revise appendices to the PPA (1.7); numerous emails with PG&E team regarding appendices to PPA (.4). | 2.1 | $1,428.00 |
| Murphy, Alexandra | 4/17/2020 | P500 | P500 | Attend phone call with D. Denniston, D. Howerton and A. McKnight to discuss markup of the Electrical and Automation Services Contract issues list (.9); update draft of the EAS Contract based on discussion with client (4.2). | 5.1 | $2,958.00 |
| McKnight, Alicia M. | 4/17/2020 | P500 | P500 | Review PPA appendices and provide comments to I. Tsveklova (.8); attend call with D. Denniston, D. Howerton and A. Murphy (.9); begin drafting revisions to EPC Contract (.8). | 2.5 | $1,825.00 |
| McKnight, Alicia M. | 4/18/2020 | P500 | P500 | Review and revise EPC contract (8.4); draft additional portions of revised EPC contract (2.8); circulate revised EPC contract to PG&E working group (.3). | 11.5 | $8,395.00 |
| Murphy, Alexandra | 4/19/2020 | P500 | P500 | Review draft of Pillsbury comments to the Electrical and Automation Services Contract and check all references, definitions, appendices and general drafting issues (1.5); prepare updated draft of the EAS Contract with existing exhibits dropped in and run related incremental and cumulative redlines (1.2); update EAS Contract based on client feedback and run new redlines (.3); prepare appendices forms for EAS Contract (1.8). | 4.8 | $2,784.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| McKnight, Alicia M. | 4/19/2020 | P500 | P500 | Revise EPC Contract per D. Denniston comments and to layer in Phase 2 option (2.6); correspondence with A. Murphy regarding appendices and warranty periods (.4). | 3 | $2,190.00 |
| Tsveklova, Irina | 4/19/2020 | P500 | P500 | Review and revise appendices to PPA. | 0.8 | $544.00 |
| Tsveklova, Irina | 4/20/2020 | P500 | P500 | Continue to review and revise appendices to PPA. | 0.5 | $340.00 |
| McKnight, Alicia M. | 4/20/2020 | P500 | P500 | Review and revise appendices to EAS Contract (2.5); review email from I. Tsveklova regarding status of PPA appendices and respond to same (.7). | 3.2 | $2,336.00 |
| Murphy, Alexandra | 4/20/2020 | P500 | P500 | Prepare change order process and form appendices to EAS Contract (1.5); prepare performance assurance and letter of credit form appendices for EAS Contract (1.5); review and finalize certificate forms based on internal feedback (2.0); update safety appendices based on client request (1.0); make final edits to draft of appendices (.2) | 6.2 | $3,596.00 |
| Tsveklova, Irina | 4/21/2020 | P500 | P500 | Review and revise appendices to PPA (.8); correspondence with PG&E regarding same (.2). | 1 | $680.00 |
| McKnight, Alicia M. | 4/21/2020 | P500 | P500 | Analyze email from D. Denniston regarding EAS Contract exhibits and draft email to A. Murphy regarding same (.1); review CPH and D. Denniston comments to EAS Contract (.4); review and revise EAS Contract (1.2); review safety information and email A. Murphy regarding same (.2); analyze correspondence regarding scope of work (.2). | 2.1 | $1,533.00 |
| Murphy, Alexandra | 4/21/2020 | P500 | P500 | Review comments provided by CPH to Electrical and Automation Services Contract (.5); update appendices based on comments from client (1.0); prepare updated version of EAS Contract for transmittal to counterparty (.6). | 2.1 | $1,218.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| McKnight, Alicia M. | 4/22/2020 | P500 | P500 | Attend call with D. Denniston, C. Watkins and D. Howerton regarding EAS Contract. | 0.5 | $365.00 |
| Murphy, Alexandra | 4/23/2020 | P500 | P500 | Prepare redline of latest draft EAS Contract (.4); review technical criteria for performance testing appendix and compare against the PPA and EAS Contract (2.0); review performance test procedures outline appendix (.5); provide comments to the testing appendices (1.9). | 4.8 | $2,784.00 |
| McKnight, Alicia M. | 4/23/2020 | P500 | P500 | Review and respond to email correspondence regarding EAS contract redlines (.3); draft email to I. Tsveklova regarding payment application provisions in PPA (.3); review and respond to email correspondence from A. Murphy regarding performance testing protocols (.5). | 1.1 | $803.00 |
| Murphy, Alexandra | 4/24/2020 | P500 | P500 | Prepare open items list for unresolved issues related to the EAS Contract. | 0.4 | $232.00 |
| McKnight, Alicia M. | 4/24/2020 | P500 | P500 | Review email from D. Denniston regarding CPH comments to EAS Contract and email regarding same (0.5); email A. Murphy regarding EAS Contract open issues (0.2); correspondence with I. Tsveklova regarding DGEMS Agreement status (0.3); review Interconnection Agreement and email D. Denniston regarding same (0.3); call with D. Denniston (0.2); review CPH comments to DGEMS Agreement (0.5). | 2 | $1,460.00 |
| Tsveklova, Irina | 4/25/2020 | P500 | P500 | Review and revise DGEMS Agreement (5.3); draft additional provisions of DGEMS Agreement (3.4). | 8.6 | $5,848.00 |
| McKnight, Alicia M. | 4/25/2020 | P500 | P500 | Review Interconnection Agreement pursuant to email from D. Denniston (.6); analyze liability for dispatch instructions under Interconnection Agreement (.4). | 1 | $730.00 |
| Tsveklova, Irina | 4/26/2020 | P500 | P500 | Review and revise DGEMS Agreement (3.1); draft additional provisions of DGEMS Agreement (1.9); numerous emails regarding revisiosn to DGEMS Agreement (1.3). | 6.3 | $4,284.00 |

| Name | Date | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| McKnight, Alicia M. | 4/26/2020 | P500 | P500 | Review and revise DGEMS Agreement (3.8); provide comments to DGEMS Agreement to I. Tsveklova (.8). | 4.6 | $3,358.00 |
| McKnight, Alicia M. | 4/27/2020 | P500 | P500 | Review WNA markup of EAS Contract (2.1); prepare issues list regarding WNA markup of EAS Contract (2.2); analyze correspondence from I. Tsveklova regarding delay LD provisions in DGEMS Agreement (.4); draft email D. Denniston regarding Wartsila guaranty (.5); review and revise DGEMS Agreement and circulate comments to same (1.8); further review of DGEMS Agreement (.2). | 7.2 | $5,256.00 |
| Murphy, Alexandra | 4/27/2020 | P500 | P500 | Draft issues list for EAS Contract (3.1); review and revise issues list for EAS Contract (1.5). | 4.6 | $2,668.00 |
| Tsveklova, Irina | 4/27/2020 | P500 | P500 | Review and revise DGEMS Agreement (4.8); draft additional provisions of DGEMS Agreement (3.7); numerous emails regarding revisiosn to DGEMS Agreement (.9). | 9.4 | $6,392.00 |
| Murphy, Alexandra | 4/28/2020 | P500 | P500 | Prepare for and attend internal client call to prepare for all-hands call regarding EAS Contract (1.0); attend all-hands call to review EAS Contract issues list (1.5); attend internal call with client to debrief after all-hands call regarding EAS Contract (.3); review and consolidate notes from call for drafting the EAS Contract (.5); draft provisions of EAS Contract related to intellectual property license (1.0); draft provisions of EAS Contract related to new milestone (2.0); review Pillsbury's updated draft of EAS Contract and provide comments to same (1.5); review Pillsbury's draft of summary list of open EAS Contract points and make comments to same (.5); analyze redlines and circulate updated version of the EAS Contract (.1); draft new milestone completion certificate (.3); review email correspondence and create open issues list for theEAS Contract (.4). | 9.1 | $5,278.00 |

| Name | Date | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| Tsveklova, Irina | 4/28/2020 | P500 | P500 | Review and revise letter of concurrence (.2); numerous emails regarding letter of concurrence (.2); review correspondence regarding open issues on EAS Contract and DGEMS Agreement and consider revisions to be made to DGEMS Agreement (1.7). | 2.1 | $1,428.00 |
| McKnight, Alicia M. | 4/28/2020 | P500 | P500 | Attend internal call to discuss WNA markup of EAS Contract (.9); anallyze email from D. Denniston regarding damages during performance testing (.2); trade emails with I. Tsveklova regarding letter of concurrence and updates to DGEMS Agreement (.2); annotate issues list and prepare for call with WNA (.7); attend call with WNA, CPH and PG&E teams regarding DGEMS Agreement (1.4); attend follow-up call with PG&E regarding DGEMS Agreement (.3); review WNA guaranty and provide comments to PG&E team regarding same (1.7); review and revise EAS Contract with WNA and prepare drafting note explanations (5.5). | 10.9 | $7,957.00 |
| Murphy, Alexandra | 4/29/2020 | P500 | P500 | Finalize and send drafts of updated EAS Contract and drafting notes chart (1.0); prepare list of open items based on emails and appendices (.5). | 1.5 | $870.00 |
| Tsveklova, Irina | 4/29/2020 | P500 | P500 | Correspondence re performance test guidelines exhibit and revise the same (0.5); call with Alicia McKnight re DGEMS Agreement revisions (0.5); conference call with Derek Denniston and Alicia McKnight re DGEMS Agreement revisions (0.5); revise DGEMS Agreement (3.3). | 4.8 | $3,264.00 |

Client No: 541675  
Matter No: 0000035  
Jacob R. Sorensen

May 11, 2020  
Invoice No. 8337304  
Page 11

| | | | | | | |
|---|---|---|---|---|---|---|
| McKnight, Alicia M. | 4/29/2020 | P500 | P500 | Review and respond to numerous emails regarding protection of equipment language (.7); review and compile EAS Contract appendix updates and email A. Murphy regarding same (.5); create riders for protection of equipment language (.3); review DGEMS Agreement edits and email I. Tsveklova regarding same (.5); attend call with I. Tsveklova regarding DGEMS Agreement (.5); attend call with D. Denniston and I. Tsveklova regarding DGEMS Agreement (.5); revise DGEMS Agreement (1.0); draft LOI and LNTP letter agreements to extend Date Certain (1.3); draft email to D. Denniston regarding FERC letter confirmation (.3); update LOI and LNTP letter agreements (.3); review and respond to emails with I. Tsveklova regarding status of DGEMS Agreement turn (.4); attend call with D. Denniston regarding nLOI and LNTP letter agreements (.2); update DGEMS Agreement (1.2). | 7.7 | $5,621.00 |
| Tsveklova, Irina | 4/30/2020 | P500 | P500 | Revise appendices to DGEMS Agreement (2.8); numerous emails regarding DGEMS Agreement and EAS Contract (.5); review PG&E comments to DGEMS Agreement and EAS Contract (.5). | 4 | $2,720.00 |
| McKnight, Alicia M. | 4/30/2020 | P500 | P500 | Review and respond to email correspondence from A. Murphy regarding execution of LOI and LNTP extension letters (.2); review DGEMS Agreement and drafting notes and provide markup of same (2.9); attend call with D. Denniston regarding LOI and LNTP extension letters (.4). | 3.5 | $2,555.00 |
| Murphy, Alexandra | 4/30/2020 | P500 | P500 | Circulate EAS Contract for signature via docusign (.1); compile final letter of intent and LNTP extension documents (.4) | 0.5 | $290.00 |

Total Hours: 258.90  
**Total Fees:** **$174,882.00**

**Pillsbury Winthrop Shaw Pittman LLP**

Case: 19-30088    Doc# 8906-3    Filed: 08/29/20    Entered: 08/29/20 13:28:59    Page 15 of 17

**Timekeeper Summary**

| Timekeeper | Hours | Rate | Value Billed |
|---|---|---|---|
| A. M. McKnight | 98.0 | $ 730.00 | $ 71,540.00 |
| A. Murphy | 60.7 | $ 580.00 | $ 35,206.00 |
| I. Tsveklova | 100.2 | $ 580.00 | $ 68,136.00 |
| **Total:** | **258.90** | | **$174,882.00** |

　　　　　　　　　　　　　　　　　　　　**Total Due For Matter 0000035:**　　**$174,882.00**



Tax ID No. 94-1311126

Jason Hannigan  
Pacific Gas & Electric Company  
Law Dept.  
77 Beale Street, B30A  
San Francisco, CA  94105

May 11, 2020  
Invoice No. 8337304  
Client No. 541675  
Matter No. 0000035  
Jacob R. Sorensen  
(415) 983-1000

# Remittance Advice
Enclose this Remittance Advice for Proper Credit

| Matter Number | Services | Disbursements | Balance Due |
|---|---|---|---|
| 0000035 | $ 174,882.00 | $ 0.00 | $ 174,882.00 |
| **Total This Invoice:** | **$ 174,882.00** | **$ 0.00** | **$ 174,882.00** |

*Payable in U.S. Dollars upon receipt.*

Payment Options:

**For payment by mail, remit to:** Pillsbury Winthrop Shaw Pittman LLP, P.O. Box 742262, Los Angeles, CA 90074-2262

**For Wire Transfer** and **SWIFT Payments send to:** Bank of America, ABA # 026009593 (S.W.I.F.T. Code BOFAUS3N ), for credit to Pillsbury Winthrop Shaw Pittman LLP, Acct # 14993-05201.

**For ACH Payments, send to:** Bank of America, ABA # 121000358, Acct # 14993-05201.

Please include our client, matter and invoice number for proper credit.

[Additional remittance information may also be forwarded to accountsreceivable@pillsburylaw.com]