Joshua D. Morse (SBN 211050)
Lee Brand (SBN 287110)
PILLSBURY WINTHROP SHAW PITTMAN LLP
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 983-1000
Facsimile: (415) 983-1200
Email: joshua.morse@pillsburylaw.com
        lee.brand@pillsburylaw.com

*Special Counsel to Debtors
and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11 (Lead Case) (Jointly Administered)<br><br>**MONTHLY FEE STATEMENT OF PILLSBURY WINTHROP SHAW PITTMAN LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FROM MAY 1, 2020 THROUGH MAY 31, 2020**<br><br>Objection Deadline: September 21, 2020<br>    4:00 p.m. (PDT)<br><br>[No Hearing Requested] |

| To: The Notice Parties | |
|---|---|
| Name of Applicant: | Pillsbury Winthrop Shaw Pittman LLP |
| Authorized to Provide Professional Services to: | Special Counsel for Debtors and Debtors in Possession |
| Date of Retention: | August 24, 2020 *nunc pro tunc* to January 29, 2019 |
| Period for which compensation and reimbursement are sought: | May 1, 2020 through May 31, 2020 |
| Amount of compensation sought as actual, reasonable, and necessary: | $87,202.88 (80% of $109,003.60) |
| Amount of expenses sought as actual, reasonable, and necessary: | $0.00 |

Pillsbury Winthrop Shaw Pittman LLP ("**Pillsbury**" or the "**Applicant**"), special counsel to PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and debtors in possession (collectively, "**PG&E**" or the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), hereby submits its Monthly Fee Statement (the "**Monthly Fee Statement**") for allowance and payment of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred for the period commencing May 1, 2020 through May 31, 2020 (the "**Fee Period**") pursuant to *the Order Pursuant to 11 U.S.C. §§ 331 and 105(a) and Fed. R. Bankr. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals dated February 27, 2019* [Docket No. 701] (the "**Interim Compensation Procedures Order**").

By this Monthly Fee Statement, Pillsbury requests allowance and payment of $87,202.88 (80% of $109,003.60) as compensation for professional services rendered to the Debtors during the Fee Period.

Annexed as **Exhibit A** is the name of each professional who performed services for the Debtors in connection with these Chapter 11 Cases during the Fee Period covered by this Fee Statement and the hourly rate and total fees for each professional. Attached as **Exhibit B** is a summary of hours during the Fee Period by task. Attached as **Exhibit C** are the detailed time entries for the Fee Period.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Interim Compensation Procedures Order, responses or objections to this Monthly Fee Statement, if any, must be filed and served

2

4826-3359-4313

on or before 4:00 p.m. (Pacific Time) on the 21st day (or the next business day if such day is not a business day) following the date the Monthly Fee Statement is served (the "**Objection Deadline**") with this Court.

PLEASE TAKE FURTHER NOTICE that upon the expiration of the Objection Deadline, the Applicant shall file a certificate of no objection with the Court, after which the Debtors are authorized and directed to pay the Applicant an amount equal to 80% of the fees and 100% of the expenses requested in this Monthly Fee Statement. If an objection is properly filed, the Debtors shall be authorized and directed to pay the Applicant 80% of the fees and 100% of the expenses not subject to an objection.

Dated: August 29, 2020

Respectfully submitted,

PILLSBURY WINTHROP SHAW PITTMAN LLP

By: _/s/ Joshua D. Morse_

Joshua D. Morse

*Special Counsel to Debtors
and Reorganized Debtors*

4826-3359-4313

1

## NOTICE PARTIES

2

PG&E Corporation
c/o Pacific Gas & Electric Company
Attn:   Janet Loduca, Esq.
77 Beal Street
San Francisco, CA 94105

3

4

Bruce A. Markell
Fee Examiner
541 N. Fairbanks Ct., Ste 2200
Chicago, IL 60611-3710

5

Scott H. McNutt
324 Warren Road
San Mateo, California 94402

Keller & Benvenutti LLP
Attn:   Tobias S. Keller, Esq.
        Jane Kim, Esq.
650 California Street, Suite 1900
San Francisco, CA 94108

6

7

8

9

Weil, Gotshal & Manges LLP
Attn:   Stephen Karotkin, Esq.
        Jessica Liou, Esq.
        Matthew Goren, Esq.
767 Fifth Avenue
New York, NY 10153

10

11

12

13

The Office of the United States Trustee for Region 17
Attn:   Andrew Vara, Esq.
        Timothy Laffredi, Esq.
450 Golden Gate Avenue, 5th Floor, Suite #05-0153
San Francisco, CA 94102

14

15

16

Milbank LLP
Attn:   Dennis F. Dunne, Esq.
        Sam A. Khalil, Esq.
55 Hudson Yards
New York, NY 10001-2163

17

18

19

20

Milbank LLP
Attn:   Paul S. Aronzon, Esq.
        Gregory A. Bray, Esq.
        Thomas R. Kreller, Esq.
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067

21

22

23

24

Baker & Hostetler LLP
Attn:   Eric Sagerman, Esq.,
        Cecily Dumas, Esq.
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509

25

26

27

28