# EXHIBIT A

## COMPENSATION BY PROFESSIONAL
## MAY 1, 2020 THROUGH MAY 31, 2020

The attorneys and paraprofessionals who rendered professional services in connection with these Chapter 11 Cases during the Fee Period are:

| Name of Professional Person | Department | Year Admitted | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| **Partners** | | | | | |
| Noa L. Clark | Real Estate | 2007 | $752.00 | 4.5 | $3,384.00 |
| Rachel B. Horsch | Real Estate | 1999 | $828.00 | 44.5 | $36,846.00 |
| David R. Lewis | Energy | 1985 | $948.00 | 6.0 | 5,688.00 |
| Michael S. McDonough | Environmental | 1997 | $820.00 | 5.5 | $4,510.00 |
| Alicia M. McKnight | Finance | 2010 | $730.00 | 31.2 | $22,776.00 |
| **Counsel/Of Counsel/Special Counsel** | | | | | |
| Josh D. Morton | Real Estate | 2004 | $664.00 | 5.5 | $3,652.00 |
| **Associates** | | | | | |
| Robert G. Howard | Real Estate | 2014 | $632.00 | 14.6 | $9,227.20 |
| Alexandra Murphy | Finance | 2016 | $580.00 | 18.5 | $10,730.00 |
| Irina Tsveklova | Finance | 2017 | $680.00 | 11.7 | $7,956.00 |
| Alexander P. Walker | Real Estate | 2018 | $536.00 | 7.9 | $4,234.40 |
| **Paralegals and Non-Legal Staff** | | | | | |
| **Total Hours and Fees Incurred/Requested** | | | | 149.9 | $109,003.60 |

4826-3359-4313

| Professionals | Blended Rate (rounded to nearest $) | Total Hours Billed | Total Compensation |
|---|---|---|---|
| Partners | $816.00 | 91.7 | $73,204.00 |
| Counsel / Of Counsel / Special Counsel | $664.00 | 5.5 | $3,652.00 |
| Associates | $607.00 | 52.7 | $32,147.60 |
| Blended Attorney Rate | $717.00 | | |
| **Total Fees Incurred/Requested** | | | $109,003.60 |