# EXHIBIT B

**COMPENSATION BY WORK TASK CODE
FOR SERVICES RENDERED BY PILLSBURY WINTHROP SHAW PITTMAN LLP
MAY 1, 2020 THROUGH MAY 31, 2020**

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| C300 | Analysis and Advice | 3.0 | $2,460.00 |
| L120 | Analysis/Strategy | 6.0 | $5,688.00 |
| P240 | Real and Personal Property | 76.5 | $57,343.60 |
| P300 | Structure/Strategy/Analysis | 2.5 | $2,050.00 |
| P500 | Negotiation/Revision/Responses | 59.9 | $40,367.00 |
| **Total Hours and Fees/Requested** | | 149.9 | $109,003.60 |