# <u>EXHIBIT C</u>

**DETAILED TIME ENTRIES**
**MAY 1, 2020 THROUGH MAY 31, 2020**

4826-3359-4313



Tax ID No. 94-1311126

Wendy Coleman
Pacific Gas & Electric Company
77 Beale Street, Level 31
San Francisco, CA

June 8, 2020
Invoice No. 8342863
Client No. 541675
Matter No. 0000036
Jacob R. Sorensen
(415) 983-1000

---

**For Professional Services Rendered and Disbursements Incurred through May 31, 2020**

| Matter Name | Services | Disbursements | Balance Due |
|---|---|---|---|
| Oakland Office Project<br>2007765 | $ 57,343.60 | $ 0.00 | $ 57,343.60 |
| **Total This Invoice:** | **$ 57,343.60** | **$ 0.00** | **$ 57,343.60** |

*Current charges only.  Time and disbursements not yet recorded will be included in future invoices.*

**Pillsbury Winthrop Shaw Pittman LLP**
**Four Embarcadero Center, 22nd Floor - San Francisco, CA - 94111**
***Due Upon Receipt***
**Remittance Address**
**P.O. Box 742262 . Los Angeles, CA 90074-2262**

Client No: 541675
Matter No: 0000036
Jacob R. Sorensen

June 8, 2020
Invoice No. 8342863
Page 2

**Oakland Office Project**
2007765

For Professional Services Rendered and Disbursements Incurred Through May 31, 2020

| Timekeeper | Date | Phase | Task | Service | Hours | Amount |
|---|---|---|---|---|---|---|
| Howard, Robert G. | 5/4/2020 | P200 | P240 | Review Office Lease (.6); review xcerpt Letter of Credit terms of Office Lease (.3). | 0.9 | $568.80 |
| Horsch, Rachel B. | 5/4/2020 | P200 | P240 | Review revised declaration and prepare summary of LC provisions. | 0.5 | $414.00 |
| Horsch, Rachel B. | 5/5/2020 | P200 | P240 | Attend call with internal team regarding motion and declarations and M. Welch research. | 0.5 | $414.00 |
| Horsch, Rachel B. | 5/7/2020 | P200 | P240 | Analyze and coordinate next steps on transaction. | 0.2 | $165.60 |
| Horsch, Rachel B. | 5/13/2020 | P200 | P240 | Review and comment on motion for Bankruptcy Court approval of lease transaction and supporting declarations. | 0.5 | $414.00 |
| Howard, Robert G. | 5/13/2020 | P200 | P240 | Review agreement to lease and all exhibits thereto to identify any outstanding items and develop a game plan for finalization thereof. | 0.6 | $379.20 |
| Horsch, Rachel B. | 5/15/2020 | P200 | P240 | Review and comment on motion for Bankruptcy Court approval of lease transaction and supporting declarations. | 2.8 | $2,318.40 |
| Horsch, Rachel B. | 5/19/2020 | P200 | P240 | Numerous calls and emails regading finalization of agreement to lease, process for approval of same, and filing of motion for approval thereof. | 2 | $1,656.00 |
| Horsch, Rachel B. | 5/20/2020 | P200 | P240 | Numerous calls and emails regading finalization of agreement to lease, process for approval of same, filing of motion for approval thereof and confirmation of process of approval by the Board of Directors. | 2.5 | $2,070.00 |
| Howard, Robert G. | 5/20/2020 | P200 | P240 | Review transaction documents for open items and variable terms. | 1.5 | $948.00 |
| Horsch, Rachel B. | 5/21/2020 | P200 | P240 | Coordinate identification of open issures regarding agreement to lease, LOC and evolution of transaction slide. | 2.5 | $2,070.00 |

Client No: 541675
Matter No: 0000036
Jacob R. Sorensen

June 8, 2020
Invoice No. 8342863
Page 3

| Horsch, Rachel B. | 5/22/2020 | P200 | P240 | Review and revise agreement to lease (and all exhibits) for execution upon board approval (2.9); preparae materials for Board approval (1.1). | 4 | $3,312.00 |
| Howard, Robert G. | 5/22/2020 | P200 | P240 | Review and revise agreement to lease (and all exhibits) for execution upon board approval. | 2.3 | $1,453.60 |
| Horsch, Rachel B. | 5/23/2020 | P200 | P240 | Review and revise agreement to lease (and all exhibits) for execution upon board approval (1.8); review and revise materials for Board approval (.7). | 2.5 | $2,070.00 |
| Horsch, Rachel B. | 5/24/2020 | P200 | P240 | Review and revise agreement to lease (and all exhibits) and materials for Board approval. | 1 | $828.00 |
| Horsch, Rachel B. | 5/25/2020 | P200 | P240 | Review and revise agreement to lease (and all exhibits) for execution upon board approval (3.6); update materials for Board approval (1.4). | 5 | $4,140.00 |
| Walker, Alexander P. | 5/26/2020 | P200 | P240 | Confirm receipt of updated lease agreement. | 0.1 | $53.60 |
| Howard, Robert G. | 5/26/2020 | P200 | P240 | Review and revise office Lease to address letters of credit issues (2.6); review and revise office lease to address various timing issues (2.2); telephone conference with R. Horsch regarding lease revisions (.4). | 5.2 | $3,286.40 |
| Clark, Noa L. | 5/26/2020 | P200 | P240 | Discuss revisions to office lease with PG&E team and responses to finalize the same. | 1 | $752.00 |
| Clark, Noa L. | 5/26/2020 | P200 | P240 | Review and comment on revised Office Lease circulated by TMG. | 1.5 | $1,128.00 |
| Horsch, Rachel B. | 5/26/2020 | P200 | P240 | Finalize agreement to lease (and all exhibits) for execution upon board approval. | 3.5 | $2,898.00 |
| Walker, Alexander P. | 5/27/2020 | P200 | P240 | Review and revise office lease (1.2); review and revise purchase agreement (1.8); review and revise abstract of lease (1.1); assemble excerpts of transaction documents regarding letters of credit (.8). | 4.9 | $2,626.40 |

Client No: 541675
Matter No: 0000036
Jacob R. Sorensen

June 8, 2020
Invoice No. 8342863
Page 4

| Horsch, Rachel B. | 5/27/2020 | P200 | P240 | Analyze and make final changes to agreement to lease (3.4); review and revise exhibits to agreement to lease (3.1). | 6.5 | $5,382.00 |
|---|---|---|---|---|---|---|
| Clark, Noa L. | 5/27/2020 | P200 | P240 | Review revisions to Lease and revise lease provisions regarding LOC. | 0.5 | $376.00 |
| Clark, Noa L. | 5/27/2020 | P200 | P240 | Review Weil comments to office lease and incorporate same into current version of office lease. | 0.5 | $376.00 |
| Clark, Noa L. | 5/27/2020 | P200 | P240 | Numerous emails regarding revisions to lease. | 0.5 | $376.00 |
| Morton, Josh D. | 5/27/2020 | P200 | P240 | Email correspondence with R. Horsch regarding review of TMG's revised draft Exhibit N (Landlord's Certificate) (.4); perform detailed review of TMG's revised draft Exhibit N (2.6); draft email memorandum to R. Horsch regarding comments to revised Exhibit N, including proposed revisions to Exhibit B (List of Leases) and Exhibit C (Disclosure Items) and additional recent leasing and other real estate due diligence items for client's attention (2.5). | 5.5 | $3,652.00 |
| Howard, Robert G. | 5/27/2020 | P200 | P240 | Review and revise office lease and certain exhibits thereto. | 1.9 | $1,200.80 |
| Walker, Alexander P. | 5/28/2020 | P200 | P240 | Review and revise work letters and revised lease agreement (1.9); review and revise abstract of lease and summary of transaction (1.0). | 2.9 | $1,554.40 |
| Clark, Noa L. | 5/28/2020 | P200 | P240 | Review and revise lease and address comments to the Work Letters (.4); review and respond to emails regarding same. | 0.5 | $376.00 |
| Horsch, Rachel B. | 5/28/2020 | P200 | P240 | Prepare for meeting of Real Estate Committee of Board (2.7); attend meeting of Real Estate Committee of Board (2.5); follow up with clients from meeting of the Real Estate Committee of the Board regarding approval of lease transaction (1.3). | 6.5 | $5,382.00 |
| Howard, Robert G. | 5/28/2020 | P200 | P240 | Review and revise office lease. | 0.9 | $568.80 |
| Horsch, Rachel B. | 5/29/2020 | P200 | P240 | Review and revise final agreement to lease for execution. | 3 | $2,484.00 |

Client No: 541675
Matter No: 0000036
Jacob R. Sorensen

June 8, 2020
Invoice No. 8342863
Page 5

| Howard, Robert G. | 5/29/2020 | P200 | P240 | Review and revise office lease (.8); review and revise lease abstract and summary (.5). | 1.3 | $821.60 |
| Horsch, Rachel B. | 5/30/2020 | P200 | P240 | Review and respond to requests to add disclosures to the confidential information and prepare abstracts of the final lease documents for internal use and coordinate delivery of final executed documents. | 0.5 | $414.00 |
| Horsch, Rachel B. | 5/31/2020 | P200 | P240 | Review and respond further to requests to add disclosures to the confidential information and prepare abstracts of the final lease documents for internal use and coordinate delivery of final executed documents. | 0.5 | $414.00 |

|  | Total Hours: | 77.0 |
|  | **Total Fees:** | **$57,343.60** |

**Timekeeper Summary**

| Timekeeper | Hours | Rate | Value Billed |
|---|---|---|---|
| N. L. Clark | 4.5 | $ 752.00 | $ 3,384.00 |
| R. B. Horsch | 44.5 | $ 828.00 | $ 36,846.00 |
| R. G. Howard | 14.6 | $ 632.00 | $ 9,227.20 |
| J. D. Morton | 5.5 | $ 664.00 | $ 3,652.00 |
| A. P. Walker | 7.9 | $ 536.00 | $ 4,234.40 |
| **Total:** | **77.0** |  | **$57,343.60** |

**Total Due For Matter 0000036:**      **$57,343.60**





Tax ID No. 94-1311126

Wendy Coleman
Pacific Gas & Electric Company
77 Beale Street, Level 31
San Francisco, CA

June 8, 2020
Invoice No. 8342863
Client No. 541675
Matter No. 0000036
Jacob R. Sorensen
(415) 983-1000

---

# Remittance Advice
Enclose this Remittance Advice for Proper Credit

| Matter Number | Services | Disbursements | Balance Due |
|---|---|---|---|
| 0000036 | $ 57,343.60 | $ 0.00 | $ 57,343.60 |
| **Total This Invoice:** | **$ 57,343.60** | **$ 0.00** | **$ 57,343.60** |

*Payable in U.S. Dollars upon receipt.*

Payment Options:
**For payment by mail, remit to:** Pillsbury Winthrop Shaw Pittman LLP, P.O. Box 742262, Los Angeles,  CA 90074-2262

**For Wire Transfer** and **SWIFT Payments send to:** Bank of America, ABA # 026009593 (S.W.I.F.T. Code BOFAUS3N ), for credit to Pillsbury Winthrop Shaw Pittman LLP, Acct # 14993-05201.
**For ACH Payments, send to:** Bank of America, ABA # 121000358, Acct # 14993-05201.
Please include our client, matter and invoice number for proper credit.
[Additional remittance information may also be forwarded to accountsreceivable@pillsburylaw.com]



Tax ID No. 94-1311126

Jason Hannigan
Pacific Gas & Electric Company
Law Dept.
77 Beale Street, B30A
San Francisco, CA 94105

June 9, 2020
Invoice No. 8343144
Client No. 541675
Matter No. 0000035
Jacob R. Sorensen
(415) 983-1000

**For Professional Services Rendered and Disbursements Incurred through May 31, 2020**

| Matter Name | Services | Disbursements | Balance Due |
|---|---|---|---|
| Assistance with establishment of microgrids and related energy procurement issues 2007772 | $ 41,462.00 | $ 0.00 | $ 41,462.00 |
| **Total This Invoice:** | **$ 41,462.00** | **$ 0.00** | **$ 41,462.00** |

*Current charges only. Time and disbursements not yet recorded will be included in future invoices.*

**Pillsbury Winthrop Shaw Pittman LLP**
**Four Embarcadero Center, 22nd Floor · San Francisco, CA · 94111**
***Due Upon Receipt***
**Remittance Address**
**P.O. Box 742262 . Los Angeles, CA 90074-2262**

Client No: 541675
Matter No: 0000035
Jacob R. Sorensen

June 9, 2020
Invoice No. 8343144
Page 2

**Assistance with establishment of microgrids and related energy procurement issues**
2007772

For Professional Services Rendered and Disbursements Incurred Through May 31, 2020

| Timekeeper | Date | Phase | Task | Service | Hours | Amount |
|---|---|---|---|---|---|---|
| Murphy, Alexandra | 5/1/2020 | P500 | P500 | Review and revise EAS Contract Monthly Progress Report. | 3.7 | $2,146.00 |
| McKnight, Alicia M. | 5/1/2020 | P500 | P500 | Review and respond to email from D. Denniston regarding monthly progress report (.1); review and respond to emails to A. Murphy and D. Denniston regarding monthly progress report (.1); attend call with D. Denniston regarding monthly progress report (.2); prepare for call with WNA and CPH (.4); review and respond to email from D. Denniston regarding FERC Tariff question (.1); attend call with WNA and CPH teams (.7); attend follow up call with D. Denniston, D. Howerton, and A. Murphy regarding FERC Tariff question (.5); review and respond to email from D. Denniston regarding ISN safety requirements (.2); attend call with D. Denniston regarding ISN safety requirements (.1); review and revise EAS Contract and send to D. Denniston (1.6); review monthly progress report and send comments on same to A. Murphy (1.0); review and revise EAS contract and send to D. Denniston (.6); attend call with D. Denniston regarding revised EAS Contract (0.3); circulate revised EAS Contract to client team (.2); review CPH comments to DGEMS Agreement and email I. Tsveklova regarding same (.6); review and revise DGEMS Agreement and send to D. Denniston (1.4); update and circulate the DGEMS Agreement (.8). | 8.3 | $6,059.00 |
| Murphy, Alexandra | 5/2/2020 | P500 | P500 | Draft status chart for EAS Contract Appendices (2.5); prepare and send redlines of EAS Contract Appendices (.3); update and circulate monthly progress report appendix (.3); update technical specifications appendix (.2). | 3.3 | $1,914.00 |

Client No:  541675
Matter No:  0000035
Jacob R.  Sorensen

June 9, 2020
Invoice No. 8343144
Page 3

| McKnight, Alicia M. | 5/2/2020 | P500 | P500 | Attend call with D. Denniston regarding EAS AGreement (.3); review monthly progress report and provide comments on same (.2); review chart regarding status of EAS appendices and trade emails with A. Murphy regarding same (.5); review and respond to correspondence with A. Murphy regarding tatus of EAS appendices (.3); review CPH comments to DGEMS Agreement and create markup of same (1.0); review WNA comments to EAS Agreement and related drafting notes (.6); prepare markup of EAS Agreement and email D. Denniston regarding same (.4); attend call with D. Denniston regarding markup of EAS Agreement (.1); circulate markups of EAS Agreement (.3); correspondence with A. Murphy regarding performance testing specifications (.3). | 4 | $2,920.00 |
| Tsveklova, Irina | 5/2/2020 | P500 | P500 | Review and revise DGEMS Agreement Appendices (1.1); correspondence regarding DGEMS Agreement Appendices (.2). | 1.3 | $884.00 |

Client No: 541675
Matter No: 0000035
Jacob R. Sorensen

June 9, 2020
Invoice No. 8343144
Page 4

| McKnight, Alicia M. | 5/4/2020 | P500 | P500 | Attend call with A. Murphy regarding performance testingprotocols (.2); review performance testing protocols and provide comments on same to A. Murphy (1.0); review Wartsila parent guarantee and provide comments on same to D. Denniston (.3); review and respond to emails regarding Wartsila parent guarantee (.2); review safety attestation and provide comments on same to I. Tsveklova (.3); attend calls with D. Denniston regarding Wartsila parent guarantee (.3); prepare markup of Wartsila parent guarantee and send to G. Rivero and A. Phillips (.8); attend call with I. Tsveklova ding Wartsila parent guarantee (.5); draft email to D. Denniston regarding safety appendices in DGEMS Agreement (.3); review lost revenues rider and provide markup to D. Denniston of same (.6); review performance test updates for synchronization test and provide comments to A. Murphy (.2); review revised version of lost revenue rider and provide comments to D. Denniston (.6); review DGEMS Agreement appendices and provide comments on same to I. Tsveklova (.4); review and respond to email from D. Denniston regarding DGEMS Appendices and email regarding same (.2); review LC and provide comments on same to I.Tsveklova (.2); draft explanatory notes for safety attestation appendices and send to I. Tsveklova (.2). | 6.3 | $4,599.00 |
|---|---|---|---|---|---|---|
| Tsveklova, Irina | 5/4/2020 | P500 | P500 | Review and revise appendices to DGEMS Agreement (2.3); review and revise DGEMS Agreement (2.0); attend call with A. McKnight regarding safety appendices to DGEMS Agreement (.2); review and respond to email correspondences regarding appendices to DGEMS Agreement (.5); review and respond to email correspondences regarding open items on EPC and DGEMS Agreement (.7). | 5.7 | $3,876.00 |

Client No: 541675
June 9, 2020
Matter No: 0000035
Invoice No. 8343144
Jacob R. Sorensen
Page 5

| | | | | | | |
|---|---|---|---|---|---|---|
| Murphy, Alexandra | 5/4/2020 | P500 | P500 | Prepare performance test appendix for the EAS Contract (2.7); prepare performance test appendix for the DGEMS Agreement (.6); review and revise draft test appendices based on internal comments (.5); run redlines and circulate updated draft appendices (.2); draft additional language for third performance test to EAS Contract appendix (.7); run redlines and circulate updated performance test to EAS Contract appendix (.2). | 4.9 | $2,842.00 |
| Murphy, Alexandra | 5/5/2020 | P500 | P500 | Prepare execution version of the EAS Contract (.2); compile final versions of appendices to EAS Contract (1.5); prepare open items list for EAS Contract (.3). | 2 | $1,160.00 |
| McKnight, Alicia M. | 5/5/2020 | P500 | P500 | Attention to emails from D. Denniston regarding DGEMS Agreement Appendices (.2); prepare rider to respond to CPH concerns regarding GHG emissions and analysis of correspondence regarding same (1.0); review and revise lost revenue rider and build in additional clauses with respect to invoicing and respond to numerous email correspondences regarding same (1.5); attend call with D. Denniston and update lost revenue rider accordingly (.3); review and respond to correspondence regarding GHG emissions rider and lost revenue rider and finalization of documents (.6); review execution version of EAS Contract and provide comments on same to A. Murphy (.3); review execution version of DGEMS Agreement and provide comments on same to I. Tsveklova (.4); review and respond to correspondence regarding execution versions and remaining open items (.4). | 4.7 | $3,431.00 |
| Tsveklova, Irina | 5/5/2020 | P500 | P500 | Review and respond to emails regarding appendices and other DGEMS Agreement open items (.1); review and revise DGEMS Agreement and appendices to same (2.9); create list of open items for DGEMS Agreement (.4). | 3.4 | $2,312.00 |
| Tsveklova, Irina | 5/6/2020 | P500 | P500 | Create execution version of DGEMS Agreement (0.8); email correspondence regarding execution version of DGEMS Agreement (.2). | 1 | $680.00 |

Client No: 541675
Matter No: 0000035
Jacob R. Sorensen

June 9, 2020
Invoice No. 8343144
Page 6

| McKnight, Alicia M. | 5/6/2020 | P500 | P500 | Attend calls with D. Denniston regarding DGEMS Agreement (.3); attend calls with A. Murphy regarding DGEMS Agreement (.2); trade emails with A. Murphy and I. Tsveklova regarding timing of pushing out drafts of DGEMS Agreement (.1); review CHP comments to DGEMS Agreement and email D. Denniston regarding same (.1); review execution version of EAS Contract and email A. Murphy regarding same (.4); revise execution version of EAS Contract and circulate same to all parties (.5); attend call with I. Tsveklova regarding EAS Contract (.1); draft email to D. Denniston regarding DGEMS Agreement (.1); review and respond to closing related correspondence (.3). | 2.1 | $1,533.00 |
| Murphy, Alexandra | 5/6/2020 | P500 | P500 | Prepare final word version of EAS Contract (.8); prepare final PDF version of EAS Contract (.6); prepare EAS Contract documents for docusign (.4); send EAS Contract docusign instruction emails (.4); send EAS Contract docusigns (.2). | 2.4 | $1,392.00 |
| McKnight, Alicia M. | 5/7/2020 | P500 | P500 | Update DGEMS Agreement and circulate same (.5); draft email to A. Murphy regarding DocuSign issues (.2); numerous emails regarding closing related issues (.6); attend call with D. Denniston regarding closing issues (.2); review summary materials and provide comments on same to D. Denniston (.5). | 2 | $1,460.00 |
| Murphy, Alexandra | 5/7/2020 | P500 | P500 | Make final changes to DGEMS Agreement (.5); circulate updated docusigns for DGEMS Agreement (.4); monitor execution of docusigns for DGEMS Agreement (.7). | 1.6 | $928.00 |
| Murphy, Alexandra | 5/11/2020 | P500 | P500 | Review EAS Contract for parent guaranty provision (.1); email client about parent guaranty obligation in EAS Contract (.1). | 0.2 | $116.00 |
| McKnight, Alicia M. | 5/12/2020 | P500 | P500 | Review and respond to email from D. Denniston regarding electronic signature of Wartsila guaranty (.4); review and respond to further email from D. Denniston regarding additional representation (.1). | 0.5 | $365.00 |
| McKnight, Alicia M. | 5/13/2020 | P500 | P500 | Attend call with D. Denniston regarding Wartsila guaranty. | 0.2 | $146.00 |

Client No: 541675
Matter No: 0000035
Jacob R. Sorensen

June 9, 2020
Invoice No. 8343144
Page 7

| McKnight, Alicia M. | 5/14/2020 | P500 | P500 | Review Wartsila PCG and emails with D. Denniston regarding same (.5); prepare summary of key protections for Project under EAS Contract and Wartsila PCG and send to D. Denniston (1.1). | 1.6 | $1,168.00 |
| Murphy, Alexandra | 5/18/2020 | P500 | P500 | Prepare zip file with final word version of the EAS Contract and any PDF or Excel files attached. | 0.4 | $232.00 |
| McKnight, Alicia M. | 5/18/2020 | P600 | P600 | Emails with A. Murphy regarding Wartsila guarantee and Phase 2 work (.1); email A. Murphy and I. Tsveklova regarding distribution of execution version of EAS Contract and DGEMS Agreement (.1). | 0.2 | $146.00 |
| Tsveklova, Irina | 5/19/2020 | P500 | P500 | Review and respond to email correspondences regarding execution version of DGEMS Agreement and appendices. | 0.3 | $204.00 |
| McKnight, Alicia M. | 5/20/2020 | P600 | P600 | Draft email to D. Denniston regarding extending the Phase 2 date in the DGEMS Agreement. | 0.3 | $219.00 |
| McKnight, Alicia M. | 5/21/2020 | P600 | P600 | Review and respond to email from D. Denniston regarding allocation of costs for performance testing under the EAS Contract and the DGEMS Agreement. | 0.6 | $438.00 |
| McKnight, Alicia M. | 5/26/2020 | P600 | P600 | Review and respond to email from D. Denniston regarding approvals for Phase 2 (.3); attend call with D. Denniston regarding same (.1). | 0.4 | $292.00 |

|  | Total Hours: | 61.4 |
| --- | --- | --- |
|  | **Total Fees:** | **$41,462.00** |

Client No:  541675
Matter No:  0000035
Jacob R.  Sorensen

June 9, 2020
Invoice No. 8343144
Page 8

**Timekeeper Summary**

| Timekeeper | Hours | Rate | Value Billed |
|---|---|---|---|
| A. M. McKnight | 31.2 | $ 730.00 | $22,776.00 |
| A. Murphy | 18.5 | $ 580.00 | $10,730.00 |
| I. Tsveklova | 11.7 | $ 680.00 | $ 7,956.00 |
| **Total:** | **61.4** | | **$41,462.00** |

**Total Due For Matter 0000035:**          **$41,462.00**



Tax ID No. 94-1311126

| | |
|---|---|
| Jason Hannigan | June 9, 2020 |
| Pacific Gas & Electric Company | Invoice No. 8343144 |
| Law Dept. | Client No. 541675 |
| 77 Beale Street, B30A | Matter No. 0000035 |
| San Francisco, CA  94105 | Jacob R. Sorensen |
| | (415) 983-1000 |

# Remittance Advice
#### Enclose this Remittance Advice for Proper Credit

| Matter Number | Services | Disbursements | Balance Due |
|---|---|---|---|
| 0000035 | $ 41,462.00 | $ 0.00 | $ 41,462.00 |
| **Total This Invoice:** | **$ 41,462.00** | **$ 0.00** | **$ 41,462.00** |

*Payable in U.S. Dollars upon receipt.*

Payment Options:
**For payment by mail, remit to:** Pillsbury Winthrop Shaw Pittman LLP, P.O. Box 742262, Los Angeles,  CA 90074-2262

**For Wire Transfer** and **SWIFT Payments send to:** Bank of America, ABA # 026009593 (S.W.I.F.T. Code BOFAUS3N ), for credit to Pillsbury Winthrop Shaw Pittman LLP, Acct # 14993-05201.
**For ACH Payments, send to:** Bank of America, ABA # 121000358, Acct # 14993-05201.
Please include our client, matter and invoice number for proper credit.
[Additional remittance information may also be forwarded to accountsreceivable@pillsburylaw.com]



Tax ID No. 94-1311126

Pacific Gas & Electric Co.                                    June 10, 2020
P.O. Box 7133                                        Invoice No. 8343347
San Francisco, CA  94120                                Client No. 068767
                                                    Matter No. 0000013
                                                Michael S. McDonough
                                                     (213) 488-7100

---

**For Professional Services Rendered and Disbursements Incurred through May 31, 2020**

| Matter Name | Services | Disbursements | Balance Due |
|---|---|---|---|
| Air Quality Compliance<br>1706959 | $ 4,510.00 | $ 0.00 | $ 4,510.00 |
| **Total This Invoice:** | **$ 4,510.00** | **$ 0.00** | **$ 4,510.00** |

*Current charges only.  Time and disbursements not yet recorded will be included in future invoices.*

Case: 19-30088    Doc# 8907-3    Filed: 08/29/20    Entered: 08/29/20 13:33:44    Page 17 of 22

Client No: 068767
Matter No: 0000013
Michael S. McDonough

June 10, 2020
Invoice No. 8343347
Page 2

**Air Quality Compliance**
1706959

For Professional Services Rendered and Disbursements Incurred Through May 31, 2020

| Timekeeper | Date | Phase | Task | Service | Hours | Amount |
|---|---|---|---|---|---|---|
| McDonough, Michael S. | 5/8/2020 | P300 | P300 | Review email from PG&E client team regarding potential application of new SF6 regulations to Egbert Switching Station Project; review CARB's latest proposed SF6 regulations from August 2019; draft email memo to D. Kraska regarding content of proposed regulations, potential impact on switching station project, and possible future compliance issues. | 2.5 | $2,050.00 |
| McDonough, Michael S. | 5/21/2020 | C300 | C300 | Emails with D. Kraska regarding question on "seasonal source" definition under Portable Equipment Registration Program; review PERP regulations on "seasonal sources" and exemptions from local permitting. | 1.3 | $1,066.00 |
| McDonough, Michael S. | 5/22/2020 | C300 | C300 | Review Portable Equipment Registration Program regulations on "seasonal sources" and exemptions from local permitting; draft and revise memo to D. Kraska regarding scope of "seasonal source" definition and guidance, and inapplicability to proposed temporary microgrids. | 1.7 | $1,394.00 |

Total Hours: 5.5

**Total Fees:** **$ 4,510.00**

**Timekeeper Summary**

| Timekeeper | Hours | Rate | Value Billed |
|---|---|---|---|
| M. S. McDonough | 5.5 | $820.00 | $ 4,510.00 |
| **Total:** | **5.5** | | **$ 4,510.00** |

**Total Due For Matter 0000013:** **$ 4,510.00**



Tax ID No. 94-1311126

Pacific Gas & Electric Co.
P.O. Box 7133
San Francisco, CA  94120

June 10, 2020
Invoice No. 8343347
Client No. 068767
Matter No. 0000013
Michael S. McDonough
(213) 488-7100

---

## Remittance Advice
### Enclose this Remittance Advice for Proper Credit

| Matter Number | Services | Disbursements | Balance Due |
|---|---|---|---|
| 0000013 | $ 4,510.00 | $ 0.00 | $ 4,510.00 |
| **Total This Invoice:** | **$ 4,510.00** | **$ 0.00** | **$ 4,510.00** |

*Payable in U.S. Dollars upon receipt.*

Payment Options:
**For payment by mail, remit to:** Pillsbury Winthrop Shaw Pittman LLP, P.O. Box 742262, Los Angeles,  CA 90074-2262

**For Wire Transfer** and **SWIFT Payments send to:** Bank of America, ABA # 026009593 (S.W.I.F.T. Code BOFAUS3N), for credit to Pillsbury Winthrop Shaw Pittman LLP, Acct # 14993-05201.
**For ACH Payments, send to:** Bank of America, ABA # 121000358, Acct # 14993-05201.
Please include our client, matter and invoice number for proper credit.
[Additional remittance information may also be forwarded to accountsreceivable@pillsburylaw.com]

# pillsbury

Tax ID No. 94-1311126

Jennifer Post
Pacific Gas & Electric Company
77 Beale Street, Level 31
San Francisco, CA

July 16, 2020
Invoice No. 8349654
Client No. 541675
Matter No. 0000037
Jacob R. Sorensen
(415) 983-1000

---

**For Professional Services Rendered and Disbursements Incurred through May 31, 2020**

| Matter Name | Services | Disbursements | Balance Due |
|---|---|---|---|
| NRC Compliance - Diablo 981363 | $ 5,688.00 | $ 0.00 | $ 5,688.00 |
| **Total This Invoice:** | **$ 5,688.00** | **$ 0.00** | **$ 5,688.00** |

*Current charges only.  Time and disbursements not yet recorded will be included in future invoices.*

**Pillsbury Winthrop Shaw Pittman LLP**
**Four Embarcadero Center, 22nd Floor - San Francisco, CA - 94111**
***Due Upon Receipt***
**Remittance Address**
**P.O. Box 742262 . Los Angeles, CA 90074-2262**

Client No: 541675
Matter No: 0000037
Jacob R. Sorensen

July 16, 2020
Invoice No. 8349654
Page 2

**NRC Compliance - Diablo**
981363

For Professional Services Rendered and Disbursements Incurred Through May 31, 2020

| Timekeeper | Date | Phase | Task | Service | Hours | Amount |
|---|---|---|---|---|---|---|
| Lewis, David R. | 5/13/2020 | L100 | L120 | Review and respond to emails from T. Smith and J. Post regarding planned NRC filings (.8); review and respond to email from T. Smith with proposed talking points for call with NRC/DOJ (.4); attend conference call with J. Post and T. Smith regarding talking points and prep for DOJ/NRC call (1.6); attend conference call with DOJ/NRC regarding whether the PoR involves a transfer of control or necessitates a request for a threshold determination (1.0); review and respond to email from T. Smith with draft email to DOJ summarizing discussion and transmit comments to same to T. Smith and J. Post (1.7); review and respond to email from J. Post with additional comments to same (.5). | 6 | $5,688.00 |

Total Hours: 6.00

**Total Fees:** **$5,688.00**

**Timekeeper Summary**

| Timekeeper | Hours | Rate | Value Billed |
|---|---|---|---|
| D. R. Lewis | 6.00 | $ 948.00 | $5,688.00 |
| **Total:** | **6.00** | | **$5,688.00** |

Total Due For Matter 0000037: **$5,688.00**



Tax ID No. 94-1311126

| | |
|---|---|
| Jennifer Post | July 16, 2020 |
| Pacific Gas & Electric Company | Invoice No. 8349654 |
| 77 Beale Street, Level 31 | Client No. 541675 |
| San Francisco, CA | Matter No. 0000037 |
| | Jacob R. Sorensen |
| | (415) 983-1000 |

# Remittance Advice
### Enclose this Remittance Advice for Proper Credit

| Matter Number | Services | Disbursements | Balance Due |
|---|---|---|---|
| 0000037 | $ 5,688.00 | $ 0.00 | $ 5,688.00 |
| **Total This Invoice:** | **$ 5,688.00** | **$ 0.00** | **$ 5,688.00** |

*Payable in U.S. Dollars upon receipt.*

Payment Options:

**For payment by mail, remit to:** Pillsbury Winthrop Shaw Pittman LLP, P.O. Box 742262, Los Angeles,  CA 90074-2262

**For Wire Transfer** and **SWIFT Payments send to:** Bank of America, ABA # 026009593 (S.W.I.F.T. Code BOFAUS3N ), for credit to Pillsbury Winthrop Shaw Pittman LLP, Acct # 14993-05201.
**For ACH Payments, send to:** Bank of America, ABA # 121000358, Acct # 14993-05201.
Please include our client, matter and invoice number for proper credit.
[Additional remittance information may also be forwarded to accountsreceivable@pillsburylaw.com]