# EXHIBIT A

## COMPENSATION BY PROFESSIONAL
## JUNE 1, 2020 THROUGH JULY 1, 2020

The attorneys and paraprofessionals who rendered professional services in connection with these Chapter 11 Cases during the Fee Period are:

| Name of Professional Person | Department | Year Admitted | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| **Partners** | | | | | |
| Clark L. Noa | Real Estate | 2007 | $752.00 | 1.3 | $977.60 |
| Rachel B. Horsch | Real Estate | 1999 | $828.00 | 25.9 | $21,445.20 |
| David R. Lewis | Energy | 1985 | $948.00 | .5 | $474.00 |
| Michael S. McDonough | Environmental | 1997 | $820.00 | 21.4 | $17,548.00 |
| Alicia M. McKnight | Finance | 2010 | $730.00 | 15.1 | $11,023.00 |
| Jay E. Silberg | Energy | 1968 | $948.00 | .2 | $189.60 |
| **Counsel/Of Counsel/Senior Counsel** | | | | | |
| Anne Leidich | Energy | 2012 | $692.00 | 6.2 | $4,290.40 |
| Patricia F. Young | Corporate & Securities | 1991 | $832.00 | 8.9 | $7,402.40 |
| **Associates** | | | | | |
| Robert G. Howard | Real Estate | 2014 | $632.00 | 8.7 | $5,498.40 |
| Alexandra Murphy | Finance | 2016 | $580.00 | 11.5 | $6,670.00 |
| Matt Olhausen | Real Estate | 2018 | $476.00 | .4 | $190.40 |
| Alexander P. Walker | Real Estate | 2018 | $536.00 | 1.0 | 536.00 |
| **Total Hours and Fees Incurred/Requested** | | | | 101.1 | $76,245.00 |

4838-2523-5401

| Professionals | Blended Rate (rounded to nearest $) | Total Hours Billed | Total Compensation |
|---|---|---|---|
| Partners | $838.00 | 64.4 | $51,657.40 |
| Counsel / Of Counsel / Senior Counsel | $762.00 | 15.1 | $11,692.80 |
| Associates | $556.00 | 21.6 | $12,894.80 |
| Blended Attorney Rate | $731.17 | | |
| **Total Fees Incurred/Requested** | | | $76,245.00 |

4838-2523-5401