**EXHIBIT B**

**COMPENSATION BY WORK TASK CODE
FOR SERVICES RENDERED BY PILLSBURY WINTHROP SHAW PITTMAN LLP
JUNE 1, 2020 THROUGH JULY 1, 2020**

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| BTI01 | Business Transformation Initiative | 8.9 | $7,402.40 |
| C300 | Analysis and Advice | 1.2 | $830.40 |
| L120 | Analysis/Strategy | 8.1 | $6,091.60 |
| P300 | Structure/Strategy/Analysis | 19.0 | $15,580.00 |
| P500 | Negotiation/Revision/Responses | 26.5 | $17,620.00 |
| P600 | Completion/Closing | 37.4 | $28,720.60 |
| **Total Hours and Fees Requested** | | 101.1 | $76,245.00 |

4838-2523-5401