1

# **EXHIBIT C**

2

**DETAILED TIME ENTRIES**
**JUNE 1, 2020 THROUGH JULY 1, 2020**

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4858-2523-5401



# pillsbury

Tax ID No. 94-1311126

Jason Hannigan                                               July 16, 2020
Pacific Gas & Electric Company                      Invoice No. 8349652
Law Dept.                                                       Client No. 541675
77 Beale Street, B30A                                   Matter No. 0000035
San Francisco, CA  94105                            Jacob R. Sorensen
                                                                  (415) 983-1000

---

**For Professional Services Rendered and Disbursements Incurred through June 30, 2020**

| Matter Name | Services | Disbursements | Balance Due |
|---|---|---|---|
| Assistance with establishment of microgrids and related energy procurement issues 2007772 | $ 16,707.00 | $ 0.00 | $ 16,707.00 |
| **Total This Invoice:** | **$ 16,707.00** | **$ 0.00** | **$ 16,707.00** |

*Current charges only.  Time and disbursements not yet recorded will be included in future invoices.*

**Pillsbury Winthrop Shaw Pittman LLP**
**Four Embarcadero Center, 22nd Floor - San Francisco, CA - 94111**
***Due Upon Receipt***
**Remittance Address**
**P.O. Box 742262 . Los Angeles, CA 90074-2262**

Client No: 541675
Matter No: 0000035
Jacob R. Sorensen

July 16, 2020
Invoice No. 8349652
Page 2

**Assistance with establishment of microgrids and related energy procurement issues**
2007772

For Professional Services Rendered and Disbursements Incurred Through June 30, 2020

| Timekeeper | Date | Phase | Task | Service | Hours | Amount |
|---|---|---|---|---|---|---|
| McKnight, Alicia M. | 6/3/2020 | P500 | P500 | Review D. Denniston markup of DGEMS Agreement and email D. Denniston regarding same (.2); attend call with D. Denniston regarding amendment to DGEMS Agreement (.2); prepare draft of amendment no. 1 to DGEMS Agreement and send same to D. Denniston (3.5). | 3.9 | $2,847.00 |
| McKnight, Alicia M. | 6/4/2020 | P500 | P500 | Review D. Denniston edits to Amendment No. 1 to DGEMS Agreement (.9); review and respond to email from D. Denniston regarding same (.1). | 1 | $730.00 |
| McKnight, Alicia M. | 6/5/2020 | P500 | P500 | Update draft of Amendment No. 1 per feedback from D. Denniston (1); review DGEMS Agreement regarding PG&E advising CPH with respect to the air permit modification and email D. Denniston regarding same (0.5); call with D. Denniston (0.4); update draft of Amendment No. 1 to include language regarding PG&E assistance with air permit modification and recirculate same (0.8). | 2.7 | $1,971.00 |
| McKnight, Alicia M. | 6/9/2020 | P600 | P600 | Attend call with D. Denniston to discuss change order process. | 0.1 | $73.00 |
| McKnight, Alicia M. | 6/11/2020 | P500 | P500 | Review and respond to correspondence regarding amendment to DGEMS agreement (.4); review updated air permit and forward same to A. Murphy (.3). | 0.7 | $511.00 |
| Murphy, Alexandra | 6/11/2020 | P500 | P500 | Prepare execution version of the DGEMS Agreement. | 0.3 | $174.00 |
| McKnight, Alicia M. | 6/12/2020 | P500 | P500 | Correspondence with A. Murphy regarding execution of DGEMS Amendment No. 1. | 0.1 | $73.00 |

| Murphy, Alexandra | 6/12/2020 | P500 | P500 | Coordinate execution of DGEMS Agreement Amendment. | 0.4 | $232.00 |
|---|---|---|---|---|---|---|
| McKnight, Alicia M. | 6/15/2020 | P500 | P500 | Review and respond to email from D. Denniston regarding DGEMS Agreement and email A. Murphy regarding same (.2); review conformed copy of DGEMS Agreement and provide comments on same to A. Murphy (.4). | 0.6 | $438.00 |
| Murphy, Alexandra | 6/15/2020 | P500 | P500 | Finalize and circulate executed amendment (.2); prepare conformed copy of Credit Agreement (1.1). | 1.3 | $754.00 |
| McKnight, Alicia M. | 6/23/2020 | P500 | P500 | Attend call with D. Denniston regarding DGEMS Agreement (.1); attend call with A. Murphy regarding DGEMS Agreement (.1); review and update draft of DGEMS Agreement consent letter regarding Change Order No. 1 and provide comments on same to A. Murphy (1). | 1.2 | $876.00 |
| Murphy, Alexandra | 6/23/2020 | P500 | P500 | Prepare letter agreement consenting to the change order and exercise of phase 2 (1.8); review agreements for relevant provisions and to conduct analysis of change order and exercise phase 2 process (.7). | 2.5 | $1,450.00 |
| McKnight, Alicia M. | 6/24/2020 | P500 | P500 | Review A. Murphy comments on draft Change Order received from D. Denniston and provide comments on same to A. Murphy (.5); further email to D. Denniston regarding Change Order comments (.1); review D. Denniston comments to Change Order and email regarding same (.2); revise Change Order and DGEMS Agreement and send same to D. Denniston (1.3). | 2.1 | $1,533.00 |
| Murphy, Alexandra | 6/24/2020 | P500 | P500 | Review and revise draft of Change Order No. 1 (1.5); prepare redlines of Change Order No. 1 (.2). | 1.7 | $986.00 |

Client No: 541675
Matter No: 0000035
Jacob R. Sorensen

July 16, 2020
Invoice No. 8349652
Page 4

| | | | | | | |
|---|---|---|---|---|---|---|
| McKnight, Alicia M. | 6/25/2020 | P500 | P500 | Attend call with D. Denniston regarding Change Order No. 1 (.1); review WNA edits to Change Order No. 1 and send comments on same to D. Denniston (.2); prepare updated draft of Change Order No. 1 and DGEMS letter agreement and send to D. Denniston (.7); review D. Denniston comments and call D.Denniston to discuss same (.2); review further edits to same from D. Denniston and prepare updated redlines (.2); prepare execution versions of Change Order No. 1 and DGEMS Letter Agreement and respond to numerous emails regarding same (.5). | 1.9 | $1,387.00 |
| Murphy, Alexandra | 6/25/2020 | P500 | P500 | Compile final change order document with all attachments to be signed (.7); prepare docusign for final change order document (.3). | 1 | $580.00 |
| McKnight, Alicia M. | 6/26/2020 | P500 | P500 | Review and respond to email correspondence related to execution of Change Order and DGEMS letter agreement and preparation of conformed copies of same. | 0.3 | $219.00 |
| Murphy, Alexandra | 6/29/2020 | P500 | P500 | Prepare conformed copy of the EAS contract related to Change Order No. 1. | 1.2 | $696.00 |
| McKnight, Alicia M. | 6/30/2020 | P500 | P500 | Review conformed copy of EAS Contract and provide comments on same to A. Murphy via email. | 0.5 | $365.00 |
| Murphy, Alexandra | 6/30/2020 | P500 | P500 | Prepare final version of conformed EAS Contract (.4); prepare compiled PDF version of conformed EAS Contract (.5); prepare DGEMS Agreement conformed copy to comply with Change Order No. 1 (.5). | 1.4 | $812.00 |

|  | |
|---|---|
| Total Hours: | 24.90 |
| **Total Fees:** | **$16,707.00** |

Client No:  541675
Matter No:  0000035
Jacob R.  Sorensen

July 16, 2020
Invoice No.  8349652
Page 5

**Timekeeper Summary**

| Timekeeper | Hours | Rate | Value Billed |
|---|---|---|---|
| A. McKnight | 15.10 | $ 730.00 | $11,023.00 |
| A. Murphy | 9.80 | $ 580.00 | $ 5,684.00 |
| **Total:** | **24.90** | | **$16,707.00** |

**Total Due For Matter 0000035:**          **$16,707.00**



Tax ID No. 94-1311126

Jason Hannigan                                                July 16, 2020
Pacific Gas & Electric Company                      Invoice No. 8349652
Law Dept.                                                      Client No. 541675
77 Beale Street, B30A                                   Matter No. 0000035
San Francisco, CA 94105                            Jacob R. Sorensen
                                                                    (415) 983-1000

---

# Remittance Advice
### Enclose this Remittance Advice for Proper Credit

| Matter Number | Services | Disbursements | Balance Due |
|---|---|---|---|
| 0000035 | $ 16,707.00 | $ 0.00 | $ 16,707.00 |
| **Total This Invoice:** | **$ 16,707.00** | **$ 0.00** | **$ 16,707.00** |

*Payable in U.S. Dollars upon receipt.*

Payment Options:
**For payment by mail, remit to:** Pillsbury Winthrop Shaw Pittman LLP, P.O. Box 742262, Los Angeles, CA 90074-2262

**For Wire Transfer** and **SWIFT Payments send to:** Bank of America, ABA # 026009593 (S.W.I.F.T. Code BOFAUS3N ), for credit to Pillsbury Winthrop Shaw Pittman LLP, Acct # 14993-05201.
**For ACH Payments, send to:** Bank of America, ABA # 121000358, Acct # 14993-05201.
Please include our client, matter and invoice number for proper credit.
[Additional remittance information may also be forwarded to accountsreceivable@pillsburylaw.com]



Tax ID No. 94-1311126

Wendy Coleman

Pacific Gas & Electric Company

77 Beale Street, Level 31

San Francisco, CA

July 16, 2020

Invoice No. 8349653

Client No. 541675

Matter No. 0000036

Jacob R. Sorensen

(415) 983-1000

---

**For Professional Services Rendered and Disbursements Incurred through June 30,2020**

| Matter Name | Services | Disbursements | Balance Due |
|---|---|---|---|
| Oakland Office Project 2007765 | $ 28,647.60 | $ 0.00 | $ 28,647.60 |
| **Total This Invoice:** | **$ 28,647.60** | **$ 0.00** | **$ 28,647.60** |

*Current charges only. Time and disbursements not yet recorded will be included in future invoices.*

**Pillsbury Winthrop Shaw Pittman LLP**
**Four Embarcadero Center, 22nd Floor - San Francisco, CA - 94111**
***Due Upon Receipt***
**Remittance Address**
**P.O. Box 742262 . Los Angeles, CA 90074-2262**

**Oakland Office Project**
2007765

For Professional Services Rendered and Disbursements Incurred Through June 30,2020

| Timekeeper | Date | Phase | Task | Service | Hours | Amount |
|---|---|---|---|---|---|---|
| Horsch, Rachel B. | 6/1/2020 | P600 | P600 | Prepare revised summary documents and timeline for lease transaction. | 0.5 | $414.00 |
| Walker, Alexander P. | 6/1/2020 | P600 | P600 | Review changes to lease abstract and summary of transaction (.4); discuss changes to lease abstract and summary of transation with R. Horsch and R. Howard (.3). | 0.7 | $375.20 |
| Clark, Noa L. | 6/3/2020 | P600 | P600 | Review and respond to email correspondence regarding letter of credit issues (.2); finalize lease provisions relating to letter of credit and pre-approval of Credit Suisse and BNP (.6). | 0.8 | $601.60 |
| Horsch, Rachel B. | 6/3/2020 | P600 | P600 | Numerous calls and emails regarding filing approval by the Board of Directors of Agreement to Lease and filing of motion with the bankruptcy court seeking approval of same. | 2.5 | $2,070.00 |
| Horsch, Rachel B. | 6/4/2020 | P600 | P600 | Prepare for board meeting for lease approval (1.2); attend board meeting for lease approval (1.6); follow up with client team following board meeting for lease approval (.7). | 3.5 | $2,898.00 |
| Horsch, Rachel B. | 6/5/2020 | P600 | P600 | Prepare final lease agreement documents for execution (.9); prepare final redacted versions of same for filing with the Bankruptcy Court (2.1). | 3 | $2,484.00 |
| Howard, Robert G. | 6/5/2020 | P600 | P600 | Prepare redacted lease documents for filing (2.8); coordinate execution of agreement to lease (.6). | 3.4 | $2,148.80 |
| Olhausen, Matt | 6/5/2020 | P600 | P600 | Coordinate execution of Agreement to Enter Into Lease and Option. | 0.4 | $190.40 |
| Walker, Alexander P. | 6/5/2020 | P600 | P600 | Discuss action items for 300 Lakeside transaction with R. Horsch and R. Howard. | 0.3 | $160.80 |

Case: 19-30088    Doc# 8908-3    Filed: 08/29/20    Entered: 08/29/20 13:36:02    Page 9 of 37

| Horsch, Rachel B. | 6/6/2020 | P600 | P600 | Review and comment on motion for Bankruptcy Court approval of lease transaction (including redacted version) (1.2); review and revise supporting declarations for approval motion (including redacted versions) (2.6); draft 8K filing regarding lease transaction approval (.6); draft press release regarding lease transaction approval (.6). | 5 | $4,140.00 |
| Horsch, Rachel B. | 6/7/2020 | P600 | P600 | Review and comment on motion for Bankruptcy Court approval of lease transaction (including redacted version) (1.0); review and revise supporting declarations for approval motion (including redacted versions) (1.6); review and revise 8K filing regarding lease transaction approval (.8); review and revise press release regarding lease transaction approval (.5). | 4.9 | $4,057.20 |
| Howard, Robert G. | 6/7/2020 | P600 | P600 | Prepare redacted lease documents for filing. | 1.1 | $695.20 |
| Horsch, Rachel B. | 6/8/2020 | P600 | P600 | Numerous emails and calls regarding communications plan with respect to filing lease agreement approval motion and 8K regarding same. | 3 | $2,484.00 |
| Howard, Robert G. | 6/8/2020 | P600 | P600 | Prepare redacted Office Lease for motion and 8K filings. | 2.3 | $1,453.60 |
| Horsch, Rachel B. | 6/9/2020 | P600 | P600 | Numerous emails with client team regarding filing of motion for Bankruptcy Court approval of lease and 8k thereon. | 1 | $828.00 |
| Howard, Robert G. | 6/9/2020 | P600 | P600 | Review redacted agreement to lease and lease for completeness. | 0.4 | $252.80 |
| Horsch, Rachel B. | 6/10/2020 | P600 | P600 | Emails and calls regarding process and timing of filing of bankruptcy court motion (including redacted version), 8K filing and press release regarding same. | 0.5 | $414.00 |
| Clark, Noa L. | 6/15/2020 | P600 | P600 | Attend status call with TMG in preparation for closing. | 0.2 | $150.40 |
| Horsch, Rachel B. | 6/15/2020 | P600 | P600 | Attend attorney call regarding closing and next steps (.2); draft email to TMG regarding closing issues. | 1 | $828.00 |

Client No: 541675
Matter No: 0000036
Jacob R. Sorensen

July 16, 2020
Invoice No. 8349653
Page 4

| Horsch, Rachel B. | 6/19/2020 | P600 | P600 | Review and respond to questions regard lease and provide information thereon. | 0.5 | $414.00 |
| Howard, Robert G. | 6/19/2020 | P600 | P600 | Review and reply to numerous emails regarding retail space in Lakeside Tower. | 1.5 | $948.00 |
| Clark, Noa L. | 6/30/2020 | P600 | P600 | Attend call with TMG's counsel regarding bankruptcy court's approval of motion and status on timing for closing and entering into the Lease (partial). | 0.3 | $225.60 |
| Horsch, Rachel B. | 6/30/2020 | P600 | P600 | Attend attorney call regarding next steps to closing. | 0.5 | $414.00 |

Total Hours: 37.30
**Total Fees:** **$28,647.60**

**Timekeeper Summary**

| Timekeeper | Hours | Rate | Value Billed |
|---|---|---|---|
| N. L. Clark | 1.30 | $ 752.00 | $ 977.60 |
| R. B. Horsch | 25.90 | $ 828.00 | $ 21,445.20 |
| R. G. Howard | 8.70 | $ 632.00 | $ 5,498.40 |
| M. Olhausen | .40 | $ 476.00 | $ 1 90.40 |
| A. P. Walker | 1.00 | $ 536.00 | $ 536.00 |
| **Total:** | **37.30** | | **$28,647.60** |

**Total Due For Matter 0000036:** **$28,647.60**



pillsbury

Tax ID No. 94-1311126

| | |
|---|---|
| Wendy Coleman | July 16, 2020 |
| Pacific Gas & Electric Company | Invoice No. 8349653 |
| 77 Beale Street, Level 31 | Client No. 541675 |
| San Francisco, CA | Matter No. 0000036 |
| | Jacob R. Sorensen |
| | (415) 983-1000 |

## Remittance Advice
### Enclose this Remittance Advice for Proper Credit

| Matter Number | Services | Disbursements | Balance Due |
|---|---|---|---|
| 0000036 | $ 28,647.60 | $ 0.00 | $ 28,647.60 |
| **Total This Invoice:** | **$ 28,647.60** | **$ 0.00** | **$ 28,647.60** |

*Payable in U.S. Dollars upon receipt.*

Payment Options:

**For payment by mail, remit to:** Pillsbury Winthrop Shaw Pittman LLP, P.O. Box 742262, Los Angeles, CA 90074-2262

**For Wire Transfer** and **SWIFT Payments send to:** Bank of America, ABA # 026009593 (S.W.I.F.T. Code BOFAUS3N ), for credit to Pillsbury Winthrop Shaw Pittman LLP, Acct # 14993-05201.
**For ACH Payments, send to:** Bank of America, ABA # 121000358, Acct # 14993-05201.
Please include our client, matter and invoice number for proper credit.
[Additional remittance information may also be forwarded to accountsreceivable@pillsburylaw.com]



Tax ID No. 94-1311126

Jennifer Post                                   July 16, 2020
Pacific Gas & Electric Company                  Invoice No. 8349655
77 Beale Street, Level 31                       Client No. 541675
San Francisco, CA                               Matter No. 0000038
                                                Jacob R. Sorensen
                                                (415) 983-1000

---

**For Professional Services Rendered and Disbursements Incurred through June 30, 2020**

| Matter Name | Services | Disbursements | Balance Due |
|---|---|---|---|
| Decommissioning Strategy 2007858 | $ 3,934.00 | $ 0.00 | $ 3,934.00 |
| **Total This Invoice:** | **$ 3,934.00** | **$ 0.00** | **$ 3,934.00** |

*Current charges only. Time and disbursements not yet recorded will be included in future invoices.*

**Pillsbury Winthrop Shaw Pittman LLP**
**Four Embarcadero Center, 22nd Floor - San Francisco, CA - 94111**
***Due Upon Receipt***
**Remittance Address**
**P.O. Box 742262 . Los Angeles, CA 90074-2262**

Client No:  541675
Matter No:  0000038
Jacob R.  Sorensen

July 16, 2020
Invoice No.  8349655
Page 2

**Decommissioning Strategy**
2007858

For Professional Services Rendered and Disbursements Incurred Through June 30, 2020

| Timekeeper | Date | Phase | Task | Service | Hours | Amount |
|---|---|---|---|---|---|---|
| Lewis, David R. | 6/1/2020 | L100 | L120 | Review email correspondence from R. Friedman regarding research on whether any CPUC decision prohibits the transfer of a nuclear plant (.2); draft email correspondence to J. Post summarizing results of research (.3). | 0.5 | $474.00 |
| Leidich, Anne | 6/29/2020 | L100 | L120 | Review email and documents relating to decommissioning assignment (.7); draft outline of decommissioning analysis report (1.4). | 2.1 | $1,453.20 |
| Leidich, Anne | 6/30/2020 | L100 | L120 | Finish outlining decommissioning analysis (.9); draft regulatory background section of decommissioning analysis (1.3); review settlement agreement and cases for any relevant information on DOE claim status (.7). | 2.9 | $2,006.80 |

Total Hours:  5.50

**Total Fees:**  **$3,934.00**

**Timekeeper Summary**

| Timekeeper | Hours | Rate | Value Billed |
|---|---|---|---|
| A. Leidich | 5.0 | $ 692.00 | $ 3,460.00 |
| D. R. Lewis | .50 | $ 948.00 | $   474.00 |
| **Total:** | **5.50** | | **$3,934.00** |

**Total Due For Matter 0000038:**  **$3,934.00**



Tax ID No. 94-1311126

| | |
|---|---|
| Jennifer Post | July 16, 2020 |
| Pacific Gas & Electric Company | Invoice No. 8349655 |
| 77 Beale Street, Level 31 | Client No. 541675 |
| San Francisco, CA | Matter No. 0000038 |
| | Jacob R. Sorensen |
| | (415) 983-1000 |

---

# Remittance Advice
### Enclose this Remittance Advice for Proper Credit

| Matter Number | Services | Disbursements | Balance Due |
|---|---|---|---|
| 0000038 | $ 3,934.00 | $ 0.00 | $ 3,934.00 |
| **Total This Invoice:** | **$ 3,934.00** | **$ 0.00** | **$ 3,934.00** |

*Payable in U.S. Dollars upon receipt.*

Payment Options:

**For payment by mail, remit to:** Pillsbury Winthrop Shaw Pittman LLP, P.O. Box 742262, Los Angeles, CA 90074-2262

**For Wire Transfer** and **SWIFT Payments send to:** Bank of America, ABA # 026009593 (S.W.I.F.T. Code BOFAUS3N ), for credit to Pillsbury Winthrop Shaw Pittman LLP, Acct # 14993-05201.
**For ACH Payments, send to:** Bank of America, ABA # 121000358, Acct # 14993-05201.
Please include our client, matter and invoice number for proper credit.
[Additional remittance information may also be forwarded to accountsreceivable@pillsburylaw.com]



Tax ID No. 94-1311126

Jennifer Post
Pacific Gas & Electric Company
77 Beale Street, Level 31
San Francisco, CA

July 16, 2020
Invoice No. 8349656
Client No. 541675
Matter No. 0000039
Jacob R. Sorensen
(415) 983-1000

---

**For Professional Services Rendered and Disbursements Incurred through June 30,2020**

| Matter Name | Services | Disbursements | Balance Due |
|---|---|---|---|
| Spent Nuclear Fuel
501740 | $ 189.60 | $ 0.00 | $ 189.60 |
| **Total This Invoice:** | **$ 189.60** | **$ 0.00** | **$ 189.60** |

*Current charges only.  Time and disbursements not yet recorded will be included in future invoices.*

**Pillsbury Winthrop Shaw Pittman LLP**
**Four Embarcadero Center, 22nd Floor - San Francisco, CA - 94111**
***Due Upon Receipt***
**Remittance Address**
**P.O. Box 742262 . Los Angeles, CA 90074-2262**

Client No: 541675
Matter No: 0000039
Jacob R. Sorensen

July 16, 2020
Invoice No. 8349656
Page 2

**Spent Nuclear Fuel**
501740

For Professional Services Rendered and Disbursements Incurred Through June 30,2020

| Timekeeper | Date | Phase | Task | Service | Hours | Amount |
|---|---|---|---|---|---|---|
| Silberg, Jay E. | 6/30/2020 | L100 | L120 | Exchange emails with J. Post regarding extension of settlement agreement. | 0.2 | $189.60 |

| | | | |
|---|---|---|---|
| | | Total Hours: | 0.2 |
| | | **Total Fees:** | **$189.60** |

**Timekeeper Summary**

| Timekeeper | Hours | Rate | Value Billed |
|---|---|---|---|
| J. E. Silberg | 0.20 | $ 948.00 | $189.60 |
| **Total:** | **0.20** | | **$189.60** |

| | |
|---|---|
| **Total Due For Matter 0000039:** | **$189.60** |



Tax ID No. 94-1311126

Jennifer Post
Pacific Gas & Electric Company
77 Beale Street, Level 31
San Francisco, CA

July 16, 2020
Invoice No. 8349656
Client No. 541675
Matter No. 0000039
Jacob R. Sorensen
(415) 983-1000

---

# Remittance Advice
### Enclose this Remittance Advice for Proper Credit

| Matter Number | Services | Disbursements | Balance Due |
|---|---|---|---|
| 0000039 | $ 189.60 | $ 0.00 | $ 189.60 |
| **Total This Invoice:** | **$ 189.60** | **$ 0.00** | **$ 189.60** |

*Payable in U.S. Dollars upon receipt.*

Payment Options:
**For payment by mail, remit to:** Pillsbury Winthrop Shaw Pittman LLP, P.O. Box 742262, Los Angeles,  CA 90074-2262

**For Wire Transfer** and **SWIFT Payments send to:** Bank of America, ABA # 026009593 (S.W.I.F.T. Code BOFAUS3N ), for credit to Pillsbury Winthrop Shaw Pittman LLP, Acct # 14993-05201.
**For ACH Payments, send to:** Bank of America, ABA # 121000358, Acct # 14993-05201.
Please include our client, matter and invoice number for proper credit.
[Additional remittance information may also be forwarded to accountsreceivable@pillsburylaw.com]



Tax ID No. 94-1311126

Pacific Gas & Electric Co.　　　　　　　　　　　　　　July 14, 2020
P.O. Box 7133　　　　　　　　　　　　　　　　　Invoice No. 8350006
San Francisco, CA  94120　　　　　　　　　　　　　Client No. 068767
　　　　　　　　　　　　　　　　　　　　　　　　Matter No. 0000013
　　　　　　　　　　　　　　　　　　　　　Michael S. McDonough
　　　　　　　　　　　　　　　　　　　　　　　　(213) 488-7100

---

**For Professional Services Rendered and Disbursements Incurred through June 30, 2020**

| Matter Name | Services | Disbursements | Balance Due |
|---|---|---|---|
| Air Quality Compliance 1706959 | $ 17,220.00 | $ 0.00 | $ 17,220.00 |
| **Total This Invoice:** | **$ 17,220.00** | **$ 0.00** | **$ 17,220.00** |

*Current charges only.  Time and disbursements not yet recorded will be included in future invoices.*

**Pillsbury Winthrop Shaw Pittman LLP**
**725 S. Figueroa Street - Suite 2800 - Los Angeles, CA  90017-5406**
***Due Upon Receipt***
**Remittance Address**
**P.O. Box 742262 . Los Angeles, CA  90074-2262**

Client No: 068767
July 14, 2020
Matter No: 0000013
Invoice No. 8350006
Michael S. McDonough
Page 2

## Air Quality Compliance
1706959

For Professional Services Rendered and Disbursements Incurred Through June 30, 2020

| Timekeeper | Date | Phase | Task | Service | Hours | Amount |
|---|---|---|---|---|---|---|
| McDonough, Michael S. | 6/2/2020 | P300 | P300 | Review email from D. Kraska regarding required disclosure of cap and trade advisor; review California cap and trade regulations and guidance on required reporting for "cap and trade advisor"; draft email memo to D. Kraska summarizing results of research and recommended next steps in disclosure of client's cap and trade advisors. | 2.5 | $2,050.00 |
| McDonough, Michael S. | 6/12/2020 | L100 | L120 | Emails with D. Kraska with question on local air district authority to require permits portable generators qualifying for PERP registration; review PERP guidance for in Place County APCD, and compare to statewide PERP regulations; draft memo to D. Kraska summarizing scope of local air district permitting authority and scope of equipment qualifying under PERP. | 2.4 | $1,968.00 |
| McDonough, Michael S. | 6/15/2020 | P300 | P300 | Telephone conference with D. Kraska, F. Ali, M. Krausse, K. Branning and S. Blanchfield regarding arguments supporting PERP eligibility of planned portable generators at substations; draft memorandum detailing arguments in favor of PERP eligibility, for use with local air districts. | 2.7 | $2,214.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| McDonough, Michael S. | 6/16/2020 | P300 | P300 | Review and respond to client comments on draft memo supporting use of PERP registered portable generators for PSPS events; review relevant provisions of PERP regulations and typical PERP registration conditions for temporary portable generators. | 1.7 | $1,394.00 |
| McDonough, Michael S. | 6/17/2020 | P300 | P300 | Review and incorporate client comments on draft memo supporting use of PERP registered portable generators for PSPS events; review relevant provisions of PERP regulations and typical PERP registration conditions for temporary portable generators; telephone conference with D. Kraska regarding same; review and respond to emails from F. Ali and C. Holbrook regarding questions on draft and on "stationary source" definition; review and revise draft transmittal email from F. Ali to local air districts on justification for use of PERP-registered portable generators for PSPS events. | 3.8 | $3,116.00 |
| McDonough, Michael S. | 6/18/2020 | P300 | P300 | Emails to D. Kraska and client team regarding communication to air districts on use of PERP-registered generators; revise and finalize memo on legal support for proposed use of PERP generators; review revised transmittal email to air districts regarding proposed use of PERP-registered generators. | 2.1 | $1,722.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| McDonough, Michael S. | 6/19/2020 | P300 | P300 | Review email from Feather River AQMD on proposed use of PERP-registered generators; draft email memo to client team with issues identified in air district email and next steps; research air quality statutes and regulations requiring notice prior to locating projects near school sites; draft email memo to client team summarizing notice requirements and lack of application to proposed PERP-registered generators. | 2 | $1,640.00 |
| McDonough, Michael S. | 6/22/2020 | P300 | P300 | Review PERP registration conditions for portable engine, and potential notice requirements related to school proximity; emails to client team regarding claims from Feather River AQMD on public notice requirements for portable engines; emails with D.Kraska regarding proposed strategy and talking points for response to Feather River AQMD; telephone conference with D. Kraska regarding same; telephone conference with D. Kraska, F. Ali and client team regarding strategy for discussing PERP requirements with local air districts. | 2.8 | $2,296.00 |
| McDonough, Michael S. | 6/23/2020 | P300 | P300 | Review most recent CAPCOA and CARB guidance on PERP program and scope of air district authority. | 1 | $820.00 |

Total Hours:                                                          21.00
**Total Fees:**                                                 **$17,220.00**

Client No: 068767
Matter No: 0000013
Michael S. McDonough

July 14, 2020
Invoice No. 8350006
Page 5

**Timekeeper Summary**

| Timekeeper | Hours | Rate | Value Billed |
|---|---|---|---|
| M. S. McDonough | 21.00 | $820.00 | $17,220.00 |
| **Total:** | **21.00** | | **$17,220.00** |

**Total Due For Matter 0000013:**                **$17,220.00**



Tax ID No. 94-1311126

Pacific Gas & Electric Co.                                July 14, 2020
P.O. Box 7133                                       Invoice No. 8350006
San Francisco, CA  94120                             Client No. 068767
                                                     Matter No. 0000013
                                                   Michael S. McDonough
                                                        (213) 488-7100

## Remittance Advice
Enclose this Remittance Advice for Proper Credit

| Matter Number | Services | Disbursements | Balance Due |
|---|---|---|---|
| 0000013 | $ 17,220.00 | $ 0.00 | $ 17,220.00 |
| **Total This Invoice:** | **$ 17,220.00** | **$ 0.00** | **$ 17,220.00** |

*Payable in U.S. Dollars upon receipt.*

Payment Options:
**For payment by mail, remit to:** Pillsbury Winthrop Shaw Pittman LLP, P.O. Box 742262, Los Angeles,  CA 90074-2262

**For Wire Transfer** and **SWIFT Payments send to:** Bank of America, ABA # 026009593 (S.W.I.F.T. Code BOFAUS3N), for credit to Pillsbury Winthrop Shaw Pittman LLP, Acct # 14993-05201.
**For ACH Payments, send to:** Bank of America, ABA # 121000358, Acct # 14993-05201.
Please include our client, matter and invoice number for proper credit.
[Additional remittance information may also be forwarded to accountsreceivable@pillsburylaw.com]



Tax ID No. 94-1311126

Mary Gandesbery                                                    ******
Pacific Gas & Electric Company                          Invoice No. ******
77 Beale Street, Level 31                                   Client No. 541675
San Francisco, CA                                          Matter No. 0000040
                                                              Jacob R. Sorensen
                                                                (415) 983-1000

---

**For Professional Services Rendered and Disbursements Incurred through June 30, 2020**

| Matter Name | Services | Disbursements | Balance Due |
|---|---|---|---|
| DBO Interpretive Opinion Request 2007883 | $ 7,402.40 | $ 0.00 | $ 7,402.40 |
| **Total This Invoice:** | **$ 7,402.40** | **$ 0.00** | **$ 7,402.40** |

*Current charges only. Time and disbursements not yet recorded will be included in future invoices.*

**Pillsbury Winthrop Shaw Pittman LLP**
**Four Embarcadero Center, 22nd Floor - San Francisco, CA - 94111**
***Due Upon Receipt***
**Remittance Address**
**P.O. Box 742262 . Los Angeles, CA 90074-2262**

Case: 19-30088    Doc# 8908-3    Filed: 08/29/20    Entered: 08/29/20 13:36:02    Page 25 of 37

Client No: 541675  
Matter No: 0000040  
Jacob R. Sorensen

\*\*\*\*\*\*  
Invoice No. \*\*\*\*\*\*  
Page 2

**DBO Interpretive Opinion Request**
2007883

For Professional Services Rendered and Disbursements Incurred Through June 30, 2020

| Timekeeper | Date | Phase | Task | Service | Hours | Amount |
|------------|------|-------|------|---------|-------|--------|
| Young, Patricia F. | 6/3/2020 | BTI | BTI01 | Telephone conference with M. Gandesbery (PG&E) regarding new engagement, focus of interpretive opinion request, energy efficient vs. generation and battery storage. | 0.2 | $166.40 |
| Young, Patricia F. | 6/15/2020 | BTI | BTI01 | Draft request for interpretive opinion regarding expansion of OBF program to include distributive generation and energy storage technologies. | 2.5 | $2,080.00 |
| Young, Patricia F. | 6/16/2020 | BTI | BTI01 | Review and revise request for interpretive opinion regarding expansion of OBF program to include distributive generation and energy storage technologies (.8); emails with J. Dabiri regarding research required to support arguments in favor of licensure exemption (.3); draft email to M. Gandesbery regarding additional information needed regarding public policy, CPUC approval and administration and distributive generation and energy storage technologies (.2). | 1.3 | $1,081.60 |
| Young, Patricia F. | 6/17/2020 | BTI | BTI01 | Review and revise request for interpretive opinion regarding expansion of OBF program to include distributive generation and energy storage technologies (.5); incorporate research and public policy discussions received from A. Gaspari into request for interpretive opinion (.6); transmit draft letter to M. Gandesbery and A. Gaspari via email (.1). | 1.2 | $996.00 |
| Young, Patricia F. | 6/23/2020 | BTI | BTI01 | Review M. Gandesbery draft of interpretive opinion request (1.0); attend call with M. Gandesbery, A. Gaspari, and team to discuss interpretive opinion request (.5). | 1.5 | $1,248.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Young, Patricia F. | 6/26/2020 | BTI | BTI01 | Draft email to DBO Legal Division requesting update on pandemic procedures for submission of interpretive opinion request (.1); attend call with DBO Legal Division regarding update on pandemic procedures for submission of interpretive opinion request (.4). | 0.5 | $416.00 |
| Young, Patricia F. | 6/30/2020 | BTI | BTI01 | Review revised interpretive opinion request, including referenced sources (1.3); transmit comments regarding interpretive opinion request to M. Gandesbery (.4). | 1.7 | $1,414.40 |

Total Hours: 8.90
**Total Fees:** **$7,402.40**

**Timekeeper Summary**

| Timekeeper | Hours | Rate | Value Billed |
|---|---|---|---|
| P. F. Young | 8.90 | $ 832.00 | $7,402.40 |
| **Total:** | **8.90** | | **$7,402.40** |

**Total Due For Matter 0000040:** **$7,402.40**



Tax ID No. 94-1311126

Mary Gandesbery 
Pacific Gas & Electric Company ******
77 Beale Street, Level 31 Invoice No. ******
San Francisco, CA Client No. 541675
Matter No. 0000040
Jacob R. Sorensen
(415) 983-1000

---

# Remittance Advice

Enclose this Remittance Advice for Proper Credit

| Matter Number | Services | Disbursements | Balance Due |
|---|---|---|---|
| 0000040 | $ 7,402.40 | $ 0.00 | $ 7,402.40 |
| **Total This Invoice:** | **$ 7,402.40** | **$ 0.00** | **$ 7,402.40** |

*Payable in U.S. Dollars upon receipt.*

Payment Options:

**For payment by mail, remit to:** Pillsbury Winthrop Shaw Pittman LLP, P.O. Box 742262, Los Angeles,  CA 90074-2262

**For Wire Transfer** and **SWIFT Payments send to:** Bank of America, ABA # 026009593 (S.W.I.F.T. Code BOFAUS3N ), for credit to Pillsbury Winthrop Shaw Pittman LLP, Acct # 14993-05201.
**For ACH Payments, send to:** Bank of America, ABA # 121000358, Acct # 14993-05201.
Please include our client, matter and invoice number for proper credit.
[Additional remittance information may also be forwarded to accountsreceivable@pillsburylaw.com]



Tax ID No. 94-1311126

Pacific Gas & Electric Co.                                    August 28, 2020
P.O. Box 7133                                         Invoice No. 8357841
San Francisco, CA  94120                              Client No. 068767
                                                     Matter No. 0000013
                                                     Michael S. McDonough
                                                     (213) 488-7100

---

**For Professional Services Rendered and Disbursements Incurred through July 1, 2020**

| Matter Name | Services | Disbursements | Balance Due |
|---|---|---|---|
| Air Quality Compliance<br>1706959 | $ 328.00 | $ 0.00 | $ 328.00 |
| **Total This Invoice:** | **$ 328.00** | **$ 0.00** | **$ 328.00** |

*Current charges only.  Time and disbursements not yet recorded will be included in future invoices.*

**Pillsbury Winthrop Shaw Pittman LLP**
**725 S. Figueroa Street - Suite 2800 - Los Angeles, CA  90017-5406**
***Due Upon Receipt***
**Remittance Address**
**P.O. Box 742262 . Los Angeles, CA  90074-2262**

Client No: 068767
Matter No: 0000013
Michael S. McDonough

August 28, 2020
Invoice No. 8357841
Page 2

## Air Quality Compliance
1706959

For Professional Services Rendered and Disbursements Incurred Through July 1, 2020

| Timekeeper | Date | Phase | Task | Service | Hours | Amount |
|---|---|---|---|---|---|---|
| McDonough, Michael S. | 7/1/2020 | P300 | P300 | Emails with D. Kraska and K. Branning regarding potential permitting of portable generators and impact of storage or staging of engines; review draft permit forms prepared for Feather River AQMD. | 0.4 | $328.00 |

|  |  |
|---|---|
| Total Hours: | 0.40 |
| **Total Fees:** | **$328.00** |

## Timekeeper Summary

| Timekeeper | Hours | Rate | Value Billed |
|---|---|---|---|
| M. S. McDonough | 0.40 | $820.00 | $328.00 |
| **Total:** | **0.40** |  | **$328.00** |

**Total Due For Matter 0000013:** **$328.00**



Tax ID No. 94-1311126

Pacific Gas & Electric Co.  
P.O. Box 7133  
San Francisco, CA 94120

August 28, 2020  
Invoice No. 8357841  
Client No. 068767  
Matter No. 0000013  
Michael S. McDonough  
(213) 488-7100

---

# Remittance Advice
## Enclose this Remittance Advice for Proper Credit

| Matter Number | Services | Disbursements | Balance Due |
|---|---|---|---|
| 0000013 | $ 328.00 | $ 0.00 | $ 328.00 |
| **Total This Invoice:** | **$ 328.00** | **$ 0.00** | **$ 328.00** |

*Payable in U.S. Dollars upon receipt.*

Payment Options:  
**For payment by mail, remit to:** Pillsbury Winthrop Shaw Pittman LLP, P.O. Box 742262, Los Angeles, CA 90074-2262

**For Wire Transfer** and **SWIFT Payments send to:** Bank of America, ABA # 026009593 (S.W.I.F.T. Code BOFAUS3N), for credit to Pillsbury Winthrop Shaw Pittman LLP, Acct # 14993-05201.  
**For ACH Payments, send to:** Bank of America, ABA # 121000358, Acct # 14993-05201.  
Please include our client, matter and invoice number for proper credit.  
[Additional remittance information may also be forwarded to accountsreceivable@pillsburylaw.com]



Tax ID No. 94-1311126

Jason Hannigan
Pacific Gas & Electric Company
Law Dept.
77 Beale Street, B30A
San Francisco, CA  94105

******
Invoice No. ******
Client No. 541675
Matter No. 0000035
Jacob R. Sorensen
(415) 983-1000

---

**For Professional Services Rendered and Disbursements Incurred through July 1, 2020**

| Matter Name | Services | Disbursements | Balance Due |
|---|---|---|---|
| Assistance with establishment of microgrids and related energy procurement issues 2007772 | $ 986.00 | $ 0.00 | $ 986.00 |
| **Total This Invoice:** | **$ 986.00** | **$ 0.00** | **$ 986.00** |

*Current charges only.  Time and disbursements not yet recorded will be included in future invoices.*

**Pillsbury Winthrop Shaw Pittman LLP**
**Four Embarcadero Center, 22nd Floor · San Francisco, CA · 94111**
***Due Upon Receipt***
**Remittance Address**
**P.O. Box 742262 . Los Angeles, CA 90074-2262**

---

**Assistance with establishment of microgrids and related energy procurement issues**
2007772

For Professional Services Rendered and Disbursements Incurred Through July 1, 2020

| Timekeeper | Date | Phase | Task | Service | Hours | Amount |
|---|---|---|---|---|---|---|
| Murphy, Alexandra | 7/1/2020 | P500 | P500 | Finalize and circulate final conformed EAS Contract (.2); prepare conformed DGEMS Agreement (1.5). | 1.7 | $986.00 |

|  | Total Hours: | 1.70 |
|---|---|---|
|  | **Total Fees:** | **$986.00** |

---

**Timekeeper Summary**

| Timekeeper | Hours | Rate | Value Billed |
|---|---|---|---|
| A. Murphy | 1.70 | $ 580.00 | $986.00 |
| **Total:** | **1.70** |  | **$986.00** |

**Total Due For Matter 0000035:** **$986.00**



Tax ID No. 94-1311126

Jason Hannigan
Pacific Gas & Electric Company
Law Dept.
77 Beale Street, B30A
San Francisco, CA  94105

****** 
Invoice No. ******
Client No. 541675
Matter No. 0000035
Jacob R. Sorensen
(415) 983-1000

---

# Remittance Advice
Enclose this Remittance Advice for Proper Credit

| Matter Number | Services | Disbursements | Balance Due |
|---|---|---|---|
| 0000035 | $ 986.00 | $ 0.00 | $ 986.00 |
| **Total This Invoice:** | **$ 986.00** | **$ 0.00** | **$ 986.00** |

*Payable in U.S. Dollars upon receipt.*

Payment Options:

**For payment by mail, remit to:** Pillsbury Winthrop Shaw Pittman LLP, P.O. Box 742262, Los Angeles,  CA 90074-2262

**For Wire Transfer** and **SWIFT Payments send to:** Bank of America, ABA # 026009593 (S.W.I.F.T. Code BOFAUS3N ), for credit to Pillsbury Winthrop Shaw Pittman LLP, Acct # 14993-05201.
**For ACH Payments, send to:** Bank of America, ABA # 121000358, Acct # 14993-05201.
Please include our client, matter and invoice number for proper credit.
[Additional remittance information may also be forwarded to accountsreceivable@pillsburylaw.com]



Tax ID No. 94-1311126

Jennifer Post ****** 

Pacific Gas & Electric Company Invoice No. ****** 

77 Beale Street, Level 31 Client No. 541675 

San Francisco, CA Matter No. 0000038 

Jacob R. Sorensen 

(415) 983-1000

---

**For Professional Services Rendered and Disbursements Incurred through July 1, 2020**

| Matter Name | Services | Disbursements | Balance Due |
|---|---|---|---|
| Decommissioning Strategy 2007858 | $ 830.40 | $ 0.00 | $ 830.40 |
| **Total This Invoice:** | **$ 830.40** | **$ 0.00** | **$ 830.40** |

*Current charges only. Time and disbursements not yet recorded will be included in future invoices.*

**Decommissioning Strategy**

2007858

For Professional Services Rendered and Disbursements Incurred Through July 1, 2020

| Timekeeper | Date | Phase | Task | Service | Hours | Amount |
|---|---|---|---|---|---|---|
| Leidich, Anne | 7/1/2020 | C300 | C300 | Draft further information on regulatory background section to decommissioning analysis (.4); review CPUC case before NRC for relevant background (.8). | 1.2 | $830.40 |

Total Hours: 1.20

**Total Fees:** **$830.40**

**Timekeeper Summary**

| Timekeeper | Hours | Rate | Value Billed |
|---|---|---|---|
| A. Leidich | 1.20 | $ 692.00 | $ 830.40 |
| **Total:** | **13.70** | | **$830.40** |

**Total Due For Matter 0000038:** **$830.40**



Tax ID No. 94-1311126

Jennifer Post  ******
Pacific Gas & Electric Company                  Invoice No. ******
77 Beale Street, Level 31                        Client No. 541675
San Francisco, CA                               Matter No. 0000038
                                                Jacob R. Sorensen
                                                 (415) 983-1000

---

# Remittance Advice
### Enclose this Remittance Advice for Proper Credit

| Matter Number | Services | Disbursements | Balance Due |
|---|---|---|---|
| 0000038 | $ 830.40 | $ 0.00 | $ 830.40 |
| **Total This Invoice:** | **$ 830.40** | **$ 0.00** | **$ 830.40** |

*Payable in U.S. Dollars upon receipt.*

Payment Options:

**For payment by mail, remit to:** Pillsbury Winthrop Shaw Pittman LLP, P.O. Box 742262, Los Angeles,  CA 90074-2262

**For Wire Transfer** and **SWIFT Payments send to:** Bank of America, ABA # 026009593 (S.W.I.F.T. Code BOFAUS3N ), for credit to Pillsbury Winthrop Shaw Pittman LLP, Acct # 14993-05201.
**For ACH Payments, send to:** Bank of America, ABA # 121000358, Acct # 14993-05201.
Please include our client, matter and invoice number for proper credit.
[Additional remittance information may also be forwarded to accountsreceivable@pillsburylaw.com]