SCOTT H. MCNUTT (CSBN 104696)
324 Warren Road
San Mateo, California 94402
Telephone: (415) 760-5601
Email: smcnutt@ml-sf.com

Counsel to the Fee Examiner

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>       - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>              Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM) | Bankruptcy Case No. 19-30088 (DM)<br>(Lead Case)<br>(Jointly Administered)<br><br>Chapter 11<br><br>**AMENDED NOTICE OF HEARING ON FEE EXAMINER'S SECOND REPORT ON STATUS OF FEE AND EXPENSE APPLICATIONS SUBMITTED, APPROVED AND PENDING**<br><br>Date: September 22, 2020<br>Time: 10:00 a.m. (Pacific Time)<br>Place: (Telephonic Appearances Only)<br>       United States Bankruptcy Court<br>       Courtroom 17,<br>       450 Golden Gate Avenue<br>       16th Floor<br>       San Francisco, CA<br><br>Judge:  Hon. Dennis Montali<br><br>Response Deadline: September 15, 2020 |

**PLEASE TAKE NOTICE** that on January 29, 2019 (the "**Petition Date**"), PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors (the "**Debtors**," or as reorganized pursuant to the Plan, the "**Reorganized Debtors**") in the above captioned Chapter 11 cases (the "**Chapter 11 Cases**") each filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court will hold a hearing on **September 22, 2020 at 10:00 a.m. (Pacific Time)** (the "**Omnibus Hearing**") before the Honorable Dennis Montali, United States Bankruptcy Judge. Pursuant to the Bankruptcy Court's *Amended General Order No. 38 in re: Coronavirus Disease Public Health Emergency,* dated March 20, 2020, **the Omnibus Hearing will be conducted telephonically. The courtroom will be closed.** All parties who wish to appear at the Omnibus Hearing must make arrangements to appear telephonically with CourtCall at 1-866-582-6878 no later than 4:00 p.m. (Pacific Time) on the day before the Omnibus Hearing. Further information regarding telephonic appearances via CourtCall can be found on the Bankruptcy Court's website, at the following location: www.canb.uscourts.gov > Rules and Procedures > District Procedures > Policy and Procedure for Appearances by Telephone. Charges have been waived by CourtCall for pro se parties.

**PLEASE TAKE FURTHER NOTICE** that on May 29, 2019, the Bankruptcy Court entered its *Order Appointing Fee Examiner and Establishing Procedures for Consideration of Fee Compensation and Reimbursement of Expenses* ("**Order Appointing Fee Examiner**") [Doc. No. 2267].

**PLEASE TAKE FURTHER NOTICE** that in addition to any other matters to be heard at the Omnibus Hearing, the Bankruptcy Court is scheduled to hear and consider the *Fee Examiner's Second Report on Status of Fee and Expense Applications Submitted, Approved and Pending* (the "**Fee Examiner's Second Status Report**") [Doc. No. 8903].

Case: 19-30088    Doc# 8910    Filed: 08/29/20    Entered: 08/29/20 17:34:42    Page 2 of 6

**PLEASE TAKE FURTHER NOTICE** that any responses to the Fee Examiner's Second Status Report must be filed and served by September 15, 2020.

DATED: August 28, 2020

SCOTT H. McNUTT

By: /Scott H. McNutt/
Scott H. McNutt
Counsel to the Fee Examiner

# EXHIBIT A

**EXHIBIT A**
to
**NOTICE OF HEARING ON INTERIM AND FINAL FEE APPLICATIONS ALLLOWING
AND AUTHORIZING PAYMENT OF FEES AND EXPENSES
OF MULTIPLE FEE APPLICANTS BASED ON COMPROMISES WITH THE FEE EXAMINER**

(Noticed for Hearing September 22, 2020)

Page 1 of 2

| Retained Professional DEBTORS | Fee Request | Filing Date | Docket No. | Request Date Range | Objection Date | Fees Requested | Expenses Requested | Total Compromised Reduction with Fee Examiner | Net Amount Claimed | Total Payments | Net Amount Outstanding |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Berman & Todderud* | Second Interim | 11/13/2019 | 4705 | 6/2/2019 - 9/30/2019 | 12/3/2019 | $375,994.00 | $5,588.33 | | | | |
| | Third Interim | 3/11/2020 | 6252 | 10/1/2019 - 1/31/2020 | 3/31/2020 | $376,556.82 | $0.00 | | | | |
| | Fourth Interim | 7/8/2020 | 8298 | 2/1/2020 - 5/31/2020 | 7/28/2020 | $333,492.00 | $0.00 | | | | |
| | Jun-Jul 1 2020 | 7/31/2020 | 8592 | 6/1/2020 - 7/1/2020 | 8/21/2020 | $45,719.20 | $0.00 | | | | |
| | | | | | | $1,131,762.02 | $5,588.33 | $39,000.00 | $1,098,350.35 | $853,214.91 | $245,135.44 |
| KPMG | Third Interim | 7/9/2020 | 8341 | 10/10/19 - 1/31/2020 | 7/29/2020 | $5,105,788.04 | $291,865.26 | $75,000.00 | $5,322,653.30 | $4,371,323.79 | $951,329.51 |
| Latham & Watkins** | Monthly | 4/30/2020 | 7017 | 11/1/2019 - 2/29/2020 | 5/21/2020 | | | | | | |
| | Fourth Interim | 6/8/2020 | 7837 | 11/1/2019 - 1/31/2020 | 6/29/2020 | | | | | | |
| | | | | | | $1,589,000.00 | $18,878.16 | $37,500.00 | $1,570,378.16 | $1,290,078.16 | $280,300.00 |
| Munger Tolles & Olson | Fourth Interim | 7/15/2020 | 8406 | 2/1/2020 - 5/31/2020 | 7/28/2020 | $10,143,473.50 | $672,541.33 | $330,000.00 | $10,486,014.83 | $5,440,065.78 | $5,045,949.05 |

| Retained Professional UNSECURED CREDITORS | Fee Request | Filing Date | Docket No. | Request Date Range | Objection Date | Fees Requested | Expenses Requested | Total Compromised Reduction with Fee Examiner | Net Amount Claimed | Total Payments | Net Amount Outstanding |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Centerview Partners*** | Fourth Interim | 7/15/2020 | 8412 | 2/1/2020 -6/30/2020 | 8/5/2020 | $1,250,000.00 | $9,722.68 | $1,236.01 | $1,258,486.67 | $409,722.68 | $848,763.99 |
| FTI Consulting**** | Fourth Interim | 7/15/2020 | 8414 | 2/1/2020 - 5/31/2020 | 8/5/2020 | $2,428,251.00 | $16,780.69 | $2,532.54 | $2,442,499.15 | $1,959,381.49 | $483,117.66 |

*Regarding Berman & Todderud, Court approval of this compromise constitutes approval of this firm's Final Fee Application [Docket No. 8624] because the time periods subject to this compromise as well as a prior Court approved compromise cover all time and expenses subject to the Final Fee Application.

**As regards Latham & Watkins, this compromise relates to compensation and expenses sought for the period from November 1, 2019 to February 29, 2020, which is covered by the monthly fee application [Docket No. 7017] filed on April 30, 2020. The First Interim Fee Application filed by Latham & Watkins LLP [Docket No. 7837] covers the period from November 1,2019 through January 31, 2020. Accordingly, reference to "First Interim" is a reference to November 1, 2019 through February 29, 2020, which is the period covered by the compromise.

*** As regards Centerview, this compromise concerns only expenses. Under Centerview's employment order, any objection to fees may only be made in response fo final fee applications.

****As regards FTI Consulting, the indicated reduction is in addition to FTI's voluntary reduction of $132,543.00 as set forth in the FTI Fourth Interim Fee Application.

| Retained Professional TORT CLAIMANTS | Fee Request | Filing Date | Docket No. | Request Date Range | Objection Date | Fees Requested | Expenses Requested | Total Compromised Reduction with Fee Examiner | Net Amount Claimed | Total Payments | Net Amount Outstanding |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Baker & Hostetler***** | Second Interim | 11/14/2019 | 4733 | 6/1/2019 - 9/30/2019 | 12/4/2019 | $11,494,553.25 | $ 1,899,103.14 | $ 474,363.45 | $12,919,292.94 | $ 11,094,745.74 | $ 1,824,547.20 |
| | Third Interim | 3/13/2020 | 6286 | 10/1/2019 - 1/31/2020 | 4/2/2020 | $15,252,640.50 | $ 3,574,530.67 | $ 634,315.48 | $18,192,855.69 | $ 15,776,643.07 | $ 2,416,212.62 |
| | Fourth Interim | 7/15/2020 | 8403 | 2/1/2020 - 5/31/2020 | 8/4/2020 | $14,563,600.00 | $ 1,847,978.50 | $ 592,105.85 | $15,819,472.65 | $ 13,498,858.50 | $ 2,320,614.15 |
| | | | | | | $41,310,793.75 | $ 7,321,612.31 | $ 1,700,784.78 | $46,931,621.28 | $40,370,247.31 | $6,561,373.97 |
| Lincoln Partners | Fourth Interim | 7/15/2020 | 8402 | 1/1/2020 - 5/31/2020 | 8/4/2020 | $8,766,589.50 | $41,284.46 | $225,000.00 | $8,582,873.96 | $2,564,736.19 | $6,018,137.77 |
| Lynn A. Baker, Esq. | First Interim | 3/16/2020 | 6325 | 1/27/2020 -1/31/2020 | 4/6/2020 | $720.00 | $0.00 | | | | |
| | Second Interim | 7/14/2020 | 8396 | 2/1/2020 -5/31/2020 | 8/3/2020 | $69,120.00 | $0.00 | | | | |
| | | | | | | $69,840.00 | $0.00 | $2,500.00 | $67,340.00 | $55,870.00 | $11,470.00 |
| Trident DMG LLC | Third Interim | 7/14/2020 | 8395 | 2/1/2020 0 5/31/2020 | 8/3/2020 | $140,000.00 | $3,234.40 | $0.00 | $143,234.40 | $ 115,234.40 | $28,000.00 |

***** As regards Baker & Hostetler, this firm's compromise is to reduce the firm's fees and expenses by 4%. Baker and Hostetler's "Expenses" in the Interim Applications include charges for expert witnesses that were paid directly to these expert witnesses and not to Baker & Hostetler and are not included in the compromise.
Thus, these expert witness charges were deducted from the Baker & Hostetler expense totals before calculating the 4% reduction. As a result, the Expenses Requested column reflects lower amounts than in the interim applications. The Fee Examiner is separately reviewing the charges reflected for the expert witness charges.