SCOTT H. MCNUTT (CSBN 104696)
324 Warren Road
San Mateo, California 94402
Telephone: (415) 760-5601
Email: smcnutt@ml-sf.com

Counsel to the Fee Examiner

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>        - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>        Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM) | Bankruptcy Case<br>No. 19-30088 (DM)<br>(Lead Case)<br>(Jointly Administered)<br><br>Chapter 11<br><br>**SECOND AMENDED NOTICE OF HEARING ON INTERIM APPLICATIONS ALLOWING AND AUTHORIZING PAYMENT OF FEES AND EXPENSES OF MULTIPLE FEE APPLICANTS BASED UPON COMPROMISES WITH THE FEE EXAMINER (4TH SET)**<br><br>Hearing:<br><br>Date:    September 22, 2020<br>Time:    10:00 a.m. (Pacific Time)<br>Place:   (Telephonic/Video Appearances Only)<br>         United States Bankruptcy Court<br>         Courtroom 17,<br>         450 Golden Gate Ave., 16th Floor<br>         San Francisco, CA<br><br>Judge:   Hon. Dennis Montali<br><br><br>Objection Deadline: September 15, 2020 |

NOTICE OF HEARING ALLOWING AND AUTHORIZING PAYMENT OF INTERIM FEE APPLICATIONS (4TH SET)

**PLEASE TAKE NOTICE** that Second Amended Notice is necessitated because the prior Notice inadvertently omitted pages. We apologize to all concerned.

**PLEASE TAKE FURTHER NOTICE** that on February 28, 2019, the Court entered its <u>Order Authorizing Debtors to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals</u> (**"Interim Compensation Order"**) [Doc. No. 701]. Under the Interim Compensation Order, estate professionals are paid 80% of fees and 100% of expenses on a monthly basis (a so-called <u>Knudsen</u> Order). The Interim Compensation Order contemplates filing interim applications (to recover the 20% "holdback" on fees). All payments of interim compensation are subject to the requirement that final fee applications be filed. Although interim fee applications are contemplated, they are not mandated.

**PLEASE TAKE FURTHER NOTICE** that on May 29, 2019, the Court entered its <u>Order Appointing Fee Examiner and Establishing Procedures for Consideration of Fee Compensation and Reimbursement of Expenses</u> (**"Order Appointing Fee Examiner"**) [Doc. No. 2267]. The Order Appointing Fee Examiner sets forth a procedure for review and resolution of interim fee applications.

**PLEASE TAKE FURTHER NOTICE** that on December 18, 2019, the Court entered its <u>Amended Order Granting Fee Examiner Motion to Approve Fee Procedures</u> (**"Amended Fee Procedures Order"**) [Doc. No. 5168]. The Amended Fee Procedures Order approves the Fee Examiner's Protocol and adopts the Fee Examiner's recommendations as to the coordination and scheduling of hearings. On January 20, 2020, this Court entered its <u>Second Amended Order Granting Fee Examiner's Motion to Approve Fee Procedures</u> (the "**Second Amended Order**") [Doc. No. 5572], which added certain disclosure and notice requirements.

Case: 19-30088    Doc# 8911    Filed: 08/29/20    Entered: 08/29/20 18:22:38    Page 2 of 9

**PLEASE TAKE FURTHER NOTICE** that under the Second Amended Fee Procedures Order, the Fee Examiner is authorized to set hearings to approve interim fee applications based upon compromises reached with fee applicants. Such hearings shall be heard on 21 days' notice as required by Fed. R. Bankr. Pro. 2002 (a)(6) and the Notice of Hearing shall comply with Fed. R. Bankr. Pro. 2002 (c)(2).

**PLEASE TAKE FURTHER NOTICE THAT** ¶2(b) of the Second Amended Order requires that any Notice regarding interim compensation must set forth the following:

(1) Each applicant and the party represented by the applicant,

(2) the date range for the services for which the compensation is being sought, and

(3) the amount of fees applied for and the amount of expenses requested.

This detail is set forth as to each Interim Fee Applicant in "**Exhibit A**" attached hereto and incorporated by this reference.

**PLEASE TAKE FURTHER NOTICE THAT** under the foregoing orders, professionals were permitted to file Interim Applications every four months beginning July 15, 2019. The Second Interim Applications were to be filed by November 15, 2019. The Third Interim Applications were to be filed by March 15, 2020. Fourth Interim Applications were due July 15, 2020.

**PLEASE TAKE FURTHER NOTICE THAT** on August 29, 2020, the Fee Examiner Filed his *Fee Examiner's Second Report on Status of Fee and Expenses Submitted, Approved and Pending* ("**Fee Examiner's Second Status Report**") [Doc. No. 8903]. The Fee Examiner's Second Status Report sets forth the overall status of fee applications as of August 28, 2020.

**PLEASE TAKE FURTHER NOTICE THAT** the Fee Examiner now presents for hearing and approval seventeen compromises with ten estate professionals (the "**Compromise Fee Applicants**") concerning previously filed interim fee applications and one final fee application as set forth in **Exhibit A**, attached hereto and incorporated herein by this reference (the "**Interim Fee Application Compromises**").

**PLEASE TAKE FURTHER NOTICE** that the compromise concerning Compromise Fee Applicant Berman & Todderud constitutes a final fee application and final award. Berman & Todderud has filed four interim fee applications as well as a final fee application, as set forth in **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that, in summary, **Exhibit A** reveals that the Fee Examiner has concluded compromises related to $80,317,005.43 of fees and expenses requested, obtaining reductions of $2,413,553.35.

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court will hear and consider the Fee Application Compromises on September 22, 2020 at 10:00 a.m. (Pacific Time) (the "**Hearing on Fee Application Compromises**") via video conferencing or telephone. All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

**PLEASE TAKE FURTHER NOTICE** that the deadline to object to the Interim Fee Application Compromises is September 15, 2020.

**PLEASE TAKE FURTHER NOTICE** that the Compromise Fee Applicants, subject to Court Approval, have each agreed to the stipulated reduction indicated on **Exhibit A**, and that the Fee Examiner will submit orders reflecting the stipulated reductions, or the Fee Examiner will approve the form of orders submitted by the Fee Applicants.

**PLEASE TAKE FURTHER NOTICE THAT** the Fee Examiner has previously provided the Office of the United States Trustee with the amount of each such compromise, and that the Office of the United States Trustee has not objected to any compromise. If the United States Trustee objects to a compromise, the Fee Examiner will withdraw that compromise from this Amended Notice.

**PLEASE TAKE FURTHER NOTICE THAT** the amount applied for, the amount of any compromise with the Fee Examiner and the net amount claimed are set forth in **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE THAT** following the entry of appropriate orders with respect to each of the Compromise Fee Applicants, Debtors will be authorized to pay the "Net Amount Outstanding" as set forth in **Exhibit A**, subject to confirmation by the Fee Examiner, that Compromise Fee Applicants have credited against the "Net Amount Outstanding" any amounts received between the time of filing this Notice and the date of Court approval.

**PLEASE TAKE FURTHER NOTICE THAT** the Second Amended Fee Procedures order reserves the Fee Examiner's right to raise certain objections at the time of subsequent interim fee applications and final fee applications.

**PLEASE TAKE FURTHER NOTICE THAT** copies of the Interim Applications and Amendments can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims

1    agent, Prime Clerk LLC, at http://restructuring.primeclerk.com/pge or by calling (844) 339-4217

2    (toll free) for U.S.-based parties; or +1 (929) 333-8977 for international parties or by e-mail at:

3    pginfo@primeclerk.com.  Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

4    DATED: August 28, 2020          SCOTT H. McNUTT

7                                       By:   */Scott H. McNutt/*

8                                        Scott H. McNutt

                                         Counsel to the Fee Examiner

# EXHIBIT A

EXHIBIT A
to
NOTICE OF HEARING ON INTERIM AND FINAL FEE APPLICATIONS ALLLOWING
AND AUTHORIZING PAYMENT OF FEES AND EXPENSES
OF MULTIPLE FEE APPLICANTS BASED ON COMPROMISES WITH THE FEE EXAMINER

(Noticed for Hearing September 22, 2020)

Page 1 of 2

| Retained Professional DEBTORS | Fee Request | Filing Date | Docket No. | Request Date Range | Objection Date | Fees Requested | Expenses Requested | Total Compromised Reduction with Fee Examiner | Net Amount Claimed | Total Payments | Net Amount Outstanding |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Berman & Todderud* | Second Interim | 11/13/2019 | 4705 | 6/2/2019 - 9/30/2019 | 12/3/2019 | $375,994.00 | $5,588.33 | | | | |
| | Third Interim | 3/11/2020 | 6252 | 10/1/2019 - 1/31/2020 | 3/31/2020 | $376,556.82 | $0.00 | | | | |
| | Fourth Interim | 7/8/2020 | 8298 | 2/1/2020 - 5/31/2020 | 7/28/2020 | $333,492.00 | $0.00 | | | | |
| | Jun-Jul 1 2020 | 7/31/2020 | 8592 | 6/1/2020 - 7/1/2020 | 8/21/2020 | $45,719.20 | $0.00 | | | | |
| | | | | | | $1,131,762.02 | $5,588.33 | $39,000.00 | $1,098,350.35 | $853,214.91 | $245,135.44 |
| | | | | | | | | | | | |
| KPMG | Third Interim | 7/9/2020 | 8341 | 10/10/19 - 1/31/2020 | 7/29/2020 | $5,105,788.04 | $291,865.26 | $75,000.00 | $5,322,653.30 | $4,371,323.79 | $951,329.51 |
| | | | | | | | | | | | |
| Latham & Watkins** | Monthly | 4/30/2020 | 7017 | 11/1/2019 - 2/29/2020 | 5/21/2020 | | | | | | |
| | Fourth Interim | 6/8/2020 | 7837 | 11/1/2019 - 1/31/2020 | 6/29/2020 | | | | | | |
| | | | | | | $1,589,000.00 | $18,878.16 | $37,500.00 | $1,570,378.16 | $1,290,078.16 | $280,300.00 |
| | | | | | | | | | | | |
| Munger Tolles & Olson | Fourth Interim | 7/15/2020 | 8406 | 2/1/2020 - 5/31/2020 | 7/28/2020 | $10,143,473.50 | $672,541.33 | $330,000.00 | $10,486,014.83 | $5,440,065.78 | $5,045,949.05 |

| Retained Professional UNSECURED CREDITORS | Fee Request | Filing Date | Docket No. | Request Date Range | Objection Date | Fees Requested | Expenses Requested | Total Compromised Reduction with Fee Examiner | Net Amount Claimed | Total Payments | Net Amount Outstanding |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Centerview Partners*** | Fourth Interim | 7/15/2020 | 8412 | 2/1/2020 -6/30/2020 | 8/5/2020 | $1,250,000.00 | $9,722.68 | $1,236.01 | $1,258,486.67 | $409,722.68 | $848,763.99 |
| | | | | | | | | | | | |
| FTI Consulting**** | Fourth Interim | 7/15/2020 | 8414 | 2/1/2020 - 5/31/2020 | 8/5/2020 | $2,428,251.00 | $16,780.69 | $2,532.54 | $2,442,499.15 | $1,959,381.49 | $483,117.66 |

*Regarding Berman & Todderud, Court approval of this compromise constitutes approval of this firm's Final Fee Application [Docket No. 8624] because the time periods subject to this compromise as well as a prior Court approved compromise cover all time and expenses subject to the Final Fee Application.

**As regards Latham & Watkins, this compromise relates to compensation and expenses sought for the period from November 1, 2019 to February 29, 2020, which is covered by the monthly fee application [Docket No. 7017] filed on April 30, 2020. The First Interim Fee Application filed by Latham & Watkins LLP [Docket No. 7837] covers the period from November 1,2019 through January 31, 2020. Accordingly, reference to "First Interim" is a reference to November 1, 2019 through February 29, 2020, which is the period covered by the compromise.

*** As regards Centerview, this compromise concerns only expenses. Under Centerview's employment order, any objection to fees may only be made in response fo final fee applications.

****As regards FTI Consulting, the indicated reduction is in addition to FTI's voluntary reduction of $132,543.00 as set forth in the FTI Fourth Interim Fee Application.

| Retained Professional TORT CLAIMANTS | Fee Request | Filing Date | Docket No. | Request Date Range | Objection Date | Fees Requested | Expenses Requested | Total Compromised Reduction with Fee Examiner | Net Amount Claimed | Total Payments | Net Amount Outstanding |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Baker & Hostetler***** | Second Interim | 11/14/2019 | 4733 | 6/1/2019 - 9/30/2019 | 12/4/2019 | $11,494,553.25 | $ 1,899,103.14 | $ 474,363.45 | $12,919,292.94 | $ 11,094,745.74 | $ 1,824,547.20 |
| | Third Interim | 3/13/2020 | 6286 | 10/1/2019 - 1/31/2020 | 4/2/2020 | $15,252,640.50 | $ 3,574,530.67 | $ 634,315.48 | $18,192,855.69 | $ 15,776,643.07 | $ 2,416,212.62 |
| | Fourth Interim | 7/15/2020 | 8403 | 2/1/2020 - 5/31/2020 | 8/4/2020 | $14,563,600.00 | $ 1,847,978.50 | $ 592,105.85 | $15,819,472.65 | $ 13,498,858.50 | $ 2,320,614.15 |
| | | | | | | $41,310,793.75 | $ 7,321,612.31 | $ 1,700,784.78 | $46,931,621.28 | $ 40,370,247.31 | $6,561,373.97 |
| Lincoln Partners | Fourth Interim | 7/15/2020 | 8402 | 1/1/2020 - 5/31/2020 | 8/4/2020 | $8,766,589.50 | $41,284.46 | $225,000.00 | $8,582,873.96 | $2,564,736.19 | $6,018,137.77 |
| Lynn A. Baker, Esq. | First Interim | 3/16/2020 | 6325 | 1/27/2020 -1/31/2020 | 4/6/2020 | $720.00 | $0.00 | | | | |
| | Second Interim | 7/14/2020 | 8396 | 2/1/2020 -5/31/2020 | 8/3/2020 | $69,120.00 | $0.00 | | | | |
| | | | | | | $69,840.00 | $0.00 | $2,500.00 | $67,340.00 | $55,870.00 | $11,470.00 |
| Trident DMG LLC | Third Interim | 7/14/2020 | 8395 | 2/1/2020 0 5/31/2020 | 8/3/2020 | $140,000.00 | $3,234.40 | $0.00 | $143,234.40 | $ 115,234.40 | $28,000.00 |

***** As regards Baker & Hostetler, this firm's compromise is to reduce the firm's fees and expenses by 4%. Baker and Hostetler's "Expenses" in the Interim Applications include charges for expert witnesses that were paid directly to these expert witnesses and not to Baker & Hostetler and are not included in the compromise.
Thus, these expert witness charges were deducted from the Baker & Hostetler expense totals before calculating the 4% reduction. As a result, the Expenses Requested column reflects lower amounts than in the interim applications. The Fee Examiner is separately reviewing the charges reflected for the expert witness charges.