SCOTT H. MCNUTT (CSBN 104696)
324 Warren Road
San Mateo, California 94402
Telephone: (415) 760-5601
Email: smcnutt@ml-sf.com

Counsel to the Fee Examiner

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>     - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>     Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM) | Bankruptcy Case No. 19-30088 (DM)<br>(Lead Case)<br>(Jointly Administered)<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON FEE EXAMINER'S SECOND REPORT ON STATUS OF FEE AND EXPENSE APPLICATIONS SUBMITTED, APPROVED AND PENDING**<br><br>Date: September 22, 2020<br>Time: 10:00 a.m. (Pacific Time)<br>Place: (Telephonic Appearances Only)<br>     United States Bankruptcy Court<br>     Courtroom 17,<br>     450 Golden Gate Avenue<br>     16th Floor<br>     San Francisco, CA<br><br>Judge: Hon. Dennis Montali<br><br>Response Deadline: September 15, 2020 |

**PLEASE TAKE NOTICE** that on January 29, 2019 (the "**Petition Date**"), PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors (the "**Debtors**," or as reorganized pursuant to the Plan, the "**Reorganized Debtors**") in the above captioned Chapter 11 cases (the "**Chapter 11 Cases**") each filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court will hold a hearing on **September 22, 2020 at 10:00 a.m. (Pacific Time)** (the "**Omnibus Hearing**") before the Honorable Dennis Montali, United States Bankruptcy Judge. Pursuant to the Bankruptcy Court's *Amended General Order No. 38 in re: Coronavirus Disease Public Health Emergency,* dated March 20, 2020, **the Omnibus Hearing will be conducted telephonically. The courtroom will be closed.** All parties who wish to appear at the Omnibus Hearing must make arrangements to appear telephonically with CourtCall at 1-866-582-6878 no later than 4:00 p.m. (Pacific Time) on the day before the Omnibus Hearing. Further information regarding telephonic appearances via CourtCall can be found on the Bankruptcy Court's website, at the following location: www.canb.uscourts.gov > Rules and Procedures > District Procedures > Policy and Procedure for Appearances by Telephone. Charges have been waived by CourtCall for pro se parties.

**PLEASE TAKE FURTHER NOTICE** that on May 29, 2019, the Bankruptcy Court entered its *Order Appointing Fee Examiner and Establishing Procedures for Consideration of Fee Compensation and Reimbursement of Expenses* ("**Order Appointing Fee Examiner**") [Doc. No. 2267].

**PLEASE TAKE FURTHER NOTICE** that in addition to any other matters to be heard at the Omnibus Hearing, the Bankruptcy Court is scheduled to hear and consider the *Fee Examiner's Second Report on Status of Fee and Expense Applications Submitted, Approved and Pending* (the "**Fee Examiner's Second Status Report**") [Doc. No. 8903].

**PLEASE TAKE FURTHER NOTICE** that any responses to the Fee Examiner's Second Status Report must be filed and served by September 15, 2020.

DATED: August 28, 2020

SCOTT H. MCNUTT

By:     */Scott H. McNutt/*
Scott H. McNutt
Counsel to the Fee Examiner