# **EXHIBIT D**

## **NAMED PROFESSIONALS SEEKING COMPENSATION**

| Name of Professional Individual | Title |
|---|---|
| Kenneth M. Jacobs | CEO |
| David S. Kurtz | Vice Chairman |
| Mary Ann Deignan | Managing Director |
| Tomer Perry | Managing Director |
| Ken Ziman | Managing Director |
| Christopher Couvelier | Director |
| Greg Hort | Director |
| Christian Tempke | Director |
| Charles Kim | Vice President |
| Komu Kumar | Vice President |
| Craig Durrant | Vice President |
| Eli Silverman | Vice President |
| Andrew Wood | Vice President |
| Daniel Bier | Associate |
| Garrett Deutsch | Associate |
| Dan Katz | Associate |
| Alexander Lotz | Associate |
| Nathan Mooney | Associate |
| Erik Overman | Associate |
| Matthew Strain | Associate |
| Luke Cummings | Associate |
| Leah Friedman | Associate |
| Liam Fine | Analyst |
| Kevin Hatch | Analyst |
| Michael Hinz | Analyst |
| Dan Liotta | Analyst |
| Maxwell Lubkeman | Analyst |

| Name of Professional Individual | Title |
|---|---|
| Caroline Sambuco | Analyst |
| Quinn Pitcher | Analyst |
| Katherine Tobeason | Analyst |
| Bryant Wang | Analyst |
| TJ Nzewi | Analyst |
| Logan Piper | Analyst |
| Mackenzie Peebles | Analyst |
| Chris Lu | Analyst |
| Scott Belinsky | Analyst |
| William Zhao | Analyst |