# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>- and –<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>　　　　　　　　　　　**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas & Electric Company<br>☑ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**CERTIFICATION OF KEN ZIMAN REGARDING SECOND INTERIM AND FINAL FEE APPLICATION OF LAZARD FRÈRES & CO. LLC FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED AS INVESTMENT BANKER TO THE DEBTORS FOR THE PERIOD FROM JANUARY 29, 2019 THROUGH JULY 1, 2020** |

I, Ken Ziman, declare as follows:

1.　　I am a Managing Director with Lazard Frères & Co. LLC ("**Lazard**"), investment banker to the above captioned debtors and debtors in possession (collectively, the "**Debtors**").

2.　　I make the certification regarding the *Second Interim and Final Fee Application of Lazard Frères & co. LLC for Allowance and Payment of Compensation and Reimbursement of Expenses Incurred as Investment Banker to the Debtors for the Period from January 29, 2019 through July 1, 2020* (the "**Fee Application**"). I am familiar with (i) the Order Pursuant to 11 U.S.C. §§ 331 and 105(a) and Fed. R. Bankr. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses for Professionals [Docket No. 701] (the "**Interim Compensation Order**"); (ii) the Guidelines for Compensation and

1

Expense Reimbursement of Professionals for the Northern District of California, dated February 19, 2014 (the **"Local Guidelines"**); and (iii) the Region 17 U.S. Trustee Guidelines (the **"U.S. Trustee Guidelines"** and collectively, the **"Fee Guidelines"**).

3. I have reviewed the Fee Application and hereby verify that, to the best of my knowledge, information and belief, formed after reasonable inquiry, the compensation and expense reimbursement requested are billed at rates in accordance with those customarily charged by Lazard and generally accepted by Lazard's clients.

I declare under penalty of perjury of the laws of the United States of America that the forgoing is true and correct.

Executed this 30th day of August, 2020 in New York, New York

*/s/ Ken Ziman*
Ken Ziman