# **EXHIBIT A**

(Summary of Fees and Expenses)

# EXHIBIT A

## SUMMARY CHARTS OF FEES AND EXPENSES REQUESTED DURING FEE PERIOD
## JANUARY 29, 2019 – JULY 1, 2020

### FEE SUMMARY BY CATEGORY

| CATEGORY | HOURS BILLED THIS PERIOD | TOTAL FOR APPLICATION |
|---|---|---|
| Ballots | 4,780.60 | $674,345.65 |
| Call Center / Credit Inquiry | 1,506.50 | $304,180.95 |
| Corporate Actions | 114.40 | $23,009.00 |
| Disbursements | 200.00 | $42,050.80 |
| Retention / Fee Application | 7.00 | $1,510.30 |
| Solicitation | 1,503.60 | $307,534.50 |
| **Total** | **8,112.10** | **$1,352,631.20**[3] |

### FEE SUMMARY BY PRIME CLERK EMPLOYEE

| EMPLOYEE | TITLE | HOURS BILLED THIS PERIOD | RATE[4] | TOTAL FOR APPLICATION |
|---|---|---|---|---|
| Daloia, James F | Director of Solicitation | 23.00 | $220.00 | $5,060.00 |
| Johnson, Craig | Director of Solicitation | 578.20 | $220.00 | $127,204.00 |
| Orchowski, Alex T | Director of Solicitation | 32.30 | $220.00 | $7,106.00 |
| Pullo, Christina | Director of Solicitation | 157.80 | $220.00 | $34,716.00 |
| Sharp, David | Director of Solicitation | 129.40 | $220.00 | $28,468.00 |
| Daloia, James F | Director of Solicitation | 0.80 | $200.00 | $160.00 |
| Johnson, Craig | Director of Solicitation | 2.00 | $200.00 | $400.00 |
| Orchowski, Alex T | Director of Solicitation | 8.60 | $200.00 | $1,720.00 |
| Pullo, Christina | Director of Solicitation | 13.90 | $200.00 | $2,780.00 |
| Sharp, David | Director of Solicitation | 1.20 | $200.00 | $240.00 |
| Adler, Adam M | Director | 0.40 | $220.00 | $88.00 |
| Baer, Herb C | Director | 7.20 | $220.00 | $1,584.00 |
| Dubin, Mariah | Director | 7.50 | $220.00 | $1,650.00 |
| Faust, Georgia L | Director | 0.30 | $220.00 | $66.00 |
| Hill, Mike | Director | 12.60 | $220.00 | $2,772.00 |
| Jaffar, Amrita C | Director | 3.90 | $220.00 | $858.00 |
| Manners, Venetia | Director | 71.10 | $220.00 | $15,642.00 |
| Schepper, Chris R | Director | 3.70 | $220.00 | $814.00 |
| Steele, Benjamin J | Director | 0.50 | $220.00 | $110.00 |
| Weiner, Shira D | Director | 23.40 | $220.00 | $5,148.00 |
| Ruiz, Gustavo A | Director | 1.90 | $209.00 | $397.10 |
| Adler, Adam M | Director | 0.30 | $200.00 | $60.00 |
| Dubin, Mariah | Director | 0.50 | $200.00 | $100.00 |
| Brown, Mark M | Solicitation Consultant | 322.80 | $198.00 | $63,914.40 |
| Carpenter, Mary J | Solicitation Consultant | 546.70 | $198.00 | $108,246.60 |
| Crowell, Messiah L | Solicitation Consultant | 280.50 | $198.00 | $55,539.00 |
| DePalma, Greg R | Solicitation Consultant | 58.60 | $198.00 | $11,602.80 |

---

[3] This amount has been discounted to $1,082,104.96 in accordance with Prime Clerk's retention.
[4] Prime Clerk raised its rates effective January 1, 2020 in accordance with the terms of its engagement. In addition, certain employees of Prime Clerk were promoted during the Fee Period and are billed at their former and current rates, as applicable.

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Gray, Ackheem J | Solicitation Consultant | 188.60 | $198.00 | $37,342.80 |
| Jadonath, Anna | Solicitation Consultant | 46.60 | $198.00 | $9,226.80 |
| Kaufman, Craig M | Solicitation Consultant | 26.10 | $198.00 | $5,167.80 |
| Kesler, Stanislav | Solicitation Consultant | 768.00 | $198.00 | $152,064.00 |
| Liu, Calvin L | Solicitation Consultant | 38.00 | $198.00 | $7,524.00 |
| Lonergan, Senan L | Solicitation Consultant | 18.30 | $198.00 | $3,623.40 |
| Mackey, Tessa Rose Lord | Solicitation Consultant | 2.40 | $198.00 | $475.20 |
| Plerqui, Justin | Solicitation Consultant | 100.00 | $198.00 | $19,800.00 |
| Scully, Nickesha C | Solicitation Consultant | 66.40 | $198.00 | $13,147.20 |
| Taatjes, Hayden S | Solicitation Consultant | 356.40 | $198.00 | $70,567.20 |
| Vyskocil, Ryan J | Solicitation Consultant | 30.00 | $198.00 | $5,940.00 |
| Kesler, Stanislav | Solicitation Consultant | 7.30 | $180.00 | $1,314.00 |
| Labissiere, Pierre | Solicitation Consultant | 0.60 | $180.00 | $108.00 |
| Orchowski, Alex T | Solicitation Consultant | 1.20 | $180.00 | $216.00 |
| Ashley, Jeanette | Senior Consultant | 38.20 | $187.00 | $7,143.40 |
| Nikelsberg, Ira | Senior Consultant | 67.00 | $187.00 | $12,529.00 |
| Breines, Lauren N | Consultant | 145.70 | $170.50 | $24,841.85 |
| Guill, Chelsea M | Consultant | 2.80 | $170.50 | $477.40 |
| Pagan, Chanel C | Consultant | 3.30 | $170.50 | $562.65 |
| Ra, Justin J | Consultant | 16.30 | $170.50 | $2,779.15 |
| Washington, Sedahri K | Consultant | 0.30 | $170.50 | $51.15 |
| Bird, Amber M | Consultant | 41.70 | $165.00 | $6,880.50 |
| Borushchak, Nataliya | Consultant | 38.30 | $165.00 | $6,319.50 |
| DePalma, Greg M | Consultant | 124.20 | $165.00 | $20,493.00 |
| Dominguez, Kirsten A | Consultant | 123.00 | $165.00 | $20,295.00 |
| Floyd, Tiffany M | Consultant | 49.80 | $165.00 | $8,217.00 |
| Grispi, Diel T | Consultant | 64.50 | $165.00 | $10,642.50 |
| Heath, Curtis L | Consultant | 11.00 | $165.00 | $1,815.00 |
| Holloway, Jessica D | Consultant | 0.50 | $165.00 | $82.50 |
| Iannaci, Patricia M | Consultant | 183.20 | $165.00 | $30,228.00 |
| Inman, Aliece L | Consultant | 4.80 | $165.00 | $792.00 |
| Izquierdo, Stephanie | Consultant | 172.40 | $165.00 | $28,446.00 |
| Jobin, Marissa | Consultant | 0.50 | $165.00 | $82.50 |
| Kail, John C | Consultant | 21.40 | $165.00 | $3,531.00 |
| Kouskorskaya, Yaroslava | Consultant | 2.70 | $165.00 | $445.50 |
| Kovalchuk, Oleg | Consultant | 56.00 | $165.00 | $9,240.00 |
| Laurel, Marissa E | Consultant | 14.10 | $165.00 | $2,326.50 |
| Mahgoub, Mohamed T | Consultant | 20.00 | $165.00 | $3,300.00 |
| Patel, Mihir P | Consultant | 176.70 | $165.00 | $29,155.50 |
| Patterson, Camille S | Consultant | 51.00 | $165.00 | $8,415.00 |
| Pollard, Jonathan | Consultant | 51.30 | $165.00 | $8,464.50 |
| Ruffin, Jesse S | Consultant | 0.50 | $165.00 | $82.50 |
| Sommerman, Alexis D | Consultant | 120.40 | $165.00 | $19,866.00 |
| Tapia, Briana L | Consultant | 45.00 | $165.00 | $7,425.00 |
| Elliot, Brian B | Consultant | 79.20 | $148.50 | $11,761.20 |
| Hughes, James T | Consultant | 184.00 | $148.50 | $27,324.00 |
| Kinnard, Brian M | Consultant | 88.70 | $148.50 | $13,171.95 |
| Lamb, Connor S | Consultant | 37.70 | $148.50 | $5,598.45 |
| Lewis, Margaret A | Consultant | 34.40 | $148.50 | $5,108.40 |
| Makhlin, Alex | Consultant | 60.40 | $148.50 | $8,969.40 |
| Murden, Arielle M | Consultant | 41.00 | $148.50 | $6,088.50 |

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Pippert, Daniel M | Consultant | 84.00 | $148.50 | $12,474.00 |
| Santodomingo, Liz | Consultant | 0.50 | $148.50 | $74.25 |
| Schudro, Aleksey | Consultant | 35.20 | $148.50 | $5,227.20 |
| Shannon, Roberta | Consultant | 57.00 | $148.50 | $8,464.50 |
| Suddarth, Garret S | Consultant | 92.70 | $148.50 | $13,765.95 |
| Vasquez, Ramiro V | Consultant | 52.00 | $148.50 | $7,722.00 |
| Wasserman, Derek | Consultant | 1.00 | $148.50 | $148.50 |
| Yuen, Anderson C | Consultant | 86.80 | $148.50 | $12,889.80 |
| Zhong, Jun Wei | Consultant | 82.40 | $148.50 | $12,236.40 |
| Cerro, Angela M | Consultant | 8.50 | $137.50 | $1,168.75 |
| De Souza, Delicia | Consultant | 0.50 | $137.50 | $68.75 |
| Salguero, Elcida V | Consultant | 9.00 | $137.50 | $1,237.50 |
| Yosef, Dina | Consultant | 8.00 | $132.00 | $1,056.00 |
| Aranza, Christian J | Consultant | 104.30 | $110.00 | $11,473.00 |
| Fulwood, Donchelle F | Consultant | 86.60 | $110.00 | $9,526.00 |
| Gulcen, Furkan | Consultant | 77.40 | $110.00 | $8,514.00 |
| Jeanty, Jeanane | Consultant | 56.90 | $110.00 | $6,259.00 |
| Nevins, Megan E | Consultant | 79.60 | $110.00 | $8,756.00 |
| Richards, Kira K | Consultant | 163.10 | $104.50 | $17,043.95 |
| Senecal, Brian A | Technology Consultant | 15.30 | $104.50 | $1,598.85 |
| Lim, Rachel | Technology Consultant | 43.40 | $93.50 | $4,057.90 |
| Singh, Kevin | Technology Consultant | 62.80 | $93.50 | $5,871.80 |
| Gomez, Christine | Technology Consultant | 9.00 | $71.50 | $643.50 |
| Reyes, Ronald A | Technology Consultant | 24.30 | $71.50 | $1,737.45 |
| Conteh, Omaru | Technology Consultant | 3.70 | $49.50 | $183.15 |
| Clark, Katierra R | Analyst | 62.00 | $60.50 | $3,751.00 |
| Croker, Lloyd D | Analyst | 104.10 | $60.50 | $6,298.05 |
| Dunn, Jamal S | Analyst | 66.20 | $60.50 | $4,005.10 |
| Henegan, Nazir | Analyst | 19.90 | $60.50 | $1,203.95 |
| Madueno, Cristina | Analyst | 6.70 | $60.50 | $405.35 |
| Mignott, Brandon G | Analyst | 68.50 | $60.50 | $4,144.25 |
| Morrison Jr., Lynval R | Analyst | 23.00 | $60.50 | $1,391.50 |
| Nnani, Obinna I | Analyst | 74.60 | $60.50 | $4,513.30 |
| Tejada, Dalvin J | Analyst | 37.00 | $60.50 | $2,238.50 |
| Yan, Raymond | Analyst | 42.40 | $60.50 | $2,565.20 |
| Ye, Jing Wei | Analyst | 9.50 | $60.50 | $574.75 |
| Yenco, Anna J | Analyst | 9.50 | $60.50 | $574.75 |
| Bellamy, Jacqueline | Analyst | 59.80 | $55.00 | $3,289.00 |
| Grant, Nikeisha Ann-Marie | Analyst | 24.70 | $55.00 | $1,358.50 |
| Joseph, Janelle Stacey | Analyst | 63.30 | $55.00 | $3,481.50 |
| Lourie, Makiya Jahnae | Analyst | 11.10 | $55.00 | $610.50 |
| Madatkhanova, Leyla | Analyst | 3.00 | $55.00 | $165.00 |
| Wright, Mecca I | Analyst | 71.80 | $55.00 | $3,949.00 |
| **Total** | | **8,112.10** | | **$1,352,631.20[5]** |
| | | **Blended Hourly Rate** | **$166.74** | |

---

[5] This amount has been discounted to $1,082,104.96 in accordance with Prime Clerk's retention. Taking into account this discount, the blended hourly rate is $133.39.

## EXPENSE SUMMARY

| EXPENSE | RATE | TOTAL |
|---|---|---|
| After-Hours Transportation (Uber) | Actual Rate | $793.73 |
| Overtime Meals | Actual Rate | $249.54 |
| **Total** | | **$1,043.27** |

## EXPENSES BY PRIME CLERK EMPLOYEE

| EMPLOYEE | DATE | EXPENSE TYPE | AMOUNT |
|---|---|---|---|
| Johnson, Craig | 1/8/2020 | Overtime Meal | $16.55 |
| Kesler, Stanislav | 1/9/2020 | Overtime Meal | $20.00 |
| Kesler, Stanislav | 3/3/2020 | After Hours Transportation (Uber) | $75.80 |
| Kesler, Stanislav | 3/10/2020 | After Hours Transportation (Uber) | $50.78 |
| Joseph, Janelle | 5/1/2020 | After Hours Transportation (Uber) | $36.18 |
| Richards, Kira | 5/1/2020 | After Hours Transportation (Uber) | $22.40 |
| Henegan, Nazir | 5/9/2020 | After Hours Transportation (Uber) | $22.15 |
| Henegan, Nazir | 5/9/2020 | Overtime Meals | $20.00 |
| Richards, Kira | 5/9/2020 | After Hours Transportation (Uber) | $24.06 |
| Richards, Kira | 5/11/2020 | After Hours Transportation (Uber) | $24.08 |
| Lourie, Makiya | 5/12/2020 | Overtime Meals | $20.00 |
| Richards, Kira | 5/12/2020 | After Hours Transportation (Uber) | $23.43 |
| Clark, Katierra | 5/14/2020 | Overtime Meals | $20.00 |
| Nnani, Obinna | 5/14/2020 | After Hours Transportation (Uber) | $48.91 |
| Clark, Katierra | 5/15/2020 | Overtime Meals | $19.98 |
| Morrison, Lynval | 5/15/2020 | After Hours Transportation (Uber) | $75.76 |
| Morrison, Lynval | 5/15/2020 | Overtime Meals | $17.72 |
| Richards, Kira | 5/15/2020 | After Hours Transportation (Uber) | $20.96 |
| Tejada, Dalvin | 5/15/2020 | After Hours Transportation (Uber) | $40.48 |
| Yenco, Anna | 5/15/2020 | After Hours Transportation (Uber) | $27.50 |
| Yenco, Anna | 5/15/2020 | Overtime Meals | $20.00 |
| Bellamy, Jacqueline | 5/16/2020 | After Hours Transportation (Uber) | $55.21 |
| Bellamy, Jacqueline | 5/16/2020 | Overtime Meals | $17.61 |
| Clark, Katierra | 5/16/2020 | After Hours Transportation (Uber) | $22.35 |
| Clark, Katierra | 5/16/2020 | Overtime Meals | $17.68 |
| Morrison, Lynval | 5/16/2020 | After Hours Transportation (Uber) | $79.91 |
| Morrison, Lynval | 5/16/2020 | Overtime Meals | $20.00 |
| Tejada, Dalvin | 5/16/2020 | After Hours Transportation (Uber) | $43.32 |
| Tejada, Dalvin | 5/16/2020 | Overtime Meals | $20.00 |
| Nnani, Obinna | 5/19/2020 | After Hours Transportation (Uber) | $52.49 |
| Richards, Kira | 5/19/2020 | After Hours Transportation (Uber) | $23.96 |
| Richards, Kira | 5/21/2020 | After Hours Transportation (Uber) | $24.00 |
| Richards, Kira | 5/26/2020 | Overtime Meals | $20.00 |
| **TOTAL** | | | **$1,043.27** |