# **EXHIBIT D**

(Transmittal Letter)



One Grand Central Place
60 East 42nd Street, Suite 1440
New York, NY 10165
T: (212) 257-4166
sweiner@primeclerk.com

August 31, 2020

PG&E Corporation
77 Beale Street
San Francisco, CA 94177

Re: **PG&E Corporation and Pacific Gas and Electric Company
Final Fee Application of Prime Clerk LLC**

Dear Ms. Loduca:

Enclosed please find the *Final Application of Prime Clerk LLC for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period January 29, 2019 through July 1, 2020* in connection with its role as administrative advisor to PG&E Corporation and Pacific Gas and Electric Company.

The court's Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees provide that a debtor in possession, a trustee or an official committee must exercise reasonable business judgment in monitoring the fees and expenses of the estate's professionals. We invite you to discuss any objections, concerns or questions you may have with us. The Office of the United States Trustee will also accept your comments. The court will also consider timely filed objections by any party in interest at the time of the hearing.

If you have any questions, please contact me at (212) 257-4166 or sweiner@primeclerk.com.

Very truly yours,

*/s/ Shira D. Weiner*

Shira D. Weiner
Prime Clerk LLC
General Counsel