PRIME CLERK LLC
Shira D. Weiner (sweiner@primeclerk.com)
One Grand Central Place
60 East 42nd Street, Suite 1440
New York, NY 10165
Telephone:   (212) 257-5450

*Administrative Advisor to the Debtors
and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>– and –<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**DECLARATION OF SHIRA D. WEINER IN SUPPORT OF FINAL APPLICATION OF PRIME CLERK LLC FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JANUARY 29, 2019 THROUGH JULY 1, 2020**<br><br>Objection Deadline:  September 21, 2020 at 4:00 p.m. (Pacific Time)<br><br>[Hearing Date:  TBD] |

I, Shira D. Weiner, declare as follows:

The following facts are personally known to me, and if called to do so, I could and would competently testify thereto.

1. I am the General Counsel of Prime Clerk LLC ("**Prime Clerk**").  I submit this declaration in support of the *Final Application of Prime Clerk LLC for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period January 29, 2019 through July 1, 2020* (the "**Application**").

2. I have personally reviewed the information contained in the Application and believe its contents to be true and correct to the best of my knowledge, information and belief.

3. Prime Clerk has not been paid or promised any compensation from any source for services rendered as the administrative agent in connection with this case.

4. Prime Clerk has not entered into any agreement or understanding with any other person or entity, other than the affiliates, partners, members, managers, directors and employees of Prime Clerk, for the sharing of compensation received or to be received for services rendered and/or to be rendered in connection with this case.

5. To the best of my knowledge, after reasonable inquiry, the compensation and expense reimbursement sought in the Application is in conformity with the Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees for the United States Bankruptcy Court for the Northern District of California.

6. The compensation and expenses sought herein were billed at rates no less favorable than those customarily billed by Prime Clerk and generally accepted by Prime Clerk's clients.

7. I have personally reviewed the invoices in this matter, and the invoices represent true and correct charges to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of August, 2020, at New York, New York.

*/s/ Shira D. Weiner*
Shira D. Weiner