**EXHIBIT B**

**Comparison of Budgeted to Actual Fees Sought During the Final Fee Period**

| Period | Fees and Expenses Budgeted[1] | Fees and Expenses Sought |
|---|---|---|
| January 1, 2020- July 1, 2020 | $610,000.00 | $723,910.14 |
| Difference Between Fees Budgeted and Compensation Sought for This Final Fee Period: | | $104,007.00 (14.57%) |