# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

**In re:**

**PG&E CORPORATION,**

**- and -**

**PACIFIC GAS AND ELECTRIC COMPANY,**

                **Debtors.**

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☒ Affects both Debtors

*\* All papers shall be filed in the Lead Case,
No. 19-30088 (DM).*

Bankruptcy Case

No. 19-30088 (DM)

Chapter 11

(Lead Case)

(Jointly Administered)

**Objection Deadline**: September 21, 2020 at
4:00p.m. (Prevailing Pacific Time)

---

**FOURTH INTERIM AND FINAL FEE APPLICATION OF KPMG LLP FOR
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES INCURRED AS INFORMATION TECHNOLOGY, RISK, AND LEGAL SUPPORT
CONSULTANTS TO THE DEBTORS FOR ALLOWANCE OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES FOR (I) THE FOURTH INTERIM PERIOD
FROM FEBRUARY 1, 2020 THROUGH JULY 1, 2020 AND (II) THE FINAL
COMPENSATION PERIOD FROM JANUARY 29, 2019 THROUGH JULY 1, 2020**

| | |
|---|---|
| Name of Applicant: | KPMG LLP |
| Authorized to Provide Professional Services to: | The above-captioned Debtors |
| Date of Retention: | October 11, 2019 *nunc pro tunc* to January 29, 2019 |
| Interim Period for which compensation and reimbursement is sought: | February 1, 2020 through July 1, 2020 |
| Interim Amount of Compensation sought as actual, reasonable, and necessary: | $ 5,228,788.31 |
| Interim Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $    82,247.16 |

This is a(n) __X__ Interim __X__ Final Application

| | |
|---|---|
| 1 | Final Period for which compensation and reimbursement is sought: |
| 2 | |
| 3 | January 29,2019 through July 1, 2020 |

Final Period for which compensation and reimbursement is sought:             January 29,2019 through July 1, 2020

Final Amount of Compensation sought as actual, reasonable, and necessary:      $ 18,333,482.93[1]

Final Amount of Expense Reimbursement sought as actual, reasonable, and necessary:      $     822,358.45

---

[1] Reflects reductions agreed upon with the Fee Examiner relating to the First and Second Interim Periods.

**Prior Applications Filed**:

| Date Filed | Docket Number | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses | Fees Paid-to-Date | Expenses Paid-to-Date |
|---|---|---|---|---|---|---|---|---|
| 07/15/19 | 2992 | 01/29/19 to 05/31/19 | $ 3,873,655.06 | $ 132,148.61 | $3,823,655.06 [2] | $ 132,148.61 | $ 3,823,655.06 | $132,148.61 |
| 02/04/20 | 5618 | 06/01/19 to 09/30/19 | $ 4,318,137.02 | $ 316,097.43 | $ 4,233,137.02 [3] | $316,097.43 | $ 3,454,513.01 | $ 316,097.43 |
| 07/09/20 | 8341 | 10/01/19 to 01/31/20 | $ 5,105,788.04 | $ 291,865.26 | pending | pending | $ 4,084,630.43 | $ 291,865.26 |
| | | **Total** | **$ 13,297,580.12** | **$ 740,111.30** | **$ 8,056,792.08** | **$ 448,246.04** | **$ 11,362,798.50** | **$ 740,111.30** |

---

[2] Reflects agreed upon reduction with the Fee Examiner relating to the First Interim Period.

[3] Reflects agreed upon reduction with the Fee Examiner relating to the Second Interim Period.

# ATTACHMENT A TO FEE APPLICATION

## FOURTH INTERIM COMPENSATION PERIOD

| Professional Person | Position & Department | Total Billed Hours | Hourly Billing Rate | | Total Compensation |
|---|---|---|---|---|---|
| Andrei Emelianov | Director - Advisory | 9.2 | $ 550 | | $ 5,060.00 |
| Angie Liang | Associate - Advisory | 153.1 | $ 325 | | $ 49,757.50 |
| Arielle Friedman | Senior Associate - Advisory | 52.5 | $ 525 | | $ 27,562.50 |
| Arun Mani | Principal- Advisory | 186.5 | $ 500 | | $ 93,250.00 |
| Bill Haegele | Partner - Advisory | 2.0 | $ 625 | | $ 1,250.00 |
| Brittany Wang | Associate - Advisory | 4.0 | $ 425 | | $ 1,700.00 |
| Celeste Campbell | Manager - Bankruptcy | 332.0 | $ 163 | | $ 53,950.00 |
| Chanin Changtor | Managing Director - Tax | 11.4 | $ 850 | | $ 9,690.00 |
| Christopher Wong | Associate - Advisory | 9.5 | $ 325 | | $ 3,087.50 |
| Clay Gilge | Principal - Advisory | 62.5 | $ 500 | | $ 31,250.00 |
| Collin Whalen | Associate - Audit / Bankruptcy | 295.2 | $ 138 | | $ 40,590.00 |
| Dan Langlois | Partner - Advisory | 1.0 | $ 850 | | $ 850.00 |
| Daniel Elmblad | Manager - Advisory | 4.0 | $ 400 | [4] | $ 1,600.00 |
| Daniel New | Senior Associate - Advisory | 23.4 | $ 325 | | $ 7,605.00 |
| Daniel Paglio | Senior Manager - Tax | 8.6 | $ 750 | | $ 6,450.00 |
| David Hall | Senior Associate - Advisory | 107.0 | $ 425 | | $ 45,475.00 |
| David Ross | Manager - Advisory | 1.1 | $ 400 | | $ 440.00 |
| Eloise Pinto | Manager - Advisory | 126.8 | $ 475 | | $ 60,230.00 |
| Erik Lange | Partner - Advisory | 15.5 | $ 850 | | $ 13,175.00 |
| Erin Vanderwall | Senior Associate - Advisory | 8.6 | $ 425 | | $ 3,655.00 |
| Faisal Khaled | Senior Associate - Advisory | 96.6 | $ 425 | | $ 41,055.00 |
| Farbod Farzan | Senior Associate - Advisory | 644.0 | $ 325 | | $ 209,300.00 |
| Garrett Yamada | Director - Advisory | 49.0 | $ 750 | | $ 36,750.00 |
| Gaurav Mathur | Director - Advisory | 60.1 | $ 435 | | $ 26,143.50 |
| Gaurav Thapan-Raina | Manager - Advisory | 306.0 | $ 400 | | $ 122,400.00 |
| Geno Armstrong | Partner - Advisory | 33.5 | $ 500 | | $ 16,750.00 |
| Gina Rodriquez | Director - Advisory | 5.0 | $ 750 | | $ 3,750.00 |
| Holly Tant | Manager - Advisory | 4.9 | $ 475 | | $ 2,303.75 |
| Jeffrey Kwan | Senior Associate - Advisory | 68.0 | $ 325 | [5] | $ 22,100.00 |
| Jeffrey Kwan | Senior Associate - Advisory | 39.9 | $ 275 | [5] | $ 10,972.50 |
| Jeffrey Strong | Manager - Advisory | 27.9 | $ 475 | | $ 13,252.50 |
| Jen Karlin | Senior Associate - Advisory | 5.5 | $ 425 | | $ 2,337.50 |
| Jennifer Petersen | Partner - Tax | 3.3 | $ 850 | | $ 2,805.00 |
| Jonathan Boldt | Associate - Advisory | 30.8 | $ 325 | | $ 10,010.00 |
| Juan Gonzalez III | Partner - Advisory | 50.8 | $ 625 | [5] | $ 31,750.00 |
| Juan Gonzalez III | Partner - Advisory | 1.1 | $ 500 | [5] | $ 550.00 |
| Juanita Garza | Associate - Bankruptcy | 126.8 | $ 138 | | $ 17,435.00 |
| Kara Morris | Associate - Advisory / Bankruptcy | 27.8 | $ 137 | | $ 3,821.11 |
| Kelly Markgraf | Managing Director- Advisory | 1.0 | $ 595 | | $ 595.00 |

[4] Rate changed due to promotion effective October 1, 2019.

[5] Rates differ due to services provided relating to different CWA's.

**ATTACHMENT A TO FEE APPLICATION**

**FOURTH INTERIM COMPENSATION PERIOD**

**(CONTINUED)**

| Professional Person | Position & Department | Total Billed Hours | Hourly Billing Rate | | Total Compensation |
|---|---|---|---|---|---|
| Kimberly Johnson | Manager - Advisory | 70.7 | $ 475 | 5 | $ 33,582.50 |
| Lucy Cai | Senior Associate - Advisory | 110.0 | $ 325 | 4 | $ 35,750.00 |
| Marc Fillari | Director - Advisory | 2.5 | $ 750 | | $ 1,875.00 |
| Matt Broida | Director - Advisory | 394.7 | $ 435 | | $ 171,694.50 |
| Matt Przybysz | Associate - Advisory | 4.0 | $ 425 | | $ 1,700.00 |
| Matthew Rice | Lead Specialist (Manager) - Advisory | 872.4 | $ 260 | | $ 226,824.00 |
| Megan Fitzsimmons | Managing Director - Advisory | 1.5 | $ 850 | | $ 1,275.00 |
| Michelle Yeung | Associate - Advisory | 68.2 | $ 325 | | $ 22,165.00 |
| Monica Plangman | Associate Director - Bankruptcy | 19.5 | $ 213 | | $ 4,143.75 |
| Nicole Tran | Senior Associate - Advisory | 74.9 | $ 425 | | $ 31,832.50 |
| Oksana Jaffe | Managing Director - Tax | 6.0 | $ 850 | | $ 5,100.00 |
| P.K. Barot | Director - Advisory | 1.0 | $ 750 | | $ 750.00 |
| Pamela Wei | Associate - Audit / Bankruptcy | 90.0 | $ 138 | | $ 12,375.00 |
| Patrick Garguilo | Partner - Audit | 0.5 | $ 850 | | $ 425.00 |
| Peter Yerkovich | Manager - Advisory | 42.5 | $ 620 | | $ 26,350.00 |
| Rachel Wagner-Kaiser | Manager - Advisory | 72.5 | $ 475 | | $ 34,437.50 |
| Rama Bhaskara | Senior Specialist - Advisory | 914.7 | $ 260 | | $ 237,822.00 |
| Renay Gosen | Associate - Advisory / Bankruptcy | 21.5 | $ 138 | | $ 2,956.25 |
| Rob Villegas | Manager - Advisory | 107.8 | $ 260 | | $ 28,028.00 |
| Rohan Prasad | Senior Associate - Advisory | 722.8 | $ 325 | | $ 234,910.00 |
| Rohit Nagdeo | Lead Specialist (Manager) - Advisory | 591.0 | $ 260 | | $ 153,660.00 |
| Ryan Tuggle | Director - Advisory | 34.3 | $ 550 | | $ 18,865.00 |
| Sam Chu | Senior Associate - Advisory | 571.2 | $ 325 | | $ 185,640.00 |
| Scott Salmon | Partner - Washington National Tax | 2.3 | $ 850 | | $ 1,955.00 |
| Stacy Keating | Partner - Advisory | 0.5 | $ 850 | | $ 425.00 |
| Tabitha Gaustad | Director - Advisory | 45.8 | $ 550 | | $ 25,190.00 |
| Wendy Shaffer | Manager - Bankruptcy | 6.3 | $ 163 | 4 | $ 1,026.90 |
| Will Brennan | Senior Associate - Advisory | 41.1 | $ 325 | | $ 13,357.50 |
| Yiwen Fu | Manager - Advisory | 27.7 | $ 475 | | $ 13,157.50 |
| **Subtotal Hours and Fees at Discounted Rates** | | **7,913.8** | | | **$ 2,557,981.26** |
| Data Security Services - (Fixed Fee) | | | | | $ 672,591.60 |
| Legal Support Services - (non-hourly fees) | | | | | $ 230,465.45 |
| 2020 Electric System Inspections and Maintenance Program Services - (Fixed Fee) | | | | | $ 1,630,000.00 |
| DLP IT Analytics Server Installation - (Fixed Fee) | | | | | $ 137,750.00 |
| **Total Fees Requested** | | | | | **$ 5,228,788.31** |
| Out of Pocket Expenses | | | | | $ 82,247.16 |
| **Total Fees and Out of Pocket Expenses** | | | | | **$ 5,311,035.47** |
| **Blended Hourly Rate** (excludes Fixed Fee Hours) | | | **$323.23** | | |

**ATTACHMENT A TO FEE APPLICATION**

**FOURTH INTERIM COMPENSATION PERIOD**

**(CONTINUED)**

**COMPENSATION BY PROJECT CATEGORY**

| Project Category | Total Billed Hours | | Total Fees Requested |
|---|---|---|---|
| Data Security Services | - | $ | 672,591.60[6] |
| Legal Support Services | 5.9 | $ | 233,364.20[7] |
| Retention Services | 0.7 | $ | 113.75 |
| Fee Application Preparation Services | 918.4 | $ | 136,184.26 |
| IT Software Services (Phase II) | 2,485.9 | $ | 646,334.00 |
| Quanta Invoice Review Services | 264.0 | $ | 107,216.00 |
| Tax and Accounting On-Call Services | 211.1 | $ | 142,587.50 |
| Gas and Electric Permitting Support Phase 2 | 1,021.9 | $ | 446,150.00 |
| 2020 Electric System Inspections and Maintenance Program Services | - | $ | 1,630,000.00[8] |
| RAMP Filing Support and Bowtie Analytics | 3,005.9 | $ | 1,076,497.00 |
| DLP IT Analytics Server Installation | - | $ | 137,750.00[9] |
| **Total Fees Requested** | **7,913.8** | **$** | **5,228,788.31** |

---

[6] KPMG and the Debtors agreed to fixed-fee compensation for the Data Security Services. Payment of the fixed fee is dependent on an iterative process by which stages of the project go through a formal review, including a detailed walkthrough, modifications (if required) and formal acceptance. KPMG requested the fixed-fee amount above for these services, as approved by the client.

[7] Fee amount composed of hourly fees and recurring hosting fees.

[8] KPMG and the Debtors agreed to fixed-fee compensation for the 2020 Electric System Inspections and Maintenance Program Services. Payment of the fixed fee is dependent on an iterative process by which stages of the project go through a formal review, including a detailed walkthrough, modifications (if required) and client acceptance. KPMG requested the fixed-fee amount above for these services, as approved by the client.

[9] KPMG and the Debtors agreed to fixed-fee compensation for the DLP IT Analytics Server Installation Services. Payment of the fixed fee is dependent on an iterative process by which stages of the project go through a formal review, including a detailed walkthrough, modifications (if required) and formal acceptance. KPMG requested the fixed-fee amount above for these services, as approved by the client.

**ATTACHMENT A TO FEE APPLICATION**

**FOURTH INTERIM COMPENSATION PERIOD**

**(CONTINUED)**

**EXPENSE SUMMARY**

| Category | Amount |
|---|---|
| Airfare | $ 26,677.11 |
| Lodging | $ 41,116.10 |
| Meals | $ 5,960.57 |
| Ground Transportation | $ 8,493.38 |
| Miscellaneous | $ - |
| **Total** | **$ 82,247.16** |

# ATTACHMENT A TO FEE APPLICATION

## FINAL COMPENSATION PERIOD

| Professional Person | Position & Department | Total Billed Hours | Hourly Billing Rate | | Total Compensation |
|---|---|---|---|---|---|
| Dan Langlois | Partner - Advisory | 1.0 | $ 850 | | $ 850.00 |
| Erik Lange | Partner - Advisory | 38.5 | $ 850 | | $ 32,725.00 |
| Jennifer Petersen | Partner - Tax | 3.3 | $ 850 | | $ 2,805.00 |
| Patrick Garguilo | Partner - Audit | 0.5 | $ 850 | | $ 425.00 |
| Scott Salmon | Partner - Washington National Tax | 2.3 | $ 850 | | $ 1,955.00 |
| Stacy Keating | Partner - Advisory | 0.5 | $ 850 | | $ 425.00 |
| Bill Haegele | Partner - Advisory | 2.0 | $ 625 | | $ 1,250.00 |
| Clay Gilge | Principal - Advisory | 8.5 | $ 625 [10] | | $ 5,312.50 |
| Juan Gonzalez III | Partner - Advisory | 156.2 | $ 625 [10] | | $ 97,593.75 |
| Arun Mani | Principal - Advisory | 373.3 | $ 500 | | $ 186,650.00 |
| Clay Gilge | Principal - Advisory | 129.0 | $ 500 [10] | | $ 64,500.00 |
| Geno Armstrong | Partner - Advisory | 49.0 | $ 500 | | $ 24,500.00 |
| Juan Gonzalez III | Partner - Advisory | 42.6 | $ 500 [10] | | $ 21,300.00 |
| Lisa Daniels | Principal - Advisory | 4.0 | $ 500 | | $ 2,000.00 |
| Reid Tucker | Principal - Advisory | 28.7 | $ 500 | | $ 14,350.00 |
| Kelly Markgraf | Managing Director- Advisory | 0.7 | $ 975 | | $ 682.50 |
| Chanin Changtor | Managing Director - Tax | 11.4 | $ 850 | | $ 9,690.00 |
| Megan Fitzsimmons | Managing Director - Advisory | 1.5 | $ 850 | | $ 1,275.00 |
| Oksana Jaffe | Managing Director - Tax | 6.0 | $ 850 | | $ 5,100.00 |
| Kelly Markgraf | Managing Director- Advisory | 1.5 | $ 595 | | $ 892.50 |
| Jonathan White | Managing Director- Advisory | 448.9 | $ 475 | | $ 213,227.50 |
| Tom Haslam | Managing Director- Advisory | 0.5 | $ 475 | | $ 237.50 |
| Daniel Paglio | Senior Manager  - Tax | 8.6 | $ 750 | | $ 6,450.00 |
| Dina Vozniak | Director - Advisory | 3.0 | $ 750 | | $ 2,250.00 |
| Garrett Yamada | Director - Advisory | 54.0 | $ 750 | | $ 40,500.00 |
| Gina Rodriquez | Director - Advisory | 5.0 | $ 750 | | $ 3,750.00 |
| Marc Fillari | Director - Advisory | 2.5 | $ 750 | | $ 1,875.00 |
| P.K. Barot | Director - Advisory | 1.0 | $ 750 | | $ 750.00 |
| Andrei Emelianov | Director - Advisory | 104.5 | $ 550 | | $ 57,475.00 |
| Ryan Tuggle | Director - Advisory | 96.7 | $ 550 | | $ 53,157.50 |
| Scott Stoddard | Director - Advisory | 66.7 | $ 550 [10] | | $ 36,685.00 |
| Tabitha Gaustad | Director - Advisory | 212.5 | $ 550 | | $ 116,847.50 |
| Scott Stoddard | Director - Advisory | 336.7 | $ 435 [10] | | $ 146,442.75 |
| Tom Schenk | Director - Advisory | 98.0 | $ 435 | | $ 42,630.00 |
| Arthur Franke | Director - Advisory | 3.2 | $ 435 | | $ 1,392.00 |
| Garrett Lodewyck | Director - Advisory | 12.0 | $ 435 | | $ 5,220.00 |
| Gaurav Mathur | Director - Advisory | 60.1 | $ 435 [10] | | $ 26,143.50 |
| Jeff Mahoney | Specialist Director - Analytics | 39.6 | $ 435 | | $ 17,226.00 |

[10] Rates differ due to services provided relating to different CWA's.

**ATTACHMENT A TO FEE APPLICATION**

**FINAL COMPENSATION PERIOD**

**(CONTINUED)**

| Professional Person | Position & Department | Total Billed Hours | Hourly Billing Rate | | Total Compensation |
|---|---|---|---|---|---|
| Kyle McNamara | Director - Advisory | 381.3 | $ 435 | | $ 165,865.50 |
| Mark Ehrhardt | Director - Advisory | 131.3 | $ 435 | | $ 57,115.50 |
| Matt Broida | Director - Advisory | 1,121.2 | $ 435 | | $ 487,722.00 |
| Yuuki Stahl | Director - Advisory | 3.0 | $ 435 | | $ 1,305.00 |
| Gaurav Mathur | Director - Advisory | 156.5 | $ 400 | [10] | $ 62,600.00 |
| Monica Plangman | Associate Director - Bankruptcy | 139.2 | $ 213 | | $ 29,580.00 |
| Peter Yerkovich | Manager - Advisory | 42.5 | $ 620 | | $ 26,350.00 |
| Jovelyn Baliclic-Durst | Manager - Advisory | 0.7 | $ 475 | | $ 332.50 |
| Daniel Smith | Manager - Advisory | 15.7 | $ 475 | | $ 7,457.50 |
| Eloise Pinto | Manager - Advisory | 282.5 | $ 475 | | $ 134,187.50 |
| Holly Tant | Manager - Advisory | 7.9 | $ 475 | | $ 3,728.75 |
| Jeffrey Strong | Manager - Advisory | 45.1 | $ 475 | | $ 21,422.50 |
| Kimberly Johnson | Manager - Advisory | 413.1 | $ 475 | [11] | $ 196,222.50 |
| Rachel Wagner-Kaiser | Manager - Advisory | 274.8 | $ 475 | | $ 130,530.00 |
| Stephen Greer | Manager - Advisory | 151.0 | $ 475 | [11] | $ 71,725.00 |
| Yiwen Fu | Manager - Advisory | 87.7 | $ 475 | [10] | $ 41,657.50 |
| David Ross | Manager - Advisory | 767.0 | $ 400 | | $ 306,800.00 |
| Aldryn Estacio | Manager - Advisory | 350.7 | $ 400 | | $ 140,280.00 |
| Ben Neville | Manager - Advisory | 5.0 | $ 400 | | $ 2,000.00 |
| Cam Avent | Manager - Advisory | 0.7 | $ 400 | | $ 280.00 |
| Daniel Elmblad | Manager - Advisory | 24.8 | $ 400 | [11] | $ 9,920.00 |
| Dennis Latto | Manager - Advisory | 8.0 | $ 400 | | $ 3,200.00 |
| Eric Janes | Manager - Advisory | 145.1 | $ 400 | | $ 58,040.00 |
| Gaurav Thapan-Raina | Manager - Advisory | 1,011.2 | $ 400 | | $ 404,480.00 |
| Jon Guth | Manager - Advisory | 149.4 | $ 400 | | $ 59,760.00 |
| Kirk-Patrick Caron | Manager - Advisory | 301.9 | $ 400 | | $ 120,760.00 |
| Mark Martin | Manager - Advisory | 225.1 | $ 400 | | $ 90,040.00 |
| Matthew Bowser | Manager - Advisory | 515.4 | $ 400 | [11] | $ 206,140.00 |
| Miki Suga | Manager - Advisory | 91.5 | $ 400 | | $ 36,600.00 |
| Nicole Redini | Manager - Advisory | 201.0 | $ 400 | | $ 80,400.00 |
| Paul McGregor | Manager - Advisory | 94.0 | $ 400 | | $ 37,600.00 |
| Phillip Prombo | Manager - Advisory | 63.3 | $ 400 | | $ 25,320.00 |
| Raghav Saboo | Manager - Advisory | 1.3 | $ 400 | | $ 520.00 |
| Rita Squalli Houssaini | Manager - Advisory | 172.5 | $ 400 | | $ 69,000.00 |
| Sitki Gulten | Manager - Advisory | 4.0 | $ 400 | | $ 1,600.00 |
| Tim Littman | Manager - Advisory | 1.8 | $ 400 | [11] | $ 720.00 |
| Yiwen Fu | Manager - Advisory | 7.5 | $ 400 | [10] | $ 3,000.00 |
| Rob Villegas | Manager - Advisory | 129.6 | $ 260 | [10] | $ 33,696.00 |

[11] Rate changed due to promotion effective October 1, 2019.

# ATTACHMENT A TO FEE APPLICATION

## FINAL COMPENSATION PERIOD

### (CONTINUED)

| Professional Person | Position & Department | Total Billed Hours | Hourly Billing Rate | | Total Compensation |
|---|---|---|---|---|---|
| Matthew Rice | Lead Specialist (Manager) - Advisory | 1,041.2 | $ 260 | [10] | $ 270,712.00 |
| Rohit Nagdeo | Lead Specialist (Manager) - Advisory | 767.0 | $ 260 | [10] | $ 199,420.00 |
| Matthew Rice | Lead Specialist (Manager) - Advisory | 1,400.7 | $ 225 | [10] | $ 315,157.50 |
| Kavita Malik | Lead Specialist (Manager) - Advisory | 26.2 | $ 225 | | $ 5,895.00 |
| Rohit Nagdeo | Lead Specialist (Manager) - Advisory | 1,393.2 | $ 225 | [10] | $ 313,470.00 |
| Josh Conkel | Manager - Advisory | 262.2 | $ 224 | | $ 58,732.80 |
| Manoj Thareja | Manager - Advisory | 188.0 | $ 224 | | $ 42,112.00 |
| Celeste Campbell | Manager - Bankruptcy | 918.5 | $ 163 | | $ 149,256.25 |
| Wendy Shaffer | Manager - Bankruptcy | 7.6 | $ 163 | | $ 1,238.15 |
| Arielle Friedman | Senior Associate - Advisory | 55.0 | $ 525 | | $ 28,875.00 |
| David Hall | Senior Associate - Advisory | 453.7 | $ 425 | | $ 192,822.50 |
| Erin Vanderwall | Senior Associate - Advisory | 32.1 | $ 425 | | $ 13,642.50 |
| Faisal Khaled | Senior Associate - Advisory | 171.7 | $ 425 | | $ 72,951.25 |
| Jen Karlin | Senior Associate - Advisory | 20.0 | $ 425 | | $ 8,500.00 |
| Kimberly Johnson | Senior Associate - Advisory | 45.0 | $ 425 | | $ 19,125.00 |
| Nicole Tran | Senior Associate - Advisory | 343.8 | $ 425 | | $ 146,093.75 |
| Rachael Graening | Senior Associate - Advisory | 44.2 | $ 425 | | $ 18,785.00 |
| Stephen Greer | Senior Associate - Advisory | 10.5 | $ 425 | | $ 4,462.50 |
| Penny Chan | Senior Associate - Advisory | 7.4 | $ 375 | | $ 2,756.25 |
| Cole Gallagher | Senior Associate - Advisory | 653.6 | $ 325 | | $ 212,420.00 |
| Adrian Irwin | Senior Associate - Advisory | 755.9 | $ 325 | | $ 245,667.50 |
| Allison Smith | Senior Associate - Advisory | 65.8 | $ 325 | | $ 21,385.00 |
| Anthony Henderson | Senior Associate - Advisory | 132.7 | $ 325 | | $ 43,127.50 |
| Carlo Toribio | Senior Associate - Advisory | 371.4 | $ 325 | | $ 120,705.00 |
| Cy Whitten | Senior Associate - Advisory | 519.3 | $ 325 | | $ 168,772.50 |
| Daniel Elmblad | Senior Associate - Advisory | 373.5 | $ 325 | | $ 121,387.50 |
| Daniel New | Senior Associate - Advisory | 23.4 | $ 325 | | $ 7,605.00 |
| Dom Gallo | Senior Associate - Advisory | 6.0 | $ 325 | | $ 1,950.00 |
| Drew Esler | Senior Associate - Advisory | 132.3 | $ 325 | | $ 42,997.50 |
| Farbod Farzan | Senior Associate - Advisory | 1,324.9 | $ 325 | | $ 430,592.50 |
| Jason Weng | Senior Associate - Advisory | 526.1 | $ 325 | | $ 170,982.50 |
| Jeffrey Kwan | Senior Associate - Advisory | 68.0 | $ 325 | [10] | $ 22,100.00 |
| Jessica Nell | Senior Associate - Advisory | 17.5 | $ 325 | | $ 5,687.50 |
| Juliana McMillan-Wilhoit | Senior Associate - Advisory | 91.7 | $ 325 | | $ 29,802.50 |
| Lucy Cai | Senior Associate - Advisory | 189.0 | $ 325 | [11] | $ 61,425.00 |
| Marcus Xu | Senior Associate - Advisory | 780.6 | $ 325 | | $ 253,695.00 |
| Matthew Bowser | Senior Associate - Advisory | 845.6 | $ 325 | | $ 274,820.00 |
| Sam Chu | Senior Associate - Advisory | 571.2 | $ 325 | | $ 185,640.00 |
| Tanveer Abbas | Senior Associate - Advisory | 123.7 | $ 325 | | $ 40,202.50 |

# ATTACHMENT A TO FEE APPLICATION

# FINAL COMPENSATION PERIOD

# (CONTINUED)

| Professional Person | Position & Department | Total Billed Hours | Hourly Billing Rate | | | Total Compensation |
|---|---|---|---|---|---|---|
| Taylor DeGrande | Senior Associate - Advisory | 388.0 | $ 325 | | $ | 126,100.00 |
| Tia Mason | Senior Associate - Advisory | 176.0 | $ 325 | | $ | 57,200.00 |
| Tim Littman | Senior Associate - Advisory | 194.8 | $ 325 | | $ | 63,310.00 |
| Will Brennan | Senior Associate - Advisory | 572.8 | $ 325 | | $ | 186,160.00 |
| Yaz Yuan | Senior Associate - Advisory | 79.0 | $ 325 | | $ | 25,675.00 |
| Rohan Prasad | Senior Associate - Advisory | 722.8 | $ 325 | | $ | 234,910.00 |
| Rama Bhaskara | Senior Specialist - Advisory | 1,092.7 | $ 260 | [10] | $ | 284,102.00 |
| Bhaskara Rama | Senior Specialist - Advisory | 112.0 | $ 225 | | $ | 25,200.00 |
| Bhaskara Rama Bhaskara | Senior Specialist - Advisory | 872.0 | $ 225 | | $ | 196,200.00 |
| Rama Bhaskara | Senior Specialist - Advisory | 455.5 | $ 225 | [10] | $ | 102,487.50 |
| Rob Villegas | Senior Associate - Advisory | 299.5 | $ 225 | [10] | $ | 67,387.50 |
| Shiva Reddy R | Senior Associate | 50.0 | $ 220 | [12] | $ | 11,000.00 |
| Jason Miller | Senior Associate - Advisory | 332.0 | $ 150 | | $ | 49,800.00 |
| Wendy Shaffer | Senior Associate - Bankruptcy | 100.9 | $ 150 | | $ | 15,135.00 |
| Brittany Wang | Associate - Advisory | 4.0 | $ 425 | | $ | 1,700.00 |
| Matt Przybysz | Associate - Advisory | 4.0 | $ 425 | | $ | 1,700.00 |
| Angie Liang | Associate - Advisory | 289.6 | $ 325 | | $ | 94,120.00 |
| Belal Abusaleh | Associate - Advisory | 27.0 | $ 325 | | $ | 8,775.00 |
| Bellamy Yoo | Associate - Advisory | 144.1 | $ 325 | | $ | 41,877.50 |
| Christopher Wong | Associate - Advisory | 118.5 | $ 325 | | $ | 38,512.50 |
| John Stockdale | Associate - Advisory | 23.2 | $ 325 | | $ | 7,523.75 |
| Jonathan Boldt | Associate - Advisory | 251.5 | $ 325 | | $ | 81,737.50 |
| Michelle Yeung | Associate - Advisory | 499.2 | $ 325 | | $ | 162,240.00 |
| Ryan Hoskins | Associate - Advisory | 32.0 | $ 325 | | $ | 10,400.00 |
| Alex Esuoso | Associate - Advisory | 69.0 | $ 275 | | $ | 18,975.00 |
| Brian Wei | Associate - Advisory | 1,038.3 | $ 275 | | $ | 285,532.50 |
| David Sanchez | Associate - Advisory | 35.7 | $ 275 | | $ | 9,817.50 |
| Dennis Cha | Associate - Advisory | 1,276.9 | $ 275 | | $ | 351,147.50 |
| Fran Shammo | Associate - Advisory | 298.4 | $ 275 | | $ | 82,046.25 |
| Grace Choi | Associate - Advisory | 9.5 | $ 275 | | $ | 2,612.50 |
| Gustavo Garcia | Associate - Advisory | 400.9 | $ 275 | | $ | 110,247.50 |
| Jack Liacos | Associate - Advisory | 141.2 | $ 275 | | $ | 38,830.00 |
| Jeffrey Kwan | Associate - Advisory | 498.0 | $ 275 | [11] | $ | 136,950.00 |
| Joel Sotikon | Associate - Advisory | 88.0 | $ 275 | | $ | 24,200.00 |
| Karson Ota | Associate - Advisory | 0.7 | $ 275 | | $ | 192.50 |
| Katherine Hee | Associate - Advisory | 138.8 | $ 275 | | $ | 38,156.25 |

[12] In connection with the preparation of its final fee application, KPMG determined to exclude this time charge. The charge is presented here as it had been presented in KPMG's monthly fee applications, in order to facilitate comparison of the monthly and final fee applications.

# ATTACHMENT A TO FEE APPLICATION
## FINAL COMPENSATION PERIOD
### (CONTINUED)

| Professional Person | Position & Department | | Total Billed Hours | | Hourly Billing Rate | | | Total Compensation |
|---|---|---|---|---|---|---|---|---|
| Lucy Cai | Associate - Advisory | | 847.1 | $ | 275 | | $ | 232,952.50 |
| Preston Devaney | Associate - Advisory | | 277.8 | $ | 275 | | $ | 76,395.00 |
| Trent Anderson | Associate - Advisory | | 467.0 | $ | 275 | | $ | 128,425.00 |
| Collin Whalen | Associate - Audit / Bankruptcy | | 295.2 | $ | 138 | | $ | 40,590.00 |
| Juanita Garza | Associate - Bankruptcy | | 906.4 | $ | 138 | | $ | 124,630.00 |
| Pamela Wei | Associate - Audit / Bankruptcy | | 90.0 | $ | 138 | | $ | 12,375.00 |
| Renay Gosen | Associate - Advisory / Bankruptcy | | 21.5 | $ | 138 | | $ | 2,956.25 |
| Kara Morris | Associate - Advisory / Bankruptcy | | 27.8 | $ | 137 | | $ | 3,821.11 |
| Bob Zhang | Associate - Advisory | | 524.9 | $ | 135 | | $ | 70,861.50 |
| Aayush Bhatia | Associate | | 347.3 | $ | 135 [12] | | $ | 46,885.50 |
| **Subtotal Hours and Fees at Discounted Rates** | | | **39,339.5** | | | | **$** | **12,431,323.31** |
| Data Security Services - (Fixed Fee) | | | | | | | $ | 2,003,306.20 [13] |
| Legal Support Services - (non-hourly fees) | | | | | | | $ | 818,934.42[14] |
| Enterprise Project Management Tools Implementation Services - (Fixed Fee) | | | | | | | $ | 1,338,444.00[15] [16] |
| Endpoint Protection Strategy Assessment Services - (Fixed Fee) | | | | | | | $ | 150,000.00 [17] |
| 2020 Electric System Inspections and Maintenance Program Services - (Fixed Fee) | | | | | | | $ | 2,000,000.00[18] |
| DLP IT Analytics Server Installation - (Fixed Fee) | | | | | | | $ | 137,750.00[19] |
| **Subtotal Fees Requested** | | | | | | | **$** | **18,879,757.93** |
| | *(table continued – next page)* | | | | | | | |

[13] KPMG and the Debtors agreed to fixed-fee compensation for the Data Security Services. Payment of the fixed fee is dependent on an iterative process by which stages of the project go through a formal review, including a detailed walkthrough, modifications (if required) and formal acceptance. KPMG requested the fixed-fee amount above for these services, as approved by the client.

[14] These fees represent the recurring monthly charges as detailed in Appendix C of the Legal Support Services Agreement which was further detailed on Exhibit C3 of the monthly fee statements.

[15] KPMG and the Debtors agreed to fixed-fee compensation for the Enterprise Project Management Tools Implementation Services. Payment of the fixed fee is dependent on an iterative process by which stages of the project go through a formal review, including a detailed walkthrough, modifications (if required) and formal acceptance. KPMG requested the fixed-fee amount above for these services, as approved by the client.

[16] KPMG reduced the fixed fee amount by $14,414 for a deliverable defined in the MSA Contract that was not completed by the project end date, and by a $2,000 credit on the invoices paid prior to the Petition Date.

[17] KPMG and the Debtors agreed to fixed-fee compensation for the Endpoint Protection Strategy Assessment Services. During the Final Compensation Period, KPMG completed of Phase 1-3 of these services and requested the corresponding fee amount as agreed upon by the client.

[18] KPMG and the Debtors agreed to fixed-fee compensation for the 2020 Electric System Inspections and Maintenance Program Services. Payment of the fixed fee is dependent on an iterative process by which stages of the project go through a formal review, including a detailed walkthrough, modifications (if required) and client acceptance. KPMG requested the fixed-fee amount above for these services, as approved by the client.

[19] KPMG and the Debtors agreed to fixed-fee compensation for the DLP IT Analytics Server Installation Services. Payment of the fixed fee is dependent on an iterative process by which stages of the project go through a formal review, including a detailed walkthrough, modifications (if required) and formal acceptance. KPMG requested the fixed-fee amount above for these services, as approved by the client.

**ATTACHMENT A TO FEE APPLICATION**

**FINAL COMPENSATION PERIOD**

**(CONTINUED)**

| | | | |
|---|---|---|---|
| **Subtotal Fees Requested** | | $ | **18,879,757.93** |
| Less Voluntary Reduction (1st Interim Period) | | $ | (3,389.50)[20] |
| Less Agreed Upon Reduction (1st Interim Period) | | $ | (50,000.00)[21] |
| Less Reduction in Fees in Anticipation of Change Order (2nd Interim Period) | | $ | (350,000.00)[22] |
| Less Agreed Upon Reduction (2nd Interim Period) | | $ | (85,000.00)[23] |
| Less Voluntary Reduction (Final Compensation Period) | | $ | (57,885.50)[24] |
| **Total Fees Requested** | | $ | **18,333,482.93** |
| Out of Pocket Expenses | | $ | 822,358.45 |
| **Total Fees and Out of Pocket Expenses** | | $ | **19,155,841.38** |
| **Blended Hourly Rate** (excludes Fixed Fee Hours) | **$316.00** | 25 | |

---

[20] KPMG determined to take a voluntary reduction for time spent by a manager providing information to a successor manager in the First Interim Period.

[21] Reduction agreed upon with the Fee Examiner relating to the First Interim Period.

[22] The Debtors and KPMG documented several adjustments in the scope of KPMG's services, which KPMG anticipated would include a termination of further work on Task 3 (Asset Management Services) together with an agreement that KPMG would charge $915,000 in fees for Task 3. In anticipation of the change order, KPMG reduced the fee request during the Second Interim Period by $350,000.

[23] Reduction agreed upon with the Fee Examiner relating to the Second Interim Period.

[24] See footnote 12 above.

[25] The Blended Rate as calculated is prior to the application of the reductions. After the application of the reductions, the Blended Rate is $302.12.

**ATTACHMENT A TO FEE APPLICATION**

**FINAL COMPENSATION PERIOD**

**(CONTINUED)**

**COMPENSATION BY PROJECT CATEGORY**

| Project Category | Total Billed Hours | | Total Fees Requested |
|---|---|---|---|
| Asset Management Services | 18,991.7 | $ | 6,499,882.25 |
| Data Security Services | - | $ | 2,003,306.20 [26] |
| Legal Support Services | 33.7 | $ | 834,576.92 [27] |
| IT Software Services (Phase 1) | 462.6 | $ | 104,085.00 |
| Enterprise Project Management Tools Implementation Services | - | $ | 1,338,444.00 [28] [29] |
| Risk Assessment Services | 332.0 | $ | 49,800.00 |
| Retention Services | 71.4 | $ | 14,572.50 |
| Fee Application Preparation Services | 2,444.8 | $ | 369,003.76 |
| IT Software Services (Phase II) | 7,127.0 | $ | 1,709,642.50 |
| Quanta Invoice Review Services | 1,244.3 | $ | 365,626.50 |
| Data Security Loan Staff Services | 188.0 | $ | 42,112.00 |
| Endpoint Protection Strategy Assessment Services | - | $ | 150,000.00 [30] |
| Data Security CCPA Support Staff Services | 787.1 | $ | 129,594.30 |
| Tax and Accounting On-Call Services | 244.6 | $ | 169,450.00 |
| Permitting Spend Analysis Services | 721.1 | $ | 295,707.50 |
| Gas and Electric Permitting Support Phase 2 | 3,685.2 | $ | 1,589,707.50 |
| 2020 Electric System Inspections and Maintenance Program Services | - | $ | 2,000,000.00 [31] |

---

[26] KPMG and the Debtors agreed to fixed-fee compensation for the Data Security Services. Payment of the fixed fee is dependent on an iterative process by which stages of the project go through a formal review, including a detailed walkthrough, modifications (if required) and formal acceptance. KPMG requested the fixed-fee amount above for these services, as approved by the client.

[27] Fee amount composed of hourly fees and recurring hosting fees.

[28] KPMG and the Debtors agreed to fixed-fee compensation for the Enterprise Project Management Tools Implementation Services. Payment of the fixed fee is dependent on an iterative process by which stages of the project go through a formal review, including a detailed walkthrough, modifications (if required) and formal acceptance. KPMG requested the fixed-fee amount above for these services, as approved by the client.

[29] KPMG reduced the fixed fee amount by $14,414 for a deliverable defined in the MSA Contract that was not completed by the project end date, and by a $2,000 credit on the invoices paid prior to the Petition Date.

[30] KPMG and the Debtors agreed to fixed-fee compensation for the Endpoint Protection Strategy Assessment Services. During the Final Compensation Period, KPMG completed of Phase 1-3 of these services and requested the corresponding fee amount as agreed upon by the client.

[31] KPMG and the Debtors agreed to fixed-fee compensation for the 2020 Electric System Inspections and Maintenance Program Services. Payment of the fixed fee is dependent on an iterative process by which stages of the project go through a formal review, including a detailed walkthrough, modifications (if required) and client acceptance. KPMG requested the fixed-fee amount above for these services, as approved by the client.

# ATTACHMENT A TO FEE APPLICATION

## FINAL COMPENSATION PERIOD

## (CONTINUED)

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Billed Hours | | Total Fees Requested |
|---|---|---|---|
| RAMP Filing Support and Bowtie Analytics | 3,005.9 | $ | 1,076,497.00 |
| DLP IT Analytics Server Installation | - | $ | 137,750.00 [32] |
| **Subtotal** | **39,339.4** | | **$18,879,757.93** |
| Less Voluntary Reduction (1st Interim Period) | | $ | (3,389.50) [33] |
| Less Agreed Upon Reduction (1st Interim Period) | | $ | (50,000.00) [34] |
| Less Reduction in Fees in Anticipation of Change Order (2nd Interim Period) | | $ | (350,000.00) [35] |
| Less Agreed Upon Reduction (2nd Interim Period) | | $ | (85,000.00) [36] |
| Less Voluntary Reduction (Final Compensation Period) | | $ | (57,885.50) [37] |
| **Total Fees Requested** | | **$** | **18,333,482.93** |

[32] KPMG and the Debtors agreed to fixed-fee compensation for the DLP IT Analytics Server Installation Services. Payment of the fixed fee is dependent on an iterative process by which stages of the project go through a formal review, including a detailed walkthrough, modifications (if required) and formal acceptance. KPMG requested the fixed-fee amount above for these services, as approved by the client.

[33] KPMG determined to take a voluntary reduction for time spent by a manager providing information to a successor manager in the First Interim Period.

[34] Reduction agreed upon with the Fee Examiner relating to the First Interim Period.

[35] The Debtors and KPMG documented several adjustments in the scope of KPMG's services, which KPMG anticipated would include a termination of further work on Task 3 (Asset Management Services) together with an agreement that KPMG would charge $915,000 in fees for Task 3. In anticipation of the change order, KPMG reduced the fee request during the Second Interim Period by $350,000.

[36] Reduction agreed upon with the Fee Examiner relating to the Second Interim Period.

[37] In connection with the preparation of its final fee application, KPMG determined to exclude certain time charges which had been included in its monthly fee applications.

**ATTACHMENT A TO FEE APPLICATION**

**FINAL COMPENSATION PERIOD**

**(CONTINUED)**

**EXPENSE SUMMARY**

| Category | Amount | |
|---|---|---|
| Airfare | $ | 268,274.68 |
| Lodging | $ | 404,815.01 |
| Meals | $ | 48,378.10 |
| Ground Transportation | $ | 100,890.66 |
| Miscellaneous | $ | - |
| **Total Expenses** | **$** | **822,358.45** |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

|  |  |
|---|---|
| **In re:** | Bankruptcy Case |
| **PG&E CORPORATION,** | No. 19-30088 (DM) |
| **- and -** | Chapter 11 |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Lead Case) |
| **Debtors.** | (Jointly Administered) |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | |
| *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

**FOURTH INTERIM AND FINAL FEE APPLICATION OF KPMG LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS INFORMATION TECHNOLOGY, RISK, AND LEGAL SUPPORT CONSULTANTS TO THE DEBTORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR (I) THE FOURTH INTERIM PERIOD FROM FEBRUARY 1, 2020 THROUGH JULY 1, 2020 AND (II) THE FINAL COMPENSATION PERIOD FROM JANUARY 29, 2019 THROUGH JULY 1, 2020**

KPMG LLP, ("KPMG") as  information technology, risk, and legal support consultants to the above-captioned debtors and debtors-in-possession (the "Debtors"), files this Fourth Interim and Final Fee Application (the "Application"), pursuant to section 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of  Bankruptcy Procedure (the "Bankruptcy Rules"), and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Northern District of California (the "Local Rules"). By this Application, KPMG seeks interim allowance of compensation for professional services performed and actual and necessary expenses incurred by KPMG for the period from February 1, 2020 through and including July 1, 2020 (the "Interim Compensation Period"), in the amount of $5,311,035.47, and final

allowance of compensation for professional services performed and actual and necessary expenses incurred by KPMG for the period from January 29, 2019 through and including July 1, 2020 (the "Final Compensation Period"), in the amount of $19,155,841.38, and respectfully represents:

### Background

**A.** On January 29, 2019 (the "Petition Date") each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of title 11 of the Bankruptcy Code. On February 12, 2019, the Acting United States Trustee for Region 3 appointed an official committee of unsecured creditors (the "Creditors' Committee").

**B.** By this Court's Order Authorizing the Debtors to Retain and Employ KPMG LLP as Information Technology, Risk, and Legal Consultants Nunc Pro Tunc to January 29, 2019, dated October 11, 2019 [Docket No. 2503] (the "Retention Order"), the Debtors were authorized to compensate KPMG in accordance with the procedures set forth in section 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such other procedures as were fixed by order of the Court. A copy of the Retention Order is attached hereto as Exhibit A.

**C.** By this Court's Order Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Fed. R. Bankr. P. 2014(a) and 2016 Amending the Scope of the Retention of KPMG LLP as Information Technology, Risk, and Legal Consultants to the Debtors Effective *Nunc Pro Tunc* to April 8, 2019, dated December 11, 2019 [Docket No. 5077] (the "Supplemental Retention Order"), the Debtors were authorized to compensate KPMG in accordance with the procedures set forth in section 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such other procedures as were fixed by order of the Court. A copy of the Supplemental Retention Order is attached hereto as Exhibit B.

1

  **D.**  By this Court's Order Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Fed. R.

2

Bankr. P. 2014(a) and 2016 Amending the Scope of the Retention of KPMG LLP as Information

3

Technology, Risk, and Legal Consultants to the Debtors Effective *Nunc Pro Tunc* to December 20,

4

2019, dated May 15, 2020 [Docket No. 7351] (the "Second Supplemental Retention Order"), the

5

Debtors were authorized to compensate KPMG in accordance with the procedures set forth in section

6

330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such other

7

procedures as were fixed by order of the Court. A copy of the Second Supplemental Retention Order

8

is attached hereto as Exhibit C.

9

10

  **E.**  By this Court's Order Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Fed. R.

11

Bankr. P. 2014(a) and 2016 Amending the Scope of the Retention of KPMG LLP as Information

12

Technology, Risk, and Legal Consultants to the Debtors Effective *Nunc Pro Tunc* to April 1, 2020,

13

dated July 10, 2020 [Docket No. 8357] (the "Third Supplemental Retention Order"), the Debtors were

14

authorized to compensate KPMG in accordance with the procedures set forth in section 330 and 331 of

15

the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such other procedures as were fixed

16

by order of the Court. A copy of the Third Supplemental Retention Order is attached hereto as Exhibit

17

D.

18

19

  **F.**  On June 20, 2020, the Bankruptcy Court entered an order [Docket No. 8053]

20

(the "Confirmation Order") confirming the Debtors' and Shareholder Proponents' Joint Chapter 11

21

Plan of Reorganization, Dated June 19, 2020 [Docket No. 8048] ("Plan"). The Effective Date of the

22

Plan occurred on July 1, 2020.

23

24

25

26

27

28

**Jurisdiction**

**G.** This court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334. This is a core proceeding within the meaning of 28 U.S.C. §157(b)(2). Venue of this Chapter 11 case in this district is proper under 28 U.S.C. §§ 1408 and 1409.

**Summary of Fourth Interim and Final Fee Application**

**H.** During the Interim Compensation Period, KPMG performed the services for which it is seeking compensation on behalf of or for the Debtors and their estates and not on behalf of any committee, creditor or other person. By this Application, KPMG requests interim allowance of compensation of professional fees totaling $5,228,788.31 of necessary and actual out-of-pocket expenses in the amount of $82,247.16.

**I.** During the Final Compensation Period, KPMG performed the services for which it is seeking compensation on behalf of or for the Debtors and their estates and not on behalf of any committee, creditor or other person. By this Application, KPMG requests final allowance of compensation of professional fees totaling $18,333,482.93 of necessary and actual out-of-pocket expenses in the amount of $822,358.45.

**Summary of Services Rendered During the Interim Compensation Period**

**J.** This Application is KPMG's Fourth Interim and Final Fee Application for compensation and expense reimbursement filed in these chapter 11 cases. During the Interim Compensation Period, KPMG provided significant professional services to the Debtors in their efforts to navigate their business through the chapter 11 process.

**K.** Set forth below is a summary of the significant professional services that KPMG rendered to the Debtors during the Interim Compensation Period.

**Data Security Services**

- Continued providing assistance to Debtors' team with the development of its Data Security program.

**Legal Support Services**

- Provided evidence, discovery management services and digital evidence recovery services at the request of Debtors' counsel, Latham and Clarence.

**Retention Services**

- Discussions and correspondence with partners, Office of General Counsel and Debtors' counsel related to the supplemental employment applications.

**Fee Application Preparation**

- The billing procedures required by the US Trustee Guidelines differ from KPMG's normal billing procedures and as such, the Local Rules and the Interim Compensation Order entered in these cases have required significant effort to inform the timekeepers of their responsibilities, compile the detailed time and expenses entries, begin preparation of the detailed and summary schedules of fees and expenses incurred, and begin drafting the schedules included in the Interim Fee Applications.

**IT Software Services (Phase II)**

- Continued to assist the Debtors with their migration from SiteMinder to Ping (information technology software platforms).

**Quanta Invoice Review Services**

- Continued to perform an analysis of the Quanta Service Inc. payment applications related to the performance of construction management services, which have been submitted to the Debtors.

**Tax and Accounting On-Call Services**

- Provided tax and accounting advice in response to inquiries from the Debtors.

**Gas and Electric Permitting Support Phase 2**

- Continued the second phase of assisting the Debtors' with analyzing payments to certain authorities related to notices of violation for non-conformance with encroachment permit requirements.

**2020 Electric System Inspections and Maintenance Program Services**

- Continued to support the Debtors' Electric organization with project management, analytical, and process support for their 2020 System Inspections and Maintenance programs.

**RAMP Filing Support and Bowtie Analytics**

- Assisted the Debtors with their analytical assessments and process support to aggregate information related to Electric Operations, as well as with their preparation of their 2020 Risk Assessment and Mitigation Phase (RAMP) filings.

**DLP IT Analytics Server Installation**

- Provided support to onboard the Symantec Data Loss Prevention IT Analytics application in the PG&E environment.

  **L.**  Per the Data Security Services Agreement executed on March 20, 2019, KPMG and the Debtors agreed to a Fixed Fee arrangement in the amount of $2,705,013.50. Payment of the Fixed Fee is dependent on an iterative process by which stages of the project go through a formal review, including a detailed walkthrough, modifications (if required) and formal acceptance by the client. During the Interim Compensation Period, KPMG requested fees for services rendered through July 1, 2020 totaling $672,591.60 as approved by the Debtors.

  **M.**  KPMG and the Debtors agreed to a Fixed Fee arrangement for the 2020 Electric Systems Inspections and Maintenance Program Services in the amount of $2,200,000.00. Payment of the Fixed Fee is dependent on an iterative process by which stages of the project go through a formal review, including a detailed walkthrough, modifications (if required) and formal acceptance by the client. During the Interim Compensation Period, KPMG requested fees for services rendered through July 1, 2020 totaling $1,630,000.00 as approved by the Debtors.

  **N.**  KPMG and the Debtors agreed to a Fixed Fee arrangement for the DLP IT Analytics Server Installation Services in the amount of $332,000.00. Payment of the Fixed Fee is dependent on an iterative process by which stages of the project go through a formal review, including a detailed walkthrough, modifications (if required) and formal acceptance by the client. During the Interim Compensation Period, KPMG requested fees for services rendered through July 1, 2020 totaling $137,750.00 as approved by the Debtors

O.      During the Interim Compensation Period, KPMG billed the Debtors for non-fixed fee time expended by professionals based on hourly rates ranging from $137 to $850 per hour. The rates reflected in this Interim Fee Application for non-fixed fee services represent approximately a 10% -78% discount from KPMG's standard rates. Of the aggregate time expended, 359.5 hours were expended by partners and principals, 649.6 hours were expended by managing directors, directors and associate directors and senior managers, 2,593.6 hours were expended by managers, and 4,311.1 hours were expended by senior associates and associates.  KPMG's blended hourly rate for non-fixed fee services provided during the Compensation Period is $323.23.

P.      KPMG maintains contemporaneous records of the time expended for the non-fixed fee professional services and expenses related hereto performed in connection with these chapter 11 cases.

Q.      The fees applied for herein are based on the usual and customary fees KPMG charges to advisory services clients and are commensurate with the usual and customary rates charged for services performed.

R.      KPMG respectfully submits that the amounts applied for herein for professional services rendered on behalf of the Debtors in these cases to date are fair and reasonable given: (a) the time expended; (b) the nature and extent of the services performed at the time at which such services were rendered; (c) the value of such services; and (d) the costs of comparable services other than in these chapter 11 cases.

S.      The time and labor expended by KPMG during the Interim and Final Compensation Period has been commensurate with the size and complexity of these cases.  In rendering these services, KPMG has made every effort to maximize the benefit to the Debtors' estates, to work efficiently with the other professionals employed in these cases, and to leverage staff appropriately in order to minimize duplication of effort.

**T.** During the Interim and Final Compensation Period, KPMG provided a focused range of professional services as requested by the Debtors. KPMG respectfully submits that these services: (a) were necessary and beneficial to the successful and prompt administration of these cases; and (b) have been provided in a cost efficient manner.

**U.** Except as set forth in the Retention Order, no promises concerning compensation have been made to KPMG by any firm, person or entity.

### Summary of Actual and Necessary Expenses During the Fourth Interim and

### Final Compensation Period

**V.** KPMG seeks reimbursement of actual and necessary expenses incurred by KPMG during the Interim Compensation Period in the aggregate amount of $82,247.16. These expenses are reasonable and necessary in light of the size and complexity of the Debtors' cases.

**W.** KPMG seeks reimbursement of actual and necessary expenses incurred by KPMG during the Final Compensation Period in the aggregate amount of $822,358.45. These expenses are reasonable and necessary in light of the size and complexity of the Debtors' cases.

### Reservation

To the extent that time for services rendered or disbursements incurred relate to the Compensation Period, but were not processed prior to the preparation of this Fourth Interim and Final Fee Application, KPMG reserves the right to request additional compensation for such services and reimbursement of such expenses in a future application. Furthermore, KPMG reserves the right to seek final approval of the fees and expenses requested herein.

**Conclusion**

**WHEREFORE**, subject to the terms of the Interim Compensation Order, KPMG respectfully requests that the Court enter an order (i) approving the interim allowance for professional services rendered to the Debtors during the Interim Compensation Period, in the amount of $5,228,788.31 and reimbursement for actual and necessary expenses incurred in connection with the rendition of such services in the aggregate of $82,247.16; (ii) approving the final allowance for professional services rendered to the Debtors during the Final Compensation Period, in the amount of $18,333,482.93[38] and reimbursement for actual and necessary expenses incurred in connection with the rendition of such services in the aggregate of $822,358.45; (iii) authorizing and directing the Debtors to pay the fees awarded; and (iv) granting KPMG such other and further relief as is just and proper.

.Dated: August 31, 2020

Respectfully submitted,

_____

Eugene V. Armstrong
Principal
KPMG LLP
55 Second Street
Suite 1400
San Francisco, CA  94105
415 963 7301

---

[38] Reflects reduction agreed upon with the Fee Examiner with respect to the First and Second Interim Periods.