# **EXHIBIT A**

## COMPENSATION BY HUNTON ANDREWS KURTH LLP PROFESSIONALS
**(July 1, 2020)**

| Name of Professional | Position | Primary Practice Group | First Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| M. Fitzpatrick | Partner | Corporate / Capital Markets | 1991 | $936.00 | 6.4 | $5,990.40 |
| R. M. Johnson | Partner | Capital Finance & Real Estate | 1984 | $887.00 | 0.8 | $709.60 |
| K. Felz | Partner | Corporate / Capital Markets | 2003 | $873.00 | 6.7 | $5,849.10 |
| R. Hahn | Partner | Structured Finance and Securitization | 1985 | $873.00 | 4.2 | $3,666.60 |
| E. Nedell | Partner | Energy and Infrastructure | 2004 | $720.00 | 9.5 | $6,840.00 |
| J. Harbour | Partner | Bankruptcy /Restructuring | 2001 | $698.00 | 0.2 | $139.60 |
| P. Tiao | Partner | Global Technology, Outsourcing & Privacy | 2000 | $670.00 | 1.4 | $938.00 |
| A. Kintzinger | Counsel | Capital Finance & Real Estate | 1981 | $837.00 | 6.5 | $5,440.50 |
| D. Murphy | Counsel | Energy: Transactions and Development | 2002 | $770.00 | 2.7 | $2,079.00 |
| M. Goswell | Associate | Energy: Transactions and Development | 2015 | $585.00 | 1.0 | $585.00 |
| C. Hasbrouck | Associate | Capital Finance & Real Estate | 2013 | $572.00 | 4.3 | $2,459.60 |
| B. Harney | Associate | Corporate / Capital Markets | 2010 | $504.00 | 15.3 | $7,711.20 |
| M. G. Chan | Associate | Corporate / Capital Markets | 2016 | $500.00 | 2.0 | $1,000.00 |
| S. A. Jaber | Associate | Corporate / Capital Markets | 2015 | $500.00 | 3.5 | $1,750.00 |
| P. Jamieson | Associate | Corporate / Capital Markets | 2015 | $491.00 | 17.0 | $8,347.00 |
| F. Vehbiu | Associate | Corporate / Capital Markets | 2018 | $446.00 | 1.0 | $446.00 |
| S. Bell | Associate | Corporate / Structured Finance & Securitization | 2016 | $374.00 | 1.5 | $561.00 |
| A. Waszilycsak | Paralegal | Capital Finance & Real Estate | N/A | $225.00 | 0.8 | $180.00 |

| Name of Professional | Position | Primary Practice Group | First Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| **Totals:** | | | | | **84.8** | **$54,692.60** |

| Professionals Totals | Blended Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|
| Partners and Counsel | $824.29 | 38.4 | $31,652.80 |
| Associates and Staff Attorney | $501.31 | 45.6 | $22,859.80 |
| **Blended Attorney Rate** | **$648.96** | **84.0** | **$54,512.60** |
| Paraprofessionals and other non-legal staff | $225.00 | 0.8 | $180.00 |
| **Total Fees Incurred** | | **84.8** | **$54,692.60** |