**EXHIBIT B**

## COMPENSATION BY WORK TASK CODE FOR SERVICES RENDERED
### (July 1, 2020)

| Task Code[1] | Description | Hours | Amount |
|---|---|---|---|
| C300 | Analysis and Advice | 1.4 | $938.00 |
| P100 | Project Administration | 0.8 | $180.00 |
| P210 | Corporate Review | 21.9 | $13,016.80 |
| P220 | Tax | 6.5 | $5,440.50 |
| P240 | Real and Personal Property | 5.1 | $3,169.20 |
| P300 | Structure / Strategy / Analysis | 21.0 | $11,711.40 |
| P500 | Negotiation / Revision / Responses | 5.7 | $4,227.60 |
| P600 | Completion / Closing | 22.4 | $16,009.10 |
| **Total:** | | **84.8** | **$54,692.60** |

---

[1] These Task Codes and Descriptions were used by Hunton in conjunction with pre-petition time entries and invoices as required by Debtors prior to filing of these Bankruptcy Cases, and Hunton continues to use them in conjunction with post-petition time entries and invoices in these Special Counsel matters.