**EXHIBIT C**

# EXPENSE SUMMARY
## (July 1, 2020)

| Expenses[2] | Amount |
|---|---|
| Filing Fees | $120.10 |
| Secretary of State Fees | $1,680.00 |
| Out-of-Town Travel | $17.16 |
| Meals | $33.96 |
| **Total Expenses** | **$1,851.22** |

---

[2] Expenses are shown on pages 5 and 7 of Exhibit D.