# **EXHIBIT D**



HUNTON ANDREWS KURTH LLP
2200 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, DC 20037

TEL 202 • 955 • 1500
FAX 804 • 788 • 8218

EIN 54-0572269

## INVOICE SUMMARY

| | |
|---|---|
| FILE NUMBER: | 026915.MULTI |
| INVOICE NUMBER: | 102179152 |
| DATE: | 08/13/2020 |

## THIS BILL IS EBILLED

This bill was sent electronically per client requirements.

This paper document is for supplemental and informational purposes.

| | |
|---|---|
| CLIENT NAME: | PACIFIC GAS & ELECTRIC COMPANY |
| BILLING ATTORNEY: | MICHAEL F. FITZPATRICK |



HUNTON ANDREWS KURTH LLP
2200 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, DC 20037

TEL 202 • 955 • 1500
FAX 804 • 788 • 8218

EIN 54-0572269

**INVOICE SUMMARY**

PACIFIC GAS & ELECTRIC COMPANY
ATTN: CHRISTINE DESANZE
SENIOR COUNSEL
77 BEALE STREET, SUITE B30A
SAN FRANCISCO, CA 94105-1890

FILE NUMBER: 026915.MULTI
INVOICE NUMBER: 102179152
DATE: 08/13/2020

| | |
|---|---|
| **CLIENT NAME:** | **PACIFIC GAS & ELECTRIC COMPANY** |
| **BILLING ATTORNEY:** | **MICHAEL F. FITZPATRICK** |

Statement for professional services and charges rendered in connection with the referenced matter(s), for the period ending July 1, 2020 per the attached itemization:

**CURRENT INVOICE SUMMARY:**

| | |
|---|---:|
| Current Fees: | $ 54,692.60 |
| Current Charges: | 1,851.22 |
| **CURRENT INVOICE AMOUNT DUE:** | **$ 56,543.82** |

**SUMMARY BY MATTER:**

**RE: (Hunton # 026915.0000015, Client # 1204984) PRIVACY AND SECURITY**

| | |
|---|---:|
| Current Fees: | $ 938.00 |
| Current Charges: | 0.00 |
| **CURRENT MATTER AMOUNT DUE:** | **$ 938.00** |

**RE: (Hunton # 026915.0000032, Client # 1907639) Utility Financing Advice**

| | |
|---|---:|
| Current Fees: | $ 31,359.80 |
| Current Charges: | 171.22 |
| **CURRENT MATTER AMOUNT DUE:** | **$ 31,531.02** |

**RE: (Hunton # 026915.0000034) Accounts Receivables Securitization**

| | |
|---|---:|
| Current Fees: | $ 4,367.20 |
| Current Charges: | 1,680.00 |
| **CURRENT MATTER AMOUNT DUE:** | **$ 6,047.20** |

| | | |
|---|---|---|
| CLIENT NAME: PACIFIC GAS & ELECTRIC COMPANY | INVOICE: | 102179152 |
| FILE NUMBER: 026915.MULTI | DATE: | 08/13/2020 |
| | PAGE: | 2 |

**RE: (Hunton # 026915.0000037, Client # 802958) 2020 Utility Tax-Exempt Advice**

| | |
|---|---:|
| Current Fees: | $ 5,440.50 |
| Current Charges: | 0.00 |
| **CURRENT MATTER AMOUNT DUE:** | **$ 5,440.50** |

**RE: (Hunton # 026915.0000038, Client # 802946) 2020 Utility FMB Indenture**

| | |
|---|---:|
| Current Fees: | $ 3,083.10 |
| Current Charges: | 0.00 |
| **CURRENT MATTER AMOUNT DUE:** | **$ 3,083.10** |

**RE: (Hunton # 026915.0000041, Client # 802971) PG&E Utility 2020 Credit Facility**

| | |
|---|---:|
| Current Fees: | $ 8,380.00 |
| Current Charges: | 0.00 |
| **CURRENT MATTER AMOUNT DUE:** | **$ 8,380.00** |

**RE: (Hunton # 026915.0000042, Client # 1104281) PG&E Corp 2020 Credit Facility**

| | |
|---|---:|
| Current Fees: | $ 1,124.00 |
| Current Charges: | 0.00 |
| **CURRENT MATTER AMOUNT DUE:** | **$ 1,124.00** |

| | |
|---|---:|
| **CURRENT INVOICE AMOUNT DUE:** | **$ 56,543.82** |



|  | HUNTON ANDREWS KURTH LLP<br>2200 PENNSYLVANIA AVENUE, N.W.<br>WASHINGTON, DC 20037 |
|---|---|
|  | TEL 202 • 955 • 1500<br>FAX 804 • 788 • 8218 |
|  | EIN 54-0572269 |

**INVOICE SUMMARY-REMITTANCE PAGE**

PACIFIC GAS & ELECTRIC COMPANY  
ATTN: CHRISTINE DESANZE  
SENIOR COUNSEL  
77 BEALE STREET, SUITE B30A  
SAN FRANCISCO, CA 94105-1890

FILE NUMBER: 026915.MULTI  
INVOICE NUMBER: 102179152  
DATE: 08/13/2020

**CLIENT NAME:** PACIFIC GAS & ELECTRIC COMPANY  
**BILLING ATTORNEY:** MICHAEL F. FITZPATRICK

Statement for professional services and charges rendered in connection with the referenced matter(s), for the period ending July 1, 2020 per the attached itemization:

**CURRENT INVOICE SUMMARY:**

| Current Fees: | $ 54,692.60 |
|---|---|
| Current Charges: | 1,851.22 |
| **CURRENT INVOICE AMOUNT DUE:** | **$ 56,543.82** |

**SUMMARY BY MATTER:**

### RE: (Hunton # 026915.0000015, Client # 1204984) PRIVACY AND SECURITY

| Current Fees: | $ 938.00 |
|---|---|
| Current Charges: | 0.00 |
| **CURRENT MATTER AMOUNT DUE:** | **$ 938.00** |

### RE: (Hunton # 026915.0000032, Client # 1907639) Utility Financing Advice

| Current Fees: | $ 31,359.80 |
|---|---|
| Current Charges: | 171.22 |
| **CURRENT MATTER AMOUNT DUE:** | **$ 31,531.02** |

### RE: (Hunton # 026915.0000034) Accounts Receivables Securitization

| Current Fees: | $ 4,367.20 |
|---|---|
| Current Charges: | 1,680.00 |
| **CURRENT MATTER AMOUNT DUE:** | **$ 6,047.20** |

| CLIENT NAME: | PACIFIC GAS & ELECTRIC COMPANY | INVOICE: | 102179152 |
| --- | --- | --- | --- |
| FILE NUMBER: | 026915.MULTI | DATE: | 08/13/2020 |
| | | PAGE: | 2 |

**RE: (Hunton # 026915.0000037, Client # 802958) 2020 Utility Tax-Exempt Advice**

| Current Fees: | $ 5,440.50 |
| --- | --- |
| Current Charges: | 0.00 |
| **CURRENT MATTER AMOUNT DUE:** | **$ 5,440.50** |

**RE: (Hunton # 026915.0000038, Client # 802946) 2020 Utility FMB Indenture**

| Current Fees: | $ 3,083.10 |
| --- | --- |
| Current Charges: | 0.00 |
| **CURRENT MATTER AMOUNT DUE:** | **$ 3,083.10** |

**RE: (Hunton # 026915.0000041, Client # 802971) PG&E Utility 2020 Credit Facility**

| Current Fees: | $ 8,380.00 |
| --- | --- |
| Current Charges: | 0.00 |
| **CURRENT MATTER AMOUNT DUE:** | **$ 8,380.00** |

**RE: (Hunton # 026915.0000042, Client # 1104281) PG&E Corp 2020 Credit Facility**

| Current Fees: | $ 1,124.00 |
| --- | --- |
| Current Charges: | 0.00 |
| **CURRENT MATTER AMOUNT DUE:** | **$ 1,124.00** |

| **CURRENT INVOICE AMOUNT DUE:** | **$ 56,543.82** |
| --- | --- |



HUNTON ANDREWS KURTH LLP
2200 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, DC 20037

TEL   202 • 955 • 1500
FAX   804 • 788 • 8218

EIN   54-0572269

**INVOICE DETAIL**

PACIFIC GAS & ELECTRIC COMPANY
ATTN: CHRISTINE DESANZE
SENIOR COUNSEL
77 BEALE STREET, SUITE B30A
SAN FRANCISCO, CA 94105-1890

FILE NUMBER:     026915.MULTI
INVOICE NUMBER:  102179152
DATE:            08/13/2020

| CLIENT NAME: | PACIFIC GAS & ELECTRIC COMPANY |
|---|---|
| BILLING ATTORNEY: | MICHAEL F. FITZPATRICK |

**RE: (Hunton # 026915.0000015, Client's # 1204984) PRIVACY AND SECURITY**

FOR PROFESSIONAL SERVICES RENDERED THROUGH JULY 1, 2020:

| DATE | TIMEKEEPER | TASK | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|---|
| 07/01/2020 | P M TIAO | C300 | Call with Ms. DePalacios, Mr. Peterson and Southern regarding Dreamport | 0.50 | 335.00 |
| 07/01/2020 | P M TIAO | C300 | Analyze Dreamport objectives and vision | 0.90 | 603.00 |
| | | | **TOTAL C300** | **1.40** | |
| | | | **TOTAL HOURS** | **1.40** | |

TIMEKEEPER SUMMARY:

| TIMEKEEPER | STATUS | HOURS | RATE | VALUE |
|---|---|---|---|---|
| P M TIAO | Partner | 1.40 | 670.00 | 938.00 |
| | **TOTAL FEES ($)** | | | **938.00** |

TIME SUMMARY BY TASK CODE:

| DESCRIPTION | CODE | HOURS | VALUE |
|---|---|---|---|
| Analysis and Advice | C300 | 1.40 | 938.00 |
| | | **1.40** | **938.00** |

MATTER SUMMARY:

| Current Fees: | $ 938.00 |
|---|---|
| Current Charges: | 0.00 |
| **CURRENT MATTER AMOUNT DUE:** | **$ 938.00** |

**RE: (Hunton # 026915.0000032, Client's # 1907639) Utility Financing Advice**

**FOR PROFESSIONAL SERVICES RENDERED THROUGH JULY 1, 2020:**

| DATE | TIMEKEEPER | TASK | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|---|
| 07/01/2020 | M F FITZPATRICK | P210 | Researched the funded debt authority | 1.80 | 1,684.80 |
| 07/01/2020 | M F FITZPATRICK | P210 | Reviewed revised 8-K | 0.80 | 748.80 |
| 07/01/2020 | M F FITZPATRICK | P210 | Reviewed final bond papers | 2.00 | 1,872.00 |
| 07/01/2020 | B P HARNEY | P210 | Analyze funded debt issue and excess capacity under resolutions (3.5); review of documents with respect to funded debt issue to determine if appropriate action can be taken by the Company (5); attend diligence and closing call for debt and equity (1.8); correspondence to and from PrimeClerk on effective date issues/matters (4); review of closing 8-K and coordinate comments with Cravath (1) | 15.30 | 7,711.20 |
| 07/01/2020 | M G CHAN | P210 | Review of Form 8-K | 2.00 | 1,000.00 |
| | | | **TOTAL P210** | **21.90** | |
| 07/01/2020 | R M JOHNSON | P240 | Review the opinions for the closing. | 0.30 | 266.10 |
| | | | **TOTAL P240** | **0.30** | |
| 07/01/2020 | M F FITZPATRICK | P300 | Attended telephone conference with company and Lazard to discuss additional FMB needed for funded debt | 1.20 | 1,123.20 |
| 07/01/2020 | M F FITZPATRICK | P300 | Attend bring down diligence and status updates call | 0.60 | 561.60 |

| DATE | TIMEKEEPER | TASK | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|---|
| 07/01/2020 | P C JAMIESON | P300 | Telephone conferences w/ Lazard, Alix, Prime Clerk, Cravath, Weil and PG&E re: funded debt (3.5); confer w/ K. Felz re: same (1.3); revise deliverables for additional issuance (3.2); attend bring down due diligence call (.1); attend closing call (.2); attend plan documents closing call (.3); email correspondence w/ EMM and DPW re: additional funded debt (.8); review resolutions (.8); email correspondence w/ Prime Clerk re: DWAC process (.4); review reinstated notice (.6); confer w/ B. Harney re: same (.3); email correspondence w/ EMM re: bondholder notice (.3); telephone conferences w/ Prime Clerk re: process (.8); telephone conferences w/ M. Fitzpatrick re: same (1.4); attention to finalizing equity opinions (1.3); telephone conference w/ Cravath re: exhibit 5 opinion (.4); email correspondence w/ Cravath re: same (.3); confer w/ K. Felz re: same (.2); attention to filing of UCC-1s (.4); finalize 10b-5 reliance letter to BOD (.4) | 17.00 | 8,347.00 |
| | | | **TOTAL P300** | **18.80** | |

| DATE | TIMEKEEPER | TASK | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|---|
| 07/01/2020 | K C FELZ | P600 | Follow-up conference call with E. Nedell and M. Fitzpatrick regarding authorization of additional funded debt (.6); "emergence" conference call to release signatures and final emergence and financing documents (.9); review and addendum to emergence 8-K regarding debt exchange and reinstatement transactions (.4); further discussion regarding CPUC authority with Munger Tolles (.3); review of revised funded debt FMB documents to reflect higher principal amount and discuss with P. Jamieson (.6); correspond with PrimeClerk re: debt exchange, reinstatement and funded debt exchange (1.2); review revisions to Exhibit 5 for equity transactions and discuss with P. Jamieson (.5); review of completion of financing conditions to Plan effectiveness and discuss with M. Fitzpatrick and E. Nedell (.7); review of instructions/notices to DTC and instructions for posting on Primeclerk site (.6); review and additional drafting of emergence press relrease (.4); monitoring of wire process and UCC-1 filing (.5) | 6.70 | 5,849.10 |
| 07/01/2020 | F VEHBIU | P600 | Reviewed 8-K proof. | 1.00 | 446.00 |
| 07/01/2020 | S A JABER | P600 | Internal conference with HAK team to coordinate closing procedures | 2.00 | 1,000.00 |
| 07/01/2020 | S A JABER | P600 | Revise and compile closing documents. | 1.50 | 750.00 |
| | | | **TOTAL P600** | **11.20** | |
| | | | **TOTAL HOURS** | **52.20** | |

| | | | | |
|---|---|---|---|---|
| HUNTON ANDREWS KURTH LLP | | | INVOICE: | 102179152 |
| CLIENT NAME: | PACIFIC GAS & ELECTRIC COMPANY | | DATE: | 08/13/2020 |
| FILE NUMBER: | 026915.MULTI | | PAGE: | 5 |

**TIMEKEEPER SUMMARY:**

| TIMEKEEPER | STATUS | HOURS | RATE | VALUE |
|---|---|---|---|---|
| K C FELZ | Partner | 6.70 | 873.00 | 5,849.10 |
| M F FITZPATRICK | Partner | 6.40 | 936.00 | 5,990.40 |
| R M JOHNSON | Partner | 0.30 | 887.00 | 266.10 |
| M G CHAN | Associate | 2.00 | 500.00 | 1,000.00 |
| B P HARNEY | Associate | 15.30 | 504.00 | 7,711.20 |
| S A JABER | Associate | 3.50 | 500.00 | 1,750.00 |
| P C JAMIESON | Associate | 17.00 | 491.00 | 8,347.00 |
| F VEHBIU | Associate | 1.00 | 446.00 | 446.00 |
| | **TOTAL FEES ($)** | | | **31,359.80** |

**TIME SUMMARY BY TASK CODE:**

| DESCRIPTION | CODE | HOURS | VALUE |
|---|---|---|---|
| Corporate Review | P210 | 21.90 | 13,016.80 |
| Real and Personal Property | P240 | 0.30 | 266.10 |
| Structure / Strategy / Analysis | P300 | 18.80 | 10,031.80 |
| Completion / Closing | P600 | 11.20 | 8,045.10 |
| | | **52.20** | **31,359.80** |

**FOR COSTS ADVANCED AND EXPENSES INCURRED:**

| CODE | DESCRIPTION | AMOUNT |
|---|---|---|
| E110 | Out-of-Town Travel | 17.16 |
| E111 | Meals | 33.96 |
| E124 | Other - Filing Fees | 120.10 |
| **TOTAL CURRENT EXPENSES ($)** | | **171.22** |

**MATTER SUMMARY:**

| | |
|---|---|
| Current Fees: | $ 31,359.80 |
| Current Charges: | 171.22 |
| **CURRENT MATTER AMOUNT DUE:** | **$ 31,531.02** |

**RE: (Hunton # 026915.0000034) Accounts Receivables Securitization**

**FOR PROFESSIONAL SERVICES RENDERED THROUGH JULY 1, 2020:**

| DATE | TIMEKEEPER | TASK | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|---|
| 07/01/2020 | J W HARBOUR | P300 | Analysis of transaction issues and communications with counsel | 0.20 | 139.60 |
| | | | **TOTAL P300** | **0.20** | |
| 07/01/2020 | R J HAHN | P500 | Read correspondence re: financing closing (.9); draft correspondence re: financing (.3); draft high level issues list re: financing (1.6); review NGX agreement (.5); revise fee letter (.1); revise admin agent fee letter (.2); revise closing checklist (.2); conference regarding EU risk retention (.4) | 4.20 | 3,666.60 |
| 07/01/2020 | S S BELL | P500 | Email review and response: (1 hr); Review BNYM DACA for comments:(0.5) | 1.50 | 561.00 |
| | | | **TOTAL P500** | **5.70** | |
| | | | **TOTAL HOURS** | **5.90** | |

**TIMEKEEPER SUMMARY:**

| TIMEKEEPER | STATUS | HOURS | RATE | VALUE |
|---|---|---|---|---|
| R J HAHN | Partner | 4.20 | 873.00 | 3,666.60 |
| J W HARBOUR | Partner | 0.20 | 698.00 | 139.60 |
| S S BELL | Associate | 1.50 | 374.00 | 561.00 |
| | **TOTAL FEES ($)** | | | **4,367.20** |

**TIME SUMMARY BY TASK CODE:**

| DESCRIPTION | CODE | HOURS | VALUE |
|---|---|---|---|
| Structure / Strategy / Analysis | P300 | 0.20 | 139.60 |
| Negotiation / Revision / Responses | P500 | 5.70 | 4,227.60 |
| | | **5.90** | **4,367.20** |

| | | | |
|---|---|---|---|
| HUNTON ANDREWS KURTH LLP | | INVOICE: | 102179152 |
| CLIENT NAME: PACIFIC GAS & ELECTRIC COMPANY | | DATE: | 08/13/2020 |
| FILE NUMBER: 026915.MULTI | | PAGE: | 7 |

**FOR COSTS ADVANCED AND EXPENSES INCURRED:**

| CODE | DESCRIPTION | AMOUNT |
|---|---|---|
| E124 | Other - Secretary of State Fees | 1,680.00 |
| **TOTAL CURRENT EXPENSES ($)** | | **1,680.00** |

**MATTER SUMMARY:**

| | |
|---|---|
| Current Fees: | $ 4,367.20 |
| Current Charges: | 1,680.00 |
| **CURRENT MATTER AMOUNT DUE:** | **$ 6,047.20** |

**RE: (Hunton # 026915.0000037, Client's # 802958) 2020 Utility Tax-Exempt Advice**

**FOR PROFESSIONAL SERVICES RENDERED THROUGH JULY 1, 2020:**

| DATE | TIMEKEEPER | TASK | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|---|
| 07/01/2020 | A R KINTZINGER | P220 | Analyze emergence matters for Pollution Control Bonds (4.0) correspondence to and from Trustee, Trustee's Counsel, Primeclerk, Alix Partners including exchange for variable rate bonds and redemption of fixed rate bonds (1.5) and further conferrals Trustee, Trustee's counsel (1.0). | 6.50 | 5,440.50 |
| | | | **TOTAL P220** | **6.50** | |
| | | | **TOTAL HOURS** | **6.50** | |

**TIMEKEEPER SUMMARY:**

| TIMEKEEPER | STATUS | HOURS | RATE | VALUE |
|---|---|---|---|---|
| A R KINTZINGER | Counsel | 6.50 | 837.00 | 5,440.50 |
| | **TOTAL FEES ($)** | | | **5,440.50** |

**TIME SUMMARY BY TASK CODE:**

| DESCRIPTION | CODE | HOURS | VALUE |
|---|---|---|---|
| Tax | P220 | 6.50 | 5,440.50 |
| | | **6.50** | **5,440.50** |

**MATTER SUMMARY:**

| | |
|---|---|
| Current Fees: | $ 5,440.50 |
| Current Charges: | 0.00 |
| **CURRENT MATTER AMOUNT DUE:** | **$ 5,440.50** |

| | | | | | |
|---|---|---|---|---|---|
| HUNTON ANDREWS KURTH LLP | | | INVOICE: | | 102179152 |
| CLIENT NAME: | PACIFIC GAS & ELECTRIC COMPANY | | DATE: | | 08/13/2020 |
| FILE NUMBER: | 026915.MULTI | | PAGE: | | 9 |

**RE: (Hunton # 026915.0000038, Client's # 802946) 2020 Utility FMB Indenture**

**FOR PROFESSIONAL SERVICES RENDERED THROUGH JULY 1, 2020:**

| DATE | TIMEKEEPER | TASK | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|---|
| 07/01/2020 | A R WASZILYCSAK | P100 | Review UCC-1s, UCC-1Ad and Exhibit A for filing with CA-SOS as requested by J. Goswell | 0.40 | 90.00 |
| 07/01/2020 | A R WASZILYCSAK | P100 | Prepare correspondence to Capitol Services as requested by J. Goswell | 0.20 | 45.00 |
| 07/01/2020 | A R WASZILYCSAK | P100 | Review proposal received from Capitol Services as requested by J. Goswell | 0.20 | 45.00 |
| | | | **TOTAL P100** | **0.80** | |
| 07/01/2020 | R M JOHNSON | P240 | Review the status of the recordation of the Indentures. | 0.50 | 443.50 |
| 07/01/2020 | C W HASBROUCK | P240 | Correspond with title company regarding recording issues and execution of instructions. | 0.80 | 457.60 |
| 07/01/2020 | C W HASBROUCK | P240 | Review and verify final recording package for base indenture. | 3.50 | 2,002.00 |
| | | | **TOTAL P240** | **4.80** | |
| | | | **TOTAL HOURS** | **5.60** | |

**TIMEKEEPER SUMMARY:**

| TIMEKEEPER | STATUS | HOURS | RATE | VALUE |
|---|---|---|---|---|
| R M JOHNSON | Partner | 0.50 | 887.00 | 443.50 |
| C W HASBROUCK | Associate | 4.30 | 572.00 | 2,459.60 |
| A R WASZILYCSAK | Paralegal | 0.80 | 225.00 | 180.00 |
| | **TOTAL FEES ($)** | | | **3,083.10** |

**TIME SUMMARY BY TASK CODE:**

| DESCRIPTION | CODE | HOURS | VALUE |
|---|---|---|---|
| Project Administration | P100 | 0.80 | 180.00 |
| Real and Personal Property | P240 | 4.80 | 2,903.10 |
| | | **5.60** | **3,083.10** |

**MATTER SUMMARY:**

| | |
|---|---|
| Current Fees: | $ 3,083.10 |
| Current Charges: | 0.00 |
| **CURRENT MATTER AMOUNT DUE:** | **$ 3,083.10** |

**RE: (Hunton # 026915.0000041, Client's # 802971) PG&E Utility 2020 Credit Facility**

**FOR PROFESSIONAL SERVICES RENDERED THROUGH JULY 1, 2020:**

| DATE | TIMEKEEPER | TASK | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|---|
| 07/01/2020 | D J MURPHY | P300 | Resolving issues associated with the incurrence of additional FMB Bonds to satisfy certain holder claims. | 2.00 | 1,540.00 |
| | | | **TOTAL P300** | **2.00** | |
| 07/01/2020 | E J NEDELL | P600 | Analyze open issues re: closing financing (2.0); correspondence to and from Hunton team re: same (1.5); review updated closing check list (0.5); telephone call with deal team re: closing (1.0); review final closing documentation (4.5) | 9.50 | 6,840.00 |
| | | | **TOTAL P600** | **9.50** | |
| | | | **TOTAL HOURS** | **11.50** | |

**TIMEKEEPER SUMMARY:**

| TIMEKEEPER | STATUS | HOURS | RATE | VALUE |
|---|---|---|---|---|
| E J NEDELL | Partner | 9.50 | 720.00 | 6,840.00 |
| D J MURPHY | Counsel | 2.00 | 770.00 | 1,540.00 |
| | **TOTAL FEES ($)** | | | **8,380.00** |

**TIME SUMMARY BY TASK CODE:**

| DESCRIPTION | CODE | HOURS | VALUE |
|---|---|---|---|
| Structure / Strategy / Analysis | P300 | 2.00 | 1,540.00 |
| Completion / Closing | P600 | 9.50 | 6,840.00 |
| | | 11.50 | 8,380.00 |

**MATTER SUMMARY:**

| | |
|---|---|
| Current Fees: | $ 8,380.00 |
| Current Charges: | 0.00 |
| **CURRENT MATTER AMOUNT DUE:** | **$ 8,380.00** |

**RE: (Hunton # 026915.0000042, Client's # 1104281) PG&E Corp 2020 Credit Facility**

**FOR PROFESSIONAL SERVICES RENDERED THROUGH JULY 1, 2020:**

| DATE | TIMEKEEPER | TASK | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|---|
| 07/01/2020 | D J MURPHY | P600 | Participate in call with all interested parties to finalize and close all of the respective Plan work flows and conditions. | 0.70 | 539.00 |
| 07/01/2020 | M J GOSWELL | P600 | Review final closing documetnation. | 1.00 | 585.00 |
| | | | **TOTAL P600** | **1.70** | |
| | | | **TOTAL HOURS** | **1.70** | |

**TIMEKEEPER SUMMARY:**

| TIMEKEEPER | STATUS | HOURS | RATE | VALUE |
|---|---|---|---|---|
| D J MURPHY | Counsel | 0.70 | 770.00 | 539.00 |
| M J GOSWELL | Associate | 1.00 | 585.00 | 585.00 |
| | **TOTAL FEES ($)** | | | **1,124.00** |

**TIME SUMMARY BY TASK CODE:**

| DESCRIPTION | CODE | HOURS | VALUE |
|---|---|---|---|
| Completion / Closing | P600 | 1.70 | 1,124.00 |
| | | **1.70** | **1,124.00** |

**MATTER SUMMARY:**

| | |
|---|---|
| Current Fees: | $ 1,124.00 |
| Current Charges: | 0.00 |
| **CURRENT MATTER AMOUNT DUE:** | **$ 1,124.00** |

**INVOICE SUMMARY:**

| | |
|---|---|
| Current Fees: | $ 54,692.60 |
| Current Charges: | 1,851.22 |
| **CURRENT INVOICE AMOUNT DUE:** | **$ 56,543.82** |