# EXHIBIT A

**Retention Order**