# EXHIBIT C

# CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES

| Category of Timekeeper | BLENDED HOURLY RATE | |
| --- | --- | --- |
| | Billed by timekeepers, excluding bankruptcy[1] | Billed in this Application |
| Partner | $762.31 | $811.67 |
| Counsel | $632.04 | $744.95 |
| Senior Associate (7 years or more since first admission) | $529.36 | $531.07 |
| Mid-level Associate (4-6 years since first admission) | $456.92 | $493.54 |
| Junior Associate (0-3 years since first admission) | $424.56 | $389.96 |
| Staff Attorney | $406.53 | $518.00 |
| Paralegal | $270.96 | $238.87 |
| Other (Librarian) | $254.10 | $261.00 |
| **All timekeepers aggregated** | **$589.38** | **$647.98** |

---

[1] In accordance with the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Field under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases, effective November 1, 2013,* preceding year is a rolling 12 months year ending December 31, 2019; blended rates reflect work performed in preceding year in Hunton's domestic offices in which timekeepers collectively billed at least 10% of the hours to the case during the application period, excluding all data from bankruptcy law matters.