**EXHIBIT A**

355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Tel: +1.213.485.1234 Fax: +1.213.891.8763
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |
| Milan | |

LATHAM&WATKINS

*VIA ELECTRONIC MAIL*

Cliff Gleicher, Esq.
Senior Director, Compliance & Ethics
Pacific Gas and Electric Company
77 Beale Street
P.O. Box 770000
San Francisco, CA 94177
CJGf@pge.com

Re: Latham & Watkins LLP's Second Interim & Final Fee Application

Dear Cliff:

Attached for your review are copies of the *Second Interim and Final Fee Application of Latham & Watkins LLP for Allowance and Payment of Compensation and Reimbursement of Expenses (November 1, 2019 Through July 1, 2020)*, and my Declaration in support thereof.

The Court's Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees provide that a debtor in possession, a trustee and/or an official committee must exercise reasonable business judgment in monitoring the fees and expenses of the estate's professionals. We invite you to discuss any objections, concerns or questions you may have with us. The Office of the United States Trustee will also accept your comments, and the Court will consider timely filed objections by any party in interest at the time of the hearing on the application.

If you have any questions or comments, please do not hesitate to call me.

Sincere regards,

Michael J. Reiss
of LATHAM & WATKINS LLP