BRENDAN KUNKLE (State Bar # 173292)
bkunkle@abbeylaw.com
ABBEY, WEITZENBERG, WARREN & EMERY, PC
100 Stony Point Road, Suite 200
Santa Rosa, CA 95402
Phone; (707) 542-5050
Fax: (707) 542-2589

MAX SCHUVER (SBN 273004)
WALKUP, MELODIA, KELLY & SCHOENBERGER
650 California Street, 26th Floor
San Francisco, CA 94108
Telephone: (415) 981-7210
Facsimile: (415) 391-6965
mschuver@walkuplawoffice.com

*Attorneys for Estate of Arvel Rogers*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | Chapter 11<br>(Lead Case)<br>(Jointly Administered) |
| **-and-** | |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **NOTICE OF MOTION TO ALLOW/DEEM TIMELY LATE FILING OF PROOF OF CLAIM BY GLEN EATON, ADMINISTRATOR OF THE ESTATE OF ARVEL ROGERS** |
| **Debtors**. | |
| □ Affects PG&E Corporation | Judge:   Hon. Dennis Montali<br>Date:    October 13, 2020<br>Time:    10:00 a.m.<br>Place.:  (Telephonic/Video Appearances Only) |
| □ Affects Pacific Gas and Electric Company | United States Bankruptcy Court Courtroom 17, |
| ■ Affects both Debtors | 450 Golden Gate Ave., 16th Floor San Francisco, CA |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | |
| | Objection Deadline:    October 6, 2020 |

/ / / /

1   **PLEASE TAKE NOTICE** that the Bankruptcy Court will hear and consider

2   the Motion to Allow/Deem Timely Late Filing of Proof of Claim by Glen Eaton,

3   Administrator of the Estate of Arvel Rogers on October 13, 2020 at 10:00 a.m. (Pacific

4   Time) ("**Rogers Late Claim Motion**") via video conferencing or telephone. All

5   interested parties should consult the Bankruptcy Court's website at

6   www.canb.uscourts.gov for information about court operations during the COVID-19

7   pandemic. The Bankruptcy Court's website provides information regarding how to

8   arrange a telephonic or video appearance. If you have any questions regarding how to

9   appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-

10  7606 or by using the Live Chat feature on the Bankruptcy Court's website.

11  **PLEASE TAKE FURTHER NOTICE** that the deadline to object to

12  the Rogers Late Claim Motion is October 6, 2020.

13  / / / /

14  / / / /

15  / / / /

16  / / / /

17  / / / /

18  / / / /

19  / / / /

20  / / / /

21  / / / /

22  / / / /

23  / / / /

24  / / / /

25  / / / /

26  / / / /

27  / / / /

28  / / / /

**PLEASE TAKE FURTHER NOTICE** that copies of the Rogers Late Claim Motion can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at http://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for international parties or by e-mail at: pginfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website

Dated: August 31, 2020            ABBEY, WEITZENBERG, WARREN & EMERY, PC

By:       /s/ Brendan Kunkle
          BRENDAN KUNKLE (SBN 173292)
          ABBEY, WEITZENBERG, WARREN &
          EMERY, PC
          100 Stony Point Road, Suite 200
          Santa Rosa, CA 95402
          Telephone: (707) 542-5050
          Facsimilie: (707) 542-2589
          bkunkle@abbeylaw.com
          Attorneys for Estate of Arvel Rogers

Dated: August 31, 2020            WALKUP, MELODIA, KELLY & SCHOENBERGER

By:       /s/ Max Schuver
          MAX SCHUVER (SBN 273004)
          WALKUP, MELODIA, KELLY &
          SCHOENBERGER
          650 California Street, 26th Floor
          San Francisco, CA 94108
          Telephone: (415) 981-7210
          Facsimilie: (415) 391-6965
          mschuver@walkuplawoffice.com
          Attorneys for Estate of Arvel Rogers

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.


By: _____/s/ *Brendan Kunkle*_____
BRENDAN KUNKLE