# EXHIBIT A

## COMPENSATION BY PROFESSIONAL FOR THE PERIOD FROM JANUARY 1, 2020 THROUGH MAY 31, 2020

| Name of Professional Person | Department, Date of First Admission *or* Years in Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| **Partners and Of Counsel** | | | | |
| Hill, Joshua | Dep't: Litigation<br>Admission: 2002 | $905.25 | 0.6 | $543.15 |
| Rivera, Sylvia | Dep't: Litigation<br>Admission: 2002 | $858.50 | 5.3 | $4,550.05 |
| **Associates and Attorneys** | | | | |
| Sandoval, Robert Santos | Dep't: Litigation<br>Admission: 2016 | $552.50 | 10.9 | $6,022.25 |
| **Total Incurred:** | | | 16.8 | $11,115.45 |
| **Less Client Accommodation** | | | n/a | $(2,115.45) |
| **Total Requested** | | | 16.8 | $9,000.00 |

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

**Total Partners, Of Counsel, Associates and Paraprofessionals**

| PROFESSIONALS | BLENDED RATES | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $863.25 | 5.9 | $5,093.20 |
| Associates and Attorneys | $552.50 | 10.9 | $6,022.25 |
| **Total Incurred:** | **$661.63** | **16.8** | **$11,115.45** |
| Less Client Accommodation | n/a | n/a | $(2,115.45) |
| **Total Requested:** | **$535.71** | **16.8** | **$9,000.00** |

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

ny-1981481