## EXHIBIT B

### COMPENSATION BY WORK TASK CODE FOR
### SERVICES RENDERED MORRISON & FOERSTER LLP
### FOR THE PERIOD FROM JANUARY 1, 2020 THROUGH MAY 31, 2020

| Project Category | Description | Hours | Amount |
|---|---|---|---|
| C100 | Fact Gathering | 0.6 | $543.15 |
| C200 | Researching Law | 16.2 | $10,572.30 |
| **Total Incurred:** | | **16.8** | **$11,115.45** |
| **Less Client Accommodation:** | | **n/a** | **$(2,115.45)** |
| **Total Requested:** | | **16.8** | **$9,000.00** |

**Morrison & Foerster LLP**
425 Market Street
San Francisco, CA 94105