# EXHIBIT C

**EXPENSE SUMMARY FOR THE PERIOD
FROM JANUARY 1, 2020 THROUGH MAY 31, 2020**

None.