# EXHIBIT D

## DETAILED TIME ENTRIES FOR THE PERIOD FROM JANUARY 1, 2020 THROUGH MAY 31, 2020

# MORRISON | FOERSTER

PO BOX 742335  
LOS ANGELES  
CALIFORNIA 90074-2335

TELEPHONE: 415 268 7000  
FACSIMILE: 415 268 7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, WASHINGTON, D.C.,
SAN DIEGO, PALO ALTO, BOSTON,
DENVER, NORTHERN VIRGINIA

TOKYO, BEIJING, SHANGHAI,
HONG KONG, SINGAPORE

LONDON, BRUSSELS, BERLIN

Pacific Gas And Electric Company

**Taxpayer ID #**  
Invoice Number: 5922870  
Invoice Date: June 29, 2020

Client/Matter Number: 050386-0000027

Matter Name: EMPLOYEE DISCOUNT

Client Ref: 2007767

RE: EMPLOYEE DISCOUNT

For Professional Services Rendered through May 31, 2020

|  | U.S.Dollars |
|---|---:|
| Original Fees | 14,235.50 |
| Fee Discount Value | (3,120.05) |
| Client Accommodation | (2,115.45) |
| **Total This Invoice** | **9,000.00** |

**Payment may be made by Electronic Funds transfer to the firm's account**

# MORRISON | FOERSTER

Matter Number: 050386-0000027  Invoice Number: 5922870
Matter Name: EMPLOYEE DISCOUNT  Invoice Date: June 29, 2020

## Time Detail

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| **C100 FACT GATHERING** | | | | |
| 14-Jan-20 | Review consumer law background materials. | Hill, Joshua | 0.60 | 543.15 |
| **Total: C100** | **C100 FACT GATHERING** | | **0.60** | **543.15** |
| **C200 RESEARCHING LAW** | | | | |
| 10-Jan-20 | Confer with J. Hill regarding potential implications of proposed changes to employee discount program. | Rivera, Sylvia | 0.20 | 171.70 |
| 11-Jan-20 | Consider and brainstorm potential legal issues triggered by change to employee discount program and email R. Sandoval regarding same. | Rivera, Sylvia | 1.20 | 1,030.20 |
| 11-Jan-20 | Research consumer statutes related to automatic billing. | Sandoval, Robert Santo | 2.10 | 1,160.25 |
| 12-Jan-20 | Emails with R. Sandoval regarding research on consumer issues potentially raised by change to employee discount program. | Rivera, Sylvia | 0.80 | 686.80 |
| 12-Jan-20 | Perform initial review of relevant treatises regarding consumer issues potentially raised by change to employee discount program. | Rivera, Sylvia | 1.20 | 1,030.20 |
| 12-Jan-20 | Research opt out requirements for billing contract changes. | Sandoval, Robert Santo | 0.40 | 221.00 |
| 12-Jan-20 | Research UCL, CLRA, or FAL claims for changing terms in existing contracts. | Sandoval, Robert Santo | 2.90 | 1,602.25 |
| 13-Jan-20 | Review emails from R. Sandoval regarding results of research regarding potential legal risks of changes to employee discount. | Rivera, Sylvia | 1.10 | 944.35 |
| 13-Jan-20 | Confer with R. Sandoval regarding results of research regarding potential legal risks of changes to employee discount. | Rivera, Sylvia | 0.40 | 343.40 |
| 13-Jan-20 | Call with S. Rivera regarding results of research into changing employee discount program. | Sandoval, Robert Santo | 0.40 | 221.00 |
| 13-Jan-20 | Research UCL, CLRA, or FAL claims for changing terms in existing contracts. | Sandoval, Robert Santo | 0.50 | 276.25 |
| 13-Jan-20 | Draft email summarizing research results. | Sandoval, Robert Santo | 2.00 | 1,105.00 |
| 15-Jan-20 | Emails with J. Hill, R. Sandoval regarding analysis of proposal to change employee discount program. | Rivera, Sylvia | 0.40 | 343.40 |
| 15-Jan-20 | Research notice requirements for changes in terms of contracts. | Sandoval, Robert Santo | 2.60 | 1,436.50 |

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| **Total: C200** | **C200 RESEARCHING LAW** | | **16.20** | **10,572.30** |
| | Client Accommodation | | | (2,115.45) |
| | | | **Current Fees** | **9,000.00** |

# MORRISON | FOERSTER

Matter Number: 050386-0000027  Invoice Number: 5922870
Matter Name: EMPLOYEE DISCOUNT  Invoice Date: June 29, 2020

## Timekeeper Summary

| No. | Timekeeper | Rate | Hours | Value |
|---|---|---|---|---|
| 21211 | Hill, Joshua | 905.25 | 0.60 | 543.15 |
| 08821 | Rivera, Sylvia | 858.50 | 5.30 | 4,550.05 |
| 23707 | Sandoval, Robert Santo | 552.50 | 10.90 | 6,022.25 |
| | Client Accommodation | | | (2,115.45) |
| | **TOTAL** | | **16.80** | **9,000.00** |

## Task Code Summary

| Task Code | Description | Hours | Value |
|---|---|---|---|
| C100 | C100 FACT GATHERING | 0.60 | 543.15 |
| C200 | C200 RESEARCHING LAW | 16.20 | 10,572.30 |
| | Client Accommodation | | (2,115.45) |
| | **TOTAL** | **16.80** | **9,000.00** |

4

# MORRISON | FOERSTER

Matter Number: 050386-0000027  Invoice Number: 5922870
Matter Name: EMPLOYEE DISCOUNT  Invoice Date: June 29, 2020

## Invoice Summary

| | |
|---|---:|
| Total Fees | 9,000.00 |
| **Total Amount Due** | **9,000.00** |