**EXHIBIT A**

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

ny-1975782

## COMPENSATION BY PROFESSIONAL FOR THE PERIOD FROM JUNE 1, 2020 THROUGH JULY 1, 2020

| Name of Professional Person | Department, Date of First Admission *or* Years in Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| **Partners and Of Counsel** | | | | |
| Hill, Joshua | Dep't: Litigation<br>Admission: 2002 | $882.57 | 16.10 | $14,209.38 |
| Wong, Christine Y. | Dep;t: Litigation<br>Admission: 2001 | $807.98 | 0.50 | $403.99 |
| **Associates and Attorneys** | | | | |
| Barr, Sarah Elizabeth | Dep;t: Litigation<br>Admission: 2017 | $493.08 | 13.20 | $6,508.65 |
| Kissner, Andrew | Dep't: Business Restructuring & Insolvency<br>Admission: 2017 | $580.09 | 1.80 | $1,044.18 |
| Neitzey, Christina Nicole | Dep't: Litigation<br>Admission: 2018 | $493.08 | 18.40 | $9,072.67 |
| Nicholson, Julie A. | Dep't: Litigation<br>Admission: 2012 | $691.96 | 32.20 | $22,281.10 |
| **Paralegals and Non-Legal Staff** | | | | |
| Guido, Laura | Dep't: Business Restructuring & Insolvency<br>Title: Senior Paralegal<br>Years in Position: 12 ½ | $310.76 | 5.50 | $1,709.18 |
| Middleman, Caitlin K. | Dep't: Litigation<br>Title: Senior Paralegal<br>Years in Position: 8 ½ | $306.62 | 18.20 | $5,580.49 |
| **Total Incurred:** | | | 105.9 | $60,809.64 |
| **Less Client Accommodation for Time Entry Review (100% of Fees Incurred):** | | | n/a | $(232.04) |
| **Total Requested:** | | | 105.9 | $60,577.60 |

ny-1975782

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

## Total Partners, Of Counsel, Associates and Paraprofessionals

| PROFESSIONALS | BLENDED RATES | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $880.32 | 16.6 | $14,613.37 |
| Associates and Attorneys | $593.08 | 65.6 | $38,906.60 |
| **Total Incurred by All Attorneys:** | **$651.09** | **82.2** | **$53,519.97** |
| Less Client Accommodation for Time Entry Review (100% of Fees Incurred): | n/a | n/a | $(232.04) |
| **Blended Attorney Rate:** | **$648.27** | **82.2** | **$53,287.93** |
| Paraprofessionals and Non-Legal Staff | $307.58 | 23.7 | $7,289.67 |
| **Total Requested:** | **$572.02** | **105.9** | **$60,577.60** |

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105