**EXHIBIT B**

**COMPENSATION BY WORK TASK CODE FOR
SERVICES RENDERED MORRISON & FOERSTER LLP
FOR THE PERIOD FROM JUNE 1, 2020 THROUGH JULY 1, 2020**

| Project Category | Description | Hours | Amount |
|---|---|---|---|
| C200 | Researching Law | 12.00 | $5,916.96 |
| C312 | Client Counsel -Stat/Reg/Judicial | 1.50 | $1,323.86 |
| C341 | Business Disputes | 5.20 | $4,121.97 |
| P100 | Project Administration | 2.90 | $889.21 |
| P210 | Corporate Review | 0.60 | $529.54 |
| P300 | Structure/Strategy/Analysis | 76.40 | $45,274.74 |
| P400 | Initial Document Preparation/Filing | 6.90 | $2,521.32 |
| Z032 | Time Entry Review | 0.40 | $232.04 |
| **Total Incurred:** | | 105.9 | $60,809.64 |
| **Less Client Accommodation for Time Entry Review (100% of Fees Incurred):** | | n/a | $(232.04) |
| **Total Requested:** | | 105.9 | $60,577.60 |

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105