## EXHIBIT C

## EXPENSE SUMMARY FOR THE PERIOD
## FROM JUNE 1, 2020 THROUGH JULY 1, 2020

| Description | Amount |
|---|---|
| Epiq eDiscovery Managed Services | $132.04 |
| **Total** | **$132.04** |

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

ny-1975782