# EXHIBIT D

## DETAILED TIME ENTRIES FOR THE PERIOD FROM JUNE 1, 2020 THROUGH JULY 1, 2020

# MORRISON | FOERSTER

PO BOX 742335
LOS ANGELES
CALIFORNIA 90074-2335

TELEPHONE: 415 268 7000
FACSIMILE: 415 268 7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, WASHINGTON, D.C.,
SAN DIEGO, PALO ALTO, BOSTON,
DENVER, NORTHERN VIRGINIA

TOKYO, BEIJING, SHANGHAI,
HONG KONG, SINGAPORE

LONDON, BRUSSELS, BERLIN

Pacific Gas And Electric Company

**Taxpayer ID #** ▮▮▮▮▮
Invoice Number: 5931126
Invoice Date: July 29, 2020

Client/Matter Number: 050386-0000020

Matter Name: CPUC INVESTIGATION/OII

Client Ref: 1707076

RE: CPUC INVESTIGATION/OII

*For Professional Services Rendered through June 30, 2020*

|  | U.S.Dollars |
|---|---|
| Original Fees | 64,782.00 |
| Fee Discount Value | (14,779.50) |
| Client Accommodation - Time Entry Review | (232.04) |
| **Total This Invoice** | **49,770.46** |

**Payment may be made by Electronic Funds transfer to the firm's account**

# MORRISON | FOERSTER

Matter Number: 050386-0000020  
Matter Name: CPUC INVESTIGATION/OII

Invoice Number: 5931126  
Invoice Date: July 29, 2020

## Time Detail

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| **C312 CLIENT COUNSEL -STAT/REG/JUDICIAL** | | | | |
| 07-Jun-20 | Correspond with E. Seals (PG&E) and S. Olinek (PG&E) regarding advice letter. | Hill, Joshua | 0.10 | 88.26 |
| 09-Jun-20 | Correspond with E. Seals (PG&E) regarding procedure following applications for rehearing. | Hill, Joshua | 0.10 | 88.26 |
| 11-Jun-20 | Correspond with E. Seals (PG&E) and S. Olinek (PG&E) regarding response to applications for rehearing. | Hill, Joshua | 0.20 | 176.51 |
| 16-Jun-20 | Correspond with E. Seals (PG&E) regarding question about implementing disallowances. | Hill, Joshua | 0.20 | 176.51 |
| 29-Jun-20 | Correspond with E. Seals (PG&E) regarding potential petition for modification. | Hill, Joshua | 0.10 | 88.26 |
| **Total: C312** | C312 CLIENT COUNSEL -STAT/REG/JUDICIAL | | **0.70** | **617.80** |
| **P100 PROJECT ADMINISTRATION** | | | | |
| 09-Jun-20 | Revise CPUC submissions file. | Middleman, Caitlin K. | 0.30 | 91.99 |
| 12-Jun-20 | Revise CPUC submissions file. | Middleman, Caitlin K. | 0.30 | 91.99 |
| 12-Jun-20 | Revise case calendar. | Middleman, Caitlin K. | 0.20 | 61.32 |
| 23-Jun-20 | Revise submissions file. | Middleman, Caitlin K. | 0.60 | 183.97 |
| 24-Jun-20 | Revise submissions file. | Middleman, Caitlin K. | 0.40 | 122.65 |
| 26-Jun-20 | Correspond with P. Fernandez regarding transition logistics. | Middleman, Caitlin K. | 0.80 | 245.30 |
| 26-Jun-20 | Revise pleadings file. | Middleman, Caitlin K. | 0.30 | 91.99 |
| **Total: P100** | P100 PROJECT ADMINISTRATION | | **2.90** | **889.21** |
| **P210 CORPORATE REVIEW** | | | | |
| 29-Jun-20 | Analyze and provide comments on draft SEC filing. | Hill, Joshua | 0.60 | 529.54 |
| **Total: P210** | P210 CORPORATE REVIEW | | **0.60** | **529.54** |
| **P300 STRUCTURE/STRATEGY/ANALYSIS** | | | | |
| 04-Jun-20 | Call with M. Thompson (Cravath) regarding discovery request from insurer. | Nicholson, Julie A. | 0.40 | 276.78 |
| 04-Jun-20 | Correspond with J. Hill and C. Wong regarding discovery request from insurer. | Nicholson, Julie A. | 0.10 | 69.20 |
| 07-Jun-20 | Suggest edits to draft advice letter. | Hill, Joshua | 0.30 | 264.77 |

Case: 19-30088    Doc# 8938-4    Filed: 08/31/20    Entered: 08/31/20 15:14:10    Page 3 of 20

# MORRISON | FOERSTER

Matter Number: 050386-0000020  
Matter Name: CPUC INVESTIGATION/OII

Invoice Number: 5931126  
Invoice Date: July 29, 2020

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 08-Jun-20 | Analyze applications for rehearing and correspond with E. Seals (PG&E) and S. Olinek (PG&E) regarding same. | Hill, Joshua | 0.30 | 264.77 |
| 08-Jun-20 | Correspond with internal working group regarding applications for rehearing. | Neitzey, Christina Nic | 0.30 | 147.92 |
| 08-Jun-20 | Analyze applications for rehearing. | Nicholson, Julie A. | 1.90 | 1,314.72 |
| 10-Jun-20 | Analyze applications for rehearing. | Nicholson, Julie A. | 2.20 | 1,522.31 |
| 11-Jun-20 | Analyze and revise summary of applications for rehearing. | Hill, Joshua | 0.60 | 529.54 |
| 11-Jun-20 | Correspond with internal working group regarding applications for rehearing. | Neitzey, Christina Nic | 0.10 | 49.31 |
| 11-Jun-20 | Analyze applications for rehearing. | Nicholson, Julie A. | 6.70 | 4,636.13 |
| 11-Jun-20 | Analyze summary of Del Monte and Wild Tree's motions. | Wong, Christine Y. | 0.50 | 403.99 |
| 12-Jun-20 | Correspond with internal working group regarding applications for rehearing. | Neitzey, Christina Nic | 0.20 | 98.62 |
| 12-Jun-20 | Draft response to applications for rehearing. | Nicholson, Julie A. | 2.70 | 1,868.29 |
| 13-Jun-20 | Draft response to applications for rehearing. | Nicholson, Julie A. | 4.10 | 2,837.04 |
| 14-Jun-20 | Draft response to applications for rehearing and correspond with internal working group regarding same. | Neitzey, Christina Nic | 1.10 | 542.39 |
| 14-Jun-20 | Draft response to applications for rehearing. | Nicholson, Julie A. | 0.40 | 276.78 |
| 15-Jun-20 | Analyze and provide comments on draft response to applications for rehearing. | Hill, Joshua | 0.80 | 706.06 |
| 15-Jun-20 | Draft response to applications for rehearing and correspond with internal working group regarding same. | Neitzey, Christina Nic | 3.40 | 1,676.47 |
| 15-Jun-20 | Draft response to applications for rehearing. | Nicholson, Julie A. | 5.50 | 3,805.78 |
| 16-Jun-20 | Draft response to applications for rehearing and correspond with internal working group regarding same. | Neitzey, Christina Nic | 4.80 | 2,366.78 |
| 16-Jun-20 | Draft response to applications for rehearing. | Nicholson, Julie A. | 3.80 | 2,629.45 |
| 17-Jun-20 | Revise response to applications for rehearing. | Hill, Joshua | 6.20 | 5,471.93 |
| 17-Jun-20 | Draft response to applications for rehearing and correspond with internal working group regarding same. | Neitzey, Christina Nic | 2.50 | 1,232.70 |
| 17-Jun-20 | Draft response to applications for rehearing. | Nicholson, Julie A. | 4.40 | 3,044.62 |
| 18-Jun-20 | Review E. Seals (PG&E) comments on draft brief and revise same. | Hill, Joshua | 0.80 | 706.06 |
| 18-Jun-20 | Prepare materials cited in response to Del Monte and Wild Tree's applications for rehearing. | Middleman, Caitlin K. | 0.40 | 122.65 |

# MORRISON | FOERSTER

Matter Number: 050386-0000020  
Matter Name: CPUC INVESTIGATION/OII  
Invoice Number: 5931126  
Invoice Date: July 29, 2020

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 18-Jun-20 | Draft response to applications for rehearing and attend to correspondence regarding same, including addressing E. Seals comments. | Neitzey, Christina Nic | 2.90 | 1,429.93 |
| 19-Jun-20 | Prepare additional documents cited in response to Del Monte and Wild Tree's applications for rehearing. | Middleman, Caitlin K. | 2.70 | 827.87 |
| 20-Jun-20 | Cite check response to Del Monte and Wild Tree's applications for rehearing. | Middleman, Caitlin K. | 2.90 | 889.20 |
| 21-Jun-20 | Fact check response to Del Monte and Wild Tree's applications for rehearing. | Middleman, Caitlin K. | 6.40 | 1,962.37 |
| 22-Jun-20 | Analyze final version of opposition to applications for rehearing. | Hill, Joshua | 0.50 | 441.29 |
| 22-Jun-20 | Cite check revised response to Del Monte and Wild Tree's applications for rehearing. | Middleman, Caitlin K. | 1.20 | 367.94 |
| 22-Jun-20 | Revise response to Del Monte and Wild Tree's applications for rehearing. | Middleman, Caitlin K. | 1.70 | 521.25 |
| 22-Jun-20 | Draft response to applications for rehearing and analyze correspondence regarding same. | Neitzey, Christina Nic | 1.90 | 936.85 |
| 23-Jun-20 | Finalize opposition to applications for rehearing. | Hill, Joshua | 0.30 | 264.77 |
| 23-Jun-20 | Review Tort Claimants Committee response to applications for rehearing. | Hill, Joshua | 0.20 | 176.51 |
| 23-Jun-20 | Draft response to applications for rehearing. | Neitzey, Christina Nic | 1.20 | 591.70 |
| **Total: P300** | **P300 STRUCTURE/STRATEGY/ANALYSIS** | | **76.40** | **45,274.74** |

**P400 INITIAL DOCUMENT PREPARATION/FILING**

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 02-Jun-20 | Internal follow-up regarding supplemental fee application. | Guido, Laura | 0.10 | 31.08 |
| 03-Jun-20 | Prepare supplemental fee statement for October 2019 - March 2020 and internal follow-up regarding same. | Guido, Laura | 2.00 | 621.52 |
| 04-Jun-20 | Prepare supporting exhibits for second supplemental fee statement. | Guido, Laura | 0.60 | 186.46 |
| 04-Jun-20 | Update and finalize supplemental fee statement for October 2019 - March 2020. | Guido, Laura | 0.30 | 93.23 |
| 04-Jun-20 | Revise supplemental fee application and correspond with internal working group regarding same. | Kissner, Andrew | 0.30 | 174.03 |
| 05-Jun-20 | Update supporting exhibits for second supplemental fee statement. | Guido, Laura | 0.20 | 62.15 |
| 08-Jun-20 | Prepare CNO for MoFo's March fee statement. | Guido, Laura | 0.30 | 93.23 |
| 08-Jun-20 | Finalize MoFo's second supplemental fee statement for filing. | Guido, Laura | 0.20 | 62.15 |

# MORRISON | FOERSTER

Matter Number: 050386-0000020  
Matter Name: CPUC INVESTIGATION/OII

Invoice Number: 5931126  
Invoice Date: July 29, 2020

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 08-Jun-20 | Correspond with internal working group and local counsel regarding fee applications and filing. | Kissner, Andrew | 0.30 | 174.03 |
| 09-Jun-20 | Correspond with fee examiner counsel. | Kissner, Andrew | 0.10 | 58.01 |
| 15-Jun-20 | Prepare CNO for MoFo's April fee statement. | Guido, Laura | 0.30 | 93.23 |
| 15-Jun-20 | Analyze draft CNO. | Kissner, Andrew | 0.10 | 58.01 |
| 16-Jun-20 | Prepare MoFo's May 2020 fee statement. | Guido, Laura | 0.90 | 279.68 |
| 16-Jun-20 | Analyze and revise CNO and May fee application. | Kissner, Andrew | 0.20 | 116.02 |
| 17-Jun-20 | Compile supporting exhibits and LEDES files for May 2020 fee statement. | Guido, Laura | 0.20 | 62.15 |
| 17-Jun-20 | Correspond with fee examiner and internal working group regarding backup for May fee statement. | Kissner, Andrew | 0.20 | 116.02 |
| 29-Jun-20 | Revise CNO for supplemental fee statement. | Kissner, Andrew | 0.10 | 58.01 |
| 30-Jun-20 | Prepare CNO for MoFo's second supplemental fee statement. | Guido, Laura | 0.20 | 62.15 |
| 30-Jun-20 | Correspond with internal working group regarding final fee applications. | Kissner, Andrew | 0.10 | 58.01 |
| **Total: P400** | **P400 INITIAL DOCUMENT PREPARATION/FILING** | | **6.70** | **2,459.17** |

**Time Entry Review**

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 02-Jun-20 | Revise invoices for compliance with U.S. Trustee's guidelines. | Kissner, Andrew | 0.10 | 58.01 |
| 12-Jun-20 | Analyze invoices for compliance with U.S. Trustee's guidelines. | Kissner, Andrew | 0.20 | 116.02 |
| 22-Jun-20 | Analyze invoice for compliance with U.S. Trustee's guidelines. | Kissner, Andrew | 0.10 | 58.01 |
| **Total: Z032** | **Time Entry Review** | | **0.40** | **232.04** |

|  |  |
|---|---|
| **Current Fees** | 49,770.46 |

# MORRISON | FOERSTER

Matter Number: 050386-0000020  
Matter Name: CPUC INVESTIGATION/OII

Invoice Number: 5931126  
Invoice Date: July 29, 2020

## Timekeeper Summary

| No. | Timekeeper | Rate | Hours | Value |
|---|---|---|---|---|
| 21211 | Hill, Joshua | 882.57 | 11.30 | 9,973.04 |
| 23383 | Wong, Christine Y. | 807.98 | 0.50 | 403.99 |
| 19671 | Kissner, Andrew | 580.09 | 1.80 | 1,044.18 |
| 23787 | Neitzey, Christina Nic | 493.08 | 18.40 | 9,072.67 |
| 16384 | Nicholson, Julie A. | 691.96 | 32.20 | 22,281.10 |
| 13849 | Guido, Laura | 310.76 | 5.30 | 1,647.03 |
| 16127 | Middleman, Caitlin K. | 306.62 | 18.20 | 5,580.49 |
| | Client Accommodation - Time Entry Review | | | (232.04) |
| | **TOTAL** | | **87.70** | **49,770.46** |

# MORRISON | FOERSTER

Matter Number: 050386-0000020  Invoice Number: 5931126
Matter Name: CPUC INVESTIGATION/OII  Invoice Date: July 29, 2020

## Task Code Summary

| Task Code | Description | Hours | Value |
|---|---|---|---|
| C312 | C312 CLIENT COUNSEL -STAT/REG/JUDICIAL | 0.70 | 617.80 |
| P100 | P100 PROJECT ADMINISTRATION | 2.90 | 889.21 |
| P210 | P210 CORPORATE REVIEW | 0.60 | 529.54 |
| P300 | P300 STRUCTURE/STRATEGY/ANALYSIS | 76.40 | 45,274.74 |
| P400 | P400 INITIAL DOCUMENT PREPARATION/FILING | 6.70 | 2,459.17 |
| Z032 | Time Entry Review | 0.40 | 232.04 |
|  | Client Accommodation - Time Entry Review |  | (232.04) |
|  | **TOTAL** | **87.70** | **49,770.46** |

7

# MORRISON | FOERSTER

Matter Number: 050386-0000020  Invoice Number: 5931126
Matter Name: CPUC INVESTIGATION/OII  Invoice Date: July 29, 2020

**Invoice Summary**

| | |
|---|---:|
| Total Fees | 49,770.46 |
| **Total Amount Due** | **49,770.46** |

# MORRISON | FOERSTER

Matter Number: 050386-0000020  
Matter Name: CPUC INVESTIGATION/OII

Invoice Number: 5931126  
Invoice Date: July 29, 2020

For your convenience, we have listed below previous invoices on this matter which our records show as outstanding and the total balance due on this account. If you have already submitted payment, we appreciate your promptness. If your records are not in agreement, or if we can provide additional assistance, please call our Billing Department at (415) 268-6446 or (866) 314-5320

| Date | Invoice Number | Currency | Original Invoice Amount | Payments Applied | Amount Outstanding |
|---|---|---|---|---|---|
| 31-Dec-18 | 5788544 | USD | 11,540.98 | 0.00 | 11,540.98 |
| 14-Jan-19 | 5789728 | USD | 53,273.86 | 0.00 | 53,273.86 |
| 30-Sep-19 | 5855259 | USD | 133,934.94 | 0.00 | 133,934.94 |
| 30-Sep-19 | 5887635 | USD | 1,491.75 | 0.00 | 1,491.75 |
| 07-Nov-19 | 5864250 | USD | 187,092.39 | 118,522.33 | 68,570.06 |
| 12-Nov-19 | 5872848 | USD | 25,272.11 | 20,276.95 | 4,995.16 |
| 13-Nov-19 | 5872849 | USD | 293,040.35 | 232,959.61 | 60,080.74 |
| 14-Nov-19 | 5872850 | USD | 210,206.59 | 164,109.84 | 46,096.75 |
| 15-Nov-19 | 5872851 | USD | 184,478.01 | 144,043.98 | 40,434.03 |
| 18-Nov-19 | 5872852 | USD | 139,409.29 | 105,605.74 | 33,803.55 |
| 19-Nov-19 | 5872853 | USD | 117,730.16 | 92,767.33 | 24,962.83 |
| 20-Nov-19 | 5872854 | USD | 420,218.70 | 332,330.25 | 87,888.45 |
| 30-Jan-20 | 5885685 | USD | 201,520.29 | 161,249.72 | 40,270.57 |
| 07-Feb-20 | 5887765 | USD | 332,996.02 | 267,648.04 | 65,347.98 |
| 07-Feb-20 | 5887767 | USD | 641,794.21 | 514,065.53 | 127,728.68 |
| 24-Mar-20 | 5898699 | USD | 223,049.34 | 0.00 | 223,049.34 |
| 15-Apr-20 | 5903880 | USD | 199,407.35 | 0.00 | 199,407.35 |
| 24-Apr-20 | 5906885 | USD | 62,940.04 | 0.00 | 62,940.04 |
| 30-Apr-20 | 5909251 | USD | 137,409.59 | 0.00 | 137,409.59 |
| 15-May-20 | 5911904 | USD | 80,635.83 | 0.00 | 80,635.83 |
| 15-Jun-20 | 5919877 | USD | 11,094.61 | 0.00 | 11,094.61 |
| 29-Jul-20 | 5931127 | USD | 132.40 | 0.00 | 132.40 |

9

# MORRISON | FOERSTER

PO BOX 742335  
LOS ANGELES  
CALIFORNIA 90074-2335  

TELEPHONE: 415 268 7000  
FACSIMILE: 415 268 7522  

WWW.MOFO.COM  

MORRISON & FOERSTER LLP  

NEW YORK, SAN FRANCISCO,  
LOS ANGELES, WASHINGTON, D.C.,  
SAN DIEGO, PALO ALTO, BOSTON,  
DENVER, NORTHERN VIRGINIA  

TOKYO, BEIJING, SHANGHAI,  
HONG KONG, SINGAPORE  

LONDON, BRUSSELS, BERLIN  

Pacific Gas And Electric Company

**Taxpayer ID #** ▮▮▮▮▮  
Invoice Number: 5933275  
Invoice Date: August 12, 2020  

Client/Matter Number: 050386-0000028  

Matter Name: IRRIGATION DISTRICTS  

Client Ref: 980304  

RE: IRRIGATION DISTRICTS  

*For Professional Services Rendered through June 30, 2020*

|  | U.S.Dollars |
|---|---:|
| Original Fees | 13,708.00 |
| Fee Discount Value | (3,669.07) |
| **Total This Invoice** | **10,038.93** |

**Payment may be made by Electronic Funds transfer to the firm's account**

Case: 19-30088    Doc# 8938-4    Filed: 08/31/20    Entered: 08/31/20 15:14:10    Page 11 of 20

# MORRISON | FOERSTER

Matter Number: 050386-0000028  Invoice Number: 5933275
Matter Name: IRRIGATION DISTRICTS  Invoice Date: August 12, 2020

## Time Detail

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| **C200 RESEARCHING LAW** | | | | |
| 04-Jun-20 | Conduct legal research regarding FERC damages issue. | Barr, Sarah Elizabeth | 5.90 | 2,909.17 |
| 08-Jun-20 | Review contracts and research related law. | Barr, Sarah Elizabeth | 0.50 | 246.54 |
| 10-Jun-20 | Review contracts and research related law. | Barr, Sarah Elizabeth | 3.70 | 1,824.40 |
| 18-Jun-20 | Conduct legal research regarding FERC damages issue. | Barr, Sarah Elizabeth | 1.90 | 936.85 |
| **Total: C200** | **C200 RESEARCHING LAW** | | **12.00** | **5,916.96** |
| **C341 BUSINESS DISPUTES** | | | | |
| 05-Jun-20 | Calls regarding FERC matter. | Barr, Sarah Elizabeth | 0.90 | 443.77 |
| 05-Jun-20 | Review preliminary research findings regarding damages issues. | Hill, Joshua | 0.50 | 441.29 |
| 05-Jun-20 | Call with K. Sampson and S. Barr regarding contract issues. | Hill, Joshua | 0.60 | 529.54 |
| 05-Jun-20 | Call with S. Barr regarding follow up areas of research. | Hill, Joshua | 0.10 | 88.26 |
| 10-Jun-20 | Analyze issues regarding compensation resulting from adverse impacts and summarize same for K. Sampson. | Hill, Joshua | 1.60 | 1,412.11 |
| 23-Jun-20 | Work on draft letter to Districts in response to settlement proposal. | Hill, Joshua | 0.30 | 264.77 |
| 25-Jun-20 | Review revised draft of letter. | Barr, Sarah Elizabeth | 0.30 | 147.92 |
| 25-Jun-20 | Review and revise draft letter response to the Districts regarding settlement proposal. | Hill, Joshua | 0.90 | 794.31 |
| **Total: C341** | **C341 BUSINESS DISPUTES** | | **5.20** | **4,121.97** |
| | | **Current Fees** | | **10,038.93** |



Matter Number: 050386-0000028  
Matter Name: IRRIGATION DISTRICTS  
Invoice Number: 5933275  
Invoice Date: August 12, 2020

## Timekeeper Summary

| No. | Timekeeper | Rate | Hours | Value |
|---|---|---|---|---|
| 21211 | Hill, Joshua | 882.57 | 4.00 | 3,530.28 |
| 23371 | Barr, Sarah Elizabeth | 493.08 | 13.20 | 6,508.65 |
| | TOTAL | | 17.20 | 10,038.93 |

## Task Code Summary

| Task Code | Description | Hours | Value |
|---|---|---|---|
| C200 | C200 RESEARCHING LAW | 12.00 | 5,916.96 |
| C341 | C341 BUSINESS DISPUTES | 5.20 | 4,121.97 |
| | TOTAL | 17.20 | 10,038.93 |

# MORRISON | FOERSTER

Matter Number: 050386-0000028　　　　　　　　　　　　Invoice Number: 5933275
Matter Name: IRRIGATION DISTRICTS　　　　　　　　　Invoice Date: August 12, 2020

## Invoice Summary

|  | U.S.Dollars |
|---|---|
| Total Fees | 10,038.93 |
| **Total Amount Due** | **10,038.93** |

# MORRISON | FOERSTER

PO BOX 742335  
LOS ANGELES  
CALIFORNIA 90074-2335  

TELEPHONE: 415 268 7000  
FACSIMILE: 415 268 7522  

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, WASHINGTON, D.C.,
SAN DIEGO, PALO ALTO, BOSTON,
DENVER, NORTHERN VIRGINIA

TOKYO, BEIJING, SHANGHAI,
HONG KONG, SINGAPORE

LONDON, BRUSSELS, BERLIN

Pacific Gas And Electric Company

**Taxpayer ID #** ▮▮▮▮▮▮  
Invoice Number: 5933446  
Invoice Date: August 12, 2020  

Client/Matter Number: 050386-0000020  

Matter Name: CPUC INVESTIGATION/OII

Client Ref: 1707076

RE: CPUC INVESTIGATION/OII

*For Professional Services Rendered through July 1, 2020*

|  | U.S. Dollars |
|---|---:|
| Original Fees | 1,000.00 |
| Fee Discount Value | (231.79) |
| **Total This Invoice** | **768.21** |

**Payment may be made by Electronic Funds transfer to the firm's account**

# MORRISON | FOERSTER

Matter Number:  050386-0000020  
Matter Name:  CPUC INVESTIGATION/OII

Invoice Number:  5933446  
Invoice Date:  August 12, 2020

## Time Detail

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| **C312 CLIENT COUNSEL -STAT/REG/JUDICIAL** | | | | |
| 01-Jul-20 | Analyze microgrid spending in relation to decision and advise E. Seals (PG&E) regarding same. | Hill, Joshua | 0.80 | 706.06 |
| **Total: C312** | **C312 CLIENT COUNSEL -STAT/REG/JUDICIAL** | | **0.80** | **706.06** |
| **P400 INITIAL DOCUMENT PREPARATION/FILING** | | | | |
| 01-Jul-20 | Prepare CNO for MoFo's second supplemental fee statement. | Guido, Laura | 0.20 | 62.15 |
| **Total: P400** | **P400 INITIAL DOCUMENT PREPARATION/FILING** | | **0.20** | **62.15** |
| | | | **Current Fees** | **768.21** |

2



Matter Number: 050386-0000020  
Matter Name: CPUC INVESTIGATION/OII  
Invoice Number: 5933446  
Invoice Date: August 12, 2020

## Timekeeper Summary

| No. | Timekeeper | Rate | Hours | Value |
|---|---|---|---|---|
| 21211 | Hill, Joshua | 882.57 | 0.80 | 706.06 |
| 13849 | Guido, Laura | 310.76 | 0.20 | 62.15 |
| | **TOTAL** | | **1.00** | **768.21** |

## Task Code Summary

| Task Code | Description | Hours | Value |
|---|---|---|---|
| C312 | C312 CLIENT COUNSEL -STAT/REG/JUDICIAL | 0.80 | 706.06 |
| P400 | P400 INITIAL DOCUMENT PREPARATION/FILING | 0.20 | 62.15 |
| | **TOTAL** | **1.00** | **768.21** |

3

MORRISON | FOERSTER

Matter Number: 050386-0000020  Invoice Number: 5933446
Matter Name: CPUC INVESTIGATION/OII  Invoice Date: August 12, 2020

## Invoice Summary

|  | U.S.Dollars |
|---|---:|
| Total Fees | 768.21 |
| **Total Amount Due** | **768.21** |

4

| | | | | | |
|---|---|---|---|---|---|
| Matter Number: 050386-0000020 | | | Invoice Number: 5933446 | | |
| Matter Name: CPUC INVESTIGATION/OII | | | Invoice Date: August 12, 2020 | | |

For your convenience, we have listed below previous invoices on this matter which our records show as outstanding and the total balance due on this account. If you have already submitted payment, we appreciate your promptness. If your records are not in agreement, or if we can provide additional assistance, please call our Billing Department at (415) 268-6446 or (866) 314-5320

| Date | Invoice Number | Currency | Original Invoice Amount | Payments Applied | Amount Outstanding |
|---|---|---|---|---|---|
| 31-Dec-18 | 5788544 | USD | 11,540.98 | 0.00 | 11,540.98 |
| 14-Jan-19 | 5789728 | USD | 53,273.86 | 0.00 | 53,273.86 |
| 30-Sep-19 | 5855259 | USD | 133,934.94 | 0.00 | 133,934.94 |
| 30-Sep-19 | 5887635 | USD | 1,491.75 | 0.00 | 1,491.75 |
| 07-Nov-19 | 5864250 | USD | 187,092.39 | 157,487.90 | 29,604.49 |
| 12-Nov-19 | 5872848 | USD | 25,272.11 | 20,276.95 | 4,995.16 |
| 13-Nov-19 | 5872849 | USD | 293,040.35 | 232,959.61 | 60,080.74 |
| 14-Nov-19 | 5872850 | USD | 210,206.59 | 164,109.84 | 46,096.75 |
| 15-Nov-19 | 5872851 | USD | 184,478.01 | 144,043.98 | 40,434.03 |
| 18-Nov-19 | 5872852 | USD | 139,409.29 | 105,605.74 | 33,803.55 |
| 19-Nov-19 | 5872853 | USD | 117,730.16 | 92,767.33 | 24,962.83 |
| 20-Nov-19 | 5872854 | USD | 420,218.70 | 332,330.25 | 87,888.45 |
| 30-Jan-20 | 5885685 | USD | 201,520.29 | 161,249.72 | 40,270.57 |
| 07-Feb-20 | 5887765 | USD | 332,996.02 | 267,648.04 | 65,347.98 |
| 07-Feb-20 | 5887767 | USD | 641,794.21 | 514,065.53 | 127,728.68 |
| 24-Mar-20 | 5898699 | USD | 223,049.34 | 0.00 | 223,049.34 |
| 15-Apr-20 | 5903880 | USD | 199,407.35 | 0.00 | 199,407.35 |
| 24-Apr-20 | 5906885 | USD | 62,940.04 | 0.00 | 62,940.04 |
| 30-Apr-20 | 5909251 | USD | 137,409.59 | 0.00 | 137,409.59 |
| 15-May-20 | 5911904 | USD | 80,635.83 | 0.00 | 80,635.83 |
| 15-Jun-20 | 5919877 | USD | 11,094.61 | 0.00 | 11,094.61 |
| 29-Jul-20 | 5931126 | USD | 49,770.46 | 0.00 | 49,770.46 |
| 29-Jul-20 | 5931127 | USD | 132.40 | 0.00 | 132.40 |

MORRISON | FOERSTER

Matter Number: 050386-0000020  Invoice Number: 5933446
Matter Name: CPUC INVESTIGATION/OII  Invoice Date: August 12, 2020