# Exhibit D

## Customary and Comparable Compensation Disclosures

| Category of Timekeeper | BLENDED HOURLY RATE | |
|---|---|---|
| | Billed by timekeepers in Denver and San Francisco Offices, Excluding Bankruptcy[1] | Billed in this Application |
| Partner | $963.12 | $880.01 |
| Counsel | $880.35 | $766.75 |
| Senior Associate (7 years or more since first admission) | $720.16 | $681.48 |
| Mid-level Associate (4-6 years since first admission) | $582.98 | $583.24 |
| Junior Associate (0-3 years since first admission) | $475.42 | $474.25 |
| Senior Paralegal | $342.60 | $313.51 |
| Paralegal | $294.90 | $258.01 |
| Other | $266.43 | $233.75 |
| Research Services | $275.00 | $273.21 |
| All Attorneys | $756.44 | $645.51 |
| All Paraprofessionals | $327.50 | $311.98 |
| **All timekeepers aggregated** | $658.96 | $616.16 |

---

[1] In accordance with the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases, effective November 1, 2013*, preceding year is a rolling 12 months year ending July 1, 2020; blended rates reflect work performed in preceding year in Morrison & Foerster's Denver and San Francisco offices in which timekeepers collectively billed at least 10% of the hours to the case during the application period, excluding all data from bankruptcy law matters.