**Exhibit E**

**Budget**

| Statement Period | Maximum Fees Budgeted | Total Fees Sought |
|---|---|---|
| January – July 2019 | $2,117,000 | $1,395,520 |
| August 2019 | $400,000 | $148,022 |
| September 2019 | $384,000 | $201,353 |
| October 2019 | $384,000 | $326,740 |
| November 2019 | $384,000 | $784,446 |
| December 2019 | $350,000 | $222,163 |
| January 2020 | $384,000 | $209,906 |
| February 2020 | $384,000 | $62,809 |
| March 2020 | $384,000 | $137,410 |
| April 2020 | $384,000 | $80,636 |
| May 2020 | $384,000 | $11,062 |
| June 2020 | $384,000 | $59,809 |
| July 2020 | $180,000 | $768 |
| *TOTAL* | **$6,503,000** | **$3,640,643** |