**Exhibit A**

Coblentz Patch Duffy & Bass LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 · Fax 415.989.1663

16213.101 4837-6139-3347.2

Coblentz
Patch Duffy
& Bass LLP

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500
T 415 391 4800
coblentzlaw.com

Gregg M. Ficks
D (415) 772-5779
gficks@coblentzlaw.com

August 31, 2020

| | |
|---|---|
| John R. Simon, Esq.<br>Executive Vice President and General Counsel<br>PG&E Corporation<br>77 Beale Street<br>P.O. Box 770000<br>San Francisco, CA 94177 | Janet Loduca, Esq.<br>Sr. Vice President and Deputy General Counsel<br>Pacific Gas and Electric Company<br>77 Beale Street<br>P.O. Box 770000<br>San Francisco, CA 94177 |

Re: *In re PG&E Corporation and Pacific Gas and Electric Company*;
<u>Third Interim and Final Fee Application of Coblentz Patch Duffy & Bass LLP</u>

Dear Mr. Simon and Ms. Loduca:

We are enclosing for your review a copy of the *Third Interim and Final Fee Application of Coblentz Patch Duffy & Bass LLP for Allowance and Payment of Compensation and Reimbursement of Expenses (February 1, 2020 through July 1, 2020; January 29, 2019 through July 1, 2020),* and a copy of my Certification in support thereof, which we are filing in these bankruptcy cases today.

The Court's Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees provide that a debtor-in-possession, a trustee, or an official committee must exercise reasonable business judgment in monitoring the fees and expenses of the estate's professionals. We invite you to discuss any objections, concerns, or questions you may have with us. The Office of the United States Trustee also will accept your comments, and the Court will consider timely filed objections by any party-in-interest at the time of the hearing on the application.

If you have any questions or comments, please do not hesitate to contact me, or Barbara Milanovich, Doug Sands, or Sean Coyle of this office. Thank you.

Very truly yours,

Gregg M. Ficks

GMF/mwa
Enclosures

cc (w/enclosures): Wendy Coleman, Esq.

16213.101 4829-4232-4419.2