| | |
|---|---|
| Joshua D. Morse (SBN 211050)<br>Lee Brand (SBN 287110)<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>Four Embarcadero Center, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 983-1000<br>Facsimile: (415) 983-1200<br>Email: joshua.morse@pillsburylaw.com<br>          lee.brand@pillsburylaw.com<br><br>*Special Counsel to Debtors<br>and Reorganized Debtors* | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>     - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*٭ All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11 (Lead Case) (Jointly Administered)<br><br>**CERTIFICATE OF SERVICE**<br><br>Date:  TBD<br>Time:  TBD (Pacific Time)<br>Place:  United States Bankruptcy Court<br>          Courtroom 17, 16th Floor<br>          San Francisco, CA 94102<br>Judge: Hon. Dennis Montali<br><br>**Objection Deadline:  September 20, 2020,**<br>**                                     4:00 p.m. (Pacific Time** |

I, Tanya Granizo, hereby declare:

I am over the age of 18 years and not a party to or interested in the within entitled cause. On August 31, 2020, the following documents were served:

- **MONTHLY FEE STATEMENT OF PILLSBURY WINTHROP SHAW PITTMAN LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FROM DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019;**
- **MONTHLY FEE STATEMENT OF PILLSBURY WINTHROP SHAW PITTMAN LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FROM FEBRUARY 1, 2020 THROUGH FEBRUARY 29, 2020;**

- **MONTHLY FEE STATEMENT OF PILLSBURY WINTHROP SHAW PITTMAN LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FROM APRIL 1, 2020 THROUGH APRIL 30, 2020;**
- **MONTHLY FEE STATEMENT OF PILLSBURY WINTHROP SHAW PITTMAN LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FROM MAY 1, 2019 THROUGH MAY 31, 2020;**
- **MONTHLY FEE STATEMENT OF PILLSBURY WINTHROP SHAW PITTMAN LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FROM JUNE 1, 2020 THROUGH JULY 1, 2020;**
- **SUMMARY SHEET TO FIRST INTERIM AND FINAL FEE APPLICATION OF PILLSBURY WINTHROP SHAW PITTMAN LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FROM DECEMBER 1, 2019 THROUGH JULY 1, 2020**

on the parties listed in the attached Service List by the methods indicated.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed at San Francisco, California on August 31, 2020.

　　　　　　　　　　　　　　　　　　　　 _/s/_____
　　　　　　　　　　　　　　　　　　　　　　　 Tanya Granizo

# SERVICE LIST

| | |
|---|---|
| PG&E Corporation<br>c/o Pacific Gas & Electric Company<br>Attn: Janet Loduca, Esq.<br>77 Beale Street<br>San Francisco, CA 94105<br>*Served by U.S. Mail* | Keller & Benvenutti LLP<br>Attn: Tobias S. Keller, Esq.<br>Jane Kim, Esq.<br>650 California Street, Suite 1900<br>San Francisco, CA 94108<br>*Served by U.S. Mail* |
| Weil, Gotshal & Manges LLP<br>Attn: Stephen Karotkin, Esq.<br>Jessica Liou, Esq.<br>Matthew Goren, Esq.<br>767 Fifth Avenue<br>New York, NY 10153<br>*Served by U.S. Mail* | The office of the United States Trustee for Region 17<br>Attn: Andrew Vara, Esq.<br>Timothy Laffredi, Esq.<br>450 Golden Gate Avenue, 5th Floor, Suite #05-0153<br>San Francisco, CA 94102<br>*Served by U.S. Mail* |
| Millbank LLP<br>Attn: Dennis F. Dunne, Esq.<br>Sam A. Khalil, Esq.<br>55 Hudson Yards<br>New York, NY 10001-2163<br>*Served by U.S. Mail* | Milbank LLP<br>Attn: Paul S. Aronzon, Esq.<br>Gregory A. Bray, Esq.<br>Thomas R. Kreller, Esq.<br>2029 Century Park East, 33rd Floor<br>Los Angeles, CA 90067<br>*Served by U.S. Mail* |
| Baker & Hostetler LLP<br>Attn: Eric Sagerman, Esq.<br>Cecily Dumas, Esq.<br>11601 Wilshire Boulevard, Suite 1400<br>Los Angeles, CA 90025-0509<br>*Served by U.S. Mail* | Bruce A. Markell<br>Fee Examiner<br>541 N. Fairbanks Ct., Suite 2200<br>Chicago, IL 60611-3710<br>*Served by U.S. Mail* |
| Scott H. McNutt<br>324 Warren Road<br>San Mateo, CA 94402<br>*Served by U.S. Mail* | |