# EXHIBIT B

# Exhibit B

## Budget and Staffing Plan

**Aggregate for Matter Categories for the Period Beginning on January 29, 2019 and Ending on July 1, 2020**

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted |
|---|---|---|---|
| **Applicable to the Debtors** | | | |
| 020 | Legislative Issues | 1,203 | $1,054,050.00 |
| 021 | Non-Bankruptcy Litigation / Wildfire (Criminal) | 75,698 | $40,151,558.00 |
| 022 | Non-Working Travel | 904[1] | $957,231.00 |
| 023 | Purchase Power Agreements (including Adversary Proceedings) | 1,015 | $979,113.00 |
| 025 | Regulatory Issues | 16,774 | $13,657,988.00 |
| 026 | Retention / Billing / Fee Applications: MTO | 915 | $738,713.00 |
| 033 | TUB - Tubbs Fire state court litigation | N/A | N/A |
| 034 | TUF – Tubbs Fire Estimation & Discovery and Investigation Related to Estimation | 21,548 | $12,131,940.00 |
| 035 | Kincade | 4,230 | $3,021,775.00 |
| 036 | Inverse Condemnation Appeal | 125 | $126,250.00 |
| **Total** | | **122,412** | **$72,819,742.00** |

---

[1] Non-working travel time is budgeted in accordance with the local guidelines of Judge Montali, which provide for up to two hours of non-working travel time for air travel to account for unavoidable non-working time such as going through airport security, and in accordance with an agreement with Mr. Bruce Markell, the fee examiner, for non-working time for car travel, which provides no compensation for the first 90 minutes of car travel and a 50% reduction for car travel in excess of 90 minutes. The reduction of 50% is implemented by a 50% reduction in the car travel hours recorded by the timekeeper.

**Aggregate Staffing Plan Across All Matter Categories
for the Period Beginning on January 29, 2019 and Ending on July 1, 2020**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Weighted Average Hourly Rate |
|---|---|---|
| Partner | 17 | $1,139 |
| Of Counsel | 2 | $890 |
| Associate | 8 | $752 |
| Jr. Associate | 8 | $584 |
| Staff Attorney | 16 | $439 |
| eDiscovery Attorney | 1 | $593 |
| Paralegal | 8 | $369 |
| ALS | 3 | $416 |
| Case Clerks | 3 | $113 |
| Litigation Analyst | 1 | $113 |
| Library | 1 | $295 |
| **Total Attorney** | 51 | $681 |
| **Total Non-Attorney** | 16 | $305 |
| **Total** | 67 | $613 |