# EXHIBIT C

# Exhibit C

## Voluntary Rate Disclosures

Below is the blended hourly rate (billed amount / billed hours) by timekeeper category that was billed to the Debtors during the Fee Period from January 29, 2019 through July 1, 2020.

| *Fees Billed by date Worked* | |
|---|---|
| **Timekeeper Category** | **Blended Hourly Rates** <br> **Billed in this Fee Application 1/29/19-7/1/20 (PG&E Timekeepers)** |
| Partner | $ 1,142 |
| Of Counsel | $ 894 |
| Associate | $ 661 |
| eDiscovery Attorney | $ 575 |
| Staff Attorney | $ 426 |
| **Attorneys Total** | $ 768 |
| Paralegal | $ 353 |
| ALS | $ 415 |
| Case Clerk | $ 110 |
| Litigation Analyst | $ 110 |
| Library | $ 279 |
| **Paraprofessionals Total** | $ 372 |
| **Grand Total** | **$ 727** |