# EXHIBIT E

# Exhibit E

## Summary of Actual and Necessary Expenses for the Fee Period

## January 29, 2019 – May 31, 2020

| EXPENSES | AMOUNTS |
|---|---|
| Meals | $21,517.15 |
| Travel – Airfare | $166,566.14 |
| Travel – Hotel | $214,005.82 |
| Travel – Ground (Local) | $2,172.75 |
| Travel – Ground (Out of Town) | $52,955.39 |
| Consultants/Professional Services/Expert Fees | $991,201.65 |
| Filing/Recording/Registration Fees | $3,275.26 |
| Transcripts | $22,908.55 |
| Copying Charges/Outside | $42,171.65 |
| Computer Research – Outside | $484.55 |
| Messenger | $7,964.33 |
| Staff Overtime | $187.50 |
| Air Express | $5,650.93 |
| Other Expenses | $3,883.42 |
| **Total Expenses Requested:** | **$1,534,945.09** |

**June 1, 2020 – July 1, 2020**

| EXPENSES | AMOUNTS |
|---|---:|
| Meals | $658.27 |
| Travel – Ground (Out of Town) | $209.96 |
| Consultants/Professional Services | $1,250.00 |
| Transcripts | $1,685.55 |
| Filing/Recording/Registration Fees | $508.75 |
| Copying Charges/Outside | $291.22 |
| Air Express | $67.87 |
| Messenger | $275.88 |
| **Total Expenses Requested:** | **$4,947.50** |