# EXHIBIT F

# Exhibit F

### Summary, by Matter Category, of Fees Budgeted and Fees Incurred During the Fee Period
### January 29, 2019 – July 1, 2020

| Matter Number | Project Category Description | Hours Budgeted | Hours Billed | Total Compensation Budgeted | Total Compensation Billed | Expenses | Total |
|---|---|---|---|---|---|---|---|
| 020 | Legislative Issues | 1,203 | 735.3 | $1,054,050.00 | $625,863.50 | - | $625,863.50 |
| 021 | Non-Bankruptcy Litigation / Wildfire (Criminal) | 75,698 | 29,127.2 | $40,151,558.00 | $19,162,723.00 | - | $19,162,723.00 |
| 022 | Non-Working Travel | 904[1] | 729.8 | $957,231.00 | $713,796.50 | - | $713,796.50 |
| 023 | Purchase Power Agreements (including Adversary Proceedings) | 1,015 | 1,460.7 | $979,113.00 | $1,172,533.00 | - | $1,172,533.00 |
| 025 | Regulatory Issues | 16,774 | 16,347.4 | $13,657,988.00 | $14,115,959.50 | - | $14,115,959.50 |
| 026 | Retention / Billing / Fee Applications: MTO | 915 | 764.2 | $738,713.00 | $518,179.50 | - | $518,179.50 |
| 033 | TUB - Tubbs Fire state court litigation (Judge Jackson) | N/A | 6,682.3 | N/A | $4,485,510.00 | - | $4,485,510.00 |
| 034 | TUF – Tubbs Fire Estimation & Discovery and Investigation Related to Estimation | 21,548 | 0.0 | $12,131,940.00 | $0.00 | - | $0.00 |
| 035 | Kincade | 4,230 | 2,515.2 | $3,021,775.00 | $1,651,857.50 | - | $1,651,857.50 |
| 036 | Inverse Condemnation Appeal | 125 | 40.2 | $126,250.00 | $39,351.00 | - | $39,351.00 |
| Subtotal | | | | | $42,486,773.50 | $1,534,945.09 | $44,021,718.59 |
| | Credit (1/29/19 -5/31/19) | | | | ($14,480.00) | | ($14,480.00) |
| | Credit (5/1/20 – 5/31/20) | | | | ($30,446.96) | | ($30,446.96) |
| | Credit (6/1/20 – 7/1/20) | | | | ($40,322.64) | | ($40,322.64) |
| | Interim Fee Reductions | | | | ($1,390,000.00) | | ($1,390,000.00) |

---

[1] Non-working travel time is budgeted in accordance with the local guidelines of Judge Montali, which provide for up to two hours of non-working travel time for air travel to account for unavoidable non-working time such as going through airport security, and in accordance with an agreement with Mr. Bruce Markell, the fee examiner, for non-working time for car travel, which provides no compensation for the first 90 minutes of car travel and a 50% reduction for car travel in excess of 90 minutes. The reduction of 50% is implemented by a 50% reduction in the car travel hours recorded by the timekeeper.

| Matter Number | Project Category Description | Hours | | Total Compensation | | Expenses | Total |
|---|---|---|---|---|---|---|---|
| | | Budgeted | Billed | Budgeted | Billed | | |
| Total | | 122,412 | 58,402.3 | $72,819,742.00 | $41,011523.90 | $1,534,945.09 | $42,546,468.99 |