# EXHIBIT G

# Exhibit G

## Summary of Fees by Matter for the Fee Period

### January 29, 2019 – July 1, 2020

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 020 | Legislative Issues | 735.3 | $625,863.50 |
| 021 | Non-Bankruptcy Litigation – Criminal Wildfire Investigation | 29,127.2 | $19,149,546.00 |
| 022 | Non-Working Travel | 729.8 | $713,710.50 |
| 023 | Power Purchase Agreements and FERC | 1,460.7 | $1,101,763.40 |
| 025 | Regulatory | 16,347.4 | $14,115,959.50 |
| 026 | MTO Retention and Fee Applications | 764.2 | $517,962.50 |
| 033 | TUB - Tubbs Fire state court litigation (Judge Jackson) | 6,682.3 | $4,485,510.00 |
| 034 | TUF – Tubbs Fire Estimation & Discovery and Investigation Related to Estimation | 0.0 | $0.00 |
| 035 | Kincade | 2,515.2 | $1,651,857.50 |
| 036 | Inverse Condemnation Appeal | 40.2 | $39,351.00 |
| **Subtotal** | | **58,402.3** | **$42,486,773.50** |
| | Credit (1/29/19 – 5/31/19) | | ($14,480.00) |
| | Credit (5/1/20 – 5/31/20) | | ($30,446.96) |
| | Credit (6/1/20 – 7/1/20) | | ($40,322.64) |
| | Interim Fee Reductions | | ($1,390,000.00) |
| **Total:** | | **58,402.3** | **$41,011,523.90** |

### June 1, 2020 – July 1, 2020

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 020 | Legislative Issues | 0.0 | $0.00 |
| 021 | Non-Bankruptcy Litigation – Criminal Wildfire Investigation | 548.7 | $488,819.50 |
| 022 | Non-Working Travel | 14.3 | $17,668.00 |
| 023 | Power Purchase Agreements and FERC | 89.5 | $94,604.00 |
| 025 | Regulatory | 1,218.0 | $1,113,432.50 |
| 026 | MTO Retention and Fee Applications | 11.7 | $7,199.50 |
| 033 | TUB - Tubbs Fire state court litigation (Judge Jackson) | 0.0 | $0.00 |
| 034 | TUF – Tubbs Fire Estimation & Discovery and Investigation Related to Estimation | 0.0 | $0.00 |
| 035 | Kincade | 8.1 | $6,403.00 |
| 036 | Inverse Condemnation Appeal | 0.0 | $0.00 |
| **Subtotal** | | **1,890.3** | **$1,728,126.50** |
| | Credit for Kelly LC Kriebs fees May 1, 2020-May 31, 2020 fee period. | | (30,446.96) |
| | Credit for Kelly LC Kriebs fees June 1, 2020-July 1, 2020 fee period. | | (40,322.64) |
| **Total:** | | **1890.3** | **$1,657,356.90** |