# EXHIBIT I

# Exhibit I

**Transmittal Letter to Debtors of Final Fee Application**

MUNGER, TOLLES & OLSON LLP

350 SOUTH GRAND AVENUE
FIFTIETH FLOOR
LOS ANGELES, CALIFORNIA 90071-3426
TELEPHONE (213) 683-9100
FACSIMILE (213) 687-3702

560 MISSION STREET
TWENTY-SEVENTH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-3089
TELEPHONE (415) 512-4000
FACSIMILE (415) 512-4077

1155 F STREET N.W.
SEVENTH FLOOR
WASHINGTON, D.C. 20004-1361
TELEPHONE (202) 220-1100
FACSIMILE (202) 220-2300

August 31, 2020

Writer's Direct Contact
(213) 683-9554
(213) 683-4054 FAX
seth.goldman@mto.com

VIA EMAIL
PG&E Corporation
Pacific Gas and Electric Company
Attn.: Steve Schirle

Re: *In re: PG&E Corp., and Pacific Gas and Electric Co. - Case No. 19-30088 (DM) (Jointly Administered)*

Dear Steve:

Enclosed please find our firm's final fee application in the above-captioned cases. The Bankruptcy Court's *Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees* provide that a debtor in possession must exercise reasonable business judgment in monitoring the fees and expenses of the estate's professionals. I invite you to discuss with our firm any objections, concerns or questions that you may have with the firm's fee request. The office of the United States Trustee will also accept your comments. The Bankruptcy Court will consider timely-filed objections by any party in interest at the time of the hearing, which will be set at a later date.

Very truly yours,

*/s/ Seth Goldman*

Seth Goldman

45458176.1