# EXHIBIT A

# PROPOSED ORDER

1 Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
2 BAKER & HOSTETLER LLP
600 Montgomery Street, Suite 3100
3 San Francisco, CA 94111-2806
Telephone: 415.659.2600
4 Facsimile: 415.659.2601
Email: rjulian@bakerlaw.com
5 Email: cdumas@bakerlaw.com

6 Eric E. Sagerman (SBN 155496)
David J. Richardson (SBN 168592)
7 Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
8 11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
9 Telephone: 310.820.8800
Facsimile: 310.820.8859
10 Email: esagerman@bakerlaw.com
Email: drichardson@bakerlaw.com
11 Email: lattard@bakerlaw.com

12 *Counsel for Official Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>　　　　　　　　　Debtors.<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>■ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**ORDER GRANTING APPLICATION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS FOR FINAL APPROVAL OF EXPENSE REIMBURSEMENT FOR ALL EXPENSES INCURRED FOR THE PERIOD FROM FEBRUARY 15, 2019 THROUGH JULY 1, 2020 PURSUANT TO 11 U.S.C. § 503(b)(3)(F)** |

**THIS MATTER** came before the Court upon consideration of the *Application of the Official Committee of Tort Claimants for Final Approval of Expense Reimbursement for All Expenses Incurred for the Period from February 15, 2019 Through July 1, 2020 Pursuant to 11 U.S.C. § 503(b)(3)(F)* [Docket No. XXX] (the "**Application**"), filed by the Official Committee of Tort Claimants ("**TCC**"). Based upon the Court's review and consideration of the Application, and the other records and pleadings filed in the above-captioned chapter 11 cases,

**THE COURT HEREBY FINDS** that notice of and opportunity for a hearing on the Application was duly given, and that such notice was appropriate and sufficient under the particular circumstances. It appears to the Court that good cause exists for final approval of the expenses that the TCC requested in the Application, pursuant to Section 503(b)(3)(F) of the Bankruptcy Code. The Court further finds that the expenses requested in the Application are reasonable and have been expended by the Members.

**THEREFORE, IT IS HEREBY ORDERED:**

1. The TCC is awarded final allowance of expenses for services rendered to the TCC through the effective date of the Plan in the aggregate amount **$35,776.52.**

2. The Reorganized Debtors are authorized and directed to make prompt payment to the TCC, through its counsel Baker & Hostetler LLP, in the total amount of $9,595.19, which is the difference between the amount requested and the amount already paid by the Debtors pursuant to the Reimbursement Procedures Order.

3. The Court retains jurisdiction over any issues or disputes arising out of or relating to this Order.

**\*\*\* END OF ORDER \*\*\***