# EXHIBIT B

# REIMBURSEMENT PROCEDURES ORDER

1 | Robert A. Julian (SBN 99469)
2 | Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
3 | 1160 Battery Street, Suite 100
San Francisco, CA 94111
4 | Telephone: 628.208.6434
Facsimile: 310.820.8859
5 | Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Signed and Filed: April 9, 2019

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

6 | Eric E. Sagerman (SBN 155496)
7 | Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
8 | 11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
9 | Telephone: 310.442.8875
Facsimile: 310.820.8859
10 | Email: esagerman@bakerlaw.com
Email: lattard@bakerlaw.com

11 | *Proposed Counsel for Official Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | Chapter 11 (Lead Case) (Jointly Administered) |
| -and- | |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | |
| **Debtors** | |
| ☐ Affects PG&E Corporation | **ORDER PURSUANT TO 11 U.S.C. §§ 503(b)(3)(F) AND 105(a) ESTABLISHING PROCEDURES FOR REIMBURSEMENT OF EXPENSES OF MEMBERS OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS** |
| ☐ Affects Pacific Gas and Electric Company | |
| ■ Affects both Debtors | |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | |

Upon the Motion dated March 10, 2019, (the "**Motion**"),[1] of the Official Committee of Tort Claimants (hereafter, the "**Tort Committee**"), in the above-captioned chapter 11 cases ("**Chapter 11 Cases**") of PG&E Corporation and Pacific Gas and Electric Company (collectively, the "**Debtors**" or "**PG&E**"), pursuant to sections 503(b)(3)(F) and 105(a) of title 11 of the United States Code (the "**Bankruptcy Code**"), for entry of an order establishing for Tort Committee members ("**Tort Committee Members**") an orderly, regular, and efficient process for monthly allowance and reimbursement of expenses (the "**Member Reimbursement Procedures**"), as more fully set forth in the Motion; and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Rule 5011-1(a) of the Bankruptcy Local Rules for the Northern District of California (the "**Bankruptcy Local Rules**"); and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Motion as provided to the parties listed therein is reasonable and sufficient, and it appearing that no other or further notice need be provided; and this Court having reviewed the Motion and the response from the Official Unsecured Creditors Committee (the "**UCC**") requesting that the UCC members (the "**UCC Members**") be included in the Member Reimbursement Procedures; and this Court having held a hearing on the Motion; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, creditors, shareholders, and all parties in interest; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The Motion is granted, as provided herein.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

- 2 -

2. Tort Committee Members and UCC Members (collectively, the "**Committee Members**") may seek reimbursement of expenses reasonably incurred in the performance of their duties as members of the Tort Committee or the UCC, as applicable, in accordance with the Monthly Expenses Procedures set forth hereinbelow.

3. All Committee Member expenses for which reimbursement is sought pursuant to this Order shall be in compliance with, and allowable pursuant to, the Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees for the Northern District of California, dated February 19, 2014.

4. Reimbursement of expenses incurred by anyone other than a Committee Member are not authorized under this Order, including, without limitation, professionals employed by the Tort Committee and the UCC and the Committee Members' personal lawyers, advisors or consultants, or family members.

5. On or after the 5th day of each calendar month, the Tort Committee's bankruptcy counsel and the UCC's bankruptcy counsel shall file with the Court a monthly statement on behalf of its respective Committee Members, including relevant expense detail, for interim reimbursement of expenses incurred during the preceding month (a "**Member Monthly Expenses Statement**").

6. Each Member Monthly Expenses Statement shall be served on the following parties (collectively, the "**Notice Parties**");

(1) the Debtors c/o Pacific Gas & Electric Company, 77 Beale Street, San Francisco, CA 94105 (Attn: Janet Loduca, Esq.);

(2) the proposed counsel to the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Stephen Karotkin, Esq. and Rachael Foust, Esq.) and Keller & Benvenutti LLP, 650 California Street, Suite 1900, San Francisco, CA 94108 (Attn: Tobias S. Keller, Esq. and Jane Kim, Esq.);

(3) counsel for the administrative agent under the Debtors' debtor-in-possession financing facility, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038-4982 (Attn: Kristopher M. Hansen, Esq., Erez E. Gilad, Esq.,

- 3 -

and Matthew G. Garofalo, Esq.) and 2029 Century Park East, Los Angeles, CA 90067-3086 (Attn: Frank A. Merola, Esq.);

(4) the Office of the United States Trustee for Region 17, 450 Golden Gate Avenue, 5th Floor, Suite #05-0153, San Francisco, CA 94102 (Attn: James L. Snyder, Esq. and Timothy Laffredi, Esq.);

(5) the proposed counsel to the Official Committee of Tort Claimants, Baker & Hostetler LLP, 1160 Battery Street, Suite 100, San Francisco, CA 94111 (Attn: Robert A. Julian, Esq. and Cecily A. Dumas, Esq.); and

(6) the proposed counsel to the Official Committee of Unsecured Creditors, Milbank LLP, 2029 Century Park East, 33rd Floor, Los Angeles, CA 90067 (Attn: Thomas Kreller, Esq. and Gregory Bray, Esq).

7. Objections must be filed and served on counsel to the Tort Committee or the UCC, as applicable, and the other Notice Parties no later than the 10th day (or the next business day if such day is not a business day) following the date the Monthly Expenses Statement is served (the "**Objection Deadline**"). Upon the expiration of the Objection Deadline, counsel to the Tort Committee or the UCC, as applicable, shall file and serve a certificate of no objection (a "**CNO**") with the Court with respect to any expenses not subject to objection. Within ten (10) business days following service of a CNO, the Debtors will remit checks to each Committee Member entitled to reimbursement at the address provided to it by such Committee Member.

8. If a portion of the expenses requested in a Monthly Expenses Statement is subject to an objection and the parties are unable to reach a consensual resolution, counsel to the Tort Committee or the UCC, as applicable, may (i) request the Court approve the amounts subject to objection or (ii) forego payment of such amounts until a later hearing, at which time the Court will adjudicate any unresolved objections.

9. Counsel to the Tort Committee and the UCC each shall file applications for final approval of expense reimbursement of all expenses allowed under this Order pursuant to Bankruptcy Code §503(b)(3)(F) within the time frame directed by the Court.

**END OF ORDER**