# EXHIBIT 1

## MacConaghy & Barnier, PLC
Attorneys At Law
645 First St. West, Suite D
Sonoma, CA 95476
707-935-3205 Ext. 5

Invoice # 11524

Date:   August 31, 2020

Official Committee of Tort Claimants of PG&E etc. et al   Re:
Baker & Hostetler LLP
11601 Wilshire Blvd. Ste 1400
Los Angeles, CA 90025

| | | **Professional Services** | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 4/24/2020 | JHM | Prepare Draft Motion to Employ and related papers | $525.00 | 1.30 | 682.50 |
| 4/27/2020 | JHM | Prepare Draft Motion to Employ and related papers. Numerous emails with Elyssa Kates regarding same | $525.00 | 1.60 | 840.00 |
| 4/30/2020 | JHM | Prepare Motions for 2004 Examination and related documents | $525.00 | 2.60 | 1,365.00 |
| 5/1/2020 | JHM | Send email to Bridget McCabe regarding status of service | $525.00 | 0.10 | 52.50 |
| | JHM | Prepare finalized subpoenas for hand delivery by One Legal | $525.00 | 0.70 | 367.50 |
| | JHM | Legal research regarding split of authority regarding manner of Rule 45 service | $525.00 | 0.70 | 367.50 |
| | JHM | Prepare letters to Eugene Armstrong and Shook Hardy regarding accepting service by mail of Rule 2004 subpoenas | $525.00 | 0.50 | 262.50 |
| | JHM | Telephone call with co-counsel regarding discovery issues | $525.00 | 0.50 | 262.50 |
| 5/4/2020 | JHM | Review email from One Legal regarding status of service | $525.00 | 0.10 | 52.50 |
| 5/5/2020 | JHM | Review and respond to email from Kim Morris regarding Trust Document motions and briefing | $525.00 | 0.20 | 105.00 |
| | JHM | Review and analyze case pleadings regarding Trust document motions | $525.00 | 0.70 | 367.50 |
| 5/7/2020 | JHM | Review status of subpoena service. Review and respond to emails from Bridget McCabe regarding same | $525.00 | 0.50 | 262.50 |
| | JHM | Send email to Eric Goodman and Bob Julian regarding 5/15 hearing, and issues as to FV Trust documents | $525.00 | 0.60 | 315.00 |
| | JHM | Review and analyze Plan and Disclosure Statement provisions and exhibits regarding Fire Victims' Trust Legal research regarding same | $525.00 | 4.80 | 2,520.00 |
| | JHM | Review and analyze Business Claimants' brief; legal research regarding mass tort claims adjudication issues | $525.00 | 7.10 | 3,727.50 |
| 5/8/2020 | JHM | Review and analyze KPMG documents in our possession | $525.00 | 3.30 | 1,732.50 |
| 5/9/2020 | JHM | Prepare proposed revisions to Trust Documents brief | $525.00 | 6.20 | 3,255.00 |
| 5/10/2020 | JHM | Review and respond to email from Eric Goodman regarding status of brief | $525.00 | 0.10 | 52.50 |
| | JHM | Review and analyze Quanta documents in our possession | $525.00 | 2.80 | 1,470.00 |
| 5/11/2020 | JHM | Prepare further comments and edits on brief regarding Objection to Trust documents. Continued legal research for oral argument | $525.00 | 7.20 | 3,780.00 |
| | JHM | Conference call with various parties regarding finalization of brief | $525.00 | 0.70 | 367.50 |

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 5/11/2020 | JHM | Review and analyze further revisions to brief | $525.00 | 0.70 | 367.50 |
|  | JHM | Prepare further revisions to brief | $525.00 | 0.90 | 472.50 |
|  | JHM | Legal research regarding inverse condemnation rights to attorneys fees, status of bankruptcy court ruling and appeal | $525.00 | 1.70 | 892.50 |
|  | JHM | Prepare for oral argument on 5/15 | $525.00 | 2.60 | 1,365.00 |
|  | JB | Review proposed brief and prepare comments to JHM | $475.00 | 1.20 | 570.00 |
| 5/12/2020 | JHM | Court appearance regarding voting motion -- to gauge Judge Montali's view on the Plan | $525.00 | 1.80 | 945.00 |
|  | JHM | Prepare final comments regarding Objection brief and confer with Eric Goodman regarding same | $525.00 | 3.80 | 1,995.00 |
|  | JHM | Further preparation of oral argument | $525.00 | 3.80 | 1,995.00 |
| 5/13/2020 | JHM | Prepare for oral argument on Objection to Trust documents | $525.00 | 9.20 | 4,830.00 |
|  | JB | Assist John MacConaghy in rehearsing and preparing for oral argument | $475.00 | 2.20 | 1,045.00 |
| 5/14/2020 | JHM | Conference call with Baker team, Frank Pitre, and Steve Skikos | $525.00 | 0.50 | 262.50 |
|  | JHM | Conference call with TCC regarding status of Objection to Trust Documents | $525.00 | 0.50 | 262.50 |
|  | JHM | Conference call with Baker team and Brown Rudnick counsel | $525.00 | 0.60 | 315.00 |
|  | JB | Assist John MacConaghy in rehearsing and preparing for oral argument | $475.00 | 2.60 | 1,235.00 |
|  | JHM | Prepare for oral argument on Objection to Trust documents | $525.00 | 6.10 | 3,202.50 |
| 5/15/2020 | JHM | Review and analyze Adventist Objection to Confirmation. Send email to Kim Morris regarding need for 5/19 appearance | $525.00 | 0.40 | 210.00 |
|  | JHM | Telephone call with Bob Julian regarding oral argument | $525.00 | 0.20 | 105.00 |
|  | JHM | Telephone call with Eric Goodman regarding hearing and need for letter briefing | $525.00 | 0.20 | 105.00 |
|  | JHM | Review and analyze emails from various parties regarding possible letter briefing | $525.00 | 0.30 | 157.50 |
|  | JHM | Court appearance regarding Oral Argument on Objection to Trust Documents | $525.00 | 2.20 | 1,155.00 |
|  | JHM | Prepare for Oral Argument on Objection to Trust Documents | $525.00 | 3.30 | 1,732.50 |
| 5/16/2020 | JHM | Review and analyze Joinders to Adventist Objection. Prepare, review, file, and serve TCC's Response to 5/15 question | $525.00 | 1.10 | 577.50 |
| 5/19/2020 | JHM | review docket filings regarding ATT and Comcast filings | $525.00 | 0.70 | 367.50 |
|  | JHM | Court appearance regarding status conference on Plan | $525.00 | 1.20 | 630.00 |
|  | JHM | Review and analyze Quanta response to subpoeana. | $525.00 | 1.80 | 945.00 |
|  | JHM | Review and analyze KPMG response to subpoeana. Send emails to Marc Levinson and Bridget McCabe regarding same | $525.00 | 2.20 | 1,155.00 |
| 5/22/2020 | JHM | Review and analyze Joinder of Certain Fire Claimants to Obj. to Confirmation | $525.00 | 0.40 | 210.00 |
|  | JHM | Send email to Bob Julian regarding pre-hearing notice | $525.00 | 0.10 | 52.50 |
|  | JHM | Review and respond to emails from Bob Julian and Kim Morris regarding status conf. | $525.00 | 0.30 | 157.50 |
|  | JHM | Prepare for 5/22 status conf. | $525.00 | 1.40 | 735.00 |
|  | JHM | Court appearance regarding 5/22 status conf. | $525.00 | 1.50 | 787.50 |

August 31, 2020                                                                                                    Page        3

| Date | | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 5/22/2020 | JHM | Review and analyze ballot summary and other pre-confirmation filings | $525.00 | 1.80 | 945.00 |
| 5/24/2020 | JHM | Review and analyze Notice of TCC's exhibits and underlying exhibits | $525.00 | 0.70 | 367.50 |
| | JHM | Review and analyze trial exhibits for confimation hearing | $525.00 | 1.60 | 840.00 |
| | JHM | Review and analyze Debtor's non-docket exhibits | $525.00 | 1.80 | 945.00 |
| 5/25/2020 | JHM | Prepare for Confirmation Hearing. | $525.00 | 1.80 | 945.00 |
| | JHM | Review and analyze proposed changes to trust agreement from Ben Mintz; send email to David Moulton et al regarding same | $525.00 | 2.10 | 1,102.50 |
| | JHM | Review and analyze Adventist Motion and reply regarding subrogation wildfire trust. | $525.00 | 2.80 | 1,470.00 |
| | JHM | Review Debtor's Confirmation Brief to prepare for hearing | $525.00 | 3.70 | 1,942.50 |
| | JHM | Prepare Objection and Motion to Strike Ad Hoc Committee's Motion to file Reply Brief | $525.00 | 3.80 | 1,995.00 |
| 5/26/2020 | JHM | Review and respond to email from Kim Morris regarding retention order | $525.00 | 0.10 | 52.50 |
| | JHM | Review and analyze Order regarding Tentative Schedule for confirmation trial | $525.00 | 0.20 | 105.00 |
| | JHM | Telephone call with Brown Rudnick and Eric Goodman regarding trust documents | $525.00 | 0.50 | 262.50 |
| | JHM | Telephone call with Baker team regarding Adventist brief and need to file surreply | $525.00 | 0.60 | 315.00 |
| | JHM | Review and analyze declaration of Christine Pullo | $525.00 | 0.80 | 420.00 |
| | JHM | Review and analyze Brown Rudnick modifications to trust documents; confer with Eric Goodman regarding same | $525.00 | 0.90 | 472.50 |
| | JHM | Review and analyze draft surreply prepared by Eric Goodman | $525.00 | 1.10 | 577.50 |
| | JHM | Court appearance regarding status conference regarding confirmation hearing | $525.00 | 1.30 | 682.50 |
| | JHM | Further review and analysis of Trust documents send email to Baker team regarding CRP issues | $525.00 | 2.40 | 1,260.00 |
| 5/27/2020 | JHM | Review and analyze declaration of Justin Wells | $525.00 | 0.90 | 472.50 |
| | JHM | Court appearance regarding First day confirmation trial | $525.00 | 1.40 | 735.00 |
| | JHM | Legal research regarding Rule 45 cost shifting provisions | $525.00 | 1.90 | 997.50 |
| | JHM | Review and analyze Memorandum of Decision regarding 5/15 hearing, forward to team with comments | $525.00 | 1.70 | 892.50 |
| 5/28/2020 | JHM | Telephone call with Eric Goodman regarding Trust documents | $525.00 | 0.30 | 157.50 |
| | JHM | Telephone call with Bridget McCabe and Zoe Steinberg regarding discovery | $525.00 | 0.60 | 315.00 |
| | JHM | Send email to Eric Goodman regarding Trust documents | $525.00 | 0.60 | 315.00 |
| | JHM | Court appearance regarding Second day of confirmation trial | $525.00 | 2.20 | 1,155.00 |
| 6/1/2020 | JHM | Review and analyze various pleadings and orders concerning confirmation process. Send email to Bob Julian regarding schedule and potential conflict issues | $525.00 | 1.40 | 735.00 |
| | JHM | Court appearance regarding Confirmation hearing | $525.00 | 2.80 | 1,470.00 |
| 6/2/2020 | JHM | Review and analyze further revisions to trust documents | $525.00 | 1.10 | 577.50 |
| | JHM | Further conference call with Baker team and Trustee's counsel regarding form of trust documents | $525.00 | 0.50 | 262.50 |

| Date | | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 6/2/2020 | JHM | Review and analyze latest revisions to trust documents | $525.00 | 0.60 | 315.00 |
| | JHM | Conference call with Baker team, Trustee's counsel and ATT group regarding form of trust documents | $525.00 | 0.70 | 367.50 |
| 6/3/2020 | JHM | Review and analyze Motion for Examiner and related documents | $525.00 | 1.40 | 735.00 |
| | JHM | Court appearance regarding further confirmation hearing | $525.00 | 2.10 | 1,102.50 |
| | JHM | Review and respond to email from Ben Mintz regarding status of trust documents | $525.00 | 0.30 | 157.50 |
| | JHM | Conference call with Baker team and Brown Rudnick regarding trust documents | $525.00 | 1.00 | 525.00 |
| 6/4/2020 | JHM | Conference call with Trustee's counsel, Baker team, and AT&T group regarding trust documents | $525.00 | 0.80 | 420.00 |
| | JHM | Conference call with Plaintiffs' lawyers regarding trust documents | $525.00 | 0.90 | 472.50 |
| | JHM | Review and analyze latest revisions to Trust Documents | $525.00 | 1.10 | 577.50 |
| | JHM | Court appearance regarding confirmation hearing | $525.00 | 5.00 | 2,625.00 |
| 6/5/2020 | JHM | Court appearance regarding Confirmation Hearing | $525.00 | 5.80 | 3,045.00 |
| | JHM | Send email to Bob Julian regarding oral argument | $525.00 | 0.10 | 52.50 |
| | JHM | Review and analyze new filings on docket | $525.00 | 0.40 | 210.00 |
| | JHM | Conference call with Baker team and Brown Rudnick regarding trust documents | $525.00 | 0.60 | 315.00 |
| 6/6/2020 | JHM | Review and analyze multiple changes to CRP and Trust Documents from various parties | $525.00 | 0.90 | 472.50 |
| | JHM | Review and analyze Debtor's updated objection chart | $525.00 | 1.70 | 892.50 |
| 6/7/2020 | JHM | Review and analyze multiple changes to Trust Documents and CRP by various parties | $525.00 | 1.10 | 577.50 |
| | JHM | Conference call with Trustee counsel and Baker team regarding changes to Trust Document | $525.00 | 0.60 | 315.00 |
| 6/8/2020 | JHM | Conference call with Objectors and Baker team regarding trust documents | $525.00 | 0.50 | 262.50 |
| | JHM | Court appearance regarding Confirmation Hearing | $525.00 | 5.70 | 2,992.50 |
| 6/9/2020 | JHM | Prepare for argument on 6/11 motion | $525.00 | 2.90 | 1,522.50 |
| | JHM | Review and analyze numerous emails from Fire Victim's team on Joint Statement. File final version | $525.00 | 3.20 | 1,680.00 |
| 6/10/2020 | JHM | Review and respond to email from Bridget McCabe regarding 2004 exams | $525.00 | 0.20 | 105.00 |
| | JHM | Prepare for 6/11 hearing. Numerous calls and emails with Baker team regarding same | $525.00 | 4.90 | 2,572.50 |
| 6/11/2020 | JHM | Review and respond to email from Joe Esmont regarding TCC meeting | $525.00 | 0.20 | 105.00 |
| | JHM | Telephone call with Eric Goodman regarding 6/11 hearing | $525.00 | 0.50 | 262.50 |
| | JHM | Conference call with TCC and counsel regarding status of matters | $525.00 | 0.60 | 315.00 |
| | JHM | Court appearance regarding Motion regarding Trust Documents | $525.00 | 1.30 | 682.50 |
| | JHM | Review and analyze Ad Hoc Subrogation Holders response | $525.00 | 1.40 | 735.00 |
| | JHM | Prepare for hearing on Trust Documents. Review and analyze new filing from Debtor | $525.00 | 3.10 | 1,627.50 |
| 6/12/2020 | JHM | Review and analyze new modifications to trust documents after hearing | $525.00 | 0.40 | 210.00 |

August 31, 2020                                                                                                                  Page     5

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 6/14/2020 | JHM | Review and analyze further revisions to Trust Documents and CRP | $525.00 | 0.70 | 367.50 |
| | JHM | review and analyze further filings on PACER docket | $525.00 | 0.70 | 367.50 |
| | JHM | Prepare Meet and Confer letter to counsel for KPMG | $525.00 | 1.50 | 787.50 |
| 6/15/2020 | JHM | Review and analyze further PACER filings | $525.00 | 1.70 | 892.50 |
| 6/16/2020 | JHM | Review email from Steve Karotkin regarding negotiating team | $525.00 | 0.10 | 52.50 |
| | JHM | Review and respond to revisions from Adventist | $525.00 | 0.50 | 262.50 |
| | JHM | Review and analyze PACER docket relative to 6/16 hearing | $525.00 | 0.60 | 315.00 |
| | JHM | Review and analyze further changes to trust documents; suggest revisions. | $525.00 | 1.80 | 945.00 |
| | JHM | Prepare meet and confer letter to Marc Levinson | $525.00 | 2.10 | 1,102.50 |
| | JHM | Telephone call with Baker team regarding 6/16 hearing | $525.00 | 0.40 | 210.00 |
| | JHM | Conference call with Baker and BR teams regarding trust documents | $525.00 | 0.60 | 315.00 |
| | JHM | Court appearance regarding 6/16 hearing | $525.00 | 1.90 | 997.50 |
| | JHM | Conference call with all hands regarding trust documents | $525.00 | 2.00 | 1,050.00 |
| 6/17/2020 | JHM | Review further emails regarding Trust Documents | $525.00 | 0.30 | 157.50 |
| | JHM | Telephone call with Debtor's counsel, BR, Baker team and others regarding confirmation order and trust documents | $525.00 | 1.40 | 735.00 |
| | JHM | Review and analyze Memorandum regarding Confirmation. Send email to Baker team and BR regarding timing of confirmation order | $525.00 | 1.60 | 840.00 |
| 6/18/2020 | JHM | telephone call with Baker subpoena team regarding KPMG subpoena | $525.00 | 0.50 | 262.50 |
| | JHM | Review and analyze multiple ongoing revisions to confimation order and Trust documents | $525.00 | 1.40 | 735.00 |
| | JHM | Conference call with all opposing counsel regarding trust documents | $525.00 | 1.50 | 787.50 |
| 6/19/2020 | JHM | Review and respond to email from Kim Morris regarding protective order | $525.00 | 0.10 | 52.50 |
| | JHM | Contined review and analysis of further changes to trust documents and CRP. | $525.00 | 0.70 | 367.50 |
| | JHM | Review and analyze response from KPMG regarding subpoena, forward to Baker team with comments | $525.00 | 0.90 | 472.50 |
| | JHM | Court appearance regarding form of Confirmation Order and related documents | $525.00 | 2.20 | 1,155.00 |
| 6/21/2020 | JHM | Send email to Jen McDonnell regarding outstanding invoice | $525.00 | 0.30 | 157.50 |
| 6/22/2020 | JHM | Telephone call with Baker team regarding compensation procedure | $525.00 | 0.20 | 105.00 |
| | JHM | Review and analyze final trust documents and Notice of 9th Supplement | $525.00 | 0.90 | 472.50 |
| 6/29/2020 | JHM | Review and analyze meet and confer letter to Judge regarding Brown and Conner; telephone calls and emails with Baker team regarding same | $525.00 | 0.70 | 367.50 |
| 6/30/2020 | JHM | Prepare "Meet and Confer" letter to Kevin Orsini regarding KPMG docs | $525.00 | 1.10 | 577.50 |
| 7/1/2020 | JHM | Prepare First Monthly Fee Statement | $525.00 | 3.80 | 1,995.00 |
| 7/3/2020 | JHM | Review and analyze emails from Baker team regarding TCC status in appeals | $525.00 | 0.20 | 105.00 |

August 31, 2020                                                                                   Page      6

| Date | User | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 7/3/2020 | JHM | Review and respond to emails from Tracey Nobis regarding fee examiner's protocol | $525.00 | 0.20 | 105.00 |
| | JHM | Review Notice of Appeal filed by Ad hoc business claimants. Send email to Baker team regarding status of TCC as appellee | $525.00 | 0.60 | 315.00 |
| 7/10/2020 | JHM | Review and analyze Meet and Confer letters to Judge Montali regarding TCC discovery rights | $525.00 | 0.40 | 210.00 |
| | JHM | Review and analyze letters from David Richardson and Brown Rudnick regarding pending 2004 exams | $525.00 | 0.40 | 210.00 |
| 7/14/2020 | JHM | Review and analyze Debtor's letter to Judge Montali regarding pending Rule 2004 orders | $525.00 | 0.40 | 210.00 |
| 7/16/2020 | JHM | Review and respond to email from Alix Partners regarding further fee estimate | $525.00 | 0.30 | 157.50 |
| 7/22/2020 | JHM | Review and analyze Order regarding 2004 exams. Transmit to Baker team with comments | $525.00 | 0.80 | 420.00 |
| | JHM | Prepare certificate of no opposition to fee statement | $525.00 | 0.90 | 472.50 |
| 7/23/2020 | JHM | Telephone call with Kim Morris regarding status of transition | $525.00 | 0.50 | 262.50 |
| | JHM | Prepare and serve certificate of no objection to first monthly fee statement | $525.00 | 0.60 | 315.00 |
| 7/24/2020 | JHM | Telephone call with Baker team regarding discovery transition | $525.00 | 0.30 | 157.50 |
| 7/31/2020 | JHM | Send email to Marc Levinson regarding subpoena transition | $525.00 | 0.40 | 210.00 |
| 8/2/2020 | JHM | Prepare letter to Brown Rudnick team on pending discovery dispute with KPMG and stipulated protective order | $525.00 | 1.10 | 577.50 |
| 8/30/2020 | JHM | Review and analyze Fee Examiner's second status report | $525.00 | 0.50 | 262.50 |
| | JHM | Prepare Final Application for Compensation | $525.00 | 4.20 | 2,205.00 |
| 8/31/2020 | JHM | Prepare Final Motion for Compensation and related papers | $525.00 | 4.60 | 2,415.00 |
| | | Total Professional Services | | 239.80 | $125,595.00 |

## User Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Jean Barnier | 6.00 | 475.00 | $2,850.00 |
| John H. MacConaghy | 233.80 | 525.00 | $122,745.00 |

### Additional Charges

| Date | Description | Amount |
|---|---|---|
| 5/5/2020 | Personal service of Quanta Services | 160.00 |
| | Personal service of KPMG | 160.00 |
| 5/21/2020 | Court call -- Telephonic appearance at 5/12 hearing | 44.90 |

|  |  |
|---|---:|
| Total Costs | $364.90 |
| Total New Charges | $125,959.90 |
| Total Due | $125,959.90 |