# EXHIBIT 2

## MacConaghy & Barnier, PLC
Attorneys At Law
645 First St. West, Suite D
Sonoma, CA 95476
707-935-3205 Ext. 5

Invoice #  11524

Date:   August 31, 2020

Official Committee of Tort Claimants of PG&E etc. et al  Re:
Baker & Hostetler LLP
11601 Wilshire Blvd. Ste 1400
Los Angeles, CA 90025

| Date | | Professional Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 4/30/2020 | JHM | Prepare Motions for 2004 Examination and related documents | $525.00 | 2.60 | 1,365.00 |
| 5/1/2020 | JHM | Send email to Bridget McCabe regarding status of service | $525.00 | 0.10 | 52.50 |
| | JHM | Prepare finalized subpoenas for hand delivery by One Legal | $525.00 | 0.70 | 367.50 |
| | JHM | Legal research regarding split of authority regarding manner of Rule 45 service | $525.00 | 0.70 | 367.50 |
| | JHM | Prepare letters to Eugene Armstrong and Shook Hardy regarding accepting service by mail of Rule 2004 subpoenas | $525.00 | 0.50 | 262.50 |
| | JHM | Telephone call with co-counsel regarding discovery issues | $525.00 | 0.50 | 262.50 |
| 5/4/2020 | JHM | Review email from One Legal regarding status of service | $525.00 | 0.10 | 52.50 |
| 5/7/2020 | JHM | Review status of subpoena service.  Review and respond to emails from Bridget McCabe regarding same | $525.00 | 0.50 | 262.50 |
| 5/8/2020 | JHM | Review and analyze KPMG documents in our possession | $525.00 | 3.30 | 1,732.50 |
| 5/10/2020 | JHM | Review and analyze Quanta documents in our possession | $525.00 | 2.80 | 1,470.00 |
| 5/19/2020 | JHM | Review and analyze Quanta response to subpoeana. | $525.00 | 1.80 | 945.00 |
| | JHM | Review and analyze KPMG response to subpoeana.  Send emails to Marc Levinson and Bridget McCabe regarding same | $525.00 | 2.20 | 1,155.00 |
| 5/27/2020 | JHM | Legal research regarding Rule 45 cost shifting provisions | $525.00 | 1.90 | 997.50 |
| 5/28/2020 | JHM | Telephone call with Bridget McCabe and Zoe Steinberg regarding discovery | $525.00 | 0.60 | 315.00 |
| 6/10/2020 | JHM | Review and respond to email from Bridget McCabe regarding 2004 exams | $525.00 | 0.20 | 105.00 |
| 6/11/2020 | JHM | Review and respond to email from Joe Esmont regarding TCC meeting | $525.00 | 0.20 | 105.00 |
| 6/14/2020 | JHM | Prepare Meet and Confer letter to counsel for KPMG | $525.00 | 1.50 | 787.50 |
| 6/16/2020 | JHM | Prepare meet and confer letter to Marc Levinson | $525.00 | 2.10 | 1,102.50 |
| 6/18/2020 | JHM | telephone call with Baker subpoena team regarding KPMG subpoena | $525.00 | 0.50 | 262.50 |
| 6/19/2020 | JHM | Review and respond to email from Kim Morris regarding protective order | $525.00 | 0.10 | 52.50 |
| | JHM | Review and analyze response from KPMG regarding subpoena, forward to Baker team with comments | $525.00 | 0.90 | 472.50 |
| 6/29/2020 | JHM | Review and analyze meet and confer letter to Judge regarding Brown and Conner; telephone calls and emails with Baker team regarding same | $525.00 | 0.70 | 367.50 |

| Date | | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 6/30/2020 | JHM | Prepare "Meet and Confer" letter to Kevin Orsini regarding KPMG docs | $525.00 | 1.10 | 577.50 |
| 7/10/2020 | JHM | Review and analyze Meet and Confer letters to Judge Montali regarding TCC discovery rights | $525.00 | 0.40 | 210.00 |
| | JHM | Review and analyze letters from David Richardson and Brown Rudnick regarding pending 2004 exams | $525.00 | 0.40 | 210.00 |
| 7/14/2020 | JHM | Review and analyze Debtor's letter to Judge Montali regarding pending Rule 2004 orders | $525.00 | 0.40 | 210.00 |
| 7/22/2020 | JHM | Review and analyze Order regarding 2004 exams. Transmit to Baker team with comments | $525.00 | 0.80 | 420.00 |
| 7/23/2020 | JHM | Telephone call with Kim Morris regarding status of transition | $525.00 | 0.50 | 262.50 |
| 7/24/2020 | JHM | Telephone call with Baker team regarding discovery transition | $525.00 | 0.30 | 157.50 |
| 7/31/2020 | JHM | Send email to Marc Levinson regarding subpoena transition | $525.00 | 0.40 | 210.00 |
| 8/2/2020 | JHM | Prepare letter to Brown Rudnick team on pending discovery dispute with KPMG and stipulated protective order | $525.00 | 1.10 | 577.50 |

Total Professional Services     29.90    $15,697.50

## User Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| John H. MacConaghy | 29.90 | 525.00 | $15,697.50 |

## Additional Charges

| Date | Description | Amount |
|---|---|---|
| 5/5/2020 | Personal service of Quanta Services | 160.00 |
| | Personal service of KPMG | 160.00 |

Total Costs     $320.00

Total New Charges     $16,017.50

Total Due     $16,017.50

Make all checks payable to **MacConaghy & Barnier, PLC**
Total due in 15 days