# EXHIBIT 3

# MacConaghy & Barnier, PLC

Attorneys At Law
645 First St. West, Suite D
Sonoma, CA 95476
707-935-3205 Ext. 5

Invoice #  11524

Date:   August 31, 2020

Official Committee of Tort Claimants of PG&E etc. et al   Re:
Baker & Hostetler LLP
11601 Wilshire Blvd. Ste 1400
Los Angeles, CA 90025

## Professional Services

| Date | | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 4/24/2020 | JHM | Prepare Draft Motion to Employ and related papers | $525.00 | 1.30 | 682.50 |
| 4/27/2020 | JHM | Prepare Draft Motion to Employ and related papers. Numerous emails with Elyssa Kates regarding same | $525.00 | 1.60 | 840.00 |
| 5/26/2020 | JHM | Review and respond to email from Kim Morris regarding retention order | $525.00 | 0.10 | 52.50 |
| 6/21/2020 | JHM | Send email to Jen McDonnell regarding outstanding invoice | $525.00 | 0.30 | 157.50 |
| 6/22/2020 | JHM | Telephone call with Baker team regarding compensation procedure | $525.00 | 0.20 | 105.00 |
| 7/1/2020 | JHM | Prepare First Monthly Fee Statement | $525.00 | 3.80 | 1,995.00 |
| 7/3/2020 | JHM | Review and respond to emails from Tracey Nobis regarding fee examiner's protocol | $525.00 | 0.20 | 105.00 |
| 7/16/2020 | JHM | Review and respond to email from Alix Partners regarding further fee estimate | $525.00 | 0.30 | 157.50 |
| 7/22/2020 | JHM | Prepare certificate of no opposition to fee statement | $525.00 | 0.90 | 472.50 |
| 7/23/2020 | JHM | Prepare and serve certificate of no objection to first monthly fee statement | $525.00 | 0.60 | 315.00 |
| 8/30/2020 | JHM | Review and analyze Fee Examiner's second status report | $525.00 | 0.50 | 262.50 |
| | JHM | Prepare Final Application for Compensation | $525.00 | 4.20 | 2,205.00 |
| 8/31/2020 | JHM | Prepare Final Motion for Compensation and related papers | $525.00 | 4.60 | 2,415.00 |
| | | Total Professional Services | | 18.60 | $9,765.00 |

## User Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| John H. MacConaghy | 18.60 | 525.00 | $9,765.00 |

| | | | |
|---|---|---|---|
| Total Due | | | $9,765.00 |

Make all checks payable to **MacConaghy & Barnier, PLC**
Total due in 15 days