# EXHIBIT 5

# MacConaghy & Barnier, PLC
Attorneys at Law
645 First St. West, Suite D
Sonoma, California 95476

John H. MacConaghy
Partner

(707) 935-3205
macclaw@macbarlaw.com

August 31, 2020

*Via Email Only*

Karen M. Lockhart, Chair
Official Committee of Tort Claimants
of the Estate of PG&E Corporation

Re: *In re PG&E Corporation*, Case No. 19-30088 DM

Dear Ms. Lockhart:

  Attached is our firm's First and Final Motion for Compensation and Reimbursement of Expenses of Special Counsel for the Official Committee of Tort Claimants, which we are concurrently causing to be filed with the Court. This Motion is one of a number of compensation requests which will be noticed and heard by the Court in the next 45-60 days. I am sure that the Baker & Hostetler team will keep you apprised of the exact date.

  The Court's *Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees* provide that a debtor in possession, a trustee, or an official committee, such as the TCC, must exercise reasonable business judgment in monitoring the fees and expenses of the estate's professionals. We invite you to discuss any objections, concerns, or questions you may have with us. The Office of the United States Trustee will also accept your comments. The Court will also consider timely filed objections by any party in interest at the time of the hearing.

  It has been a privilege to assist the TCC in this case, and I sincerely hope that the long quest for fair compensation for you and the other fire victims is coming to an end.

Best regards,



John H. MacConaghy

cc: Kimberly Morris, Esq.
Elizabeth Green, Esq.