# EXHIBIT A

# CERTIFICATION

| | |
|---|---|
| JENNER & BLOCK LLP<br>Brian Hauck<br>633 West 5th Street<br>Los Angeles, CA 90071<br>Tel: (213) 239-2244<br><br>bhauck@jenner.com<br><br>*Special Corporate Defense & Energy Counsel<br>for Debtors and Debtors in Possession* | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>     - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                    **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas & Electric Company<br>X Affects both Debtors<br><br>\* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**CERTIFICATION OF BRIAN HAUCK IN RESPECT OF FOURTH INTERIM AND FINAL APPLICATION OF JENNER & BLOCK LLP AS SPECIAL CORPORATE DEFENSE COUNSEL TO THE DEBTORS FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED DURING (I) THE FOURTH INTERIM COMPENSATION PERIOD FROM FEBRUARY 1, 2020 THROUGH JULY 1, 2020, AND (II) THE FINAL COMPENSATION PERIOD FROM JANUARY 29, 2019 THROUGH JULY 1, 2020**<br><br>Date: TBD<br>Time: TBD<br>Place: United States Bankruptcy Court<br>        Courtroom 17, 16th Floor<br>        San Francisco, CA 94102<br><br>**Objection Deadline: September 21, 2020<br>                4:00 p.m. (Pacific Time)** |

I, Brian Hauck, hereby certify that:

1. I am a partner in the firm of Jenner & Block LLP ("**Jenner & Block**"). By Order of the Court, dated April 25, 2019, the above-captioned debtors (the "**Debtors**") were authorized to employ Jenner & Block as special corporate defense counsel *nunc pro tunc* to January 29, 2019. [Dkt. 1679.]

2. I am the professional designated by Jenner & Block with the responsibility for compliance with the *Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees in the United States Bankruptcy Court for the Northern District of California* (updated February 19, 2014) (the "**Local Guidelines**"), and the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under United States Code by Attorneys in Larger Chapter 11 Cases*, adopted by the Executive Office for the United States Trustee (the "**UST Guidelines**", and together with the Local Guidelines, the "**Guidelines**") and the *Order Pursuant to 11 U.S.C. §§ 130 and 105(a) and Fed. R. Bankr. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Dkt. 701] (the "**Compensation Procedures Order**").

3. This Certification is made in support of Jenner & Block's Fourth Interim and Final Application (the "**Final Fee Application**") for the allowance of compensation for services rendered and reimbursement of expenses incurred (i) on an interim basis during the fourth interim application period from February 1, 2020 through July 1, 2020; and (ii) on a final basis during the final application period from January 29, 2019 through July 1, 2020.

4. I have reviewed the Final Fee Application.

5. To the best of my knowledge, information, and belief formed after reasonable inquiry of Jenner & Block's accounting personnel and legal and paraprofessional staff, the Final Fee Application complies with the mandatory guidelines set forth in the Guidelines.

6. The fees and disbursements sought are billed at or below rates and in accordance with practices customarily employed by Jenner & Block and generally accepted by Jenner & Block's clients.

7. To the best of my knowledge, information, and belief formed after reasonable inquiry of Jenner & Block's personnel, Jenner & Block does not make a profit in connection with any disbursements sought in the Final Fee Application except (i) in recording certain disbursements, for administrative convenience, charges are rounded up to the nearest dollar (e.g., long distance telephone calls); (ii) volume discounts, if any, are not reflected (e.g., UPS); and (iii) certain estimates for expenses related to various disbursements are not specifically calculated (e.g., taxes, rental charges, and related costs of electronic legal research services).

8. To the best of my knowledge, information, and belief formed after reasonable inquiry of Jenner & Block's accounting personnel, Jenner & Block does not include in the amount of any disbursements the amortization of the cost of any investment, equipment, or capital outlay.

9. To the best of my knowledge, information, and belief formed after reasonable inquiry of Jenner & Block's accounting personnel, to the extent that Jenner & Block has purchased or contracted for services from a third party, reimbursement is sought only for the amount billed by the third party to Jenner & Block and paid by Jenner & Block.

10. Jenner & Block maintains supporting documentation for each item for which reimbursement is sought, and such documentation is available for review on request by the Court or the United States Trustee.

11. Jenner & Block has complied with the provisions requiring it to provide the United States Trustee, the Fee Examiner, and the Debtors with a statement of Jenner & Block's fees and expenses.

12. The Notice Parties (as defined in the Compensation Procedures Order) will each be provided with a copy of the Final Fee Application.

Dated: August 31, 2020        Respectfully submitted,

By: /s/ *Brian Hauck*

Brian Hauck
JENNER & BLOCK LLP
633 West 5th Street
Los Angeles, CA 90071
Tel: (213) 239-2244
bhauck@jenner.com

*Special Corporate Defense & Energy Counsel for Debtors and Debtors in Possession*

4